# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-2994-REB

SAN LUIS VALLEY ECOSYSTEM COUNCIL, SAN JUAN CITIZENS ALLIANCE, THE WILDERNESS SOCIETY, and WILDEARTH GUARDIANS,

Petitioners,

vs.

DAN DALLAS, Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE,

Respondents.

DECLARATION OF JUDITH A. PEREZ

I, Judith A. Perez, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am employed by the United States Department of Agriculture, Forest Service, as the Forest Planner for the Rio Grande National Forest, located at the Supervisor's Office in Monte Vista, Colorado.

2. As part of my assigned duties, I coordinated the compilation of the Administrative Record responsive to the allegations contained in the petition filed in the above-captioned case.

3. Attached to this declaration is the index for the Forest Service's Administrative Record regarding the May 12, 2020, Record of Decision for the Revised Rio Grande National Forest Land Management Plan. All records identified in the attached index, and provided to the Court and Parties, constitute a true and correct copy of the relevant records as retained in the Forest Service's files.

1

4. The Administrative Record for this case is in Adobe Acrobat (PDF) format to the extent practical.  The Administrative Record contains 151 documents bearing bates numbers Rvsd Plan - 00000001 to Rvsd Plan - 00023298.  The index is in PDF format and contains hyperlinks to the individual documents that comprise the Administrative Record.

5. The Administrative Record and Index are contained on a single USB flash drive.

I declare under penalty of perjury that the foregoing is a true and complete statement.  Dated this __3rd__ day of March 2022 in Monte Vista, Colorado.

Judith A. Perez
Digitally signed by Judith A. Perez
Date: 2022.03.04 17:10:37 -07'00'
_____

Judith A. Perez
Forest Planner
USDA Forest Service
Rio Grande National Forest