Exhibit 2

## RIO GRANDE NATIONAL FOREST - COURT FILING RECORD INDEX

| FOLDER | BATES NUMBER | DOCUMENT TITLE | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|---|---|
| **01. Forest Plan** | | | | | |
| 01ForestPlan | 00000001 - 00000820 | 001_201603_Assessments | 3/00/2013 | Forest Service | Rio Grande National Forest – Assessments 1 through 15– Executive Summaries |
| 01ForestPlan | 00000821 - 00001084 | 002_20200511_RioGrandeLandManagementPlan | 5/00/2020 | Forest Service | Land Management Plan |
| 01ForestPlan | 00001085 - 00001085 | 003_20190802_AltBmod_FinalPlan.pdf | 8/2/2019 | Forest Service | RGNF Land Management Plan Alternative B – Modified-MAP |
| 01ForestPlan | 00001086 - 00001114 | 004_20190802_ForestPlanMaps.pdf | 8/2/2019 | Forest Service | RGNF Land Management Plan 29 Map series |
| 01ForestPlan | 00001115 - 00001170 | 005_20190709_DraftPlan_FinalPlan_Compare.pdf | 7/9/2019 | Forest Service | Table tracking changes to plan components between issuing Draft Forest Plan and Final Forest Plan. |
| **02. Policy & Guidance** | | | | | |
| 02PolicyAndGuidance | 00001171 - 00001183 | 01_19761022_NFMA.pdf | 10/22/1976 | Congress | National Forest Management Act Of 1976 |
| 02PolicyAndGuidance | 00001184 - 00001205 | 02_20110525_FSM2670_TES.pdf | 5/25/2011 | Forest Service | Forest Service Manual – Rocky Mountain Region (Region 2) 2600 –Wildlife, Fish, & Sensitive Plant Habitat Management Chapter2670 –Threatened, Endangered & Sensitive Plants & Animals |
| 02PolicyAndGuidance | 00001206 - 00001320 | 03_20120409_FedRegisterPlanRule.pdf | 4/9/2012 | Forest Service | National Forest System Land Management Planning |
| 02PolicyAndGuidance | 00001321 - 00001362 | 04_20150103_FSM1920_LandManagementPlanning.pdf | 1/3/2015 | Forest Service | Forest Service Manual for Land Management Planning |
| 02PolicyAndGuidance | 00001363 - 00001375 | 05_20150128_FederalReigster36CFRParts212_261.pdf | 1/28/2015 | Forest Service | Federal Register publication of 36 CFR 212 and 261 for Travel Management |
| 02PolicyAndGuidance | 00001376 - 00001509 | 06_20150130_FSH1909.12Chapter 20_ForestPlan.pdf | 1/30/2015 | Forest Service | Forest Service Handbook -Chapter20 – Land Management Plan |
| **03. Need For Change (NFC)** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 03NeedForChange | 00001510 - 00001548 | 001_20160700_NeedToChange.pdf | 7/00/2016 | Erin Minks, Judi Perez | Need to change document developed from Assessments, public meetings and comments received. |
| 03NeedForChange | 00001549 - 00001557 | 002_20160316_SLVEC_A2_Comment_SLV_Air_Toxics_Analysis.pdf | 3/16/2012 | Kyle Olson, EPA | San Luis Valley Ecosystem Council Attachment to assessment comments on Air Toxics Analysis |
| 03NeedForChange | 00001558 - 00001561 | 003_20160100_SLVEC_A_13_Cultural_and_Historic_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 13 – Cultural and Historic Resources |
| 03NeedForChange | 00001562 - 00001565 | 004_20160100_SLVEC_A7_Ecosystem_Services_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 7 – Ecosystem Services |
| 03NeedForChange | 00001566 - 00001569 | 005_20160100_SLVEC_A10_Minerals_and_Geologic_Hazards_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 10 – Energy, Minerals and Geologic Hazards |
| 03NeedForChange | 00001570 - 00001573 | 006_20160100_SLVEC_A_6_Comments_Social.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 6 – Social, Cultural and Economic Conditions |
| 03NeedForChange | 00001574 - 00001575 | 007_20160100_SLVEC_A_12_Tribal_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 12 – Areas of Tribal Importance |
| 03NeedForChange | 00001576 - 00001581 | 008_20160100_SLVEC_A2_Comments_Air_Quality.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 2- Air Quality |
| 03NeedForChange | 00001582 - 00001584 | 009_20160100_SLVEC_A14_Lands_Status_and_Ownership_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 14- Land Status and Ownership, Use, and Access Patterns |
| 03NeedForChange | 00001585 - 00001587 | 010_20160100_SLVEC_Assessment_2_Soil_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 2 – Soils |

| | | | | | |
|---|---|---|---|---|---|
| 03NeedForChange | 00001588 - 00001588 | 011_20160100_SLVEC_Lands_Assessment_boundary_disparities.pdf | 1/00/2016 | SLVEC | Table showing RGNF Administrative Roadless and Wilderness Boundary Disparities with other NFs. |
| 03NeedForChange | 00001589 - 00001589 | 012_20160100_SLVEC_Lands_Comments_BLM_Boundary_Discrepancies.pdf | 1/00/2016 | SLVEC | Table showing RGNF Administrative Boundary Disparities with BLM. |
| 03NeedForChange | 00001590 - 00001590 | 013_20160120_SLVEC_Assessment Cover Letter.pdf | 1/20/2016 | Tom Sobal, Rocky Smith, Christine Canaly | SLVEC Assessment Cover Letter |
| 03NeedForChange | 00001591 - 00001617 | 014_20160120_SLVEC_Assessment_comments.pdf | 1/20/2016 | Tom Sobal, Rocky Smith, Christine Canaly | SLVEC Assessment Cover Letter + content & comments |
| 03NeedForChange | 00001618 - 00001636 | 015_20160300_SLVEC_A 9 Recreation Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 9 – Recreation |
| 03NeedForChange | 00001637 - 00001640 | 016_20160300_SLVEC_A_8_Scenic_Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 8.1-Scenic character |
| 03NeedForChange | 00001641 - 00001646 | 017_20160300_SLVEC_A8_Multiple_Use_Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 8 -Multiple Uses |

| 03NeedForChange | 00001647 - 00001670 | 018_20160318_SLVEC_A_1_3_4_5_11_15_Combined_Comments.pdf | 3/18/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment Combined comments |
|---|---|---|---|---|---|
| 03NeedForChange | 00001671 - 00001678 | 019_20160318_SLVEC_A1-3_Terrestrial_Comments.pdf | 3/18/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessments 1 &3 -Terrestrial Ecosystems |
| 03NeedForChange | 00001679 - 00001708 | 020_20160415_SLVECRSmith_Need_for_Change_Comments_final.pdf | 4/15/2016 | Rocky Smith, Christine Canaly, Tom Sobel, Roz McClellan, Alison Gallensky, John R Mellgren, Lauren McCain, Vera Smith | Combined comments on Need for Change – includes over-snow use, CRR, riparian protection, etc. |
| 03NeedForChange | 00001709 - 00001722 | 021_20160822_SLVEC_SMITH_TWS Initial Proposal comments.pdf | 8/22/2016 | Rocky Smith, Christine Canaly, Tom Sobal, , Alison Gallensky, John R Mellgren, Lauren McCain, Vera Smith | Comments on Need for Change and initial proposal (draft proposed action). |

4

| 03NeedForChange | 00001723 - 00001807 | 022_20160708_TWS_SLVEC_Et_Al_A 1-3_Aquatics_Riparian_comments.pdf | 7/8/2016 | Vera Smith, on behalf of Dr. Aaron Hall, Dr. Lauren McCain, Allison Gallensky, Christine Canaly, John R. Mellgren, Rocky Smith, Tom Sobal | Comments on Assessment Chapter 1,2, and 3 and related portions of the Need For Change regarding water and water resources. Includes citations and sources. |
| --- | --- | --- | --- | --- | --- |
| 03NeedForChange | 00001808 - 00001893 | 023_20141125_TWS_Assessment Appendix 4 FINAL_ecorep.pdf | 11/25/2014 | TWS | Ecosystem representation in the RGNF. Comments on draft assessment. |
| 03NeedForChange | 00001894 - 00001902 | 024_20150826_TWS.Assessment appendix 3_connectivity.pdf | 8/26/2015 | TWS, National Wildlife Federation | Opportunities for Wildlife Corridors in Upper Rio Grande Watershed- 9 Map Series |
| 03NeedForChange | 00001903 - 00001935 | 025_20160209_TWSetal_assessmentcomments_2016_final.pdf | 2/9/2016 | Vera Smith, Lauren McCain, Meredith McClure | Comments on Chapter 15  designations, wildlife movement, ecological integrity, landscape processes and species. Includes citations. |
| 03NeedForChange | 00001936 - 00002024 | 026_20160423_TWS_Assessment_11_Comments.pdf | 4/23/2016 | Vera Smith, Lauren McCain | Comments on draft assessment 11 – Infrastructure. Includes including citations and sources. |
| 03NeedForChange | 00002025 - 00002061 | 027_20160424_Defenders_NFC_Assess_cmts.pdf | 4/23/2016 | Lauren McCain | Comments on draft assessment and draft need for change. |
| 03NeedForChange | 00002062 - 00002062 | 028_20160822_DefendersPlanFrameworkCmts.pdf | 8/22/2016 | Peter Nelson, Lauren McCain | Comment Letter on proposed plan revision framework and crosswalk (July 2016) |

5

| | | | | | |
|---|---|---|---|---|---|
| 03NeedForChange | 00002063 - 00002186 | 029_20141224_OtherNeedForChangeComments.pdf | 12/24/2014 | 14+ | Additional comments received from other parties/public on draft assessments, need for change and initial proposal documents. |
| **04. Scoping** | | | | | |
| 04Scoping | 00002187 - 00002231 | 001_20160900_ProposedAction.pdf | 09/00/2016 | Forest Service | The Rio Grande National Forest Plan: Proposed Action. Proposed action released in Federal Register September 2016. |
| 04Scoping | 00002232 - 00002236 | 002_20150000_SLVEC BASI Comment 2015 Alamosa Tourism Report.pdf | 1/23/2015 | Economic Profile System-Human Dimensions Toolkit (EPS-HDT) | 2015 Alamosa Tourism Report, attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002237 - 00002245 | 003_20150226_SLVEC BASI Comment Development in WUI.pdf | 2/26/2015 | EPS-HDT | A Profile of Development & the Wildland-Urban Interface (WUI). Attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002246 - 00002269 | 004_20150226_SLVEC BASI Comment SLV Socio Economic Profile.pdf | 2/26/2015 | EPS-HDT | A Profile of Socioeconomic Measures. Attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002270 - 00002284 | 005_20150226_SLVEC BASI Comment Travel and Tourism Industry Profile.pdf | 2/26/2015 | EPS-HDT | A Profile of Industries that Include Travel & Tourism. Attachment to SLVEC comments on proposed action. |

| 04Scoping | 00002285 - 00002341 | 006_20161028_SLVEC_R_Smith_RM_Wild_Quiet_Use_Et_al_Scoping.pdf | 10/28/2016 | Rocky Smith, Christine Canaly, Alan Apt, Jimbo Buickerood, Alison Gallensky, Matt Reed, John R Mellgren, Scott Braden, Tom Sobal, Greg Dyson | Rocky Mountain Wild Comment Letter on Proposed Action |
| --- | --- | --- | --- | --- | --- |
| 04Scoping | 00002342 - 00002380 | 007_20161025_TWSFormLetters39.pdf | 10/25-26/2016 | Approximately 39 | Form letter comments on Proposed Action submitted on behalf of The Wilderness Society. |
| 04Scoping | 00002381 - 00002395 | 008_20170308_TheWildernessSociety_DefendersLetterR2_R3.pdf | 3/8/2017 | Joshua Hicks, Lauren McCain, | Proposed Management Direction for aquatic and terrestrial connectivity for consideration in FS and BLM planning processes in the upper Rio Grande landscape |
| 04Scoping | 00002396 - 00002407 | 009_20161024_DefendersFormLetters11.pdf | 10/24-27/2016 | 11 | Form letter comments on Proposed Action submitted on behalf of Defenders of Wildlife. |
| 04Scoping | 00002408 - 00002619 | 010_20161028_Defenders Scoping comments.pdf | 10/28/2016 | Peter Nelson, Lauren McCain | Defenders of Wildlife comment letter on Proposed Action |
| 04Scoping | 00002620 - 00002767 | 011_20161026_WELC Scoping Comments I.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (306 pages) – climate. |
| 04Scoping | 00002768 - 00003073 | 012_20161026_WELC Scoping Comments II IPCC.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (148 pages) – species. |
| 04Scoping | 00003074 - 00003199 | 013_20161026_WELC Scoping Comments III Climate Action Tracker.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (126 pages) – climate. |

| | | | | | |
|---|---|---|---|---|---|
| 04Scoping | 00003200 - 00003384 | 014_20161114_WELC Scoping Comments IV Coarse Woody Debris BASI.pdf | 11/14/2016 | James Brown, Elizabeth Reinhardt, Kylie Kramer | Attachment to WELC Comments. Coarse Woody Debris: Managing Benefits & Fire Hazard in the Recovering Forest |
| 04Scoping | 00003385 - 00003600 | 015_20160900_OtherScopingComments.pdf | 09/00/2016 | multiple | Scoping comments received from participants not included in litigation. |
| **05. TES** | | | | | |
| 05TES | 00003601 - 00003611 | 000_CanadaLynxSpeciesOverview | | Forest Service | Canada Lynx (Lynx canadensis) Species Overview |
| 05TES | 00003612 - 00003647 | 001_20000324_Threatened StatusLynx_DPS_FR_v65_No_58 | 3/24/2000 | Forest Service | Endangered and Threatened Wildlife & Plants; Determination of Threatened Status for the Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related Rule |
| 05TES | 00003648 - 00003649 | 002_20140600_LynxFactSheet_CPW_Reintroduction | 6/00/2014 | CO Parks & Wildlife | Lynx Reintroduction |
| 05TES | 00003650 - 00003715 | 003_20140912_Lynx_CH_FR_v79_No177_USFWS | 9/12/2014 | DOI Fish & Wildlife Service | Endangered and Threatened Wildlife & Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx and Revised Distinct Population Segment Boundary |
| 05TES | 00003716 - 00003780 | 004_20160418_FINAL Lynx SSA EE Workshop Report 2 | 4/18/2016 | Forest Service & other gov agencies | Canada Lynx Expert Elicitation Workshop |
| 05TES | 00003781 - 00004080 | 005_20180111_SSA_Report_CanadaLynx | 1/11/2018 | U.S. Fish and Wildlife Service | Species Status Assessment for the CANADA LYNX (Lynx canadensis) |
| 05TES | 00004081 - 00004133 | 006_20180517_RGNF_Lynx SpruceBeetle_Monte Vista CO | 5/18/2018 | John Squires et al | Lynx Habitat Ecology in Beetle-Impacted Forests |
| 05TES | 00004134 - 00004151 | 007_20180626_Lynx_WinterRecreation_Olson_Squires | 6/26/2018 | Lucretia Olson et al | Peer reviewed article:  Sharing the same slope: Behavioral responses of a threatened mesocarnivore to motorized and nonmotorized winter recreation |

8

| | | | | | |
|---|---|---|---|---|---|
| 05TES | 00004152 - 00004154 | 008_20170214_UFBSpecies Overview | 2/14/2017 | Forest Service | Uncompahgre Fritillary Butterfly (Boloria (improba) acrocnema) Species Overview |
| 05TES | 00004155 - 00004155 | 009_20170727_RMU_Allot ments | 7/27/2017 | Forest Service | RGNF- Plan Revision- Draft- EIS- Range: Grazing Allotments- MAP |
| 05TES | 00004156 - 00004185 | 010_20180000_UFB_5year Review | 2018 | DOI Fish & Wildlife Service | Uncompahgre Fritillary Butterfly (Clossíana ímproba acrocnema) 5-Year Review: Summary & Evaluation |
| **06. Wildlife** | | | | | |
| 06Wildlife | 00004187 - 00004319 | 001_20130608_LCAS_revis ed_3rd_ed | 6/8/2013 | Forest Service & other gov agencies | Canada Lynx Conservation  Assessment and Strategy |
| 06Wildlife | 00004320 - 00004335 | 002_20180611_IPaC List for RGNF Plan Revision  Western CO ERO | 6/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for Western CO |
| 06Wildlife | 00004336 - 00004352 | 003_20180711_IPaC List for RGNF Plan Revision CO ERO | 7/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for Colorado |
| 06Wildlife | 00004353 - 00004360 | 004_20180711_IPaC List RGNF Plan revision NM ERO | 7/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for New Mexico |
| 06Wildlife | 00004361 - 00004481 | 005_20180928_RGNF_Plan Revision_FINAL_BA | 9/28/2018 | Forest Service | Final Biological Assessment |
| 06Wildlife | 00004482 - 00004497 | 006_20200309_TEPC_Speci es List_USFWS | 3/9/2020 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location |
| 06Wildlife | 00004498 - 00004505 | 007_20210402_USFS_SRLA _Report_2020.pdf | 4/2/2021 | Forest Service | Southern Rockies Lynx Report, 2020 |
| **07. DEIS** | | | | | |
| 07DEIS | 00004506 - 00005059 | 001_021709_RGNFPlanRevi sionDEIS.pdf | 09/00/2017 | Forest Service | Rio Grande National Forest Plan Revision-DEIS |
| 07DEIS | 00005060 - 00005061 | 002_20170728_AltA_Maps. pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision-DEIS- Alternative A Map series |

| 07DEIS | 00005062 - 00005064 | 003_20170728_AltB_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS- Alternative B Map series |
|--------|---------------------|-----------------------------|-----------|----------------|------------------------------------------------------------------------|
| 07DEIS | 00005065 - 00005065 | 004_20170728_AltC_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS- Alternative C Map series |
| 07DEIS | 00005066 - 00005068 | 005_20170728_AltD_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS- Alternative D Map series |
| 07DEIS | 00005069 - 00006999 | 006_20171222SLVEC_PlusAttchmnts.pdf | 12/22/2017 | SLVEC Christine Canaly | Comments plus attachments from San Luis Valley Ecosystem Council |
| 07DEIS | 00007000 - 00007005 | 007_20171228_SJCA_Comments Rio Grande DEIS.pdf | 12/28/2017 | SJCA | SJCA Comments |
| 07DEIS | 00007006 - 00007203 | 008_20171228_WELC_Shannon Laun_CommentsDEIS_Draft ForestPlan.pdf | 12/28/2017 | WELC Shannon Laun | Western Environmental Law Center Shannon Laun Comments |
| 07DEIS | 00007204 - 00013186 | 009_20171229DefendersPlusAtthmnt.pdf | 12/29/2017 | Defenders of Wildlife, The Wilderness Society, Western Environmental Law Center, WildEarth Guardians | Comments plus attachments from Defenders of Wildlife, The Wilderness Society, Western Environmental Law Center, WildEarth Guardians |
| 07DEIS | 00013187 - 00015529 | 010_20170000_OtherComments.pdf | 2017 | Local and Gov agencies | Other comments from Local and Gov. agencies and organizations |
| 07DEIS | 00015530 - 00015644 | 011_2107_2018LateComments.pdf | 2017-2018 | Public and local gov agencies | Late comments from the public and local gov agencies |
| 07DEIS | 00015645 - 00015648 | 012_20171115_28ExtensionRequests.pdf | 11/15/2017 | Tom Troxel, Peter Nelson, Dan Dallas | Comment extension requests and replies |

| 08. Draft Forest Plan | | | | | |
|---|---|---|---|---|---|
| 08DraftForestPlan | 00015649 - 00015882 | 001_20170900_DraftRevisedLandMgmtPlan.pdf | 09/00/2017 | Forest Service | RGNF Draft Revised Land Management Plan |
| 08DraftForestPlan | 00015883 – 00015897 | 002_DraftForestPlanMaps.pdf | 2017 | Forest Service | RGNF Draft Revised Land Management Plan 15 map series |
| **09. Draft Record of Decision** | | | | | |
| 09DraftRecordOfDecision | 00015898 - 00015939 | 20190802_DraftROD.pdf | 8/2/2019 | Forest Service | Draft Record of Decision RGNF  Land Management Plan |
| **10. Administrative Review** | | | | | |
| 10AdministrativeReview | 00015940 - 00016064 | 001_20190930_RockySmithEtAl_Objection.pdf | 9/30/2019 | Rocky Smith +more | Objection Letter |
| 10AdministrativeReview | 00016065 - 00016328 | 002_20190927_SJCA_Objection_Attchmnts.pdf | 9/27/2019 | San Juan Citizen Alliance | SJCA Objection & Attachments |
| 10AdministrativeReview | 00016329 - 00016432 | 003_20191001_DOW_WELC_TWS_WEGObjection.pdf | 10/1/2019 | Defenders of Wildlife | Objection Letter |
| 10AdministrativeReview | 00016433 - 00017550 | 004_201909_OtherObjectors.pdf | 9/00/2019 | Multiple (public), Forest Service | Other Objector Letters and Forest Service Reply Letters |
| 10AdministrativeReview | 00017551 - 00017638 | 005_20200310_ObjectionResponse_Final.pdf | 3/10/2020 | Forest Service | Reviewing Officer Response to Eligible Objections |
| **11. Biological Opinion** | | | | | |
| 11BiologicalOpinion | 00017639 - 00017663 | 20190315_FWS_KBroderdorp_Letter_Multi_RGNF_Forest_Plan_SIGNED_BO.pdf | 3/15/2019 | DOI Fish & Wildlife Service | Response to Formal Consultation Letter- Biological Opinion |
| **12. Final Environmental Impact Statement (FEIS)** | | | | | |
| 12FEIS | 00017664 - 00018263 | 001_20200402RGNFLandMgmtPlanFEISVol1.pdf | 4/2/2020 | Forest Service | RGNF- Land Management Plan- FEIS: Volume I |
| 12FEIS | 00018264 - 00018505 | 002_20200402RGNFLandMgmtPlanFEISVol2.pdf | 4/2/2020 | Forest Service | RGNF- Land Management Plan- FIES: Volume II- Appendix D: Public Involvement & Response to Comments |

| | | | | | |
|---|---|---|---|---|---|
| 12FEIS | 00018506 - 00018515 | 003_20200402RGNFLandMgmtPlanFEISVol1and2_Errata.pdf | 4/2/2020 | Forest Service | RGNF Land Management Plan- FEIS: Volume I and II Errata |
| 12FEIS | 00018516 - 00018519 | 004_20190802_AltAMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative A Map series |
| 12FEIS | 00018520 - 00018529 | 005_20190802_AltBMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative B Map series |
| 12FEIS | 00018530 - 00018534 | 006_20190802_AltCMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative C Map series |
| 12FEIS | 00018535 - 00018540 | 007_20190802_AltDMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative D Map series |
| 12FEIS | 00018541 - 00018545 | 008_20190802_OtherResourceMaps.pdf | 8/2/2019 | Forest Service | Other Resource Maps – 5 map series |
| **13. Record Of Decision (ROD)** | | | | | |
| 13RecordOfDecision | 00018546 - 00018614 | 20200511RGNF_LMP_ROD.pdf | 5/11/2020 | Forest Service | Record of Decision Rio Grande National Forest Land Management Plan |
| 13RecordOfDecision | 00018615 - 00018615 | 20200518_ROD_Errata.pdf | 5/18/2020 | Forest Service | ROD Errata |
| **14. Revised Biological Opinion** | | | | | |
| 14. Revised Biological Opinion | 00018616 - 00018647 | 20210209_RevisedBiOP_CoverLetter20210209.pdf | 2/9/2021 | DOI Fish & Wildlife Service | Revised Biological Opinion for the Rio Grande National Forest Land Management Plan |
| **15. Correspondence with U.S. Fish & Wildlife** | | | | | |
| 15CorrespondenceWithUSFishAndWildlife | 00018648 - 00018740 | 20201215McDonaldBroderdorp_ObjecionResponse.pdf | 12/15/2020 | Peter McDonald | Objection Response |
| 15CorrespondenceWithUSFishAndWildlife | 00018741 - 00018744 | 20201217_signed FWS Forest Plan_BA clarification | 12/17/2020 | Dan Dallas | Forest Plan  BA clarification |
| 15CorrespondenceWithUSFishAndWildlife | 00018745 - 00018747 | 20210108_GomezBroderdorp_MissingDataforLAUs | 1/8/2021 | Dale Gomez, Kurt Broderdorp | Email chain discussing LAU Data Points |

12

| 15Correspondence WithUSFishAndWildlife | 00018748 - 00018751 | 20210204_RemshardtOBrien_LAUStatistics | 2/4/2021 | William Remschardt, Cheryl O'Brien | Email chain discussing LAU Statistics |
|---|---|---|---|---|---|
| 15Correspondence WithUSFishAndWildlife | 00018752 - 00018753 | 20210205_GomezBroderforpLAUStatistics | 2/5/2021 | Dale Gomez | LAU Stats |
| **16. Reference Material** | | | | | |
| 16ReferenceMaterial | 00018754 - 00018760 | 001_19890214_Population Habitat_Lynx.pdf | 2/14/1989 | Gary Koehler | Peer reviewed article: Population and habitat characteristics of lynx and snowshoe hares in north central Washington |
| | 00018761 - 00018771 | 002_20061018BunnellCoyotesSnowmobiles_Lynx.pdf | 10/18/2006 | Kevin Bunnell et al | Peer reviewed article: Potential Impacts of Coyotes and Snowmobiles on Lynx Conservation in the Intermountain West |
| 16ReferenceMaterial | 00018772 - 00018781 | 003_20080212_SquiresHierarchialDenSelectionLynx.pdf | 2/12/2008 | John Squires et al | Peer reviewed article: Hierarchical Den Selection of Canada Lynx in Western Montana |
| | 00018782 - 00018822 | 004_20101017_RGNFLynxHabitatMapRationale.pdf | 10/7/2010 | Randy Ghormley | Lynx Habitat Model & Mapping Criteria |
| 16ReferenceMaterial | 00018823 - 00018828 | 005_20110531_LynxMovementsNorthPassCO.pdf | 5/31/2011 | Jake Ivan, CO Div of Wildlife | Putative Canada Lynx (Lynx canadensis) Movements across Hwy 114 near North Pass, Colorado |
| | 00018829 - 00018837 | 006_20120410_BergInfluenceForestStructureSnowshoeHares.pdf | 4/10/2012 | Nathan Berg et al | Peer reviewed article: Influence of Forest Structure on the Abundance of Snowshoe Hares in Western Wyoming |
| 16ReferenceMaterial | 00018838 - 00018858 | 007_20140900CPWLynxMonitoring.pdf | 09/00/2014 | Forest Service, CO Parks & Wildlife | Lynx Monitoring |
| 16ReferenceMaterial | 00018859 - 00018874 | 008_20160310_RGNFLynxHabitatSnowCompactionOutputs.pdf | | | |
| 16ReferenceMaterial | 00018875 - 00018876 | 009_20160310RGNFWinterCompactionSRLA.pdf | 3/10/2016 | Forest Service | Winter Rec & Snow Compaction |

| | | | | | |
|---|---|---|---|---|---|
| | 00018877 - 00018922 | 010_20160612_RGNFLTLynxBeetlekill.pdf | 6/12/2016 | Forest Service & other gov agencies | Canada Lynx & Snowshoe Hare Response to Spruce-Beetle Tree Mortality |
| 16ReferenceMaterial | 00018923 - 00018936 | 011_20160626_HighwayCrossingBehavior_Lynx.pdf | 6/26/2016 | Phillip Baiga et al | Peer reviewed article: Using environmental features to model highway crossing behavior of Canada lynx in the Southern Rocky Mountains |
| 16ReferenceMaterial | 00018937 - 00018966 | 012_20160907_LynxCriticalHabitatFinalOrder.pdf | 9/7/2016 | COURT | Wild Earth Guardians vs DOI |
| 16ReferenceMaterial | 00018967 - 00018985 | 013_20160920_CPWHareDensityStudySites.pdf | 9/20/2016 | Forest Service | Snowshoe Hare Density Study Sites- 19 Map Series |
| 16ReferenceMaterial | 00018986 - 00019005 | 014_20161214_Multiscale_HorizontalCover_Forest.pdf | 11/13/2016 | Joseph Holdbrook et al | Peer reviewed article: Multiscale habitat relationships of snowshoe hares (Lepus americanus) in the mixed conifer landscape of the Northern Rockies, USA: Cross-scale effects of horizontal cover with implications for forest management |
| | 00019006 - 00019022 | 015_20170000CPWPredictiveLynxMapReport.pdf | 2017 | Jake Ivan et al | Predictive Map of Canada Lynx Habitat Use in Colorado |
| 16ReferenceMaterial | 00019023 - 00019053 | 016_20170222_JIvanRGNFBarkBeetleLT.pdf | 2/22/2017 | Jake Ivan, CO Parks & Wildlife | Impacts of Bark Beetle Outbreaks on Snowshoe Hares & Red Squirrels |
| 16ReferenceMaterial | 00019054 - 00019158 | 017_20170510RGNFCanadaLynx.pdf | 6/10/2017 | Forest Service | Lynx Range Lynx use of spruce-beetle impacted forests as documented with GPS telemetry |
| 16ReferenceMaterial | 00019159 - 00019172 | 018_20170717_BudermanMovementBehaviorReintroducedPredator.pdf | 7/17/2017 | Frances Buderman et al | Peer reviewed article: Large-scale movement behavior in a reintroduced predator population |
| | 00019173 - 00019197 | 019_20170900HolbrookCanadaLynxResourceUseSelection.pdf | 09/00/2017 | Joseph Holdbrook et al | Peer reviewed article: Understanding and predicting habitat for wildlife conservation: the case of Canada lynx at the range periphery |
| 16ReferenceMaterial | 00019198 - 00019198 | 020_20180228AllLAUHabitat.pdf | 2/28/2018 | Forest Service | Lynx Habitat RGNF With All Lynx Analysis Units- MAP |
| 16ReferenceMaterial | 00019199 - 00019199 | 021_20180228LynxHabitatLAUUpdate.pdf | 2/28/2018 | Forest Service | LAU Analysis spreadsheet |

| 16ReferenceMaterial | 00019200 - 00019200 | 022_20180309_LynxObervations.pdf | 3/9/2018 | Forest Service | Lynx RSF, Dens, & Observations- MAP |
|---|---|---|---|---|---|
| | 00019201 - 00019433 | 023_20140527NMJumpingMouse.pdf | 5/27/2014 | U.S. Fish and Wildlife Service | Species Status Assessment Report New Mexico meadow jumping mouse (Zapus hudsonius luteus) |
| 16ReferenceMaterial | 00019434 - 00019445 | 024_20180100SWIFL_MSOReportRGNF.pdf | 01/00/2018 | Randy Ghormley | Southwestern Willow Flycatcher & Mexican Spotted Owl Survey & Status Report |
| | 00019446 - 00019446 | 025_20180627_YBCUFinding.pdf | 6/27/2018 | Peter McDonald | Yellow-billed Cuckoo Status Review |
| 16ReferenceMaterial | 00019447 - 00020659 | 026_1996RGNF_LRMP_FEIS.pdf | 00/00/1996 | Forest Service | 1996 Land and Resource Management Plan FEIS |
| | 00020660 - 00020698 | 027_19961107_RGNF_LRMP_ROD.pdf | 11/7/1996 | Forest Service | 1996 Land and Resource Management Plan Record of Decision |
| 16ReferenceMaterial | 00020699 - 00021098 | 028_19961107_RGNF_1996LRMP.pdf | 11/07/1196 | Forest Service | 1996 Land and Resource Management Plan |
| 16ReferenceMaterial | 00021099 - 00021102 | 029_19980612_TwisterSalvage_1996Amend1.pdf | 6/12/1998 | Forest Service | Forest Plan Amendment 1- Twister Salvage  project letter |
| 16ReferenceMaterial | 00021103 - 00021222 | 030_19980803_WIlderness Amend2.pdf | 8/3/1998 | Forest Service | Forest Plan Amendment 2 - Wilderness EA and decision notice |
| 16ReferenceMaterial | 00021223 - 00021228 | 031_19990618_NovemberAnal_Amend3.pdf | 6/18/1999 | Forest Service | Forest Plan Amendment 3 – November Project EA and decision notice |
| 16ReferenceMaterial | 00021229 - 00021320 | 032_20000302_TimberSuitabilityAmend4.pdf | 3/2/2000 | Forest Service | Forest Plan Amendment 4 – Timber Suitability |
| 16ReferenceMaterial | 00021321 - 00021482 | 033_20031022_MIS_DN_EA_Amend5.pdf | 10/22/2003 | Forest Service | Forest Plan Amendment 5– Management Indicator Species analysis and decision |
| 16ReferenceMaterial | 00021483 - 00021967 | 034_19991000_RMRS_GTR_EcoConLynx_Amend6.pdf | 10/00/1999 | Forest Service | Ecology and Conservation of Lynx in the United States |
| 16ReferenceMaterial | 00021968 - 00021968 | 035_20060900_SRLA_Lynx Habitat_Amend6.pdf | 09/00/2006 | Forest Service | Southern Rockies Lynx Habitat, Map |

| 16ReferenceMaterial | 00021969 - 00022100 | 036_20080425_SRLA_BiologicalAssessment_USFS_R2_Amend6.pdf | 4/25/2008 | Forest Service | Supplemental Biological Assessment of the Southern Rockies Lynx Amendment on Threatened, Endangered and Proposed Species for 7 National Forests LRMPs |
| 16ReferenceMaterial | 00022101 - 00022194 | 037_20080725_SRLA_Biogical_Opinion_Amend6.pdf | 7/25/2008 | DOI, USFWS | Biological Opinion, the effects of the Southern Rocky Mountain Lynx Amendment |
| 16ReferenceMaterial | 00022195 - 00022535 | 038_20081000_SRLA_FEIS_Direction_Vol_I_Amend6.pdf | 10/00/2008 | Forest Service | FEIS: Southern Rockies Lynx Amendment Volume 1 |
| 16ReferenceMaterial | 00022536 - 00022807 | 039_20081000_SRLA_FEIS_Direction_Vol_II_Amend6.pdf | 10/00/2008 | Forest Service | FEIS: Southern Rockies Lynx Amendment Volume 2 |
| 16ReferenceMaterial | 00022808 - 00023045 | 040_20090916_SRLA_Implementation_Amend6.pdf | 10/00/2008 | Forest Service | Memorandum - Impementation Guide to the Southern Rockies Lynx Amendmennt |
| 16ReferenceMaterial | 00023046 - 00023298 | 041_20091109_Baca_DN_EA_Amend7.pdf | 11/00/2009 | Forest Service | Forest Plan Amendment 7– Baca Tract analysis and decision |