## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN WILD, | Case No. 1:21-cv-02994-REB |
| Petitioners, | **DECLARATION OF JANET LOHMAN** |
| v. | |
| DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, | |
| Federal Respondents, | |
| and | |
| TRAILS PRESERVATION ALLIANCE; BACKCOUNTRY DISCOVERY ROUTES; COLORADO SNOWMOBILE ASSOCIATION, and THE COLORADO 500, | |
| Applicants in Intervention. | |

I, Janet Lohman, declare as follows:

1.    I am over 18 years of age, and I am competent to testify from my first-hand knowledge as to the matters set forth in this Declaration.

2.      I am a citizen of the United States residing in Carbondale, CO.

3.      I am the President and Executive Director of the Colorado 500 Charities Fund, which operates the Colorado 500 Charity Invitational Dirt Bike Ride.

4.      Since 1976, the annual Colorado 500 Charity Invitational Dirt Bike Ride, which hosts an average of 250 participants from across the USA and other countries, takes motorcycle enthusiasts on a 6-day ride throughout Western Colorado, mainly through Gunnison, Rio Grande, and Uncompahgre National Forests. Some of the trails in the areas ridden include Engineer Pass, Poll Creek, Carson Divide, Stoney Pass.

5.      The Colorado 500 is AMA Sanctioned, Chartered, and holds Special Use Permits from the Forest Service and Bureau of Land Management, and adheres to USFS and BLM requirements. Through rider meetings, it advocates responsible trail use to members, as well as raising funding to help support trail advocacy.

6.      Since 1981, over 175 organizations and individuals have benefited from Colorado 500 support, including schools, students who have received college scholarships, local clubs such as 4-H, medical organizations, and riding groups. Significant funds have also been dedicated to Forest Service grants, the Trail Preservation Alliance, and search and rescue and emergency services organizations.

7.      Any restriction of motorized recreational activities and related existing or new trail projects on Rio Grande trails would adversely affect our organization and its riders' use and enjoyment of the Forest as well as our charitable activities, which depend on funds raised from the ride, which takes participants through designated portions of Rio Grande National Forest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of May 2022.

Janet Lohman

Janet Lohman