**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN WILD, | ) ) ) ) ) Case No. 1:21-cv-02994-REB |
| Petitioners, | ) **DECLARATION OF BILL WHITACRE** |
| v. | ) ) |
| DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, | ) ) ) ) ) ) |
| Federal Respondents, | ) ) |
| and | ) ) |
| TRAILS PRESERVATION ALLIANCE; BACKCOUNTRY DISCOVERY ROUTES; COLORADO SNOWMOBILE ASSOCIATION, and THE COLORADO 500 | ) ) ) ) ) |
| Applicants in Intervention. | |

I, Bill Whitacre, declare as follows:

1.      I am over 18 years of age, and I am competent to testify from my first-hand

knowledge as to the matters set forth in this Declaration.

2.      I am a citizen of the United States residing in city of Eagle, state of Idaho.

3.      I am the Board member and Treasurer of the Backcountry Discovery Routes®
        (BDR®), a 501 c(3) non-profit organization dedicated to creating and preserving
        off-highway riding opportunities for dual sport and adventure motorcycles.

4.      I am also a current member of the American Motorcycle Association (AMA), have
        been involved with Trout Unlimited in the past, and serve on the Board of
        Trustees at The Nature Conservancy of Idaho.  The BDR organization is an AMA-
        sanctioned club and a member of the Motorcycle Industry Council (MIC).

5.      Motorized recreation has been a huge part of my life for over 20 years.   I've
        ridden motorcycles all around the U.S., and in many countries around the world.
        Often, I venture out to nearby states like Colorado that provides unparalleled
        options for motorized recreation in the backcountry. Over the last 12 years, the
        volunteer-powered BDR organization has created 11 cross-state routes,
        comprising of thousands of miles of verified and enjoyable terrain for adventure
        and dual-sport motorcycle riding utilizing existing public roads on BLM and in
        National Forests.   Unlike riders in many countries around the world including
        most Western European countries, riders in the US are fortunate to be able to
        enjoy miles of the most spectacular and remote scenery and terrain on public
        land.  As an adventure motorcycle community, we also understand that this is a
        privilege that comes with a responsibility to protect our most valuable resource
        while accommodating different users on the lands we share.

6.      I believe that multiple use recreation activities, especially the motorized
        recreation in which I, and the BDR community of tens of thousands of riders

engage, especially in Rio Grande National Forest, will be adversely impacted should plaintiffs prevail.

7.     I ride motorcycles year round and snowmobiles in winter where I live, as well as in nearby states like Colorado.

8.     Since I joined the BDR Board in 2019, I have been an active part of the organization's mission to promote rider education and safety campaigns, drive economic relief to rural communities, and encourage responsible motorcycle travel in the backcountry.  The organization does this through its core programs, and three main educational initiatives: Ride Respectfully, Ride Right and Yield to Animals.  Our outreach is directed at an audience of over 100,000+ riders who visit the RideBDR.com website and social media channels, and are exposed to these messages in print and digital magazine PSA ads, email newsletters, and at public events.  As an organization and a dedicated community of public land users, we invest in the idea of environmental stewardship and keeping natural resources healthy and accessible. Our educational imperative is to teach riders how to minimize their impact on the land, ride safely, and be courteous to other trail users and locals.

9.     I believe that if the plaintiffs prevail and the Plan Revision is vacated, motorized access to much of Rio Grande National Forest will be reduced or closed for many of us.  This precedent can trigger unfavorable decisions down the road affecting the Colorado Backcountry Discovery Route (COBDR), and other BDR routes, and eliminate recreational opportunities for hundreds of thousands of motorcyclists, and users of other off-highway vehicles.

10.    Through my professional career I spent a significant amount of time dealing with the Forest Service, including managing permitting for responsible utilization and sustainable use of natural resources. As an officer of the BDR, I believe that a collaborative mode of working together, having a dialog, and sharing strategies and ideas with agencies and land managers will help us keep trails and remote roads open for motorized recreational users.  Currently, the BDR organization is used by public land managers and agencies to effectively communicate important messages like safety issues, road closures and weather hazards to our motorcycle community.   BDR is committed to working with the U.S. Forest Service, BLM and other public land managers in finding the right balance between caring for the land and serving the people who enjoy it.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __9__ day of May 2022.

_____

Bill Whitacre