**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN WILD, <br><br> Petitioners, <br><br> v. <br><br> DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, <br><br> Federal Respondents, <br><br> and <br><br> TRAILS PRESERVATION ALLIANCE; BACKCOUNTRY DISCOVERY ROUTES; COLORADO SNOWMOBILE ASSOCIATION, and THE COLORADO 500 <br><br> Applicants in Intervention. | Case No. 1:21-cv-02994-REB <br><br> **DECLARATION OF DONALD E. RIGGLE** |

I, Donald Elwood Riggle, declare as follows:

1.  I am over 18 years of age, and I am competent to testify from my first-hand knowledge as to the matters set forth in this Declaration.

1

2. I am a citizen of the United States residing in city of Colorado Springs, state of Colorado.

3. I am the Director of Operations of the Trails Preservation Alliance ("TPA").

4. I am also a current member of American Motorcycle Association, Trout Unlimited, National Ski Patrol, Warriors Afield (wounded warrior fly fishing org), Military Officers Association of America, Veteran of Foreign Wars Association, and the Colorado Off Highway Vehicle Organization.

5. Motorized recreation has been a huge part of my life, consistently from 1964 to current date. This included competition when I was younger, and then a shift to simply enjoying the magnificence and breadth of our National Forests, including motorized riding through Rio Grande National Forest ("RGNF").

6. I believe that multiple use recreation activities, especially the motorized recreation in which I and others represented by TPA engage, will be adversely impacted should plaintiffs prevail.

7. I and others represented by TPA engage in motorized recreational use of Rio Grande National Forest year-round. We use snowmobiles in the winter months, and 4-wheel-drive vehicles and motorcycles the remainder of the year. Due to physical limitations, motorized access is the only form of access available for recreation for me in the National Forests. I am a disabled RVN Veteran. Motorized recreation is the only access myself and other disabled vets and disabled citizens of Colorado have for access to the forest via trails and roads.

8. Recreational users represented by TPA use the same roads and trails for over snow use (groomed trails) and other recreational use.

9. The pre-revision plan is old and out of date. If the plaintiffs prevail and the Plan Revision is vacated, I believe motorized access to much of Rio Grande National Forest will be reduced or closed for many of us. Research indicates that non-wheeled recreationists predominantly utilize routes within a few miles of trailheads. Thus, only the wealthier, healthy, portion of the public have the time and physical capability to "walk/hike" and ride horses further in, thereby excluding access to more of the forests.

10. In my role as Director of Operations for the TPA, and personally, I have been significantly involved in the Forest Plan revision challenged by Petitioners in this case, including reviewing and commenting on the process from scoping through the entire NEPA process.

11. I have been an active motorized recreational user of the RGNF since 1981, and have been involved in various land planning, NEPA, and trail projects in the forest throughout that time.

12. Myself, TPA, and many other organizations have worked very closely with the Forest Service in planning for all types of recreation. The major motorized recreation advocacy groups in Colorado are predominantly volunteer-based, and none of the board of the TPA have ever received any compensation for our efforts (other than reimbursement for expenses).

13. If Petitioners' requested relief is granted, it will prevent TPA and myself from working with the Forest Service to implement projects and land management activities to benefit motorized recreational users including myself.

14. The Colorado Off Highway Vehicle Coalition (COHVCO), the TPA, and Colorado Snowmobile Association (CSA), have funded multiple studies of the financial impact of

motorized recreation in Colorado. The latest study in 2015 demonstrated $2.4 billion positive impact in Colorado alone from motorized recreation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9 day of May 2022.

_____

Donald Riggle