**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN WILD | ) ) ) ) ) ) | Case No. 1:21-cv-02994-REB |
| Petitioners, | ) ) | **APPLICANTS TRAILS PRESERVATION** |
| | ) | **ALLIANCE, BACKCOUNTRY** |
| v. | ) | **DISCOVERY ROUTES, COLORADO** |
| | ) | **SNOWMOBILE ASSOCIATION, AND THE** |
| DAN DALLAS, in his official capacity | ) | **COLORADO 500'S CORPORATE** |
| as Forest Supervisor for the Rio | ) | **DISCLOSURE STATEMENT** |
| Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Federal Respondents, | ) ) | |
| and | ) ) | |
| TRAILS PRESERVATION ALLIANCE; BACKCOUNTRY DISCOVERY ROUTES; COLORADO SNOWMOBILE ASSOCIATION; and THE COLORADO 500, | ) ) ) ) ) ) | |
| Applicants in Intervention. | ) ) | |

Applicant Intervenor Trails Preservation Alliance ("TPA"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1(a), submits this corporate disclosure.

TPA is a tax-exempt non-profit membership organization incorporated under the laws of Colorado. TPA is not publicly traded and has no parent corporation. There is no publicly held corporation that owns ten percent or more of its stock.

1

Applicant Intervenor Backcountry Discovery Routes ("BDR"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1(a), submits this corporate disclosure.

BDR is a non-profit membership organization.  BDR is not publicly traded and has no parent corporation.  There is no publicly held corporation that owns ten percent or more of its stock.

Applicant Intervenor Colorado Snowmobile Association ("CSA"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1(a), submits this corporate disclosure.

CSA is a non-profit membership organization incorporated under the laws of Colorado.  CSA is not publicly traded and has no parent corporation.  There is no publicly held corporation that owns ten percent or more of its stock.

Applicant Intervenor Colorado 500, by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1(a), submits this corporate disclosure.

Colorado 500 is a non-profit membership organization incorporated under the laws of Colorado.  Colorado 500 is not publicly traded and has no parent corporation.  There is no publicly held corporation that owns ten percent or more of its stock.

DATED: May 12, 2022.

Respectfully submitted by:


*/s/ Joseph A. Bingham*_____
Joseph A. Bingham
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Telephone: (919) 649-7403
Email: jbingham@mslegal.org
Attorney for Applicants-in-Intervention

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2022, I electronically filed the foregoing with the

Court's electronic filing system (CM/ECF) which will automatically cause a notification to

be sent to the following counsel of record:

TODD KIM
Assistant Attorney General
Environment and Natural Resources
Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

COLE FINEGAN
United States Attorney

Attorneys for Defendants

John R. Mellgren
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401

Kelly E. Nokes
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211

Susan Jane M. Brown
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232

Attorneys for Petitioners

*/s/ Joseph A. Bingham*
Joseph A. Bingham