TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:    (202) 305-3022
Fax:       (202) 305-0275

COLE FINEGAN
United States Attorney

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, and WILDEARTH GUARDIANS,<br><br>   Petitioners,<br><br>   v.<br><br>DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture,<br><br>   Respondents. | ) Case No. 1:21-cv-02994-REB<br>)<br>)<br>) RESPONDENTS' NOTICE OF<br>) LODGING THE REVISED<br>) ADMINISTRATIVE RECORD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Respondents notice of the lodging of the Forest Service's Revised Administrative

Record for the Rio Grande National Forest Land Management Plan ("Forest Plan"),

which is the subject of this litigation.

The Forest Service's Revised Administrative Record consists of documents bearing Bates numbers Rvsd Plan-00000001 through Rvsd Plan-00025287. The declaration of Judith A. Perez, Forest Planner for the Rio Grande National Forest, accompanies the Revised Administrative Record and is attached to this notice as Exhibit 1. A copy of the index of the Revised Administrative Record is attached to this notice as Exhibit 2.

The Forest Service's Revised Administrative Record is contained on a single USB flash drive and is also available on the cloud. Respondents provided a link to the cloud-based Revised Administrative Record to counsel for Petitioners on June 10, 2022. Respondents will provide two USB flash drives containing the Revised Administrative Record to the Chambers of the Honorable Robert E. Blackburn via Federal Express within three business days.

Respectfully submitted on this 10th day of June, 2022.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ John P. Tustin
JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:       (202) 305-0275

COLE FINEGAN
United States Attorney

*Attorneys for Respondents*