# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-2994-REB

SAN LUIS VALLEY ECOSYSTEM COUNCIL, SAN JUAN CITIZENS ALLIANCE, THE WILDERNESS SOCIETY, and WILDEARTH GUARDIANS,

Petitioners,

vs.

DAN DALLAS, Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE,

Respondents.

---

DECLARATION OF JUDITH PEREZ

---

I, Judith A. Perez, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am employed by the United States Department of Agriculture, Forest Service, as the Forest Planner for the Rio Grande National Forest, located at the Supervisor's Office in Monte Vista, Colorado.

2. As part of my assigned duties, I coordinated the compilation of the Administrative Record responsive to the allegations contained in the petition filed in the above-captioned case. Through conferral with petitioners, we agreed to a Revised Administrative Record.

3. Attached to this declaration is the index for the Forest Service's Revised Administrative Record regarding the May 11, 2020, Record of Decision for the Revised Rio Grande National Forest Land Management Plan. All records identified in the attached index, and provided to the Court and parties, constitute a true and correct copy of the relevant records as retained in the

1

Forest Service files.

4. Three documents, with bates range 00024340-00024425, contain sensitive information regarding the known locations of Uncompahgre Fritillary Butterfly populations. The sensitive location data has been redacted.

5. In addition, an email received by the Forest Service in redacted form is included in the record at bates range 00024428-00024430.

6. The Revised Administrative Record for this case is in Adobe Acrobat (PDF) format to the extent practical. The Revised Administrative Record contains 229 documents bearing bates numbers Rvsd Plan - 00000001 to Rvsd Plan - 00025287. The index is in PDF format and contains hyperlinks to the individual documents that comprise the Revised Administrative Record.

7. The Revised Administrative Record and Index have been shared with the parties electronically. The Revised Administrative Record and Index will be lodged with the Court on a single USB flash drive

I declare under penalty of perjury that the foregoing is a true and complete statement. Dated this 10th day of June 2022 in Monte Vista, Colorado.

Judith A. Perez
Digitally signed by Judith A. Perez
Date: 2022.06.10 09:14:51 -06'00'

Judith Perez
Forest Planner
USDA Forest Service
Rio Grande National Forest