IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.: 21-cv-2994-REB

SAN LUIS VALLEY ECOSYSTEM COUNCIL,
SAN JUAN CITIZENS ALLIANCE,
THE WILDERNESS SOCIETY,
WILDEARTH GUARDIANS, and
ROCKY MOUNTAIN WILD,

    Petitioners,

DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest;
UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture,

    Federal Respondents; and

TRAILS PRESERVATION ALLIANCE,
BACKCOUNTRY DISCOVERY ROUTES,
COLORADO SNOWMOBILE ASSOCIATION, and
THE COLORADO 500,

    Applicant Intervenor Respondents.

---

**AMENDED JOINT CASE MANAGEMENT PLAN FOR PETITION
FOR REVIEW OF AGENCY ACTION**

---

### 1. APPEARANCES OF COUNSEL

<u>For Petitioners:</u>

John R. Mellgren (OSB #114620)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401
(541) 359-0990
mellgren@westernlaw.org

Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center

4107 NE Couch St. Portland, OR 97232
(503) 680-5513
brown@westernlaw.org

Kelly E. Nokes (Colo. Bar No. 51877)
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
(575) 613-8051
nokes@westernlaw.org

For Federal Respondents:

John P. Tustin (TX Bar No. 24056458)
Senior Attorney Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0275
john.tustin@usdoj.gov

For Applicant Intervenor Respondents:

Joseph A. Bingham
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (919) 649-7403 (cell)
          (303) 292-2021 (office)
jbingham@mslegal.org

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Petitioners allege the Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and the Administrative Procedure Act, 5 U.S.C. § 704.

Federal Respondents and Applicant Intervenor Respondents allege that the Court lacks jurisdiction over some or all of Petitioners' claims due to statute of limitations, waiver, or failure to exhaust administrative remedies. Federal Respondents and Applicant Intervenor Respondents will raise any jurisdictional defenses in their merits brief.

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

- **A.** **Date Petition for Review Was Filed:** November 8, 2021

- **B.** **Date Petition for Review Was Served on U.S. Attorney's Office:**
  December 4, 2021

- **C.** **Date Answer or Other Response Was Filed:**
  January 11, 2022 (Federal Respondents)
  May 12, 2022 (Applicant Intervenor Repondents)

- **D.** **Date Administrative Record Was Lodged:**
  March 4, 2022 (Dkt. No. 15)

**4. STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The Parties agree that this case not does raise any unusual claims or defenses.

**5. OTHER MATTERS**

- **A.** On or before July 1, 2022, the Petitioners may file a Second Amended Petition for Review (if needed) to add or remove claims. The parties further agree that the already filed (1) Response to Petitioners' November 8, 2021 "Petition for Review Seeking Declaratory and Injunctive Relief" [Dkt. No. 8] and (2) Proposed Response to Petitioners' First Amended Petition for Review [Dkt No. 17-6] shall be deemed a response to any subsequently filed Amended Petition for Review.  The court approves that agreement.

- **B.** There is a separately filed lawsuit that is a related case to this matter. *Defenders of Wildlife v. U.S. Forest Serv.*, Civil Action No. 21-cv-2992-REB.   The petitioners in *Defenders* filed a Notice of Related Case. ECF No. 5.

  The two cases arise from a common set of facts, and challenge the same federal agency action. This includes the Final Environmental Impact Statement and Record of Decision for the 2020 Rio Grande National Forest Land Management Plan. The cases share a party in common, though do not share legal claims in common. Though the resolution of one case could impact the resolution of the other case, the parties in this action do not  currently seek to consolidate the two cases.

- **C.** Trails Preservation Alliance, Backcountry Discovery Routes, Colorado Snowmobile Association, and The Colorado 500 moved to intervene as respondents in this matter. Dkt. No. 17. Petitioners and Federal

>>Respondents do not oppose the motion to intervene, subject to the conditions included in the Applicant Intervenor Respondents' Proposed Order.
>
>D. The parties are conferring on the contents of the March 4, 2022 Administrative Record lodged by Federal Respondents. Federal Respondents anticipate lodging a supplemental Administrative Record by June 10, 2022.
>
>The Respondents have filed the administrative record on a single USB flash drive. The administrative record has been served on the parties. **On or before July 15, 2022, an additional copy of the administrative record shall be filed with the court. The record shall be Bates-numbered and filed via the CM/ECF system of the court in the manner required by D.C.COLO.LCivR 5.1 and the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), including Sections 1.1 - 1.2 of the electronic case filing procedures**.

**6. BRIEFING SCHEDULE**

The court approves the briefing schedule proposed by the parties:

>A. **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:** July 1, 2022
>
>B. **Petitioners' Opening Brief Due:** August 5, 2022
>
>C. **Federal Respondents' Response Brief Due:** September 20, 2022
>
>D. **Intervenor Respondents' Response Brief Due:** September 27, 2022
>
>E. **Petitioners' Reply Brief (If Any) Due:** October 28, 2022

The parties have also conferred about word limits for briefing this matter on the merits, and agree to the following word limits (excluding the case caption, signature blocks, certificates of service, table of contents, and table of authorities):

>A.   10,000 words for Petitioners' opening brief;
>
>B.   10,000 words for Federal Respondents' response brief;
>
>C.   8,000 words for Intervenor Respondents' response brief;
>
>D.   6,000 words for Petitioners' reply brief.

## 7. STATEMENTS REGARDING ORAL ARGUMENT

All parties agree that this case would be aided by oral argument given its complexity related to facts and the law.

## 8. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 9. OTHER MATTERS

A. The Parties agree to comply with the Federal Rules of Civil Procedure and the District of Colorado's local rules with respect to any motions seeking an extension of time or a continuance in this matter, or any other matter.

B. Federal Respondent seeks leave to provide the Administrative Record on electronic media (*e.g.*, thumb drive to Court, thumb drive or link to cloud storage to Petitioners), rather than filing it on CM-ECF.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated June 10, 2022, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

APPROVED:

/s/ John R. Mellgren
John R. Mellgren (OSB #114620)

5

Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon
97401 (541) 359-0990
mellgren@westernlaw.org


/s/ Susan Jane M Brown
Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 680-5513
brown@westernlaw.org

*Counsel for Petitioners*

/s/ Kelly E. Nokes
Kelly E. Nokes (Colo. Bar No. 51877)
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
(575) 613-8051
nokes@westernlaw.org

/s/ John P. Tustin
John P. Tustin (TX Bar No. 24056458)
Senior Attorney Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0275
john.tustin@usdoj.gov

*Counsel for Federal Respondents*

/s/ Joseph A. Bingham
Joseph A. Bingham
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (919) 649-7403 (cell)
303 292-2021 (office)

jbingham@mslegal.org

*Counsel for Applicant Intervenor Respondents*