**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02994-REB

SAN LUIS VALLEY ECOSYSTEM COUNCIL, SAN JUAN CITIZENS ALLIANCE,
THE WILDERNESS SOCIETY, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN
WILD,

    Petitioners,

vs.

DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National
Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United
States
Department of Agriculture,

    Federal Respondents,

and

TRAILS PRESERVATION ALLIANCE,
BACKCOUNTRY DISCOVERY ROUTES,
COLORADO SNOWMOBILE ASSOCIATION, and
THE COLORADO 500,

    Intervenor-Defendants.

---

### MINUTE ORDER[1]

---

    This matter is before the court on the **Amended Joint Case Management Plan for Petition For Review of Agency Action** [#18][2] filed May 18, 2022.  Concurrently with this order, the court has entered an amended joint case management plan (JCMP) on the terms proposed by the parties, with one exception.

    The respondents have filed the administrative record on one USB flash drive.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#18]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

They seek leave to file the administrative record in that form rather than filing it on CM/ECF.  The Electronic Case Filing Procedures for the District of Colorado (Civil Cases) provide that all documents filed in civil cases "shall be filed electronically in a portable document format (PDF) using the Electronic Case Filing System (ECF)." *Electronic Case Filing Procedures (Civil Cases)*, ¶ 1.1.  With a few possible exceptions, none of the exceptions stated paragraph 1.2 of those procedures is applicable to the administrative record in this case.

One purpose of the Electronic Case Filing Procedures is to ensure that the court maintains a secure, permanent, and easily accessible record in each case.  Filing an administrative record on a flash drive or by electronic file sharing does not ensure a secure, permanent, and easily accessible record in this case nearly as well as filing the administrative record via the CM/ECF system.  Of course, the judge who addresses this case on the merits is free to review the administrative record on a flash drive or by electronic file sharing, if he or she finds such a review to be helpful.

After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1.  That the **Amended Joint Case Management Plan for Petition For Review of Agency Action** [#18] is approved, except for the proposed language concerning the filing of the administrative record; and

2. That the requirements for filing the administrative record shall be as specified in the amended JCMP entered by the court concurrently with this minute order.

Dated: June 10, 2022