TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:      (202) 305-0275

COLE FINEGAN
United States Attorney

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SAN LUIS VALLEY ECOSYSTEMS COUNCIL, SAN JUAN CITIZENS ALLIANCE, and WILDEARTH GUARDIANS, | Case No. 1:21-cv-02994-REB |
| Petitioners, | RESPONDENTS' NOTICE OF FILING THE REVISED ADMINISTRATIVE RECORD |
| v. | |
| DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, | |
| Respondents. | |

Respondents notice the filing of the Forest Service's Revised Administrative Record for the Rio Grande National Forest Land Management Plan ("Forest Plan"), in

accordance with the Court's adoption of the Parties' Amended Joint Case Management Plan, ECF No. 20, and Minute Order, ECF No. 23.

The Forest Service's Revised Administrative Record consists of documents bearing Bates numbers Rvsd Plan-00000001 through Rvsd Plan-00025326. The declaration of Judith A. Perez, Forest Planner for the Rio Grande National Forest, accompanies the Revised Administrative Record and is attached to this notice as Exhibit 1. A copy of the index of the Revised Administrative Record is attached to this notice as Exhibit 2.

Respondents provided a link to the cloud-based Revised Administrative Record to counsel for Petitioners on June 10, 2022. ECF No. 19.

Respectfully submitted on this 21st day of June, 2022.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ John P. Tustin
JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:       (202) 305-0275

COLE FINEGAN
United States Attorney

*Attorneys for Respondents*