Exhibit 2

## RIO GRANDE NATIONAL FOREST - COURT FILING RECORD INDEX

| FOLDER | BATES NUMBER | DOCUMENT TITLE | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|---|---|
| | | | 01. Forest Plan | | |
| 01ForestPlan | 00000001 - 00000820 | 001_201603_Assessments | 3/00/2013 | Forest Service | Rio Grande National Forest – Assessments 1 through 15– Executive Summaries |
| 01ForestPlan | 00000821 - 00001084 | 002_20200511_RioGrandeLandManagementPlan | 5/00/2020 | Forest Service | Land Management Plan |
| 01ForestPlan | 00001085 - 00001085 | 003_20190802_AltBmod_FinalPlan.pdf | 8/2/2019 | Forest Service | RGNF Land Management Plan Alternative B – Modified-MAP |
| 01ForestPlan | 00001086 - 00001114 | 004_20190802_ForestPlanMaps.pdf | 8/2/2019 | Forest Service | RGNF Land Management Plan 29 Map series |
| 01ForestPlan | 00001115 - 00001170 | 005_20190709_DraftPlan_FinalPlan_Compare.pdf | 7/9/2019 | Forest Service | Table tracking changes to plan components between issuing Draft Forest Plan and Final Forest Plan. |
| | | | 02. Policy & Guidance | | |
| 02PolicyAndGuidance | 00001171 - 00001183 | 01_19761022_NFMA.pdf | 10/22/1976 | Congress | National Forest Management Act Of 1976 |
| 02PolicyAndGuidance | 00001184 - 00001205 | 02_20110525_FSM2670_TES.pdf | 5/25/2011 | Forest Service | Forest Service Manual – Rocky Mountain Region (Region 2) 2600 –Wildlife, Fish, & Sensitive Plant Habitat Management Chapter2670 –Threatened, Endangered & Sensitive Plants & Animals |
| 02PolicyAndGuidance | 00001206 - 00001320 | 03_20120409_FedRegisterPlanRule.pdf | 4/9/2012 | Forest Service | National Forest System Land Management Planning |
| 02PolicyAndGuidance | 00001321 - 00001362 | 04_20150103_FSM1920_LandManagementPlanning.pdf | 1/3/2015 | Forest Service | Forest Service Manual for Land Management Planning |
| 02PolicyAndGuidance | 00001363 - 00001375 | 05_20150128_FederalReigster36CFRParts212_261.pdf | 1/28/2015 | Forest Service | Federal Register publication of 36 CFR 212 and 261 for Travel Management |
| 02PolicyAndGuidance | 00001376 - 00001509 | 06_20150130_FSH1909.12Chapter 20_ForestPlan.pdf | 1/30/2015 | Forest Service | Forest Service Handbook -Chapter20 – Land Management Plan |
| | | | 03. Need For Change (NFC) | | |

| | | | | | |
|---|---|---|---|---|---|
| 03NeedForChange | 00001510 - 00001548 | 001_20160700_NeedToChange.pdf | 7/00/2016 | Erin Minks, Judi Perez | Need to change document developed from Assessments, public meetings and comments received. |
| 03NeedForChange | 00001549 - 00001557 | 002_20160316_SLVEC_A2_Comment_SLV_Air_Toxics_Analysis.pdf | 3/16/2012 | Kyle Olson, EPA | San Luis Valley Ecosystem Council Attachment to assessment comments on Air Toxics Analysis |
| 03NeedForChange | 00001558 - 00001561 | 003_20160100_SLVEC_A_13_Cultural_and_Historic_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 13 – Cultural and Historic Resources |
| 03NeedForChange | 00001562 - 00001565 | 004_20160100_SLVEC_A7_Ecosystem_Services_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 7 – Ecosystem Services |
| 03NeedForChange | 00001566 - 00001569 | 005_20160100_SLVEC_A10_Minerals_and_Geologic_Hazards_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 10 – Energy, Minerals and Geologic Hazards |
| 03NeedForChange | 00001570 - 00001573 | 006_20160100_SLVEC_A_6_Social.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 6 – Social, Cultural and Economic Conditions |
| 03NeedForChange | 00001574 - 00001575 | 007_20160100_SLVEC_A_12_Tribal_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 12 – Areas of Tribal Importance |
| 03NeedForChange | 00001576 - 00001581 | 008_20160100_SLVEC_A2_Comments_Air_Quality.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 2- Air Quality |
| 03NeedForChange | 00001582 - 00001584 | 009_20160100_SLVEC_A14_Lands_Status_and_Ownership_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 14- Land Status and Ownership, Use, and Access Patterns |
| 03NeedForChange | 00001585 - 00001587 | 010_20160100_SLVEC_Assessment_2_Soil_Comments.pdf | 1/00/2016 | SLVEC | San Luis Valley Ecosystem Council comments on draft assessment 2 – Soils |
| 03NeedForChange | 00001588 - 00001588 | 011_20160100_SLVEC_Lands_Assessment_boundary_disparities.pdf | 1/00/2016 | SLVEC | Table showing RGNF Administrative Roadless and Wilderness Boundary Disparities with other NFs. |

| 03NeedForChange | 00001589 - 00001589 | 012_20160100_SLVEC_Lands_Comments_BLM_Boundary_Discrepancies.pdf | 1/00/2016 | SLVEC | Table showing RGNF Administrative Boundary Disparities with BLM. |
|---|---|---|---|---|---|
| 03NeedForChange | 00001590 - 00001590 | 013_20160120_SLVEC_Assessment Cover Letter.pdf | 1/20/2016 | Tom Sobal, Rocky Smith, Christine Canaly | SLVEC Assessment Cover Letter |
| 03NeedForChange | 00001591 - 00001617 | 014_20160120_SLVEC_Assessment_comments.pdf | 1/20/2016 | Tom Sobal, Rocky Smith, Christine Canaly | SLVEC Assessment Cover Letter + content & comments |
| 03NeedForChange | 00001618 - 00001636 | 015_20160300_SLVEC_A 9 Recreation Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 9 – Recreation |
| 03NeedForChange | 00001637 - 00001640 | 016_20160300_SLVEC_A 8_Scenic_Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 8.1-Scenic character |
| 03NeedForChange | 00001641 - 00001646 | 017_20160300_SLVEC_A8_Multiple_Use_Comments.pdf | 3/00/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment 8 -Multiple Uses |
| 03NeedForChange | 00001647 - 00001670 | 018_20160318_SLVEC_A_1_3_4_5_11_15_Combined_Comments.pdf | 3/18/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessment Combined comments |

| 03NeedForChange | 00001671 - 00001678 | 019_20160318_SLVEC_A1-3_Terrestrial_Comments.pdf | 3/18/2016 | Tom Sobel, Rocky Smith, Roz McClellan, Christine Canaly | San Luis Valley Ecosystem Council comments on draft assessments 1 &3 -Terrestrial Ecosystems |
| 03NeedForChange | 00001679 - 00001708 | 020_20160415_SLVECRSmith_Need_for_Change_Comments_final.pdf | 4/15/2016 | Rocky Smith, Christine Canaly, Tom Sobel, Roz McClellan, Alison Gallensky, John R Mellgren, Lauren McCain, Vera Smith | Combined comments on Need for Change – includes over-snow use, CRR, riparian protection, etc. |
| 03NeedForChange | 00001709 - 00001722 | 021_20160822_SLVEC_SMITH_TWS Initial Proposal comments.pdf | 8/22/2016 | Rocky Smith, Christine Canaly, Tom Sobal, , Alison Gallensky, John R Mellgren, Lauren McCain, Vera Smith | Comments on Need for Change and initial proposal (draft proposed action). |

| 03NeedForChange | 00001723 - 00001807 | 022_20160708_TWS_SLVEC_Et_Al_A 1-3_Aquatics_Riparian_comments.pdf | 7/8/2016 | Vera Smith, on behalf of Dr. Aaron Hall, Dr. Lauren McCain, Allison Gallensky, Christine Canaly, John R. Mellgren, Rocky Smith, Tom Sobal | Comments on Assessment Chapter 1,2, and 3 and related portions of the Need For Change regarding water and water resources. Includes citations and sources. |
|---|---|---|---|---|---|
| 03NeedForChange | 00001808 - 00001893 | 023_20141125_TWS_Assessment Appendix 4 FINAL_ecorep.pdf | 11/25/2014 | TWS | Ecosystem representation in the RGNF. Comments on draft assessment. |
| 03NeedForChange | 00001894 - 00001902 | 024_20150826_TWS.Assessment appendix 3_connectivity.pdf | 8/26/2015 | TWS, National Wildlife Federation | Opportunities for Wildlife Corridors in Upper Rio Grande Watershed- 9 Map Series |
| 03NeedForChange | 00001903 - 00001935 | 025_20160209_TWSetal_assessmentcomments_2016_final.pdf | 2/9/2016 | Vera Smith, Lauren McCain, Meredith McClure | Comments on Chapter 15  designations, wildlife movement, ecological integrity, landscape processes and species. Includes citations. |
| 03NeedForChange | 00001936 - 00002024 | 026_20160423_TWS_Assessment_11_Comments.pdf | 4/23/2016 | Vera Smith, Lauren McCain | Comments on draft assessment 11 – Infrastructure. Includes including citations and sources. |
| 03NeedForChange | 00002025 - 00002061 | 027_20160424_Defenders_NFC_Assess_cmts.pdf | 4/23/2016 | Lauren McCain | Comments on draft assessment and draft need for change. |
| 03NeedForChange | 00002062 - 00002062 | 028_20160822_DefendersPlanFrameworkCmts.pdf | 8/22/2016 | Peter Nelson, Lauren McCain | Comment Letter on proposed plan revision framework and crosswalk (July 2016) |
| 03NeedForChange | 00002063 - 00002186 | 029_20141224_OtherNeedForChangeComments.pdf | 12/24/2014 | 14+ | Additional comments received from other parties/public on draft assessments, need for change and initial proposal documents. |
| **04. Scoping** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 04Scoping | 00002187 - 00002231 | 001_20160900_ProposedAction.pdf | 09/00/2016 | Forest Service | The Rio Grande National Forest Plan: Proposed Action. Proposed action released in Federal Register September 2016. |
| 04Scoping | 00002232 - 00002236 | 002_20150000_SLVEC BASI Comment 2015 Alamosa Tourism Report.pdf | 1/23/2015 | Economic Profile System-Human Dimensions Toolkit (EPS-HDT) | 2015 Alamosa Tourism Report, attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002237 - 00002245 | 003_20150226_SLVEC BASI Comment Development in WUI.pdf | 2/26/2015 | EPS-HDT | A Profile of Development & the Wildland-Urban Interface (WUI). Attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002246 - 00002269 | 004_20150226_SLVEC BASI Comment SLV Socio Economic Profile.pdf | 2/26/2015 | EPS-HDT | A Profile of Socioeconomic Measures. Attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002270 - 00002284 | 005_20150226_SLVEC BASI Comment Travel and Tourism Industry Profile.pdf | 2/26/2015 | EPS-HDT | A Profile of Industries that Include Travel & Tourism. Attachment to SLVEC comments on proposed action. |
| 04Scoping | 00002285 - 00002341 | 006_20161028_SLVEC_R_Smith_RM_Wild_Quiet_Use_Et_al_Scoping.pdf | 10/28/2016 | Rocky Smith, Christine Canaly, Alan Apt, Jimbo Buickerood, Alison Gallensky, Matt Reed, John R Mellgren, Scott Braden, Tom Sobal, Greg Dyson | Rocky Mountain Wild Comment Letter on Proposed Action |

| 04Scoping | 00002342 - 00002380 | 007_20161025_TWSFormLetters39.pdf | 10/25-26/2016 | Approximately 39 | Form letter comments on Proposed Action submitted on behalf of The Wilderness Society. |
|---|---|---|---|---|---|
| 04Scoping | 00002381 - 00002395 | 008_20170308_TheWildernessSociety_DefendersLetterR2_R3.pdf | 3/8/2017 | Joshua Hicks, Lauren McCain, | Proposed Management Direction for aquatic and terrestrial connectivity for consideration in FS and BLM planning processes in the upper Rio Grande landscape |
| 04Scoping | 00002396 - 00002407 | 009_20161024_DefendersFormLetters11.pdf | 10/24-27/2016 | 11 | Form letter comments on Proposed Action submitted on behalf of Defenders of Wildlife. |
| 04Scoping | 00002408 - 00002619 | 010_20161028_DefendersScoping comments.pdf | 10/28/2016 | Peter Nelson, Lauren McCain | Defenders of Wildlife comment letter on Proposed Action |
| 04Scoping | 00002620 - 00002767 | 011_20161026_WELC Scoping Comments I.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (306 pages) – climate. |
| 04Scoping | 00002768 - 00003073 | 012_20161026_WELC Scoping Comments II IPCC.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (148 pages) – species. |
| 04Scoping | 00003074 - 00003199 | 013_20161026_WELC Scoping Comments III Climate Action Tracker.pdf | 10/26/2016 | multiple | Attachment to comments from Western Environmental Law Center (126 pages) – climate. |
| 04Scoping | 00003200 - 00003384 | 014_20161114_WELC Scoping Comments IV Coarse Woody Debris BASI.pdf | 11/14/2016 | James Brown, Elizabeth Reinhardt, Kylie Kramer | Attachment to WELC Comments. Coarse Woody Debris: Managing Benefits & Fire Hazard in the Recovering Forest |
| 04Scoping | 00003385 - 00003600 | 015_20160900_OtherScopingComments.pdf | 09/00/2016 | multiple | Scoping comments received from participants not included in litigation. |
| **05. TES** | | | | | |
| 05TES | 00003601 - 00003611 | 000_CanadaLynxSpeciesOverview | | Forest Service | Canada Lynx (Lynx canadensis) Species Overview |
| 05TES | 00003612 - 00003647 | 001_20000324_ThreatenedStatusLynx_DPS_FR_v65_No_58 | 3/24/2000 | Forest Service | Endangered and Threatened Wildlife & Plants; Determination of Threatened Status for the Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related Rule |
| 05TES | 00003648 - 00003649 | 002_20140600_LynxFactSheet_CPW_Reintroduction | 6/00/2014 | CO Parks & Wildlife | Lynx Reintroduction |

| | | | | | |
|---|---|---|---|---|---|
| 05TES | 00003650 - 00003715 | 003_20140912_Lynx_CH_FR_v79_No177_USFWS | 9/12/2014 | DOI Fish & Wildlife Service | Endangered and Threatened Wildlife & Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx and Revised Distinct Population Segment Boundary |
| 05TES | 00003716 - 00003780 | 004_20160418_FINAL Lynx SSA EE Workshop Report 2 | 4/18/2016 | Forest Service & other gov agencies | Canada Lynx Expert Elicitation Workshop |
| 05TES | 00003781 - 00004080 | 005_20180111_SSA_Report_CanadaLynx | 1/11/2018 | U.S. Fish and Wildlife Service | Species Status Assessment for the CANADA LYNX (Lynx canadensis) |
| 05TES | 00004081 - 00004133 | 006_20180517_RGNF_Lynx_SpruceBeetle_Monte Vista_CO | 5/18/2018 | John Squires et al | Lynx Habitat Ecology in Beetle-Impacted Forests |
| 05TES | 00004134 - 00004151 | 007_20180626_Lynx_WinterRecreation_Olson_Squires | 6/26/2018 | Lucretia Olson et al | Peer reviewed article:  Sharing the same slope: Behavioral responses of a threatened mesocarnivore to motorized and nonmotorized winter recreation |
| 05TES | 00004152 - 00004154 | 008_20170214_UFBSpecies Overview | 2/14/2017 | Forest Service | Uncompahgre Fritillary Butterfly (Boloria (improba) acrocnema) Species Overview |
| 05TES | 00004155 - 00004155 | 009_20170727_RMU_Allotments | 7/27/2017 | Forest Service | RGNF- Plan Revision- Draft- EIS- Range: Grazing Allotments- MAP |
| 05TES | 00004156 - 00004185 | 010_20180000_UFB_5yearReview | 2018 | DOI Fish & Wildlife Service | Uncompahgre Fritillary Butterfly (Clossíana ímproba acrocnema) 5-Year Review: Summary & Evaluation |
| **06. Wildlife** | | | | | |
| 06Wildlife | 00004187 - 00004319 | 001_20130608_LCAS_revised_3rd_ed | 6/8/2013 | Forest Service & other gov agencies | Canada Lynx Conservation  Assessment and Strategy |
| 06Wildlife | 00004320 - 00004335 | 002_20180611_IPaC List for RGNF Plan Revision  Western CO ERO | 6/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for Western CO |
| 06Wildlife | 00004336 - 00004352 | 003_20180711_IPaC List for RGNF Plan Revision CO ERO | 7/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for Colorado |

| 06Wildlife | 00004353 - 00004360 | 004_20180711_IPaC List_RGNF Plan revision NM ERO | 7/11/2018 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location for New Mexico |
|---|---|---|---|---|---|
| 06Wildlife | 00004361 - 00004481 | 005_20180928_RGNF_Plan Revision_FINAL_BA | 9/28/2018 | Forest Service | Final Biological Assessment |
| 06Wildlife | 00004482 - 00004497 | 006_20200309_TEPC_Species List_USFWS | 3/9/2020 | DOI Fish & Wildlife Service | Letter with Updated list of threatened and endangered species that may occur in proposed project location |
| 06Wildlife | 00004498 - 00004505 | 007_20210402_USFS_SRLA_Report_2020.pdf | 4/2/2021 | Forest Service | Southern Rockies Lynx Report, 2020 |
| **07. DEIS** | | | | | |
| 07DEIS | 00004506 - 00005059 | 001_021709_RGNFPlanRevisionDEIS.pdf | 09/00/2017 | Forest Service | Rio Grande National Forest Plan Revision-DEIS |
| 07DEIS | 00005060 - 00005061 | 002_20170728_AltA_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision-DEIS-Alternative A Map series |
| 07DEIS | 00005062 - 00005064 | 003_20170728_AltB_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS-Alternative B Map series |
| 07DEIS | 00005065 - 00005065 | 004_20170728_AltC_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS-Alternative C Map series |
| 07DEIS | 00005066 - 00005068 | 005_20170728_AltD_Maps.pdf | 7/28/2017 | Forest Service | Rio Grande National Forest Plan Revision- DEIS-Alternative D Map series |
| 07DEIS | 00005069 - 00006999 | 006_20171222SLVEC_PlusAttchmnts.pdf | 12/22/2017 | SLVEC Christine Canaly | Comments plus attachments from San Luis Valley Ecosystem Council |
| 07DEIS | 00007000 - 00007005 | 007_20171228_SJCA_Comments Rio Grande_DEIS.pdf | 12/28/2017 | SJCA | SJCA Comments |
| 07DEIS | 00007006 - 00007203 | 008_20171228_WELC_Shannon_Laun_CommentsDEIS_Draft ForestPlan.pdf | 12/28/2017 | WELC Shannon Laun | Western Environmental Law Center Shannon Laun Comments |

| | | | | | |
|---|---|---|---|---|---|
| 07DEIS | 00007204 - 00013186 | 009_20171229DefendersPlusAtthmnt.pdf | 12/29/2017 | Defenders of Wildlife, The Wilderness Society, Western Environmental Law Center, WildEarth Guardians | Comments plus attachments from Defenders of Wildlife, The Wilderness Society, Western Environmental Law Center, WildEarth Guardians |
| 07DEIS | 00013187 - 00015529 | 010_20170000_OtherComments.pdf | 2017 | Local and Gov agencies | Other comments from Local and Gov. agencies and organizations |
| 07DEIS | 00015530 - 00015644 | 011_2107_2018LateComments.pdf | 2017-2018 | Public and local gov agencies | Late comments from the public and local gov agencies |
| 07DEIS | 00015645 - 00015648 | 012_20171115_28ExtensionRequests.pdf | 11/15/2017 | Tom Troxel, Peter Nelson, Dan Dallas | Comment extension requests and replies |
| **08. Draft Forest Plan** | | | | | |
| 08DraftForestPlan | 00015649 - 00015882 | 001_20170900_DraftRevisedLandMgmtPlan.pdf | 09/00/2017 | Forest Service | RGNF Draft Revised Land Management Plan |
| 08DraftForestPlan | 00015883 – 00015897 | 002_DraftForestPlanMaps.pdf | 2017 | Forest Service | RGNF Draft Revised Land Management Plan 15 map series |
| **09. Draft Record of Decision** | | | | | |
| 09DraftRecordOfDecision | 00015898 - 00015939 | 20190802_DraftROD.pdf | 8/2/2019 | Forest Service | Draft Record of Decision RGNF  Land Management Plan |
| **10. Administrative Review** | | | | | |
| 10AdministrativeReview | 00015940 - 00016064 | 001_20190930_RockySmithEtAl_Objection.pdf | 9/30/2019 | Rocky Smith +more | Objection Letter |
| 10AdministrativeReview | 00016065 - 00016328 | 002_20190927_SJCA_Objection_Attchmnts.pdf | 9/27/2019 | San Juan Citizen Alliance | SJCA Objection & Attachments |
| 10AdministrativeReview | 00016329 - 00016432 | 003_20191001_DOW_WELC_TWS_WEGObjection.pdf | 10/1/2019 | Defenders of Wildlife | Objection Letter |

| 10AdministrativeReview | 00016433 - 00017550 | 004_201909_OtherObjectors.pdf | 9/00/2019 | Multiple (public), Forest Service | Other Objector Letters and Forest Service Reply Letters |
|---|---|---|---|---|---|
| 10AdministrativeReview | 00017551 - 00017638 | 005_20200310_ObjectionResponse_Final.pdf | 3/10/2020 | Forest Service | Reviewing Officer Response to Eligible Objections |
| **11. Biological Opinion** | | | | | |
| 11BiologicalOpinion | 00017639 - 00017663 | 20190315_FWS_KBroderbrp_Letter_Multi_RGNF Forest Plan_SIGNED_BO.pdf | 3/15/2019 | DOI Fish & Wildlife Service | Response to Formal Consultation Letter- Biological Opinion |
| **12. Final Environmental Impact Statement (FEIS)** | | | | | |
| 12FEIS | 00017664 - 00018263 | 001_20200402RGNFLandMgmtPlanFEISVol1.pdf | 4/2/2020 | Forest Service | RGNF- Land Management Plan- FEIS: Volume I |
| 12FEIS | 00018264 - 00018505 | 002_20200402RGNFLandMgmtPlanFEISVol2.pdf | 4/2/2020 | Forest Service | RGNF- Land Management Plan- FIES: Volume II- Appendix D: Public Involvement & Response to Comments |
| 12FEIS | 00018506 - 00018515 | 003_20200402RGNFLandMgmtPlanFEISVol1and2_Errata.pdf | 4/2/2020 | Forest Service | RGNF Land Management Plan- FEIS: Volume I and II Errata |
| 12FEIS | 00018516 - 00018519 | 004_20190802_AltAMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative A Map series |
| 12FEIS | 00018520 - 00018529 | 005_20190802_AltBMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative B Map series |
| 12FEIS | 00018530 - 00018534 | 006_20190802_AltCMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative C Map series |
| 12FEIS | 00018535 - 00018540 | 007_20190802_AltDMaps.pdf | 8/2/2019 | Forest Service | Rio Grande National Forest Plan Revision- Alternative D Map series |
| 12FEIS | 00018541 - 00018545 | 008_20190802_OtherResourceMaps.pdf | 8/2/2019 | Forest Service | Other Resource Maps – 5 map series |
| **13. Record Of Decision (ROD)** | | | | | |
| 13RecordOfDecision | 00018546 - 00018614 | 20200511RGNF_LMP_ROD.pdf | 5/11/2020 | Forest Service | Record of Decision Rio Grande National Forest Land Management Plan |

| 13RecordOfDecision | 00018615 - 00018615 | 20200518_ROD_Errata.pdf | 5/18/2020 | Forest Service | ROD Errata |
|---|---|---|---|---|---|
| **14. Revised Biological Opinion** | | | | | |
| 14. Revised Biological Opinion | 00018616 - 00018647 | 20210209_RevisedBiOP_CoverLetter.pdf | 2/9/2021 | DOI Fish & Wildlife Service | Revised Biological Opinion for the Rio Grande National Forest Land Management Plan |
| **15. Correspondence with U.S. Fish & Wildlife** | | | | | |
| 15Correspondence WithUSFishAndWildlife | 00018648 - 00018740 | 20201215McDonaldBroderdorp_ObjecionResponse.pdf | 12/15/2020 | Peter McDonald | Objection Response |
| 15Correspondence WithUSFishAndWildlife | 00018741 - 00018744 | 20201217_signed FWS Forest Plan_BA clarification | 12/17/2020 | Dan Dallas | Forest Plan  BA clarification |
| 15Correspondence WithUSFishAndWildlife | 00018745 - 00018747 | 20210108_GomezBroderdorp_MissingDataforLAUs | 1/8/2021 | Dale Gomez, Kurt Broderdorp | Email chain discussing LAU Data Points |
| 15Correspondence WithUSFishAndWildlife | 00018748 - 00018751 | 20210204_RemshardtOBrien_LAUStatistics | 2/4/2021 | William Remschardt, Cheryl O'Brien | Email chain discussing LAU Statistics |
| 15Correspondence WithUSFishAndWildlife | 00018752 - 00018753 | 20210205_GomezBroderforpLAUStatistics | 2/5/2021 | Dale Gomez | LAU Stats |
| **16. Reference Material** | | | | | |
| 16ReferenceMaterial | 00018754 - 00018760 | 001_19890214_Population Habitat_Lynx.pdf | 2/14/1989 | Gary Koehler | Peer reviewed article: Population and habitat characteristics of lynx and snowshoe hares in north central Washington |
| | 00018761 - 00018771 | 002_20061018BunnellCoyotesSnowmobiles_Lynx.pdf | 10/18/2006 | Kevin Bunnell et al | Peer reviewed article: Potential Impacts of Coyotes and Snowmobiles on Lynx Conservation in the Intermountain West |
| 16ReferenceMaterial | 00018772 - 00018781 | 003_20080212_SquiresHierarchialDenSelectionLynx.pdf | 2/12/2008 | John Squires et al | Peer reviewed article: Hierarchical  Den  Selection  of Canada  Lynx  in  Western Montana |

| | | | | | |
|---|---|---|---|---|---|
| 16ReferenceMaterial | 00018782 - 00018822 | 004_20101017_RGNFLynxHabitatMapRationale.pdf | 10/7/2010 | Randy Ghormley | Lynx Habitat Model & Mapping Criteria |
| | 00018823 - 00018828 | 005_20110531_LynxMovementsNorthPassCO.pdf | 5/31/2011 | Jake Ivan, CO Div of Wildlife | Putative Canada Lynx (Lynx canadensis) Movements across Hwy 114 near North Pass, Colorado |
| | 00018829 - 00018837 | 006_20120410_BergInfluenceForestStructureSnowshoeHares.pdf | 4/10/2012 | Nathan Berg et al | Peer reviewed article: Influence of Forest Structure on the Abundance of Snowshoe Hares in Western Wyoming |
| 16ReferenceMaterial | 00018838 - 00018858 | 007_20140900CPWLynxMonitoring.pdf | 09/00/2014 | Forest Service, CO Parks & Wildlife | Lynx Monitoring |
| 16ReferenceMaterial | 00018859 - 00018874 | 008_20160310_RGNFLynxHabitatSnowCompactionOutputs.pdf | 3/10/2016 | Forest Service | Rio Grande National Forest Lynx Habitat Snow Compaction Outputs |
| 16ReferenceMaterial | 00018875 - 00018876 | 009_20160310RGNFWinterCompactionSRLA.pdf | 3/10/2016 | Forest Service | Winter Rec & Snow Compaction |
| | 00018877 - 00018922 | 010_20160612_RGNFLTLynxBeetlekill.pdf | 6/12/2016 | Forest Service & other gov agencies | Canada Lynx & Snowshoe Hare Response to Spruce-Beetle Tree Mortality |
| 16ReferenceMaterial | 00018923 - 00018936 | 011_20160626_HighwayCrossingBehavior_Lynx.pdf | 6/26/2016 | Phillip Baiga et al | Peer reviewed article: Using environmental features to model highway crossing behavior of Canada lynx in the Southern Rocky Mountains |
| 16ReferenceMaterial | 00018937 - 00018966 | 012_20160907_LynxCriticalHabitatFinalOrder.pdf | 9/7/2016 | COURT | Wild Earth Guardians vs DOI |
| 16ReferenceMaterial | 00018967 - 00018985 | 013_20160920_CPWHareDensityStudySites.pdf | 9/20/2016 | Forest Service | Snowshoe Hare Density Study Sites- 19 Map Series |
| 16ReferenceMaterial | 00018986 - 00019005 | 014_20161214_Multiscale_HorizontalCover_Forest.pdf | 11/13/2016 | Joseph Holdbrook et al | Peer reviewed article: Multiscale habitat relationships of snowshoe hares (Lepus americanus) in the mixed conifer landscape of the Northern Rockies, USA: Cross-scale effects of horizontal cover with implications for forest management |
| | 00019006 - 00019022 | 015_20170000CPWPredictiveLynxMapReport.pdf | 2017 | Jake Ivan et al | Predictive Map of Canada Lynx Habitat Use in Colorado |

| 16ReferenceMaterial | 00019023 - 00019053 | 016_20170222_JIvanRGNFBarkBeetleLT.pdf | 2/22/2017 | Jake Ivan, CO Parks & Wildlife | Impacts of Bark Beetle Outbreaks on Snowshoe Hares & Red Squirrels |
|---|---|---|---|---|---|
| 16ReferenceMaterial | 00019054 - 00019158 | 017_20170510RGNFCanadaLynx.pdf | 6/10/2017 | Forest Service | Lynx Range Lynx use of spruce-beetle impacted forests as documented with GPS telemetry |
| 16ReferenceMaterial | 00019159 - 00019172 | 018_20170717_Buderman MovementBehaviorReintroducedPredator.pdf | 7/17/2017 | Frances Buderman et al | Peer reviewed article: Large-scale movement behavior in a reintroduced predator population |
| | 00019173 - 00019197 | 019_20170900HolbrookCanadaLynxResourceUseSelection.pdf | 09/00/2017 | Joseph Holdbrook et al | Peer reviewed article: Understanding and predicting habitat for wildlife conservation: the case of Canada lynx at the range periphery |
| 16ReferenceMaterial | 00019198 - 00019198 | 020_20180228AllLAUHabitat.pdf | 2/28/2018 | Forest Service | Lynx Habitat RGNF With All Lynx Analysis Units- MAP |
| 16ReferenceMaterial | 00019199 - 00019199 | 021_20180228LynxHabitatLAUUpdate.pdf | 2/28/2018 | Forest Service | LAU Analysis spreadsheet |
| 16ReferenceMaterial | 00019200 - 00019200 | 022_20180309_LynxObervations.pdf | 3/9/2018 | Forest Service | Lynx RSF, Dens, & Observations- MAP |
| | 00019201 - 00019433 | 023_20140527NMJumpingMouse.pdf | 5/27/2014 | U.S. Fish and Wildlife Service | Species Status Assessment Report New Mexico meadow jumping mouse (Zapus hudsonius luteus) |
| 16ReferenceMaterial | 00019434 - 00019445 | 024_20180100SWIFL_MSOReportRGNF.pdf | 01/00/2018 | Randy Ghormley | Southwestern Willow Flycatcher & Mexican Spotted Owl Survey & Status Report |
| | 00019446 - 00019446 | 025_20180627_YBCUFinding.pdf | 6/27/2018 | Peter McDonald | Yellow-billed Cuckoo Status Review |
| 16ReferenceMaterial | 00019447 - 00020659 | 026_1996RGNF_LRMP_FEIS.pdf | 00/00/1996 | Forest Service | 1996 Land and Resource Management Plan FEIS |
| | 00020660 - 00020698 | 027_19961107_RGNF_LRMP_ROD.pdf | 11/7/1996 | Forest Service | 1996 Land and Resource Management Plan Record of Decision |
| 16ReferenceMaterial | 00020699 - 00021098 | 028_19961107_RGNF_1996LRMP.pdf | 11/07/1196 | Forest Service | 1996 Land and Resource Management Plan |
| 16ReferenceMaterial | 00021099 - 00021102 | 029_19980612_TwisterSalvage_1996Amend1.pdf | 6/12/1998 | Forest Service | Forest Plan Amendment 1- Twister Salvage  project letter |

| | | | | | |
|---|---|---|---|---|---|
| 16ReferenceMaterial | 00021103 - 00021222 | 030_19980803_WIlderness Amend2.pdf | | 8/3/1998 | Forest Service | Forest Plan Amendment 2 - Wilderness EA and decision notice |
| 16ReferenceMaterial | 00021223 - 00021228 | 031_19990618_NovemberAnal_Amend3.pdf | | 6/18/1999 | Forest Service | Forest Plan Amendment 3 – November Project EA and decision notice |
| 16ReferenceMaterial | 00021229 - 00021320 | 032_20000302_TimberSuitabilityAmend4.pdf | | 3/2/2000 | Forest Service | Forest Plan Amendment 4 – Timber Suitability |
| 16ReferenceMaterial | 00021321 - 00021482 | 033_20031022_MIS_DN_EA_Amend5.pdf | | 10/22/2003 | Forest Service | Forest Plan Amendment 5– Management Indicator Species analysis and decision |
| 16ReferenceMaterial | 00021483 - 00021967 | 034_19991000_RMRS_GTR_EcoConLynx_Amend6.pdf | | 10/00/1999 | Forest Service | Ecology and Conservation of Lynx in the United States |
| 16ReferenceMaterial | 00021968 - 00021968 | 035_20060900_SRLA_LynxHabitat_Amend6.pdf | | 09/00/2006 | Forest Service | Southern Rockies Lynx Habitat, Map |
| 16ReferenceMaterial | 00021969 - 00022100 | 036_20080425_SRLA_BiologicalAssessment_USFS_R2_Amend6.pdf | | 4/25/2008 | Forest Service | Supplemental Biological Assessment of the Southern Rockies Lynx Amendment on Threatened, Endangered and Proposed Species for 7 National Forests LRMPs |
| 16ReferenceMaterial | 00022101 - 00022194 | 037_20080725_SRLA_Biological_Opinion_Amend6.pdf | | 7/25/2008 | DOI, USFWS | Biological Opinion, the effects of the Southern Rocky Mountain Lynx Amendment |
| 16ReferenceMaterial | 00022195 - 00022535 | 038_20081000_SRLA_FEIS_Direction_Vol_I_Amend6.pdf | | 10/00/2008 | Forest Service | FEIS: Southern Rockies Lynx Amendment Volume 1 |
| 16ReferenceMaterial | 00022536 - 00022807 | 039_20081000_SRLA_FEIS_Direction_Vol_II_Amend6.pdf | | 10/00/2008 | Forest Service | FEIS: Southern Rockies Lynx Amendment Volume 2 |
| 16ReferenceMaterial | 00022808 - 00023045 | 040_20090916_SRLA_Implementation_Amend6.pdf | | 10/00/2008 | Forest Service | Memorandum - Impementation Guide to the Southern Rockies Lynx Amendmennt |
| 16ReferenceMaterial | 00023046 - 00023298 | 041_20091109_Baca_DN_EA_Amend7.pdf | | 11/00/2009 | Forest Service | Forest Plan Amendment 7– Baca Tract analysis and decision |
| **17. Additional Documents** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00023299 - 00023302 | 001_19840120_FR_USFWS_UFB_Actions_Vol49_No14_2485.pdf | 01/20/1984 | USFWS | Federal Register notice on species listing actions by US Fish and Wildlife Service determining petition for Uncompahgre fritillary butterfly as an Endangered Species. |
| 17AdditionalDocuments | 00023303 - 00023308 | 002_19900400_USDAFS_ROSPrimer.pdf | 04/00/1990 | USFS | US Forest Service document that describes the Recreational Opprtunity Spectrum and how it applies to the Forest Service recreation program and recreation portion of the mission. |
| 17AdditionalDocuments | 00023309 - 00023315 | 003_19900500_KoehlerLynx_SnowshoeHabitat.pdf | 05/00/1999 | Koehler et al. | Research paper regarding a study of population and habitat charateristics on lynx and snowshoe hares in North Central Washington. |
| 17AdditionalDocuments | 00023316 - 00023320 | 004_19901001_Koehler_ManagingSpruceFir_Lynx.pdf | 10/01/1990 | Koehler et al. | Research article describing the management of spruce-fir habitat for lynx and snowshoe hares. |
| 17AdditionalDocuments | 00023321 - 00023325 | 005_19901015_FR_USFWS_UFB_Endangered_Vol55_No199_41721.pdf | 10/15/1990 | USFWS | US Fish and Wildlife Service Federal Register notice determining the Uncompahgre fritillary butterfly as an Endangered Species. |
| 17AdditionalDocuments | 00023326 - 00023351 | 006_19940317_USDI_UFBRecoveryPlan.pdf | 03/17/1994 | USFWS | Document that describes the recovery plan of the Uncompahgre fritillary butterfly by the US Forest Service and US Fish and Wildlife Service. |
| 17AdditionalDocuments | 00023352 - 00023479 | 007_20040100_USDAFS_RAPReport.pdf | 01/00/2004 | USFS | Document that describes the information and analysis procedure (Roads Analysis Report) used for the Rio Grande National Forest roads analysis. |
| 17AdditionalDocuments | 00023480 - 00023498 | 008_20050200_Schenk_LynxUseOfWolfCreekPassArea.pdf | 02/00/2005 | Schenk et al. | Colorado Division of Wildlife (2005) analysis and report of lynx use of the Wolf Creek Pass area in Mineral County, requested by US Forest Servicce. |
| 17AdditionalDocuments | 00023499 - 00023501 | 009_20070418_FR_USFWS_UFB_5_yr_review_Vol_72_No_74_19549.pdf | 04/18/2007 | USFWS | US Fish and Wildlife Service Federal Register notice of initiation of 5 year review of endangered species including the Uncompahgre fritillary butterfly in the Mountain Prairie Region. |
| 17AdditionalDocuments | 00023502 - 00023511 | 010_20070700_KolbEtal_SnowmobileTrailsOnCoyoteMovements.pdf | 07/00/2007 | Kolb et al. | Research article describing the effect of snowmobile trails on coyote movements within lynx home range. |

| 17AdditionalDocuments | 00023512 - 00023538 | 011_20080701_Rio Grande_RFA_PoW.pdf | 07/01/2008 | USFS | Rio Grande National Forest document regarding the Recreation Facility Analysis 5-year program of work and results of implementation. |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00023539 - 00023557 | 012_20091000_USDIFWS_UFB_5YearReview.pdf | 10/91/1990 | USFWS | US Fish and Wildlife Service document, 5-year review - summary and evaluation of the Uncompahgre fritillary butterfly. |
| 17AdditionalDocuments | 00023558 - 00023566 | 013_20100625_ConnectingPeopleWithGreatOutdoors.pdf | 06/25/2010 | USFS | US Forest Service document that describes the connection of the public with the America's Great Outdoors program and the opportunity for sustainable recreation. |
| 17AdditionalDocuments | 00023567 - 00023578 | 014_20101213_Bunnel_etal_PotentialImpactsOfCoyotesOnLynxConservation.pdf | 12/13/2010 | Bunnell et al. | Research article discussing the potential impacts of coyotes and snowmobiles on lynx conservation in the Intermountain West. |
| 17AdditionalDocuments | 00023579 - 00023597 | 015_20110331_TheobaldSchenk_1999_2010RadioCollaredLynxUse.pdf | 03/31/2011 | Theobald, Schenk et al. | Research paper from Colorado State University (Theobald et al.) studying areas of high habitat use during 1999-2010 for radio collared lynx reintroduced to Colorado. |
| 17AdditionalDocuments | 00023598 - 00023603 | 016_20110531_Ivan_LynxMovementsNearNorthPassColorado.pdf | 05/31/2011 | Ivan et al. | Colorado Division of Wildlife study article describing the presumed movements of lynx across highway 114, near North Pass Colorado. |
| 17AdditionalDocuments | 00023604 - 00023618 | 017_20140416_Ivan_et_al_JWM_Snowshoeharedemography.pdf | 04/16/2014 | Ivan et al. | Research article from study of density and demography of snowshoe hares in Central Colorado. |
| 17AdditionalDocuments | 00023619 - 00023685 | 018_20140700_SLVGO_FinalPlan-No_Chapter-5.pdf | 07/00/2014 | USFS | San Luis Valley Great Outdoors trails and recreation plan document. |
| 17AdditionalDocuments | 00023686 - 00023764 | 019_20141200_KostermanMeganK_Correlates of Canada Lynx Reproductive Success in Northwestern Mo.pdf | 12/00/2014 | Kosterman et al. | Research article reporting on a study regarding correlation of Canada lynx reproduction success in Northwestern Montana with factors including biological condition and habitat status within female lynx home range. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00023765 - 00023772 | 020_20150400_R2LeadershipInOutdoorRecreation.pdf | 04/00/2015 | USFS | Information pamphlet that discusses visitation by the public in the  Forest Service Rocky Mountain Region (R2), recreation and use management relative to leadership intent in the region. |
| 17AdditionalDocuments | 00023773 - 00023840 | 021_20150413TWS_et_al_RioGrande_NF_Pre-Assessment_Letter.pdf | 04/13/2015 | The Wilderness Society | The Wilderness Society letter to Dan Dallas, Rio Grande National Forest Supervisor presenting pre-assessment comments, evaluation and recommendations going into the assessment phase of the forest plan revision. |
| 17AdditionalDocuments | 00023841 - 00023896 | 022_20151000_RGNF_TAPReport.pdf | 10/00/2015 | USFS | Rio Grande National Forest, forest-wide travel analysis and report and process (TAP) for evaluation of roads and management considerations on the forest. |
| 17AdditionalDocuments | 00023897 - 00023929 | 023_20160209_TWSetal_assessmentcomments_2016_final.pdf | 02/09/2016 | The Wilderness Society | The Wilderness Society et al. letter to the Ro Grande National Forest submitting comments and recommendations post review of the Draft Assessment during the assessment phase of forest planning for the revised plan. |
| 17AdditionalDocuments | 00023930 - 00023957 | 024_20160300_WildlifeDoorways_NHNM_Final_Report.pdf | 03/00/2016 | Natural Heritage New Mexico | Natural History of New Mexico paper describing support of wildlife habitat connectivity and movement within large multi-jurisdictional areas that affect connectivity and conservation of biological facctors dependent on management on a landscape-scale. |
| 17AdditionalDocuments | 00023958 - 00023960 | 025_20160527_FR_USFWS_21_Species_5year_UFB_included_Vol_81_No_103_33698.pdf | 05/27/2016 | USFWS | Federal Register notice for Endangered and Threatened Wildlife and Plants: Initiation of 5-year Status Review of 21 species in the Moutain-Prairie Region. Includes Uncompahgre fritllary butterfly. |
| 17AdditionalDocuments | 00023961 - 00024046 | 026_20160607_CitizensGuide_NF_Planning.pdf | 06/07/2016 | USFS | USDA publication, A Citizens' Guide to National Forest Planning, prepared by the FACA on implemetning the 2012 Planning Rule. June 2016. |
| 17AdditionalDocuments | 00024047 - 00024144 | 027_20160607_ROSmappingProtocolDRAFT.pdf | 06/07/2016 | USFS | Mapping protocol for mapping Recreation Opportunity Spectrum. Draft for review and testing, June 2016. USFS Washington Office. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00024145 - 00024154 | 028_20160610_IvanSchenk_Winter_diet_and_hunting_success_of_Canada_lynx_in_Colorado.pdf | 06/10/2016 | Ivan and Schenk | Land Management Plan Reference, Winter Diet and Hunting Success of Canada Lynx in Colorado, Jacob Ivan and Tanya Shenk authors. |
| 17AdditionalDocuments | 00024155 - 00024167 | 029_20161026_EPA_Scoping_Comments.pdf | 10/26/2016 | Environmental Protection Agency | Comments to scoping notice for Rio Grande National Forest Land Management Plan from Environmental Protection Agency. |
| 17AdditionalDocuments | 00024168 - 00024170 | 030_20161207_08_Connectivity_Workshop_Agenda.pdf | 12/07/2016 | Natural Heritage New Mexico | Agenda Wildlife Movement Workshop: Connectivity in the Upper Rio Grande Watershed held December 7 to 8, 2016 |
| 17AdditionalDocuments | 00024171 - 00024195 | 031_20161207_08_Ghormley_Minks_RGNF_ConnectivityWorkshopPP_7Dec2016.pdf | 12/07/2016 | Ghormley and Minks USFS | Powerpoint presented by USFS personnel Erin Minks and Randy Ghormley at the Wildlife Movement Workshop: Connectivity in the Upper Rio Grande Watershed held December 7 to 8, 2016. |
| 17AdditionalDocuments | 00024196 - 00024203 | 032_20161207_08_UpperRioGrandeWildlifeMovementWrkShp_Summary.pdf | 12/07/2016 | Natural Heritage New Mexico | Summary for Wildlife Movement Workshop: Connectivity in the Upper Rio Grande Watershed held December 7 to 8, 2016. |
| 17AdditionalDocuments | 00024204 - 00024222 | 033_20170111_Battaglia_Impacts_Vulnerabilities_RGNF_19pp.pdf | 01/11/2017 | Battaglia et al. | Reference included in LMP, regarding impacts and vulnerabilities for forest ecosystem types on the Rio Grande. Authored by Mike Battaglia from USFS Rocky Mountain Research Station. |
| 17AdditionalDocuments | 00024223 - 00024240 | 034_20170317_NWF_Letter.pdf | 03/17/2017 | National Wildlife Federation et al. | March 17, 2017 letter to Forest Planners for Santa Fe, Rio Grande, and Carson national forests, and BLM Monument Manager regarding aquatic and terrestrial activity in planning processes. |
| 17AdditionalDocuments | 00024241 - 00024242 | 035_20180927_FWS_BAReceipt.pdf | 09/27/2018 | USFWS | Notification that the Fish and Wildlife Service received the LMP Biological Assessment, dated September 27, 2018. |
| 17AdditionalDocuments | 00024243 - 00024244 | 036_20180927_Malecek_Timberman_PlanRevBALetter.pdf | 09/27/2018 | USFS | September 27, 2018 letter transmitting LMP bioligical assessment to Fish and Wildlife Service for review and concurrence. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00024245 - 00024245 | 037_20190800_CorridorsSummitAgenda August2019.pdf | 08/00/2019 | Natural Heritage New Mexico | 2019 Upper Rio Grande Wildlife Corridor Summit Agenda |
| 17AdditionalDocuments | 00024246 - 00024253 | 038_20200512_RGNF_FOIA_Melgren.pdf | 05/12/2020 | Melgren | May 12, 2020 Freedom of Informatin Act request submitted by Western Environmetnal Law Center on behalf of WildEarth Guardians. Point 1 sought infomraiton on Amendment 24 to the 1986 Rio Grande NF LMP. |
| 17AdditionalDocuments | 00024254 - 00024268 | 039_20200703_squires_SpruceBeetleForests.pdf | 07/03/2020 | Squires et al. | 2020 publication of final results of Squires study conducted on San Juan and Rio Grande national forests. Title: A specialized forest carnivore navigates landscape-level disturbance: Canada lynx in spruce-beetle impacted forests. |
| 17AdditionalDocuments | 00024269 - 00024318 | 040_20220415_FY_2015_data_NVUMMasterRGNF_Report.pdf | 04/15/2022 | USFS | National Visitor Use Montoring Report. Data collected during Fiscal year 2015. Report describes uses of the Forest collected from visitor surveys. |
| 17AdditionalDocuments | 00024319 - 00024328 | 041_20140625_Project Proposal_LynxHabitatUse.pdf | 6/25/2014 | USFS | US Forest Service document by RGNF Wildlife Program lead that describes the purpose and need for the study as proposed and assisted by Dr. Squires and others to address lynx habitat use in post-beetle and post-fire habitats especially with regard to timber salvage and vegetation management. |
| 17AdditionalDocuments | 00024329 - 00024330 | 042_20200526_FOIA_Response_Letter_Errata_FPR.pdf | 5/26/2020 | USFS | Rio Grande National Forest document responding to FOIA request by WildEarth Guardians per John Melgren with explanation about occurrence of an error in the Forest Plan Revision document regarding a non-existent amendment due to a copy and paste error from another forest template document. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00024331 - 00024332 | 043_2017_02_17_thank_you letter to agencies.pdf | 2/17/2017 | Multiple | Letter to Rocky Mountain Regional Forester, Southwest Region Regional Forester, and New Mexico BLM State Driector, thanking the agencies for participating in Wildlife Movement Workshop in December 2016. Signed by National Wildlife Federaton, The Wilderness Society, New Mexico Wildlife Federation, Colorado Wildlife Federation, and Trout Unlimited. |
| 17AdditionalDocuments | 00024333 - 00024339 | 044_2160719_Eminks_TWS.Defenders.welC.BriefingNotes.7.16.pdf | 7/19/2016 | USFS | Minutes of meeting at the request of The Wilderness Society, Defenders of Wildlife, Western Environmental Law Center, Quiet Use Coalition, San Juan Citizens Alliance, San Luis Valley Ecosystem Council, Rocky Mountain Wild and Forest Service. The Wilderness Society et al presetned intial thoughts on various topics. |
| 17AdditionalDocuments | 00024340 - 00024368 | 045_2015_UFBreport_draft_SENSITIVE_redacted.pdf | 4/1/2016 | Alexander and Keck | UFB Monitoring and Inventory results for 2015. Location information redacted for T&E species. **Redacted on agreement of Counsel.** |
| 17AdditionalDocuments | 00024369 - 00024397 | 046_2016_UFBreport_draft_SENSITIVE_redacted.pdf | 5/1/2017 | Alexander and Keck | UFB Monitoring and Inventory results for 2016. Location information redacted for T&E species. **Redacted on agreement of Counsel.** |
| 17AdditionalDocuments | 00024398 - 00024425 | 047_2017_UFBreport_draft_SENSITIVE_redacted.pdf | 5/1/2017 | Alexander and Keck | UFB Monitoring and Inventory results for 2017. Location information redacted for T&E species. **Redacted on agreement of Counsel.** |
| 17AdditionalDocuments | 00024426-00024427 | 048_20160716_SLVEC_Email_MeetingAgenda_RGNF_revFLMP | 7/16/2016 | Vera Smith to Erin Minks | Email Agenda for a meeting with RGNF regarding the Forest Plan Revision including Citizen's Conservation Proposal and other topics. |
| 17AdditionalDocuments | 00024428-00024430 | 049_20160928_SLVEC_MeetingConfirm_RGNF_revFLMP | 9/28/2016 | Christine Canaly to Tom Malecek | Email Confirmation for Oct. 4, 2016 meeting with RGNF staff regarding wildlife and other topics for the revised Forest Land Management Plan. |
| 17AdditionalDocuments | 00024431-00024432 | 050_20161004_SLVEC_AgendaMeetingRequest_RGNF_revFLMP | 10/4/2016 | SLVEC | Agenda for SLVEC requested meeting with RGNF regarding citizen's topics and presentations regarding the revised Forest Land Management Plan. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00024433-00024477 | 051_20170602_Squires_ResponseCanadaLynxSnowHares | 6/2/2017 | Squires, Ghormley and others. | Canada lynx study proposal update from 2016 data and discussion related to the response of lynx and snowshoe hares to sprucce-beetle and wilfire mortality in Spruce-Fir forests of Southern Colorado. |
| 17AdditionalDocuments | 00024478 - 00024534 | 052_2006_july_2007_June_CDOW_Shenk_AnnualReportsecure_post_release | 2006 to June 2 | Colorado Division of Wildlife, Shenk and others | Colorado Division of Wildlife annual report of post-release monitoring of lynx for period of July 2006 to June 2007. |
| 17AdditionalDocuments | 00024535 - 00024560 | 053_2009_July_2010_June_CDOW_Shenk_Post_releaseMonitoringLynxReintroducedColorado | 2009 to June 2 | Colorado Division of Wildlife, Shenk and others | Colorado Division of Wildlife annual report of post-release monitoring of lynx for period of July 2009 to June 2010. |
| 17AdditionalDocuments | 00024561 - 00024586 | 054_19780000_Fox_ForestFiresAndTheSnowshoeHAreCanadaLynxCycle | 1978 | John F. Fox | Research paper on the effects on lynx and snowshoe hare habitat and population ecolgy with regard to forest fires. |
| 17AdditionalDocuments | 00024587 - 00024588 | 055_19800206_FR_USFWS_UFB_TES_Petition_Vol_45_No_26_8029 | 2/6/1980 | USFWS | Fish and Wildlife Service Federal Register notice of action on petition for Uncompahgre Fritillary Butterfly |
| 17AdditionalDocuments | 00024589 - 00024605 | 056_19900200_Baker_Veblen_SpruceBeetleFiresin19thCentury_CO | 2/00/1990 | Baker, Veblen et al. | Research article describing the history of spruce beetles and forest fires and their effects specific to the 19th century in Western Colordo. |
| 17AdditionalDocuments | 00024606 - 00024617 | 057_19940300_VeblenEtAl_DisturbanceRegimeDisturbanceInteractions | 3/00/1994 | Veblen et al. | Research article describing the disturbance regime and ecology relative to fire and spruce beetles in Rocky Mountain sub-alpine forests. |
| 17AdditionalDocuments | 00024618 - 00024815 | 058_19940900_RuggieroEtAl_gtr254_ScientificBasisForConservingForestCarnivores | 9/00/1994 | Ruggiero et al. | US Forest Service, Rocky Mountain Research Station technical report that describes the ecological purpose and need for the conservation of forest carnivores. |
| 17AdditionalDocuments | 00024816 - 00024848 | 059_20011200_Post_Release_Monitoring_Lynx_Shenk | 12/00/2001 | Tanya M. Shenk | Colorado Division of Wildlife post-release monitoring report for Canada lynx. |
| 17AdditionalDocuments | 00024849 - 00024852 | 060_20030300_Veblen_HistoricRangeVariabilityMtnForestEcosystems | 3/00/2003 | Thomas T. Veblen | Research article describing the context of disturbance ecology and historical range of variability in the Colorado Rocky Mountains and southern Andes. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00024853 - 00024855 | 061_20050930_gmerrill_colo_lynx_den_site | 9/30/2005 | Grant Merrill Colorado Division of Wildlife | Short general report of cooperation between US Forest Service and Colorado Division of Wildlife describing the monitoring and quantitative assessment of lynx dens and reproduction status. |
| 17AdditionalDocuments | 00024856 - 00024861 | 062_20070000_GriffenPaulC_etal_PrecommercialThinningReducesSnowshoeHareAbundanceShortTerm | 2007 | Griffen et al. | Research note describing the effects of pre-commercial thinning with findings that snowshoe hare abundance is affected for the short term following pre-commercial thinning operations. |
| 17AdditionalDocuments | 00024862 - 00024939 | 063_20081028_USFS_SRLA_ROD | 10/28/2008 | USFS | US Forest Service Southern Rockies Lynx Amendment Record of Decision. |
| 17AdditionalDocuments | 00024940 - 00024944 | 064_20090525_CDOW_Shenk_LynxUpdate | 5/25/2009 | Tanya M. Shenk Colorado Division of Wildlife | Colorado Division of Wildlife general report and update of lynx ecology and population dynamics continuing post-lynx release monitoring. |
| 17AdditionalDocuments | 00024945 - 00024948 | 065_20100907_ColoradoLynxReintroductionAssessment | 9/7/2010 | Colorado Division of Wildlife | Colorado Division of Wildlife general report on population forecasts and trends with an emphasis on habitat ecology, benchmarks for success and other population dynamics regarding future lynx population success. |
| 17AdditionalDocuments | 00024949 - 00024960 | 066_20130128_Simons-Legaard_CanadaLynxOccurrenceForestMgmtAcadianForest | 1/28/2013 | Simons-Legaard et al. | Research paper describing Canada lynx occurrence and forest management dynamics of the Acadian forest in the state of Maine. |
| 17AdditionalDocuments | 00024961 - 00024961 | 067_20130913_Maze_FreshTracksAndTheCanadaLynx | 9/13/2013 | Rhea Maze | Opinion article discussing the Canada lynx release and status in Colorado and the potential effects of recreation and other Forest Service management programs on Canada lynx. |
| 17AdditionalDocuments | 00024962 - 00025027 | 068_20140912_FR_USFWS_LynxDPS_CH_Vol_79_No_177_54782 | 9/12/2014 | USFWS | US Fish and Wildlife Federal register final rule notice describing the status of Canada lynx critical habitat with in the Distinct Population Segment of the United States and revised population boundary. |

| | | | | | |
|---|---|---|---|---|---|
| 17AdditionalDocuments | 00025028 - 00025036 | 069_20160000_Sept_Nov_PublicParticipationScopingReport | 2016 | Rio Grande National Forest | Rio Grande National Forest public engagement report for September through November 2016. |
| 17AdditionalDocuments | 00025037 - 00025039 | 070_20161104_SLVFederalAgencyScopingBriefing_MeetingNotes | 11/4/2016 | Rio Grande National Forest | Rio Grande National Forest scoping briefing report and meeting notes for November 2016. |
| 17AdditionalDocuments | 00025040 - 00025051 | 071_20170000_LaGarita_BO_SecondNOI_Attachment19 | 2017 | USFWS | USFWS Biological Opinion for the La Garita Hills landscape restoration project. |
| 17AdditionalDocuments | 00025052 - 00025054 | 072_20170000_MPB_SpruceBeetle_Attachment13_graph | 2017 | Colorado State Forest Service | Colorado State Forest Service Mountain Pine Beetle activity graph in 2017. |
| 17AdditionalDocuments | 00025055 - 00025077 | 073_20170000_R2_Report_ForestHealth_Attachment14 | 2017 | USFS | US Forest Service Rocky Mountain Region 2017 forest health report. |
| 17AdditionalDocuments | 00025078 - 00025090 | 074_20170124_VanbianchiEtAl_CanadaLynxUseBurnedAreasConservationImplicationsOfChangingFire | 1/24/2017 | Vanbianchi et al. | Researh paper describing implications of changing fire regimes over time and the potential effects on populations of Canada lynx with regard to lynx use of burned areas. |
| 17AdditionalDocuments | 00025091 - 00025150 | 075_20170500_LaGarita_FEIS_SecondNOI_Attachment16 | 5/00/2017 | Rio Grande National Forest | Rio Grande National Forest La Garita Hills restoration project Final Environmental Impact Statement. |
| 17AdditionalDocuments | 00025151 - 00025172 | 076_20171011_LaGarita_ROD_SecondNOI_Attachment15 | 10/11/2017 | Rio Grande National Forest | Rio Grande National Forest La Garita Hills restoration project Record of Decision. |
| 17AdditionalDocuments | 00025173 - 00025272 | 077_20171226_DraftWildlifeReport | 12/26/2017 | Rio Grande National Forest | Rio Grande National Forest draft wildlife report related to the Forest Plan Revision process (2017). |
| 17AdditionalDocuments | 00025273 - 00025306 | 078_20180319_LynxHabitatRelBeetleImpactedForest_Squiresetal | 3/19/2018 | Squires et al. | Non-peer reviewed analysis summary of research project for Canada lynx habitat relationships within spruce bark beetle impacted forests with an emphasis on the Rio Grande National Forest. |
| 17AdditionalDocuments | 00025307 - 00025316 | 079_20170000_SRLA_ImplementationReport | 00/00/2018 | Forest Service | Southern Rockies Lynx Report, 2017 |
| 17AdditionalDocuments | 00025317 - 00025326 | 080_20190000_SRLA_ImplementationReport | 00/00/2020 | Forest Service | Southern Rockies Lynx Report, 2019 |