# Rio Grande National Forest – Assessments 1 and 3 Ecosystem Integrity, Systems Drivers & Stressors – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; regarding the ecosystem integrity of terrestrial, aquatic, and riparian ecosystems on the Rio Grande National Forest. It also discusses the drivers, stressors, and threats to ecosystem integrity on the forest.

An ecosystem is composed of living organisms (plants, animals and microbes) and their nonliving environment (climate and soil for terrestrial ecosystems; aqueous environment and substrate in aquatic ecosystems). These components interact so that the system: captures and stores energy as biomass; has a trophic structure; circulates nutrients; and changes over time (ecological succession). Assessing ecosystem integrity is required by the Forest Service planning rule. Integrity is measured by whether or not the dominant characteristics of the ecosystem:

- are within the range of what would occur "naturally" (natural range of variability), and
- can stay within that range as each ecosystem is influenced by stressors such as climate change, as well as developments and uses of the forest.

Rvsd Plan - 00000001

Ecosystems described in this assessment include terrestrial ecosystems, riparian ecosystems, and aquatic ecosystems. Terrestrial ecosystems include forested areas, non-forested (rangelands) and alpine ecosystems. These are the "dry" areas outside of lakes, streams, and other wet areas. Riparian areas are the important ecosystems along streams, lakes, and other water bodies. Aquatic ecosystems are the streams, lakes, and other water bodies that support fish and other aquatic species.

Drivers and stressors to the ecosystems of the Rio Grande National Forest include succession, wildfire, insects and disease, climate change, management, livestock grazing in rangelands; weather-related events such as droughts and floods; other natural disturbances such as beaver activity, exotic invasion, and tree encroachment; water use, transportation, recreation, mineral extraction, urbanization, and others. These drivers and stressors vary for each particular ecosystem.

# What We Asked

We held a total of nine meetings throughout the San Luis Valley to engage the public on three different sets of topics. These meetings were facilitated by the National Forest Foundation and Peak Facilitation.

Three meetings on vegetation, timber, fire, and fuels were held on April 27, 2015 in Alamosa, on May 11, 2015 in South Fork, and on May 21, 2015 in Crestone. Approximately 30 members of the public attended these meetings.

Three meetings on fish, wildlife, and rare plants were held on June 22, 2015 in South Fork, on July 16, 2015 in Saguache, and on July 21, 2015 in Conejos Canyon. Approximately 30 members of the public attended these meetings.

Three meetings on water and soil resources were held on March 16, 2015 in Creede, on April 7, 2015 in Alamosa, and on April 28, 2015 in Saguache. Approximately 65 members of the public attended these meetings. In addition to helping facilitate these meetings, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings hosted by other agencies and organizations:  The San Luis Valley Ecosystem Council (March 11, 2015 in Monte Vista), San Luis Valley County Commissioners (March 23, 2015 in Alamosa), Trout Unlimited (March 31, 2015), the Rio Grande Watershed Emergency Action Coordination Team (April 13, 2015 in Del Norte), the San Luis Valley Weed Management District (April 14, 2015 in Monte Vista), the San Luis Valley Cattleman's Association (May 4, 2015 in Alamosa), Mineral County (June 24, 2015 in Creede), and Hinsdale County (July 9, 2015 at San Juan Ranch, Hinsdale County).

We asked the same questions at meetings and on-line to give us consistent input for the assessment process relevant to ecosystem integrity, drivers, and stressors. They cover topics such as healthy forests, sustainability, the impact of human activities, fire and fuels, wildlife, fish, and rare plants, and water and soil resources. Participants also discussed some relevant standard and guidelines in the current forest plan.

### *Forest Health and Sustainability*

- What is the definition of a healthy forest?

- How does the definition of health apply to the Rio Grande National Forest?

- What is a sustainable use of the forest?

### *Impacts of Human Activities*

- What human activities and influences are relevant to today's forest conditions?

Rvsd Plan - 00000002

- What are impacts of human activities on the forest?

### Fuels and Fire on the Forest

- How should the Forest Service handle standing dead timber on the Rio Grande National Forest?

- Should fire be used as a tool for management?

### Wildlife, Fish, and Rare Plants

- What plant and animal species are unique to the Rio Grande National Forest and what is the habitat that supports them?

- What management concerns might influence the long-term health of these species?  How can the future management of the forest address some of those concerns?

### Water and Soil Quality

- What management activities on or off the forest threaten or impair water quality (surface or groundwater) or soil productivity?

- Are there places on the forest where water quality or soil quality/productivity are at risk or are not adequately protected?  Where are they?

- Is high water quality and soil productivity being maintained on the Rio Grande National Forest?  What factors are impacting water quality and soil productivity?

### Watershed Health

- What management activities and infrastructure impact watershed health, water quality, and/or aquatic species?

- What historical land use patterns shaped the existing ecological condition for water resources and riparian areas?

- Are there places on the forest where watersheds or riparian ecosystems are functioning at risk or being degraded?  If so, where are they?

- What natural processes are affecting watersheds, riparian areas or aquatic species?

- Are watersheds and riparian ecosystems on the Rio Grande National Forest and surrounding areas healthy and properly functioning?  What factors are impacting watershed or riparian health?

# What We Heard

Healthy forests are diverse, with a variety of vegetation types, age classes, and species. A variety of wildlife species are present and healthy. A healthy forest is one with its fundamental natural processes occurring as usual. These forests regenerate after disturbance, experience natural fire, and have good water quality. There are mixed feelings about whether or not insects and dead trees are part of a healthy forest.

### Measuring Effects

Forest sustainability should be measured with meaningful metrics. We need to develop quantitative data to define long-term sustainable use.

The impacts of human activities depend on the scale on which they are done and the integrity of the practice. Impacts may be positive or negative.

Rvsd Plan - 00000003

### Monitoring and Adaptive Management

Monitoring is important, whether that is monitoring trends in particular species, areas prone to resource damage, water quality, grazing regulations, or other issues.

The standards and guidelines in the forest plan need to be flexible and adaptable to a variety of situations. We need to allow for adaptive management. Utilize the agency expertise on the latest science and appropriate recommendations on the standards and guidelines.

### Enforcement

Enforcement is a key issue. There was an emphasis on increased enforcement in general to protect areas from improper harvesting, overgrazing, and other damaging activities. New or better reporting mechanisms for violations was one suggestion.

### Effects to Riparian Areas

There was general concern about riparian areas and the effects of grazing, ATVs, moose, and long-term camping sites on the riparian areas.

### Sediment Sources

There is large concern about dead trees accelerating runoff and sedimentation and degrading reservoirs and other water sources. There is also concern over post-fire erosion and flooding and other sources of sedimentation, such as ATV trails.

### Management Tools

Management intensity needs to increase, in terms of the amount of timber harvested, amount of planting, and amount of prescribed fire and controlled burns.

Logging is less harmful to the ecosystem than fires. Removing standing dead timber is also less expensive and a better use of tax dollars than fighting fires.

There were mixed feeling about fire as a tool for management. Most thought that controlled burns and natural fire were effective, necessary, and should be done under favorable conditions. This wasn't universal though – some had concerns about the safety of fire in beetle-kill areas and near houses on the forest, and with a preference for thinning and logging instead.

There were also mixed feelings about grazing. Many folks were concerned about grazing impacts, especially in the riparian areas. Others thought that grazing impacts were well-managed and could be positive if done properly.

### Citizen Engagement and Partnerships

We should emphasize citizen engagement and partnerships in the new forest plan and should involve the public more to get things done. Suggestions included training citizens on data collection, recruiting volunteers and working with volunteer groups, and creating an adopt-a-trail program.

## What the Science Tells Us

### Terrestrial Vegetation

The spruce-fir and aspen forests are, in particular, undergoing rapid change due to a recent, large outbreak of spruce beetle and large wildfires. High levels of mortality in mature Engelmann spruce in many areas

Rvsd Plan - 00000004

have produced abundant open stands and dead standing and down wood. This, in turn, is allowing regeneration of aspen and an increasing trend in aspen forests.

It is difficult to determine whether the terrestrial ecosystems on the Rio Grande National Forest are within the range of what would occur naturally. Our modelling results indicate that the terrestrial ecosystems on the Rio Grande National Forest are, in general, moderately to substantially departed from what would occur naturally. However, determining the range of natural conditions is not an exact science and was quantified over only the last 100 years of simulations results. Our spruce beetle modelling did not include the rare, extreme spruce beetle outbreaks like the one we are currently experiencing, but more moderate outbreaks.

Over the long term (many decades to hundreds of years),our models project the recovery of most forested ecosystems towards the natural range. However, due to fire suppression, we may expect to see somewhat less aspen in the future than would likely exist naturally, as well as other changes in the structural composition of forests.

Across the entire Rio Grande National Forest, the effects of management are very small. This is not surprising, as the extent of our management treatments is extremely small, with <0.2 percent of the landscape treated each year.

### Late successional habitats

Late successional habitats are an important part of a healthy ecosystem. They tend to have forest structure elements, such as large, older trees, large snags, and multiple canopy layers; that are important to some wildlife species, such as the Canada lynx (*Lynx canadensis*). Currently, only about 13 percent of the forest can be classified as late successional habitat. Under the 1996 forest plan direction, this is projected to increase to 27 percent in the next 20 to 50 years. This is still less than the amount of late successional habitat there should be under historic conditions based on our modeling.

### Snags and Down Woody Material

Snags and down woody material are essential for ecological integrity. They serve a variety of purposes, such as providing valuable wildlife habitat and supporting nutrient cycling. At least 68 terrestrial vertebrate species of wildlife rely on snags in Colorado; and they are key for cavity nesting species such as woodpeckers, small forest owls, bats, and small mammals. Down woody material is important for water quality and reducing soil erosion. From our stand exam and Forest Inventory and Analysis plot data collected on the forest, the average number of large snags has increased 400 percent, primarily due to the spruce beetle outbreak, from about 10 to 15 per acre to 40 to 50 per acre. There is also a large volume of down woody material. On average, there is more than 40 tons per acre of down woody material 3 inches and larger in size based on our recent stand exam data. This varies heavily by forest type, with the spruce-fir forest type having the highest amount; averaging about 90 tons per acre; and other forest types having less.

To reiterate, as a result of the recent spruce beetle epidemic, we currently have a large number of snags and high volume of down woody material, particularly in the spruce-fir forest type. These snag patches will be important as we assess connectivity, species resilience, and future forest conditions. As snags fall and down woody material decays, these values will most likely decrease. How fast this happens will depend on the forest type and a variety of other factors. Still, given the slow nature of these processes, a large quantity of snags and down woody material will persist on the forest into the foreseeable future.

Rvsd Plan - 00000005

## *Fire as an Ecological Process*

Wildland fire is a component of many of the ecosystems on the Rio Grande National Forest, both as an ecological driver and as an ecological stressor, depending on the system. Some vegetative species have evolved traits, such as thick bark or prolific sprouting after fire, allowing it to persist in a frequent fire environment. Other systems like ponderosa pine require disturbances such as fire to maintain the stand health and stability. Historically, highly variable fires maintained patchy and diverse vegetation structure and composition. This patchiness is thought to provide varied and productive habitat for many different plant and animal species.

A natural fire regime refers to the overall pattern of fires in vegetation over time, without modern human mechanical intervention, that is characteristic of a natural region or ecosystem. The fire regime includes vegetation and fuels characteristics, fire frequency, fire intensity and behavior, and ecological effects. Under wildland fire management and suppression policies of the last 100 years, the fire regime in much of the west has been altered, sometimes significantly. Other activities contribute to conditions that are uncharacteristic of the natural fire environment as well. To help restore fire to its historical role in the ecosystems on the Rio Grande National Forest, we have been broadcast burning at an average rate of 860 acres per year (10-year annual average 2004-2014).

From 1994 to present, the Rio Grande National Forest has had an average of 10 to 20 wildland fires per year, with 94 percent contained at less than 10 acres. The majority are naturally ignited, with 76 percent of wildland fires caused by lightning. Management of naturally occurring ignitions to include ecological benefits has been approved Forest-wide, although site specific values at risk, or existing fuel, weather, and climate conditions may require our fire managers to consider full suppression actions. We cannot use natural ignition as a management tool in key vegetation habitat types such as late successional spruce-fir, pinyon pine, and Engelmann spruce forests because they are highly susceptible to wildland fire and are only sustainable through a strict full suppression strategy.

## *Riparian and Aquatic Ecosystems*

Riparian ecosystems cover a small amount of the landscape, but they are key in maintaining a large variety of plant and animal species. Riparian areas also offer stream water quality, bank stability, protection against erosion, aesthetic and recreational value, and other ecosystem functions. As part of this assessment, we identified and delineated riparian areas. This is an important first step for riparian monitoring, planning, and preservation. Our delineation results identified about 6 percent (120,000 acres) of the Rio Grande National Forest as riparian areas. About 30 to 35 percent of these riparian areas are wetlands (39,400 acres).

In order to adequately manage and protect wetland resources on the Rio Grande National Forest, we need reliable on their location, extent and current condition. A pre-existing, multi-agency effort to map and assess the condition of wetlands throughout the Rio Grande Headwaters River Basin, which includes the Rio Grande National Forest, identified 42, 862 acres of wetlands and water bodies within the Rio Grande National Forest, of which lakes and rivers comprise 4,687 acres or 11 percent. This estimate for wetlands and water bodies represents approximately 2 percent of the total area in the Rio Grande National Forest.

In total, we surveyed 77 wetland sites across the Rio Grande National Forest, including 30 riparian shrublands, 27 wet meadows, 17 fens, 2 riparian woodlands, and 1 marsh. We identified nearly 500 plant taxa during the surveys, including 445 identified to species level. Of the 445 species identified, 420 (94 percent) are native species and 25 (6 percent) non-native species. Noxious weeds, an aggressive subset of non-natives, were present in only four plots.

Condition measures indicate that wetlands on the Rio Grande National Forest are in excellent to good condition. Floristic quality assessment indices are high for most wetlands surveyed, although they vary by both elevation and wetland type. Multi-metric Integrity Assessment scores rate most wetlands with an A- or B-rank, indicating that wetlands are either in reference condition or deviate only slightly from reference condition. A handful of wetlands are C-ranks, due to stressors including grazing, hydrologic modifications, and surrounding land use.

## Gaps

The modelling we did to look at the natural range of variability and ecosystem integrity did not specifically include climate change. Climate change and the associated gradual increase in temperature will alter growth rates and mortality. Habitats may move higher in elevation and more northward as a result. But most importantly, with a changing climate, we expect more extreme weather, climate conditions, and disturbances such as wildfires, insect and disease outbreaks, droughts, and floods. Therefore, some of the simulation results may not hold and there may be other unanticipated conditions due to climate change. A project is currently under way to develop bioclimate models for 13 tree species. This work will project how habitat suitability for these species may change under a changing climate and we will develop management recommendations for forest adaptation to climate change based on the results.

It is unclear how climate change, beetle-kill, and the past fire suppression strategy will impact our ability to allow fire to play its historic role as a disturbance agent. In addition, there is uncertainty about how allowing fire on the landscape with such high fuel loadings will impact the desired conditions in specific forest types.

Habitat connectivity is an indicator of ecosystem integrity. It can be assessed in a variety of ways and with a variety of metrics. We have not completed a comprehensive connectivity analysis on the Rio Grande National Forest, which would be helpful in assessing current habitat conditions.

Drivers and stressors on the riparian and aquatic ecosystems of the Rio Grande National Forest include water use, roads, trails, and other transportation, recreation, biological stressors such as beaver presence and pesticide use, mineral extraction, vegetation management, urbanization, and others. Some of these factors need further assessment and are currently a gap in our knowledge. Examples of some of these current knowledge gaps include the number of stream diversions, reservoirs, and spring developments, miles of roads and trails, number of stream crossings, off-road vehicle use statistics, and recreation use estimates, among others.

## Where We're Headed

Based on information in our assessment and what we are hearing from the public, we need to revise this section of the forest plan. Twenty years have passed since we wrote the 1996 Forest Plan for the Rio Grande National Forest. The high mortality in the spruce-fir forest type, which dominates the forest, has led to a very different and unexpected forest in that time. As a result of this and other changes, we need to revisit all of the standards and guidelines and other plan components in the 1996 Forest Plan, and we may update them to better reflect the new state of the forest. As an example, much of our current timber harvesting is salvage of dead trees, and we need to make sure that the new forest plan components are clear about this management activity. We also need to ensure that the plan components aren't overly restrictive so that objectives such as encouraging aspen can be met. We need to better incorporate the role of naturally occurring fire, with clearer direction on when and how we can use fire as a tool to meet our

Rvsd Plan - 00000007

ecosystem integrity objectives. We will also need to address climate change and its effects on the ecosystems of the Rio Grande National Forest.

To help ensure ecological integrity of the riparian and aquatic ecosystems on the forest, our new forest plan will incorporate some of the findings of the Forest Service's 2011 Watershed Condition Framework. This was a nationwide assessment of the functioning of every 6th level watershed within national forests according to 12 physical or biological indicators. Based on the assessment, we identified short-term (less than five years) priority watersheds for restoration. We will identify our longer-term priorities (fifteen years) in this forest planning process.

We need to update other general plan components as well. We need to revise the ecological concepts in the 1996 Forest Plan with more contemporary language. In addition, under the new Planning rule there are some required standards related to timber harvesting that we need to add or update in the new forest plan.

# Rio Grande National Forest –Assessments 1 and 3 Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems



Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 11 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

# Contents

Introduction ........................................................................................................................................ 1
Information Sources and Gaps............................................................................................................ 1
Existing Forest Plan Direction............................................................................................................ 2
Scale of Analysis ................................................................................................................................ 3
Identify Key Ecosystem Characteristics (12.13): ............................................................................... 3
System Drivers and Stressors ............................................................................................................ 3
Terrestrial Ecosystems - Our Approach ............................................................................................. 5
Terrestrial Ecosystems – Forested, Non-Forested, Alpine ................................................................ 6
    Identify Ecosystems (12.11): .......................................................................................................... 7
    Habitat Structural Stage Classification ........................................................................................ 15
    Vegetation Modelling Results – Assessment of Ecosystem Integrity (12.14), including a Description
    of the Natural Range of Variation (12.14a or b), and Status and Trends (12.14c): ........................... 15
    Vegetation Modelling Results – Ecosystem by Ecosystem - Assessment of Ecosystem Integrity
    (12.14), including a Description of the Natural Range of Variation (12.14a or b), and Status and
    Trends (12.14c):............................................................................................................................ 18
    Vegetation Modelling Summary – Assessment of Ecosystem Integrity (12.14): ............................ 22
    Assessment of Ecosystem Integrity (12.14):  Landscape Disturbances and Patterns ..................... 23
    Assessment of Ecosystem Integrity (12.14): Connectivity and Fragmentation................................ 30
    Assessment of Ecosystem Integrity (12.14): Late-successional Habitats ....................................... 34
    Assessment of Ecosystem Integrity (12.14): Snags and down woody material................................ 35
    Assessment of Ecosystem Integrity (12.14): Rare Communities and Special Habitats.................... 39
    Terrestrial Ecosystems – Summary of Assessment of Ecosystem Integrity (12.14): ........................ 42
References......................................................................................................................................... 44
Appendix A. Spatial Data Documentation for the Rio Grande National Forest Planning Assessment ...... 49
    Ecosystems .................................................................................................................................. 49
        Data Sources .......................................................................................................................... 49
        Data Processing....................................................................................................................... 53
    Current Vegetation Conditions...................................................................................................... 53
        Data Sources .......................................................................................................................... 53
        Data Processing....................................................................................................................... 53
    Management Areas........................................................................................................................ 58
        Data Sources .......................................................................................................................... 58
        Data Processing....................................................................................................................... 58
Appendix B. State-and-Transition Simulation Model Documentation for the Rio Grande National Forest
Planning Assessment ........................................................................................................................ 63
    Model Sources .............................................................................................................................. 63
    Model Alterations .......................................................................................................................... 63
        Structural Changes .................................................................................................................. 63
        Growth and Mortality ............................................................................................................... 64
        Wildfire .................................................................................................................................... 65
        Insects ..................................................................................................................................... 67
        Management............................................................................................................................. 68
Habitat Structural Stages................................................................................................................... 72
References......................................................................................................................................... 76

Rvsd Plan - 00000011

# List of Tables

Table 1. Key ecosystem characteristic for terrestrial ecosystems on the Rio Grande National Forest......... 3

Table 2. Ecosystems modeled for the Rio Grande National Forest assessment .......................................... 8

Table 3. Definitions of habitat structural stages used to characterize ecosystem condition ...................... 15

Table 4. Current number of acres in each habitat structural stage, based on maps of current vegetation and incorporating recent, large disturbances ...................................................... 16

Table 5. Departure from the natural range of variability for each ecosystem based on vegetation modeling results................................................................................................ 17

Table 6. Return intervals, and estimated annual acres burned for historic conditions (left) and contemporary conditions (right) .......................................................... 25

Table 7. Insect outbreak parameters for the vegetation modelling based on expert feedback. Background/endemic insect and disease activity was modelled separately........................................ 30

Table 8. Acreage and percentage of each land type association currently in designated wilderness, in roadless areas, or part of a research natural area............................................................... 33

Table 9. Acreage and percentage in each land type association that is covered by roads and railroads, with a 300 foot buffer, or that is in private in-holdings ................................................ 34

Table 10. Proportion of various forest types in late successional habitat under historic conditions, current conditions, and in the future, based on state and transition modelling ............................... 35

Table 11. Snag estimates and suggested amount by forest type ............................................................ 37

Table 12. Down woody material estimates (3"and above) and suggested amount by forest type ............. 38

Table 13. Significant natural plant communities on the Rio Grande National Forest, as identified by Colorado Natural Heritage Program, as part of the 1996 forest planning process............................ 39

Table 14. Potential conservation areas on the Rio Grande National Forest............................................. 40

Table 15. Crosswalk of the 10 ecosystems modeled in the RGNF assessment to land type associations (LTAs) on the RGNF and to biophysical settings (BPSs) in the 6.2 mi buffer outside the RGNF. NA indicates a non-vegetated ecosystem that was not modeled. ............................................. 50

Table 16. Management areas in the RGNF, grouped into 10 categories that were modeled (Management Area Groups) and further grouped into 3 management intensity categories that were reported in the final report (Management Intensity). Management Area codes and descriptions are from the original data provided by the RGNF for this analysis........................................................ 60

Table 17. Ecosystems modeled on the RGNF and their corresponding STSM model codes and original model sources. The model code suffix is used to identify models in the following documentation. . 63

Table 18. Tree size and canopy cover classes used in the forested STSMs.............................................. 64

Table 19. Wildfire probabilities, rotations and estimated annual acres burned for historic conditions (left) and contemporary conditions (right). Asterisks indicate systems where invasive species burn at a higher probability, potentially changing the overall probability and rotation. In these systems, fire rotation is dependent on the composition of state classes............................................... 65

Table 20. Insect outbreak transition parameters for the forested STSMs, based on expert feedback. Asterisks indicate where insect outbreaks include impacts of western spruce budworm defoliation, predisposing stands to outbreaks. .......................................................... 67

Table 21. Management treatments and codes in the US Forest Service FACTS database for the RGNF and their corresponding treatment types in the STSMs. Where the treatment type is NA, it was determined that the treatment was not a management activity (e.g. wildfire), the treatment could not be modeled using the STSMs (e.g. wildlife habitat improvement) or the treatment perimeter was redundant with another treatment (e.g., piling of fuels), and therefore it was not modeled in the STSMs. ................................................................................ 69

Table 22. Management treatments modeled in each ecosystem and management area under the No Action scenario. Ecosystem codes correspond to table 17, management areas are defined in table 16 in appendix A, and treatment groups are listed in table 21................................................ 70

Rvsd Plan - 00000012

Table 23. State classes by ecosystem in the STSMs, their descriptions (including cover type and structural stage), and their HSS. State class IDs correspond to maps produced by ST-Sim and HSS are used to display results in the main report. ..................................................................................................... 72

# List of Figures

Figure 1. Map of ecosystems on the Rio Grande National Forest. The Forest boundary is shown in black, and the landscape context area included a 6.2 mile buffer around the forest. ..................................... 7

Figure 2. Proportion of the landscape occupied by each ecosystem across the entire modeled landscape (including 6.2 mi buffer) (left) and on the Rio Grande National Forest only (right). NA refers to areas that have snow, rock or other non-vegetated cover. ................................................................. 8

Figure 3. Comparison of habitat structural stage classes under natural range of variation equilibrium, current conditions (time zero) and future projections under no management at 20, 50, 100, 300 and 500 year time steps across all ecosystems within the Rio Grande National Forest. Error bars show ± 1SD across 10 replicate simulations. ............................................................................................... 16

Figure 4. Map of the Rio Grande National Forest, including wilderness, roadless areas, and nearby national forests, national parks, and other federal land....................................................................... 31

Figure 5. Map of current late-successional habitat on the Rio Grande National Forest. ............................ 32

Figure 6. Snags per acre over time based on stand exam data collected on the Rio Grande National Forest ...................................................................................................................................................... 36

Figure 7. Snags per acre over time based on the forest inventory and analysis plot data collected on the Rio Grande National Forest ................................................................................................................ 36

Figure 8. Example of forest STSM containing canopy cover breaks at 10%, 40% and 70% and size breaks between small, medium and large trees (as defined in table 18). Some STSMs distinguish single and multi-story canopy cover and may contain aspen state classes defined based on dominant species instead of structural characteristics........................................................................................................ 64

Figure 9. MTBS fire perimeters (light gray) used in the contemporary wildfire analysis on the RGNF. The RGNF is shown in red and the Southern Rocky Mountains ecoregion outlined in white. ................. 66

Figure 10. Patch size distribution of wildfires modeled in all ecosystems. ............................................... 67

Figure 11. Patch size distribution of insect outbreaks modeled in SFM, MCW, MCD and PJO ecosystems. ...................................................................................................................................................... 68

Figure 12. Patch size distribution of management transitions modeled in the RGNF under the No Action scenario. ............................................................................................................................................. 71

Rvsd Plan - 00000013

Assessments 1 and 3 assess available information about ecosystem integrity and stressors and threats to integrity on the Rio Grande National Forest, as outlined in Forest Service Handbook 1909.12, Chapter 10, Section 12.1 and 12.3.

# Introduction

In this assessment, we address the ecosystem integrity of the major terrestrial ecosystems on the Rio Grande National Forest. We also discuss the drivers, stressors, and threats to ecosystem integrity on the forest. A separate assessment report addresses the ecosystem integrity of aquatic and riparian ecosystems on the Rio Grande National Forest, although some information about riparian ecosystems is presented here.

An ecosystem is composed of living organisms (plants, animals and microbes) and their nonliving environment (climate and soil for terrestrial ecosystems; aqueous environment and substrate in aquatic ecosystems). These components interact so that the system:  captures and stores energy as biomass; has a trophic structure; circulates nutrients; and changes over time (ecological succession). Assessing ecosystem integrity is required by the Forest Service planning rule. Integrity is measured by whether or not the dominant characteristics of the ecosystem:

- are within the range of what would occur "naturally" (natural range of variability), and
- can stay within that range as each ecosystem is influenced by stressors such as climate change, as well as development and other uses of the forest.

The primary ecosystem described in this assessment is terrestrial. Terrestrial ecosystems include forested areas, non-forested (rangelands) and alpine ecosystems. These are the "dry" areas outside of lakes, streams, and other wet areas. There are two other ecosystems - riparian areas are the ecosystems along streams, lakes, and other water bodies; and aquatic ecosystems are the streams, lakes, and other water bodies that support fish and other aquatic species. Some information about riparian ecosystems is presented here; full assessments of both riparian and aquatic ecosystems are found in a separate report.

# Information Sources and Gaps

A variety of information sources were used for this assessment. They are outlined below.

- State and transition modelling
- Forest map layers
- Stand exam and forest inventory and analysis plot data
- Colorado Natural Heritage Program Reports
- The South Central Highlands Guide (Romme et al. 2009) and other published literature
- The 1996 Rio Grande Revised Land and Resource Management Plan and associated Final Environmental Impact Statement
- Insect and disease reports for the forest and state of Colorado (Eager et al. 2012, CSFS 2014)
- Climate change-related publications and reports  (Rondeau et al. 2012, Vose et al. 2012, Alexander and Keck 2015)

The modelling we did to look at the natural range of variability and ecosystem integrity did not specifically include climate change. Climate change and the associated gradual increase in temperature will alter growth rates and mortality. Species habitat may move higher and more northward as a result.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 16 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

But most importantly, with a changing climate, we expect more extreme weather, climate conditions, and disturbances such as wildfires, insect and disease outbreaks, droughts, and floods. Therefore, some of the simulation results may not hold and there may be other unanticipated conditions due to the effects of climate change.

We need studies to increase understanding of the local fire return interval as influenced by the rain shadow effect in our drier forest types. We have started this effort on a portion of the forest, but a more intensive, widespread effort is warranted.

It is unclear how climate change, beetle-kill, and the past fire suppression strategy will impact our ability to allow fire to play its historic role as a disturbance agent. In addition, we are also uncertain how allowing fire on the landscape with such high fuel loadings will impact the desired conditions in specific forest types.

Connectivity of habitat is an indicator of ecosystem integrity. It can be assessed in a variety of ways and with a variety of metrics. We do not have a comprehensive connectivity analysis on the Rio Grande National Forest, which would be helpful in assessing current habitat conditions.

# Existing Forest Plan Direction

Our desired conditions in the current Rio Grande Forest Plan are:

- Maintain biological diversity by maintaining, to the extent possible, habitat composition, structure, pattern, and disturbance frequencies similar to those that result from natural disturbances such as insects, disease, and fire.

- Manage rangeland vegetation for a mixture of seral stages, with most areas in mid to high seral stages and specific desired conditions in each allotment management plan.

- Ensure riparian areas and floodplains are healthy, fully functioning ecosystems. Vegetation is diverse and is generally in later-seral condition, to provide site stability.

- Recognize the role fire plays in ecosystem dynamics, and use it as a management tool when and where it does not threaten human life, property, or resources needed to support long term industries.

Standards and guidelines in our current Forest plan were written to move the forest towards these desired conditions. Our current standards and guidelines require we retain coarse woody debris and snags during timber harvest, provide direction on revegetation, old growth, and retention of aspen. We have standards and guidelines that pertain to the timing, amount, and regulation of livestock grazing. We have standard and guidelines related to silviculture that guide the type and intensity of harvesting we can allow.

In our current Forest Plan we have guidelines for projects to consider potential insect or disease outbreaks to meet the objectives of each management area. We base thinning and other forestry measures on values of, and risks to, adjacent private lands, as well as public land. We prioritize areas where values to be protected exceed the cost of protection (e.g. areas adjacent to subdivisions, metropolitan areas, recreation sites, or areas of concentrated public use). In project areas with existing infestations, our activities are designed to minimize the risks of spreading the infestation, while still providing habitat for those wildlife species dependent on the presence of insects and diseases.

The current Rio Grande Forest Plan does not include any guidance related to climate change.

Rvsd Plan - 00000016

## Scale of Analysis

Our modeling assessment encompasses about 1.7 million acres of forests, woodlands and grasslands on the Rio Grande National Forest. We added a buffer of 6.2 mi (10 km) around the Rio Grande National Forest boundary to encompass the broader landscape context, containing forests, woodlands and shrublands.

## Identify Key Ecosystem Characteristics (12.13):

In order to assess the ecological integrity of the terrestrial ecosystems, we chose key ecosystems characteristics. These are attributes that we can use to predict whether future conditions will have ecological integrity. Below the key ecosystem characteristics are listed by ecosystem type. These are discussed in later sections of this document.

**Table 1. Key ecosystem characteristic for terrestrial ecosystems on the Rio Grande National Forest**

| Key Ecosystem Characteristic | Source |
| --- | --- |
| Diversity of vegetation – amount and distribution of vegetation structural stages | State and transition modelling |
| Landscape Disturbances and Patterns | 1996 Forest Plan, literature review |
| Connectivity and Human-caused Fragmentation | Forest map layers |
| Late successional habitats | State and transition modelling |
| Snags and down woody material | Stand exam and forest inventory and analysis plot data |
| Rare communities and special habitats | Colorado Natural Heritage Program reports |

## System Drivers and Stressors

Drivers and stressors to the ecosystems of Rio Grande National Forest include succession, wildfire, insects and disease, climate change, management, livestock grazing, weather-related events such as droughts and floods, other natural disturbances such as beaver activity, exotic species invasion, and tree encroachment. The drivers and stressors for each particular ecosystem vary widely.

**Succession** is the natural change in the composition, structure, and function of an ecosystem over time during long periods without major disturbances. As trees and plants grow and compete for limited resources, the species, size, and amount of the trees and plants that compose an ecosystem change.

**Wildfire** is a natural part of the ecosystems on the Rio Grande National Forest. The historical fire regime varies widely across the different ecosystems. For example, the spruce-fir forests that dominate the Rio Grande National Forest generally experienced infrequent, stand-replacing fires while the mixed conifer forests experienced a more moderate fire regime with more frequent, but less severe (mixed-severity) fire.

Under the current Forest Plan, we recognize fire's role in ecosystem dynamics and use it as a management tool when and where it does not threaten human life, property, or resources needed to support long term industries. Our management of naturally occurring ignitions to include ecological benefit objectives is approved forestwide, although emphasis toward a suppression oriented response is higher in some areas. The option to consider the ecological benefit of naturally occurring ignition is not prohibited in any management area except for MA 8.22 – Ski-based Resorts.

**Insect and disease** outbreaks are major ecological processes that shape the conditions of forests. As we learn more about the complicated relationships that occur in the forest ecosystem, we are coming to

Rvsd Plan - 00000017

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 18 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

realize that insects and diseases play an important role in the cycles of forest growth and decline and in the creation and maintenance of key wildlife habitat components. Without the influence of "change agents" in the forest (fire, insects, and disease), the forest would stagnate and eventually become homogeneous, with a resultant negative impact on biodiversity and resilience to disturbance. These change agents are an integral part of forest ecosystem processes, but still pose a challenge to forest management.

Two types of insects – bark beetles and defoliators – are currently affecting the Rio Grande National Forest. In addition, three groups of pathogens are affecting the Forest - dwarf mistletoe, root diseases, and stem decays. The biggest change currently happening on the forest is the result of the current spruce beetle outbreak. The spruce beetle (*Dendroctonus rufipennis*) is a native insect that attacks and kills mature Engelmann spruce. Historically, under the right conditions, spruce beetles can have large, intense outbreaks over expansive areas of forest. They are a part of spruce-fir forest ecology and a key disturbance agent. Since the early to mid-2000s, large spruce beetle outbreaks have occurred on several forests in Colorado and Wyoming, including the Rio Grande. Aerial surveys suggest that the spruce beetle affected 300,000 acres on the Rio Grande National Forest from 2000-2011 (Eager et al. 2012). Since that time, an even larger proportion has been impacted by spruce beetle, which makes it the most widespread forest pest for the state of Colorado for several years running (CSFS 2014). Many areas affected by spruce beetle have 80 to 100 percent mortality of mature Engelmann spruce. Due to the large amount of spruce-fir forests on the Rio Grande National Forest, this outbreak will have long-lasting effects on all aspects of the forest such as timber harvest, wildlife habitat, recreation access, carbon storage, and others. These effects are highly variable and may be positive or negative. As an example, some wildlife species thrive in this type of habitat while others do not.

Our current Forest Plan includes guidelines for considering potential insect or disease outbreaks at the project level to meet the objectives of each management area. We base thinning and other forestry measures on values of, and risks to, adjacent private lands, as well as public land. We prioritize areas where values to be protected exceed the cost of protection (e.g. areas adjacent to subdivisions, metropolitan areas, recreation sites, or areas of concentrated public use). In project areas with existing infestations, our activities are designed to minimize the risks of spreading the infestation, while still providing habitat for those wildlife species dependent on the presence of insects and diseases.

**Climate change** affects ecological conditions such as precipitation and temperature, in addition to its more visible effects from changes to the rate of disturbances such as wildfires and insect outbreaks. Related to this are the weather-related stressors such as **droughts and floods** that may be more common with a changing climate.

The exact effect of climate change on the ecosystems of the Rio Grande is unknown, but some general trends are clear. Changes in temperature will change the growth of tree species (Rondeau et al. 2012, Vose et al. 2012), and this change may vary based on the particular species. Lower soil moisture will likely lead to higher levels of tree mortality and less regeneration. We predict tree habitat will move upward in elevation and northward in latitude and it is unclear whether tree species dispersal can keep up with this movement (Vose et al. 2012). We think some ecosystems are particularly susceptible to climate change-related impacts. Plant and animal species in high-elevation alpine ecosystems, such as the Uncompahgre Fritillary Butterfly, may be pushed to extinction if warming temperatures reduce their habitat (Alexander and Keck 2015).

Climate-driven extreme weather events will likely have rapid, dramatic effects on ecosystems. Multi-year droughts are linked to numerous other stressors and disturbances. Wildfires will increase, along with insect infestations, invasive species, flooding, erosion, and sedimentation (Vose et al. 2012).

Rvsd Plan - 00000018

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 19 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

When we wrote the 1996 Rio Grande Forest Plan, climate change theory was undeveloped and mostly unknown. Because of this, our Forest Plan does not include any language related to climate change. We recommend addressing climate change in our revised Forest Plan. Research suggests that we should be building off of the parts of the ecosystems that improve resilience and resistance to climate change, including unique ecological attributes such as fens, riparian zones (Seavy et al. 2009), and the parts of the spruce-fir forest that resisted, or were unaffected by the spruce beetle outbreak. A proactive approach for climate change may call for a rigorous reexamination into how we monitor change and adapt management practices, such as timber harvesting, salvage logging, and grazing practices, among others.

We already implement management practices, such as thinning and fuel treatments, that reduce fire hazard, competition, and increase resilience to a changing climate in the drier forest types, although they currently only affect a small portion of the landscape. We are currently developing bioclimate models for 13 tree species. This work will provide us with projections for how the suitability of habitat for these major species may change under a changing climate. These results will provide another source of information to consider as we develop future management options.

**Management activities** such as timber harvest, thinning, and prescribed fire are a relatively minor driver and stressor on the forest and are implemented on less than 0.2 percent of the Rio Grande National Forest each year. However, the impact to the ecosystem of these activities varies based on the intensity, the specific activity, and the ecosystem, not just the acreage of the activity, and generally lasts longer than simply the year implemented. In addition, the roads associated with these activities, even temporary ones, can negatively impact the forest and its habitat. Intensive selective cutting of certain species and size classes in the past may still be affecting the ecosystem structure, composition and function of the forest (USDA Forest Service 1996).

**Livestock grazing** is one of the multiple uses of the Rio Grande National Forest. The rural communities around the Rio Grande National Forest depend on ranching and national forest grazing for their economic livelihood. To ensure it is responsibly done, we have standards and guidelines in the current Forest Plan regarding the timing, amount, and regulation of livestock grazing. We need to evaluate and potentially adjust these standards and guidelines based on monitoring data. This is particularly true for low elevation riparian areas, which are especially vulnerable to climate change impacts.

Historically, extensive livestock grazing practices affected not only shrublands but dramatically influenced lower elevation forests by removing fine, herbaceous fuels which altered fire regimes (Romme et al. 2009).

**Man-made disturbance**, like fragmentation due to roads, can lead to reduced ecosystem function and biodiversity, (Haddad et al. 2015) and can affect habitat size and connectivity. This particular stressor is assessed in a later section of this report.

# Terrestrial Ecosystems - Our Approach

To assess the ecosystem integrity on the Rio Grande National Forest, we used landscape-scale state and transition modelling to estimate historic conditions of the vegetation through natural range of variation simulations. State and transition models can be thought of as box and arrow diagrams, where boxes represent state classes describing vegetation composition and structure and the arrows represent the transitions, the drivers and stressors that cause vegetation change, such as growth, mortality, disturbance, and management. These models are particularly useful for assessing trends where multiple drivers and stressors act simultaneously on the landscape. We also used this modelling to estimate how conditions may change into the future, with and without management. As a result, we can use these modelling results to evaluate the similarity or difference of current conditions to historical conditions (within the natural

Rvsd Plan - 00000019

range of variability), and how that may change in the future as an indicator of ecological integrity. This work was performed by the Institute for Natural Resources at Oregon State University. The data sources they used for this modelling were LANDFIRE biophysical setting maps and descriptions along with Forest information on existing vegetation. Within the Forest boundary these biophysical setting descriptions were cross-walked to the Forest land-type association layer created prior to the 1996 Forest Plan and also compared to the current Forest vegetation layer. The land-type association layer combined similar land types based on ecological potentials considering climate, physiography, soils, hydrology, and potential natural vegetation based on information available in the early 1990s. Land types and land type associations contain multiple vegetation cover types so cannot be used to describe actual existing vegetation except at a broad scale, since they may not capture local variations in vegetation type and seral stages. For example, the spruce-fir forest mix includes the lodgepole pine vegetation type (found only on the northern part of the Forest) along with stands that are currently aspen dominated with a potential vegetation type of spruce-fir. Minor vegetation types such as limber and bristlecone pine are included with other major ecosystem types.

Although we prefer to use field data from forest stand examinations, there is not enough current field sampled data available, especially considering the large spruce-beetle outbreak that is quickly changing our forests. Forest stand examinations also would not give us the necessary information for rangeland ecosystems. We have set up contracts for new forest stand examinations but the workload is large enough that two summer field seasons are needed. As a result, this data is not yet available for us to use in analyzing the natural range of variation of the local ecosystems.

This modelling approach fits well with the landscape-level analysis needed for forest planning, but we need to evaluate the results cautiously because the data comes from different sources, and lacks precision. We have also incorporated the draft results of some change detection work done by the Forest Service Remote Sensing Applications Center to get a better understanding of the state of the forest now that spruce-beetle has impacted so many areas. Using the remote sensing data and modelling results also required the least amount of forest level support, which was important given the current budget and staffing levels and workloads.

In addition to using state and transition modelling to look at the amount and diversity of ecosystem types and structure classes, we analyzed other key ecosystem characteristics either qualitatively, by tying them to the state and transition modelling, or through separate analysis using available stand exam or other data.

# Terrestrial Ecosystems – Forested, Non-Forested, Alpine

Terrestrial ecosystems include forested, rangeland, and alpine ecosystems.

The current Rio Grande Forest Plan provides direction on terrestrial ecosystem integrity. Our plan objectives emphasize using prescribed natural fire and management –ignited fire where forest ecosystems evolved under the influence of wildfire. This includes using fire as a management tool. Our objectives also emphasize maintaining natural or near-natural appearing landscapes in all areas of the forest. Several standards are designed to maintain the biological diversity of the Forest for the future. These include management direction for the retention of coarse woody debris, snags (dead standing trees), the inventory and assessment of old growth during project planning, aspen management, and the use of spatial-analysis concepts in project planning. The management areas in our current Forest Plan keep much of the Forest outside of wilderness undeveloped.

Our ecosystem modeling assessment encompasses about 1.7 million acres of forests, woodlands (pinyon-juniper) and grasslands ecosystems on the Rio Grande National Forest and surrounding landscape (figure

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 21 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

1). We added a buffer of 6.2 mi (10 km) around the Rio Grande National Forest boundary to encompass the broader landscape context, containing forests, woodlands and shrublands. Based on the modelling parameters, we modeled eight of the major terrestrial ecosystems types with similar vegetation dynamics and assessed them individually, in addition to two ecosystem types that occur primarily outside the Forest (table 2). The landscape proportion in each ecosystem is shown in figure 2 and their spatial distribution is shown in figure 1.



**Figure 1. Map of ecosystems on the Rio Grande National Forest. The Forest boundary is shown in black, and the landscape context area included a 6.2 mile buffer around the forest.**

## Identify Ecosystems (12.11):

Based on the modelling process used, the majority of the Rio Grande National Forest is in the spruce-fir forest mix (48 percent) ecosystem type. Other ecosystem types that dominate the forest include the Southern Rocky Mountain montane-subalpine grassland (16 percent) and Rocky Mountain alpine turf (13 percent), followed by mixed conifer – dry (8 percent) and pinyon-juniper woodland (6 percent). A general description of each of these ecosystem types follows the figures and tables below. We compiled this information from the literature cited as well as the South Central Highlands Guide (Romme et al. 2009). However, very few studies or site-specific local research regarding ecosystem reference conditions or

Rvsd Plan - 00000021

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 22 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

plant associations have been completed on the forests or woodlands located on the eastern, rain shadow side of the San Juan Mountains. Romme et al. (2009) focused primarily on the wetter, warmer western side of the San Juan Mountains which best reflects local conditions in the Engelmann spruce-subalpine fir vegetation type in the wettest areas along the Continental Divide. Away from the Continental Divide, the rain shadows created by complex mountain topography create conditions where the vegetation types present are affected more by aspect and slope. The relatively cooler temperatures on the eastern side of the San Juan Mountains have also influenced vegetation composition.

Table 2 lists the ecosystems modeled for this assessment. Acres in each ecosystem are reported for the Rio Grande National Forest only and the landscape context area (including a 6.2 mi buffer), and omits areas that have snow, rock or other non-vegetated cover. Rio Grande National Forest acres also omit private inholdings within the forest.

**Table 2. Ecosystems modeled for the Rio Grande National Forest assessment**

| Ecosystem | National Forest System Acres | Rio Grande National Forest + Context Area Acres |
|---|---|---|
| Spruce-Fir Forest Mix | 929,645 | 1,442,390 |
| Mixed Conifer-Wet | 42,718 | 423,037 |
| Mixed Conifer-Dry | 94,925 | 265,311 |
| Rocky Mountain Alpine Turf | 191,800 | 260,063 |
| Pinyon-Juniper Woodland (includes low elevation grasslands) | 100,070 | 582,015 |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | 1,224 | 25,951 |
| Southern Rocky Mountain Montane-Subalpine Grassland | 304,136 | 505,593 |
| Rocky Mountain Montane Riparian | 61,932 | 124,363 |
| Sagebrush Shrubland | 5,014 | 43,525 |
| Inter-Mountain Basins Greasewood Flat | 128 | 439,750 |
| | 1,731,592 | 4,112,000 |



**Figure 2. Proportion of the landscape occupied by each ecosystem across the entire modeled landscape (including 6.2 mi buffer) (left) and on the Rio Grande National Forest only (right). NA refers to areas that have snow, rock or other non-vegetated cover.**

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 23 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

## Spruce-Fir Forest Ecosystem

The core portion of the spruce-fir forest ecosystem is comprised primarily of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) associations. Significant areas within this type are dominated by quaking aspen (*Populus tremuloides*), sometimes with a conifer component, depending upon successional status. These subalpine conifer forests represent the highest elevation forests in the area, ranging in elevation from about 9,000 to 11,500 feet. They occur along a variety of gradients, including gentle to very steep mountain slopes. Sites are cold year-round, and precipitation is predominantly snow, which may persist until late summer.

Prior to human-caused disturbance, the two most significant broad-scale disturbance types in these communities were stand-replacing fires and bark beetle outbreaks (Baker and Veblen 1990, Veblen et al. 1994, Veblen 2000). In-between punctuations of these broad scale forest disturbances, finer-scale processes such as insect infestations, avalanches, blow-down events and fungi shaped the structure and composition of spruce and fir stands (Veblen et al. 1989, Veblen et al. 1991a, Lertzman and Krebs 1991, Roovers and Rebertus 1993).

With late-lying snow-packs and frequent summer precipitation within in these high elevation forests, there are typically long intervals between fires and fires that initiate when fuels are not sufficiently dry are small in extent. Fires in these systems are often driven by regional weather patterns and only after extended dry periods do these systems experience extensive fire. When fires do occur in these forest types during drought periods, they are often more severe than fires at lower elevations because of the fuel buildup. Fire return intervals in the nearby San Juan Mountains in these systems were historically about 300 years, with many stands escaping fire for many hundreds of years (Romme et al. 2009) and with intervals varying with moisture regimes and topography. Post-fire, the dominant conifers usually re-established by reseeding or aspen established by root-sprouting (Stahelin 1943, DeByle and Winokur 1985, Johnson and Fryer 1989, Veblen et al. 1991a, Turner et al. 1997). Fires (particularly at lower elevations) were typically followed by the rapid re-establishment of aspen with spruce-fir growing up in the understory, which would gradually displace aspen after several hundred years. As fire disturbance is compounded increasingly more with insect outbreak and climate change it is predicted aspen will become increasingly prevalent in subalpine systems (Kulakowski et al. 2013).

Spruce beetle (*Dendroctonus rufipennis*) are endemic insects whose larvae feed on the phloem of large Engelmann spruce trees (Furniss and Carolin 1977, Schmid and Frye 1977, Schmid and Mata 1996). While most of the time beetle populations exist at relatively low-densities, they periodically explode into an outbreak and will kill most of the large diameter trees in affected areas over thousands of hectares (Romme et al. 2009). Spruce budworm (*Choristoneura occidentalis*) is another native insect that can kill or repress smaller fir trees and sometimes explode from low-level populations into periodic outbreaks. While one common line of thinking is that fire may be more severe or frequent after beetle mortality events, there is little scientific evidence to support that and there are studies that contradict it (Bebi et al. 2003, Andrus et al. 2015).

Human-caused disturbances in these high-elevation stands are usually less severe than in other forest types. Because these forest types are typically more difficult to access than lower elevation stands, clear-cut logging and road building came later to them. Clear cut logging practices had serious implications for spruce-fir forests in terms of stand regeneration and the connectivity of mature forests. On the Rio Grande, harvest levels peaked in the late 1960s/early 1970s at around 30 MMBF a year (USDA Forest Service 1996). Given this is about twice the amount being harvested in recent years, these clear cuts probably weren't that extensive, covering about 4,000 acres a year.

Rvsd Plan - 00000023

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 24 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Despite policies of fire exclusion, spruce-fir forests have remained relatively unchanged because fire return intervals are naturally long relative to the amount of time we have been suppressing fires. Fire suppression activities in lower-elevation systems, though, have reduced the frequency of fires burning into higher elevation systems (Barrett 1994, Baisan and Swetnam 1997).

## Mixed Conifer-Wet Ecosystem

This mixed conifer zone includes the transition zones between the higher elevation spruce-fir ecosystem and the drier mixed conifer type where Douglas-fir is the most common species. Locally this type is referred to as "cool-moist" mixed conifer. The mixed conifer-wet ecosystem is dominated by Douglas-fir (*Pseudotsuga menziesii*), and various combinations of white fir (*Abies concolor*), Colorado blue spruce (*Picea pungens*), Engelmann spruce (*Picea engelmannii*), or subalpine fir (*Abies lasiocarpa*) with Ponderosa pine (*Pinus ponderosa*) occurring incidentally or absent. Significant areas within this type are dominated by quaking aspen (*Populus tremuloides*) which may have a significant conifer component. In the absence of fire, mixed conifers tend to replace the aspen community over long time frames. Elevation typically ranges from about 8,000 to 11,000 feet. Understory vegetation is comprised of a wide variety of shrubs, graminoids, and forbs depending on soil type, aspect, elevation, and other factors.

The cool-moist mixed conifer forests are characterized by lethal fires occurring at long intervals (over 100 years) with occasional small, less severe fires (Fule et al. 2009, Romme et al. 2009). Wet mixed conifer stands have less frequent fire return intervals compared to dry mixed conifer. When fires do finally burn through these stands after a long period of no fire, the fuel that has built up will create for a higher intensity fire than what is observed in the dry mixed conifer forests. In some cases after a high severity fire, aspen can remain the dominant species, depending on the extent and severity of the fire and the amount of conifer seed sources present.

Fungal infections and insect outbreaks play a role in stand dynamics. Spruce budworm, which effect fir trees, typically maintain low populations but periodically experience exponential growth patterns. These budworms likely alter stand dynamics of mixed conifer stands which include *Abies* species during these outbreak periods.

The combined factors of fire exclusion, selective logging and climate have altered dry mixed conifer stands more, but even in wet mixed conifer stands, there are also some areas with dense growth of smaller trees and little to no Douglas-fir regeneration and a reduced aspen component.

## Mixed Conifer-Dry Ecosystem

In general, the mixed conifer-dry ecosystem can include a mix of conifer species, including ponderosa pine (*Pinus ponderosa*), Douglas-fir (*Pseudotsuga menziesii*), white fir (*Abies concolor*), blue spruce (*Picea pungens)* and smaller amounts of aspen (*Populus tremuloides*). This drier mixed conifer type has been subdivided into a warm-dry (high ponderosa pine component) and cool-dry (can include limber pine (*Pinus flexilis*), bristlecone pine (*Pinus aristata*), along with small amounts of pinyon (*Pinus edulis*) or juniper (*Juniperus* species) at lower elevations) local types to characterize the variability that can be found across the Forest. The modelling process included the ponderosa pine vegetation type in this ecosystem. With fire suppression, more shade tolerant conifers (e.g., Douglas-fir, white fir, and blue spruce) tend to increase in cover in late successional stages. This ecosystem is generally found between 7,000 to 9,500 feet in elevation, and occupies higher elevations on south facing slopes than north facing slopes.

The warm-dry mixed conifer systems have more frequent, less severe fires (20 to 50 years) with rarer more severe fires. Historically, stands were characterized by relatively open stand structures as a result. However, there was heterogeneity and thus there were patches of denser stands. Median fire intervals in

Rvsd Plan - 00000024

the nearby San Juan National Forest for these systems were 18 to 28 years (Romme et al. 2009), but fire regimes vary even within the mixed conifer subclasses along moisture continuums (Korb et al. 2013). Where these stands experience high severity fires, there is the possibility for them to be converted to mountain shrublands.

Like wet mixed conifer stands, fungal infections and insect outbreaks, including spruce budworm, play a role in stand dynamics. Heavy livestock grazing and fire suppression likely have especially influenced the warm/dry mixed conifer forests due to their accessibility to livestock and departure from their frequent fire regimes. This grazing compounded the influence of fire suppression by further increasing the time between fires. Logging likely altered mixed conifer forests, particularly the dry mixed conifer stands, due to selective removal of ponderosa pine. The combined factors of fire exclusion, selective logging and climate have created dry mixed conifer stands that are comprised of smaller trees than historically.

## Rocky Mountain Alpine Turf Ecosystem

The Rocky Mountain alpine turf ecosystem is widespread above upper timberline. Dominant species include boreal sagebrush (*Artemisia arctica*), several *Carex* species, tufted hair grass (*Deschampsia caespitosa*), *Festuca* species, Ross' avens (*Geum rosii*), Bellardi bog sedge (*Kobresia myosuroides*), cushion phlox (*Phlox pulvinata*), and alpine clover (*Tr.folium dasyphyllum*). These alpine environments typically occur above 11,000 feet and are characterized by cool temperatures, high wind, short growing seasons, and intense light. Alpine turf at these elevations is interspersed with rocky outcrops and talus slopes. Soils in these systems are shallower on steeper and more exposed slopes. There are generally considered to be four main vegetation types in these systems: fellfield, dwarf willow, turf and wetlands (Baker 1983, Thilenius 1975 and Dick-Peddie 1993).

Fellfield communities are typified by shallow soils and short cushion plants with relatively low canopy cover. Turf communities usually occur in more protected areas and thus have deeper, better developed soils. Turf systems consist of grasses and forbs and have higher canopy cover than fellfield communities. Wetlands occur in poorly drained soils where water accumulates and consist of willows in some places and herbaceous communities in others. Dwarf willow vegetation communities occur where there is late-lying summer snowpack.

As with other non-woody ecosystems, reference conditions for alpine systems are not well-known. Given the heavy sheep grazing that occurred in many of these alpine communities, it is likely that plant composition is altered, that water runoff patterns are different and that erosion has been increased. Mining is another human activity that has likely heavily influenced these systems where it has occurred. Roads and development associated with mining have reduced vegetation cover, provided pathways for non-native species, altered water run-off patterns and erosion (Somers and Floyd-Hanna 1996, Paulson and Baker 2006). Additionally, mine tailings from mining activities have caused water pollution problems and increased soil toxicity. Finally, in more recent years, the more popular alpine systems have suffered impacts from heavy recreation uses.

## Pinyon-Juniper Woodland Ecosystem

In the pinyon-juniper woodland ecosystem, common trees include two-needle pinyon (*Pinus edulis*), Rocky Mountain juniper (*Juniperus sccpulorum*), and Utah juniper (*Juniperus osteosperma*). These woodlands occur on warm, dry sites on mountain slopes, mesas, plateaus and ridges, particularly those with rocky soil characteristics. Understory composition consists of sparse perennial grasses, annual and perennial forbs, and sparse shrubs.

Pinyon and juniper systems can be classified as persistent woodlands, savannas or wooded shrublands depending on canopy structure, understory composition and historical disturbance regimes (Romme et al.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 26 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

2008). Historic fire rotations varied but were generally quite long (e.g., many centuries). The longest fire return intervals likely occurred in the persistent woodlands, and intervals were likely shorter in the other two classes, but there is less confidence in the understanding of fire behavior in these types. The Forest includes combinations of the three types, but this has not been defined or mapped.

Stand dynamics may be more driven by climatic fluctuations, insects, and disease than fire (Eisenhart 2004, Romme et al. 2008). There are two important ips species beetles that can cause pinyon trees to die within the same season that they are attacked (Romme et al. 2009). Beetle outbreaks are often aligned with drought conditions in these systems. Root disease such as black stain root disease can also significantly alter pinyon stands.

Pinyon-juniper are lower-elevation systems that are highly accessible by people and therefore have seen significant human influences related to grazing, tree removal, wood cutting, fire suppression and development (Scurlock 1998). Understory composition changes in these systems are impossible to ascertain given limited to no historical information for pinyon-juniper woodlands.

Heavy, year-round grazing started occurring in the late 1800s throughout pinyon-juniper systems and became more moderate when the Taylor Grazing Act was enacted in 1934. Where grazing continues now, there are substantial changes to the flora structure and composition (Fleischner 1994). Even where grazing is much reduced from heavy past usage, there may still be a legacy of changed vegetation. Livestock grazing also led to tree removal for better livestock forage, causing significant fragmentation to pinyon and juniper systems (Knight et al. 2000) and unknown ecological consequences.

Expansion of pinyon and juniper woodlands is a concern in some areas, such as lower elevation meadows and areas with grassy understories. Although pinyon-juniper density has likely increased to some extent in the recent past on the Rio Grande National Forest, the current extent compared to past distribution has not been well analyzed. Fire exclusion in pinyon and juniper systems cannot be the primary mechanism for expansion and infill of these woodlands as fire was never very frequent in these systems and therefore they are not likely departed from historic fire return intervals in most places (Romme et al. 2008), though there is less certainty in pinyon-juniper savannas. Other drivers of expansion may be ongoing natural expansion, recovery from heavy grazing or tree removal, climate change or elevated carbon dioxide levels (Romme et al. 2009).

## Rocky Mountain Gambel Oak Shrubland Ecosystem

The Rocky Mountain Gambel oak shrubland ecosystem is very uncommon on the Rio Grande National Forest, occurring where Gambel oak (*Quercus gambelii*) is the dominant species, often associated with serviceberry (*Amelanchier spp*), sagebrush (*Artemisia spp*) and various additional species of shrubs, grasses, and forbs. It occurs at 6,600 to 9,570 feet elevation on all aspects. Currently, Gambel oak is only found at the north end of the San Luis Valley near Poncha Pass where patches of oak can be seen on the slopes of the Sangre de Cristo Mountains. It is also a minor component in the ponderosa/dry mixed conifer type west of highway 17. Its distribution may be limited by low temperatures across much of the low elevation parts of the Forest.

Studies in Mesa Verde National Park show that Gambel oak and service berry dominated shrublands are, at least partly, maintained by fire. The shrublands there have much shorter fire return intervals than the pinyon-juniper stands and recover from fire much more quickly (Floyd et al. 2000).

## Southern Rocky Mountain Montane-Subalpine Grassland Ecosystem

The Southern Rocky Mountain montane-subalpine grassland ecosystem occupies elevated plains, valleys, hills and mountain sideslopes ranging from nearly level to very steep topography. Dominant species

Rvsd Plan - 00000026

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 27 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

include Thurber fescue (*Festuca thurberi*), Arizona fescue (*Festuca arizonica*), and several other grasses, forbs, and sedges. Elevation generally ranges from about 7,000 to 10,000 feet.

The only historical information pertaining to mountain grasslands in southern Colorado are a few anecdotal accounts. Additionally, very few sites escaped intensive livestock grazing and those that did are often anomalous due to steep topography or other conditions. Thus, it is difficult to know how departed these grasslands are from historical conditions. It is thought that bunchgrasses covered greater than half of these grasslands with sod grasses and forbs filling the interspaces so total vegetation cover was nearly 80 to 90 percent (Romme et al. 2009). Litter amounts were relatively high due to the biomass of the bunchgrasses and bare ground was minimal. Soil surface horizons were thick with organic matter and soil erosion and compaction were also minimal (Romme et al. 2009).

Natural drivers of these grasslands were grazing by native ungulates and fire. Native ungulates in these systems likely moved through these systems as needed and the extent and severity of their grazing varied. Fire regimes associated with these grasslands is correlated to the fire regimes of the forests surrounding them. The lower elevation Arizona fescue grasslands were likely characterized by frequent, low-severity fire regimes while the higher elevation Thurber fescue grasslands experienced less frequent and more severe fires (Romme et al. 2009). These fires functioned to turnover nutrients, reduce litter, stimulate new plant growth, and eliminate woody plant growth.

Heavy grazing occurred in these mountain grasslands in the late 1800s and early 1900s which likely resulted in altered plant composition and structure as well as ecosystem function. Livestock grazing interferes with nutrient cycling and plant succession, increases bare soil, compaction, and erosion. Livestock typically graze grasslands differently than native herbivores do. Where grasslands are dominated by Kentucky bluegrass (*Poa pratensis*), a non-native species that increases with disturbance (e.g. livestock grazing), there is commonly minimal litter, compacted soil and erosion issues (Turner and Paulsen 1976).

## Rocky Mountain Montane Riparian Ecosystem

The Rocky Mountain Montane riparian ecosystem corresponds to the willows and sedges on floodplains land-type association. This ecosystem represents numerous riparian types occurring as relatively small, linear stringers in the upper montane/subalpine zones. These systems are highly variable and generally consist of one or more of the following five basic vegetation forms: cottonwoods, willows, sedges and other herbaceous vegetation, aspen, or conifers (often blue spruce, except at higher elevations where Engelmann spruce is more common, and subalpine fir). Due to human reliance on water and the sensitivity of these systems, riparian systems have possibly been altered more by human activities than any other.

Development, livestock grazing, logging, agriculture, mining, roads, recreations, dams, diversions and exotic species all play a role in how these systems are composed and function today. When settlers first started establishing within and around the present-day Rio Grande National Forest, they removed riparian trees for fuel and structure building and then later built dams and diversions. These dams regulated water flow, blocked aquatic organisms and altered erosional processes. A drop in water tables and the elimination of flooding dramatically altered plant composition and structure, notably causing the decline of cottonwoods and willow systems.

Heavy livestock grazing in the late 1800s and early 1900s eliminated or reduced woody riparian cover, which functions to retain higher water tables and stabilizes banks. Mining affected riparian areas by introducing pollutants and causing increased erosion into these systems. Logging caused increased sedimentation into stream systems. Though not a problem on the Forest, the introduction of non-native

Rvsd Plan - 00000027

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 28 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

species like salt cedar (tamarisk) and Russian olive trees have dramatically altered plant composition, structure and altered water table dynamics (Dick-Peddie 1993).

Current information suggests that riparian areas may require increased management focus in regards to potential effects associated with climate change. Low-elevation riparian areas, and seeps and springs, in drier vegetation types are particularly vulnerable to management activities that may contribute to these effects and require an adaptive response to potential changes. Primary activities that may need additional attention include grazing by domestic and native ungulates, roads, and travel management influences.

In areas within or downstream of stands that have experienced heavy beetle kill, streams may have altered timing of spring runoff patterns due to earlier and quicker snowmelt (Pugh and Small 2012).

## Sagebrush Shrubland Ecosystem

The sagebrush shrubland ecosystem is a dry shrubland type that occurs mostly adjacent to the Rio Grande National Forest. Sagebrush shrublands are dominated by *Artemisia tridentata* and other shrubs. Historically the understory of these communities were comprised of bunchgrasses and forbs, although with the introduction of non-native species both composition structure of the understories have changed where they are present.

Sagebrush shrublands in the Rio Grande National Forest were heavily grazed in the late 1800s and the early 1900s before grazing became more regulated under the Taylor Grazing Act (Rogers 1964). While sagebrush shrublands were grazed by native ungulates prior to Euroamerican settlement, livestock moved through these systems and grazed them differently. Livestock grazing not only alters plant composition and structure though selective grazing of palatable plants (Caldwell 1984) and removal of biomass, but also influences soil through compaction (and then future plant establishment), erosion (Thurow et al. 1988), and nutrient cycling (Semmartin 2004).

Another consequence of grazing is that along with fire suppression efforts, it may have increased fire intervals in sagebrush systems through reduction of fine fuels. However, introduction of cheatgrass (*Bromus tectorum*), an invasive annual grass, can serve to increase fire frequency through a positive feedback cycle (Whisenant 1990). Fire in sagebrush systems reduces decadent sagebrush stands, promotes understory growth and nutrient cycling and creates a mosaic of sagebrush structures and community types across a broad landscape. Regardless of fire severity, fire in sagebrush is stand-replacing (Sapsis and Kauffmann 1991) and sagebrush can be slow to reestablish. Historic fire regimes are difficult to ascertain directly and likely varied with sagebrush type, elevation and other abiotic factors. Estimates of fire rotations for sagebrush systems generalized across the west from a few studies (Baker 2006) are 325 to 450 years for low sagebrush, 100 to 240 years for Wyoming big sagebrush, and 70 to 200 years for Mountain Big sagebrush. If these estimates are correct for the Rio Grande National Forest sagebrush shrublands, than they are not likely very departed from their historic fire intervals. A reduction in fire occurrence in this type may allow conifer encroachment into shrublands.

## Intermountain Basins Greasewood Flat Ecosystem

The Intermountain Basins greasewood flat ecosystem, also called Intermountain salt shrubland, is a dry shrubland system dominated by *Sarcobatus vermiculatus* and which also includes *Atriplex* and *Artemisia* species. If there is an herbaceous layer, it is typically dominated by grasses. It is found mostly adjacent to the Rio Grande National Forest and occupies substantial areas at low elevations around the Forest.

Greasewood systems experienced heavy grazing in the Rio Grande region during Euroamerican settlement. While greasewood itself is not browsed (Daubenmire 1970), understory grass composition may have shifted with heavy grazing and by the introduction of invasive and forage grasses that were able

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 29 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

to establish with an initial reduction in cover. Greasewood re-sprouts quickly after fire but grasses will initially dominate the recovering community. Human disturbance such as road building and overgrazing-induced erosion that interrupt the hydrologic cycles in these systems may influence the composition and structure of these communities.

## Habitat Structural Stage Classification

For this assessment, we also characterized vegetation condition into habitat structural stages developed by USDA Forest Service Region 2 (table 3). We refer to canopy cover 0 to 10 percent as grass/shrub, 10 to 40 percent as open, 40 to 70 percent as 'mid' and 70 to 100 percent as closed in the descriptions below. A habitat structural stage category for aspen-dominated stands with variable size and canopy cover was also added for this analysis.

Table 3. Definitions of habitat structural stages used to characterize ecosystem condition

| Habitat Structural Stage | Size Class | Tree Canopy Cover |
|---|---|---|
| 1M- Natural Meadow | – | – |
| 2S- Natural Shrubland | – | – |
| 1T/2T- Grass/Shrub, Previously Trees | all | 0-10% |
| 3A- Sapling-Pole 10-40% cover | sapling-pole (0-9" DBH) | 10-40% |
| 3B- Sapling-Pole 40-70% cover | sapling-pole (0-9" DBH) | 40-70% |
| 3C- Sapling-Pole >70% cover | sapling-pole (0-9" DBH) | >70% |
| 4A- Mature 10-40% cover | mature (9+" DBH) | 10-40% |
| 4B- Mature 40-70% cover | mature (9+" DBH) | 40-70% |
| 4C- Mature >70% cover | mature (9+" DBH) | >70% |
| Aspen | all | all |

Of the forested area, most of the landscape is comprised of mature, open stands (4A), with grass/shrub, open sapling-pole, mid cover mature, and aspen each comprising about 10 percent of the landscape. In the broader Rio Grande National Forest landscape including the context area, natural shrublands (2S) comprise a substantial portion of the landscape, and the proportion of the landscape occupied by sapling-pole trees is greater.

## Vegetation Modelling Results – Assessment of Ecosystem Integrity (12.14), including a Description of the Natural Range of Variation (12.14a or b), and Status and Trends (12.14c):

Historically, roughly 30 percent of the Rio Grande National Forest was comprised of natural meadows and (few) shrublands. The remainder of the Rio Grande National Forest was dominated by forests, including about 16 percent in aspen stands. Forested canopy cover under natural range of variation was projected as 31 percent conifers with mid cover (40 to 70 percent canopy cover), 14 percent conifer with closed (over 70 percent canopy cover) conditions, and 8 percent open (under 40 percent canopy cover) conifer stands. Historical projections indicate that most of the Rio Grande National Forest was comprised of mature conifer trees (42 percent) with 11 percent in smaller sapling-pole sizes. Only 1 percent of the Rio Grande National Forest is expected to be in grass/shrub with forested potential (habitat structural stage 1T/2T) under historic conditions, indicating rare stand-replacing disturbance.

Case 1:21-cv-02994-REB  Document 24-3  Filed 06/21/22  USDC Colorado  Page 30 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

**Table 4. Current number of acres in each habitat structural stage, based on maps of current vegetation and incorporating recent, large disturbances**

| Habitat Structural Stage | Rio Grande National Forest Acres | | Rio Grande National Forest and Landscape Context Area | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| 1M- Natural Meadow | 495,936 | 29% | 765,656 | 19% |
| 2S- Natural Shrubland | 6,366 | 0% | 509,226 | 12% |
| 1T/2T- Grass/Shrub, Previously Trees | 190,270 | 11% | 349,223 | 8% |
| 3A- Sapling-Pole 10-40% cover | 171,678 | 10% | 566,786 | 14% |
| 3B- Sapling-Pole 40-70% cover | 101,526 | 6% | 620,641 | 15% |
| 3C- Sapling-Pole >70% cover | 5,256 | 0% | 161,572 | 4% |
| 4A- Mature 10-40% cover | 376,921 | 22% | 458,371 | 11% |
| 4B- Mature 40-70% cover | 173,329 | 10% | 345,847 | 8% |
| 4C- Mature >70% cover | 44,635 | 3% | 68,793 | 2% |
| Aspen | 165,675 | 10% | 265,884 | 6% |



**Figure 3. Comparison of habitat structural stage classes under natural range of variation equilibrium, current conditions (time zero) and future projections under no management at 20, 50, 100, 300 and 500 year time steps across all ecosystems within the Rio Grande National Forest. Error bars show ± 1SD across 10 replicate simulations.**

Current conditions on the Rio Grande National Forest contain abundant grass/shrub with forested potential (habitat structural stage 1T/2T). Current conditions also contain more sapling-pole trees and a much greater proportion (31 percent) of open stands compared to natural range of variation conditions. The abundance of grass/shrub and open conditions are largely a result of a severe spruce beetle outbreak and a recent large wildfire over the past several years. The proportion of aspen at present is also smaller than projected under natural range of variation, due to fewer wildfires under contemporary conditions. Very large and intense disturbances were rare in our simulations and did not substantially influence natural range of variation condition. In short, the Rio Grande National Forest overall is currently

Rvsd Plan - 00000030

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 31 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

moderately to substantially departed from typical natural range of variation conditions, with the degree of departure varying by ecosystem (Table 5).

**Table 5. Departure from the natural range of variability for each ecosystem based on vegetation modeling results**

| Ecosystem | Departure from Natural Range of Variation | | | |
|---|---|---|---|---|
| | Substantially Departed | Highly Departed | Slightly Departed | Not Departed |
| Spruce-Fir Forest Mix | X | | | |
| Mixed Conifer-Wet | X | | | |
| Mixed Conifer-Dry | | | X | |
| Rocky Mountain Alpine Turf | | | | X |
| Pinyon-Juniper Woodland | | *X | | |
| Rocky Mountain Gambel Oak – Mixed Montane Shrubland | | X | | |
| Southern Rocky Mountain Montane-Subalpine Grassland | | *X | | |
| Rocky Mountain Montane Riparian | *X | | | |
| Sagebrush Shrubland | | | X | |
| Inter-Mountain Basins Greasewood Flat | | | X | |

\* indicates less confidence in the model results for that ecosystem.

Projected future conditions indicate overall recovery toward the natural range of variation as the result of natural processes. Future estimates suggest there may be slightly less aspen than expected under the natural range of variation due to lower contemporary wildfire levels. The projected future proportion of mature trees is also greater than under the natural range of variation, particularly in forests with closed canopy conditions. In sum, our modeling indicates that the Rio Grande National Forest will likely move from currently departed conditions toward the natural range of variation as it recovers from recent disturbance. However, it may remain somewhat departed from the natural range of variation due to lower overall levels of wildfire resulting from fire suppression.

Across the entire Rio Grande National Forest, the effects of management are small. This is not surprising, as the extent of management treatments is extremely small, with less than 0.2 percent of the landscape treated with management activities each year. However, the impact to the ecosystem of these activities varies based on the intensity, the specific activity, and the ecosystem, not just the acreage of the activity, and generally lasts longer than simply the year implemented. In addition, the roads associated with these activities, even temporary ones, can negatively impact the forest and its ecosystems. The extent of management activities also varies by ecosystem. Ecosystem structure, composition and function may still be experiencing the legacy effects of past clearcutting, road-building and grazing practices.

Drivers and stressors varied widely among ecosystems across the Rio Grande National Forest. The dominant drivers across the landscape include growth and mortality, livestock grazing, and (in some cases) wildfire. Wildfire affected three times more area under the natural range of variation conditions than contemporary conditions due to contemporary fire suppression. Other drivers included insects and disease, weather-related events (e.g., droughts and floods), other natural disturbances (e.g., beaver activity in riparian areas), and management. Overall, management treatments such as thinning, prescribed fire, and timber harvest are implemented on less than 0.2 percent of the Rio Grande National Forest each year, although this varies by ecosystem, indicating that management (other than wildfire suppression) is a

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 32 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

relatively minor driver and stressor at a landscape scale. However, the impact to the ecosystem of these activities varies based on the intensity, the specific activity, and the ecosystem, and generally lasts longer than simply the year implemented.

The modelling that was done to look at the natural range of variability and ecosystem integrity did not specifically include climate change. Climate change and the associated gradual increase in temperature will alter growth rates and mortality. Species habitat may move higher and more northward as a result. But most importantly, with a changing climate, we expect more extreme weather, climate conditions, and disturbances such as wildfires, insect and disease outbreaks, droughts, and floods. Therefore, some of the simulation results may not hold and there may be other unanticipated conditions due to the effects of climate change.

### *Vegetation Modelling Results – Ecosystem by Ecosystem - Assessment of Ecosystem Integrity (12.14), including a Description of the Natural Range of Variation (12.14a or b), and Status and Trends (12.14c):*

## Spruce-Fir Forest Ecosystem

Model simulations indicate that about 70 percent of the spruce-fir forest ecosystem was historically dominated by conifer species, with the remaining 30 percent in aspen. Under historic conditions, modelling suggests 60 percent of the ecosystem was occupied by mid and closed conifer cover, with only 8 percent of the landscape in open conifer cover. A very small proportion (1 percent) of the landscape contained grass/shrub conditions resulting from stand-replacing disturbance.

The vegetation modelling suggests that the spruce-fir forest ecosystem is currently substantially departed from the natural range of variation due to the effects of recent wildfires and a large, multi-year spruce beetle outbreak, which caused substantial spruce mortality, opened canopy conditions, and created patches of grass/shrub across wide areas. A much larger amount of this type is currently categorized as open, with low canopy cover, than was estimated under historic conditions from the model simulations. The proportion of aspen in the spruce-fir forest ecosystem is also currently lower than historic projections, but should increase following the recent disturbances.

This result is not necessarily in agreement with the published literature. The modelling of historic conditions included moderate spruce beetle outbreaks, but did not include the rare, extreme spruce beetle outbreaks like the one the Rio Grande National Forest is currently experiencing. Literature (Eager et al. 2012, Romme et al. 2009) indicates that in these spruce-fir forests, spruce beetles generally persist in low-level, widespread populations that have little effect on forest structure, but that they periodically have very large outbreaks, where the "beetles may kill millions of mature pine or spruce trees over areas of thousands of hectares." Since the modelling did not include these large, explosive outbreaks, the spruce-fir forests may not be nearly as departed from the natural range of variation as the modelling suggests.

Future projections for the spruce-fir forest ecosystem generally show a trajectory of recovery toward the natural range of variation conditions over time. The current overabundance of grass/shrub conditions largely disappears in the first 20 years of projections, and open conifer forests are mostly replaced by mid- and closed cover forests over the first century of projections. Aspen stands increased in short-term and mid-term projections. Longer-term projections, however, show a decline of aspen stands to levels roughly 10 percent lower than under the natural range of variation, mostly due to lower levels of wildfire under contemporary conditions due to fire suppression.

Management treatments in the spruce-fir ecosystem include broadcast burning, group selection, planting of trees, salvage harvest, shelterwood harvest, and stand clearcut. In total, these treatments represent

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 33 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

roughly 0.1 percent of the area occupied by spruce-fir on the Rio Grande National Forest (1,277 acres per year).

## Mixed Conifer-Wet Ecosystem

Model simulations for the mixed conifer-wet ecosystem indicate that historically, a small proportion (2 percent) of the ecosystem was in grass/shrub conditions, 13 percent was comprised of aspen stands, and the remaining 85 percent was dominated by conifers. Within the conifer-dominated areas, most of the trees were mature, with 72 percent of the ecosystem in mid to closed conifer cover.

This vegetation modelling suggests the mixed conifer-wet ecosystem is substantially departed from the natural range of variation. Only 20 percent of this ecosystem is currently dominated by conifers with mid-to high canopy cover, less than a third of the historic proportion. Current conditions also contain much more grass/shrub and aspen due to recent disturbances. Mature trees currently occupy half of their historic extent, with a greater proportion under low canopy cover.

A recent mixed-conifer synthesis (Colorado Forest Restoration Institute 2010) suggests that it is unclear how departed from the natural range of variation these cool-moist mixed conifer forests are and that more information is needed. This report also suggests that the lack of intermediate-sized fires due to fire suppression and management has led to the loss of historic variability in these forests and that we should "create conditions in which mixed-severity fires, intermediate to large in size, can be allowed to burn with acceptable risk and cost."

Future projections show short-term increases in aspen-dominated stands as areas currently occupied by grass/shrub recover through seral aspen stages. The proportion of aspen gradually decreases to a level lower than the historic estimates due to less wildfire in the contemporary disturbance regime due to fire suppression. Over time, the projected proportion dominated by conifers increases and mature trees occupy a greater proportion of the landscape. Overall, the mixed conifer-wet ecosystem recovers toward the natural range of variation in our simulations, but ends up with less aspen and more closed forests than the natural range of variation condition.

Management treatments in the mixed conifer-wet ecosystem include broadcast burning, salvage harvest, and thinning. These treatments represent an annual treatment rate of 0.6 percent of the ecosystem each year (282 acres).

## Mixed Conifer-Dry Ecosystem

Model simulations indicate that under historic conditions, roughly 10 percent of the mixed conifer-dry forest area was in grass/shrub condition. The remainder was in conifer-dominated stands, with 25 percent open cover, 57 percent in mid cover and 8 percent of the area in closed condition. A majority of the ecosystem contained mature trees (61 percent), while about 30 percent of the ecosystem was in sapling-pole stages.

Current conditions in the mixed conifer-dry ecosystem contain similar levels of grass/shrub conditions and similar area in open forest conditions, compared to the natural range of variation. There is currently a larger proportion of sapling-pole size trees than under the natural range of variation, and also slightly less closed forest. However, this ecosystem is currently only slightly departed from the natural range of variation based on model simulations. This is surprising in that it is generally thought that the warm-dry mixed conifer types are more departed from the natural range of variation than cool-moist mixed conifer (Colorado Forest Restoration Institute 2010). Given that the dry mixed conifer forest type has a more frequent fire regime than other types, such as wet mixed conifer and spruce-fir, it is generally thought to have been more impacted by fire suppression and thus more departed from historic conditions.

Rvsd Plan - 00000033

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 34 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Future projections indicate that growth and succession will likely increase the proportion of mature trees and mid-closed canopy cover in the mixed conifer-dry ecosystem over time. Overall, the mixed conifer-dry ecosystem shows less current departure than many other ecosystems on the Rio Grande National Forest and a trajectory toward future conditions that are moderately departed from the natural range of variation.

Wildfire was moderately frequent under historical conditions, but is more infrequent under contemporary conditions, due to fire suppression. Insect outbreaks, such as Douglas-fir beetle and mountain pine beetle, affected an average of 0.5 percent of the mixed conifer-dry ecosystem annually historically, but model simulations suggest that, due to more larger trees and closed canopy stands in the future, under the current fire regime, these conditions may lead to more insect outbreaks.

Management treatments in the mixed conifer-dry ecosystem include broadcast burning, planting of trees, salvage harvest, and thinning. In total, these treatments represent an annual treatment rate of 0.5 percent of the ecosystem (469 acres per year).

## Rocky Mountain Alpine Turf Ecosystem

Current conditions show a high proportion of late-seral conditions, similar to those under the natural range of variation. Future projections also maintain most of the ecosystem in late-seral conditions, with disturbances even more rare in future projections. The South Central Highlands Guide (Romme et al. 2009) describes heavy sheep grazing in this type and speculates that historically, the vegetation structure and distribution is similar to today, but with different species composition in the areas with heavy grazing.

## Pinyon-Juniper Woodland Ecosystem

Modelling suggests that historically 5 percent of the pinyon-juniper woodland was in grass/shrub, 35 percent in open canopy cover and 60 percent in mid canopy cover. Most of the area was dominated by mature trees.

Current conditions are highly departed from the natural range of variation in the pinyon-juniper woodland ecosystem, with a much higher amount (60 percent) of the area in grass/shrub. Of the remaining landscape, almost all contains open cover woodlands, with smaller sapling-pole trees dominant. The high level of departure is at least partially related to the assignment of the low-elevation grasslands land type association to the pinyon-juniper woodland ecosystem. If some of the mapped grass/shrub areas are actually natural grasslands and had been classified into a grassland ecosystem instead, the level of departure from the natural range of variation would be lower.

Under future projections, the pinyon-juniper woodland recovers from highly departed current conditions over several centuries. Long-term projections indicate future conditions within the natural range of variation. However, the trend toward increasing tree cover may not actually occur if the grassland land type association is not at least moderately susceptible to tree invasion.

Succession and insect outbreaks, such as pinyon ips, were the most influential drivers of vegetation dynamics in the pinyon-juniper woodland ecosystem, with wildfire relatively rare. Management treatments in the no-action scenario include broadcast burning, mastication, and thinning, summing to an annual treatment rate of 0.4 percent (443 acres per year).

## Rocky Mountain Gambel Oak Shrubland Ecosystem

Model simulations indicate that historically a high proportion of the Rocky Mountain Gambel oak shrubland ecosystem was in late-seral, closed shrub conditions, with some open patches and a low proportion of early-seral conditions.

Rvsd Plan - 00000034

Current conditions for the Rocky Mountain Gambel oak shrubland ecosystem indicate a roughly equal representation of seral stages. However, future projections under contemporary conditions show nearly all of the ecosystem moving to late-seral, closed conditions due to contemporary fire suppression.

Succession and wildfire were the only drivers modeled in the Gambel oak shrubland ecosystem. Projections indicate much lower levels of wildfire under contemporary conditions compared to historic conditions.

## Southern Rocky Mountain Montane-Subalpine Grassland Ecosystem

Model simulations indicate that most of the landscape in this ecosystem was occupied by grasses with some shrub and tree cover possible under the natural range of variation. However, we have lower confidence in the projections for this ecosystem and the underlying models used.

Current conditions contain a greater proportion of early seral grasslands with lower shrub and tree cover than under the natural range of variation. Future projections generally indicate a return toward the natural range of variation conditions.

Drivers in the montane-subalpine grassland ecosystem historically included succession, wildfire, and tree encroachment. In future projections, livestock grazing was the dominant driver, affecting over 5 percent of the landscape each year. Modelling showed tree encroachment rates were higher under future conditions. Management consists of prescribed fire, at a rate of 471 acres per year.

## Rocky Mountain Montane Riparian Ecosystem

Model simulations indicate that, historically, 63 percent of the ecosystem had open to mid canopy cover, with the remaining 37 percent in closed cover conditions. However, we have lower confidence in the projections for this ecosystem and the underlying models used.

Current conditions contain 30 percent of the riparian vegetation in mid canopy cover, substantially less than under the natural range of variation. Future projections indicate a gradual decline of mid cover areas over time. This trend away from the natural range of variation is due to the much longer fire return interval under contemporary conditions.

Management data indicates that less than 20 acres per year is treated in this ecosystem.

Gage and Cooper (2013) suggest that a variety of factors have caused many high-to middle-elevation riparian shrublands to be outside the natural range of variation, due to exotic species invasion, herbivory and trampling by livestock and native ungulates, and changing hydrologic regimes and beaver populations.

## Sagebrush Shrubland Ecosystem

A qualitative assessment of model results show that much of the sagebrush shrubland ecosystem was historically comprised of mid- and late-successional classes, with roughly 20 percent containing some juniper cover.

The vegetation modelling suggests that the current condition of the sagebrush shrubland ecosystem varies based on whether the area is inside or outside the Rio Grande National Forest. This may be a true difference or may simply be an artifact of the data sources used. The portion of this ecosystem outside the national forest boundary is predominantly in early and mid-successional classes with few exotic annual grasses present. The portion of this ecosystem within the national forest boundary is mostly in late-successional classes and is slightly departed from the natural range of variation.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 36 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Under future projections, exotic annual grass species and juniper expansion displace much of the native sagebrush. Projections also show an increase in early-seral shrubs such as rabbitbrush (*Chrysothamnus* and *Ericameria* species).

Under historic conditions, wildfire was the dominant driver of vegetation dynamics, whereas under projected future conditions, livestock grazing is the dominant driver in this system, affecting almost 7 percent of the ecosystem on average each year. Exotic invasion also impacted 0.6 percent of the ecosystem annually, and tends to increase the frequency of wildfire where it occurs.

No management treatments were modeled in this ecosystem, as it occurs mostly outside of the Rio Grande National Forest.

## Intermountain Basins Greasewood Flat Ecosystem

A qualitative assessment of the natural range of variation indicates open grass and shrub conditions dominated this ecosystem historically, with some early-seral conditions containing sparse shrubs also present.

Currently, a greater proportion of the Intermountain basins greasewood flat ecosystem is mapped in open grass/shrub conditions than projected under the natural range of variation. Overall, model results indicated that this ecosystem is slightly departed from the natural range of variation.

Future projections show a large increase in exotic species and an introduction of wildfire into this ecosystem, which naturally experiences little or no fire due to lack of fuels.

Historically, only succession and weather-related disturbances were modeled in this ecosystem, including impacts of drought and very wet years. Under contemporary conditions, livestock grazing is the primary driver, followed by wildfire, weather, and exotic invasion.

### *Vegetation Modelling Summary – Assessment of Ecosystem Integrity (12.14):*

In summary, the spruce-fir and aspen forests are, in particular, undergoing rapid change due to a recent, large outbreak of spruce beetle and a recent large wildfire. High levels of mortality in mature Engelmann spruce in many areas have produced abundant open stands and dead standing and down wood. This, in turn, is allowing regeneration of aspen and an increasing trend in aspen forests.

It is difficult to determine whether the terrestrial ecosystems on the Rio Grande National Forest are within the range of what would occur naturally. Modelling results indicate that the terrestrial ecosystems on the Rio Grande National Forest are, in general, moderately to substantially departed from what would occur naturally. However, the determination of the range of natural conditions is not an exact science. The spruce beetle modelling did not include the rare, extreme spruce beetle outbreaks like the one we are currently experiencing, but more moderate outbreaks. We know that these large spruce beetle outbreaks happened historically and this suggests, along with the long fire return interval in spruce-fir, that this ecosystem is not departed from historic conditions. In the end, we don't really know with any certainty what effect past logging has had in these forests and whether this latest spruce beetle outbreak is a completely natural phenomenon or one influenced by climate change.

In other cases as well, the published literature is not necessarily in agreement with the modelling we used here, making it difficult to know with any certainty how departed some of these types are from the natural range of variation. The dry mixed conifer type is thought to be highly departed from its natural range due to its more frequent fire return internal and fire suppression over the last century. The modelling we used here suggests this type is only slightly departed. This discrepancy may be due to the modelling assumption of a 100 year fire return interval for the dry mixed conifer type, which is higher than the 20 to

Rvsd Plan - 00000036

50 year fire return interval discussed in the literature. Wet mixed conifer was found to be substantially departed from its natural range of variation by the modelling. It is surprising that the wet mixed conifer type would be more departed than the dry type, since it has a less frequent fire regime. While there is little area with high cover (over 70 percent) in the wet mixed conifer type on the Forest; this may be due to recent heavy mortality from insects such as spruce budworm or past wildfires and needs to be investigated further.

Over the long term (many decades to hundreds of years), models project most forested ecosystems recovering towards the natural range. However, due to fire suppression, we may expect to see somewhat less aspen in the future than would likely exist naturally, as well as other changes in the structural composition of forests.

Across the entire Rio Grande National Forest, the effects of management are small. This is not surprising, as the extent of management treatments is extremely small, with less than 0.2 percent of the landscape treated each year. However, the impact of these activities to the ecosystem varies based on the intensity, the specific activity, and the ecosystem, not just the acreage of the activity; and generally lasts longer than simply the year implemented. In addition, the roads associated with these activities, even temporary ones, can negatively impact the forest and its habitat. The extent of management activities also varies by ecosystem.

### Assessment of Ecosystem Integrity (12.14): Landscape Disturbances and Patterns

## Overview of the Rio Grande National Forest Landscape

The Rio Grande National Forest is a diverse landscape with a wide variety of vegetation communities. On and just surrounding the Rio Grande National Forest, sagebrush shrublands and greasewood flats dominate the lowlands, with pinyon-juniper woodlands intergrading into them. Pinyon and juniper may be encroaching into what were recently grasslands or shrublands due to:  past grazing, which potentially limits competition from herbaceous plants; fire exclusion, which allows more woody growth; and changing climate. Aside from pinyon and juniper, the foothill zone is a mixture of grassland, common mountain shrubs such as currants, rabbitbrush, chokecherry, skunk bush, limited areas of mountain big sagebrush, low sages, and mountain mahogany.

Above the foothill zone begins the lower elevation portion of the montane zone. Here mixed conifer forests are interspersed with aspen stands and montane grasslands. Douglas-fir and ponderosa pine are the dominant trees in the montane zone. Ponderosa pine generally grows in scattered, park-like stands with abundant grass growth of Arizona fescue and mountain muhly in the understory. Douglas-fir intermingles with ponderosa pine on north-facing slopes and in ravines. With elevation gain, Douglas-fir eventually replaces the ponderosa pine. Two important seral species in the montane zone are aspen and lodgepole pine on the northern edge of the Forest. The Rio Grande National Forest represents the southern geographic range for lodgepole. White fir commonly occurs in the upper elevations of the montane zone on the southern two-thirds of the Forest.

Fire can be a large determinant of which vegetation community types are where, and in turn, the vegetation community types drive fire cycles. Frequently after fire in conifer stands, aspens establish and conifers will come up through their understories and gradually replace them. After a severe fire, mixed conifer stands may convert to montane shrublands.

Moving up in elevation, the forest becomes denser and transcends into the subalpine forests. Subalpine stands are dominated by Engelmann spruce intermixed with subalpine fir. These two tree species form the

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 38 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

most extensive forested cover type on the Forest. Arizona fescue and mountain muhly dominate areas that are too dry for tree growth. Rocky slopes and dry, gravelly areas will often support limber and bristlecone pine. It is broken only by drainages, outcrops of rock, or fire disturbance. Aspen is the major seral species in this zone, due primarily to past natural fire disturbance. South-facing slopes, which are hotter and drier environments, have stands of Thurber fescue grassland. The spruce/fir forest receives the most precipitation of all the forest types. A great quantity of snow falls in this zone, which accumulates all winter and lasts into early summer. The trees protect the snow from melting or blowing away. Because of this, there are plants adapted to high amounts of moisture and a cold environment. Rocky Mountain whortleberry typically forms dense mats and is adapted to the cool, moist environment under Engelmann spruce.

At higher elevations, cooler temperatures and later lying snowpack create wetter conditions which burn less readily. When conditions are right in higher elevation stands, often after several years of drought, fires that do initiate typically burn through all the accumulated fuel with high severity and over large areas. At the highest elevations, forests give way to stunted trees with krummholz life forms and alpine vegetation communities. A willow/sedge community often occurs at the transition into alpine zones. A tremendous variety of plants inhabit the high alpine regions that are adapted to harsh conditions. Low-growing sedge, kobresia, and forb (broad-leaved herbaceous plants) communities dominate these alpine systems.

Riparian ecosystems border the streams that run through all these ecosystems; varying significantly depending on elevational gradient and geology. Overstory vegetation can be dominated by any of the conifer species discussed; or by blue spruce, willow, alder, aspen, or cottonwood; depending on elevation. The understory (plants growing underneath the taller plants) may be dominated by a variety of sedge, bluegrass, reedgrass, bentgrass, tufted hairgrass, rush, or many other water-adapted graminoid (grasses and grasslike plants) or forb species. Although riparian areas are generally only a very small percentage of the land area, they have high species diversity and density, and high productivity. Riparian systems are dynamic and adapted to hydrological disturbance regimes. Historically, water tables and stream flooding on the Rio Grande National Forest were partly regulated by beaver dams, but with the reduction of beaver across the range, the abundance of beaver ponds and their associated communities have declined.

Snowpack accumulates throughout the winter, particularly at higher elevations, and then as temperatures rise in the spring it slowly melts; more quickly at lower elevations where it is warmer. Some plant communities are dependent on spring flooding such as the lower elevation greasewood and wetlands. Large disturbances in the higher elevations that influence canopy cover such as timber harvest, fire, beetle induced mortality, or changing climates can alter the timing of snowmelt. When snow melts quickly, rather than slowly, there are direct consequences for plant growth and for animals living in stream systems; and less directly but consequentially for other animals in, or dependent on, these communities. Also where there are explosive pulses in snowmelt combined with soil that is bare or disturbed (from roads, timber harvest, livestock grazing or fire), soil erosion and sedimentation into streams can create problems for aquatic organisms throughout the stream systems. Additionally, the placement of roads in watersheds can alter water runoff patterns so vegetation receives water differently than it would in the absence of the road (e.g. water can be cut off from places that used to be in its pathway).

## Major Disturbance Types

A variety of disturbance agents affect the landscape of the Rio Grande National Forest. One indicator of ecosystem integrity is whether these disturbance processes are occurring with the same magnitude and intensity as they did historically. This section looks at the patterns in landscape processes and disturbances for the various terrestrial ecosystem types.

Rvsd Plan - 00000038

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 39 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

### Fire

Wildland fire is a component of many of the ecosystems on the Rio Grande National Forest, both as an ecological driver and as an ecological stressor, depending on the system. Some of the plant species are fire-adapted, with traits such as thick bark or prolific sprouting after fire, enabling them to persist in a frequent-fire environment. Other systems like ponderosa pine require disturbances such as fire to maintain stand health and stability.

A natural fire regime refers to the overall pattern of fires in vegetation over time, without modern human mechanical intervention, that is characteristic of a natural region or ecosystem. The fire regime includes vegetation and fuels characteristics, fire frequency, fire intensity and behavior, and ecological effects.

Fire regimes generally vary in severity and frequency over a moisture and elevation continuum with lower severity, more frequent fires occurring at lower elevations (which are drier); and higher severity, less frequent fires occurring at higher elevations. Historically, highly variable, mixed-severity fires maintained patchy and diverse vegetation structure and composition. This patchiness provides varied and productive habitat for many different plant and animal species.

Fire regimes can be generalized according to vegetation type. For example, the Engelmann spruce/subalpine fir cover type is usually characterized by infrequent and often high-intensity surface fires, in combination with a long fire return interval (100 to 300 year); sporadic crown fires and higher-intensity surface fires that kill most, but not all, vegetation. Many of these long-return interval fires cover medium to large areas (1,000 to 10,000 acres) (Mutch 1991). The warm-dry mixed conifer systems have more frequent, less severe fires (20 to 50 years) with rarer, more severe fires.

The fire regimes for the various ecosystems on the Rio Grande National Forest were included in the vegetation modelling. Historical fire probabilities were based on literature and expert opinion. Contemporary fire probabilities were based on an analysis of burn perimeters from the monitoring trends in burn severity records for each ecosystem, with the assumptions listed in table 6.

**Table 6. Return intervals, and estimated annual acres burned for historic conditions (left) and contemporary conditions (right)**

| Ecosystem | Historic Conditions | | Contemporary Conditions | |
|---|---|---|---|---|
| | Annual Acres Burned | Fire Return Interval (years) | Annual Acres Burned | Fire Return Interval (years) |
| Inter-Mountain Basins Greasewood Flat | 0 | 10,000 | 0 | 6,600 |
| Mixed Conifer - Dry | 1,634 | 100 | 545 | 300 |
| Mixed Conifer - Wet | 296 | 150 | 89 | 500 |
| Pinyon-Juniper Woodland | 318 | 400 | 170 | 750 |
| Rocky Mountain Alpine Turf | 547 | 500 | 37 | 7,400 |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | 26 | 100 | 2 | 1,650 |
| Rocky Mountain Montane Riparian | 793 | 100 | 88 | 900 |
| Sagebrush Shrubland | 33 | 150 | 2 | 2,600 |
| Southern Rocky Mountain Montane-Subalpine Grassland | 1,734 | 200 | 267 | 1,300 |
| Spruce-Fir Forest Mix | 2,053 | 500 | 1579 | 650 |
| Average acres burned per year | 7,434 | | 2,777 | |
| Percent of Rio Grande National Forest burning per year | 0.4% | | 0.1% | |

Rvsd Plan - 00000039

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 40 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Departures from the natural fire regime are referred to as the condition class. A fire regime condition class of 1 is the least amount of departure from the natural regime; the area is within the historical range of variability and at low risk of losing key ecosystem components. A fire regime condition class of 3 is categorized by a high departure from the natural regime with high risk of loss of key ecosystem components and exhibits a highly altered composition and structure of vegetation and fuels. Under wildland fire management and suppression policies of the last 100 years, the fire regime in much of the west has been altered, sometimes significantly. Other activities such as timber management, grazing, invasive species, and rural/urban development contribute to conditions that are uncharacteristic of the natural fire environment. To help restore fire to its historical role in the ecosystems on the Rio Grande National Forest, we conduct broadcast burning at an average rate of 860 acres per year (10-year annual average 2004-2014).

From 1994 to present, there have been an average of 10 to 20 wildland fires per year on the forest, with 94 percent being contained at less than 10 acres. The majority are naturally ignited, with 76 percent of wildland fires caused by lightning. Managing naturally occurring ignitions to include ecological benefits is approved Forestwide; although site-specific values at risk, or existing fuel, weather, and climate conditions may require fire managers to consider full suppression. Key vegetation habitat types such as late-successional spruce-fir, pinyon pine, and Engelmann spruce forests are also very susceptible to wildland fire and are only sustainable through a strict full suppression strategy.

## Insects and Disease

Several insects and diseases significantly influence the structure and composition of the forests on the Rio Grande National Forest. While these insects and diseases are natural disturbance agents beneficial to the creation and maintenance of many ecological functions for wildlife species, high amounts or outbreaks may be damaging to other habitat components. In the subalpine zone, the most important forest insects and diseases are the spruce beetle, *Dendroctonus rufipennis*, root-decay fungi, *Heterobasidion* sp. and *Armillaria* sp., and western balsam bark beetle, *Dryocoetes confusus*. In the montane zone, the most important forest insects and diseases are the mountain pine beetle, *Dendroctonus ponderosae*, the Douglas-fir beetle, *Dendroctonus pseudotsugae*, the western spruce budworm, *Choristoneura occidentalis*, western tent caterpillars, *Malacosoma* sp., and the dwarf mistletoes, *Arceuthobium* spp. The foothill zone is influenced by pinyon ips, *Ips confusus*. There is currently heavy mortality from these disturbance agents on the Rio Grande National Forest due to the high amount of large, older age forests, the warmer, drier climate, and the intense drought that occurred in the late 1990s and early 2000s (Eager et al. 2012).

The spruce beetle is a bark beetle that infests all species of spruce in North America. On the Rio Grande National Forest, Engelmann spruce is the principal host. The spruce beetle may persist for hundreds of years in spruce stands as a rarely encountered, endemic insect. Under the right conditions, they may have huge, intense outbreaks over large areas of forest (Eager et al. 2012, Romme et al. 2009).

Since the early to mid-2000s, large spruce beetle outbreaks have occurred on several forests in Colorado and Wyoming, including the Rio Grande. Aerial surveys show that the spruce beetle affected up to 300,000 acres on the Rio Grande National Forest from 2000 to 2011 (Eager et al. 2012). Since that time, more forest has been impacted by spruce beetle, which makes it the most widespread forest pest in the state of Colorado for several years running (CSFS 2014). Many areas on the Rio Grande National Forest affected by spruce beetle have 80 to 100 percent mortality.

Under average conditions, the susceptibility of a stand to spruce beetle infestation is dependent on its physiographic location, the average diameter of spruce in the stand, and the proportion of spruce in the canopy. In general, spruce stands in well-drained creek bottoms, with average diameters greater than 16

Rvsd Plan - 00000040

inches, basal areas greater than 150 square feet, and canopies comprising more than 65 percent spruce, are highly susceptible to outbreaks. However, under epidemic population levels all sizes of Engelmann spruce can be infested and killed. Under the current outbreak, saplings less than 5 inches diameter have been killed in the highest beetle population areas.

The spruce beetle is native to spruce ecosystems and populations of this insect have always been present in the area. Most of the time, beetle populations exist at relatively low levels with infrequent irruptive outbreaks. It is difficult to measure the frequency of these large mortality events on the Rio Grande National Forest prior to Euroamerican settlement. There has been one earlier spruce beetle outbreak between 1980 and 1985 on the Del Norte District of the Rio Grande National Forest.

Root diseases impact trees in several ways; killing them by windthrow or girdling of the roots; and stressing host trees, making them susceptible to secondary agents, such as bark beetles or drought. Root disease fungi co-evolved with their hosts in equilibrium. Disease centers would expand, then break up as they became filled with immune or tolerant species. Later, as the fungus died out of these areas (reducing, but not eliminating inoculum levels), more susceptible species would appear, starting the cycle again. Management actions such as fire control and selective-logging practices often promote the spread of root disease by favoring the regeneration of more susceptible tree species (in particular, true firs and Douglas-fir) and by leaving stumps which become new food sources for the fungi.

On the Rio Grande National Forest, the two most common root diseases are Armillaria, caused by *Armillaria sp.*, and annosus, caused by *Heterobasidion annosum*. *Armillaria* root disease is found on all commercially important species of conifers and hardwoods in the area (James and Goheen 1980). The disease affects trees of all ages, though smaller and less vigorous trees typically succumb more rapidly to the girdling action of the fungus. *Armillaria* is particularly damaging to the true-fir hosts.

*Heterobasidion annosum* causes root and butt decay in trees of all age classes. On the Rio Grande National Forest, annosus root disease is most prevalent on white and subalpine fir. In the past, it was identified on white fir in several locations on the Conejos Peak and Saguache Ranger Districts (James and Gilman 1979). James and Goheen (1980) also found annosus infection in their roadside survey of true-fir mortality centers in Southern Colorado.

Scattered subalpine fir mortality is often a combination of armillaria root disease and western balsam bark beetle. Significant mortality of subalpine fir occurred after the drought in the early 2000s on the Rio Grande National Forest, scattered throughout stands with older subalpine fir (Eager et al. 2012).

The mountain pine beetle, a native insect, attacks and kills pine trees. Although the predominant host species are lodgepole pine and ponderosa pine; on the Rio Grande National Forest, mountain pine beetle will also attack limber pine, bristlecone pine, and even pinyon pine (Eager et al. 2012). During low population phases, this beetle attacks any stressed pine trees. When a large number of host trees are stressed due to drought or other factors, the population of mountain pine beetles can grow very large and start to target healthy trees (Eager et al. 2012).

While mountain pine beetle has gotten a lot of attention in the Rocky Mountain Region, the Rio Grande National Forest has only small to moderate amounts of lodgepole, ponderosa, limber, and bristlecone pine forests and recent population levels have remained relatively low, so the effect on the forest hasn't been as great as it has been region-wide.

Mountain pine beetles exist wherever ponderosa pine grows on the Rio Grande National Forest, and scattered tree-killing by this insect may always be found somewhere in the foothills zone. A 1940 report

Rvsd Plan - 00000041

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 42 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

on insect control documents that 3,900 acres of ponderosa pine were affected by the mountain pine beetle and that efforts were made to control the infestation (USDA Forest Service 1940).

Mountain pine beetle activity rose after the drought of the late 1990s and early 2000s, but has declined since then. Much of this activity was in the north-eastern portion of the forest. Suppressing wildfires over the last 100 years has had an immense influence on the density and age distribution of ponderosa pine stands. With fewer fires to thin stands and create openings where regeneration could become established, ponderosa pine is growing in dense, even-aged, mature stands with few young trees. Stands with these features are susceptible to infestations of mountain pine beetle.

The Douglas-fir beetle attacks and kills mature Douglas-fir trees. It prefers older and injured trees, especially fire-damaged or scorched trees (Eager et al. 2012). It is most prevalent in dense stands with large trees. Douglas-fir beetle has caused noticeable mortality since the 1996 forest plan was released, especially after the drought of the late 1990s and early 2000s. Currently, mortality from Douglas-fir beetle is low, with some scattered patches of recent mortality (Eager et al. 2012).

The western spruce budworm is the most prominent defoliating insect on the Rio Grande National Forest. A native species, it is the most widely distributed and destructive defoliator of coniferous forests in western North America. The budworm feeds on Douglas-fir, white fir, subalpine fir, blue spruce, and Engelmann spruce. This insect causes defoliation of tree tops and understory host trees. It rarely kills its host outright, but years of defoliation can weaken trees and make them susceptible to bark beetles (Eager et al. 2012).

Western spruce budworm activity has recently declined after being at a high level on the Rio Grande National Forest (Eager et al. 2012). Budworm activity is generally greater in multi-storied stands because these stands provide a "safety-net" when the larvae drop down through the canopy on silk threads, looking for new foliage (Eager et al. 2012).

Swetnam and Lynch (1989) performed a tree-ring reconstruction of the history of western spruce budworm outbreaks on the Colorado Front Range and the Sangre de Cristo Mountains of New Mexico. At least nine outbreaks were identified between 1700 and 1983, their average duration was 12.9 years. The average interval between initial years of successive outbreaks was 34.9 years. Ryerson et al. (2003) performed a tree-ring reconstruction on the history of spruce budworm outbreaks in the San Juan Mountains of the Rio Grande National Forest. They identified 14 widespread budworm outbreaks over the past 350 years. They also found that regular outbreaks occurred for at least the past 600 years and have been regionally synchronous across the Rio Grande National Forest, with peaks in activity at approximately 25 to 40 year intervals, and larger events at 83-year intervals.

A history of fire exclusion and passive management has resulted in stand structures favorable to spruce budworm (Eager et al. 2012). However, tree-ring analyses are inconsistent as to whether outbreaks since the early part of the twentieth century have been more extensive and damaging than in previous decades (Swetnam and Lynch 1989, Ryerson et al. 2003).

Western tent caterpillar is the most significant defoliator of deciduous trees on the Rio Grande National Forest. The larvae of this native insect may feed on plants in at least a dozen genera, including oaks, roses, poplars, and birches. Most important, the larvae feed gregariously on the leaves of aspens and construct silken tents within their crowns. Repeated defoliation of aspen by this insect results in branch die-back and tree mortality. When large areas of aspen die as a result of repeated defoliation, the clones fail to regenerate, causing openings or changes in forest type.

Rvsd Plan - 00000042

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 43 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

The first reference to a tent caterpillar outbreak on the Rio Grande National Forest was found in an unpublished history of the forest (USDA Forest Service 1929). The report refers to a tent caterpillar infestation along the Conejos River which began in 1914 and spread to 300 to 400 acres by 1929. The same report mentions that 20 years previously (1894) the caterpillars had killed all the aspen in that same locality. A tent caterpillar outbreak which began in 1976, southeast of Pagosa Springs on the San Juan National Forest, spread into Chama Basin on the Rio Grande National Forest by the early 1980s (Raimo 1984b, Raimo 1985). By 1984, the area of severe aspen defoliation occurring on both Forests had increased to 94,000 acres. The tent caterpillar populations began to subside in 1985. However, defoliation by western tent caterpillar has been significant in recent years on and adjacent to the Rio Grande National Forest (Eager et al. 2012).

The number and size of tent caterpillar outbreaks depends on the number and size of contiguous areas of mature aspen. The vegetation modelling s done suggests that historically, aspen dominated 23 percent of the forested lands on the Rio Grande National Forest. Today, aspen occupies approximately 14 percent of the forested lands. Therefore, tent caterpillar outbreaks today may be smaller and less numerous than those that occurred prior to settlement.

Dwarf mistletoes are parasitic flowering plants which damage their hosts by reducing growth, lowering wood quality, and killing or predisposing the trees to attack from other pests. Although losses from dwarf mistletoe are not as visible as those caused by insects, the cumulative impacts on growth and mortality are considerable over the life of the forest.

Of over 1,200 stand exams collected from 1996 to 2015, 18 percent included field observations of mistletoe, which included about 40 percent of the stand exams in Douglas-fir and ponderosa pine. Three species of dwarf mistletoe are found on the Forest - lodgepole pine dwarf mistletoe (*Arceuthobium americanum*), ponderosa pine dwarf mistletoe (*A. vaginatum* ssp. *cryptopodum*), and Douglas-fir dwarf mistletoe (*A. douglasii*). Though occasionally found on other hosts, each of the dwarf mistletoes is largely specific to its host species.

Although little documentation exists with regard to the history of dwarf mistletoe conditions on the Rio Grande National Forest, we know that these parasites have been in North America at least since the Miocene period, or at least 25 million years (Hawksworth 1978). The co-evolution of host and parasite has resulted in a highly specialized relationship in which the two were essentially in balance. Historically, fire played a major role in determining the distribution of dwarf mistletoe by affecting stand composition and sanitizing infested stands. With fire suppression, the distribution and impacts of dwarf mistletoes have undoubtedly increased. Past management practices, such as the incomplete removal of infested trees in timber sale areas, and the perpetuation of uneven-aged stand conditions (that promote the spread of dwarf mistletoe from overstory to understory trees), have also accentuated the distribution and impacts of the disease. At present, the magnitude of growth loss and mortality due to mistletoe on the Forest, though considerable, has not been documented.

An outbreak of pinyon ips, triggered by the drought in the late 1990s and early 2000s, led to heavy mortality of pinyon trees in southwest Colorado (Eager et al. 2012). Although pinyon mortality was recorded on the Rio Grande National Forest, it was found at lower levels relative to the forests west of the Continental Divide. On the Rio Grande National Forest, Pinyon ips usually affects only small clumps and individual trees (Eager et al. 2012).

The vegetation modelling that was done included background or endemic insect and disease activity as well as larger insect outbreaks. The rates assumed for these larger outbreaks are in table 7.

Rvsd Plan - 00000043

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 44 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

**Table 7. Insect outbreak parameters for the vegetation modelling based on expert feedback. Background/endemic insect and disease activity was modelled separately**

| Parameter | Spruce-Fir Forest | Mixed Conifer-Wet | Mixed Conifer-Dry | | Pinyon-Juniper Woodland |
|---|---|---|---|---|---|
| | Spruce beetle | Douglas-fir beetle* | Douglas-fir beetle* | Mountain pine beetle | Pinyon ips |
| Interval between outbreaks (years) | 100-200 | 35-50 | 35-50 | 50-70 | 35-50 |
| Duration of outbreak (years) | 10 | 5 | 5 | 5 | 5 |
| Susceptible stands (in terms of tree size, canopy cover and structure) | large 40-100% canopy cover, single-story and multi-story | large 40-100% canopy cover, multi-story only | large 40-100% canopy cover, multi-story only | large 40-100% canopy cover, single-story and multi-story | medium 10-70% canopy cover |
| Post-outbreak stand structure (in terms of tree size and canopy cover) | large 40-70% canopy cover, medium 10-40% canopy cover, aspen | medium 10-70% canopy cover | medium 10-70% canopy cover | medium 10-70% canopy cover | small 10-70% canopy cover |
| Proportion of susceptible stands transitioning during outbreak | 20% | 15% | 15% | 25% | 18% |

\* Where insect outbreaks include impacts of western spruce budworm defoliation, predisposing stands to outbreaks

The modeled spruce beetle outbreaks did not include extreme outbreaks, such as the spruce beetle outbreak that recently occurred on the Rio Grande National Forest. These were thought to be too rare to model. Therefore, the outbreaks represented in the model represent moderate- but not extreme-severity events.

## Disturbance Summary

In summary, a variety of disturbance agents affect the landscape of the Rio Grande National Forest, including fire, insects, and disease. Some of these disturbances are happening more frequently than their historic rates, others less frequently. Due to fire suppression policies, fire is generally affecting the landscape at lower than historic rates. This also affects the levels of insects and disease. For instance, less frequent fire leads to denser, mature, even-aged ponderosa pine stands that are susceptible to mountain pine beetle. It can also lead to conditions favorable for outbreaks of dwarf mistletoes, root diseases, and western spruce budworm. In contrast, lower amounts of aspen have led to lower levels of western tent caterpillar. With a changing climate, it is thought that large fires and insect outbreaks will increase in frequency and size (Vose et al. 2012).

## *Assessment of Ecosystem Integrity (12.14): Connectivity and Fragmentation*

Habitat connectivity is an indicator of ecosystem integrity. Within various forest types, connectivity differs depending on the disturbance regimes and ecosystems processes that maintain them. Species need to be able to move and interact throughout a landscape. This ability can aid a species and its survival in general and especially when their environment is changing. It can also help maintain genetic diversity within a species.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 45 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Connectivity can be assessed in a variety of ways and with metrics such as patch size, edge length, and the percent of forest interior. A comprehensive connectivity analysis has not been completed on the Rio Grande National Forest, but some general patterns can be seen in the maps below. Figure 4 shows the connectivity of the Rio Grande National Forest with the other national forests, national parks, and federal land adjoining it. Wilderness and roadless areas are also shown. Figure 5 shows the areas currently in late-successional forest.



**Figure 4. Map of the Rio Grande National Forest, including wilderness, roadless areas, and nearby national forests, national parks, and other federal land**

Rvsd Plan - 00000045



**Figure 5. Map of current late-successional habitat on the Rio Grande National Forest.**

Human land uses can fragment forests and grasslands into smaller patches of habitat. This fragmentation affects both habitat size and connectivity, can increase predation, and is especially problematic for species needing large uninterrupted areas of habitat for survival. Increased fragmentation is associated with decreased ecosystem function and biodiversity (Haddad et al. 2015).

In order to assess human-caused fragmentation on the Rio Grande National Forest, several map layers were analyzed. Metrics include measures of fragmentation such as roads, as well as measures of large, intact landscapes such as wilderness. Metrics consist of:

- acreage in designated wilderness

- acreage in roadless areas under the 2012 Colorado Roadless Rule

- acreage in research natural areas

- acreage covered by roads (maintenance levels 2 through 5 Forest Service roads included) and railroads, with a 300 foot buffer

- acreage in private in-holdings

Rvsd Plan - 00000046

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 47 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Estimates were made for each land type association and are listed below. Estimates are acres in each land type association, with the percentage of each land type association calculated as well.

**Table 8. Acreage and percentage of each land type association currently in designated wilderness, in roadless areas, or part of a research natural area**

| Land Type Association Name | Total Acres of Land Type Association | Acres in Designated Wilderness / % | Acres in Roadless Areas / % | Acres in Research Natural Areas / % | Total Acres / % |
|---|---|---|---|---|---|
| Engelmann Spruce on Mountain Slopes | 992,157 | 199,706 / 20% | 276,648 / 28% | 7,699 / 1% | **484,052 / 49%** |
| Aspen on Mountain Slopes | 41,384 | 1,231 / 3% | 16,040 / 39% | 0 / 0% | **17,271 / 42%** |
| White Fir and Douglas-fir on Alpine Summits | 145,899 | 8,452 / 6% | 42,978 / 29% | 1,123 / 1% | **52,553 / 36%** |
| Alpine Sedges and Forbs on Alpine Summits | 273,469 | 118,190 / 43% | 76,273 / 28% | 5,857 / 2% | **200,321 / 73%** |
| Ponderosa Pine and Douglas-fir on Mountain Slopes | 17,015 | 771 / 5% | 7,510 / 44% | 403 / 2% | **8,685 / 51%** |
| Pinyon on Mountain Slopes | 65,425 | 1,454 / 2% | 5,742 / 9% | 5,174 / 8% | **12,370 / 19%** |
| Gambel Oak on Mountain Slopes | 3,596 | 172 / 5% | 1,689 / 47% | 0 / 0% | **1,861 / 52%** |
| Arizona Fescue on Mountain Slopes | 317,028 | 18,799 / 6% | 73,235 / 23% | 73 / 0% | **92,107 / 29%** |
| Thurber Fescue on Mountain Slopes | 29,958 | 1,217 / 4% | 5,113 / 17% | 266 / 1% | **6,596 / 22%** |
| Willows and Sedges on Floodplains | 79,099 | 13,181 / 17% | 12,805 / 16% | 65 / 0% | **26,052 / 33%** |
| Nonvegetated Areas on Mountain Slopes | 62,762 | 18,258 / 29% | 26,818 / 43% | 232 / 0% | **45,308 / 72%** |
| Western Wheatgrass and Other Low-Elevation Grasslands on Alluvial Fans | 54,323 | 6 / 0% | 1844 / 3% | 1561 / 3% | **3411 / 6%** |
| Engelmann Spruce on Landslides | 31,968 | 4,799 / 15% | 12,065 / 38% | 0 / 0% | **16,864 / 53%** |
| Blank | 8,305 | 1,677 / 20% | 1,089 / 13% | 187 / 2% | **2,954 / 36%** |

You can see that a large percentage of the area in several of the land type associations is protected from human-caused fragmentation by virtue of it being in a designated wilderness area, roadless area, or research natural area. However, some land type associations, such as Pinyon on mountain slopes, Arizona Fescue on mountain slopes, and Thurber Fescue on mountain slopes, are less protected from human-caused fragmentation and have less than 30 percent of their area in designated wilderness, roadless areas, and research natural areas. This is especially the case for Western wheatgrass and other low-elevation grasslands on alluvial fans, which has only 6 percent of its area in these categories.

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

**Table 9. Acreage and percentage in each land type association that is covered by roads and railroads, with a 300 foot buffer, or that is in private in-holdings**

| Land Type Association Name | Total Acres in Land Type Association | Acres in Roads and Railroad with Buffer / % | Acres in Private In-holdings / % | Total Acres / % |
|---|---|---|---|---|
| Engelmann Spruce on Mountain Slopes | 992,157 | 42,918 / 4% | 18,568 / 2% | 61,485 / 6% |
| Aspen on Mountain Slopes | 41,384 | 2,788 / 7% | 1,568 / 4% | 4,355 / 11% |
| White Fir and Douglas-fir on Alpine Summits | 145,899 | 4,642 / 3% | 1,829 / 1% | 6,471 / 4% |
| Alpine Sedges and Forbs on Alpine Summits | 273,469 | 2,732 / 1% | 826 / 0% | 3,558 / 1% |
| Ponderosa Pine and Douglas-fir on Mountain Slopes | 17,015 | 22 / 0% | 226 / 1% | 247 / 1% |
| Pinyon on Mountain Slopes | 65,425 | 2,686 / 4% | 8,848 / 14% | 11,535 / 18% |
| Gambel Oak on Mountain Slopes | 3,596 | 80 / 2% | 4 / 0% | 84 / 2% |
| Arizona Fescue on Mountain Slopes | 317,028 | 26,802 / 8% | 32,262 / 10% | 59,064 /19% |
| Thurber Fescue on Mountain Slopes | 29,958 | 2,435 / 8% | 4,775 / 16% | 7,211 / 24% |
| Willows and Sedges on Floodplains | 79,099 | 9,153 / 12% | 12,966 / 16% | 22,119 / 28% |
| Nonvegetated Areas on Mountain Slopes | 62,762 | 890 / 1% | 2,697 / 4% | 3,587 / 6% |
| Western Wheatgrass and Other Low-Elevation Grasslands on Alluvial Fans | 54,323 | 6,233 / 11% | 12,355 / 23% | 18,588 / 34% |
| Engelmann Spruce on Landslides | 31,968 | 1,907 / 6% | 755 / 2% | 2,662 / 8% |
| Blank | 8,305 | 237 / 3% | 1,560 / 19% | 1,797 / 22% |

You can see that some land type associations have more human-caused fragmentation due to roads, railroads, and private in-holdings than others. Five of the land type associations – pinyon on mountain slopes, Arizona fescue on mountain slopes, Thurber fescue on mountain slopes, willows and sedges on floodplains, and Western wheatgrass and other low-elevation grasslands on alluvial fans – have more than 15 percent of their area impacted by roads, railroads, and private in-holdings. The other land type associations have less fragmentation due to these factors, with usually less than 10 percent of their areas impacted.

## Assessment of Ecosystem Integrity (12.14): Late-successional Habitats

Late-successional habitats are an important part of a healthy ecosystem. They tend to have forest structure elements, such as large, older trees, large snags, and multiple canopy layers, that are important to some wildlife species, such as the Canada lynx (*Lynx canadensis*).

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 49 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

In order to assess the presence and change in late successional habitats through time, the state and transition modelling done by Oregon State University was used. This work modelled the presence of various habitat structural stages under current conditions and into the future. Late successional here is defined as habitat structural stages 4B and 4C for any of the cover types (except pinyon-juniper where there is no 4C) and is discussed below. Habitat structural stage class 4B corresponds to areas with mature trees (9 inches and larger) with 40 to 70 percent canopy cover. Habitat structural stage class 4C corresponds to areas with mature trees (9 inches and larger) with more than 70 percent canopy cover.

Based on these criteria, currently, only about 13 percent of the forest is late-successional (figure 5, table 10). This is projected to increase under current plan direction to 19-27 percent in the next 20-50 years. Even so, this is less than the amount (35 percent) thought to be in late successional habitat under historic conditions. If, as predicted, disturbances such as large fires and insect outbreaks increase in frequency due to climate change (Vose et al. 2012), the forest may have even less late successional habitat than model predictions suggest. In general, most forest types have less late successional habitat than under historic conditions (table 10).

**Table 10. Proportion of various forest types in late successional habitat under historic conditions, current conditions, and in the future, based on state and transition modelling**

| | Percentage of Forest Type in Late Successional Habitat | | | |
|---|---|---|---|---|
| **Forest Type** | **Historic Conditions** | **Current Conditions** | **In 20 years** | **In 50 years** |
| Mixed Conifer - Dry | 41% | 30% | 37% | 45% |
| Mixed Conifer - Wet | 53% | 10% | 21% | 34% |
| Pinyon-Juniper Woodland | 48% | 3% | 7% | 16% |
| Spruce-Fir Forest Mix | 46% | 13% | 24% | 35% |
| All (including non-forest types) | 35% | 13% | 19% | 27% |

## *Assessment of Ecosystem Integrity (12.14): Snags and down woody material*

Snags and down woody material are essential for ecological integrity. They serve a variety of purposes, such as providing valuable wildlife habitat and supporting nutrient recycling. At least 84 terrestrial vertebrate species of wildlife rely on snags in Colorado (Hoover and Wills 1984). Snags are key for cavity nesting species such as woodpeckers, small forest owls, bats, and small mammals. Down woody material is important for water quality and reducing soil erosion.

From stand exam data collected on the Rio Grande National Forest (over 1200 exams collected from 1997 to 2015), the average number of large snags (12 inches in diameter and larger) has increased over time, especially since the spruce beetle outbreak (figure 6). Because stand exam data is biased towards the suitable timber base and the most recent stand exams were focused on the areas undergoing the most change, these values may not be representative of the forest as a whole. So in addition, we examined snag estimates using the forest inventory and analysis plot data (about 300 plots collected from 2002 – 2014) since the forest inventory and analysis plots give us a more unbiased, representative look at the forest as a whole (figure 7). In either case, it is clear that there has been a dramatic increase in the number of large snags on the forest, from about 5 per acre to about 15 to 25 per acre.

Rvsd Plan - 00000049

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems



**Figure 6. Snags per acre over time based on stand exam data collected on the Rio Grande National Forest**



**Figure 7. Snags per acre over time based on the forest inventory and analysis plot data collected on the Rio Grande National Forest**

Table 11 compares the average snag estimates from stand exam data (2006 to 2015) and forest inventory and analysis plot data (2006 to 2014) to the minimum amounts recommended in the 1996 Rio Grande Forest Plan and to the minimum amounts suggested in the South Central Highlands Guide (Romme et al. 2009). The minimum requirements for retained snags in the 1996 Rio Grande Forest Plan are the minimum requirements for adequate wildlife habitat and ecosystem function and were taken from table III-1 and associated with a standard related to biodiversity. The minimum value for ponderosa pine was updated based on the Management Indicator Species Amendment in 2003.

Rvsd Plan - 00000050

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 51 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

**Table 11. Snag estimates and suggested amount by forest type**

| Forest Type | Average Snags per acre from Stand Exam Data[a] | Average Snags per acre from Forest Inventory and Analysis data[a] | Minimum Snags per Acre[b] | South Central Highlands Guide |
|---|---|---|---|---|
| Spruce-Fir | 45.0 / 31.4 / 20.8 (345 exams) | 32.0 / 18.8 / 11.5 (86 plots) | 2 (12") | Sample old growth stand had 14.2 snags/acre with an average dbh of about 17 inches. |
| Lodgepole Pine | 13.3 / 7.0 / 4.3 (44 exams) | 3.0 / 3.0 / 3.0 (4 plots) | 2 (10") | |
| Aspen | 14.1 / 7.4 / 4.7 (125 exams) | 10.1 / 5.4 / 3.0 (44 plots) | 2 (12") | Cavity-nesting species preferred snags that averaged 50ft tall and 16" dbh (range 5-25"). |
| Douglas-Fir | 11.5 / 7.0 / 4.4 (168 exams) | 12.9 / 8.6 / 5.1 (24 plots) | 2 (12") | |
| Ponderosa Pine | 3.3 / 1.9 / 1.3 (60 exams) | 9.3 / 6.0 / 2.7 (11 plots) | 3 (14") | Minimum density of 1 14" snag to 2 10" snags based on current old growth. "In truth, we simply do not know densities or quantities of dead wood in the pre-1870 ponderosa pine forests of the South Central Highlands section." For wildlife, minimum recommended densities are 1.73 – 5.2 snags/acre (10-20"), but these may be higher than what existed prior to fire exclusion and higher than necessary to maintain functional communities. |

a - Values are snags per acre 10"+ / 12"+ / 14"+

b - Based on Table III-1 in the 1996 Plan, with the minimum diameter in parentheses

In general, data suggests that the forest is well-above the minimum amount of snags recommended for the various forest types. The only exception to this is in the ponderosa pine forest type, where both the stand exam and forest inventory and analysis data suggest that there is less than the desired 3 to 14 inch snags per acre.

Using this same stand exam set, only a portion of the exams included data collection on down woody material. Approximately 140 of the exams (2012 to 2015) collected data on down woody material using fuel transects. In addition, 300 exams (2014 to 2015) collected data on down woody material using fixed area plots. These two data sets were summarized to get the average down woody piece count (3 inch and above) per acre and average down woody biomass (tons per acre) by forest type.

This data suggests that the forest has a large volume of down woody material. The amount of down woody material 3 inches and larger in size varies heavily by forest type, as seen in table 12. It also varies heavily from stand to stand within a given forest type. The spruce-fir forest type has the highest levels of down woody material (3 inches and larger) and there was a large amount of variation in the down wood estimates for this type, varying from a minimum of less than 1 ton per acre to a maximum of 343 tons per acre. In general, the various forest types have more than the minimum amount recommended in the 1996 forest plan. The one exception to this is the ponderosa pine type, which averaged about 2.5 tons per acre, less than the suggested 4 to 9 tons per acre. These recent stand exams are the best data the forest has on

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 52 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

down woody material, but as noted earlier, these recent exams were specifically done in the areas undergoing the most change and may not be representative of the forest as a whole.

The forest inventory and analysis plot data did not include enough down wood information to allow for analysis.

**Table 12. Down woody material estimates (3"and above) and suggested amount by forest type**

| Forest Type | Averages of Down Woody Material (3"+) from Stand Exam Transect Data | Averages of Down Woody Material (3"+) from Stand Exam Fixed Area Plot Data | Minimum Downed Logs (tons/acre)[a] | South Central Highlands Guide |
|---|---|---|---|---|
| Spruce-Fir | 986 pieces/acre 83.6 tons/acre (56 exams) | 260 pieces/acre 14.1 tons/acre (184 exams) | 10-15 tons/acre | Sample old growth stand had 83 stems/acre of fallen dead trees with an average diameter of 17.5 inches. |
| Lodgepole Pine | 211 pieces/acre 5.6 tons/acre (1 exam) | 297 pieces/acre 7.9 tons/acre (25 exams) | 5-10 tons/acre | |
| Aspen | 748 pieces/acre 11.2 tons/acre (16 exams) | 231 pieces/acre 7.0 tons/acre (44 exams) | 3-5 tons/acre | |
| Douglas-Fir | 313 pieces/acre 9.3 tons/acre (27 exams) | 215 pieces/acre 7.6 tons/acre (29 exams) | 5-10 tons/acre | |
| Ponderosa Pine | 74 pieces/acre 2.7 tons/acre (10 exams) | 99 pieces/acre 2.2 tons/acre (4 exams) | 4-9 tons/acre | Downed logs should be a min of 2 pieces having 12" diameter based on current old growth. "In truth, we simply do not know densities or quantities of dead wood in the pre-1870 ponderosa pine forests of the South Central Highlands section." |

a - based on Table III-1 in 1996 Plan

In summary, as a result of the recent spruce beetle epidemic, the Rio Grande National Forest currently has a large amount of snags and down woody material, particularly in the spruce-fir forest type. These areas were often previously classified as late successional habitat (structural stages 4B and 4C) and will be important for assessing connectivity of habitat. As snags fall and down woody material decays, these values will most likely decrease. How fast this happens will depend on the forest type and a variety of other factors. Still, given the slow nature of these processes, a large quantity of snags and down woody material will persist on the forest, especially in the spruce-fir forests, into the foreseeable future. Long term, it is hard to predict how snag and down woody amounts may change. Disturbances such as large fires and insect outbreaks are predicted to increase in frequency in the Southwest due to climate change (Vose et al. 2012), in which case this high level of snags and down woody material may be maintained long into the future. We hope to develop snag and down wood prediction estimates later in the planning process.

## Assessment of Ecosystem Integrity (12.14): Rare Communities and Special Habitats

### Rare Communities

Colorado has more than 500 recognized terrestrial and aquatic plant communities (Colorado Natural Heritage Program website 2015). Many of these communities are considered rare either because they have always been rare or because they have become imperiled directly or indirectly by human-induced changes such as habitat loss, the introduction of exotic species, the alteration of natural disturbance regimes, or climate change. Aside from having intrinsic value, the loss of these rare communities may induce cascading ecosystem disturbances. In addition, a wider variety of species reduces our vulnerability to the impacts of climate change (USDA Forest Service 2011). Recognizing and protecting rare plant communities is crucial to preserving Colorado's diverse natural heritage. The Colorado Natural Heritage Program Methodology ranks species and communities according to their rarity or degree of imperilment and the importance of associated conservation areas. By prioritizing conservation efforts on rare communities and conservation areas that the Colorado Natural Heritage Program has identified that are relevant to the Rio Grande National Forest, we can ideally prevent the decline of the communities most at risk.

The current Rio Grande National Forest Plan FEIS, appendix E, describes six significant natural plant communities that had been identified by the Colorado Natural Heritage Program, shown below. At that time, there had been only a low-intensity search effort and inventory on the Forest for exemplary natural plant communities. Communities shown as relatively rare on the Forest by the Colorado Natural Heritage Program were probably attributed to low search effort and limited documentation in the Colorado Natural Heritage Program's database, rather than true rarity. The rarity of these six plant communities needs to be investigated further as the forest moves through the forest plan revision process.

**Table 13. Significant natural plant communities on the Rio Grande National Forest, as identified by Colorado Natural Heritage Program, as part of the 1996 forest planning process**

| | |
|---|---|
| Arizona fescue-slimstem muhly | *Festuca arizonica-Muhlenbergia filiculmis* |
| Arizona fescue-mountain muhly | *Festuca arizonica-Muhlenbergia montana* |
| bristlecone pine/Arizona fescue | *Pinus aristata/Festuca arizonica* |
| pinyon pine-(one-seed juniper)/scribner needlegrass | *Pinus edulis-(Juniperus monosperma)/Stipa scribneri* |
| ponderosa pine/Arizona fescue | *Pinus ponderosa/Festuca arizonica* |
| Douglas-fir/common juniper | *Pseudotsuga menziesii/Juniperus communis* |

### Conservation Areas

Since the 1996 plan was written, additional data collection on the lands on and around the Rio Grande National Forest has been done by the Colorado Natural Heritage Program. In order to determine if any new areas with rare plant communities or species warrant attention, three Colorado Natural Heritage Reports were examined - the Saguache Closed Basin Inventory (Rondeau et al. 1998), the Inventory of Rio Grande and Conejos Counties (Kettler et al. 2000), and the Baca Grande Biological Assessment 2005 (Sovell 2006). These reports describe approximately 100 different potential conservation areas. This list was then filtered to only include those areas:

- with a biodiversity rank of B1 or B2 (outstanding or very high biodiversity significance),

- that are at least partially on the Rio Grande National Forest, and

Rvsd Plan - 00000053

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 54 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

- that are relevant based on an updated spreadsheet (October 2015) provided by Colorado Natural Heritage Program of ecological element occurrence on the Rio Grande National Forest.

Table 14 has the list of 14 potential conservation areas on the Rio Grande National Forest that fit these criteria. All of these areas have a B2 biodiversity rank and are described below.

**Table 14. Potential conservation areas on the Rio Grande National Forest**

| CNHP Report | Potential Conservation Area |
|---|---|
| Saguache Closed Basin | 660 Road Site |
| Saguache Closed Basin | Deadman Creek |
| Saguache Closed Basin | Elephant Rocks |
| Saguache Closed Basin | Head of Spanish Creek |
| Saguache Closed Basin | San Luis Lakes/Sand Creek |
| Rio Grande and Conejos | Alamosa River at Government Park |
| Rio Grande and Conejos | Cedar Spring Uplands |
| Rio Grande and Conejos | East Butte |
| Rio Grande and Conejos | Fivemile Park |
| Rio Grande and Conejos | Grayback Mountain |
| Rio Grande and Conejos | Hot Creek |
| Rio Grande and Conejos | Park Creek at Summit Pass |
| Baca Grande | Cottonwood Creek – Western Sangres |
| Baca Grande | Spanish Creek |

**The 660 Road Site** - this site supports one of the largest populations known for *Neoparrya lithophila,* the rock-loving neoparrya, a south-central Colorado endemic plant. The site is over 75 percent privately owned with National Forest System land in the southern quarter.

**Deadman Creek** - this site supports a good example of the globally rare *Draba smithii (*Smith whitlow-grass). It also supports the state's exemplary and largest occurrence known of the rare *Populus angustifolia-Juniperus scopulorum* woodland (narrowleaf cottonwood-Rocky Mountain juniper montane riparian forest), a population of *Oncorhynchus clarki virginalis* (Rio Grande cutthroat trout), and a breeding colony of *Corynorhinus townsendii pallescens* (pale lump-nosed bat). A portion of this site is part of a research natural area within a wilderness area on the Rio Grande National Forest. A portion was also acquired by the Rio Grande National Forest as part of a land exchange in 2009. A small portion of this site is still privately owned.

**Elephant Rocks** - this site supports a medium-sized population of the *Neoparrya lithophila (*rock-loving neoparrya), a south-central Colorado endemic plant. There are also several other unique species of concern that aren't tracked as Element Occurrences by the Colorado Natural Heritage Program). The majority of this site is federally managed by the Bureau of Land Management and Rio Grande National Forest, of which part is a State Natural Area.

**Head of Spanish Creek** – this site includes a good occurrence of the globally rare mustard *Draba smithii (*Smith whitlow-grass), one of only eight known occurrences. The site is within the Sangre de Cristo wilderness area of the Rio Grande National Forest.

Rvsd Plan - 00000054

**San Luis Lakes/Sand Creek** – This site contains occurrences of eight plant communities, of which four are globally rare, four rare plant species, two rare mammal subspecies, seven rare birds, and one globally rare invertebrate species. This includes *Carex simulata* (wet meadow) and *Populus angust.folia/Salix drummondiana-Acer glabrum* (montane riparian forest). A portion of this site appears to be on the Rio Grande National Forest.

**Alamosa River at Government Park** – As described in the Inventory of Rio Grande and Conejos Counties (Kettler et al. 2000), this site supports several plant communities vulnerable on a global scale - *Alnus incana*-mixed *Salix* species (thinleaf alder-mixed willow species), *Carex simulata* (wet meadows), *Populus angust.folia/Alnus incana* (montane riparian forest), *Salix monticola*/mixed forbs (montane riparian willow carr), and *Salix monticola*/mixed graminoids (montane riparian willow carr). Approximately half the site is on the Rio Grande National Forest. The Colorado Natural Heritage Program Report notes that heavy grazing, heavy recreation use and the presence of Forest Service Road 250 have resulted in an abundance of non-native species. Water quality in the Alamosa River is an ongoing concern (Kettler et al. 2000).

**Cedar Spring Uplands** – As described in the Inventory of Rio Grande and Conejos Counties (Kettler et al. 2000), this site contains occurrences of *Neoparrya lithophila* (rock-loving neoparrya), *Pinus edulis/Stipa comata* (pinyon pine/needle-and-threadgrass woodland), and *Pinus edulis/Stipa scribneri* (pinyon pine/Scribner needlegrass woodland). The majority of the site is located in the Forest Service Spring Branch Research Natural Area.

**East Butte** – this site contains an excellent occurrence of *Neoparrya lithophila,* the rock-loving neoparrya. The site is located on public land managed by the Forest Service and Bureau of Land Management. Part of the site is incorporated into the Forest Service Elephant Rocks Special Interest Area.

**Fivemile Park** – this site contains occurrences of several moonworts (*Botrychium spp.)* that were noted as being imperiled and vulnerable in the Inventory of Rio Grande and Conejos Counties (Kettler et al. 2000). The site is located on the Rio Grande National Forest. The plant occurs on or near an old logging road that has been closed.

**Grayback Mountain** - this site contains occurrences of *Machaeranthera coloradoensis* (Colorado tansy-aster), *Pinus aristata/Ribes montigenum* (Upper montane woodland), and *Carex aquatilus* (Montane wet meadow). It is located on the Rio Grande National Forest. A Forest Service road, radio tower, and pipeline occur within or adjacent to the site.

**Hot Creek** –this site contains occurrences of *Gila pandora* (Rio Grande chub), *Astragalus Ripleyi* (Ripley's milkvetch), *Neoparrya lithophila* (rock-loving neoparrya), *Carex utriculata* (beaked sedge perched wetland), *Alnus incana*/mesic forb (thinleaf alder/mesic forb riparian shrubland), *Picea pungens/Cornus sericea* (blue-spruce/red-osier dogwood riparian forest), and *Pinus ponderosa/Festuca arizonica* (ponderosa pine/Arizona fescue woodland). The site is located on public land managed mainly by the Colorado Division of Wildlife and the Forest Service, with smaller amounts owned by private individuals. Part of the site is contained in the Forest Service Hot Creek Research Natural Area.

**Park Creek at Summit Pass** - this site contains an occurrence of *Machaeranthera coloradoensis* (Colorado tansy-aster). It is one of the largest populations documented in Colorado with approximately 700 plants. The site is located on the Rio Grande National Forest.

**Cottonwood Creek – Western Sangres** - this site supports occurrences of a globally imperiled plant community (*Populus angust.folia-Juniperus scopulorum* woodland) and a globally vulnerable plant community (*Psuedotsuga menziesii/Betula occidentalis* woodland).

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 56 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

**Spanish Creek** - this site supports an occurrence of a globally imperiled plant community (*Populus angust.folia-Juniperus scopulorum* woodland).

## Special Habitats

There are also areas that are generally thought of as rare or special from a plant and animal habitat perspective and warrant additional conservation considerations. These special habitat areas generally have an outsized contribution to species diversity relative to their actual size or they may be habitat for species found nowhere else.

- Wetlands, which are sensitive to natural and human-caused stressors and often support a high amount of species diversity.

- Fens, which are unique and irreplaceable wetland types. The Rio Grande National Forest is currently working with Colorado Natural Heritage Program to map and rank the fens on the forest. This project will provide us with additional information about the forest's fen resources.

- Riparian areas, especially low elevation riparian areas, such as cottonwood/alder forests. This includes the narrowleaf cottonwood - Rocky Mountain juniper montane riparian community, which is imperiled in Colorado as well as globally imperiled (Sovell 2006).

- Ponderosa pine forests where fire has been allowed to play its natural role. One example of this is Hot Creek Research Natural Area.

- Aspen, especially the lower to middle elevation drier types of aspen communities mixed with Douglas-fir and other mesic species.

- Oakbrush, which is rare in the San Luis Valley and on the Forest and support a unique assemblage of wildlife species (approximately. 2,600 acres on the Rio Grande National Forest).

- Alpine fell fields and other special areas in alpine tundra.

- Caves and Mines, which are unique geological features that provide important habitat components for several of the 11 bat species known to utilize the Forest.

# Terrestrial Ecosystems – Summary of Assessment of Ecosystem Integrity (12.14):

We examined a variety of key ecosystem characteristics for the terrestrial ecosystems of the Rio Grande National Forest. We assessed the amount and distribution of vegetation structural stages, including late-successional habitat, through state and transition modelling. We also used published literature to assess the natural range of variation for these ecosystems. We also assessed landscape patterns, fragmentation, snags and down woody material, and rare communities and special habitats. This work suggests the following:

- The spruce-fir and aspen forests are, in particular, undergoing rapid change due to a recent, large outbreak of spruce beetle and a recent large wildfire. High levels of mortality in mature Engelmann spruce in many areas have produced abundant open stands and dead standing and down wood. This, in turn, is allowing regeneration of aspen and an increasing trend in aspen forests.

- It is difficult to determine whether the terrestrial ecosystems on the Rio Grande National Forest are within the range of what would occur naturally. Modelling results indicate that the terrestrial ecosystems on the Rio Grande National Forest are, in general, moderately to substantially departed from what would occur naturally. However, some model assumptions and results do not agree with published literature. We know that very large spruce beetle outbreaks happened historically, but we

Rvsd Plan - 00000056

don't really know with any certainty whether this latest spruce beetle outbreak is a completely natural phenomenon or one influenced by climate change. The departure from the natural range of other types, such as mixed conifer, is uncertain as well.

- Currently only about 13 percent of the forest is in late-successional habitats based on the selection criteria we used. We expect this to increase under current plan direction, but future predicted levels are still less than the historical estimates of late-successional habitat. If, as predicted, disturbances such as large fires and insect outbreaks increase in frequency due to climate change, the forest may have even less late successional habitat than our model predictions suggest.

- Generally, the amount of snags and down wood on the forest is sufficient and higher than any known reference values. The one exception to this is in the ponderosa pine type. The lower amounts in the ponderosa pine type may be due to fire exclusion and the resulting departure from the natural fire regime, which is more significant in these lower elevation forests.

- Fragmentation on the forest varies by land type. Some types, especially Western wheatgrass and other low-elevation grasslands on alluvial fans, are more fragmented or have lower amounts in protected designations such as wilderness, roadless areas, or research natural areas. We recommend considering ways to improve this as part of plan revision.

Many opportunities exist to help us work towards reducing risk and adapting to climate change and the drivers and stressors of the various ecosystems. These include:

- Continuing to restore fire to its historical role on the forest. This may be through broadcast burning or through management of naturally occurring ignitions to include ecological benefits.

- Maintaining diversity on our forests, including the protection of any rare communities and special habitats known to occur on the Rio Grande National Forest.

- Testing non-traditional restoration treatments that achieve heterogeneous conditions at a variety of scales (Underhill et al. 2014).

- Restoring our riparian areas in any way we can. This could mean modifying standards and guidelines to ensure continued protection of these areas from sedimentation and erosion. It could also mean trying novel restoration activities, such as the reintroduction of beaver.

- Monitoring and regulation of livestock grazing.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 58 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

# References

Abella, S. R., and C. W. Denton. 2009. Spatial variation in reference conditions: historical tree density and pattern on a Pinus ponderosa landscape. Canadian Journal of Forest Research 39:2391–2403.

Alexander, K, D. and A. G. Keck. 2015. Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2014 Report and Status.

Andrus, R. A., T. T. Veblen, B. J. Harvey, and S. J. Hart. 2015. Fire severity unaffected by spruce beetle outbreak in spruce-fir forests in Southwestern Colorado. Ecological Applications.

Baisan, C. H., and T. W. Swetnam. 1997. Interactions of fire regimes and land use in the central Rio Grande valley. USDA Forest Service Research Paper RM-RP-330.

Baker, W. L. 1983. Alpine Vegetation of Wheeler Peak, New Mexico, USA: Gradient Analysis, Classification, and Biogeography. Arctic and Alpine Research, Vol. 15, No. 2, pp. 223-240, 1983.

Baker, W. L. 2006. Fire and Restoration of Sagebrush Ecosystems. Wildlife Society Bulletin 34:177–185.

Baker, W. L., and T. T. Veblen. 1990. Spruce beetles and fires in the nineteenth-century subalpine forests of western Colorado, U.S.A. Arctic and Alpine Research 22:65-80.

Barrett, S. W. 1994. Fire regimes on andesitic mountain terrain in northeastern Yellowstone National Park, Wyoming. International Journal of Wildland Fire 4:65-76.

Bebi, P., D. Kulakowski, and T. T. Veblen. 2003. Interactions between fire and spruce beetles in a subalpine Rocky Mountain forest landscape. Ecology 84:362-371.

Brown, P. M., and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030–3038.

Caldwell, M. M. (1984). Plant requirements for prudent grazing. In National Research Council, & National Academy of Sciences, *Developing strategies for rangeland management* (pp. 117-152). Boulder, CO, USA: Westview Press.

Colorado Forest Restoration Institute. 2010. Mixed-Conifer Forests in Southwest Colorado: A Summary of Existing Knowledge and Considerations for Restoration and Management. Report produced by the Colorado Forest Restoration Institute, Colorado State University.

Colorado Natural Heritage Program (CNHP). 2015. Tracked Natural Plant Communities. http://www.cnhp.colostate.edu/download/list/communities.asp

Colorado State Forest Service. 2014. 2014 Colorado Forest Insect and Disease Update: A supplement to the 2014 Report on the Health of Colorado's Forests. https://webcms.colostate.edu/csfs/media/sites/22/2015/03/Final-2014-Insect-Disease-Update-2March2015.pdf

Crane, M. F. 1982. Fire ecology of Rocky Mountain Region forest habitat types. Final Report. Contract from USDA Forest Service, Region Two (Purchase Order No. 43-82x9-1884) on file at the Rocky Mountain Research Station. Fort Collins, CO. 268 pp

Daubenmire, R. F. 1970. Steppe vegetation of Washington. Washington State University Agricultural Experiment Station Technical Bulletin No. 62. 131 pp.

Rvsd Plan - 00000058

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 59 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

DeByle, N. V., and R. P. Winokur (editors). 1985. Aspen: ecology and management in the western United States. USDA Forest Service General Technical Report RM-119.

Dick-Peddie, W. A. 1993. New Mexico vegetation, past, present, and future. University of NM Press.

Dwyer, D. and R. Pieper. 1967. Fire Effects on Blue Grama-pinyon-Juniper Rangeland in New Mexico. Journal of Range Management 20:359-362.

Eager, T., R. Mask, and S. Gray. 2012. Biological Evaluation R2-01-12 - Review of Forest Insect Activity on the Rio Grande National Forest from 2000 to 2011. USDA Forest Service, Rocky Mountain Region, Renewable Resources.

Eisenhart, K. S. 2004. Historic range of variability and stand development in piñon-juniper woodlands of western Colorado. Dissertation, Geography Department, University of Colorado, Boulder, CO.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Floyd, M. L., W. H. Romme, and D. D. Hanna. 2000. Fire history and vegetation pattern in Mesa Verde National Park, Colorado, USA. Ecological Applications 10:1666-1680.

Fulé, P. Z., J. E. Korb, and R. Wu. 2009. Changes in forest structure of a mixed conifer forest, southwestern Colorado, USA. Forest Ecology and Management 258:1200–1210.

Furniss, R. L., and V. M. Carolin. 1977. Western forest insects. USDA Forest Service Miscellaneous Publication Number 1339. Washington, D.C. 654 p.

Gage, E. and D. J. Cooper. 2013. Historical range of variation assessment for wetland and riparian ecosystems, U.S. Forest Service Rocky Mountain Region. Gen. Tech. Rep. RMRS-GTR-286WWW. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 239 p.

Haddad, N. M., L. A. Brudvig, J. Clobert, K. F. Davies, A. Gonzalez, R. D. Holt, T. E. Lovejoy, J. O. Sexton, M. P. Austin, C. D. Collins, W. M. Cook, E. I. Damschen, R. M. Ewers, B. L. Foster, C. N. Jenkins, A. J. King, W. F. Laurance, D. J. Levey, C. R. Margules, B. A. Melbourne, A. O. Nicholls, J. L. Orrock, D.-X. Song, J. R. Townshend. 2015. Habitat fragmentation and its lasting impact on Earth's ecosystems. Sci. Adv. 9p.

Hawksworth, F.G. 1978. Intermediate Cuttings in Mistletoe-Infested Lodgepole Pine and Southwestern Ponderosa Pine Stands. In Scharpf, R.F. and J.R. Parmeter, Technical Coordinators. Proceedings of the Symposium on Dwarf Mistletoe Control through Forest Management; 1978 April 11-13, Berkeley, Ca. General Technical Report PSW-31. Berkeley, CA. USDA Forest Service, Pacific Southwest Forest and Range Experiment Station. 86-92.

Hoover, R. L. and D. Wills. 1984. Managing Forested Lands for Wildlife. Colorado Div. of Wildlife in cooperation with USDA Forest Service, Rocky Mountain Region. Appendix H-Wildlife Requirements and Uses of Snags and Dead/Down Trees on Forested Lands in Colorado. Pp. 413-417.

James, R. L. and L. S. Gillman. 1979. *Fomes annosus* on white fir in Colorado. USDA Forest Service, Forest Insect and Disease Mgt., State and Private Forestry, Rocky Mtn Region. Technical Report R2-17. 9p.

Rvsd Plan - 00000059

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 60 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

James, R. L. and D. J. Goheen. 1980. Distribution and characteristics of conifer root diseases on the San Isabel, Rio Grande, San Juan, and Grand Mesa National Forests in Colorado. USDA Forest Service, Forest Insect and Disease Mgt., State and Private Forestry, Rocky Mtn Region. Biological Evaluation R2-80-4. 17p.

Johnson, E. A., and G. I. Fryer. 1989. Population dynamics in lodgepole pine -Engelmann spruce forests. Ecology 70:1335-1345.

Kettler, S., J. Rocchio, R. Schorr, J. and J. Bart. 2000. Biological Inventory of Rio Grande and Conejos Counties, Colorado. Colorado Natural Heritage Program, Colorado State University.

Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors). 2000. Forest fragmentation in the southern Rocky Mountains, University Press of Colorado.

Korb, J. E., P. Z. Fulé, and R. Wu. 2013. Variability of warm/dry mixed conifer forests in southwestern Colorado, USA: Implications for ecological restoration. Forest Ecology and Management 304:182–191.

Kulakowski, D., C. Matthews, D. Jarvis, and T. T. Veblen. 2013. Compounded disturbances in sub-alpine forests in western Colorado favour future dominance by quaking aspen (Populus tremuloides). Journal of Vegetation Science 24:168–176.

Lemly, Joanna. (2012) Assessment of Wetland Condition on the Rio Grande National Forest. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO 80523.

Lertzman, K.P. and Krebs, C.J. 1991. Gap-phase structure of a subalpine old-growth forest. Canadian Journal of Forest Research 21:1730-1741.

Mutch, R. W. 1991. Presentation Paper on Continental Fire Regimes. National Advanced Resource Technology Center, Marana, AZ.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Pugh, E., and E. Small. 2012. The impact of pine beetle infestation on snow accumulation and melt in the headwaters of the Colorado River. Ecohydrology 5:467–477.

Raimo, B. J. 1984b. Western tent caterpillar, Blanco Basin, 'V' Rock, Chama Basin Areas. USDA Forest Service, Rocky Mtn. Region. Biological Evaluation Report R2-84-1. 7p.

Raimo, B J. 1985 Western tent caterpillar, Blanco Basin, 'V' Rock, Chama Basin Areas, San Juan and Rio Grande National Forests. USDA Forest Service, Rocky Mtn Region. Biological Evaluation Report R2-85-7. 9p.

Rogers, B. E. 1964. Sage grouse investigations in Colorado. Technical Publication 16. Denver: Colorado Game, Fish, and Parks Dept.

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg. 2008. Historical and modern disturbance regimes of piñon-juniper vegetation in the western U.S. Report published by Colorado Forest Restoration Institute, Colorado State University, Fort Collins (http://www.cfri.colostate.edu/).

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 61 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Romme, W. H., M. L. Floyd, D. Hanna. 2009. Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico. Report produced by the Colorado Forest Restoration Institute at Colorado State University and Region 2 of the U.S. Forest Service.

Rondeau, R. J., D. Sarr, M. B. Wunder, P. M. Pineda, and G. M. Kittel. 1998. Saguache County, Closed Basin Biological Inventory Volume 1: A Natural Heritage Assessment Final Report. Colorado Natural Heritage Program, Colorado State University.

Rondeau, R, M. Fink, G. Rodda, and M. Kummel. 2012. Treeline Monitoring in the San Juan Basin Tundra:  a pilot project. Report by the Colorado Natural Heritage Program, Colorado State University.

Roovers, L.M., and A.J. Rebertus. 1993. Stand dynamics and conservation of an old growth Engelmann spruce - subalpine fir forest in Colorado. Natural Areas Journal 13:256-267.

Ryerson, D. E., T. W. Swetnam, and A. M. Lynch. 2003. A tree-ring reconstruction of western spruce budworm outbreaks in the San Juan Mountains, Colorado, U.S.A. Can. J. For. Res. 33:1010-1028.

Sapsis, D. B., and J. B. Kauffman. 1991. Fuel consumption and fire behavior associated with prescribed fires in sagebrush ecosystems. Northwest Science 65:173–179.

Schmid, J. M., and R. H. Frye. 1977. Spruce beetle in the Rockies. USDA Forest Service General Technical Report RM-49.

Schmid, J. M., and S. A. Mata. 1996. Natural variability of specific forest insect populations and their associated effects in Colorado. USDA Forest Service General Technical Report RM-GTR-275.

Scurlock, D. 1998. From the Rio to the Sierra: An environmental history of the Middle Rio Grande Basin. USDA Forest Service General Technical Report RMRS-GTR-5.

Seavy, N.E., T. Gardali, G. H. Golet, F. T. Griggs, C. A. Howell, R. Kelsey, S. L. Small, J. H Viers, and J. F. Weigand. 2009. Why Climate Change Makes Riparian Restoration More Important than Ever: Recommendations for Practice and Research. *Ecological Restoration* 27:3.

Semmartin, M., M.R. Aguilar, R.A. Distel, A.S. Moretto, C.M. Ghersa. 2004. Oikos. Vol. 107 Issue 1: 148-150.

Somers, P., and L. Floyd-Hanna. 1996. Wetlands, riparian habitats, and rivers. Pages 175-189 in Blair, R., Casey, T. A., Romme, W. H., and R.N. Ellis. 1996. The Western San Juan Mountains, Their Geology, Ecology, and Human History. University Press of Colorado. Fort Lewis College Foundation.

Sovell, J. 2006. Baca Grande Biological Assessment 2005. Report prepared by the Colorado Natural Heritage Program, Colorado State University.

Stahelin, R. 1943. Factors influencing the natural re-stocking of high altitude burns by coniferous trees in the central Rocky Mountains. Ecology 24:19-30.

Swetnam, T. W. and A. M. Lynch. 1989. A tree-ring reconstruction of western spruce budworm history in the southern Rocky Mountains. *Forest Science*. 35(4):962-986.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 62 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Thilenius, J. F. 1975. Alpine Range Management In the Western United States – Principles, Practices, and Problems: The Status of Our Knowledge. USDA Forest Service Research Paper RM-157.

Thurow, T.L., W.H. Blackburn, C.A. Taylor. 1988. Infiltration and Interrill Erosion Responses to Selected Livestock Grazing Strategies, Edwards Plateau, Texas. Journal of Range Management, Vol 44, No. 4, 296-302.

Turner, G.T. and Paulsen, H.A. 1976. Management of Mountain Grasslands in the Central Rockies: The Status of our Knowledge. USDA Forest Service Research Paper RM-161.

Turner, M. G., W. H. Romme, R. H. Gardner, and W. W. Hargrove. 1997. Effects of fire size and pattern on early succession in Yellowstone National Park. Ecological Monographs 67:411-433.

Underhill, J. L., Y. Dickinson, A. Rudney, J. Thinnes. 2014. Silviculture of the Colorado Front Range Landscape Restoration Initiative. *J. For.* 112(5):484-493.

USDA Forest Service. 2011. National Roadmap for Responding to Climate Change. http://www.fs.fed.us/climatechange/advisor/roadmap.html

USDA Forest Service, Rio Grande National Forest. 1929. History of the Rio Grande National Forest. Unpublished manuscript on file at Rio Grande National Forest, Monte Vista, CO.

USDA Forest Service, Rio Grande National Forest. 1940. Letter to Forest Supervisor pertaining to insect control dated June 19, 1940 from District Ranger at South Fork.

USDA Forest Service, Rio Grande National Forest. 1996. Final Environmental Impact Statement for the Revised Land and Resource Management Plan, Appendix A.

Veblen, T. T. 2000. Disturbance patterns in southern Rocky Mountain forests. Chapter 2 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

Veblen, T. T., K. S. Hadley, M. S. Reid, and A. J. Rebertus. 1989. Blowdown and stand development in a Colorado subalpine forest. Canadian Journal of Forest Research 19:1218-1225.

Veblen, T. T., K. S. Hadley, and M. S. Reid. 1991a. Disturbance and stand development of a Colorado subalpine forest. Journal of Biogeography 18:707-716.

Veblen, T. T., K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reid, and R. Villalba. 1994. Disturbance regime and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125-135.

Vose, J. M., D. L. Peterson, T. Patel-Weynand, eds. 2012. Effects of climatic variability and change on forest ecosystems: a comprehensive science synthesis for the U.S. forest sector. Gen. Tech. Rep. PNW-GTR-870. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 265p. http://www.fs.fed.us/research/climate-change/assessment/

Whisenant, S. G. 1990. Changing Fire Frequencies on Idaho's Snake River Plains: Ecological and Management Implications, in ED McArthur, EM Romney, SD Smith, and PT Tueller eds., Proceedings--Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management, Las Vegas, NV, April 5-7, 1989. Ogden, UT, USDA Forest Service, Intermountain Research Station, General Technical Report INT-276, p. 4-10.

# Appendix A. Spatial Data Documentation for the Rio Grande National Forest Planning Assessment

Several types of spatial data were used to support the state-and-transition simulation modeling (STSM) on the Rio Grande National Forest (RGNF). This appendix describes the spatial data layers, their sources, and the processing steps used to generate the final data for the STSM assessment. Spatial data covering the area within the RGNF was provided by the RGNF, and we added a 6.2 mi (10 km buffer) zone around the RGNF to encompass the broader landscape context. Data sources varied within and outside the RGNF for each spatial layer and are described below. All spatial data were converted to 120m grid cell rasters, and projected into the North American Datum 1983 Albers projection.

## Ecosystems

Ecosystems represent broad vegetation types with similar vegetation, soil, climate and disturbance regimes. They are also called potential vegetation types (PVTs), ecological response units (ERUs), and biophysical settings (BPSs). Each ecosystem corresponds to a single STSM, describing the vegetation dynamics within that type. More details about STSMs can be found in Appendix B. The final data layer containing the ecosystem map is called ERU.tif.

### Data Sources

Within the RGNF, the ecosystem map was based on Land Type Associations (LTAs) mapped by the RGNF, received on 12/09/2014. For the surrounding (6.2 mi buffer) landscape, ecosystems were based on the LANDFIRE Biophysical Settings (BPS) map (www.landfire.gov, metadata: http://www.landfire.gov/NationalProductDescriptions20.php). A full list of LTAs and BPSs found in the study area and their assignment to a modeled ecosystem is in table 15.

Rvsd Plan - 00000063

**Table 15. Crosswalk of the 10 ecosystems modeled in the RGNF assessment to land type associations (LTAs) on the RGNF and to biophysical settings (BPSs) in the 6.2 mi buffer outside the RGNF. NA indicates a non-vegetated ecosystem that was not modeled.**

| Model Code | Ecosystem Name | Name of LTA (RGNF) or BPS (Outside RGNF) | Location |
|---|---|---|---|
| LF_2811440 | Rocky Mountain Alpine Turf | Alpine Sedges and Forbs on Alpine Summits | RGNF |
| LF_2811590 | Rocky Mountain Montane Riparian | Willows and Sedges on Floodplains | RGNF |
| R3_GAM | Rocky Mountain Gambel Oak - Mixed Montane Shrubland | Gambel Oak on Mountain Slopes | RGNF |
| R3_MCD | Mixed Conifer - Dry | White Fir and Douglas-fir on Alpine Summits | RGNF |
| R3_MCD | Mixed Conifer - Dry | Ponderosa Pine and Douglas-fir on Mountain Slopes | RGNF |
| R3_MCW | Mixed Conifer - Wet | Aspen on Mountain Slopes | RGNF |
| R3_MSG | Southern Rocky Mountain Montane-Subalpine Grassland | Arizona Fescue on Mountain Slopes | RGNF |
| R3_MSG | Southern Rocky Mountain Montane-Subalpine Grassland | Thurber Fescue on Mountain Slopes | RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Western Wheatgrass and Other Low-Elevation Grasslands on Alluvial Fans | RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Pinyon Pine on Mountain Slopes | RGNF |
| R3_SFM | Spruce-Fir Forest Mix | Engelmann Spruce on Mountain Slopes | RGNF |
| R3_SFM | Spruce-Fir Forest Mix | Engelmann Spruce on Landslides | RGNF |
| NA | NA | Nonvegetated Areas on Mountain Slopes | RGNF |
| NA | NA | Unknown | RGNF |
| LF_2811440 | Rocky Mountain Alpine Turf | Rocky Mountain Alpine Fell-Field | Outside RGNF |
| LF_2811440 | Rocky Mountain Alpine Turf | Rocky Mountain Alpine Dwarf-Shrubland | Outside RGNF |
| LF_2811440 | Rocky Mountain Alpine Turf | Rocky Mountain Alpine Turf | Outside RGNF |
| LF_2811590 | Rocky Mountain Montane Riparian | Rocky Mountain Montane Riparian Systems | Outside RGNF |
| LF_2811590 | Rocky Mountain Montane Riparian | Rocky Mountain Subalpine/Upper Montane Riparian Systems | Outside RGNF |
| R3_GAM | Rocky Mountain Gambel Oak - Mixed Montane Shrubland | Rocky Mountain Gambel Oak-Mixed Montane Shrubland | Outside RGNF |
| R3_ISS | Inter-Mountain Basins Greasewood Flat | Inter-Mountain Basins Greasewood Flat | Outside RGNF |
| R3_ISS | Inter-Mountain Basins Greasewood Flat | Inter-Mountain Basins Mixed Salt Desert Scrub | Outside RGNF |
| R3_MCD | Mixed Conifer - Dry | Southern Rocky Mountain Dry-Mesic Montane Mixed Conifer Forest and Woodland | Outside RGNF |

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| Model Code | Ecosystem Name | Name of LTA (RGNF) or BPS (Outside RGNF) | Location |
|---|---|---|---|
| R3_MCW | Mixed Conifer - Wet | Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland | Outside RGNF |
| R3_MCW | Mixed Conifer - Wet | Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland - Low Elevation | Outside RGNF |
| R3_MCW | Mixed Conifer - Wet | Rocky Mountain Aspen Forest and Woodland | Outside RGNF |
| R3_MCW | Mixed Conifer - Wet | Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland - High Elevation | Outside RGNF |
| R3_MCW | Mixed Conifer - Wet | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland | Outside RGNF |
| R3_MSG | Southern Rocky Mountain Montane-Subalpine Grassland | Rocky Mountain Subalpine-Montane Mesic Meadow | Outside RGNF |
| R3_MSG | Southern Rocky Mountain Montane-Subalpine Grassland | Southern Rocky Mountain Montane-Subalpine Grassland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Inter-Mountain Basins Semi-Desert Grassland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Southern Rocky Mountain Ponderosa Pine Woodland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Southern Rocky Mountain Juniper Woodland and Savanna | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Southern Rocky Mountain Ponderosa Pine Savanna | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Rocky Mountain Lodgepole Pine Forest | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine Woodland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Southern Rocky Mountain Pinyon-Juniper Woodland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Colorado Plateau Pinyon-Juniper Woodland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Western Great Plains Foothill and Piedmont Grassland | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Inter-Mountain Basins Juniper Savanna | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Western Great Plains Shortgrass Prairie | Outside RGNF |
| R3_PJO | Pinyon-Juniper Woodland | Rocky Mountain Foothill Limber Pine-Juniper Woodland | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Inter-Mountain Basins Montane Sagebrush Steppe | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Inter-Mountain Basins Semi-Desert Shrub-Steppe | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Wyoming Basins Dwarf Sagebrush Shrubland and Steppe | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Inter-Mountain Basins Big Sagebrush Shrubland | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Rocky Mountain Lower Montane-Foothill Shrubland | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Inter-Mountain Basins Montane Sagebrush Steppe - Mountain Big Sagebrush | Outside RGNF |
| R3_SAG | Sagebrush Shrubland | Inter-Mountain Basins Montane Sagebrush Steppe - Low Sagebrush | Outside RGNF |

Rvsd Plan - 00000065

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| Model Code | Ecosystem Name | Name of LTA (RGNF) or BPS (Outside RGNF) | Location |
|---|---|---|---|
| R3_SAG | Sagebrush Shrubland | Colorado Plateau Blackbrush-Mormon-tea Shrubland | Outside RGNF |
| R3_SFM | Spruce-Fir Forest Mix | Rocky Mountain Subalpine Mesic-Wet Spruce-Fir Forest and Woodland | Outside RGNF |
| R3_SFM | Spruce-Fir Forest Mix | Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland | Outside RGNF |
| NA | NA | Barren-Rock/Sand/Clay | Outside RGNF |
| NA | NA | Inter-Mountain Basins Sparsely Vegetated Systems | Outside RGNF |
| NA | NA | Open Water | Outside RGNF |
| NA | NA | Perrennial Ice/Snow | Outside RGNF |
| NA | NA | Rocky Mountain Alpine/Montane Sparsely Vegetated Systems | Outside RGNF |

Rvsd Plan - 00000066

Case 1:21-cv-02994-REB  Document 24-3  Filed 06/21/22  USDC Colorado  Page 67 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

## Data Processing

The LTA Layer (including the Baca area) was converted to a raster with 120m grid cells. Cell values were assigned based on the maximum LTA area contained in each grid cell. The crosswalk in Table A1 was applied to the LTA layer to assign an ecosystem to each grid cell. At the request of the RGNF, a sage grouse habitat layer (poncha_sagegrouse_habitat.shp, received 2/10/2014) was used to refine the ecosystem layer. In the final ecosystem map, only the area defined as sage grouse habitat in this layer was classified as Sagebrush Shrubland, and all other cells originally assigned to Sagebrush Shrubland were reassigned to Inter-Mountain Basins Greasewood Flat. Also by request of the RGNF, the Western Wheatgrass and Other Low-Elevation Grasslands on Alluvial Fans LTA (originally crosswalked to a Colorado Plateau Grassland ecosystem type) was reassigned to the Pinyon-Juniper Woodland ecosystem.

In the 6.2 mi buffered landscape context area, the LANDFIRE Biophysical Settings (BPS) layer (LANDFIRE 2012 1.3.0) was resampled from 30m to 120m using the majority resampling method (the value of the resulting 120m cell was the mode of the 30m input cells). The resulting 120m BPS layer was clipped to the project boundary and crosswalked as described in Table A1. The BPS ecosystem layer was erased within the RGNF boundary, and the BPS and LTA ecosystem layers were mosaicked into the final raster in tif format.

# Current Vegetation Conditions

In addition to the ecosystems used to describe each major vegetation type, we also used a separate set of vegetation maps to characterize the current composition and structural characteristics of the vegetation in each modeled pixel. These maps were then used to assign each cell to a state class within the appropriate STSM. The final data layers containing this information are called RGNF_StCl_HRV_Updated.tif (for historic conditions) and RGNF_StCl_Updated.tif (for contemporary conditions).

## Data Sources

Within the RGNF, current vegetation conditions were based on the FSVeg layer provided by the RGNF, received 10/16/2014. This layer was subsequently updated to reflect canopy cover percentages calculated using a canopy cover layer developed by the Remote Sensing Applications Center (RSAC) (rg_2014_canopycover.img raster, received 2/3/2015) to account for recent spruce beetle mortality (see *Data Processing*). Within the RGNF boundary, the LANDFIRE Succession Class (S-Class) map (LANDFIRE 2010 1.2.0) was used for the Rocky Mountain Alpine Turf and Rocky Mountain Montane Riparian STSMs because LANDFIRE models were used in those areas (LF_2811440 and LF_2811590 respectively) (www.landfire.gov, metadata: http://www.landfire.gov/NationalProductDescriptions17.php).

For the surrounding (6.2 mi buffer) landscape context area, current vegetation conditions for forested areas were based on Nationwide Forest Imputation System (NaFIS) maps (http://blue.for.msu.edu/NAFIS/data.html, metadata: http://blue.for.msu.edu/NAFIS/metadata/mz28/mz28_nnplt1_meta.html). In non-forested areas outside the RGNF, LANDFIRE S-Class data was used (www.landfire.gov, metadata: http://www.landfire.gov/NationalProductDescriptions17.php).

## Data Processing

Within the RGNF, the original canopy cover values in the FSVeg layer were updated to new values from the RSAC canopy cover layer, representing recent tree mortality related to spruce beetles. The zonal statistics tool was used to calculate the average canopy cover value in the RSAC canopy cover raster within each FSVeg polygon. The result was an additional attribute in FSVeg containing an updated canopy cover value representing conditions after the spruce beetle outbreak, which was used in the

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 68 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

subsequent assignment of the FSVeg map to STSM state classes. Tree size did not change and retained the original FSVeg values. Within the forest boundary, FSVeg was used to categorize current vegetation conditions, except for where Rocky Mountain Alpine Turf or Rocky Mountain Montane Riparian ecosystems occurred. In those areas, LANDFIRE models (LF_2811440, LF_2811590) were used, and so input data was LANDFIRE S-Class rather than FSVeg. The crosswalks (outlined below) used the following fields from FSVeg to assign state classes: TotalTree (as updated to include RSAC canopy cover values), SIZE_CLASS, LAYERING, and HAB_STR_ST.

In the 6.2 mi buffer landscape context area, the NaFIS gridded map was resampled to 120m using the nearest resampling method. Areas covered by forest STSMs were clipped out of the resampled NaFIS grids and crosswalked to state classes as outlined below. The crosswalks used the following fields from NaFIS to assign state classes: CANCOV, POTR5_BA, LAYERS, and QMDA_GE_3. In non-forested areas, LANDFIRE S_CLASS was resampled to 120m using the majority resampling method. The erase tool was used to remove grid cells in forested areas where NaFIS data was used.

All data sources (FSVeg, S-Class, and NaFIS) were crosswalked to STSM state classes as outlined in the rule set below. One rule set was used for contemporary conditions to model future projections, and another was used for historic conditions. The historic conditions rule set is a modified version of the rule set below, and reclassifies the state classes containing exotic species to the most similar native state class. Differences between the two maps were minor. Once the crosswalks were applied, the FSVeg, NaFIS, and LANDFIRE current vegetation rasters were mosaicked into the final state class rasters.

The following rule set was used to allocate each cell in the current vegetation map to a state class within the appropriate STSM:

## Region 3 Forest and Woodland Models: SFF, MCW, MCD, PJO

**a.  MCW model (Mixed Conifer Wet)**

Rule set using FSVeg Data (for use within the RGNF boundary):
       If ((AA_PCT)>40) Then StateClass = Aspen:Aspen
       Else If ((TotalTree)<10) Then StateClass = 'Early A:GFB'
       Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M')) Then StateClass = 'MC-T:F.vcm'
       Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')) Then StateClass = 'MC-T:E.vcs'
       Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M')) Then StateClass = MC-T:N.vmm'
       Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')); Then StateClass = 'MC-T:M.vms'
       Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M');" Then StateClass = 'MC-M:J.vom'
       Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')); Then StateClass = 'MC-M:I.vos'
       Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='L')) Then StateClass = 'MC-T:D.mcs'
       Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='L')) Then StateClass = MC-T:L.mms'
       Else If ((TotalTree)<40) AND ((SIZE_CLASS)='L')) Then StateClass = 'MC-I:H.mos'
       Else If (TotalTree)>=70) Then StateClass = 'MC-T:C.sc'
       Else If ((TotalTree)>=40)) Then StateClass = ' MC-T:K.sm'
       Else If ((TotalTree)<40)) Then StateClass = 'MC-I:G.so'
       Else If ((HAB_STR_ST)='1M') OR (((HAB_STR_ST)='1T') OR ((FSFOR.HAB_STR_ST)='2S'))Then StateClass = 'Early A:GFB'
Rule set using Gradient Nearest Neighbor (GNN) data (for use outside of the RGNF boundary):
       If ((POTR5_BA)>16.2)) Then StateClass = 'Aspen:Aspen'
       Else If ((CANCOV)<10)) Then StateClass = 'Early A:GFB'
       Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>1)) Then StateClass = 'MC-T:F.vcm'
       Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = 'MC-T:E.vcs'
       Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>1)) Then StateClass = 'MC-T:N.vmm'
       Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = 'MC-T:M.vms'

Rvsd Plan - 00000068

Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = 'MC-T:J.vom'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = 'MC-M:I.vos'
Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=25) Then StateClass = 'MC-T:D.mcs'
Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=25) 40Then StateClass = 'MC-T:L.mms'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=25) 40Then StateClass = 'MC-I:H.mos'
Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=13) Then StateClass = 'MC-T:C.sc'
Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=13) Then StateClass = 'MC-T:K.sm'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=13) Then StateClass = 'MC-I:G.so'
Else If ((QMDA_GE_3)<13));" Then StateClass = 'Early A:GFB'

**b. SFM Model (Spruce Fir Forest Mix)**

Rule set using FSVeg Data (for use within the RGNF boundary):
    If ((AA_PCT)>40)) Then StateClass = ' Aspen:Aspen '
Else If ((TotalTree)<10)) Then StateClass = 'Early A:GFB'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M')) Then StateClass = 'SFM-T:F.vcm'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')) Then StateClass = 'SFM-T:E.vcs'
 Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M')) Then StateClass = ' SFM-T:N.vmm'
Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')) Then StateClass = ' SFM-T:M.vms'
Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M')) Then StateClass = 'SFM-M:J.vom'
Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S')) Then StateClass = 'SFM-M:I.vos'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='L')) Then StateClass = 'SFM-T:D.mcs'
Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='L')) Then StateClass = 'SFM-T:L.mms'
Else If ((TotalTree)<40) AND ((SIZE_CLASS)='L')) Then StateClass = 'SFM-I:H.mos'
Else If ((TotalTree)>=70) Then StateClass = 'SFM-T:C.sc'
Else If ((TotalTree)>=40) Then StateClass = ' SFM-T:K.sm'
Else If ((TotalTree)<40) Then StateClass = 'SFM-I:G.so'
Else If ((HAB_STR_ST)='1M') OR (((HAB_STR_ST)='1T') OR ((FSFOR.HAB_STR_ST)='2S')) Then StateClass = 'Early A:GFB'
Rule set using Gradient Nearest Neighbor (GNN) data (for use outside of the RGNF boundary):
If ((POTR5_BA)>16.2)) Then StateClass = ' Aspen:Aspen'
Else If ((CANCOV)<10)) Then StateClass = 'Early A:GFB'
Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = ' SFM-T:F.vcm '
Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = ' SFM-T:E.vcs '
Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = ' SFM-T:N.vmm'
Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = ' SFM-T:M.vms'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = ' SFM-T:J.vom'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = 'SFM-M:I.vos'
Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=25) Then StateClass = 'SFM-T:D.mcs'
Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=25) 40Then StateClass = ' SFM-T:L.mms'
Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=25) 40Then StateClass = 'SFM-I:H.mos'
Else If ((CANCOV)>=70) Then StateClass = 'SFM-T:C.sc'
Else If ((CANCOV)>=40) Then StateClass = ' SFM-T:K.sm'
Else If ((CANCOV)<40) Then StateClass = 'SFM-I:G.so'

**c. MCD Model (Mixed Conifer Dry)**

Rule set using FSVeg Data (for use within the RGNF boundary):
If ((TotalTree)<10)) Then StateClass = 'MCD:A.GFB'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M'));" Then StateClass = 'MCD:M.vcm'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S'));" Then StateClass = 'MCD:I.vcs'
Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M'));" Then StateClass = 'MCD:T.vmm'
Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S'));" Then StateClass = ' MCD:R.vms'
Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='M'));" Then StateClass = 'MCD:K.vom'
Else If ((TotalTree)<40) AND ((SIZE_CLASS)='V') AND ((LAYERING)='S'));" Then StateClass = 'MCD:E.vos'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='L') AND ((LAYERING)='M'));" Then StateClass = 'MCD:L.mcm'
Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='L') AND ((LAYERING)='S'));" Then StateClass = 'MCD:H.mcs'

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='L') AND ((LAYERING)='M'));" Then StateClass = 'MCD:S.mmm'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='L') AND ((LAYERING)='S'));" Then StateClass = ' MCD:Q.mms'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='L') AND ((LAYERING)='M');" Then StateClass = 'MCD:J.mom'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='L') AND ((LAYERING)='S'));" Then StateClass = 'MCD:D.mos'
    Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='M'));" Then StateClass = 'MCD:G.smc'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='M'));" Then StateClass = ' MCD:P.smm'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='M'));" Then StateClass = 'MCD:C.smo'
    Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E'));" Then StateClass = 'MCD:F.ssc'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E'));" Then StateClass = ' MCD:O.ssm'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E'));" Then StateClass = 'MCD:B.sso'
    Else If ((HAB_STR_ST)='1M')) OR (((HAB_STR_ST)='1T');" Then StateClass = 'MCD:A.GFB'
Rule set using Gradient Nearest Neighbor (GNN) data (for use outside of the RGNF boundary):
    If ((CANCOV)<10)) Then StateClass = 'MCD:A.GFB'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = 'MCD:M.vcm'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) StateClass = 'MCD:I.vcs'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = ''MCD:T.vmm'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) StateClass = ' MCD:R.vms'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)>=2)) Then StateClass = 'MCD:K.vom'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=40) AND ((LAYERS)<=1)) Then StateClass = 'MCD:E.vos'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=25) AND ((LAYERS)>=2)) Then StateClass = 'MCD:L.mcm'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=25) AND ((LAYERS)<=1)) Then StateClass = 'MCD:H.mcs'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=25) AND ((LAYERS)>=2)) Then StateClass = 'MCD:S.mmm'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=25) 40AND ((LAYERS)<=1)) Then StateClass = 'MCD:Q.mms'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=25) AND ((LAYERS)>=2)) Then StateClass = 'MCD:J.mom'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=25) AND ((LAYERS)<=1)) Then StateClass = 'MCD:D.mos'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=13) Then StateClass = 'MCD:G.smc'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=13) Then StateClass = ' MCD:P.smm'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=13) Then StateClass = 'MCD:C.smo'
    Else If ((CANCOV)>=70) Then StateClass = 'MCD:F.ssc'
    Else If ((CANCOV)>=40) Then StateClass = ' MCD:O.ssm'
    Else If ((CANCOV)<40) Then StateClass = 'MCD:B.sso'

**d.  PJO Model (Pinyon Juniper Woodland)**

Rule set using FSVeg Data (for use within the RGNF boundary):
    If ((TotalTree)<10)) Then StateClass = ' PJO:GFB'
    Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='L')) OR (((SIZE_CLASS)='V')) Then StateClass = 'PJO:G.mvc'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='L')) OR (((SIZE_CLASS)='V')) Then StateClass = ' PJO:J.mvm'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='L')) OR (((SIZE_CLASS)='V')) Then StateClass = 'PJO:D.mvo'
    Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='M')) Then StateClass = 'PJO:F.smc'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='M')) Then StateClass = 'PJO:I.smm'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='M')) Then StateClass = 'PJO:C.smo'
    Else If ((TotalTree)>=70) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E')) Then StateClass = 'PJO:E.ssc'
    Else If ((TotalTree)>=40) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E')) Then StateClass = ' PJO:H.ssm'
    Else If ((TotalTree)<40) AND ((SIZE_CLASS)='S') OR (((SIZE_CLASS)='E')) Then StateClass = 'PJO:B.sso'
    Else If ((HAB_STR_ST)='1M')) OR (((HAB_STR_ST)='1T')) Then StateClass = 'PJO:GFB'
Rule set using Gradient Nearest Neighbor (GNN) data (for use outside of the RGNF boundary):
    If ((CANCOV)<10)) Then StateClass = 'PJO:GFB'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=25) Then StateClass = 'PJO:G.mvc'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=25) Then StateClass = ' PJO:J.mvm'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=25) Then StateClass = 'PJO:D.mvo'
    Else If ((CANCOV)>=70) AND ((QMDA_GE_3)>=13) Then StateClass = 'PJO:F.smc'
    Else If ((CANCOV)>=40) AND ((QMDA_GE_3)>=13) Then StateClass = 'PJO:I.smm'
    Else If ((CANCOV)<40) AND ((QMDA_GE_3)>=13) Then StateClass = 'PJO:C.smo'
    Else If ((CANCOV)>=70) Then StateClass = 'PJO:E.ssc'
    Else If ((CANCOV)>=40) Then StateClass = ' PJO:H.ssm'

---

Rvsd Plan - 00000070

Else If ((CANCOV)<40) Then StateClass = 'PJO:B.sso'

## Region 3 Non-Forest Models: SAG, CPJ, GAM, ISS, MSG

**a.   SAG Model (Sagebrush Shrubland)**

Rule set using FSVeg Data (for use within the RGNF boundary):

| | |
|---|---|
| IF Tree_Cover >= 25, THEN state class = JP:OOM | (late juniper) |
| ELSE IF Tree_Cover >=10, THEN state class = SPJ:OOO | (early juniper) |
| ELSE IF Shrub_Cover >= 25 AND Grass_Cover < 5, THEN state class = S:SMA | (shrub / depleted grass) |
| ELSE IF Shrub_Cover >= 25, THEN state class = SP:OMA | (late reference) |
| ELSE IF Shrub_Cover >= 10, THEN state class = SP:OOA | (mid reference) |
| ELSE state class = PS:OSA | (early reference) |

*note: exotic state classes are not included in this crosswalk because FSVeg does not record any polygons with cheatgrass as a dominant species. Therefore some state classes (SPX:MOA, X:MAA, XS:MOA, JX:MSO) will be absent in the initial conditions map. LANDFIRE also recorded few patches of exotic species (UE state class) within the RGNF boundary.

*note: this crosswalk also purposefully omits some state classes (D:MOA, YP:OMA) due to lack of sufficient information; therefore, they will also be absent in the initial conditions map

Rule set using LANDFIRE Data (for use outside of the RGNF boundary):

| | |
|---|---|
| IF SClass = A, THEN state class = PS:OSA | (early reference) |
| IF SClass = B OR C, THEN state class = SP:OOA | (mid reference) |
| IF SClass = D OR E, THEN state class = SP:OMA | (late reference) |
| IF SClass = UN, THEN state class = SPJ:OOO | (early juniper-encroached) |
| IF SClass = UE, THEN state class = SPX:MOA | (early exotic-encroached with remnant native) |
| ELSE Not Modeled | |

*note: this crosswalk purposefully omits some state classes (D:MOA, YP:OMA, S:SMA, X:MAA, XS:MOA, JX:MSO, JP:OOM) due to lack of sufficient information; therefore, they will be absent in the initial conditions map

**b.   GAM Model (Rocky Mountain Gambel Oak - Mixed Montane Shrubland)**

Rule set using FSVeg Data (for use within the RGNF boundary):

| | |
|---|---|
| IF Shrub_Cover + Tree_Cover >= 60, THEN state class = T:SSC | (late reference) |
| ELSE IF Shrub_Cover + Tree_Cover >= 25, THEN state class = TP:SSM | (mid-late reference) |
| ELSE IF Shrub_Cover + Tree_Cover >= 10, THEN state class = TP:OSO | (mid reference) |
| ELSE state class = PM:MOA | (early reference) |

* note: this crosswalk uses <u>combined</u> tree plus shrub cover to allocate its structural stages

Rule set using LANDFIRE Data (for use outside of the RGNF boundary):

| | |
|---|---|
| IF SClass = A, THEN state class = PM:MOA | (early reference) |
| IF SClass = B OR C, THEN state class = TP:OSO | (mid reference) |
| IF SClass = D, THEN state class = TP:SSM | (mid-late reference) |
| IF SClass = E, THEN state class = T:SSC | (late reference) |
| IF SClass = UN, THEN state class = T:SSC | (late reference) |
| IF SClass = UE, THEN state class = PM:MOA | (early reference) |
| ELSE Not Modeled | |

**c.   ISS Model (Inter-Mountain Basins Greasewood Flat)**

Rule set using FSVeg Data (for use within the RGNF boundary):

| | |
|---|---|
| IF Shrub_Cover >= 25, THEN state class = MP:SOA | (late reference) |
| ELSE IF Shrub_Cover >= 10, THEN state class = MP:OOA | (mid reference) |
| ELSE state class = PM:OSA | (early reference) |

*note: exotic state classes are not included in this crosswalk because FSVeg does not record any polygons with cheatgrass as a dominant species. Therefore some state classes (X:MSA, XM:OOA) will be absent in the initial conditions map. LANDFIRE also recorded few patches of exotic species (UE state class) within the RGNF boundary.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 72 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

\*note: this crosswalk purposefully omits some state classes (D:OOA) due to lack of sufficient information; therefore, they will also be absent in the initial conditions map

Rule set using LANDFIRE Data (for use outside of the RGNF boundary):

IF SClass = A, THEN state class = PM:OSA      (early reference)
IF SClass = B OR C, THEN state class = MP:OOA      (mid reference)
IF SClass = D OR E, THEN state class =MP:SOA      (late reference)
IF SClass = UN, THEN state class = MP:SOA      (late reference)
IF SClass = UE, THEN state class = XM:OOA      (exotic-encroached with remnant native)
ELSE Not Modeled

    \*note: this crosswalk purposefully omits some state classes (D:OOA, X:MSA) due to lack of sufficient information; therefore, they will be absent in the initial conditions map

### d. MSG Model (Southern Rocky Mountain Montane-Subalpine Grassland)

Rule set using FSVeg Data (for use within the RGNF boundary):

IF DLF_SPECIES CONTAINS POPR, THEN state class = RP:COO      (exotic and ruderal-encroached)
ELSE IF Tree_Cover >= 10, THEN state class = NP:OSO      (conifer-encroached)
ELSE IF Grass_Cover >= 60, THEN state class = P:CAA      (late reference)
ELSE IF Grass_Cover >= 25, THEN state class = P:MAA      (mid reference)
ELSE state class = P:OAA      (early reference)

Rule set using LANDFIRE Data (for use outside of the RGNF boundary):

IF SClass = A, THEN state class = P:OAA      (early reference)
IF SClass = B OR C, THEN state class = P:MAA      (mid reference)
IF SClass = D OR E, THEN state class =P:CAA      (late reference)
IF SClass = UN, THEN state class = NP:OSO      (conifer-encroached)
IF SClass = UE, THEN state class = R:COO      (exotic and ruderal-encroached)

## LANDFIRE Models: LF_2811440 and LF_2811590

### a. LF_2811440 (Rocky Mountain Alpine Turf)

Rule set (used LANDFIRE data both within and outside of the RGNF boundary):

- If SClass = A or B or UE or SV Then state class = Early1:ALL
- If SClass = C or D or E or UE Then state class = Late1:CLS

### b. LF_2811590 (Rocky Mountain Montane Riparian)

Rule set (used LANDFIRE data both within and outside of the RGNF boundary):

- If SClass = A or B or SV or UE Then state class = Early1:ALL
- If SClass = C or D or E or UN Then state class = Late1:ALL

## Management Areas

A map of management areas was used to stratify the STSM modeling by planning zone, allowing treatments to take place in appropriate areas on the landscape. The final map containing the management areas modeled on the RGNF is called Pln_Zn_Updated.tif.

### *Data Sources*

The original spatial data (rgnf_management_areas) was provided by the RGNF on 10/16/2014.

### *Data Processing*

The management_areas layer did not include the Baca area as outlined in the LTA layer, so an additional feature was added to management_areas, using the union tool, which represented the area within the LTA

Rvsd Plan - 00000072

layer but not covered by the management_areas layer (management area description "In_LTA_layer_not_in_mgmt_areas" below). The management_areas layer was converted from multipart to singlepart polygons and converted to a raster with 120m grid cells.

The original management area layer contained 31 separate management areas, including the areas outside the RGNF in the 10km buffer zone (table 16). These 31 management areas were combined into 10 groups for modeling based on discussions with the RGNF. We further combined these 10 groups into three categories of management intensity, ranging from low to high. We examined STSM projections separately for each of these three management intensity categories separately but did not show results separately in our final report, as projections rarely showed substantial differences between management areas.

Rvsd Plan - 00000073

**Table 16. Management areas in the RGNF, grouped into 10 categories that were modeled (Management Area Groups) and further grouped into 3 management intensity categories that were reported in the final report (Management Intensity). Management Area codes and descriptions are from the original data provided by the RGNF for this analysis.**

| RGNF MA Code | Management Area Description | Management Area Group | Management Intensity |
|---|---|---|---|
| 1.11 | Wilderness, Pristine | Wilderness | Low intensity |
| 1.11 | Inclusion - Research Natural Area in Pristine Wilderness | Wilderness | Low intensity |
| 1.11 | Inclusion - National Wild River in Pristine Wilderness | Wilderness | Low intensity |
| 1.11 | Inclusion - National Scenic River in Pristine Wilderness | Wilderness | Low intensity |
| 1.12 | Wilderness, Primitive | Wilderness | Low intensity |
| 1.12 | Inclusion - National Wild River in Primitive Wilderness | Wilderness | Low intensity |
| 1.12 | Inclusion - Research Natural Area in Primitive Wilderness | Wilderness | Low intensity |
| 1.12 | Inclusion - National Scenic River in Primitive Wilderness | Wilderness | Low intensity |
| 1.13 | Wilderness, Semi-Primitive | Wilderness | Low intensity |
| 1.13 | Inclusion - Research Natural Area in Semi-Primitive Wilderness | Wilderness | Low intensity |
| 1.13 | Inclusion - National Scenic River in Semi-Primitive Wilderness | Wilderness | Low intensity |
| 1.13 | Inclusion - National Scenic River in Research Natural Area in Semi-Primitive Wilderness | Wilderness | Low intensity |
| 1.13 | Inclusion - National Wild River in Semi-Primitive Wilderness | Wilderness | Low intensity |
| 1.13 | Inclusion - National Recreation River in Semi-Primitive Wilderness | Wilderness | Low intensity |
| 1.5 | National River System - Wild Rivers Designated and Eligible | Wilderness | Low intensity |
| 3.3 | Backcountry | Backcountry | Medium intensity |
| 2.2 | Research Natural Areas | Research Natural Areas | Medium intensity |
| 3.1 | Special Interest Areas - Emphasis on Use or Interpretation | Special Interest Areas/ National River System | Medium intensity |
| 3.4 | National River System - Scenic Rivers Designated and Eligible | Special Interest Areas/ National River System | Medium intensity |
| 4.21 | Scenic Byways or Railroads | Dispersed Recreation | High intensity |
| 4.3 | Dispersed Recreation | Dispersed Recreation | High intensity |
| 4.4 | National River System - Recreation Rivers Designated and Eligible | Dispersed Recreation | High intensity |
| 5.11 | General Forest and Rangelands - Forest Vegetation Emphasis | General | High intensity |
| 5.13 | Forest Production | General | High intensity |
| 6.6 | Grassland Resource Production | General | High intensity |

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| RGNF MA Code | Management Area Description | Management Area Group | Management Intensity |
|---|---|---|---|
| 5.41 | Deer and Elk Winter Range | Wildlife | High intensity |
| 5.42 | Bighorn Sheep Range | Wildlife | High intensity |
| NA | Outside_RGNF | Outside_RGNF | None |
| NA | In_LTA_layer_not_in_mgmt_areas | Outside_RGNF | None |
| NA | Private Land Not Covered by This Plan | Private Land Not Covered by This Plan | None |
| 8.22 | Ski-Based Resorts - Existing and Potential | Ski-Based Resorts | None |

Rvsd Plan - 00000075

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 77 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

# Appendix B. State-and-Transition Simulation Model Documentation for the Rio Grande National Forest Planning Assessment

This appendix describes the state-and-transition simulation models (STSMs) used for the Rio Grande National Forest (RGNF) planning assessment. An overview of STSMs can be found in the main report.

## Model Sources

STSMs used for the assessment were taken from the US Forest Service Region 3 (R3), Integrated Landscape Assessment Project (ILAP; http://oregonstate.edu/inr/ilap), and the LANDFIRE project (www.landfire.gov) (table 17). Each STSM represents one ecosystem (also called a potential vegetation type (PVT), ecological response unit (ERU) or biophysical setting (BPS)). Models are frequently referenced in this document based on the suffix of their model code (e.g. Mixed Conifer-Dry is referenced as MCD).

Table 17. Ecosystems modeled on the RGNF and their corresponding STSM model codes and original model sources. The model code suffix is used to identify models in the following documentation.

| Ecosystem | Model Code | Model Source |
|---|---|---|
| Inter-Mountain Basins Greasewood Flat (Mixed Salt Desert Scrub) | R3_ISS | ILAP R3 ISS model |
| Mixed Conifer - Dry | R3_MCD | R3 MCD model |
| Mixed Conifer - Wet | R3_MCW | R3 MCW model (with half representing high elk browsing removed) |
| Pinyon-Juniper Woodland | R3_PJO | R3 PJO model |
| Rocky Mountain Alpine Turf | LF_2811440 | LANDFIRE model 2811440 |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | R3_GAM | ILAP R3 GAM model |
| Rocky Mountain Montane Riparian | LF_2811590 | LANDFIRE model 2811590 |
| Sagebrush Shrubland | R3_SAG | ILAP R3 SAG model |
| Southern Rocky Mountain Montane-Subalpine Grassland | R3_MSG | ILAP R3 MSG model |
| Spruce-Fir Forest Mix | R3_SFM | R3 SFM model (with half representing high elk browsing removed) |

Note that we originally included a Colorado Plateau grassland model (ILAP R3 CPJ model), but later combined it with R3_PJO based on feedback from the RGNF.

## Model Alterations

We made substantial alterations to the major forested models for the Rio Grande planning assessment, including MCD, MCW, PJO and SFM. Non-forested and riparian models were not modified, except for wildfire probabilities (see below).

### Structural Changes

Model structure varied widely among STSMs based on ecological type and model source. Model structure was not altered for most of the models, except for the forested models derived from Region 3

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 78 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

(SFM, MCW, MCD, and PJO). These original models defined canopy cover categories of 0-10%, 10-30% and >30%, which was deemed insufficient for the vegetation dynamics and planning needs on the RGNF. Therefore, we changed the canopy cover threshold between open and mid cover from 30% to 40%, and we added a set of state classes for canopy cover >70% (table 18, figure 8). The only exception was PJO, which did not contain state classes with canopy cover >70%. Original size classes based on diameter at breast height (DBH) from Region 3 were retained (table 18). Note these size class cutoffs are generally similar to Region 2, but that naming is different (e.g., in Region 3, trees of 5-10" DBH are called 'small' but in Region 2, trees of 5-9" DBH are called 'medium'). It is important to keep this difference in naming convention in mind when interpreting the state class output.

**Table 18. Tree size and canopy cover classes used in the forested STSMs.**

| Tree Sizes | Inches |
|---|---|
| Seedling/sapling | 0-5 |
| Small | 5-10 |
| Medium | 10-20 |
| Large and very large | >20 |

| Canopy Cover | Percent |
|---|---|
| Grass/forb/shrub | 0-10% |
| Open | 10-40% |
| Mid | 40-70% |
| Closed | >70% |



**Figure 8. Example of forest STSM containing canopy cover breaks at 10%, 40% and 70% and size breaks between small, medium and large trees (as defined in table 18). Some STSMs distinguish single and multi-story canopy cover and may contain aspen state classes defined based on dominant species instead of structural characteristics.**

### Growth and Mortality

Growth and mortality rates were taken from Forest Vegetation Simulator (FVS) model runs completed in Region 3. These model runs were processed using the PRESIDE program by the Vegetation Application Group in Region 3, and used Region 3 forest inventory data, binned into size and cover classes as

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 79 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

outlined in table 18. The FVS growth and mortality probabilities reflect growth, mortality, and endemic disease and insect activity (not including outbreaks) and are labeled as transitions starting with the number "2" in the STSMs. Growth transitions causing an increase in size class were modified downward by 20% in the SFM model based on feedback from the RGNF and Region 2.

### *Wildfire*

We developed wildfire probabilities to reflect historic conditions (used for HRV runs) and contemporary conditions (for future modeling under No Management and No Action scenarios) (table 19). Historic fire probabilities were based on literature and expert opinion. Contemporary fire probabilities were based on an analysis of burn perimeters from the Monitoring Trends in Burn Severity (MTBS) records for each ecosystem (see below).

**Table 19. Wildfire probabilities, rotations and estimated annual acres burned for historic conditions (left) and contemporary conditions (right). Asterisks indicate systems where invasive species burn at a higher probability, potentially changing the overall probability and rotation. In these systems, fire rotation is dependent on the composition of state classes.**

| Ecosystem | Historic Conditions | | | Contemporary Conditions | | |
|---|---|---|---|---|---|---|
| | Annual Ac Burned | Annual Probability | Fire Rotation | Annual Ac Burned | Annual Probability | Fire Rotation |
| Inter-Mountain Basins Greasewood Flat* | 0 | 0.0001 | 10000 | 0 | 0.0002 | 6600 |
| Mixed Conifer - Dry | 1634 | 0.0100 | 100 | 545 | 0.0033 | 300 |
| Mixed Conifer - Wet | 296 | 0.0067 | 150 | 89 | 0.0020 | 500 |
| Pinyon-Juniper Woodland | 318 | 0.0025 | 400 | 170 | 0.0013 | 750 |
| Rocky Mountain Alpine Turf | 547 | 0.0020 | 500 | 37 | 0.0001 | 7400 |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | 26 | 0.0100 | 100 | 2 | 0.0006 | 1650 |
| Rocky Mountain Montane Riparian | 793 | 0.0100 | 100 | 88 | 0.0011 | 900 |
| Sagebrush Shrubland* | 33 | 0.0067 | 150 | 2 | 0.0004 | 2600 |
| Southern Rocky Mountain Montane-Subalpine Grassland | 1734 | 0.0050 | 200 | 267 | 0.0008 | 1300 |
| Spruce-Fir Forest Mix | 2053 | 0.0020 | 500 | 1579 | 0.0015 | 650 |
| Average acres burned per year | 7,434 | | | 2,777 | | |
| Percent of RGNF burning per year | 0.4% | | | 0.1% | | |

For most of the models, we assumed that the overall probability of wildfire in each state class within a model was the same. However, fire severity and effects vary widely among state classes. Therefore, some state classes only contain nonlethal fire without causing any change in state class, some have a mix of severities and effects, and some contain only stand-replacing fire that causes shift to grass/forb/shrub conditions. For example, the probability of fire in grass/forb, open conditions and closed conditions within the MCD model does not vary, but the effects vary from only nonlethal in open state classes to a mixture of nonlethal, mixed-severity and stand-replacing in closed state classes. The fire pathways and mix of severities were based on the original models (Region 3, ILAP, LANDFIRE). Regardless of the number of severities or fire pathways, the overall probability of wildfire remains the same across all state classes within each STSM. The only exception is in systems with potential for exotic grass invasion, where exotic grasses increase the fire probability in certain state classes (see asterisks in table 19).

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 80 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

Fire probabilities for historic conditions were derived from literature, where available, and expert judgment where literature was unavailable (table 19, left column). Historic fire probabilities were available in LANDFIRE models (www.landfire.gov), but we determined that most LANDFIRE models contained a fire probability based on fire return interval, rather than fire rotation. It appeared that converting fire return intervals into an annual fire probability (by calculating its inverse) resulted in projections of too much area burning under historic conditions, and these numbers were not directly comparable to contemporary fire data (see below). Therefore, we did not use the LANDFIRE fire probabilities but instead conducted a literature review to determine fire rotations for each ecosystem in the region (Baker 2006, Buechling & Baker 2004, Floyd et al. 2000, Floyd et al. 2004, Kipfmueller & Baker 2004, Romme et al. 2001, Shinneman & Baker 2009, Sibold et al. 2006, Veblen et al 1994). We then incorporated expert opinion on the RGNF to check and modify literature values as needed, and filled in values where gaps existed.



**Figure 9. MTBS fire perimeters (light gray) used in the contemporary wildfire analysis on the RGNF. The RGNF is shown in red and the Southern Rocky Mountains ecoregion outlined in white.**

Fire probabilities for contemporary conditions were derived from the MTBS dataset (table 19, right column), which provides fire perimeters for fires >1000 acres across the US. We used fire perimeters from 1984-2013 for the southern Rocky Mountains ecoregion (Figure B2). We calculated the area burned by ecosystem using the LANDFIRE biophysical setting vegetation layer, since it is consistent across the region. We converted the MTBS layer to a raster and combined the BPS raster with the MTBS raster using the raster calculator in ArcGIS. This analysis delineated burned and unburned areas in each ecosystem, and we calculated the annual fire probability by ecosystem as: area burned / total area of ecosystem / number of years of record (30). The MTBS dataset only records fires >1000 acres, so we also downloaded the Federal Wildland Fire Occurrence dataset to determine if fire probabilities would change when including smaller fires (<1000 acres), which represent the majority of fire occurrences. Although these fires are most common, they also have the least impact on the landscape. Probabilities differed between the two datasets by only one value in the thousandth decimal place, so we used the values from MTBS analysis only.

Rvsd Plan - 00000080

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 81 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

We modeled wildfire as a spatial process, allowing fire to spread to adjacent cells if they are susceptible to fire (i.e., vegetated). We specified a patch size distribution based on MTBS data (figure 10).



**Figure 10. Patch size distribution of wildfires modeled in all ecosystems.**

## *Insects*

We added insect outbreak transitions to the STSMs for the Rio Grande modeling assessment (table 20). Background or endemic insect/disease activity is included in the growth and mortality transitions derived from FVS model runs, but larger insect outbreaks were not included in the original Region 3 models. We added these transitions based on a feedback from experts in Region 2 and the Rio Grande. Only insects that tended to produce outbreak cycles were modeled, and species such as the Western balsam bark beetle were not considered because they were assumed to be captured in the growth and succession transitions from FVS.

**Table 20. Insect outbreak transition parameters for the forested STSMs, based on expert feedback. Asterisks indicate where insect outbreaks include impacts of western spruce budworm defoliation, predisposing stands to outbreaks.**

| | Spruce-Fir Forest | Mixed Conifer-Wet | Mixed Conifer-Dry | | Pinyon-Juniper Woodland |
|---|---|---|---|---|---|
| **Parameter** | **Spruce beetle** | **Douglas-fir beetle\*** | **Douglas-fir beetle\*** | **Mountain pine beetle** | **Pinyon ips** |
| Interval between outbreaks (yrs) | 100-200 | 35-50 | 35-50 | 50-70 | 35-50 |
| Duration of outbreak (yrs) | 10 | 5 | 5 | 5 | 5 |
| Susceptible stands (state class(es) affected) | large 40-100% single-story and multi-story | large 40-100% multi-story only | large 40-100% multi-story only | large 40-100% single-story and multi-story | medium 10-70% |
| Effects of outbreak (resulting state class(es)) | large 40-70%, medium 10-40%, aspen | medium 10-70% | medium 10-70% | medium 10-70% | small 10-70% |

Rvsd Plan - 00000081

| Parameter | Spruce-Fir Forest | Mixed Conifer-Wet | Mixed Conifer-Dry | | Pinyon-Juniper Woodland |
| --- | --- | --- | --- | --- | --- |
| | Spruce beetle | Douglas-fir beetle* | Douglas-fir beetle* | Mountain pine beetle | Pinyon ips |
| Proportion of susceptible stands transitioning during outbreak | 20% | 15% | 15% | 25% | 18% |

All insect outbreak transitions were called InsectOutbreak for each ecosystem, except for mixed conifer-dry, which had both InsectOutbreak (Douglas-fir beetle) and InsectOutbreak2 (Mountain pine beetle). The species of insect was not specified in the transition name but can be inferred by the ecosystem (e.g. spruce beetle only affects SFM) and the transition name, in the case of the MCD ecosystem. Note that the modeled spruce beetle outbreaks did not include extreme outbreaks such as the one that recently occurred in the RGNF. The Region 2 and the Rio Grande experts who helped develop the insect transition parameters determined that outbreaks of the severity that have recently occurred are too rare to model, and therefore the spruce beetle outbreaks represented in the model represent moderate, but not extreme, severity events.

Insect outbreak transitions were assigned an annual probability of the proportion of susceptible stands transitioning during outbreak / duration of outbreak. Cyclical multipliers were applied so in non-outbreak years a multiplier of zero caused no change and in outbreak years the transition occurred at its assigned probability. Each Monte Carlo simulation had a different sequence of cyclical multipliers with variable timing and interval between outbreaks, within the parameters of table 20.

Insect outbreak transitions were modeled spatially in the SFM, MCW, MCD and PJO models. We used a patch size distribution based on similar species in the Blue Mountains, Oregon, due to lack of information about outbreak patch sizes on the RGNF (figure 11).



**Figure 11. Patch size distribution of insect outbreaks modeled in SFM, MCW, MCD and PJO ecosystems.**

## *Management*

Management treatments were modeled as probabilistic transitions in the STSMs and allocated an average annual number of acres under the No Action scenario. We removed the management transitions from the

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 83 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

original Region 3 STSMs for MCW, MCD, PJO and SFM, and developed new transitions based on feedback from experts on the RGNF through a series of meetings.

Management data were compiled for the RGNF from the US Forest Service FACTS database (including a shapefile with spatial data) to determine the type and amount (acres) of treatments to model in the No Action scenario, which represents continuing current management or business-as-usual (table 21). The FACTS database included treatments on the RGNF from 2004-2014. With assistance from RGNF experts, we combined transitions into eight major types, including: broadcast burning, group selection, mastication, planting of trees, salvage harvest, shelterwood, clearcutting, and thinning.

**Table 21. Management treatments and codes in the US Forest Service FACTS database for the RGNF and their corresponding treatment types in the STSMs. Where the treatment type is NA, it was determined that the treatment was not a management activity (e.g. wildfire), the treatment could not be modeled using the STSMs (e.g. wildlife habitat improvement) or the treatment perimeter was redundant with another treatment (e.g., piling of fuels), and therefore it was not modeled in the STSMs.**

| Activity Code | Activity Name | STSM Management Treatment Type |
|---|---|---|
| 1111 | Broadcast Burning - Covers a majority of the unit | Broadcast Burning |
| 4491 | Site Preparation for Natural Regeneration - Burning | Broadcast Burning |
| 1113 | Underburn - Low Intensity (Majority of Unit) | Broadcast Burning |
| 4152 | Group Selection Cut (UA/RH/FH) | Group Selection |
| 4113 | Stand Clearcut (EA/RH/FH) | Clearcut-Stand |
| 4117 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | Clearcut-Stand |
| 1152 | Compacting/Crushing of Fuels | Mastication |
| 1000 | Fuels and Fire Activities | Mastication |
| 1150 | Rearrangement of Fuels | Mastication |
| 4382 | Certification of Natural Regeneration without Site Prep | NA |
| 1130 | Burning of Piled Material | NA |
| 1117 | Wildfire - Natural Ignition | NA |
| 6080 | Wildlife Habitat Seeding and planting | NA |
| 4383 | Certification-Planted | NA |
| 1112 | Jackpot Burning - Scattered concentrations | NA |
| 1153 | Piling of Fuels, Hand or Machine | NA |
| 2320 | Range Seeding and Planting | NA |
| 6050 | Wildlife Habitat Improvement | NA |
| 4401 | Reforestation Need Created by Harvest | NA |
| 4402 | Reforestation Need Created by Fire | NA |
| 4403 | Reforestation Need created by Insect or Disease Agents | NA |
| 4432 | Fill-in or RePlant Trees | Plant Trees |
| 4431 | Plant Trees | Plant Trees |
| 4143 | Overstory Removal Cut (from advanced regeneration) (EA/RH/FH) | Salvage Harvest |
| 4231 | Salvage Cut (intermediate treatment, not regeneration) | Salvage Harvest |
| 4232 | Sanitation Cut | Salvage Harvest |
| 4145 | Shelterwood Removal Cut (w/ leave trees) (EA/NRH/FH) | Shelterwood |
| 4151 | Single-tree Selection Cut (UA/RH/FH) | Shelterwood |
| 4183 | Two-aged Seed-tree Seed and Removal Cut (w/res) (2A/RH/FH) | Shelterwood |

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 84 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| Activity Code | Activity Name | STSM Management Treatment Type |
|---|---|---|
| 4193 | Two-aged Shelterwood Establishment and Removal Cut (w/ res) (2A/RH/FH) | Shelterwood |
| 4141 | Shelterwood Removal Cut (EA/NRH/FH) | Shelterwood |
| 4111 | Patch Clearcut (EA/RH/FH) | Clearcut-Patch |
| 4115 | Patch Clearcut (w/ leave trees) (EA/RH/FH) | Clearcut-Patch |
| 4521 | Precommercial Thin | Thinning |
| 1160 | Thinning for Hazardous Fuels Reduction | Thinning |
| 4511 | Tree Release and Weed | Thinning |

Management information was compiled by treatment type, ecosystem and management area using a spatial overlay to allocate an average annual number of acres treated in each ecosystem and management area (table 22). Only treatments that experts determined were likely to be unique treatment perimeters were included. For instance, entries that indicated a "reforestation need" were unlikely to be actual treatments, and others overlapped with similar treatments. Patch clearcutting was combined with stand clear cutting due to the small number of acres in patch clearcutting (average 9 acres per year). Treatments with annual area <5 acres/year per combination of ecosystem/management area were omitted. No treatments were included in the montane riparian model because the annual acres treated was <20.

**Table 22. Management treatments modeled in each ecosystem and management area under the No Action scenario. Ecosystem codes correspond to table 17, management areas are defined in table 16 in appendix A, and treatment groups are listed in table 21.**

| Ecosystem | Management Area | STSM Management Transition | Acres Per Year |
|---|---|---|---|
| MCD | General | Broadcast Burning | 16 |
| MCD | Wildlife | Broadcast Burning | 25 |
| MCD | General | Plant Trees | 11 |
| MCD | Wildlife | Plant Trees | 45 |
| MCD | Dispersed Recreation | Salvage Harvest | 12 |
| MCD | Wildlife | Salvage Harvest | 49 |
| MCD | General | Salvage Harvest | 93 |
| MCD | General | Thinning | 66 |
| MCD | Wildlife | Thinning | 103 |
| MCD | Dispersed Recreation | Thinning | 19 |
| MCD | Special Interest Areas_National River System | Thinning | 30 |
| MCW | Wildlife | Broadcast Burning | 18 |
| MCW | Special Interest Areas_National River System | Broadcast Burning | 19 |
| MCW | Special Interest Areas_National River System | Salvage Harvest | 14 |
| MCW | Wildlife | Salvage Harvest | 40 |
| MCW | Backcountry | Thinning | 8 |
| MCW | Dispersed Recreation | Thinning | 21 |
| MCW | Wildlife | Thinning | 39 |
| MCW | General | Thinning | 123 |
| MSG | Special Interest Areas_National River System | Broadcast Burning | 16 |

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| Ecosystem | Management Area | STSM Management Transition | Acres Per Year |
|---|---|---|---|
| MSG | General | Broadcast Burning | 93 |
| MSG | Wildlife | Broadcast Burning | 362 |
| PJO | General | Broadcast Burning | 5 |
| PJO | Special Interest Areas_National River System | Broadcast Burning | 13 |
| PJO | Wildlife | Broadcast Burning | 192 |
| PJO | General | Mastication | 48 |
| PJO | Wildlife | Mastication | 108 |
| PJO | Dispersed Recreation | Thinning | 7 |
| PJO | Wildlife | Thinning | 16 |
| PJO | General | Thinning | 23 |
| PJO | Special Interest Areas_National River System | Thinning | 31 |
| SFM | Special Interest Areas_National River System | Broadcast Burning | 8 |
| SFM | General | Broadcast Burning | 16 |
| SFM | Wildlife | Broadcast Burning | 77 |
| SFM | General | Clearcut-Stand | 47 |
| SFM | General | Group Selection | 101 |
| SFM | General | Plant Trees | 105 |
| SFM | Backcountry | Salvage Harvest | 12 |
| SFM | Special Interest Areas_National River System | Salvage Harvest | 41 |
| SFM | Wildlife | Salvage Harvest | 110 |
| SFM | General | Salvage Harvest | 679 |
| SFM | General | Shelterwood | 81 |

Management transitions were modeled spatially with a patch size distribution derived from the activities in the FACTS database (figure 12).



**Figure 12. Patch size distribution of management transitions modeled in the RGNF under the No Action scenario.**

Rvsd Plan - 00000085

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 86 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

# Habitat Structural Stages

Each state class in the STSMs was assigned a habitat structural stage (HSS) for display in the report (table 23). State classes consisted of a cover type, representing the dominant vegetation species or groups, and a structural stage, representing structural characteristics such as size and canopy cover.

**Table 23. State classes by ecosystem in the STSMs, their descriptions (including cover type and structural stage), and their HSS. State class IDs correspond to maps produced by ST-Sim and HSS are used to display results in the main report.**

| ID | Ecosystem | Name | Cover Type | Cover Type Description | Structural Stage | Structural Stage Description | HSS |
|---|---|---|---|---|---|---|---|
| 5 | LF_2811440 | Early1:ALL | Early1 | Early-Develop1 | ALL | AllStructures | 1M |
| 10 | LF_2811440 | Late1:CLS | Late1 | Late-Develop1 | CLS | Closed | 1M |
| 5 | LF_2811590 | Early1:ALL | Early1 | Early-Develop1 | ALL | AllStructures | 4B |
| 34 | LF_2811590 | Mid1:CLS | Mid1 | Mid-Develop1 | CLS | Closed | 4C |
| 49 | R3_GAM | PM:MOA | PM | PerennialGrass/MidShrub | MOA | Gr-Mid_Sh-Open_Tr-Absent | 2S |
| 67 | R3_GAM | T:SSC | T | TallShrub | SSC | Gr-Sparse_Sh-Sparse_Tr-Closed | 2S |
| 68 | R3_GAM | TP:OSO | TP | TallShrub/PerennialGrass | OSO | Gr-Open_Sh-Sparse_Tr-Open | 2S |
| 69 | R3_GAM | TP:SSM | TP | TallShrub/PerennialGrass | SSM | Gr-Sparse_Sh-Sparse_Tr-Mid | 2S |
| 3 | R3_ISS | D:OOA | D | SeededGrass | OOA | Gr-Open_Sh-Open_Tr-Absent | 2S |
| 35 | R3_ISS | MP:OOA | MP | MidShrub/PerennialGrass | OOA | Gr-Open_Sh-Open_Tr-Absent | 2S |
| 36 | R3_ISS | MP:SOA | MP | MidShrub/PerennialGrass | SOA | Gr-Sparse_Sh-Open_Tr-Absent | 2S |
| 51 | R3_ISS | PM:OSA | PM | PerennialGrass/MidShrub | OSA | Gr-Open_Sh-Sparse_Tr-Absent | 2S |
| 71 | R3_ISS | X:MSA | X | Exotics | MSA | Gr-Mid_Sh-Sparse_Tr-Absent | 2S |
| 73 | R3_ISS | XM:OOA | XM | Exotics/MidShrub | OOA | Gr-Open_Sh-Open_Tr-Absent | 2S |
| 12 | R3_MCD | MCD:A.GFB | MCD | Mixed Conifer-Dry | A.GFB | Grass-Forb-Brush | 1T/2T |
| 13 | R3_MCD | MCD:B.sso | MCD | Mixed Conifer-Dry | B.sso | B.Seedling/Sapling_Open | 3A |
| 14 | R3_MCD | MCD:C.smo | MCD | Mixed Conifer-Dry | C.smo | C.Small_Open | 3A |
| 15 | R3_MCD | MCD:D.mos | MCD | Mixed Conifer-Dry | D.mos | D.Medium_Open_Single | 4A |
| 16 | R3_MCD | MCD:E.vos | MCD | Mixed Conifer-Dry | E.vos | E.VLarge_Open_Single | 4A |
| 17 | R3_MCD | MCD:F.ssc | MCD | Mixed Conifer-Dry | F.ssc | F.Seedling/Sapling_Closed | 3C |
| 18 | R3_MCD | MCD:G.smc | MCD | Mixed Conifer-Dry | G.smc | G.Small_Closed | 3C |
| 19 | R3_MCD | MCD:H.mcs | MCD | Mixed Conifer-Dry | H.mcs | H.Medium_Closed_Single | 4C |

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| ID | Ecosystem | Name | Cover Type | Cover Type Description | Structural Stage | Structural Stage Description | HSS |
|----|-----------|------|------------|------------------------|------------------|------------------------------|-----|
| 20 | R3_MCD | MCD:I.vcs | MCD | Mixed Conifer-Dry | I.vcs | I.VLarge_Closed_Single | 4C |
| 21 | R3_MCD | MCD:J.mom | MCD | Mixed Conifer-Dry | J.mom | J.Medium_Open_Multi | 4A |
| 22 | R3_MCD | MCD:K.vom | MCD | Mixed Conifer-Dry | K.vom | K.VLarge_Open_Multi | 4A |
| 23 | R3_MCD | MCD:L.mcm | MCD | Mixed Conifer-Dry | L.mcm | L.Medium_Closed_Multi | 4C |
| 24 | R3_MCD | MCD:M.vcm | MCD | Mixed Conifer-Dry | M.vcm | M.VLarge_Closed_Multi | 4C |
| 25 | R3_MCD | MCD:N.unc | MCD | Mixed Conifer-Dry | N.unc | N.Grass_Forb_Brush/Shrub Unchar | 1T/2T |
| 160 | R3_MCD | MCD:O.ssm | MCD | Mixed Conifer-Dry | O.ssm | O.Seedling/Sapling_Mid | 3B |
| 161 | R3_MCD | MCD:P.smm | MCD | Mixed Conifer-Dry | P.smm | P. Small_Mid | 3B |
| 162 | R3_MCD | MCD:Q.mms | MCD | Mixed Conifer-Dry | Q.mms | Q.Medium_Mid_Single | 4B |
| 163 | R3_MCD | MCD:R.vms | MCD | Mixed Conifer-Dry | R.vms | R.VLarge_Mid_Single | 4B |
| 164 | R3_MCD | MCD:S.mmm | MCD | Mixed Conifer-Dry | S.mmm | S.Medium_Mid_Multi | 4B |
| 165 | R3_MCD | MCD:T.vmm | MCD | Mixed Conifer-Dry | T.vmm | T.VLarge_Mid_Multi | 4B |
| 159 | R3_MCW | Aspen:Aspen | Aspen | Aspen | Aspen | Aspen | Aspen |
| 4 | R3_MCW | Early A:GFB | Early A | Early State with no elk | GFB | Grass-Forb-Brush | 1T/2T |
| 26 | R3_MCW | MC-I:G.so | MC-I | Mixed Conifer-Wet Shade Intolerant | G.so | G.Seed/Sap/Small_Open | 3A |
| 27 | R3_MCW | MC-I:H.mos | MC-I | Mixed Conifer-Wet Shade Intolerant | H.mos | H.Medium_Open_Single | 4A |
| 28 | R3_MCW | MC-M:I.vos | MC-M | Mixed Conifer-Wet Mixed Tolerant | I.vos | I.VLarge_Open_Single | 4A |
| 29 | R3_MCW | MC-M:J.vom | MC-M | Mixed Conifer-Wet Mixed Tolerant | J.vom | J.VLarge_Open_Multi | 4A |
| 30 | R3_MCW | MC-T:C.sc | MC-T | Mixed Conifer-Wet Shade Tolerant | C.sc | C.Seed/Sap/Small_Closed | 3C |
| 31 | R3_MCW | MC-T:D.mcs | MC-T | Mixed Conifer-Wet Shade Tolerant | D.mcs | D.Medium_Closed_Single | 4C |
| 32 | R3_MCW | MC-T:E.vcs | MC-T | Mixed Conifer-Wet Shade Tolerant | E.vcs | E.VLarge_Closed_Single | 4C |
| 33 | R3_MCW | MC-T:F.vcm | MC-T | Mixed Conifer-Wet Shade Tolerant | F.vcm | F.VLarge_Closed_Multi | 4C |
| 166 | R3_MCW | MC-T:K.sm | MC-T | Mixed Conifer-Wet Shade Tolerant | K.sm | K.Seed/Sap/Small_Mid | 3B |
| 167 | R3_MCW | MC-T:L.mms | MC-T | Mixed Conifer-Wet Shade Tolerant | L.mms | L.Medium_Mid_Single | 4B |
| 168 | R3_MCW | MC-T:M.vms | MC-T | Mixed Conifer-Wet Shade Tolerant | M.vms | M.Vlarge_Mid_Single | 4B |
| 169 | R3_MCW | MC-T:N.vmm | MC-T | Mixed Conifer-Wet Shade Tolerant | N.vmm | N.Vlarge_Mid_Multi | 4B |
| 37 | R3_MSG | NP:OSO | NP | Conifer/PerennialGrass | OSO | Gr-Open_Sh-Sparse_Tr-Open | 1M |
| 38 | R3_MSG | P:CAA | P | PerennialGrass | CAA | Gr-Closed_Sh-Absent_Tr-Absent | 1M |
| 39 | R3_MSG | P:MAA | P | PerennialGrass | MAA | Gr-Mid_Sh-Absent_Tr-Absent | 1M |

Rvsd Plan - 00000087

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| ID | Ecosystem | Name | Cover Type | Cover Type Description | Structural Stage | Structural Stage Description | HSS |
|----|-----------|------|------------|------------------------|------------------|------------------------------|-----|
| 40 | R3_MSG | P:OAA | P | PerennialGrass | OAA | Gr-Open_Sh-Absent_Tr-Absent | 1M |
| 53 | R3_MSG | RP:COO | RP | RuderalGrass/PerennialGrass | COO | Gr-Closed_Sh-Open_Tr-Open | 1M |
| 42 | R3_PJO | PJO:B.sso | PJO | Pinyon-Juniper | B.sso | B.Seedling/Sapling_Open | 3A |
| 43 | R3_PJO | PJO:C.smo | PJO | Pinyon-Juniper | C.smo | C.Small_Open | 3A |
| 44 | R3_PJO | PJO:D.mvo | PJO | Pinyon-Juniper | D.mvo | D.Medium to Very Large_Open | 4A |
| 48 | R3_PJO | PJO:GFB | PJO | Pinyon-Juniper | GFB | Grass-Forb-Brush | 1T/2T |
| 170 | R3_PJO | PJO:H.ssm | PJO | Pinyon-Juniper | H.ssm | H.Seed/Sap_Mid | 3B |
| 171 | R3_PJO | PJO:I.smm | PJO | Pinyon-Juniper | I.smm | I.Small_Mid | 3B |
| 172 | R3_PJO | PJO:J.mvm | PJO | Pinyon-Juniper | J.mvm | J.Medium to Very Large_Mid | 4B |
| 2 | R3_SAG | D:MOA | D | SeededGrass | MOA | Gr-Mid_Sh-Open_Tr-Absent | 2S |
| 6 | R3_SAG | JP:OOM | JP | Juniper/PerennialGrass | OOM | Gr-Open_Sh-Open_Tr-Mid | 2S |
| 8 | R3_SAG | JX:MSO | JX | Juniper/Exotics | MSO | Gr-Mid_Sh-Sparse_Tr-Open | 2S |
| 52 | R3_SAG | PS:OSA | PS | PerennialGrass/Sagebrush | OSA | Gr-Open_Sh-Sparse_Tr-Absent | 2S |
| 54 | R3_SAG | S:SMA | S | Sagebrush | SMA | Gr-Sparse_Sh-Mid_Tr-Absent | 2S |
| 63 | R3_SAG | SP:OMA | SP | Sagebrush/PerennialGrass | OMA | Gr-Open_Sh-Mid_Tr-Absent | 2S |
| 64 | R3_SAG | SP:OOA | SP | Sagebrush/PerennialGrass | OOA | Gr-Open_Sh-Open_Tr-Absent | 2S |
| 65 | R3_SAG | SPJ:OOO | SPJ | Sagebrush/PerenGrass/Juniper | OOO | Gr-Open_Sh-Open_Tr-Open | 2S |
| 66 | R3_SAG | SPX:MOA | SPX | Sagebrush/PerennialGrass/Exotics | MOA | Gr-Mid_Sh-Open_Tr-Absent | 2S |
| 70 | R3_SAG | X:MAA | X | Exotics | MAA | Gr-Mid_Sh-Absent_Tr-Absent | 2S |
| 74 | R3_SAG | XS:MOA | XS | Exotics/Sagebrush | MOA | Gr-Mid_Sh-Open_Tr-Absent | 2S |
| 75 | R3_SAG | YP:OMA | YP | EarlySeralShrub/PerennialGrass | OMA | Gr-Open_Sh-Mid_Tr-Absent | 2S |
| 159 | Aspen:Aspen | Aspen:Aspen | Aspen | Aspen | Aspen | Aspen | Aspen |
| 4 | R3_SFM | Early A:GFB | Early A | Early State with no elk | GFB | Grass-Forb-Brush | 1T/2T |
| 55 | R3_SFM | SFM-I:G.so | SFM-I | Spruce-Fir Mix-Shade Intolerant | G.so | G.Seed/Sap/Small_Open | 3A |
| 56 | R3_SFM | SFM-I:H.mos | SFM-I | Spruce-Fir Mix-Shade Intolerant | H.mos | H.Medium_Open_Single | 4A |
| 57 | R3_SFM | SFM-M:I.vos | SFM-M | Spruce-Fir Mix Mixed Shade Tolerant | I.vos | I.VLarge_Open_Single | 4A |
| 58 | R3_SFM | SFM-M:J.vom | SFM-M | Spruce-Fir Mix Mixed Shade Tolerant | J.vom | J.VLarge_Open_Multi | 4A |
| 59 | R3_SFM | SFM-T:C.sc | SFM-T | Spruce-Fir Mix Shade Tolerant | C.sc | C.Seed/Sap/Small_Closed | 3C |
| 60 | R3_SFM | SFM-T:D.mcs | SFM-T | Spruce-Fir Mix Shade Tolerant | D.mcs | D.Medium_Closed_Single | 4C |

Rvsd Plan - 00000088

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

| ID | Ecosystem | Name | Cover Type | Cover Type Description | Structural Stage | Structural Stage Description | HSS |
|---|---|---|---|---|---|---|---|
| 61 | R3_SFM | SFM-T:E.vcs | SFM-T | Spruce-Fir Mix Shade Tolerant | E.vcs | E.VLarge_Closed_Single | 4C |
| 62 | R3_SFM | SFM-T:F.vcm | SFM-T | Spruce-Fir Mix Shade Tolerant | F.vcm | F.VLarge_Closed_Multi | 4C |
| 173 | R3_SFM | SFM-T:K.sm | SFM-T | Spruce-Fir Mix Shade Tolerant | K.sm | K.Seed/Sap/Small_Mid | 3B |
| 174 | R3_SFM | SFM-T:L.mms | SFM-T | Spruce-Fir Mix Shade Tolerant | L.mms | L.Medium_Mid_Single | 4B |
| 175 | R3_SFM | SFM-T:M.vms | SFM-T | Spruce-Fir Mix Shade Tolerant | M.vms | M.Vlarge_Mid_Single | 4B |
| 176 | R3_SFM | SFM-T:N.vmm | SFM-T | Spruce-Fir Mix Shade Tolerant | N.vmm | N.Vlarge_Mid_Multi | 4B |

Rvsd Plan - 00000089

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 90 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems

# References

Baker, WL. 2006. Fire and Restoration of Sagebrush Ecosystems. Wildlife Society Bulletin 34:177-185.

Buechling, A and Baker, WL. 2004. A fire history from tree rings in a high-elevation forest of Rocky Mountain National Park. Canadian Journal of Forest Research 34: 1259–1273.

Floyd, ML, Romme, WH and Hanna, DD. 2000. Fire History and Vegetation Pattern in Mesa Verde National Park, Colorado, USA. Ecological Applications 10: 1666-1680.

Floyd, ML, Hanna, DD and Romme, WH. 2004. Historical and recent fire regimes in Piñon–Juniper woodlands on Mesa Verde, Colorado, USA. Forest Ecology and Management 198 (2004) 269–289.

Kipfmueller, KF and Baker, WL. 2000. A fire history of a subalpine forest in south-eastern Wyoming, USA. Journal of Biogeography 27: 71–85.

Romme, WH, Allen, CD, Bailey, JD, Baker, WL, Bestelmeyer, BT, Brown, PM, Eisenhart, KS, Floyd, ML, Huffman, DW, Jacobs, BF, Miller, RF, Muldavin, EH, Swetnam, TW, Tausch, RJ and Weisberg, PJ. Historical and Modern Disturbance Regimes, Stand Structures, and Landscape Dynamics in Piñon–Juniper Vegetation of the Western United States. Rangeland Ecology & Management, 62:203-222.

Shinneman, DJ and Baker, WL. 2009. Historical Fire and Multi-decadal Drought as Context for Piñon—Juniper Woodland Restoration in Western Colorado. Ecological Applications 19: 1231-1245

Sibold, JS, Veblen, TT, Gonzalez, ME. 2006. Spatial and temporal variation in historic fire regimes in subalpine forests across the Colorado Front Range in Rocky Mountain National Park, Colorado, USA. Journal of Biogeography 32: 631–647

Veblen, TT, Hadley, KS, Nel, EM, Kitzberger, T, Reid, M and Villalba, R. 1994. Regime and Disturbance Interactions in a Rocky Mountain Subalpine Forest. Journal of Ecology 82: 125-135.

Rvsd Plan - 00000090

# Rio Grande National Forest – Assessments 1 and 3 Aquatic and Riparian Ecosystem Integrity, Systems Drivers and Stressors



Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

# Contents

Introduction .................................................................................................................................. 1
Information Sources and Gaps...................................................................................................... 1
   Key Information Sources ......................................................................................................... 1
   Key Information Gaps.............................................................................................................. 2
Existing Forest Plan Direction...................................................................................................... 2
Scale of Analysis .......................................................................................................................... 3
Relevant Aquatic and Riparian Ecosystems: ............................................................................... 3
Key Ecosystem Characteristics (12.13): ...................................................................................... 3
Assessment of Ecosystem Integrity (12.14): ............................................................................... 4
   1.   Presence, abundance, and condition of rare and unique habitat types, such as fens, bogs, and seeps and springs................................................................................................................. 4
   2.   Riparian, wetland, and groundwater- dependent habitat structure.................................. 5
   3.   Watershed and hydrology attributes, such as elevation, aspect, drainage patterns, geology, stream gradients, and distribution of perennial, intermittent, and ephemeral channels. ...................... 5
   4.   Hydrologic flow regimes including time, duration, magnitude. ..................................... 9
   5.   Distribution of streams and size of stream network with unimpeded aquatic organism passage. 10
   6.   Stream length with adequate flow for beneficial uses and sustenance of aquatic habitats and species. ....................................................................................................................................... 10
   7.   Miles of impaired perennial streams, including stream and lake temperatures and nutrient regimes. ...................................................................................................................................... 11
   8.   Presence or absence of native species vs. non-native or invasive species. ................... 11
   9.   Species richness and distribution of macroinvertebrates. ........................................... 12
   10.   Lack of stressors that reduce or truncate stream connectivity and aquatic habitat quality. .... 13
Description of Natural Range of Variation (or Alternative Approach) (12.14a or b): .......................... 14
Assessment of Status and Trends (12.14c): ............................................................................... 14
Assessment of Riparian Areas and Groundwater-dependent Ecosystems (12.14d) .............................. 15
System Drivers (12.31)................................................................................................................ 16
   Geology/Geochemistry: ......................................................................................................... 17
   Geology/Sedimentation:......................................................................................................... 17
   Hydroclimatic Regime: .......................................................................................................... 17
   Stream Gradient: .................................................................................................................... 18
   Glaciation and Wetland Development: .................................................................................. 19
   Stream Density Analysis:....................................................................................................... 19
   Summary of the Ecological Driver Cluster Analysis:........................................................... 19
Man-made Stressors ................................................................................................................... 20
   Stressors Associated with Water Use: ................................................................................... 20
   Stressors Associated with Transportation ............................................................................. 23
   Recreation: Developed Recreation Sites ............................................................................... 26
Stressors Associated with Biological Considerations................................................................. 27
   Aquatic Nuisance Species:..................................................................................................... 27
   Influence of Beaver:............................................................................................................... 27
   Grazing:.................................................................................................................................. 28
   Seeps and Spring Developments:........................................................................................... 29
   Timber and Vegetation Management:..................................................................................... 30
   Wildfire:................................................................................................................................. 30
Places at Risk.............................................................................................................................. 31
Need for Change ......................................................................................................................... 32

Rvsd Plan - 00000093

Stressors Associated with Potential Climate Change ........................................................................... 32
Management Considerations for Climate Change ........................................................................... 35
Projected Future Change in Mean Annual Flow for Streams within the Rio Grande National Forest
and surrounding ecosystem: Focus on Climate Change ...................................................... 35
Conclusions ....................................................................................................................................... 42
Literature Cited ....................................................................................................................................... 43

# List of Figures

Figure 1. Percent difference in historic mean annual flows relative to flows projected for 2040 on the Rio
Grande National Forest. The southern Sangre de Cristo mountain range and streams at the lower
elevations are predicted to have the largest change under unregulated conditions............................. 36
Figure 2. Percent difference in historic mean annual flows relative to flows projected for 2080 on the Rio
Grande National Forest. Mean annual discharge will decline for all; most streams are expected to be
reduced by more than 5 percent in 2080. .......................................................................................... 37
Figure 3. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from west to
east (top) across the Rio Grande National Forest. The relatively high percentage change in the east
boundary can be explained by the influence of the Sangre de Cristo mountain range where mean
annual flows are expected to be reduced as much as 30 percent in some years by 2080. .................. 38
Figure 4. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from south to
north (bottom) across the Rio Grande National Forest. The estimated increase in mean annual flows
in the north (bottom) can be explained by the high elevation Continental Divide. ............................ 39
Figure 5. Percent difference in mean annual flows in 2040 and 2080 relative to elevation of stream reach
midpoint. ............................................................................................................................................. 40
Figure 6. Percent difference in mean annual flows in 2040 and 2080 relative to historic flow levels on the
Rio Grande National Forest. ............................................................................................................... 41

Rvsd Plan - 00000094

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 95 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

# Introduction

In assessments 1 and 3, we (the USDA Forest Service, Rio Grande National Forest) evaluate available information about ecosystem integrity and stressors and threats to integrity on the Rio Grande National Forest, as outlined in Forest Service Handbook 1909.12, Chapter 10, Section 12.1 and 12.3. In this report, we will briefly assess the current condition, system drivers and stressors related to the aquatic and riparian ecosystems on the Rio Grande National Forest, with further discussion and analysis provided in appendices A and B, which are posted separately.

Riparian areas are the important ecosystems along streams, lakes, and other water bodies. Riparian areas are actually three-dimensional:  they extend down into the groundwater, up above the canopy, outward across the floodplain, up the near-slopes that drain to the water, laterally into the terrestrial ecosystem, and along the water course at variable widths. On the Rio Grande National Forest, there are roughly 130,000 acres of riparian areas (about 7 percent of the Forest), associated with over 11,000 miles of streams and other wetland areas.

Plants in a riparian area, like willows and sedges, depend on the water source. This distinct water-loving vegetation makes most riparian areas easy to recognize. Riparian areas are home to a greater variety of aquatic and terrestrial wildlife than any other habitat type across the landscape. Riparian areas are also important in maintaining water quality and stream flows by capturing sediment, trapping organic matter, and regulating flooding. Riparian area *integrity* is a requirement of the new Forest Service planning rule, and the Forest Plan must ensure that no management practices cause detrimental changes in water temperature or chemical composition, blockages of water courses, or deposits of sediment that seriously and adversely affect water conditions or fish habitat.

Aquatic ecosystems are the streams, lakes, and other water bodies that support fish and other aquatic species. This topic addresses the *integrity* of aquatic ecosystems. There are over 11,000 miles of stream channels in the Rio Grande National Forest, of which 1,800 miles have perennial streams. There are also 75 lakes and reservoirs, covering about 1,200 acres on the Forest. Aquatic ecosystem *integrity* is a requirement of the Forest Service planning rule. Integrity is measured by (1) whether or not the dominant characteristics of the ecosystem (stream flow, timing, water quality, water quantity, stream temperature, sedimentation, etc.) are within the range of what would occur "naturally" (*natural range of variability*), and (2) can stay within that range as each ecosystem is influenced by stressors such as climate change, as well as developments and uses of the forest.

## Information Sources and Gaps

### Key Information Sources

- Rio Grande National Forest Riparian Inventory Project – USDA Forest Service Washington Office (Abood 2015)
- Assessment of Wetland Condition on the Rio Grande National Forest (Colorado Natural Heritage Program)
- Ecological Driver Classification and Analysis for Aquatic Systems – R2 Regional Office (Winters 2016)
- Fen Evaluation Report (Colorado Natural Heritage Program –expected February 2016)
- Rio Grande National Forest Monitoring Report Summary 1997-2012

Rvsd Plan - 00000095

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 96 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

### Key Information Gaps

- The condition of seeps and springs on the Forest, including the number with diversions/watering troughs, and potential effects on ecological site integrity.

- Riparian habitat condition attributes involving riparian willow growth and browsing influences, particularly in lower elevation stream zones.

- Amount and distribution of pugging and hummocking in wetland-associated soils from ungulates, and ecological trend of areas where this condition exists.

- Information pertaining to how existing reservoirs on the Forest might modify preferred habitat attributes for aquatic species.

- Extent and distribution of Aquatic Nuisance Species, particularly whirling disease in tributary streams and relationship to local sedimentation issues.

- Information pertaining to aquatic invertebrate diversity, status and distribution, and effects of natural and anthropogenic disturbances to this resource.

- Information pertaining to the number of culverts possibly influencing aquatic organism passage.

- There is a lack of quantitative base and trend data on stream health, particularly physical function, i.e., stream pattern, profile, and dimension.

- There is a lack of quantitative information on groundwater resources, particularly groundwater-dependent ecosystems.

## Existing Forest Plan Direction

Our current Forest Plan generally describes the types of uses allowed on the Forest for each management area. The management areas in the current plan do not follow watershed boundaries, but the functioning of each watershed was considered when the management areas were originally developed.

Our current Forest Plan incorporates direction from the Forest Service Rocky Mountain Region's Water Conservation Practices Handbook. This handbook includes guidance and direction for riparian areas in the Region. This direction is consistent with, and sometimes exceeds, state-required Best Management Practices (BMPs), and meets Clean Water Act Section 404 guidelines. Only activities that maintain or improve long-term stream health are allowed in riparian areas. There is guidance to keep heavy equipment out of these areas and only cross at designated points. Concentrated uses such as recreation sites are not allowed.

In the current Forest Plan, we established desired conditions for all stream segments near a "reference" condition (a condition based on the expected natural range of variability). Our goal is to maintain or improve fish habitat in streams, lakes, and ponds, and to protect, conserve, and restore important habitats. In the Forest Plan, we also issued guidance to return and/or maintain sufficient stream flows under appropriate authorities to minimize damage to scenic and aesthetic values, fish and wildlife habitat, and to otherwise protect the environment. While in the 1996 Forest Plan we recommended acquiring additional instream flows on the forest; in 2000, that recommendation was replaced by a negotiated settlement and related court decree from Division 3 of the Colorado Water Court between the Rio Grande National Forest, and basin water users and districts.

Direction in the current Forest Plan also restricts livestock grazing in riparian areas to specific timeframes and sets limits for the amount of grasses and shrubs that can be grazed. It contains guidance for maintaining vegetative cover, limiting soil compaction, keeping disturbed areas from connecting to each

Rvsd Plan - 00000096

other, controlling road construction and other developments, and controlling use of chemicals or pathogenic pollutants.

In the new Forest Plan, we will incorporate some of the findings of the Forest Service's 2011 Watershed Condition Framework. This was a Nation-wide functional assessment of every 6th level watershed on National Forest System lands according to 12 physical or biological indicators.

## Scale of Analysis

The scales considered for the aquatic analysis include broad-scale, mid-scale, and fine-scale information. The scales vary from the Upper Rio Grande River Basin system to ecosystem-site characteristics involving specific ecological zones, stream reaches, or specific wetlands types. For analysis involving ecosystem drivers, stressors, and management activities, sixth-level subwatersheds (HUCs) were commonly used to characterize and compare conditions on the Forest.

## Relevant Aquatic and Riparian Ecosystems:

Ecological riparian systems within the framework of the Southern Rocky Mountains terrestrial ecological systems that occur on the Rio Grande National Forest (Rondeau 2001, Colorado Natural Heritage Program) are included below:

- Alpine/Subalpine Wet Meadow
- Rocky Mountain Alpine-Montane Wet Meadow
- Rocky Mountain Subalpine-Montane Fen
- Rocky Mountain Subalpine-Montane Riparian Shrubland (Riparian Willow)
- Rocky Mountain Subalpine-Montane Riparian Woodland
- Lower Montane Riparian Woodland Ecological System
- Foothills Riparian Woodland and Shrubland Ecological System
- Western North America Emergent Freshwater Marsh

Additional riparian/wetlands classification from the Rio Grande National Forest Riparian Inventory Report (Abood 2015), is included below:

- Freshwater Emergent Wetlands (61.5 percent)
- Freshwater Forested/Shrub Wetlands (33.1 percent)
- Riverine (4.5 percent)
- Freshwater pond (0.85 percent)

## Key Ecosystem Characteristics (12.13):

- Presence, abundance, and condition of rare and unique habitat types, such as fens, bogs, seeps and springs.
- Riparian, wetland, and groundwater- dependent habitat structure.
- Watershed and hydrology attributes, such as elevation, aspect, drainage patterns, geology, stream gradients, and distribution of perennial, intermittent, and ephemeral channels.
- Hydrologic flow regimes including time, duration, and magnitude.

Rvsd Plan - 00000097

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 98 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

- Distribution of streams and size of stream network with unimpeded aquatic organism passage.
- Stream length with adequate flow for beneficial uses and sustenance of aquatic habitats and species.
- Miles of impaired perennial streams, including stream and lake temperatures and nutrient regimes.
- Presence or absence of native species vs. non-native or invasive species.
- Species richness and distribution of macroinvertebrates.
- Lack of stressors that reduce or truncate stream connectivity and aquatic habitat quality.

# Assessment of Ecosystem Integrity (12.14):

## 1. Presence, abundance, and condition of rare and unique habitat types, such as fens, bogs, and seeps and springs.

The montane fen ecological system includes extreme rich fens and iron fens, both rare within the Southern Rocky Mountains ecoregion. Since this system relies on groundwater, any disturbances that impact water quality or quantity are a threat. Fens, wetlands, seeps and springs are central to ecosystem resilience in light of uncertainties such as climate change. Based on National Wetlands Inventory mapping, there are 42,862 acres of wetlands and water bodies (lakes and reservoirs) on the Rio Grande National Forest, representing approximately 2 percent of the total land area (Lemly, Colorado Natural Heritage Program 2012). Although a final assessment of fens is forthcoming, preliminary evaluations indicate that approximately 73 percent of wetland acres on the Rio Grande National Forest are saturated hydrologic regimes, which likely consist in large part of fens.

Ecosystem integrity as assessed in the Colorado Natural Heritage Program Report indicates that most wetlands on the Rio Grande National Forest are in excellent to good condition (Lemly 2012), with the integrity of key ecosystem characteristics maintained. Floristic quality assessment indices are high for most wetlands, though they vary by both elevation and wetland type.

A query of the National Hydrography Dataset layer for Assessment 2 (Bevinger 2015) shows 125 springs/seeps across the Forest. The seeps and springs layer in the Southern Rockies Landscape Conservation Cooperative does not include site condition and integrity. Low-elevation seeps and springs frequently used for livestock and/or wildlife troughs were not included in the Colorado Natural Heritage Program assessment. Although condition data is lacking for these types of systems, we consider their ecosystem integrity low due to water diversions, trampling, and other impacts. We find this situation most often in drier areas where free-flowing water is limited.

Based on the available information, lower elevation streams and those with limited base flows should be management priorities as they are most likely to be influenced by climate change in the future. The analysis conducted for aquatic systems by Winters et al. (2016) suggests that if these conditions occur in the future, discharge would be significantly reduced, variability would be much higher, and fish and other aquatic biota on the Rio Grande National Forest would decline. To mitigate the impacts of potentially reduced flows due to climate change, we can focus management on maintaining stream structure and surrounding vegetation within their perceived natural range of variation particularly for vulnerable streams, wetlands and riparian areas (Dawson, 2011).

Pugging[1] in saturated soil areas is readily observable in some montane springs and meadow areas where livestock and native ungulates congregate. Heavy cattle use in palustrine systems can alter the hydrology

---

[1] Deep hoof prints left by large ungulates on moist, fine-textured soils of streams and wetlands.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 99 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

by damaging soils. Soil compaction and pugging of the peat layer will change surface water flow. Heavy cattle use can also alter the successional processes within the sedge- dominated area of a fen. Cattle hoof action can lead to pugging and hummocking, creating microsites where shrubs can become established, changing the sedge-dominated meadow to carr shrubland.

## 2. Riparian, wetland, and groundwater- dependent habitat structure.

In addition to the two aquifers in the valley proper, there are shallow alluvial deposits along major streams and rivers in the Rio Grande basin, e.g., upper Saguache Creek, upper Rio Grande River, and upper Conejos Creek, which are hydraulically connected with the basin-fill deposits (see Assessment 2). In the mountainous areas of the Rio Grande National Forest, the alluvium is separate from underlying crystalline-rock aquifers. Groundwater recharge to the aquifers is a combination of mountain-front recharge, annual precipitation, irrigation return flow, streambed infiltration, and down-valley groundwater flow. Thus watersheds across the Rio Grande National Forest are major sources of water to the aquifers.

Groundwater supports many wetlands, springs, and seeps across the Forest. A portion of these are groundwater-dependent ecosystems, which are communities of plants, animals, and other organisms whose existence and distribution depends on access to or discharge of groundwater. There is no inventory of groundwater-dependent ecosystems on the Forest but the National Hydrography Dataset and the National Wetlands Inventory provide information about their potential extent. More specifically, springs/seeps in the National Hydrography Dataset and palustrine emergent wetland types in the National Wetlands Inventory serve as representations for groundwater-dependent ecosystems. Springs/seeps are classified as points where water issues from the ground naturally. Palustrine emergent wetlands are saturated non-tidal areas characterized by erect, rooted, herbaceous hydrophytes where the substrate is saturated to the surface for extended periods during the growing season but no surface water is typically present.

Various woody and non-woody riparian, wetland, and groundwater dependent habitat structure occurs on the Rio Grande National Forest. Approximately 55 percent of the mapped National Wetlands Inventory acres are palustrine emergent or freshwater herbaceous wetlands. When lakes and wetlands are excluded, herbaceous wetlands make up 62 percent of the wetland acres on the forest. Riparian shrub wetlands are the second-most abundant, comprising about 33 percent of the wetland acres. Lemly (2012) noted nearly 500 plant species on the Rio Grande in her wetlands assessment report, suggesting diverse riparian, wetland, and groundwater dependent habitats. Sedges (*Carex* spp.) are the most diverse non-woody plants, with 42 individual species noted. Willows (*Salix* spp.) and bluegrass (*Poa* spp.) are also diverse, with 15 species each. The Colorado Natural Heritage Program Floristic Quality Assessment conducted on 77 wetland sites during 2012 found that Rio Grande National Forest wetland conditions are good, although human influences are evident at lower elevations. The Floristic Quality Assessment suggests that we are maintaining the ecological integrity of most riparian and wetland-related vegetation.

## 3. Watershed and hydrology attributes, such as elevation, aspect, drainage patterns, geology, stream gradients, and distribution of perennial, intermittent, and ephemeral channels.

The Ecological Driver Cluster Analysis developed by Winters et al. (2016) provides key information regarding the physical, chemical, and hydrological attributes that describe the aquatic, riparian and wetland ecosystems on the Rio Grande National Forest. This analysis was based on the 163 subwatersheds (6th Level HUCs) that comprise the Rio Grande National Forest and found that a total of 7 statistically similar clusters with discernibly different ecological characteristics could be identified. Each of the subwatershed clusters reveal characteristics that can be translated in terms of aquatic productivity, sensitivity to management, temperature, aquatic and riparian habitat, and stream discharge characteristics.

Rvsd Plan - 00000099

The key ecosystem drivers evaluated in this analysis and the underlying watershed characteristics associated with them include the following:

- Geology
  - Geochemistry (calcareous or non-calcareous geology)
  - Sediment production (coarse, medium, or fine)
- Hydroclimatic regime
  - Snowfall, rain and snow, or rain dominated regimes
- Stream gradient
  - Low (less than 2 percent), medium (2 to 4 percent) or high (over 4 percent)

## Geology/Geochemistry:

The Rio Grande National Forest is similar to most areas of the Rocky Mountains in that non-calcareous geology dominates the landscape, meaning there are no significant amounts of calcium carbonate. They include igneous rocks; sedimentary rocks, such as shale, sandstones, mudstones, and siltstones and metamorphic rocks derived from non-calcareous parent rocks, such as gneiss, schists, and quartzites. The properties of these geologies do not have increase aquatic productivity by themselves, and are the most abundant type of geology in the Rocky Mountains. Through the chemical actions with other compounds, igneous geology can cause slightly- to highly-acidic waters. However, non-calcareous geologies can support highly productive aquatic environments where stream gradients, hydroclimatic conditions, and other factors are associated. Non-calcareous geology can also have implications for erosion potential and sediment delivery.

In contrast, calcareous geological types tend to be highly productive for plants, benthic macroinvertebrates and fish as well. Given the inherent solubility of calcareous bedrock, its porous nature is often associated with springs, creating unique wetland habitats. Calcareous bedrock tends to raise the pH of the ambient water and by producing carbon dioxide for photosynthesis and stabilizing temperatures, often supports rare taxa and taxa outside their normal ranges (Hynes 1970). The Rocky Mountains include discrete areas of calcareous geology, creating unique and important aquatic, riparian and wetland ecosystems. Because calcareous geology is uncommon on the Rio Grande National Forest, the areas where it exists warrant consideration for future investigations involving rare taxa, springs and associated streams for native trout restoration. On the Rio Grande National Forest, these areas include the northern and western portion of the Sangre de Cristo Mountains from approximately Crestone Peak northward to the Hayden Pass area, two smaller areas in the southern Sangres near Carbonate Mountain and California Peak, and a small area of National Forest System land to the west of Villa Grove.

## Geology/Sedimentation:

The geology and formative processes that have occurred on and around the Rio Grande National Forest have resulted in two distinctly different zones of sediment. These two zones were created by the "pulling apart" of the valley by the Rio Grande Rift, and abundant volcanic activity that occurred about 30 million years ago.

Sediment produced on the east side of the Forest in the Sangre de Cristo Range is mostly coarse due to an igneous intrusion through ancient sedimentary layers. This material is more difficult to move with stream and overland water flow. However, when moved by erosion processes (either natural or man-made) it settles in wetlands, pool habitats and riparian areas. Once deposited in these areas, sediment becomes

extremely difficult for streams and wetlands to remove as it has settled in areas with lower stream energy, reducing aquatic habitat by filling in wetlands and riparian areas.

In contrast, the sediment produced by the volcanic activity on the west side of the valley in the San Juan Mountains is generally fine to medium in size and can move more readily either naturally or from man-made disturbance. However, it takes a considerable amount of energy to move fine sediments from low-gradient stream systems. This includes depositing fine materials onto adjacent floodplains as occurred historically, which can be constrained by roads, trails, and other human activities often associated with low-gradient stream systems.

## Hydroclimatic Regime:

Annual precipitation across the Forest varies from 12 inches at lower elevations to over 50 inches at higher elevations; generally, precipitation increases 4 to 6 inches for each 1000-foot gain in elevation. In the 12 to 18 inch zone (roughly 8,000 to 9,000 feet), most, if not all, the precipitation goes to satisfying evapotranspiration demands so little to no runoff is generated; an exception can be when summer thunderstorm rainfall intensity exceeds the soil infiltration rate, resulting in overland flow potentially reaching stream channels). Above 9,000 feet the Forest is considered a snow-dominated system in that the majority of the annual precipitation falls in the form of snow, while the remainder is from late spring to early fall rains. Summer thunderstorms can produce short-duration, high-intensity precipitation.

The majority of the Rio Grande National Forest is located in the snow-driven elevation zone. Aquatic productivity is relatively low at these high elevations, although aquatic plants can thrive if food, habitat and other limiting factors are not reduced significantly. Relatively short growing seasons and low temperatures can cause unsuccessful spawning by fish. Connectivity, adequate water and timing, habitat and temperature are major limiting factors for aquatic and semi-aquatic taxa. Ensuring the important natural conditions of ecosystem elements are maintained for these taxa is critical for the continued survival of water dependent species and ecosystem services such as angling. However, a rain and snow dominated regime may exist in the lowest-elevation headwaters of subwatersheds of the Forest (Winters et al. 2016). These areas may contain plants and animals that are more representative of the valley floor. In addition, wetlands may also have different form and function if precipitation and resulting overland flow is modified. Given that the lower elevations of the valley receive little annual precipitation (approximately 8 inches per year), stream channels should be ephemeral or intermittent depending on the presence of groundwater. Wetlands would also be dependent on groundwater reaching the surface where rooting would allow wetland plants to exist.

## Stream Gradient:

Stream gradient influences stream power, aquatic productivity, erosive capability, localized sediment sizes, and floodplain characteristics. As a result, stream gradient dictates the habitat for specific flora and fauna.

Steep-gradient stream reaches are considered "erosional," and low-gradient reaches "depositional" zones. The sediment produced in the erosional zones is deposited in the depositional zones, which thus can be indicators of upstream erosion. Indeed, steep stream channels have narrow floodplains and banks that are 'armored' with large rocks and boulders. They are very resistant to change, but move sediment through them and are migration corridors for aquatic species. Medium-gradient streams can be considered "transitional" reaches and have some combined characteristics of the steep and low gradient reaches. Low-gradient reaches are very susceptible to upstream activities as well as local change. As a result, they typically reflect any changes in channel morphology, temperature, in-stream habitat attributes, and sediment accumulation. Their banks are comprised of typically small alluvium from upstream and are extremely susceptible to erosion if the deep rooting riparian vegetation is removed or damaged. Low-

gradient reaches can act as "reservoirs" for storing water in the valley bottom, especially if there are beavers. Terrestrial and aquatic animals are often much more abundant in low-gradient valleys as habitat is diverse and abundant. Consequently, upstream activities in subwatersheds with low-gradient valleys produce excess sediment, reduce woody material and change discharge dynamics; which can have a dramatic impact on the low-gradient areas. Local impacts that remove woody vegetation, compact riparian soils and damage stream banks can also profoundly impact these important areas.

In the analysis by Winters et al. (2016), only 8 of 162 subwatersheds on the Rio Grande National Forest were dominated by low-gradient stream systems. This is not unusual for the southern Rocky Mountains considering the steep topography and erosional process associated with the landscape. The role of stream gradient reaches and their importance could be a valuable tool for future monitoring. Low-gradient reaches are sensitive to change, as are the plants and animals that inhabit them. By focusing monitoring on these important reaches, species and physical characteristics could be identified and utilized as tools for observing change.

## Glaciation and Wetland Development:

Another landscape attribute that heavily influences aquatic, riparian, and wetland characteristics on the Rio Grande National Forest is past glaciation. The Rio Grande National Forest contains thousands of acres of high quality wetlands and other groundwater-dependent ecosystems that provide essential services to the Forest and lands downstream. A disproportionately large number of wetlands occur in the glaciated areas of the forest. Terminal and lateral moraines often create confined basins where impounded subsurface or surface water allows peat accumulation (Windell et al. 1996; Cooper 1990; and Cooper 2005) whereas kettle ponds promote fen formation along their margins. In addition, glaciation has created wide, relatively level mountain valleys where large wetland complexes tend to form (Rocchio 2006). Understanding how wetlands occur in relation to the geomorphology of the forest can help guide forest planning and management decisions pertaining to aquatic ecosystem sustainability, restoration, and climate change resilience. High mountain wetlands in glaciated areas are fundamentally different than wetlands occurring at lower elevations that were never glaciated (Cooper and Lee 1987).

## Stream Density Analysis:

There are 23 subwatersheds within the Rio Grande National Forest that are in the highest quantile for stream density, with several others being predominantly within its boundaries. There appears to be a correlation between higher elevations and these high density subwatersheds. The San Juan and Weminuche Wilderness areas have high densities of streams that may be beneficial for native fish and amphibian recovery. In addition, these subwatersheds are generally less managed and could continue to provide colder water to lower elevations, especially if the effects of climate change increases water temperatures at lower elevations.

Stratifying the Forest by stream density presents important management considerations and options. These areas could be considered the highest priority for stream- and riparian-related management if other ecological conditions are not an issue. The subwatersheds in the western portion of the Forest may be more productive, because of the capacity for volcanic soils to hold and release important micro nutrients.

## Summary of the Ecological Driver Cluster Analysis:

The analysis found that a total of 7 statistically similar clusters with discernibly different ecological characteristics could be identified on the Rio Grande National Forest. The top three cluster characteristics and others can be defined as follows:

Rvsd Plan - 00000102

- Approximately 33 percent of the Forest (53 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-stream gradients, fine sediments, and a snowmelt hydroclimate.

- Approximately 32 percent of the Forest (52 subwatersheds) can be characterized by the ecological conditions associated dominated by non-calcareous geology, high-stream gradients, coarse sediments, and a snowmelt hydroclimate.

- Approximately 12 percent of the Forest (20 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-stream gradients, coarse sediments, and a snowmelt hydroclimate. The unique characteristic of this cluster is the considerable portion of streams containing low to medium gradients.

- Approximately 9 percent of the Forest (14 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-stream gradients, coarse sediments, and a rain and snow (72 percent) and snowmelt (30 percent) hydroclimate.

- Approximately 8 percent of the Forest (12 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-stream gradients, fine sediments, and a snowmelt hydroclimate. The feature that separates this cluster from others is the high abundance of fine, volcanic soils that could be associated with erosion potential.

- Approximately 6 percent of the Forest (10 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-stream gradients, coarse sediments, and a rain and snow (72 percent) and snowmelt (28 percent) hydroclimate.

- Approximately 1 percent of the Forest (2 subwatersheds) can be characterized by the ecological conditions associated dominated by a calcareous geology, high-stream gradients, coarse sediments, and a snowmelt hydroclimate.

### 4.  Hydrologic flow regimes including time, duration, magnitude.

Information from Assessment 2 (Bevinger 2015) uses a historical USGS gage on the Alamosa River above Terrace Reservoir as a typical representation for water quantity and timing of flows, i.e., flow regime, on the Rio Grande National Forest, streamflow is predominately from annual snowmelt runoff, but there can be small increases in flow for short periods of time due to summer thunderstorm activity. The volume of water contained within these spikes typically represent only a small percentage of the thunderstorm precipitation total, roughly equivalent to the watershed area occupied by stream channels (Troendle and Bevenger 1996). Annual snowmelt flows typically start to increase in late March to early April, peak in late May to early June, and return to baseflow levels in late August to early September. There is considerable year to year variability in the shape of the annual hydrograph and the number of peak flows during the snowmelt period. The magnitude of annual peaks also exhibits considerable variability. Flow duration for perennial streams on the Forest is typical of snowmelt dominated areas where the high flow period is relatively short and gradual release of groundwater maintains a baseflow for the remainder of the water year. The flow regime described here is critical for sustaining current ecosystems across the Forest. Conversely, the current ecosystems also result in and sustain the current flow regimes across the Forest. In other words, a change in one results in a corresponding change to the other.

Streams across the Forest have a low-flow channel, a high-flow or bankfull channel, and a floodplain to handle above-bankfull flows. Flooding is a natural part of the hydrologic cycle and access to the floodplain is critical. The width of the flood prone area varies by stream and valley type and can be relatively narrow, i.e., tens of feet, to very wide, i.e., hundreds of feet. Floodplains and their associated riparian areas are very important in regulating water quality and how water is distributed over time.

Rvsd Plan - 00000103

Healthy stream and riparian systems dissipate flood energy and recharge alluvial aquifers. Water is then slowly released from the aquifers back to the channel during drier periods of the year.

Current trends in hydrologic flow regimes in Colorado over the past 30 years have involved increased average annual temperatures, below average snowpacks, and an earlier snowmelt and peak runoff period.

In recent years, the late-spring snowpack across the Forest has had a brownish color due to heavy deposition of desert dust. Modeling indicates that in moderately dusty year's snowmelt and the peak flow can occur about three weeks earlier and extreme dust loading can add another three weeks, or a total of six weeks of earlier melt and peak. Projected climate change effects may contribute to these issues, thereby further altering the hydrologic flow regime.

## 5. Distribution of streams and size of stream network with unimpeded aquatic organism passage.

We are in the process of collecting information regarding aquatic organism passage on the Forest. For example, information regarding the number of stream crossings and culverts is available, but details regarding the needs and consequences of passage impediments are considered an information gap. In general, impediments to aquatic organism passage are more prevalent in smaller stream networks, and where vegetation management activities have resulted in more roads and stream crossings. We want barriers to aquatic organism passage only where non-native trout species may compete with endemic species such as Rio Grande Cutthroat Trout.

The recent analysis by Winters et al. (2016) found that most culverts and stream crossings on the Rio Grande National Forest are associated with unpaved rather than paved road systems. The values associated with the subwatersheds (6th Level HUCs) on the Forest ranged from 0 stream crossings per mile of stream in valley bottoms (15 subwatersheds, under 10 percent) to 1.3 crossings per stream mile in the West Fork of Pinos Creek subwatershed. A total of 20 of the 30 subwatershed within quantile 5 (the highest ranking) were located totally within the Rio Grande National Forest. These results are considerably different than the paved road results and indicate a relatively high number of unpaved roads in valley bottoms with streams and riparian areas. The concentrations and distribution of roads and stream crossings are going to correlate with levels of human activity. The highest acreage of subwatersheds with unimpeded passage for aquatic organisms is in designated wilderness areas on the west side of the Forest. However, this may not be where we identify the greatest and most important passage needs for fish species.

## 6. Stream length with adequate flow for beneficial uses and sustenance of aquatic habitats and species.

The Rio Grande National Forest is unique in that it has a federally reserved water right which was established by decree in 2000. The Decree provides the Forest 252 reserved instream flow water rights. These rights are quantified in terms of their location and amount of flow that must be satisfied at and upstream of the location, i.e., quantification point. The decree established 303 quantification points on the headwaters of streams and rivers in the eastern San Juan and La Garita mountains and the northern Sangre de Cristos. Each quantification point includes minimum high flows and maximum high flows that vary depending on the time of year. The in-stream flows, which do not involve the removal or consumption of any water, are designed to protect stream function and fish habitat. All streams on the Forest are covered under the decree with substantial benefits to aquatic habitats and species.

The decreed rights allow for improving and protecting the forests within the administrative boundary, securing favorable conditions of water flows, and furnishing a continuous supply of timber for the use and necessities of the citizens of the United States. From an aquatic species point of view the rights also allow

Rvsd Plan - 00000104

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 105 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

for maintaining, improving, protecting, and minimizing damage to 1) riparian ecosystems, including stream dependent wetlands, 2) the natural physical function of stream channels, 3) viable and diverse populations of fish and wildlife, including all habitat necessary for such populations, and 4) public opportunities for outdoor recreation such as angling.

### 7. Miles of impaired perennial streams, including stream and lake temperatures and nutrient regimes.

Information in Assessment 2 indicates that the State of Colorado Integrated Water Quality Monitoring and Assessment Report (Colorado Department of Public Health and Environment 2012), commonly called the 303(d)/305(b) report, indicates 74 percent of the stream miles in the Rio Grande Basin either fully support all classified uses of water (54 of the 74 percent) or support at least one classified use (20 of the 74 percent). Given the above information, it is estimated that there are approximately 468 miles of impaired waterbodies (303(d) listed) within the Rio Grande River Basin, some of which are within the Rio Grande National Forest (Colorado Department of Public Health and Environment 2012). These listed waterbodies are mostly associated with historical mining and are in the Alamosa, Willow, and Kerber Creek watersheds, although the upper Hot Creek subwatershed is also noted in the aquatic report by Winters et al. (2016). Total Maximum Daily Loads (TMDLs) exist for some of these listed waterbodies. Heavy metals and pH are the primary water quality concerns. There are also multiple stream segments across the Forest on the monitoring and evaluation list maintained by the State of Colorado. The impaired waterbodies associated with mining and heavy metals have impacted aquatic habitat values and fisheries resources. The Alamosa River area around Summitville is an EPA Superfund site and considerable restoration work has taken place to improve water quality in the river and its tributaries. Restoration work has also taken place on Willow Creek near Creede (Colorado Department of Public Health and Environment 2013).

From a process category standpoint, a majority of the 152 watersheds are functioning properly relative to aquatic physical and terrestrial biological indicators. Relative to aquatic biological and terrestrial physical processes a majority of the watersheds are functioning at risk. There are no watersheds with impaired terrestrial physical and biological function. There are two watersheds with impaired aquatic physical function. The concern in both of these watersheds is water quality, flow characteristics, habitat fragmentation, and channel shape and function. There are eighteen watersheds with impaired aquatic biological function. The concern in these watersheds is with exotic and aquatic invasive species, and riparian and wetland vegetation condition. In some of the watersheds there is also a concern with life form presence.

### 8. Presence or absence of native species vs. non-native or invasive species.

The Rio Grande National Forest supports three native fish species endemic to the upper Rio Grande basin - these include the Rio Grande cutthroat trout, the Rio Grande sucker, and the Rio Grande chub. The exact historical distribution of Rio Grande cutthroat trout is unknown but it is likely that populations were widely distributed throughout the Upper Rio Grande watershed, occupying all streams capable of supporting trout within the drainage. Core populations (over 99 percent genetically pure) and conservation populations (over 90 percent genetically pure) of Rio Grande cutthroat trout are typically restricted to smaller 6th to 7th-level streams and currently occupy less than 220 stream miles. Colorado Parks and Wildlife has stocked Rio Grande cutthroat trout in an additional 150 miles of stream and 59 high mountain lakes for sport fishing and to maintain genetic refugia for pure historic populations. We are part of a signed interagency conservation agreement to improve and maintain habitat conditions and populations of the Rio Grande cutthroat trout. This species is currently a primary focus for restoration opportunities in the upper Rio Grande Basin.

Rvsd Plan - 00000105

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 106 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

The Rio Grande sucker is endemic to the Rio Grande drainage in Colorado and New Mexico. In Colorado, the sucker was historically found in Rio Grande, Conejos River, Hot Creek, and McIntyre Springs. The Rio Grande sucker has significantly declined from much of its historic range, and several populations have been reintroduced to lower-elevation streams on the Rio Grande National Forest. All reintroduced populations on the Forest are struggling to survive.

The Rio Grande chub is endemic to Rio Grande drainage and Closed Basin. Historically, they occurred in the Rio Grande River, Conejos River, Saguache Creek and San Luis Creek. Like the sucker, the Rio Grande chub has significantly declined from much of its historic range. Limited populations have been reintroduced to lower-elevation streams on the Rio Grande National Forest. It is currently unclear if any of these populations have survived. The forest continues to work with Colorado Parks and Wildlife to identify and prioritize locations for reintroduction of native fish.

There are approximately 680 miles of rivers and streams on the Rio Grande National Forest that sustain populations of nonnative trout. These species include rainbow trout, brown trout, brook trout, Snake River cutthroat, and splake. Other non-trout species include fathead minnow, longnose dace, and white sucker. When assessed in relationship to the watershed condition framework process, lack of native aquatic species and/or presence of exotic and/or aquatic invasive species, and vegetation condition in riparian/wetland areas are the driving concerns for most functioning at-risk or at impaired function ratings. Approximately 78 percent of the subwatersheds on the Forest received a poor watershed condition framework ranking in regards to secure presence of native species. Another 26 percent and 13 percent received fair and good rankings, respectively, indicating there is room for substantial improvement in regards to the presence of native vs. non-native species. However, non-native trout species are desired in many areas for their high recreational value as sport fish.

Other aquatic species that occur on the Rio Grande National Forest include the boreal toad and the northern leopard frog. Once historically common, the boreal toad now exists in four or five habitat areas confined to one district. Historic information suggests the northern leopard frog was never common on Forest lands, and primarily restricted to mid and lower elevation sites along sites such as the Conejos River. Both amphibian species are now uncommon and declining; succumbing to stressors associated with chytrid fungus, and perhaps non-native trout species in some locations.

A draft aquatic nuisance species plan has been developed for the Rio Grande National Forest March 2011). Based on current information, whirling disease is the only aquatic nuisance species affecting the fisheries resource on the Forest. Whirling disease is currently assumed present in all 4th order and larger streams with an unknown status in smaller streams. Exotic aquatic plant species such as Eurasian water milfoil and water hyacinth have been located in the San Luis Valley but are not currently known to occur on the Forest. The Colorado Parks and Wildlife currently monitors equipment at select lakes and reservoirs for exotic mollusk species such as quagga and zebra mussels. No invasive mollusks have been found to date locally. Chytrid fungus remains a serious issue for local amphibian populations and we are recommending it as a topic of concern in our plan revision effort.

### 9. Species richness and distribution of macroinvertebrates.

Information pertaining to the diversity and distribution of macroinvertebrate on the Rio Grande National Forest is one of our information gaps. However, one previous study found that six families of macroinvertebrates are common in the upper Rio Grande Basin and that median values for total abundance, taxa richness, and mayfly and stonefly abundance are reduced at sites influenced by mining. Depressed abundance is also been found where trace elements have been elevated (Deacon et al. 2001). Based on current habitat, water quality, and angling information, we suspect that we are at desired condition for macroinvertebrates in most subwatersheds on the Forest. However, as with riparian

Rvsd Plan - 00000106

Case 1:21-cv-02994-REB    Document 24-3    Filed 06/21/22    USDC Colorado    Page 107 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

condition the available information indicates there are specific areas and stream reaches that are impacting macroinvertebrates.

### 10. Lack of stressors that reduce or truncate stream connectivity and aquatic habitat quality.

A thorough evaluation of watershed condition framework rankings for all subwatersheds on the Forest was conducted in Assessment 2 (Bevinger 2015). Although primarily subjective, the watershed condition framework process does offer an opportunity to compare condition rankings across the Forest. When looking at overall watershed condition across the Rio Grande Forest one-half of the 152 watersheds rated in 2011 are functioning properly, 49 percent are functioning at-risk, and only one watershed has impaired function. Attribute and indicator ratings for three of the four process categories - aquatic physical, and in particular, aquatic biological and terrestrial physical - are the driving influences behind the overall condition scores. In regards to aquatic habitat quality, 66 percent of the subwatersheds were ranked as good, 28 percent as fair, and 6 percent as poor. There are no fragmentation concerns on 78 percent of the subwatersheds, while another 15 and 7 percent were ranked as fair to poor, respectively.

Sixteen of the twenty-four attributes in the watershed condition framework process are the principle influences on overall watershed condition. These are water quality, channel shape and function, native species, exotic and/or aquatic invasive species, vegetation condition, open road density, road and trail maintenance, proximity to water, soil productivity, soil erosion, soil contamination, fire regime condition class, rangeland vegetation condition, extent and ratio of spread, and insects and disease. The primary human stressors associated with these rankings and the greatest current and potential threats to watershed and water resource integrity across the Forest involve surface disturbing activities such as timber harvest, grazing, mining, recreation developments, road construction, and off-road motorized use. These effects can be direct, indirect, or cumulative. The scientific literature that supports this is voluminous but can be summarized by stating the effects are due primarily to soil erosion and compaction in uplands and riparian areas, changes in the amount of water and sediment delivery to streams and wetlands; and associated adjustments then made by the stream systems. The literature also clearly shows that applying best management practices (BMPs), can mitigate the effects of land use, allowing for watershed protection.

In terms of natural stressors, the current outbreak of spruce bark beetle has now influenced over 588,000 acres of high-elevation spruce-fir forest (2015 data) and incurs the most debate regarding potential influences to water and aquatic habitat attributes. As noted in Assessment 2, because spruce stands grow in areas of the Forest with the greatest precipitation and because evapotranspiration rates are higher in spruce than other conifer types, there is potential for increased stream flow from bark beetle activity. Historical watershed studies have shown that manipulating conifer vegetation, e.g., timber harvest, can lead to measurable and detectable increases in streamflow at the sub-watershed scale (MacDonald and Stednick 2003). However, timber harvest results in the removal of biomass so comparing beetle kill to timber harvest is not entirely appropriate. In other words, both types of disturbance change the evapotranspiration component of the water cycle but interception and evaporation processes change less under beetle kill.

More recent watershed studies, conducted after the start of the current beetle infestations, have detected no consistent changes in streamflow (Gordon and Ojima 2015). However, much of this work has been in lodgepole pine stands, which grow in areas of lower precipitation; additionally evapotranspiration demands of this forest type are less. Modeling efforts of bark beetle infestation indicate there may be a 5 to 10 percent increase in runoff. Such a small change may be real but watershed studies have shown that an increase of at least 15 percent is necessary to detect the change at the sub-watershed scale (MacDonald and Stednick 2003). Without specific studies on the Forest, it is unknown if recent insect activity has

Rvsd Plan - 00000107

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 108 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

changed evapotranspiration rates that will affect stream flows. Once they fall, however, the dead spruce should contribute significantly to the amount of downed wood in the systems.

# Description of Natural Range of Variation (or Alternative Approach) (12.14a or b):

The reference models or conditions we use for describing the natural range of variation for the various riparian and aquatic ecosystems on the Rio Grande National Forest and elsewhere are not well defined. In our 1996 Forest Plan, we used reference streams to monitor and inform stream health, but did not address many of the other various aquatic systems on the Rio Grande National Forest, nor the ecological components that maintain them. However, the reference stream information we have suggests that most streams and riparian systems on the Rio Grande National Forest are in good to excellent condition.

The multi-metric ecological integrity assessment utilized by the Colorado Natural Heritage Program during the 2012 wetlands assessment provides a sound alternative approach to assessing whether the integrity of an ecosystem is being maintained (Lemly 2012). Using this method, A ranks indicate reference conditions (no or minimal human impact), B ranks indicate slight deviation from reference, C ranks indicate moderate deviation from reference, and D ranks indicate significant or severe deviation from reference. Nowhere on the Rio Grande National Forest, has an ecological integrity assessment rank of D. Of the 77 various wetlands surveyed, 41 were A-ranked, 32 were B-ranked, and 4 were C-ranked. A-ranked systems occurred primarily in the alpine and subalpine zones, with lower elevation sites more likely to receive B-ranks. However, a few wetlands are ranked C due to stressors including grazing, hydrologic modifications, and surrounding land use activities. Riparian shrublands, wet meadows, and fens were most of the A- and B-ranks, with riparian woodlands and marsh slightly lower ranks. It is also important to note that some riparian ecosystem types, such as those associated with man-made reservoirs or low-elevation riparian woodlands, are not well-represented in the sites sampled for the ecological integrity assessment index.

Other available information, such as the Watershed Condition Framework, portray a different scenario. For example, almost one-half of the watersheds on the forest are functioning at-risk due to rangeland vegetation condition concerns and four watersheds have impaired function due to rangeland vegetation condition concerns. (See Assessment 2). This suggests that there are deviations from the stream reference conditions we used to assess natural range of variation in the 1996 Forest Plan.

# Assessment of Status and Trends (12.14c):

The quantitative information we have regarding the status and trends of riparian and aquatic systems on the Rio Grande National Forest is limited, with data gaps evident at this time in regards to some desired attributes. However, the current available information suggests these types of ecological systems, and the key ecological characteristics that maintain them, are for the most part healthy and functioning. The ecological integrity assessment method we used to assess a sample of mapped wetlands and aquatic habitats across the forest serves as an adequate reference model for some, but not all, ecosystem integrity attributes. Information we have regarding the status and trends of key ecosystem characteristics on the Rio Grande National Forest includes the following:

- The dominant key ecosystem characteristics and associated physical, chemical, and biological processes appear to be functioning and retain the ability to contribute to the long-term integrity of existing riparian and aquatic habitats. Although not all systems are represented, the highest integrity rankings are associated with high-elevation areas most likely to be associated with low-human use impacts. Integrity attributes for some aquatic systems are reduced but remain in good to fair condition

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 109 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

in most lower-elevation areas where human-related activities are more evident. Additional information regarding underlying geological, physical, and geochemical processes have been developed by Winters et al. (2016) that further describe the expected function of each watershed, and the unique sensitivities and opportunities of particular areas.

- Some key ecosystem characteristics have been altered from reference conditions, particularly in lower elevation areas where human-related activities are more evident. The two major rivers on the forest – the upper Rio Grande and Conejos – both have been dammed which influences natural water flows, sediment transport, and key ecosystem processes such as pulse flood events important to lower elevation vegetation systems such as cottonwood bosques. Some aquatic nuisance species, such as chytrid, appear to be spreading, affecting the persistence of native amphibian species. While most key ecosystem characteristics appear to be stable and functioning, specific information on potential changes is lacking.

- Existing barriers to ecological connectivity for aquatic organisms do exist and have been noted in other sections of this report. These primarily involve road crossing and culverts, although some natural barriers also exist. Some barriers are desirable to discourage interactions with non-native fish species. In some cases, human impacts are contributing to stream impacts.

- The current information suggests that key ecosystem characteristics in high-elevations are secure, even if rare, while some low-elevation characteristics may be vulnerable to environmental changes, particularly in combination with certain management influences. For example, low-elevation riparian cottonwood is rare and also vulnerable given the activities associated with low-elevation stream systems.

- Restoration activities are desirable in mid- to lower elevations. Focused management of some natural and anthropogenic stressors is warranted and has been on-going.

- The Rio Grande National Forest includes the very headwaters of the Rio Grande River system, which is important to supplying many downstream ecosystem services. Broader landscape perspectives involving certain stressors and drivers are applicable.

- Trends are an information gap for certain riparian and aquatic ecosystem characteristics.

# Assessment of Riparian Areas and Groundwater-dependent Ecosystems (12.14d)

The Rio Grande National Forest covers 1.83 million acres in south central Colorado and contains the very headwaters of the Rio Grande River. The Forest's diverse geography creates a template for equally diverse wetlands, which provide ecological services to both the Rio Grande National Forest and lands downstream. Though now recognized as a vital component of the landscape, many wetlands have been altered by a range of human land uses since European settlement. Across the Rio Grande National Forest, mining, logging, reservoir construction, water diversions, livestock grazing, and recreation have all impacted wetlands. In order to adequately manage and protect wetland resources on the Rio Grande National Forest, we need reliable data on their location, extent and current condition.

Between 2008 and 2011, Colorado Natural Heritage Program (CNHP) partnered with Colorado Parks and Wildlife on a U.S. Environmental Protection Agency (EPA) funded effort to map and assess the condition of wetlands throughout the Rio Grande Headwaters River Basin which includes the Rio Grande National Forest. Existing paper maps of wetlands created by the U.S. Fish and Wildlife Service's National Wetland Inventory Program were converted to digital data. In addition to the mapping, 137 wetlands were surveyed across the Rio Grande Headwaters basin using condition assessment methods developed by the Colorado Natural Heritage Program over the past decade. Of the wetlands surveyed, 52 were located on

the Rio Grande National Forest in 10 different watersheds. To supplement the EPA-funded study, the U.S. Forest Service provided funding through a challenge cost share agreement for additional wetland sampling on the Rio Grande National Forest to develop more comprehensive information about types, abundances, distribution, and condition of the forest's wetlands. Through this agreement, 25 additional wetlands on the forest were surveyed and all data from the Rio Grande National Forest were summarized.

Based on digitized National Wetland Inventory mapping, there are 42, 862 acres of wetlands and water bodies found within the Rio Grande National Forest, of which lakes and rivers comprise 4,687 acres or 11 percent. This estimate for wetlands and water bodies represents approximately 2 percent of the total area in the Rio Grande National Forest. Slightly over half (55 percent) of the national wetland inventory mapped acres are freshwater herbaceous wetlands. Shrub wetlands make up another 30 percent. When broken down by hydrologic regime, saturated wetlands, saturated wetlands are the most common, comprising 73 percent of national wetland inventory acres. Within the forest, 82 percent of all lakes are mapped with a dammed/impounded modifier, indicating that most lakes are reservoirs of one kind or another. Beavers influence only 4 percent of all wetland acres, but 23 percent of ponds are mapped as beaver ponds and 6 percent of shrub wetlands are mapped with beaver influence. Sixty five percent of all national wetland inventory acres occur in the subalpine ecoregions, which make up roughly the same proportion of the Forest's land area. Another 29 percent of national wetland inventory acres occur in the alpine zone. Lower elevation zones contain very few wetland acres.

In total, 77 wetland sites were surveyed across the Rio Grande National Forest, including 30 riparian shrublands, 27 wet meadows, 17 fens, 2 riparian woodlands, and 1 marsh. Nearly 500 plant taxa were encountered during the surveys, including 445 identified to species level. Of the 445 species identified, 420 (94 percent) were native species and 25 (6 percent) non-native species. Noxious weeds, an aggressive subset of non-natives, were present in only four plots.

Wetland condition measures indicate that wetlands on the Rio Grande National Forest are in excellent to good condition. Floristic quality assessment indices were high for most wetlands surveyed, though did vary by both elevation and wetland type. Ecological integrity assessment scores rated most wetlands with an A- or B-rank, indicating that wetlands were either in reference condition or deviated only slightly from reference condition. A handful of wetlands received C-ranks, due to stressors including grazing, hydrologic modifications, and surrounding land use.

# System Drivers (12.31)

The ecological driver assessment of Winters et al. creates a multi-scale approach that assists with prioritizing ecological land units including watersheds, vegetative communities, and geomorphic settings. Identifying the major ecological drivers important for assessing aquatic, riparian, and wetland resources within a geographic area can help us determine the spatial distribution and levels of productivity for these various systems, and aid in our future planning and management decisions.

We chose five ecological drivers to describe the setting for aquatic, riparian and wetland resources on the Rio Grande National Forest (Wohl et al. 1981). These include:

1. Geochemistry: (calcareous, non-calcareous, or salt bearing)

2. Sediment production based on geology: (fine, moderate, or coarse)

3. Dominant hydroclimatic regime: (rain and snow, or snowfall)

4. Stream gradient:  high ( over 4 percent), medium (2 to 4 percent), or low (under 2 percent)

5. Glaciation: (glaciated, or non-glaciated).

### Geology/Geochemistry:

The Rio Grande National Forest is similar to most areas of the Rocky Mountains in that non-calcareous geology dominates the landscape. Non-calcareous geologies do not contain significant amounts of calcium carbonate. They include igneous rocks; sedimentary rocks, such as shale, sandstones, mudstones, and siltstones; and metamorphic rocks derived from non-calcareous parent rocks, such as gneiss, schists, and quartzites. These geologies do not have properties that increase aquatic productivity by themselves, and are the most abundant type of geology in the Rocky Mountains. Through the chemical actions with other compounds, igneous geology can result naturally in slightly to highly acidic waters. However, non-calcareous geologies can support highly productive aquatic environments where stream gradients, hydroclimatic conditions, and other factors are associated. Non-calcareous geology can also have implications for erosion potential and sediment delivery.

In contrast, calcareous geology tends to be highly productive for plants, benthic macroinvertebrates and fish as well. Given the inherent solubility of calcareous bedrock, its porous nature is often associated with springs, creating areas of unique wetland habitats. Calcareous bedrock tends to raise the pH of the ambient water and produce carbon dioxide for photosynthesis and stabilizing temperatures, it also often supports rare taxa and taxa outside their normal ranges (Hynes, 1970). The Rocky Mountains contain a limited amount of calcareous geology, making its presence unique and important for aquatic, riparian and wetland ecosystems. Calcareous geology is also uncommon on the Rio Grande National Forest, and the few areas that do contain it should be investigated to identify rare taxa, springs and associated streams for native trout restoration. On the Rio Grande National Forest, these areas include the northern and western portion of the Sangre de Cristo Mountains from approximately Crestone Peak northward to the Hayden Pass area, and two smaller areas in the southern Sangres near Carbonate Mountain and California Peak. The other area of identified calcareous geology on the Rio Grande National Forest is a small area of National Forest System land to the west of Villa Grove.

### Geology/Sedimentation:

The geology and related processes that have occurred on and around the Rio Grande National Forest have resulted in two distinct zones of sediment size. This distinction is due in large part to the "pulling apart" of the valley by the Rio Grande Rift, and abundant volcanic activity that occurred about 30 million years ago. Sediment produced on the east side of the forest in the Sangre de Cristo Range is coarse due to a mix of sedimentary conglomerates, shales, and igneous intrusions. This material is more difficult to move with stream and overland water flow. However, when moved by erosion processes it will settle in wetlands, pool habitats and riparian areas. Once excess sediment is deposited in these low-energy areas, it becomes extremely difficult for streams and wetlands to remove it, so it can modify aquatic habitat and fill in wetlands and riparian areas. In contrast, the sediment produced by the volcanic activity on the west side of the valley in the San Juan Mountains is generally fine to medium in size and consequently easier to move with water. However, it still takes some energy to move fine sediments from low-gradient stream systems where they settle, and deposit them on floodplains as occurred historically. This process can be constrained by roads, trails, and other human activities that disrupt or impede the movement of water in low-gradient stream systems.

### Hydroclimatic Regime:

Annual precipitation across the forest varies from 12 inches at lower elevations to over 50 inches at higher elevations. Generally, precipitation increases 4 to 6 inches for each 1000-foot gain in elevation. In the 12 to 18 inch zone (roughly 8,000 to 9,000 feet), most, if not all, the precipitation is taken up satisfying evapotranspiration demands so little to no runoff is generated; an exception can be when intense summer thunderstorms cause overland flow. Above 9,000 feet the forest is considered a snow-dominated system where the majority of the annual precipitation falls as snow, while the remainder is

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 112 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

from late spring to early fall rains. Summer thunderstorms can produce short-duration, high-intensity precipitation.

The majority of the Rio Grande National Forest is located in the snow-dominated elevation zone. Aquatic productivity is relatively low at these high elevations, although aquatic species of plants can thrive if food, habitat and other limiting factors are not reduced significantly. Relatively short growing seasons and low temperatures for fish can result in failed spawning efforts. Connectivity, adequate water and timing, habitat and temperature are major limiting factors for aquatic and semi-aquatic taxa. Ensuring that important natural conditions of ecosystem elements maintaining the conditions for these taxa are critical for the continued survival of water-dependent species and ecosystem services such as angling.

There may be a rain and snow dominated zone at the headwaters of subwatersheds that originate at the lowest elevations of the Forest (Winters et al. 2016). These areas may contain plants and animals that are more representative of the valley floor. In addition, wetlands may also have different form and function if precipitation and resulting overland flow is modified. Given that the lower elevations of the valley receive little annual precipitation (approximately 8 inches per year), stream channels would be expected to be ephemeral or intermittent depending on the presence of groundwater. Wetlands would also be dependent on groundwater reaching the surface where rooting would allow wetland plants to exist.

### Stream Gradient:

Stream gradient influences stream power, aquatic productivity, erosive capability, localized sediment sizes, and floodplain characteristics. As a result, stream gradient dictates the habitat for specific flora and fauna.

Steep-gradient stream reaches are often called "erosional" reaches while low-gradient reaches are called "depositional" zones. The sediment that is produced in the erosional zones is deposited in the depositional zones, making them indicators of upstream erosion. Indeed, steep stream channels have narrow floodplains and banks that are 'armored' with large rocks and boulders. They are very resistant to change, but move sediment through them, and are corridors for migration for aquatic species. The medium-gradient streams can be considered "transitional" reaches and have some of the characteristics of the steep- and low-gradient reaches. Low-gradient reaches are sensitive and responsive to upstream activities as well as local change. As a result, they typically exhibit changes in channel morphology, temperature, in-stream habitat attributes, and sediment accumulation. Their banks are typically comprised of small alluvium from upstream and are extremely susceptible to erosion if the deep rooting riparian vegetation is removed or damaged. Low-gradient reaches can act as "reservoirs" for storing water in the valley bottom, especially if beavers have colonized them. Terrestrial and aquatic animals are often much more abundant in low-gradient valleys, as habitat is diverse and abundant. Consequently, activities in the subwatershed with low-gradient valleys can have a dramatic impact on those valleys if they produce excess sediment, reduce woody material and change discharge dynamics. In addition, local impacts that remove woody vegetation, compact riparian soils and damage stream banks can have a profound impact on these important areas.

In the analysis by Winters et al. (2016), 8 of 162 subwatersheds on the Rio Grande National Forest are dominated by low-gradient stream systems. This is not unusual for the southern Rocky Mountains considering the steep topography and erosional process associated with the landscape. The role of stream gradient reaches and their importance could be a valuable tool for future monitoring. Low-gradient reaches are sensitive to change, as are the plants and animals that inhabit them. By focusing monitoring on these important reaches, species and physical characteristics could be identified and utilized as tools for observing change.

Rvsd Plan - 00000112

### *Glaciation and Wetland Development:*

Glaciation has heavily influenced the aquatic, riparian, and wetland development on the Rio Grande National Forest. The Rio Grande National Forest contains thousands of acres of high quality wetlands and other groundwater-dependent ecosystems that provide essential services to the forest and lands downstream. A disproportionately large number of wetlands occur in the glaciated areas of the forest. Terminal or lateral moraines often create confined basins where impounded subsurface or surface water allow peat accumulation (Windell et al. 1996; Cooper 1990; and Cooper 2005), and kettle ponds promote fen formation along the fringes. In addition, glaciation has created wide, relatively level mountain valleys where large wetland complexes tend to form (Rocchio 2006). Understanding wetland occurrence in relation to the geomorphology of the forest can help guide our forest planning and management decisions pertaining to aquatic ecosystem sustainability, restoration, and climate change resilience. High mountain wetlands in glaciated areas are fundamentally different from wetlands occurring at lower elevations that were never glaciated (Cooper and Lee 1987).

### *Stream Density Analysis:*

There are 23 subwatersheds completely the Rio Grande National Forest that are in the highest quantile for stream density, and several others mostly inside forest boundaries. There appears to be a high correlation between elevation and the high stream-density subwatersheds. The San Juan and Weminuche Wilderness areas have high densities of streams that may be beneficial for native fish and amphibian recovery. In addition, these subwatersheds are less managed and could continue to provide colder water to lower elevations, especially if the effects of climate change increases water temperatures at lower elevations. Stratifying the forest by stream density presents us with several important management considerations and options. First, these areas could be considered the highest priority for stream and riparian related management if other ecological conditions are not an issue. The relatively high number of these subwatersheds in the western part of the forest should be more productive, because of the characteristics of volcanic soils that make them highly productive.

### *Summary of the Ecological Driver Cluster Analysis:*

Our analysis found that a total of 7 statistically similar clusters with discernibly different ecological characteristics could be identified on the Rio Grande National Forest. The top three cluster characteristics and others can be defined as follows:

- Approximately 33 percent of the forest (53 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-gradient streams, fine sediments, and a snowmelt hydroclimate.

- Approximately 32 percent of the forest (52 subwatersheds) can be characterized by the ecological conditions associated dominated by non-calcareous geology, high-gradient streams, coarse sediments, and a snowmelt hydroclimate.

- Approximately 12 percent of the forest (20 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-gradient streams, coarse sediments, and a snowmelt hydroclimate. The unique characteristic of this cluster is the considerable portion of streams containing low to medium gradients.

- Approximately 9 percent of the forest (14 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-gradient streams, coarse sediments, and a rain and snow (72 percent) and snowmelt (30 percent) hydroclimate.

- Approximately 8 percent of the forest (12 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-gradient streams, fine sediments, and a

Rvsd Plan - 00000113

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 114 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

snowmelt hydroclimate. The feature that separates this cluster from others is the high abundance of fine, volcanic soils that could be associated with erosion potential.

- Approximately 6 percent of the Forest (10 subwatersheds) can be characterized by the ecological conditions dominated by non-calcareous geology, high-gradient streams, coarse sediments, and a rain and snow (72 percent) and snowmelt (28 percent) hydroclimate.

- Approximately 1 percent of the Forest (2 subwatersheds) can be characterized by the ecological conditions associated dominated by a calcareous geology, high-gradient streams, coarse sediments, and a snowmelt hydroclimate.

# Man-made Stressors

Man-made stressors can directly or indirectly degrade or impair key ecosystem characteristics important to aquatic habitat values. Several of the stressors listed and described below are also included in other assessments that may contain additional information.

## *Stressors Associated with Water Use:*

Water originating from the Rio Grande National Forest is nationally recognized for its importance to uses and values to downstream users in the San Luis Valley and beyond. Both surface and ground water are highly valued on and off the forest and support numerous uses. Important man-made stressors associated with water use include:

### Stream Diversions –

Stream diversions can seriously reduce instream habitat and migration for aquatic biota, nutrient transport, sediment movement and water quality, including temperature (Poff et al. 1997, Wohl, 2001). Water diversions during natural low flow periods can completely dewater streams, directly influencing the distribution and abundance of aquatic life (Auerbach, et al, 2012). Indirectly, stream diversions can influence channel geometry downstream. Peak flows during the annual snowmelt runoff maintain stream channels by moving sediment and scouring the streambed (Wohl, 2000). Reducing peak flows in low gradient, sinuous stream channels can cause channel narrowing, reduced channel capacity, and less overall instream habitat. Physical changes from diverting high flows also affect the organisms that evolved under the historical conditions. While the size of a diversion structure may be relatively small on the landscape, the influence to aquatic, riparian, and wetland resources may be very large if the appropriate issues are not addressed.

The results of the diversion density analysis conducted by Winters (2016) found that stream diversions are common in most subwatersheds on the forest. However, most of the diversions are also adjacent to the San Luis Valley floor, where considerable agriculture and subsequent water management occurs. These results indicate that a higher percentage of diversions at this scale are either on private land or relatively close to the public land boundary. The results indicate that only 7 (4 percent) of the subwatersheds located totally within the Rio Grande National Forest or the Great Sand Dunes National Park are without diversions. The diversion densities range from 19 to 0 diversions per permanent stream mile, with most of the quantile 5 (highest density) being on both public and private lands (32 total). The numbers of subwatersheds in quantiles 2 through 5 were almost equally divided. Diversion density in Quantile 5 is generally quite high, with 4 subwatersheds having more than 9 structures per mile of stream. The abundance of these structures could limit movement and habitat of fish adapted to the lower elevation such as the Rio Grande Sucker and chub. Quantile 4 subwatersheds average less than 2 diversions per stream mile, and are probably not evenly distributed; leaving connected habitat sufficient to support populations of fish and other aquatic organisms, if stream flows and associated water quality are adequate.

Rvsd Plan - 00000114

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 115 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

The lowest density of diversions is associated with the South San Juan, Weminuche and La Garita Wilderness areas. Diversions associated with these wilderness areas most likely predate the Wilderness Act (1964), and/or are on private land outside the National Forest boundary. The two subwatersheds in quantile 5 located in the southern portion of the study area are associated with the Conejos River, and agricultural land nearby.

There are 3 subwatersheds in quantile 5 that are located entirely within the Rio Grande National Forest boundary. Two of these are associated with the Conejos River, and agricultural land nearby. Another is located just southwest of the town of Creede, and contains a large flat area called Seven Parks. There is also considerable private land adjacent to the Rio Grande River where diversions associated with haying and other uses are occurring. The last subwatershed in quantile 5 is located in the northern portion of the Forest. There is little private land in this area, with only small headwater streams present. The area does not appear to be used for agriculture, but there are numerous unpaved roads. We need additional information to understand the uses associated with the high density of diversions in this area.

## Water Transmission Ditches –

Water transmission ditches are used primarily to move water from one stream to another, to move water to some form of impoundment for later use, or to move water directly to the area where it is to be used (i.e. agricultural field). These ditches are important components of infrastructure that permitted Euro-American settlers to mine, ranch, and farm in the National Forests and Grasslands of the western United States (Wohl 2001).

There are about thirty other ditches and pipelines that divert water from forest streams for irrigation, recreation, and domestic purposes. These uses are not considered major.

## Transbasin Water Diversions –

Transbasin diversions typically move water through tunnels under the basin divide or through ditches intercepting tributaries on one side of the divide and transporting it around mountain peaks into another basin. Transbasin diversions can have a whole host of impacts including transporting "new water" to the receiving basin. This may facilitate the invasion of non-native fish, plants and animals that may result in the loss of native species. Diverting water from one watershed to another can also result in physical, chemical, and biological changes to the receiving body of water. Some examples would be channel erosion, increased sediment transport, and increased sediment deposition in area reservoirs and stream channels. All of these impacts may lead to changes in channel geometry (Wohl 2001). Affected streams often exhibit elevated bank erosion, increased width-to-depth ratios, downcutting, and loss of instream aquatic organism habitat.

There are nine trans-basin diversions on the Rio Grande National Forest. Seven of the diversions add water to forest streams while the other two divert water from forest streams. All of the diversions are in the upper Rio Grande River basin. As a result, species that have evolved in other basins could not be inadvertently transferred. The uppermost subwatershed, West Willow Creek is diverted into the Farmers Creek subbasin. While Willow Creek exhibits modified stream flows, the receiving portion of Farmers Creek should be influenced from increased stream flows, as well as reduced flows at diversions into the Blue Creek subwatershed. The Blue Creek subwatershed also receives and diverts flows into the outlet of the South Fork of the Rio Grande River.

The diversion systems on the Rio Grande National Forest comprise a relatively small percentage of the permanent stream systems within their boundaries (the largest being 23 percent of the total permanent stream length). However, these systems may be moving significant amounts of sediment downstream as a result of erosion. Currently, there are no transbasin diversions from other river basins that could transfer

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 116 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

unwanted species (including pathogens) and very different water chemistry and discharge into the Rio Grande system. In the future, transbasin projects identified within, as well as outside, the Rio Grande River system should consider the major biological and physical changes that can occur when they are implemented. It is extremely expensive to mitigate the effects of these types of projects, especially changes within receiving streams.

## Reservoirs/Dams –

Reservoirs have been constructed in the Rocky Mountains for recreation, power generation, snow making, and flood control. The predominant use for reservoirs has been for agriculture and municipal consumption (Wohl 2000). Reservoirs were constructed as early as the mid-1800s to help facilitate the timing of downstream flows to coordinate with the agricultural growing season in the Rio Grande Valley.

Much of the surface water in the Rocky Mountains comes from annual snowmelt runoff from mountain areas. Consequently, large volumes of water are produced in the late spring and summer months, whereas flows are minimal (e.g., baseflow) during the remainder of the year (Wohl 2000). There is a relatively short period of time that 'excess' water is available in the stream system, while demand for excess water extends throughout the year. Reservoirs and water storage allows for a degree of control over where water can be stored to meet the demands of downstream users. Reservoirs were constructed west of the Continental Divide to meet local municipal and agricultural needs, but many reservoirs have been built to store water that is subsequently transferred east of the Divide via transbasin diversion structures. This has not been the case in the Rio Grande Valley, where agreements and policies have kept water in the Upper Basin.

Reservoirs can have both beneficial and detrimental effects on aquatic, riparian, and wetland resources. Dams clearly have an immediate influence on local conditions, and can influence resources many miles in either direction. The most noticeable influence of dams is the artificial lakes they create which inundate historic riparian or wetland areas and create a new and different environment. Animal diversity can be increased or decreased, depending on the system. For example, while some native species of plants and animals may not be able to tolerate the conditions created by reservoirs, some non-native species may thrive under those conditions, resulting in competition or replacement of native species. However, they are typically replaced with popular non-native recreationally valuable species. Many reservoirs in the Rocky Mountains are now dominated by non-native species of fish. While many of these species were planted to increase recreational opportunities, several, including the common carp (*Cyprinus carpio*) are undesirable in many areas (Baxter and Stone 1995). The influence of other non-native species, such as crayfish (*Decapoda*), mollusks (*Mollusca*), and bullfrogs (*Rana catesbeiana*) may also be significant.

Dams create barriers to migration of aquatic organisms (Ward and Stanford 1982). Populations of fish and other aquatic biota can be isolated upstream of reservoirs, limiting gene flow and potentially affecting population viability. In addition, the inability of fish to migrate upstream of a dam can limit their ability to reach critical spawning habitat. Overall, dams can severely fragment populations of mobile aquatic organisms, effectively creating a series of isolated communities.

The negative effects of reservoirs on downstream water quality are well documented (Wohl 2001; Allen 1995; Ward and Stanford 1982; Hynes 1970). In addition, the disruption of the nutrient, sediment, and woody debris transport can influence conditions downstream. For example, reservoirs act as nutrient and sediment 'sinks', limiting the downstream transport of these materials (Ward and Stanford 1982). When sediment is sequestered in reservoirs, downstream stream reaches may begin to erode their banks and scour their channels. Reservoirs also trap large woody debris, which keeps them from reaching downstream stream segments where they would normally influence channel and riparian form and function (Maser and Sedell 1994).

Rvsd Plan - 00000116

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 117 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

Dam structure and operating practices also affect downstream processes. The temperature and nutrient content of water exiting reservoirs may depend on whether water is released from the bottom or top of the dam. These effects can be dramatic; and algae, benthic macroinvertebrate, and fish communities can be altered significantly (Maser and Sedell 1994). Bottom release reservoirs can increase trout production in reaches downstream from reservoir dams because temperature fluctuations are stabilized and food supply increases. However erratic flows, gas supersaturation, and reduced spawning success due to low water temperatures can sometimes counteract the positive influences.

There are 21 major reservoirs across the Rio Grande National Forest. The largest of these are the Rio Grande Reservoir on the upper Rio Grande River and the Platoro Reservoir on the Conejos River. The inundated stream length under reservoirs in the upper Rio Grande basin is a relatively minor part of the total permanent stream length. The range of densities was 0 to 0.2 miles of stream inundated for the total stream miles within each subwatershed identified on the forest.

Current reservoir locations and abundance do not appear to be having widespread effects across the Rio Grande National Forest. Individual small reservoirs impact localized areas, while dams, both large and small, can serve as barriers for recovering native fish upstream. The presence of a dam acts as a barrier for non-native fish movement upstream, and the reservoir pool can maintain a "stable" environment for native fish.

In the future, there may be proposals to increase the size of existing reservoirs on National Forest System lands. While surface area of modified reservoirs could become larger and inundate more public land, the increase in volume could provide opportunities for modifying reservoir releases to improve downstream conditions.

### *Stressors Associated with Transportation*

## Roads:

Roads are widespread and permanent features of National Forest System lands. Roads and road networks under Forest Service jurisdiction can be managed to reduce or eliminate (in some cases) negative impacts to aquatic, riparian, and wetland ecosystems. The benefits that accrue to aquatic and wetland ecosystems by correctly designing, constructing, and maintaining roads in the National Forests are many. Properly designed, constructed, and maintained roads offer the following benefits to streams, riparian areas, and wetlands:

- reducing soil erosion and sedimentation;
- reducing soil compaction;
- reducing chemical contaminations of soil and water;
- maintaining water quality conditions conducive to supporting aquatic life;
- maintaining nutrient cycling in lotic and lentic environments;
- supporting the abundance of riparian and wetland plant communities; and
- promoting many additional benefits to stream, riparian, and wetland environments.

Appropriate road and travel management will be necessary on Forest lands, and include managing motorized use and removing any class of unwanted road.

On the Rio Grande National Forest, there are far more subwatersheds with unpaved roads identified in valley bottoms (86) than all the other quantile values combined (77) (Winters 2016). Paved roads are

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 118 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

restricted to highways bisecting the Rio Grande Valley, both north to south and east to west. While there are paved state and county roads on the San Luis Valley floor, there are relatively few on the Rio Grande National Forest. The highest density of paved roads was 0.17 miles per stream mile within the Blue Creek subwatershed.

Road crossings can fragment water and riparian ecosystems and isolate populations of plants and animals. The result can be population loss if combined with other impacts such as fire or contaminants. In addition, if too few individuals are isolated inbreeding can occur, resulting in low reproductive success and ultimate elimination. Many fish and wildlife species will not pass through a poorly designed road crossing. This isolates fish, and results in road fatalities for terrestrial animals and some amphibians. Fish, amphibians, and other wildlife will use properly designed crossings. Fish, aquatic macroinvertebrates and some amphibians need stream crossings designed so they can swim upstream or downstream through them. Stream velocity, depth, habitat, etc., all need to be considered for proper movement.

Road crossings on the Rio Grande National Forest are associated with the main travel corridors in the basin. The higher values on the east side of the basin are mostly to the west of the Sangre de Cristo Mountains, except the Cuchara Pass road. Subwatersheds on the western side of the drainage are mostly associated with highway 160, over Wolf Creek Pass and highway 149 thru Creede.

## Unpaved Roads:

There are far more unpaved than roads in the valley bottoms on the Rio Grande National Forest. While 31 subwatersheds are in the highest quantile for road density in the valley bottoms (app. 0.4 miles per stream miles within the valley bottom), only 12 have no unpaved roads. The lowest densities were associated with the wilderness areas in the western part of the forest and the steep Sangre de Cristo Mountains on the eastern side. The highest values were in the northern portion of the basin, although unpaved roads appear to be common throughout the forest associated with the valley bottoms. While the highest density of unpaved roads may appear relatively limited (0.4 miles per stream mile in the subwatershed), it is important to note that the valley bottom represents a limited amount of a subwatershed and the overall total density is most likely considerably higher if the uplands are included. The density of unpaved roads is definitely skewed towards more roads within the basin than less. As mentioned previously, unpaved roads in these areas can have significant direct and indirect influences on riparian ecosystems due to their position, the need to remove trees that would fall naturally into the stream channel and riparian areas, and the way roads restrict lateral stream movement. Instream habitat is compromised over time as a result of all of these factors.

Understanding the influence, both directly and indirectly on aquatic and semiaquatic systems, of unpaved roads is paramount to healthy ecosystems. Those subwatersheds that are located in quantiles 4 and 5 could be considered priorities for evaluation and subsequent treatment if high-value aquatic resources are identified. Low-gradient reaches previously identified as ecological drivers could be considered the highest priority due to their relatively large riparian areas, sensitivity to temperature changes, natural water storage capacity in the alluvium and abundant instream habitat. By focusing on low-gradient reaches as a high priority, more than 50 percent of the stream reaches could be considered lower priorities until low-gradient areas are more resilient.

## Unpaved Stream Crossings:

Stream crossings are associated with most unpaved roads in the valley bottoms. Historically these crossings were fairly primitive, being constructed of corrugated culverts, stream fords or small bridges. The results of this analysis display values ranged from 0 (15 subwatersheds, under 10 percent) to 1.3 crossings per stream mile in the West Fork of Pinos Creek subwatershed. A total of 20 of the 30 subwatershed within quantile 5 are located totally within the Rio Grande National Forest. These results

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 119 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

are considerable different than the paved road results and indicate a relatively high number of unpaved roads associated with valley bottoms and associated streams and riparian areas. While not equally distributed, there are likely areas that are considerably more concentrated than others.

Road systems have been developed on National Forest administered lands for a number of management related activities. As a "multi-purpose management" agency, densities could be higher than on adjacent lands where management is not as diverse. Historic and current vegetation management, grazing, water development and access for recreation all require transportation routes to access specific areas. Often these roads are maintained, with other roads eventually built to access new sources of interest. Past maintenance and construction techniques reflect the prevailing lack of knowledge regarding the ecological importance of connectivity within riparian and aquatic ecosystems at the time.

Due to many limitations, we would need to prioritize important subwatersheds for passage issues using the results of the ecological driver analysis, and proposed fish and other riparian reintroductions. In many areas we have relocated road systems where crossings are unneeded. Due to our limited funds, it is extremely important that we focus on the most important areas first. In addition, over time we can reduce the funds needed to rebuild damaged crossings as maintenance costs would go down significantly. There could be new areas for reintroducing native fish that would benefit greatly by removing barriers to movement and help restore populations.

Proposed new roads should be engineered in accordance with current science and applicable management values for the area related to erosion, fragmentation and restoration. We also need to identify high priority areas where construction could be more sensitive to valley floor ecology and species needs as well. There are currently building specifications that include sensitivity to important values on public lands. The incorporation of new design criteria to ensure proper stream function and biological processes are now available and should be considered in these designs.

## Trails:

The results of our forest trail analysis indicate that most identified trails are located in designated wilderness areas with the highest density located in the South Fork Saguache Creek and North Fork Conejos River. There are 79 subwatersheds without trails, which is by far the highest number of any quantile (0.16 miles per stream mile in the valley bottom per subwatershed). These results imply that there are few trails in the valley bottom. However, in analyzing the GIS, we see that a large percentage of the few trails there are, are located adjacent to streams. An example would be the Ute Creek system of trails in the Weminuche Wilderness (USDA Forest Service Recreation Map). Trail systems exist along all major tributaries and the mainstem from its confluence with Rio Grande Reservoir to the Continental Divide and high elevation lakes almost 9 miles to the west. The large number of tributaries is reflected in the low density value. The area around the community of Crestone, and the popular "Crestone Needles" located on the Pike San Isabel National Forest also contains subwatersheds in the highest 2 quantiles, due to the steep topography and lack of roads. This is a popular area for recreationists during the summer months.

There are benefits that accrue to aquatic, riparian, and wetland ecosystems if land managers properly design and maintain (e.g., best management practices) trail systems. The primary benefits to aquatic ecosystems are reduced local degradation to these ecosystems due to trail construction, trail use, and trail maintenance; and increased difficulty in introducing invasive species. Riparian and wetland vegetation is effective in reducing erosion and sedimentation in streams and in retaining soil moisture. Plant-root networks provide soil stability and soil cohesion.

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 120 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

*OHV Use:*

Of the 163 subwatersheds on the Rio Grande National Forest, 113 (about 70 percent) do not have trails in the valley bottoms, and most are at lower elevations. There are 11 (about 7 percent) in the highest quantile, one of which is the headwaters of La Garita Creek in the south west portion of the forest. All the other trail systems have relatively few miles of trail in the valley bottoms. These results are based on identified trails identified by the Rio Grande National Forest and do not include user developed trails that could be present. As in all of the transportation, user created roads and trails are typically present, and enforcement is limited. However, the limited amount of trails in the valley bottom indicates that this use is probably limited and isolated.

Based on our assessment results there are few trails in the valley bottoms. That does not mean that there are not isolated areas where OHV use could be causing resource damage. As with all forest uses, OHV use should be monitored to ensure streams and wetlands are not compromised. Discussions of opening new trails to OHV use should consider the monitoring, maintenance and ecosystems in these areas. OHV technology continues to improve; with increased size, horsepower, speed, and aggressive tread designs; increasing the potential for resource damage. However, not all OHV use is damaging. OHV groups maintain many areas where they enjoy riding, and like many other activities, a limited few unethical users can potentially impact aquatic resources.

## Additive Influences of the Transportation Group:

One subwatershed had no transportation activities identified within its boundaries. There is a trend toward less motorized activity associated with wilderness areas in the western and a portion of the northern part of the forest. Most of the highest additive levels (quantiles 4 and 5) are found associated with areas of higher populations such as Creede, South Fork and Del Norte. These results could be artifacts of early development to access natural resources needed to maintain infrastructure; and in the case of Creede; to access mining areas.

The results of the transportation category show that transportation routes are located throughout the valley bottoms of the Rio Grande National Forest. These activities have occurred for the last 200 plus years, beginning with primitive trails to wagon trails, to a wide range of transportation routes. Our results indicate that the cumulative ranks of transportation is highly skewed towards more than less activities, showing that the conditions within valley bottoms are conducive to transportation development. Future considerations could be given to limiting routes in these sensitive areas, as well as ensuring that the processes for maintaining healthy riparian areas and streams, and natural storage in low gradient reaches are maintained. In addition, as discharge levels should become more variable, maintaining the quality of water related habitats, and reducing the effects of flooding on infrastructure is going to be important.

## *Recreation: Developed Recreation Sites*

Recreation camp sites are often located in valley bottoms to afford visitors direct access to water related activities as well as the aesthetic value of streams. Often, however, these sites impinge on riparian areas, can cause erosion and damage stream function. The severity of effects is relative to the amount of use and the location of the sites. Out of a total of 163 subwatersheds evaluated, 118 or 73 percent of the subwatersheds evaluated have no developed recreation sites in the valley bottoms. Most of the higher densities (albeit very few) are in subwatersheds that include the Rio Grande and South Fork of the Rio Grande Rivers, mainly due to the high recreation use such as fishing.

The relatively "flat" nature of valley bottoms as well as close proximity to water have made building developed recreation a high priority. However, sites are increasingly being located away from direct contact to riparian areas and streams. One of the problems is that valley bottoms are often relatively

Rvsd Plan - 00000120

small, and roads bisect the area. Crossing roads to enjoy the activities associated with the streams leads to unsafe conditions that are often difficult to mitigate. Enclosed toilets that do not seep into streams and associated water tables are a major advancement in design. Locations away from active riparian areas still within the valley bottom allow streams to migrate laterally and discourage trailing. While flooding can still be an issue with large events, more thought and planning is being given to location. In the valley bottoms, the closer developed recreation sites are to active riparian and streams, the more likely that some resource damage could occur. Areas identified outside of valley bottoms would be easier to maintain, and have less risk to aquatic ecosystems and from flooding.

## Ski Areas –

Only one active ski area is currently located within the Rio Grande National Forest, Wolf Creek Ski Area at the top of the South Fork of the Rio Grande River.

Ski areas are generally considered a culmination of human activities. Sediment from large parking lots often enter stream channels, snow making requires water at times when very limited water is available in streams, nutrients and chemicals enter streams from deicing practices, treated sewage and other sources, etc. While recreational skiing is one of the highest use activities in the state of Colorado, careful consideration should be taken to ensure that impacts to high elevation wetlands and other aquatic ecosystems are not encouraged. Glaciated valleys, identified in the ecological driver section as having high densities of wetlands are a major concern as they are often targeted for development. Sediment runoff can also be routed to settling ponds before they reach stream channels where they settle and can considerable ecological damage.

# Stressors Associated with Biological Considerations

### Aquatic Nuisance Species:

Weed free hay is one technique that has been used to minimize invasive plants from entering wilderness areas. Using a similar idea for stocking trout in wilderness areas and other water bodies within Forest boundaries is also an important topic to be discussed with partners.

Because aquatic invasives are typically transferred by recreational equipment such as boats, wading boats and other items that carry water from one body of water to another, education on decontamination and inspections at high volume reservoirs are crucial. Other equipment that has the potential to transfer water from one infected water body to another, such as firefighting equipment, need to be identified and techniques used to ensure invasives are not transferred.

### Influence of Beaver:

Beaver (*Castor canadensis*) are habitat-modifying keystone species in lotic, riparian, and wetland habitats (Butler 1995; McKinstry et al. 2001; Collen and Gibson 2001), and their dam-building activities can influence a large proportion of a given watershed and landscape (Naiman et al. 1988). Beaver are an integral part of most headwater stream ecosystems in the Intermountain region (Wohl 2001), where their activities can alter stream channels and riparian zones and affect basic processes such as nutrient cycling (Naiman et al. 1988; Naiman et al. 1994). Beaver impoundments generally have a positive effect on aquatic, riparian, and wetland habitats because they:

- elevate water tables and enhance riparian vegetation (Olson and Hubert 1994),

- create deeper water habitats with velocity and thermal refugia (Hagglund and Sjoberg 1999),

- decrease water velocities and promote sediment retention (Naiman et al. 1988),

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 122 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

- improve water quality by facilitating riparian habitats that intercept nutrient and chemical contaminants (Olson and Hubert 1994), and

- increase upstream water storage to buffer against floods and summer droughts (Olson and Hubert 1994).

These beaver-induced hydrological and biogeochemical changes also affect aquatic, riparian, and wetland biota. For example, beaver ponds exert strong influences on aquatic invertebrates (McDowell and Naiman 1986; Clifford et al. 1993; Margolis et al. 2001), fishes (Snodgrass and Meffe 1998; Hagglund and Sjoberg 1999), herpetofauna (e.g., amphibians and reptiles: Russell et al. 1999; Metts et al. 2001), and birds (Brown et al. 1996; McKinstry et al. 2001).

Beaver impoundments often facilitate sediment deposition and storage (Wohl 2001), but in their absence, sediment might be transported further downstream and be deposited in crucial fish spawning habitats. Rocky Mountain region hydrographs are likely affected by loss of beaver impoundments because water storage capacity in first through fourth order streams is reduced. Thus, water is delivered more quickly in the absence of beaver dams, rather than being slowly released to buffer against periods of low flow.

Researchers at the University of Wyoming identified habitat suitability characteristics necessary for the colonizing of beavers in mountain streams. They modeled suitable beaver habitat using GIS (Olson and Hubert 1994). Model parameters used existing vegetation information, and National Hydrography Dataset stream layers included:

1. Gradient up to 4 percent

2. Within 200 meters of aspen or willow vegetation type

3. Stream order less than 4

Stream reaches that had high correlation with these variables were mapped on a 1:24,000 scale and densities were calculated on a total stream mile bases for each subwatershed. Beavers have been trapped in irrigation systems on the valley floor by the Colorado Parks and Wildlife and periodically transplanted into Rio Grande National Forest streams (Randy Ghormley, Forest Fish and Wildlife Program Manager, pers. comm.). Approximately 22 subwatersheds are located within the National Forest and National Park boundaries, several relatively far from private lands or the valley floor. Further evaluation at the site or reach level would ensure survival, low migration and reduced conflicts if the beavers migrated from the area.

Only one subwatershed on the Rio Grande National Forest has no adequate beaver habitat, and is located in a steep portion of the very southern edge of the National Forest and beyond. Based on these analysis results, there is an opportunity for beaver to play a major role in achieving watershed health objectives on the Rio Grande National Forest.

## *Grazing:*

The reference condition prior to European settlement included effective populations of ungulate predators. Human manipulation of ungulate and predator populations is a significant stressor on watershed, riparian, and stream channel function. Ungulates without effective predators are known to overgraze the riparian vegetation necessary to provide bank stabilization and a food source for beavers. Willows (*Salix* spp.), alders (*Alnus* spp.), and quaking aspen (*Populus tremuloides*) are often browsed to an extent that recruitment levels fail to sustain a resilient system. Deciduous components are preferentially consumed allowing conifer encroachment (Roger and Mittanck 2014). This results in a cascading effect that reduces soil organic carbon, which reduces the soil's water holding capacity (Shepperd et al. 2006; Woldeselassiea et al. 2012), which promotes warm season bunchgrasses over cool

Rvsd Plan - 00000122

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 123 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

season bunchgrasses. Eventually, overgrazing removes bank stabilizing vegetation, creating channel downcutting and a dysfunctional floodplain (Beschta and Ripple 2006).

Livestock grazing has the potential to significantly influence riparian, wetland, and aquatic resources if it is not managed properly (Binkley and Brown, 1993). There are numerous references to document these potential influences, although most discuss impacts from improper rather than proper grazing management (Kauffman and Krueger 1984; Buckhouse 1981; Meehan and Platts 1978; Binkley and Brown 1993; Larson et al. 1998). Livestock grazing be a tool for positive effect when managed properly and when focused on meeting well defined interdisciplinary objectives. Grazing can:

- stimulate new growth of both herbaceous and woody species;

- increase total production;

- provide increased palatability and nutrient quality to other animal grazers;

- increase herbaceous plant density, and

- alter habitat structure and composition to meet specific species objectives (such as managing for specific threatened or endangered species habitats or alteration of habitat relationships to favor certain species) (Krueger and Anderson 1985).

See the Multiple Uses Assessment for more information on range, including allotments and stocking densities.

When evaluating the influences of livestock grazing at the reach/site scale, the following data collection methods should be considered:

1. Residual stubble height over time.

2. Green-line cross-section and woody retention on selected reference areas of interest.

3. Invasive species inventory relative to livestock grazing influences.

4. EPA stream bank stability rating relative to livestock influences.

5. Proper functioning condition assessment as the findings relate to livestock management practices.

6. Channel morphology changes relative to livestock influences.

7. Water quality and/or macroinvertebrate indexes as the findings relate to livestock management practices.

8. Degree to which terms and conditions from the grazing permit (and associated plans or instructions - such as allowable use, pasture timing requirements, etc.) are met.

Historically, improperly managed livestock grazing impacted many landscapes. In some instances, these impacts have persisted through time and can be seen in down cut stream channels and altered plant communities, especially on low gradient riparian hardwood communities. For the most part, current influences of livestock grazing are localized and are limited on a landscape basis. However, certain aquatic, riparian, and wetland areas continue to show impacts. Frequently these are the lower gradient areas both with historical carry-over effects and/or current influences from other human activities (recreation, forest management, road management, big game, invasive species, and so forth).

## *Seeps and Spring Developments:*

See information in section 12.14. Also see climate change section, below.

Rvsd Plan - 00000123

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 124 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

## Timber and Vegetation Management:

Timber management and associated activities (such as roads associated for timber management) can have an influential effect on aquatic habitats and species. Sedimentation is a key concern associated with timber harvest and road use. Project design criteria associated with the Water Influence Zone are intended to eliminate or minimize sedimentation risks. However, the application of streamside buffers and other design criteria needs to be flexible to incorporate various stream functions depending upon the type of stream and stream gradient involved. For example, lower-elevation stream gradients can be more sensitive to man-made stressors and sedimentation risks than higher-gradient streams, and may warrant additional considerations to maintain floodplain function. Timber management can also directly influence recruitment of downed logs and woody material into streams and along floodplains, which is critical for stream function and aquatic habitat integrity. We need to ensure that wood recruitment remains a key ecological process of both perennial and ephemeral systems. We should address the importance of healthy stream conditions associated with side channel stream refugia given potential climate change.

## Wildfire:

The dynamics of aquatic systems are largely driven by topography, climate, and the patterns of disturbance events such as wildfires and large storms (Bisson et al. 2003). Although wildfires can exhibit both short- and long-term influences on aquatic systems, they are also critically important to their maintenance, resiliency, and productivity (Rieman et al. 2003, Bisson et al. 2003). In a review of the current knowledge concerning fire and aquatic ecosystems in the Western United States, Bisson et al. (2003) suggest that wildfire disturbances are inevitable in most landscapes and that the primary means of reducing their short-term negative effects is to conserve and restore the physical and biological processes and patterns that create and maintain a diverse network of aquatic habitats and populations.

Aquatic systems and the terrestrial landscapes that encompass them are recognized as being intricately linked and structured by the disturbance processes associated with particular fire regimes (Bisson et al. 2003). In Fire Regime V systems (200 years and over return interval), these processes primarily involve periodic bark beetle epidemics and windthrow events as well as infrequent, large-scale, stand-replacement fires (Veblen et al. 1991b, Veblen et al. 1994, Schmidt et al. 2002). Climatic factors had and will continue to have a profound influence on terrestrial and aquatic systems and their interactions with disturbance processes such as wildfire (Bisson et al. 2003). However, one of the primary factors that influence the significance of a wildfire on aquatic systems is the pre-fire condition of the watershed. Watersheds that have been highly roaded and influenced by past management activities present the highest risk to maintaining diverse and connected aquatic populations in the post-fire environment (Bisson et al. 2003, Minshall 2003, Benda et al. 2003). For example, some of the impacts of the Hayman Fire in Colorado are attributed to the pre-fire condition of the watershed, where the timing and recovery of the aquatic system is expected take longer in drainages that had been subject to chronic human disturbances (Kershner et al. 2003). A well-distributed beaver populations can also help minimize the impacts of an initial fire event as well as alleviate potential post-fire effects associated with flooding and soil erosion (Decker et al. 2003).

Post-fire erosion can also occur chronically and episodically. Chronic erosion is characteristic of roaded environments, revegetation difficulties, or ground-disturbing fire suppression activities and tends to deliver fine sediments over long periods of time. Chronic pre- and post-fire disturbances that continually deliver sediment will extend the time period needed for recovery (Bisson et al. 2003, Kershner et al. 2003). In contrast, pulse events deliver sediment and large coarse woody debris through landslides or debris flows and are generally short lived (Kershner et al. 2003). The coarse woody debris are gradually depleted as they decay, break up, and are transported downstream where they contribute to habitat values for aquatic invertebrates and fish species (Bisson et al. 2003, Minshall 2003). Pulse events involving sediment and coarse woody debris through fluvial transport are typical of mountain drainage basins in

Rvsd Plan - 00000124

North America and important due to their contribution to the physical and biological diversity of aquatic systems. These events do result in temporary impacts to the aquatic environment but are also considered fundamental to the development and restoration of stream systems (Benda et al. 2003). This was exemplified in a post-fire landscape in Idaho where stream tributary confluences influenced the receiving channels by rejuvenating alluvial fans, boulder accumulations, coarse woody debris supplies, terraces, side channels, and floodplains (Benda et al. 2003).

Based on outcomes from past local wildfires such as the 2002 Million Fire, it is possible that hydrologic pulse events could be associated with individual fire catchments in some areas of the forest if a wildfire occurred under the severe climatic conditions such as those that occurred at that time. The significance of these events could also be further influenced if they occurred in areas with sensitive soils or high amounts of roads. If hydrologic pulse events do occur, local populations of fish could be extirpated and the macroinvertebrate communities in first to fourth-order streams may be reduced by as much as 85 to 90 percent in highly affected drainages. The post-fire macroinvertebrate communities may also shift from consumers to disturbance-adapted strategists and habitat generalists due to a decrease in leaf litter and other food resources (Spencer et al. 2003, Minshall 2003). However, the macroinvertebrate community usually responds quickly and returns to pre-fire conditions within a year or two, although wide variations may continue for 5 to 10 years post-fire (Minshall 2003). Some studies have indicated that burned streams will actually result in a greater abundance, species richness, and diversity of macroinvertebrates for up to 45 years post-fire (Albin 1979 *in* Menshall 2003). However, most studies indicate a convergence with unburned reference streams within a 10 to 15 year timeframe. The recovery of fish populations also generally track the initial increase in primary and secondary production and usually show a positive response within the first five years if connectivity with key refugia occur within the watershed (Kershner et al. 2003). Fish will generally recolonize fire-affected areas rapidly when barriers are not a problem. New fish colonists generally come from upstream of the fire area, however, they will also move from surrounding watersheds and mainstem systems if migration and aquatic passage is not limited (Kershner et al. 2003). The effect of pulse events may vary, as evidenced by the West Fork Fire Complex of 2013 which at 88,817 acres exceeded the Million Fire several-fold. This most recent wildfire burned approximately 88,800 acres on the Rio Grande National Forest during dry and windy climatic conditions, most as stand replacement fire at high to moderate intensity. Although hydrologic pulse events involving sedimentation and fish kills occurred in at least one tributary during the year after the fire, effects to the main channel of the river were negligible and fish populations were higher than they had been in nine years.

Thus, although temporarily dramatic, the overall effect of wildfire on macroinvertebrates and fish in intact, unfragmented stream ecosystems is that they usually experience recovery in the short to early mid-term (Minshall 2003). In the long term, the general consensus in the literature is that within intact systems the disturbances associated with fire-related flooding, sedimentation, and woody debris inputs are important to the integrity of aquatic systems and at times represent the restoration activity itself (Bisson et al. 2003, Minshall 2003). In fragmented populations such as native cutthroat trout on the Rio Grande National Forest, however, protection of small core populations may be necessary when high-intensity wildfire occurs.

## Places at Risk

Assessment 2 notes that in general most watershed and stream health concerns on the Rio Grande National Forest are associated with existing system roads and trails, uncontrolled motorized use on unauthorized roads and trails, and livestock grazing in riparian areas. These concerns relate to accelerated soil erosion and compaction, sediment delivered to streams and wetlands, stream channel aggradation and degradation, and the direct, indirect, and cumulative effects on the water cycle and water quality. These

concerns are primarily related to proper implementation and/or administration of existing forest plan direction rather than a significant need to change existing direction.

This aquatic assessment provides additional information important to understanding the ecological drivers of the aquatic habitats on the forest, as well as the natural and human stressors important to the continued ecological integrity of the aquatic and riparian systems. The results include additional information pertaining to the importance of certain geologic features on the landscape, such as past glaciation for wetlands and fens and potential differences in stream productivity based on the underlying geology. This assessment also offers additional insight regarding the vulnerabilities of various stream types and aquatic habitats, with low (under 2 percent) and perhaps medium (2 to 4 percent) stream gradients warranting additional considerations from a management perspective, particularly where stream channels have been constricted or human stressors influence floodplain conditions.

This aquatic assessment also offers additional information regarding the unique risks to aquatic integrity as associated with potential climate change. These risks should be viewed in conjunction with the ecosystem drivers that maintain aquatic systems and habitats. Although all ecosystem processes that maintain aquatic integrity warrant review during plan revision, low-elevation stream types and seeps and springs within drier vegetation communities are uniquely vulnerable to climate change and human stressors associated with them.

# Need for Change

Based on information in this section of the assessment, there is a need to revise and update the aquatic habitat section of the Forest Plan. For the purposes of forest planning, considerations for aquatic habitats and species are combined with soil and water resources. However, the information in this assessment for riparian and aquatic ecosystem integrity, highlights some specific needs with aquatic habitats and species on the forest, especially in regards to the unique aquatic endemics to the upper Rio Grande Basin. Examples include the need for additional management direction addressing the importance of stream connectivity and aquatic organism passage programs and their relationship to aquatic habitat resiliency, and incorporating the Aquatic Nuisance Species Plan for the Rio Grande National Forest into plan revision components. Potential mitigation strategies for chytrid fungus and local amphibian species are part of this recommendation. We need additional updates regarding restoration opportunities for native aquatic species and for managing low-elevation riparian systems, seeps and springs; including hummocking and pugging guidelines. Updates should also increase awareness regarding the ecological drivers for local aquatic habitats including glaciation, stream gradient, and geological factors associated with aquatic habitat productivity.

We need to update the existing Forest Plan with current information related to aquatic habitats and potential vulnerabilities associated with climate change. Central to this update is the need to maintain cold water systems and side channel refugia for aquatic species. We need to acknowledge the connection between current human stressors and a potential increase in vulnerability to aquatic integrity as related to climate change. Thus, while our standards and guidelines for aquatic systems should be adaptable and flexible they should also be well defined, firm and measurable.

# Stressors Associated with Potential Climate Change

Aquatic systems and water dependent taxa will be significantly affected if the trend for changing temporal and spatial scales in air temperature and patterns of precipitation continue (Bryson et al, 2008). Potential effects of climate change in the southern Rocky Mountains include:

- reduced precipitation,

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 127 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

- reduced period of snowmelt runoff,

- attenuated periods of base flows in streams,

- increased water needs by the predicted increase in Colorado's population, and

- increased stream temperatures (Reiman and Isaak, 2010).

There are several other indirect impacts, such as an increase in non-native species (Rahel 2010) and reduced overall adequate habitat for cold water species. Some scientists speculate that increased water temperatures in higher elevations will be advantageous for cold water native fish. However, instream habitats are more limited in the smaller streams found there; food animals such as benthic macroinvertebrates may not tolerate even a limited change in water temperature, and reduced precipitation and more sporadic precipitation events could lead to drought.

We used a model recently developed by the USDA Rocky Mountain Research Station (http://www.fs.fed.us/rm/boise/AWAE/projects/modeled_stream_flow_metrics.shtml) that incorporates current and projected variables to estimate changes in mean annual discharge in the Rio Grande National Forest for the future (See appendix B, posted separately).

It is also the intent of this analysis to understand and potentially prepared for "short-term drought situations" that occur in the Southern Rocky Mountains (McKee et al. 2000). While these events are measured in years, and followed by periods of "normal to high" discharge, the effects on aquatic ecosystems could mimic to a limited degree the effects of future long-term climate change (figure 6). The resiliency of aquatic ecosystems in the future may be reflected to a limited degree in the effects of short-term drought conditions. If the components that affect the resiliency of aquatic ecosystems are not in place or at a much lower level of condition than would be expected, even short-term droughts could have major impacts on aquatic systems. If we are able to substantially increase resiliency, the onset of climate change impacts may not be realized until later in the future, and the effects may not be as intense.

Climatic variables influence hydrological processes; so any change in precipitation, evapotranspiration, snow accumulation and snow melt will influence recharge to groundwater systems. Future climate change will affect recharge rates and, in turn, groundwater levels and the amount of groundwater available to support springs and wetlands (Ludwig and Moench 2009). Land use changes can also alter watershed conditions and generate responses in biological communities and processes. Land use changes may even override hydrologic modifications caused by large-scale climate shifts.

Lemly reports that 65 percent of all mapped national wetland inventory acres occur in the subalpine ecoregions, and another 29 percent of national wetland inventory acres occur in the alpine zone. These ecoregions also correspond to glaciated areas. There are few wetland acres in lower elevation zones.

In the western United States, winter and spring air temperatures have increased (Folland et al. 2001), the onset of snowmelt is earlier, and the snow water equivalent of snowpack has decreased. These and other indicators are especially important for groundwater dependent ecosystems, and have implications for groundwater recharge; which maintains springs, wetlands, soil moisture, and stream baseflows. In mountainous terrain, snowpack is the main source of groundwater recharge (Winograd et al. 1998). Higher minimum temperature can reduce the longevity of the snowpack, and decrease the length of time aquifer recharge can occur in various lithologies, potentially leading to faster runoff and less groundwater recharge. Decreased groundwater recharge can negatively affect aquatic biota and reduce wetland habitat. Unfortunately, we lack comprehensive data on groundwater-surface water interactions which limits our ability to model current groundwater resources and predict changes due to climate (Drexler et al. 2013).

The hydrogeologic setting is important to consider when assessing the climate-induced changes to groundwater systems. Geologic units respond differently to changes in precipitation due to their hydrogeologic properties (hydraulic conductivity, primary vs secondary porosity, fractures vs porous media, etc.). On the Rio Grande National Forest we can delineate several different hydrogeologic settings (igneous/metamorphic, volcanic aquifers, and unconsolidated glacial/alluvial aquifers).

The properties of aquifers are essential to consider; small, shallow unconfined aquifers respond more rapidly to climate change, whereas larger and confined systems have a slower response. Alpine glacial deposits generally support small, unconfined and shallow aquifers. These are more likely to have renewable groundwater on shorter time scales and will be particularly sensitive to changes in climate (Winter 1999, Sophocleous 2002).

The recharge characteristics of different hydrogeologic settings also influence vulnerability to climate change. For example, igneous and metamorphic rocks with low permeability and porosity, low volume groundwater discharges to groundwater dependent ecosystems, and are recharged only during large infrequent precipitation or snowmelt events; may be less influenced by climate change than unconsolidated or basalt aquifers that have high permeability and porosity, larger volume discharges to groundwater dependent ecosystems, and are recharged more frequently.

The effects of climate change on groundwater dependent ecosystems differ as a function of local geology and specific climatic variables. In a study that combined aerial photodocumentation (over 50-80 years) and climate analysis, Drexler et al. (2013) showed that five fens in the Sierra Nevada (California) decreased 10 to 16 percent in area. This decrease in area occurred over decades with increased annual mean minimum air temperature and decreased snow water equivalent and snowpack longevity. However, two fens in the southern Cascade Range, underlain by different geology than the Sierra Nevada, did not change in area. The volcanic lithologies of the Cascade sites, with high groundwater storage capacity, likely affected groundwater recharge.

Changes to groundwater levels can alter the interaction between groundwater and surface water (Hanson et al. 2012). Groundwater storage acts as a moderator of surface water response (Maxwell and Kollet 2008). Climate-induced changes in groundwater/surface water interactions will directly affect stream baseflows and associated springs and wetlands (Earman and Dettinger 2011; Kløve et al. 2012; Candela et al. 2012; Tujchneider et al. 2012). Changes in groundwater can change wetland water balances, leading to lowered water level and reduced groundwater inflow. For terrestrial and riparian vegetation, a shift in location, as well as in species composition, can occur.

A reduced average groundwater level tends to promote soil aeration and organic matter oxidation. Generating and maintaining peat soils over time depends on stable hydrological conditions, and in recent studies of peatlands exposed to groundwater lowering, soil cracking, subsidence and secondary changes in water flow and storage patterns are noted (Kværner and Snilsberg 2008, 2011).

Freshwater springs are dependent on a continuous discharge of groundwater, and form subsurface to surface water and aquatic to terrestrial ecotones, which are important components of aquatic biodiversity (Ward and Tockner 2001). Springs and spring brooks are physically stable environments that support stable biological communities (Barquin and Death 2006). Biota with low dispersal abilities and long generation times are more common in permanently flowing springs, whereas biota with strong dispersal ability are favored in non-permanent habitats (e.g. Erman and Erman, 1995; Smith and Wood, 2002). Climate change-induced modifications to recharge may have a profound impact on spring communities. Such changes may be reflected in reduced summertime flows with possible drying, and increased winter flow and associated flooding, which can affect biological communities (Green et al. 2011).

Rvsd Plan - 00000128

### Management Considerations for Climate Change

Managing aquatic systems begins with inventory of the types and condition of existing resources. The Forest Service has published several guides to inventory of aquatic systems including the Groundwater Dependent Ecosystem Inventory Field Guides (USDA Forest Service 2012). These field guides provide protocols for inventorying palustrine wetlands and springs.

Land uses surrounding palustrine wetlands and springs can potentially alter the hydrology and nutrient inputs of these systems, thus changing their underlying processes. Draining, water developments, heavy cattle use, ORV use and irrigation practices can alter hydrology, reducing species diversity. Increased land use within 100 meters has been found to be correlated with increased nutrient levels in peatlands, suggesting that setbacks should be 100 meters or more for adequate protection (Jones 2003).

Heavy cattle use in palustrine systems can alter the hydrology by damaging soils. Soil compaction and pugging within the peat layer will change surface water flow. Heavy cattle use can also alter the successional processes within the sedge- dominated area of a fen. Cattle hoof action can lead to pugging and hummocking, creating microsites where shrubs can become established, changing the sedge-dominated meadow to carr shrubland.

### Projected Future Change in Mean Annual Flow for Streams within the Rio Grande National Forest and surrounding ecosystem: Focus on Climate Change

Climate change analysts predict future changes in streamflow through altered temperatures, precipitation patterns and frequency of catastrophic weather events. This will in turn impact physical processes and organisms not only in these streams but throughout the ecosystems these streams feed (Reiman and Isaak 2010). Fish and other aquatic organisms would be most directly and dramatically affected by changing hydrologic flows, particularly those species adapted to specific flow regimes (Wenger et al. 2010). To estimate future change in flow metrics for the Rio Grande National Forest, we used modeled mean annual flow metric data (Wenger et al. 2010) which predict flows in 2040 and 2080 (figure 1 and figure 2). By predicting where flows will change most dramatically across the Rio Grande National Forest due to climate change, we can identify areas for management focus.

The most dramatic reduction in projected flows is forecast for the Sangre de Cristo Mountains (figure 1, figure 2 and figure 3) and the portions of the forest adjacent to the San Luis Valley (figure 1 and figure 2). These patterns are consistent between the 2040 and 2080 projections with relatively greater decrease estimated for 2080. At the extreme of the predictions, we estimate as much as a 20 percent decline in flow levels for some streams by 2040 and as much as a 30 percent decrease by 2080. Conversely, flows are forecast to increase for the Cochetopa Hills in 2040 and 2080 (figure 1, figure 2 and figure 4), with flows on some streams predicted to be declining by 2080. The central portion (moving from south to north) of the Rio Grande National Forest is expected to experience more variability and relatively larger declines in mean annual flows (figure 4). Lower elevation streams should be more variable in discharge, have more flow reduction relative to historic levels (figure 5), becoming more pronounced in 2080 than 2040. Relative to original, historic flow levels, we expect larger relative declines and more variability in streams with lower overall flows (figure 6).

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 130 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems



**Figure 1. Percent difference in historic mean annual flows relative to flows projected for 2040 on the Rio Grande National Forest. The southern Sangre de Cristo mountain range and streams at the lower elevations are predicted to have the largest change under unregulated conditions.**

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 131 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems



**Figure 2. Percent difference in historic mean annual flows relative to flows projected for 2080 on the Rio Grande National Forest. Mean annual discharge will decline for all; most streams are expected to be reduced by more than 5 percent in 2080.**

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems



**Figure 3. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from west to east (top) across the Rio Grande National Forest. The relatively high percentage change in the east boundary can be explained by the influence of the Sangre de Cristo mountain range where mean annual flows are expected to be reduced as much as 30 percent in some years by 2080.**

Rvsd Plan - 00000132

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems



**Figure 4. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from south to north (bottom) across the Rio Grande National Forest. The estimated increase in mean annual flows in the north (bottom) can be explained by the high elevation Continental Divide.**

Rvsd Plan - 00000133



**Figure 5. Percent difference in mean annual flows in 2040 and 2080 relative to elevation of stream reach midpoint.**

Rvsd Plan - 00000134

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems



**Figure 6. Percent difference in mean annual flows in 2040 and 2080 relative to historic flow levels on the Rio Grande National Forest.**

Rvsd Plan - 00000135

## Conclusions

The influence of long-term stream flow modification from climate change research are limited (Reiman and Isaak, 2010). However, available information indicates that we should prioritize lower elevation streams and those with limited base flows for management as they will most likely be influenced in the future. The analysis we conducted shows that discharge could be significantly reduced, variability could be much higher, and we should expect declining fish and other aquatic biota if these conditions occurred (Wenger et al. 2011). To mitigate the impacts of projected reduced flows, our management should focus on maintaining stream structure and surrounding vegetation within the natural range of variation; particularly at streams, wetlands and riparian areas thought to be more vulnerable to climate change (Dawson 2011). We should manage keystone species such as beaver, which restore streams to more natural flow rates and water table levels, to maintain stream function and store water naturally on the landscape. At the project level, we need to address activities that are influencing the natural hydrology, physical and chemical parameters, and habitat of these water-dependent ecosystems (see in large part Meehan, 1991). While it is important we understand that there is variability in this modelling effort, we should periodically collect and review monitoring data on stream flow rates and temperatures where on the Rio Grande National Forest streams and their associated ecosystems are threatened by climate change.

Case 1:21-cv-02994-REB Document 24-3 Filed 06/21/22 USDC Colorado Page 137 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

# Literature Cited

Beschta, R.L.; Ripple, W.J. 2006. River channel dynamics following extirpation of wolves in northwestern Yellowstone National Park. Earth Surface Processes and Landforms. 31: 1525-1539.

Binkley, D., and T.C. Brown, 1993. Management impacts on water quality of forests and rangelands. USDA General Technical Report RM-239.

Bisson, P.A., B.E. Rieman, C. Luce, P.F. Hessburg, D.C. Lee, J.L. Kershner, G.H. Reeves, and R.E. Gresswell. 2003. Fire and aquatic ecosystems of the Western USA: current knowledge and key questions. Forest Ecology and Management.

Buckhouse, J.C. 1981. Riparian response to certain grazing management. Paper presented at Society for Range Management 34th Annual Meeting, Tulsa, OK.

Center of the American West (CAW). University of Colorado, Boulder. 2003. Online: Population Statistics: http://www.centerwest.org/futures/people/population. html; Change in Land Use Categories: http://www.centerwest.org/futures/development

Chamberlin, T.W., R.D. Harr, and F.H. Everest. 1991. Timber harvesting, silviculture, and watershed processes. In: Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:181-205.

Clark, R.N.; Gibbons. D.R. 1991. Recreation. In: Meehan, W.R. ed. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19, Bethesda, MD:459-481.

Collen, P.; Gibson, R.J. 2001. The general ecology of beavers (*Castor* spp.), as related to their influence on stream ecosystems and riparian habitats, and the subsequent effects of fish – A review. Reviews in Fish Biology and Fisheries. 10:439-461.

Colorado Department of Public Health and Environment. 2012. Integrated Water Quality Monitoring and Assessment Report, State of Colorado. 2012 update to the 2010 305(b) Report.

Colorado Department of Public Health and Environment. 2013. Integrated Water Quality Monitoring and Assessment Report, State of Colorado. 2012 update to the 2010 305(b) Report.

Deacon, J.R., N.E. Spahr, S.V. Mize, and R.W. Boulger. 2001. Using water, bryophytes and macroinvertebrates to assess trace element concentrations in the upper Colorado River Basin, Hydrobiologia, Volume 455, Issue 1, pp. 29-39.

Dunham, J.B., M. Young, and R.E. Gresswell. 2003. Effects of fire on fish populations: landscape perspectives on persistence of native fishes and non-native fish invasions. Forest Ecology and Management.

Hammerson, G.A. 1986. Amphibians and reptiles of Colorado. State of Colorado, Division of Wildlife, Denver, CO.

Havlick, D.G. 2002. No place distant: Roads and recreation on America's public lands. Island Press. Washington. D.C.

Hagglund, A.; Sjoberg, G. 1999. Effects of beaver dams on fish fauna of forest streams. Forest Ecology and Management. 115:259-266.

Rvsd Plan - 00000137

Hoffman. C. 1998. Let it snow. Smithsonian. 29:50-53.

Kauffman, J. B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management Implications: A review. Journal of Range Management 37(6):683-685.

Krueger, H.O., and S.H. Anderson. 1985. The use of cattle as a management tool for wildlife in shrubwillow riparian systems. *In*: Riparian ecosystems and their management: reconciling conflicting uses. *Edited by:* R.R. Johnson, C.D. Ziebell, D.R. Patton, P.F. Folliott, and R.H. Hamre.16-18 April 1985.

Tucson, AZ. USDA Forest Service. General Technical Report RM-120.

Larson, R.E., W.C. Krueger, M.R. George, M.R. Barrington, K.C. Buckhouse, and D.E. Johnson. 1998. Viewpoint: Livestock influences on riparian zones and fish habitat: Literature classification. Journal of Range Management 51(6):661-664.

Lemly, Joanna. 2012. Assessment of Wetland Condition on the Rio Grande National Forest. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO 80523.

McIntosh, B.A., J.R. Sedell, R.F. Thurow, S.E. Clarke, and G.L. Chandler. 2000. Historical changes in pool habitats in the Columbia River basin. Ecological Applications 10:1478-1496.

Meehan, W.R. and W.S. Platts. 1978. Livestock grazing and the aquatic environment. Journal of Soil and Water Conservation 33(6):274-278.

Meyer, C.B.; Knight, D.H. 2001. Historic variability for upland vegetation in the Bighorn National Forest, Wyoming. Draft unpublished report sent to Bighorn National Forest, Sheridan, Wyoming and the Division of Renewable Resource, Rocky Mountain Region, U.S. Forest Service, Lakewood, CO. USFS Agreement No. 1102-0003-98-043.

Michael, J.L. 2000. Pesticides. In: Dissmeyer, G.E. ed. Drinking water from forests and grasslands: A synthesis of the scientific literature. U.S. Department of Agriculture, Forest Service. General Technical Report SRS-39.

Naiman, R.J.; Johnson, C.A.; Kelley, J.C. 1988. Alteration of North American streams by beaver. Bioscience. 38:753-762.

Naiman, R.J.; Pinay, G.; Johnson, C.A., [et al.]. 1994. Ecosystem alteration of boreal forest streams by beaver (*Castor Canadensis*). Ecology. 67: 1254-1269.

Pilliod, D.S., R.B. Bury, E.J. Hyde, C.A. Pearl, and P.S. Corn. 2003. Potential effects of fire and fuel reduction practices on aquatic amphibians in the United States. Forest Ecology and Management.

Olson, R.; Hubert, W.A. 1994. Beaver: Water resources and riparian habitat manager. University of Wyoming, Laramie.

Ralph, S.C.; Poole, G.C.; Conquest, L.L. [et al.]. 1994. Stream channel morphology and woody debris in logged and unlogged basins of western Washington. Canadian Journal of Fisheries and Aquatic Sciences. 51:37-51.

Rahel, F.J.; Hubert, W.A. 1991. Fish assemblages and habitat gradients in a Rocky Mountain-Great Plains stream: Biotic zonation and additive patterns of community change. Transactions of the American Fisheries Society. 120:319-332.

Rvsd Plan - 00000138

Case 1:21-cv-02994-REB   Document 24-3   Filed 06/21/22   USDC Colorado   Page 139 of 406

Rio Grande National Forest –Assessments 1 and 3
Ecosystem Integrity, Systems Drivers and Stressors for Aquatic Ecosystems

Ries, J.B. 1996. Landscape damage by skiing at the Schauinsland in the Black Forest, Germany. Mountain Research and Development. 16:27-40.

Roger, P.C.; Mittanck, C.M. 2014. Herbivory strains resilience in drought-prone aspen landscapes of the Western United States. Journal of Vegetation Science. 25: 457-469.

Shepperd, W.D.; Rogers, P.C.; Burton, D.; Bartos, D.L. 2006. Ecology, biodiversity, management, and restoration of aspen in the Sierra Nevada. RMRS-GTR-178. Fort Collins, CO: USDA, Forest Service, Rocky Mountain Research Station.

Stafford, M.P. 1994. Control of purple loosestrife with herbicides and the effect and subsequent response of wetland plant communities. In: Proceedings of the Idaho Weed Control Association 49th Annual Meeting, February 1994. Boise, ID.

Winter, T. C.; Harvey, J.W.; Franke, O.L., [et al.]. 1998. Ground water and surface water, a single resource. U.S. Department of the Interior, Geological Survey, Circular 1139. Washington, D.C.

Winters, D.S. and Tonya, T. 2016. Assessment 1: Aquatic condition, relationship to ecological drivers and management influences and identification of potential direction for the future. USDA Forest Service, Rocky Mountain Region, Lakewood, CO.

Winters, David S., A. Wuenschel, J. Gurrieri, T. Tenyah, D. Cleary, and S. Synowiec. 2016. Assessment 3: Aquatic and Semi-Aquatic Ecological Drivers. Chapter 1: Ecological Driver Classification and Analysis. USDA Forest Service, Rocky Mountain Region, Lakewood, CO. 61 pp.

Wireman, M. 2000. Hardrock mining. In: Dissmeyer, G.E. ed. Drinking water from forests and grasslands: A synthesis of the scientific literature. U.S. Department of Agriculture, Forest Service. General Technical Report SRS–39.

Wohl, E. 2000. Mountain rivers. Water Resources Monograph 14. American Geophysical Union. Washington DC.

Wohl, E.E. 2001. Virtual rivers: Lessons from the Mountain Rivers of the Colorado Front Range. Yale University Press, New Haven, CT. 210 p.

Walcott, C.D. 1899. Bighorn Forest Reserve. Government Printing Office. Washington, DC.

Woldeselassiea, M.; Van Miegroet, H.; Gruselle, M.; Hambly, N. 2012. Storage and stability of soil organic carbon in aspen and conifer forest soils of Northern Utah. Soil Science Society of America Journal. 76(6): 2230-2240.

Rvsd Plan - 00000139

# Appendix 1 to Assessments 1 and 3:
# Aquatic and Semi-aquatic Ecosystems
### For The Rio Grande National Forest
### Land Management Plan Revision Rocky Mountain Region



**AUTHORS**
David S. Winters
Aquatic Ecologist
Rocky Mountain Region
Technical Coordinator and Author
Thomas Tonyah
Rocky Mountain Region
GIS specialist Analyst
Dennis Staley
Rocky Mountain Region
GIS specialist Analyst
All-Points GIS Inc.
Data analysis, GIS expertise

# Contents

Introduction .................................................................................................................................. 1
Water resources ........................................................................................................................... 4
    Stream Diversions ................................................................................................................... 4
        Introduction ....................................................................................................................... 4
        Future Considerations: ...................................................................................................... 7
    Impoundments ........................................................................................................................ 7
        Introduction ....................................................................................................................... 7
        Management Implications .................................................................................................. 9
        Management Considerations ............................................................................................ 11
    Trans Basin Diversions ......................................................................................................... 11
        Introduction ..................................................................................................................... 11
        Management Implications ................................................................................................ 12
        Future Considerations ..................................................................................................... 12
    Spring Developments ............................................................................................................ 14
        Introduction ..................................................................................................................... 14
        Management Implications ................................................................................................ 14
        Management Implications ................................................................................................ 15
        Management Considerations ............................................................................................ 17
Transportation ........................................................................................................................... 17
    Roads ..................................................................................................................................... 17
        Introduction ..................................................................................................................... 17
        Management Implications ................................................................................................ 18
        Paved Roads Density Results ........................................................................................... 18
        Management Considerations: ........................................................................................... 20
        Paved Road Crossings: .................................................................................................... 20
        Future Considerations: .................................................................................................... 20
        Unpaved Road Density: ................................................................................................... 23
        Future Considerations: .................................................................................................... 23
        Unpaved Stream Crossings ............................................................................................. 23
        Future Considerations: .................................................................................................... 25
    Trails ..................................................................................................................................... 25
        Introduction: .................................................................................................................... 25
        Results: ............................................................................................................................ 26
        Management Implications: ............................................................................................... 26
        Future Considerations: .................................................................................................... 28
    OHV Use ............................................................................................................................... 28
        Results: ............................................................................................................................ 28
        Future Considerations: .................................................................................................... 28
    Additive Influences of the Transportation Group ................................................................ 31
        Results: ............................................................................................................................ 31
        Future Considerations: .................................................................................................... 31
Recreation .................................................................................................................................. 31
    Introduction ........................................................................................................................... 31
    Developed Recreation Sites .................................................................................................. 33
        Results: ............................................................................................................................ 33
        Future Considerations: .................................................................................................... 33
    Ski Areas ............................................................................................................................... 35

Rvsd Plan - 00000142

Introduction ......................................................................................................................... 35
Management Implications ..................................................................................................... 36
Results: ................................................................................................................................ 36
Future Considerations: ......................................................................................................... 36
Dispersed Recreation ............................................................................................................. 36
Management Implications: ................................................................................................... 36
Biological Influences ................................................................................................................ 37
Invasive Species .................................................................................................................... 37
Introduction: ...................................................................................................................... 37
Management Considerations: ............................................................................................... 39
Future Considerations: ......................................................................................................... 40
Influence of Beaver Removal ................................................................................................. 40
Introduction ....................................................................................................................... 40
Results: ................................................................................................................................ 41
Future Considerations: ......................................................................................................... 43
Recreational and Native Fisheries ......................................................................................... 43
Mineral Extraction ................................................................................................................... 44
Hardrock and Placer Mining .................................................................................................. 44
Results: ................................................................................................................................ 44
Management Considerations: ............................................................................................... 46
Cattle Grazing .......................................................................................................................... 48
Introduction .......................................................................................................................... 48
Results and management Considerations .............................................................................. 49
Future Considerations ........................................................................................................... 52
Sheep Grazing .......................................................................................................................... 53
Introduction .......................................................................................................................... 53
Results .................................................................................................................................. 53
Future Considerations ........................................................................................................... 53
Commercial Timber Harvest .................................................................................................... 55
Introduction .......................................................................................................................... 55
Results .................................................................................................................................. 55
Future Considerations ........................................................................................................... 55
Need for Change ....................................................................................................................... 59
Ecological Drivers ................................................................................................................. 59
Anthropogenic resources ....................................................................................................... 59
References Cited ....................................................................................................................... 61

# List of Figures

Figure 1. Anthropogenic uses identified for Analysis in Region 2. Similar influence groups are color
coded. A subset of the most abundant inflences were analyzed. ....................................................... 2
Figure 2. A mountain stream with limited valley bottom area. The valley bottom is being confined by the
adjacent steep topography and large substrate. ................................................................................ 3
Figure 3. Small stream diversion in a headwater stream ................................................................... 4
Figure 4. Results of the diversion density (#/stream mile/subwatershed) analysis. Names and values with
the 10 highest values (quantile 5) are also presented. ...................................................................... 6
Figure 5. A reservoir in the Colorado Rockies. Note the level of water compared to the high water line ... 8
Figure 6. Results of the reservoir analysis for the Rio Grande national Forest and surrounding ecosystem
............................................................................................................................................................ 11

Figure 7. stream section upstream of a transbasin diversion. Bank stability is high and stream channel is stable. ..................................................................................................................................... 11

Figure 8. Directly downstream of transbasin diversion associated with picture 4. Note the poor and unstable stream banks, and over wide channel ................................................................... 11

Figure 9. Only 4 subwatersheds are influenced by transbasin diversions. ........................................... 13

Figure 10. Additive ranks for the water management activities. Distribution of the ranked quantiles was considerably more than subwatersheds with few or no activities. ..................................................... 16

Figure 11. The Poudre River in northern Colorado is a good example of a paved road that limits the rivers ability to migrate laterally, move sediment onto its flood plain and absorb energy from floods. ...... 18

Figure 12. An unpaved road crossing with limited ability to pass high flows. ........................................... 18

Figure 13. Paved road density for the upper Rio Grande River basin. Relatively few paved roads exist here as compared to more populated parts of the Colorado front range (Winters, et al., unpublished assessment results. ................................................................................................................................. 19

Figure 14. Paved stream crossing density in the upper Rio Grande River basin. ...................................... 21

Figure 15. Results of the unpaved road density analysis for the Rio Grande National Forest and surrounding ecosystem. ........................................................................................................................ 22

Figure 16. Results of the stream crossing density analysis conducted on the Rio Grande National forest and surrounding ecosystem. ................................................................................................................ 24

Figure 17. Results of the trail analysis conducted on the Rio Grande National Forest and surrounding ecosystem. .............................................................................................................................................. 27

Figure 18. OHV trail locations ..................................................................................................................... 29

Figure 19. Results of the transportation additive rankings for the Rio Grande National Forest and surrounding ecosystem. ........................................................................................................................ 30

Figure 20. Density of developed recreation sites on the Rio Grande National Forest within the valley bottoms ..................................................................................................................................................... 34

Figure 21. An active beaver dam in the Rocky Mountains. These ponded sites provide numerous benefits for aquatic ecosystems as well as storing water for downstream use. ................................................. 40

Figure 22. Beaver suitability results for the Rio Grande National Forest and surrounding landscape. Results were based on high suitable stream miles per acre of valley bottom per subwatershed. ....... 42

Figure 23. Results of the mines analysis for the Rio Grande National Forest and surrounding ecosystem, Results generally follow known mining districts, with the exception of the Sangre de Cristo Mountains, where historic exploration and limited sites occurred. ..................................................... 45

Figure 24. Subwatersheds with streams identified under the Clean Water Act as being impaired under section 303D by the State of Colorado. It is important to note that not all streams within each subwatershed have elevated levels, but should be suspect as having some level of elevated metals. 47

Figure 25. Cattle (left) and sheep (right) grazing .................................................................................... 48

Figure 26. Results of the active allotment density for cattle within valley bottoms For the Rio Grande National Forest and surrounding landscape ......................................................................................... 51

Figure 27. Results of the relationship between permanent streams and active sheep allotments per subwatershed in the Rio Grande National Forest Ecosystem. ............................................................ 54

Figure 28. Percentage of valley bottoms with active clear cuts conducted in the last 2 decades. The percentage for these activities is very low, even in the highest levels. ............................................... 56

Figure 29. ................................................................................................................................................... 57

Figure 30. ................................................................................................................................................... 58

Rvsd Plan - 00000144

# Introduction

The purpose of this document is to provide an understanding of the type and extent of management influences that are considered for this ecological assessment on the Rio Grande National Forest. Consistency is important for this effort because we are addressing influences that can be quantified and compared throughout the study area. Historically, individual administrative units (e.g., National Forests and Districts) have conducted analysis, often in deference to adjacent units. This independent analysis can be cost prohibitive and "inconsistent" within the range of a particular taxa. We chose not to include uncommon activities that should be addressed only at a fine or project scale or an individual basis. The activities we chose are a subset of potential activities that are common and important for ecological form and function (Figure 1). However, the scales we are addressing should help prioritize reach/site level analysis as well as provide valuable information for management decisions at other scales. This document is a companion to the Conceptual Framework and Protocols for Conducting Multiple Scale Aquatic, Riparian and Wetland, Ecological Assessments (Winters et al. 2004) and part of the Species Conservation Project for the Rocky Mountain Region (Region 2).

We believe that the management activities, defined in various use categories, encompass the majority of activities located on the Rio Grande NF. These activities will be addressed individually and in aggregate. The history, positive and negative influences, and measurement criteria will also be documented. The different use categories were identified to start a process of "linking" activities with similar influences on aquatic, riparian, and wetland resources. This is the first step in addressing the additive influences of multiple activities on a particular resource. If other activities are identified at a specific location, they certainly should be evaluated in the context of the multiple-scale assessment process. Therefore this process is a living document and will be modified to include future observations. It is with this understanding that we see this assessment as a dynamic process as part of the Forest Plan Revision process.

The effects of anthropogenic activities on aquatic, riparian, and wetland ecosystems have been identified for several categories of important attributes, including water use, transportation, vegetation management, recreation, mining, biological (e.g. beaver suitability), and land ownership. One example of a specific influence is how railroads modify riparian and wetland function. Development of railroad prisms within the valley bottom could have a pronounced effect on soil movement, subsurface water flow, habitat and vegetation. For each category of effects, the potential influence of that particular anthropogenic activity will be explained. The effects analysis in each chapter discusses effects whether they are arguably direct or indirect.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems

| USE CATEGORY | ACTIVITY | USE CATEGORY | ACTIVITY |
|---|---|---|---|
| Water Use | Stream Diversions | Biological | Invasive Species |
| Water Use | Transmission Ditches | Biological | Beaver Removal |
| Water Use | Transbasin Diversions | Biological | Pesticides |
| Water Use | Reservoirs | Mineral Extraction | Hardrock & Placer Mining |
| Water Use | Spring Development | Mineral Extraction | Energy Development |
| Transportation | Roads | Vegetation Management | Livestock Grazing |
| Transportation | Trails | Vegetation Management | Large Wild Ungulates |
| Transportation | Off-Road Vehicles | Vegetation Management | Commercial Timber Harvest |
| Transportation | Railroads | Vegetation Management | Natural & Prescribed Fire |
| Recreation | Developed Recreation | Vegetation Management | Tie Drives |
| Recreation | Dispersed Recreation | Urbanization | Transmission Corridors |
| Recreation | Ski Area Development | Urbanization | Urbanization |

Figure 1. Anthropogenic uses identified for Analysis in Region 2. Similar influence groups are color coded. A subset of the most abundant inflences were analyzed.

In order to focus our efforts on the most likely areas for influences on aquatic ecosystems, we concentrated most of our evaluation within the valley bottoms. The geomorphic valley bottom can be described as "that area influenced by lateral and vertical stream migration over time". Most streams in mountainous areas are located within the confines of steeper uplands (Figure 2). Activities that occur in this area have higher potential for direct and indirect influences on stream and riparian ecosystems. Because the valley bottoms tend to be lower in slope than the surrounding landscape. Historically, there has been a tendency for many management activities to be located in these areas. In particular, wider valley bottoms have a relatively flat, homogenous relief that is economically conducive to development of infrastructure. In addition, in an arid environment, vegetation productivity is increase by the abundance of water near the surface and nutrient deposition from upstream. The substrate in these areas tends to be alluvium deposited by the adjacent stream, which has larger "spaces" between gravels and other substrate to store water. In functioning valley bottoms these areas are often saturated and absorb contaminants from transportation spills and other sources. Directly, the presence of "infrastructure" in the valley bottom can restrict the movement and processes associated with the stream channel as well as maintain a boundary for riparian vegetation to grow and reduce habitat for riparian dependent plants and animals.

While anthropogenic activities in upland habitats can definitely have influences on aquatic systems, we felt that quantifying the anthropogenic influences within the valley bottom should be a higher priority and help prioritize restoration more efficiently than "potential" upland activities.



**Figure 2. A mountain stream with limited valley bottom area. The valley bottom is being confined by the adjacent steep topography and large substrate.**

# Water resources

## Stream Diversions

### *Introduction*

Diversions on Forest Service lands in the Rocky Mountains are typically located in small headwater streams, where gravity can easily transport water through gravity downhill. Suitable habitat for aquatic species are often limited in these streams, and are further restricted during the late fall, winter, and early spring months when flows are generally at their lowest and ice cover is present .

Stream diversions can seriously reduce instream habitat and migration for aquatic biota, nutrient transport, sediment movement and water quality (including temperature) (Poff et al. 1997, Wohl, 2001). Water diversions during natural low flow periods can completely dewater streams that directly influence the distribution and abundance of aquatic macroinvertebrates and fishes (Auerbach, et al, 2012).


**Figure 3. Small stream diversion in a headwater stream**

Indirectly, stream diversions can influence channel geometry downstream. Peak flows during the annual snowmelt runoff maintain stream channel, by moving sediment and scouring the streambed (Wohl, 2000). Reduction of peak flows in low gradient, sinuous stream channels can cause channel narrowing, reduced channel capacity, and less overall instream habitat. A classic example of flow modification and altered stream channel capacity is the Platte River in Nebraska. Once a wide, braided river with numerous sandbars shaped by high snowmelt runoff from the mountain areas to the west, the Platte has narrowed considerably since Euro-American settlement so that it now has many single channel areas and abundant riparian vegetation (Wohl 2001). Physical changes resulting from diversion of high flows also affect the organisms that evolved under the historical conditions.

The degree of influence on aquatic and semi-aquatic ecosystems is dependent on the ecological "change" it produces. Planning for water diversion construction and placement may have had limited ecological technology in the past, but today we have the ability to incorporate ecological sustainability needs while including other demands with modern designs. New designs for diversion structures that allow migration of aquatic biota, and address seasonal and Life-history instream flow needs of aquatic resources, and site location all can lead to a balance between human and resource water needs (Poff, 2007). Modification of existing structures (some in place for decades) can result in benefits to aquatic resources while having minimal influences on existing human uses. While the size of a diversion structure may be relatively small on the landscape, the influence to aquatic, riparian, and wetland resources may be very large if the appropriate issues are not addressed.

It is our intent to identify the locations and density of diversion structures within each subwatershed as a percentage of stream length. This analysis should help provide information that could prioritize future discussions and analysis at a smaller scale, in terms of fragmentation, water quality and quantity and overall stream health. In addition, it should help define areas where reintroduction of native species as well as manage recreational fisheries would be limited without significant and/or unrealistic change. In concert with the ecological driver analysis, it is an important step in quantifying the relationships between rare/common ecosystems and the influence of physical structures and understanding changes in water quantity. Identification of extremely rare ecosystem types should provide thought on the implications of future development.

## Results

The results of the diversion density analysis are presented in Figure 4. Only 7 (4%) of the subwatersheds located totally within the Rio Grande National Forest or the Great Sand Dunes National Park are without diversions, and only 9 within the total study area (including HUC's bisecting the National Forest and National Parks) are without diversions. The diversion densities ranged from 19 to 0 diversions per permanent stream mile, with most of the quantile 5 (highest density) being on both public and private lands (32 total). Most of the subwatersheds with the highest densities were also adjacent to the San Luis Valley floor, where considerable agriculture and subsequent water management occurs. These results indicate that a higher percentage of diversions at this scale are either on private land and/or relatively close to the National Forest boundary.

The lowest density of diversions is associated with the South San Juan, Weminuche and La Garita Wilderness areas. Diversions associated with these wilderness areas most likely predate the Wilderness Act (1964), and/or are on private land outside the National Forest boundary. The 2 subwatersheds in quantile 5 located in the southern portion of the study area are associated are associated with the Conejos River, and agricultural land nearby.

There are 3 subwatersheds that are in quantile 5 that are also located entirely within the National Forest boundary. The Conejos River travels through one in the southern portion of the study area where most of the adjacent land is either private or administered by the Bureau of Land Management. Another of these subwatersheds is located just south west of the town of Creed, and contains a large flat area called Seven Parks. There is also considerable private land adjacent to the Rio Grande River where diversions for hay meadow watering in particular are occurring. There are most likely miscellaneous diversions for livestock, recreation and some human use within this area as well. The last subwatershed in quantile 5 is located in the northern portion of the National Forest. There is little private land in this area, with only small headwater streams present. The area does not appear to be used for agriculture, but numerous unpaved roads are located here. Further information is needed to understand why this area in particular falls into this group.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



**Figure 4. Results of the diversion density (#/stream mile/subwatershed) analysis. Names and values with the 10 highest values (quantile 5) are also presented.**

### Future Considerations:

Considerable diversion activity is present throughout the Rio Grande basin, most of it being associated with the San Luis Valley floor and current agriculture. Densities of diversions within Quantile 5 are generally quite high, with 4 subwatersheds containing more than 9 structures per mile of stream. The abundance of these structures would most likely limit movement and habitat of fish adapted to the lower elevation such as the Rio Grande Sucker and chub.

Quantile 4 subwatersheds average less than 2 diversions per stream mile, and are probably not evenly distributed; leaving connected habitat sufficient to support populations of fish and other aquatic organisms, if stream flows and associated water quality are adequate. Structures that allow organism passage at these structures would ensure ecological connectivity for relatively long distances, while areas with high densities would require considerably more reduction or combining of structures and addressing instream flow options.

While this assessment focuses on understanding the large scale factors that influence ecological conditions and influences that European settlers have had on the Rio Grande National Forest and surrounding landscape, we felt it was important to incorporate previous findings that have influenced the distribution and status of native aquatic species that are and will be of management concerns. Alves et al (2008) conducted an extensive assessment of Rio Grande cutthroat trout (Oncorhynchus clarki virginalis), a subspecies of cutthroat trout that is native to the study area. Their results concluded that historical populations inhabited mainstream habitats as low as 6000 feet in elevation. By 2008, the lowest elevation of inhabited streams was estimated to be approximately 7500 feet, and 11% of historic habitat was occupied in the upper Rio Grande River basin. There were several factors identified for the reduction in occupied habitat. The cumulative influences from numerous past and current actions will most likely limit the restoration of Rio Grande cutthroat trout to higher elevation, smaller streams and lakes. Working cooperatively with private and public water and private diversion owners could increase effective connected habitat by modifying existing structures to allow passage, design new structures to do the same, and negotiate stream releases to benefit identified important habitats rather than eliminating them from consideration. The success of the USDA Forest Service to modify road crossings of streams to improve connectivity has been highly successful, resulting in thousands of miles of streams allowing fish and other organisms to move to different habitats. The limited number of subwatersheds without artificial barriers could be used as examples of connected habitat where longitudinal aquatic processes continue and native species restored.

## Impoundments

### Introduction

Reservoirs have been constructed in the Rocky Mountains for recreation, power generation, snow making, agriculture and flood control. The predominant use for reservoirs has been for agriculture and municipal consumption (Wohl 2000). Reservoirs were constructed as early as the mid-1800s to help facilitate the timing of downstream flows to coordinate with the agricultural growing season in the Rio Grande Valley. While we consider impoundments to be within the overall "Water Use" category with diversions, they differ by storing water upstream of a dam. Water quality conditions can be considerably different downstream of a reservoir than diversions where no significant storage of water occurs.

Much of the surface water in the Rocky Mountains comes from annual snowmelt runoff from mountain areas. Consequently, large volumes of water are produced in the late spring and summer months, whereas flows are minimal (e.g., baseflow) during the remainder of the year (Wohl 2000). There is a relatively short period of time that 'excess' water is available in the stream system, while demand for this water

extends throughout different times of the year. The construction of reservoirs and subsequent water storage allows for a more "controlled environment", where water can be stored and released to meet the demands of downstream users. Reservoir construction is being considered one of many alternatives to current and future water needs as populations in Colorado increase and more water is needed for municipal use. Reservoirs were constructed west of the Continental Divide to meet local municipal and agricultural needs, but many reservoirs have been built to store water that is subsequently transferred east of the Divide via transbasin diversion structures. This has not been the case in the Rio Grande Valley, where agreements and policies have maintained water within the Upper Basin.



**Figure 5. A reservoir in the Colorado Rockies. Note the level of water compared to the high water line**

Reservoirs can have both beneficial and detrimental effects on aquatic, riparian, and wetland resources. Dams clearly have an immediate influence on local conditions, and can influence resources many miles in either direction. The most noticeable influence of dams is the water that is accumulated behind it for release at appropriate times as well as for recreational purposes. These artificial lakes inundate historic riparian or wetland areas and create a new and different environment. Animal diversity can be increased or decreased, depending on the system. For example, stream aquatic invertebrate and algae communities are replaced with Lake Benthos, zooplankton, and phytoplankton. While many salmonids can exist in reservoirs, some fish species cannot tolerate the conditions found in standing water (Baxter and Stone 1995).

While some native species of plants and animals may not be able to tolerate the conditions created by reservoirs, some non-native species may thrive under those conditions, resulting in competition and/or replacement of native species. However, they are typically replaced with popular non-native recreationally valuable species, as well as other recreational activities. Many reservoirs in the Rocky Mountains are now dominated by non-native species of fish, while the dam forms a barrier for upstream migration, and is often used as the downstream extent of native fish recovery efforts. While many non-native species were planted to increase recreational opportunities, several, including the common carp (Cyprinus carpio) are undesirable in many areas (Baxter and Stone 1995). The influence of other non-native species, such as crayfish (Decapoda), mollusks (Mollusca), and bullfrogs (Rana catesbeiana) may also be significant.

Dams create barriers to migration of aquatic organisms (Ward and Stanford 1982). Populations of fish and other aquatic biota can be isolated upstream of reservoirs, limiting gene flow and potentially affecting population viability. In addition, the inability of fish to migrate upstream of a dam can limit their ability to

reach critical spawning habitat. Overall, dams can severely fragment populations of mobile aquatic organisms, effectively creating a series of isolated communities.

The negative effects of reservoirs on downstream water quality are well documented (Wohl 2001; Allen 1995; Ward and Stanford 1982; Hynes 1970). In addition, the disruption of the nutrient, sediment, and woody debris transport can influence conditions downstream. For example, reservoirs act as nutrient and sediment 'sinks', limiting the downstream transport of these materials (Ward and Stanford 1982). When sediment is sequestered in reservoirs, downstream stream reaches may begin to erode their banks and scour their channels. Reservoirs also trap large woody debris, which keeps them from reaching downstream stream segments where they would normally influence channel and riparian form and function (Maser and Sedell 1994).

Dam structure and operating practices also affect downstream processes. The temperature and nutrient content of water exiting reservoirs may depend on whether water is released from the bottom or top of the dam. These effects can be dramatic, and algae, benthic macroinvertebrate, and fish communities can be altered significantly (Maser and Sedell 1994). Bottom release reservoirs can increase trout production in reaches downstream from reservoir dams because temperature fluctuations are stabilized and food supply increases. However, erratic flows, gas supersaturation, and reduced spawning success due to low water temperatures can sometimes counteract the positive influences.

## *Management Implications*

Reservoirs have been a valuable tool for managing the quantity of water needed for domestic and agricultural purposes downstream use. As the population increases along the Front Range of the Rocky Mountains, more interest is going to be shown for developing water within the National Forest boundaries.

Because reservoirs can influence a wide variety of aquatic, riparian, and wetland resources, both at the reservoir site and upstream and downstream, special attention is made when addressing future reservoir construction. While building new reservoirs is expensive, there is some interest in increasing the size of existing structures, in order to facilitate flow modifications throughout the year. In order to assess the effects of new or modified reservoir construction, a full knowledge of the implications to aquatic, riparian, and wetland resources in and outside of the project area should be conducted. Adjusting reservoir releases can maintain or potentially improve ecological conditions downstream by maintaining/improving temperatures, "mimicking" the natural hydrograph and increasing nutrient releases. However, severe fluctuations within the reservoir can limit primary productivity and ultimately fish populations.

## Results

The inundated stream length ratio for reservoirs is presented in Figure 6. The results indicate that throughout the upper Rio Grande basin reservoirs, inundate relatively little of the total permanent stream length within the identified subwatersheds, and are heavily influenced by the few large reservoirs in the study area. The range of densities was 0 to 0.2 miles of stream inundated for the total stream miles within each subwatershed. Small impoundments were not calculated for this analysis (such as stock ponds), mainly because they are located on intermittent streams.

The map presented is deceiving because of the scale used. It would appear that there are abundant reservoirs within wilderness areas, as well as other high elevation areas of the National Forest. However, reservoirs such as Rio Grande, Platoro and San Luis Reservoir are not associated with wilderness areas. It would appear that past reservoir construction in the study area was conducted at mid-elevations or higher, following a relatively consistent elevation across the western portion of the Rio Grande National Forest.

Several reservoirs such as Big Meadows Reservoir and several smaller reservoirs are within the National Forest boundary. The distance downstream of the reservoirs that are influenced by modified water quality and quantity were not quantified as considerable site/reach information would be necessary.



| HUC 12 | HUC 12 NAME | ArtificialPath_mistmiVF | QUANTILE |
|---|---|---|---|
| 130100010106 | Rio Grande Reservoir | 0.194781 | 5 |
| 130100050103 | Platoro Resvervoir-Conejos River | 0.183267 | 5 |
| 130100030602 | San Luis Lake | 0.133303 | 5 |
| 130100010205 | Outlet Clear Creek | 0.13264 | 5 |
| 130100020402 | Headwaters La Jara Creek | 0.080642 | 5 |
| 130100010303 | Spring Creek | 0.061864 | 5 |
| 130100010204 | South Clear Creek | 0.058485 | 5 |
| 130100011102 | Headwaters South Fork Rio Grande | 0.053086 | 5 |
| 130100020305 | Terrace Reservoir-Alamosa River | 0.051356 | 5 |
| 130100010201 | Continental Res.-North Clear Creek | 0.050842 | 4 |

**Figure 6. Results of the reservoir analysis for the Rio Grande national Forest and surrounding ecosystem**

## Management Considerations

Current reservoir locations and abundance do not appear to be "widespread" influences across the Rio Grande National Forest. While individual smaller reservoirs can be impactive in a localized area, they can also serve as barriers for recovering native fish upstream. The presence of a dam acts as a barrier for non-native fish movement upstream, and the reservoir pool can maintain a "stabile" environment for native fish.

In the future, there may be proposals to increase the size of existing reservoirs on National Forest managed lands. While surface area of modified reservoirs could become larger and inundate more public land, the potential to modify discharge rates to include ecological needs could improve riparian and aquatic form and function. In addition, recreational fishing opportunities at lower elevations could be increased if release flows were identified to maintain appropriate temperature and seasonal flows.

# Trans Basin Diversions

## Introduction

Transbasin diversions can have impacts similar to other diversion structures. In addition, they add 'new water' to the receiving basin and remove water from a different basin. Transbasin diversions can facilitate the invasion of non-native fish and other non-desirable species of plants and animals can enter a system where they can replace native species. Behnke (1979) found that several sub-species of cutthroat trout have been transported into other river basins where they would not normally occur. These introduced cutthroat trout subsequently hybridized with the native sub-species of cutthroat trout, leading to a loss of genetic diversity in native populations.



**Figure 7. stream section upstream of a transbasin diversion. Bank stability is high and stream channel is stable.**



**Figure 8. Directly downstream of transbasin diversion associated with picture 4. Note the poor and unstable stream banks, and over wide channel**

The diversion and transport of water from one watershed to another can result in physical, chemical, and biological changes to the receiving water body. For example, these activities can cause channel erosion, increased sediment transport, and deposition in reservoirs and channels. When the natural flow pattern of the receiving stream is altered, the ability to move stream channel material also changes (Wohl 2000). Relatively steep, step-pool streams with large substrate may not be significantly affected by increased discharge, but serious channel changes can occur if the volume of water released into the new system

regardless of stream type (picture 5) (Wohl 2001). Affected streams often exhibit elevated bank erosion, increased width-depth ratios, downcutting, and a habitat for aquatic organisms. Since these low gradient stream reaches tend to be the most productive reaches for aquatic organisms in Rocky Mountain streams, water augmentation from transbasin diversions can have a dramatic effect on stream biota. Moreover, chemical and microbiological contamination can result from transbasin water transport. Other elements of transbasin diversions effects are specifically addressed in the Water Use section under Stream Diversions.

## *Management Implications*

Transbasin diversion projects are used to transport water for human use to areas with inadequate supplies in other parts of the landscape. While tunnels are sometimes used that avoids impacts to receiving streams, they are expensive and ditches are commonly used to move water from one stream to another. This last method is a cost effective way of transporting water, with gravity doing most of the work. However, ecological impacts can degrade large distances of the receiving stream.

While removing water from one subwatershed can have impacts of stream flows and associated habitat, tributaries downstream can help improve conditions at lower elevations. However, the receiving streams often exhibit multiple major influences much farther downstream. In order to adjust to the significant changes in water augmentation major stream channel modification downstream of the import source is necessary so massive erosion does not occur and instream channel integrity is not compromised.

## Results

There are very few tranbasin (based on subwatersheds) within the Rio Grande study area (Figure 9). All of the diversions are within the upper Rio Grande River basin. As a result, species that have evolved in other basins could have been inadvertently transferred. The upper most subwatershed, West Willow Creek is diverted into the Farmers Creek sub basin. While Willow Creek exhibits modified stream flows, the receiving portion of Farmers Creek would be expected to be influenced from increased stream flows, as well as reduced flows at diversions into the Blue Creek subwatershed. The Blue Creek subwatershed also receives and diverts flows into the outlet of the South Fork of the Rio Grande River.

The Blue Creek and Farmers Creek subwatersheds would be expected to have the most influences from these series of diversions as they have the highest ratio of transbasin activity, plus water is received as well as diverted within their boundaries.

## *Future Considerations*

The Rio Grande study area has only one system of transbasin diversions. These diversion systems comprise a relatively small percentage of the permanent stream systems within their boundaries (the largest being 23% of the total permanent stream length). However, as these systems can produce significant amounts of sediment downstream as a result of erosion, they could have considerably more sediment depositing downstream.

Fortunately there are no transbasin diversions from other river basins that could transfer unwanted species (including pathogens) and very different water chemistry and discharge into the Rio Grande system. In the future, trans basin projects identified within as well as outside the Rio Grande River system should consider the major biological and physical changes that can occur when they are implemented. Mitigation for these types of projects is extremely expensive to mitigate the effects of especially changes within receiving streams.



**Figure 9.** Only 4 subwatersheds are influenced by tranbasin diversions.

# Spring Developments

## *Introduction*

Across the Rocky Mountain landscape (both in the plains and mountains) ground-water fed springs and associated wetlands are scattered in isolated locations (Winter et al. 1998). The Rocky Mountains and associated grasslands are located in an arid to semi-arid landscape, with low total annual rainfall and high annual rainfall variability (Wohl 2001), resulting in few conditions conducive to spring development. As the number of settlers and domestic cattle increased in the 1800s and 1900s, the capturing of water associated with springs became common, especially since many of these water sources were a considerable distance from streams. The water coming from springs often was and still is concentrated through pipes to watering tanks, or ponded for watering sources for livestock. Early settlers also capitalized on this relatively constant water source for drinking water.

Springs and associated wetlands provide unique and dramatic habitats on a relatively arid landscape in the Rocky Mountain region. The biodiversity in these specialized habitats is very high, as a result of the hydrologic, soil, and microclimatic conditions associated with them (Cooper 1986). The vegetation of springs may be dominated by mosses, herbaceous plants, woody plants, combinations of all of these groups, and likely the variability from site to site is extremely high. Most plants that occur at springs are highly sensitive to water chemistry changes, and stabile discharge. Many rare forms of invertebrates and amphibians also inhabit these environments because of the constant water temperatures, abundant food supplies and general lack of predators (Hammerson 1986).

The direct impacts to springs and associated wetlands from development are primarily due to altering the hydrologic regime that formed the spring discharge, and also the habitat affected by the flowing water. Once the springs are developed, they lose their unique characteristics, and may revert to upland conditions, and associated taxa are lost. Even when ponded, the hydrology and nutrient cycling capabilities of the system are altered dramatically, resulting in habitat no longer supportive of the communities that evolved there. Indirectly, the concentration of domestic livestock at these watering places can alter the biological communities there by intensive grazing activity, soil compaction, and the addition of nutrients.

## *Management Implications*

Historically springs have commonly been used for watering of domestic livestock and human consumption. However, the consequences to biodiversity and species viability are only now being realized. Although opportunities in the past have been limited to procure water from other sources, we now have the ability to weigh the consequences and balance the need for development and maintain the viability of these rare ecosystems. Alternative water sources such as wells or slightly changing grazing strategies can restore spring and wetland function. However, in wetlands that have taken thousands of years to develop, such as fens, irreparable damage may have already been realized. Identification of new water sources and protecting existing spring environments are imperative if rare species of flora and fauna are to be protected.

## Results

There was not a thorough source of data to analyze the location of springs across the study area and/or the percentage that have been modified by management. Springs in the arid west have historically been developed for various human and agricultural purposes. While these ground water driven ecosystems are uncommon and often contain rare and unique flora and fauna, there has been little study of these systems to understand their importance from a biodiversity and water quality standpoint. In addition, if climate change predictions of less water and stability in aquatic systems, spring discharge are a very important

Rvsd Plan - 00000159

source of water with high water quality (in most cases) and consistent temperatures. The area associated with the Sangre de Cristo range could be a valuable source of springs as relatively high amounts of calcareous bedrock is located here. The limestone found here and adjacent valley bottoms are dissolved by water, allowing water that percolated through the substratum to reach the ground surface. Several of the stabile populations of native fish in the upper Rio Grande Basin are found in streams and large springs in this area, indicating a link between their persistence and the characteristics of spring influence.

## Additive results for the Water Category:

Ranks for each water use category were added to provide an overall additive rank of the water uses in the study area. While this could be considered to be a "cumulative" approach to water uses within the upper Rio Grande basin, we chose to use the additive term as a more accurate measure of abundance. While the finer scale influences on aquatic, riparian and wetland ecosystems have been well documented from past activities (See in part Wohl, 2001), our results should aid in identifying areas that could be focused on to understand the fine scale additive influences of water management in the study area.

### *Management Implications*

The additive category represents the subwatersheds with various relative values of rank for water related management activities. These values can be used to identify priority subwatersheds for restoration, and or protection. With relatively few subwatersheds manage med for water related resources, the few that do not contain these activities could be used for native fish and other aquatic animal management, controls for monitoring ecosystem function within previously identified clusters of similar ecological function as well as other values.

## Results

The results for the additive analysis for water resources are presented in Figure 10. There were a total of 28 subwatersheds with little to no water management (0 and quantile 1) that we quantified. These subwatersheds are relatively uncommon as 86 subwatersheds were within the 2 highest quantiles (4 and 5). In the 2 quantiles with intermediate values (quantiles 2 and 3), there were 49 subwatersheds. These results indicate that there are considerably more additive water management activity influences within the upper Rio Grande basin than moderate activities and between 3 and 4 times as many subwatersheds with little to no identified water activities when looked at in an additive analysis. While it would be intuitive to think that subwatersheds with no water management would be in wilderness areas, that is not the case. Three of the 4 subwatersheds Identified in the far western portion of the National Forest are not within wilderness areas. One subwatershed is isolated north of the town of South Fork. The highest ranks were mostly associated with the Rio Grande and South Fork pf the Rio Grande Rivers, San Luis Creek in the northern part of the Forest, the Conejos River in the far southern portion of the National Forest and especially near the town of Alamosa.



**Figure 10. Additive ranks for the water management activities. Distribution of the ranked quantiles was considerably more than subwatersheds with few or no activities.**

Rvsd Plan - 00000161

### Management Considerations

The Rio Grande National Forest includes subwatersheds with limited areas of water management related activities. These results would indicate that the public lands, especially at higher elevations contain less fragmented stream reaches and more intact conditions for a variety of ecological purposes. Alves et al (2008) identified most of these areas as priorities for conservation populations of Rio Grande cutthroat trout as well as future recovery areas. Unfortunately, fish at lower elevations, including the Rio Grande sucker and chub face much more fragmented and water restricted habitats. Portions of subwatersheds at lower elevations on public lands, especially north of Del Norte and South Fork could be areas to evaluate if water and habitat are adequate and other anthropogenic activities are not severely limiting.

Understanding the distribution and additive amount of water management activities could help managers and stake holders identify where future projects may be located without impacting relatively unimpeached systems. The subwatersheds with high concentrations of development would most likely not witness severe ecological impacts as they are already highly modified.

# Transportation

## Roads

### Introduction

Interstate and intrastate road networks (state and federal ownership, etc.) throughout the United States are a fairly recent phenomenon because motorized vehicles (cars and trucks) are a relatively new technology compared to horse-drawn wagons, trains, etc. In 1919, Lt. Colonel Dwight D. Eisenhower (later to become President Eisenhower) volunteered to join the U.S. Army's first transcontinental motor convoy from coast to coast (Weingroff 1996). The convoy originated in Washington, D.C., and after 62 days in transit, arrived in San Francisco on 5 September 1919. Many of the unrelenting and hazardous trials of the journey (mud, dust mechanical failures, etc.) can be directly attributed to the poor road conditions (extant wagon roads or pioneered roads) that were encountered during what must have been, two exhausting months of travel.

Statistics published by the Federal Highway Administration (Highway Statistics 2000; Public Road Length 1999) indicate that the nation's transportation network has expanded dramatically since the initial mass production of the Model T. In 1919, there was no national transportation network, with the exception of the railways. Eighty years later, the nation had constructed more than three million miles of rural road (this number does not include urban road miles). For example, by 1999, the state of Colorado had constructed 70,948 miles of rural roads, 51,875 miles of which were county roads. By comparison, the miles of rural roads under federal jurisdiction in Colorado in 1999 totaled 7,299. Now, the nation's road networks, both rural and urban, serve as conduits to transport a vast number of people, goods, and services. Clearly, expansion of the nation's road networks has had profound impacts on ecosystems and biotic communities.

Beneficial and detrimental effects of roads on environmental conditions (aquatic and wetland) have been debated among the public, natural resource scientists, natural resource land managers, and civil engineers. On one hand, the presence of roads has provided direct access to once remote locations so that natural resource managers are able to collect data and to implement restorative projects to protect, maintain, and enhance populations and habitats of aquatic and wetland biota. On the other hand, roads can profoundly contribute to the diminution and degradation of native aquatic and wetland ecosystems by altering natural drainage area (photo 6). In addition, roads have facilitated the consumptive use and in some cases,

extirpation, of indigenous plants and animals by human beings. The degree to which a road or road system will negatively affect environmental conditions is strongly associated with several critical factors such as road design, road placement, road-construction practices, road use, and road maintenance. Ironically, it is often difficult to reconcile the necessities of roads with their potential and actual negative impacts on aquatic and wetland ecosystems.



**Figure 11. The Poudre River in northern Colorado is a good example of a paved road that limits the rivers ability to migrate laterally, move sediment onto its flood plain and absorb energy from floods.**



**Figure 12. An unpaved road crossing with limited ability to pass high flows.**

### Management Implications

Roads are widespread and permanent features of National Forest lands. Roads and road networks under Forest Service jurisdiction can be managed to reduce or eliminate (in some cases) negative impacts to aquatic, riparian, and wetland ecosystems. The benefits that accrue to aquatic and wetland ecosystems by correctly designing, constructing, and maintaining roads in the National Forests are many. Properly designed, constructed, and maintained roads offer the following benefits to streams, riparian areas, and wetlands: reduction in soil erosion and sedimentation; reduction in soil compaction; reduction in chemical contaminations of soil and water; maintain water quality conditions conducive to supporting aquatic life; maintain nutrient cycling in lotic and lentic environments; support the abundance of riparian and wetland plant communities; and promoting many additional benefits to stream, riparian, and wetland environments. As the population in the United States ages and increases, there will be an increased demand by some Forest users for additional roads to access the National Forests. In addition, there will always be unwanted, illegal, user-created roads that must be managed or removed. Considering the likely future increase in demand for roads and the finite amount of the National Forest land, the probability of incurring additional resource damage and destruction to aquatic, riparian, and wetland ecosystems is relatively high. Appropriate road and travel management will be necessary, and include restricting the growth in motorized use and removing any class of unwanted road.

### Paved Roads Density Results

The results of the paved road density analysis within the valley bottoms are presented in Figure 13. There are far more subwatersheds were identified with no paved roads identified in valley bottoms (86) than all the other quantile values combined (77). Paved roads are restricted to highways bisecting the Rio Grande Valley, both north to south and east to west. Along these routes are the main towns in the valley. Other paved state and county roads are located on the San Luis Valley floor, there are relatively few on the Rio

Grande National Forest. The highest density of paved roads in this exercise was 0.17 miles per stream miles within the Blue Creek subwatershed.



**Figure 13. Paved road density for the upper Rio Grande River basin. Relatively few paved roads exist here as compared to more populated parts of the Colorado front range (Winters, et al., unpublished assessment results.**

## *Management Considerations:*

Paved roads are designed primarily to withstand more traffic than unpaved roads. As populations in the country increase and more vehicle traffic occurs, there will be most likely more demand for paved roads. When future proposals are made to pave roads as well as build new ones on the Rio Grande National forest, there could be consideration to build roads outside of the valley bottoms. By doing so, the risk of flooding, spills into stream systems, and interactions would be dramatically reduced. While there are obviously short-term cost savings in constructions, longer-term costs with rebuilding and maintenance could be lessened. If paved roads are built in valley bottoms, they could be located as far from riparian areas as is feasible, and also in a way to drain riparian areas, absorb and pass floods without damage, limit contaminants and allow riparian habitat to function with streams.

## *Paved Road Crossings:*

Road crossings can fragment water and riparian ecosystems and isolate populations of plants and animals. The result can be population loss if other impacts such as fire or contaminants. In addition, if too few individuals are isolated inbreeding can occur, resulting in low reproduction success and ultimate elimination. Many different fish and wildlife species will not pass through a poorly designed crossing. Terrestrial animals and some amphibians would rather climb the road banks and risk being hit by traffic. Properly designed crossings minimize the fear to through them, as well as unwanted contacts with vehicles. Fish, aquatic macroinvertebrates and some amphibians need stream crossings designed so they can swim upstream or downstream through them. Stream velocity, depth, habitat, etc., all need to be considered for proper movement.

## Results:

Results of the paved road crossings are located in Figure 14. As would be expected, these crossings are associated with the main travel corridors in the basin. The higher values on the east side of the basin are mostly to the west of the Sangre De Cristo Mountains, accept the Cuchara Pass road. Subwatersheds on the western side of the drainage are mostly associated with highway 160, over Wolf Creek Pass and highway 149 thru Creede.

## *Future Considerations:*

Paved highways and smaller roads associated with the Rio Grande National Forest are primarily under the jurisdiction of the local counties, and state of Colorado. Forests have an opportunity to provide input into designs and locations on Forests lands. Providing early input into designs and management of these roads can have important benefits to aquatic and wetland resources, including stream crossings and locations away from riparian and wetland ecosystems. The Forest Service is considered to be an expert agency in designing stream crossings in order withstand flooding while maintaining conditions for maintaining ecological function, including the passage of terrestrial and aquatic animals to pass.

Rvsd Plan - 00000165

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



Figure 14. Paved stream crossing density in the upper Rio Grande River basin.



**Figure 15. Results of the unpaved road density analysis for the Rio Grande National Forest and surrounding ecosystem.**

### *Unpaved Road Density:*

Results:

Results for the unpaved road density are presented in Figure 15. These results show considerably more unpaved roads in the valley bottoms on National Forest lands as opposed to paved roads. While 31 subwatersheds were found to be in the highest quantile for density in the valley bottoms (app. 0.4 miles per stream miles within the valley bottom), only 12 were without any unpaved roads. The lowest densities were associated with the wilderness areas in the western part of the National Forest Service and the steep Sangre de Cristo mountains on the eastern side. The highest values were in the northern portion of the basin, although unpaved roads appear to be common throughout the National Forest associated with the valley bottoms. While the highest density of unpaved roads may appear relatively limited (0.4 miles per stream mile in the subwatershed), it is important to note that the valley bottom represents a limited amount of a subwatershed and the overall total density is most likely considerably higher if the uplands are included. The density of unpaved roads is definitely skewed towards more roads within the basin than less. As mentioned previously, the presence of unpaved roads in these areas can have significant direct and indirect influences on riparian ecosystems due to their position, removal of trees that fall naturally into the stream channel and riparian, and restriction of stream movement laterally. Instream habitat is compromised over time as a result of all of these factors.

### *Future Considerations:*

Understanding the influence, both directly and indirectly on aquatic and semiaquatic systems by unpaved roads is paramount to healthy ecosystems. Those subwatersheds that are located in quantiles 4 and 5 could be considered priorities for evaluation and subsequent treatment if high value aquatic resources are identified. Low gradient reaches that were previously identified as ecological drivers could be considered the highest priority due to their relatively large riparian areas, sensitivity to temperature changes, natural water storage in the alluvium and abundant instream habitat. By focusing on low gradient reaches as a high priority, more than 50% of the stream reaches could be considered lower priorities until low gradient areas are more resilient.

### *Unpaved Stream Crossings*

Results:

Stream crossings are associated with most unpaved roads in the valley bottoms are. Historically these crossings were fairly primitive, being constructed of corrugated culverts, stream fords or small bridges. The results of this analysis are presented in Figure 16. Values ranged from 0 (15 subwatersheds, <10%) to 1.3 crossings per stream mile in the West Fork of Pinos Creek subwatershed. A total of 20 of the 30 subwatershed within quantile 5 were located totally within the Rio Grande National Forest. These results are considerable different than the paved road results and indicate a relatively high number of unpaved roads that are associated with valley bottoms and associated streams and riparian areas. While not equally distributed, there are likely areas that are considerably more concentrated than others.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



Figure 16. Results of the stream crossing density analysis conducted on the Rio Grande National forest and surrounding ecosystem.

### Future Considerations:

Road systems have been developed on National Forest administered lands for a number of management related activities. As a "multi-purpose management" agency, it would be expected that densities could be higher than on adjacent lands where management is not as diverse. Historic and current vegetation management, grazing, water development and access for recreation all require transportation routes to access specific areas. Often these roads are maintained, with other roads eventually built to access new sources of interest. As a result of limited funding and technology just recently developed to understand the importance of connectivity within riparian and aquatic ecosystems, past maintenance and building of stream crossings did not consider their ecological importance.

Due to many limitations, prioritization of important subwatersheds could be conducted using the results of the ecological driver analysis, proposed fish and other animal reintroduction areas for aquatic and riparian areas to conduct inventories for passage issues. In addition, many areas have relocated road systems where crossings are not needed. Due to very limited funds within the agency, prioritization and direction is extremely important for focusing on the most important areas. In addition, the funds needed to rebuild damaged crossings would be reduced over time as maintenance costs would be reduced significantly. There could be new areas for reintroduction of native fish that would benefit greatly by the removal of movement blocking streams that benefit restored populations.

Proposed new roads could incorporate the values related to erosion, fragmentation and restoration to identify high priority areas for construction that could be more sensitive to valley floor ecology and species needs as well. There are currently building specifications that include sensitivity to important values on public lands. The incorporation of new design criteria to ensure proper stream function and biological processes are now available one that could be considered in these designs.

## Trails

### Introduction:

The history of recreational trails (non-motorized) in America is about 110 years old. Prior to 1891, essentially all of the known trails throughout the United States comprised Indian trails, old hunting trails, stock driveways, and game trails. However, with the creation of the United States Forest Service, the miles of trails constructed for recreational use would substantially expand the nation's trails network.

In 1905, the U.S. Forest Service was created to manage Forest Reserves and since then the number of miles of trails in National Forests exceeds 133,000 miles (Williams 2000). Ironically, the total miles of trails in the National Forest system is less now than it was several decades ago (Williams 2000). Although the total trail miles in National Forests now is less than in the past, the popularity of backpacking, camping, hiking, horseback riding, and mountain biking strongly suggests that trail use is greater now than it has ever been. Because recreational trails can have a multiplicity of impacts on the land and on ecosystems, several organizations have been formed to promote "light on the land" techniques to minimize the impacts of trail use.

Trails can be considered as miniature roads, though clearly, there are obvious dissimilarities, impacting aquatic habitats and riparian areas in similar ways, though generally of lesser magnitude. Leung and Marion and Cole (1996) found that the rates of soil erosion for trails used by cyclists, hikers, backpackers, and horse riders were similar to those for roads. Elliot (2000) suggests, however, that the total amount of sediment originating from trails is generally less than that originating from roads because of the differences in the total surface disturbed between the two designs.

Changes to water quality can be directly attributable to road use, road construction, and road maintenance. Sedimentation due to road-surface erosion and mass wasting, chemical contamination, and compacted soils are the primary causes of water quality degradation due to road construction, road use, and road maintenance (Morrison et al. 1995; Waters 1995; Elliot and Hall 1997; Elliot 2000; Elliot et al. 1996).

According to many investigators road construction, road use, and road maintenance can directly affect watershed hydrology (Furniss et al. 1991; Waters 1995). Also, roads can affect watershed hydrology in indirect ways (Elliot et al. 1999).

Most of the harmful impacts to aquatic biota due to road use, road construction, and road maintenance are indirect impacts, excepting direct mortality to aquatic plants and animals during road use (stream crossings) and road construction. The effects of roads on aquatic biota can affect many of the life-history stages of aquatic animals by degrading or eliminating their associated habitats (Furniss et al. 1991; Waters 1995).

Road use, road construction, and road maintenance can negatively impact channel form and channel integrity, particularly at stream crossings (Waters 1995; Hagans et al. 1986; Heede 1980).

## Results:

Results of the trail analysis on the Rio Grande National Forest and surrounding ecosystems are presented in Figure 17. It is apparent that most identified trails are located with designated wilderness areas with the highest density being located in the South Fork Saquache Creek and North Fork Conejos River. There are 79 subwatersheds without trails, which is by far the highest number of any quantile (0.16 miles per stream mile in the valley bottom per subwatershed. These results would indicate that there are few trails in the valley bottom. However, evaluations of maps indicate that there are a large percentage of existing trails located adjacent to streams, just very few trails. An example would be the Ute Creek system of trails in the Weminuche Wilderness (USDA Forest Service Recreation Map). Trail systems exist along all major tributaries and mainstem from its confluence with Rio Grande Reservoir to the Continental Divide and high elevation lakes almost 9 miles to the west. The large number of tributaries is reflected in the low density value. The area around the community of Crestone, and the popular "Crestone Needles" located on the Pike San Isabel National Forest also contains subwatersheds in the highest 2 quantiles, due to the steep topography and lack of roads. This is a popular area for recreationists during the summer months.

## Management Implications:

There are benefits that accrue to aquatic, riparian, and wetland ecosystems if land managers properly design and maintain (e.g., best management practices) trail systems. The primary benefit to aquatic ecosystems is: reduced local degradation to these ecosystems due to trail construction, trail use, and trail maintenance and due to the increased difficulty of introducing invasive species. Riparian and wetland vegetation is effective in reducing erosion and sedimentation in streams and in retaining soil moisture. Plant-root networks provide soil stability and soil cohesion.

Appropriate trail management can also benefit native biota. Because trail networks can be used as conduits to disseminate non-native plants and animals into aquatic, riparian, and wetland ecosystems, improved trail management can reduce the probability that non-native species introductions will occur. Often, the "bucket brigade" seeks surreptitious avenues to ply their trade of introducing exotic species into new environments. By eliminating unwanted, user-created trails, exotic species introductions may be prevented, or at least, made more difficult to accomplish. Public education is also an important part of restricting the spread of invasive species.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



Figure 17. Results of the trail analysis conducted on the Rio Grande National Forest and surrounding ecosystem.

### Future Considerations:

Trails are necessary to guide travelers into areas that are not roaded, as well as enjoy a more primitive experience. This is especially true of designated Wilderness areas. However, when located in the wrong locations, such as wetlands and within riparian areas, they can by their location disrupt water flow, cause erosion and replace native vegetation. One of the more recent problems existing with trails located to these areas is the introduction of non-native invasive species, such as plants and potential aquatic pathogens such as whirling disease (Myxobolis sp.). Trails in sensitive alpine ecosystems have been found to initiate extensive erosion.

While trails are relatively benign compared to roads, the location of new trails and potentially relocation of damaging trails could be very important in the future for proper functioning of aquatic ecosystems. New trails built out of valley bottoms and far enough away from wetlands so not to influence hydrology would also ensure that some invasive species would not get established in aquatic ecosystems, wetlands and riparian areas. Erosion and subsequent sediment delivery to streams would also be minimized.

## OHV Use

### Results:

Results of the OHV trail locations are presented in Figure 18. OHV trail use appears to be fairly limited in the study areas. Of the 163 subwatersheds, 113 (app. 70%) do not have trails in the valley bottoms, and most are at lower elevations. There are 11 (app. 7%) in the highest quantile, with one, the headwaters of La Garita Creek in the south west portion of the National Forest. All the other trails have relatively few miles of trail in the valley bottoms. These results are based on identified trails identified by the Rio Grande National Forest and do not include user developed trails that could be present. As in all of the transportation, user created roads and trails are typically present, and enforcement is limited. However, the limited amount of trails in the valley bottom indicates that this use is probably limited and isolated.

### Future Considerations:

Based on our assessment results there appears to be very limited identified trails in the valley bottoms. That does not mean that there are not isolated areas where OHV use could be causing resource damage. OHV's have the potential to cause resource damage if individuals do not follow regulations. As with all Forest visitors, OHV use should be monitored to ensure streams and wetlands are not compromised. Discussions of opening new trails to OHV use should consider the monitoring, maintenance and fragile ecosystems in these areas. With the increased size and horsepower and speed of today's OHV's, as well as aggressive tread design potential damage can occur. However, these statements should not be construed as all OHV use is damaging. OHV groups maintain many areas where they enjoy riding and like many other activities that can potentially impact aquatic resources are limited to a few unethical users.



**Figure 18. OHV trail locations**

Rvsd Plan - 00000174



**Figure 19. Results of the transportation additive rankings for the Rio Grande National Forest and surrounding ecosystem.**

## Additive Influences of the Transportation Group

### *Results:*

The results of the additive influences of transportation activities are presented in Figure 19. One subwatershed had no transportation activities identified within its boundaries, while there is a trend toward less activities associated with wilderness areas in the western and a portion of the northern part of the Forest, most of the highest additive levels (quantiles 4 and 5) are found associated with areas of higher populations such as Creede, South Fork and Del Norte. These results could be the result of early development that needed natural resources to maintain infrastructure, expanding further into the surrounding areas, and in the case of Creede, proximity to mining areas.

### *Future Considerations:*

The results of the transportation category show that human transportation is located throughout the valley bottoms of the Rio Grande National Forest. These activities have occurred throughout the last 200 plus years, beginning with primitive trails to wagon trails, to a wide range of transportation routes. Our results indicate that the cumulative ranks of transportation is highly skewed towards more than less activities, showing that the conditions within valley bottoms are conducive to transportation development. Future considerations could be given to limiting routes in these sensitive areas, as well as ensuring that the processes for maintaining healthy riparian areas and streams, natural storage in low gradient reaches are maintained. In addition, as discharge levels are expected to be reduced more variable, maintaining the quality of water related habitats, and reducing the effects of flooding on infrastructure is going to be important.

# Recreation

## Introduction

Recreational use is a key management activity for the National Forest Service. Many forests are located in close proximity to urban areas, facilitating the use of these public lands by visitors for a variety of uses. However, it is becoming increasingly difficult to balance the needs of increasing public demand for relatively natural settings of National Forests and Grasslands, while maintaining the resource values they are intended to provide. By understanding the extent and trends of recreational use and the influence it has on aquatic, riparian, and wetland resources, we can better balance public recreational needs with needs of the resources.

Recreational uses vary seasonally, but their influences on and wetland resources can persist year round. The influences of increased vehicular traffic and concentrated water recreation may be more apparent on surface water quality, whereas the influences of concentrated winter recreation (covered separately under Ski Areas and OHVs) may be more apparent in groundwater. Two general types of recreational patterns; developed recreation and dispersed recreation, are identified in this assessment based on the degree of associated infrastructure and user concentration or density. Developed recreation tends to concentrate human activities in localized areas and generally requires infrastructure such as parking lots, restrooms, and shower facilities. Examples of developed recreation include camping or picnicking in established campgrounds, downhill ski areas or resorts, or interpretive centers. In contrast, dispersed recreation requires little or no infrastructure and tends to decentralize or spread the activity across the landscape. Backcountry hiking and camping, cross-country skiing, and hunting are examples of dispersed recreation.

Rvsd Plan - 00000176

Recreational activities can have a direct effect on aquatic biota. For example, the abundance of the larval caddisfly *Dicosmoecus gilvipes* was reduced by extensive recreational activity, but effects were spatially and temporally localized (Wright and Li 1998). In contrast, the biomass of epilithic algae was not correlated with such activity. This study demonstrates the potential for multiple recreational activities to affect stream food webs and the need for further detailed studies. In addition, indirect effects may be produced from upland disturbance that affects hydrology and sediment yield. For example, disturbed soils associated with campsites can have insufficient nitrogen for rapid plant regeneration (Zabinski et al. 2002). Overall, research has shown that the greatest amount of damage to riparian vegetation occurs from initial periods of use even if uses seem relatively light (Clark and Gibbons 1991). Subsequent disturbance may add little additional effects to riparian vegetation (Cole 1979, 1987; Marion and Cole 1996). Other influences of recreational use on riparian and wetlands appear to be similar in type, but with less magnitude, to the effects of livestock grazing (Clark and Gibbons 1991). Any recreational use of upland and riparian areas will have some effects, but they are likely to be minor compared to the influence of roads, logging, livestock grazing, and mining (Clark and Gibbons 1991).

Influences also vary depending on whether the recreation is developed or dispersed. The lack of infrastructure may reduce the localized effects of dispersed recreation, because pollution or potential pollution sources are not as concentrated. Although dispersed recreation may not disturb significant portions of a particular watershed, site impacts can be considerable. For example, it has been found that <0.5% of a heavily used portion of the Eagle Cap Wilderness in Oregon was directly affected by trails and camping (Cole 1989, 2000). Most of the disturbed area was located far enough from streams so that the effect was negligible. Resistance and resilience of vegetation to recreational trampling varies by plant species and trampling intensity (Cole and Trull 1992; Marion and Cole 1996). Pronounced changes to soil and vegetation can occur at even low recreational intensity (Marion and Cole 1996). Forbs in closed canopy forested areas were most sensitive to camping effects (Marion and Cole 1996). Results suggested that total campsite impact would be less on a small number of high-use campgrounds, than on a greater number of dispersed, but lesser used, campgrounds (Marion and Cole 1996; Marion and Farrell 2002).

Recreational activities can exert strong influences on fishery resources. Although the types of recreational activities encompassed in this report are numerous, for example ranging from hiking to skiing to rafting, any type of human activity that potentially alters habitat conditions can indirectly affect fish populations. Although the magnitude of the effects may vary, recreational activities may have influences similar to those of forest and rangeland management practices such as timber harvest, grazing, mining, or road construction, (Meehan 1991). For example, activities that degrade stream banks, whether it is cattle frequenting streamside areas or heavily used hiking trails and stream crossings, may change channel morphology and influence thermal regime and have consequences for resident fish populations (Clark and Gibbons 1991; Meehan 1991).

Recreational angling may exert a direct influence on fish populations and communities, particular in freshwater systems, and may produce unfavorable outcomes where the goal is management and preservation of native fishes. Hooking mortality is variable among species targeted for sport fishing, but can be significant in some cases (Muoneke and Childress 1994). For salmonids, recreational angling can affect resident freshwater populations (Clark and Gibbons 1991; McDonald and Hershey 1989), and even migratory, sea-run populations (Palmisano 1993). Where native and nonnative sport-fish coexist, differences in angling susceptibility may complicate management. For example, native cutthroat trout (Oncorhynchus clarki) inhabit only a small fraction of their historic ranges, and interaction with nonnative salmonids (e.g., brook trout and rainbow trout) is cited as a key factor producing this pattern and affecting the persistence of existing populations (Fausch 1988; Behnke 1992). Unfortunately, cutthroat trout tend to be more vulnerable to angling than brook trout (MacPhee 1966; Paul et al. 2003), so recreational fishing may disproportionately affect native trout where they coexist with popular nonnative salmonids.

Subsequently, management strategies that aim to suppress nonnative salmonids through increased angler pressure have the potential to actually prevent recovery or induce further declines in native trout (Paul et al. 2003). Thus, recreational fishing policies must be carefully considered, even in catch-and-release fisheries, where sensitive, threatened, or endangered native fish species are present.

# Developed Recreation Sites

### Results:

Developed recreation site results are presented in Figure 20. Recreation camp sites are often located in valley bottoms to afford visitors direct access to water related activities as well as the aesthetic value of streams. Often however these sites impinge on riparian areas, can cause erosion from use and damage from stream function. Many of the influences stated are relative to the amount of use that they receive and the location of the sites. Out of a total of 163 subwatersheds evaluated, 118 or 73% of the subwatersheds evaluated did not have developed recreation sites in the valley bottoms. .Most of the higher densities (albeit very few) were located in subwatersheds that included the Rio Grande and South Fork of the Rio Grande Rivers, mainly due to the high recreation use such as fishing.

### Future Considerations:

The relatively "flat" natures of valley bottoms as well as close proximity to water have made building developed recreation a high priority. However, sites are increasingly being located away from direct contact to riparian areas and streams. One of the problems is that valley bottoms are often relatively small, and roads bisect the area. Having to cross roads to enjoy the activities associated with the streams leads to unsafe conditions that are often difficult to mitigate. Enclosed toilets that do not seep into streams and associated water tables are a major advancement in design. Locations away from active riparian areas still within the valley bottom allow streams to migrate laterally and discourage trailing. While flooding can still be an issue with large events, more thought and planning is given to location. The closer developed recreation sites within valley bottoms are too active riparian and streams the more likely that unplanned consequences could occur. Areas identified outside of valley bottoms would be easier to maintain, and have less risk to aquatic ecosystems and from flooding.



**Figure 20. Density of developed recreation sites on the Rio Grande National Forest within the valley bottoms.**

# Ski Areas

## *Introduction*

Increasing demand for winter sporting opportunities has led to the creation and rapid expansion of ski resorts in forested watersheds (Brooke 1999). Today, almost 60 percent of all downhill skiing in the United States occurs on National Forests. In cooperation with over 100 ski area operators, the USDA Forest Service provided downhill skiing opportunities to approximately 31 million people in fiscal year 1997 (Ibarra and Zipperer 2001). Approximately 178,000 acres of National Forest Systems lands are currently under permit to ski areas. The ski industry hopes to extend the ski season or even have ski resorts open year-round (Hoffman 1998). Ski resorts continue to develop facilities for summer outdoor recreation activities such as golf, swimming, and tennis. With ski resort expansion, real estate development also expands. To maintain predictable revenues in spite of unpredictable weather, ski resorts increasingly rely on artificial snow to cover the slopes. Scientists warn that large ski resorts alter natural hydrological cycles, increase traffic congestion, and are magnets for urban sprawl, all of which may impair water quality (Ibarra and Zipperer 2001).

The construction and operation of ski facilities can influence water quality and alter natural hydrologic processes. Clearing of vegetation for ski runs increases the chances of soil erosion (Ries 1996), leading to higher turbidity and sedimentation in streams (Hoffman 1998). Pollutants from car emissions are deposited on the soil with precipitation. Runoff from roads, parking lots, or lawns may be contaminated with salt, heavy metals, petroleum residues, or landscaping chemicals. Expansion of impervious surfaces leads to increased peak runoff and shorter resident time of water in the watershed.

Newly developed ski resorts may cause shortages or dramatic fluctuations in water availability (Ibarra and Zipperer 2001). For example, consumptive water use can be moderately high, as much as 10 gallons per day- per skier (Ibarra and Zipperer 2001), and snowmaking operations can require large volumes of stream water. To meet water needs, ski resort operators may relocate stream channels, excavate wells, construct ponds, or pump water surface flow from adjacent watersheds. In addition to relocating water, a portion of the water used for snowmaking is lost via evaporation and sublimation, and fossil-fuel powered generators associated with snowmaking equipment can degrade air quality (Hoffman 1998).

Ski resorts are often located in high elevation environmentally sensitive sites. These areas are often glaciated with relatively high precipitation, and contain abundant riparian and wetland ecosystems. In mountainous regions, slopes are often steep, soils are thin, the subsurface is predominantly gravel and cobble, and aquifers are fractured bedrock. This type of aquifer is very sensitive to pollution because rapid groundwater flow can carry microbes and other pollutants for long distances (US EPA 1999). Ski resorts have a unique problem with wastewater treatment. Their peak need is in the winter, when conventional sewage treatment methods function at slower rates and microbial pathogens survive longer in water and soil.

Aquatic biota are clearly influenced by changes in hydrology, water quality, sediment yield, and channel morphology, which are all probable events associated with development and operation of ski areas. However, relatively few studies have directly examined the link between ski areas and changes in aquatic organisms. Ski area development clearly results in changes to the surrounding landscape, including loss of vegetation and topsoil, resulting in increased erosion (Ries 1996). Runoff from salt applied to ski area roads was shown to degrade water quality at a New Mexico ski area (Gosz 1977). In a study that did attempt to examine impacts on aquatic animals, abundance and biomass of stream invertebrates below a ski area were reduced, a result attributed to increased sediment load (Molles and Gosz 1980). In addition, downstream nutrient concentrations were elevated and dilution by downstream tributaries was necessary to dilute nutrients to acceptable concentrations.

Ski areas may also impinge upon particularly important aquatic resources. For example, ski areas in the Intermountain West are often located in higher elevation watersheds that contain sensitive and threatened species of native cutthroat trout. Historically, these trout were also found in lower elevation streams, but habitat loss and competition with nonnative fishes has generally restricted their present distribution to headwater streams, where they often exist as isolated populations (Behnke 1992). Thus, ski area activities that influence these small streams, such as erosion from ski runs or dewatering for snowmaking, can have profound influences on the population viability of these trout.

### Management Implications

Ski areas provide outdoor recreation for millions of people every year. Because of the sensitive location of these activities and the extensiveness of the land alterations, great care must be taken to minimize impacts to aquatic resources. Parking areas, roads, buildings, wastewater treatment facilities and other permanent structures should be carefully sited. Increased peak flows can be expected if artificial snowmaking is extensive and channel changes are expected in unarmored streams. By understanding the sensitivity and risk associated with the location of ski areas, and managing accordingly, impacts could be limited.

### Results:

Only one active ski area is currently located within the Rio Grande National Forest, Wolf Creek Ski Area at the top of the South Fork of the Rio Grande River. For this purpose it was not included in this analysis.

### Future Considerations:

Ski areas are generally considered a culmination of anthropogenic activities. Sediment from large parking lots often enter stream channels, snow making requires water at times when very limited water is available in streams, nutrients and chemicals enter streams from deicing practices, treated sewage and other sources, etc. While recreational skiing is one of the highest use activities in the state of Colorado, careful consideration should be taken to ensure that impacts to high elevation wetlands and other aquatic ecosystems are not encouraged. Glaciated valleys, identified in the ecological driver section as having high densities of wetlands are a major concern as they are often targeted for development. Sediment runoff can also be routed to settling ponds before they reach stream channels where they settle and can considerable ecological damage.

## Dispersed Recreation

### Management Implications:

Dispersed camping is difficult to quantify although it is very popular. Direction is typically developed to ensure that camping is not done within a reasonable distance from water bodies. An evaluation of over 2000 dispersed recreation sites on the Bighorn National Forest revealed that proximity to roads and streams as well as landscape slope accounted for over 90% of the variability in choosing sites (Winters et al, 2003). In wilderness areas, dispersed sites were often located within close proximity to lakes. These results indicate that education may be the best deterrent to dispersed camping and its side effects near streams and riparian areas. Human waste associated with high density dispersed sites is visually unacceptable as well as entering stream channels, altering chemical composition.

# Biological Influences

## Invasive Species

### *Introduction:*

Invasive plants are commonly considered to be today's greatest threat to natural biodiversity and ecosystem health. States and other governmental entities have long designated plant species, which are non-native and invasive, as "noxious weeds." In general, invasive plants are those species, not native to a given area, that have the potential following introduction to spread and to cause significant detrimental impacts to native communities and human resources (Shelley and Petroff, 1999). Invasive plants generally exhibit one or more characteristics which enable them to aggressively out-compete native plant species

Invasive plants are potentially a side effect of many human related activities addressed as a 'measurement' item under many of the specific anthropogenic factors discussed elsewhere in this document. However, they are also covered under their own separate factor category because of the potential environmental impacts associated with the invasive species themselves, as well as the potential effects associated with their management.

Within the Rocky Mountains and western Great Plains, noxious weeds are the most common and widespread invasive plant. Treatment of noxious weed acres on National Forest System lands in the west has expanded greatly over the past decade (USDA Forest Service 2080 files). There are an estimated twenty species of invasive noxious weeds currently present in this region that have received substantial management emphasis over the past several decades. Noxious weeds are found in all habitat types, at all elevations and settings. Some species are particularly invasive in wetland or riparian ecosystems (such as purple loosestrife or leafy spurge) while others are capable of invading the drier portions of these ecosystems (e.g., several of the knapweeds, two species of toadflax, and yellow star thistle). Some species are best adapted to invade into disturbed sites while many are capable of invasion into essentially pristine conditions. All are highly competitive and are frequently able to dominate and suppress native ecosystems.

Invasions by exotic, aquatic animals (e.g., fish, amphibians, crustaceans, mollusks, and insects) are a pervasive impediment to maintaining intact natural aquatic ecosystems in the United States and this is a recurrent theme across the nation (Rahel 2000). Additionally, intentional distributions of native species beyond their historical ranges have provided high recreational value, often at the detriment to native species. In the American west, it is likely, that the first humans to translocate native fish from their natal streams, rivers, and lakes into previously fishless waters were Euro-Americans: sheep herders, settlers, and miners (Knapp et al. 2001). In the mid-nineteenth century, translocations of fish were undertaken to provide food for local immigrant communities and other settlers who commonly used fish where available as a common food source. Native Americans were not known to translocate fish in the Rocky Mountains, as they were relatively plentiful and other sources of food were generally available to them.

After the transcontinental railway was completed in 1869, this new national infrastructure provided an effective conduit by which to translocate species from coast to coast. Interestingly, many non-native trout (e.g., brook trout, brown trout, and rainbow trout) were introduced into the western United States by railway in the mid- to late 1800s (Fuller et al. 1999). In the eastern United States, non-native species such as brown trout were introduced into native ecosystems much sooner than in other parts of the country (e.g., mid to late 1800s).

Rvsd Plan - 00000182

Non-native fish species such as rainbow trout have hybridized with native salmonids such as golden trout and cutthroat trout, while brook trout and brown trout tend to have a competitive edge over native trout where they occur in sympatry (Behnke 2002). Luckily, there are some limitations associated with the pervasiveness of non-native trout in the Rocky Mountains. Vincent and Miller (1969) found an elevation limit for brown trout between 2,590 m and 2,750 m in the Poudre River drainage in Colorado. While they found brook trout at higher elevations, their conclusion was that water temperature limited the expansion of brown trout (and probably rainbow trout) into upper elevation streams. Warmwater fish (e.g., sand shiner; *Notropis stramineus*) are also limited to elevations related to habitat conditions and water temperature. The highest diversity of fish species found in the upper Missouri River Basin are restricted to habitats within the Great Plains, unable to withstand the environmental conditions found in the more mountainous areas (Baxter and Stone 1995). These temperature "barriers" no doubt restrict the movement of eastern plains fish, and some fish such as the common carp (Cyprinus carpio) from moving into streams within the Bighorn Mountains. In addition, thermal barriers no doubt limit the downstream distribution of non-native and native salmonids.

While the introduction of non-native fish has changed the distribution and arguably taxa "fitness" of many native species, they have also provided an important recreational source for an increasing population in the Rocky Mountains. In 1996, there were approximately 4,833,715 fishing days in the Rocky Mountain Region of the USDA Forest Service, resulting in an estimated $183,535,664 in economic output (TRCA 2000). Obviously, maintaining this important recreational activity is valuable to the public, and must be balanced with native species management. Many of the native subspecies of cutthroat trout are relatively sensitive to angling pressure, and anthropogenic influences brought about by Euro-American settlement. Indeed, the yellow fin trout (Oncorhunchus clarki mcdonaldi) became extinct in only 17 years following its discovery by anglers in Twin Lakes, Colorado (Behnke 2002). One account documents that in 1876, General George Cook and his soldiers caught several thousand Yellowstone cutthroat trout in a couple of weeks while camping on the Tongue River west of Sheridan, Wyoming. Other accounts of early Euro-American inhabitants describe extremely large catches of native trout in relatively short time periods. While the social values and legal constraints no longer allow such unregulated harvest, it appears that fishing pressure alone may have reduced the range of native trout by itself.

Non-native trout such as brook and brown trout seem to be well adapted to the changes brought about by Euro-American settlement. Anthropogenic activities, such as those described in this assessment, have in large part resulted in habitat conditions that are quite dissimilar to those that were probably here prior to Euro-American settlement (Wohl 2001). Trout species such as the brown and brook trout appear to be more resilient to the cumulative influences of these activities, in some cases filling a void that may have been left by the elimination of native sub species of cutthroat trout in the Rocky Mountains. While rainbow trout do not appear to be as resilient in the Rocky Mountains (in large part because of their spring spawning behavior) they are successfully reared in hatcheries and can be planted in marginal habitats where they are quickly removed by anglers. This "put and take" management provides angling in some areas where habitat conditions are no longer suitable for self-sustaining populations of native salmonids.

While elevation and temperature limits may limit the invasion of certain species, one invasive species in particular is a realized threat to native and non-native salmonids in the Rocky Mountains, the whirling disease parasite (Myxobolis cerabalis). This microscopic parasite was first introduced into the United States 1950s (Behnke 2002). However, more recent findings of Myxobilis cerabilis in Rocky Mountain States such as Colorado and Montana have shown that they can have dramatic effects on salmonid populations (other than brown trout) often in valuable fisheries. Stream habitat degradation and increased sedimentation may increase populations of this invasive parasite by creating more habitats for its intermediate host, the tubifix worm (Tubifex tubifex). In more pristine, high elevation stream systems, the

Rvsd Plan - 00000183

whirling disease parasite does not appear to be becoming well established. This observation may be due to the habitat and temperature limitations of the tubifix worm itself. Increased sedimentation and stream temperatures from management activities could increase the habitat occupied by tubifix worms and ultimately the whirling disease parasite.

Water quality can be both positively and negatively affected by the introductions of invasive animal species. Invasive mollusks and other filter feeders can negatively alter or even improve water quality by filtering dissolved and suspended pollutants from waters. Also, filter-feeding invaders can reduce primary productivity by reducing phytoplankton populations. In the Bighorn Mountains, as with most Rocky Mountain streams, productivity is limited and effects from filtering of nutrients are doubtful.

The most profound impacts of invasive, aquatic animals are their biological influences on native aquatic biota. Invasive fish, crustaceans, mollusks, and amphibians can deplete native aquatic biota, by out-competing them for essential resources (Knapp and Matthews 2000; Pilliod and Peterson 2001). Also, invasive species can diminish native populations of aquatic biota (invertebrate and vertebrate) by predation (Knapp and Matthews 2000). Altered predator-prey relationships can also disrupt food chains and nutrient cycling by displacing or eliminating vulnerable trophic levels (e.g., large zooplankton).

A variety of benefits may accrue to aquatic, riparian, and wetland ecosystems if proper management strategies to control invasive, aquatic animals are implemented. Many non-endemic species of plants and animals have been and will continue to be managed for public utilization. Several species of fish are managed as recreational species in the Rocky Mountain Region. Trout, such as rainbow trout (*Oncorhynchus gairdneri*) are in high demand by the public. Other species that were thought to be important as a recreational or food source like the common carp (*Cyprinus carpio*) are now out of favor with the public and have become competitors with native species.

When native aquatic fauna and their associated ecosystems remain intact, they provide rare opportunities to investigate how these ecosystems evolved and how their structures and functions are related to their evolution. Collecting and expanding available data that can assist our understanding of the complex interactions among ecosystems and associated fauna helps to preserve ecosystems and their faunal communities.

## *Management Considerations:*

Invasive plant and animals can have irreversible impacts on wetland, Riparian and Aquatic Ecosystems. Species such as the whirling disease parasite (*Myxobolus cerebrals*) and cheat grass (*Bromus tectorum*) are typically thought of as organisms that are here permanently, although measures to reduce whirling disease has already began. Unfortunately, wetlands and riparian areas provide excellent conditions for invasive plants, with relatively abundant water and good soil conditions. Many invasive plants outcompete native species, provide poor habitat for native animals and disrupt other ecological functions.

Invasive aquatic species are becoming more abundant even with considerable effort to stop them. Didymo (*Didymosphenia geminate*) is actually a native diatom that in recent years has been found to have massive "blooms" that outcompete other native benthic plants and animals. Other invasive aquatic species that have recently become established in Colorado and New Mexico waters include foreign species of mussels (*Dreissenidae*), New Zealand mud snails (*potamopyrgus antipodarum*), and most recently spiny water fleas (*Cecopagidae*) have become established in the state. Once any of these invasives become established they are almost impossible to remove. As a result, education and not allowing them to enter our waters are the only way to keep them from being established.

### Future Considerations:

Weed free hay is one technique that has been used to minimize invasive plants from entering Wilderness areas. Using a similar idea for stocking trout in Wilderness areas and other water bodies within Forest boundaries is also an important topic to be discussed with partners. However, new pathogens associated with stocking must also be considered, especially in Wilderness Areas.

Because aquatic invasives are typically transferred by recreational equipment such as boats, wading boats, stocking and other vectors that carry water from one body of water to another, education on decontamination and inspections at high volume reservoirs are crucial. Other equipment that has the potential to transfer water from one infected water body to another, such as firefighting equipment are important subjects that need to be identified and techniques used to ensure invasives are not transferred.

# Influence of Beaver Removal

### Introduction

Beaver (*Castor canadensis*) are habitat-modifying keystone species in lotic, riparian, and wetland habitats (Butler 1995; McKinstry et al. 2001; Collen and Gibson 2001), and their dam-building activities can influence a large proportion of a given watershed and landscape (Naiman et al. 1988). Beaver are an integral part of most headwater stream ecosystems in the Intermountain region (Wohl 2001), where their activities can alter stream channels and riparian zones and affect basic processes such as nutrient cycling (Naiman et al. 1988; Naiman et al. 1994). Beaver impoundments generally have a positive effect on aquatic, riparian, and wetland habitats because they elevate water tables and enhance riparian vegetation (Olson and Hubert 1994), create deeper water habitats with velocity and thermal refugia (Hagglund and Sjoberg 1999), decrease water velocities and promote sediment retention (Naiman et al. 1988), improve water quality by facilitating riparian habitats that intercept nutrient and chemical contaminants (Olson and Hubert 1994), and increase upstream water storage to buffer against floods and summer droughts (Olson and Hubert 1994). These beaver-induced hydrological and biogeochemical changes also affect aquatic, riparian, and wetland biota. For example, beaver ponds exert strong influences on aquatic invertebrates (McDowell and Naiman 1986; Clifford et al. 1993; Margolis et al. 2001), fishes (Snodgrass and Meffe 1998; Hagglund and Sjoberg 1999), herpetofauna (e.g., amphibians and reptiles: Russell et al. 1999; Metts et al. 2001), and birds (Brown et al. 1996; McKinstry et al. 2001).



**Figure 21. An active beaver dam in the Rocky Mountains. These ponded sites provide numerous benefits for aquatic ecosystems as well as storing water for downstream use.**

Unfortunately, Euro-American settlers were concerned with the economic exploitation of beaver, rather than their benefits as ecosystem engineers, and nearly extirpated them from the North America. European beaver (Castor fiber) were nearly extirpated by 1600, and early immigrants found a rich source of beaver pelts in America. At the time of European arrival in North America there may have been up to 400 million beaver living on the continent (Naiman et al. 1988), but by 1850 this number probably dropped below nine million. Nonetheless, trapping continued and the pattern of beaver extermination observed earlier in Europe was essentially repeated in North America (McNamee 1994). The removal of beaver brought about major and long-lasting changes in the western landscape, because it signified the loss of a dynamic structuring element. Beaver removal has, in part, contributed to increase down cutting of stream channels (Wohl 2001), and a reduction in the complexity and extent of aquatic and wetland habitats. For example, wetland habitats in the western U.S. are rare, but provide habitat for a large proportion of waterfowl species in the area (McKinstry et al. 2001). Beaver create these types of regionally rare habitats, so their local extirpation likely reduced these habitats and affected wildlife populations.

Loss of beaver would affect sediment delivery and flow regime. Beaver impoundments often facilitate sediment deposition and storage (Wohl 2001), but in their absence, sediment might be transported further downstream and be deposited in crucial fish spawning habitats. Rocky Mountain region hydrographs are likely affected by loss of beaver impoundments because water storage capacity in first through fourth order streams is reduced. Thus, water is delivered more quickly in the absence of beaver dams, rather than being slowly released to buffer against periods of low flow.

### Results:

Researchers at the University of Wyoming identified habitat suitability characteristics necessary for the colonizing of beavers in mountain streams

Suitable beaver habitat was modeled using GIS (Olson and Hubert,1994).

Model parameters for evaluation using existing vegetation information, and NHD stream layers included:

a.      Gradient <= 4%

b.      Within 200m of Aspen or Willow vegetation type

c.      Permanent Streams

Stream reaches that had high correlation with these variables were mapped on a 1:24,000 scale and densities were calculated on a total stream mile bases for each subwatershed. Measures of suitable beaver habitat were based on stream length with high suitability per acre of valley bottom per subwatershed. The results are presented in Figure 22. Beavers have been trapped in irrigation systems on the valley floor by the Colorado Parks and Wildlife and periodically transplanted in Rio Grande National Forest streams (Randy Ghormly, Forest Fish and Wildlife Program Manager, pers. Comm.). Approximately 25 high suitability subwatersheds with more than 4 miles are located within the National Forest and National Park boundaries, several relatively far from private lands and/or the Rio Grande valley floor. Further evaluation at the site/reach level would need to be evaluated to ensure survival, low migration and reduced conflicts if the beavers migrated from the area. There are a considerable amount of habitat for beaver colonization on the western half of the valley, especially north of the Town of South Fork. By relocating beaver into high suitability areas, not only would low gradient stream reaches benefit, but beavers would be less likely to migrate into unwanted areas and conflict with water irrigators and crop lands in the valley bottom.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



**Figure 22. Beaver suitability results for the Rio Grande National Forest and surrounding landscape. Results were based on high suitable stream miles per acre of valley bottom per subwatershed.**

Rvsd Plan - 00000187

***Future Considerations:***

The public's view of beavers has changed dramatically in the last few decades. Once considered (and is still to a limited extent) as a "pest", many municipalities and the public are considering beavers as having a key role in maintaining water on the landscape, providing buffers for fire fighting, and reducing flooding downstream. The general public is also favoring restoring beaver colonies as a places to fish, hunt and generally view natural sytems.

As water becomes more valuable, and its role for maintaining ecological diversity as well as reducing dramatic flooding events and storing water within floodplains and low gradient stream corridors beavers are being utilized throughout the country.

Due to their transient behavior when populations exceed habitat potential, they will always be a threat to some landowners. However, the benefit of their activities in appropriate habitats is well understood. Management activities within narrow valley bottoms are often in conflict with the natural water storage ability of beavers. However, it is questionable whether these activities and location of infrastructure are not the problem in these areas. Transportation corridors are often the infrastructure that is in direct competition for "space" for beaver activity, and flooding has compromised road prisms and crossings. However, it can be argued that the location and/or design of the transportation footprint is in a marginal location, and/or the design of crossings could not be modified to accommodate beaver activity. In the future, education will most likely continue to argue the benefits of beaver on the National Forest landscape, challenging us to continue developing strategies to accommodate their activities that benefit humans and the environment. Only 1 subwatershed does not contain the conditions for adequate beaver habitat, and is located in a steep portion of the very southern edge of the National Forest and beyond.

# Recreational and Native Fisheries

Recreational Fishing has continued to grow although hunter use has gone down over the past few years in Colorado (Congressional Sportsman's Foundation {www.www.sportsmenslink.com}). In 2011 alone, the total anglers in the state were estimated at 767,000 anglers, spending 8.4 million days (almost 4 times that of hunters) and accounting for over 10,000 jobs. While these numbers represent the entire state, there are currently over 100 areas identified on the Rio Grande National Forest for fish as well as parking and camping for fishing on the Forest. With over 1700 miles of perennial streams and 4800 acres of lakes, the Rio Grande National Forest represents a significant source of angling recreation for visitors. Emphasis on maintaining and improving and/or protecting high quality fish habitat and access could be a future consideration given increases is visitors and populations throughout the state.

Rio Grande Cutthroat trout, suckers and chubs are the only native fish to the upper Rio Grande basin that are considered rare and in any threat of extirpation. While these species will be addressed under the "Species of Conservation Concern" as part of the Forest Planning process, a couple important habitat considerations are pertinent here.

In part, the purpose of this assessment and assessment 3 are to identify unique, important less/more influenced by management, we think that this information can be valuable in helping prioritize future establishment of rare taxa, as well as protect ecological conditions that are important for their survival. For instance, it has been identified that the strongest populations of chubs and suckers MAY be along the Sangre de Cristo mountain range where the influence of springs are found. The conditions produced from the groundwater surfacing here may be "key" to their survival in the upper basin. Other spring environments are found on private land in the area as well as on BLM and FS lands near Saguache. Are these spring large enough? Are they already developed for agricultural and or municipal purposes? They may be valuable sources for future restoration efforts. The Rio Grande cutthroat trout restoration efforts

have been active for several years. Possibly some of the information presented can assist biologists identify areas with little impacts, higher stream densities and other characteristics that can make prioritization less complicated.

# Mineral Extraction

## Hardrock and Placer Mining

In the United States, extensive hardrock mining started in the 1880s remained a major industry in many states during the following 70 to 80 years (Wireman 2000). Mining has had a high legislative priority for over a century. The 1872 U.S. Mining Laws Act granted top land-use priority to mineral extraction on all public lands not specifically withdrawn (Nelson et al. 1991). The legacy of historic hardrock mining includes more than 200,000 abandoned or inactive mines. As of 1992, there were more than 500 operating mines in the United States, of which, more than 200 are gold mines. As of 1997, there were approximately 60 mine sites in 26 states on the Federal Superfund National Priorities List because of serious pollution problems (Wireman 2000).

Metals sought during past and present mining activities in the Southern Rocky Mountains include copper, gold, lead, molybdenum, nickel, silver, vanadium, and zinc (Deacon et al. 2001). Mineral extraction can significantly influence water quality and aquatic, riparian, and wetland resources if done in an incorrect manner. These influences can be brief or long lasting, and they differ with the type of ore, the mining and processing methods, and after mining ceases, the overall nature of how the mine is properly closed. The impacts from mining include transport and deposition of sediment, acid runoff, and release and transport of dissolved metals and other associated mine contaminants (Wireman 2000).

*Results:*

The results of the mining analysis are presented in Figure 23. Mining is or has been concentrated in 5 areas, Creede (a historic mining center in the valley), the town of Bonanza area in the northern part of the National Forest, Galena Mountain and Bear town in the southern San Juan mountains, and the Summitville area east along the Alamosa River (Figure 23). The West Willow Creek-Willow Creek near Creede exhibits the highest number of active/inactive mines in the Rio Grande National Forest and surrounding ecosystem, and has almost twice as many mines as the next subwatershed (Outlet Miners Creek). Both of these subwatersheds are near Creede in Mineral County. There are also past and some current activity north of the area between the towns of Del Norte and South Fork.

It is apparent that at least historic hardrock mining and exploration has occurred in many areas of the Rio Grande National Forest and surrounding landscape. We attempted to identify the distribution of active and historic mine sites, as they are the most reliable indicator we could identify that would compare actual ground disturbance. In addition, all streams and wetlands have not been adequately evaluated for the level of potentially natural or anthropogenically contributions of especially metal contamination from existing mine audits and tailings. While there is very good information the largest and most impactive areas, more subtle influences that could impact species or populations of aquatic and semi-aquatic taxa life-history or restoration into native habitats may need to be quantified at a site or reach level.

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



Figure 23. Results of the mines analysis for the Rio Grande National Forest and surrounding ecosystem,
Results generally follow known mining districts, with the exception of the Sangre de Cristo Mountains, where
historic exploration and limited sites occurred.

Rvsd Plan - 00000190

## Management Considerations:

Subwatersheds with historic and/or current mining activity may be identified as having residual toxic levels of metal ions released from audits, tailings or stored in soils and stream substrates. Common metals found in effluents and are toxic to aquatic life include (but not limited to) cadmium, zinc, copper, and lead. Efforts to eliminate contaminants is extremely costly, as reflected in the case of the Summitville Superfund site. While metal bearing geology also releases contaminants through groundwater discharge and close proximity to the surface, it would appear that most of the identified areas of mine concentrations are located in known human mining concentration areas. However, the density of mine audits are limited, the highest being 0.008 per acre of subwatershed.

There are several management related options for addressing mining impacted aquatic ecosystems. Audits, tailings and accumulation in metals substrates require large cooperative efforts are needed to remove toxic materials and restore ecosystems. The Leadville Superfund site is an example of a major effort that has shown significant reduction in toxins and improvement in aquatic life in the Arkansas River. The subwatersheds associated with the mining near Creede and Summitville contain streams that have been identified as being impaired by the state of Colorado (Figure 24) under section 303D of the Clean Water Act.

While the Rio Grande National Forest has extremely limited funding for these large projects, The USDA Forest Service has responsibility for various aspects of the management of the area, which do not result in additional impacts to the area involved. As being at least partially on USDA Forest Service managed lands, support is possible from an administrative, monitoring and other supportive activities would be valuable, as well as ensuring that management help improve the current compromised situation.

Other streams and wetlands in the study area have elevated levels of metal contaminants that are not identified under the Clean Water Act, based on the results found in Figure 23. While not all mine audits or tailings pile release these contaminants, some at least release levels that may be toxic to certain organisms or various life-history stages at different times of the year. In addition, concentrated sediments within valley bottoms, toxic levels of metals can be released into streams and wetlands if disturbed and reintroduced into the aquatic environment.

By identifying important habitats such as low gradient valley bottoms and other sediments where toxic metal sources could be concentrated, appropriate management or protection can be identified. Maintaining stream channel and riparian integrity also help to ensure that metals are not released back into the system and compromise aquatic life. This is very important when considering restoring native aquatic species. While streams and wetlands may appear to be below acute toxic levels, the systems that are in historic mining areas or associated with exposed mineralization, may be at levels low enough to only be detected seasonally or at low levels that can impeded reproduction or other life history stages. Appropriate sampling and analysis for these contaminants is necessary to ensure restoration efforts will be successful

Rvsd Plan - 00000191



**Figure 24. Subwatersheds with streams identified under the Clean Water Act as being impaired under section 303D by the State of Colorado. It is important to note that not all streams within each subwatershed have elevated levels, but should be suspect as having some level of elevated metals.**

# Cattle Grazing

## Introduction

Grazing by domestic livestock has been an important use of the lands that now constitute the National Forests and Grasslands since the 1500s when the Native Americans began to acquire horses and other domestic animals from the early European explorers and settlers moving north from Mexico (Young 1994; Galbraith and Anderson 1971). From this time on, Native Americans traditionally maintained horse herds as both their preferred means of transportation and as a symbol of status. These herds typically traveled with the tribes as they moved between seasonal territories. At various times in the year, the tribes made use of lands that are now National Forests and Grasslands, and the tribal livestock went with them. For the most part, the horses were maintained in relatively small and localized ranges simply so that they could be found and moved when needed.



**Figure 25. Cattle (left) and sheep (right) grazing**

In the mid to later part of the 1800s Euro-Americans began to move into the Rocky Mountains and the western grasslands of the Great Plains, frequently bringing livestock with them (Lauenroth 1994; Pieper 1994). As the demand for beef, wool, and lamb increased during, and in the decades following the civil war, large herds of livestock were moved into and through the region. As the early settlers discovered the value in grazing livestock in the mountains and grasslands, large numbers of animals were brought into the area. At this time, there was neither any systematic applied management nor any authority to regulate the grazing activity. Basically, the livestock owner who got to the feed first got it and those who came too late got little to nothing. Within a very short few years, the serious overstocking of the rangelands, coupled with the initiation of an extended drought period, serious impacts to rangelands are still noticeable in some areas today (Pieper 1994; Oliphant 1947). While this drought plus lack of forage had the unintended effect of significantly reducing stocking levels, the reduction in stocking was by no means adequate to provide for recovery of the vegetative, soil and aquatic, riparian, and wetland resources (Young 1994; Pieper 1994).

Following the formation of what is now the Forest Service, and continuing for decades, there was a concentrated effort to gain control over the livestock use on the National Forests and Grasslands (Rowley, 1985). At first this was focused on simply requiring permits and eliminating trespass. But over time, this moved into making very significant reductions in the permitted and actual use, and in moving management toward implementing the best available science. Today, livestock numbers are significantly reduced compared with historic levels (Elmore and Kauffman, 1994; USDA Forest Service files) and are generally judged to be within grazing capacities on the National Forest System (NFS) lands. For the most part, management has intensified as well. However, the focus is on managing livestock use in a manner

Rvsd Plan - 00000193

that will ensure compatibility with the other uses and values of the National Forests and Grasslands. While problems still remain in places, they are generally localized.

Livestock grazing has the potential to have a significant detrimental impact on aquatic, riparian, and wetland resources if it is not managed properly (Binkley and Brown 1993). This very important resources comprise only about 2% of the landscape in Colorado, and losses are estimated to be more than 50% (U.S.G.S.1999). It should be pointed out that there are a number of reasons for this loss, many that occurred prior to current laws and policies (Wohl, 2001). There are numerous references to document these potential impacts although most references discuss impacts from improperly managed livestock grazing rather than from proper management (Platts and Raleigh 1981; Kauffman and Krueger 1984; Buckhouse 1981; Meehan and Platts 1978; Binkley and Brown 1993; Larson et al. 1998).

Livestock grazing may also be used to positive effect when managed properly and when focused on meeting well defined objectives. Grazing can: stimulate new growth of both herbaceous and woody species; increase total production of vegetation; provide increased palatability and nutrient quality to other animal grazers; increase herbaceous plant density, and alter habitat structure and composition to meet specific species objectives (such as managing for specific threatened or endangered wildlife species habitats or alteration of habitat relationships to favor certain plant species) (Krueger and Anderson 1985).

Livestock grazing tends to affect some habitats and plant communities to a greater degree than others, and therefore are at greater risk. In general, cattle tend to prefer relatively open, low gradient habitats with ready access to water and temperature moderating tall vegetation, with abundant palatable forage and/or browse resources. These needs are met to a large degree within riparian and wetland habitats. The habitats most commonly preferred by cattle are generally low gradient, willow/cottonwood (or associated hardwood species) with palatable grass and grass-like species (Rinne, 1999). These areas most frequently occur in association with fine textured soils. Cattle use of habitats declines markedly as slopes increase, as tree canopy cover increases, and as distance to water increases. This is true both for uplands and for riparian habitats. In addition, use of uplands declines as upland forage resources mature and decline in palatability and nutrition (Roath and Kreuger 1982). Sheep on the other hand prefer uplands and normally only utilize riparian/wetlands when moved to those areas to acquire water, or congregated there (Glimp and Swanson 1994). Bison tend to prefer upland open grasslands and windswept ridges. Risks to aquatic, riparian, and wetland resources then depend directly on the species of livestock and the type of habitat present (Marlow et al. 1985; 1989). Riparian vegetation tends to be quite resilient and when managed properly has a relatively rapid recovery while stream channel conditions frequently take longer to recover (Binkley and Brown 1993).

In order to validate the modeling of the effects of livestock management, it will be necessary over time to analyze new and existing field data with a focus on determination of resource conditions and trends as they relate to livestock management. Significant amounts of historic data currently exist for terrestrial habitats although little of this is currently in an electronic format. Areas of high livestock preference and/or area with low resiliency would likely be priority areas for data collection.

### Results and management Considerations

The purpose of this analysis was to identify the amount of subwatersheds intersecting or within the Rio Grande national Forest that are currently available to cattle grazing. This by no means is meant to identify current use, influences, preference or timing. Instead we are evaluating the availability of the landscape that we have identified by ecological drivers to be available, and identify areas for future consideration for monitoring and evaluation.

A considerable amount of the project scale is currently available for cattle management (Figure 26). Percentages of stream miles within active allotments for the 2 highest quantiles include 50 subwatersheds, and range from approximately 60-100 % of permanent streams within these active allotments. Approximately 125 subwatersheds out of a total of 163 (77%) have active allotments with permanent streams in them. Most of the subwatersheds without active allotments are located on the steep Sangre de Cristo Mountains on the eastern portion of the National Forest. There a total of 10 subwatersheds on the west side of the National Forest without active allotments, half of these are located just north-east of the town of Creede, associated with the La Garita Wilderness area. Five of the subwatersheds with inactive allotments are associated with the South San Juan Wilderness Area.

From an elevation standpoint, active allotments are found from the valley floor to the continental divide, with negligible "pattern" between landscapes. Platts (1991) identified several grazing strategies that had variable influences on streams and riparian areas, and concluded that no single strategy met all grazing or resource needs over a complex landscape. Monitoring and strategies for alpine areas are different from glaciated valleys that are different from low gradient, willow dominated stream reaches. Indeed, the calculated cattle grazing preference is variable on a landscape this large. Platts along with many others identified various techniques for minimizing impacts to sensitive aquatic and semi-aquatic ecosystems in mountainous areas.

Presented below are conditions that could be considered for further investigation given the findings of the Aquatic Ecological Driver Assessment, management activities in the study area related to aquatic and semi-aquatic resources and the broad availability of cattle grazing opportunities in the upper Rio Grande Valley on National Forest lands.

**High elevation Glaciated Valleys** – These valleys were formed by glacial scour and typically contain high concentration of wetlands and wetland related plants and animals that may be quite rare. Our analysis in Assessment 3 illustrated that while these valleys contain approximately 50% of the wetlands in the Rio Grande National Forest, they comprise approximately 30% of the Forest landscape. Based on these results, there appears to be several subwatersheds associated with relatively high concentrations of wetlands as well as high proportion of active cattle allotments. It should be noted however, that there are also subwatersheds in wilderness areas that exhibit glaciated landscapes that have no active allotments. Consideration for glaciated areas with extensive wetlands could be examined further if not already for their relationship to cattle grazing and potential influences on the wetland communities as a "whole" and not individually. It is questionable as to whether standards or general guidelines in these valleys that are at high elevations would be effective is grazing as well as the growing season is during a short period of the year. Interdisciplinary evaluation of these glaciated valleys could be done to ensure the form and function of high concentrations of wetlands and riparian areas.

**Influence of Climate Change through stream channel maintenance** - The analysis we prepared in Assessment 3 identified that predicted variables over time that may have a dramatic change in mean annual discharge in the future across the Rio Grande valley. These data indicate that mean annual discharge may decrease up to 20% in the next 25 years and 30% by 2080 in the study area. These data are not inconsistent with other models developed for the southern Rocky Mountains and reflect changes in precipitation solar penetration and snowmelt. The impacts on stream and wetland morphology, riparian and wetland vegetation and stream biota could be magnified if proper conditions are not maintained to promote resilient ecosystems. Stream discharge in the study are influenced considerably by snowmelt, precipitation at lower elevations, natural storage in alluvium, channel and wetland structure and shading, and anthropogenic influences in the valley bottoms.



**Figure 26. Results of the active allotment density for cattle within valley bottoms For the Rio Grande National Forest and surrounding landscape**

## *Future Considerations*

Influencing snow accumulation and melting and precipitation are not factors we cannot influence at this scale. However, channel and wetland structure, shading and anthropogenic influences are. We chose to use the valley bottom area for analysis of anthropogenic influences because it is the area that influences riparian and stream systems the most. Even within valley bottoms, steep, narrow valleys are typically lined with larger substrate and are more stable than wide low gradient valleys with fine sediment and meandering channels Rosgen (1996). While our analysis in Assessment 3 illustrated that approximately 63% of the permanent stream channels are within the confines of steep, stabile stream channels with limited sunlight penetration and forage for livestock, only about 20% are in highly sensitive low or moderate gradient stream reaches. These limited areas can store considerable amounts of water in the associated valley bottom. They are extremely important for providing aquatic and riparian habitat as well as absorb excess water to be released slowly downstream. Shading from woody riparian vegetation can also have major influences on stream temperature, bank stability, aquatic habitat and stream morphology, more so than stabile channels.

Cluster 4 from Assessment 3 has the highest number of subwatersheds with low gradient stream channels comprising more 14% of its total stream length (53 subwatersheds). Clusters 5, 6 and 7 have higher percentages of low gradient channels, but are highly influenced by extending into the relatively low gradient valley bottom.

While there does not appear to be a relationship between the percentage of active cattle allotments and the abundance of low gradient stream channels in cluster 4, we should ensure that the conditions in the relatively small amount of low gradient stream channels are maintained at a high level of function for the future. Even in clusters 1-3, where low gradient channels represent less than 10% of the total stream length, ensuring shade, stability and habitat could ensure the function of stream and riparian areas for the future. The maintenance of the highest vertical elevation of native woody vegetation (e.g. willows, Spruce and cottonwoods) ensures that we are not influencing long-term climate change trends upward and eliminating important ecosystems and taxa.

**Geology, springs and productivity** – In assessment 3 we identified the calcareous geology along the Sangre de Cristo mountain range as being important for naturally occurring springs, influencing water temperature and increasing aquatic productivity for native plants, fish and other animals. Available active cattle allotments are very low or absent in this area. While spring development and extensive grazing could have a major influence on rare plants and animals, as well as unique characteristics, it is doubtful that there is significant influence from cattle grazing in this area.

Springs associated with rare and unique species of plants and animals as well as habitats (e.g. fens) are rare environments in the Rocky Mountains, especially where granitic geology is found. The form of glaciated valleys allows for snowmelt to percolate through the steep mountain peaks and emerge on the lower valley sides and bottoms, allowing a variety of different wetlands. Isolated springs at lower elevations are less common, and often developed and utilized early in European development and indeed by Native Americans and wildlife prior to settlement. While there is direction protecting the impact of wetlands (Executive order 1190 {1972} and the Clean Water Act {1972}, the Environmental Protection agency estimates that more than 50% of wetlands across the country are no longer present on the landscape (http://www.epa.gov/nscep). While comprising only 2% of the Colorado landscape, springs and associated wetlands are extremely important for terrestrial and aquatic ecological function and rare plants and animals (http://www.cnhp.colostate.edu/cwic/index.asp). The development of springs is a common and accepted means of watering livestock. The recent publications on inventory and monitoring of groundwater dependent ecosystems
(http://www.fs.fed.us/geology/GDE_Level_II_FG_final_March2012_rev1_s.pdf) and assessment of

wetland systems by Cooper and Merritt (2012) should be extremely helpful in the future for weighing the various benefits of groundwater driven ecosystems.

# Sheep Grazing

## Introduction

Sheep prefer to graze and occupy upland areas rather than "wet" areas (Platts, 1991). As a result, they are normally not considered impactive to streams, riparian areas and wetlands, unless they are concentrated their through management practices. In both Platts and Rinne (1999) review of a large volume of studies, they suggested that adequate monitoring was not completed prior to several studies, and ecological conditions needed in riparian and wetland ecosystems had to be determined by instigating several important factors responsible for the systems to function adequately, and not develop a "goal" for a large landscape when there is a high variability in land form and function.

The lack of sheep/riparian interactions in most of the literature I reviewed indicates that solutions to maintaining healthy ecosystems and provide grazing for sheep may not be as difficult as cattle. Indeed, if not crowded in riparian areas they will tend to forage on uplands, and generally steeper slopes than cattle (Glimp, 1994). Reviewers that we cited all identified constant herding as a beneficial way to maintain sheep grazing in uplands along with alternate water supplies. The biggest concern was that herder's camps were often located in valley bottoms, and sheep herds along with them were concentrated in these areas, often for several days. If concentrated in these valley bottoms during early spring and summer, major impacts to riparian plants and soils could be impacted.

### Results

Relative to cattle allotments, there are relatively few sheep allotments, based on our measure of permanent streams per active allotment. A total of 6 of the 8 subwatersheds are at relatively high elevations however, indicating that they could have a higher likelihood to be associated with riparian areas and, glaciated valleys and wetlands. On the western side of the study area, some of these areas are associated with the Weminuche and South San Juan Wilderness areas. While again we are not able to identify the intensity and duration of grazing in these areas, there location indicates concentrations of wetlands much higher than at lower elevations.

All of the identified subwatersheds on the western side of the study area with grazing allotments identified, including 4 in the highest quantile are associated with glaciated valleys.

### Future Considerations

Spatially, there are far fewer active allotments for sheep grazing than cattle. In lower elevation subwatersheds, techniques to manage sheep outside of riparian areas are probably relatively easy give the avoidance of wet areas by them. Managing the herd locations and where they are "bedded", along with the herders would maintain the herds and habitat. In the occasion that non-native invasive plants (e.g. Canadian thistle, Cirsium vulgare) become established, intensive grazing by sheep could be used. It appears that having constant and consistent herd movement would be necessary to avoid significant damage to riparian and stream ecosystems.

Rvsd Plan - 00000198

Appendix 1 to Assessments 1 and 3:
Aquatic and Semi-Aquatic Ecosystems



Figure 27. Results of the relationship between permanent streams and active sheep allotments per subwatershed in the Rio Grande National Forest Ecosystem.

Rvsd Plan - 00000199

# Commercial Timber Harvest

## Introduction

Commercial timber harvest in riparian areas and wetlands has been shown to have dramatic, long-term impacts to stream habitat and ecosystems, especially in the Northwest (Sidell, 1994). Instream and riparian habitats rely on the shading, food source, habitat, and stream bank stability from living and dead trees associated with these areas. In addition, sediment trapping, energy absorption from flooding and many terrestrial benefits are also important values of trees and shrubs in riparian areas, streams and wetlands. While many more recent improvements in timber harvest have helped to ensure trees and wood remain an important part of the riparian stream and wetland ecosystems in the Rocky Mountains, extensive ecological damage was done during the early European settlement, when the larger and easier to harvest trees were along stream channels (Wohl, 2001).

### Results

The results of the clearcut timber harvest in valley bottoms are presented in Figure 28. It is very apparent that timber sales have been limited in the Rio Grande National Forest and surrounding landscape in the last few decades. The highest density of harvest in the valley bottom was 0.1 % of the total valley bottom within the Bear Creek-Sheep Creek subwatershed. These results indicate that timber harvest has not been a significant influence within valley bottoms in the recent past

### Future Considerations

As mentioned previously, timber harvest and the removal of wood from valley bottoms was probably most impactive during the mid to late 1800's and early 1900's. Today, other than removing wood from stream channels, timber harvest has not been an important influence. However, with the large fires that have occurred in the last few years in the western portion of the National Forest, care must be taken to ensure that trees are not removed from valley bottoms other than those pieces not considered for maintaining ecological form and function of stream, wetland and stream ecosystems. Even trees left lying on riparian valley floors are important for trapping sediment and debris during floods, providing habitat for terrestrial organisms and seedbeds for other herbaceous and woody plants. Stream crossings planned and constructed to represent natural stream channels will pass trees through them, much the same as natural stream channels. Since a large portion of this very important resource has been removed from the valley bottoms in the past, collaboration with Silviculturists and timber managers could result is replacing some of this wood in important valley bottom areas.



Figure 28. Percentage of valley bottoms with active clear cuts conducted in the last 2 decades. The percentage for these activities is very low, even in the highest levels.

Rvsd Plan - 00000201



**Figure 29.**

Rvsd Plan - 00000202



**Figure 30.**

# Need for Change

This section identifies information that has been identified or understood to be important to Stream, Riparian and Wetland Ecosystem form and function since the Forest Plan developed in 1996. In addition, this information is important to maintain ecological sustainability of these systems and the plants and animals in them. It is not meant to be complete, but focuses on the priorities we felt could be accomplished in a relatively short period of time.

## Ecological Drivers

The Rio Grande is located in a relatively high elevation landscape, with 3 major geologic types, predominately high gradient landscapes

- The calcareous geologic formation and groundwater systems along the Sangre de Cristo mountain range is extremely limited spatially and should be considered an important feature for potentially rare plants and animals, including fish downstream
- The volcanic subwatersheds on the western portion of the National Forest could be more productive for aquatic, wetland and riparian species due to calcium and other inorganic nutrients
- Glaciated valleys are very important for wetland development, containing higher densities than the rest of the Forest
- Low gradient stream channels are the most sensitive and important stream types and associated riparian areas to stream health and have limited management direction.
  - o Cluster 3 contains subwatersheds with the highest percentage of low gradient channels that are not influenced considerably by the valley floor.
- Beaver colony development can have a major influence on stream recovery and riparian development and could be identified as a management tool.
- Climate change Analysis shows potential change in discharge and expected changes in stream and wetland temperature dynamics and health.
- Stream density in subwatersheds is variable between subwatersheds and could be important for future species and riparian management.

## Anthropogenic resources

Valley bottoms provide a morphological basis for managing riparian and stream monitoring and restoration efforts, while riparian areas are based on "existing" characteristics and locations.

- Transportation
  - o Designs are available for determining fragmentation from inadequate stream crossings and improvements to meet stream function
  - o Transportation corridors in valley bottoms restrict stream channels and riparian areas, increasing impacts from flooding and reducing habitat. New road construction and relocation of existing roads in valley bottoms would improve conditions
- Grazing
  - o Low gradient response reaches are paramount for management of grazing and riparian and stream ecosystems and will be more important in the future

Rvsd Plan - 00000204

- Results of the climate change analysis indicate that proper grazing management could reduce the influence of future grazing management
  - Glaciated valleys could be considered sensitive to grazing impacts, due to the abundance of wetlands and could be managed differently than other landscapes
  - Maintaining riparian woody species at late seral stages in low gradient reaches would increase stream shading and reduce stream and riparian temperatures in lieu of climate change.
  - Restoring riparian trees and woody shrubs would be an effecting water temperature control
  - Fencing denuded low gradient riparian areas and reestablishing woody shrubs and trees is needed where chemicals and or grazing over time has eliminated vegetation.
- Invasive Species
  - Numerous non-native plants, pathogens and animals have been introduced to streams, riparian areas and wetlands. Direction to reduce the introduction of invasives such as whirling disease and chitrid fungus could be a priority to protect ecosystems in the future.
- Rare wetlands such as springs and fens require additional protection where rare taxa and downstream temperature influences are paramount
- Managing subwatersheds for ecological resiliency would aid in the restoration and stability of mining impaired subwatersheds.
- The resiliency of streams, riparian areas and wetlands must be high in order to be able to ensure the impacts of future climate change and human influences associated with drought, fire and insect and diseases
- Trees and woody material in streams and riparian has been limited from past management practices, resulting in reduced resiliency and habitat quality and quantity.
- Recreational fishing demand has increased as opportunities related to decreased access and habitat conditions. There is a need to increase the fishing opportunities on public lands and quality of fish habitat while ensuring impacts from visitors does not increase.

# References Cited

Note: In addition to citations directly from this document we included other's that were identified as being important sources of information that may help in understanding information further.

Agee, A.K. 1998. The landscape ecology of western forest fire regimes. Northwest Science 77:24-34.

Allan, J.D. 1995. Stream ecology: Structure and function of running waters. Chapman and Hall.

Alves, J. E, K. A. Patten, D. E. Brauch and P. M. Jones. 2008. Range Wide Conservation Strategy for Rio Grande Cutthroat Trout (Oncorhynchus clarki virginalis): 2008. Report to the USDI Fish and Wildlife Service. Denver, Colorado.

Auerbach D.A., N.L. Poff, R.R. McShane, D.M. Merritt, M.I. Pyne & T. Wilding 2012. Streams past and future: Fluvial Responses to Rapid Environmental Change in the Context of Historical Variation. Pages 232-245 in Historical Environmental Variation in Conservation and Natural Resource Management, John Wiley & Sons, Ltd. (J.A. Wiens, G.D. Hayward, H.D. Saford, and C.M. Giffen, Eds.).

Austin, D.D. 2000. Managing livestock grazing for mule deer (Odocoileus hemionus) on winter range in the Great Basin. Western North American Naturalist 60(2):198-203.

Barton, D.R., W.D. Taylor, and R.M. Biette. 1985. Dimensions of riparian buffer strips required to maintain trout habitats in southern Ontario streams. North American Journal of Fisheries Management 5:364-378.

Batzer, D.P., C.R. Jackson, and M. Mosner. 2000. Influences of riparian logging on plants and invertebrates in small, depressional wetlands of Georgia, USA. Hydrobiologia 441:123-132.

Baxter, George T. and M.D. Stone 1995. Fishes of Wyoming. Wyoming Game and Fish Department. Cheyenne, WY.

Becker, L.D. 1995. Investigation of bridge scour at selected sites on Missouri streams. Denver, CO. US Geological Survey, Earth Science Information Center.

Behnke, R.J. 2002. Trout and Salmon of North America. The Free Press. New York, NY.

Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monography 6. Bethesda, MD.

Belsky, J.A., and S. Ulelman. 1997. Survey of livestock influences on stream and riparian ecosystems in the Western United States. Oregon Natural Desert Association.

Berkman, H.E., and C.F. Rabeni. 1987. Effects of siltation on stream fish communities. Environmental Biology of Fishes 18:285-294.

Binkley, D., and T.C. Brown, 1993. Management impacts on water quality of forests and rangelands. USDA General Technical Report RM-239.

Bisson, P.A., B.E. Rieman, C. Luce, P.F. Hessburg, D.C. Lee, J.L. Kershner, G.H. Reeves, and R.E. Gresswell. In press. Fire and aquatic ecosystems of the Western USA: current knowledge and key questions. Forest Ecology and Management.

Rvsd Plan - 00000206

Bisson, P.A., T.P. Quinn, G.H. Reeves, and S.V. Gregory. 1992. Best management practices, cumulative effects, and long-term trends in fish abundance in Pacific Northwest river systems. In: Watershed management: Balancing sustainability and environmental change. Edited by: R.B. Naiman. Springer-Verlag, New York, NY.

Brooke, J. 1999. Environmentalists battle growth of ski resorts. The New York Times. January 19: Sec. A; 10 (col. A1).

Brown, D.J., W.A. Hubert, and S.H. Anderson. 1996. Beaver ponds create wetland habitat for birds in mountains of southeastern Wyoming. Wetlands 16:27-133.

Buckhouse, J.C. 1981. Riparian response to certain grazing management. Paper presented at Society for Range Management 34th Annual Meeting, Tulsa, OK.

Butler, D.R. 1995. Zoogeomorphology: animals as geomorphic agents. Cambridge University Press. New York, NY.

Chamberlin, T.W., R.D. Harr, and F.H. Everest. 1991. Timber harvesting, silviculture, and watershed processes. In: Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:181-205.

Chapman, G.A., and D.G. Stevens. 1978. Acutely lethal levels of cadmium, copper, and zinc to adult male coho salmon and steelhead. Transactions of the American Fisheries Society 107:837-840.

Clark, R.N., and D.R. Gibbons. 1991. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:459-481.

Clary, W.P. and W.C. Leininger. 2000. Stubble height as a tool for management of riparian areas. Journal of Range Management 53:562-573.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. USDA Intermountain Research Station General Technical Report INT-263 May 1989.

Cole, D. 2000. Dispersed recreation. In: Drinking water from forests and grasslands. Edited by: G.E. Dissmeyer. General Technical Report SRS-39. Asheville, NC: USDA Forest Service, Southern Research Station. 74-80.

Cole, D.N. 1996. Disturbance of natural vegetation by camping: Experimental applications of low-level stress. Environmental Management 19(3):405-416.

Cole, D.N. 1989. Low-impact recreational practices for wilderness and backcountry. General Technical Report INT-265. Inter-Mountain Research Station. USDA Forest Service, Ogden, UT.

Cole D.N. 1981. Vegetational changes associated with recreational use and fire suppression in the Eagle Cap Wilderness, Oregon. Biological Conservation 30:247-270.

Cole, D.N. 1979. Reducing the impact of hikers on vegetation: An application of analytical research methods. In: Proceedings, recreational impact on wildlands conference. Edited by: R. Ittner et al. US Forest Service, Pacific Northwest Region, and US National Park Service, Portland, OR.

Cole, D.N. and S.J. Trull. 1992. Quantifying vegetation response to recreational disturbance in the North Cascades, Washington. Northwest Science 66:229-236.

Rvsd Plan - 00000207

Colleen, P. and R.J. Gibson. 2001. The general ecology of beavers (Castor spp.) as related to their influence on stream ecosystems and riparian habitats, and the subsequent effects of fish – a review. Reviews in Fish Biology and Fisheries 10:439-461.

Collins, B.D., and T. Dunne. 1987. Assessing the affects of gravel harvesting on river morphology and sediment transport: A guide for planners. Report to State of Washington Department of Ecology, Olympia, WA.

Compton, B.B., R.J. Mackie, and G.L. Desek. 1988. Factors influencing distribution of white-tailed deer in riparian habitats. Journal of Wildlife Management 52(3):544-548.

Cooper, D.J. 1986. Community structure and classification of Rocky Mountain wetland ecosystems. In: An ecological characterization of Rocky Mountain montane and subalpine wetlands. Edited by: J.T. Windell et al. USDI Fish and Wildlife Service, Biological Report 86(11). Washington DC. 66-147.

Davies, P.E. and M. Nelson. 1994. Relationships between riparian buffer widths and the effects of logging on stream habitat, invertebrate community composition and fish abundance. Australian Journal of Marine and Freshwater Research 45:1289-1305.

Deacon, J.R., N.E. Spahr, S.V. Mize, and R.W. Boulger. 2001. Using water, bryophytes, and macroinvertebrates to assess trace element concentrations in the Upper Colorado Basin. Hydrobiologia 455:29-39.

Dissmeyer, G.E. 2000. Editor. Drinking water from forests and grasslands: A synthesis of the scientific literature. USDA Forest Service. Asheville, NC.

Dube, S., A.P. Plamondon, and R.L. Rothwell. 1995. Watering up after clear-cutting on forested wetlands on the ST. Lawrence lowland. Water Resources Research 31:1741-1750.

Dunham, J.B., M. Young, and R.E. Gresswell. In press. Effects of fire on fish populations: landscape perspectives on persistence of native fishes and non-native fish invasions. Forest Ecology and Management.

Dusek, G.L. 1990. Use of riparian areas in Montana by white-tailed deer. In: Management of riparian and wetland forested ecosystems in Montana. Fourth Annual Montana Riparian Association Workshop. 5-7 September 1990. Whitefish, MT.

Elliot, W.J., R.B. Foltz, C.H. Luce, and T.E. Koler. 1996. Computer-aided risk analysis in road decommissioning. In: Proceedings of the AWRA annual symposium on watershed restoration management: physical, chemical, and biological considerations. Edited by: J.J. McDonald, J.B. Stribling, L.R. Neville, and D.J. Leopold. Syracuse, NY. Herndon, VA. American Water Resources Association: 341-350.

Elliot, W.J., R.B. Foltz, and C.H. Luce. 1999. Modeling low-volume road erosion. In: Proceedings of the 7th international Conference on low-volume roads. New Orleans. Trans. Res. Rec. 1652. National Academy Press, Washington, DC. (2):244-250.

Elliot, W.J. 2000. Roads and other corridors. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. General Technical Report SRS-039. U.S. Department of Agriculture. U.S. Forest Service. Asheville, NC.

Elliot, W.J. and D.E. Hall. 1997. Water erosion prediction prcject (WEPP) forest applications. General Technical Report INT-365. U.S. Department of Agriculture. U.S. Forest Service. Ogden, UT.

Elmore, W. and B. Kauffman, 1994. Riparian and watershed systems: Degradation and restoration. In: Ecological implications of livestock herbivory in the West. Edited by: M. Vavra, W. Laycock, and R.D. Pieper.

Energy Information Administration (EIA) 2002. Report # DOE/EIA 0484. www.eia.doe.gov /index.html.

Erome, G., and J. Broyer. 1984. Analyses des relations castor-végétation. (Analyses of relationships between beaver and vegetation). Bièvre 6:15-63.

Fausch, K.D. 1988. Test of competition between native and introduced salmonids in streams: what have we learned? Canadian Journal of Fisheries and Aquatic Sciences 45::2238-2246.

France, R.L. 1997. Potential for soil erosion from decrease litter fall due to riparian clear-cutting: Implications for boreal forestry and warm- and cool-water fishes. Journal of Soil and Water Conservation 52(6):452-455.

Fuller, P.L., L.G. Nico, and J.D. Williams. 1999. Nonindigenous fishes introduced into the inland waters of the United States. American Fisheries Society, Special Publication 27, Bethesda, MD.

Furniss, M.J., T.D. Roelofs, and C.S. Yee. 1991. Road construction and maintenance. In: Influences of forest and rangeland management on salmonid fishes and their habitats. Edited by: W.R. Meehan. American Fisheries Society. Bethesda, MD.

Galbraith, W.A., and E.W. Anderson. 1971. Grazing history of the Northwest. Journal of Range Management 24(1):6-12.

Garman, G.C. and J.R. Moring. 1994. Diet and annual production of two boreal river fishes following clear-cut logging. Environmental Biology of Fishes 36:301-311.

Glimp, H.A. and S.R. Swanson. 1994. Sheep grazing and riparian and watershed management. Sheep Research Journal, Special Edition: 65-71.

Gosz, J.R. 1977. Effects of ski area development and use on stream water quality of the Santa Fe basin, New Mexico. Forest Science 23:167-179.

Gregory, S.V., F.J. Swanson, and W.A. McKee. 1991. An ecosystem perspective of riparian zones. BioScience. 40:540-551.

Gresswell, R.E. 1999. Fire and aquatic ecosystems in forested biomes of North America. Transactions of the American Fisheries Society 128:193-221.

Gruell, G.E. 1979. Wildlife habitat investigations and management implications on the Bridger-Teton National Forest. Re-printed from North American Elk, Ecology, Behavior and Management. Edited by: M.S. Boyce and L.D. Hayden-Wing. University of Wyoming, Laramie, WY.

Hagan, A., and A. Langeland. 1973. Polluted snow in southern Norway and the effect of the meltwater on freshwater and aquatic organisms. Environmental Pollution 5:45-57.

Rvsd Plan - 00000209

Hagans, D.K., W.E. Weaver, and M.A. Madej. 1986. Long-term on-site and off-site effects of logging and erosion in Redwood Creek basin, Northern California. National Council of the Paper Industry for Air and Stream Improvement, Technical Bulletin 490:38-66.

Hagglund, A., and G. Sjoberg. 1999. Effects of beaver dams on the fish fauna of forest streams. Forest Ecology and Management 115:259-266.

Hammerson, G.A. 1986. Amphibians and reptiles of Colorado. State of Colorado, Division of Wildlife, Denver, CO.

Hartman, G.F., J.C. Scrivner, and M.J. Miles. 1996. Impacts of logging in Carnation Creek, a high-energy coastal stream in British Columbia, and their implications for restoring fish habitat. Canadian Journal of Fisheries and Aquatic Sciences 53(Supplement 1): 237-251.

Harvey B.C., T.E. Lisle, T. Vallier, and D.C. Fredley. 1995. Effects of suction dredging on streams: A review and evaluation strategy. Special report to Gray F. Reynolds, Deputy Chief, National Forest system USDA Forest Service.

Heede, B.H. 1980. Stream dynamics: an overview for land managers. U.S. Forest Service. General Technical Report RM-72.

Helgath, S.F. 1975. Trail deterioration in the Selway-Bitteroot Wilderness. U.S. Forest Service Research Note INT-193.

Hidinger, A.A. 1999. Comparative ecology of bison and cattle on mixed-grass prairie. Great Plains Research 9:329-42.

Hoffman, C. 1998. Let it snow. Smithsonian. 29:50-53.

Holtby, L.B. 1988. Effects of logging on stream temperatures in Carnation Creek, British Columbia, and associated impacts on the coho salmon (Oncorhynchus kisutch). Canadian Journal of Fisheries and Aquatic Sciences 45:502-515.

Hynes 1970. The Ecology of Running Water. Liverpool University Press. Toronto. Canada

Ibarra, M., and W.C. Zipperer. 2001. Concentrated recreation. In: Drinking water from forests and grasslands. General Technical Report SRS-39. USDA Forest Service, Ashville, NC.

Ingersoll, G.P., J.T. Turk, C. McClure, S. Lawlor, D.W. Clow, and M.A. Mast. 1997. Snowpack chemistry as an indicator of pollutant emission levels from motorized winter vehicles in Yellowstone National Park. Western Snow Conference 65th Annual Canadian Geophysical Union, Banff, Canada.

Johnson, L.B., C. Richards, and G. Host. 1995. Land use and surficial geology effects on water chemistry, stream habitat and macro- invertebrate assemblages in the Saginaw River watershed, Ann Arbor, MI. International Association For Great Lakes Research.

Jones, E.B.D.,III, G.S. Helfman, J.O. Harper, and P.V. Bolstad. 1999. The effects riparian deforestation on fish assemblages in southern Appalachian streams. Conservation Biology 13:1454-1465.

Kauffman, J. B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management Implications: A review. Journal of Range Management 37(6):683-685.

Rvsd Plan - 00000210

Kay, C.E. 1994. Aboriginal overkill and native burning: Implications for modern ecosystem management. Utah State University.

Kay, C.E. 1995. Browsing by native ungulates: Effects on shrub and seed production in the Greater Yellowstone Ecosystem. In: Proceedings: Wildland shrub and arid land restoration symposium; 19-21 October 1993; Las Vegas, NV, USDA Forest Service. General Technical Report INT-GTR-315.

Kay, C.E, and S. Chaddle. 1992. Reduction of willow seed production by ungulate browsing in Yellowstone Park. In: Proceedings – Symposium on ecology and management of riparian shrub communities. Edited by: W.P.Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt. USDA Forest Service General Technical Report INT-289.

Kedzierski, W.M. and L.A. Smock. 2001. Effects of logging on macroinvertebrate production in a sand-bottomed, low-gradient stream. Freshwater Biology 46:821-833.

Knapp, R.A., P.S. Corn, and D.E. Schindler. 2001. The introduction of non-native fish into wilderness lakes: Good intentions, conflicting mandates, and unintended consequences. Ecosystems 4:275-278.

Knapp, R.A. and K.R. Matthews. 2000. Effects on nonnative fishes on wilderness lake ecosystems in the Sierra Nevada and recommendations for reducing impacts. Wilderness science in time of change conference, volume 5: Wilderness ecosystems, threat, and management, Missoula, Montana, May 23-27, 1999. Fort Collins, CO; USDA Forest Service, Rocky Mountain Research Station, Proceedings 5:312-317.

Krueger, H.O., and S.H. Anderson. 1985. The use of cattle as a management tool for wildlife in shrub-willow riparian systems. In: Riparian ecosystems and their management: reconciling conflicting uses. Edited by: R.R. Johnson, C.D. Ziebell, D.R. Patton, P.F. Folliott, and R.H. Hamre.16-18 April 1985. Tucson, AZ. USDA Forest Service. General Technical Report RM-120.

Landsberg, J.D., and A.R. Tiedemann. 2000. Fire management. In: Drinking water from forests and grasslands. Edited by: G.E. Dissmeyer. General Technical Report SRS-39. USDA Forest Service, Southern Research Station.

Larson, R.E., W.C. Krueger, M.R. George, M.R. Barrington, K.C. Buckhouse, and D.E. Johnson. 1998. Viewpoint: Livestock influences on riparian zones and fish habitat: Literature classification. Journal of Range Management 51(6):661-664.

Lauenroth, W.K. 1994. Effects of grazing on ecosystems of the Great Plains, In: Ecological Implications of Livestock Herbivory in the West. Edited by: M. Vavra, W.A. Laycock, and R.D. Pieper.

LeMassena. R.A. 1984. Colorado's mountain railroads. Sundance Publications Limited. Denver, CO.

Leung, Y., and J.L. Marion. 1996. Trail degradation as influenced by environmental factors: A state-of-the-knowledge review. Journal of Soil and Water Conservation 51(2): 130-136.

Lomborg, B. 2001. The skeptical environmentalist: Measuring the real state of the world. Cambridge University Press.

MacCleery, D. undated. Understanding the role that humans have played in shaping America's forest and grassland landscapes: Is there a landscape archaeologist in the house? USDA Forest Service unpublished.

MacPhee, C. 1966. Influence of differential angling mortality and stream gradient on fish abundance in a trout-sculpin biotope. Transactions of the American Fisheries Society 95:381-387.

McDonald, M.E. and A.E. Hershey. 1989. Size structure of a lake trout (Salvelinus namaycush) population in an Arctic lake: influence of angling and implications for fish community structure. Canadian Journal of Fisheries and Aquatic Sciences 46:2153-2156.

McDowell, D.M. and R.J. Naiman. 1986. Structure and function of a benthic invertebrate stream community as influenced by beaver (Castor Canadensis). Oecologia 68:481-489.

McIntosh, B.A., J.R. Sedell, R.F. Thurow, S.E. Clarke, and G.L. Chandler. 2000. Historical changes in pool habitats in the Columbia River basin. Ecological Applications 10:1478-1496.

McIntosh, B.A., J.R. Sedell, J.E. Smith, et al. 1994. Historical changes in fish habitat for select river basins of eastern Oregon and Washington. Northwest Science 68:36-53.

McKinstry, M.C., P. Caffrey, and S.H. Anderson. 2001. The importance of beaver to wetland habitats and waterfowl in Wyoming. Journal of the American Water Resources Association 37:1571-1577.

McNamee, G. 1994. Gila: The life and death of an American river. Orion Books, NY.

Margolis, B.E., R.L., Raesly, and D.L. Shumway. 2001. The effects of beaver-created wetlands on the benthic macroinvertebrate assemblages of two Appalachian streams. Wetlands 21:554-563.

Marion, J.L. and D.N. Cole. 1996. Spatial and temporal variation in soil and vegetation impacts on campsites. Ecological Applications 6:520-530.

Marion J.L. and T.A. Farrell. 2002. Management practices that concentrate visitor activities: Camping impact management at Isle Royale National Park, USA. Journal of Environmental Management 66:201-212.

Marlow, C.B., and T.M. Pogacnik. 1985. Time of grazing and cattle-induced damage to streambanks. In: Riparian ecosystems and their management reconciling conflicting uses. Edited by: R.R. Johnson, C.D. Ziebell, D.R. Patton, P.F. Folliott, and R.D. Hamre. Tucson, AZ. USDA Forest Service General Technical Report RM-120.

Marlow, C.B., K. Olson-Rutz, and J. Atchley. 1989. Response of a Southwest Montana riparian system to four grazing management alternatives. In: Practical approaches to riparian resource management: An educational workshop. Edited by: R.E. Gresswell, B.A. Barton, and J.L. Kerschner. USDI Bureau of Land Management, Billings, MT.

Maser, C. and J.R. Sedell. 1994. From the forest to the sea: The ecology of wood in streams, rivers, estuaries, and oceans. St. Lucie Press, Delray Beach, FL.

Meehan W.R., editor. 1991. Influences of forest and rangeland management on salmonids fishes and their habitats. American Fisheries Society Special Publication 19.

Meehan, W.R. and W.S. Platts. 1978. Livestock grazing and the aquatic environment. Journal of Soil and Water Conservation 33(6):274-278.

Rvsd Plan - 00000212

Metts, B.S., J.D. Lanham, and K.R. Russell. 2001. Evaluation of herpetofaunal communities on upland streams and beaver-impounded streams in the upper piedmont of South Carolina. American Midland Naturalist 145:54-65.

Michael, J.L. 2000. Pesticides. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. USDA General Technical Report SRS-39.

Miller, R.F., T.J. Svejcar, and N.E. West, 1994. Implications of livestock grazing in the intermountain sagebrush region: Plant composition. In: Ecological implications of livestock herbivory in the West. Edited by: M. Vavra, W.A. Laycock, and R.D. Pieper.

Minshall, G.W. In press. Community/food web responses of stream macroinvertebrates to fire. Forest Ecology and Management.

Molles, M.C. Jr., and J.R. Gosz. 1980. Effects of a ski area on the water quality and invertebrates of a mountain stream. Water, Air and Soil Pollution 14:187-205.

Morrison, G.M., D.M. Revitt, and J.B. Ellis. 1995. The gully pot as a biochemical reactor. Water Science and Technology. 31:229-236.

Mortensen, C. 1989. Visitor use impacts within the Knobstone trail corridor. Journal of Soil and Water Conservation. March- April. 156-159.

Muoneke, M.I. and W.M. Childress. 1994. Hooking mortality: A review for recreational fisheries. Reviews in Fisheries Science 2:123-156.

Naiman, R.J., C.A. Johnson, and J.C. Kelley. 1988. Alteration of North American streams by beaver. Bioscience 38:753-762.

Naiman, R.J., G. Pinay, C.A. Johnson, and J. Pastor. 1994. Ecosystem alteration of boreal forest streams by beaver (Castor canadensis). Ecology 67:1254-1269,

Natural Trails and Water Coalition. 2001. Off-road vehicles. The Wilderness Society, Washington, DC.

Nelson, R.L., M.L. McHenry, and W.S. Platts. 1991. Mining. American Fisheries Society Special Publication 19:425-458.

Oliphant, J.O. 1947. The cattle herds and ranches of the Oregon country, 1860-1890. Agricultural History 21:217-238.

Olson, R., and W.A. Hubert. 1994. Beaver: Water resources and riparian habitat manager. University of Wyoming.

Ormes, R.M. 1963. Railroads and the Rockies. Sage Books. Denver, CO.

Palmisano, J.F., R.H. Ellis, and V.W. Kaczynski. 1993. The impact of environmental and management factors on Washington's wild anadromous salmon and trout. Washington Forest Protection Association and Washington Department of Natural Resources, Olympia, WA.

Paul, A.J., J.R. Post, and J.M. Stelfox. 2003. Can anglers influence the abundance of native and nonnative salmonids in a stream from the Canadian Rocky Mountains? North American Journal of Fisheries Management 23:109-119.

Perison, D., J. Phelps, C. Pavel, and R. Kellison. 1997. The effects of timber harvest in a South Carolina blackwater bottomland. Forest Ecology and Management 90:171-185.

Phillips, N.J., and E.T. Lewis. 1995. Site planning from a watershed perspective. In: National conference on urban runoff management: Enhancing urban water management at the local, county, and state levels: U.S. Environmental Protection Agency, Office of Research and Development, Center for Environmental Research Information 139-150.

Pieper, R.D. 1994. Ecological Implications of Livestock Grazing In: Ecological implications of livestock herbivory in the West. Edited by: M. Varva, W.A. Laycock, and R.D. Pieper.

Pilliod, D.S., R.B. Bury, E.J. Hyde, C.A. Pearl, and P.S. Corn. In press. Potential effects of fire and fuel reduction practices on aquatic amphibians in the United States. Forest Ecology and Management.

Pilliod, D.S., and C.R. Peterson. 2001. Evaluating effects of fish stocking on amphibian populations in wilderness lakes. Wilderness science in time of change conference, Vol 5: Wilderness ecosystems, threat, and management. Fort Collins, CO: U.S.D.A, Forest Service, Rocky Mountain Research Station Proceedings 5:328-335.

Platts. W.S. 1989. Compatibility of livestock grazing strategies with fisheries. In: Practical approaches to riparian resource management, An educational workshop. Billings, MT.

Platts, W. S., and R.F. Raleigh. 1981. Impacts of grazing on wetlands and riparian habitat. In: Developing strategies for rangeland management. National Research Council, National Academy of Sciences Westview Press. Boulder, CO.

Platts, W.S. 1991. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:389-423.

Platts, W.S., W.F. Megahan, and G.W. Minshall. 1983. Methods for evaluating stream, riparian, and biotic conditions. USDA Forest Service, General Technical Report INT-138.

Poff, N.L., 1997. Landscape filters and species traits: Towards mechanistic understanding and prediction in stream ecology. Journal North American Benthological Society. 16:391-408.

Poff N.L., J.D. Allan, M.B. Bain, J.R. Karr, K.L. Prestegaard, K.L. Richter, B.D. Sparks, and J.C. Stromberg. 1997. The Natural Flow Regime: a paradigm for river conservation and restoration. BioScience, 47, 769-784.

Rahel F.J. 2000. Homogenization of fish faunas across the United States. Science 288:854-856.

Rawlins, C.L. 1993. Sky's witness: A year in the Wind River Range. Henry Holt and Company, NY.

Regan, C. 2004. Protocol for Developing Terrestrial Ecosystem Current Landscape Condition Assessments for the Rocky Mountain Region of the USDA Forest Service.

Reice, S.R., R.C. Wissmar, and R.J. Naiman. 1990. Disturbance regimes, resilience, and recovery of animal communities and habitats in lotic systems. Environmental Management 14: 647-659.

Richmond, A.D. and K.D. Fausch. 1995. Characteristics and function of large woody debris in subalpine Rocky Mountain streams in northern Colorado. Canadian Journal of Fisheries and Aquatic Sciences 52:1789-1802.

Rvsd Plan - 00000214

Richter, B.D., J.V. Baumgartner, R. Wigington, and D.P. Braun. 1997. How much water does a river need? Freshwater Biology. 37:231-249.

Ricklefs, R.E. 1993. Development and global ecology. The Economy of Nature, 3rd edition. W.H. Freeman and Company, NY.

Ries, J.B. 1996. Landscape damage by skiing at the Schauinsland in the Black Forest, Germany. Mountain Research and Development 16:27-40.

Rinne, J.N. 1999. Fish and grazing relationships: The facts and some please. Fisheries: Vol 24:8. 12-21

Roath, L.R., and W.C. Krueger. 1982. Cattle grazing and behavior on a forested range. Journal of Range Management 35(3):332-338.

Robertson, D.B. 1991. Encyclopedia of western railroad history. Volume II. The Mountain States. Colorado. Idaho. Montana. Wyoming Taylor Publishing Company. Dallas, TX.

Rosenberg, D.M., and V.H. Resh. 1993. Freshwater biomonitoring and benthic macroinvertebrates. Routlege, Chapman and Hall, Inc.

Rowley, W.M. 1985. U.S. Forest Service grazing and rangelands – A history. Texas A&M University Press. College Station, TX.

Russell, K.R., C.E. Moorman, J.K. Edwards, B.S. Metts, and D.C. Guynn. 1999. Amphibian and reptile communities associated with beaver (Castor Canadensis) ponds and unimpounded streams in the piedmont of South Carolina. Journal of Freshwater Ecology 14:149-158.

Salwasser, H., and K. Shimamoto. 1981. Pronghorn, cattle, and feral horse use of wetland and upland habitats. In: Proceedings of the California Riparian Systems Conference. Edited by: R.E. Warner and K.M. Hencrix. Davis, CA.

Scrivner, J.C. and M.J. Brownlee. 1989. Effects of forest harvesting on spawning gravel and incubation survival of chum (Oncorhynchus keta) and coho salmon (O. kisutch) in Carnation Creek, British Columbia. Canadian Journal of Fisheries and Aquatic Sciences 46:681-696.

Sedell, J.R., G.H. Reeves, F.R. Hauer, J.A. Stanford, and C.P. Hawkins. 1990. Role of refugia in recovery from disturbances: Modern fragmented and disconnected river systems. Environmental Management. 14:711-724.

Shaver, C.D., and D. O'Leary. 1988. Air quality in the National Parks. U.S. Department of the Interior, National Park Service, Air Quality Division. Report prepared by Energy and Resource Consultants, Inc., NPS Contract No. CX-0001-4-0054.

Shelby, B., T.C. Brown, and J.G. Taylor. 1992 Streamflow and recreation. . Rocky Mountain Forest and Range Experiment Station. USDA Forest Service. Fort Collins, CO. General Technical Report RM-209.

Sheley, R.L., and J.K. Petroff. 1999. Biology and management of noxious rangeland weeds Oregon State University Press, Corvallis, OR.

Sheley, R.L., B.H. Mullin, and P.K. Fay. 1995. Managing riparian weeds. Rangelands 17(5):154-157.

Singer, F.J., L.C. Mark, and R.C. Cates. 1994. Ungulate herbivory of willows on Yellowstone's northern winter range. Journal of Range Management 47(6):435-443.

Snodgrass, J.W., and G.K. Meffe. 1998. Influence of beavers on stream fish assemblages: effects of pond age and watershed position. Ecology 79:928-942.

Stafford, M.P. 1994. Control of purple loosestrife with herbicides and the effect and subsequent response of wetland plant communities. In: Proceedings of the Idaho Weed Control Association. 49th Annual Meeting. 15-17 February 1994. Boise, ID.

Staley, D. 2004 (in draft). GIS and modeling procedures for a multiple scale assessment of aquatic, riparian, and wetland ecosystems.. Denver, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

Stednick, J.D. 2000. Timber management. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. USDA Forest Service, General Technical Report SRS-39.

Swanston, D.N. 1991. Natural Processes. In: Influences of Forest and Rangeland Management on Salmonid Fishes and their Habitats. American Fisheries Society Special Publication 19:139-179.

Tiedemann, A.R. 2000. Wildlife In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. USDA General Technical Reference SRS-39.

USDA Forest Service. 2001. Rocky Mountain Region, Planning Desk Guide. Unpublished.

USDA Forest Service. 2001. Pesticide use report, Rocky Mountain Region, preliminary data query.

USDA Forest Service. 1999. Stemming the Invasive Tide. USDA Forest Service Technical Report, Washington DC.

USDA Forest Service. 1997. Suction dredging in the National Forests; Dredging responsibly to protect river ecosystems. USDA Forest Service Informational Brochure.

USDA Forest Service. 1996. Rocky Mountain Region - Region 2 Rangeland Analysis and Management Training Guide. Unpublished Guidebook.

USDA Forest Service. High mountain lakes and streams of the Sierra Nevada: A guide to aquatic ecosystems. http://www.dfg.gov/ fishing/ mt_st_guide.pdf.

USDI 1994. Riparian area management- Grazing management for riparian-wetland areas. Technical Reference 1737-14.

U.S. Department of Transportation. Federal Highway Administration. Highway statistics 2000 (on-line version). Public road length-2000.

U.S. EPA. 1997. Large-capacity septic systems. Draft document EPA-816-R-97-002. Washington DC.

U.S. EPA. 1998. Overview of the Federal UST program. Washington DC: U.S. Environmental Protection Agency. [Not Paged]. [Available on the Web at: http://www.epa.gov/ werust1/ overview.htm.

U.S. EPA. 1999. Groundwater rule proposal. Draft document EPA 99-022. Washington DC.

U.S. EPA. 2001. Hardrock Mining: Environmental Impacts. Office of Wastewater Management. www.epa.gov /npdes /pubs /env.htm. Accessed 12/14/02.

U.S.G.S.1999. National Water Summary on Wetland Resources. U.S. Geological Survey. Wayer-Supply Paper 2425

Vannote, R.L., G.W. Minshall, K.W. Cummins, J.R. Sedell, and C.E. Cushing. 1980. The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences 37: 130-137.

Walcott, C.D. 1899. Bighorn Forest Reserve. Government Printing Office. Washington, DC.

Ward, J.V. and J.A. Stanford. 1982. Thermal responses in the evolutionary ecology of aquatic insects. Annual Review of Entomology 27:97-117.

Waters, T.F. 1995. Sediment in streams: sources, biological effects, and control. Sources of sediment. American Fisheries Society Monograph number 7. Bethesda, MD.

Weingroff, R.F. 1996. Creating the interstate system. Public Roads On-Line. Summer 1996.

Weiss, K. 1995. Stormwater and the Clean Water Act: Municipal separate storm sewers in the moratorium. In: National conference on urban runoff management: Enhancing urban water management at the local, county, and state levels. U.S. Environmental Protection Agency, Office of Research and Development, Center for Environmental Research Information.

White, R.J. 1996. Growth and development of North American stream habitat management for fish. Canadian Journal of Fisheries and Aquatic Sciences 53:342-363.

Wilkins, T.E. 1974. Colorado railroads: Chronological development. Pruett Publishing Company. Boulder, CO.

Williams, G.W. 2000. The USDA Forest Service – the first century. USDA Forest Service, Washington DC.

Windell, J.T., B.E. Williard, D.J. Cooper, S.Q. Foster, C.F. Knud-Hansen, L.P. Rink, and G.N. Kiladis. 1986. An ecological characterization of Rocky Mountain montane and subalpine wetlands. U.S. Fish and Wildlife Service Biological Report 86(11).

Winter, T.C., J.W. Harvey, O.L. Franke, [et al.] 1998. Ground water and surface water, a single resource. U.S. Department of the Interior, Geological Survey, Circular 1139. Washington DC

Winters, D.S., B. Bohn, D.J. Cooper, [et al.]. 2004. Conceptual framework and protocols for conducting multiple scale aquatic, riparian, and wetland ecological assessments. U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

Wireman, M. 2000. Hardrock mining. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. USDA Forest Service, Southern Research Station GTR SRS-39.

Wohl, E. 2000. Mountain rivers. Water Resources Monograph 14. American Geophysical Union. Washington DC.

Wohl, E. 2001. Virtual rivers. Lessons from the mountain rivers of the Colorado Front Range. Yale University Press. New Haven, CT.

Wright, H.A., F.M. Churchill, and S.W. Clark. 1976. Effect of prescribed burning on sediment, water yield, and water quality from dozed juniper lands in central Texas. Journal of Range Management. 29(4):294-298.

Wright, H.A., F.M. Churchill, and S.W. Clark. 1982. Soil loss, runoff, and water quality of seeded and unseeded steep watersheds following prescribed burning. Journal of Range Management. 35(3):382-385.

Wright, K.K. and J.L. Li. 1998. Effects of recreational activities on the distribution of Discosmoecus gilvipes in a mountain stream. Journal of the North American Benthological Society 17:535-543.

Yoder, C.O. 1995. Incorporating ecological concepts and biological criteria in the assessment and management of urban nonpoint source pollution. In: National conference on urban runoff management: enhancing urban water management at the local, county, and state levels. U.S. Environmental Protection Agency, Office of Research and Development, Center for Environmental Research Information.

Young, J.A. 1994. Historical and evolutionary perspectives on grazing of Western rangelands, In: Ecological implications of livestock herbivory in the West. Edited by: M. Vavra, W.A. Laycock, and R.D. Pieper.

Young, M.K., D. Haire, and M.A. Bozek. 1994. The effect and extent of railroad tie drives in streams of southeastern Wyoming. Western Journal of Applied Forestry 9(4).

Young, J.A., D.E. Palmquist, R.R. Blank, and C.D. Clements. 1998. Perennial Pepperweed in riparian ecosystems. In: Rangeland management and water resources: Proceedings of the AWRA Specialty Conference. Edited by: D.E. Potts. American Water Resources Association. Reno, NV.

Zabinski, C.A., T.H. DeLuca, D.N. Cole, and O.S. Moynahan. 2002. Restoration of highly impacted subalpine campsites in the Eagle Cap Wilderness, Oregon. Restoration Ecology 10:275-281.

Zeigenfuss, L.C., F.J. Singer, and D. Bowden. 1999. Vegetation responses to natural regulation of elk in Rocky Mountain National Park. Biological Science Report USGS/BDR/BSR-1999-0003.

Zipperer, W.C., K. Solari, and B.A. Young. 2000. Urbanization. In: Drinking water from forests and grasslands: A synthesis of the scientific literature. Edited by: G.E. Dissmeyer. U.S. Department of Agriculture. U.S. Forest Service. Ashville, NC. General Technical Report SRS-039.

Rvsd Plan - 00000218

# Appendix 2 to Assessments 1 and 3
# Aquatic and Semi-aquatic Ecological Drivers

### For the Rio Grande National Forest
### Land Management Plan Revision Rocky Mountain Region



**Authors and Data/Geographic Analysts**
David S. Winters *
Regional Aquatic Ecologist and Program Manager
Senior Author and Coordinator
Amarina Wuenschel *
Ecologist
Author and data analyst (Climate Change)
Joseph Gurrieri *
National Groundwater Expert
Senior Author – Glacial Valleys
Thomas Tenyah *
Regional GIS Specialist
Co-Author – Glaciated Valleys
GIS Specialist and data analyst
USDA Forest Service
Dennis Cleary *
Regional GIS Specialist
Geographer and GIS Analyst
Sarah Synowiec*
Regional Planning GIS
GIS Specialist
All-Points GIS **
Spatial Analysis and GIS Consulting
Spatial Management
GIS and Data Analysts
Data Management
Model Development
*- USDA Forest Service
Rocky Mountain Region
740-Simms Street
Golden, Colorado, 80403
** - All Points GIS
POB 12520
Denver, CO 80212

# Contents

Purpose and Need ........................................................................................................................... 1
Introduction .................................................................................................................................... 1
Relationship to Program and Project Development ....................................................................... 2
Brief Discussion of Geology .......................................................................................................... 2
Methods ......................................................................................................................................... 3
   Discussion of Scale .................................................................................................................... 3
   Reach/Site Scale ......................................................................................................................... 3
   Ecological Drivers ...................................................................................................................... 4
      Identification of Ecological Drivers ...................................................................................... 4
   Methods: Ecological Driver Cluster Analysis for Stream/Riparian Areas ............................. 15
      Step 1 .................................................................................................................................. 15
      Step 2 .................................................................................................................................. 15
      Step 3 .................................................................................................................................. 15
Results: Ecological Drivers .......................................................................................................... 17
   Geology - Geochemistry ........................................................................................................... 17
   Geology - Sediment Production ................................................................................................ 19
   Hydroclimatic Regime .............................................................................................................. 22
   Stream Gradient ........................................................................................................................ 24
Results: Aquatic and Riparian Clusters ....................................................................................... 25
   Aquatic/Riparian Cluster 1R ................................................................................................... 27
      Conclusions for Cluster 1R ................................................................................................ 28
   Aquatic/Riparian Cluster 2R ................................................................................................... 28
      Conclusions for Cluster 2R ................................................................................................ 29
   Aquatic and Riparian Cluster 3R ............................................................................................. 29
   Aquatic and Riparian Cluster 4R ............................................................................................. 30
   Aquatic and Riparian Cluster 5R ............................................................................................. 31
   Aquatic and Riparian Cluster R6 ............................................................................................. 32
   Aquatic and Riparian Cluster R7 ............................................................................................. 33
Appendix - Ecological Drivers Not Included In The ARWA Process, But Pertinent To Assessment 3 For
The Rio Grande National Forest Plan Revision ........................................................................... 35
Stream Density As A Driver For Riparian And Aquatic Habitat Considerations ........................ 37
   Management Considerations ..................................................................................................... 38
Wetlands in Glaciated Areas of the Rio Grande National Forest: Supplemental Information for Forest
Planning ....................................................................................................................................... 40
   Introduction .............................................................................................................................. 40
   Geomorphology and Wetland Development ............................................................................. 40
   Management Considerations ..................................................................................................... 44
Projected Future Change in Mean Annual Flow for Streams within the Rio Grande National Forest and
surrounding ecosystem: Focus on Climate Change ..................................................................... 45
   Conclusions .............................................................................................................................. 49
References Cited ........................................................................................................................... 51

# List of Tables

Table 1. Mean percentage of riparian ecological drivers for each cluster within the White River National
      Forest. Dominant values are colored to help discern differences between clusters ........................... 16

Rvsd Plan - 00000221

Table 2. Results of the Ecological Cluster analysis.  Each of the identified clusters contain average percentages of the ecological drivers identified within a particular subwatershed. The dominant driver within each cluster is highlighted in Red, while a "non-dominate" driver exhibiting a value that COULD BE important for management are highlighted in blue. ............................................... 25

# List of Figures

Figure 1. Trout Creek, a spring Creek derived from Calcareous Geology.  Constant temperatures, elevated Ph and CaCO3 ions increase stream productivity.............................................................................. 5

Figure 2. The White River near Rangeley Colorado flowing through salt bearing Mancos shale.  Note the fine sediment and lack of vegetation ............................................................................................... 6

Figure 3. Stream Channel filled with coarse sediment from igneous hillside............................................. 7

Figure 4. Precipitation zones in the Rocky Mtns.  Changes In the discharge patterns are correlated with elevation, pattern of snowmelt accumulation and melt, and rain events. ........................................... 8

Figure 5. A low gradient section of the South Platte River.  Note abundant sediment deposition on the inside meander, wildfire burned trees on the hillsides and green unburned riparian area. ................. 10

Figure 6. Glaciated valley on the Rio Grande National Forest. Note the wide riparian valley with heterogeneous vegetation types. ...................................................................................................... 12

Figure 7. Glaciated landscape on the Rio Grande NF.  Note the wide valley bottom,   Willow community and intact stream channel......................................................................................................................... 12

Figure 8. Theoretical relationship between resiliency of aquatic ecosystems in "natural" and "impacted" systems.  Natural systems tend to 1. Withstand and recover more quickly, and 2. Are not impacted as severely by smaller stochastic or anthropogenic influences .............................................................. 13

Figure 9. Dendogram of the similarity results for 160 subwatersheds on the Big Horn National Forest, The red line represents the level of similarity chosen, and the numbers represent the final clusters identified. ..................................................................................................................................... 14

Figure 10. Results of cluster analysis for streams and riparian areas for the White River National Forest. There are 6 different groupings of subwatersheds with statistically similar ecological driver characteristics................................................................................................................................ 16

Figure 11. Geochemistry of the Rio Grande National Forest at the landscape scale. Similar to most areas of the Rocky Mountains, non-calcareous geology dominates this landscape.  Calcareous geology is much less abundant than its neighboring National Forest to the north, the San Juan National Forest (Winters and Staley, 2005) .................................................................................................................. 18

Figure 12. Map of different size sediment produced by underlying bedrock and erosion from the Rio Grande study area.  Sediment produced from the west side of the Sangres is mostly coarse due to the igneous intrusion through ancient sedimentary layers.  Sediments on the west side of the San Juan Valley is either fine/medium size from volcanic activity or coarse from granitic bedrock. ............... 20

Figure 13. Cross section of the San Luis Valley geological structure.  The steep igneous "lift" on the east side of the diagram continues up through the Sangre De Cristo mountains, while the volcanic west side rises more gradually through the volcanic slope to the San Juan mountains.  The igneous sub "Rio Grande Rift San Luis basin". Licensed under Public Domain via Wikipedia - https://en.wikipedia.org/wiki/File:Riogranderift_sanluisbasin.png#/media/File:Riogranderift_sanluis basin.png. ...................................................................................................................................... 21

Figure 14. Hydroclimatic regime for the Rio Grande National Forest and surrounding landscape.  Due to the relatively high elevation of the Forest, most this part of the landscape is in the snow driven hydroclimatic zone.  Driven by high discharge during the summer months, channel maintenance discharge occurs during that time. ...................................................................................................... 23

Figure 15. Results of the Aquatic/Riparian Cluster showing the location of subwatersheds within each cluster.  Cluster numbers and the number of subwatersheds are also listed. ...................................... 26

Rvsd Plan - 00000222

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers

Figure 16. Stream Density results (miles of permanent stream/ acre/6th level HUC) for the Rio Grande National Forest and surrounding landscape.  Most of the highest density subwatersheds are located on the northern and western portion of the basin at high elevations................................................... 38

Figure 17. Distribution of wetlands in comparison to the extent of glaciation on the Rio Grande landscape.  A total of 50% of the current wetlands on the Rio Grande National Forest are located within Glaciated areas.......................................................................................................... 42

Figure 18. Percent difference in historic mean annual flows relative to flows projected for 2040 on the Rio Grande National Forest. The southern Sangre de Cristo mountain range and streams at the lower elevations are predicted to have the largest change under unregulated conditions............................ 46

Figure 19. Percent difference in historic mean annual flows relative to flows projected for 2080 on the Rio Grande National Forest.  Mean annual discharge will decline for all; most streams are expected to be reduced by more than 5% in 2080. ................................................................................................ 47

Figure 20. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from west to east (top) across the Rio Grande National Forest.  The relatively high percentage change in the east boundary can be explained by the influence of the Sangre de Cristo mountain range where mean annual flows are expected to be reduced as much as 30%  in some years by 2080........................... 48

Figure 21. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from south to north (bottom) across the Rio Grande National Forest.  The estimated increase in mean annual flows in the north (bottom) can be explained by the high elevation Continental Divide. ........................... 48

Figure 22. Percent difference in mean annual flows in 2040 and 2080 relative to elevation of stream reach midpoint.......................................................................................................................................... 49

Figure 23. Percent difference in mean annual flows in 2040 and 2080 relative to historic flow levels on the Rio Grande National Forest. ...................................................................................................... 49

Rvsd Plan - 00000223

Rvsd Plan - 00000224

# Purpose and Need

The mission of the Forest Service is to sustain the health, diversity, and productivity of the Nation's Forests and Grasslands to meet the needs of present and future generations (Federal Register/Vol 77, No. 68, page 2116). Since the last revision of the Rio Grande National Forest land management plan in 1992, a considerable amount of knowledge has been gained through research, monitoring and management on numerous aspects of conducting assessments. Significant advances in modelling, genetic science, climate change, etc., now give us an opportunity to provide more defensible and more importantly more knowledge of ecosystem form and function of ecosystems and biology.

On April 8, 2012 the U.S. Department of Agriculture submitted to the Federal Register its final adoption of a new National Forest System land management planning rule (Federal Register/Vol. 77, No. 68 page 2116). The new planning rule guides the revision of land management plans, utilizing current information. The framework includes three phases: assessment, plan development/amendment/revision and monitoring.

The ultimate purpose of this assessment is to apply ecological information now available to facilitate sound management direction and decisions for current and future generations. The assessment will be focused on understanding the factors influencing aquatic habitat and populations, quantitatively evaluate the abundance, and identifying rare and/or unique areas where possible that may in turn harbor rare species of plants and animals.

# Introduction

Identifying major ecological settings and their influence on aquatic habitats is critical for determining the distribution and function of these valuable resources across the landscape. We use the term "ecological drivers" as the environmental factors that exert a major influence on ecosystems and ultimately on the fitness of habitats, individuals and species. Drivers provide the "ecological template" of an ecosystem (Poff and Ward 1990) and thereby its community structure and species (Poff 1997, Pyne et al. 2007). Ecological drivers that define aquatic ecosystems are the basis for the analysis described in this document. Characterizing the dominant drivers at appropriate scales across the Rio Grande National Forest and surrounding ecosystem provides a foundation for understanding the landscape setting, as well as providing information for developing management direction, ecosystem abundance and health across the management Unit.

When human activities modify certain drivers, ecological communities and habitats respond. Aquatic productivity, populations, life-history strategies, vegetation community structure, etc. are not only influenced by watershed-level impacts, but also by site/reach-level components, such as specific habitats, temporal and spatial scales and anthropogenic activities. These influences can be inferred from assessments at different scales. However, it is important to note that quantifying the extent of activities may need further quantitative analysis at the site/reach level to fully understand the "degree" of impacts. In terms of Forest Plan revisions, one can think of "guidelines" as broader temporal and spatial direction while "standards" are very habitat specific and depend on defensible measurements and conclusions from monitoring and or implementation.

Scientific literature that describes the influence of various factors on the structure and function of aquatic, riparian, and wetland ecosystems is extensive (Winters et al. 2003a). From this literature, a team of hydrologists, ecologists, biologists, and other specialists familiar with assessment processes and limitations have been able to identify a set of ecological drivers that describe the spatial distribution and

Rvsd Plan - 00000225

function of aquatic, riparian, and wetland ecosystems in the Rocky Mountain Region landscape (Wohl, et al, 2012). The resulting analysis can help managers to understand the environmental sensitivity to management activities and the abundance or rarity of aquatic, riparian and wetland ecosystems (Cooper and Merritt, 2012). In addition, they are critical for developing the information necessary for this plan revision.

# Relationship to Program and Project Development

The ecological driver assessment presented here may facilitate questions of past and current forest activities. Creation of a multi-scale approach that directly assists with prioritization of ecological land units including watersheds, vegetative communities, and geomorphic settings can aid in the distribution of future activities.

Aquatic, riparian, and wetland assessments can:

- Identify the highest priority watersheds for restoration and reintroduction of native species.

- Identify reference watersheds and conditions to support monitoring.

- Characterize relative impacts to important resource values.

- Assist in the development of funding requirements at appropriate scales.

- Identify subwatersheds at risk and sensitive areas suitable for program level planning, protection and management.  More specific management direction at a fine scale can then be developed.

# Brief Discussion of Geology

The geology of the Rio Grande study area deserves mention as it has a major influence on the conditions of aquatic ecosystems today.  Ancient rocks formed the geology of the Rio Grande valley and surrounding peaks almost 2 billion years ago.  During the cretaceous period (approximately 145 to 60 million years ago) a shallow ocean (termed the Western Interior Seaway) dominated the Colorado landscape and formed thick layers of sedimentary rock, some being calcareous in nature (e.g. limestone).  During the mid-Cenozoic period a large change happened in the San Luis valley area, resulting in what is now called the Rio Grande Rift.  The rift was a separation and stretching of the crust in the valley, pushing the Sangre de Cristo Mountains upward on the east and to a lesser extent the San Juan Mountains on the west.  Violent volcanic activity occurred as a result of the "stretching and thinning" of the earth's crust, with numerous calderas and other volcanic activity having a significant influence on the San Juan Mountains.  What remained was a landscape with considerable volcanic influence on the western side of the valley, and eventually the Rio Grande River and tributaries as well.  On the east side of the valley, where it was lower in elevation, erosion from tributaries flowing down the steep Sangre de Cristo Mountains began filling in the rift as well as a large, residual shallow lake (Lake Alamosa) in the valley.  Further glaciation during the Pleistocene period filled in much of the lake with gravels and sands flowing from the mountains to the basin bottom. According to Dethier (2001), the high plains and mountains experienced stream incision rates of 10-15 cm per 1000 years during the past 600,000 years.  Many streams incised over 9 feet during this period.

The Rio Grande valley floor is thousands of feet deep with volcanic and igneous sediment eroded over the eons from the surrounding area. The parent geology is so deep it is actually miles below the current surface elevation of the valley.  The north east portion of the Rio Grande valley is termed a "closed basin", as most of the streams coming off the Sangre's sink into the alluvium at its base.  Some water

Rvsd Plan - 00000226

resurfaces on the valley floor in the form of marshes, other wetlands and shallow ponds.  Some "sub surface water flow" eventually connects to the Rio Grande River on the west side of the valley.

# Methods

## Discussion of Scale

The Rio Grande National Forest lies within the Rio Grande River basin.  River basins are landscapes that are drained into a single large river, until it enters an ocean or other larger river (e.g. Mississippi River in the United States).  River basin can drain hundreds and even thousands of square miles and ecologically have species and communities of plants and animals that have developed unique taxa and in some cases are ecologically unique to their boundaries (Winters et al, 2003).  The Rio Grande National Forest lies exclusively in the Rio Grande River basin, and does indeed contain taxa of aquatic plants and animals (e.g. Rio Grande cutthroat trout).

The primary scale for this assessment is based on 6th level sub-watersheds or HUCs (Maxwell et al, 1995) that are only within the Rio Grande basin.  The "management scale" area is defined by the collection of 6th level subwatersheds that fall entirely within, or have a portion of their area intersecting the National Forest boundary.  This scale has been identified as large enough to incorporate species management at the population level, while being appropriate for management considerations of cost and complexity by management agencies.

This scale constitutes the appropriate area for addressing the relationship of ecological drivers at a "management" size as well as quantifying the distribution of anthropogenic activities related to human management activities.  Preliminary assessments of risk, sensitivity and abundance related to ecological conditions are also most appropriate at this scale.   Other ecological drivers, such as historic glacial activity and climate change are added to measures of climate, stream gradient and geology drivers to extend the analysis, and additional data are integrated to better understand the following:

- Distribution of high-value aquatic, riparian, and wetland ecosystems such as major wetland complexes;
- Sensitivity of subwatersheds and their aquatic, riparian, and wetland ecosystems to disturbances;
- Extent of natural and human disturbances and their effects on aquatic, riparian, and wetland ecosystems;
- Historic and current conditions of aquatic, riparian, and wetland ecosystems; and
- Physical and biological restoration priorities for degraded aquatic, riparian, and wetland ecosystems;
- Potential influences from modelled climate change analysis;
- Areas warranting protection and restoration

## Reach/Site Scale

Because of the intensive effort needed to collect and synthesize data, this assessment does not include analyses at the reach/site scale.  However, the conditions identified at the management scale set the "context" for stratifying reach/site analysis.  The identification of clusters of similar 6th level watersheds should provide the basis for stratification of inventory and monitoring programs at the reach/site level.  The identification of the range of anthropogenic influences within a given group of ecological drivers, both independently and cumulatively should also help focus efforts in determining the reach/site effects

on natural resources. This assessment provides specific questions that should be considered when addressing site/reach level analysis in the context of the larger scales.

# Ecological Drivers

## *Identification of Ecological Drivers*

Identifying the major ecological drivers important for studying aquatic, riparian, and wetland resources within a geographic area forms the basis for the protocol described in this document. There is an extensive scientific literature that describes the influence of various factors on the structure and function of ecosystems. From this literature, a team of hydrologists, ecologists, and biologists familiar with the region identified a set of ecological drivers that determine the spatial distribution and levels of productivity for aquatic, riparian, and wetland ecosystems in the management area of interest.

For this analysis, five ecological drivers were chosen to describe the setting for aquatic, riparian and wetland resources on the Rio Grande National Forest (Wohl et al, 1981):

1. geochemistry (calcareous, non-calcareous, or salt bearing)

2. sediment production based on geology (fine, moderate, or coarse)

3. dominant hydroclimatic regime (rain and snow, or snowfall)

4. stream gradient (high, medium, or low)

5. glaciation (glaciated, or non-glaciated).

In addition, "outside of" our analysis process, we have identified climate change and influence of glaciation as ecological drivers that will be analyzed and described in the attached Appendix.

Below is a description of each ecological driver and its importance as a "landscape level" predictor of finer scale influences on physical and chemical form and function of the Rio Grande National Forests aquatic ecosystems

### 1) Geochemistry

The geochemistry composition of the geology within a subwatershed (6th level HUC) can significantly influence its aquatic, riparian, and wetland ecology. For example, bedrock influences the chemical content of water, which can vary from slightly acidic in areas with granite and hard metamorphic rocks, to basic in areas with limestone, dolomite, and marine shale. Bedrock type can also influence salt concentrations in ground and surface water. For the Rio Grande National Forest assessment, three different "groups" geologies were identified: calcareous (Ca), non-calcareous (Co), and salt-bearing (Cs) were chosen (Winters et al, 2003. Classification of these groups that are identified on the Rio Grande National Forest study area were determined from the Colorado State Geologic maps, provided by the Colorado Geological Society (http://coloradogeologicalsurvey.org).



**Figure 1. Trout Creek, a spring Creek derived from Calcareous Geology.  Constant temperatures, elevated Ph and CaCO3 ions increase stream productivity.**

Calcareous geology contains calcium carbonate (CaCO3) and includes sedimentary rocks such as limestone, which dissolves to form ions that influence aquatic productivity. Dolomite and limestone, as well as some metamorphic rocks, such as marble, are derived from calcareous sedimentary rocks. Calcareous rocks weather by dissolution when weakly acidic precipitation is present reacting with the CaCO3. Due to the reactions between the CaCO3 and hydrogen ions in the water, the chemistry of the resulting solutes differs from that of the initial rain, snowmelt, or groundwater. Dissolved constituents move through surface and groundwater, are introduced into aquatic, riparian, and wetland habitats, often increasing production (Figure 1). By raising the pH of the ambient water and by producing carbon dioxide for photosynthesis and stabilizing temperatures, rare taxa and taxa outside their normal ranges are often present. (Hynes, 1970). These changes may dramatically affect production of plants, benthic macroinvertebrates and fish as well. Given the inherent solubility of calcareous bedrock, its porous nature is often associated with springs, creating areas of unique wetland habitats. The Rocky Mountains have a limited amount of calcareous geology, making its presence very important for aquatic, riparian and wetland ecosystems.   Historic populations of native Rio Grande chub and sucker thrive in the north eastern portion of the Rio Grande valley.  The streams they inhabit are directly influenced by groundwater fed streams (John Alves, Senior Fishery Biologist, Colorado Parks and Wildlife, presentation given at the Winter 2016 Rio Grande sucker and chub Recovery Team meeting, Taos, New Mexico).

Non-calcareous geologies do not contain significant amounts of calcium carbonate. They include igneous rocks; sedimentary rocks, such as shale, sandstones, mudstones, and siltstones and metamorphic rocks derived from non-calcareous parent rocks, such as gneiss, schists, and quartzites. These geologies do not have properties that increase aquatic productivity by themselves, and are the most abundant type of geology in the Rocky Mountains. Through the chemical actions with other compounds, igneous geology can result naturally in slightly too highly acidic waters.

Rvsd Plan - 00000229



**Figure 2. The White River near Rangeley Colorado flowing through salt bearing Mancos shale.  Note the fine sediment and lack of vegetation**

Bedrock type also influences salt concentrations in ground and surface water, which can have negative influences on aquatic biota. Sedimentary salt-bearing rocks, such as shale's, weather to produce significant amounts of compounds that may accumulate in salt flats, marshes, and wet meadows, consequently influencing the soil geochemistry and limiting the diversity of plant and species composition and community production.  While there are many areas in the southwest that are influenced by salt-bearing geology, western Colorado has the highest abundance of this material (Figure 2).

## 2) Sediment Production

Aquatic, riparian, and wetland ecosystems have evolved with a sediment transport regime relative to the amount of material being produced upstream and upslope of them. Consequently, many organisms in these ecosystems are sensitive to increased yields of sediment. Since wetlands form in places where the depth of the water table creates seasonally or perennially saturated soils, whole wetlands can be eliminated when elevated sediment levels alter saturated conditions. Marshes typically are terminal basins, and sediment coming in can become long-term deposits. Salt flats and wet meadows typically have low sediment inputs and are either fed by ground water or very small drainage areas. Fens always have very low mineral sediment inputs. Peat accumulation in Rocky Mountain fens averages approximately 20 cm (8 inches) per thousand years, and if the rate of mineral sediment input exceeds this rate, the soils will be mineral, not peat. Considerable research indicates that fens and most other wetland types are easily impacted by changes in the natural sediment and water regime.

Sediment can be characterized in terms of the relative abundance and grain sizes of material produced by bedrock weathering. For the Rio Grande National Forest assessment, the geology was subdivided into categories that produce predominantly silt and clay (Sf), sand and gravel (Sm), or rocks that weather to cobbles and boulders. The movement of different sized sediment particles is directly related to the amount of energy applied to it by moving water. Changes in sediment input may affect 6th level HUCs dominated by geology that weather to silt and clay. These fine sediments may accumulate when the transport capacity of a stream declines, as a result of decreases in flow or in localized areas with lower velocities, such as pools (Sable and Wohl 2006). Increased levels of silt and clay can also infiltrate coarser stream bed sediments, altering exchange between groundwater and surface water, periphyton and macroinvertebrate communities, and spawning habitat. Riparian plants, such as willow and alder, establish on bare mineral sediment, and so the deposition of fine sediments can facilitate colonization of these plants on flood prone areas. However, excessive small sized sediment deposition can destabilize riparian areas by burying plants and potentially killing more shallow-rooted herbaceous species. If the stream system is not "overwhelmed" by unnaturally high volumes of fine sediment, periodic flooding can move these particles relatively easily onto adjacent floodplains, and downstream.

Drainages that developed in geologies that naturally produce greater amounts of unstable sediments (such as most of the foothills in eastern Colorado) can be sensitive to natural disturbances such as wildfire or anthropogenic disturbances. Either type of disturbance is likely to produce massive loads to drainage networks over a period of several years following the disturbance. These unnaturally high levels of sediment input over decades of instability can result in shallow, wide stream channels with little aquatic habitat and elevated in-stream temperatures. However, systems with naturally high sediment yields, as in some naturally braided streams, and the species associated with them, may be more tolerant of periodic excessive sediment loading.



**Figure 3. Stream Channel filled with coarse sediment from igneous hillside**

An increase in large sediment can alter stream morphology and stability considerably, although these materials are less likely to substantially affect streams at low flows, as the stream energy is not sufficient to move it (Figure 3). However during rain events, snowmelt runoff or flooding soils and other physical particles can be delivered in large quantities to wetlands, riparian areas and streams. The alteration and timing of sediment can overwhelm the system's ability to transport that material to important ecosystems.

Typically impacts are long-term, reducing biological diversity and abundance. Flow regime is ecologically important because it partially controls sediment transport and channel stability, as well as available habitat and characteristics such as water temperature and chemistry that drive life cycles of aquatic and riparian organisms (Poff eta, 1997).

### 3) Hydroclimatic Regime

Local climate in large part controls the hydrologic regime of streams, riparian areas and wetlands, making it a major ecological driver for aquatic/semiaquatic ecosystems.

Three moisture input patterns, snowfall (Ps) and rain and snow (Prs) and rain (R) dominate the precipitation zones in the Rocky Mountains in Region 2 (Wohl et al, 2007).



**Figure 4. Precipitation zones in the Rocky Mtns. Changes in the discharge patterns are correlated with elevation, pattern of snowmelt accumulation and melt, and rain events.**

The higher elevation mountains and valleys of the Rio Grande National Forest receive much greater amounts of precipitation than lower elevation areas, and most of this precipitation is in the form of snow. Streams in this elevation zone are influenced by snowmelt recharge of hill slope aquifers, which provide groundwater to support perennial stream flow during the summer. These streams typically have less interannual variability in flow and experience fewer floods compared to the rain- and snowfall- dominated areas (Figure 4). The more predictable hydrograph associated with snowfall-dominated hydroclimatic regimes recharges aquifers and wetlands on a nearly annual basis. A broader portion of the annual hydrograph of these streams is at or above baseflow. These streams have a relatively lower peaks and a longer duration than rainfall-dominated streams. The greater input of water via precipitation supports an abundance and variance of wetland types, because large groundwater-driven wetland complexes are found primarily in association with snowmelt-recharged aquifers. Generally, streams in the snow-melt zone generally exhibit lower temperatures and reduced productivity. Aquatic organisms have evolved life-history strategies to avoid the harsh conditions associated with the snowmelt runoff period (Hynes 1970).

The rain and snow climate zone is lower in elevation than the snow climate zone, and is characterized by a flow regime with a snowmelt peak during late spring or early summer, as well as rainfall from convective storms or from some dissipating tropical storms from mid-summer through the fall (Figure 1). These streams may have a rainfall-generated peak discharge that is greater than the snowmelt peak discharge at least once a decade. Based on the work of Jarrett (1990), these stream segments occur below 7550 ft. elevation on the Rio Grande National Forest, and may constitute a relatively harsher environment for aquatic biota than snowmelt-dominated streams, given similar habitat conditions. Lower elevation watersheds dominated by rain and snow hydrologic regimes tend to be flashier, with less predictability in timing and magnitude of the annual peak flow, and potentially higher peak floods relative to the mean annual flow. Because of the high variability in stream discharge throughout the year, stream productivity and biota population dynamics can also be quite variable. Localized effects of sudden flow changes can influence populations of algae, benthic macroinvertebrates, and fish. Fish biomass and diversity may be considerably higher in the rain and snow driven systems as temperatures are usually higher, habitat more complex and abundant. Low gradient stream reaches may contain the highest biodiversity and robust populations if not impacted by anthropogenic sources. Some of these lower elevation streams are intermittent and exhibit minimal riparian vegetation because perennial groundwater during the summer is not available to support riparian plants. Lower elevation watersheds that are dominated by rain and snow

hydrologic regimes also tend to support fewer wetlands, primarily due to considerably reduced precipitation and groundwater input.

Rain driven stream systems are highly variable and have numerous but inconsistent rain and subsequent flooding events.  These events carve stream channels and flood plains in fine sediment prairie and grasslands streams.  Fish and other biota have adapted unique abilities to survive and reproduce in these areas.  We have found very few areas within this hydroclimatic regime associated with the Rio Grande National Forests and other National Forests in Region 2.  However, where they are present, different biological communities exist than in the higher elevational areas, and may be refugia from more impacted areas downstream.

## 4) Stream Gradient

Stream gradient influences stream power, erosive capability, localized sediment sizes, aquatic and riparian productivity, water storage and floodplain characteristics. As a result, stream gradient dictates the habitat for specific flora and fauna. For the Rio Grande National Forest assessment, three categories of stream gradient were identified: high (> 4%), medium (2 - 4%), and low (<2%) (Montgomery and Buffington, 1997). It is important to note that streams represent a continuum of processes, longitudinally from mountains to lower elevation plains. Leaf litter and other organic input from aquatic and terrestrial plants entering the system are processed moving downstream by various organisms, primarily bacteria and benthic macroinvertebrates. Leaf litter from riparian shrubs represents a major food source for various trophic levels in Rocky Mountain streams.

Stream segments designated as high gradient are characterized by step-pool morphology and are fairly resistant to high flow events because of bedrock, or boulder and cobble characteristics. Floodplains are narrow or may be non-existent, and have coarse-textured soils that drain rapidly and are periodically eroded by high-energy floods or debris flows. Narrow valley bottoms promote high connectivity between the hill slope and valley bottom, with relatively frequent debris input and subsequent movement that introduce sediment, wood, and nutrients directly to the channel. Riparian areas support small communities of herbaceous vegetation, or woody plants that can tolerate periodic high-energy floods, as well as tree species, such as cottonwood and red osier dogwood, that sucker following flood disturbance. These channels typically have limited habitat for aquatic organisms, although the large substrate does provide habitat for fish and especially benthic macroinvertebrates and periphyton. Natural migration barriers for fish and other aquatic organisms, such as waterfalls, can limit upstream movement into upper stream reaches. Road crossings in these types of channels can also create barriers for animal migration and nutrient flow.  High gradient streams have a relatively higher capacity to transport excessive sediment downstream to lower gradient reaches.

Medium stream gradients often correspond to channels that are transitional between step-pool and pool-riffle morphology. These stream segments are intermediate between high and low gradient streams in terms of streambed grain size, resistance to disturbance, and valley bottom width. Compared to high gradient streams, medium gradient streams have wider valley bottoms, where sediment originating from side slopes can be stored before reaching the channel. These stream reaches are relatively abundant in mountain streams, and provide a "transitional" zone between the low and high gradient systems. Stream habitat can be abundant, but typically depends on wood recruitment and large substrate. Stream reaches with moderate gradients, salt-bearing geology, and lithology that weathers to silt and clay are much more sensitive to changes in erosion and sediment input.

Rvsd Plan - 00000233



**Figure 5. A low gradient section of the South Platte River. Note abundant sediment deposition on the inside meander, wildfire burned trees on the hillsides and green unburned riparian area.**

Low stream gradient channels typically correspond to meandering pool-riffle morphology formed in relatively fine-grained sediments, with wider flood plains, supporting diverse plant and animal communities (Figure 5). Low gradient streams have wider valley bottoms and greater lateral mobility compared to stream segments in steeper, narrower valley bottoms. Lateral mobility depends on both flow characteristics and bank resistance; bank resistance depends on grain size, stratigraphy, and the presence and type of riparian vegetation. Sediment coming from adjacent hill slopes is less likely to reach low gradient channels directly during routine erosional processes, but it is more likely to be stored on the valley bottom for a period of years and then mobilized into the channel during lateral channel migration or flooding. These reaches can be very productive, especially in terms of fish and wildlife populations and woody riparian vegetation. Low gradient stream reaches with extensive shrub and tree riparian communities may also support beavers, ecosystem engineers that distribute water and sediment across the valley, increasing hydrologic and ecological complexity. Beavers contribute significantly to carbon storage through their construction of dams and trapping woody material moving downstream from upstream sources. Many species of birds, reptiles and mammals depend on the extensive wooded riparian areas associated with these channels. Low-gradient stream reaches are sensitive to excessive sediment deposition locally or upstream, channel widening, and pool filling. Pools are sensitive to sediment disturbance, as velocities and associated stream energy are less. As a result, low gradient streams are sometimes designated response reaches (Montgomery and Buffington 1997) because of their tendency to accumulate excess sediment preferentially in pools.

Because sediment tends to deposit in low-gradient reaches they are often the most impacted by anthropogenic activities, in terms of erosion and sediment deposition. Low-gradient reaches are more likely to accumulate sediment from decreases in water yield or increases in sediment yield, and also could undergo substantial erosion with increased water yield or decreased sediment yield. Those reaches with extensive shrub and tree riparian communities may also support beavers, ecosystem engineers that distribute water and sediment across the valley, increasing hydrologic and ecological complexity. Fish in mountainous areas of the Forest rely on low gradient reaches for food, spawning and high quality habitat for all life history stages. Water temperatures are generally very cold in higher elevation streams and can eliminate successful aquatic organism reproduction. Low gradient reaches allow direct solar radiation to increase water temperatures slightly and therefor increase productivity. However, removal of riparian vegetation for shade and increasing stream widths and reducing depths can result in too much of an increase in temperature and can be harmful to aquatic biota during warmer months. The relatively small amount of low-gradient stream reaches in the Rocky Mountains illustrates the importance of these sources of organic material for streams as well as habitat for other riparian species.

Aquatic macroinvertebrates are uniquely adapted to differences in stream gradient and substrate size. Those that live in steeper stream channels, with high shear stress, and larger substrate have adaptations that help them cling to the substrate, feed on attached algae, and are often dorso-ventrally flattened to reduce the effects of water currents (Hynes 1970). Other taxa take advantage of the current and build elaborate nets or hold appendages in the current to trap food that floats by. Benthic macroinvertebrates that live in lower gradient reaches with smaller substrate have adapted to these conditions by burrowing into the finer material and become more generalist feeders. As a result, there are typically considerable differences in the composition of community structure of benthic macroinvertebrates between high and low gradient stream channels with different substrate sizes. The high variability in responses to environmental change by communities and individuals of benthic macroinvertebrates often makes them the focus of monitoring aquatic conditions.

Fish also exhibit population differences across differing stream gradients. In high-gradient channels, large substrate and roughness create suitable habitat. However, high stream velocities can reduce habitat suitability, especially during high flow events. Generally, trout and other fish species found in the Rocky Mountains exhibit lower population levels in these areas. Intact Low-gradient stream reaches typically exhibit much higher habitat availability and larger fish populations because of increased stream depths and reduced velocities. Abundant overhanging riparian vegetation can supply considerable leaf litter and terrestrial food in these reaches. Substrate sorting within low gradient stream reaches typically produces areas of high reproduction for stream salmonids, usually at the downstream "tail" of pools. The moderate to low gradient reaches are expected to be important areas for salmonid reproduction and rearing.

## 5) Glaciation

Glaciation is the process where large snow and ice deposits accumulate during extended periods of cold climates. The ice masses tend to move extremely slowly, carving wide relatively flat valleys (Figure 6 and Figure 7). By scouring the valleys of high mountain landscapes and slowing runoff, glacial processes have made landscapes more suitable for wetland and riparian area development by gouging the surface and pushing sediment and boulders to act like dams. We conducted an analysis of the relationships between wetland abundance in glaciated valleys as part of this assessment later in this document. Wetlands and riparian areas in these areas provide important habitat for waterfowl, amphibians, aquatic invertebrates and many plant species. Due to their high elevation and small stream size, fish are often absent from these areas. Glaciers created landforms in high and middle elevation valleys that are conducive to the formation of wetlands on the Rio Grande National Forest. Therefore, glaciated areas and non-glaciated areas were considered as an ecological driver combination for this assessment. High elevation areas of the Rio Grande National Forest were repeatedly glaciated during the Pleistocene epoch, 2 million to 10 thousand years ago. The latest major period, termed the Pinedale Glaciation, covered some areas of most mountain ranges at higher elevations. Valley glaciers flowed from these high elevation areas where ice accumulated, and produced deltas and other landforms in lower elevations. The Pinedale glacial period ended approximately 14,000 years ago. Glaciers scoured cirques and valleys as the ice flowed downhill and pushed debris ahead of it, forming terminal moraines, and off to the sides of valleys, creating lateral moraines. In addition, the glaciers plucked rock and finer sediments from bedrock along its path, which was incorporated into the ice. Once these glaciers stagnated, they began to melt, and debris within the ice was deposited, forming "dead ice deposits," that created kettles and ground moraines.

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 6. Glaciated valley on the Rio Grande National Forest. Note the wide riparian valley with heterogeneous vegetation types.**



**Figure 7. Glaciated landscape on the Rio Grande NF.  Note the wide valley bottom,   Willow community and intact stream channel.**

Terminal moraines may have blocked the drainage of entire valleys, thus forming lakes, some of which persist today. Sediments from the melting glaciers filled lakes. Where moraines have persisted and the valleys behind them have filled with sediments, large, flat valleys were created, which are conducive to the formation of meandering streams, broad riparian areas, and wetlands. Lateral moraines on the sides of valleys are composed of thick masses of unconsolidated sediments. They hold large volumes of snowmelt-recharged groundwater that support localized flow systems that feed wetland complexes, including fens, wet meadows, and marshes at their base, and that stabilize flow and temperature regimes of connected streams. Kettle basins in dead ice moraines are depressions supporting ponds, marshes, and fens. Cirques and high elevation valleys have been scoured and as a result are also relatively wide and flat, compared to other valley types; they typically contain abundant wetlands. Terminal and lateral moraines are composed of unconsolidated deposits, and are critical recharge areas that supply groundwater to streams and wetlands.

## Climate Change

Aquatic systems and water dependent taxa will be significantly affected if the trend for changing temporal and spatial scales in air temperature and patterns of precipitation continue (Bryson et al, 2008).  Potential effects of climate change in the southern Rocky Mountains include: 1. Reduced precipitation, 2. Reduced period of snowmelt runoff, 3. Attenuated periods of base flows, 4. Increased water needs by the predicted

Rvsd Plan - 00000236

increase in Colorado's population, 5. Increased stream temperatures (Reiman and Isaak, 2010). There are several other indirect impacts, such as increases in non-native species (Rahel, 2010) and a reduction in overall adequate habitat for cold water species. Some scientists speculate that increased water temperatures in higher elevations will be advantageous for cold water native fish. However, instream habitats are more limited in the smaller streams found there, food animals such as benthic macroinvertebrates may not tolerate even a limited change in water temperature, and reduced precipitation and more sporadic precipitation events could lead to droughts.

We used a model recently developed by the USDA Rocky Mountain Research Station (http://www.fs.fed.us/rm/boise/AWAE/projects/modeled_stream_flow_metrics.shtml) that incorporates current and projected variables to estimate changes in mean annual discharge in the Rio Grande National Forest for the future (See appendix 2).

It is also the intent of this analysis to understand and potentially prepared for "short-term drought situations" that occur in the Southern Rocky Mountains (McKee, T. et al, 2000). While these events are measured in years, and followed by periods of "normal to high" discharge, the effects on aquatic ecosystems could mimic to a limited degree the effects of the long-term climate change in the future (Figure 8). The resiliency of aquatic ecosystems for the future may be to a limited degree be reflected in the effects of short-term drought conditions. If the components that affect the resiliency of aquatic ecosystems are not in place or at a much lower level of condition than would be expected, even short term droughts could have major impacts on aquatic systems. If we are able to increase resiliency substantially, the onset of climate change impacts may not be realized until later in the future, and the effects may not be as intense.



**Figure 8. Theoretical relationship between resiliency of aquatic ecosystems in "natural" and "impacted" systems. Natural systems tend to 1. Withstand and recover more quickly, and 2. Are not impacted as severely by smaller stochastic or anthropogenic influences**

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 9. Dendogram of the similarity results for 160 subwatersheds on the Big Horn National Forest, The red line represents the level of similarity chosen, and the numbers represent the final clusters identified.**

# Methods: Ecological Driver Cluster Analysis for Stream/Riparian Areas

### Step 1

After identifying the ecological drivers that will be used (as described above), the percentage of each ecological driver in each subwatershed are identified. For this analysis, hydroclimatology, stream gradient and geology (Erosional sediment size, geochemistry) were identified from Wohl et al. (2007). In addition, in a separate exercise the extent of historic glaciation was analyzed in relation to wetland abundance due to their influence, and the potential influence of climate change on stream discharge was also addressed at current and future estimates on mean annual discharge for each stream.  It should be noted that all the summary information for each driver and each subwatershed will be provided for further analysis for this planning effort.

### Step 2

Ward's cluster analysis (Batagelj, V., 1988) was used to identify groups of subwatersheds that have similar ecological characteristics for streams and riparian systems within the Forest (Figure 9). Ecological clusters are identified by number and color and summarized in the following sections. Several iterations of this analysis were conducted to identify the most logical number of clusters to characterize.  This is an important step so differences between clusters can be explained.  For example, a very high similarity of clusters may result in only 2 clusters.  Explanation of the differences of these 2 clusters may not be meaningful for planning because they cover a broad range of conditions.  Identifying too many clusters may mean they are so similar that differences cannot be made between similar clusters. Too few clusters identified and there are characteristics of all the ecological drivers in each cluster and no relationships are observable. The ecological characterization of 6th level subwatersheds through this process should allow for an understanding of the relative abundance, sensitivity, productivity and other management considerations of different ecological conditions on the Rio Grande National Forest. Clusters that are unique or sensitive to management may solicit special consideration when developing land management and/or project plans.

### Step 3

This step involves explaining different characteristics of the clusters to be used in the appropriate planning exercise.  Various graphics can also be developed to explain the location of particular subwatersheds in each Cluster (Figure 10).  This effort illustrates the important ecological considerations for each cluster of similarly grouped subwatersheds without the influences of anthropogenic influences.  For instance, we know that calcareous geology typically is an indicator of springs, increased productivity, rare species and potentially very good areas for native fish reintroduction.  Conversely, clusters that are dominated by geology that produces large sediment, located in the rain and snow zone, and has steep stream gradients (also correlates with steep topography) is very indicative of sensitive landscapes to erosion, and high risk for natural and management activities that would potentially move sediment into streams and wetlands.

Rvsd Plan - 00000239

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 10. Results of cluster analysis for streams and riparian areas for the White River National Forest. There are 6 different groupings of subwatersheds with statistically similar ecological driver characteristics.**

By using this process in the absence of anthropogenic factors we can deduce how streams within certain clusters should respond to sediment, chemical constituents, temperature and aquatic/riparian habitats and productivity over time.

Presented is a table of the riparian ecological drivers for the White River National Forest (Table 1). Differences between values can be used to illustrate ecological conditions and management importance within each "cluster". In addition, clusters with relatively low percentages of their area in the National Forest can be quantified. For example, 4 clusters exhibit over 80% of their area in the National Forest boundary. Are there species or ecosystems that we have the management ability to improve or maintain? Conversely, Cluster M6R comprises a much smaller percentage of the National Forest, and approximately 21% of this cluster is in the National Forest boundary. Managers may choose to investigate this cluster more closely to see if our ability to influence characteristics of this cluster are justified.

**Table 1. Mean percentage of riparian ecological drivers for each cluster within the White River National Forest. Dominant values are colored to help discern differences between clusters**

|  | Stream Gradient | | | Geochemistry | | | Sediment Production | | | Hydroclimatic Regime | | Distribution of Clusters | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Management Riparian Cluster | H | M | L | Ca | Co | Cs | Sf | Sm | Sc | Prs | Ps | % in NF | % of NF |
| M1R (n=57) | 68 | 13 | 19 | 13 | 74 | 13 | 55 | 18 | 27 | 6 | 94 | 82 | 43 |
| M2R (n=22) | 75 | 12 | 13 | 7 | 51 | 42 | 46 | 24 | 30 | 47 | 53 | 15 | 4 |
| M3R (n=36) | 72 | 12 | 16 | 6 | 91 | 3 | 7 | 11 | 82 | 1 | 99 | 95 | 31 |
| M4R (n=14) | 74 | 11 | 15 | 76 | 18 | 6 | 8 | 57 | 35 | 16 | 84 | 83 | 10 |
| M5R (n=10) | 75 | 11 | 14 | 81 | 18 | 1 | 85 | 8 | 7 | 4 | 96 | 91 | 7 |
| M6R (n=19) | 71 | 13 | 16 | 62 | 34 | 4 | 74 | 18 | 8 | 54 | 46 | 21 | 5 |

Rvsd Plan - 00000240

# Results: Ecological Drivers

## Geology - Geochemistry

Implications: Calcareous geology – abundant spring development increases aquatic productivity and biodiversity, more consistent water temperatures at and for some distance downstream, reduces natural sediment by dissolving, provides refugia for rare plants and animals.  Often not dependent on current rainfall but "old" water from precipitation that infiltrated the earth's crust.   Relatively rare in the Colorado Rocky Mountains.  The aquatic systems associated with ground water and this geologic type could be considered extremely rare and important ecological types on National forest lands.

Non-Calcareous geology – limited nutrients, lower productivity (reduced ph), highly diel and seasonal water temperature and discharge changes, larger grain size and increased deposition in aquatic habitats.  Generally the most abundant geologic type in the Rocky Mountains.  Productivity is influenced from nutrients from terrestrial sources and productivity is influenced by solar warming and habitats that are more abundant at lower elevations.

Results - The results of the geochemistry driver results are presented in Figure 11. While the Rio Grande National Forest does not contain a significant amount of calcareous geology near the surface of the landscape (surficial), there are a few areas worth highlighting and considering for future analysis for rare taxa, springs and associated areas and streams for native trout restoration.  The first area is along the northern and western portion of the Sangre de Cristo Mountains from approximately the Crestone Peak northward to the Hayden Pass area.  The scale of surficial glaciation was relatively large for this exercise (1:500,000 Colorado State geology maps), and thus would not identify small outcrops that could be important for spring developments and rare taxa.  Two smaller areas identified south of that area, were near Carbonate Mountain within the boundary of the Great Sand Dunes National Monument and California Peak.  Again, there could be wetlands and springs in these areas fed by ground water input.

The other area of identified calcareous geology surrounds the town of Villa Grove.  It is interesting that the one stream on National Forest land running through this geology is called "Soda Springs Creek", no doubt because of the unique characteristics of the groundwater from springs.  Even on the Rio Grande National Forest visitor map numerous springs and hot springs are identified near this area.  While spring areas on this side of the National Forest may have already been influenced significantly by past management there could be rare plants and animals still associated with them.

The calcareous geology identified is the result of the Rio Grift Rift moving laterally, pushing the Sangre de Cristo Mountains up.  The igneous "basement" pushed through the sedimentary layer where most of it was fragmented and moved by glacial activity and/or eroded away over time into the San Juan valley below.

SPECIAL NOTE:  While Calcareous geology is indeed a rare geologic formation in the upper Rio Grande valley, numerous important biodiversity and productivity possibilities exist.  These remnants of prehistoric oceans could be important refugia for rare plants and animals as well as highly productive streams for rare taxa and for potentially recovering native fish, such as the Rio Grande cutthroat trout, chub and sucker.  Other springs and habitats influenced by these relict sea bottoms could be identified in the Sangre De Cristo mountain range and assessed for rare taxa as well as important areas for restoration of native species...



**Figure 11. Geochemistry of the Rio Grande National Forest at the landscape scale. Similar to most areas of the Rocky Mountains, non-calcareous geology dominates this landscape. Calcareous geology is much less abundant than its neighboring National Forest to the north, the San Juan National Forest (Winters and Staley, 2005)**

# Geology - Sediment Production

Implications: Erosion and subsequent sediment movement and deposition are one of the leading pollutants in the world (http://www.fao.org/docrep/W2598E/w2598e05.htm). Sedimentation can directly influence aquatic ecosystems by filling of aquatic habitats for fish and other organisms, reducing reproduction success, scouring of substrate for benthic organisms and filling wetlands and riparian areas.

Indirect influences can include highly variable water temperature by changing stream geometry, water chemistry, reducing oxygen in the substrate (hyporheic), and establishing areas for invasive plant establishment. Sediment dynamics are generally in a state of dynamic equilibrium with its environment. While stochastic events may result in geologically short-term elevated levels of especially igneous sediment production and transport, anthropogenic disturbance can result in long-term, continuous degradation.

Results: The results of the sediment production analysis are presented in Figure 12. The Geology and related processes that have occurred on and around the Rio Grande National Forest are complicated and diverse, resulting in 2 distinctly different zones of sediment size (Figure 12). This distinct separation is due in large part to the "pulling apart" of the valley by the Rio Grande Rift, and abundant volcanic activity that occurred about 30 million years ago. This tremendous activity resulted in the development of the San Juan Mountains on the west side of the valley. The sediment produced by the volcanic activity is generally fine/medium in size and often turns red as the iron in the sediment is oxidized. Some volcanic areas can neutralize the ph of streams by forming $CaCO_3$ when introduced to the atmosphere. Most of the streams in the southern Rocky Mountains are the result of igneous extrusions that can result is low ph water due to the chemical constituents of the bedrock. The areas on the San Juan side of the San Luis valley could contain water chemistry that is more conducive to aquatic productivity. However, there is a great deal of variability with volcanic rock, and further analysis of ph and carbonates would be an important step in finding streams that would be more conducive to native fish restoration or other activities where productivity is a an important component.

On the east side of the Rio Grande Valley the geology producing sediment is composed predominantly coarse igneous bedrock (Figure 13). The Blanca Massif is comprised of Precambrian rock, while most of the rest of the mountains south of the Rio Grande National Forest is composed of younger Permian-Pennsylvanian (about 250-million-year-old) rock, a mix of sedimentary and igneous intrusions. The fact that our analysis reveals coarse lithology on the valley floor is a result of erosional processes from the steep mountains adjacent to it. The limited sedimentary geology in this area of the Sangre's originated as residual sea floor limestone eroded from the Ancestral Rocky Mountains.

The sand dunes associated with the flanks of the Sangre De Cristo started about 450,000 years ago as Lake Alamosa began to dry. The sediment on the bottom of the lake began to travel with the south west prevailing winds. However, winds from storms coming in a westerly direction over the Sangre's made the prevailing winds swirl in the valley and the sand accumulated in "pockets" where they now remain. Due the vegetation that dominates the San Luis valley floor now, the dunes and surrounding area are not expected to grow significantly in at least the near future.

Rvsd Plan - 00000243

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 12. Map of different size sediment produced by underlying bedrock and erosion from the Rio Grande study area. Sediment produced from the west side of the Sangres is mostly coarse due to the igneous intrusion through ancient sedimentary layers. Sediments on the west side of the San Juan Valley is either fine/medium size from volcanic activity or coarse from granitic bedrock.**

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 13. Cross section of the San Luis Valley geological structure. The steep igneous "lift" on the east side of the diagram continues up through the Sangre De Cristo mountains, while the volcanic west side rises more gradually through the volcanic slope to the San Juan mountains. The igneous sub "Rio Grande Rift San Luis basin". Licensed under Public Domain via Wikipedia - https://en.wikipedia.org/wiki/File:Riograncerift_sanluisbasin.png#/media/File:Riograncerift_sanluisbasin.png**
.

Special note: The granitic bedrock on the Rio Grande National Forest that produces coarse grained material is less likely to move with natural stream and overland water flow. However, when moved by anthropogenic erosional processes will settle in wetlands, pool habitats and riparian areas when energy is increased through flooding. Many of the potential sources of streams in aquatic ecosystems in the Rio Grande National Forest are probably from influences beginning in the mid 1880's (Wohl, 2001). Once excess sediment is deposited in these areas, it becomes extremely hard for energy in streams and wetlands to move it as it has settled into areas with lower stream power. The result is decreased aquatic habitat and filling in of wetlands and riparian areas. The sediment produced on the west side of the basin is somewhat easier to move because the average size produced is somewhat smaller. However, it still takes more energy to move out of low energy areas than off of hill slopes. In additions, many of the streams most likely do not have the wood and boulders available to sort sediment onto floodplains.

Monitoring watershed conditions in stream and riparian ecosystems from sediment intrusion is most successful in low gradient reaches, as they are the first areas in stream networks that exhibit changes in biota, temperature and stream channel morphology when excessive sediment is present. Low gradient stream channels comprise a small length of overall stream length in mountainous areas of the Rocky Mountains, requiring less effort and cost if planned correctly.

Wetlands are protected from impacts through the Clean Water Act, Executive Orders. As well as best management practices, and other national and regional policies. As such, existing laws, policies and best management practices should be implemented to protect individual wetlands from damage by excessive sediment accumulation.

Approximately 50% of wetlands have been lost in the state of Colorado (http://geochange.er.usgs.gov/sw/impacts/hydrology/wetlands/. While current protection of existing wetlands is extremely important, the restoration or creation of wetlands to replace historic wetlands could be considered and important action for the future.

# Hydroclimatic Regime

Implications: Elevation has a major influence on aquatic ecosystems in the southern Rocky Mountains (Ward, 1986). Landscapes including the Rio Grande National Forest are dominated by annual snowmelt driven hydrographs, maintaining stream channels and greatly influencing the life-history of the organisms that live there (see review at (http://www.nature.com/scitable/knowledge/library/extreme-cold-hardiness-in-ectotherms-24286275). These plants and animals are well adapted to this environment but are not adapted to major changes. Plants and animals located lower in elevation are typically more resilient to changes in temperature and other environmental conditions because conditions are changing more often and to a higher degree (Hynes, 1970).

Major changes in the shape of the annual hydrograph including extended runoff, flooding events and drought can have major influences on aquatic and semi-aquatic biota, Taxa that persist in a warmer, lower elevation streams may be more tolerant and/or adaptable to changing conditions. However, plants and animals in cold water systems are typically less tolerant, unless inhabiting special environments (e.g. Ground water systems), connected habitats for large movements and reproduction adaptions Multiple life stages) allow them to survive. While large scale changes in climate may influence the hydroclimatology on a large scale, changes from human influence is typically smaller, with cumulative impacts having potentially severe influences on a system at any elevation. Management activities could be conducted to maintain the environmental "structure", or restoring systems that have already gone outside expected conditions.

Results: Results of the Hydroclimatic regime are presented in Figure 14. Local climate controls the hydrologic regime of streams and wetlands, influencing ecosystems through the timing and magnitude of runoff and peak flows. Snowfall driven precipitation dominates the shape of the annual Rio Grande National Forest. (Figure 4). However, a rain and snow dominated hydrograph at the headwaters of subwatersheds that originate at the lowest elevations of the Forest may exist. These areas may contain plants and animals that are more representative of the valley floor. In addition, wetlands may also have different form and function if precipitation and resulting overland flow is modified. Given that the lower elevations of the valley receive little annual precipitation (approximately 8 inches per year), stream channels would be expected to be ephemeral or intermittent depending on the presence of groundwater. Wetlands would also be dependent on groundwater reaching the surface where rooting would allow wetland plants to exist. Aquatic dependent animals would most likely have to aestivate during dry periods or migrate to wetter areas.

With the valley floor reaching a an elevation of approximately 8000 feet, the majority of the entire study area is within the "snowmelt" driven precipitation zone, while the rain and snow elevation limit is below the National Forest boundary. The relatively high elevation and small stream size associated with the Rio Grande National Forest in the mountainous area can be interpreted as a fairly "unproductive" area for fish and other aquatic plants and animals. Growing seasons are relatively short, due to the limited size of the tributary streams. While groundwater fed systems most likely maintain warmer water temperatures than other systems, based on the extremely limited calcareous geology and findings from other assessments, they are very rare. Stream segments with low stream gradient and meandering character are often considered heat "sinks", and as long as there are no mitigating circumstances can help increase water temperature during longer periods of time. (Poole and Berman, 2000).

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 14. Hydroclimatic regime for the Rio Grande National Forest and surrounding landscape. Due to the relatively high elevation of the Forest, most this part of the landscape is in the snow driven hydroclimatic zone. Driven by high discharge during the summer months, channel maintenance discharge occurs during that time.**

Rvsd Plan - 00000247

While it may seem intuitive to remove shading on low gradient reaches of streams that are generally considered "cold", there are far more negative impacts from this action than positive.  Erosion, loss of food, aquatic and semi-aquatic organisms, etc. are much more impacted than the benefit it might have to increase temperature.  In addition, depending on the position, and condition of the stream in relationship to the sun, lethal limits of water temperature can occur, even at higher elevations.

Special Note: The majority of the Rio Grande National Forest is located in the snow driven elevation zone.  Aquatic productivity is relatively low at these high elevations, although aquatic species of plants can thrive if food, habitat and other limiting factors are not reduced significantly. Relatively short growing seasons and low temperatures related to reproduction can result in unsuccessful spawning efforts from fish.  Connectivity, adequate water and discharge timing, habitat and temperature can be major limiting factors for aquatic and semi-aquatic taxa.  Ensuring that important natural conditions of ecosystem elements maintaining the conditions for these taxa are very critical for the continued survival of water dependent species and ecosystem services such as angling. Areas at the lower elevational limits of the National Forest may be important areas for improved productivity in granitic dominated watersheds, due to increased water temperatures.

## Stream Gradient

Due to the limited length of low gradient stream gradients on the Rio Grande National Forest, map scale was too large to graphically portray the different classifications.

Implications:  Stream gradient influences stream power, aquatic productivity, erosive capability, localized sediment sizes, and floodplain characteristics. As a result, stream gradient dictates the habitat for specific flora and fauna.  Steep gradient stream reaches are often called "erosional" reaches while low gradient reaches are called "depositional" zones.  The sediment that is produced in the erosional zones will be deposited in the depositional zones, which thus can be indicators of upstream erosion.  Indeed, steep stream channels have narrow floodplains and banks that are 'armored' with large rocks and boulders. They are very resistant to change, but move sediment through tem generally and are corridors for migration for aquatic species.

The medium gradient streams can be considered "transitional" reaches and have some of the characteristics of the steep and low gradient reaches.  Low gradient reaches are very susceptible to upstream activities as well as local change.  As a result, they are typically the reach that exhibits changes in channel morphology, temperature, and habitat and sediment accumulation.  There banks are comprised of typically small alluvium from upstream and are extremely susceptible to erosion if the deep rooting riparian vegetation is removed or damaged.  Low gradient reaches can act as "reservoirs" for storing water in the valley bottom, especially if beavers have colonized there.  Terrestrial and aquatic animals are often much more abundant in low gradient valleys as habitat is diverse and abundant.  Consequently, activities in the subwatershed where low gradient valleys reside that produce excess sediment, reduce woody material and change discharge dynamics can have a dramatic impact on these areas.  In addition, local impacts that remove woody vegetation, compact riparian soils and damage stream banks can have a profound impact on these important areas.

Results: Only one cluster group out of 7 was dominated by low gradient stream reaches.  A total of only 8 subwatersheds were in this cluster out of a total of 163 subwatersheds.  This is not unusual for the southern Rocky Mountains considering the steep topography and erosional process occurring throughout its length.  The White River National Forest to the Northwest of the Rio Grande had far fewer low gradient reaches and were smaller in length.  None of the clusters identified in the White River assessment were dominated by low gradient reaches out of 435 subwatersheds.  Further description of this driver will be explained in the Ecological Cluster results with subwatersheds and locations identified.

Special Note: The role of stream gradient reaches and their importance could be a valuable tool for future monitoring. As identified previously, low gradient reaches are sensitive to change, as are the plants and animals that inhabit them. By focusing monitoring on these important reaches, species and physical characteristics could be identified and utilized as tools for observing change. In addition, strategies to subsample and identify sampling ability could be developed to meet budgetary constraints as well as time limitations. A similar process is being conducted in the Pacfish/Infish Monitoring Plan (https://www.monitoringresources.org/).

# Results: Aquatic and Riparian Clusters

There were a total of 7 statistically similar clusters identified for the Rio Grande National Forest with discernibly different ecological characteristics. (Table 2). Each of these clusters of subwatersheds revealed characteristics that can be translated in terms of aquatic productivity, sensitivity to management, temperature, aquatic and riparian habitat and stream discharge characteristics. The subwatersheds in each cluster are identified in a map of the Rio Grande National Forest and surrounding landscape to show geographic relationships and for identification (Figure 15).

**Table 2. Results of the Ecological Cluster analysis. Each of the identified clusters contain average percentages of the ecological drivers identified within a particular subwatershed. The dominant driver within each cluster is highlighted in Red, while a "non-dominate" driver exhibiting a value that COULD BE important for management are highlighted in blue.**

| Cluster ID | #HUCs | Stream Gradient | | | Calcareous Geology | | Sediment Size | | | Precipitation Regime | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % Low | % Mod | % High | % Non-Calcareous | % Calcareous | % Fine Grained | % Med. Grained | % Coarse Grained | % Rain & Snow | % Snow |
| R1 | 2 | 9.3 | 18.3 | 72.4 | 37.4 | 62.6 | 0 | 2.7 | 97.3 | 4.1 | 95.9 |
| R2 | 12 | 8.6 | 7.3 | 84.1 | 100 | 0 | 88.5 | 1.9 | 9.6 | 0 | 100 |
| R3 | 52 | 5.3 | 8.8 | 85.9 | 99.3 | 0.6 | 11.2 | 2.2 | 86.5 | 0.2 | 99.8 |
| R4 | 53 | 14.3 | 10.8 | 74.8 | 99.5 | 0 | 53.3 | 5.3 | 40.9 | 0 | 100 |
| R5 | 20 | 29.4 | 23.7 | 46.8 | 95.1 | 3.8 | 12.6 | 2.4 | 83.9 | 1.3 | 98.7 |
| R6 | 14 | 28.1 | 12.2 | 59.7 | 97.8 | 2.1 | 0.9 | 0.1 | 98.8 | 37.6 | 62.4 |
| R7 | 10 | 79.8 | 6.5 | 13.7 | 99.5 | 0 | 2.2 | 0.5 | 96.8 | 72.1 | 27.9 |

The cluster ID and number of subwatersheds within each cluster are in the first column. A total of 6 of the 7 clusters were dominated by high gradient stream channels, which are closely correlated to steep topography, limited floodplains, aquatic and riparian habitats and ability for water storage in valley bottoms. Three of the clusters however exhibited more than 20% of their length in low gradient channels, indicating there could be areas that are quite influential on aquatic and production throughout the streams and riparian areas in each of the clusters, such as instream habitat and the size of riparian communities. These low gradient areas if functioning properly would be areas of groundwater storage in the alluvium in the valley floor.

Rvsd Plan - 00000249

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 15. Results of the Aquatic/Riparian Cluster showing the location of subwatersheds within each cluster.  Cluster numbers and the number of subwatersheds are also listed.**

Rvsd Plan - 00000250

Only 1 cluster (R1) was dominated by calcareous geology, and as identified previously may be extremely important for harboring rare plants, animals and habitats such as springs and fens. As mentioned previously, this geology tends to be quite soluble and allows groundwater to surface where it is present. Downstream habitat for native fish could be important especially as habitat conditions may be more conducive to these fish.

A total of 5 of the 7 clusters were comprised of coarse grained sediment, primarily the result of the igneous, granitic bedrock dominating the Forest landscape. The 2 clusters dominated by fine sediment were primarily the result of weathering of volcanic basalts. These subwatersheds could also be quite productive if Calcium carbonate is released from the dissolved bedrock.

Coarse grained geology has dominated the clusters in all of the analysis areas on National Forests to date (including the San Juan, GMUG, White River, Arapahoe Roosevelt, Pike and San Isabel, Medicine Bow Routt and Bighorn). These results can be attributed to the overwhelming amount of coarse grained producing bedrock in the southern Rocky Mountains.

Because most of the National Forest is above 8000 in elevation, all of the clusters are located in the snow melt hydroclimatic zone. Only portions of 28 subwatersheds were associated with any rain and snow hydroclimatology at lower elevations. These subwatersheds however are fairly unique for the study area and could be important for taxa and habitats that are restricted to this precipitation regime. Wetlands would be expected to be of different character than colder, high elevation wetlands due to the flatter topography. In addition, plant and animal taxa associated with these wetlands could be quite different than the higher elevation wetlands.

# Aquatic/Riparian Cluster 1R

Management Scale Aquatic and RIPARIAN Cluster 1R

- Stream gradient – High

- Geochemistry – Calcareous

- Sediment production – Coarse

- Hydroclimatic regime – Snow

The 2 subwatersheds in the 1R cluster are at mostly high elevations along the North East side of the Sangre de Cristo Mountains, and comprise only 1% of the number of subwatersheds on the study area (Figure 15). Limestone and sandstone is relatively abundant as remnants of an ancient ocean bed. Springs would be expected in these subwatersheds, helping stabilize stream temperatures and increasing ph levels. Streams and wetlands in these HUCs could be quite productive and if instream habitat is adequate, fish and benthic macroinvertebrates densities and biomass could be considerably higher than surrounding streams. Approximately 40% of the geology is comprised of the granitic bedrock protrusion that occurred from the uplifting of the Rio Grande Rift. While the calcareous geology "dissolves" in water over time, the coarse granitic sediment would tend to stay intact on the hillsides and mixed in stream channels.

Tall willows, river birch, and alder are expected along perennial streams, and willows would be the dominate vegetation along intermittent streams. The abundance of calcareous geology that could create opportunities for perennial springs, which would also support well developed riparian vegetation and provide habitats for unique species or riparian communities.

Stream gradients are typically high, but these HUCs average about 18% or more low-gradient channels. If streams are large enough, native fish could thrive in this area. Given the topography, disturbance of coarse soils could result in aggradation in stream channels, and filling of aquatic habitat. The

combinations of gradient, geology, and moderate sediment producing geology would foster a relatively high level of aquatic and riparian productivity compared to other clusters if precipitation is adequate and stream size is large enough.

### Conclusions for Cluster 1R

Although this cluster occupies a limited area of the Rio Grande National Forest, it could represent an extremely important area from a biodiversity standpoint. Caves and springs are known in the area and trout are quite abundant in the stream system on the east side of this area (personal observation), even though the stream gradient is high. Ground water input through springs could harbor relict plants and animals for thousands of years due to the consistent water quality and quantity. In addition, if stream conditions, including habitat are adequate, the streams within this cluster should be very productive, and could be a high priority for the reestablishment of native fish.

# Aquatic/Riparian Cluster 2R

Management Scale Aquatic and RIPARIAN Cluster 2R

- Stream gradient – High

- Geochemistry – Non-Calcareous

- Sediment production – fine

- Hydroclimatic regime – Snow

This cluster occupies 12(7%) of the 162 HUCS in the study area and is located in relatively steep topography and steep streams. They are all located on the west side of the Rio Grande Rift, associated with the San Juan Mountains. (Figure 15). The major feature separating it from the other clusters is the high abundance of volcanic soils. While volcanic rock can erode into different sizes and compositions, the basaltic base of this area produces fine sediment that also forms fine grained soils. There are also granitic rock found in this area, however, the volcanic rocks appear to be quite erodible. This fine sediment erodes easily when rain washes it from the hillsides, especially where vegetation and debris has been removed and ground disturbing activities have left the soils vulnerable.

Depending on the chemical composition of the soils produced, they can be quite fertile as minerals are released as the volcanic sediment dissolves. Indeed, some volcanic soils are considered the most productive of any soil type. Wetland and riparian vegetation in these clusters should also be fast growing and healthy.

Due to its "fine texture", erosion in this cluster can be high during rainstorms and snowmelt runoff. Under natural conditions it would be expected that these fine grain sediments would be transported quite easily downstream and be deposited in only the lowest discharge areas, either on point bars, floodplains or the inside of meanders on low gradient reaches. However, if new sources of sediment have accumulated due to anthropogenic influences, they could overwhelm the energy in the system and be deposited within stream channels and have a major influence on low gradient reaches.

This cluster contains a relatively little low gradient reaches (<10% of total stream length). However, streams in this cluster could be more productive than those with igneous geology for native fish restoration, if all other attributes are the same. Measurements of ph and conductivity could easily tell if the volcanic geology is influencing water quality properties.

### Conclusions for Cluster 2R

Subwatersheds in this Cluster are characterized by steep stream channels and topography (<84% of stream length in high gradient). While some reaches exhibit lower gradient slopes, this cluster is also dominated by small size volcanic sediment. These sediments should produce productive riparian areas, and the small sediment size could dissolve and improve water chemistry and productivity. Erosion could be high if considerable anthropogenic activities have occurred that expose soils. These fine grained sediments has the potential to reduce riparian and especially stream habitat if they overwhelm the systems. Low gradient reaches that show significant sedimentation and stress are most likely a result of upstream activities. Wide, shallow and exposed low gradient stream reaches could result in poor habitat conditions and especially elevated stream temperatures.

# Aquatic and Riparian Cluster 3R

- Stream gradient – High

- Geochemistry – Non-calcareous

- Sediment production – Coarse

- Hydroclimatic regime – Snowfall

There are a total of 52 (32% of the total subwatersheds) in this Cluster. This is the second most dominant cluster in the study area and would be expected with the overall high elevation, igneous geology dominating the area, and relatively steep topography. The subwatersheds are distributed throughout the study area, but are most pronounced in a north/south direction on the west side of the San Luis Valley flanks and mountains and into the high elevations to the north (Figure 15).

The dominant ecological driver characteristics indicate most streams in this cluster are not particularly sensitive to changes in either water or sediment input (Table 2). Igneous, granitic bedrock dominates the entire San Luis valley, accept where there has been volcanic activity. Stream channels would tend to be fairly stable because of the coarse-grained soils and stream banks that under normal conditions would be fairly embedded. However, in the relatively few areas where there are low gradient stream channels with increased habitat, deposition could be influenced by the erosional properties upstream. If riparian vegetation is stabilizing stream banks in these areas should result in increased stream depths on the outside of menders, where velocities are highest. However, increased erosion, discharge, soil exposure and loss of woody riparian vegetation rooting from past and current anthropogenic activities could have extensive impacts on habitats in this cluster because the overall stream energy is very high. Streams that carry additional sediment will have a considerable amounts deposited in the stream channel, where further movement would be very difficult. Midstream gravel bars could form in areas of reduced velocities, forcing streams to move laterally into the banks, causing more erosion and increasing the width depth ratio of the channel. These conditions are extremely difficult for the stream energy to change, and physical alterations might be necessary to reverse the process.

Groundwater input to the surface would be expected to be limited to isolated wetlands with groundwater characteristics (e.g. springs and fens) that are not interconnected. High elevation valleys would contain an abundance of wetlands due to the variable topography, high precipitation and terrain developed by glacial movement. Surface water driven wetlands would also be widely distributed in concave depressions and conducive to collecting surface runoff.

The abundant gravel and cobble is associated with relatively stable stream channels and banks. Riparian vegetation would be abundant along small and larger streams, willow-dominated vegetation at higher elevations, and taller willows, cottonwoods, and alder at lower elevations. It would be expected that some

Rvsd Plan - 00000253

of the larger stream channels are found in this cluster, providing additional habitat for native trout and other fish. The potential for "high quality" recreational fishing opportunities are most likely found in this cluster.  There should be abundant habitat in these areas due to larger channels, which would improve longevity and growth of sport fish.  There would appear to be limited opportunity for larger tributaries to the Rio Grande River on most of the Rio Grande National Forest, and maximizing stream habitat conditions would be a major goal to keep the high quality experience.

 Instream productivity would in large part be dependent on food sources and detritus from outside the stream system (allochthonous), with energy in the form of sunlight and nutrients from riparian detritus being more important seasonally.  Trout and riparian food from terrestrial invertebrates typically dominates food for fish especially during the snowmelt runoff period and fall. To sustain adult fish and riparian taxa, riparian areas would need to be healthy, with woody vegetation being abundant and at a mid to late seral stage for shading purposes and sources of terrestrial food and detritus. High elevation, small streams would especially be unproductive as ph would probably be less than neutral, temperature and habitat would also be limited.  While native trout would no doubt be present where habitat is acceptable, their populations could be limited by a number of factors.

Conclusions: In a natural state, the aquatic systems in this cluster would be expected to be quite resistant to sediment movement, albeit stochastic influences such as wild fire could cause short term inputs the steep topography.  The resiliency of these areas would be quite high following natural events and recover quickly much quicker than impacted systems.

However, if anthropogenic influences reduced resiliency, large amounts of coarse sediment could enter stream areas and wetlands, depositing in important habitats.  Moving unnaturally elevated material with normal flow regimes would be extremely difficult, leaving wide, shallow and homogenous stream channels with little productivity.  Smaller order stream reaches receive less sediment due to their limited watershed area. Larger streams that have been impacted over decades can be restored with care, to focus restoration efforts where impacts, risk and opportunity are greatest.

The limited low gradient reaches would be important for monitoring subwatershed conditions, due to their sensitivity.  Stream temperature, sediment deposition, riparian development, biota and morphology are variables that can be quantified in these areas.

# Aquatic and Riparian Cluster 4R

Management Scale Aquatic and Riparian Cluster 4R

- Stream gradient – High

- Geochemistry – Non-calcareous

- Sediment production – Fine

- Hydroclimatic regime – Snow melt

Subwatersheds in cluster 4R are primarily at high elevations, dominated by high gradient stream channels. There are a total of 53 subwatersheds (33% of the total) in this cluster that has the highest percentage of fine grained sediment producing geology of all the clusters. Fine grained sediment producing geology accounts for the second highest percentage with 53% (Table 2). These subwatersheds are all located in the western portion of the Forest, from the north to the southern boundaries (Figure 15).  The high proportion of both coarse and fine sediment producing geology in this portion of the landscape is a direct result of the igneous and volcanic bedrock underlying the entire Cluster.  The process that caused this geologic change is explained in Figure 13.  The combination of these geologies can influence the aquatic systems

Rvsd Plan - 00000254

typical of that explained for Cluster r4, where coarse grain sediment dominated and Cluster r3 that was dominated by fine grained sediment.

The location of each of these 2 geologies and amount exposed would predict which would have the most influence on aquatic and riparian systems. For instance, a subwatershed that is primarily comprised of igneous bedrock in all but the lowest elevation would be expected to be relatively stable with larger substrate and reduced erosion unless disturbed. Groundwater could be exposed through fissures and faults that reach the ground surface. The lower section could have significantly more unstable soils but more productive. Of course, combinations of the 2 would be found in many subwatersheds. Wetlands could be formed by the "cementing" of fine grained material to form impervious depressions on the landscape and runoff from the surrounding landscape. Groundwater surfacing from volcanic sediments could form underground water pressure moving upward through the unconsolidated fine grained sediment, as well as gradual solution of the basaltic geology. Riparian and wetland soils would be expected to be deeper and more productive in the areas with finer sediment.

Where the fine and coarse sediment have "mixed", natural rain events could destabilize the sediment by moving the fine material easily, dislodging the coarser material as well. Once the sediment has entered the stream channel, sorting would most likely occur, with fine grained material moving further downstream and the igneous sediment settling more rapidly. Again, the volcanic fine sediment could influence and raise ph levels slightly, accounting for higher productivity. Groundwater would be greatly influenced by the permeability of the combination of each of the geologic types, depending on the dominant geology.

Conclusion: This large, mixed geology cluster has the most heterogeneous characteristics of any of the clusters. Several ecological drivers are similar to Cluster 2: 1. Both are dominated by high stream gradient and topography, with R4, less so, 2. Both are in high elevation, snowmelt driven systems, 3. R4 contains significantly higher amounts of fine sized sediment that will produce more productive and deeper soils for riparian and wetlands. The increased amount of low gradient stream channels in R4 and potentially higher productivity could be a reason to address riparian condition and stream habitat in relationship for native and desired non-native fish and riparian vegetation management. From that standpoint, some subwatersheds in may have similar riparian and stream habitat potential.

# Aquatic and Riparian Cluster 5R

Management Scale Aquatic and Riparian Cluster 5R

•        Stream gradient – High

•        Geochemistry – Non-calcareous

•        Sediment production – coarse

•        Hydroclimatic regime – snow melt

There are 20 (12%) subwatersheds in this cluster. Most are located in the western and southern part of the Forest, although there are 4 located in the extreme northern portion of the Forest (Figure 15). Of particular importance is that a considerable portion of the streams that are in low and medium gradient stream channels (Table 2). This cluster exhibits the second highest percentage of medium and low gradient stream gradient (Cluster 7 being the highest) of any Clusters.

Although the geology produces predominately large sediment, the terrain exhibits lower slopes than other clusters, resulting in reduced natural erosion, and wide riparian valleys to buffer some stream channels. Anthropogenic activities that reduce riparian and wetland cover and expose sediment could result in

Rvsd Plan - 00000255

considerable damage in the low gradient reaches.  These habitats would be valuable for plant and animal diversity due to the abundance of surface and ground water and associated riparian vegetation.  In addition, there should also be an abundance of low gradient meandering stream channels with considerable instream habitat (e.g. water depth) for fish, beaver and other aquatic and semi-aquatic species.  Surface fed wetlands would also be expected to be more numerous in this Cluster.

Groundwater storage in low gradient stream channels could also be abundant if stream channels have not degraded significantly, and riparian vegetation is maintaining soils.  The coarse sediment that is abundant in this cluster maintains interstitial spaces large enough to store considerable water in the floodplains that could be released slowly in drought years, maintaining downstream flows.  In addition, artesian springs and associated wetlands would be present in the wide valley bottoms if storage capacity is maintained.

Wetlands would be quite variable in terms of characteristics due to the highly variable landscape.  While the geology appears to be granitic, fissures could result in ground water surfacing, while lower slope landscapes could capture water in depressions and small catchments.

Conclusions: This cluster has a diversity of stream gradients, valley types and topography.  Instream and riparian habitat in particular are diverse, and have the potential for good instream and riparian habitat that are not abundant throughout the Forest.  Riparian and stream restoration where necessary could be a priority for these subwatersheds.  The variety of topography could result in different forms and abundance of wetlands.  Fishery resources could also be a priority as low gradient channels are important for native and non-native recreational fisheries. The potential for large riparian areas would also be important for wildlife and riparian restricted plants

# Aquatic and Riparian Cluster R6

Management Scale Aquatic and Riparian Cluster R6

•        Stream gradient – High

•        Geochemistry – Non-calcareous

•        Sediment production – coarse

•        Hydroclimatic regime – rain and snow (72%)/ snow (30%)

There are 14 (8%) subwatersheds in this cluster (Table 2) that are located partially within the Sangre de Cristo Mountains (Figure 15) and exhibits the second highest area within the rain and snow driven hydroclimatology of any Cluster.  These characteristics could have a major influence on flora and fauna, as they are mostly at lower elevations, and represent a transition between the valley floor and mountains (figure 9).  It should be noted however that a high percentage of the Rio Grande National Forest boundary is in the Snow melt driven zone but have influences from both precipitation zones.  A portion of this Cluster is also within the Great Sand Dunes National Monument. As mentioned previously, aquatic taxa have evolved their life history strategies to coincide with the most beneficial times of the year, especially considering temperature and annual hydrograph characteristics.  There could be changes in taxa and population structures of fish, benthic macroinvertebrates and plants as a result of the warming in some portions of these subwatersheds if they exhibit different characteristics.  One important characteristic of the subwatersheds in this Cluster along the Sangre de Cristo Mountains is that they enter the alluvium at the foot of the mountains and flow underground. Some of the water surfaces further out into the valley, creating wetlands and streams.  These conditions, along with the influence of some limestone geology produce unique characteristics within their boundaries for plants and animals.

Subwatersheds located on the west side of the valley in these clusters are also relatively low in elevation, with a relatively low percentage of their area within the National Forest boundary. However, due to the variable conditions there they could also be investigated for unique ecosystems and/or taxa.

The high variability in the hydroclimatology in most of this cluster is due to more rain events in the spring-fall as well as the snow melt influence. This variability plus influences of management could cause considerable erosion and sediment movement during rain events. The coarse material entering the stream channels and wetlands would be difficult to move onto floodplains and out of surface water driven wetlands. In addition, surface water dependent wetlands, such as marshes would be expected in the lower elevations, resulting from flatter topography and increased surface water runoff throughout most of the year (Wohl et al, 2007). The diversity of aquatic and semi aquatic wetland dependent animals such as southern leopard frogs (Rana sphenocephala) and many different species of birds would be expected in these habitats.

Conclusions: This cluster has characteristics of both the higher elevation and mid-elevation hydroclimatology. While these boundaries represent a "shift" in ecological drivers, they are not precise. There still could be characteristics of both zones however, with variability in wetlands, precipitation and taxa of plants and animals. Due to these factors, the elevation portion of these subwatersheds in cluster R6 that are at lower elevations may have a much different plant, animal and aquatic habitat type than the upper elevations. With streams flowing subsurface for a distance once they reach the valley floor, very unique conditions persist in this Cluster both inside and outside the Forest boundary. Much of the valley floor has been managed quite intensively for agriculture and may not have the unique characteristics of the Forest Service. Closer examination of these areas could result in finding unique taxa and habitats, or the opportunity for restoration efforts. The streams upstream from the valley floor may be important for native trout or other taxa restoration as a "natural" barrier exists for many streams. Along with the National Park Service, public land is abundant and dominates several of these subwatersheds, Restoration of native fish could be administratively more efficient where federal land ownership occurs.

# Aquatic and Riparian Cluster R7

Management Scale Aquatic and Riparian Cluster R7

•       Stream gradient – Low

•       Geochemistry – Non-calcareous

•       Sediment production – coarse

Hydroclimatic regime – snow (72%)/ rain and snow (28%)

Results: There are 10 subwatersheds (13%) in this cluster (Table 2). The subwatersheds occupy a very small portion of the National Forest, with the majority being located on the valley floor and at the foot of the Sangre de Cristo Mountains, including the Great Sand Dunes National Monument (Figure 15). The very small portion of this cluster on the National Forest lands are located at high elevations and may be mostly in the alpine or sub-alpine ecosystem. This area would be expected to have high snow accumulation and considerable soil saturation, being conducive to wetland development. The lower elevation of the cluster occupies a significant portion of the National Monument, as well as some of the toe slope of the mountain range where erosion from glacial activity and runoff deposited coarse material. Stream gradient on the National Forest would be expected to be mostly steep, although some calcareous geology may persist with groundwater fed springs being present, similar to Cluster r6. While active management appears to be relatively limited (see Assessment 1), there could be rare flora and fauna in these high elevation, potentially spring fed systems.

Conclusions: This cluster is predominately characteristic of the valley floor and toe of the Sangre de Cristo Mountains.  There is little representation on the Forest of this cluster that could be considered a different ecosystem type than R6.  The overwhelming percentage of this cluster in the valley floor dominates the ecological drivers in the entire cluster.  As such, the portion of this cluster found on the National Forest is most likely similar to R6.  The Sangre de Cristo Mountain range with this Cluster type could have rare and/or important flora and fauna that are associated with high elevation groundwater fed wetlands.

# Appendix - Ecological Drivers Not Included In The ARWA Process, But Pertinent To Assessment 3 For The Rio Grande National Forest Plan Revision

Rvsd Plan - 00000260

# Stream Density As A Driver For Riparian And Aquatic Habitat Considerations

Dave winters and Thomas Tanyae
USDA Forest Service
Rocky Mountain Region

Numerous habitat requirements have been shown to influence salmonid and other aquatic organism's success in stream environments (Bjorn and Reiser, 1991). In addition, riparian habitats require the ecological form and function of riverine systems and resulting floodplains for their existence. It is not the purpose of this document to identify stream length or density within the subwatershed scale as "overriding" other habitat considerations, there are numerous other environmental and anthropogenic factors that are important individually or cumulatively that have major influences on plant and animal populations. However, in the arid and semi-arid Rocky Mountains, water is an extremely valuable commodity for increasing human populations, and the impacts from past management activities have either depleted water or influenced the form and function of streams and riparian areas (Wohl, 2001). The density of permanent stream networks is a "tool" that we can measure remotely that may identify needs to evaluate these systems at a finer scale. Fine scale influences, such as human caused fragmentation, habitat reduction, increased fire, vegetation removal and pollutants as well as predicted influences from a changing climate indicate that identifying the largest "patch size" for restoration and maintenance of aquatic, wetland and riparian ecosystems and taxa may be a consideration for management (Isaak, et al. 2012).

The purpose of this analysis was to identify the densities of permanent stream channels in the study area, assisting managers identify priorities and develop plans for restoration and protection as well as provide high value recreational fishing opportunities. Abundant riparian and wetland ecosystems would also be expected to persist in these areas, with increased plant and animal biodiversity more abundant and potentially more stable.

Results of this analysis are provided in Figure 16. There are 23 subwatersheds within the Rio Grande National Forest that are in the highest quantile for stream density, ranging from 0.3 to 0.2 miles of stream per acre for the 10 highest density subwatersheds. There appears to be a high correlation between elevation and these high density subwatersheds that is not surprising given that precipitation generally increases, and temperature decreases with elevation in the Rocky Mountains. Based on these results, the San Juan and Weminuche Wilderness areas may be "strongholds" for native taxa in the future. In addition, these subwatersheds are less "actively" managed and could continue to provide colder and less impacted water to lower elevations, especially if the effects of climate change will increase water temperatures at lower elevations. Stream size is also generally considered a good predictor of potential habitat and population size of aquatic species in the Rocky Mountains. There are several subwatersheds that exhibit relatively stream density (quantile 2-3) that would also be expected to have somewhat higher stream temperatures, and increased stream and riparian habitat complexity. Maximizing recreational fishing opportunities for non-native sport fish may be important in these areas where the public can easily access them, which benefits the local economy as well.

Rvsd Plan - 00000261

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 16. Stream Density results (miles of permanent stream/ acre/6th level HUC) for the Rio Grande National Forest and surrounding landscape. Most of the highest density subwatersheds are located on the northern and western portion of the basin at high elevations.**

## Management Considerations

Stratifying the study area by stream density presents several important management considerations and options. First, areas with high density and quality could be considered the highest priority for stream and

riparian related management.  The relatively high number of these subwatersheds in the western portion of the national forest may be more productive, due to the potential for volcanic soils releasing important micro nutrients.  However, in the Sangre de Cristo mountain range, the presence of calcareous geology may provide very high habitat conditions as well, given lower stream densities.  Special consideration of subwatersheds located in the Sangre's where stream density and productivity is high could be very important for restoration consideration. The highest density subwatersheds identified in Wilderness designated landscapes could be considered as being important "strongholds" for aquatic, riparian and wetland species if water temperatures and associated influences, such as modified hydrology and invasive species establishment occur at lower elevations.  They could also be considered for the reestablishment of native Rio Grande cutthroat trout that may be at risk from climate change at lower elevations in the future.

# Wetlands in Glaciated Areas of the Rio Grande National Forest: Supplemental Information for Forest Planning

Joe Gurrieri, Dave Winters, Dennis Cleary, Thomas Tenyah

## Introduction

The Rio Grande National Forest (RGNF) contains thousands of acres of high quality wetlands and other groundwater dependent ecosystems that provide essential services to the Forest and lands downstream. A disproportionately large number of wetlands occur in the glaciated areas of the forest. Understanding of wetland occurrence in relation to the geomorphology of the forest can help guide forest planning and management decisions pertaining to aquatic ecosystem sustainability, restoration, and climate change resilience (FSM 2881, FSH 1909.12 - Chapters 10, 20, and 30). For detailed information on incorporating groundwater dependent ecosystems into forest planning see Forest Service, National Groundwater Program, and Working Guide: Evaluating Groundwater Resources for Forest Planning, Release 1 – October 20 2015.

## Geomorphology and Wetland Development

The most significant natural force in wetland creation in the northern hemisphere has been glaciation (Hammer 1996) and glaciation was a major factor in creating the wide variety of wetland habitats in the Rocky Mountains (McKinstry et al. 2010). Mountain valleys in the Southern Rocky Mountains are relatively young topographical forms created by the erosional and depositional effects of streams and glaciers (Windell et al. 1986). Glaciation has had a large influence on landforms at high elevations through large-scale erosional and depositional processes and has a large influence on the presence and distribution of wetlands (Rocchio 2006). Glacial features such as moraines and kettle ponds often result in a landscape conducive for fen formation. Terminal or lateral moraines often create a confined basin where impounded subsurface and/or surface water allow for peat accumulation (Windell et al. 1996; Cooper 1990; and Cooper 2005) whereas kettle ponds promote fen formation along the fringes. In addition, glaciation has created wide, relatively level mountain valleys where large wetland complexes tend to form (Rocchio 2006). Fens often form in these valleys due to the presence of permeable unconsolidated aquifers and springs supplied by snowmelt from adjacent hillsides (Cooper 1990).

High mountain wetlands in glaciated areas are fundamentally different than wetlands occurring at lower elevations that were never glaciated (Cooper and Lee 1987). Glacial moraines deposited during the Pleistocene have modified surface runoff and groundwater storage, roughening the topography and impeding drainage. Wetlands within the zone of glaciation have cold soils, often accumulate peat, and are greatly influenced by snowmelt water in early summer (Cooper 1990). Wetlands often form in the depressions in such landscapes if the water table is close to land surface. Most of the depressions do not have streams entering or leaving them; therefore, streamflow generally is not a major source of water to the wetlands. Wetlands in these areas receive their water supply from precipitation and groundwater discharge.

Many types of wetlands occur in the Rocky Mountains with palustrine emergent wetlands being an ecologically important type. Some palustrine emergent wetlands are classified as fens. Fens in Colorado belong to the Rocky Mountain Subalpine-Montane Fen Ecological System (Nature serve, http://explorer.natureserve.org/servlet/NatureServe?searchSystemUid=ELEMENT_GLOBAL.2.722842). Fens are confined to specific environments defined by groundwater discharge, soil chemistry, and peat

Rvsd Plan - 00000264

accumulation of at least 40 cm. Most fens in the Rocky Mountains are considered Intermediate to rich fens, however this system includes extreme rich and iron fens, both being quite rare (Rocchio 2006). Fens form at low points in the landscape or near slopes where groundwater intercepts the soil surface. Groundwater inflows maintain a fairly constant water level year-round, with water at or near the surface most of the time. Constant high water levels lead to accumulation of organic material. In addition to peat accumulation and perennially saturated soils, the extreme rich and iron fens have distinct soil and water chemistry, with high levels of one or more minerals such as calcium, magnesium, or iron (Rocchio 2006).

Rich and extremely rich fens are found in areas underlain by limestone. Water chemistry ranges from neutral to alkaline and is usually distinctly calcareous. Marl deposits (precipitated calcium carbonates) are common in these systems. Tufa deposits or terraces can be seen in some rich fens and are composed of virtually pure calcium carbonate at the soil surface, formed by continuous discharge and evaporation of calcite saturated groundwater.  Calcareous rock units on the RGNF are confined to the Sangre de Christo Range (Figure 13). Volcanic rocks in the western part of the forest are not typically considered calcareous however pH values can be alkaline. The median pH values for groundwater wells sampled by the USGS in Park County, Colorado were 7.6 standard units for the volcanic-rock aquifers and the predominant cation and anion were calcium and bicarbonate (Ortiz 2004). It may be possible for groundwater of this chemistry to produce rich fens and diverse spring habitats.  Rich fens and other diverse springs can also be found on glacial sediments derived from calcareous bedrock and moved downslope.

Digitized NWI mapping by Lemly (2012) provides an estimate of 38,174 acres of wetlands and 4,687 acres of lakes, rivers, and streams on the RGNF. This estimate represents approximately 2% of the land area within the Forest, a proportion that is similar to coarse estimates calculated for the entire state of Colorado (Dahl 1990). An independent analysis using NWI mapping was conducted by the Region 2 staff.  Our analysis shows that 50% of palustrine wetlands within the forest boundary are in glaciated zones, yet glaciated zones comprise only 30% of the RGNF (Figure 17).  These results show a disproportionate amount of wetlands in glaciated areas.  These areas are extremely important for their biodiversity as well as functioning as natural "reservoirs", which release water slowly to downstream reaches.

Climatic variables influence hydrological processes, so any change in precipitation, evapotranspiration, snow accumulation and snow melt will influence recharge to groundwater systems. Future climate change will affect recharge rates and, in turn, groundwater levels and the amount of groundwater available to support springs and wetlands (Ludwig and Moench 2009). Land use changes can also alter watershed conditions and generate responses in biological communities and processes. Land use changes may even override hydrologic modifications caused by large-scale climate shifts.

Lemly reports that 65% of all NWI mapped acres occur in the subalpine ecoregions, and another 29% of NWI acres occur in the alpine zone. These ecoregions also correspond to the areas that have been glaciated. Lower elevation zones represent very few wetland acres.



**Figure 17. Distribution of wetlands in comparison to the extent of glaciation on the Rio Grande landscape. A total of 50% of the current wetlands on the Rio Grande National Forest are located within Glaciated areas.**

In the western United States, winter and spring air temperatures have increased (Folland et al. 2001), the onset of snowmelt is earlier, and the snow water equivalent of snowpack has decreased. These and other indicators are especially important for groundwater dependent ecosystems, and have implications for groundwater recharge, which maintains springs, wetlands, soil moisture, and stream baseflows. In mountainous terrain, snowpack is the main source of groundwater recharge (Winograd et al. 1998). Higher minimum temperature can reduce the longevity of the snowpack, and decrease the length of time aquifer recharge can occur in various lithology's, potentially leading to faster runoff and less groundwater recharge. Decreased groundwater recharge can negatively affect aquatic biota and reduce wetland habitat. Unfortunately, the lack of comprehensive data on groundwater-surface water interactions precludes modeling efforts to determine current groundwater resources and predict changes due to climate (Drexler et al. 2013).

The hydrogeologic setting is important to consider when assessing the climate induced changes to groundwater systems. Geologic units will respond differently to changes in precipitation due to their hydrogeologic properties (hydraulic conductivity, primary vs secondary porosity, fractures vs porous media, etc.). On the RGNF several different hydrogeologic settings can be delineated (igneous/metamorphic, volcanic aquifers, and unconsolidated glacial/alluvial aquifers).

The properties of aquifers are essential to consider; small, shallow unconfined aquifers respond more rapidly to climate change, whereas larger and confined systems have a slower response. Alpine glacial deposits generally support small, unconfined and shallow aquifers. These are more likely to have renewable groundwater on shorter time scales and will be particularly sensitive to changes in climate (Winter 1999; Sophocleous 2002).

The recharge characteristics of different hydrogeologic settings also influence vulnerability to climate change. For example, igneous and metamorphic rocks that exhibit low permeability and porosity, low volume groundwater discharges to groundwater dependent ecosystems, and are recharged only during large infrequent precipitation or snowmelt events, may be less influenced by climate change than unconsolidated or basalt aquifers that have high permeability and porosity, larger volume discharges to groundwater dependent ecosystems, and are recharged more frequently.

The effects of climate change on groundwater dependent ecosystems will differ as a function of local geology and specific climatic variables. In a study that combined examination of aerial photography (over 50-80 years) and climate analysis, Drexler et al. (2013) showed that five fens in the Sierra Nevada (California) decreased 10 to 16 percent in area. This decrease in area occurred over decades with increased annual mean minimum air temperature and decreased snow water equivalent and snowpack longevity. However, two fens in the southern Cascade Range, underlain by different geology than the Sierra Nevada, did not change in area. The volcanic lithology's of the Cascade sites, with high groundwater storage capacity, likely affected recharge of groundwater.

Changes to groundwater levels can alter the interaction between groundwater and surface water (Hanson et al. 2012). Groundwater storage acts as a moderator of surface water response (Maxwell and Kollet 2008). Climate-induced changes in groundwater/surface water interactions will directly affect stream baseflows and associated springs and wetlands (Earman and Dettinger 2011; Kløve et al. 2012; Candela et al. 2012; Tujchneider et al. 2012). Changes in groundwater can change wetland water balances, leading to lowered water level and reduced groundwater inflow. For terrestrial and riparian vegetation, a shift in location, as well as in species composition, can occur.

A reduction in average groundwater level tends to promote soil aeration and organic matter oxidation. The generation and maintenance of peat soils over time depend on stable hydrological conditions, and in recent studies of peatlands exposed to groundwater lowering, soil cracking, peat subsidence and

secondary changes in water flow and storage patterns have been observed (Kværner and Snilsberg 2008, 2011).

Freshwater springs are dependent on a continuous discharge of groundwater and form subsurface–surface water and aquatic–terrestrial ecotones, which are important components of aquatic biodiversity (Ward and Tockner 2001). Springs and spring brooks are physically stable environments that support stable biological communities (Barquin and Death 2006). Biota with low dispersal abilities and long generation times are more common in permanently flowing springs, whereas biota with strong dispersal ability will be favored in non-permanent habitats (e.g. Erman and Erman, 1995; Smith and Wood, 2002).  Climate change induced modifications of recharge may have a profound impact on spring communities. Such changes may be reflected in decreased summertime flows with possible drying, but also increased winter flow and associated flooding that can affect biological communities (Green et al. 2011).

# Management Considerations

Management of aquatic systems begins with inventory of the types and condition of existing resources. The Forest Service has published several guides to inventory of aquatic systems including the Groundwater Dependent Ecosystem Inventory Field Guides (USDA Forest Service 2012). These field guides provide protocols for inventorying palustrine wetlands and springs.

Land uses surrounding palustrine wetlands and springs can potentially alter the hydrology and nutrient inputs of these systems, thus changing their underlying processes. Draining, water developments, heavy cattle use, ORV use and irrigation practices can alter hydrology and result in the loss of species diversity. Increased land use within 100 meters has been found to be correlated with increased nutrient levels in peatlands, suggesting that setbacks should be 100 meters or more for adequate protection (Jones 2003).

Heavy cattle use in palustrine systems can alter the hydrology by damaging soils. Soil compaction and pugging within the peat layer will change surface water flow. Heavy cattle use can also alter the successional processes within the sedge- dominated area of a fen. Cattle hoof action can lead to pugging and hummocking, creating microsites where shrubs can become established, changing the sedge-dominated meadow to Carr shrubland.

# Projected Future Change in Mean Annual Flow for Streams within the Rio Grande National Forest and surrounding ecosystem: Focus on Climate Change

Amarina Wuenschel and David Winters
USDA Forest Service
Rocky Mountain Region

Current climate change efforts have predicted future changes in influence streamflow through altered temperatures, precipitation patterns and frequency of catastrophic weather events and this will in turn impact physical processes and organisms not only within these streams but throughout the ecosystems these streams feed (Reiman and Isaak, 2010). Fish and other aquatic organisms are likely to be most directly and dramatically affected by changing hydrologic flows, particularly those species adapted to specific flow regimes (Wenger et al. 2010). To estimate future change in flow metrics for the Rio Grande National Forest, we used modeled mean annual flow metric data (Wenger et al. 2010) which predict flows in 2040 and 2080 (Figure 18 and Figure 19).  By predicting where flows will change most dramatically across the Rio Grande National Forest due to climate change, the Forest can identify potential areas to focus management efforts on.

Rvsd Plan - 00000269



**Figure 18. Percent difference in historic mean annual flows relative to flows projected for 2040 on the Rio Grande National Forest. The southern Sangre de Cristo mountain range and streams at the lower elevations are predicted to have the largest change under unregulated conditions.**

Rvsd Plan - 00000270

Appendix 2 to Assessments 1 and 3:
Aquatic and Semi-aquatic Ecological Drivers



**Figure 19. Percent difference in historic mean annual flows relative to flows projected for 2080 on the Rio Grande National Forest. Mean annual discharge will decline for all; most streams are expected to be reduced by more than 5% in 2080.**

The most dramatic reduction in projected flows is forecasted for the Sangre de Cristo Mountains (Figure 18, Figure 19, and Figure 20) and the portions of the Forest adjacent to the San Luis Valley (Figure 18 and Figure 19). These patterns are consistent between the 2040 and 2080 projections with relatively greater decrease estimated for 2080. At the extreme of the predictions, we estimate as much as a 20% decline in flow levels for some streams in 2040 and as much as a 30% decrease by 2080. Conversely, increases in flows are forecasted for the Cochetopa Hills in 2040 and 2080 (Figure 18, Figure 19, and Figure 21) but with flows on some streams predicted to be declining by 2080. The central portion (moving from south to north) of the Rio Grande National Forest is expected to experience more variability and relative larger declines in mean annual flows (Figure 21). Lower elevation streams are expected to have more variability in discharge and larger declines in flows relative to historic levels (Figure 22), and more pronounced reductions and variability in flows expected in 2080 than 2040. Relative to original, historic flow levels, we expect larger relative declines and more variability in streams with lower overall flows (Figure 23).

Rvsd Plan - 00000271



**Figure 20. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from west to east (top) across the Rio Grande National Forest. The relatively high percentage change in the east boundary can be explained by the influence of the Sangre de Cristo mountain range where mean annual flows are expected to be reduced as much as 30% in some years by 2080.**



**Figure 21. Changes in predicted difference in mean annual flow (for 2040 and 2080) shown from south to north (bottom) across the Rio Grande National Forest. The estimated increase in mean annual flows in the north (bottom) can be explained by the high elevation Continental Divide.**

Rvsd Plan - 00000272



**Figure 22. Percent difference in mean annual flows in 2040 and 2080 relative to elevation of stream reach midpoint.**



**Figure 23. Percent difference in mean annual flows in 2040 and 2080 relative to historic flow levels on the Rio Grande National Forest.**

## Conclusions

The influence of long-term stream flow modification from climate change research are limited (Reiman and Isaak, 2010). However, available information indicates that lower elevation streams and those with limited base flows should be management priorities as they will most likely be influenced in the future. The analysis we conducted showed that discharge could be significantly reduced, variability could be much higher, and declines in fish and other aquatic biota on the Rio Grande National Forest would be expected if these conditions occurred (Wenger, et al., 2011). To mitigate the impacts of projected reductions in flows, management could focus on maintaining stream structure and surrounding vegetation within their perceived natural range of variation particularly at streams, wetlands and riparian areas thought to be more vulnerable to climate change (Dawson, 2011). Keystone species such as beaver that

Rvsd Plan - 00000273

act to restore streams to more natural flow rates and water table levels could be managed to maintain stream function and store water naturally on the landscape. Activities that have/are influencing the natural hydrology, physico/chemical parameters and habitat of these water dependent ecosystems (see in large part Meehan, 1991) could be a focus of discussion when project NEPA is being conducted.  While it is important to understand that there is variability in this modelling effort,  monitoring data on stream flow rates and temperatures should be collected and reviewed periodically where on the Rio Grande National Forest streams and their associated ecosystems are threatened by climate change.

# References Cited

Barquin, J., Death, R.G., 2006. Spatial patterns of diversity in New Zealand springs and rhithral streams. J. North Am. Benthol. Soc. 25, 768–786.

Batagelj, V., 1988. Generalized Ward and related clustering problems,

In. H.H. Bock, ed., Classification and Related Methods of Data Analysis,

North-Holland, pp. 67-74

Bjorn, T.C. and D.W. Reiser. 1991. Habitat requirements of salmonids in streams.

IN. Meehan, W. Ed. Influences of Forest and Rangeland Management on salmonid fishes and stream habitat. Amer. Fish. Soc. Special Publication 19:83-138

Candela, L., von Igel, W., Elorza, F.J., Jimenez-Martinez, J., 2012. Impact assessment of combined climate and management scenarios on groundwater resources, pp. 191–204. In: Treidel, H., Martin-Bordes, J.J., Gurdak, J.J. (Eds.), Climate Change Effects on Groundwater Resources: A Global Synthesis of Findings and Recommendations. International Association of Hydrogeologists (IAH) – International Contributions to Hydrogeology, Taylor & Francis Publishing, 414p.

Chadde, S.W., J.S. Shelly, R.J. Bursick, R.K. Moseley, A.G. Evenden, M. Mantas, F. Rabe, B. Heidel. 1998. Peatlands on National Forests of the Northern Rocky Mountains: Ecology and Conservation. Gen. Tech. Rep. RMRS-GTR-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 75 p.

Cooper, D.J. 1986. Community structure and classification of Rocky Mountain wetland ecosystems. In: An ecological characterization of Rocky Mountain montane and subalpine wetlands. Edited by: J.T. Windell et al. U.S.D.I. Fish and Wildlife Service, Biological Report 86(11). Washington, DC.

Cooper, D. J., and L. C. Lee. 1987. Rocky Mountain wetlands: ecosystems in transition. National Wetlands Newsletter 9(3): 2-6.

Cooper, D.J. 1990. Ecology of Wetlands in Big Meadows, Rocky Mountain National Park, Colorado. U.S. Fish and Wildlife Service, Biological Report 90(15).

Cooper, D.J. and R. Andrus. 1995. Peatlands of the west-central Wind River Range, Wyoming: Vegetation, flora and water chemistry. Canadian Journal of Botany 72:1586-1597.

Cooper, D.J. 2005. Analysis of the Strawberry Lake fen complex, Arapaho National Forest, Colorado. Unpublished Report prepared for the U.S. Forest Service, Fort Collins, CO. Dept. of Forest, Rangeland, and Watershed Stewardship, Colorado State University, Fort Collins, CO.

Cooper, D.J and D. M. Merritt. 2012. Assessing the Water Needs of Riparian and Wetland Vegetation in the Western United States. General Technical Report. RMRS_GTR_282. Fort Collins, Colorado 125 p.

Dahl, T. E., 1990. Wetlands losses in the United States 1780s to 1980s. U.S. Fish and Wildlife Service, Washington DC.

Dethier, D.P. 2001. Pleistocene incision rates in the western United States calibrated using Lava Creek B tephra. Geology 29, p. 783-786.

Rvsd Plan - 00000275

Drexler, J.A., Knifong, D.; Tuil, J. [et al.]. 2013. Fens as whole-ecosystem gauges of groundwater recharge under climate change. Journal of Hydrology. 481: 22–34.

Earman, S., Dettinger, M., 2011. Potential impacts of climate change on groundwater resources – a global review. J. Water Clim. Change 2 (4), 213–229.

Erman, N.A., Erman, D.C., 1995. Spring permanence, Trichoptera species richness, and the role of drought. J. Kansas Entomol. Soc. 68 (2), 50–64.

Folland, C.K., Rayner, N.A.; Brown, S.J. [et al.]. 2001. Global temperature change and its uncertainties since 1861. Geophysical Research Letters. 28: 2621–2624.

Green, T.R., Taniguchi, M., Kooi, H., Gurdak, J.J., Allen, D.M., Hiscock, K.M., Treidel, H., Aureli, A., 2011. Beneath the surface: impacts of climate change on groundwater. J. Hydrol. 405, 532–560.

Hammer D. A., 1996, Creating Freshwater Wetlands, Second Edition, CRC Press, Technology & Engineering, 448 pp.

Hanson, R.T., Flint, L.E., Flint, A.L., Dettinger, M.D., Faunt, C.C., Cayan, D., Schmid, W., 2012. A method for physically based model analysis of conjunctive use in response to potential climate changes. Water Resour. Res. 48, W00L08.

Hynes, H.B.N. 1970. The Ecology of Running Waters. University of Toronto Press, Toronto, ON.

Isaak, D.J., C.C. Muhlfield, A.S. Todd, R. Al-Chohachy, J.J. Roberts, J.L. Kerschner, K.D. Fausch, S.W. Hostetler. 2012. The past as a prelude to the future for understanding 21st century climate effects on Rocky Mountain Trout. Fisheries 37:542-556.

Jones, W.M. 2003. Kootenai National Forest Peatlands: Description and Effects of Forest Management. Unpublished report prepared for the Kootenai National Forest. Montana Natural Heritage Program, Natural Resources Information System, Montana State Library, Helena, MT.

Kløve, B., Ala-aho, P., Okkonen, J., Rossi, P. 2012. Possible Effects of Climate Change on Hydrogeological Systems: Results From Research on Esker Aquifers in Northern Finland, pp. 305–322. In: Treidel, H., Martin-Bordes, J.J., Gurdak, J.J., (Eds.), Climate Change Effects on Groundwater Resources: A Global Synthesis of Findings and Recommendations. International Association of Hydrogeologists (IAH) – International Contributions to Hydrogeology. Taylor & Francis Publishing, 414pp.

Kværner, J., Snilsberg, P., 2008. Romeriksporten railway tunnel—drainage effects on peatlands in the Lake Northern Puttjern area. Eng. Geol. 101, 75–88.

Kværner, J., Snilsberg, P., 2011. Groundwater hydrology of boreal peatlands above a bedrock tunnel – drainage impacts and surface water groundwater interactions. J. Hydrol. 403, 278–291.

Lemly, Joanna, 2012, Assessment of Wetland Condition on the Rio Grande National Forest Colorado Natural Heritage Program, Warner College of Natural Resources, Colorado State University.

Ludwig, F., Moench, M., 2009. The impacts of climate change on water. In: Ludwig, F., Kabat, P., Schaik, H.V., van der Valk, M. (Eds.), Climate Change Adaptation in the Water Sector. Earthscan Publishing, London, pp. 35–50.

Maxwell, J.R., C.J. Edwards, M.E. Jensen, S.J. Paustian, H. Parrot, and D. M. Hill. 1995. A hierarchical framework of aquatic ecological units in North America (nearctic zone). Gen. Tech. Rep. NC-176. St. Paul, MN, USDA, Forest Service, North Central Forest Experiment Station.

Rvsd Plan - 00000276

Maxwell, R.M., Kollet, S.J., 2008. Interdependence of groundwater dynamics and land-energy feedbacks under climate change. Nature Geoscience 1, 665–669.

Meehan, W. 1991. Influences of Forest and Rangeland Management on Salmonid Fishes and their Habitats. American Fisheries Society. Publication 19. Evans City, Pennsylvania.

Montgomery, D.R. and J.M. Buffington. 1997. Channel reach morphology in mountain drainage basins. Geology Society of America Bulletin 109:596-611.

McKinstry, M.C., Hubert, W. A., Anderson, S.H., 2010, Wetland and Riparian Areas of the Intermountain West: Ecology and Management, University of Texas Press.

Montgomery, D.R. and J.M. Buffington. 1997. Channel reach morphology in mountain drainage basins. Geology Society of America Bulletin 109:596-611.

Ortiz, R.F., 2004, Ground-Water Quality of Granitic- and Volcanic-Rock Aquifers in Southeastern Park County, Colorado, July-August 2003. U.S. Geological Survey, Fact Sheet 2004–3066.

Poff, N.L. 1997. Landscape filters and species traits: Towards mechanistic understanding and prediction in stream ecology. Journal North American Benthological Society 16:391-408.

Poff, N.L. and J.V. Ward. 1990. Physical habitat template of lotic systems: Recovery in the context of historical pattern of spatiotemporal heterogeneity. Environmental Management 14:629-645.

Pyne, M.I., R.B. Rader, and W.F. Christensen. 2007. Predicting local biological characteristics in streams: a comparison of landscape classifications. Freshwater Biology 52(7):1302–1321.

Rahel, F.J., 2010. Homogenization, Differentiation, and the Widespread

Alteration of Fish Faunas. American Fisheries Society Symposium 73:311–326, 2010

Reiman, Bruce E.; Isaak, Daniel J. 2010. Climate change, aquatic ecosystems, and fishes in the Rocky Mountain West: implications and alternatives for management. Gen. Tech. Rep. RMRS-GTR-250. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 46 p.

Rocchio, J., 2006, Rocky Mountain Subalpine-Montane Fen Ecological System, Ecological Integrity Assessment, Colorado Natural Heritage Program.

Sable, K.A. and E.E. Wohl. 2006. The Relationship of lithology and watershed characteristics to fine sediment deposition in streams of the Oregon Coast Range. Environmental Management 37(5):659-670.

Sjors, H. 1950. Regional studies on North Swedish mire vegetation. Bot. Not. Hafte  2:173-222.

Smith, H., Wood, P.J., 2002. Flow permanence and macroinvertebrate community variability in limestone spring systems. Hydrobiologia 487, 45–58.

Sophocleous, M., 2002. Interaction between groundwater and surface water: the state of the science. Hydrogeol. J. 10, 52–67.

Tujchneider, O., Paris, M., Perez, M., D'Elia, M., 2012. Possible Effects of Climate Change on Groundwater Resources in the Central Region of Santa Fe Province, Argentina, pp. 265–280. In: Treidel, H., Martin-Bordes, J.J., Gurdak, J.J. (Eds.),

Rvsd Plan - 00000277

USDA Forest Service. 2012. Groundwater-dependent ecosystems: level I and II inventory field guides. Gen. Tech. Rep. WO-86a and b. Washington, DC: U.S. Department of Agriculture, Forest Service. http://www.fs.fed.us/geology/groundwater.html. (15 September 2014).

Ward, J.V., Tockner, K., 2001. Biodiversity: towards a unifying theme for river ecology. Freshw. Biol. 46, 807–819.

Ward, J.H. 1963. Hierarchical grouping to optimize an objective function. Journal of the American Statistical Association 58:236-244.

Windell, J.T., B.E. Willard, and S.Q. Foster. 1986. Introduction to Rocky Mountain wetlands. Pages 1-41 in J.T. Windell, B.E. Willard, D.J. Cooper, S.Q. Foster, C.F. Knud-Hansen, L.P. Rink, and G.N. Kiladis, editors. An ecological characterization of Rocky Mountain montane and subalpine wetlands. U.S. Fish and Wildlife Service, Biological Report 86.

Winter, T.C., 1999. Relation of streams, lakes, and wetlands to groundwater flow systems. Hydrogeol. J. 7, 28–45.

Winters, D.S., M. Welker, B.A. Bohn, D. Cooper, J. Hamerlinck, N. Lee, J. Maxwell, D. Peterson, D. Plume, N.L. Poff, C. Quimby, F.J. Rahel, D.M. Staley, and E.E. Wohl. 2003. Aquatic, Riparian and Wetland Ecosystem Assessment, Bighorn National Forest, Wyoming. Report for the Rocky Mountain Region of the USDA Forest Service.

Winograd, I.J; Riggs, A.C.; Coplen, T.B. 1998. The relative contributions of summer and cool-season precipitation to groundwater recharge, Spring Mountains, Nevada. Hydrogeology Journal. 6: 77–93.

Wohl, E. 2000. Mountain Rivers. American Geophysical Union Press, Washington, DC.

Wohl, E. 2001. Virtual rivers: Lessons from the mountain rivers of the Colorado Front Range. Yale University, New Haven, CT.

Wohl, E., D. Cooper, L. Poff, F. Rahel, D. Staley, and D. Winters. 2007. Assessment of stream ecosystem function and sensitivity in the Bighorn National Forest, Wyoming. Environmental Management 40:284–302.

Rvsd Plan - 00000278

10/15/2015

## -- PROJECT SUMMERY --

## Project Title: RIO GRANDE NATIONAL FOREST RIPARIAN INVENTORY

**Submitted by:**
Sinan Abood, ORISE Research Fellow
Washington Office – WFWARP
sinanayadabood@fs.fed.us
202-205-0804

**Project Contributors:**
Vaughn Thacker, Forest Soil Scientist
Rio Grande National Forest
vjthacker@fs.fed.us
719-852-6258

**Abstract:**
        Riparian areas are dynamic, transitional ecotones between aquatic and terrestrial ecosystems with well-defined vegetation and soil characteristics. Riparian areas offer wildlife habitat, stream water quality, bank stability and protection against erosions. Riparian areas provide aesthetics and recreational value, and other numerous valuable ecosystem functions. Quantifying and delineating riparian areas is an essential step in riparian monitoring, riparian management/planning and policy decisions, and in preserving its valuable ecological functions. Previous approaches to riparian areas mapping have primarily utilized fixed width buffers. However, these methodologies only take the watercourse into consideration and ignore critical geomorphology, associated vegetation and soil characteristics. Other approaches utilize remote sensing technologies such as aerial photos interpretation or satellite imagery riparian vegetation classification. Such techniques requires expert knowledge, high spatial resolution data, and expensive when mapping riparian areas on a landscape scale. The goal of this study is to map the geographic extent and composition of riparian areas within the Rio Grande National Forest boundary utilizing the Riparian Buffer Delineation Model (RBDM) v3.0 and open source geospatial data. This approach recognizes the dynamic and transitional natures of riparian areas by accounting for hydrologic, geomorphic and vegetation data as inputs into the delineation process and the results would suggests incorporating functional variable width riparian mapping within watershed management planning to improve protection and restoration of valuable riparian functionality and biodiversity.

10/15/2015

## Potential Objectives:

- Delineate variable width riparian areas extent and composition. Riparian composition would be according to the National Land Cover Database (www.mrlc.gov) land cover classification 2001, 2006, and 2011 (see RBDM Defined Query).
- Delineate variable width riparian areas utilizing optional input data such as National Wetlands Inventory (NWI) and SSURGO database
- Prepare a detailed riparian inventory and maps, area in Hectares, number and type of wetlands, type of riparian soil, and riparian land cover for the years 2001, 2006, and 2011 (source: NLCD) and for the years 2010, 2011, 2012, 2013, 2014 (source: CDL).
- Perform riparian from to change index analysis between 2001 to 2011 & 2006-2011 and highlight the change in riparian composition classes within the delineated variable width riparian boundaries.

## Study Area:

The Rio Grande National Forest total area is 783798.3ha figures 1. The study area overlaps with 221 HUC-12 watersheds and 59 HUC-10 watersheds.



Figure 1. Western Rio Grande National Forest administrative boundary (red).

## Methodology:

The Riparian Buffer Delineation Model (RBDM) v3.0 will be used to delineate variable width riparian areas. RBDM is an ArcGIS toolbox developed by Abood et al. (2011) to map variable width riparian ecotones utilizing the 50 year-flood height value and open source available geospatial data. Table 1 illustrates the type and sources of the RBDM inputs.

Table 1. RBDM inputs.

| Input Data | Sources |
|---|---|
| Streams, Lakes, and Watersheds | USGS National Hydrology Dataset (NHD) http://nhd.usgs.gov/ |
| 50 year Flood Height | Calculated utilizing Masson (2007) |
| Wetlands | National Wetlands Inventory (NWI) http://www.fws.gov/wetlands/Data/Data-Download.html |
| Soil | Natural Resources Conservation Service (NRCS) http://soildatamart.nrcs.usda.gov/ or http://websoilsurvey.nrcs.usda.gov/app/HomePage.htm |
| Elevation | National elevation Dataset http://ned.usgs.gov/ GIS Data Depot http://data.geocomm.com/ |
| Land Cover | National Land Cover Database http://www.mrlc.gov/ Corp land Data Layer http://www.nass.usda.gov/research/Cropland/SARS1a.htm |

*Also most of the data mentioned above can be downloaded at http://datagateway.nrcs.usda.gov/

10/15/2015

## 50-year flood height:

The 50-year flood height is the optimal hydrological descriptor of riparian ecotones a long moving water courses as determined by Ilhardt et al. (2000). There are 10 operational gauges within the Rio Grande National Forest (Table 1 and Figure 2) Also 5 USGS gauges around the Rio Grande National Forest table 2.

Table 1. Within Rio Grande National Forest.

| Gage | 50-year flood height, ft | 50-year flood height, m | Status |
|------|--------------------------|-------------------------|--------|
| ALATERCO | 1.36 | 0.41 | |
| CARLAGCO | 0.63 | 0.19 | |
| CHECRECO | 0.5 | 0.15 | |
| COCRESCO | 0.62 | 0.19 | |
| CONMOGCO | 1.87 | 0.57 | Maximum |
| GARVILCO | 0.47 | 0.14 | |
| GOOWAGCO | 0.95 | 0.29 | |
| KERVILCO | 0.6 | 0.18 | |
| LAGLAGCO | 0.8 | 0.24 | |
| MAJVILCO | 0.36 | 0.10 | Minimum |



Figure 2. Gauges locations within the Rio Grande National Forest.

10/15/2015

Table 2. From USGS gauging stations.

| Gage | 50-year flood height, ft | 50-year flood height, m | Status |
|---|---|---|---|
| 09118450 | 1.65 | 0.50 | Maximum |
| 09358000 | 1.46 | 0.44 | |
| 09358550 | 0.78 | 0.24 | Minimum |
| 09359010 | 1.21 | 0.37 | |
| 09359020 | 1.35 | 0.41 | |

50 year floodplain values in Table 1 were utilized as an input to the RBDM Modelv3.0 to delineate variable width riparian areas at two different extents minimum and maximum.

10/15/2015

## Project Flowchart:

*Downloading data ():*
doanloading data from www.datagateway.nrcs.usda.gov
Status: Ready

*Data preperation ():*
- Calculating  the 50-year flood height  according to Mason 2007, Status: ready.

- manually correcting streams in positional inacuracies within the project study area, Status: in process.

- preparing file geodatabase for each watershed.

*Variable width riparian delineation ():*
- Run the RBDM tool according to a defined query. see the next section.

*Riparian inventory ():*
- prepare variable width riparian inventory and maps.

- field data collection for riparian area.

- riparian map accuracy if field data available.

- 2001 to 2011 & 2006 to 2011 land cover from to change index.

- road density within riparian areas.

- DEM spatial resolution assessment  and its impact on riparian delineation.

10/15/2015

**RBDM Defined Query:**
This criterion will be applied for all watersheds on the Rio Grande National Forest.

- **_Streams:_** the model will run on all streams FTypes within the project study area. FCode 33400, 3360, 42000, 42003, 42800, 42807, 46000, and 46007 (highlighted in grey, total mileage 4401.19) were removed from the streams network.

| FType | Description | FCode | Type | Miles |
|---|---|---|---|---|
| 334 | Connector: a known but specific invisible connection between two nonadjacent network segments | 33400 | Feature type only no attributes | 1.68 |
| 336 | CanalDitch: an artificial open waterway constructed to transport water, to irrigate or drain land, to connect two or more bodies of water or to serve as a waterway for watercraft | 33600 | Feature type only no attributes | 29.82 |
| | | 33601 | Canal ditch type-aqueduct | 1.18 |
| 420 | A set of naturally occurring subsurface drainage channels formed from the dissolution of soluble rocks in Karst terrain or in terrain similar to karst but formed in nonsoluble rocks, as by melting of permafrost or ground ice, collapse after mining, and by outflow of liquid lava from beneath its solidified crust. Not a named feature. | 42000 | Feature type only no attributes | 0.95 |
| | | 42003 | Positional accuracy \| approximate | 0.02 |
| 428 | A close conduit, with pumps, valves and control devices, for conveying fluids, gases, or fluids divided solids. | 42800 | Feature type only no attributes | 0.01 |
| | | 42807 | Product-water; pipeline type-general case; relationship to surface-underwater | 1.7 |
| 460 | A body of flowing water: intermittent, perennial, and ephemeral | 46000 | Feature type only no attributes | 0.16 |
| | | 46003 | Hydrographic category — intermittent | 4841.35 |
| | | 46006 | Hydrographic category — perennial | 1819.46 |
| | | 46007 | Hydrographic category — ephemeral | 4365.83 |
| 558 | Artificial Path: a surrogate for general flow direction in NHDWaterbodies and NHDAreas | 55800 | Feature type no attributes | 248.97 |

10/15/2015

- *Lake Buffer:* this parameter will be set to 30 meter according to Ilhardt et al. 2000 recommendations.
- *Length of Transects Vector:* this parameter will be set to 250 or 500 meter.
- *DEM Dataset:* this parameter will be set to 10 meter spatial resolution DEM.
- *50-Year Flood Height:* the model will run for the minimum and maximum 50 year flood heights in the western part. The model will run for the minimum and maximum respectively 50 year flood heights in the eastern part
- *NWI Criteria:* this parameter will be set to Freshwater Emergent wetland, Freshwater Forested/Shrub wetland, or Riverine.
- Digital Soil Criteria: this will be as follows;

| Soil Layer | Criteria |
|---|---|
| *Hydric Soil Rating Selection Criteria* | More or equal to 80% Hydric |
| *Drainage Class Selection Criteria* | Poorly drained, Somewhat poorly drained, or very poorly drained |
| *Hydrologic Soil Group Selection Criteria* | Groups C, D, A/D, B/D, or C/D |
| *Flood Frequency* | Frequent or occasional |

The soil mapping unit (polygon) will be highlighted as a riparian soil when the four criteria above are fulfilled.

- *Classified Raster Layer 1:* NLCD land cover classes can be used to present riparian land cover at 2001, 2006, and 2011 utilizing NLCD land cover attributes.
- *Classified Raster Layer 2:* CDL data can be used to present riparian land cover at 2010, 2011, 2012, 2013, and 2014 utilizing CDL attributes aggregated in six new land cover classes;
    1. Crops
    2. Developed and Roads
    3. Barren Land
    4. Grass/Pasture
    5. Forests
    6. Shrubland
    7. Wetlands
    8. Open Water

10/15/2015

## **Results**

### **Riparian Area:**

The results are categorized in two different criteria. Riparian_Minimum represents delineated variable width riparian areas utilizing national wetlands inventory, digital soil data (SSURGO), and minimum 50 year floodplain values (10 & 20cm). Riparian_Maximum represents delineated variable width riparian areas utilizing national wetlands inventory, digital soil data (SSURGO), and maximum 50 year floodplain values (40 & 60cm).

| Riparian Areas | Acres | % riparian areas Of Rio Grande NF |
|---|---|---|
| Riparian_Minimum | 113,194.01 | 5.85 |
| Riparian_Maximum | 127,853.95 | 6.60 |

### **Wetlands:**

According to the U.S. Fish and Wild Life Services National Wetlands Inventory (NWI) databse there are 48,450.0 acres of wetlands within the administrative boundary of the Rio Grande National Forest. 81-81.5% of existing wetlands are associated with delineated riparian areas. 30-34.85% of delineated riparian areas are wetlands. The major wetlands system within delineated riparian area is "Fresh Water Emergent Wetlands" at a 61% (Figure 3).

| Riparian Areas | Acres of Wetlands | % of delineated riparian areas are wetlands |
|---|---|---|
| Riparian_Minimum | 39,351.85 | 30.85 |
| Riparian_Maximum | 39,446.77 | 34.85 |



Figure 3. wetlands type distribution within delineated riparian areas.

Figure 4. Shows wetlands attribute distribution within delineated riparian areas according to Cowardin et al., 1979 classification. The dominant wetlands attributes are (PEMB, PSSB, and PEMC) at 45.32%, 20.47%, and 12.05% respectively. 4.52% represents wetlands with less than 1% of the total wetlands attributes.

10/15/2015



Figure 4. wetlands attributions distribution within delineated riparian areas.

10/15/2015

**Soils:**

Riparian soil properties distribution according to the predefined soil criteria Hydric Rating, Drainage Class, hydrological Soil groups, and Flood Frequency within delineated riparian areas (Figure 5).



10/15/2015



Figure 5. Soils properties within delineated riparian areas.

The RBDM v3.0 identifies riparian soils according to Palik et al., 2004. Each map unit in the digital soil data (SSURGO) database will be considered riparian soils if it has a hydric, drainage class, hydrological soil group, and flood frequency property according to the defined soil criteria. There are 23959.75 Acres of riparian soils which represents 18-21% of delineated riparian areas. 60% of the identified riparian soils belong to wetlands within delineated riparian areas the remaining 40% belongs to with riparian corridors.

## Land Cover:

Due to the small difference 1% between the delineated riparian areas utilizing minimum and maximum 50 year floodplain values all the following calculations are based on delineated riparian areas utilizing minimum 50 year floodplain (Riparian_Minimum) as the base layer.

Cropland Data Layer (CDL, http://www.nass.usda.gov/) was used to produce classified riparian land cover layers. This land cover database was developed to provide acreage estimates of major commodities throughout the United States and to produce digital crop specific, categorized and geo referenced annual land cover products. The CDL land cover classes were reclassified to (Crops (1), Developed (2), Barren Land (3), Grass/Pasture (4), Forest (5), Shrublands (6), Wetlands (7), and Open Water (8)) to produce a meaningful riparian areas land cover classification for the period between 2010-2014 (Figure 6).



Figure 6. Delineated riparian areas land cover histogram distribution 2010-2014.

10/15/2015

## Change Analysis (application):

Change analysis was performed on delineated riparian areas between 2010 (from) – 2011 (to). The change matrix has 8 classes and explains the interactions among riparian land cover classes from 2010 to 2014.The matrix diagonal axis represents the unchanged acres/% for all 8 land cover classes from 2010 to 2014. The (yellow) column represents the change in acres/% from 2010 different land cover classes to forests in 2014. For example 5,314 Acers (10.12%) of wetlands in 2010 changed to forests in 2014 while 2,841 Acers (32.9) of forests changed to wetlands within the same period of time. The green highlighted box inside the forest column represents acers (or 84.99%) forests remained unchanged from 2010 to2014. the highest unchanged riparian land cover classes found from 2010 to 2014 are "Grass/Pasture" and "Forests"  92% and 84.99% respectively. Figure 7 shows the change matrix spatial distribution within delineated riparian areas.

| Acres | Crops | Developed & Roads | Barren Land | Grass/Pasture | Forests | Shrubland | Wetlands | open Water |
|---|---|---|---|---|---|---|---|---|
| | | | | | **TO 2014** | | | |
| Crops | 98.52 | 1.56 | 0.00 | 76.28 | 26.69 | 152.56 | 24.02 | 0.00 |
| Developed & Roads | 0.22 | 220.62 | 0.22 | 213.28 | 56.49 | 78.06 | 17.12 | 0.00 |
| Barren Land | 0.00 | 0.22 | 422.33 | 132.77 | 127.88 | 1.11 | 71.17 | 2.22 |
| Grass/Pasture | 12.90 | 131.21 | 195.93 | 42,367.39 | 1,146.00 | 1,218.28 | 1,226.95 | 3.56 |
| Forests | 2.89 | 86.73 | 71.17 | 1,061.49 | 44,634.08 | 308.68 | 2,841.09 | 6.67 |
| Shrubland | 5.78 | 67.16 | 5.12 | 905.37 | 1,180.69 | 2,646.27 | 563.10 | 8.23 |
| Wetlands | 9.34 | 14.23 | 10.90 | 1,212.72 | 5,314.12 | 332.03 | 3,872.33 | 4.67 |
| Open Water | 0.22 | 0.00 | 3.56 | 4.89 | 29.80 | 5.56 | 16.01 | 9.34 |

From 2010 (row label for Acres table)

Same above change matrix but with % representation instead of acres

| % | Crops | Developed & Roads | Barren Land | Grass/Pasture | Forests | Shrubland | Wetlands | open Water |
|---|---|---|---|---|---|---|---|---|
| | | | | | **To 2014** | | | |
| Crops | 75.86 | 0.3 | 0 | 0.17 | 0.05 | 3.22 | 0.28 | 0 |
| Developed & Roads | 0.17 | 42.28 | 0.03 | 0.46 | 0.11 | 1.65 | 0.2 | 0 |
| Barren Land | 0 | 0.04 | 59.55 | 0.29 | 0.24 | 0.02 | 0.82 | 6.41 |
| Grass/Pasture | 9.93 | 25.15 | 27.63 | 92.15 | 2.18 | 25.69 | 14.21 | 10.26 |
| Forests | 2.23 | 16.62 | 10.03 | 2.31 | 84.99 | 6.51 | 32.91 | 19.23 |
| Shrubland | 4.45 | 12.87 | 0.72 | 1.97 | 2.25 | 55.8 | 6.52 | 23.72 |
| Wetlands | 7.19 | 2.73 | 1.54 | 2.64 | 10.12 | 7 | 44.86 | 13.46 |
| Open Water | 0.17 | 0 | 0.5 | 0.01 | 0.06 | 0.12 | 0.19 | 26.92 |

From 2010 (row label for % table)

10/15/2015



Figure 7. change map within riparian areas.

# Rio Grande National Forest – Assessment 2
# Air Quality, Soils and Geology, and Watersheds and
# Water Resources – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; for air quality, soils and geology.

It is important that we protect air quality, soil, and water resources on the forest. The public values the clean air and sweeping vistas that national forests provide. Poor air quality affects forest resources such as forest health, visibility, water quality, aquatic organisms, or heritage resources.

Soil is the foundation of ecosystem function. It acts as a growth medium and provides nutrients for vegetation, stores and filters water, cleans air, contains habitat for billions of organisms, and is a long-term carbon storage reservoir. Soils can lose much of their function when altered through management actions as well as natural events.

Watersheds and water resources are the most important assets managed by the Rio Grande National Forest. Protecting water quantity, quality, and timing of flows; and the watersheds from which water resources are derived, is critical to sustaining ecosystem functions of the forest, and the socio-economics of the San Luis Valley and areas further downstream.

Rvsd Plan - 00000294

# What We Asked

We held three public meetings to collect input specific to water and soil issues. Peak Facilitation and the National Forest Foundation facilitated the meetings, which were held on March 16, 2015 in Creede, CO; on April 7, 2015 in Alamosa, CO; and on April 28, 2015 in Saguache, CO. Approximately 65 people attended these meetings. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings held by members of the water community from March through July, 2015; including the Rio Grande Roundtable, Rio Grande Water Users, Rio Grande Water Conservation District, Conejos Water Conservation District, Rio Grande Senior Water Users, San Luis Valley Ecosystem Council, Trout Unlimited, San Luis Valley Cattleman's Association and Conejos County Clean Water.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process, covering topics such as water and soil quality, watershed health, water supply, and ecosystem services.

- Is high water quality and soil productivity being maintained on the Rio Grande National Forest?
- What management activities on or off the forest threaten or impair water quality (surface and groundwater) or soil productivity?
- What uses on and off the forest are dependent on clean water and productive soils?
- Are there places on the forest where water quality or soil quality/productivity are at risk or are not adequately protected? Where are they?
- What factors are impacting water quality and soil productivity?
- Are watersheds and riparian ecosystems on the Rio Grande National Forest and surrounding areas healthy and properly functioning?
- What management activities and infrastructure impact watershed health, water quality, and/or aquatic species?
- What historical land use patterns shaped the existing ecological condition for water resources and riparian areas?
- Are there places on the forest where watersheds or riparian ecosystems are functioning at risk or being degraded? If so, where are they?
- What natural processes are affecting watersheds, riparian areas or aquatic species?
- What factors are impacting watershed or riparian health?
- How do water and soil resources on the Rio Grande National Forest contribute to social, cultural, and economic sustainability?
- What land use activities compete with each other for water resources, including non-consumptive and consumptive uses?
- Is there an adequate supply of surface and groundwater to meet current and future demands?
- How do existing and forecasted land use patterns and activities affect availability, quality, or quantity, timing or distribution of water resources?

# What We Heard

We heard several issues consistently.

### Tree Mortality and Sedimentation

The forest needs to address spruce beetle mortality; which affects many things including but not limited to water quality and watershed health, safety issues related to tree fall, and economic sustainability. These dead trees can cause accelerated runoff and sedimentation and degraded reservoirs and other water sources. If there is a fire, it can be followed by erosion and flooding.

### Other Sediment Sources

The forest should identify and manage other sources of sediment such as ATV trails, and should increase water monitoring.

### Infrastructure Maintenance

The forest needs better access and ability to maintain irrigation structures, such as dams and diversions, in wilderness. Lack of maintenance may lead to erosion issues, but under the current regulations, this maintenance work takes too long and is too intensive. There could be a waiver tool for maintaining these structures in wilderness.

### Management Intensity

The forest should increase management intensity; in terms of the amount of timber harvested, amount of planting, and amount of prescribed fire and controlled burns.

# Where We're Headed

Based on information in our assessment and what we heard from the public regarding air quality, soils and geology, and watersheds and water resources; there is little to no need for us to change the existing Forest Plan. We are in compliance with the Clean Air Act and Colorado Air Quality Control Act and are also meeting the Forestwide objective of protecting the environment from air pollution. Our monitoring indicates we are meeting existing direction when best management practices are properly implemented at the project level. There are occasions when we identify concerns during project reviews but these concerns are not Forest Plan standard-related; rather they are related to improperly implementing one or more watershed conservation practices.

However, it is critical we remain diligent in providing the desired condition for air, soil and water resources. To that end we should continue developing, adjusting, and implementing the air resources, soil resources, and watershed and water resources programs. This includes updating the existing Forestwide air monitoring plan and possibly preparing Forestwide soil resource and water resource monitoring plans. We should consider adaptive strategies designed to protect and preserve the watersheds and air, soil, and water resources from existing off-Forest sources of pollution and the potential effects of climate change.

### Changes Needed Due to Law, Regulation or Policy

We need to update the standards and guides section of the existing plan to incorporate the Watershed Conservation Practices Handbook, the National Best Management Practices program, and the Watershed Condition Framework, key parts of the 2012 Planning Rule.

We need to update the water uses and rights information in the existing Forest plan to incorporate the Water Division 3 Decree. The current administration of federal reserved water rights to the forest

Rvsd Plan - 00000296

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources –
Executive Summary

boundary through a decree with the State of Colorado's Division of Water Resources is working and meets the needs of the forest and the public.

Rvsd Plan - 00000297

# Rio Grande National Forest – Assessment 2 Air Quality, Soils, and Water Resources

### Greg Bevenger, PH, WyoHydro Professional Hydrology Services LLC

This document provides a rapid assessment of air, soil, geologic, and water resources that may be useful in developing plan components and other plan content. This assessment is in three sections: Air Quality, Soils, and Watersheds and Water Resources.[1] There is a minor amount of repetition between sections in the event they are used as stand-alone documents.



---

[1] This document contains non-italicized excerpts, in-full or paraphrased, from in-house Forest Service sources such as working documents, planning documents, NEPA documents, resource-area specific reports, manuals, handbooks, etc. This information may or may not be cited directly in the text but the source is listed in the information sources sections of the assessment. Information from published literature, such as scientific papers and investigations, is referenced directly in the text, with formal citation in the information sources sections of the assessment.

# Table of Contents

Air Quality ........................................................................................................................................ 6
   Introduction ................................................................................................................................. 6
      Concepts in Air Quality Management .................................................................................... 6
      Legal Framework and Forest Service Policy ......................................................................... 8
   Information Sources and Data Gaps ........................................................................................ 11
      Information Sources ............................................................................................................. 11
      Data Gaps ............................................................................................................................ 13
   Existing Forest Plan Direction for Air Quality ........................................................................ 13
      Desired Conditions .............................................................................................................. 13
      Objective ............................................................................................................................. 13
      Standards and Guidelines .................................................................................................... 13
   Scale of Analysis ..................................................................................................................... 13
   Airsheds .................................................................................................................................... 13
   Air Quality ............................................................................................................................... 15
      Existing and Potential Sources and Inventories .................................................................. 15
      Air Resource Monitoring .................................................................................................... 24
   Natural Hazards ....................................................................................................................... 47
   Multiple Uses / Ecosystem Services ........................................................................................ 47
   Conditions and Trends ............................................................................................................. 47
   Need for Change ...................................................................................................................... 49
Soils ................................................................................................................................................ 50
   Introduction ............................................................................................................................. 50
      Concepts in Soils Management ........................................................................................... 50
      Legal Framework and Forest Service Policy ....................................................................... 52
   Information Sources and Gaps ................................................................................................. 53
      Information Sources ............................................................................................................. 53
      Data Gaps ............................................................................................................................ 54
   Existing Forest Plan Direction for Soils .................................................................................. 54
      Desired Conditions .............................................................................................................. 54
      Objective ............................................................................................................................. 54
      Standards and Guidelines .................................................................................................... 55
   Scale of Analysis ..................................................................................................................... 55
   Existing Condition and Trend of Soils .................................................................................... 55
      Inventories .......................................................................................................................... 55
      Important Attributes, Characteristics, and Processes ........................................................... 55
      Conditions ........................................................................................................................... 58
      Trends ................................................................................................................................. 59
   Multiple Uses / Ecosystem Services ........................................................................................ 60
   Local Soil Resource Concerns ................................................................................................. 60
   Need for Change ...................................................................................................................... 61
Watersheds and Water Resources .................................................................................................. 62
   Introduction ............................................................................................................................. 62
      Concepts in Watershed and Water Resources Management ................................................. 63
      Legal Framework and Forest Service Policy ....................................................................... 64
   Information Sources and Gaps ................................................................................................. 65
      Information Sources ............................................................................................................. 65
      Data Gaps ............................................................................................................................ 67

Rvsd Plan - 00000300

Existing Forest Plan Direction for Watersheds and Water Resources....................................................67
    Desired Conditions................................................................................................................................67
    Objectives ..............................................................................................................................................67
    Standards and Guidelines......................................................................................................................68
Scale of Analysis .........................................................................................................................................68
Existing Condition and Trend of Watersheds and Water Resources.......................................................68
    Inventories..............................................................................................................................................68
    Important Attributes, Characteristics, and Processes ........................................................................69
    Conditions ..............................................................................................................................................79
    Historical Context .................................................................................................................................89
Consumptive and Non-Consumptive Water Uses ....................................................................................90
Water Rights.................................................................................................................................................91
Disturbances.................................................................................................................................................92
    Bark Beetles...........................................................................................................................................92
    Wildfire...................................................................................................................................................92
    Dust.........................................................................................................................................................93
    Climate Change......................................................................................................................................93
Municipal watersheds, sole source aquifers, and source water protection areas ...................................93
Effects from Land Use.................................................................................................................................94
Ecological, Social and Economic Sustainability ......................................................................................94
Places at Risk...............................................................................................................................................96
Need for Change...........................................................................................................................................96
Appendix...........................................................................................................................................................98
    Maps .......................................................................................................................................................98

# List of Tables

Table 1. Area and mobile sources of pollutants near the Rio Grande National Forest. All values are in
    tons/year (T/Y)......................................................................................................................................24
Table 2. Apparent (visual) trend of nitrate, sulfate, ammonium, and mercury at eight locations in and
    around the Rio Grande National Forest. ..............................................................................................34
Table 3. Apparent (visual) concentration trend at NADP sites near the Rio Grande National Forest.........43
Table 4. Apparent (visual) deposition trend at NADP sites near the Rio Grande National Forest.............44
Table 5. Implementation Plans....................................................................................................................46
Table 7. Landtype associations on the Rio Grande National Forest and important attributes of each. ......56
Table 8. Landtype associations on the Rio Grande National Forest and important attributes of each (cont.).
    .................................................................................................................................................................57
Table 9. Landtype associations on the Rio Grande National Forest and important attributes of each (cont.).
    .................................................................................................................................................................57
Table 10. Landtype associations on the Rio Grande National Forest and important attributes of each
    (cont.)......................................................................................................................................................58
Table 11. Watershed Condition Framework ratings by Indicator and Attributes. The first number
    represents the number of watersheds rated as such; the second number represents the percent of all
    watersheds on the Forest rated as such. ...............................................................................................58
Table 12. Historic climate observations and projected climate for the State of Colorado..........................60
Table 13. Key ecosystem sector vulnerabilities for the State of Colorado. ..............................................61
Table 14. Miles of stream by type and Ranger District. .............................................................................71
Table 15. Acres of waterbodies by type and Ranger District. ....................................................................72
Table 16. Potential extent of Groundwater Dependent Ecosystems (GDEs).............................................75
Table 17. TMDLs in the Rio Grande Basin. ...............................................................................................79

Rvsd Plan - 00000301

Table 18. WCF overall watershed condition and process category summary. ...........................................80
Table 19. Watersheds with Impaired Aquatic Physical Function and Impaired Aquatic Biological
    Function ...............................................................................................................................................80
Table 20. WCF Aquatic Physical Indicator Class.......................................................................................85
Table 21. WCF Aquatic Biological Indicator Class.....................................................................................85
Table 22. WCF Terrestrial Physical Indicator Class...................................................................................85
Table 23. Terrestrial Biological Indicator Class. ........................................................................................86
Table 24. WCF Water Quality Condition Attributes Class.........................................................................86
Table 25. WCF Water Quantity Attribute Class. ........................................................................................86
Table 26. WCF Aquatic Habitat Attributes Class. ......................................................................................86
Table 27. WCF Aquatic Biota Attributes Class. .........................................................................................87
Table 28. WCF Riparian/Wetland Vegetation Attribute Class...................................................................87
Table 29. WCF Roads and Trails Attributes Class. ....................................................................................87
Table 30. WCF Soils Condition Attributes Class. ......................................................................................87
Table 31. WCF Fire Regime or Wildfire Attribute Class. ..........................................................................87
Table 32. WCF Forest Cover Attribute Class. ............................................................................................87
Table 33. WCF Rangeland Vegetation Attribute Class. .............................................................................88
Table 34. WCF Terrestrial Invasive Species Attribute Class. ....................................................................88
Table 35. WCF Forest Health Attribute Class. ...........................................................................................88
Table 36. Water uses on the Rio Grande National Forest. ..........................................................................91
Table 37. Historic climate observations and projected climate for the State of Colorado.........................94
Table 38. Key ecosystem and water sector vulnerabilities for the State of Colorado................................95

# List of Figures

Figure 1. Sources of carbon monoxide (CO) within 100 kilometers (62 miles) of Monte Vista, Colorado.
    ..............................................................................................................................................................17
Figure 2. Sources of nitrous oxides ($NO_x$) within 100 kilometers (62 miles) of Monte Vista, Colorado... 18
Figure 3. Sources of sulfur dioxide ($SO_2$) within 100 kilometers (62 miles) of Monte Vista, Colorado.... 19
Figure 4. Sources of course particulate matter (PM10) within 100 kilometers (62 miles) of Monte Vista,
    Colorado................................................................................................................................................20
Figure 5. Sources of fine particulate matter (PM2.5) within 100 kilometers (62 miles) of Monte Vista,
    Colorado................................................................................................................................................21
Figure 6. Sources of volatile organic compounds (VOC) within 100 kilometers (62 miles) of Monte Vista,
    Colorado................................................................................................................................................22
Figure 7. Visibility (deciviews) at Shamrock Mine (SHM1), Great Sand Dunes National Park (GRSA1),
    and Weminuche (WEMI1). Data is available through 2013 but a glitch in the website plot function
    prevents display of these data. .............................................................................................................25
Figure 8. Haze index (deciviews) at Shamrock Mine (SHM1)...................................................................25
Figure 9. Haze index (deciviews) at Great Sand Dunes National Park (GRSA1) ......................................26
Figure 10. Haze index (deciviews) at Weminuche (WEMI1)......................................................................26
Figure 11. Extinction trends on the best visibility days at Shamrock Mine (SHMN1). .............................27
Figure 12. Extinction trends on the best visibility days at Great Sand Dunes National Park (GRSA1).....28
Figure 13. Extinction trends on the best visibility days at Weminuche (WEMI1). ....................................28
Figure 14. Extinction trends on the worst visibility days at Shamrock Mine (SHMN1). ...........................29
Figure 15. Extinction trends on the worst visibility days at Great Sand Dunes National Park (GRSA1). . 29
Figure 16. Extinction trends on the worst visibility days at Weminuche (WEMI1)...................................30
Figure 17. Annual snowpack nitrate concentration at eight locations in and around the Rio Grande
    National Forest......................................................................................................................................32

Figure 18. Annual snowpack sulfate concentration at eight locations in and around the Rio Grande National Forest............................................................................................................32
Figure 19. Annual snowpack ammonium concentration at eight locations in and around the Rio Grande National Forest........................................................................................33
Figure 20. Annual snowpack mercury concentration at eight locations in and around the Rio Grande National Forest........................................................................................33
Figure 21. Nitrate concentration trend at Alamosa NADP site.................................................35
Figure 22. Sulfate concentration trend at Alamosa NADP site. ...............................................35
Figure 23. Ammonium concentration trend at Alamosa NADP site. .........................................36
Figure 24. Nitrate concentration trend at Wolf Creek Pass NADP site. ....................................36
Figure 25. Sulfate concentration trend at Wolf Creek Pass NADP site. ....................................37
Figure 26. Ammonium concentration trend at Wolf Creek Pass NADP site...............................37
Figure 27. Nitrate concentration trend at Molas Pass NADP site..............................................38
Figure 28. Sulfate concentration trend at Molas Pass NADP site.............................................38
Figure 29. Ammonium concentration trend at Molas Pass NADP site.......................................39
Figure 30. Nitrate deposition trend at Alamosa NADP site.......................................................39
Figure 31. Sulfate deposition trend at Alamosa NADP site.......................................................40
Figure 32. Ammonium deposition trend at Alamosa NADP site.................................................40
Figure 33. Nitrate deposition trend at Wolf Creek Pass NADP site. .........................................41
Figure 34. Sulfate deposition trend at Wolf Creek Pass NADP site. .........................................41
Figure 35. Ammonium deposition trend at Wolf Creek Pass NADP site....................................42
Figure 36. Nitrate deposition trend at Molas Pass NADP site...................................................42
Figure 37. Sulfate deposition trend at Molas Pass NADP site...................................................43
Figure 38. Ammonium deposition trend at Molas Pass NADP site.............................................43
Figure 39. Ozone at Shamrock Mine monitor..........................................................................45
Figure 40. Monthly precipitation at Lily Pond SNOTEL site for the period 1981-2010............................70
Figure 41. Cumulative annual precipitation at Lily Pond SNOTEL site for the period 1981-2010. ..........71
Figure 42. Cumulative annual snow water equivalent at Lily Pond SNOTEL site for the period 1981-2010. ....................................................................................................................72
Figure 43. Average annual hydrograph for the Alamosa River above Terrace Reservoir for the period of record 1935-1982. ..................................................................................................73
Figure 44. Annual hydrographs for the Alamosa River above Terrace Reservoir for the period of record 1995-1982. ....................................................................................................73
Figure 45. Annual peak flows for the Alamosa River above Terrace Reservoir for the period of record 1935-1982. ....................................................................................................74
Figure 46. Flow duration curve for the Alamosa River above Terrace Reservoir for the period of record 1935-1982. ....................................................................................................74
Figure 47. San Luis Valley generalized geologic cross-section. ...............................................76
Figure 48. Water table elevations of the San Luis Valley unconfined aquifer late 1996-early 1997. ........77
Figure 49. San Luis Valley location and extent of Quaternary alluvium and permitted water wells. ........78
Figure 50. WCF overall watershed condition class ..................................................................81
Figure 51. WCF overall watershed condition scores. ...............................................................82
Figure 52. WCF process category class. ..................................................................................82
Figure 53. WCF Aquatic Physical Process Category Scores. ....................................................83
Figure 54. WCF Aquatic Biological Category Scores. ..............................................................83
Figure 55. Terrestrial Physical Process Category Scores..........................................................84
Figure 56. Terrestrial Biological Process Category Scores. ......................................................84

Rvsd Plan - 00000303

# List of Maps

Map 1. Critical load exceedance for surface water acidity. .......................................................................98
Map 2. Critical load exceedance for terrestrial acidity. ............................................................................98
Map 3. Critical load exceedance for mycorrhizal fungi..............................................................................98
Map 4. Critical load exceedance for herbaceous plants and shrubs..........................................................98
Map 5. Critical load exceedance for nitrate leaching.................................................................................98
Map 6. Critical load exceedance for lichens. ..............................................................................................98
Map 7. Critical load minimum exceedance for lichens..............................................................................98
Map 8. Critical load maximum exceedance for lichens..............................................................................98
Map 9. Land type associations....................................................................................................................98
Map 10. Watersheds at the HUC5 and HUC6 level....................................................................................98
Map 11. Perennial and intermittent streams and water bodies.................................................................98
Map 12. NHD springs and seeps Potential Groundwater Dependent Ecosystems (GDEs). ......................98
Map 13. NWI PEMB wetlands Potential Groundwater Dependent Ecosystems (GDEs). .........................98
Map 14. Watershed Condition Framework Overall Class. ..........................................................................98
Map 15. Watershed Condition Framework Overall Scores. ........................................................................98
Map 16. Watershed Condition Framework Aquatic Physical Class. ...........................................................98
Map 17. Watershed Condition Framework Aquatic Physical Scores. .........................................................98
Map 18. Watershed Condition Framework Aquatic Biological Class. .........................................................98
Map 19. Watershed Condition Framework Aquatic Biological Scores. ......................................................98
Map 20. Watershed Condition Framework Terrestrial Physical Class. ......................................................98
Map 21. Watershed Condition Framework Terrestrial Physical Scores. ....................................................98
Map 22. Watershed Condition Framework Terrestrial Biological Class. ....................................................98
Map 23. Watershed Condition Framework Terrestrial Biological Scores. ..................................................98

Rvsd Plan - 00000304

# Air Quality

## Introduction

Air quality is recognized as an important resource to protect on national forests. The public values the clean air and sweeping vistas that national forests provide. Managers become concerned when poor air quality is or may affect forest resources such as forest health, visibility, water quality, aquatic organisms, or heritage resources.

The 2012 Planning Rule requires National Forests and Grasslands to consider air resources when developing plan components. The purpose of this assessment is to evaluate available information about air resources within the Rio Grande National Forest. This assessment describes current conditions and trends regarding these resources. This information is used to anticipate future conditions, and to determine if trends pose risks to system integrity at the forest level. Additionally, this assessment identifies information gaps and any uncertainty with the data. The information contained in this assessment will be used to inform agency officials whether current direction needs adjustment to protect air resources and the systems that rely on them.

The following items are addressed in this assessment, as specified by Forest Service Handbook, Chapter 10 Section 12.21.

- Airsheds relevant to the plan area
- Location and extent of known sensitive air quality areas, such as Class I areas, non-attainment areas, and air quality maintenance areas
- Emission inventories, conditions, and trends relevant to the plan area
- Critical load exceedances, including extent and severity
- Federal, State, and Tribal governmental agency implementation plans for regional haze, non-attainment, or maintenance areas (including assessing whether Forest Service emission estimates have been included in the appropriate agency implementation plans)
- Known large, broad-scale, and major geologic hazards that may affect air quality
- Air quality considerations important to consider in providing multiple uses and ecosystem services
- Conditions and trends assuming existing plan direction remains in place

### *Concepts in Air Quality Management*

By identifying national forest components that are impacted by air pollution, and by measuring the effect of air pollution on these sensitive elements, the degree to which air pollution is affecting the forest can be measured. This information can be, and has been, used by air regulators, land managers and concerned citizens to promote improvements in air quality that will benefit national forest areas and the people who visit them. Several important concepts in air quality management are described below.

#### Impacts of Air Pollution

Air pollution affects the natural quality of National Forest lands, particularly wilderness areas, and is one reason that it is a concern to managers. High ozone concentrations can injure sensitive vegetation. Atmospheric deposition can cause lake body acidification, eutrophication, and hypoxia, soil nutrient

changes, and vegetation impacts. Deposition of toxic metals such as mercury and lead can be harmful to both aquatic and terrestrial ecosystems. Visibility in most national forests is obscured some portion of the year by a haze of fine pollutant particles. Air pollution affecting national forests comes from a myriad of sources, large and small, located nearby and far away. It includes emissions from industry, including power plants, as well as cars and trucks, wood burning stoves and fireplaces, and ground disturbing activities such as mining and road construction. The pollution typically originates outside of national forest boundaries, but is transported through the atmosphere and deposited inside national forest boundaries.

The impact on the ecosystem is related to the amount of pollution emitted, the distance from the ecosystem of concern, and meteorology affecting the transport and dispersion of pollutants. The ecological effects of air pollution may also vary by location, time, and sensitivity of individual species. As such, certain species that are known to be sensitive to air pollution can be monitored as an indicator of adverse effects on the ecosystem. For example, changes in lichen communities may be the first signs of adverse impacts on vegetation. If changes are not observed in indicator species, it is unlikely that adverse impacts will be realized in less sensitive species. However, if changes in sensitive species are observed, then additional signs of adverse impact are often investigated.

The response of an ecosystem to air pollution is not only dependent upon the amount of contaminants to which it is exposed, but also dependent upon the ability of the ecosystem to buffer itself against the effects of air pollution. For example, the geo-chemistry of high alpine lakes determines the lake's ability to neutralize acidic precipitation. Land form, predominate wind direction, and aspect also play significant roles in particulate deposition and accumulation. Additionally, some pollutants accumulate in the food chain in which the effects are only evident in certain species. Hence, understanding and monitoring for air quality values in a national forest requires a comprehensive view, combined with local knowledge.

## Wilderness Air Quality Values

Wilderness air quality values are the general categories of features or properties of wilderness that are affected in some way by air pollution. Identified values are: visibility, odor, flora, fauna, soil, water, geologic features and cultural resources. This includes Air Quality Related Values (AQRVs) in Class I areas, as well as similar features and properties in Class II areas, titled Wilderness Air Quality Values (WAQVs). All wilderness areas 5,000 acres or greater in size in existence in 1977 are considered Class I areas. All areas designated after 1977 are Class II areas. The difference between the two is that Class I areas are protected through the Clean Air Act and air quality related values (AQRVs) that have been established for each region. The Forest Service is responsible to protect air quality values in wilderness the same regardless of whether they are Class I or Class II areas; it is the agency's ability to affect change, and the process that is used in Class I areas, that is different. For both Class I and II areas, Forests report the results of air quality monitoring and the effects from sources outside wilderness to the state regulatory agency. For Class I areas the Forest Service, working with State regulators, can also model the potential effects of new pollution sources on Class I areas and provide comment to the planning and permitting processes.

Similar properties that reflect air quality impacts are atmospheric deposition, snow pack chemistry, and meteorology. Air chemistry and atmospheric deposition monitoring are necessary to establish the linkages between air pollution and any changes to the physical, chemical, or biological condition of the sensitive receptors.

## Sensitive Receptors and Indicators

Sensitive receptors are specific types of features or properties within a wilderness that can be negatively impacted by air pollutants, e.g., high-altitude lakes, lichens, scenic vistas. In other words, sensitive

receptors are the specific components of an ecosystem through which change in an AQRV or WAQV is quantified. Sensitive receptors are selected for 1) known or suspected sensitivity to pollutants, 2) availability for manageable, cost-effective monitoring, sampling, and analysis methods, and 3) relevance for modeling capabilities. Examples of indicators for sensitive receptors might be a population survey for a particular amphibian, a plankton count and water quality analysis in a sensitive lake, or an assessment of the vista from a particular viewpoint.

The relationship between air pollution and effects on individual components of the wilderness is influenced by a component's ability to resist displacement from its natural condition, ability to recover from an individual human-caused event, and the number of times the wilderness component can return back to the natural condition after repeated human-caused change incidents.

## Critical and Target Loads

Fossil fuel burning emits sulfur dioxide ($SO_2$) and nitrogen oxides ($NO_x$) into the atmosphere. Certain types of agricultural activities emit ammonia ($NH_3$) to the atmosphere. Such emissions can lead to atmospheric deposition of sulfuric acids, nitric acids, and ammonium to national forest ecosystems. In sensitive ecosystems, acid compounds can acidify soil and surface waters, affecting nutrient cycling and ecosystem services. In more resilient ecosystems nitrogen deposition can lead to chemical and biological changes through nitrogen saturation, which can then affect ecosystem services. To address whether atmospheric deposition is having negative effects critical loads are calculated. If monitoring and modeling indicate critical loads are being exceeded then target loads are established.

Critical loads are quantitative estimates of exposure to one or more pollutants below which significant harmful effects on specified sensitive elements of the environment are not expected to occur according to present knowledge. Values are scientifically determined based on expected ecosystem response to a given deposition level. When values are exceeded the environmental effects can extend over great distances. Target loads are acceptable pollution loads or levels agreed upon by policy makers and land managers. Acceptable target loads are based on economic costs of emissions reductions, timeframes, and other matters.

## *Legal Framework and Forest Service Policy*

The Forest Service has a role in implementing air quality programs. This role is identified in and a result of numerous legislative acts, regulations, and standards.

## National Forest Management Act

The National Forest Management Act directed each national forest to prepare a land and resource management plan. The Act recognizes national forests are ecosystems and their management requires an awareness and consideration of the interrelationships among plants, animals, soil, water, air, and other environmental factors within such ecosystems.

### *Rio Grande National Forest Land and Resource Management Plan*

The air resource is a recognized component of the Rio Grande National Forest Land and Resource Management Plan (Forest Service 1996). The Final Environmental Impact Statement (FEIS) for the Forest Plan recognized, at that time, air quality across the Forest rates among the best in the country and the air pollution that does exist on the Forest comes mostly from unpaved roads and smoke from prescribed and wildfires.

Desired conditions, objectives, and standards and guidelines in the Forest Plan are described in a subsequent section of this assessment. Annual Forest Plan monitoring reports provide annual summaries

of air quality on the Forest and indicate air quality is being adequately protected and no changes in the Forest Plan are needed.

## Wilderness Act

The Wilderness Act of 1964 contains language directing the management of wilderness to secure for the American people, and future generations, the benefits of an enduring resource of wilderness unimpaired for future use and enjoyment. The Act further states that Congress intended to manage these wilderness areas so that the earth and its community of life are untrammeled by man. A wilderness must retain its primeval character and influence and be affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable. The direction provided in this Act makes it clear that Congress intended that the natural conditions in wilderness be preserved and that it be influenced primarily by the forces of nature rather than by human activity.

There are four wilderness areas on the Rio Grande National Forest. The Weminuche and La Garita are Class I wilderness. The South San Juan and Sangre de Cristo are Class II.

## Clean Air Act

The regulation of air pollution sources has clearly been delegated by the Clean Air Act (CAA) to the Environmental Protection Agency (EPA), and as applicable, the States. In Colorado, air pollution is regulated by the Air Pollution Control Division (APCD) of the Department of Public Health and Environment (CDPHE). Specific air quality and pollution regulatory information for APCD is located at http://www.colorado.gov/cs/Satellite/CDPHE-AP/CBON/1251582562056. Even though regulatory oversight of the CAA resides with EPA and the State of Colorado, the Forest Service has the responsibility under the CAA to protect particular values of national forest lands from the adverse impacts of activities inside and outside the forest boundary.

The Clean Air Act, as amended, significantly broadened the authority and responsibility of the Forest Service. Originally passed in 1963, major amendments followed in 1967, 1970, 1977, and 1990. The purpose of the CAA is to protect and enhance the quality of the Nation's air resources so as to promote public health and welfare. The CAA requires cooperation among all Federal departments and agencies having functions relating to the prevention and control of air pollution.

Though the CAA provides the legal and regulatory framework for protecting National Forest lands, it is the responsibility of federal land managers to determine exactly how the lands are to be managed. The act requires that the Forest Service comply with all applicable Federal, State, or local air control rules, regulations, and directives, and requires compliance with applicable substantive and procedural requirements imposed by a Federal, State, interstate, or local administrative authority or court. Furthermore, the Forest Service must consult with each State having delegated authority on all matters concerning the prevention of significant deterioration of air quality, visibility, air quality maintenance plan requirements, and nonattainment requirements.

The Clean Air Act declared as one of its purposes to preserve, protect, and enhance the air quality in national parks, national wilderness areas, national monuments, national seashores, and other areas of special national or regional natural, recreational, or historic value. The CAA gives direction to federal land managers and federal officials charged with direct responsibility for management of such lands the affirmative responsibility to protect the air quality related values, including visibility, of any such lands within a Class I area, and the responsibility to consult with EPA in the statutory process required for the approval of a Prevention of Significant Deterioration (PSD) permit application for a major source.

Rvsd Plan - 00000308

### National Ambient Air Quality Standards (NAAQS)

In 1971, under the authority of Section 109 of the Clean Air Act, the EPA adopted health-based standards that limit the concentration of certain air pollutants, known as criteria pollutants, throughout all locations across the United States. The criteria pollutants are carbon monoxide, lead, nitrogen dioxide, ozone, particle pollution, and sulfur dioxide. The limits (http://www.epa.gov/air/criteria.html) are known as the National Ambient Air Quality Standards (NAAQS). The primary standards are designed to protect public health, including sensitive populations such as the elderly, children, or people with asthma. Secondary standards are designed to mitigate harmful effects to animals, vegetation, and buildings, and limit decreases in visibility. Individual States have the responsibility for air quality management and for meeting air quality standards.

#### Forest Service Conformity with National Ambient Air Quality Standards

Under the Clean Air Act, an area that violates NAAQS for any of the six criteria pollutants listed above is designated as a non-attainment area. Maintenance areas are any non-attainment area that has been re-designated to attainment status and may be more sensitive to maintaining the designation. If a State has a non-attainment area, it must develop a State Implementation Plan (SIP) which describes how the State will achieve and maintain Federal and State standards. The conformity rule of the CAA states no department, agency, or instrumentality of the Federal Government shall engage in, support in any way or provide financial assistance for, license or permit, or approve any activity which does not conform to an implementation plan.

This rule ensures that federally funded or supported actions taken by Federal agencies and departments, including the Forest Service, meet national standards for air quality in Federal non-attainment and maintenance areas, and requires the Forest Service to demonstrate that its actions, or actions of those who occupy and use National Forest lands under Forest Service authorization, will not impede the State Implementation Plans to attain or maintain the ambient air quality standard. A few examples of activities on National Forests and Grasslands that may require a review for conformity include fuel treatments, including prescribed fire and harvest activities, road, trail, or building construction, and land use and special use permit decisions such as ski or winter sports area, mining, oil and gas development and landfills.

### Prevention of Significant Deterioration Program

The Prevention of Significant Deterioration (PSD) sections of the Clean Air Act include a permit program for certain new sources of air pollution. The purpose of the PSD process includes the protection and enhancement of air quality in national wilderness areas and other locations of scenic, recreational, historic, or natural value. Before the construction of certain new air pollution sources is approved, the applicants must receive a PSD permit from the appropriate air regulatory agency. The Forest Service manager, during the permitting process, must make three decisions:

1. What are the sensitive air pollution receptors within the wilderness that need protection?

2. What are the Limits of Acceptable Change (LAC's) for these receptors?

3. Will the proposed facility cause or contribute to pollutant concentrations or atmospheric deposition within the wilderness that will cause the LAC's to be exceeded?

The first two decisions are land management issues based upon the management goals for the wilderness in question. The third is a technical question analyzed by models combining proposed emissions, background levels of pollutants, and the sensitivity of visibility and forest resources to the pollutants.

Close coordination between the Forest Service and the appropriate air regulatory agency is essential in the PSD process. The Forest Service makes a determination of whether a proposed project will adversely impact Forest lands. The air regulatory agency then makes a decision to grant or deny the permit.

**Best Available Control Technology Review for New or Modified Pollutant Sources**

The Forest Service reviews air permit applications for new and modified industrial facilities to ensure that air emissions do not adversely impact the air quality related values, such as visibility, of federally-protected wilderness areas. The agency provides these comments to the permitting authority, typically the state.

One key part of the air permit application, required by various regulations, is a review of the air pollution control technology proposed on each of the new or modified emission units at the facility. The air quality regulations envision that it would be most cost effective to require pollution control upgrades at the time new sources are built or modified, thereby allowing plant owners to plan for these costs as part of the construction of a new plant or an overall plant upgrade.

In general, the review of air pollution control technology involves an application of engineering to analyze what types of control technologies are possible for each regulated pollutant from each emission unit at the facility. Then, the best performing option is selected unless it is deemed to be too expensive or causes other adverse environmental impacts. This process of ensuring that the best available control technology is applied to industrial sources reduces air emissions to the lowest possible amount and minimizes air pollution impacts to the National Forests.

### Regional Haze Program

The Regional Haze Rule of 1999 requires states and interested tribes to address sources of pollution contributing to regional haze in the 156 mandatory Class I areas across the country. To do this, states have or are in the process of developing State Implementation Plans (SIPs) to demonstrate to the public, the federal land managers and EPA how they plan to address regional haze to reach the goal of natural background conditions by the year 2064. The Forest Service, as the federal land manager of 88 mandatory Class I areas, has been working closely with the states, interested tribes, EPA, and the Regional Planning Organizations in the development of the technical products and policy documents that are being used by each state as they develop their plans.

### Agency Policy

Forest Service Manual 2580 – Air Resource Management contains agency direction for managing air resources. Objectives are to protect air quality related values within Class I areas, control and minimize air pollutant impact from land management activities, and cooperate with air regulatory authorities to prevent significant adverse effects of air pollutants and atmospheric deposition on forest and rangeland resources. Agency policy calls for integrating air resource management into all resource planning and management activities and using cost effective methods of achieving resource management objectives.

# Information Sources and Data Gaps

## Information Sources

Binkley, Dan, Christian Giardina, Ingrid Dockersmith, Dee Morse, Mark Scruggs, and Kathy Tonnessen. Unknown Date. *Status of Air Quality and Related Values in Class I National Parks and Monuments of the Colorado Plateau.* Chapters 1 and 10. 32 and 16 pp, respectively.

Center for Snow and Avalanche Studies, Colorado Dust-on-Snow Program. http://www.codos.org/#codos

Rvsd Plan - 00000310

Colorado Department of Public Health & Environment, Air Pollution Control Division. 2014a. Colorado *2013 Air Quality Data Report.* 108 pp.

Colorado Department of Public Health & Environment, Air Pollution Control Division. 2014b. *Colorado Annual Monitoring Network Plan.* 120 pp.

Eilers, J.M., P. Kanciruk, R.A. McCord, W.S. Overton, L. Hook, D.J. Blick, D.F. Brakke, P.E. Kellar, M.S. DeHaan, M.E. Silverstein, and D.H. Landers. 1987. *Characteristics of Lakes in the Western United States. Volume II. Data Compendium for Selected Physical and Chemical Variables.* EPA/600/3-86/054b, U.S. Environmental Protection Agency, Washington, DC. 425 pp.

Forest Service. 1991. Weminuche Wilderness Monitoring Plan for Air Quality Related Values. 62 pp.

Forest Service. 1994. Rio Grande National Forest, USDA Air Resources Monitoring Plan. 24 pp.

Forest Service. 1996a. Rio Grande National Forest Land and Resource Management Plan, FEIS, ROD, and Annual Monitoring Reports.

Forest Service. 1996b. Air-Quality-Related Values Inventory and Monitoring Program on the Pike and San Isabel National Forests, Comanche and Cimarron National Grasslands and Bureau of Land Management Canon City District. 56 pp.

Forest Service. 2004. *Ten Year Challenge Guidebook.* Unpublished. 35 pp.

Forest Service. 2011a. *Watershed Condition Framework.* http://www.fs.fed.us/publications/watershed/.

Forest Service. 2014. Wilderness Air Quality Values Plan, Mount Massive and Buffalo Peaks Class 2 Wilderness Areas, Pike and San Isabel National Forest. 50pp.

Forest Service. Air Quality Portal for Land Management Planning. http://www.srs.fs.usda.gov/airqualityportal/index.php.

Landers, D.H., J.M. Eilers, D.F. Braake, W.S. Overton, P.E. Kellar, M.E. Silverstein, R.D. Schonbrod, R.E. Crowe, R.A. Linthurst, J.M. Omernik, S.A. Teague, and E.P. Meier. 1987. *Characteristics of Lakes in the Western United States. Volume I. Population Descriptions and Physico-Chemical Relationships.* EPA/600/3-86/054a, U.S. Environmental Protection Agency, Washington, DC. 176 pp.

Mast, M.A., D.H. Campbell, and G.P. Ingersoll. 2005. *Effects of emission reductions at the Hayden powerplant on precipitation, snowpack, and surface-water chemistry in the Mount Zirkel Wilderness Area, Colorado, 1995-2003.* U.S. Geological Survey Scientific Investigations Report 2005-5167. 32 pp.

Musselman, Robert C. and John L. Korfmacher. 2014. *Ozone in remote areas of the Southern Rocky Mountains.* Atmospheric Environment 82 (2014) 383-390.

Pardo, L.H., M.J> Robin-Abbot, and C.T. Driscoll. 2011. *Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States.* USDA Forest Service Northern Research Station. General Technical Report NRS-80. 301 pages.

Numerous websites as shown throughout the document; links to each site are contained in the narrative. Some of the figures are downloaded from these sites.

### Data Gaps

While not necessarily needed for Forest Plan revision, the 1994 Air Resources Monitoring Plan for the Rio Grande National Forest is outdated and should be revised. The revision should be conducted in conjunction with surrounding national forests since the four wilderness areas on the Rio Grande National Forest cross boundaries with the San Juan, GMUG, and Pike/San Isabel National Forests. The monitoring plan revision should include a review and appropriate updating of air quality related values, statistical analysis of visibility and deposition trend, consideration of refined critical loads, target loads, and adjustments to the existing air program accordingly.

## Existing Forest Plan Direction for Air Quality

The Rio Grande National Forest Plan contains desired conditions, objectives, and standards and guidelines. For air resources they are:

### Desired Conditions

Air quality remains excellent. It is better than state and federal standards. Visibility distances are among the best in the country. Forest activities do not affect long-term changes or contribute to off-Forest problems.

### Objective

Protect the environment from air pollution, at least to the degree required by law.

### Standards and Guidelines

#### Standard

Conduct all land management activities in such a manner as to comply with all applicable federal, state, and local air quality standards and regulations, including:

- Federal: The Clean Air Act, as amended, 1991, (P.L. 95-95)
- State of Colorado: The Colorado Air Quality Control Act, Colorado Statutes 25-7-101 through 25-7-505

#### Guideline

None

## Scale of Analysis

The characterization of air resources in this assessment is generally oriented towards air mass conditions above the Rio Grande National Forest but those conditions are affected by activities within the geographic region (airshed) and beyond (regional and global). In other words, air and various air-borne emissions are not constrained by surface area boundaries.

## Airsheds

An airshed is a geographical area where local topography and meteorology limit the dispersion of pollutants away from the area. They are typically identified as a geographic boundary for air quality assessments. Airsheds can be affected by air pollution emission sources, which are categorized as stationary (point) and area/mobile. Stationary emissions are sources authorized by permit and emit pollution through an identifiable stack. Area/mobile sources are emissions from a number of locations too

Rvsd Plan - 00000312

small, numerous, or difficult to be inventoried individually. They generally extend over a large area and can include vehicle emissions, natural gas wells, and certain commercial operations such as dry cleaners. Fire and windblown dust are often considered area sources as well.

The Rio Grande National Forest is in the Canon City airshed (Forest Service 1993), a large geographical area in south-central Colorado. The Continental Divide runs along the western side of this airshed. The two highest peaks in the lower 48 states, Mount Elbert at 14,433 feet and Mount Massive at 14,421 feet, are located in this airshed. These two peaks are directly north of the Rio Grande National Forest.

The Continental Divide exhibits considerable control over air currents and circulation in the Canon City airshed. From a macro-scale airflow perspective, the prevailing upper-level winds are from the southwest and west (Mast et al 2005). Following the passage of cold fronts, gradient winds shift to a northwest to northerly direction. This condition normally persists for a few days and then changes back to a more southwesterly and westerly flow. Occasionally, gradient wind direction shifts to a more southerly flow. This is particularly common during July and August when summer "monsoon" conditions become established. Most of the precipitation during the summer months is the result of the southerly flow of sub-tropical moisture.

From a more micro-scale airflow perspective there is one sub-airshed within the Canon City macro-scale airshed of importance to the Rio Grande National Forest. Hereafter, this sub-airshed is described as the San Luis Valley sub-airshed. This sub-airshed is bounded by the Continental Divide within the San Juan Mountains to the west, Poncha Pass to the north, the Sangre de Cristo Mountains to the east, and, generally speaking, the San Luis Hills and Taos Plateau to the south. The highest peak along the Continental Divide is Rio Grande Pyramid at 13,821 feet. The highest peak in the Sangre de Cristo Mountains is Blanco Peak at 14,345 feet. Poncha Pass is at 9,010 feet. This sub-airshed is approximately 100 miles long and 60 miles wide. This sub-airshed is approximately equal to Colorado's San Luis Valley Monitoring Area, a multi-county area delineated by the Air Pollution Control Division based on topography and similar airshed characteristics (Colorado 2014a). However, the western portion of the Forest is in the Central Mountains Region Monitoring Area.

From a micro-scale airflow perspective, winds vary seasonally (Binkley et al date unknown). Winter and spring winds are primarily from the southwest. Summer winds are primarily from the southwest and east. Fall winds are from all directions except north.

There are two Class I areas on the Forest within this sub-airshed: the Weminuche and La Garita Wilderness Areas. There are two Class II wilderness areas within this sub-airshed: South San Juan and Sangre de Cristo Wilderness Areas. All non-wilderness areas with the Rio Grande National Forest are also considered Class II areas. Additionally, Great Sand Dunes National Park, a Class I area directly adjacent to the Rio Grande National Forest at the southern end of the Sangre de Cristo Mountains, is within this sub-airshed.

All Colorado communities are currently in attainment of all National Ambient Air Quality Standards (NAAQS), with the exception of the Front Range ozone control area, i.e., Denver-Boulder-Greeley-Ft. Collins-Loveland, which is in non-attainment for the 8-hour ozone standard. In the past there were several communities across the State in non-attainment for violation of one or more of the federal clean air standards (CDPHE 2014a and 2014b). Implementation plans have since been developed for these communities. These plans show how these communities have attained and will maintain compliance with the standards. The closest downwind community to the Rio Grande National Forest under one of the maintenance plans is Pagosa Springs for particulate matter ($PM_{10}$). Details can be found at https://www.colorado.gov/pacific/cdphe/state-implementation-plans-sips. The Forest Service works closely with the State of Colorado to ensure compliance with NAAQS.

# Air Quality

There is an abundance of current and historical data related to air quality in or near the Rio Grande National Forest. Knowledge of the data and any relevant trends provides an understanding of the air quality parameters that influence air quality on the forest that could affect resources impacted by air pollution. Included are general descriptions of baseline emissions inventories, ambient air quality measurements, visibility, and deposition measurements that define current air quality conditions of the plan area.

## *Existing and Potential Sources and Inventories*

Air quality effects on national forests are generally traceable back to the original source of emissions. Therefore, air emission information provides an overview of the magnitude of air pollution and is important in understanding air quality on the forest. Also, trends in precursor emissions would be expected to track with trends on the forest, e.g., visibility, acid deposition. For example, improving visibility conditions in Class I areas would generally be associated with corresponding decreases in emissions for visibility precursor pollutants.

Emissions information is generally tracked for pollutants that have health-based air quality standards such as carbon monoxide (CO), nitrogen oxides (NOx), sulfur dioxide ($SO_2$), volatile organic compounds (VOCs), and particulate matter (PM). VOC emissions do not have a health-based standard, but are involved in the atmospheric chemical reactions that lead to ozone ($O_3$), which does. Ozone pollution is of added concern because it can stress sensitive ecological systems. PM emissions are generally broken into two categories based on the size of the emissions. Fine PM represents the particulate matter sized at or below 2.5 microns in diameter. Course PM represents the particulate matter sized at or below 10 microns but above 2.5 microns, in diameter. Smaller sized particles have greater health-related impacts because the smaller particles are more easily inhaled into the lungs.

### Stationary Sources

Stationary sources of pollution include facilities such as those used for energy production, mining and milling operations, gravel and cement plants, and ski areas. Areas directly affected by these facilities are typically confined to a radius of tens of kilometers downwind of the facility. The dimensions of the downwind zones of influence are variable, and are primarily controlled by the strength of the effluent at its source, local meteorology, and regional topography. Large stationary sources, typically facilities that produce more than 100 tons/year, can impact national forest areas in excess of 300 km downwind by contributing to pollutant haze layers.

The Colorado Department of Public Health and Environment, Air Pollution Control Division website at http://www.colorado.gov/airquality/ss_map_wm.aspx was queried for stationary sources of air pollution within a 100 kilometer (62 mile) radius (the upper distance limit of the query) of Monte Vista, Colorado, which serves as a good centroid for the Rio Grande National Forest and its associated sub-airshed. Priority pollutants carbon monoxide (CO), nitrogen oxides ($NO_x$), sulfur dioxide ($SO_2$), particulate matter < 10 microns ($PM_{10}$) and particular matter < 2.5 microns ($PM_{2.5}$), as well as non-priority pollutant volatile organic compounds (VOC), were queried (Figure 1 through Figure 6).

The major stationary sources of CO, $NO_x$, and $SO_2$ are in the central part of the San Luis Valley. The major stationary sources of PM10, PM2.5, and VOC are in the central, north-central, south-central, and south-eastern parts of the Valley. Facility names and emission quantities are available at the CDPHE website.

Rvsd Plan - 00000314

In addition to the State of Colorado inventory, the Environmental Protection Agency 2011 National Emissions Inventory at http://www.epa.gov/ttn/chief/net/2011inventory.html was queried for emissions in the dominant upwind directions pertinent to the Rio Grande National Forest. This query allowed for assessment of stationary source emissions that extend beyond the 62 mile limit of the State of Colorado query. Upwind areas that contain facilities that could potentially affect air quality in the Forest include a large area south of Durango, Colorado and east of Farmington, New Mexico, and a concentrated area around Spanish Peaks west of Trinidad, Colorado. Facilities in these areas are associated primarily with energy use and development. Other potential sources include areas around and south/southeast of Phoenix, Arizona and the Los Angeles metropolitan area in California.

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



16 sources of CO total 74.20 tpy w/in 100 km. of 37.58052 N, 106.14953 W (Geographic, WGS 1984)

**Figure 1. Sources of carbon monoxide (CO) within 100 kilometers (62 miles) of Monte Vista, Colorado.**

Rvsd Plan - 00000316



16 sources of NOx total 103.44 tpy w/in 100 km. of 37.58052 N, 106.14953 W (Geographic, WGS 1984)

**Figure 2. Sources of nitrous oxides (NO$_x$) within 100 kilometers (62 miles) of Monte Vista, Colorado.**

Rvsd Plan - 00000317



**Figure 3. Sources of sulfur dioxide ($SO_2$) within 100 kilometers (62 miles) of Monte Vista, Colorado.**

Rvsd Plan - 00000318



**Figure 4. Sources of course particulate matter (PM10) within 100 kilometers (62 miles) of Monte Vista, Colorado.**



**Figure 5. Sources of fine particulate matter (PM2.5) within 100 kilometers (62 miles) of Monte Vista, Colorado.**



**Figure 6. Sources of volatile organic compounds (VOC) within 100 kilometers (62 miles) of Monte Vista, Colorado.**

## Area and Mobile Sources

Area and mobile sources of pollution include, among other things, automobiles, agricultural activities, planes, trains, residential wood burning, lawn mowers, and barbeques. Smoke from wild and prescribed fires, as well as wind-blown dust, are also considered area sources. While stationary sources were the initial focus of the Clean Air Act, pollutants from regional-scale area sources are more likely to affect national forest areas. Global emissions of carbon dioxide and other greenhouse gases are increasing in concentration, and very likely causing dramatic changes in climate. The effects from a changing climate may result in the greatest anthropogenic changes to national forest areas.

The Colorado Department of Public Health and Environment, Air Pollution Control Division website at http://www.colorado.gov/airquality/inv_maps.aspx was queried for area/mobile sources of pollution in the vicinity of the two wilderness areas (Table 1). The queries are done by county. The Rio Grande National Forest lies within ten Colorado counties: Alamosa, Conejos, Costilla, Mineral, Rio Grande, Saguache, Hinsdale, Custer, San Juan, and Archuleta.

Primary sources for CO include wood burning, vehicles and non-road engines; for NOx vehicles, non-road engines, oil/gas, and railroads; for SO2 wood burning, combustion, vehicles, oil/gas, and non-road engines; for PM wood burning, road dust, agriculture tilling, and construction; and for VOC pesticides, wood burning, non-road engines, and vehicles.

## Wildfire and Prescribed-fire Smoke, and Dust

Wildfire smoke, particularly from large fires, is a vivid air quality impact to the Forest on a seasonal basis. Prescribed fire is the predominant emission-producing management activity practiced by the Forest Service. Emissions from fire (wildland and prescribed) are an important episodic contributor to visibility-impairing aerosols, including organic carbon, elemental carbon, and particulate matter. Wildfire impacts are increasingly difficult to manage due to excessive fuel loads, history of fire exclusion, increased urban interface, and climate change (drought and increasing temperatures). Prescribed fire and fuel treatment projects include mastication, thinning, broadcast burns (area burns designed to reduce fuels in a contiguous area over a landscape) and pile burns (discrete piles of slash from timber harvest and/or thinning from fuel treatment projects). These treatment techniques are designed to reduce the size, frequency, and intensity of wildland fires and improve fire control, increase predictability of fire effects, and allow for smoke emissions management.

Dust generated by winds blowing across the San Luis Valley is also an apparent air quality impact to the Forest, particularly the part of the Forest in the Sangre de Cristo Mountains. Dust generated in the southwestern U.S. and at a global scale also impacts the Forest, most apparent as a dark covering of the snowpack as it melts in the spring.

## Potential Future Sources

A potential future source of emissions that could impact the Forest is energy development in southwest Colorado and northwest New Mexico. The adjacent San Juan National Forest tracks this potential source for possible effects on the Weminuche Wilderness Area. This tracking will be useful to the Rio Grande National Forest in the future.

**Table 1. Area and mobile sources of pollutants near the Rio Grande National Forest. All values are in tons/year (T/Y).**

| County | CO | NOx | SOx | PM10 | VOC |
|---|---|---|---|---|---|
| Saguache | 2646 | 339 | 4 | 1879 | 3125 |
| Mineral | 2615 | 222 | 1 | 201 | 975 |
| Conejos | 2917 | 354 | 5 | 975 | 734 |
| Rio Grande | 4721 | 539 | 6 | 1175 | 4305 |
| Hinsdale | 2325 | 67 | 2 | 640 | 944 |
| San Juan | 2580 | 76 | 4 | 169 | 1103 |
| Alamosa | 3832 | 555 | 36 | 1218 | 3047 |
| Archuleta | 4661 | 459 | 5 | 1130 | 830 |
| Custer | 2120 | 145 | 2 | 718 | 460 |
| Costilla | 2016 | 237 | 3 | 1606 | 845 |
| Total | 30433 | 2993 | 68 | 9711 | 16368 |

## *Air Resource Monitoring*

### Visibility

#### *IMPROVE*

The Interagency Monitoring of Protected Visual Environments (IMPROVE) program was established in 1985 to assist in the management of visibility in Class I areas. Four objectives were identified:

- Establish current visibility and aerosol conditions in mandatory Class I areas
- Identify chemical species and emission sources responsible for existing man-made visibility impairment
- Document long-term trends for assessing progress towards the national visibility goal
- Provide regional haze monitoring as part of the enactment of the Regional Haze Rule

There are three IMPROVE monitors representative of the Rio Grande National Forest: Site GRSA1 located in Great Sand Dunes National Park and sites WEMI1 and SHMI1 located on the San Juan National Forest. GRSA1 and WEMI1 were installed in 1988. SHMN1 was installed in 2004. Increased levels of aerosols are common and likely related to dust driven dust events and wildfire smoke (Figure 7). These spikes affect visibility, particularly at Great Sand Dunes National Park. The visibility effects at the Park are likely being observed in portions of the Sangre de Cristo Wilderness as well.

Haze index data indicate visibility on the clearest days is on an upward trend, i.e., visibility improvement, at both Great Sands Dunes and Weminuche, with no apparent trend on the haziest days (Figure 8 through Figure 10). The period of record at Shamrock is too short to assess trend.

Extinction trends on the best visibility days at Great Sand Dunes and Weminuche indicate apparent upward, i.e., visibility improvement, trend with organic mass, course mass, and ammonium sulfate (Figure 11 through Figure 13). Elemental carbon is on an apparent upward trend on the best visibility days at Weminuche, while there is no apparent trend on the best visibility days with elemental carbon at Great Sand Dunes. There is no apparent trend on the best visibility days with ammonium nitrate, soil, or sea salt at either of these two locations. The period of record at Shamrock is too short to assess trend.

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 7. Visibility (deciviews) at Shamrock Mine (SHM1), Great Sand Dunes National Park (GRSA1), and Weminuche (WEMI1). Data is available through 2013 but a glitch in the website plot function prevents display of these data.**



**Figure 8. Haze index (deciviews) at Shamrock Mine (SHM1)**

Rvsd Plan - 00000324



**Figure 9. Haze index (deciviews) at Great Sand Dunes National Park (GRSA1)**



**Figure 10. Haze index (deciviews) at Weminuche (WEMI1)**

Extinction trends on the worst visibility days at Great Sand Dunes and Weminuche indicate apparent
upward, i.e., visibility improvement, trend with ammonium sulfate, but downward, i.e., visibility

reduction, trend with organic mass (Figure 14through Figure 16). There is no apparent trend on the worst visibility days with the other aerosol constituents at either of these two locations. The period of record at Shamrock is too short to assess trend.

### Colorado Scenic and Important Views

The Colorado Air Pollution Control Division (CAPCD) maintains a database of "scenic and important views" in Class II areas. This database is used by the Division to determine if there are any sensitive Class II views that might trigger their visibility "additional impact analysis" requirements under the PSD rules. Knowledge of these sites is not necessarily useful to Forest Plan Revision, but knowing they exist is important to Forest Plan implementation as the Forest works with the State on PSD permits. At that time, CAPCD can be contacted for the most current list of sites in their database.



**Figure 11. Extinction trends on the best visibility days at Shamrock Mine (SHMN1).**

### Wilderness Lake Monitoring

Lake sampling in or around the Rio Grande National Forest has been conducted by various entities over the last three decades, i.e., since the mid-1980s. This sampling was and still is designed to characterize wilderness lake chemistry and sensitivity to acidic deposition. Some of these data is synoptic while some identify current conditions and trends of acid deposition in wilderness lakes. Data may be reported as acid neutralizing capacity (ANC) or alkalinity. Lakes are generally considered sensitive to atmospheric induced acid deposition change if ANC is less than 50 µeq/L and highly sensitive if ANC is less than 25 µeq/L. Lakes are considered highly sensitive if alkalinity is less than 10 mg/l, moderately sensitive if alkalinity is between 10 and 20 mg/l, and non-sensitive if alkalinity is over 20 mg/l.

Rvsd Plan - 00000326

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 12. Extinction trends on the best visibility days at Great Sand Dunes National Park (GRSA1).**



**Figure 13. Extinction trends on the best visibility days at Weminuche (WEMI1).**



**Figure 14. Extinction trends on the worst visibility days at Shamrock Mine (SHMN1).**



**Figure 15. Extinction trends on the worst visibility days at Great Sand Dunes National Park (GRSA1).**

Rvsd Plan - 00000328



**Figure 16. Extinction trends on the worst visibility days at Weminuche (WEMI1).**

### EPA Western Lakes Survey

In 1985, the Environmental Protection Agency (EPA) conducted a nationwide study of acid deposition. The Western Lakes Survey (WLS) was a one-time stratified sampling effort designed to provide large scale regional information about lake chemistry throughout the United States (Eilers et al 1987 and Landers et al 1987). Three lakes on the Rio Grande National Forest were sampled: Pioneer Lake, Willow Crk Lks (SE), and Lost Lakes (North). The first two lakes are in the Sangre de Cristo Mountains. The third lake is in the San Juan Mountains. These historical data did not give detailed information about the processes occurring over time in any one lake but did provide some indication of the buffering abilities of the sampled lakes. Acid neutralizing capacity (ANC in ueq/l) for the three lakes was 441, 422, and 556, respectively, suggesting considerable buffering capacity.

### Rio Grande National Forest Lake Monitoring

Selected wilderness high lake monitoring has occurred on the Rio Grande National Forest since 1992. Synoptic surveys of 32 lakes in the Weminuche, 16 lakes in the South San Juan, and 6 lakes in the La Garita wilderness areas were conducted in 1992. In 1993, annual monitoring began on 8 lakes in the Weminuche, 2 lakes in the South San Juan, and 2 lakes in the La Garita. In 1994, three of the Weminuche lakes were dropped from the monitoring effort.

In 1995 synoptic surveys were conducted on numerous lakes in the Sangre de Cristo wilderness. Crater Lake and Upper Little Sand Creek Lake were then selected for long-term monitoring, which began in 1996. Upper Little Sand Creek Lake is now part of Great Sand Dunes National Park.

ANCs for the above mentioned lakes indicate waterbodies in the Weminuche and South San Juan wilderness areas are sensitive to atmospheric deposition, while waterbodies in the La Garita and Sangre de Cristo wilderness areas are not.

## *San Juan, GMUG, and PSI Lake Monitoring*

The surrounding San Juan, GMUG, and Pike/San Isabel National Forests also monitor high elevation lakes in the Weminuche, South San Juan, La Garita, and Sangre de Cristo wilderness areas. The Rocky Mountain Regional Office, in cooperation with these Forests and the Rio Grande National Forest, is in the process of analyzing the entire high elevation lakes water chemistry dataset for trend. This analysis may or may not be available for the Plan revision effort. If it becomes available the Forest should utilize it as part of the plan revision effort, as well as for general air program management.

## Snowpack Chemistry Monitoring

The U. S. Geological Survey (USGS) conducts annual snow chemistry surveys along the Rocky Mountain range from New Mexico through Montana. Annual snow packs accumulate atmospheric deposition such as nitrates and sulfates throughout the winter and offer opportunity to collect composite samples of the majority of annual precipitation. The survey network was initiated to determine annual concentrations and deposition of selected nutrients and other constituents collected in snowpack samples, assess trends, and support investigations of the effects of atmospheric deposition at local and regional levels. Detailed information about this monitoring program can be found at http://co.water.usgs.gov/projects/RM_snowpack/.

There are eight monitoring sites in close proximity to the Rio Grande National Forest potentially useful for atmospheric deposition monitoring: Hopewell, Molas Lake, Monarch Pass, Music Pass, Red Mountain Pass, Slumguillion Pass, Taos Ski Valley, and Wolf Creek Pass. A map showing the locations of these sites is available at the above mentioned website.

### *Site Data and Comparisons*

Data are collected for seventeen metrics at each of these three sites. Each site is sampled once per year in late March to early April, which corresponds to the time when annual snow packs are near their maxima. For this assessment, ammonium ($NH_4$), nitrate ($NO_3$), sulfate ($SO_4$) and mercury ($Hg$) concentrations were visually evaluated for trend. The period of record varies by site and constituent. Deposition data for these four constituents were not evaluated as a part of this assessment due to concerns with snow water equivalent data (some data are measured while some are estimated) needed to convert concentrations to deposition.

Apparent concentration trend varies by site and metric (Figure 17 to Figure 20and Table 2). Generally speaking, there is no apparent trend with $NO_3$. $SO_4$ is on an apparent downward trend. $NH_4$ and $Hg$ apparent trend varies from none to upward depending upon the site. The Forest should conduct statistical analysis on these data similar to the analysis done for the Mount Massive and Buffalo Peaks Wilderness Areas on the Pike and San Isabel National Forest (Forest Service 2014).



**Figure 17. Annual snowpack nitrate concentration at eight locations in and around the Rio Grande National Forest.**



**Figure 18. Annual snowpack sulfate concentration at eight locations in and around the Rio Grande National Forest.**

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 19. Annual snowpack ammonium concentration at eight locations in and around the Rio Grande National Forest.**



**Figure 20. Annual snowpack mercury concentration at eight locations in and around the Rio Grande National Forest.**

Rvsd Plan - 00000332

**Table 2. Apparent (visual) trend of nitrate, sulfate, ammonium, and mercury at eight locations in and around the Rio Grande National Forest.**

| | Apparent Concentration Trend | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Site | Hopewell | Molas Lake | Monarch Pass | Music Pass | Red Mountain | Slumguillion Pass | Taos Ski Valley | Wolf Creek Pass |
| $NO_3$ (ueq/l) | None | None | None | None | None | None | None | None |
| $SO_4$ (ueq/l) | Down | Down | Down | None | Down | Down | Down | Down |
| $NH_4$ (ueq/l) | Up | Up | None | Up | None | None | Down | Up |
| Hg (ng/l) | Up | None | None | None | Up | Up | Up | Up |

## Atmospheric Deposition Monitoring

### National Atmospheric Deposition Program

The National Atmospheric Deposition Program (NADP) is a cooperative monitoring effort between many different groups and agencies. NADP began as a precipitation chemistry network to provide data on the amounts, trends, and geographic distributions of acids, nutrients, and base cations in precipitation. Overtime, the program expanded and now has five components: NADP National Trends Network (NTN), Atmospheric Integrated Research Monitoring Network (AIRMoN), Mercury Deposition Network (MDN), Atmospheric Mercury Network (AMNet), and Ammonia Monitoring Network (AMoN). Data for the NADP program are available at http://nadp.sws.uiuc.edu/.

NTN is the original NADP program. The nearest NTN sites are Alamosa (CO00) established in 1980, Wolf Creek Pass (CO91) established in 1992, and Molas Pass (CO96) established in 1986. AIRMoN is similar to NTN in that the same chemicals are measured but sampling is daily rather than weekly. Currently all AIRMoN sites are in the eastern United States. MDN assesses total mercury and at certain sites methyl mercury. The nearest MDN site is Molas Pass (CO96), established in 2009. AMNet measures atmospheric mercury fractions which contribute to dry and total mercury deposition. The nearest AMNet site is Salt Lake City, UT. AMoN provides a long-term record of ammonia gas concentrations. The nearest AMoN sites are Gothic (CO10) near Crested Butte, Colorado and Navajo Lake (NM98) in north-central New Mexico. Gothic was established in 2012. Navajo was established in 2008. The MDN and AMoN data sets are insufficient for trend analysis as a part of this assessment. Data from these sites may prove useful to managers on the Forest at some point in the future.

NTN concentration and deposition data for $NO_3$, $SO_4$, and $NH_4$ are useful for apparent (visual) trend analysis (Figure 21 through Figure 38 and Table 3 and Table 4). Sulfate concentration and deposition are on an apparent downward trend at all sites. Nitrate concentration and deposition apparent trend varies from downward to none to upward depending upon the site. Ammonia is on an apparent upward trend at all sites. These apparent trends are consistent with trends occurring throughout the western United States. The Forest should conduct statistical analysis on these data similar to the analysis done for the Mount Massive and Buffalo Peaks Wilderness Areas on the Pike and San Isabel National Forest (Forest Service 2014).

### Clean Air Status and Trend Network

The Clean Air Status and Trend Network (CASTNet) is a national air quality monitoring network designed to provide data for assessing trends in air quality, atmospheric deposition, and ecological effects due to changes in air pollutant emissions. The program provides long-term monitoring of air quality in rural areas to determine trends in regional atmospheric nitrogen, sulfur, and ozone concentrations and deposition fluxes of sulfur and nitrogen pollutants in order to evaluate the effectiveness of national and

regional air pollution control programs. Detailed information on the program can be found at http://epa.gov/castnet/javaweb/index.html.



**Figure 21. Nitrate concentration trend at Alamosa NADP site.**



**Figure 22. Sulfate concentration trend at Alamosa NADP site.**

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 23. Ammonium concentration trend at Alamosa NADP site.**



**Figure 24. Nitrate concentration trend at Wolf Creek Pass NADP site.**

Rvsd Plan - 00000335

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 25. Sulfate concentration trend at Wolf Creek Pass NADP site.**



**Figure 26. Ammonium concentration trend at Wolf Creek Pass NADP site.**

Rvsd Plan - 00000336



**Figure 27. Nitrate concentration trend at Molas Pass NADP site.**



**Figure 28. Sulfate concentration trend at Molas Pass NADP site.**

Rvsd Plan - 00000337



**Figure 29. Ammonium concentration trend at Molas Pass NADP site.**



**Figure 30. Nitrate deposition trend at Alamosa NADP site.**

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 31. Sulfate deposition trend at Alamosa NADP site.**



**Figure 32. Ammonium deposition trend at Alamosa NADP site.**

Rvsd Plan - 00000339

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 33. Nitrate deposition trend at Wolf Creek Pass NADP site.**



**Figure 34. Sulfate deposition trend at Wolf Creek Pass NADP site.**



**Figure 35. Ammonium deposition trend at Wolf Creek Pass NADP site.**



**Figure 36. Nitrate deposition trend at Molas Pass NADP site.**

Rvsd Plan - 00000341

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources



**Figure 37. Sulfate deposition trend at Molas Pass NADP site.**



**Figure 38. Ammonium deposition trend at Molas Pass NADP site.**

**Table 3. Apparent (visual) concentration trend at NADP sites near the Rio Grande National Forest.**

| Apparent Concentration Trend | | | |
|---|---|---|---|
| Site | Alamosa | Wolf Creek Pass | Molas Pass |
| NO$_3$ | Up | None | None |
| SO$_4$ | Down | Down | Down |
| NH$_4$ | Up | Up | Up |

Rvsd Plan - 00000342

**Table 4. Apparent (visual) deposition trend at NADP sites near the Rio Grande National Forest.**

| Apparent Deposition Trend | | | |
|---|---|---|---|
| Site | Alamosa | Wolf Creek Pass | Molas Pass |
| $NO_3$ | None | Down | None |
| $SO_4$ | Down | Down | Down |
| $NH_4$ | None | Up | Up |

Unfortunately, there are no CASTNet monitoring sites within close proximity to the Rio Grande National Forest. However, the Gothic (GTH161) site near Crested Butte and Mesa Verde (MEV405) site west of Durango are worth noting. Changes in atmospheric deposition at these sites may prove useful to managers on the Forest at some point in the future.

## Ozone Monitoring

The nearest active ozone monitoring site to the Rio Grande National Forest is Shamrock Mine (08-067-1004) at Wolf Creek Pass, established in 2004. There is an inactive site at Great Sand Dunes National Monument with data available for 1990 and 1991. Ozone concentrations at Shamrock are within standards, and appear to be cyclical on a 5-year basis, with no apparent trend (Figure 39).

The Forest Service and State of Colorado monitor ozone at multiple rural sites across the southern Rocky Mountains. Musselman and Korfmacher (2014) recently summarized these data. The authors noted many of these locations have, on occasion, $O_3$ concentrations that exceed the current NAAQS standard but there are significant year-to-year differences, concentration levels are primarily in the mid-concentration range (rarely exceed 100 ppb or drop below 30 ppb), and the small daily fluctuations indicate overall stable concentrations. They also noted stratospheric intrusion may be a contributing factor in that the highest nighttime concentrations occur at the highest elevations. Daytime concentrations apparently are not correlated with elevation. While none of the sites assessed in the study are in or near the Rio Grande National Forest, the results are worth noting from a general monitoring perspective. The Forest should maintain communication with and support the Rocky Mountain Station and State of Colorado as additional rural ozone data are collected, analyzed, and reported.

## Watershed Condition Framework

The Watershed Condition Framework characterizes the health and condition of National Forest System lands. The characterization is a reconnaissance-level approach using a comprehensive set of twelve indicators and twenty-four attributes that are surrogate variables representing ecological, hydrological, and geomorphic functions and processes that affect watershed condition. The primary emphasis of the classification is on aquatic and terrestrial processes and conditions that Forest Service management activities can influence. The initial or baseline characterization for the Rio Grande National Forest was completed in 2010.

One attribute within the Forest Health indicator is Ozone. This attribute is rated to address forest mortality impacts to hydrologic and soil function due to air pollution. All watersheds on the Forest were rated "functioning properly" relative to Ozone.

There are two other attributes, i.e., water quality problems and soil contamination, rated in part using data related to air quality. A more current assessment is provided below in the critical loads discussion and should be used when the Forest updates the Watershed Condition Framework.



**Figure 39. Ozone at Shamrock Mine monitor.**

## Critical Loads

The Air Quality Portal for Land Management Planning provides guidance on assessing critical loads (CLs) of air pollution http://www.srs.fs.usda.gov/airqualityportal/index.php to determine if concerns exist with acidification, i.e., acid rain, and nutrient loading, e.g., nitrogen saturation, of several ecosystems components. The seven step critical load implementation strategy outlined in the guidance was followed as part of this assessment. Step 1 or the initial screening showed the potential for critical load exceedance on the Rio Grande National Forest. Step 2 indicated ecosystem sensitivity to atmospheric deposition due to potentially elevated deposition of nitrogen at two NADP sites in the vicinity of the Forest (Table 4), and low buffering capacity of high elevation lakes in the Class I Weminuche Wilderness and the Class II South San Juan Wilderness (see narrative under Rio Grande National Forest Lake Monitoring heading above). Step 3 established there are no published regional or local critical load estimates so national estimates should be used, allowing Steps 4 and 5 to be skipped. Steps 6 and 7 involved examination and interpretation of atmospheric pollution impacts on various ecosystem components. Step 6 was a detailed GIS analysis, resulting in numeric output and maps of exceedance information (Table 5 and Maps 1 through 8).

The analysis indicates exceedance of critical loads at certain lakes but buffering by geology and soils should, generally, mitigate any concerns. However, there are small lakes in the Weminuche and South San Juan Wilderness Areas with low acid neutralizing capacity (ANC) where localized geologic and soil material, e.g., excessive exposed bedrock with no soil mantle, may not provide adequate buffering. Thus, current lake monitoring efforts should continue and the Forest should critically review the trend analysis being conducted by the Region (see narrative under San Juan, GMUG, and PSI Lake Monitoring heading above) to determine if current lake monitoring efforts needs to be revised.

The analysis indicates the extent and severity of exceedance for mycorrhizal fungi is low and thus not a concern. Exceedances of the lichen CLs falls within the realm of uncertainty so lichen monitoring in the Class I Weminuche and La Garita Wilderness Areas may be beneficial to measure the extent to which

potential effects have occurred. Exceedances of the minimum CL for herbaceous plants/shrubs and forests occur across twenty-nine percent of the Forest; and for nitrate leaching across forty-one percent of the Forest. While 1.66 kg/ha/yr deposition is not particularly high, it is within the range of CL concerns so the exceedance could be leading toward issues with lower organic soil horizon C:N ratios, higher N mineralization rates, higher potential net nitrification rates and foliar N concentration, and higher N:P, N:Ca, and N:Mg ratios in forested areas, and changes in plant species composition in alpine ecosystems enhancing rates of nitrogen cycling, which could lead to nonlinear increases in nitrate leaching and soil acidification (Pardo et al 2011). Because ammonium ($NH_4$) deposition at two NADP sites in the vicinity of the Forest visually appears to be on an upward trend (Figure 35 and Figure 38) soil and vegetation monitoring in the Class I Weminuche and La Garita Wilderness Areas may be desirable to measure the extent to which potential effects have occurred. Until additional information becomes available that disputes or supports the results of this critical load assessment, the Forest does not need to establish refined critical loads and target loads at this time; rather, the Forest should continue with development, adjustment, and implementation of its existing air resources program.

**Table 5. Implementation Plans**

| Exceedance Metrics | Critical Loads | | | |
| --- | --- | --- | --- | --- |
| | Acidity: Surface Waters | Acidity: Forested Ecosystems | Nutrient N: Lichens | Nutrient N: Mycorrhizal fungi, Herbaceous plants/shrubs, Forests, Leaching |
| Extent | 5 of 26 lakes (19%) exceed CL | 0% exceedance | 1% of Forest exceeds maximum CL 65% of Forest exceeds minimum CL | 5% of Forest exceeds mycorrhizal fungi CL 29% of Forest exceeds both herbaceous plants/shrubs and forests CL 41% of Forest exceeds nitrate leaching CL |
| Severity (amount of deposition being received above the CL) – range of exceedance amount | Minimum value = 0 $meq/m^2/yr$ Maximum value = 19 $meq/m^2/yr$ | N/A | 0 kg/ha/yr for lichen maximum CL 0.01 to 2.73 kg/ha/yr for lichen minimum CL | 0 to 0.66 kg/ha/yr for mycorrhizal fungi 0.02 to 1.66 kg/ha/yr for herbaceous plants/shrubs, forests, and nitrate leaching |
| Severity – 95% exceedance value | N/A due to small sample size | N/A | 0 for lichen maximum CL 1.52 for lichen minimum CL | 0.04 for mycorrhizal fungi 1.04 for herbaceous plants/shrubs, forests, and nitrate leaching |
| Reliability | High | Low | High | Variable |

Colorado's regional haze State Implementation Plan (SIP) was approved by the Air Quality Control Commission in January 2011 and by EPA in January 2013. Details can be found at
http://www.colorado.gov/cs/Satellite?c=Page&childpagename=CDPHE-

AP%2FCBONLayout&cid=1251594862597&pagename=CBONWrapper. The Forest Service worked closely with the State of Colorado during the development of the SIP.

The State of Colorado has developed a natural events action plan for responding to wildfire smoke and focuses only on wildfires that require suppression action. Action plan details can be found at http://www.colorado.gov/cs/Satellite?c=Page&childpagename=CDPHE-AP%2FCBONLayout&cid=1251595265392&pagename=CBONWrapper. The Rio Grande National Forest staff works closely with the State of Colorado to conform to this plan.

## Natural Hazards

There are no known large, broad-scale, major geologic hazards within the Rio Grande National Forest that may affect air quality.

## Multiple Uses / Ecosystem Services

The air resource on the Rio Grande National Forest, in conjunction with soil, water and watershed resources, is part of the foundation for providing for the full suite of multiple uses available from national forests. Good to excellent air quality is a prerequisite to many National Forest uses, products, and services. For example, people recreate on the Forest to enjoy clean air and view expansive vistas; water unpolluted by atmospheric deposition provides on- and off-Forest uses such as habitat for aquatic organisms, and drinking, industrial, and agricultural supply; and clean air assists in climate regulation, particularly relative to greenhouse gases.

## Conditions and Trends

Overall, air quality within and near the Rio Grande National Forest is good to excellent as the area is minimally developed, has limited local emissions sources, and predominantly very robust air dispersion. Wildfire emissions, depending upon the year, can be the most significant source of pollution within and around the Forest, but are not controllable by management except indirectly, through fire suppression. Prescribed-fire emissions in the area do occur during the spring and late fall. The amount of activity is expected to hold constant, with a few to several hundred acres per year being treated. Smoke management is regulated by permit from the State of Colorado. Overall smoke emissions (wildfire and prescribed) are expected to remain about the same, with the major variable being weather conditions.

Dust generated by winds blowing across the San Luis Valley is also an apparent air quality impact to the Forest, particularly the part of the Forest in the Sangre de Cristo Mountains. Dust generated in the southwestern U.S. and at a global scale also impacts the Forest, most apparent as a dark covering of the snowpack as it melts in the spring.

The greatest threat to air quality within the Forest is from upwind anthropogenic sources. Upwind urban and particularly industrial air pollution, although low to moderate compared with much of the U.S., has a potentially persistent impact, because many of these emissions occur year-round. These sources are managed by the air quality regulatory agencies in Colorado and upwind states, with collaboration from the Forest Service for major sources permitting through the PSD process. Currently, as previously discussed, all Colorado communities are in attainment of all National Ambient Air Quality Standards, with the exception of the Front Range ozone control area, which is in non-attainment for the 8-hour ozone standard. In the past there were several communities across the State in non-attainment for violation of one or more of the federal clean air standards. Implementation plans have since been developed for these communities. These plans show how these communities have attained and will maintain compliance with

Rvsd Plan - 00000346

the standards. The closest community to the Forest under one of the maintenance plans is Pagosa Springs for particulate matter ($PM_{10}$).

The largest air quality concern on the Rio Grande National Forest arises from energy development in southwest Colorado and northwest New Mexico, and perhaps the Spanish Peaks area west of Trinidad, Colorado. Continued compliance with NAAQS and protection of Class I and II areas on the Rio Grande National Forest requires continued close coordination between the Forest Service and air quality regulatory agencies in Colorado and upwind states.

There is a considerable amount of historic and current air quality monitoring data available to the Forest for tracking air quality conditions and impacts on air quality values. Some of this information is more valuable than others as previously discussed. IMPROVE sites for the Weminuche Wilderness and Great Sand Dunes National Park are useful for visibility monitoring. The Colorado "scenic and important views" database is useful for PSD permitting efforts the Forest may become engaged with in the future. Historic and on-going lake water chemistry data is useful for tracking atmospheric deposition in terms of acid rain and nutrient loading. Surrounding USGS snowpack chemistry data and NADP deposition data are very useful for atmospheric deposition monitoring.

Haze indices indicate visibility on the clearest days is improving over time but there is no apparent trend in the index on the haziest days. Episodic wind events and associated dust appear to be affecting visibility on the Forest, particularly in the Sangre de Cristo Mountains. Regional and global wind driven dust also appear to be affecting visibility. High elevation lake monitoring indicates there are lakes sensitive to atmospheric deposition in the Weminuche and South San Juan Wilderness Areas but not in the La Garita and Sangre de Cristo Wilderness Areas. These data sets are presently being analyzed for trend, but the results may or may not be available for the current revision effort. Snowpack chemistry monitoring indicates no apparent trend with nitrate concentrations, an apparent downward trend with sulfate concentrations, and no apparent to an apparent upward trend with ammonium and mercury concentrations. NADP site data indicates an apparent downward trend in sulfate concentration and deposition, apparent downward to no trend to upward trend in nitrate concentration and deposition depending upon location, and apparent upward trend in ammonium concentration and deposition. Both the snowpack and NADP datasets should be statistically analyzed to validate whether the apparent trends are real.

Critical load (CL) assessment indicates exceedance of critical loads at certain lakes but buffering by geology and soils should, generally, mitigate any concerns. However, there are small lakes in the Weminuche and South San Juan Wilderness Areas with low acid neutralizing capacity (ANC) where localized geologic and soil material, e.g., excessive exposed bedrock with no soil mantle, may not provide adequate buffering. Thus, current lake monitoring efforts should continue and the Forest should critically review the trend analysis being conducted by the Region (see narrative under San Juan, GMUG, and PSI Lake Monitoring heading above) to determine if current lake monitoring efforts needs to be revised.

The critical load assessment indicates potential concern with nitrogen deposition on lichens, soil quality and vegetation, particularly in the alpine. Monitoring in the Class I Weminuche and La Garita Wilderness Areas may be beneficial to measure the extent to which potential effects have occurred. Until additional information becomes available that disputes or supports the results of the critical load assessment, the Forest does not need to establish refined critical loads and target loads at this time; rather, the Forest should continue with development, adjustment, and implementation of its existing air resources program.

# Need for Change

Based on information in this section of the assessment, there is no need for absolute change in the existing Plan because existing direction is being met. Forest managers are in compliance with the Clean Air Act and Colorado Air Quality Control Act, so the existing standard is appropriate. By default, managers are also meeting the Forest-wide objective of protecting the environment from air pollution, at least to the degree required by law. However, the assessment indicates there are off-Forest sources of pollution that may have potential negative effects on air quality and air quality related values across the Forest in the future. The assessment also suggests climate change could have negative effects on air quality. Thus, it is critical the Forest remains diligent in providing the desired condition for air resources. To that end the Forest should continue development, adjustment, and implementation of the air resources program, including updating the existing Forest-wide air monitoring plan. This update could coincide with Forest Plan revision or be conducted separately. In either or both documents the Forest should consider adaptive strategies that address current off-Forest sources of pollution and the potential effects of climate change that are designed to protect and preserve the air resource.

Rvsd Plan - 00000348

# Soils

## Introduction

Soil is the foundation of ecosystem function. It acts as a growth medium and provides nutrients for vegetation, stores and filters water, cleans air, contains habitat for billions of organisms, and is a long-term carbon storage reservoir.

Soils can lose much of their function when altered. Alteration can occur through management actions as well as natural events. The greatest threat to soil productivity is soil erosion, because soil is lost from a site and cannot be replaced during human timespans. Erosion removes topsoil, which contains most of the soil's nutrients. Soil can also be compacted, which reduces the soil's porosity and air and water holding capacity. Soils can lose nutrients due to vegetation or litter cover removal, rendering it less capable of supporting some types of vegetation. Further, soil hydrologic function can be affected, through any of the above processes or when a water source is altered, such as when upstream diversions or stream incision in meadows actually reduce the amount of water entering the soil.

The 2012 Planning Rule requires National Forests and Grasslands to consider soil resources when developing plan components. The purpose of this assessment is to evaluate available information about soil resources within the Rio Grande National Forest. This assessment describes current conditions and trends regarding these resources. This information is used to anticipate future conditions, and to determine if trends pose risks to system integrity at the forest level. Additionally, this assessment identifies information gaps and any uncertainty with the data. The information contained in this assessment will be used to inform agency officials whether current direction needs adjustment to protect soil resources and the systems that rely on them.

The following items are addressed in this assessment, as specified by Forest Service Handbook, Chapter 10 Section 12.22.

- Existing inventories of soil conditions and improvement needs
- Important attributes, characteristics, or processes of soils that make them susceptible to loss of integrity resulting from specific uses, disturbances, or environmental change
- Existing conditions and trends of soil resources and soil quality assuming existing plan direction remains in place
- Soil quality/productivity considerations important to consider in providing multiple uses and ecosystem services
- Places on the Forest where soil quality/productivity is at risk, or not adequately protected, and management concerns or ecosystem stressors that limit or reduce soil function

### *Concepts in Soils Management*

#### Watershed Processes

Watersheds are drained by a stream network of perennial streams that flow year-round, intermittent streams that flow seasonally, and ephemeral streams (including swales) that flow only during runoff events. The stream network expands during runoff events. Most material that enters any part of the network will eventually reach an aquatic ecosystem.

Most material that enters streams comes from an adjacent source zone whose width depends on land form, stability, and ground cover. Sediment is natural, but roads and other disturbed sites can act as channels that multiply sediment loads to the stream network during runoff events. Such "connected disturbed areas" can be a major source of damage to aquatic ecosystems.

If organic ground cover in a watershed is reduced enough to markedly increase the magnitude or duration of high flows, stream channels may erode their banks to damage their stability and aquatic habitat. Direct bank damage may add large amounts of sediment directly into streams. Soil quality depends on soil structure, organic matter, nutrient pools, and biotic processes. Soil quality is impaired when these qualities are markedly degraded for a period of years. Severe disturbances can impair soil quality by heating, displacing, compacting, or eroding the soil.

Historic ranges of native aquatic biota were determined by physiographic and hydrologic boundaries and biotic behavior. These patterns have been changed by fishing pressures, introduction of exotics, and migration barriers such as dams and diversions, as well as by habitat impacts. Biotic strategies that address these relationships are needed as well as watershed conservation practices in order to sustain vigorous populations of desired aquatic communities.

## Dynamic Equilibrium

A healthy watershed operates in dynamic equilibrium. Soil and water quality, flow regimes, and aquatic and riparian habitats vary within a certain range of conditions. Large natural disturbance events shift a watershed out of equilibrium. Recovery then begins. Poor land management practices can shift a watershed out of equilibrium.

Laws and common sense direct us to maintain equilibrium conditions between large natural disturbance events, avoid actions that may shift a watershed out of equilibrium or worsen major events, and assist watershed recovery. The natural resilience of the system must be conserved in order to sustain ecosystem health.

Some disturbance can occur and still sustain watershed health. If runoff and sediment regimes, soil and channel conditions, water quality, and aquatic and riparian habitats are maintained between large natural disturbance events, watershed health is conserved.

The concept of dynamic equilibrium can be applied to biological processes as well as physical landform processes. Natural processes are not static or absolutely stable, but there is a tendency for the form to maintain relatively stable characteristics. Natural perturbations influence these natural processes, which then begin the process of moving toward pre-event characteristics. Dynamic equilibrium can be both 'short-term' such as life-history changes of fish associated with the annual hydrograph or 'long-term' such as the stream channel adjustments following natural fire events.

## Land and Stream Types

The goal of watershed conservation is to sustain and restore watershed health in each watershed. Land and water conditions must be kept within the dynamic equilibrium ranges for the local landscape. Land and stream types, and their dynamic equilibrium ranges, vary within and among landscapes due to variations in climate and geology. This variation must be taken into account. In each landscape, dynamic equilibrium conditions vary by land types and stream types. These ranges can be defined by sampling reference land and stream types in that landscape. The efficacy of watershed conservation practices is assessed by comparing each land type and stream type with its own capability.

Land factors reflecting soil and stream health include ground cover, soil bulk density, connected disturbed areas, and slope stability. Water factors include channel widths-depths, large woody debris, substrate, bank stability, flow regime, and water chemistry. Other factors may also be locally important.

## Design and Risk

Watersheds experience periodic disturbance events that vary in their size, duration, and frequency. The randomness of such events implies some level of risk with any design. This risk is a product of the probability of an event occurring and its consequences. Watershed conservation practices are designed to control runoff damage from at least a 10-year storm of any duration.

## *Legal Framework and Forest Service Policy*

The Forest Service has a role in implementing soil management programs. This role is identified in and a result of numerous legislative acts, regulations, and standards.

## Organic Act

The Organic Act defines original National Forest purposes to improve and protect the forest, secure favorable conditions of water flows, and furnish a continuous supply of timber. Years of concern about watershed damage led to creation of the National Forest System. Watersheds must be cared for to sustain their hydrologic function as "sponge-and-filter" systems that absorb and store water and naturally regulate runoff. The goals are good vegetation and ground cover, streams in dynamic equilibrium with their channels and flood plains, and natural conveyance of water and sediment.

## Multiple-Use Sustained Yield Act

The Multiple-Use Sustained Yield Act established that the sustained yield of goods and services from National Forests must be conducted without permanent impairment of the productivity of the land.

## National Forest Management Act

The National Forest Management Act directed each national forest to prepare a land and resource management plan. The Act recognizes national forests are ecosystems and their management requires an awareness and consideration of the interrelationships among plants, animals, soil, water, air, and other environmental factors within such ecosystems. The Act requires Forests to ensure management will not produce substantial and permanent impairment of the productivity of the land.

### *Rio Grande National Forest Land and Resource Management Plan*

The soil resource is a recognized component of the Rio Grande National Forest Land and Resource Management Plan (Forest Service 1996). The Final Environmental Impact Statement (FEIS) for the Forest Plan recognized soils are the foundation of ecosystems, non-renewable by even the most modern technologies, and that soil management on the Forest is to maintain soil productivity and soil health so that ecosystems can be sustained for the many benefits they provide.

Desired conditions, objectives, and standards and guidelines in the Plan are described in a subsequent section of this assessment. Annual Forest Plan monitoring reports provide annual summaries of soil resources on the Forest and indicate soil resources are being adequately protected and no changes in the Forest Plan are needed.

## Agency Policy

Forest Service Manual 2550 – Soil Management contains agency direction for managing soil resources. Six soil functions are defined: soil biology, soil hydrology, nutrient cycling, carbon storage, soil stability

and support, and filtering and buffering. The objective of soil management is to maintain or restore soil quality, and manage resource uses and soil resources to sustain ecological processes and function so that desired ecosystem services are provided in perpetuity. Agency policy calls for responsible soil stewardship that promotes biological and hydrologic function.

The Rocky Mountain Region, which includes the Rio Grande National Forest, utilizes Forest Service Handbook 2509.18 – Soil Management Handbook. This handbook established regional soil quality monitoring standards. The policy is to manage activities to not exceed standards in order to protect the soil resource before excessive damage occurs, and where excessive soil impacts already exist from prior activity prevent any additional detrimental impact and reclaim where feasible.

The Rocky Mountain Region also utilizes Forest Service Handbook 2509.25 – Watershed Conservation Practices Handbook. This handbook established regional watershed conservation practices to protect soil, aquatic, and riparian systems. The practices cover five areas: hydrologic function, riparian areas and wetlands, sediment control, soil quality, and water purity. Each practice consists of a management measure, a set of design criteria used to achieve the specific management measure, and guidance for monitoring and restoration. The policy is to apply the practices to sustain healthy soil, riparian, and aquatic systems by adopting a stewardship ethic that treats land and resources as public assets for long-term benefits.

The Forest Service utilizes the National Core Best Management Practices Program as over-arching direction on the importance of prescribing, implementing, and monitoring proven soil and water protection measures at the project-scale on National Forest lands. Agency policy requires the use of Best Management Practices to control nonpoint source pollution to meet applicable water quality standards and other Clean Water Act requirements.

# Information Sources and Gaps

## *Information Sources*

Colorado Geological Survey. 1999. United States Forest Service Hazard Abandoned Mine Land Inventory Project. http://coloradogeologicalsurvey.org/water/abandoned-mine-land/united-states-forest-hazard-abandoned-mine-land-inventory-project/.

Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division. 2013. *Preliminary Close-Out Report, Summitville Mine Superfund Site.* 20 pages.

Forest Service. Date unknown. Sangre de Cristo Soil Survey. Unpublished.

Forest Service. 1996a. Rio Grande National Forest Land and Resource Management Plan, FEIS, ROD, and Annual Monitoring Reports.

Forest Service. 1998. Watershed Improvement Needs Inventory and Tracking Spreadsheet. Unpublished.

Forest Service. 2011a. *Watershed Condition Framework.* http://www.fs.fed.us/publications/watershed/.

Forest Service. 2011b. Archuleta/Chama and Middle Fork Carnero Watershed Restoration Action Plans.

Forest Service. 2012. *National Best Management Practices Program.* http://www.fs.fed.us/biology/watershed/BMP.html

Forest Service. Soil Management and Watershed Conservation Practices Handbooks.

Forest Service GIS Library

Gordon, Eric and Dennis Ojima. 2015. *Colorado Climate Change Vulnerability Study.* University of
Colorado Boulder and Colorado State University. 190 pages.

Lukas, Jeff, Joseph Barsugli, Nolan Doesken, Imtiaz Rangwala, and Klaus Wolter. 2014. *Climate Change
in Colorado: A Synthesis to Support Water Resources Management and Adaptation.* University of
Colorado Boulder. 114 pages.

NRCS. Rio Grande NF Area, West Part, Soil Survey.
http://www.nrcs.usda.gov/wps/portal/nrcs/surveylist/soils/survey/state/?stateId=CO

Numerous websites as shown throughout the document; links to each site are contained in the narrative.
Some of the figures are downloaded from these sites.

### Data Gaps

There is a lack of quantitative base and trend data on soil productivity in alpine areas, forested areas and
rangeland upland areas, on soil compaction in rangeland bottoms such as riparian areas and swales, and
on rates of erosion on system and unauthorized roads and trails.

## Existing Forest Plan Direction for Soils

The Rio Grande National Forest Plan contains desired conditions, objectives, and standards and
guidelines. For soil resources they are:

### Desired Conditions

Soils are maintained, or improved to healthy conditions, so that the ecosystems they support can flourish.
Healthy soils and ecosystem sustainability will be assured if soil damages, such as erosion, displacement,
compaction, scorching, and nutrient drains, are kept within allowable limits.

Ecosystem management activities are harmonious with soil capabilities, potentials, and limitations.

Soils may be periodically disturbed by management activities, but are restored and reclaimed to original
potentials after activities have been completed.

Where fire is used to perpetuate an ecosystem, it is done in a way that accomplishes resource objectives
without unnecessarily risking or jeopardizing the site's ability to sustain ecosystems.

Healthy soils provide certain products such as wood, forage for livestock and wildlife, water, recreation,
minerals, and aesthetic benefits. These benefits can be continued for the long term, provided soil health
remains within acceptable limits.

### Objective

Maintain or improve long-term soil productivity, and protect against significant or permanent impairment
of the land.

- Keep soil losses within tolerance limits, and maintain acceptable amounts of ground cover.
- Re-vegetate disturbed areas.
- Meet the requirements for minimizing soil displacement and compaction.

- Where excessive soil impacts exist from prior activities, emphasize preventing any additional detrimental impacts, and reclamation where feasible.

## Standards and Guidelines

There are eight (8) pages of standards and guidelines that cover soil, water, and aquatic resources, including fish, riparian areas and wetlands. These standards and guidelines center around five (5) core areas: hydrologic function, riparian areas, sediment control, soil productivity, and water purity. These core areas, standards, and guidelines were derived from a draft of the original Region 2 Watershed Conservation Practices Handbook. Rather than reiterate eight pages of document the reader should refer to pages III-4 through III-11 of the current Forest Plan.

# Scale of Analysis

The characterization of soil resources in this assessment is the area defined by the Rio Grande National Forest boundary. This is because management activities rarely affect soil condition on adjacent land. In those few cases where soil condition can affect adjacent land effects to those lands is discussed.

# Existing Condition and Trend of Soils

## Inventories

There is a published soil survey for the west part of the Forest. This survey is available at
http://www.nrcs.usda.gov/wps/portal/nrcs/surveylist/soils/survey/state/?stateId=CO.

There is an unpublished soil survey for the east part of the Forest. Information is available at the Supervisor's Office.

There is a watershed improvement needs inventory in hard copy at the Supervisor's Office. Accompanying this inventory is a spreadsheet being used to track project implementation.

There is the Watershed Condition Framework which characterizes the health and condition of National Forest System lands.

There is an Abandoned Mine Land (AML) inventory.

## Important Attributes, Characteristics, and Processes

The Rio Grande National Forest has a wide diversity of soil types, from minimally-developed, nutrient poor soil to deep, fertile soil. Cool temperatures, a short growing season, and relatively steep topography affect soil development at high elevations. Warmer temperatures, a longer growing season, and flatter topography allow for better soil development at mid- to low elevations.

The Forest is in the headwaters of the Rio Grande River in an area known as the San Luis Valley. The valley itself is long, wide, and flat with small amounts of national forest land on the margins. The western and northern part of the Forest is in the San Juan Mountain range bounded by the Continental Divide and Poncha Pass. The eastern part of the Forest is in the Sangre de Cristo Mountain range.

The expansive flat part of the San Luis Valley, which contains little to no National Forest lands, is composed of unconsolidated sediments laid down in the late Tertiary period. The San Juan and Sangre de Cristo mountain ranges provided these materials but the ranges are of very different origin and geologic age. The majority of the San Juan Mountains are volcanic rocks and related shallow intrusive rocks of the mid- to late Tertiary period. These rocks formed as a result of multiple outpourings of lava and ash from a

cluster of volcanos. Recognized as the San Juan Volcanic Field, it is the largest erosional remnant of a continuous volcanic field that once extended over much of the southern Rocky Mountains in Oligocene times. The volcanic sequence involved initial intermediate lavas and breccias followed by more silicic ash flow tuffs, ending with a combination of basalts and rhyolites. This part of the San Juan range consists of rolling foothills in the east to steep alpine slopes along the Continental Divide.

The Sangre de Cristo Mountain range is of more recent origin than the San Juan Mountains but the rocks themselves are appreciably older. These mountains consist of a very steep, narrow ridge formed as a result of faulting and thrusting along the Rio Grande rift. The mountains are composed of sedimentary rocks of the Pennsylvanian period along with Pre-Cambrian granites, gneisses, and schists. Landforms vary from steep alpine glacial cirques to very broad alluvial fans at the mouth of drainages.

Soils in the San Juan Range are typical of those derived from volcanic material. They are generally shallow to moderately deep, medium textured, and low to moderate in nutrient content. Organic matter and nitrogen levels tend to be low because of low rates of decomposition and nitrogen fixation. Shallow, course textured, rocky soils are found on ridgetops and adjacent steep slopes. The southern part of the San Juan Range near the New Mexico border has volcanic material laid over shale so mass movements are common. There are soils in the Alamosa canyon area that are inherently highly erosive. Also in this area are soils where natural rock acidity results in naturally high levels of leaching of heavy metals.

Soils in the Sangre de Cristo Range tend to be moderately shallow and are course textured. Due to limited moisture, steepness, and course texture these soils are moderately erodible and infertile.

As with many soils, surface disturbing activities such as timber harvest, grazing, recreation developments, road construction, and off-road motorized use, are the greatest threat to loss of soil integrity, primarily due to erosion and soil compaction.

**Table 6. Landtype associations on the Rio Grande National Forest and important attributes of each.**

| Land Type Association | 1 – Engelmann Spruce on Mountain Slopes | 2 – Aspen on Mountain Slopes | 3 – White Fir and Douglas-fir on Mountain Slopes |
|---|---|---|---|
| Extent (Acres and % of Forest) | 893,000 and 49 | 39,121 and 2 | 93,000 and 5 |
| Elevation Range (feet) | 8,600-12,000 | 9,000-11,000 | 8,000-11,000 |
| Precipitation Range (inches) | 16-40 | 18-30 | 12-30 |
| Soil Depth | Shallow to very deep | Shallow to moderately deep | Moderately deep to very deep |
| Slope (%) | 0-60 | 15-60 | 2-80 |
| Erosion Hazard | Moderate to High | Moderate to High | Moderate to High |
| Mass Movement Potential | Very low to low | Low | Very low to low |
| Timber Productivity (site index) | 35-85 for Engelmann spruce (base age 100 years) | 30-40 for aspen (base age 80 years) | 40-60 for Douglas-fir (base age 100 years) |
| Range Productivity (dry/average/wet years lbs/acre) | 25-100, 50-150, 75-250 | 100-800, 200-1500, 400-2000 | 20-100, 30-150, 50-200 |
| Nutrient Cycling Rates | Slow to Moderate | Moderate | Slow to Moderate |

Rvsd Plan - 00000355

Rio Grande National Forest Assessment 2 –
Air Quality, Soils, Geology, Watersheds and Water Resources

**Table 7. Landtype associations on the Rio Grande National Forest and important attributes of each (cont.).**

| Land Type Association | 4 – Alpine Sedges and Forbs on Alpine Summits | 5 – Ponderosa Pine and Douglas-Fir on Mountain Slopes | 6 – Pinyon on Mountain Slopes |
|---|---|---|---|
| Extent (Acres and % of Forest) | 250,000 and 14 | 101,010 and 6 | 85,000 and 5 |
| Elevation Range (feet) | 11,000-14,000 | 7,600-10,500 | 7,600-9,500 |
| Precipitation Range (inches) | 30-50 | 12-25 | 12-20 |
| Soil Depth | Shallow to very deep | Shallow to very deep | Shallow to very deep |
| Slope (%) | 5-90 | 5-90 | 10-80 |
| Erosion Hazard | Moderate to High | High | Moderate to High |
| Mass Movement Potential | Low to High | Very low to moderate | Very low to low |
| Timber Productivity (site index) | N/A | 25-35 for Douglas-fir (base age 100 years) | N/A |
| Range Productivity (dry/average/wet years lbs/acre) | 500-1200, 800-1500, 1000-2000 | 500-600, 700-1000, 900-1200 | 400-500, 600-800, 800, 1100 |
| Nutrient Cycling Rates | Moderate | Slow to Moderate | Slow to Moderate |

**Table 8. Landtype associations on the Rio Grande National Forest and important attributes of each (cont.).**

| Land Type Association (LTA 7 not included due to small areal extent) | 8 – Arizona Fescue on Mountain Slopes | 9 – Thurber Fescue on Mountain Slopes | 10 – Willow and Sedges on Floodplains |
|---|---|---|---|
| Extent (Acres and % of Forest) | 95,000 and 5 | 102,000 and 6 | 54,000 and 3 |
| Elevation Range (feet) | 8,400 to 10,800 | 8,400 to 10,800 | 8,600 to 11,600 |
| Precipitation Range (inches) | 14-25 | 18-45 | 17-35 |
| Soil Depth | Shallow to very deep | Shallow to deep | Very deep |
| Slope (%) | 5-70 | 2-70 | 0-30 |
| Erosion Hazard | Moderate | Moderate (High in Chama Basin) | Low to Moderate |
| Mass Movement Potential | Very low to low | Very low to low (High in Chama Basin) | Very low to moderate |
| Timber Productivity (site index) | N/A | N/A | N/A |
| Range Productivity (dry/average/wet years lbs/acre) | 700-1200, 1400-1500, 1800 | 1200-2000, 1500-2500, 1800-3000 | 1200-2000, 1800-3000, 2500-4000 |
| Nutrient Cycling Rates | Rapid | Rapid | Rapid |

Rvsd Plan - 00000356

Table 9. Landtype associations on the Rio Grande National Forest and important attributes of each (cont.).

| Land Type Association (LTA 7 not included due to small areal extent) | 11 – Non-vegetated Areas on Mountain Slopes | 12 – Western Wheatgrass and other Low-Elevation Grasslands on Alluvial Fans | 13 – Engelmann Spruce on Landslides |
|---|---|---|---|
| Extent (Acres and % of Forest) | 46,000 and 3 | 25,000 and 1 | 37,000 and 2 |
| Elevation Range (feet) | 8,400 to 14,000 | 8,800 to 9,300 | 8,800 to 11,800 |
| Precipitation Range (inches) | 12-30 | 12-18 | 20-45 |
| Soil Depth | N/A | Very deep | Very deep |
| Slope (%) | 2-200 | 0-40 | 2-60 |
| Erosion Hazard | N/A | Low to Moderate | Moderate |
| Mass Movement Potential | N/A | Very low | Moderate to high |
| Timber Productivity (site index) | N/A | N/A | 55-95 for Engelmann spruce (base age 100 years) |
| Range Productivity (dry/average/wet years lbs/acre) | N/A | 350-1000, 600-1500, 800-1800 | 50-100, 75-150, 100-200 |
| Nutrient Cycling Rates | N/A | Rapid | Slow to moderate |

As previously mentioned soil surveys exist for the Forest. These surveys delineate the Forest into map units. Each map unit has detailed information about the soils within the unit, as well as management interpretations. Summarizing this voluminous amount of information into this assessment would be unwieldy. In lieu of that, land type associations (LTAs) and key elements of them, are presented to paint a generalized picture of soils across the Forest (Table 6 through Table 9 and Map 9). There are thirteen land type associations. The tables include twelve of the thirteen. LTA 7, Gambel Oak on Mountain Slopes, is not presented because it comprises well less than one percent of the Forest.

Table 10. Watershed Condition Framework ratings by Indicator and Attributes. The first number represents the number of watersheds rated as such; the second number represents the percent of all watersheds on the Forest rated as such.

| | Indicator | Attributes | | |
|---|---|---|---|---|
| | Soils Condition | Productivity | Erosion | Chemical Contamination |
| Good | 34 (22%) | 38 (25%) | 28 (18%) | 52 (34%) |
| Fair | 117 (77%) | 113 (74%) | 123 (81%) | 100 (56%) |
| Poor | 1 (1%) | 1 (1%) | 1 (1%) | 0 (0%) |

## *Conditions*

### Watershed Condition Framework

The Watershed Condition Framework characterizes the health and condition of National Forest System lands. The characterization is a reconnaissance-level approach using a comprehensive set of twelve indicators and twenty-four attributes that are surrogate variables representing ecological, hydrological,

and geomorphic functions and processes that affect watershed condition. The primary emphasis of the classification is on aquatic and terrestrial processes and conditions that Forest Service management activities can influence. The initial or baseline characterization for the Rio Grande National Forest was completed in 2011.

One of the twelve indicators is Soils Condition. This indicator addresses alteration to natural soil condition, including productivity, erosion, and chemical contamination. Each of the 152 sub-watersheds on the Forest is assigned a rating of Good (Functioning Properly), Fair (Functioning at Risk), or Poor (Impaired Function). Roughly one-third of the watersheds on the Forest are functioning properly relative to overall soils condition (Table 10). Roughly two-thirds of the watersheds are functioning at risk due to productivity, erosion, and/or chemical contamination concerns. Productivity concerns are related to soil nutrient and hydrologic cycling processes due to past and present management activities such as livestock grazing, timber harvest, and wildfire. Erosion concerns relate to areas where there is evidence of accelerated surface erosion, or rills and gullies are present but are generally small, disconnected, poorly defined, and not connected into any pattern. Soil contamination concerns relate primarily to areas where atmospheric deposition may be a source of contamination but at this point is not having a substantial effect on overall soil quality. The one watershed that is rated impaired function is Cottonwood Creek/Kirby Creek where there are concerns with historical mining.

There are other indicators and attributes within the Watershed Condition Framework indirectly related to soils. Summary information for these indicators and attributes is in the Air and Watersheds and Water Resources section of this assessment.

## Other

The Forest conducts soil health assessments on timber sales, commercial livestock grazing allotments, burn areas, mining areas and recreation areas. For the most part these assessments indicate impacts to soil integrity are prevented. Some project assessments have resulted in identification of concerns, at which time mitigation is applied to correct deficiencies and protect soil health.

### Trends

Livestock grazing, timber harvest, mining, and wildfires were the dominant activities on the Rio Grande National Forest historically. These activities resulted in considerable amounts of bare soil resulting from destruction of soil protective layers such as leaf litter and vegetation. Significant erosion resulted and soil productivity was likely affected. Ocular monitoring and professional judgement by soil scientists in more recent times indicate vegetative recovery has stabilized soils across the Forest to the extent expected and soil processes have returned but productivity may never completely return to pre-disturbance levels. Appendix A in the current Forest Plan provides a good history and summary of these historical impacts.

Little to no information exists on current trends in soil condition other than conditions now are generally better than they were in the past. While current activities can result in soil compaction, erosion, and loss of organic matter, such effects are generally more localized than they were historically and current technology and restoration techniques provide better opportunity to mitigate the effects.

The potential effects of a changing climate on soil conditions across the Forest are not well known and at this point are more hypothetical than not. Colorado's climate has warmed in recent decades, and climate models unanimously project this warming trend will continue into the future (Lukas et al 2014)). Climate change has and will continue to impact resources in the State, likely including soil condition on the Rio Grande National Forest. Gordon and Ojima (2015) synthesized observed climate and projected future climate for the State of Colorado (Table 11).The projected changes in climate and associated hydrology serve as a good proxy to potential direct, indirect, and cumulative effects on soil conditions. Gordon and

Rvsd Plan - 00000358

Ojima's report also discusses key ecosystem vulnerabilities, which relate to potential future soil conditions (Table 12).

# Multiple Uses / Ecosystem Services

The soil resource on the Rio Grande National Forest, in conjunction with air, water and watershed resources, is part of the foundation for providing for the full suite of multiple uses available from national forests. Productive and stable soils are the building blocks for most all uses, products, and services the Forest provides. For example, soils provide the growth medium for vegetation found on timber and rangelands; soils are important in nutrient cycling and providing carbon sinks, which helps with climate regulation; and soils filter, purify and store water for on-Forest and downstream uses.

# Local Soil Resource Concerns

As a general rule soil quality and productivity concerns exist with existing system roads and trails, uncontrolled motorized use on unauthorized roads and trails, and livestock grazing in riparian areas. The first two concerns relate to accelerated soil erosion and effects on soil productivity. The third concern relates to soil compaction and effects on soil productivity and infiltration of water. Adequate protection of soil quality and productivity exists in the form of Best Management Practices, which are proven measures that protect the soil resource if properly implemented and monitored. The concern is that formal and informal monitoring indicates the practices are not always being fully and properly implemented at the project level.

**Table 11. Historic climate observations and projected climate for the State of Colorado.**

| Historic Climate Observations | Projected Climate |
|---|---|
| An increase in statewide annual average temperatures of 2 degrees F over the past 30 years and 2.5 degrees F over the past 50 years, with minimum temperatures increasing more than daily maximum temperatures over the past 30 years | An increase in statewide average annual temperatures of 2.5F to 5.5F relative to a 1971-2000 baseline. Summers are projected to warm slightly more than winters. Typical summer temperatures in 2050 are projected to be warmer than in all but the very hottest summers in the observed record. |
| An increase in temperatures in all seasons, with the largest trend in summer, followed by fall, spring, and winter. | Climate projections do not agree on whether average annual precipitation will increase or decrease statewide, though winter precipitation is likely to increase by mid-century. |
| No long-term trends in average annual precipitation statewide. | Most projections show that April 1 snowpack will decline by mid-century due to the large projected warming. |
| Below-average snowpack since 2000 in all eight major river basins in Colorado, although there are not trends over the past 30 or 50 years. | Spring runoff is projected to shift 1-3 weeks earlier due to warming, with late summer flows likely to decrease as the peak shifts earlier. |
| Snowmelt and peak runoff have shifted 1-4 weeks earlier across Colorado's river basins over the past 30 years due to the combination of lower snow-water equivalent (SWE) since 2000, warming spring temperatures, and enhanced solar absorption from dust-on-snow. | Most projections of future hydrology show decreases in annual streamflow by 2050 for Colorado's major rivers. In some projections, however, the projected increases in precipitation are large enough to overcome the effect of warming, and so these projections show increased streamflow. |
| A trend toward more frequent soil moisture drought conditions in Colorado over the past 30 years. | Heat waves, droughts and wildfires are projected to increase in frequency and severity due to the projected overall warming. |
| No evidence of increasing trends in heavy precipitation events or flooding statewide. | Winter precipitation events are projected to increase in frequency and magnitude, but projections currently show no changes in summertime convective storms by mid-century. |

Rvsd Plan - 00000359

| Historic Climate Observations | Projected Climate |
|---|---|
| Multiple droughts prior to 1900 that were more severe and sustained than any in the observed record, as seen in tree-ring records. | |

There may be a developing concern with atmospheric deposition of nitrogen and its effects on soil chemistry and productivity as discussed in the air section of this assessment. Monitoring is needed to confirm or dispute this potential concern.

**Table 12. Key ecosystem sector vulnerabilities for the State of Colorado.**

| Landscape | Vulnerability |
|---|---|
| Forests | Due to longer and more severe droughts, more frequent and severe fires, and conditions more suitable to insect outbreaks and spread of no-native plant species, individual trees and forested landscapes will likely become more vulnerable to insect and pathogen invasions. |
| | If wildfires become more frequent and severe, landscapes will be vulnerable to changes in connectivity, shifts from carbon sinks to carbon sources, and shifts in vegetation distribution and type. |
| Alpine | Alpine plants are vulnerable to phenology shifts caused by rising spring temperatures and earlier snowmelt onset, potentially leading to mid-summer declines. |
| Grasslands | Grass types that fare better in drought conditions are likely to become more dominant; less drought-tolerant species are therefore vulnerable to increased frequency and severity of drought. |

# Need for Change

Based on information in this section of the assessment, there is little to no need for change in the existing Plan. As a general rule monitoring indicates existing direction is being met when best management practices at the project level are properly implemented. There are occasions when soil resources concerns are identified during project reviews but these concerns are not Forest Plan standard related; rather they are related to lack of proper implementation of one or more watershed conservation practices, i.e., Best Management Practices, which is a contract or permit administration issue, e.g., compliance with term grazing permit conditions, or a specific program area issue, e.g., road and trail maintenance.

The standards and guides section of the existing plan does need to be updated to incorporate the Watershed Conservation Practices Handbook, the National Best Management Practices program, and the Watershed Condition Framework. At the time the current plan was written the WCP handbook was in draft form and neither the national BMP program nor the Watershed Condition Framework existed. All three of these items are key parts of the 2012 Planning Rule.

As mentioned previously in both this soils section and in the air quality section of this assessment there may be a developing concern with atmospheric deposition of nitrogen and its effects on soil chemistry and productivity. Monitoring is needed to confirm or dispute this potential concern. This assessment also suggests climate change could have negative effects on soil resources. Thus, it is critical the Forest remains diligent in providing the desired condition for soil resources. To that end the Forest should continue development, adjustment, and implementation of the soil resources program, and consider preparing a Forest-wide soil resource monitoring plan. The preparation of this resource specific monitoring plan could coincide with Forest Plan revision or be conducted separately. This plan should consider adaptive strategies that address current off-Forest sources of nitrate pollution and the potential effects of climate change that are designed to protect and preserve the soil resource.

# Watersheds and Water Resources

## Introduction

Watersheds and water resources are credibly the most important resources of and provided by the Rio Grande National Forest. Protection of water quantity, quality, and timing of flows, and the watersheds from which water resources are derived, remains critical to sustaining ecosystem function of the Forest itself and the socio-economics of the San Luis Valley and areas further downstream. Because of this, watersheds and water resources have been and will continue to be a significant part of the history of the Rio Grande National Forest.

The 2012 Planning Rule requires National Forests and Grasslands to consider watersheds and water resources when developing plan components. The purpose of this assessment is to evaluate available information about watersheds and water resources within the Rio Grande National Forest. This assessment describes current conditions and trends regarding these resources. This information is used to anticipate future conditions, and to determine if trends pose risks to system integrity at the forest level. Additionally, this assessment identifies information gaps and any uncertainty with the data. The information contained in this assessment will be used to inform agency officials whether current direction needs adjustment to protect watersheds and water resources and the systems that rely on them.

The following items are addressed in this assessment, as specified by Forest Service Handbook, Chapter 10 Section 12.23.

- Condition and trend of watersheds, water quality, and quantity in the plan area as well as those that extend outside the plan area that influence the plan area or vice versa, assuming existing plan direction remains in place

- Surface and groundwater resources, including identification of impaired and/or contaminated surface and groundwater, and sources of impairment.

- Quantity, quality, timing, and distribution of water across the plan area and the area of analysis, including groundwater resources and groundwater-dependent ecosystems

- Flow regimes needed to sustain ecosystems

- Historical context for ecological conditions under which the hydrologic systems developed

- The nature, extent, and role of existing and reasonably foreseeable future consumptive uses and non-consumptive uses

- The nature and distribution of Federal and non-Federal water rights across the plan area

- The reasonably anticipated future patterns of perturbation (such as altered precipitation, changing climate, drought, evapotranspiration patterns, flood, and temperature changes), and how these disturbances may affect watersheds, water quality and/or quantity

- The municipal watersheds, sole source aquifers, and source water protection areas within the plan area and area of analysis, and any management concerns related to these resources

- The effects of land use, projects, and activities, and reasonably foreseeable future water withdrawals and diversions, and water storage facilities (surface and subsurface) on hydrologic and geomorphic processes and water resources

- Ecological, social, and economic roles that water resources play in the context of the broader landscape

- Places on the Forest where water resources are at risk or not adequately protected, and associated management concerns or ecosystem stressors/threats

### *Concepts in Watershed and Water Resources Management*

### Watershed Processes

Watersheds are drained by a stream network of perennial streams that flow year-round, intermittent streams that flow seasonally, and ephemeral streams (including swales) that flow only during runoff events. The stream network expands during runoff events. Most material that enters any part of the network will eventually reach an aquatic ecosystem.

Most material that enters streams comes from an adjacent source zone whose width depends on land form, stability, and ground cover. Sediment is natural, but roads and other disturbed sites can act as channels that multiply sediment loads to the stream network during runoff events. Such "connected disturbed areas" can be a major source of damage to aquatic ecosystems.

If organic ground cover in a watershed is reduced enough to markedly increase the magnitude or duration of high flows, stream channels may erode their banks to damage their stability and aquatic habitat. Direct bank damage may add large amounts of sediment directly into streams. Soil quality depends on soil structure, organic matter, nutrient pools, and biotic processes. Soil quality is impaired when these qualities are markedly degraded for a period of years. Severe disturbances can impair soil quality by heating, displacing, compacting, or eroding the soil.

Historic ranges of native aquatic biota were determined by physiographic and hydrologic boundaries and biotic behavior. These patterns have been changed by fishing pressures, introduction of exotics, and migration barriers such as dams and diversions, as well as by habitat impacts. Biotic strategies that address these relationships are needed as well as watershed conservation practices in order to sustain vigorous populations of desired aquatic communities.

### Dynamic Equilibrium

A healthy watershed operates in dynamic equilibrium. Soil and water quality, flow regimes, and aquatic and riparian habitats vary within a certain range of conditions.  Large natural disturbance events shift a watershed out of equilibrium. Recovery then begins. Poor land management practices can shift a watershed out of equilibrium.

Laws and common sense direct us to maintain equilibrium conditions between large natural disturbance events, avoid actions that may shift a watershed out of equilibrium or worsen major events, and assist watershed recovery. The natural resilience of the system must be conserved in order to sustain ecosystem health.

Some disturbance can occur and still sustain watershed health. If runoff and sediment regimes, soil and channel conditions, water quality, and aquatic and riparian habitats are maintained between large natural disturbance events, watershed health is conserved.

The concept of dynamic equilibrium can be applied to biological processes as well as physical landform processes. Natural processes are not static or absolutely stable, but there is a tendency for the form to maintain relatively stable characteristics. Natural perturbations influence these natural processes, which then begin the process of moving toward pre-event characteristics. Dynamic equilibrium can be both 'short-term' such as life-history changes of fish associated with the annual hydrograph or 'long-term' such as the stream channel adjustments following natural fire events.

Rvsd Plan - 00000362

## Land and Stream Types

The goal of watershed conservation is to sustain and restore watershed health in each watershed. Land and water conditions must be kept within the dynamic equilibrium ranges for the local landscape. Land and stream types, and their dynamic equilibrium ranges, vary within and among landscapes due to variations in climate and geology. This variation must be taken into account. In each landscape, dynamic equilibrium conditions vary by land types and stream types. These ranges can be defined by sampling reference land and stream types in that landscape. The efficacy of watershed conservation practices is assessed by comparing each land type and stream type with its own capability.

Land factors reflecting soil and stream health include ground cover, soil bulk density, connected disturbed areas, and slope stability. Water factors include channel widths-depths, large woody debris, substrate, bank stability, flow regime, and water chemistry. Other factors may also be locally important.

## Design and Risk

Watersheds experience periodic disturbance events that vary in their size, duration, and frequency. The randomness of such events implies some level of risk with any design. This risk is a product of the probability of an event occurring and its consequences. Watershed conservation practices are designed to control runoff damage from at least a 10-year storm of any duration.

## *Legal Framework and Forest Service Policy*

The Forest Service has a role in implementing watershed and water resources management programs. This role is identified in and a result of numerous legislative acts, regulations, and standards.

## Organic Act

The Organic Act defines original National Forest purposes to improve and protect the forest, secure favorable conditions of water flows, and furnish a continuous supply of timber. Years of concern about watershed damage led to creation of the National Forest System. Watersheds must be cared for to sustain their hydrologic function as "sponge-and-filter" systems that absorb and store water and naturally regulate runoff. The goals are good vegetation and ground cover, streams in dynamic equilibrium with their channels and flood plains, and natural conveyance of water and sediment.

## Multiple-Use Sustained Yield Act

The Multiple-Use Sustained Yield Act established that the sustained yield of goods and services from National Forests must be conducted without permanent impairment of the productivity of the land.

## National Forest Management Act

The National Forest Management Act directed each national forest to prepare a land and resource management plan. The Act recognizes national forests are ecosystems and their management requires an awareness and consideration of the interrelationships among plants, animals, soil, water, air, and other environmental factors within such ecosystems. The Act requires Forests to ensure management will not produce substantial and permanent impairment of the productivity of the land.

### *Rio Grande National Forest Land and Resource Management Plan*

The water resource is a recognized component of the Rio Grande National Forest Land and Resource Management Plan (Forest Service 1996). The Final Environmental Impact Statement (FEIS) for the Forest Plan recognized watersheds and streams can retain a healthy balance provided resource use and disturbance is properly managed and with this watersheds will be protected in four important ways:

Rvsd Plan - 00000363

- Assessing risk resulting from past, present, and foreseeable future impacts and the presence of sensitive areas

- Using watershed conservation practices (Best Management Practices) to minimize the impacts of disturbances

- Disconnecting disturbances from streams, wetlands, and riparian areas

- Using reference streams as benchmarks to ensure all streams are adequately protected

Desired conditions, objectives, and standards and guidelines in the Plan are described in a subsequent section of this assessment. Annual Forest Plan monitoring reports provide annual summaries of water resources on the Forest and indicate water resources are being adequately protected and no changes in the Forest Plan are needed.

### Agency Policy

The Rocky Mountain Region utilizes Forest Service Handbook 2509.25 – Watershed Conservation Practices Handbook. This handbook established regional watershed conservation practices to protect soil, aquatic, and riparian systems. The practices cover five areas: hydrologic function, riparian areas and wetlands, sediment control, soil quality, and water purity. Each practice consists of a management measure, a set of design criteria used to achieve the specific management measure, and guidance for monitoring and restoration. The policy is to apply the practices to sustain healthy soil, riparian, and aquatic systems by adopting a stewardship ethic that treats land and resources as public assets for long-term benefits.

The Forest Service utilizes the National Core Best Management Practices Program as over-arching direction on the importance of prescribing, implementing, and monitoring proven soil and water protection measures at the project-scale on National Forest lands. Agency policy requires the use of Best Management Practices to control nonpoint source pollution to meet applicable water quality standards and other Clean Water Act requirements.

# Information Sources and Gaps

## *Information Sources*

Carlson, Joan. 2008. White Paper - Potential Risks and Impacts to Soil and Water Resources from Mountain Pine Beetle Mortality, Treatments and Wildfire in Colorado and Wyoming National Forests. USDA Forest Service, Rocky Mountain Region. 40 pages.

Carlson, Joan. 2010. White Paper - Livestock Grazing and Bacterial Water Quality: Supporting documentation for the Rocky Mountain Region Bacteria Analysis Strategy for Rangeland Management Projects. USDA Forest Service, Rocky Mountain Region. 64 pages.

Center for Snow and Avalanche Studies, Colorado Dust-on-Snow Program. http://www.codos.org/#codos.

Colorado Department of Public Health and Environment and Forest Service. 2014. Memorandum of Understanding for Source Water Protection Areas. 11 pages.

Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division. 2013. *Preliminary Close-Out Report, Summitville Mine Superfund Site.* 20 pages.

Colorado Department of Public Health and Environment, Water Quality Control Commission. 2012a. *Integrated Water Quality Monitoring and Assessment Report.* 137 pages.

Rvsd Plan - 00000364

Colorado Department of Public Health and Environment, Water Quality Control Commission. 2012b. *Colorado's Section 303(a) List of Impaired Waters and Monitoring and Evaluation List.* 97 pages.

Colorado Geological Survey. 1999. United States Forest Service Hazard Abandoned Mine Land Inventory Project. http://coloradogeologicalsurvey.org/water/abandoned-mine-land/united-states-forest-hazard-abandoned-mine-land-inventory-project/.

Colorado Geological Survey. 2003. *Ground Water Atlas of Colorado.* Special Publication 53. http://coloradogeologicalsurvey.org/water/groundwater-atlas/.

District Court, Water Division No. 3, State of Colorado. 2000. Findings of Fact, Conclusions of Law, and Judgment and Decree Concerning the Application for Water Rights of the United States of America, Case No. 81-CW-183 (Consolidated). 192 pages.

Forest Service. 1996. Rio Grande National Forest Land and Resource Management Plan, FEIS, ROD, and Annual Monitoring Reports.

Forest Service. 1998. Watershed Improvement Needs Inventory and Tracking Spreadsheet. Unpublished.

Forest Service. 2002. Water Yield Enhancement Letter from Regional Forester to Forest Supervisors.

Forest Service. 2011. *Watershed Condition Framework.* http://www.fs.fed.us/publications/watershed/.

Forest Service. 2011. Archuleta/Chama and Middle Fork Carnero Watershed Restoration Action Plans.

Forest Service. 2012. *National Best Management Practices Program.* http://www.fs.fed.us/biology/watershed/BMP.html

Forest Service. Watershed Conservation Practices Handbook.

Forest Service GIS Library

Furniss, Michael J., Ken B. Roby, Dan Cenderelli, John Chatel, Caty F, Clifton, Alan Clingenpeel, Polly E. Hays, Dale Higgins, Ken Hodges, Carol Howe, Laura Jungst, Joan Louie, Christine Mai, Ralph Martinez, Kerry Overton, Brian Staab, Rory Steinke, and Mark Weinhold. 2013. *Assessing the Vulnerability of Watersheds to Climate Change: Results of National Forest Watershed Vulnerability Pilot Assessments.* Gen. Tech. Rep. PNW-GTR-884. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 32 pages plus appendix.

Gordon, Eric and Dennis Ojima. 2015. *Colorado Climate Change Vulnerability Study.* University of Colorado Boulder and Colorado State University. 190 pages.

Lukas, Jeff, Joseph Barsugli, Nolan Doesken, Imtiaz Rangwala, and Klaus Wolter. 2014. *Climate Change in Colorado: A Synthesis to Support Water Resources Management and Adaptation.* University of Colorado Boulder. 114 pages.

MacDonald, Lee H. and John D. Stednick. 2003. Forests and Water: A State-of-the-Art Review for Colorado. Colorado State University. 65 pages.

Troendle, C.A. and G.S. Bevenger. 1996. *Effect of Fire on Stream flow and Sediment Transport in the Shoshone National Forest*. The Ecological Implications of Fire in Greater Yellowstone. Second Biennial Conference on the Greater Yellowstone Ecosystem. Yellowstone National Park, Wyoming.

Rvsd Plan - 00000365

USGS and NRCS. 2013. *Federal Standards and Procedures for the National Watershed Boundary Dataset (WBD)* (4 ed.): U.S. Geological Survey Techniques and Methods 11-A3. 63 pages.

Numerous websites as shown throughout the document; links to each site are contained in the narrative. Some of the figures are downloaded from these sites.

### Data Gaps

There is a lack of quantitative base and trend data on stream health, particularly physical function, i.e., stream pattern, profile, and dimension.

There is a lack of quantitative information on groundwater resources, particularly groundwater dependent ecosystems (GDEs).

## Existing Forest Plan Direction for Watersheds and Water Resources

### Desired Conditions

Healthy watersheds operate in a dynamic equilibrium between extreme natural events. Surface-disturbing activities are managed so that floods, droughts, sediment loads, bank erosion, rills, gullies, and landslides are not markedly increased.

Water quality is maintained or improved, with all stream segments having a near-reference stream appearance. Water is suitable for municipal water supplies after normal treatment, including those using shallow alluvial aquifers. Chemical, physical, and biological attributes are improved and maintained in a healthy condition, ensuring future use.

Stream health is maintained through natural processes without artificial controls. Streams have the expected range of habitat features, (for example, healthy riparian vegetation, stable banks, overwintering pools and healthy aquatic organisms).

Riparian areas and floodplains are healthy, fully functioning ecosystems. Vegetation is diverse and is generally in a later-seral condition, to provide site stability.

Fish thrive in Forest lakes and streams due to adequate habitat and water quality. Natural fish habitat is preferred and promoted over human-made habitat.

### Objectives

Maintain or improve the integrity of aquatic ecosystems to provide for good water quality, stream-channel stability, water yield, and aquatic resources.

- Manage for sustained water flows according to negotiated agreements with water users.
- Improve watershed conditions to restore favorable soil relationships with water quality.
- Mitigate impacts from ground-disturbing activities before closing out project activities.
- Maintain chemical, physical, and biological stream attributes in a healthy condition. If necessary, improve them.

Maintain sport-fishing opportunities by providing quality fishery habitat. Support the maintenance of native fish species by protecting existing suitable habitats for both natural and reintroduced populations.

Rvsd Plan - 00000366

Cooperate with other federal and state agencies to control and clean up hazardous mining waste and mine drainage.

Protect the integrity of the soil and water resources by discouraging motorized-vehicle use in wetlands, wet meadows, and riparian areas.

### Standards and Guidelines

There are eight (8) pages of standards and guidelines that cover soil, water, and aquatic resources, including fish, riparian areas and wetlands. These standards and guidelines center around five (5) core areas: hydrologic function, riparian areas, sediment control, soil productivity, and water purity. These core areas, standards, and guidelines were derived from a draft of the original Region 2 Watershed Conservation Practices Handbook. Rather than reiterate eight pages of document the reader should refer to pages III-4 through III-11 of the current Forest Plan.

## Scale of Analysis

The Rio Grande National Forest lies at the headwaters of the Rio Grande River. The Rio Grande River drainage begins at the Continental Divide along the west edge of the Forest and flows to the Gulf of Mexico. River basins or watersheds are delineated into a nested hierarchy represented by Hydrologic Unit Codes (HUCs) numbered with 2 to 12 digits, which are then categorized with names into regions, sub-regions, basins, sub-basins, watersheds and sub-watersheds (USGS et al 2013). The Rio Grande National Forest lies within six sub-basins (4th-level or 8-digit):

- Rio Grande Headwaters, HUC 13010001
- Alamosa-Trinchera, HUC 13010002
- San Luis, HUC 13010003
- Saquache, HUC 13010004
- Conejos, HUC 13010005
- Rio Chama, HUC 13020102

Relative to the Forest, these sub-basins are further divided into 38 watersheds (generally 40,000 to 250,000 acres) and 166 sub-watersheds (10,000 to 40,000 acres) (Map 10).

The characterization of watersheds and water resources in this assessment is bound by the six sub-basins listed above, but focuses on conditions and trends within the Rio Grande National Forest at the sub-watershed scale.

## Existing Condition and Trend of Watersheds and Water Resources

### Inventories

There is a watershed improvement needs inventory in hard copy at the Supervisor's Office. Accompanying this inventory is a spreadsheet being used to track project implementation.

There is the Watershed Condition Framework which characterizes the health and condition of National Forest System lands.

There is a water rights inventory which contains information on Forest Service water uses and rights.

Rvsd Plan - 00000367

There are stream health surveys for a limited number of stream segments across the Forest. Some of these locations are considered reference reaches (see Forest Plan Appendix J).

There are Proper Functioning Condition (PFC) assessments and Multiple Indicator Monitoring (MIM) sites for a limited number of riparian areas across the Forest.

There is an Abandoned Mine Land (AML) inventory.

### Important Attributes, Characteristics, and Processes

The Forest is in the headwaters of the Rio Grande River in an area known as the San Luis Valley. The valley itself is long, wide, and flat with small amounts of national forest land on the margins. The western and northern part of the Forest is in the San Juan Mountain range bounded by the Continental Divide and Poncha Pass. The eastern part of the Forest is in the Sangre de Cristo Mountain range.

The expansive flat part of the San Luis Valley, which contains little to no National Forest lands, is composed of unconsolidated sediments laid down in the late Tertiary period. The San Juan and Sangre de Cristo mountain ranges provided these materials but the ranges are of very different origin and geologic age. The majority of the San Juan Mountains are volcanic rocks and related shallow intrusive rocks of the mid- to late Tertiary period. These rocks formed as a result of multiple outpourings of lava and ash from a cluster of volcanos. Recognized as the San Juan Volcanic Field, it is the largest erosional remnant of a continuous volcanic field that once extended over much of the southern Rocky Mountains in Oligocene times. The volcanic sequence involved initial intermediate lavas and breccias followed by more silicic ash flow tuffs, ending with a combination of basalts and rhyolites. This part of the San Juan range consists of rolling foothills in the east to steep alpine slopes along the Continental Divide.

The Sangre de Cristo Mountain range is of more recent origin than the San Juan Mountains but the rocks themselves are appreciably older. These mountains consist of a very steep, narrow ridge formed as a result of faulting and thrusting along the Rio Grande rift. The mountains are composed of sedimentary rocks of the Pennsylvanian period along with Pre-Cambrian granites, gneisses, and schists. Landforms vary from steep alpine glacial cirques to very broad alluvial fans at the mouth of drainages.

Soils in the San Juan Range are typical of those derived from volcanic material. They are generally shallow to moderately deep, medium textured, and low to moderate in nutrient content. Organic matter and nitrogen levels tend to be low because of low rates of decomposition and nitrogen fixation. Shallow, course textured, rocky soils are found on ridgetops and adjacent steep slopes. The southern part of the San Juan Range near the New Mexico border has volcanic material laid over shale so mass movements are common. There are soils in the Alamosa area that are inherently highly erosive. Also in this area are soils where natural rock acidity results in naturally high levels of leaching of heavy metals.

Soils in the Sangre de Cristo Range tend to be moderately shallow and are course textured. Due to limited moisture, steepness, and course texture these soils are moderately erodible and infertile.

Annual precipitation across the Forest varies from 12 inches at lower elevations to over 50 inches at higher elevations; generally, precipitation increases 4 to 6 inches for each 1000-foot gain in elevation. In the 12 to 18 inch zone (roughly 8,000 to 9,000 feet), most, if not all, the precipitation goes to satisfying evapotranspiration demands so little to no runoff is generated; an exception can be when summer thunderstorm rainfall intensity exceeds the soil infiltration rate, resulting in overland flow potentially reaching stream channels). Above 9,000 feet the Forest is considered a snow-dominated system in that the majority of the annual precipitation falls in the form of snow, while the remainder is from late spring to early fall rains. Summer thunderstorms can produce short-duration, high-intensity precipitation.

Using an existing NRCS SNOTEL site at Lily Pond as typical representation for precipitation on the Rio Grande National Forest, monthly totals are variable, with early and late winter being the wet months and late spring to early summer being the dry months (Figure 40 and Figure 41). Rains in July and August are considered monsoonal events typical of the southwestern United States.

Snowfall typically begins in October and extends through May. The snowpack builds through this time period, acting as a water storage reservoir that begins to melt in April, causing streams across the Forest to rise accordingly. By late May the majority of the snowpack has melted out, but elevated streamflow continues into August (Figure 42).

The Forest lies within all or part of 166 6th-level size watersheds or hydrologic units (Map 10). These watersheds on average generate 1.5 million acre-feet of water per year. Roughly 1.3 million acre-feet flows from the San Juan Range while the remaining 200,000 acre-feet flows from the Sangre de Cristo Range. There are 11,027 miles of stream channel across the Forest; 1,820 miles are perennial flow (Table 13 and Map 11). There are hundreds of waterbodies that total 3,160 acres; 2,893 acres are perennial (Table 14 and Map 11).



**Figure 40. Monthly precipitation at Lily Pond SNOTEL site for the period 1981-2010.**

Using a historical USGS gage on the Alamosa River above Terrace Reservoir (USGS gage 08236000) as typical representation for water quantity and timing of flows, i.e., flow regime, on the Rio Grande National Forest, streamflow is predominately from annual snowmelt runoff, but there can be small increases in flow for short periods of time due to summer thunderstorm activity (Figure 43). The volume of water contained within these spikes typically represent only a small percentage of the thunderstorm precipitation total, roughly equivalent to the watershed area occupied by stream channels (Troendle and Bevenger 1996). Annual snowmelt flows typically start to increase in late March to early April, peak in late May to early June, and return to baseflow levels in late August to early September. There is considerable year to year variability in the shape of the annual hydrograph and the number of peak flows

during the snowmelt period (Figure 44). The magnitude of annual peaks also exhibits considerable variability (Figure 45). Flow duration for perennial streams on the Forest is typical of snowmelt dominated areas where the high flow period is relatively short and gradual release of groundwater maintains a baseflow for the remainder of the water year (Figure 46). The flow regime described here is critical for sustaining current ecosystems across the Forest. Conversely, the current ecosystems also result in and sustain the current flow regimes across the Forest. In other words, a change in one results in a corresponding change to the other.

The San Luis Valley is a nationally recognized groundwater resource important to agriculture and local communities (CGS 2003). Basin-fill deposits approach 30,000 feet in depth and support two major hydrogeologic units; an upper unconfined aquifer and a lower confined aquifer (Figure 47). A series of clay layers in the upper part of the confined aquifer defines the confining layer between the upper and lower aquifers. The depth to the confining layers varies from about 100 feet in the northern part of the valley to about 40 feet in the southern part. The northern one-half of the valley has no natural surface or shallow groundwater outlet and is thus a closed basin (Figure 48). This closed basin is a unique geological structure that is hydrologically disconnected from the Rio Grande River. Water from the closed basin is pumped into the Rio Grande River to help meet the needs of the Rio Grande Compact.



**Figure 41. Cumulative annual precipitation at Lily Pond SNOTEL site for the period 1981-2010.**

Table 13. Miles of stream by type and Ranger District.

| District | Ephemeral | Intermittent | Perennial | Total |
|---|---|---|---|---|
| Conejos Peak | 1095 | 1094 | 348 | 2537 |
| Divide | 2423 | 2554 | 1006 | 5983 |
| Saguache | 848 | 1193 | 465 | 2506 |
| Total | 4366 | 4841 | 1819 | 11026 |

**Table 14. Acres of waterbodies by type and Ranger District.**

| District | Intermittent | Perennial | Total |
|----------|--------------|-----------|-------|
| Conejos Peak | 182 | 956 | 1138 |
| Divide | 60 | 1701 | 1761 |
| Saguache | 25 | 236 | 261 |
| Total | 267 | 2893 | 3161 |

In addition to the two aquifers in the valley proper, there are shallow alluvial deposits along major streams and rivers in the Rio Grande basin, e.g., upper Saguache Creek, upper Rio Grande River, and upper Conejos Creek, which are hydraulically connected with the basin-fill deposits (Figure 49). In the mountainous areas, i.e., the Rio Grande National Forest, the alluvium is separate from underlying crystalline-rock aquifers.



**Figure 42. Cumulative annual snow water equivalent at Lily Pond SNOTEL site for the period 1981-2010.**

Rvsd Plan - 00000371



**Figure 43. Average annual hydrograph for the Alamosa River above Terrace Reservoir for the period of record 1935-1982.**



**Figure 44. Annual hydrographs for the Alamosa River above Terrace Reservoir for the period of record 1995-1982.**

Rvsd Plan - 00000372



**Figure 45. Annual peak flows for the Alamosa River above Terrace Reservoir for the period of record 1935-1982**.



**Figure 46. Flow duration curve for the Alamosa River above Terrace Reservoir for the period of record 1935-1982.**

Groundwater recharge to the aquifers is a combination of mountain-front recharge, annual precipitation, irrigation return flow, streambed infiltration, and down valley groundwater flow. Thus watersheds across the Rio Grande National Forest are major sources of water to the aquifers.

Groundwater supports many wetlands, springs, and seeps across the Forest. A portion of these are groundwater dependent ecosystems (GDEs), which are communities of plants, animals, and other organisms whose existence and distribution depends on access to or discharge of groundwater. There is no inventory of GDEs on the Forest but the National Hydrography Dataset (NHD) and the National Wetlands Inventory (NWI) provide information about their potential extent (Maps 12 and 13 and Table 15). More specifically, springs/seeps in the NHD and PEMB wetland types in the NWI serve as representations for GDEs. Springs/seeps are classified as points where water issues from the ground naturally. PEMB wetlands are saturated non-tidal areas characterized by erect, rooted, herbaceous hydrophytes where the substrate is saturated to the surface for extended periods during the growing season but no surface water is typically present. A query of the NHD indicates there are 125 springs/seeps across the Forest. A query of the NWI indicates there are 23,479 acres of palustrine emergent (PEMB) wetlands across the Forest; this equates to 1.2 percent of the Forest acreage.

**Table 15. Potential extent of Groundwater Dependent Ecosystems (GDEs).**

| District | PEMB (acres) | Springs/seeps |
|---|---|---|
| Conejos | 7,785 | 15 |
| Divide | 13,030 | 66 |
| Saguache | 2,664 | 44 |
| Total | 23,479 | 125 |



**Figure 47. San Luis Valley generalized geologic cross-section.**

Streams across the Forest have a low-flow channel, a high-flow or bankfull channel, and a floodplain to handle above bankfull flows. Flooding is a natural part of the hydrologic cycle and access to the floodplain is critical. The width of the flood prone area varies by stream and valley type and can be relatively narrow, i.e., tens of feet, to very wide, i.e., hundreds of feet. Maps that show the 100-year floodplain are available at local county planning and zoning offices.

Floodplains and their associated riparian areas are very important in regulating water quality and how water is distributed over time. Healthy stream and riparian systems dissipate flood energy and recharge alluvial aquifers. Water is then slowly released from the aquifers back to the channel during drier periods of the year (Figure 46).

The streams across the Forest transport the water and sediment delivered to them from the watershed, meaning they are self-formed and self-maintained. Increases or decreases in either the amount of water or sediment can result in stream channel aggradation or degradation, resulting in stream widening or down-cutting, leading to a whole host of negative effects on stream and riparian area health. Human occupancy and use along the channel or in the floodplain can upset water and sediment transport, also resulting in stream widening or down-cutting, leading to a whole host of negative effects on stream and riparian area health.

The State of Colorado Integrated Water Quality Monitoring and Assessment Report (CDPHE 2012a), commonly called the 303(d)/305(b) report, indicates 74% of the stream miles in the Rio Grande Basin either fully support all classified uses of water (54 of the 74%) or support at least one classified use (20 of the 74%). Because most of the stream miles in the basin are on the Rio Grande National Forest, these percentages likely represent stream water quality across the Forest, at least in terms of chemical and

biological quality. Physical quality, i.e., stream pattern, profile, and dimension, may be under-represented in the State report as monitoring across the Forest by Forest Service staff suggests historical grazing, and in some allotments, current ungulate grazing is negatively affecting stream physical function.



**Figure 48. Water table elevations of the San Luis Valley unconfined aquifer late 1996-early 1997.**



**Figure 49. San Luis Valley location and extent of Quaternary alluvium and permitted water wells.**

There are impaired waterbodies (303(d) listed) within the Rio Grande River Basin, some of which are within the Rio Grande National Forest (CDPHE 2012b). These listed waterbodies are mostly associated with historical mining and are in the Alamosa, Willow, and Kerber Creek watersheds. Total Maximum Daily Loads (TMDLs) exist for some of these listed waterbodies (Table 16) and are available at https://www.colorado.gov/pacific/cdphe/tmdl-rio-grande-river-basin. Heavy metals and pH are the primary water quality concerns. There are also multiple stream segments across the Forest on the monitoring and evaluation list maintained by the State of Colorado. The Alamosa River area around Summitville is an EPA Superfund site and considerable restoration work has taken place to improve water quality in the river and its tributaries http://www2.epa.gov/region8/summitville-mine. Restoration work has also taken place on Willow Creek near Creede http://www.willowcreede.org/ (CDPHE 2013).

For lake acreage, the 303(d)/305(b) report indicates only 9% of the lakes in the Rio Grande Basin fully support all classified uses, while an additional 21% support at least one classified use. Most lake acreage however in the basin is either off-Forest or within private in-holdings within the Forest and thus are not representative of lake water quality within the Forest. Water quality monitoring conducted as part of the Forest air program (see air section) indicates lake water chemistry is good to excellent.

Rvsd Plan - 00000377

**Table 16. TMDLs in the Rio Grande Basin.**

| TMDL | Location |
|---|---|
| CORGAL03a | Alamosa River, Alum Creek to Wightman Form |
| CORGAL03b | Alamosa River, Wightman Fork to Fern Creek |
| CORGAL03c | Alamosa River, Fern Creek to Ranger Creek |
| CORGAL03d | Alamosa River, Ranger Creek to inlet of Terrace Reservoir |
| CORGAL05 | Wightman Fork above Summitville |
| CORGAL08(1) | Terrace Reservoir |
| CORGAL08(2) | Terrace Reservoir |
| CORGAL09 | Alamosa River, outlet of Terrace Reservoir to Highway 15 |
| CORGRG04 | Rio Grande River, Willow Creek to Alamosa County line |
| CORGRG30 | Sanchez Reservoir |
| CORGCB09a | Kerber Creek, source to Brewery Creek |
| CORGCB09b | Kerber Creek, Brewery Creek to San Luis Creek |

## *Conditions*

### Watershed Disturbance Analysis

In the current Forest Plan, watershed condition was assessed by analysis area, i.e., planning watersheds and not hydrologic areas, using an equivalent disturbed area approach. The outcome was identification of watersheds of concern, which are described in Appendix J. When projects are proposed in these watersheds, the fact they are of concern is factored into project design. There may be utility in plan revision to revisit this analysis and determine if it should be updated and carried forward into the revised plan.

### Watershed Condition Framework

The Watershed Condition Framework (WCF) is a comprehensive six-step approach for proactively implementing integrated restoration on priority watersheds on national forests and grasslands. The first step of the framework characterizes the health and condition of watersheds at the 6th-level HUC scale. The classification uses a comprehensive set of four process categories, twelve indicators and twenty-four attributes that are surrogate variables representing ecological, hydrological, and geomorphic functions and processes that affect watershed condition. The primary emphasis of the classification is on aquatic and terrestrial processes and conditions that Forest Service management activities can influence. The classification provides a consistent way to evaluate watershed condition at the forest level, making it especially useful for forest planning. The initial or baseline characterization for the Rio Grande National Forest was completed in 2011. Only watersheds that have five percent or more national forest lands were rated; for the Rio Grande National Forest 152 of the 166 6th-level HUCs was characterized.

The Forest Service uses three classes to describe watershed condition. Class 1 or Good condition watersheds are functioning properly because they exhibit high geomorphic, hydrologic, and biotic integrity relative to their natural potential condition. Class 2 or Fair condition watersheds are functioning at-risk because they exhibit moderate geomorphic, hydrologic, and biotic integrity relative to their natural potential condition. Class 3 or Poor condition watersheds are at impaired function because they exhibit low geomorphic, hydrologic, and biotic integrity relative to their natural potential condition.

Each of the 24 attributes for each of the 152 watersheds were assigned a score of 1 (good), 2 (fair), or 3 (poor) by a Forest interdisciplinary team. Scores were then aggregated by watershed into indicator scores,

process category scores, and an overall condition score. Indicator and process category scores, as well as the overall score, were then assigned condition ratings. Scores between 1.0 and 1.6 are properly functioning watersheds, scores between 1.7 and 2.2 are functioning at-risk watersheds, and scores between 2.3 and 3.0 are impaired function watersheds.

### Overall Watershed Condition and Process Category Summary

Overall, seventy-seven (50%) of the 152 watersheds are functioning properly, another 74 (49%) are functioning at risk, and only one watershed has impaired function (Table 17, Figure 50 and Figure 51, and Maps 14 and 15). The watershed with impaired function is Cottonwood Creek-Kerber Creek (HUC 130100030102). Concerns with water quality, aquatic habitat, aquatic biota, riparian and wetland vegetation, soils, and rangeland vegetation condition are the driving indicators in this watershed.

Interestingly, the distribution of overall scores follows a bell-shaped curve with 85 (56%) of the 152 watersheds straddling the break, i.e., ±0.2 units or 1.5 through 1.8, between properly functioning and functioning at-risk watershed condition (Figure 51). What this implies is that changes in one or more attributes through either improved land management or through mismanagement could cause a functioning at-risk watershed to be re-classified to properly functioning or a properly functioning watershed to be re-classified to functioning at-risk. The Forest may want to pursue this as priority watersheds are selected in the plan revision process.

From a process category standpoint, a majority of the 152 watersheds are functioning properly relative to aquatic physical and terrestrial biological indicators (Table 17, Figure 52, Figure 53 and Figure 56, and Maps 16, 17, 22 and 23). Relative to aquatic biological and terrestrial physical processes a majority of the watersheds are functioning at risk (Table 17, Figure 52, Figure 54 and Figure 55, and Maps 18, 19, 20 and 21). There are no watersheds with impaired terrestrial physical and biological function (Table 17). There are two watersheds with impaired aquatic physical function (Table 17 and Table 18). The concern in both of these watersheds is with water quality problems, flow characteristics, habitat fragmentation, and channel shape and function. There are eighteen watersheds with impaired aquatic biological function (Table 17 and Table 18). The concern in these watersheds is predominately with exotic and/or aquatic invasive species and riparian/wetland vegetation condition. In some of the watersheds there is also a concern with life form presence.

**Table 17. WCF overall watershed condition and process category summary.**

| Watershed Condition Class | | Watershed Condition Process Categories | | | |
|---|---|---|---|---|---|
| | Forestwide | Aquatic Physical | Aquatic Biological | Terrestrial Physical | Terrestrial Biological |
| Good | 77 (50%) | 135 (89%) | 35 (23%) | 35 (23%) | 148 (97%) |
| Fair | 74 (49%) | 15 (10%) | 99 (65%) | 117 (77%) | 4 (3%) |
| Poor | 1 (1%) | 2 (1%) | 18 (12%) | 0 (0%) | 0 (0%) |

**Table 18. Watersheds with Impaired Aquatic Physical Function and Impaired Aquatic Biological Function**

| Watershed Designation | Watershed Designation |
|---|---|
| **Impaired Aquatic Physical Function** | |
| Continental Reservoir-North Clear Creek (130100010201) | Spring Creek (130100010303) |
| **Impaired Aquatic Biological Function** | |
| North Clear Creek (HUC 130100010202) | Poso Creek (HUC 130100020405) |
| Middle Creek (HUC 130100010502) | Little Kerber Creek (HUC 130100030101) |

| Watershed Designation | Watershed Designation |
|---|---|
| West Willow Creek-Willow Creek (HUC 130100010702) | Cottonwood Creek-Kerber Creek (HUC 130100030102) |
| Park Creek (HUC 130100011103) | Horse Canyon (HUC 130100040102) |
| Headwaters Embargo Creek (HUC 130100011202) | Mill Creek (HUC 130100040304) |
| Wrightman Fork (HUC 130100020301) | Little La Garita Creek-La Garita Creek (HUC 130100040502) |
| Jasper Creek-Alamosa River (HUC 130100020303) | Castor Creek-La Garita Creek (HUC 130100040503) |
| French Creek-Alamosa River (HUC 130100020304) | Cottonwood Creek-San Juan Creek (HUC 130100040603) |
| Headwaters La Jara Creek (HUC 130100020402) | Findley Gulch (HUC 130100040703) |



Figure 50. WCF overall watershed condition class



**Figure 51. WCF overall watershed condition scores.**



**Figure 52. WCF process category class.**



**Figure 53. WCF Aquatic Physical Process Category Scores.**



**Figure 54. WCF Aquatic Biological Category Scores.**



**Figure 55. Terrestrial Physical Process Category Scores.**



**Figure 56. Terrestrial Biological Process Category Scores.**

*Process Categories, Indicators, and Attributes Summary*

The majority of watersheds are functioning properly relative to the water quality, water quantity, and aquatic habitat indicators (Table 19). Roughly one-fourth of the watersheds are functioning at-risk relative

to the aquatic habitat indicator, with the concerns primarily centered on channel shape and function (Table 23 through Table 25). A small percentage of watersheds are functioning at-risk relative to the water quality and water quantity indicators due to listed and un-listed water quality segments and flow characteristics. A small percentage of watersheds show impaired function relative to all three aquatic physical indicators with channel shape and function being the primary driver and some concern with habitat fragmentation.

**Table 19. WCF Aquatic Physical Indicator Class.**

| Aquatic Physical Process Category | | Aquatic Physical Indicators | | |
|---|---|---|---|---|
| | Forestwide | Water Quality | Water Quantity | Aquatic Habitat |
| Good | 135 (89%) | 139 (92%) | 136 (89%) | 101 (66%) |
| Fair | 15 (10%) | 5 (3%) | 9 (6%) | 42 (28%) |
| Poor | 2 (1%) | 8 (5%) | 7 (5%) | 9 (6%) |

Most watersheds across the Forest are functioning at-risk or at impaired function relative to the aquatic biota and riparian/wetland vegetation indicators (Table 20, Table 26 and Table 27). Lack of native aquatic species, presence of exotic and/or aquatic invasive species, and vegetation condition in riparian/wetland areas are the driving concerns.

**Table 20. WCF Aquatic Biological Indicator Class.**

| Aquatic Biological Process Category | | Aquatic Biological Indicators | |
|---|---|---|---|
| | Forestwide | Aquatic Biota | Riparian/Wetland Vegetation |
| Good | 35 (23%) | 20 (13%) | 60 (39%) |
| Fair | 99 (65%) | 36 (24%) | 76 (50%) |
| Poor | 18 (12%) | 96 (63%) | 16 (11%) |

The majority of the watersheds are functioning at-risk relative to the road and trails and soils indicators (Table 21, Table 28 and Table 29). Lack of road and trail maintenance and soil productivity, erosion, and contamination are the primary drivers. The soils concerns are discussed in detail in the air and soils section of this assessment. A small percentage of watersheds are at impaired function relative to the road and trails indicators primarily due to proximity to water, but also due to lack of maintenance.

**Table 21. WCF Terrestrial Physical Indicator Class**

| Terrestrial Physical Process Category | | Terrestrial Physical Indicators | |
|---|---|---|---|
| | Forestwide | Roads and Trails | Soils |
| Good | 35 (23%) | 29 (19%) | 34 (22%) |
| Fair | 117 (77%) | 113 (74%) | 117 (77%) |
| Poor | 0 (0%) | 10 (7%) | 1 (1%) |

The majority of watersheds are functioning properly relative to all five terrestrial biological indicators (Table 22 and Table 30through Table 34). There are fire regime condition class concerns in thirty-three

watersheds. Almost one-half of the watersheds are functioning at-risk due to rangeland vegetation condition concerns. Four watersheds are at impaired function due to rangeland vegetation condition concerns. There are forty-three watersheds functioning at-risk due to concerns with the extent and spread of terrestrial invasive species. There are two watersheds at impaired function due to concerns with the extent and spread of terrestrial invasive species. There are twenty-eight watersheds functioning at-risk due to concerns with insects and disease effects on forest health.

**Table 22. Terrestrial Biological Indicator Class.**

| Terrestrial Biological Process Category | | Terrestrial Biological Indicators | | | | | |
|---|---|---|---|---|---|---|---|
| | Forestwide | Fire Regime or Wildfire | Forest Cover | Rangeland Vegetation | Terrestrial Invasive Species | Forest Health |
| Good | 148 (97%) | 119 (78%) | 151 (99%) | 77 (50%) | 107 (69%) | 124 (82%) |
| Fair | 4 (3%) | 33 (22%) | 1 (1%) | 71 (47%) | 43 (28%) | 28 (18%) |
| Poor | 0 (0%) | 0 (0%) | 0 (0%) | 4 (3%) | 2 (1%) | 0 (0%) |

**Table 23. WCF Water Quality Condition Attributes Class.**

| | Indicator | Attributes | |
|---|---|---|---|
| | Water Quality Condition | Impaired Waters (303(d) listed) | Water Quality Problems (not listed) |
| Good | 139 (92%) | 139 (92%) | 73 (48%) |
| Fair | 5 (3%) | 5 (3%) | 71 (47%) |
| Poor | 8 (5%) | 8 (5%) | 8 (5%) |

**Table 24. WCF Water Quantity Attribute Class.**

| | Indicator | Attributes |
|---|---|---|
| | Water Quantity | Flow Characteristics |
| Good | 136 (89%) | 136 (89%) |
| Fair | 9 (6%) | 9 (6%) |
| Poor | 7 (5%) | 7 (5%) |

**Table 25. WCF Aquatic Habitat Attributes Class.**

| | Indicator | Attributes | | |
|---|---|---|---|---|
| | Aquatic Habitat | Habitat Fragmentation | Large Woody Debris | Channel Shape and Function |
| Good | 101 (66%) | 118 (78%) | 127 (84%) | 49 (32%) |
| Fair | 42 (28%) | 23 (15%) | 3 (2%) | 73 (48%) |
| Poor | 9 (6%) | 11 (7%) | 2 (1%) | 30 (20%) |

**Table 26. WCF Aquatic Biota Attributes Class.**

|  | Indicator | Attributes | | |
|---|---|---|---|---|
|  | Aquatic Biota | Life Form Presence | Native Species | Exotic and/or Aquatic Invasive Species |
| Good | 20 (13%) | 144 (95%) | 20 (13%) | 20 (13%) |
| Fair | 36 (24%) | 5 (3%) | 39 (26%) | 14 (9%) |
| Poor | 96 (63%) | 3 (2%) | 93 (61%) | 118 (78%) |

**Table 27. WCF Riparian/Wetland Vegetation Attribute Class.**

|  | Indicator | Attributes |
|---|---|---|
|  | Riparian/Wetland Vegetation | Vegetation Condition |
| Good | 60 (39%) | 60 (39%) |
| Fair | 76 (50%) | 76 (50%) |
| Poor | 16 (11%) | 16 (11%) |

**Table 28. WCF Roads and Trails Attributes Class.**

|  | Indicator | Attributes | | | |
|---|---|---|---|---|---|
|  | Roads and Trails | Open Road Density | Road and Trail Maintenance | Proximity to Water | Mass Wasting |
| Good | 29 (19%) | 121 (80%) | 10 (7%) | 23 (15%) | 144 (94%) |
| Fair | 113 (74%) | 31 (20%) | 125 (82%) | 1 (1%) | 7 (5%) |
| Poor | 10 (7%) | 0 (0%) | 17 (11%) | 128 (84%) | 1 (1%) |

**Table 29. WCF Soils Condition Attributes Class.**

|  | Indicator | Attributes | | |
|---|---|---|---|---|
|  | Soils Condition | Productivity | Erosion | Chemical Contamination |
| Good | 34 (22%) | 38 (25%) | 28 (18%) | 52 (34%) |
| Fair | 117 (77%) | 113 (74%) | 123 (81%) | 100 (56%) |
| Poor | 1 (1%) | 1 (1%) | 1 (1%) | 0 (0%) |

**Table 30. WCF Fire Regime or Wildfire Attribute Class.**

|  | Indicator | Attributes | |
|---|---|---|---|
|  | Fire Regime or Wildfire | Fire Regime Condition Class | Wildfire Effects |
| Good | 119 (78%) | 119 (78%) | 0 (0%) |
| Fair | 33 (22%) | 33 (22%) | 0 (0%) |
| Poor | 0 (0%) | 0 (0%) | 0 (0%) |

**Table 31. WCF Forest Cover Attribute Class.**

|  | Indicator | Attributes |
|---|---|---|
|  | Forest Cover | Loss of Forest Cover |
| Good | 151 (99%) | 151 (99%) |
| Fair | 1 (1%) | 1 (1%) |
| Poor | 0 (0%) | 0 (0%) |

Rvsd Plan - 00000386

**Table 32. WCF Rangeland Vegetation Attribute Class.**

|  | Indicator | Attributes |
|---|---|---|
|  | **Rangeland Vegetation** | **Rangeland Vegetation Condition** |
| Good | 77 (50%) | 77 (50%) |
| Fair | 71 (47%) | 71 (47%) |
| Poor | 4 (3%) | 4 (3%) |

**Table 33. WCF Terrestrial Invasive Species Attribute Class.**

|  | Indicator | Attributes |
|---|---|---|
|  | **Terrestrial Invasive Species** | **Extent and Ratio of Spread** |
| Good | 107 (69%) | 107 (69%) |
| Fair | 43 (28%) | 43 (28%) |
| Poor | 2 (1%) | 2 (1%) |

**Table 34. WCF Forest Health Attribute Class.**

|  | Indicator | Attributes | |
|---|---|---|---|
|  | **Forest Health** | **Insects and Disease** | **Ozone** |
| Good | 124 (82%) | 96 (64%) | 152 (0%) |
| Fair | 28 (18%) | 28 (18%) | 0 (0%) |
| Poor | 0 (0%) | 28 (18%) | 0 (0%) |

## WCF Summary

When looking at overall watershed condition across the Rio Grande Forest one-half of the 152 watersheds rated in 2011 are functioning properly, 49% are functioning at-risk, and only one watershed has impaired function. Attribute and indicator ratings for three of the four process categories - Aquatic Physical, and in particular, Aquatic Biological and Terrestrial Physical - are the driving influences behind the overall condition scores.

Further dissection of the classification shows summed and averaged attribute ratings for seven of the twelve indicators are influencing watershed condition across the Forest most significantly. These indicators are Water Quality, Aquatic Habitat, Aquatic Biota, Riparian/Wetland Vegetation, Roads and Trails, Soils, and Rangeland Vegetation.

Sixteen of the twenty-four attributes are the major influences on overall watershed condition. These are Water quality problems (not listed), Channel shape and function, Native species, Exotic and/or aquatic invasive species, Vegetation condition, Open road density, Road and trail maintenance, Proximity to water, Soil productivity, Soil erosion, Soil contamination, Fire Regime Condition Class, Rangeland vegetation condition, Extent and ratio of spread, and Insects and disease. Land use and activities that are influencing these attributes the most are uncontrolled motorized recreation, historical and current livestock grazing in both uplands and riparian areas/wetlands, lack of road and trail maintenance, introduction of exotic and invasive aquatic and terrestrial species, atmospheric deposition of nitrates, and natural range of variability issues relative to fire regimes and insect and disease activity.

As a critical part of the WCF, i.e., step 3 of 6, two Watershed Restoration Action Plans (WRAPs) have been prepared by the Forest to address watershed condition. One WRAP is for watersheds 130201020201 (Headwaters of Rio Chama) and 130201020202 (Archeluta Creek). Nine essential projects are in various

stages of implementation to address stream bank stability, riparian vegetation extent/vigor, fine sediment from roads and trails, and soil erosion/compaction concerns.

The other WRAP is for watershed 130100040401 (Middle Fork Carnero). Nine essential projects are in various stages of implementation to address excessive width/depth ratio, fine sediment, and riparian vegetation extent/vigor concerns.

## Historical Context

An assessment of the natural range of variability (NRV) of the Rio Grande National Forest was written for the current Forest Plan and published in Appendix A of that plan. The assessment provides inferences about how the ecosystem and associated hydrology developed and functioned since the beginning of the Holocene, with particular emphasis on the period from 1600 to the early 1870s, just before modern settlement of the area. This roughly three century period was believed to best describe baseline ecological conditions for use in that planning effort. The assessment also describes activities and conditions from the 1870s through the mid-1990s, making comparisons to the baseline period, to describe how the ecosystem had changed under the influence of modern settlement.

The assessment summarized climate, fire history, forested and non-forested communities, wildlife, and insects and disease, leading to a list of conclusions with synthesis and implications. The assessment provides good context for how pre-settlement hydrologic systems across the Forest developed and then changed post-settlement. This assessment is still very useful to the current revision effort. Some notable conclusions from the assessment related to watersheds and water resources include:

- The influx of humans and apparent increase in fires between 1875 and 1908 indicates a disruption of the fire cycle. Following this period was decades of purposeful fire suppression. During these two time periods there was also considerable logging activity across the Forest; for fuelwood during initial settlement, for railroad ties during the railroad construction era, and for a full range of forest products well into the 1990s. Intuitively, the associated changes to the vegetative community caused by these activities affected the hydrologic cycle, most notably relative to snow redistribution, soil infiltration rates, evapotranspiration and streamflow. Additionally, because these activities needed roads, there were likely additional effects on the water cycle and watershed health from accelerated erosion and runoff.
- Large numbers of sheep and cattle grazed on the Forest, particularly between 1875 and 1960. Notable changes in upland rangeland vegetation and bottomland riparian area vegetation were noted throughout this time period. The excessive grazing in the uplands resulted in considerable soil erosion and the amount of sediment delivered to streams, which affected soil productivity, and water quality. There were also changes in soil infiltration rates which led to increased flooding and associated changes to stream channel stability. The excessive grazing in bottomlands also led to changes in soil infiltration and stream channel stability, resulting in stream channel aggradation and degradation. In essence, most every component of the water cycle was affected by this overgrazing and the effects are still seen in certain areas of the Forest.
- Early mining had devastating effects on water quality, primarily from heavy metals. Mine drainage and erosion of tailings continued well after this early mining activity ended and the effects are still seen in certain areas of the Forest.

Much work is presently taking place across the western United States on the effects and implications of a changing climate. In order to put the effects and implications in context this work typically makes comparisons to historical climate, which provides useful information in describing the historical context for ecological conditions under which the hydrologic systems across the Rio Grande National Forest

developed. Furthermore, this work helps fill the gap in time between the current Forest plan NRV assessment discussed above and the present day, i.e., 1995 to 2015.

Lukas et al (2014) synthesized much of the current climate change literature to support climate change water resources management and adaptation particular to the State of Colorado. Gordon and Ojima (2015) expanded on this work to produce a Colorado specific climate change vulnerability report. Notable conclusions of the historical record used in these documents relative to the natural range of variability across the Rio Grande National Forest and associated implications on the water cycle are summarized in the climate change disturbance part of this assessment (Table 36).

# Consumptive and Non-Consumptive Water Uses

The Rio Grande National Forest, being at the headwaters of the Rio Grande River, generates approximately 1.5 million acre-feet of water per year. A portion of this water is used by wildlife, livestock, the recreating public and administrative uses across the Forest, but the majority of the water flows downstream and off-Forest and is used in the San Luis Valley and other downstream locations along the length of the Rio Grande River. A small portion of the water is used on private lands, i.e., in-holdings, interior to the Forest administrative boundary.

Use of water, both on and off the Forest, is governed by treaty, compact, and decree. A 1906 treaty with Mexico established an allocation of 60,000 acre-feet of water each year for Mexico. The 1938 Rio Grande Compact allocates water among users in Colorado, New Mexico, and Texas on a sliding scale of allocations depending on how much water is flowing in the Rio Grande River. The Compact seeks to maintain historic consumptive use. The terms of the Compact are flexible to allow for annual variations of water supply. A Colorado Water Division 3 decree governs Rio Grande National Forest water uses and rights and is discussed in more detail in a subsequent section of this assessment.

Rights to water in the two rivers are held by individuals, ditch companies, and reservoir management companies. Roughly one-third of the most senior water right holders in the San Luis Valley are almost always assured their rights after Colorado's obligation to New Mexico is fulfilled. The most junior water right holders almost never receive any water. The middle-third holders of water rights receive water only when there is more than normal flow in the two rivers.

As the amount of water in the rivers increase, the amount of water which must be delivered to New Mexico also increases, but the increased obligation is not proportional to the increased amount of available water. Approximately thirty percent of the increase is delivered to New Mexico with the remainder, or seventy percent, available for use in the San Luis Valley. This use is allocated by the Colorado State Engineer according to priority.

Some of the more junior users are reservoirs on the Forest. Many of these users store water in the spring and release it downstream in the summer and fall. Because of their junior status there must be a large volume of water in the streams for them to receive an allocation. These reservoirs were designed and constructed to hold far more water than is normally available so it is unlikely capacity would ever be reached. In addition to the on-Forest reservoirs there are numerous small water collection and distribution systems across the Forest. These uses are under special use permits administered by the Forest Service. The water rights themselves are administered by the Colorado State Engineer.

The Rio Grande National Forest has 735 water developments, used in a variety of settings, such as special use sites, camp and picnic grounds, rangeland stock water, and administrative sites (Table 35). These uses are governed by the above mentioned Water Division 3 decree or State of Colorado water law.

Rvsd Plan - 00000389

There are twenty-one major reservoirs and nine trans-basin diversions across the Forest (see appendix J in the Forest Plan). Seven of the nine diversions add water to Forest streams. The other two divert water from Forest streams. About thirty other ditches and pipelines divert water from Forest streams for irrigation, recreation, and domestic purposes. These uses are not considered major.

**Table 35. Water uses on the Rio Grande National Forest.**

| Water Use Type | Number of Uses |
|---|---|
| Domestic | 105 |
| Recreation | 11 |
| Stockwater | 594 |
| Unclassified and Other | 25 |

# Water Rights

The Rio Grande National Forest was decreed water rights by the District Court, Water Division No. 3, State of Colorado on March 30, 2000 as outlined in the Findings of Fact, Conclusions of Law, and Judgment and Decree for Case No. 81-CW-183 (Consolidated) (DC 2000). This decree is the final judgment concerning United States' claims for appropriated water rights, federal reserved water rights and instream flow rights for the Rio Grande National Forest. The quantities of water decreed are fully sufficient to fulfill any and all federal reserved instream flow water rights and all appropriative instream flow water rights. The decree however does not preclude the United States from acquiring water or water rights by means other than appropriation.

The decreed rights allow for improving and protecting the forests within the administrative boundary, securing favorable conditions of water flows, and furnishing a continuous supply of timber for the use and necessities of the citizens of the United States. The rights also allow for

- maintaining, improving, protecting, and minimizing damage to:
  - riparian ecosystems, including stream dependent wetlands
  - the natural physical function of stream channels
  - viable and diverse populations of fish and wildlife, including all habitat necessary for such populations
  - scenic and aesthetic conditions and values
  - public opportunities for outdoor recreation
  - soil conservation and preservation of the quality of soil resources
- range uses
- prevention and control of forest fires

There are options for re-opening the Decree but those options are limited and discussed in detail in the Decree. There is also a limit on future federal reserved consumptive uses by the United States, for which quantities are discussed in detail in the Decree.

The Decree notes the principal water use in the Water Division is irrigation in the San Luis Valley and because of the physiographic setting most existing diversions are on the flat valley floor and not the Forest. The Decree further notes there are only four large reservoirs and 181 other existing water rights located on or upstream of the Forest and most of these rights predate the reservation of the Forest,

Rvsd Plan - 00000390

meaning they are more senior in priority. Additionally, to meet the demands of fully-appropriated downstream senior water rights and requirements in the 1938 Rio Grande Compact, the Decree notes water must be delivered through the Forest. These three noted items means there is limited potential for new water development, such as reservoirs and diversions, within the Forest, reducing the potential for future conflicts.

The Decree provides the Forest 252 reserved instream flow water rights. These rights are quantified in terms of their location and amount of flow that must be satisfied at and upstream of the location, i.e., quantification point. During the period of annual snowmelt runoff the Forest has the right to all flow up to and including the flow equal to two times bankfull flow, i.e., $Q_{1.5}$ until such time the natural flow decreases to 60 percent of bankfull flow, i.e., $Q_{1.5}$. For times outside annual snowmelt runoff the Forest has the right to base flows. For the months of January, February, March, and December it is flow available in priority up to a flow equal to the median monthly discharge rate for that month. For April through November it is flow available in priority up to a flow equal to 80 percent of the mean monthly discharge rate for that month. The median monthly discharge is defined as the 50 percent exceedance value of all mean daily flows for the entire period of record for a particular month. Mean daily flow is defined as the average discharge in cubic feet per second for the time period from midnight to midnight.

# Disturbances

## *Bark Beetles*

Bark beetle activity on the Forest has been at epidemic levels during the recent past, particularly in Englemann spruce stands. Because spruce stands grow in areas of the Forest with the greatest precipitation and because evapotranspiration (ET) rates are greater in spruce than other conifer types, there is potential for increased stream flow from this bark beetle activity. Historical watershed studies have shown that manipulation of conifer vegetation, e.g., timber harvest, can lead to measurable, i.e., detectable, increases in streamflow at the sub-watershed scale (MacDonald and Stednick 2003)[2]. However, timber harvest results in the removal of biomass so comparing beetle kill to timber harvest is not entirely appropriate. In other words, both types of disturbance change the ET component of the water cycle but interception and evaporation processes change less under beetle kill.

More recent watershed studies, conducted after the start of the current beetle infestations, have failed to detect consistent changes in streamflow (Gordon and Ojima 2015). However, much of this work has been in lodgepole pine stands, which grow in areas of lower precipitation; additionally evapotranspiration demands of this forest type are less. Modeling efforts of bark beetle infestation indicate there may be a 5-10% increase in runoff. Such a small change may be real but watershed studies have clearly shown that an increase of at least 15% is necessary to be able to detect the change at the sub-watershed scale (MacDonald and Stednick 2003). All said, without specific studies on the Forest, it is unknown if recent insect activity has changed ET and thus streamflow or not.

## *Wildfire*

Watershed studies and post-fire monitoring in snow-dominated hydrologic systems indicate wildfire can result in increases in annual water yield proportional to that seen from timber harvest (Troendle and Bevenger 1996). Wildfire can also change, sometimes significantly, the response to short-duration, high-intensity summer thunderstorms, resulting in considerable soil erosion, sediment delivery, flash floods,

---

[2] Even though timber harvest can increase streamflow the Rocky Mountain Region has determined purposefully doing so is not a management emphasis; rather, any water yield increase that results from timber harvest is a by-product of the harvest. See Regional Forester letter dated 2002.

higher peak flows, and down cutting of stream channels (Carlson 2008). High severity fire consumes ground cover and alters the soil surface creating water repellency. The water repellency reduces infiltration rates, resulting in erosion and overland flow to channels. The increased delivery of sediment and streamflow produces debris flows and floods that down cut channels and produce floods. These responses are typically a part of the ecosystem but can result in issues and concerns in the wildland-urban interface. Such responses and associated effects however are usually only seen for the first three to five years after a significant high-severity fire due to vegetative recovery and its ability to assimilate thunderstorm intensity, duration, and volume.

### Dust

In recent years, late-spring snowpack across the Forest has had a brownish color due to heavy deposition of desert dust. This dust has been shown in field studies to alter the energy balance, resulting in enhanced snowmelt rates and earlier melt of the snowpack (Gordon and Ojima 2015). Modeling indicates that in moderately dusty year's snowmelt and the peak occur about three weeks earlier and extreme dust loading can add another three weeks, or a total of six weeks of earlier melt and peak. Modeling also indicates that due to changes in evapotranspiration overall runoff can be reduced by roughly 5%. Extreme dust can increase evapotranspiration 6%; even though the amount of dust is substantial evapotranspiration change is minor because the energy of the sun in early spring is not sufficient to drive additional ET. Gordon and Ojima suggest the spatial and year-to-year variability in dust loading, and resulting impacts on the water cycle, complicate watershed management. Complicating the dust issue is the interaction of climate change effects on the water cycle.

### Climate Change

The effects of a changing climate on watersheds and water resources across the Forest are not well known but global climate change modeling and down-scaling efforts provide insight into potential effects. Colorado's climate has warmed in recent decades, and climate models unanimously project this warming trend will continue into the future (Lukas et al 2014)). Climate change has and will continue to impact resources in the State, likely including watersheds and water resources on the Rio Grande National Forest. Gordon and Ojima (2015) synthesized observed climate and projected future climate for the State of Colorado (Table 36).The projected changes in climate and associated hydrology serve as a good proxy of potential direct, indirect, and cumulative effects on watersheds and water resources. Gordon and Ojima's report also discusses key ecosystem vulnerabilities, which relate to potential future conditions with watersheds and water resources (Table 37).

# Municipal watersheds, sole source aquifers, and source water protection areas

There is a 2014 Memorandum of Understanding between the Rocky Mountain Region of the Forest Service and the Colorado Department of Public Health and Environment that addresses management and protection of source water areas on National Forest System lands in Colorado (CDPHE 2014). CDPHE has delineated source water areas across the State. These delineations are considered confidential but are available to the Forest for internal use. There are source water assessments for these areas, copies of which are available on the CDPHE website.

Per the MOU these areas are recognized as Municipal Supply Watershed per the definition in Forest Service Manual 2542. In the MOU the Forest Service agrees, among other things, to provide direction and desired conditions for municipal supply watersheds/source water areas in revised Forest Plans to protect water quality while allowing for multiple use outputs. The primary concerns related to source water protection areas within or directly downstream of the Rio Grande National Forest is two-fold: the effect of

large-scale wildfire on water quality and hazardous material spills. Information is available at
https://www.colorado.gov/pacific/cdphe/source-water-assessment-and-protection-swap.

# Effects from Land Use

In short, surface disturbing activities such as timber harvest, grazing, mining, recreation developments,
road construction, and off-road motorized use, are the greatest current and potential threats to loss of
watershed and water resources integrity across the Forest. The effects, many of which have been
described throughout this assessment, can be direct, indirect, or cumulative. The scientific literature that
supports this is voluminous but can be summarized by stating the effects are due primarily to soil erosion
and compaction in uplands and riparian areas, changes in the amount of water and sediment delivery to
streams and wetlands and associated adjustments then made by the stream systems. The literature also
clearly shows that application of watershed conservation practices (WCPs), also known as best
management practices (BMPs), mitigate the effects of land use, allowing for watershed protection.

As stated earlier, the use of water, both on and off the Forest, is governed by treaty, compact, and decree.
Because of this future water withdrawal and diversion opportunities, as well as water storage
opportunities, within the Rio Grande National Forest are very unlikely.

# Ecological, Social and Economic Sustainability

As has been noted throughout this assessment, watersheds and water resources on the Rio Grande
National Forest, in conjunction with air and soil resources, are part of the foundation for providing for the
full suite of multiple uses available from national forests. Healthy watersheds across the Forest, and the
associated properly functioning hydrologic cycle, provide ecological sustainability, which in turn provides
the socio-economic setting of the Plan area and areas downstream. Watersheds within the Forest are the
headwaters of the Rio Grande River basin and the quantity and quality of water, as well as the timing of
stream flows, from these watersheds drives human activity not only in the agriculturally important San
Luis Valley, but in many areas further downstream. For example, people recreate on the Forest to enjoy
clean water, flowing streams, and high elevation scenic lakes; annual snowmelt and unpolluted water
provides on- and off-Forest uses such as habitat for aquatic organisms, and drinking, industrial, and
agricultural supply; and healthy watersheds assist in climate regulation, serving as a sponge and filter
system.

**Table 36. Historic climate observations and projected climate for the State of Colorado.**

| Historic Climate Observations | Projected Climate |
|---|---|
| An increase in statewide annual average temperatures of 2 degrees F over the past 30 years and 2.5 degrees F over the past 50 years, with minimum temperatures increasing more than daily maximum temperatures over the past 30 years | An increase in statewide average annual temperatures of 2.5F to 5.5F relative to a 1971-2000 baseline. Summers are projected to warm slightly more than winters. Typical summer temperatures in 2050 are projected to be warmer than in all but the very hottest summers in the observed record. |
| An increase in temperatures in all seasons, with the largest trend in summer, followed by fall, spring, and winter. | Climate projections do not agree on whether average annual precipitation will increase or decrease statewide, though winter precipitation is likely to increase by mid-century. |
| No long-term trends in average annual precipitation statewide. | Most projections show that April 1 snowpack will decline by mid-century due to the large projected warming. |
| Below-average snowpack since 2000 in all eight major river basins in Colorado, although there are not trends over the past 30 or 50 years. | Spring runoff is projected to shift 1-3 weeks earlier due to warming, with late summer flows likely to decrease as the peak shifts earlier. |

| Historic Climate Observations | Projected Climate |
|---|---|
| Snowmelt and peak runoff have shifted 1-4 weeks earlier across Colorado's river basins over the past 30 years due to the combination of lower snow-water equivalent (SWE) since 2000, warming spring temperatures, and enhanced solar absorption from dust-on-snow. | Most projections of future hydrology show decreases in annual streamflow by 2050 for Colorado's major rivers. In some projections, however, the projected increases in precipitation are large enough to overcome the effect of warming, and so these projections show increased streamflow. |
| A trend toward more frequent soil moisture drought conditions in Colorado over the past 30 years. | Heat waves, droughts and wildfires are projected to increase in frequency and severity due to the projected overall warming. |
| No evidence of increasing trends in heavy precipitation events or flooding statewide. | Winter precipitation events are projected to increase in frequency and magnitude, but projections currently show no changes in summertime convective storms by mid-century. |
| Multiple droughts prior to 1900 that were more severe and sustained than any in the observed record, as seen in tree-ring records. | |

Table 37. Key ecosystem and water sector vulnerabilities for the State of Colorado.

| Landscape | Vulnerability |
|---|---|
| Forests | Due to longer and more severe droughts, more frequent and severe fires, and conditions more suitable to insect outbreaks and spread of no-native plant species, individual trees and forested landscapes will likely become more vulnerable to insect and pathogen invasions. |
| | If wildfires become more frequent and severe, landscapes will be vulnerable to changes in connectivity, shifts from carbon sinks to carbon sources, and shifts in vegetation distribution and type. |
| Alpine | Alpine plants are vulnerable to phenology shifts caused by rising spring temperatures and earlier snowmelt onset, potentially leading to mid-summer declines. |
| Grasslands | Grass types that fare better in drought conditions are likely to become more dominant; less drought-tolerant species are therefore vulnerable to increased frequency and severity of drought. |
| Wildlife | Aquatic species are vulnerable to decline due to reductions in habitat suitability, especially connected to rising water temperatures as well as more frequent and sever fires, forest fragmentation and other changes in habitats. |
| Water Supply | Water supply entities with inadequate storage, especially agriculture water supplies and small Municipal and Industrial (M&I) utilities, are vulnerable to earlier snowmelt timing and runoff. |
| | Entities with junior rights or little storage are potentially vulnerable to future low flows. |
| | Virtually all water supply entities and their customers are vulnerable to longer and more intense droughts, especially mega-droughts. |
| | Water supply entities in areas like the San Luis Valley or South Metro that rely heavily on groundwater to supplement surface water supplies, as well as private homes and small community water supplies that rely on groundwater, are vulnerable to potential reductions in groundwater recharge. |
| | Elements of water supply infrastructure such as older dams, ditches, and canals, as well as reservoirs in areas with high potential for wildfire, are vulnerable to extreme events and increased wildfire risk. |
| Water Demand | Agriculture producers needing late summer irrigation and some M&I utilities with junior rights are vulnerable to earlier snowmelt timing and lower late summer flows. |
| | Those with junior rights facing greater competition among multiple sectors are vulnerable to interaction of heat and lower flows with existing demand trends. |

| Landscape | Vulnerability |
|---|---|
| Water Quality | M&I utilities with older treatment technology or lower treatment capacity, as well as aquatic organisms and ecosystems, are vulnerable to lower flows and higher water temperatures resulting in greater concentrations of pollutants. |
| | Water treatment facilities in fire-prone areas are vulnerable to greater likelihood of wildfire leading to higher chances of erosion. |
| Flood Mitigation | Large portions of the state that exist in areas of high flood risk and have engaged in little mitigation are vulnerable to continued high risk of extreme precipitation events. |
| Nonconsumptive Uses | Earlier and faster runoff may create vulnerabilities for rafting, fishing, and other recreation activities by reducing appropriate flows. |
| | Endangered fish recover programs are vulnerable to potentially reduced average streamflow. |

## Places at Risk

As a general rule watershed and stream health concerns currently exist with existing system roads and trails, uncontrolled motorized use on unauthorized roads and trails, and livestock grazing in riparian areas. These concerns relate to accelerated soil erosion and compaction, sediment delivered to streams and wetlands, stream channel aggradation and degradation, and the direct, indirect, and cumulative effects on the water cycle and water quality.

## Need for Change

Based on information in this section of the assessment, there is little to no need for change in the existing Plan. As a general rule monitoring indicates existing direction is being met when best management practices at the project level are properly implemented. There are occasions when watershed and water resources concerns are identified during project reviews but these concerns are not Forest Plan standard related; rather they are related to lack of proper implementation of one or more watershed conservation practices, i.e., best management practices, which is a contract or permit administration issue, e.g., compliance with term grazing permit conditions, or a specific program area issue, e.g., road and trail maintenance.

The standards and guides section of the existing plan does need to be updated to incorporate the Watershed Conservation Practices Handbook, the National Best Management Practices program, and the Watershed Condition Framework. At the time the current plan was written the WCP handbook was in draft form and neither the national BMP program nor the Watershed Condition Framework existed. All three of these items are key parts of the 2012 Planning Rule.

There is also a need to update the water uses and rights information in the existing Forest plan to incorporate the Water Division 3 Decree. At the time the current plan was written the adjudication of water rights was still in the water court.

As the revised plan is being prepared the Forest should consider adaptive strategies for climate change that are designed to protect and preserve watersheds and water resources.

As mentioned previously in the soil and air quality sections of this assessment there may be a developing concern with atmospheric deposition of nitrogen and its effects on water chemistry. Continued monitoring is needed to confirm or dispute this potential concern. This assessment also suggests climate change could have negative effects on watersheds and water resources. Thus, it is critical the Forest remains diligent in providing the desired condition for these resources. To that end the Forest should continue development, adjustment, and implementation of the watershed and water resources program, and consider preparing a Forest-wide water resources monitoring plan. The preparation of this resource specific monitoring plan

Rvsd Plan - 00000395

could coincide with Forest Plan revision or be conducted separately. This plan should consider adaptive strategies that address current off-Forest sources of nitrate pollution and the potential effects of climate change that are designed to protect and preserve watersheds  and the water resource.

# Appendix

## Maps

**Map 1. Critical load exceedance for surface water acidity.**

**Map 2. Critical load exceedance for terrestrial acidity.**

**Map 3. Critical load exceedance for mycorrhizal fungi.**

**Map 4. Critical load exceedance for herbaceous plants and shrubs.**

**Map 5. Critical load exceedance for nitrate leaching.**

**Map 6. Critical load exceedance for lichens.**

**Map 7. Critical load minimum exceedance for lichens.**

**Map 8. Critical load maximum exceedance for lichens.**

**Map 9. Land type associations.**

**Map 10. Watersheds at the HUC5 and HUC6 level.**

**Map 11. Perennial and intermittent streams and water bodies.**

**Map 12. NHD springs and seeps Potential Groundwater Dependent Ecosystems (GDEs).**

**Map 13. NWI PEMB wetlands Potential Groundwater Dependent Ecosystems (GDEs).**

**Map 14. Watershed Condition Framework Overall Class.**

**Map 15. Watershed Condition Framework Overall Scores.**

**Map 16. Watershed Condition Framework Aquatic Physical Class.**

**Map 17. Watershed Condition Framework Aquatic Physical Scores.**

**Map 18. Watershed Condition Framework Aquatic Biological Class.**

**Map 19. Watershed Condition Framework Aquatic Biological Scores.**

**Map 20. Watershed Condition Framework Terrestrial Physical Class.**

**Map 21. Watershed Condition Framework Terrestrial Physical Scores.**

**Map 22. Watershed Condition Framework Terrestrial Biological Class.**

**Map 23. Watershed Condition Framework Terrestrial Biological Scores.**



Exceedance of Critical Loads of Acidity for Surface Waters

**Surface Water Exceedance Values**

● EXCEEDANCE

● NO EXCEEDANCE

☐ Rio Grande NF Boundary

USFS Class I Wilderness

Rio Grande National Forest

0   10   20   30   40   50
Miles

Rvsd Plan - 00000398



Exceedance of Critical Loads for Terrestrial Acidity

Rio Grande NF Boundary
Rio Grande National Forest
USFS Class I Wilderness
**RGNF Terrestrial Acidity Exceedence Values**
No Exceedance

0   10   20   30   40   50
Miles

N



Exceedance of Critical Loads for Mycorrhizal Fungi

Rio Grande NF Boundary
Rio Grande National Forest
USFS Class I Wilderness
**RGNF Mycorrhizal Fungi Exceedance Values**
No Exceedance
Exceedance

0    10    20    30    40    50
Miles

Rvsd Plan - 00000400

N



# Exceedance of Critical Loads for Herbaceous Herbs and Shrubs

**Legend:**

- Rio Grande NF Boundary
- Rio Grande National Forest
- USFS Class I Wilderness

**RGNF Herbaceous Plants & Shrubs Exceedance Values**
- No Exceedance
- Exceedance

0   10   20   30   40   50
Miles



# Exceedance of Critical Loads for Nitrate Leaching

Legend:
- Rio Grande NF Boundary
- Rio Grande National Forest
- USFS Class I Wilderness

**RGNF Nitrate Leaching Exceedance Value**
- No Exceedance
- Exceedance

0   10   20   30   40   50
Miles



Exceedance of Critical Loads for Lichens

Legend:
- Rio Grande NF Boundary
- Rio Grande National Forest
- USFS Class I Wilderness

**RGNF Lichen CL Exceedance Value**
- No Exceedance
- Exceeds Minimum CL
- Exceeds Maximun CL

N

0   10   20   30   40   50
Miles



Minimum Exceedance of Critical Loads for Lichen

**Legend:**
- Rio Grande NF Boundary
- Rio Grande National Forest
- USFS Class I Wilderness

**RGNF Lichen Min CL Exceedance Values**
- No Exceedance
- Exceedance

0   10   20   30   40   50
Miles



Maximum Exceedance of Critical Loads for Lichen

Rio Grande NF Boundary
Rio Grande National Forest
USFS Class I Wilderness
**RGNF Lichen Max CL Exceedance Values**
No Exceedance
Exceedance

N

0   10   20   30   40   50
Miles

Rvsd Plan - 00000405



# Land Type Associations

**Legend**

☐ Rio Grande NF Boundary

**Land Type Association**
- Rock Outcrop
- Water
- Alpine Sedges and Forbs on Alpine Summits
- Arizona Fescue on Mountain Slopes
- Aspen on Mountain Slopes
- Engelmann Spruce on Landslides
- Engelmann Spruce on Mountain Slopes
- Gambel Oak on Mountain Slopes
- NRCS Forestland Site
- NRCS Rangeland Site
- Nonvegetated Areas on Mountain Slopes
- Pinyon on Mountain Slopes
- Ponderosa Pine and Douglas-fir on Mountain Slopes
- Thurber Fescue on Mountain Slopes
- Western Wheatgrass and Other Low-Elevation Grasslands on Alluvial Fans
- White Fir and Douglas-fir on Alpine Summits
- Willows and Sedges on Floodplains

0   10   20   30   40   50 Miles