

# Watersheds

**Legend**
- 5th Level Watersheds with Hydrologic Unit Code (HUC)
- 6th Level Watershed



Streams, Rivers, and Waterbodies

Legend

RGNF Boundary

**Waterbodies**

Intermittent

Perennial

**Rivers/Streams**

Intermittent

Perennial

0   10   20   30   40   50
Miles

Rvsd Plan - 00000408



Springs and Seeps

Legend

• Springs and Seeps

▢ RGNF District Boundary



PEMB Wetlands

**Legend**

RGNF District Boundary

**PEMB Type**

PEMB

Miles
0   10   20   30   40   50

Rvsd Plan - 00000410



# WCF Overall Condition Class

**Legend**

**WCF Overall Condition Class**

- Not Used
- 1
- 2
- 3

Rvsd Plan - 00000411



# WCF Overall Condition Classification  Scores

**Legend**

**WCF Overall Condition Classification Scores**

- Not Included
- 1.1
- 1.2
- 1.3
- 1.4
- 1.5
- 1.6
- 1.7
- 1.8
- 1.9
- 2
- 2.1
- 2.2
- 2.3

0    10    20    30    40    50
Miles

Rvsd Plan - 00000412



# WCF Aquatic Physical Process Category Class

**Legend**

**WCF Aquatic Physical Process Category Class**

- Not Used
- 1
- 2
- 3

Rvsd Plan - 00000413



# WCF Aquatic Physical Process Category Classification Scores

**Legend**

**WCF Aquatic Phisical Process Classification Scores**

- Not Used
- 1
- 1.1
- 1.2
- 1.3
- 1.4
- 1.5
- 1.6
- 1.8
- 1.9
- 2
- 2.1
- 2.2
- 2.3

Rvsd Plan - 00000414



WCF Aquatic Biological Process Category Class

**Legend**

**WCF Aquatic Biological Process Category Class**

- Not Used
- 1
- 2
- 3

Rvsd Plan - 00000415



# WCF Aquatic Biological Process Category  Classification Scores

**Legend**

**WCF Aquatic Biological Process Category  Classification Scores**

- Not Used
- 1
- 1.4
- 1.5
- 1.7
- 1.9
- 2
- 2.2
- 2.4
- 2.5
- 2.7
- 3

Rvsd Plan - 00000416



# WCF Terrestrial Physical Process Category Class

**Legend**

**WCF Terrestrial Physical Process Category Class**

- Not Used
- 1
- 2

0 10 20 30 40 50 Miles

Rvsd Plan - 00000417



# WCF Terrestrial Physical Process Category Classification Scores

**Legend**

**WCF Terrestrial Physical Process Category Classification Scores**

- Not Used
- 1.2
- 1.3
- 1.4
- 1.5
- 1.6
- 1.7
- 1.8
- 1.9
- 2
- 2.1
- 2.2

Rvsd Plan - 00000418

# WCF Terrestrial Biological Process Category Class



**Legend**

**WCF Terrestrial Biological Process Category Class**

- Not Used
- 1
- 2

Rvsd Plan - 00000419



# WCF Terrestrial Biological Process Category Classification Scores

**Legend**

**WCF Terrestrial Biological Process Category Classification Scores**

- ☐ Not Used
- 1
- 1.1
- 1.2
- 1.3
- 1.4
- 1.5
- 1.6
- 1.7
- 1.8

Rvsd Plan - 00000420

# Rio Grande National Forest – Assessment 4 Carbon



# Introduction

Human activities such as fossil fuel burning, industrial activities, land-use change, and agriculture lead to increases in atmospheric concentrations of greenhouse gases. Greenhouse gases contribute to the "greenhouse effect" and cause the surface temperatures of the Earth to increase and alter precipitation and other weather patterns. Global atmospheric concentrations of greenhouse gases have increased substantially as a result of human activities since 1750, and now greatly exceed pre-industrial values (IPCC 2014).

The Forest Service recognizes the important role that forest carbon sequestration plays in mitigating greenhouse gas emissions. Forests and other ecosystems are often carbon sinks. Plants remove carbon dioxide from the atmosphere and store it through photosynthesis. Carbon uptake by forests in the United States, offsets about 13 percent of our national carbon dioxide emissions each year (US EPA 2013). However, disturbances, such as fire, insects and disease, and unsustainable forest management practices, can turn forests into sources of greenhouse gases.

Forests are important carbon sinks and generally remove more carbon dioxide from the atmosphere than they emit (Pan et al.2011). Carbon stored in U.S. forests is projected to peak between 2020 and 2040 and then decline through 2060. This decline will be primarily due to removal of trees as private forest lands are converted to urban and other developed land uses (USDA 2012). The Rio Grande National Forest, and other Western forests, may emit greater amounts of carbon dioxide if wildfire and insect disturbance increase as expected, due to climate change and other stressors (Vose et al. 2012).

The Rio Grande National Forest is part of the larger system of National Forests and Grasslands. National Forests constitutes one-fifth (22 percent) of the Nation's total forested land area and contains one-fourth (26 percent) of the total carbon stored in all U.S. forests, excluding interior Alaska. Management of these lands plays an important role in carbon sequestration and the carbon cycle. However, forests and ecosystems are dynamic systems and the future trajectory of carbon stocks remains uncertain due to the variability of conditions and disturbance regimes such as wildfire, insect outbreak, and extreme weather across the U.S.

Reductions in carbon stocks may be slowed through forest protection and conservation strategies that retain forest land from conversion to non-forest uses, such as agriculture or development. This is more often associated with private land management, rather than federal lands that generally protected and sustainably managed. Long-term forest management can help restore and maintain resilient forests that are better adapted to a changing climate and other stressors.

Wood products are also important when considering carbon benefits from forests. Forest restoration and other treatments that generate wood products, such as lumber and furniture, transfer ecosystem carbon to the harvested wood products pool. Using wood for building materials, instead of concrete, steel, or plastic, can have an overall carbon benefit. Forest vegetation treatments also generate excess material (woody biomass) which can displace tradition fossil fuels. Carbon management is an important emerging theme in forest management.

## Carbon Assessment Units, Assumptions, and Uncertainty

Carbon assessments can help forest managers understand how much carbon is currently stored in forest ecosystems and harvested wood products and how the potential to reduce atmospheric greenhouse gases may be influenced by management activities and disturbance regimes. The U.S. Forest Service has developed forest carbon assessment whitepapers for each region and National Forest. The Rio Grande

Rvsd Plan - 00000422

National Forest carbon assessment is based on forest inventory and analysis data and uses a 1990 – 2013 baseline.

This assessment commonly uses the Teragram (Tg) as a unit of measure. A Tg is not a common form of measurement for most people. One Tg is equivalent to 1,000,000,000 kg, or 1,000,000 metric tons. To put this into context, the Golden Gate Bridge in San Francisco – a steel structure 1.7 miles long, 90 feet wide, and 746 feet tall - is understood to weigh about 1 Tg. The Empire State Building in New York City, is believed to weigh about 0.33 Tg (one-third of one Tg).

As part of this process, assessment data for the Rio Grande National Forest has been disaggregated from the national inventory. The forest inventory and analysis inventory was initially designed to track basic information, including forest cover. The forest inventory and analysis now reports on status and trends in forest area and location; species, size, and health of trees; total tree growth, mortality, and removals by harvest; wood production and utilization rates by various products; and forest land ownership.

Because forest inventory and analysis was designed to capture data at the national level, there is tremendous uncertainty about inferences made at the forest-level, such as the Rio Grande National Forest. At the national scales, uncertainty of carbon flux is between 20-30 percent. Therefore, at the forest-level, the uncertainty can be much higher. Other sources of uncertainty include sampling error (estimates are based on a network of plots), measurement error (such as species identification), and model error (tree volume models and carbon pool estimates and changes in sample design over time).

Although uncertainty is high, ongoing research is focused on reducing these uncertainties over time. As time goes on, we will have better carbon estimates for the Rio Grande National Forest. Uncertainty around the carbon estimates should not prevent local managers from using this as a baseline and engaging the public around this non-market benefit of sequestered carbon.

This report meets the requirement for using existing information to assess carbon stocks during the assessment phase of the forest plan revision process. A companion assessment that describes the influence of disturbance and management activities is being developed for each National Forest. Although the companion assessment is currently unavailable, it will likely be completed by the end of 2016. This document will provide a more complete picture of carbon dynamics on the Rio Grande National Forest. It will be included in the project record for the plan revision and incorporated into the analysis, as appropriate.

The Rio Grande National Forest carbon assessment does not include emissions from agency, contractor, or permittee business operations or public recreation uses. Only forest ecosystem carbon stocks and harvested wood product pools are included in this assessment, consistent with EPA reporting categories and availability of data. Carbon emissions from internal, agency business operations are inventoried annually per Executive Order 13514 and reported to USDA. A summary of the latest Forest Service greenhouse gas inventory for business operations is included in the FY12 Sustainable Operations Collective Accomplishment Report.

# Rio Grande National Forest Carbon Assessment

The Rio Grande National Forest contains approximately 75 Tg of total forest ecosystem carbon. This has increased slightly over the duration of the forest inventory and analysis sampled from 1990 to 2012. To put this in context, all National Forests within Colorado contain approximately 549 Tg, and all National Forests and Grasslands within the Rocky Mountain Region (CO, NE, SD, and part of WY) contains about 863 Tg. Total carbon in National Forests in the Rocky Mountain Region has increased slightly from 829

Tg in 1990. All private forests in Colorado have approximately 151 Tg (measurement from 2014, but displayed on the graph below for comparison purposes).



**Figure 1. Selected categories of total ecosystem carbon by ownership. All data derived from FIA forest inventory and analysis**

Total forest ecosystem carbon (in all seven pools) stored in the Rocky Mountain Region has increased between 1990 and 2013. The assessment combines carbon stocks from seven different carbon pools: 1) above ground; 2) below ground; 3) standing dead; 4) understory; 5) down dead; 6) forest floor; and 7) soil carbon:

1. Live trees include all live woody vegetation at least 1 inch in diameter at breast height (dbh). Separate estimates are made for both above-ground and whole-tree biomass, which includes all living biomass of coarse living roots more than 2 mm in diameter. Calculations are based on the component ratio method which is a function of volume, species and diameter of individual trees defined in Woodall et al. (2011). An estimate for foliage is added to the above ground biomass calculations.

2. Below ground live-tree carbon is based on the differences between whole trees and above ground only.

3. Standing dead trees are nonliving but follow the same definition as live trees, including coarse nonliving roots more than 2 mm in diameter. Calculations follow the basic component ratio method applied to live trees (Woodall et al. 2011) with modifications to account for decay and structural loss.

4. Understory includes all live herbaceous vegetation and woody vegetation up to 1 inch dbh. Estimates of carbon density are based on information outlined by Birdsey (1996) and calculations are based on the equation below defined in Jenkins et al. (2003).In this equation, "ratio" is the ratio of understory carbon density (Mg C/ha) to live tree C density (above- and below-ground) according to Jenkins et al. (2003) and expressed in Mg C/ha.

5. Down dead wood, also known as coarse woody debris, includes all nonliving woody biomass with a diameter of at least 7.5 cm at transect intersection lying on the ground. This pool also includes stumps and coarse roots more than 2 mm in diameter. Nonliving vegetation that otherwise would fall under the definition of understory is included in this pool. Ratio estimates of down dead wood follow regional and forest type classifications described in Smith et al. (2003) and Domke et al. 2013.

6. Forest floor includes the litter, fumic, and humic layers and all nonliving biomass with a diameter less than 7.5 cm at transect intersection lying on the ground above the mineral soil. The equations defined in Smith and Heath (2002) describes processes for decay or loss of forest floor following harvest and the net accumulation of new forest floor material following stand growth.

7. Soil organic carbon includes all organic material in soil to a depth of 1 meter but excluding the coarse roots of the pools mentioned earlier. Estimates are based on the National State Soil Geographic (STATSGO) spatial database (USDA 1991), and the approach outlined in Amichev and Galbraith (2004).

Region-wide, the amount of carbon (Tg) stored in the understory, standing dead, down dead, forest floor and soil organic carbon increased between 1990 and 2013, as shown below. The above ground pool stores the highest amount of carbon compared to the other pools.



**Figure 2. Carbon stocks in the seven forest ecosystem pools in national forest lands of the Rocky Mountain Region for 1990 and 2013**



**Figure 3. Total ecosystem carbon for each National Forest and Grassland in the Rocky Mountain Region**

The Grand Mesa-Uncompahgre-Gunnison National Forest stored the largest amount of carbon in the region, approximately 129 Tg in 1990, peaking in 1998 with 133 Tg and reaching 128 Tg in 2013. During this period, the Bighorn, Medicine Bow-Routt, Nebraska, Rio Grande, Arapaho-Roosevelt, San Juan and White River national forests generally increased in total forest ecosystem carbon, while the Pike and San Isabel and Shoshone national forests generally decreased. Total forest ecosystem carbon in the Black Hills National Forest fluctuated slightly and the Buffalo Gap National Grassland stayed the same.

## Timber Production and Harvested Wood Products in the Rocky Mountain Region

Timber harvests are typically discussed and reported in volumetric terms of cubic feet, or board feet. However, these numbers can be easily converted to carbon stored. Between 1906 and 1931annual timber harvests in the Rocky Mountain Region remained below 0.235 Tg. Harvests began to increase thereafter through the 1960s, and declined in the early 1970s and 80s. Annual harvest levels remained between 0.400 Tg and 0.700 Tg from the early 1980s to the mid-1990s, peaking in 1988 at 0.690 Tg. Beginning in the early 1990s, harvest volumes declined, to a low in 2003 of less than 0.176 Tg. Slight increases have occurred since 2003; however harvest levels have remained below 0.350 Tg.

Rvsd Plan - 00000426



**Figure 4. Annual timber product output in the Rocky Mountain Region, 1906 to 2012. Harvest estimates are based on data collected from USDA Forest Service Archives and Cut/Sold reports (Stockmann et al. 2014). (One million MgC = One Tg)**

Nationwide, about 5 percent of forest carbon stocks are contained in harvested wood products. Although harvested wood products are small compared to ecosystem carbon, it is an important component of national level carbon accounting and reporting. As defined by the Intergovernmental Panel on Climate Change (IPCC), harvested wood products are products made from wood including lumber, panels, paper, paperboard, and wood used for fuel (Skog 2008). The harvested wood products carbon pool includes both products in use and products that have been discarded to landfills, or solid waste disposal sites. Emissions from harvested wood products occur through decay and combustion of wood products.

For the Rocky Mountain Region, harvested wood products increased in the early 1950s until plateauing in 2005 and peaking in 2013 with approximately 12 Tg. In the context of total forest carbon, including both ecosystem carbon and harvested wood products carbon, the Rocky Mountain Region harvested wood products carbon stocks represent roughly 1.37 percent of total forest carbon storage associated with national forests in the Rocky Mountain Region in 2013.

Rvsd Plan - 00000427



**Figure 5. Carbon stored in harvested wood products, manufactured from Rocky Mountain Region timber. Carbon in harvested wood products includes both products that are still in use and carbon stored at solid waste disposals sites, including landfills and dumps (Stockmann et al. 2014).**

Modeling under this approach also has uncertainty. In some cases, historic annual harvests have been adjusted to account for land exchanges, divestments, acquisitions, and consolidations. Conversion factors, and the ratios used for timber products and end uses have also changed over time. Since few old records for these ratios exist, recent averages were applied retrospectively.

The carbon in harvested wood products from timber products is based upon historic data from several regions of the U.S., which tracked how wood flowed from harvested timber products to primary products to end-uses (Smith, et al. 2006). Fuelwood products are assumed to have full emissions with energy capture in the year they were produced. Carbon from burned and discarded products is assumed to be emitted without energy capture. The approach does not account for the difference between methane and $CO_2$ emissions from landfills in terms of $CO_2$ equivalents. Furthermore, this approach does not account for product substitution, or emissions from harvest or transportation, which are thought to represent a relatively small fraction of the carbon stored in harvested wood products pools (Healey et al. 2009, Loeffler et al. 2009).

## The Future of Western Forest Carbon Stocks

The future of the terrestrial carbon sink of western forests, including the Rio Grande National Forest, is uncertain due to the multiple interacting factors that influence carbon stocks and fluxes (Lenihan et al. 2008a; Ryan et al. 2008; King et al. 2007; Pacala et al. 2007; Birdsey et al. 2007). These factors include climate variability and change; potential positive effects of increased atmospheric CO2 concentrations on plant productivity; frequency, duration, and severity of moisture stress; changes in the rate and severity of natural disturbances; and land management practices (Canadell, Pataki et al. 2007).

Projections of the future of the U.S. carbon sink based on national trends in land-use change and fire suppression indicate that the U.S. carbon sink will decline over the 21st century due to a slowing of

ecosystem recovery from 19th century land use and vegetation response to 20th century fire suppression (Hurtt et al. 2002). This analysis, which does not include projected climate change, also concluded that U.S. forests would convert to a large carbon source if fire suppression is ineffective in the 21st century.

Modeling experiments based on projected changes in climate, but not land use, suggest that the future strength of the U.S. carbon sink is very sensitive to the degree of change in climate, particularly precipitation, and fire regimes (Bachelet et al. 2001; Lenihan et al. 2008). If precipitation increases and temperature increases are small or moderate, net ecosystem productivity and carbon stocks are expected to increase. Conversely, if climate changes result in decreased precipitation and soil moisture during the growing season, net ecosystem productivity is expected to decline due to drought stress and may result in a net carbon source to the atmosphere (Lenihan et al. 2008). Increasing concentrations of atmospheric $CO_2$ may moderate these impacts by enhancing vegetation productivity and water use efficiency, at least up to a point where nutrient limitations and increasing temperatures overwhelm the beneficial effects of $CO_2$ concentrations (Bachelet et al. 2001; Joyce and Nungesser 2000; Lenihan 2008; Fishlin et al. 2007). Increases in annual area burned may further reduce net ecosystem productivity and carbon stocks despite the potentially positive effects of increasing $CO_2$ concentrations (Lenihan et al. 2008).

Growth rates may increase in high-elevation forests during years with earlier spring snowmelt, abnormally warm annual temperatures, and longer growing seasons. These results suggest that projected changes in regional climate will likely result in increased productivity and carbon stocks of high-elevation forests.

Prolonged periods of water stress significantly reduce a tree's ability to photosynthesize (Kozlowskie and Pallardy 1997). As a result, climate projections with increased frequency of reduced snowpack, earlier spring snowmelt, increased temperatures during the growing season, and little or no significant increase in summer precipitation likely will result in reduced forest productivity and carbon sequestration (Boisvenue 2007; Boisvenue and Running 2010). Recent research suggests that regional warming and water balance deficit trends over the late 20th century are contributing to rapid and widespread increases in mortality rates and slight decreases in forest density and basal area in old growth forest throughout the western United States (van Mantgem et al. 2009).

# References Cited

Amichev, B. Y. & Galbraith, J. M. 2004. A Revised Methodology for Estimation of Forest Soil Carbon from Spatial Soils and Forest Inventory Data Sets. Environmental Management, 33(Suppl. 1):S74-S86.

Bachelet, D., Neilson, R.P., Lenihan, J.M., Drapek, R.J., 2001b. Climate change effects on vegetation distribution and carbon budget in the U.S. Ecosystems 4, 164–185.

Birdsey, R.A. 1996. Carbon Storage for Major Forest Types and Regions in the Conterminous United States. In R.N. Sampson and D. Hair, (eds); Forest and Global Change, Volume 2: Forest Management Opportunities for Mitigating Carbon Emissions. American Forests. Washington, DC, 1 – 26 and 261 – 379 (appendices 262 and 263).

Rvsd Plan - 00000429

Birdsey, R.A., Jenkins, J.C., Johnston, M., Huber-Saanwald, E., Amero, B., de Jong, B., Barra, J.D.E., French, N., Garcia-Oliva, F., Harmon,M., Heath, L.S., Jaramillo, V.J., Johnsen, K., Law, B.E., Marin-Spiotta, E., Masera, O., Neilson, R., Pan, Y., Pregitzer, K.S., 2007. North American forests. In: King, A.W., Dilling, L., Zimmerman, G.P., Fairman, D.M., Houghton, R.A., Marland, G., Rose, A.Z., Wilbanks, T.J. (Eds.), The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, USA, pp. 117–126.

Boisvenue, C. 2007. Assessing Forest Responses to Climate Change and Resolving Productivity Measurements Across Spatial Scales. PhD Dissertation (Dec. 2007). Dept. of Ecosystem and Conservation Sciences, University of Montana, Missoula, MT, USA. Supervisor: Steven W. Running.  Page 102.

Boisvenue, C., and S. Running. 2010. Simulations show decreasing carbon stocks and potential for carbon emissions for Rocky Mountain forests in the next century. Ecological Applications. Volume 20 issue 5, pages 1302-1319

Canadell JG, Pataki D, Gifford R, Houghton RA, Lou Y, Raupach MR, Smith P, Steffen W (2007) in Terrestrial Ecosystems in a Changing World, eds Canadell JG, Pataki D, Pitelka L (IGBP Series. Springer-Verlag, Berlin Heidelberg), pp 59-78.

Domke, G.M., Woodall, C.W., Walters, B.F., Smith J.E. 2013. From models to measurements: comparing down dead wood carbon stock estimates in the U.S. forest inventory. PLOS One. 8 (3): e59949.

Fischlin, A., G.F. Midgley, J.T. Price, R. Leemans, B. Gopal, C. Turley, M.D.A. Rounsevell, O.P. Dube, J. Tarazona, A.A. Velichko, 2007: Ecosystems, their properties, goods, and services. Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working

Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson, Eds., Cambridge University Press, Cambridge, 211-272.

Healy, S., Blackard, J., Morgan, T., Loeffler, D., Jones, G., Songster, J., Brandt, J., Moisen, G., Deblander, L., 2009: Changes in timber haul emissions in the context of shifting forest management and infrastructure.  Carbon Balance and Management.  http://www.cbmjournal.com/content/4/1/9

Hurtt G.C., S.W. Pacala, P.R. Moorcroft, J. Caspersen, E. Shevliakova, R.A. Houghton, B. Moore. 2002. Projecting the future of the US carbon sink. Proc Nat Acad Sci US 99:1389–1394. DOI: 10.1073/pnas.012249999

IPCC. 2007. Climate Change 2007: The Physical Science Basis: Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds). Cambridge United Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC. 2014.  Climate Change 2014 Synthesis Report Summary for Policymakers. https://www.ipcc.ch/pdf/assessment-report/ar5/syr/AR5_SYR_FINAL_SPM.pdf

King, A. W., et al. (2007), The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle, NOAA, National Climatic Data Center, Asheville, NC.

Rvsd Plan - 00000430

Jenkins, J.C., Chojnacky, D.C., Heath, L.S., & Birdsey, R.A. 2003. National-scale biomass estimators for United States tree species. Forest Science, 49(1): 12 – 35.

Joyce, Linda A.; Nungesser, Martha 2000. Ecosystem productivity and the impact of climate change. In: Joyce, Linda A.; Birdsey, Richard, technical editors. 2000. The impact of climate change on America's forests: a technical document supporting the 2000 USDA Forest Service RPA Assessment. Gen. Tech. Rep. RMRS-GTR-59. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. 45-68

Kozlowski, T.T., Pallardy, S.G. 1997.  Physiology of Woody Plants.  Biologia Plantarum, Volume 40, Issue 2, page 168.

Lenihan, J. M., D. Bachelet, R. P. Neilson, and R. Drapek. 2008a. Simulated response of conterminous United States ecosystems to climate change at different levels of fire suppression, CO2 emission rate, and growth response to CO2. Global and Planetary Change, 64:16–25.

Lenihan, J. M., D. Bachelet, R. P. Neilson, and R. Drapek. 2008b. Response of vegetation distribution, ecosystem productivity, and fire to climate change scenarios for California. Climatic Change, 87(Suppl 1):S215–S230

Lenihan, J. 2008.  Simulated response of conterminous United States ecosystems to climate change at different levels of fire suppression, CO2 emission rate, and growth response to CO2.  Global and Planetary Change 64: Pages 16-25

Mantgem, V. 2009.  Widespread Increase of Tree Mortality Rates in the Western United States.  Science, Vol 323.  January 2009. http://www.fs.fed.us/pnw/pubs/journals/pnw_2009_vanmantgem001.pdf

Pacala, S.W., Birdsey, R., Bridgham, J., Caspersen, J., Conant, R., Davis, K., Hales, B., Houghton, R., Jenkins, J., Johnson, M., Marland, G., Puastian, K., Socolow, R., Tol, R., Wofsy, S., 2007. The North American carbon budget past and present. In: King, A.W., Dilling, L., Zimmerman, G.P., Fairman, D.M., Houghton, R.A., Marland, G., Rose, A.Z., Wilbanks, T.J. (Eds.), The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. Department of Energy and Commerce and NASA: Pages 29– 36.

Pan, Y., Birdsey, R.A., Fang, J., Houghton, R., Kauppi, P.E., Kurz, W.A., Phillips, O.L., Shvidenko, A., Lewis, S.L., Canadell, J.G., Ciais, P., Jackson, R.B., Pacala, S.W., McGuire, A.D., Piao, S., Rautiainen, A., Sitch, S., & Hayes, D. 2011. A large and Persistent Carbon Sink in the World's Forests. Science, 333: 988 – 993. Skog, Kenneth E. 2008. Sequestration of carbon in harvested wood products for the United States. Forest products journal. Vol. 58, no. 6 (June 2008): Pages 56-72

Skog, K.E. 2008. Sequestration of carbon in harvested wood products for the United States. Forest Products Journal, 58:56-72.

Smith, J.E. and L.S. Heath. 2002. A model of forest floor carbon mass for United States forest types. Res. Paper NE-722. USDA Forest Service, Northeastern Research Station, Newtown Square, PA.

Smith, J.E., Heath, L.E., Skog, K.E., & Birdsey, R.A. 2006. Methods for calculating forest ecosystem and harvested carbon with standard estimates for forest types of the United States. GTR-NE-343, U.S. Department of Agriculture, Forest Service, Northeastern Forest Experiment Station, 216 p.

Smith, J.E., Heath, L.S. & Jenkins, J.C. 2003. Forest Volume-to-Biomass Models and Estimates of Mass for Live and Standing Dead Trees of U.S. Forests. General Technical Report NE-298, USDA Forest Service, Northeastern Research Station, Newtown Square, PA. 57 pp.

Rvsd Plan - 00000431

Stockmann, K., Anderson, N., Skog, K., Healey, S., Loeffler, D., Jones, G., & Morrison, J. 2012. Estimates of carbon stored in harvested wood products from the United States Forest Service Northern Region, 1906 – 2010. Carbon Balance and Management, 7(1): 1 – 16.

U.S. Environmental Protection Agency. 2013. Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2011 (April 2013). http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2013-Main-Text.pdf

USDA Forest Service. 2015. Baseline Estimates of Carbon Stocks in Forests and Harvested Wood Products for National Forest System Units; Rocky Mountain Region. 54 pp. http://www.fs.fed.us/climatechange/documents/RockyMountainRegionCarbonAssessmentTwoBaselines.pdf

Vose, J M., Peterson, David L., & Patel-Weynand, Toral, eds. 2012. Effects of climatic variability and change on forest ecosystems: a comprehensive science synthesis for the U.S. forest sector. General . Technical. Report. PNW-GTR-870. Portland, OR. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 265 pp.

Woodall, C., Smith, J. & Nichols, M. 2013. Data sources and estimation/modeling procedures for National Forest System carbon stocks and stock change estimates derived from the US National Greenhouse Gas Inventory. http://www.fs.fed.us/climatechange/documents/NFSCarbonMethodology.pdf

Woodall, C.W., Heath, L.S., Domke, G.M., & Nichols, M.C. 2011. Methods and equations for estimating aboveground volume, biomass, and carbon for trees in the U.S. forest inventory, 2010. Gen. Tech. Rep. NRS-88. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 30 p.

Rvsd Plan - 00000432

# Rio Grande National Forest- Draft Assessment 5 Identifying and Assessing At-risk Species



# Contents

Introduction ........................................................................................................................... 1
    Information Sources and Gaps ............................................................................................ 2
    Existing Forest Plan Direction ........................................................................................... 2
    Scale of Analysis (Area of Influence) ................................................................................ 4
    Assessment 5 Development Process .................................................................................... 4
Federally Recognized Species ............................................................................................... 6
    Uncompahgre Fritillary Butterfly ....................................................................................... 6
    Black-footed Ferret ............................................................................................................. 8
    Canada Lynx ..................................................................................................................... 11
    New Mexico Meadow Jumping Mouse .............................................................................. 16
    Gunnison Sage Grouse ...................................................................................................... 18
    Mexican Spotted Owl ........................................................................................................ 22
    Southwest Willow Flycatcher ............................................................................................ 25
    Yellow-billed Cuckoo ........................................................................................................ 29
Plants ..................................................................................................................................... 31
Species of Conservation Concern .......................................................................................... 31
At-risk Species Ecosystem Conditions, Features and Risk Factors........................................ 52
    Grouping of Species and Select Set of Ecological Conditions ........................................... 68
Conclusion ............................................................................................................................. 74
References and Bibliography................................................................................................... 75

# Tables

Table 1. Federally recognized species ..................................................................................... 6
Table 2. Species not carried forward for analysis as species of conservation concern on the Rio Grande National Forest.............................................................................................................. 32
Table 3. Rio Grande National Forest DRAFT species of conservation concern ........................ 36
Table 4. Ecosystem conditions, features, and risk factors for at-risk species on the Rio Grande National Forest .......................................................................................................................... 53
Table 5. Select set of ecological conditions for at-risk species on the Rio Grande National Forest........... 68

# Figures

Figure 1. Black-footed ferret occurrences and habitat on the Rio Grande National Forest (RGNF).......... 10
Figure 2. Canada lynx mapped suitable habitat, linkage areas, and recent forest beetle and wildfire disturbances ............................................................................................................................... 15
Figure 3. Gunnison sage-grouse distribution and modeled habitat on the Rio Grande National Forest..... 21
Figure 4. Mexican spotted owl habitat on the Rio Grande National Forest................................. 24
Figure 5. Southwestern willow flycatcher modeled potential/suitable habitats and known occurrences ... 28

Rvsd Plan - 00000434

# Introduction

The Rio Grande National Forest surrounds the San Luis Valley and supports a variety of habitat types that extend from the foothill zone at approximately 7,800 feet to a high of 14,345 feet in elevation in the alpine zone. Eleven different habitat types associated with the Southern Rockies Physiographic Region support the vast majority of the approximately 260 species of vertebrate wildlife that occur on the forest. However, the Rio Grande National Forest is unique in that it also interfaces with the Central Shortgrass Prairie Region that extends north from New Mexico and encompasses much of the floor of the San Luis Valley. This intermix of physiographic regions supports some plains and grassland species that may reside in select locations on the forest and/or occur as peripheral populations. The fact that approximately 50 percent of the Rio Grande National Forest occurs as wilderness and/or backcountry designations contributes to the unique remote character and solitude habitat conditions that some rare or large-ranging species prefer.

Wetlands and water bodies comprise aquatic habitats that occupy 42,862 acres or approximately 2.3 percent of the total land area on the Rio Grande National Forest. The water bodies are represented by approximately 2,000 miles of rivers and streams highlighted by the headwaters of the third-largest river in the United States – the Rio Grande. Two other major tributaries are the Conejos and Alamosa Rivers. The water bodies are also represented by hundreds of high mountain lakes, reservoirs and ponds that, along with rivers and streams, account for 4,687 acres or 11 percent of the total. These aquatic habitats contribute significantly to the diversity of species that occur across the landscape. In developing a Forest Plan Revision, the Forest Service planning rule requires the Forest Service to assess the Rio Grande National Forest's at-risk species. The purpose of identifying at-risk species is to help develop forest plans that maintain the diversity of plant and animal communities and provide for the persistence of native species in the plan area. Most species will be maintained by plan components (desired conditions, objective, standards, guidelines, and suitability of lands) that provide for broad ecosystem integrity and ecosystem diversity.

Some species may require additional species-specific plan components, particularly to help in recovering federally recognized species or where it may not be possible to maintain a viable population of some at-risk species within the plan area due to circumstances beyond the authority of the Forest Service or due to limitation in the inherent capability of the land. Examples might be migratory species where viability is primarily affected in other locations, temperature-sensitive species affected by warming temperatures, or where the plan has limited capacity to provide sufficient habitat to sustain the species.

As defined by the 2012 Planning Rule, at-risk species include:

1.  Federally recognized threatened, endangered, proposed, and candidate species (FSH 1909.12_10 sec. 12.51).
2.  Potential species of conservation concern (FSH 1909.12_10 sec. 12.52).

The planning rule further defines species of conservation concern:

> "A species of conservation concern is a species, other than federally recognized threatened, endangered, proposed, or candidate species, that is known to occur in the plan area and for which the regional forester has determined that the best available scientific information indicates substantial concern about the species capability to persist over the long-tern in the plan area."

Based on the information, we (the USDA Forest Service Rio Grande National Forest) identified and documented a draft set of at-risk species and assessed plan area ecological conditions for these species.

For this assessment, we follow direction outlined in Forest Service Handbook (FSH) 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 12.5 – Identifying and Assessing At-risk Species. The assessment is in progress, and, with this document, we provide the general rationale and overall process being used.

## Information Sources and Gaps

Sources of data for this assessment include various published and unpublished reports and data. Key sources include information compiled as part of the Rocky Mountain Region's Species Conservation Project (http://www.fs.usda.gov/detail/r2/landmanagement/?cid=stelprdb5177128), subsequent peer-reviewed literature and other scientific reports, information on species distribution and abundance provided by the Colorado Natural Heritage Program, the Intermountain Herbarium Consortium, and local information. In addition, we also collected information from the public during forest plan revision public engagement efforts beginning in 2014, as well as from Forest Service staff.

## Existing Forest Plan Direction

Direction is described in terms of: goals, desired conditions, and standards and guidelines. The goals and desired conditions of a forest plan are broad aspirational desires for the life of the plan. Desired conditions are essentially the same as goals and are a fundamental part of the forestwide management direction. The desired condition statements are a description of the mosaic of land and resource conditions that forest personnel are managing for, on the entire forest.

The standards and guidelines are more specific and can be characterized as "must do" and "should do" respectively.

The existing forestwide desired conditions and goals are:

### Goal

Protect, conserve, and restore important terrestrial and aquatic habitats. These include riparian areas, wetlands, and the lands immediately next to them, and representative examples of native plant and animal communities.

- Cooperate with state agencies in improving aquatic ecosystems to meet mutually agreed-upon objectives.
- Protect, conserve, and improve habitat for threatened, endangered, and sensitive species.

### Desired Conditions:

Habitats for federally listed threatened, endangered, and proposed endangered species and regionally listed sensitive species are protected, restored, and enhanced. Habitat on National Forest System lands is managed to help assure that those species whose viability is a concern survive throughout their range, and that habitat conditions improve or stabilize. (Ecological Resources, Biological Diversity, Page I-1)

Human influences on aquatic life and riparian areas are unnoticeable. The composition, structure, and function of aquatic ecosystems are undisturbed by human use. Stocking is used as a tool to enhance threatened, endangered, proposed, or sensitive species, and acts to enhance recreation. Wilderness managers work with the Colorado Division of Wildlife on stocking of non-indigenous species. Wildlife species are buffered from human influence. No additional non-indigenous species have been introduced. (MA 1.1-DC2, page IV-3)

Human influence on aquatic life and riparian areas and processes is minimal in most areas. The composition, structure, and function of aquatic ecosystems are minimally disturbed by human influence. Stocking is used as a tool to enhance threatened and endangered species. (MA 1.13-DC2, page IV-7)

## Standards

Activities will be managed to avoid loss of population viability to management indicator species. The protection will vary depending on the species, potential for impact, topography, location of important habitat components, and other pertinent factors. Special attention will be given during breeding, young rearing, and other times that are critical to survival. Where appropriate, measures to mitigate adverse effects shall be applied. (Biological Resources: Wildlife S20, added after III-24)

Where newly discovered threatened, endangered, proposed, or sensitive species habitat is identified, an analysis shall be conducted to determine if any adjustments in the Forest Plan are needed. (Biological Resources: Wildlife S6, III-22)

As new recovery plans, conservation agreements, conservation strategies, designations of critical habitat, or Regional documents that contain accepted management direction for threatened, endangered, proposed, or sensitive species are developed, the Forest Plan will be reviewed to determine consistency with the new documents. Where appropriate, the Plan will be amended to incorporate the new direction. (Biological Resources: Wildlife S10, III-23)

Activities will be managed to avoid disturbance of Sensitive species that might result in federal listing or loss of population viability. The protection will vary depending on the species, potential for disturbance, topography, location of important habitat components, and other pertinent factors. Special attention will be given during breeding, young rearing, and other times which are critical to survival. (Biological Resources: Wildlife S7, page II-23)

Areas should be closed to activities to avoid disturbing threatened, endangered, and proposed species during breeding, young rearing, or at other times critical to survival. Exceptions may occur when individuals are adapted to human activity, or the activities are not considered a threat. (Biological Resources: Wildlife S8, page III-23)

The following nine species are management indicator species for forestwide monitoring considerations and any or all may be selected for project analysis purposes. For projects where significant species or habitat concerns or issues are identified, we will address effects on management indicator species accordingly in project National Environmental Policy Act (NEPA) analysis., A biological evaluation/biological assessment will be prepared for threatened, endangered, and proposed species or Forest Service sensitive species: Brown creeper (*Certhia familiaris*, Hermit thrush (*Catharus guttatus*), Pygmy nuthatch (*Sitta pygmaea*), Lincoln's sparrow (*Melospiza lincolnii*), Vesper sparrow (*Pooecetes gramineus*), Mule deer (*Odocoileus hemionus*), Rocky Mountain elk (*Cervus elaphus nelsonii*), and Rio Grande cutthroat trout; brook trout or rainbow trout would serve as proxies if cutthroat are not present. (Biological Resources: Wildlife S19, page III-24).

(Specific to MA 1.1) Allow habitat manipulation only for the protection of threatened, endangered, and sensitive species, or where it is necessary to perpetuate or restore natural conditions. (MA 1.1-DC2, page IV-3)

## Guidelines

"Some old-growth/late-successional forest stands may be preserved or deferred from harvesting to maintain biotic diversity within the landscape/watershed. Size, distribution, abundance, and degree of

habitat variation between old growth stands will be assessed. The following will be considered in selecting old-growth stands that may be retained:

- Older stands that have not been manipulated are more desirable than younger ones.
- Stands with limited uses and access by humans are better to maintain old-growth characteristics.
- Stands that are habitat for species listed as threatened, endangered, and sensitive species or Colorado Natural Heritage Program Species of Special Concern.
- Stands exhibiting a greater variety of attributes, such as diverse canopy layers, decadence in live trees, standing and/or downed dead, patchiness, etc. (see Mehl 1992)." (Biological Resources: Biodiversity, page III-13)

"Opportunities to convey lands should be considered when involving:

- Important or unique resources (such as wetlands, floodplains, essential big-game winter range, Threatened or Endangered species habitat, and important historical or heritage resources) that may be conveyed when resource loss is mitigated or offset by acquisition of resource values on nonfederal lands.
- Lands in developed areas that have lost or are losing their National Forest character.
- Lands that would contribute to community growth, development, and economic prosperity." (Land Ownership and Special Uses: Real Estate-Land Adjustments G11, page III-32)

## Scale of Analysis (Area of Influence)

- For most species, the scale of analysis for assessments and planning process is the plan area. For select wide-ranging species (e.g., Canada lynx), the scale of analysis may be larger than the plan area.
- The Forest Service used the U.S. Fish and Wildlife Service's Information and Planning Conservation system (http://ecos.fws.gov/ipac/project/6KO3S5BV2REVHGTHTQMSSC27PA/resources) to identify federally listed threatened and endangered species, species proposed for Federal listing, and candidate species in the plan area. (FSH1909.12 (10)(12.51))

## Assessment 5 Development Process

Forest Service Handbook direction for Identifying and Assessing At-risk Species is found at 1909.12 – Land Management Planning – Chapter 10 – section 12.5 – 12.55. The Rio Grande National Forest is the first forest in the Rocky Mountain Region to undergo plan revision using direction from the 2012 Planning Rule. In an effort to develop an effective and efficient process for meeting the intent of the 2012 Planning Rule, we took the following approach to completing Assessment 5.

1. Staff at the Rio Grande National Forest and the Forest Service Region 2 office used the direction at FSH 1909.10 to develop and refine the list of at-risk species, which include mammals, birds, invertebrates, fish and plants that are known to occur in the plan area. The list of at-risk species includes:
   a. Species federally recognized under the Endangered Species Act as endangered, threatened, proposed or candidates.
   b. Potential species of conservation concern. The existing Regional Forester's sensitive species list provided the initial starting point, and was complemented by species that 'must' be considered (NatureServe rankings G/T1, G/T2, G/T3 or S1 or S2) and those that should be considered from various other sources (e.g., State Wildlife Action Plans), as specified in FSH 1909.10 section 12.52.

2. We developed a "species overview" template based on details in FSH 1909.12. This overview is designed to capture the best available science information following current manual and handbook direction. These overviews highlight key elements of life history, distribution, risk factors and ecological conditions necessary for recovery, conservation and viability of at-risk species. Species overviews include key information gaps and uncertainties, as well as distribution or occurrence maps and, when available, envirograms.

3. Resource specialists reviewed and refined species overviews.

4. We eliminated species not known to occur within the planning area from further consideration in assessing the at-risk species. Rationale for this is documented in Table 3.

5. For at-risk species known to occur in the planning area, we used the species overviews to populate a species database that includes ecological conditions required by each species as well as risk factors that influence recovery, conservation, and viability. In developing the ecological conditions database, we captured information directly as it is reported in the scientific literature rather than develop an *a priori* list of ecological conditions and risk factors. As we populated the database, we aggregated information into common terminology across species as appropriate.

6. After the species database was initially completed, we further reviewed information for a subset of species to assure the process of developing species overviews from the best available science information. Using these species overviews to populate the species database captures the key ecological conditions and risk factors for each species.

7. We analyzed the species database to identify the select set of ecological conditions for subsequent assessment. This process reveals ecological conditions that are important to multiple species as well those that are critical to individual species. This approach is consistent with the concept of grouping species for assessment as described in FSH1909.12 Chapter 10.12.54, but emphasizes ecological conditions and risk factors rather than species groups per se.

8. For the select set of ecological conditions and risk factors, we will identify approaches to assess their current status and likely future trends on the forest.

   a. Some of the select set of ecological conditions may be direct outputs from other assessments completed as part of the plan revision process (e.g., key ecosystem characteristics identified and assessed for Assessments 1 and 3) while others may require establishing relationships between the ecological condition and outputs from other assessments. We will not include some ecological conditions in other assessments; for these conditions, other readily available sources of information will be incorporated into this assessment as appropriate.

   b. Assessments of ecological conditions and risk factors may be quantitative or qualitative and may be spatial or non-spatial.

9. Staff at the Forest Service Region 2 office prepared the draft of Assessment 5, which highlights the overall approach, and status and trend of the ecological conditions and risk factors associated with the at-risk species.

   a. Assessment 5 includes rationale for proposed at-risk species that are to be carried into revision.

   b. Species overviews and similar information are available as supporting information.

   c. The assessment focuses on the trends of the select set of ecological conditions and risk factors.

   d. Based on the results of public engagement, we will finalize the list of at-risk species for regional office approval. It is possible that information summarized in this assessment will provide rationale for dropping a potential species of conservation concern, though this is expected to be rare.

# Federally Recognized Species

We assessed the following eight species for the ecological conditions needed to recover viable populations. This includes species listed by the U.S. Fish and Wildlife Service as threatened, endangered, candidate, or proposed (Table 1). Some of these species may not be documented on the Rio Grande National Forest, but have potential for recolonization or reintroduction, or else they may be indirectly influenced by the management practices of the forest. We generated this list using the Fish and Wildlife Service's online Information for Planning and Conservation system.

**Table 1. Federally recognized species**

| Common Name | Scientific Name | Status |
|---|---|---|
| Uncompahgre fritillary butterfly | *Boloria acrocnema* | Endangered |
| Black-footed ferret | *Mustela nigripes* | Endangered<br>Nearby population is experimental, non-essential. |
| Canada lynx | *Lynx canadensis* | Threatened |
| New Mexico meadow jumping mouse | *Zapus hudsonius luteus* | Endangered |
| Gunnison sage grouse | *Centrocercus minimus* | Threatened |
| Mexican spotted owl | *Strix occidentalis lucida* | Threatened |
| Southwest willow flycatcher | *Empidonax traillii extimus* | Endangered |
| Yellow-billed cuckoo | *Coccyzus americanus* | Threatened |

## *Uncompahgre Fritillary Butterfly*

### Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

Uncompahgre fritillary butterfly is narrow endemic, restricted to isolated alpine habitats in the San Juan Mountains of southwestern Colorado (NatureServe 2015). Mt. Uncompahgre and Redcloud Peak were the only two colonies known at the time of listing and recovery planning. Shortly after completion of the recovery plan, an additional colony was discovered. Eight other colonies were discovered in subsequent years (USDI Fish and Wildlife Service 2009).

Currently, 11 known colonies exist – 3 are quantitatively monitored with line transects, and the remaining 8 are monitored only for presence. Three of the colonies have been monitored for population status for more than 10 years, but the data are not sufficient to determine that the population has been stable or increasing during this time. Much of the data collected before 2003 were unreliable because of changes in transect methodology and missing data (USDI Fish and Wildlife Service 2009).

Five of the known 11 colonies occur within the Rio Grande National Forest. Quantitative population data is not recorded for these sites; therefore, abundance and trend information for populations within the planning area has not been identified.

Based on the monitoring report for the 2014 field season (Alexander and Keck 2015). The ongoing qualitative monitoring of the 11 confirmed populations documented population persistence at only 9 of the 11 known colonies. Persistence has not been documented at Rio Grande Pyramid colony for 2 years and likewise for 7 years at the Machin Lake colony of the Canyon Diablo population. The lack of confirmation of Uncompahgre fritillary butterflies at the Machin Lake colony for 7 years and the Cinnamon Pass colony for over a decade may indicate that some populations may be extirpated.

## Ecological Requirements, Current Condition and Trends

All known Uncompahgre fritillary butterfly populations are associated with large patches of snow willow (*Salix nivalis*) above 12,000 feet, which provide food and cover. The species is found primarily on northeast-facing slopes, which are the coolest and wettest microhabitat available in the San Juan Mountains.

Females lay their eggs on snow willow, which is also the larval food plant, while adults take nectar from a wide range of flowering alpine plants (USDI Fish and Wildlife Service 2015). Adults fly about late July into August. Flight is possible only in warm sunny weather. The species is biennial (requiring 2 years to complete the life cycle), but flies in both odd and even years (NatureServe 2015).

## Threats and Risk Factors

Illegal collecting has taken place in the past at some well-known locations. Therefore, the ongoing, recommended strategy is to prevent the locations of populations from becoming public knowledge. However, the likelihood and consequences of this collecting have been reduced in relationship to other factors associated with the long-term persistence of this species (R. Ghormley, pers. comm., July 2015)

Recognizing the potential threat from livestock grazing, the Forest Service avoids sheep grazing within Uncompahgre fritillary butterfly colonies altogether, or allows only trailing through the colonies and suitable habitat, but not bedding or long-term grazing. The only colony with sheep trailing through the colony on a reoccurring (but inconsistent) basis has been Mt. Uncompahgre, which is located outside the planning area (USDI Fish and Wildlife Service 2009).

Evidence of cattle grazing on the Machin Lake colony on the Rio Grande National Forest occurred in 2007, but has not been noted since that time. Persistence of Uncompahgre fritillary butterflies at this colony was documented the year after livestock grazing (in 2008), but has not been noted since that time. Also, the lack of evidence for persistence at some subpopulations may indicate that these populations are not always stable or that population numbers are relatively low and that the emergence period is relatively short. (Alexander and Keck 2015).

Climate change remains a concern because of the relatively limited habitat size and high elevation of this species. Climate change may be affecting the developmental timing of Uncompahgre fritillary butterflies, which may account for some shifts in persistence. Events such as the early emergence date in 2012 may be additional anecdotal evidence (Alexander and Keck 2015). Existing and predicted climate trends may also present implications for other alpine system pollinators. Future monitoring and assessment is needed to evaluate the threat of climate change on this federally endangered species (Alexander and Keck 2015).

Threats listed in the final listing rule and the recovery plan include trampling of the Uncompahgre fritillary butterfly and its habitat by humans and livestock, collecting, lack of regulatory mechanisms, adverse climatic changes, small population size, and low genetic variability (USDI Fish and Wildlife Service 2009). While most known populations are in remote areas, potential threats to the species' persistence still exist. Increasing recreational traffic, including extensive off-trail use, domestic livestock grazing, grazing by wild ungulates, and the potential for global climate change all pose problems to habitat necessary for the species' recovery. Illegal collecting may also continue at some colonies, although none has been documented recently (Alexander and Keck 2015).

### *Black-footed Ferret*

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

Historical range covered much of western North America's intermountain and prairie grasslands coinciding with black-tailed, white-tailed, and Gunnison's prairie dog distributions, including the San Luis Valley (USDI Fish and Wildlife Service 2013a). Current distribution consists of 16 sites in 8 states, Canada, and Mexico (USDI Fish and Wildlife Service 2010). Only one reintroduction site exists within Colorado (Wolf Creek, northwestern Colorado).

Two historical observations, dated 1900 and 1930, occurred within the planning area (Table 2, NRIS database; Figure 1); however, the Rio Grande National Forest contains no known occurrences of the species in the last 20 years and no existing or proposed reintroduction sites. The nearest known population is located at Vermejo Park Ranch, northern New Mexico, approximately 43 miles from the planning area (USDI Fish and Wildlife Service 2013a). The ferrets at Vermejo Ranch are classified as an experimental, non-essential population.

## Ecological Requirements, Current Condition and Trends

Suitable habitat consists of grasslands and prairies containing prairie dog towns. Ferrets use existing prairie dog burrows for shelter and feed predominately on prairie dogs.

Mating season occurs from March to April. Gestation lasts about 41 to 43 days with kits born May to June. Kits stay below ground until they are approximately 2 months old, after which the mother moves them to different burrows within the home range (USDI Fish and Wildlife Service 2010).

Home range of females occupying high-density prairie dog habitat averages approximately 148 acres, whereas males average about 321 acres. Female and male territories average 32 acres and 89 acres, respectively (USDI Fish and Wildlife Service 2013a).

The following actions are identified to address threats to black-footed ferret and promote recovery of the species (USDI Fish and Wildlife Service 2013a):

1.  Conserve and manage a captive ferret population of sufficient size and structure to support genetic management and reintroduction efforts.

2.  Identify prairie dog habitats with the highest biological potential for supporting future free-ranging populations of ferrets.

3.  Establish free-ranging populations of ferrets to meet downlisting and delisting criteria.

4.  Ensure sufficient habitat to support a wide distribution of ferret populations over the long term considering social, political, and economic concerns of local residents.

5.  Reduce disease-related threats in wild populations of ferrets and associated species.

6.  Support partner involvement and conduct adaptive management through cooperative interchange.

## Threats and Risk Factors

Black-footed ferret population declines are attributed primarily to three factors: conversion of native grassland to cropland, poisoning of prairie dogs to reduce competition with domestic livestock, and introduction of the exotic disease – sylvatic plague. Each of these factors resulted in substantial loss of prairie dogs, leading to an even greater decline in ferret populations because of the species' dependency

Revised Plan - 00000442

on large expanses of habitat occupied by prairie dogs (Lockhart et al. 2006 cited in USDI Fish and Wildlife Service 2013a).

Currently, the primary threat to the black-footed ferret is disease (i.e., sylvatic plague and canine distemper). Other risk factors include ongoing habitat loss due to conversion, recreational shooting, predation, poisoning of prairie dogs, and climate change (USDI Fish and Wildlife Service 2013a).

## Map of Known Occurrences and Suitable Habitat

Black-footed ferret habitat modeled for the Rio Grande National Forest coincides with habitats modeled as suitable for Gunnison's prairie dog. Gunnison's prairie dog habitat was modeled for the planning area using elevation, slope, soils, and vegetation characteristics. Areas below 10,500 feet on slopes less than 15 percent, with suitable soils for excavating (e.g., loamy, outwash, limy, and sandy) that coincide with grass or riparian cover types generally lacking tree cover (less than 10 percent) were selected. A total of 90,320 acres is modeled as suitable within the planning area (Figure 1).

Revised Plan - 00000443



**Figure 1. Black-footed ferret occurrences and habitat on the Rio Grande National Forest (RGNF)**

### Canada Lynx

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

In 1999, the Colorado Parks and Wildlife initiated a lynx recovery program intended to augment any existing populations in the southern Rockies with transplants from Canada and Alaska to re-establish a self-sustaining breeding population. The augmentation program resulted in a total of 218 lynx being transplanted into the San Juan Mountains between 1999 and 2006.

Lynx reproductive rates in Colorado have varied greatly since kittens were first documented in 2003. Recent kittens produced by two female lynx on the Rio Grande National Forest during the 2015 breeding season represent the first documented reproduction since 2010 (R. Ghormley, pers. comm. 2015).

The Rio Grande National Forest represents a large portion of the core area for lynx reintroduced to Colorado, with approximately 85 percent of the 218 lynx reintroduced to Colorado from 1999 to 2006 being released on the planning area. The vast majority of lynx within Colorado remains and reproduces in the high-elevation spruce-fir zone in the southwestern portion of the state, including the Rio Grande National Forest. Currently, lynx continue to use and reproduce on local spruce-fir habitats and the riparian areas within that habitat remain essential to their eventual recovery and delisting (USDA Forest Service 2014).

Lynx habitat within the planning area was most recently modeled and mapped in 2011. Approximately 867,241 acres are classified as lynx primary habitat, 170,847 acres are delineated as secondary habitat (Figure 1), and 6,299 acres are identified as unsuitable habitat (USDA Forest Service 2011). Four linkage areas have also been delineated. Lynx habitat on the Rio Grande National Forest extends across administrative boundaries within the greater San Juan Mountains area and includes the San Juan and Grand Mesa, Uncompahgre, and Gunnison National Forests. Individual lynx are known to have used all or any one of these Rio Grande National Forest units in the greater San Juan Mountains area (Theobald 2011). Connective habitat between administrative units in the San Juan Mountains and beyond is essential for facilitating Canada lynx movement across the landscape.

Data from flights conducted from 2010 to 2014 show that spruce beetle mortality affected approximately 782,137 acres of suitable lynx habitat, while mountain pine beetle mortality affected about 221 acres (Figure 2). Severity of mortality varies across the landscape, ranging from less than one tree per acre to over 100 trees per acre in some areas.

In 2013, a study to investigate how lynx respond to forests heavily influenced by spruce bark beetles in the San Juan Mountains of southern Colorado began. Preliminary results suggest that bark beetle mortality does not appear to be currently influencing lynx distribution or reproduction (R. Ghormley, pers. comm. 2015).

## Ecological Requirements, Current Condition and Trends

Canada lynx habitat primarily occurs in the subalpine and upper montane forest zones. Recent data indicate that the majority of the habitat used on the Rio Grande National Forest occurs between 9,900 to 11,620 feet (Theobald and Shenk 2011). Forests in these zones typically contain deep winter snows and are dominated by subalpine fir, Engelmann spruce, aspen, and lodgepole pine. Radio-telemetry and tracking have documented a preference for these forest types, particularly spruce-fir associations (Theobald and Shenk 2011). Reintroduced lynx use other habitats including spruce-fir/aspen associations and various riparian and riparian-associated areas dominated by dense willow (Shenk 2009).

RangePlan - 00000445

Lynx distribution is closely tied to habitats that support an abundant population of snowshoe hare (Koehler 1990, Aubry et al. 2000). These habitats are generally regenerating stands that contain dense, small-diameter stems that provide both food and horizontal cover (Koehler 1990, Aubry et al. 2000). In Colorado, both small-diameter lodgepole stands and mature spruce-fir stands support the highest density of snowshoe hares, although the latter may be of more importance on a year-round basis due to the long-term persistence and distribution of mature spruce-fir stands (Ivan 2011). Reintroduced lynx in Colorado also use red squirrels, cottontails, and other alternate prey items. Red squirrels are closely associated with mature forest conditions, and would occur sympatrically with snowshoe hare as an important alternate prey species (Buskirk et al. 2000). The increased use of riparian-willow systems by reintroduced lynx during late summer and fall is also considered to be associated with alternate prey sources (Shenk 2009).

Births by reintroduced lynx on the Rio Grande National Forest occurred in late May to mid-June (Shenk 2009. All den sites found in the forest have occurred within the spruce-fir zone on steep, north-facing slopes and are most often associated with a substantial amount of large-diameter woody debris (Merrill 2005, Shenk 2009). Average elevation is 11,004 feet (Shenk 2009). Disturbances such as insects and disease and windthrow contribute to the downed log component, and are therefore, important for reproduction and protection for the kittens (Aubry et al. 2000). For denning habitat to be functional, however, it must be in or adjacent to quality foraging habitat. Because lynx may frequently move their kittens in the first few months, multiple nursery sites are needed that provide kittens with downed logs, overhead cover, and protection from predators and the elements (Ruediger et al. 2000) throughout the home range.

Lynx are known to move long distances, but open areas, whether man-made or natural, may not be used as extensively (Mowat et al. 2000). In north-central Washington, lynx typically avoided openings greater than about 300 feet wide (Koehler and Brittell 1990). However, the southern Rockies consist of more heterogeneous forest types and their response to natural or created openings may differ (Ruggiero et al. 2000). Habitat use information for lynx in Colorado indicates that canopy closures of at least 40 percent are important at the site scale, regardless of the type of cover involved (Shenk 2006). Additional analysis of radio-collared data for reintroduced lynx in Colorado indicates that the average proportion of forest (upper montane) in lynx habitat was 0.65, with the majority occurring in areas with at least 20 percent forested (upper montane) cover. Habitat use was also associated with distance from large patches (over 50 hectares, 124 acres) of forest (upper montane) cover, with the majority of habitat within 3.35 kilometers (2.1 miles), and the average at 0.36 kilometers (0.2 mile). The average proportion of grasslands was 0.16. There was little association of lynx habitat use areas with other land cover types (Theobald and Shenk 2011). These data indicate that most lynx use in Colorado is associated with larger contiguous blocks of forest primarily dominated by spruce-fir forest cover types.

Forested conditions between foraging and denning habitat has also been shown to facilitate movement within the home range, particularly along ridgelines where lynx commonly travel (Ruggiero et al. 1994). Linkage areas may be provided by forest stringers that connect large forested areas, or by low, forested passes that connect subalpine forests on opposite sides of a mountain range (Ruediger et al. 2000).

Specific ecological conditions for recovery, conservation, and viability of Canada lynx on the Rio Grande National Forest are best described in the Southern Rockies Lynx Amendment (SRLA 2008). All key criteria in the Southern Rockies Lynx Amendment management direction (objectives, standards, and guidelines) should be considered for local conservation and recovery efforts, but are too numerous to mention here. However, some key ecological conditions considered important on the forest include:

- Recognition that lynx conservation and recovery is a multi-unit landscape-scale issue that involves cross-boundary coordination and consistency.

- A conservation focus on late-successional spruce-fir cover types in combination with aspen and cool-moist mixed conifer stand components represent the majority of the high-quality lynx habitat locally. High-elevation willow-riparian systems also represent high value for summer foraging use. In the post-spruce beetle environment, a focus on stands that previously were mapped as 4c structural class still contain the structural legacies, green cohorts, and understory components that most likely provide for the key life history requirements of lynx and key prey species.

- High-quality lynx analysis units that are well-connected within and between lynx analysis units.

  Connectivity attributes that facilitate movement should be further defined and mapped across the Unit and adjoining unit landscapes.

- Recognition of high-value movement and dispersal areas that may require a management focus even when outside of existing lynx analysis units or known occupied reproductive habitat. A local example is the North Pass area on the Saguache Ranger District that may provide for dispersal and ingress of lynx in and out of the local core area.

- Protection, maintenance, and restoration of dense understory conditions that support primary prey species (snowshoe hare), particularly when associated with late-successional spruce-fir cover types or post-bark beetle conditions in former late-successional green forests.

- In the post spruce-beetle outbreak condition, a refocus on what constitutes high-quality habitat for key prey species, lynx, and reproduction.

- Uncompacted snow conditions and management of over-the-snow vehicle route densities.

## Threats and Risk Factors

The Southern Rockies Lynx Amendment (USDA Forest Service 2008b) incorporated and addressed the following risk factors for lynx:

The Canada lynx conservation assessment and strategy (Ruediger et al. 2000) identified several specific management activities and practices termed "risk factors" for the Southern Rockies geographic area. Risk factors affecting lynx productivity included fire exclusion, grazing, and winter recreational uses that create compacted snow conditions.

- Unmanaged grazing by domestic and wild ungulates in aspen and high elevation willow stands can degrade snowshoe hare habitat. Grazing influences on riparian willow is not considered a broadscale factor influencing high-elevation riparian willow habitat on the Rio Grande National Forest; however, it can be a localized issue in certain areas, particularly those with a meadow or grassland park interface.

- Road, trail, and recreational activities that result in snow compaction may facilitate increased access into lynx habitat and competition for food resources by competitors (primarily coyotes). Over-the-snow vehicle use is noted as a local concern on the Rio Grande National Forest with use demand on the increase.

- Risk factors affecting lynx mortality include trapping, predator control activities, predation by mountain lions, and being hit by vehicles on major highways. Illegal trapping methods for legal take species in lynx habitat have been noted as a concern on one occasion on the Rio Grande National Forest.

- Risk factors affecting lynx movement include barriers to movements such as major highways and associated development within rights-of-way. Private land development, especially along road corridors in mountain valleys, may also fragment habitat and impede movement of lynx. Urban

 Ross Plan - 00000447

expansion and development on private land has further fragmented an already patchy distribution of lynx habitat, many times in response to development or expansion of a developed recreational facility on NFS lands within lynx habitats. Currently, the Rio Grande National Forest supports four key linkage areas that highlight highway crossing and/or movement concerns. As elsewhere, traffic volume is expected to increase in the future and this concern remains valid locally. Fragmentation of habitat and additional movement impairment is also a concern locally as evidenced by the approved land exchange and proposed development at Wolf Creek Pass.

The threats and risk factors identified in the Southern Rockies Lynx Amendment and the management direction to address them remain valid on the Rio Grande National Forest. However, a focused analysis and reevaluation on the significance of these threats and potential adjustments in management direction is warranted in the post-spruce beetle landscape. Specifically, a reevaluation of what constitutes high-quality habitat in the post-spruce beetle environment is needed. Specific threats and risk factors in the post spruce beetle environment include:

- Inability to map suitable habitat across lynx analysis units and adjacent national forest units due to rapid changes from spruce beetle outbreak.

- Uncertainties associated with baseline habitat condition changes due to significant natural events such as spruce beetles, and the relationship of these changes to ongoing management activities that further influence baseline conditions. Uncertainty in management activity thresholds.

- Uncertainty in what constitutes high-quality habitat in the post spruce beetle landscape, and revised management direction to address these conditions in association with vegetation management.

- A significant increase in over-the-snow vehicles, potential snow compaction and disturbance.

Lynx in the contiguous United States were listed as threatened under the Endangered Species Act in 2000, primarily because regulations governing forest management activities on Federal lands were deemed inadequate, at that time, to conserve lynx and their habitats. Since listing, most Federal land managers throughout the lynx's range, including national forests in USFS Region 2 have formally amended management plans to conserve lynx and hare habitats (USDI Fish and Wildlife Service 2013b; USDA Forest Service 2008a).

Recent modeling suggests that climate change is likely to impact lynx in the distinct population segment. Although the timing, magnitude, and consequences of climate-related impacts are difficult to predict, lynx habitats and populations in the contiguous U.S. are likely to be smaller and more isolated in the future and, therefore, more vulnerable to other threats (USDI Fish and Wildlife Service 2013b).

## Map of Suitable Habitats within the Planning Area

Mapped suitable habitats and linkage areas (described above) as well as insect and wildfire disturbances within the planning area (discussed above) are displayed in Figure 2.

Reason Plan - 00000448



**Figure 2. Canada lynx mapped suitable habitat, linkage areas, and recent forest beetle and wildfire disturbances**

### New Mexico Meadow Jumping Mouse

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

The New Mexico meadow jumping mouse (jumping mouse) is endemic to New Mexico, Arizona, and a small area of southern Colorado (Hafner et al. 1981, pp. 501-502; Jones 1999, p. 1).

There are currently no known occurrences of New Mexico meadow jumping mouse in the planning area (Table 2); therefore, no trend information is available.

## Ecological Requirements, Current Condition and Trends.

The jumping mouse is a habitat specialist (Frey 2006, p. 3). It nests in dry soils, but uses moist, streamside, dense riparian/wetland vegetation up to an elevation of about 8,000 feet (Frey 2006, pp. 34-45). The species appears to only utilize two riparian community types: (1) persistent emergent herbaceous wetlands and (2) scrub-shrub wetlands (Frey 2005, p. 53). It especially uses microhabitats of patches or stringers of tall dense sedges on moist soil along the edge of permanent water.

It is active only during the growing season of the grasses and forbs on which it depends. During the growing season, the jumping mouse accumulates fat reserves by consuming seeds. Preparation for hibernation (weight gain, nest building) seems to be triggered by day length. The jumping mouse hibernates about 9 months out of the year, longer than most other mammals (Morrison 1990, p. 141; VanPelt 1993, p. 1; Frey 2005, p. 59).

### Habitat Requirements

Riparian communities along rivers and streams, springs and wetlands, or canals and ditches that contain:

- Persistent emergent herbaceous wetlands especially characterized by presence of primarily forbs and sedges (*Carex* spp. or *Schoenoplectus pungens*); or

- Scrub-shrub riparian areas that are composed of willows (*Salix* spp.) or alders (*Alnus* spp.) with an understory of primarily forbs and sedges;

- Flowing water that provides saturated soils throughout the New Mexico meadow jumping mouse's active season that supports tall (average stubble height of herbaceous vegetation of at least 61 cm (24 inches) and dense herbaceous riparian vegetation composed primarily of sedges (*Carex* spp. or *Schoenoplectus pungens*) and forbs, including, but not limited to one or more of the following associated species: spikerush (*Eleocharis macrostachya*), beaked sedge (*Carex rostrata*), rushes (*Juncus* spp. and *Scirpus* spp.), and numerous species of grasses such as bluegrass (*Poa* spp.), slender wheatgrass (*Elymus trachycaulus*), brome (*Bromus* spp.), foxtail barley (*Hordeum jubatum*), or Japanese brome (*Bromus japonicas*), and forbs such as water hemlock (*Circuta douglasii*), field mint (*Mentha arvense*), asters (*Aster* spp.), or cutleaf coneflower (*Rudbeckia laciniata*);

- Sufficient areas of 9 to 24 kilometers (5.6 to 15 miles) along a stream, ditch, or canal that contains suitable or restorable habitat to support movements of individual New Mexico meadow jumping mice; and

- Include adjacent floodplain and upland areas extending approximately 100 meters (330 feet) outward from the boundary between the active water channel and the floodplain (as defined by the bankfull stage of streams) or from the top edge of the ditch or canal.

*Food Habits*

Based on studies of other species, jumping mice (*Zapus* spp.) diets are varied, consisting of seeds, insects, fruits, and fungi (Quimby 1951, pp. 85–86; Hoffmeister 1986, p. 455; Morrison 1990, p. 141). Morrison (1990, p. 141) reported that jumping mice feed primarily on seeds of grasses and forbs, with seeds of sedges, bulrush (*Scirpus* spp.), and cattail (*Typha lat.folia*) infrequently eaten.

*Movement / Home Range*

New Mexico meadow jumping mice are generally believed to have limited vagility (ability to move) and possibly dispersal capabilities (Morrison 1988, p. 13; Frey and Wright 2012, pp. 43, 109).

*Reproductive Strategy*

Although little is known about the reproductive needs of the jumping mouse, the breeding season probably begins in July or August, with one litter produced each year (Morrison 1987, pp. 14–15; 1989, 22; Frey and Wright 2011, p. 69; 2012b, p. 5). Jumping mice (*Zapus* spp.) breed shortly after emerging from hibernation and may give birth to 2 to 7 young after an average 17- to 21-day gestation (Quimby 1951, p. 63; Frey and Wright 2011, p. 69).

## Ecological conditions for recovery, conservation, and viability

*Species Requirements*

### INDIVIDUAL NEEDS

- Dense herbaceous vegetation of sedges and forbs (24 inches or taller) along flowing streams to support feeding and sheltering.
- Adjacent uplands to support breeding and hibernation.

### POPULATION NEEDS:

- Nearly continuous suitable habitat along at least 5.6 miles with 68 or more acres of streams, ditches, or canals to support large, resilient populations.

### RANGEWIDE SPECIES NEEDS:

- Multiple (two or more) resilient populations are needed (for redundancy) in each of eight geographic management areas across the range (for representation).

*Existing Condition*

### INDIVIDUAL CONDITIONS:

- Existing habitat condition is unknown, but presumed suitable.

### POPULATION CONDITIONS:

- All 29 locations found since 2005 have insufficient habitat conditions with high potential for extirpation.
- At least 11 populations have been significantly compromised since 2011.

### RANGEWIDE CONDITIONS:

- Four geographic management areas currently have two or more locations occupied by the mouse, but are too small and isolated to be resilient.

RevisedPlan - 00000451

- Four geographic management areas currently have only one recent location occupied by the mouse, but are too small to be resilient.
- Some diversity is maintained across the eight geographic management areas, but no adequate resilient populations exist.

**OVERALL SPECIES VIABILITY IS LOW.**

*Future Condition (Viability)*

**NO RESILIENCY**
- Without active conservation (grazing management; water and vegetation management) each of the populations will continue to be too small to be resilient and are highly vulnerable to future extirpation.
- Climate change and high impact wildfire will continue to threaten many current locations with extirpation.

**REDUNDANCY IS LOW**
- With no current resilient populations, the species has no redundancy (populations are too small and isolated and have a low probability of persistence).

**REPRESENTATION IS LOW**
- Only four of eight geographic management areas have multiple populations, but none are resilient.
- Some diversity is maintained

## Threats and Risk Factors

MAIN STRESSOR: Habitat Loss

MAIN SOURCES:

- Grazing eliminates herbaceous vegetation.
- Lack of water (from low precipitation or diversion) results in loss of saturated soils and loss of herbaceous vegetation.
- Future climate change may make water less available to support habitat.
- Secondary sources of habitat loss include high intensity wildfire; flooding; development; road construction; recreation; and vegetation mowing.

Key information needs include routine survey and monitoring in historic and known population areas to determine presence absence of species.

## *Gunnison Sage Grouse*

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

Historically, the range of the Gunnison sage-grouse included parts of central and southwestern Colorado, southeastern Utah, northwestern New Mexico and northeastern Arizona. Gunnison sage-grouse currently

 Forest Plan - 00000452

occur in seven populations in southwestern Colorado and southeastern Utah (USDI Fish and Wildlife Service 2014c).

The Poncha Pass population is the only Gunnison sage-grouse population associated with the planning area. Delineated occupied distribution of this population covers approximately 27,747 acres, of which approximately 5,060 acres coincides with lands managed by the Rio Grande National Forest. Approximately 725 acres of sagebrush habitat occur on Rio Grande National Forest lands within or near the Poncha Pass population delineation.

Status of the Poncha Pass population is described by the Fish and Wildlife Service (USDI Fish and Wildlife Service 2014c). Poncha Pass is thought to have been part of the historical distribution of Gunnison sage-grouse. However, there were no grouse there when a population was established via transplant from 30 Gunnison Basin birds in 1971 and 1972. No population's trend information was available until 1999, when the population was estimated at roughly 25 birds. In one year, the population declined to less than 5 grouse, when more grouse were brought in, again from the Gunnison Basin, in 2000 and 2001. In 2002, the population increased to just over 40 grouse, but began declining in 2006, until no grouse were detected in lek surveys in the spring of 2013. Grouse were again brought in the fall of 2013 and 2014, and 6 birds were counted in the Poncha Pass population during the spring 2014 lek count (CPW 2014d, cited in USDI Fish and Wildlife Service 2014c); however, no subsequent evidence of reproduction was found. Therefore, the Fish and Wildlife Service concluded in 2014 that the Poncha Pass area is not a landscape capable of supporting Gunnison sage-grouse, and subsequently removed critical habitat proposed for this area from the final critical habitat determination (USDI Fish and Wildlife Service 2014c).

## Ecological Requirements, Current Condition and Trends

Sage-grouse are considered obligate users of sagebrush and require large, contiguous areas of sagebrush across the landscape for long-term survival. Several species of sagebrush provide the specific food, cover, and reproduction habitats critical for sage-grouse survival (USDI Fish and Wildlife Service 2014d).

In Colorado, strutting occurs from mid-March through late May, depending on elevation (Rogers 1964 cited in GSRSC 2005). Males establish territories on leks in early March, but the timing can vary annually by 1 to 2 weeks depending on weather condition, snow melt, and day-length. Males are present on leks approximately 1 hour before dawn, and strut until approximately 1 hour after sunrise each day for about 6 weeks (Scott 1942, Eng 1963, Lumsden 1968, Wiley 1970, Hartzler 1972, Gibson and Bradbury 1985, Gibson et al. 1991, all cited in GSRSC 2005).

Approximately 85 percent of nests occur within 4 miles of lek sites. Nests typically occur on the ground at the base of live sagebrush. Hatching begins around mid-May and usually ends by July. Most eggs hatch in June, with a peak between June 10 and 20. Incubation typically lasts 27 to 28 days (Patterson 1952 cited in GSRSC 2005).

Intermixing of broods and flocks of adult birds is common with the advent of fall, and birds move from riparian areas to sagebrush-dominated landscapes that continue to provide green forbs. Fringed sagebrush is often a transitional food as grouse shift from summer to winter diets (Schroeder et al. 1999 cited in GSRSC 2005).

Gunnison sage-grouse winter range in Colorado varies according to snowfall, wind conditions, and suitable habitat (Rogers 1964 cited in GSRSC 2005). Sage-grouse may travel short distances or many miles between seasonal ranges. Movements in fall and early winter (September to December) can be extensive with some movements exceeding 20 miles. During severe winters, sage-grouse depend on very tall sagebrush, which is exposed even above deep snow, providing a consistently available food source.

Gunnison sage-grouse are capable of making long movements (over 18 miles) to find appropriate habitat. The extent of movement varies with severity of winter weather, topography, and vegetation cover (GSRSC 2005).

The Gunnison Sage-grouse Rangewide Steering Committee (GSRSC 2005) identified the following conservation strategy elements specific to Forest Service management of lands within the Poncha Pass population (page and section references below are applicable to Gunnison Sage-grouse Rangewide Conservation Plan (GSRSC 2005)):

- Incorporate grazing management practices (such as those presented on page 212) for both cattle and sheep that are compatible with, or enhance, Gunnison sage-grouse habitat (see Appendix H) on federal and state lands during the permit renewal process, or when monitoring indicates need.

- Implement recommendations from rangewide strategy on "Human Infrastructure: Powerlines, Other Utility Corridors, Wind Turbines, Communication Towers, Fences, and Roads" (pg. 225).

- Implement recommendations from rangewide strategy on "Noxious and Invasive Weeds" (pg. 232).

- Implement recommendations from rangewide strategy on "Recreational Activity" (pg. 245).

- Evaluate suitability of vacant/unknown habitat classification and determine if habitat improvement techniques may enhance suitability.

- Implement timing restrictions provided in rangewide "Human Infrastructure: Powerlines, Other Utility Corridors, Wind Turbines, Communication Towers, Fences, and Roads" strategy (pg. 225), and "Oil & Gas and Mining" strategy (pg. 233).

- Implement recommendations from rangewide strategy on "Predation" (pg. 243).

- Conduct inventory of vacant/unknown habitat areas using inventory technique developed at a rangewide level ("Habitat Monitoring" strategy, pg. 220).

- Search for new or unknown existing leks utilizing survey methodology developed at rangewide level ("Habitat Monitoring" strategy, pg. 220).

- Map Gunnison sage-grouse seasonal habitats in a GIS as defined per "Habitat Monitoring" rangewide strategy, Objective 1, Strategy #7 (see pg. 220).

## Threats and Risk Factors

The most substantial current and future threats are habitat loss and decline due to human development and associated infrastructure (USDI Fish and Wildlife Service 2014d). Other threats impacting Gunnison sage-grouse to a lesser extent include overgrazing, mineral development, pinyon-juniper encroachment, fences, invasive plants, wildfire, large-scale water development, predation (primarily associated with human disturbance and habitat decline) and recreation. The fragmented nature of existing habitat amplifies the negative effects of these other threats (USDI Fish and Wildlife Service 2014d).

The Gunnison Sage-grouse Rangewide Steering Committee (GSRSC 2005) identified residential development on private land is a threat specific to Gunnison sage-grouse at Poncha Pass because the area is scenic, easily accessed via Highway 285, and some interior parcels of land are in small tracts and currently for sale. There is some threat from cumulative physical disturbances associated with recreation in the area. In addition, a mica mine was recently proposed near Poncha Pass, and although the

application has been withdrawn, the possibility of a mine (and potential negative impacts on Gunnison sage-grouse and their habitat) remains (GSRSC 2005).

## Map of Known Distribution and Modeled Suitable Habitat

Gunnison sage-grouse known distribution and modeled suitable habitat are shown in Figure 3. Modeled habitat totals 976 acres, of which 725 acres occur on Rio Grande National Forest lands within or near the Poncha Pass population delineation.



**Figure 3. Gunnison sage-grouse distribution and modeled habitat on the Rio Grande National Forest**

## *Mexican Spotted Owl*

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

The Mexican spotted owl occurs from southern Utah and Colorado south through the mountains of Arizona, New Mexico, and west Texas into the mountains of central Mexico (McDonald et al. 1991 cited in USDI Fish and Wildlife Service 2013c). Mexican spotted owl is widely but patchily distributed throughout its range in the United States, with distribution reflecting the availability of forested mountains and canyons, and in some cases rocky canyonlands.

The Rio Grande NF has completed habitat and presence/absence surveys for the Mexican spotted owl since the late 1980s. Repeat surveys with current personnel have been completed in areas considered to offer the "best potential habitat" on the Forest. The Bureau of Land Management (BLM) has also completed several years of surveys (2004 to 2009) in their best potential habitat. To date, no individuals have been detected on Forest or BLM lands in the San Luis Valley. Based on survey efforts, it is becoming increasingly unlikely that suitable nesting habitat for the Mexican spotted owl occurs on the Rio Grande National Forest. In the southern portion of the planning area, some canyons do occur that contain suitable forest vegetation types such as Douglas-fir, white fir, and ponderosa pine. However, the canyons are not typically as steep, sheer or narrow as those described for the Wet Mountains of Colorado where Mexican spotted owls do occur (Johnson 1997 cited in Ghormley 2015). Elevation may also be a limiting factor on the Rio Grande National Forest. Although some mixed-conifer and ponderosa pine cover types on the forest do overlap with the elevation range of owls studied in the Wet Mountains, these quickly give way to spruce-fir forest as the elevation increases (Ghormley 2015).

The species is not known to occur on the Rio Grande National Forest or within the greater San Luis Valley area; therefore, no trends are identified for the planning area.

## Ecological Requirements, Current Condition and Trends.

Mexican spotted owls throughout their range nest, roost, forage, and disperse most commonly in mixed-conifer forests may include Douglas-fir and/or white fir, with codominant species including southwestern white pine, limber pine, and ponderosa pine. The understory often contains the above coniferous species as well as broadleaved species such as Gambel oak, maples, box elder, and/or New Mexico locust. In the northern part of the range, including southern Utah, southern Colorado, and far northern Arizona and New Mexico, owls occur primarily in rocky canyons and use caves and cliff ledges for nesting (Kertell 1977, Reynolds 1990, Rinkevich 1991, Willey 1993, cited in USDI Fish and Wildlife Service 2013c).

Mexican spotted owls in the Southern Rocky Mountains Ecological Management Unit are found primarily in canyons, but the owls also occupy forest habitat types. The canyon habitat often has mature Douglas-fir, white fir, and ponderosa pine in canyon bottoms and on the north- and east-facing slopes. Ponderosa pine grows on the more xeric south- and west-facing slopes, with pinyon-juniper growing on the mesa tops (USDI Fish and Wildlife Service 2012).

Foraging occurs in a variety of habitats including managed and unmanaged forests, pinyon-juniper woodlands, mixed-conifer and ponderosa pine forests, cliff faces and terraces between cliffs, and riparian zones (Ganey and Balda 1994, Willey 1998a, b; Ganey et al. 2003, Willey and Van Riper 2007, all cited in USDI Fish and Wildlife Service 2012). Reported prey items include woodrats, mice, voles, rabbits, gophers, bats, birds, reptiles, and arthropods.

Key habitat variables required to fulfill Mexican spotted owl life history requirements include nesting, roosting, and foraging habitat patches with structural, compositional, and successional diversity, as well

Plan - 00000456

as connectivity among suitable patches. Management recommendations for three categories of Mexican spotted owl habitat (i.e., protected activity centers, recovery habitat, and other forest and woodland types) are provided within the Mexican Spotted Owl Recovery Plan (USDI Fish and Wildlife Service 2012).

## Threats and Risk Factors

Two primary reasons cited for the original Federal listing of Mexican spotted owl in 1993 were (1) historical alteration of its habitat as the result of timber-management practices, and (2) the threat of these practices continuing as evidenced in existing national forest plans. The danger of stand-replacing wildland fire was also cited as a threat at that time. With recent forest management now emphasizing sustainable ecological function and a return toward pre-settlement fire regimes, the primary threats to the Mexican spotted owl population in the United States have since transitioned from timber harvest to an increased risk of stand-replacing wildland fire. Climate variability combined with current forest conditions may also synergistically result in increased loss of habitat from fire. More intense natural drought cycles and the ensuing stress placed upon forested habitats could result in even larger and more severe wildland fires in owl habitat (USDI Fish and Wildlife Service 2012).

## Map of Known Occurrences and Suitable Habitat

There are no known occurrences within the planning area. The Rio Grande National Forest modeled habitat in 2006 in an attempt to describe potential habitat and focus survey efforts as needed (Figure 4). Based on the query developed, this model identified 14,103 acres of potential Mexican spotted owl habitat. Given the extensive surveys conducted throughout this habitat with no positive Mexican spotted owl occurrences resulting, this model likely substantially over-estimates potential Mexican spotted owl habitat in the planning area.

Record Plan - 00000457



**Figure 4. Mexican spotted owl habitat on the Rio Grande National Forest (RGNF)**

## Southwest Willow Flycatcher

### Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

The breeding range of the southwestern willow flycatcher includes southern California, Arizona, New Mexico, southwestern Colorado, and extreme southern portions of Nevada and Utah: specific range boundaries are delineated in the subspecies' recovery plan (USDI Fish and Wildlife Service 2002).

Current information suggests that important flycatcher habitat does occur in certain locations in the San Luis Valley in association with willow-dominated riparian and wetland communities on the valley floor. Although it is recognized that the San Luis Valley occurs within a gradation zone between the *E. t. adastus* and *E. t. extimus* subspecies (Paxton et al. 2008), the Fish and Wildlife Service currently considers all willow flycatchers in the San Luis Valley to be the *E. t. extimus* subspecies.

In 2008, biologists made the first (and only) detection of an individual willow flycatcher on the Rio Grande National Forest. This detection occurred during the early survey period (June 9, 2008) approximately 5 meters from the boundary of adjacent Colorado State Land Board property. No willow flycatchers have been noted in this area or in any other location on forest lands since that time despite additional surveys. Biologists have identified approximately 1,762 acres of suitable and 947 acres of potential willow flycatcher habitat on the forest to date (2,709 acres total, Figure 5). Approximately 1,428 acres (81 percent) of the suitable habitat and 93 acres (10 percent) of the potential habitat has received species protocol surveys for at least two consecutive years. As of the end of the 2014 field season, mapping efforts indicate that approximately 81 to 85 percent of the potential habitat on the forest has been evaluated (Ghormley 2015).

Due to a general lack of observations and breeding occurrence, no trend in the planning area is reported.

### Ecological Requirements, Current Condition and Trends

Southwestern willow flycatchers are strongly territorial. Flycatcher territories are often clumped together, rather than spread evenly throughout a habitat patch. Territory size varies greatly, probably due to differences in population density, habitat quality, and nesting stage. Estimated breeding territory sizes generally range from approximately 0.25 to 5.7 acres, with most in the range of approximately 0.5 to 1.2 acres (USDI Fish and Wildlife Service 2002).

The flycatcher builds a small open cup nest. Typical nest placement is in the fork of small-diameter (e.g., 0.4 inch), vertical or nearly vertical branches. Occasionally, nests are placed in down-curving branches. Nest height varies considerably, from 1.6 to 60 feet, and may be related to the height of the nest plant, overall canopy height, and/or the height of the vegetation strata that contain small twigs and live growth. Most typically, nests are relatively low, e.g., 6.5 to 23 feet above ground (USDI Fish and Wildlife Service 2002).

The San Luis Valley encompasses the northernmost recovery unit identified by Fish and Wildlife Service for the southwestern willow flycatcher (USDI Fish and Wildlife Service 2002). In the Final Rule, critical habitat was designated on five separate portions of the Rio Grande and Conejos River in the southern portion of the San Luis Valley on BLM and Federal refuge lands (USDI Fish and Wildlife Service 2013d). None of the designated critical habitat occurs on the Rio Grande National Forest land. The designation of critical habitat has relevance to land that is not designated as critical habitat because the Final Rule uses primary constituent elements to describe what constitutes the most valuable habitat. Non-designated habitat may still contain some of those primary constituent elements and the management of those elements is relevant to the recovery of the species.

 Record Plan - 00000459

(1) Primary Constituent Element 1—Riparian vegetation. Riparian habitat along a dynamic river or lakeside, in a natural or manmade successional environment (for nesting, foraging, migration, dispersal, and shelter) that is comprised of trees and shrubs (that can include Gooddings willow, coyote willow, Geyer's willow, arroyo willow, red willow, yewleaf willow, pacific willow, boxelder, tamarisk, Russian olive, buttonbush, cottonwood, stinging nettle, alder, velvet ash, poison hemlock, blackberry, seep willow, oak, rose, sycamore, false indigo, Pacific poison ivy, grape, Virginia creeper, Siberian elm, and walnut) and some combination of:

> (a) Dense riparian vegetation with thickets of trees and shrubs that can range in height from about 6 to 98 feet. Lower-stature thickets (6 to 13 feet tall) are found at higher elevation riparian forests and tall-stature thickets are found at middle and lower-elevation riparian forests;

> (b) Areas of dense riparian foliage at least from the ground level up to approximately 13 feet above ground or dense foliage only at the shrub or tree level as a low, dense canopy;

> (c) Sites for nesting that contain a dense (about 50 percent to 100 percent) tree or shrub (or both) canopy (the amount of cover provided by tree and shrub branches measured from the ground);

> (d) Dense patches of riparian forests that are interspersed with small openings of open water or marsh or areas with shorter and sparser vegetation that creates a variety of habitat that is not uniformly dense. Patch size may be as small as 0.1 hectare (0.25 acre) or as large as 70 hectare (175 acres).

(2) Primary Constituent Element 2— Insect prey populations. A variety of insect prey populations found within or adjacent to riparian floodplains or moist environments, which can include: flying ants, wasps, and bees (*Hymenoptera*); dragonflies (*Odonata*); flies (*Diptera*); true bugs (*Hemiptera*); beetles (*Coleoptera*); butterflies, moths, and caterpillars (*Lepidoptera*); and spittlebugs (*Homoptera*).

Habitat Definitions: During habitat surveys, we have ground-truthed and classified habitat as "Suitable," "Potential," or "Unsuitable" (i.e., non-habitat) based on the descriptions in the Southwestern Willow Flycatcher Recovery Plan (USDI Fish and Wildlife Service 2002) and an agreement with the Fish and Wildlife Service regarding the minimum habitat characteristics to consider during southwestern willow flycatcher surveys (Ghormley 2015). Habitat descriptions before 2011 are as follows:

Suitable: River channels are wide and shallow with a well-defined floodplain and a broad valley. Streams are slightly entrenched with well-defined meanders and riffle/pool bed features. Gradients are less than 1 percent. Quiet water dominates, as in backwaters, pools, beaver ponds or non-riffle stream stretches. Vegetative communities can be dominated by several willow species, young cottonwood, alder or introduced species such as salt cedar and Russian olive. Associated woody species may be present. The minimum patch size requiring surveys for Section 7 consultation is 30 feet x 30 feet x 5 feet high. Above 8,500 feet, only patches 5 acres are considered suitable. The largest patches of willow will have the greatest likelihood of attracting willow flycatchers.

The patches may be floristically diverse or homogeneous. The common theme among the sites is sufficient width to the patch to provide "interior" or non-edge habitat. Patches form dense thickets of shrubs and trees with contiguous cover except over water. The height of the patch must be sufficient to provide stem widths adequate for secure nest placement.

Potential: Potential habitat includes riparian that does not currently provide the characteristics of suitable habitat but has the potential of attaining them in the foreseeable future. Potential sites may include habitat

such as a stand of young willow that currently lacks the density or size needed for suitable habitat. Potential habitat can be previously suitable habitat rendered unsuitable by events such as a severe flood, or human activities such as unmanaged livestock grazing.

Unsuitable (i.e., Non-Habitat): Unsuitable habitat includes riparian that does not meet the criteria listed above as suitable or does not have the potential to become suitable habitat. Examples of unsuitable habitat are narrow riparian vegetation confined by canyon walls, absent or inadequate stream flows, lack of standing water, high gradient streams, natural absence of woody shrub species and stands lacking appropriate vegetative cover and structure.

## Threats and Risk Factors

The greatest historical factor in the decline of the southwestern willow flycatcher is the extensive loss, fragmentation, and modification of riparian breeding habitat (U.S. Fish and Wildlife Service, 2002 summarized in Sogge et al. 2010). Large-scale losses of southwestern wetlands have occurred, particularly the cottonwood-willow riparian habitats historically occupied by this subspecies. Factors causing habitat loss and/or change include urban, recreational, and agricultural development; water diversion and impoundment; channelization; livestock grazing; and replacement of native habitats by introduced plant species (Marshall and Stoleson 2000; USDI Fish and Wildlife Service 2002 summarized in Sogge et al. 2002).

While nest parasitism by brown-headed cowbirds has been documented to negatively impact some southwestern willow flycatcher populations, especially at small and isolated breeding sites, it is highly variable and no longer considered among the primary rangewide threats to flycatcher conservation (USDI Fish and Wildlife Service 2002). Additional investigation is needed to identify the level of impact this is causing at a more localized level.



**Figure 5. Southwestern willow flycatcher (SWWF) modeled potential/suitable habitats and known occurrences**

### *Yellow-billed Cuckoo*

## Distribution, Abundance, Demographics and Population Trends on the Rio Grande National Forest

In the United States, the range of the western yellow-billed cuckoo includes the area west of the Continental Divide, south through Montana, Wyoming, Colorado, and along the watershed divide between the upper and middle Rio Grande and Pecos Rivers in New Mexico and Texas, south to Big Bend in southwestern Texas, and extending to the states of the West Coast (USDI Fish and Wildlife Service 2014e).

In Colorado, yellow-billed cuckoos were historically noted as rare summer visitors, primarily on the eastern plains, but also in Middle Park and on the western slope at Grand Junction (Sclater 1912). The few historical records suggest that the species apparently has always been rare in western Colorado, an opinion shared by Andrews and Righter (1992). Recent breeding bird atlas work in Colorado (Carter 1998) revealed only a single likely nesting record west of the Continental Divide over the five years of fieldwork (summarized from Wiggins 2005).

The Rio Grande National Forest planning area is located almost completely east of the Continental Divide, but includes the San Luis Valley where yellow-billed cuckoo occurrence has been documented. The Rocky Mountain Bird Observatory received reports of yellow-billed cuckoos from two locations in the San Luis Valley in the summer of 2008. These occurred along the Conejos River in Conejos County and along the Rio Grande River near Del Norte in Rio Grande County (Beason 2009). The species has not been documented within the planning area (Table 2).

## Ecological Requirements, Current Condition and Trends.

The western yellow-billed cuckoo currently nests almost exclusively in low- to moderate-elevation riparian woodlands that cover 50 acres (20 hectares) or more within arid to semiarid landscapes (Hughes 1999 cited in USDI Fish and Wildlife Service 2013e). Cuckoo nests are typically placed in dense patches of broad-leaved deciduous trees, usually with a relatively thick understory (Hughes 1999). Western cuckoos (including those in the western Great Plains) prefer to nest in willow (*Salix* spp.), cottonwood (*Populus* spp.), and mesquite (*Prosopis* spp.), but they will also use orchards (Laymon 1980, Walters 1983, summarized in Wiggins 2005).

The western yellow-billed cuckoo generally arrives on its breeding grounds in mid-June. The birds begin their southbound migration in mid-August, and most have left the breeding grounds by mid-September (USDI Fish and Wildlife Service 2013e).

Nesting peaks later (mid-June through August) than in most co-occurring bird species, and may be triggered by an abundance of cicadas (*Cicadidae* sp.), katydids (*Tettigoniidae* sp.), caterpillars (*Lepidoptera* sp.), or other large prey items that form the bulk of their diet (Hamilton and Hamilton 1965, Rosenberg et al. 1982, cited in USDI Fish and Wildlife Service 2013e). Nesting in western North America continues through August, and up to three broods can be raised in a season if the prey base is sufficient (USDI Fish and Wildlife Service 2013e). Yellow-billed cuckoos build an open cup nest with a loose saucer-shaped stick construction. Clutch size varies from two to five eggs depending on the available food supply. The incubation and nestling periods are short, with the eggs hatching in 11 to 12 days, and young fledging in 5 to 7 days (Hughes 1999 cited in USDI Fish and Wildlife Service 2013e).

Western yellow-billed cuckoos rarely nest at sites less than 50 acres (20 hectares) in size, and sites less than 37 acres (15 hectares) are considered unsuitable habitat. Habitat patches from 50 to 100 acres (20 to 40 hectares) in size are considered marginal habitat. Habitat between 100 acres (40 hectares) and 200

acres (81 hectares), although considered suitable, are not consistently used by the species. The optimal size of habitat patches for the species are generally greater than 200 acres (81 hectares) in extent and have dense canopy closure and high foliage volume of willows (*Salix* sp.) and cottonwoods (*Populus* sp.), and thus, provide adequate space for foraging and nesting. (Laymon and Halterman 1989 cited in USDI Fish and Wildlife Service 2014e).

The Fish and Wildlife Service (USDI Fish and Wildlife Service 2014e) considers the following habitat elements as features that provide for this species' life-history processes and are essential to the conservation of the species:

*Riparian woodlands.* Riparian woodlands with mixed willow-cottonwood vegetation, mesquite-thorn-forest vegetation, or a combination of these that contain habitat for nesting and foraging in contiguous or nearly contiguous patches that are greater than 325 feet (100 meters) in width and 200 acres (81 hectares) or more in extent. These habitat patches contain one or more nesting groves, which are generally willow-dominated, have above average canopy closure (greater than 70 percent), and have a cooler, more humid environment than the surrounding riparian and upland habitats.

*Adequate prey base.* Presence of a prey base consisting of large insect fauna (for example, cicadas, caterpillars, katydids, grasshoppers, large beetles, dragonflies) and tree frogs for adults and young in breeding areas during the nesting season and in post-breeding dispersal areas.

*Dynamic riverine processes.* River systems that are dynamic and provide hydrologic processes that encourage sediment movement and deposits that allow seedling germination and promote plant growth, maintenance, health, and vigor (e.g., lower gradient streams and broad floodplains, elevated subsurface groundwater table, and perennial rivers and streams). This allows habitat to regenerate at regular intervals, leading to riparian vegetation with variously aged patches from young to old.

Wiggins (2005) outlines the following elements conducive to yellow-billed cuckoo habitat restoration: (1) restoring more natural flow regimes to rivers and creeks, (2) restricting or eliminating livestock grazing along riparian areas, and (3) restricting or eliminating the use of pesticides near cuckoo breeding areas. The latter point is especially important in areas where orchards are adjacent to riparian areas, as cuckoos often forage at such sites.

Restoration elements described above can be addressed by including the following components in a yellow-billed cuckoo habitat management plan (Wiggins 2005):

- restoring riparian woodlands by restoring natural flow regimes to watercourses and by restricting or eliminating livestock grazing
- evaluating pesticide use in riparian woodlands and nearby areas
- censusing riparian woodlands for before and after effects of any habitat manipulations
- monitoring reproductive success in managed and unmanaged plots, as well as comparing reproductive success before and after habitat manipulations.

## Threats and Risk Factors

Yellow-billed cuckoo abundance has declined in most areas within Forest Service Region 2, especially in western Colorado and Wyoming. The threats to yellow-billed cuckoos likely vary according to region, with habitat loss and fragmentation being particularly important in the western (arid) portions of the region (Wiggins 2005). Many studies in the western United States have assessed habitat availability for yellow-billed cuckoos, and without exception, they have shown drastic declines in riparian habitat extent

and/or quality. Alteration of hydrology, due to dam construction or irrigation schemes, may both positively and negatively affect yellow-billed cuckoos. Other risk factors include livestock grazing and pesticides (Wiggins 2005).

## Map of Known Occurrences and Suitable Habitat

Yellow-billed cuckoo suitable habitat has not been modeled for the planning area. In addition, there are no known occurrences on Rio Grande National Forest lands.

# Plants

No threatened, endangered, proposed or candidate plant species have been documented in the planning area

# Species of Conservation Concern

A total of 118 species were considered in-depth for "At-Risk" status on the Rio Grande National Forest. This includes the 9 species analyzed under the federally listed section (previous) and 106 species considered for species of conservation concern. We used the following criteria to determine which species to consider for the species of conservation concern for the Rio Grande National Forest:

a)  Species with status ranks of G/T3 or S1 or S2 on the NatureServe ranking system.

b)  Species listed as threatened or endangered by relevant states, federally recognized tribes, or Alaska Native Corporations.

c)  Species identified by Federal, State, federally recognized tribes, or Alaska Native Corporations as a high priority for conservation.

d)  Species identified as species of conservation concern in adjoining National Forest System plan areas (including plan areas across regional boundaries).

e)  Species that have been petitioned for Federal listing and for which a positive "90-day finding" has been made.

f)  Species for which the best available scientific information indicates there is local conservation concern about the species' capability to persist over the long term in the plan area due to:

1)  Significant threats, caused by stressors on and off the plan area, to populations or the ecological conditions they depend upon (habitat). These threats include climate change.

2)  Declining trends in populations or habitat in the plan area.

3)  Restricted ranges (with corresponding narrow endemics, disjunct populations, or species at the edge of their range).

4)  Low population numbers or restricted ecological conditions (habitat) within the plan area.

Not all species initially considered for the species of conservation concern list were carried forward. The Forest Service Land Management Planning Handbook has guidance on which species to include or exclude from the species of conservation concern list:

1. The species is native to, and known to occur in, the plan area.

A species is known to occur in a plan area if, at the time of plan development, the best available scientific information indicates that a species is established or is becoming

established in the plan area. A species with individual occurrences in a plan area that are merely "accidental" or "transient," or are well outside the species' existing range at the time of plan development, is not established or becoming established in the plan area. If the range of a species is changing so that what is becoming its "normal" range includes the plan area, an individual occurrence should not be considered transient or accidental.

2. The best available scientific information about the species indicates substantial concern about the species' capability to persist over the long term in the plan area. See FSH 1909.12, zero code, section 07, for guidance on best available scientific information.

If insufficient scientific information is available to conclude there is substantial concern about a species' capability to persist in the plan area over the long term, that species cannot be identified as a species of conservation concern.

If the species is secure and its continued long-term persistence in the plan area is not at risk based on knowledge of its abundance, distribution, lack of threats to persistence, trends in habitat, or responses to management, that species cannot be identified as a species of conservation concern.

Many species occur near the Rio Grande National Forest but have not been documented on the forest itself. Others were considered due to NatureServe rankings, but were found to have stable populations on the forest. Species that are not known to occur in the planning area or for which we could not document substantial concern about that species' capability to persist over the long term in the planning area were not included in the species of conservation concern list. Of that initial list of 119 species considered for inclusion in the species of conservation concern list, the 37 species in Table 2 were not carried forward:

**Table 2. Species not carried forward for analysis as species of conservation concern on the Rio Grande National Forest**

| Species | Basis for not being carried forward as a species of conservation concern |
|---|---|
| **Invertebrates** | |
| Monarch butterfly<br>*Danaus plexippus* | Not documented on Rio Grande National Forest.<br>Lack of sufficient scientific information regarding the species status in the general area. |
| Theano alpine<br>*Erebia pawlosskii* | Not documented on Rio Grande National Forest.<br>No known substantial conservation concern.<br>Lack of sufficient scientific information regarding the species status in the general area. |
| Colorado blue (butterfly)<br>*Euphilotes rita coloradensis* | Not documented on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest. |
| Alberta Arctic<br>*Oeneis alberta* | Not documented on Rio Grande National Forest since 1972.<br>No known substantial conservation concern.<br>Lack of sufficient scientific information regarding the species status in the general area. |
| White-veined Arctic<br>*Oeneis bore* | No known substantial conservation concern.<br>Lack of sufficient scientific information regarding the species status in the general area. |
| Gold-edge gem moth<br>*Schinia avemensis* | Not documented on Rio Grande National Forest.<br>Lack of sufficient scientific information regarding the species status in the general area. |

| Species | Basis for not being carried forward as a species of conservation concern |
|---|---|
| Great Basin silverspot<br>*Speyeria nakomis* | Not documented on the Rio Grande National Forest.<br><br>The element occurrence record for the closest known population is "fair," suggesting that there is no substantial concern regarding the viability of the local population. |
| **Birds** | |
| Grasshopper sparrow<br>*Ammodramus savannarum* | Not documented on Rio Grande National Forest. |
| Sage sparrow<br>*Amphispiza belli* | Occurrence is peripheral. Only one documented occurrence on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest.<br>Moderate Conservation Concern.<br>Very Limited ability to influence species through management actions of Rio Grande National Forest. |
| Burrowing owl<br>*Athene cunicularia* | Not documented on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest. |
| Juniper titmouse<br>*Baeolophus griseus* | No known substantial conservation concern on Rio Grande National Forest. |
| Ferruginous hawk<br>*Buteo regalis* | Not documented on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest. |
| Cassin's finch<br>*Carpodacus cassinii* | No known substantial conservation concern on Rio Grande National Forest. |
| Mountain plover<br>*Charadrius montanus* | Not documented on Rio Grande National Forest.<br>Very little suitable habitat on the Rio Grande National Forest |
| Northern harrier<br>*Circus cyaneus* | Not documented on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest. |
| Prairie falcon<br>*Falco mexicanus* | No known substantial conservation concern on Rio Grande National Forest. |
| Pinyon jay<br>*Gymnorhinus cyanocephalus* | Occurrence is very limited on Rio Grande National Forest.<br>No known substantial conservation Rio Grande National Forest. |
| Loggerhead shrike<br>*Lanius ludovicianus* | Occurrence is peripheral. Very few documented occurrence on Rio Grande National Forest.<br>Very little suitable habitat on Rio Grande National Forest. |
| Virginia's warbler<br>*Leiothlypis virginiae* | No known substantial conservation concern on Rio Grande National Forest. |
| Brown-capped rosy finch<br>*Leucosticte australis* | Species is fairly common on Rio Grande National Forest.<br>No known substantial conservation concern on Rio Grande National Forest. |
| Band-tailed pigeon<br>*Pategionenas fasciata* | Occurrence is peripheral on Rio Grande National Forest. |
| Lewis' woodpecker<br>*Melanerpes lewis* | Occurrence is peripheral. Very few documented occurrence on Rio Grande National Forest<br>Very little suitable habitat on Rio Grande National Forest. |

| Species | Basis for not being carried forward as a species of conservation concern |
|---|---|
| **Mammals** | |
| American pika<br>*Ochotona princeps* | No known substantial conservation concern on Rio Grande National Forest. |
| Little brown bat<br>*Myotis lucifugus* | No known substantial conservation concern on Rio Grande National Forest. |
| Southern red-backed vole<br>*Myodes gapperi* | No known substantial conservation concern on Rio Grande National Forest. |
| Big free-tailed bat<br>*Nyctinomops macrotis* | Occurrence is peripheral. Very few documented occurrence on Rio Grande National Forest, no known breeding or roosting areas on Rio Grande National Forest. Very little suitable habitat on Rio Grande National Forest. |
| Abert's squirrel<br>*Sciurus aberti* | No known substantial conservation concern on Rio Grande National Forest. |
| Dwarf shrew<br>*Sorex nanus* | Not documented on Rio Grande National Forest. |
| Botta's pocket gopher<br>*Thomomys bottae pervagus* | Not documented on Rio Grande National Forest. Very little suitable habitat on Rio Grande National Forest. |

**Plants** (Due to taxonomic uncertainties, authors and common synonyms are included)

| Species | Basis |
|---|---|
| Violet milkvetch<br>*Astragalus iodopetalus* | Not documented, not likely to occur on Rio Grande National Forest |
| Missouri milkvetch<br>*Astragalus missouriensis* Nutt. var. *humistratus* Isely | Not documented on the Rio Grande National Forest, but occurrence is possible<br>Probability of occurrence on the forest is uncertain |
| Narrowleaf grapefern<br>*Botrychium lineare* W.H. Wagner | Not documented on the Rio Grande National Forest, but occurrence is possible<br>Suitable habitat exists on the Rio Grande National Forest but closest occurrence is 60 miles from the Rio Grande National Forest |
| Winding mariposa lily<br>*Calochortus flexuosus* | Not documented on the Rio Grande National Forest<br>Unlikely to occur as suitable habitat is not present on the Rio Grande National Forest |
| Brandegee's buckwheat<br>*Eriogonum brandegeei* | Not documented, suitable habitat probably not present on Rio Grande National Forest. |
| Whitebristle cottongrass<br>*Eriophorum altaicum* var. *neogaeum* | Removed from R2 Sensitive Species list due to taxonomic lumping.<br>Good viability on Rio Grande National Forest |
| Manyflowered ipomopsis, many-flowered gilia, many-flower standing cypress<br>*Ipomopsis multiflora* (Nutt.) V.E. Grant<br>Synonym: *Gilia multiflora* Nutt | Not documented on Rio Grande National Forest.<br>One plant was collected very close to the forest in 1986, but none have been documented on the forest itself. |
| Ice cold buttercup<br>*Ranunculus gelidus* Kar. & Kir.<br>Synonym: *R. karelinii* Czerep., *R. gelidus* ssp. *grayi* (Britton) Hulten., *R. grayi* Britton | Not documented on Rio Grande National Forest<br>Taxonomy issues make it difficult to judge the rarity of the species, as taxonomists are uncertain if this is a distinct species or part of a large, more common species.<br>Even with the narrowly defined species, it is still widespread. |

Species included in the species of conservation concern list are present on the forest and for which there is substantial concern about the species' ability to persist over the long term in the planning area. Criteria for determining "substantial concern" include:

> Species for which the best available scientific information indicates there is local conservation concern about the species' capability to persist over the long term in the plan area due to:
>
> 1) Significant threats, caused by stressors on and off the plan area, to populations or the ecological conditions they depend upon (habitat). These threats include climate change.
>
> 2) Declining trends in populations or habitat in the plan area.
>
> 3) Restricted ranges (with corresponding narrow endemics, disjunct populations, or species at the edge of their range).
>
> 4) Low population numbers or restricted ecological conditions (habitat) within the plan area.

The following 82 species (Table 3) meet the criteria developed in the 2012 Planning Rule and will be retained for further consideration as species of conservation concern for the Rio Grande National Forest. The list will be further refined and finalized through the National Environmental Policy Act phase of the Forest Plan development process.

**Table 3. Rio Grande National Forest DRAFT species of conservation concern**

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| *Species name*<br>FS: Federal Status, including Forest Service Region 2 sensitive species and status from other Federal agencies<br>NSR: Nature Serve Ranking<br>CSR: Colorado State Rankings<br>CNHP: Colorado Natural Heritage Program rankings | | | |
| **Fish** | | | |
| Rio Grande cutthroat trout<br>*Oncorhynchus clarkia virginalis*<br>FS: USFS R2 Sensitive,<br>Conservation Agreement<br>NSR: G4T3<br>CSR: S3, SGCN Tier 1 | documented;<br>established in<br>planning area | Substantial Concern exists about the species' capability to persist over the long term in the plan area due to population declines and loss of habitat. Interagency Conservation Agreement is in place. | |
| Rio Grande chub<br>*Gila pandora*<br>FS: USFS R2 Sensitive<br>NSR: G3 S1<br>CSR: Tier 1 | documented;<br>established in<br>planning area | Substantial Concern exists about the species' capability to persist over the long term in the plan area. Interagency Conservation Agreement Team being formed. Petitioned for Federal listing. | |
| Rio Grande sucker<br>*Catostomus plebeuis*<br>FS: USFS R2 Sensitive<br>NSR: G3 G4 S1<br>CSR: Tier 1 | documented;<br>established in<br>planning area | Substantial Concern exists about the species' capability to persist over the long term in the plan area. Petitioned for Federal listing. | |
| **Amphibians** | | | |
| Boreal toad<br>*Anaxyrus boreas*<br>FS: USFS R2 Sensitive<br>NSR: G4<br>CSR: S1, State Endangered | Recently documented<br>in the planning area | Listed as State Endangered. Species has experienced significant population decline and has limited habitat. | |
| Northern leopard frog<br>*Rana pipiens*<br>FS: USFS R2 Sensitive<br>NRS: G5S3<br>CSR: Tier 1 SC | Historic | Uncertainty exists about the species' capability to persist over the long term in the plan area. Limited but possible potential habitat; retain as possible due to inadequate survey effort. Conejos River system may still hold some potential. | No known extant populations – not currently known from the planning unit |

Rvsd Plan - 00000470

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| **Invertebrates** | | | |
| Western bumblebee *Bombus occidentalis* FS: USFS R2 Sensitive NSR: G4 CSR: Tier 2 | documented; established in planning area | Substantial concern regarding the species capability to persist over the long run in the planning area due to broad scale species decline. | |
| White-veined Arctic *Oeneis bore* NSR: G5 CSR: S3 | One record from forest boundary | Substantial concern regarding the species capability to persist over the long run in the planning area due to extreme rarity and limited habitat. Only four known occurrences in Colorado. | |
| **Birds** | | | |
| Bald eagle *Haliaeetus leucocephalus* FS: USFS R2 Sensitive, Birds of Conservation Concern NRS: G5 S1B S3N CSR:Tier 2 SC | documented; established in planning area (primarily winter use) | Use restricted to minor winter use areas. Limited habitat. One historic nest adjacent to Forest; potential nesting habitat present. Compliance also mandatory with Bald and Golden Eagle Act. | |
| Black swift *Cypseloides niger* FS: USFS R2 Sensitive NRS: G4 S3B CSR:Tier 2 SC | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area. Extremely unique and narrow reproductive niche; declining population trend; susceptible to climate related stressors. | Warrants further evaluation if that concern is "substantial." |
| Boreal owl *Aegolius funereus* FS: USFS R2 Sensitive, Birds of Conservation Concern NSR:G5S2 CSR:Tier 2 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term due to dramatic change (90 percent) in spruce-fir landscape conditions which suggests a potential declining habitat trend with unknown future response to viability in the plan area. | Warrants further evaluation if that concern is "substantial." |
| Flammulated owl *Otus flamineolus* FS: USFS R2 Sensitive, BCC NSR: G4S4 CSR:Tier 2 | Documented | Uncertainty regarding the species' capability to persist over the long term in the plan area due to potentially restricted ecological condition; may be susceptible to habitat stressors and management influences. Investigations are underway in Research Natural Areas on the forest to identify species range and habitat conditions... | Warrants further evaluation if that concern is "substantial." |

Rvsd Plan - 00000471

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Golden eagle *Aquila chrysactos* FS: USFS R2 Sensitive, BCC NSR: G5 S3S4B S4N CSR: Tier 1 SGCN | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to local conservation concern. Compliance also mandatory with Bald and Golden Eagle Act. | |
| Brewer's sparrow *Spizella breweri* FS: USFS R2 Sensitive, BCC NSR:G5 S4B CSR:Tier 2 | documented; limited/restricted range in planning area | Uncommon; peripheral range on unit but does nest in a few locations. Uncertainty regarding the species' capability to persist over the long term in the plan area due to limited range on plan area (2,000 acres); uncommon but sporadic occurrence. | |
| Northern goshawk *Accipter gentiles* FS: USFS R2 Sensitive NSR: G5 S3B CSR: Tier 2 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to conservation concern across multiple boundaries; natural and anthropogenic stressors. Anecdotal information suggests declining populations locally, perhaps in response to bark beetle outbreak. | |
| Olive-sided flycatcher *Contopus cooperi* FS: USFS R2 Sensitive NSR: G2 S3B S4B CSR: Tier 2 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to dramatic change (90 percent) in spruce-fir landscape conditions indicate potential declining habitat trend and declining population trend with unknown implications regarding future viability. | |
| Peregrine falcon *Falco peregrinus anatum* FS: USFS R2 Sensitive, BCC NSR: G4 T4 S2B CSR: Tier 2 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to conservation concern across multiple boundaries; local eyrie occupancy declining. Species continues to be monitored by Colorado Parks and Wildlife for post-delisting status. | |
| Southern white-tailed ptarmigan *Lagopus leucerus altipetens* FS: USFS R2 Sensitive NSR: G5 CSR: S4, SGCN Tier 1 | Documented, established in the planning area. | Species continues to be monitored by Colorado Parks and Wildlife for post-delisting status. Conservation concern across multiple boundaries; natural and anthropogenic stressors. | Local population and habitat appear to be stable. |
| Veery *Catharus fuscescens* NSR: G5 S3B | Documented (once) in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | Occurrence on the Rio Grande National Forest may only be peripheral and anecdotal. |

Rvsd Plan - 00000472

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| **Mammals** | | | |
| American marten<br>*Martes americana*<br>FS: USFS R2 Sensitive<br>NSR: G5S4B<br>CSR: | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to dramatic change (90 percent) in spruce-fir landscape conditions which indicate potential declining habitat trend | Preliminary results (CPW 2015) indicate minor response to bark beetles |
| Fringed myotis bat<br>*Myotis thysanodes*<br>FS: USFS R2 Sensitive<br>NSR: G4 S3<br>CSR: Tier 1 | documented; established in planning area | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to limited and restricted ecological conditions for reproduction (caves/mines). White-nose syndrome is not yet present on the RGNF, but is rapidly expanding westward.<br>High local conservation concern. | |
| Gunnison prairie dog<br>*Cynomys gunnisoni*<br>FS: USFS R2 Sensitive<br>NSR:<br>CSR: G5 T3 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to the presence of plague in the population. This species is also a key prey species for multiple at-risk predators. Montane Population recently evaluated (denied) for listing under the Endangered Species Act. | Montane population recently evaluated (denied) for listing under the Endangered Species Act. |
| Hoary bat<br>*Lasiurus cinereus*<br>FS: USFS R2 Sensitive<br>NSR: G5 S5B<br>CSR: Tier 2 | documented; established in planning area | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to loss of 90 percent of roosting habitat in live trees on Rio Grande National Forest due to beetle kill and timber harvesting. White-nose syndrome is not yet present on the Rio Grande National Forest but is rapidly expanding westward. | |
| Wolverine<br>*Gulo gulo luscus*<br>FS: USFS R2 Sensitive<br>NSR: G4 S1<br>CSR: Endangered | One unconfirmed sighting in 1997 | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to conservation concern across multiple boundaries; natural and anthropogenic stressors. Plan unit may serve as a core reintroduction area providing resiliency from stressors such as climate change. | Uncertainty regarding whether or not the species is currently present on the planning area. |
| River otter<br>*Lontra canadensis*<br>FS: USFS R2 Sensitive<br>NSR: G5 S3 S4<br>CSR: Threatened | documented; established in planning area | Species recently re-colonized upper Rio Grande system on its own. Limited population with substantial concern regarding ability to persist in the plan area in the long term. | |

Rvsd Plan - 00000473

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Rocky Mountain bighorn sheep<br>*Ovis canadensis canadensis*<br>FS: USFS R2 Sensitive<br>NSR: G4 T4<br>CSR: Tier 2 | documented; established in planning area | Uncertainty regarding the species' capability to persist over the long term in the plan area due to unique anthropogenic stressors with substantial conservation concern across multiple landownership boundaries. Potential disease epizootics the primary limiting factor. Only 3 to 4 of 11 herds considered "secure" from potential contact with domestic sheep or goats. | |
| Townsend's big-eared bat<br>*Corynorhinus townsendii townsendii*<br>FS: USFS R2 Sensitive<br>NSR: G3G4 T3T4 S2<br>CSR: Tier 1 | documented; established in planning area | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to limited and restricted ecological conditions (caves/mines). White-nose syndrome is not yet present on the Rio Grande National Forest but is rapidly expanding westward. substantial local conservation concern | |
| Plains pocket mouse<br>*Perognathus flavescens*<br>FS:<br>NSR: G5 T2<br>CSR: Tier 2 | documented; established in planning area | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to rarity and limited habitat. Limited survey efforts indicate narrow range adjacent to Sand Dunes | |
| Northern pocket gopher<br>*Thomomys talpoides agrestis*<br>FS:<br>NSR: G5 T1 S1<br>CSR: Tier 1 | documented; established in planning area on Baca Mountain Tract. | Substantial Concern regarding the species' capability to persist over the long term in the plan area due to limited occurrence on plan area (limited survey effort). Unique subspecies endemic to the San Luis Valley. | |
| **Plants** | | | |
| Black Canyon gilia<br>*Aliciella penstemonoides* (M.E. Jones) J.M. Porter<br>Synonym: *Gilia penstemonoides* M.E. Jones<br>NSR: G3<br>CNHP: S3 | Six occurrences in the planning area | Substantial Concern regarding the species capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |

Rvsd Plan - 00000474

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Stonecrop gilia<br>*Aliciella sedifolia* (Brandegee) J.M. Porter<br>Synonym: *Gilia sedifolia* Brandeg.)<br>FS: USFS R2 Sensitive<br>NSR:G1<br>CNHP:G1S1 | Documented in planning area | Substantial Concern regarding the species capability to persist over the long run in the planning area due to extreme rarity. There are only two known occurrences (worldwide), both on Rio Grande National Forest. | |
| Rydberg's golden columbine<br>*Aquilegia chrysantha* (A. Gray) var. *rydbergii* (Munz)<br>FS: USFS Sensitive, BLM Sensitive<br>NSR: G4T1Q<br>CNHP: S1 | May be present but is not documented in the planning area. Suitable habitat is present and the species occurs 30 miles from Rio Grande National Forest boundary | Concern regarding the species capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | Not currently known from the planning area, but the Rio Grande National Forest sits midway between known populations. |
| Vierhapper's aster, alpine aster<br>*Aster alpinus* L. var. *vierhapperi* (Onno) Cronquist<br>NSR: G5T5<br>CNHP: S1 | Documented in planning area | Substantial concern regarding the species capability to persist over the long run in the planning area due to extreme rarity. This is the southernmost observation of this species. | |
| Brandgee's milkvetch<br>*Astragalus brandegeei* Porter<br>FS:<br>NSR: G3G4<br>CNHP: S1S2 | Documented in planning area, two specimens collected in 1986. | Substantial concern regarding the species capability to persist over the long run in the planning area due to extreme rarity and restricted range. Only four specimens of this species have ever been collected on Colorado. | |
| Aztec milkvetch<br>*Astragalus proximus* (Rydb.) Wooton & Standl.<br>FS:<br>NSR: G4<br>CNHP: S2 | Not documented on forest, but very likely to occur | Substantial concern regarding the species capability to persist over the long run in the planning area due to extreme rarity and restricted range.<br>One location known from outside the San Juan Basin just south of Canon, 1.7 miles from the Rio Grande National Forest boundary. | Not documented on the forest, but likely to occur. |

Rvsd Plan - 00000475

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Ripley's milkvetch<br>*Astragalus ripleyi* Barneby<br>FS: USFS R2 Sensitive<br>NSR:G3<br>CNHP: G3S2 | Documented on the planning unit near Conejos river and Terrace Reservoir | Doubt regarding the species capability to persist over the long run in the planning area due to rarity. | |
| Crandall's rockcress<br>*Boechera crandallii* (B.L. Rob) W.A. Weber<br>Synonym: *Arabis crandallii* B.L. Rob.<br>FS: BLM Sensitive<br>NSR:G2<br>CNHP:S2 | May be present but is not documented in the planning area. Suitable habitat is present | Known from within 2 miles of Rio Grande National Forest Boundary. Suitable habitat and elevation are present. | Not documented on Rio Grande National Forest, but likely to occur. Surveys for this species have not been carried out. |
| Northern moonwort<br>*Botrychium pinnatum*<br>H. St. John<br>Synonyms: *B. boreale* Milde subsp. *obtusilobum* (Rupr.) R.T. Clausen, *B. boreale* Milde var. *obtusilobum* (Rupr.) Broun<br>NSR: G4<br>CNHP: S2 | Three records from RGNF | Doubt regarding the species capability to persist over the long run in the planning area due to rarity in the planning area. Limited viability on Rio Grande National Forest due to being on southern edge of the species range. | Rarity on the planning unit may be due to restrictions in the species range rather than overall rarity of the species. |
| Little grapefern, least moonwort<br>*Botrychium simplex* E. Hitchcock<br>Synonyms: *B. tenebrosum* A.A. Eaton<br>NSR: G5<br>CNHP: S2 | One record of 12 individuals in 1995. | Doubt regarding the species capability to persist over the long run in the planning area due to rarity and limited habitat in the planning area. | |
| Lesser tussock sedge<br>*Carex diandra* Schrank<br>FS: USFS R2 Sensitive<br>NSR: G5<br>CNHP: S1 | Likely to occur on forest. | Doubt regarding the species' capability to persist over the long run in the planning area due to rarity.<br>Suitable habitat is present on the forest and a viable population exists seven miles from the Rio Grande National Forest boundary.<br>This is a fen species, the status of this species will be clarified in the fen report. | Not yet documented on the Rio Grande National Forest, but likely to occur.<br>The status of this species will be re-assessed when the fen report is available. |

Rvsd Plan - 00000476

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Mud sedge<br>*Carex limosa* L.<br>NSR: G5<br>CNHP: S2 | Two records from 1945 | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Species is fen-obligate. | |
| Shortflower Indian paintbrush<br>*Castilleja puberula* Rydb.<br>NSR:G2G3<br>CNHP:S2S3 | Three records on RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Species is edaphic. | |
| Slender spiderflower<br>*Cleome multicaulis* DC<br>Synonyms: *Peritoma multicaulis* (DC.) Iltis, *Cleome sonorae* A. Gray<br>NSR: G2G3<br>CNHP: S2S3 | Likely to occur on the RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity.<br>This species is not documented on the Rio Grande National Forest, but suitable habitat exists and the species has not been specifically surveyed for on this forest. | Not yet documented on the Rio Grande National Forest, but likely to occur. |
| James' cryptantha; catseye; San Juan cryptantha<br>*Cryptantha cinerea* (Greene) Cronquist var. *pustulosa* (Rydb.) Higgins<br>Synonyms: *Cryptantha jamesii* Payson var. *pustulosa* (Rydb.) Harrington; *Cryptantha pustulosa* (Rydb.) Payson;<br>*Oreocarya pustulosa* Rydb.<br>NSR: G5TNR<br>CNHP: S1 | At least one record on forest | Doubt regarding the species' capability to persist over the long run in the planning area due to rarity. Habitat needs are not known. | Taxonomy is very uncertain |
| Weber's catseye<br>*Cryptantha weberi* I.M Johnst.<br>Synonym: *Oreocarya weberi* (I.M. Johnst.) W.A. Weber<br>NSR:G3<br>CNHP: S3 | Three records from RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Colorado endemic known from the Rio Grande National Forest. There are approximately 50 total occurrences of this species, 3 of which are from the Rio Grande National Forest | |

Rvsd Plan - 00000477

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Slender cliffbreak<br>*Cryptogramma stelleri* (S.G. Gmel.) Prantl<br>NSR: G5<br>CNHP: S2 | One historic occurrence | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Lesser yellow lady's-slipper<br>*Cypripedium parviflorum* Salisb.<br>FS: USFS Sensitive<br>NSR:G5<br>CNHP:S2 | May be present but is not documented in the planning area. Suitable habitat is present. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity<br>The habitat and elevation range of this species occurs on the Rio Grande National Forest. Documented 5 and 15 miles away on San Isabel National Forest. | Not currently known from the planning area |
| Mountain bladderfern<br>*Cystopteris montana* (Lam.) Bernh. Ex Desv.<br>Synonym: *Filix montana* (Lam). Underw.<br>NSR: G5<br>CNHP: S1 | One historic occurrence | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Colorado larkspur<br>*Delphinium alpestre* Rydb.<br>Synonym: *Delphinium ramosum* var. *alpestre* (Rydb.) W.A. Weber<br>NSR: G2<br>CNHP: S2 | Three occurrences on the RGNF | Edaphic factors. Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Wahatoya Creek larkspur<br>*Delphinium robustum* Rydb.<br>NSR: G2?<br>CNHP: S2? | Very likely to present but is not documented in the planning area | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Viable habitat is present on Rio Grande National Forest. Has been documented within 300 feet of Rio Grande National Forest boundary. | Not currently known from the planning area |
| Heil's tansy mustard<br>*Descurainia kenheilii*<br>NSR: G1<br>CNHP: S1 | Very likely to present but is not documented in the planning area | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>This species have only been documented once. That record was made 800 feet from the Rio Grande National Forest boundary at Stony Pass. | |

Rvsd Plan - 00000478

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Rocky Mountain draba, San Juan whitlow-grass<br>*Draba graminea* Greene<br>NSR: G2N2<br>CNHP: S2 | Seven occurrences on RGNF. | Edaphic factors. Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Gray's draba<br>*Draba grayana* (Rydb.) C.L. Hitchc.<br>FS: USFS Sensitive<br>NSR: G2<br>CNHP: S2 | At least three sightings on the RGNF | Species identified by a regional forester for which population viability is a concern, as evidenced by: (a) significant current or predicted downward trends in population numbers or density, or (b) significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution. | |
| Smith's draba, Smith's whitlow-grass<br>*Draba smithii* Gilg ex O.E. Schulz<br>FS: USFS Sensitive Species<br>NSR: G2<br>CNHP: S2 | 12 known occurrences on RGNF. | Species identified by a regional forester for which population viability is a concern, as evidenced by: (a) significant current or predicted downward trends in population numbers or density, or (b) significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution. | |
| Alpine tundra draba, Colorado Divide whitlow-grass<br>*Draba streptobrachia* R.A. Price<br>Synonym: *D. spectabilis* Greene var. *dasycarpa* (O.E. Schulz) C.L. Hitchc.<br>NSR: G3<br>CNHP: S3 | Five known occurrences on RGNF – two historic and thee more current. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity. | Natureserve describes threats to the species on the planning unit as "low and manageable." |
| Stream orchid, giant helleborine<br>*Epipactis gigantea* Douglas ex Hook.<br>FS: USFS Sensitive<br>NSR: G4<br>CNHP: S1S2 | Likely to be present. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat<br>Often occurs near geothermal seeps and springs, which are present on Rio Grande National Forest. Species has been documented within 1 mile of Rio Grande National Forest boundary. Suitable habitat is present. | Not currently documented in the planning area |
| Philadelphia fleabane, Philadelphia daisy<br>*Erigeron philadelphicus* L.<br>NSR: G5<br>CNHP: S1 | Present in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |

Rvsd Plan - 00000479

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Colorado wild buckwheat *Eriogonum coloradense* FS: BLM Sensitive NSR: G2 CNHP: S2 | Likely to be present. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity. This species has been documented within 2.7 miles of the Rio Grande National Forest and can use a variety of habitats, many of which are found are Rio Grande National Forest. Colorado endemic. | Not currently documented in the planning area |
| Chamisso's cottongrass, russet cottonsedge *Eriophorum chamissonis* C.A. Mey FS: USFS Sensitive NSR: G5 CNHP: S1 | Likely to be in the planning area. | Concern regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. This species needs saturated alpine soils and fens, which are present on the Rio Grande National Forest. Species has been documented within 11 miles of Rio Grande National Forest boundary. Due to precise habitat needs, this species is inherently rare. | Not currently documented in the planning area The status of this species will be re-assessed when the fen report is available. |
| Slender cottongrass *Eriophorum gracile* W.D.J. Koch FS: USFS R2 Sensitive NSR: G5 CNHP: S2 | One record on RGNF | Concern regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. Very limited information exists regarding this species. | |
| Spiny-spore quillwort *Isoetes tenella* Léman Synonym: *Isoetes setacea* ssp. *muricata,* other synonyms, see notes NSR: G5 CNHP: S2 | Four reports, none since 1988. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. Many synonyms: *Isoetes braunii* Durieu; *Isoetes echinospora* Durieu; *Isoetes echinospora* Durieu subsp. *asiatica* (Makino) Á. Löve; *Isoetes echinospora* Durieu subsp. *muricata* (Durieu) Á. Löve & D. Löve; *Isoetes echinospora* Durieu var. *asiatica* Makino; *Isoetes echinospora* Durieu var. *braunii* (Durieu) Engelm.; *Isoetes echinospora* Durieu var. *hesperia* (C.F. Reed) Á. Löve; *Isoetes echinospora* Durieu var. *muricata* (Durieu) Engelm.; *Isoetes echinospora* Durieu var. *robusta* Engelm.; *Isoetes echinospora* Durieu var. *savilei* B. Boivin; *Isoetes muricata* Durieu; *Isoetes muricata* Durieu var. *braunii* (Durieu) C.F. Reed; *Isoetes muricata* Durieu var. *hesperia* C.F. Reed; *Isoetes setacea* Lam. p.p.; *Isoetes setacea* Lam. subsp. *muricata* (Durieu) Holub;(USDA NRCS 2015) | There is very little information regarding this species. |

Rvsd Plan - 00000480

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Colorado woodrush<br>*Luzula subcapitata* (Rydb.) Harrington<br>NSR: G3<br>CNHP: S3 | One report in 1972 | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. Fen species<br>One sighting from 1972, none since. | The status of this species will be re-assessed when the fen report is available. |
| Colrado tansy-aster<br>*Machaeranthera coloradoensis* (Gray) Osterhout<br>FS: USFS R2 Sensitive<br>NSR: G3<br>CNHP: S3 | Present on the forest | Doubt regarding the species' capability to persist over the long run in the planning area due to rarity in the planning area. | |
| House's stitchwort, House's sandwort<br>*Minuartia macrantha* (Rydb.) House<br>Synonym: *Alsinanthe macrantha*(Rydb.) W.A. Weber, *Arenaria macrantha* (Rydb) A. Nelson ex J.M Coult. & A. Nelson<br>NSR: G3<br>CNHP: S3 | Documented in planning area. Herbarium specimens of this species collected on the RGNF in 1945, 1981, and 2003 | Doubt regarding the species' capability to persist over the long run in the planning area due to rarity in the planning area. Restricted to alpine habitats | |
| Bill's neoparrya; rock-loving aletes<br>*Neoparrya lithophila* Mathias<br>Synonym: *Aletes lithophila* (Mathias) W.A. Weber*; Aletes lithophilus* (Mathias) Weber]<br>FS: Sensitive<br>NSR: G3<br>CNHP: S3 | Four known populations on RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to rarity in the planning area. | Four populations are rated excellent, with population size, size of occupied area, condition of habitat and landscape context |
| Parry's oxytrope; Parry's crazy-weed<br>*Oxytropis parryi* A. Gray<br>NSR: G5<br>CNHP: S1 | One sighting on the forest | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |

Rvsd Plan - 00000481

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Kotzebue's grass of Parnassus<br>*Parnassia kotzebuei* Cham. Ex. Spreng.<br>Synonym: *Parnassia kotzebuei* Ex Spreng. Var. *pumila* Hitchc. & Ownbey<br>FS: USFS Sensitive<br>NSR: G5<br>CNHP: S2 | Likely to be present in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Species grows in wet alpine meadows and forest openings both of which are present on the Rio Grande National Forest. This species has been documented within 4 miles of the Rio Grande National Forest boundary. | Not currently documented in the planning area. |
| Degener's beardtongue<br>*Penstemon degeneri* Crosswh.<br>FS: BLM and USFS Sensitive<br>NSR: G2<br>CNHP: S2 | Very likely to be planning area. | Concern regarding the species' capability to persist over the long run in the planning area due to extreme rarity.<br>Species uses pinyon-juniper woodlands, ponderosa park lands, oak brushlands and mountain meadows, all of which occur on the Rio Grande National Forest. This species has been documented within 10 miles of the Rio Grande National Forest boundary. The Rio Grande National Forest sits midway between two known populations. | Not currently documented on the planning area. |
| Silkyleaf cinquefoil, Southern Rocky Mountain cinquefoil<br>*Potentilla ambigens* Greene<br>NSR: G3<br>CNHP:S2 | Three known occurrences on the RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Arizona willow<br>*Salix arizonica* Dorn<br>FS: Sensitive<br>NSR: G2G3<br>CNHP: S1 | One record from RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | |
| Sage willow<br>*Salix candida* Flüggé ex Willd<br>FS: USFS Sensitive<br>NSR: G5<br>CNHP: S2 | Very likely to be planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>This species used permanently saturated peatlands in rich or extremely rich fens with basic pH. Habitat of that sort is present on the Rio Grande National Forest.<br>There is one record of this species occurring on the Rio Grande National Forest, but that record appears to have been a misidentification of the species. | Not currently documented on the planning area.<br>The status of this species will be re-assessed when the fen report is available. |

Rvsd Plan - 00000482

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Autumn willow<br>*Salix serissima*(L.H. Bailey) Fernald<br>FS: USFS Sensitive<br>NSR: G4<br>CNHP: S1 | Very likely to be planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>This species used permanently saturated peatlands in rich or extremely rich fens with basic pH. Habitat of that sort is present on the Rio Grande National Forest.<br>This species has been documented within 2.5 miles of the forest boundary. | Not currently documented on the planning area<br>The status of this species will be re-assessed when the fen report is available. |
| Webers saw-wort<br>*Saussurea weberi* Hultén<br>NSR: G2G3<br>CNHP: S2 | Likely to be present in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>One specimen of this species was collected in 2009 1.3 miles away from the boundary, but 50 miles south of any other sighting. Regional endemic species, the occurrences near the Rio Grande are the southern-most for the species.<br>Suitable habitat for this species is present on the Rio Grande National Forest. | Not currently documented on the planning area.<br>No surveys for this species have yet occurred on the RGNF. |
| Tufted alpine saxifrage, tundra saxifrage<br>*Saxifraga caespitosa* L. subsp. *monticola* (Small) A.E. Porsild<br>Synonym: *Muscaria monticola* Small, many other synonyms<br>NSR: G5T5<br>CNHP: S2* | One sighting in 1998 | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity<br>More synonyms – *Muscaria micropetala* Small; *Muscaria monticola* Small; *Saxifraga caespitosa* L. var. *minima* Blank.; *Saxifraga cespitosa* L. subsp. *monticola* (Small) A.E. Porsild, orth. var.; *Saxifraga cespitosa* L. var. *minima* Blank., orth.; *Saxifraga micropetala* (Small) Fedde var. *Saxifraga monticola* (Small) Á. Löve & D. Löve | Evaluated for inclusion on R2 Sensitive list and excluded due to stable population trend. Also, occurrence on Rio Grande National Forest may be peripheral to species habitat. |
| King's campion<br>*Silene kingie* (S. Watson) Bocquet<br>Synonym: *Gastrolychnis kingie* (S. Watson) W.A. Weber<br>NSR: G2G4Q<br>CNHP: S1 | One record from RGNF, in 1995 | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>More synonyms: *Lychnis kingii* S. Watson<br>*Melandrium kingii* (S. Watson) Tolm. *Wahlbergella kingii* (S. Watson) Rydb. *Lychnis apetala* var. *kingii* (S. Watson) S.L. Welsh | But this may be a peripheral occurrence. |

Rvsd Plan - 00000483

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Pale blue-eyed grass *Sisyrinchium pallidum* Cholewa & Douglass M Hend. FS: BLM Sensitive NSR: G3 CNHP: S2 | Likely to be present in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. This species is known from 3.3 and 10 air miles away, the wetland habitat of this species is known from the Rio Grande National Forest. | Not currently documented in the planning area. Surveys for this species have not occurred. The status of this species will be re-assessed when the fen report is available. |
| Sphagnum bog-moss *Sphagnum angustifolium* (C. Jens. ex Russ.) C. Jens. in Tolf Multiple synonyms, see notes. FS: NSR: CNHP: | One record from RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat (iron fens). More synonyms: *Sphagnum recurvum* var. *tenue* Klinggr. *Sphagnum parvifolium* (Sendtn.) Warnst. *Sphagnum recurvum* ssp. *angustifolium* C. Jens. ex Russ. *Sphagnum fallax* var. *angustifolium* (C. Jens. ex Russ.) Nyh. *Sphagnum flexuosum* var. *tenue* (Klinggr.) Pilous, *Sphagnum recurvum* var. *parvifolium* Sendtn. ex Warnst. | Rio Grande National Forest may be peripheral to this species range. |
| Baltic sphagnum, Baltic bog-moss *Sphagnum balticum* (Russ.) C. Jens. FS: NSR: CNHP: | Likely present in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat (iron fens). This species is known from less than 10 miles away, the iron fen habitat of this species is known from the Rio Grande National Forest | Not currently documented in the planning area The status of this species will be re-assessed when the fen report is available. |
| Smooth Easter daisy *Townsendia glabella* A. Gray ex Rothr. NSR: G2 CNHP: S2 | Likely to be present but is not documented in the planning area. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. This species is not known from the Rio Grande National Forest but is known from less than a mile from the boundary. The habitat of this species is present on the Rio Grande National Forest making it likely that this species is present | Not currently documented in the planning area |
| Rothrock's Townsend daisy *Townsendia rothrockii* A. Gray ex Rothr. NSR: G2G3 CNHP: S2S3 | Three records from RGNF | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat. | Natureserve does not consider any of the populations known from the Rio Grande National Forest to be at risk. |

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Occurrence on Planning Unit | Rationale for inclusion on species of conservation concern list | Uncertainty |
|---|---|---|---|
| Lesser bladderwort<br>*Utricularia minor*<br>FS: USFS Sensitive<br>NSR: G5<br>CNHP: S2 | Likely to occur.<br>Suitable habitat is present. | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>This species is not documented on the Rio Grande National Forest, but is known from 8.0 air miles away. The fen and wetland habitat of this species is known from the Rio Grande National Forest making it likely that this species is present. | Not documented on planning area, but likely to occur. The status of this species will be re-assessed when the fen report is available. |
| New Mexico cliff fern<br>*Woodsia neomexicana* Windham<br>NSR: G4<br>CNHP: S2 | Three records from Rio Grande National Forest | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Rarity, limited habitat (epipectric) | |
| Plummer's cliff fern<br>*Woodsia plummerae* Lemmon<br>NSR: G5<br>CNHP: S1 | Two records from Rio Grande National Forest | Doubt regarding the species' capability to persist over the long run in the planning area due to extreme rarity and limited habitat.<br>Rarity, limited habitat (epipectric) | |

Rvsd Plan - 00000485

# At-risk Species Ecosystem Conditions, Features and Risk Factors

The "At-Risk" list includes all species in the planning area determined and listed as threatened, endangered, candidate, or proposed by the Fish and Wildlife Service, as well as species of conservation concern documented by the Forest Service. The 2012 Planning Rule requires the Forest Service to identify the status of at-risk species by considering existing plan direction (mentioned previously in this document) as well as the ecological conditions needed to support the species and the status of the ecological conditions in the plan area.

To this end, staff from the Rio Grande National Forest and the Forest Service Rocky Mountain Regional Office (Region 2) compiled a database of ecological conditions used and needed by at-risk species, including habitats, ecological conditions and features used or needed by the species, as well as risk factors faced by those species. This database was compiled from information consolidated for each species in Species Overviews, including current status and distribution within the plan area.

Species listed as threatened, endangered, candidate, or proposed by the Fish and Wildlife Service are listed in bold print.

**Table 4. Ecosystem conditions, features, and risk factors for at-risk species on the Rio Grande National Forest**

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| **Fish and Amphibians** | | | |
| Boreal toad *Anazyrus boreas boreas* | Wetlands above 7,500 feet Forests, woodlands, sagebrush and meadows within 0.56 mile of wetlands | Shallow wetlands for breeding Terrestrial habitat with vegetative cover for foraging Burrows for winter hibernation | Chytrid fungus Decreased water and air quality. Timber harvest *Livestock grazing* *Habitat fragmentation* *Non-native species and management of non-native species* *Climate change* |
| Northern leopard frog *Rana pipiens* | Palustrine wetlands | Small lakes (less than 20 acres) within palustrine wetlands Vegetated shorelines on those lakes Ponds separated from each other, but not too far apart Unconsolidated pond bottom Very low salinity | Chytrid fungus Ranavirus Water pollution Water development (dewatering) Development/Habitat loss/fragmentation Presence of fish in the ponds. Non-native fish Bullfrogs *Climate change* |
| Rio Grande cutthroat trout *Oncorhynchus clarki virginalis* | Lacustrine Lakes Rivers and Streams | Pools (within streams) with vegetated shorelines | Non-native trout Whirling disease |
| Rio Grande chub *Gila pandora* | Lacustrine lakes Rivers | Cool, fast flowing reaches with coarse substrate for breeding Riffles for breeding Overhanding vegetation around pools in creeks and streams | Sedimentation Presence of non-native fish: trout, northern pike, common carp, white sucker. Habitat loss or fragmentation due to urbanization (or other development) or dewatering |

Rvsd Plan - 00000487

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---------|--------------------------------|------------------------------------------------|-------------------------------------------------------------------------------------------------------------|
| Rio Grande sucker *Catostomus plebeius* | Rivers | Clear cold streams<br>Cobble to boulder substrate with particle size of 2.5 to 19.7 inches<br>Glides<br>Low-velocity stream margins as shelter for Young-of-year.<br>Riffles<br>Shaded by willow of other shrubs<br>Stream depth 3.9 to 15.7 inches<br>Low stream gradient<br>Stream velocity below 3.7 fps, preferably below 0.7 | Development: dewatering or reduced stream flow<br>Habitat fragmentation due to development or dewatering<br>Sedimentation<br>*Wildland fire as a source of sedimentation.*<br>Presence of non-native fish: trout, northern pike, white sucker |
| **Invertebrates** | | | |
| **Uncompahgre fritillary butterfly** *Boloria acrocnema* | Alpine tundra | Large patches of snow willow | *Sheep grazing*<br>*Recreational use*<br>*Overzealous collection of this species by hobbyists and scientists.* |
| Western bumblebee *Bombus occidentalis* | General | Cavities for breeding and wintering<br>Nectar producing plant species<br>Appropriate post-disturbance seed mixes | Habitat fragmentation<br>*Livestock grazing*<br>*Vegetation management* |
| White-veined Arctic *Oeneis bore* | Alpine tundra | Gravelly and shale areas<br>Bogs<br>Wet hummocky areas | |
| **Birds** | | | |
| **Gunnison sage-grouse** *Centrocercus minimus* | Sagebrush<br>Semi-desert shrubland<br>Riparian habitats adjacent to sagebrush and semi-desert shubland (occasionally) | | Destruction of habitat due to development: urbanization, roads, agriculture.<br>Habitat loss due to wildland fire<br>Pinyon-Juniper Encroachment<br>*High intensity livestock grazing* |

Rvsd Plan - 00000488

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species (factors listed in italics are uncertain on the Rio Grande National Forest) |
|---|---|---|---|
| **Southwestern willow flycatcher** *Empidonax traillii extimus* | Riparian habitat with dense "messy" thickets of willow and/or salt cedar. | Thickets two meters or taller, greater than 50 percent cover and complex enough to disguise nests. | High intensity livestock grazing *Invasive Plants* *Invasive Plant Management* Recreational use of riparian areas *Brown-headed cowbirds??* Loss of cover and complexity due to wildland fire. |
| White-tailed ptarmigan *Lagopus leucura* | Alpine | Krummholz Rocky areas Alpine willow patches | High intensity grazing Recreational use *Climate change* *Mining* |
| **Mexican spotted owl** *Strix occidentalis lucida* | Mixed Conifer/Aspen forests Ponderosa Pine Woodlands Canyonlands Pinyon-Juniper Woodlands Riparian Areas | Canyons Caves Cliffs | Vegetation Management Wildland Fire |
| **Yellow-billed cuckoo** *Coccyzus americanus* | Riparian areas Cottonwood galleries | Large patches of willow and cottonwood Thick understory Canopy closure greater than 70 percent | Water development Development - Habitat loss Livestock Grazing (High intensity) Pesticide use |
| Bald eagle *Haliaeetus leucocephalus* | Riparian habitat Lacustrine Lakes Cottonwood galleries Agricultural lands (occasional) Semi-desert shrubland (occasional) Montane shrubland (occasional) Low-Mid Elevation Woodlands (occasional) | Mature old-growth trees with strong structure near water. Snags (structurally sound) Water bodies – large lakes and rivers Rock outcrops | Illegal shooting Habitat loss due to vegetation management *Recreational use* Biocide use Decreasing food supply. |
| Black swift *Cypseloides niger* | Riparian habitats, from alpine treeline down through the Pinyon-Juniper forest. Alpine tundra | Rock crevices and mossy shaded areas very close to waterfalls | Drought *Vegetation management* *Development of roads and water diversion facilities* *Climate change* |

Rvsd Plan - 00000489

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Boreal owl *Aegolius funereus* | Subalpine Spruce-Fir forests Stands of large aspen trees within Subalpine Spruce-Fir forests Mature conifers forests in general | Large diameter aspen or conifer trees in late seral stands. Northern flicker cavities Cool, high altitude micro-sites Prey: Voles, shrews, squirrels and passerine birds. | Timber harvesting Wildland Fire Beetle mortality Vegetation management |
| Flammulated owl *Otus flamineolus* | Mature Ponderosa Pine Woodlands Mature Mixed Conifer/Aspen stands | Northern flicker cavities in large Aspen trees and large snags | Timber harvesting Wildland Fire Vegetation management |
| Golden eagle *Aquila chrysactos* | Grasslands Arid landscapes Shrublands Semi-desert shrublands Pinyon-Juniper woodlands | Rock crevices in cliffs Prey: Hares, rabbits, ground squirrels, prairie dogs, marmots Carrion Rock outcrops | Illegal shooting Loss of prey due to extermination of prairie dogs and other wild rodents Electrocution from power lines Wind energy development Agricultural conversion Habitat loss due to wildland fire |
| Brewer's sparrow *Spizella breweri* | Desert Scrub Semi-desert shrubland Sagebrush shrubland | Large patches of sagebrush High Sagebrush cover | *Habitat loss due to livestock grazing, urbanization, agricultural conversion, and wildland fire.* *Herbicide use.* |
| Northern goshawk *Accipter gentiles* | Late seral forested landscapes Aspen woodlands Mixed conifer woodlands Ponderosa pine woodlands Subalpine Spruce-Fir forests Engelmann Spruce | Large trees, especially Aspen and Ponderosa pine Open understory Canopy closure over 40 percent | Timber harvest Wildland Fire Suppression |
| Olive-sided flycatcher *Contopus cooperi* | Aspen woodlands Mixed conifer woodlands Ponderosa pine woodlands Subalpine Spruce-Fir forests Riparian habitats Low-elevation woodlands | Early successional post-fire areas Edge/opening areas Short needled conifers | Homogenous fuel treatments Habitat loss due to wildland fire suppression. |

Rvsd Plan - 00000490

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Peregrine falcon *Falco peregrine's anatum* | Low-elevation woodlands Conifer-dominated forests Grasslands Shurblands Arid to semi-arid landscapes Forested landscapes. | South-facing cliffs that are greater than 100 feet tall. Prey: Birds | *Poisoning (Pesticide use)* Disturbance from recreational use (rock climbing) Illegal take. Vegetation management |
| Veery *Catharus fuscescens* | Montane riparian corridors | Dense thickets Occasional disturbance | *High intensity livestock* *Habitat loss due to development* *Timber harvesting* *Brown-headed cowbird nest parasitism* |
| **Mammals** | | | |
| **Black-footed ferret** *Mustela nigripes* | Grasslands | Prairie dog towns Prey: Prairie dogs and other small mammals Prairie dog burrows | Development – habitat loss Poisoning Disease – Sylvatic plague (kills prairie dogs, leaving ferrets with no prey) Hunting/Shooting/Trapping |
| **Canada lynx** *Lynx canadensis* | Subalpine spruce-fir forests | Hunting and foraging areas: mid to early seral subalpine spruce-fir forests, willow and cottonwood thickets North-facing slopes with large woody debris in later seral spruce-fir forests Prey: snowshoe hare and small mammals | |
| **New Mexico meadow jumping mouse** *Zapus hudsonius luteus* | Riparian habitats Wetlands | Persistent emergent vegetation. Tall dense sedges Contiguous habitat/Connectivity Soil moisture | Livestock grazing Drought Climate change Wildland fire Development Vegetation management (mowing) |

Rvsd Plan - 00000491

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| American marten *Martes americana* | Subalpine spruce-fir forests (mature) Lodgepole pine forests (mature) Alpine tundra | Coarse woody debris (large logs greater than 18 inches diameter) for subnivean rest sites Prey: Voles, shrews, squirrels and small mammals Snags for rest sites Squirrel middens Spruce/Fir size greater than 8 inches dbh. Snags greater than 8 inches dbh., snags greater than 16 inches dbh are even better | Timber harvest Hunting Beetle mortality. |
| Fringed myotis bat *Myotis thysanodes* | Ponderosa pine woodlands Pinyon-Juniper woodlands Arid areas – deserts, arid grasslands, semi-desert shrubland and desert scrub. Montane shrubland Low-elevation conifer | Mines, Caves, and rock crevices Cavities in large conifer snags Prey: Beetles and moths Cavities in structures | White-nose syndrome Recreational caving Timber harvesting Urbanization *Agricultural conversion* *Water development* *Building and bridge modification* Wildland fire |
| Gunnison prairie dog *Cynomys gunnisoni* | Grasslands Gambel Oak/Mixed Montane shrub Semi-desert shrubland | Food: grasses, forbs, sedges and shrubs | *Habitat loss due to agricultural conversion, oil and gas development, urbanization* Direct human-caused mortality: Hunting and shooting and poisoning. Disease: Sylvatic plague Habitat alteration due to livestock grazing, vegetation management, invasive plants, wildland fire, and wildland fire suppression. |
| Hoary bat *Lasiurus cinereus* | Conifer forests: Subalpine Spruce-Fir, Ponderosa Pine, and Pinyon-Juniper | Tree branches with foliage | Timber harvest Vegetation management: pesticide use *Wind energy development* Beetle mortality |
| Wolverine *Gulo gulo luscus* | Alpine Subalpine Spruce-Fir forests | Avalanche chutes with coarse woody debris piles at base Persistent snow over 5 feet | Climate change |

Rvsd Plan - 00000492

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| River otter *Lontra canadensis* | Riparian habitats | In-stream cover Prey: Fish Riparian vegetation greater than 50 percent cover Stream flow over 50 cfs. | Poor water quality Vegetation management (loss of riparian vegetation) Livestock grazing (Degradation of Vegetation) *Hunting* *Water development and depletion* *Mining (pollution)* *Urbanization* |
| Rocky Mountain bighorn sheep *Ovis canadensis canadensis* | Alpine areas | Adequate forage Rock outcrops, cliffs and ledges to provide vertical relief from predators and visibility. Migration corridors | Disease issues Proximity to domestic sheep or goats Recreational use, unintentional harassment Recreational use, consumption of human food and food wrappers Lack of migration routes (staying year-round in same location can result in parasites). |
| Townsend's big-eared bat *Corynorhinus townsendii townsendii* | Caves and mines | Caves and mines: Stable interior temperature for wintering and breeding Smaller caves and mines (without stable temp) for short-term summer sheltering locations | *Recreational caving* *Renewed mining* *Human use, including over-zealous scientific collecting* |
| Plains pocket mouse *Perognathus flavescens* | Pinyon-Juniper woodlands Arid landscapes | Sand dunes Rocky gravel soils within Pinyon Juniper woodlands Livestock grazing to maintain disturbance regime | |
| Northern pocket gopher *Thomomys talpoides agrestis* | Alpine tundra Hedgerows in Agricultural areas Grasslands Semi-desert shrublands Montane shrublands Grassy openings in conifer dominated forests, including Pinyon-Juniper and Ponderosa Pine woodlands. | Deep soils in grass/forb openings Clay soils or rocky/gravel soils in grassy openings | Vegetation management (herbicide use) Roads |

Rvsd Plan - 00000493

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| **Plants** | | | |
| Black Canyon gilia *Aliciella penstemonoides* | Engelmann Spruce forests Arizona Fescue grasslands | Rock outcrops and cliffs Volcanic substrates: Rhyolite | *Livestock grazing* *Recreational use* *Air pollution* *Genetic isolation* *Inadequate pollination Non-native species* *Climate change* |
| Stonecrop gilia *Aliciella sedifolia* | Alpine tundra | Sparse forb cover Talus slopes Volcanic substrates: Ash-tuffs and andesitic | Presence of *Acomastylis rossi* Recreational use Sheep grazing |
| Rydberg's golden columbine *Aquilegia chrysantha* | Riparian corridors in Spruce-Fir/Subalpine areas | Bases of boulders, seeps, and other cool microsites Granitic soils Organic soils | Development |
| Vierhapper's aster, alpine aster *Aster alpinus* var. *vierhapperi* | Alpine tundra | Alpine saddles Aspen stands | Climate change Lack of information regarding species Habitat loss or fragmentation. |
| Brandgee's milkvetch *Astragalus brandegeei* | Arizona fescue grasslands | unknown | Development Lack of information regarding species |
| Aztec milkvetch *Astragalus proximus* | Pinyon-Juniper | Shale derived soils | Development Lack of information regarding species |
| Barneby Ripley's milkvetch *Astragalus ripleyi* | Arizona fescue grasslands Ponderosa Pine woodlands Pinyon-Juniper woodlands | Mesic sites in otherwise dry locations Occasional disturbance Shaded by willow or other shrubs Slopes up to 30 percent Volcanic substrates: San Juan volcanic field (tuffaceous ash-flow sheets, basaltic flows, reworked volcanic materials | Recreational use – trampling, ATV big game retrieval, illegal off-road vehicle use Livestock grazing (sheep and cattle) Non-native plant species (sweet clover) Wildfire suppression Firewood collection (trampling) |
| Crandall's rockcress *Boechera crandallii* | | Open areas within woodlands, shrublands, and forests | |

Rvsd Plan - 00000494

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Narrowleaf grapefern *Botrychium lineare* | Montane forests Aspen woodlands | Occasional disturbance Small open areas | Lack of information regarding species. |
| Northern moonwort *Botrychium pinnatum* | Alpine tundra Subalpine Spruce-fir forests (closed canopy) Wet meadows within spruce-fir forests | High soil moisture | Development Lack of information regarding species |
| Little grapefern *Botrychium simplex* | Open habitat | High soil moisture for at least part of year Fens | Development Lack of information regarding species |
| Lesser tussock sedge *Carex diandra* | Fens Wetlands | Fens Wetlands, especially peat-accumulating wetlands Lake and pond margins | Dewatering Cattle or wildlife herbivory Habitat destruction due to logging, development, or recreation |
| Mud sedge *Carex limosa* | Subalpine Spruce-Fir forests | Fens Hydrologic stability Floating mats on small lake basins or depressions | Lack of information regarding species |
| Shortflower Indian paintbrush *Castilleja puberula* | Alpine tundra Bristlecone/Krummholz | Dry areas within tundra Fell-field community Slopes 0 to 30 percent | Wildlife grazing/browsing Recreational use |
| Slender spiderflower *Cleome multicaulis* | Grasslands Alkaline of saline playas | Moist but not saturated soils Alkaline soils | Dewatering Creation of artificial wetlands |
| James' cryptantha *Cryptantha cinerea* var. *pustulosa* | Ponderosa Pine woodlands Arid landscapes Desert Scrub Pinyon Juniper Woodlands Non-vegetated areas | unknown | Taxonomic uncertainty Lack of information regarding the species |
| Weber's catseye *Cryptantha weberi* | Sparsely vegetation mountain areas. | Rock crevices Volcanic substrates: andesitic substrates Occasional disturbances | Recreational use trampling |

Rvsd Plan - 00000495

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species (factors listed in italics are uncertain on the Rio Grande National Forest) |
|---|---|---|---|
| Slender cliffbreak *Cryptogramma stelleri* | Conifer-dominated forests | Outcrops, cliffs and crevices made of calcareous rocks Moss and duff in moist shaded areas. Seeps and dripping water in areas with calcareous substrates | Climate change |
| Lesser yellow lady's-slipper *Cypripedium parviflorum* | Aspen and mixed conifer communities | Part of the forb community. Ephemeral seeps and springs | Unmanaged recreation High intensity grazing Flower collection Dewatering |
| Mountain bladderfern *Cystopteris montana* | Subalpine Spruce-Fir Forests Engelmann Spruce forests | Moist rich soils | Development Timber harvesting |
| Colorado larkspur *Delphinium alpestre* | Alpine meadows | Meadows Seasonal seeps Rocky and exposed conditions Species is likely edaphic but the specific substrate needed has not been identified. | Recreational use (trampling) Mining Climate change |
| Wahatoya Creek larkspur *Delphinium robustum* | Alpine tundra Talus slopes | Seasonal seeps Rocky and exposed soil conditions Species is likely edaphic but the specific substrate needed has not been identified. | Recreational use (trampling) Mining Climate change |
| Heil's tansy mustard *Descurainia kenheilii* | Alpine tundra | Unknown | Lack of information regarding species. *Recreation: trampling* *Grazing* *Mining* *Climate change* |

Rvsd Plan - 00000496

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Rocky Mountain draba, *Draba graminea* | Alpine tundra | Talus slopes<br>Alpine dwarf shrubland<br>Alpine tundra dry meadow<br>Alpine fell-field community<br>Late snowmelt areas<br>Rock crevices and outcrops<br>Volcanic substrates: Ash-tuffs and andesitic substrates | unknown |
| Gray's draba, *Draba grayana* | Alpine<br>Subalpine<br>Talus slopes | Talus slopes<br>Fell field community<br>Rock outcrops, and crevices<br>Rocky gravel soils<br>Steep slopes | Recreational use (trampling)<br>Livestock grazing and trampling<br>Air pollution<br>Presence of non-native species (noxious weeds)<br>Wildlife grazing/browsing |
| Smith's draba, *Draba smithii* | Subalpine Spruce-Fir forests<br>Aspen woodlands<br>Montane riparian corridors<br>Arizona fescue grasslands | Rock outcrops<br>Talus slopes | Lack of information regarding this species |
| Alpine tundra draba, *Draba streptobrachia* | Alpine | Finely weathered rock and loose soil<br>Ridges and slopes<br>Scree margins<br>Talus slope margins | *Climate change* |
| Stream orchid, giant helleborine *Epipactis gigantea* | Montane riparian corridors<br>Wetlands | Willow and cottonwood thickets<br>Fens<br>Seeps and springs<br>Saturated soils | Water development – dewatering<br>Non-native plant species<br>Climate change |
| Philadelphia fleabane, Philadelphia daisy *Erigeron philadelphicus* | Wetlands<br>Grasslands | Seasonal seeps<br>Wet meadows<br>High soil moisture | Lack of information regarding this species |

Rvsd Plan - 00000497

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Colorado wild buckwheat *Eriogonum coloradense* | Open and xeric areas Pinyon-Juniper woodlands Grasslands Ponderosa Pine woodlands Alpine cushion plant communities | | |
| Chamisso's cottongrass, russet cottonsedge *Eriophorum chamissonis* | Alpine tundra Wetlands | Saturated soils (year-round) Fens Wet meadows | Dewatering |
| Slender cottongrass *Eriophorum gracile* | Subalpine | Wet meadows Fens Standing water Floating mats Low gradients Soils saturated for entire growing season | Water development (dewatering) Illegal off-road vehicle use (wheel ruts can act as drains and change hydrology over small areas) Climate change |
| Spiny-spore quillwort *Isoetes tenella* | Palustrine wetlands Lacustrine lakes Alpine Subalpine | Shallow water Ponds within wetlands Ponds in alpine and subalpine ecosystems Lightly acidic oligotrophic | Livestock grazing Wildfire suppression Presence of non-native species (invasive plants) Water development/dewatering Wildfire suppression – retardant and foaming agents Lack of information regarding the species. |
| Colorado woodrush *Luzula subcapitata* | Alpine Subalpine Lacustrine lakes | Bogs Willow cars Riparian corridors Tundra Subalpine lake shores Subalpine meadows fens | Water development – dewatering Lack of information regarding this species Climate change |

Rvsd Plan - 00000498

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Colrado tansy-aster *Machaeranthera coloradoensis* | Grasslands<br>Talus slopes<br>Subalpine Spruce-Fir Forests<br>Lodgepole Pine forests<br>Ponderosa Pine forests<br>Pinyon-Juniper forests<br>Alpine ecosystems | Edaphic: volcanic calcerous substrates.<br>Open areas, not closed canopy | *Livestock trampling*<br>*Recreational trampling*<br>*ATV retrieval of big game* |
| House's stitchwort *Minuartia macrantha* | Alpine tundra | Cushion plant communities<br>Rocky gravel soils | High intensity sheep grazing<br>Illegal off-road vehicle use<br>Non-native plant species |
| Bill's neoparrya *Neoparrya lithophila* | General | Rock outcrops and cliffs<br>Proximity to volcanic calcerous substrates<br>Edaphic: Latitic lava and ash-tuffs substrates | *Recreational use*<br>*Livestock grazing* |
| Parry's oxytrope *Oxytropis parryi* | Alpine<br>Montane | Alpine meadows<br>Rocky slopes and saddles | Presence of non-native species (invasive plants)<br>Climate change |
| Kotzebue's grass of Parnassus *Parnassia kotzebuei* | Alpine tundra<br>Grassy openings in subalpine areas<br>Wetlands | Wet meadows<br>Seeps and Springs<br>Alpine meadows<br>Saturated soil, year round | Lack of information regarding species dewatering |
| Degener's beardtongue *Penstemon degeneri* | Pinyon-Juniper Woodlands<br>Montane Meadows<br>Ponderosa Pine Woodlands | Ecotones – meadow edges, canyon rims<br>Igneous substrates that are poorly developed and dry<br>Rock crevices | Livestock grazing<br>Recreational use<br>Development<br>Infrastructure<br>Lack of information regarding species. |
| Silkyleaf cinquefoil, *Potentilla ambigens* | Montane<br>Subalpine | Riparian corridors<br>Wet meadows<br>Arizona fescue grasslands<br>Willow cars<br>Occasional disturbance | Climate change<br>Illegal off-road use<br>Recreational use (trampling) |

Rvsd Plan - 00000499

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species *(factors listed in italics are uncertain on the Rio Grande National Forest)* |
|---|---|---|---|
| Arizona willow *Salix arizonica* | Subalpine Spruce-Fir Montane | Wet meadows Riparian corridors Low gradient Rocky gravel soils Volcanic substrates | Livestock grazing Air pollution Recreational use trampling ATV retrieval of big game |
| Sage willow *Salix candida* | Wetlands | Iron Fens Soil moisture rich in nutrients Alkaline pH. | Dewatering |
| Autumn willow *Salix serissima* | Wetlands | Iron Fens Soil moisture rich in nutrients Alkaline pH. | Dewatering |
| Webers Saw-wort *Saussurea weberi* | Alpine tundra | Tundra Wet ledges at high elevation | Climate change Recreation |
| Tufted alpine saxifrage *Saxifraga caespitosa* subsp. *monticola* | Alpine | Alpine cushion communities | *Small size and isolation of population segments* *Non-native species (invasive plants)* |
| King's campion *Silene kingie* | Subalpine Spruce-Fir Alpine | Tundra Alpine cushion plan communities Edaphic – calcerous substrates | Lack of information regarding species. |
| Pale blue-eyed grass *Sisyrinchium pallidum* | Wetlands Montane riparian corridors Lake margins | Fens Wetlands Lake margins Above permanent inundation level but below upland species. May need or prefer calcerous soils | Dewatering Climate change Changes in precipitation regime Grazing Recreation |
| Sphagnum bog-moss *Sphagnum angustifolium* | Subalpine Spruce-Fir | pH acidic – below 5.8, often below 4.8. | *Recreational use* |
| Baltic sphagnum, Baltic bog-moss *Sphagnum balticum* | Subalpine Spruce-Fir | pH acidic | *Recreational use* |

Rvsd Plan - 00000500

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Species | Ecosystems used by this species | Conditions and Features needed by this species | Risk Factors for this species (factors listed in italics are uncertain on the Rio Grande National Forest) |
|---|---|---|---|
| Smooth Easter daisy *Townsendia glabella* | Ponderosa pine woodlands | Oak brush understory Substrate: Smoky hills members of the Mancos Bay Oyster Beds Substrate: Shale-derived substrates Species is edaphic | Development Recreational Use Livestock grazing |
| Rothrock's Townsend daisy *Townsendia rothrockii* | Alpine Subalpine Talus slopes | Tundra Fell-field community Krummholtz Talus slopes Subalpine meadows Cushion plant communities Edaphic – igneous/volcanic calcerous substrates Occasional disturbance Open herbaceous understory | Recreational use – trampling Roads ATV big game retrieval Livestock grazing (intensity( Mining renewal |
| Lesser bladderwort *Utricularia minor* | Palustrine Wetlands | Fens Seeps and Springs Beaver Ponds Marshes Low energy waterflow | Recreational Use Wildland Fire Timber harvesting |
| New Mexico cliff fern *Woodsia neomexicana* | Pinyon Pine habitats Open, sparsely vegetated areas Talus slopes Bare rocky areas | Southwest- to west-facing aspects Cliffs and rock outcrops Rocky, gravelly soils | Recreational use Mining Genetic isolation Climate change |
| Plummer's cliff fern *Woodsia plummerae* | Pinyon Pine habitats Douglas fir habitats Open, sparsely vegetated areas Talus slopes Bare rocky areas | Rock outcrops West-facing aspect Volcanic substrates | Climate change Lack of information regarding species. |

Rvsd Plan - 00000501

### Grouping of Species and Select Set of Ecological Conditions

The "Monitoring" section of the 2012 Planning Rule (§219.12) includes the optional grouping of species and the development of a "select set of ecological conditions," which is tied to "Key Ecosystem Characteristics" developed in Assessments 1 and 3. Species may be grouped based upon shared ecological conditions. These are to be used in monitoring key characteristics of terrestrial and aquatic conditions. Development of the select set of ecological conditions is technically part of the monitoring phase of Forest Plan development, which would occur separately from the assessment phase (this document is part of the Assessment phase, §219.6(b)(5)). However, the two issues are clearly related, and we decided to develop a draft select set, as these conditions relate to the inclusion of species on the species of conservation concern list.

The Forest Service Planning Handbook emphasizes that the select set should include conditions that can be monitored in a direct and efficient way. This includes conditions identified in Assessments 1 and 3 (Terrestrial Ecosystems and System Drivers), as well as those more narrow conditions that apply to at-risk species, which were not identified in the more general assessments.

These are ecosystem characteristics, conditions and features needed to recover federally threatened and endangered species, conserve proposed and candidate species, and to maintain viable populations of species of conservation concern. The selected characteristics, conditions, and features are listed in Table 5 along with the at-risk species that need or use them.

**Table 5. Select set of ecological conditions for at-risk species on the Rio Grande National Forest**

| Ecological Condition or Feature | Description | Associated Species |
|---|---|---|
| Volcanic Substrates: Ash-tuffs, lattitic lava flows, rhyolite, andesitic substrates | These are specific soil types that many plant species are dependent upon. | Black Canyon gilia<br>Stonecrop gilia<br>Barneby Ripley's milkvetch<br>Rocky Mountain draba<br>Colorado tansy aster<br>Bill's neoparrya<br>Arizona willow<br>Kings campion<br>Rothrock's Townsend daisy<br>Plummer's cliff fern<br>Weber's catseye<br>Arizona willow |
| Sedimentary calcerous substrates | These are specific soil types that many plant species are dependent upon. Mostly shale or limestone. | Slender cliffbrake<br>Missouri milkvetch<br>Colorado tansy-aster<br>Bill's neoparrya<br>King's campion<br>Pale blue-eyed grass<br>Smooth Easter Daisy |

Rassdell Plan - 00000502

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Ecological Condition or Feature | Description | Associated Species |
|---|---|---|
| Fens (general) | Wetlands fed by mineral rich groundwater. In the RGNF, many are in alpine areas. | Little grapefern<br>Mud sedge<br>Stream orchid<br>Chamisso's cottongrass<br>Whitebristle cottongrass<br>Slender cottongrass<br>Colorado woodrush<br>Spiny-spore quillwort (unconfirmed)<br>Colorado woodrush<br>Pale blue-eyed grass<br>Lesser bladderwort |
| Iron fens | Fens rich in iron | Sage willow<br>Autumn willow |
| Water quality | Low sediment load<br>Low pollution from roads, agriculture, pesticide use, fire retardant and foaming agents<br>Very low salinity | Boreal toad<br>Northern leopard frog<br>Rio Grande chub<br>Rio Grande sucker<br>River otter<br>Whitebristle cottongrass<br>Slender cottongrass<br>Spiny-spore quillwort<br>Colorado woodrush<br>Sphagnum |
| Presence of non-native fish and amphibians | Risk factor: Compete with, predate, or outbreed native species | Boreal toad<br>Northern leopard frog<br>Rio Grande cutthroat trout<br>Rio Grande chub<br>Rio Grande sucker |
| Large trees and snags, late seral forests | Large enough for cavities and stable enough to support large birds | Bald eagle<br>Boreal Owl<br>Flammulated owl<br>Northern goshawk<br>American marten<br>Fringed myotis bat<br>Western bumblebee |
| Large patches of snow willow | | White-tailed ptarmigan<br>Uncompahgre fritillary butterfly<br>Rocky Mountain draba<br>Colorado woodrush |

Rio Grande National Forest Draft Assessment 5
Identifying and Assessing At-risk Species

| Ecological Condition or Feature | Description | Associated Species |
|---|---|---|
| Willow thickets and Cottonwood galleries | Riparian vegetation dominated by mature cottonwood trees and dense willow. | Rio Grande sucker<br>Southwestern willow flycatcher<br>Yellow-billed cuckoo<br>Bald eagle<br>Canada lynx<br>Western bumblebee<br>Colorado woodrush<br>Silkyleaf cinquefoil<br>Veery<br>Stream orchid<br>Colorado woodrush |
| Sagebrush | | Gunnison sage-grouse<br>Brewer's sparrow |
| Vegetation that overhangs water | Trees and shrubs that overhang the banks ponds, lakes, or slow moving pools in rivers and creeks. | Northern leopard frog<br>Rio Grande cutthroat trout<br>Rio Grande sucker<br>River otter |
| Prey: Small mammal population (prairie dogs, shrews, voles, squirrels, hares, rabbits) | | Mexican spotted owl<br>Boreal owl<br>Flammulated owl<br>Golden eagle<br>Black footed-ferret<br>Canada lynx<br>American marten |
| Prey: Insects | | Boreal toad<br>Southwest willow flycatcher<br>Black swift<br>Fringed myotis bat<br>Hoary bat<br>Townsend's big-eared bat |
| Large caves and mines (stable interior temperature) | Needed for maternity colonies and hibernacula | Fringed myotis bat<br>Hoary bat<br>Townsend's big-eared bat |
| Large Aspen trees | Large enough to contain cavities and/or to support the weight of large birds. | Boreal owl<br>Flammulated owl<br>Northern goshawk |
| Alpine cushion plant communities | | House's stitchwort<br>King's campion |
| Snags | | Flammulated owl<br>American marten<br>Boreal owl<br>Bald eagle |
| Coarse substrate (aquatic) | | Rio Grande chub<br>Rio Grande sucker |
| Occasional disturbance | Natural, such as root wads from trees falling down, or artificial, such as trail maintenance. | Rothrock's Townsend daisy<br>Silkyleaf cinquefoil<br>Barneby Ripley's milkvetch |

| Ecological Condition or Feature | Description | Associated Species |
|---|---|---|
| Northern flicker cavities | | Western bumblebee<br>Fringed myotis<br>Boreal owl<br>Flammulated owl |
| Talus slopes | | Gray's draba<br>Rocky Mountain draba<br>Rothrock's Townsend daisy<br>Colorado tansy-aster<br>Colorado larkspur<br>New Mexico cliff fern<br>Alpine tundra draba<br>Stonecrop gilia<br>Smith's draba |
| Alpine Fellfields | | Gray's draba<br>Rothrock's Townsend daisy<br>Alpine tundra draba<br>Rocky Mountain draba<br>Shortflower Indian paintbrush<br>Colorado tansy-aster |
| Floating vegetation mats | | Mud sedge<br>Slender cottongrass |

Many of the features and conditions listed here are not suitable for any sort of predictive or trend analysis. Some features, such as the presence of non-native fish and amphibian species are too responsive to human management to be usefully modeled. Others, such as volcanic soils, are not subject to trends in the same sense that biological or climate factors are. These areas can be managed and protected, but predictive modeling of them would lead to little benefit given that changes to mineral resources occur very slowly relative to human lifespans.

We compared the conditions and features identified in Table 5 with conditions and trends developed in Assessments 1 and 3 (Ecosystems and Ecosystem Drivers). The following items from the select set are those conditions and features that do not overlap with the ecosystem and ecosystem drivers described and analyzed in Assessments 1 and 3.

- Volcanic substrates: Ash-tuffs, lattitic lava flows, rhyolite, andesitic substrates
- Sedimentary calcerous substrates
- Fens
- Presence of non-native fish and amphibians
- Large patches of snow willow
- Vegetation that overhangs water
- Prey: Small mammal population (prairie dogs, shrews, voles, squirrels, hares, rabbits)
- Prey: Insects
- Large caves and mines (stable interior temperature)
- Coarse substrate (aquatic)

- Occasional disturbance
- Northern flicker cavities
- Floating vegetation mats

Those conditions and characteristics from the select set that have been described in Assessments 1 and 3 are summarized below.

## Large trees and snags, late-seral forests

Currently, only about 13 percent of the forest is in late-successional habitats. This is projected to increase under current plan direction to 19 to 27 percent in the next 20 to 50 years. Even so, this is less than the amount (35 percent) thought to be in late-successional habitat under historic conditions. If, as predicted, disturbances such as large fires and insect outbreaks increase in frequency due to climate change (Vose et al. 2012), the forest may have even less late-successional habitat than model predictions suggest.

## Willow thickets and cottonwood galleries

Modern human activities in the area resulted in the removal of trees and the construction of dams and diversions. These dams regulate water flow, block aquatic organisms and alter erosional processes. A drop in water tables and the elimination of flooding dramatically altered plant composition and structure, notably causing the decline of cottonwoods and willow systems.

The introduction of non-native species like salt cedar (tamarisk) and Russian olive trees has dramatically altered plant composition, structure and altered water table dynamics (Dick-Peddie 1993).

Model simulations indicate that, historically, 63 percent of the ecosystem had open to mid canopy cover, with the remaining 37 percent in closed cover conditions. However, we have lower confidence in the projections for this ecosystem and the underlying models used.

Current conditions contain 30 percent of the riparian vegetation in open to mid canopy cover, substantially less than under the natural range of variation. Future projections indicate a gradual decline of mid cover areas over time. This trend away from the natural range of variation is due to the much longer fire return interval under contemporary conditions.

Management data indicates that less than 20 acres per year is treated in this ecosystem.

This system can be somewhat responsive to management. Removal of invasive plants and replanting with native species can have a mixed benefit, allowing native species an environment with reduced competition, but potentially making the habitat less complex or "messy," which is a critical feature for southwestern willow flycatcher.

Actions to restore natural flooding conditions or to raise the water table can, if maintained, be more effective at restoring native riparian vegetation than invasive plant control. However, actions of that magnitude may be beyond the scope of Forest Service management actions, as it would require significant water rights, changes in management of reservoirs, and have downstream impacts.

## Sagebrush

If the fire return interval estimates are correct, than the sagebrush shrublands are not likely very departed from their historic fire intervals. A reduction in fire occurrence in this type may allow conifer encroachment into shrublands.

Russell Plan - 00000506

A qualitative assessment of model results show that much of the sagebrush shrubland ecosystem was historically comprised of mid- and late-successional classes, with roughly 20 percent containing some juniper cover.

The portion of this ecosystem within the national forest boundary is mostly in late-successional classes and is slightly departed from natural range of variability.

Under future projections, exotic annual grass species and juniper expansion displace much of the native sagebrush. Projections also show an increase in early-seral shrubs such as rabbitbrush (*Chrysothamnus* and *Ericameria* species).

Under historic conditions, wildfire was the dominant driver of vegetation dynamics, whereas under projected future conditions, livestock grazing is the dominant driver in this system, affecting almost 7 percent of the ecosystem on average each year. Exotic invasion also impacted 0.6 percent of the ecosystem annually, and tends to increase the frequency of wildfire where it occurs.

No management treatments were modeled in this ecosystem, as it occurs mostly outside of the Rio Grande National Forest.

## Large aspen trees

Currently, there is less aspen than under historic conditions. However, high levels of disturbance are allowing regeneration of aspen and an increasing trend in aspen forests over the next 50 years.

Over the long term (many decades to hundreds of years), models project the recovery of most forested ecosystems toward the natural range. However, due to fire suppression, we may expect to see somewhat less aspen in the future than would likely exist naturally, as well as other changes in the structural composition of forests.

## Alpine ecosystem, including cushion plan communities, Alpine fell-fields, and talus slopes

As with other non-woody ecosystems, reference conditions for alpine systems are not well-known. Given the heavy sheep grazing that occurred in many of these alpine communities, it is likely that plant composition is altered, that water runoff patterns are different and that erosion has been increased. Mining is another anthropogenic activity that has likely heavily influenced these systems where it has occurred. Roads and development associated with mining have reduced vegetation cover, provided pathways for non-native species, altered water run-off patterns and erosion (Somers and Floyd-Hanna 1996, Paulson and Baker 2006). Additionally, mine tailings from mining activities have caused water pollution problems and increased soil toxicity. Finally, in more recent years, the more popular alpine systems have suffered impacts from heavy recreation uses.

Current conditions show a high proportion of late-seral conditions, similar to those under the natural range of variation. Future projections also maintain most of the ecosystem in late-seral conditions, with disturbances even more rare in future projections. The South Central Highlands Guide (Romme et al. 2009) describes heavy sheep grazing in this type and speculates that historically, the vegetation structure and distribution is similar to today, but with different species composition in the areas with heavy grazing.

## Snags

As a result of the recent spruce beetle epidemic, the Rio Grande National Forest has a large amount of snags and down woody material, particularly in the spruce-fir forest type. From stand exam data and forest inventory and analysis data collected on the Rio Grande National Forest, the average number of

large snags (12 inches in diameter and larger) has increased over time, especially due to the spruce beetle outbreak. There has been a dramatic increase in the number of large snags on the forest, from about 5 per acre to about 15 to 25 per acre.

Minimum requirements for retained snags in the 1996 Rio Grande Forest Plan are the minimum requirements for adequate wildlife habitat and ecosystem function.

In general, data suggest that the forest is well above the minimum amount of snags recommended for the various forest types. The only exception is in the ponderosa pine forest type, where both the stand exam and forest inventory and analysis data suggest that there are less than the desired 3 14-inch snags per acre.

As snags fall and down woody material decays, these values will most likely decrease. How fast this happens will depend on the forest type and a variety of other factors. Still, given the slow nature of these processes, a large amount of snags and down woody material will persist on the forest, especially in the spruce-fir forests, into the foreseeable future. Long term, it is hard to predict how snag and down woody amounts may change. Disturbances such as large fires and insect outbreaks are predicted to increase in frequency in the Southwest due to climate change (Vose et al. 2012), in which case, this high level of snags and down woody material may be maintained long into the future.

# Conclusion

Assessment 5, Identifying and Assessing At-risk Species, is a work in progress. The process described above is intended to meet the intent of the 2012 Planning Rule and Forest Service Handbook direction at 1909.12_10. Rio Grande National Forest planners continue to seek public feedback in an effort to streamline the assessment process while maintaining an adequate level of rigor. The final draft of Assessment 5 is scheduled to be completed in early 2016.

# References and Bibliography

Alexander, K.D. and A.G. Keck. 2015. Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2014 Report and Status. 19 pp.

Aubry, K.B., G.M. Koehler and J.R. Squires. 2000. Ecology of Canada lynx in southern boreal forests. Pp. 373-396 In L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires, eds; Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder, CO.

Buskirk, S.W., L.F. Ruggiero, K.B. Aubry, D.E. Pearson, J.R. Squires, and K.S. McKelvey. 2000. Comparative ecology of lynx in North America. Pp. 397-417 in L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, S.W., G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires, eds; Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder, CO.

Colorado Parks and Wildlife. 2010. Success of the Colorado Division of Wildlife's Lynx Reintroduction Program. September 17, 2010. http://dnr.state.co.us/newsapp/Press.asp?PressId=6650.

Frey, J.K. 2005. Status assessment of montane populations of the New Mexico meadow jumping mouse (*Zapus hudsonius luteus*) in New Mexico. Final Report submitted to New Mexico Department of Game and Fish, Santa Fe, 74 pp. + appendices.

Frey, J.K. 2006. Synopsis of the New Mexico jumping mouse (*Zapus hudsonius luteus*) in the Rio Grande Valley, New Mexico. Unpublished Report, March 31, 2006, 6 pp.

Frey, J.K., and G.D. Wright. 2010. Rio Grande jumping mouse ecology, annual technical progress report for 2009. Cooperative Agreement #201819J806, submitted to U.S. Fish and Wildlife Service, Albuquerque, New Mexico, 34 pp.

Frey, J.K., and G.D. Wright. 2011. Rio Grande jumping mouse ecology, annual technical progress report for 2010. Cooperative Agreement #201819J806, submitted to U.S. Fish and Wildlife Service, Albuquerque, New Mexico, 42 pp.

Frey, J.K., and G.D. Wright. 2012. Multiple scale habitat selection by a small mammal habitat specialist (*Zapus hudsonius luteus*) in a managed floodplain landscape. Department of Fish, Wildlife and Conservation Ecology, New Mexico State University, Las Cruces, NM, 152 pp.

Ghormley, R. 2015. Personal communication with Randy Ghormley, Forest Wildlife Biologist, Rio Grande National Forest.

Ghormley, R. 2015. Southwestern willow flycatcher and Mexican spotted owl survey and status report, 2014 field seasons. Unpublished Report. Rio Grande National Forest. 11 pp.

Gunnison Sage-grouse Rangewide Steering Committee (GSRSC). 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado. 359 pp.+appendices.

Hafner, D.J., K.E. Petersen, and T.L. Yates. 1981. Evolutionary relationships of jumping mice (Genus Zapus) of the southwestern United States. Journal of Mammalogy, 62:501–512.

Hoffmeister, D. F. 1986. Mammals of Arizona. University of Arizona Press and Arizona Game and Fish Department, Tucson, Arizona, USA.

ITIS (Integrated Taxonomic Information System). 2015. Accessed online 06/01/2015 at:
http://www.itis.gov/

Jones, C.A. 1999. *Zapus hudsonius* in southern Colorado. Occasional Papers, Museum of Texas Tech
University, 191:1–7.

Koehler, G.M. 1990. Population and habitat characteristics of lynx and snowshoe hares in north central
Washington. Canadian Journal of Zoology. 68:845–851.

Koehler, G.M. and J.D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. Journal
of Forestry 88:10-14.

Morrison, J.L. 1988. Distribution, life history and ecology of the meadow jumping mouse, *Zapus
hudsonius luteus*, at four sites along the Rio Grande Valley in New Mexico. Unpublished report to
New Mexico Department of Game and Fish. February 15, 1988. 57 pp.

Mowat, G., Poole, K.G., O'Donoghue, M., 2000. Ecology of lynx in northern Canada and Alaska. Pp.
265-306 In: Ruggerio, L.F., Aubry, K.B., Buskirk, S.W., Koehler, G.M., Krebs, C.J., McKelvey,
K.S., Squires, J.R. (Eds.), Ecology and Conservation of Lynx in the United States. University of
Colorado Press, Boulder, Colorado.

NatureServe. 2015. An online encyclopedia of life. Accessed online at:
http://explorer.natureserve.org/index.htm [07/06/2015].

Paxton, E.H., M.K. Sogge, T.C. Theimer, J. Girard, and P. Keim. 2008. Using molecular genetic markers
to resolve a subspecies boundary: the northern boundary of the southwestern willow flycatcher in
the Four-corner States. U.S. Geological Survey Open-File Report 2007–1117, 20 pp.

Pritchard, V.L. and D.E. Cowley. 2006. Rio Grande Cutthroat Trout (*Oncorhynchus clarkii virginalis*): a
technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region.
Available: http://www.fs.fed.us/r2/projects/scp/assessments/riograndecutthroattrout.pdf
[06/22/2015].

Quimby, D.C. 1951. The life history and ecology of the jumping mouse, *Zapus hudsonius*. Ecological
Monographs 12(1): 61–95.

Rawinski, J.J. 2004. Birds of the Rio Grande National Forest and San Luis Valley area. Unpublished
report. 35 pp.

RGCT Conservation Team. 2013. Rio Grande cutthroat trout (*Oncorhynchus clarkii virginalis*)
Conservation Strategy. Colorado Parks and Wildlife, Denver, CO. 63 pp.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J.
Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx
conservation assessment and strategy (2nd. Edition). USDA Forest Service, USDI Fish and
Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest
Service Publication #R1-00-53, Missoula, MT.

Shenk, T.M. 2009. Lynx Update, May 25, 2009. Colorado Division of Wildlife, Ft. Collins, CO.

Sogge, M.K., Ahlers, D., and S.J. Sferra. 2010. A natural history summary and survey protocol for the
southwestern willow flycatcher. U.S. Geological Survey Techniques and Methods 2A-10. 38 pp.

Theobald, D.M. and T.M. Shenk. 2011. Areas of high habitat use from 1999-2010 for radio-collared Canada lynx reintroduced to Colorado. Accessed online 9/12/2012 at: http://wildlife.state.co.us/Research/Mammal/Lynx/Pages/Lynx.aspx.

Trainor, A.M., T.M. Shenk, and K.R. Wilson. 2012. Spatial, temporal, and biological factors associated with Preble's meadow jumping mouse (*Zapus hudsonius preblei*) home range. Journal of Mammalogy 93:429–438.

USDA Forest Service. 2008a. Southern Rockies lynx management direction, record of decision. USDA Forest Service, Rocky Mountain Region. 35 pp. + attachments.

USDA Forest Service. 2008b. Southern Rockies lynx management direction, final environmental impact statement: volume 1. USDA Forest Service, Rocky Mountain Region. 232 pp. + attachments.

USDA Forest Service. 2011. Lynx Habitat Model and Mapping Criteria: San Luis Valley Public Lands Center, Rio Grande National Forest and San Luis Valley BLM. October 7, 2011. 34 pp. + appendices.

USDA Forest Service. 2014. Lynx and Snowshoe Hare Response to Spruce-Beetle Tree Mortality, Wildfire and Timber Salvage in Spruce-Fir Forests of Southern Colorado: Maintaining Suitable Habitat with a Landscape Restoration Focus. Draft Study Proposal, Rio Grande National Forest. J. Squires, J. Ivan, and R. Ghormley, preparers.

USDI Fish and Wildlife Service. 1994. Uncompahgre fritillary butterfly recovery plan. Denver Colorado. 20 pp.

USDI Fish and Wildlife Service. 2002. Southwestern willow flycatcher recovery plan. 210 p. + appendices.

USDI Fish and Wildlife Service. 2005. Recovery outline: contiguous United States distinct population segment of the Canada lynx. 21 pp.

USDI Fish and Wildlife Service. 2009. Uncompahgre fritillary butterfly (*Boloria acrocnema*), 5-year review: summary and evaluation. 19 pp.

USDI Fish and Wildlife Service. 2010. Black-footed ferret (*Mustela nigripes*): fact sheet. Region 6, Denver, Colorado. 2 pp.

USDI Fish and Wildlife Service. 2012. Final Recovery Plan for the Mexican Spotted Owl (*Strix occidentalis lucida*), First Revision. U.S. Fish and Wildlife Service. Albuquerque, New Mexico, USA. 413 pp.

USDI Fish and Wildlife Service. 2013a. Recovery plan for the black-footed ferret (*Mustela nigripes*). Region 6, Denver, Colorado. 157 pp.

USDI Fish and Wildlife Service. 2013b. Canada lynx (*Lynx canadensis*) fact sheet. Accessed online at: http://www.fws.gov/mountain-prairie/es/species/mammals/lynx/CandaLynxFactSheet_091613.pdf [07/23/2015].

USDI Fish and Wildlife Service. 2013c. Mexican spotted owl; general biology and ecological relationships. Accessed online at: http://www.fws.gov/southwest/es/MSO_Main.html [07/29/2015].

Assessment Plan - 00000511

USDI Fish and Wildlife Service. 2013d. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Southwestern Willow Flycatcher. Federal Register 78(343): 343-534

USDA Fish and Wildlife Service. 2013e. Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (*Coccyzus americanus*); Proposed Rule.  Federal Register 78(192): 61622-61666

USDI Fish and Wildlife Service. 2014a. Endangered and Threatened Wildlife and Plants; 12-Month Finding on a Petition To List Rio Grande Cutthroat Trout as an Endangered or Threatened Species. Federal Register 79(190): 59140–59150.

USDI Fish and Wildlife Service. 2014b. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (*Coccyzus americanus*); Final Rule. Federal Register 79 (192): 59992–60038.

USDI Fish and Wildlife Service. 2014c. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Final Rule. Federal Register 79(224): 69312–69363.

USDI Fish and Wildlife Service. 2014d. Endangered and Threatened Wildlife and Plants; Threatened Status for Gunnison Sage-Grouse; Final Rule. Federal Register 79(224): 69192–69310.

USDI Fish and Wildlife Service. 2014e. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow- Billed Cuckoo. Federal Register 79 (158): 48548–48562.

USDI Fish and Wildlife Service. 2014f. Final status review and assessment of the New Mexico meadow jumping mouse (*Zapus hudsonius luteus*). Prepared by the Listing Review Team, Albuquerque, New Mexico. 148 pp.

USDI Fish and Wildlife Service. 2014g. Gunnison sage-grouse: threatened designation and responsibilities under the Endangered Species Act. Mountain-Prairie Region.

USDI Fish and Wildlife Service. 2015. Uncompahgre fritillary butterfly (*Boloria acrocnema*). Accessed online at: http://www.fws.gov/mountain-prairie/es/esUpdate/uncompahgreFritillaryButterfly.php [07/20/2015]]

Wiggins, D. 2005. Yellow-billed cuckoo (*Coccyzus americanus*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/yellowbilledcuckoo.pdf [June 1, 2015].

Wright, G.D. and J.K Frey. 2014. Herbale feeding behavior of the New Mexico meadow jumping mouse (*Zapus hudsonius luteus*). Western North American Naturalist 74(2): 231–235.

Rassler Plan - 00000512

# Rio Grande National Forest – Assessments 6, 7, and 8 Social, Cultural, and Economic Resources – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; regarding the Rio Grande National Forest's contribution to the social and economic sustainability of conditions relevant to the area influenced by the plan. Many of the elements we describe in this summary represent centuries of tradition and cultural continuity up to the present day. Because of this, there are activities and resources that cross over from cultural resources (Assessment 13) as we move from the past to the present.

Planning rule objectives state that the forest plan will guide management to:

- maintain ecological sustainability;
- contribute to socioeconomic sustainability; and
- provide people and communities with ecosystem services and multiple uses that provide a range of social, economic, and ecological benefits for the present and into the future.

These include sustainable recreation and scenic resources; multiple uses including timber harvest, livestock grazing, hunting and fishing, water use, and energy development; cultural and historic resources and uses (see also assessment 13 – cultural resources); and opportunities to connect people with nature.

Rvsd Plan - 00000513

We are required to manage for scenic resources and values on scenic corridors and state scenic byways. Examples of scenic resources on the forest include the Old Spanish National Historic Trail, Continental Divide National Scenic Trail, and the Cumbres and Toltec Scenic Railroad. Uses, products, services, and visitor opportunities supported by forest service lands produce a steady flow of benefits which contribute to the robustness and sustainability of local communities.

The focus of the assessment for social, cultural, and economic conditions is to identify and evaluate available information regarding:

- the social, cultural, and economic conditions in the area(s) of influence,
- the important social, cultural, and economic influences affecting the forest plan area, and
- how the plan area influences social, economic, and cultural conditions on the forest and the broader landscape.

## What We Asked

We held 18 meetings to engage with the public on social, cultural, economic, and ecosystem services issues. These meetings were facilitated by the National Forest Foundation and Peak Facilitation between March and July 2015 in Alamosa, Antonito/ La Jara, Creede, Monte Vista, South Fork, Crestone, and Saguache. Approximately 380 members of the public attended these meetings. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with individual organizations from February of 2015 through July 2015. Each of these meetings focused on different topics that were all related to social, cultural, economic use, and ecosystems services. These meetings, listed in the table below, included over 200 attendees.

**Co-hosted meetings for Rio Grande National Forest Plan revision**

| Date | Time | Location | Group |
|------|------|----------|-------|
| 2/05/2015 | 3:00-5:00 | Alamosa Railroad Depot | SLV GO |
| 2/11/2015 | 5:00-6:30 | Saguache Rd and Bridge | ScSeed |
| 3/2/2015 | 1:30-2:30 | Mineral County Courthouse | Mineral County BOCC |
| 3/4/3015 | 1:30-4:00 | Monte Vista Coop Community Room | Rio Grande Water Users |
| 3/11/2015 | 10:00-12:00 | Monte Vista Visitor Center | SLV Ecosystem Council, Wilderness Society, Rocky Mtn Wild |
| 3/11/2015 | 7:00-9:00pm | Rio Grande County Annex Building | Rio Grande Senior Water Users |
| 3/23/2015 | 10:00-10:30 | Alamosa BOCC Building | SLV County Commissioners |
| 3/31/2015 | 7:00-8:30 | SLV Health Education and Conference Center | SLV Trout Unlimited |
| 4/08/2015 | 1:00-2:00 | Guadalupe Parish Hall | Conejos Water Conservation District |
| 4/13/2015 | 6:00-8:00 | Windsor Hotel | RWEACT |
| 4/14/2015 | 9:00-10:00am | Monte Vista Visitor Center | San Luis Valley Weed Management District |
| 4/14/2015 | 2:00-5:00 | San Luis Valley Conservancy District | Rio Grande Roundtable |
| 4/21/2015 | 11:30-12:00 | Alamosa Bureau of Rec office | Rio Grande Water Conservation District |

Rvsd Plan - 00000514

Rio Grande National Forest Assessments 6, 7, and 8 –
Social, Cultural, and Economic Resources –
Executive Summary

| Date | Time | Location | Group |
|------|------|----------|-------|
| 4/29/2015 | 1:30-3:00 | Rural Electric | Rural Electric |
| 5/01/2015 | 11:00-1:00 | CCW Office, Antonito | Conejos Clean Water Board |
| 5/04/2015 | 7:30-9:00 | San Luis Valley Conservancy District | SLV Cattleman's Assoc. |
| 5/5/2015 | 10:00-11:00 | RGNF Supervisors Office | Colorado Timber Industry Association |
| 5/20/2015 | 6:00-8:00 | Monte Vista Coop. | SLV Cattleman's Assoc. |
| 5/26/2015 | 5:00-7:00 | Monte Vista Coop | RWEACT |
| 6/24/2015 | 4:30-6:00 | Creede Community Center | Mineral County |
| 6/29/2015 | 6:00-7:30 | SLV Pizza | High Valley Cyclists |
| 7/07/205 | 1:00-4:00 | Shumei Center | Crestone Spiritual Alliance - Baca |
| 7/09/2015 | 9:30-11:00 | San Juan Ranch | Hinsdale County |

**Youth/teacher meetings for Rio Grande National Forest Plan revision**

| Date | Time | Location | Group |
|------|------|----------|-------|
| 5/14/2015 | 5:00-5:30 | Alamosa Recreation Building | Envirothon students |
| 6/10/2015 | 3:00-4:00 | South Fork Guard Station | Teachers |
| 6/24/2015 | 3:00-3:30 | Beaver Creek Youth Camp | Camp Participants |

We asked the same questions at meetings and on-line to give us consistent input for the assessment process, covering topics such as social, cultural, economic conditions, ecosystem services, and multiple uses. What cultural or historic resources or uses are important in and around the Rio Grande National Forest?

- What opportunities are there to foster a greater connection between people and cultural and historic resources and landscapes in and around the Rio Grande National Forest?

- How are the use and enjoyment of cultural and historic resources or uses contributing to social, economic, or ecological sustainability?

- How do wildlife and plants in the Rio Grande National Forest contribute to the socio-economic sustainability of the San Luis Valley? What species and/or habitat qualities most contribute to these values?

- How does recreation on the Rio Grande National Forest contribute to social, economic, and ecological sustainability? What trends are influencing the demand for various types of recreation activities (such as changing population demographics, traditional uses, or income levels)?

- What are the most significant special designation areas on the Rio Grande National Forest and how should they be managed? Do they contribute to social, economic, and ecological sustainability? If so, how?

- What are the most significant renewable and/or non-renewable energy and mineral resources on the Rio Grande National Forest? Do these resources contribute to the social and economic sustainability of the region? How so?

- How do water and soil resources on the Rio Grande National Forest contribute to social, cultural, and economic sustainability?

Rvsd Plan - 00000515

- How are the use and enjoyment of cultural and historic resources or uses contributing to social, economic, or ecological sustainability?

# What We Heard

Social, cultural, and economic conditions; ecosystem services, and multiple uses are critical uses of the Rio Grande National Forest. The forest provides opportunities for tourism, recreation, agriculture (including grazing), environmental health, logging, and using renewable resources. The public sees the San Luis Valley economy as inextricably connected the forest. However, the forest needs to quantitatively define long-term sustainable use and develop a plan to meet that use.

## Ranching and Cattle

Cattle grazing and ranching are important to the community, economy, and cultural heritage. The cattle have a value to the community and stimulate the economy. The cattle operations provide job opportunities but also are important as a cultural heritage. The private land and adjacent forest service land help each other to maintain a heritage important to southwest Colorado (see also the cultural resource assessment 13).

## Energy Production and Mineral Wealth

Renewable resources on the forest include geothermal, solar power, hydropower, wind, and biomass. Non-renewable resources include mining including gold, silver, lead, zinc, and tellurium as well as oil and gas leasing. Mining has declined in Mineral County and the price of minerals has decreased, while the price of production has increased. Industry wages are higher for oil and gas than mining but mining still supports community development. If the industry is lost than people will move from the area and it will become more economically depressed. Mining supports the local economy year round as opposed to the seasonality of tourism. Economic and social sustainability are tied together in the rural communities.

## Managing the Aquifer

The forest supports the aquifer and the residents in the valley are dependent upon the aquifer for water. Water is inadequate for current demand and future growth. Many ranchers' wells have dried and too many are reliant on ground water. Decreasing ground water has an impact on riparian areas and the ability to capture and store more water. Decrease snowpack negatively impacts the local economy and ski area. The ramifications of decrease in snowpack occur throughout the year. Land use management is critical to help sustain water. Agriculture practices and grazing management can help sustain snowpack. Gras stubbles help maintain snowpack longer in ponderosa pine and pinon juniper. Forest Service allotments should consider stubble height and the ability to hold water or snow in the utilization.

Large fires could devastate the aquifer. Vegetation treatments and prescribed fire could help restore the forest and minimize large-scale wildfires and subsequent destruction. Some members of the public felt the forest should let wildfires burn while others felt the fires should be suppressed immediately. The public agreed that prescribed fires help maintain the forest and minimize large-scale wildfires. Prescribed fire should be used as a tool to manage the forest.

## Spruce Beetle and Vegetation Management

Spruce beetle outbreaks have the potential to cause many issues related to social and economic sustainability. Logging and vegetation treatments to remove diseased or bug infested trees helps support the economy and provide firewood to local residents. Treatments also improve health and safety risks such as camping beneath standing dead trees.

### Traditional Use

There are traditional cultural, prehistoric and historic resources throughout the forest. The importance of the resources and the way they are used depends on the location and the group using them. The forest is used for tree products such as firewood, timber, cottonwood, roots, pitch, and piñon nuts; plant products such as pigments, medicine, oshá, tobacco, yucca, chamiso; additional products such as mushrooms, earthen pigments, plaster, clay, minerals, and material to make tools. Ongoing traditional cultural activities include recreation, fishing, ranching, livestock grazing, irrigation, tourism, hunting, and labor. These activities occur throughout the forest but are often located on traditional use, or historic sites; including traditional recreation areas, spiritual use areas, historic mines, and old fisheries. The value of the land to those with cultural connections is more similar to a home landscape where there is a need for harmony among all resources. There seems to be a fine balance between reliance on tourism and local use of the forest. The local public feels too much growth and could change the current cultural use and dependency on the forest products.

### Tourism

Tourism seasonally defines much of the economy on the Rio Grande National Forest. In the winter skiing attracts visitors and summer recreation activities are very diverse. Hunting, fishing, wilderness opportunities, and visiting fourteeners are some of the ways tourism drives the economy. Local businesses have collapsed following a large-scale fire and decrease in tourism. Similarly there is fear that hunting is declining among younger generations.

Shifts in user groups include an aging population, increasing family use, vacationers staying for longer periods of time, increasing use of popular wilderness areas, increasing use of technology. Other trends include increasing enjoyment of viewing natural features, relaxing, viewing wildlife, skiing, driving for pleasure, extreme recreation in backcountry or sidecountry areas, increasing interest in mountain biking, increasing motorized use, more dogs on trails, increased use of 14ers, and continued creation of unauthorized trails. Reduce restrictions on firewood permits.

### Public Education

The Forest Service should take this opportunity to foster a deeper connection between the public and cultural and historic resources. The public suggested the forest enhance public education, engage more youth, increase outreach efforts, improve the permitting process, decrease staff turnover, reduce negative impacts of connection to the land and resources, and make it easier for people to continue cultural traditions such as harvesting resources.

# Where We're Headed

The most resounding statement coming from the public meetings is that the local economy and social fabric are inextricably connected to the Rio Grande National Forest. From timber to mining, grazing, tourism, and social and cultural uses, the forest is ingrained in the livelihood of these communities. The importance of ecosystem services and the benefits of forest resources expand beyond the immediate effects from counties with forest land. The forest needs to develop and maintain sustainable enterprises that contribute to the general economic and social vitality of the area.

Census data show an overall population growth and development trend based at least in part on recreation opportunities and scenic integrity, which will place greater demand on forest resources and may affect the perceived aesthetics and uses associated with Rio Grande National Forest lands. We, as managers of the forest, will need to maintain the quality of visitors' experiences while providing forest products and cultural and recreational experiences to a greater number of people.

# Rio Grande National Forest – Assessment 6
# Social, Cultural and Economic Conditions



Rvsd Plan - 00000518

# Contents

Introduction.................................................................................................................................. 1
    Information Sources and Gaps................................................................................................. 1
    Existing Forest Plan Direction................................................................................................ 1
    Scale of Analysis (Area of Influence) ................................................................................... 2
        Population Demographics ................................................................................................... 2
        Employment and Income ................................................................................................... 10
        History and Cultural Identity ............................................................................................ 18
        Environmental Justice Populations ................................................................................... 19
        Public Safety .................................................................................................................... 20
        Forest Users and Contributions to Socioeconomic Sustainability .................................. 20
        Forest Economic Contributions ........................................................................................ 30
    Summary / Conclusion .......................................................................................................... 40
References.................................................................................................................................... 41

# Tables

Table 1. Population and change ..................................................................................................... 3
Table 2. Population projections 2015-2030 ................................................................................... 4
Table 3. Population density............................................................................................................ 5
Table 4. Median age, 2009-2013 .................................................................................................. 6
Table 5. Migration of individuals 65+, 2009-2013 ....................................................................... 7
Table 6. Educational attainment, percent of persons age 25+....................................................... 8
Table 7. Racial composition, 2009-2013 by percentage ............................................................... 9
Table 8. Hispanic or Latino composition, 2009-2013.................................................................. 10
Table 9. Average annual wages, 2013 (2014 dollars).................................................................. 15
Table 10. Non-labor income as a share of total personal income, 2013 ...................................... 16
Table 11. Poverty rates, 2013 ..................................................................................................... 18
Table 12. Non-commercial forest products: quantity cut unless specified .................................. 28
Table 13. Household heating dependency by percentage of use (U.S. Department of Commerce 2013e) 29
Table 14. Spending profiles (in 2012 dollars) by trip segments for average spending forests[*] ................ 33
Table 15. Annual Rio Grande NF Recreation Visits[b] by Trip Segment ..................................... 33
Table 16. Total (direct, indirect and induced) employment and labor income from Rio Grande National
    Forest management ............................................................................................................... 34
Table 17. Commercial and non-commercial forest products: volume and quantity cut (quantity cut unless
    CCF specified)...................................................................................................................... 35
Table 18. Keegan timber response coefficients for southeast states............................................. 35
Table 19. Cattle and sheep inventory and change within the 18 county study area....................... 37
Table 20. Secure Rural Schools and Payment In Lieu of Taxes payments by county (FY 2014) ............ 39

# Figures

Figure 1. Employment by industry, 2012 ..................................................................................... 12
Figure 2. 2012 State and study area employment distribution for forest related sectors ............................ 13
Figure 3. Unemployment 1990-2014 ........................................................................................... 14
Figure 4. Cords sold from the Rio Grande National Forest ......................................................... 29

# Introduction

The Rio Grande National Forest surrounds the San Luis Valley and its diverse landscapes provide habitat for fish and wildlife, forest products, forage for grazing and cultural and recreational opportunities. The Forest contains the headwaters of the Rio Grande, four wilderness areas and hundreds of miles of open roads and trails which are used for hiking, horseback riding, mountain biking and motorized recreation. These amenities are tremendously valued by area communities, within the San Luis Valley area and across the nation.

This assessment follows direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.2 – Assessing Social, Cultural and Economic Conditions (01/30/2015).

## Information Sources and Gaps

Sources of data for this assessment include various publicly available data from state and federal sources (as cited throughout. This includes, but is not limited to, the U.S. Department of Commerce Census Bureau, U.S. Department of Agriculture National Agricultural Statistical Service, State of Colorado's Division of Local Government and the San Luis Valley Council of Governments. In addition, information sources include descriptions of relationships between communities and Rio Grande National Forest resources obtained from forest staff. The public engagement effort, in support of this assessment, was also a valuable source of information informing the assessment of social, cultural, and economic conditions.

## Existing Forest Plan Direction

Forest wide Desired Conditions (Under Administrative, Rural Development on page I-6) includes language stating: "Recognizing the economic dependency of rural communities on National Forest System lands and resources, Forest managers cooperate with local rural communities to develop sustainable enterprises that contribute to the general economic and social vitality of the area. Forest managers also give sufficient advance notice to rural communities about potential changes that may affect local economies."

Under Regional Objective 3 (Provide for multiple uses and sustainability of National Forests and Grasslands in an environmentally acceptable manner) Forestwide Objective 3.2 states "Emphasize long-term sustainable production of resources for economies, communities, and people" on page II-3. Under All objectives under Regional objective 8 (Promote rural development opportunities) relate to social and economic interests (page II-6):

- Objective 8.1. Be a leader in working with rural people and communities including American Indian tribes, to develop opportunities and enterprises that contribute to their economic and social vitality". Objective 8.2. Recognize the nature and extent of local economic dependencies on National Forest activities. Give special attention to resource programs that help diversify rural economies.

- Objective 8.3. Coordinate with communities in achieving local goals. Participate with and give appropriate assistance to development groups. Be a predictable partner by giving sufficient advance notice about potential changes that may affect local economies.

- Objective 8.4. Use human-resource programs to achieve employment opportunities, while meeting natural-resource objectives.

Chapter 3, of the existing forest plan standards and guides, contains language pertaining to sawtimber utilization called economic standards. These are considered, in the section on Existing Forest Plan Direction, relating to the timber resource as described in the timber subsection of Assessment 8.

# Scale of Analysis (Area of Influence)

Many communities surrounded by the forest and other nearby communities have longstanding social and economic ties to the natural and cultural resources of the Rio Grande National Forest. Since these communities may be affected by forest management decisions on the Rio Grande National Forest, it is important to examine existing socioeconomic conditions of a broader region in order to establish a baseline in which potential effects can be examined. In addition, this information will be used to help craft management alternatives. To more effectively examine the linkages between Forest Service lands and the local communities they serve, the geographic scope of this analysis has been expanded beyond Rio Grande National Forest boundaries to encompass a broader social and economic study area.

Communities within Alamosa, Archuleta, Chaffee, Conejos, Costilla, Fremont, Gunnison, Hinsdale, Huerfano, La Plata, Mineral, Montrose, Park, Rio Grande, Saguache, San Juan, Rio Arriba (NM), and Taos (NM) Counties were recognized as having the strongest social and economic ties to the Forest. This group of counties includes those that contain forest land (Alamosa, Archuleta, Conejos, Hinsdale, Mineral, Saguache and San Juan counties) and those that do not. Social, cultural and economic ties to these counties may be stronger within these core counties while other ties to communities, individuals and businesses exist beyond these counties. For example, timber and grazing uses are connected to individuals and permittees outside the core set of counties; for example in Gunnison, La Plata and Rio Arriba counties. In addition, recreation visitors to the forest come from outside the region and spend dollars outside the core set of counties before they reach the Rio Grande National Forest; for example, in Chaffee, Park and Fremont counties. These relationships result in social, cultural and economic ties that extend beyond the immediate vicinity of the forest's core set of counties. The set of eighteen counties are grouped as the study area since they are most likely to be affected by changes in forest management due to their reliance on forest resources to sustain the social, cultural, and economic well-being of their communities.

Tribal communities also have strong social and economic ties to the Rio Grande National Forest, but lie outside of these counties because they were removed from what are now Forest lands to reservations in Arizona, Colorado, New Mexico and Utah. Please see Assessment 12 for a more in depth analysis of these communities and their connections to the Rio Grande National Forest.

The following sections will examine trends and current conditions related to the social and economic environment within the counties mentioned above, including: population and demographic changes, potential environmental justice populations, and employment and income conditions. To ensure large scale impacts are addressed without masking changes in smaller regions, this analysis uses a multidimensional approach to analyze trends at the state, aggregated counties forming the social and economic area of influence (referred to as the study area), and individual county levels.

## *Population Demographics*

This section highlights population and demographic trends in the area surrounding the Rio Grande National Forest. Population is an important consideration in managing natural resources. In particular, population structure (size, composition, density, etc.) and population dynamics (how the structure changes over time) are essential to describing the consequences of forest management on the social environment (Seesholtz et al. 2004).

Rvsd Plan - 00000521

## Population Growth

Population growth can be an indicator of a region's desirability to live and work. As displayed in Table 1, the rapid population growth in Colorado and the eighteen-county study area over the last thirty years suggests that this area is highly desirable to current and prospective residents. While the total U.S. population grew by 55 percent between 1970 and 2013, the state's population increased by 137 percent and total population within the study area increased by 94 percent (U.S. Department of Commerce 2014).

Growth within the eighteen-county study area exceeded the nation but not the state, over the last forty years, growing by 2 percent on annual average. While the population of the eighteen-county study area grew overall, the rate of growth varied considerably between counties included in the study area. Over this forty year period population growth was greatest in Park, Archuleta and Hinsdale counties, while the population of Huerfano, Mineral and San Juan counties experienced decreases. On an annual average these counties grew by 14, 8 and 7 percent, respectively, while Huerfano, Mineral and San Juan counties decreased by less than 1 percent annually (U.S. Department of Commerce 2014).

**Table 1. Population and change**

|  | 1970 | 2013 | Change |
|---|---|---|---|
| **United States** | **203,798,722** | **316,128,839** | **55 percent** |
| **Colorado** | **2,223,979** | **5,268,367** | **137 percent** |
| **18 County Area** | **170,740** | **330,691** | **94 percent** |
| Alamosa | 11,502 | 16,253 | 41 percent |
| Archuleta | 2,687 | 12,194 | 354 percent |
| Chaffee | 10,273 | 18,510 | 80 percent |
| Conejos | 7,839 | 8,277 | 6 percent |
| Costilla | 3,074 | 3,518 | 14 percent |
| Fremont | 22,122 | 46,451 | 110 percent |
| Gunnison | 7,705 | 15,507 | 101 percent |
| Hinsdale | 202 | 813 | 302 percent |
| Huerfano | 6,534 | 6,519 | 0 percent |
| La Plata | 19,327 | 53,284 | 176 percent |
| Mineral | 789 | 721 | -9 percent |
| Montrose | 18,360 | 40,713 | 122 percent |
| Park | 2,229 | 16,121 | 623 percent |
| Rio Grande | 10,459 | 11,803 | 13 percent |
| Saguache | 3,843 | 6,208 | 62 percent |
| San Juan | 825 | 692 | -16 percent |
| Rio Arriba | 25,308 | 40,072 | 58 percent |
| Taos | 17,662 | 33,035 | 87 percent |

Source: U.S. Department of Commerce 2014.

Areas characterized as having high levels of natural amenities (unique land and water features, mild temperatures, scenic quality, and outdoor recreation opportunities) experience greater population growth than areas with fewer natural amenities (Rudzitis and Johansen 2000, Johnson and Beale 1994, Johnson and Beale 1998, McGranahan1999, Hunter et al. 2005, Frentz et al. 2004), and this growth occurs increasingly at the boundaries of public lands (Radeloff et al. 2001). In recent years communities

Rvsd Plan - 00000522

surrounding the Rio Grande National Forest have become increasingly attractive to new residents because of their proximity to open spaces, natural settings and easy access to year round recreational opportunities. As a steward of Colorado's public lands, a portion of population growth in this region can be attributed to the scenic beauty and outdoor recreation supported by the Rio Grande National Forest.

Changes in a region's population can be attributed in part to natural increases (births minus deaths) and in part to migration (international and domestic), which can affect the availability of area housing, public services and jobs. Between 2000 and 2013 migration and natural change were responsible for equal portions of the population change within the state (both 50 percent) while natural change was responsible for a larger portion of population change within the study area than migration (56 percent and 49 percent, respectively) (U.S. Department of Commerce, 2014b).

Future population projections suggest that migration will likely play an increasing role in population changes as state and county populations grow. As shown in Table 2 Archuleta, Chaffee, La Plata, Montrose and Park counties are projected to grow faster than the state and the U.S. population (U.S. Department of Commerce 2012, State of Colorado 2013). These forecasts show that study area growth is anticipated to remain concentrated in communities which offer residents access to recreation, open space and wildlands provided by the Rio Grande National Forest.

**Table 2. Population projections 2015-2030**

|                      | 2015        | 2020        | 2025        | 2030        | Change from 2015 |
|----------------------|-------------|-------------|-------------|-------------|------------------|
| **United States**    | 321,363,000 | 333,896,000 | 346,407,000 | 358,471,000 | 16 percent       |
| **Colorado**         | 285,574     | 322,441     | 358,947     | 392,429     | 37 percent       |
| Alamosa              | 17,076      | 18,815      | 20,597      | 22,460      | 32 percent       |
| Archuleta            | 14,366      | 17,147      | 20,211      | 23,464      | 63 percent       |
| Chaffee              | 19,832      | 22,982      | 25,573      | 27,589      | 39 percent       |
| Conejos              | 8,671       | 9,056       | 9,412       | 9,699       | 12 percent       |
| Costilla             | 3,661       | 3,811       | 3,948       | 4,057       | 11 percent       |
| Fremont              | 51,117      | 56,261      | 61,379      | 66,287      | 30 percent       |
| Gunnison             | 16,414      | 17,786      | 18,998      | 20,048      | 22 percent       |
| Hinsdale             | 951         | 1,043       | 1,146       | 1,243       | 31 percent       |
| Huerfano             | 7,345       | 8,352       | 9,303       | 9,979       | 36 percent       |
| La Plata             | 57,901      | 65,698      | 72,961      | 79,762      | 38 percent       |
| Mineral              | 779         | 857         | 927         | 949         | 22 percent       |
| Montrose             | 47,618      | 54,806      | 62,140      | 69,179      | 45 percent       |
| Park                 | 19,714      | 24,100      | 29,285      | 33,404      | 69 percent       |
| Rio Grande           | 12,683      | 13,675      | 14,461      | 15,211      | 20 percent       |
| Saguache             | 6,703       | 7,311       | 7,850       | 8,325       | 24 percent       |
| San Juan             | 743         | 741         | 756         | 773         | 4 percent        |
| **New Mexico**       | 2,208,450   | 2,351,724   | 2,487,227   | 2,613,332   | 18 percent       |
| Rio Arriba           | 40,780      | 41,026      | 41,058      | 40,872      | 0.2 percent      |
| Taos                 | 35,012      | 36,769      | 38,183      | 39,221      | 12 percent       |
| 18 County Study      | 361,366     | 400,236     | 438,188     | 472,522     | 12 percent       |

Source: U.S. Department of Commerce 2012, State of Colorado 2013 and University of New Mexico 2012.

## Population Density

Population density provides perspective on urbanization, availability of open space, socioeconomic diversity, and civic infrastructure (Horne and Haynes 1999). In general, more densely populated areas tend to be more urban, diverse, and offer more access to public infrastructure. In contrast, less densely populated areas provide greater access to open spaces and wildlands, which may offer natural amenity values to residents and visitors. Table 3 displays per capita use of land for housing (residential acres/person) at the county, state, and national levels (Theobald 2013). Per capita use of land for housing is a measure of the pattern of development (i.e., denser or more sprawling). Change in development is measured between 2000 and 2010. Areas with negative values of change in residential acres/person were more densely developed in 2010 than in 2000. Large positive values of change indicate that an area was substantially more sprawling in 2010 than it was in 2000 (Table 3).

Colorado has fewer residential acres per person than the nation indicating that residential areas are more densely populated. In contrast, almost all counties in the study area have twice the residential acres per person than the nation which reflects the sprawling and more rural feel of residential areas in the Rio Grande National Forest study area. Rates of change, over the period from 2000 to 2010, indicate almost all county-residential areas became more sprawling while San Juan County became denser. These rates of change exceeded the state's increase (13 percent) indicating study area counties experienced increases in the exurban feel of residential areas as compared the to the state as a whole (Theobald 2013).

**Table 3. Population density**

|  | Residential Acres/Person, 2010 | Change in Residential Acres/Person, 2000-2010 |
|---|---|---|
| **United States** | **0.69** | **2 percent** |
| **Colorado** | **0.44** | **13 percent** |
| **18 County Area** | **1.71** | **30 percent** |
| Alamosa | 0.85 | 17 percent |
| Archuleta | 2.63 | 19 percent |
| Chaffee | 1.48 | 42 percent |
| Conejos | 1.69 | 39 percent |
| Costilla | 4.14 | 100 percent |
| Fremont | 1.04 | 38 percent |
| Gunnison | 1.60 | 50 percent |
| Hinsdale | 2.47 | 52 percent |
| Huerfano | 1.44 | 70 percent |
| La Plata | 1.94 | 19 percent |
| Mineral | 5.13 | 55 percent |
| Montrose | 1.50 | 16 percent |
| Park | 3.92 | 21 percent |
| Rio Grande | 1.19 | 49 percent |
| Saguache | 1.52 | 73 percent |
| San Juan | 0.94 | -2 percent |
| Rio Arriba | 1.40 | 36 percent |
| Taos | 2.06 | 20 percent |

Source: (Theobald, 2013)

Population projections indicate that the San Luis Valley and the region surrounding the Rio Grande National Forest will continue to grow through 2030 (Table 2). These population projections reflect continued urban, suburban, and exurban development, enabling counties surrounding the Rio Grande National Forest to become more densely populated. Growth within these counties is unlikely to be distributed evenly among local communities and can cause some areas to become more urban while others become increasingly more decentralized or exurban.

Growing populations and development will place greater demand on forest resources and may affect the perceived aesthetics and uses associated with Rio Grande National Forest lands. Forest management can expect to be tasked with maintaining the quality of visitors' experiences while providing forest products and cultural and recreational experiences to a greater number of people.

As populations grow, conflicts between local residents and forest visitors may increase. While living close to public lands may provide residents with amenities such as convenient access to recreation and wildlife viewing, increased forest congestion causes disamenities such as crowds, litter, and noise (Garber-Yonts 2004; Bolitzer and Netusil 2000; Moore et al. 1992). Increased population of residential areas surrounding the Rio Grande National Forest also increases the study area's need for infrastructure and may place greater pressure on the Forest to provide utility right-of-ways. These pressures may threaten the forest's role in contributing to sense of place and the quality of life in surrounding communities (Stedman 2003).

## Age

The age of the population surrounding the forest is relevant since age may affect community values and uses of the Rio Grande National Forest. In 2013 the median age in the United States was estimated to be 37.3 and 36.1 in Colorado (U.S. Department of Commerce 2013). Apart from Alamosa and Gunnison counties, the population of the eighteen-county study area is older than Colorado and the U.S. population. Table 4 lists median ages within study area counties.

**Table 4. Median age, 2009-2013**

|  | Median Age |  | Median Age |
| --- | --- | --- | --- |
| **United States** | **37.3** | Huerfano | 52.6 |
| **Colorado** | **36.1** | La Plata | 38.3 |
| Alamosa | 31.3 | Mineral | 60.8 |
| Archuleta | 47.8 | Montrose | 42.8 |
| Chaffee | 47.8 | Park | 47.5 |
| Conejos | 38.2 | Rio Grande | 41.4 |
| Costilla | 49.5 | Saguache | 44.6 |
| Fremont | 43.4 | San Juan | 43.2 |
| Gunnison | 34.1 | Rio Arriba | 39.5 |
| Hinsdale | 56.5 | Taos | 45.8 |

Source: U.S. Department of Commerce 2013

In general the United States is growing older. In 2013 there were 41.9 million Americans 65 years or older. Though many aging American's spend their retirement years in the homes and communities where they've raised families and worked, trends indicate that a sizable share of Americans 65+ have been moving to amenity rich places which are characterized as having warmer average temperatures and lower rates of crime and taxes (Clark and Davies 1990, Conway and Houtenville 1998, McGranahan 1999, Serow 2003).

Rvsd Plan - 00000525

Colorado and New Mexico have gained attention in recent years as a retirement destination. Over the period from 2009 to 2013 more than 22,000 people, 65 years or older, moved to CO and more than 9,000 moved to New Mexico from another state or country. In-migration by older populations accounted for 12 percent of all new Colorado residents and 14 percent of all New Mexico residents over this five year period (U.S. Department of Commerce, 2013b). As shown by Table 5, the five years between 2009 and 2013 brought large numbers of retirees to counties surrounding the Rio Grande National Forest as well. While Montrose County welcomed the greatest number of new residents 65 years and older; the forest gateway county of Rio Grande saw a large number of new residents in this age category as well. As a steward of the natural and cultural amenities which make this area an attractive retirement destination, the Rio Grande National Forest can be attributed with attracting a share of migrating retirees and retirement income to the eighteen-county study area. As populations surrounding the forest grow older, community values and uses associated with the Rio Grande National Forest may change. In general, older forest users demand more leisurely recreational experiences and have a greater need for easily accessible facilities than younger forest users.

**Table 5. Migration of individuals 65+, 2009-2013**

|  | Moved from different Colorado County | Moved from a different state | Moved from abroad |
|---|---|---|---|
| Alamosa | 47 | 24 | - |
| Archuleta | 4 | 31 | 13 |
| Chaffee | 116 | 77 | - |
| Conejos | 37 | 1 | - |
| Costilla | - | 9 | 20 |
| Fremont | 351 | 77 | 34 |
| Gunnison | 3 | 166 | - |
| Hinsdale | 9 | 25 | - |
| Huerfano | 52 | 31 | - |
| La Plata | 96 | 378 | 6 |
| Mineral | - | - | - |
| Montrose | 336 | 634 | 31 |
| Park | 54 | 56 | - |
| Rio Grande | 67 | 67 | - |
| Saguache | 13 | 15 | - |
| San Juan | - | - | - |
| Rio Arriba | 53 | 53 | - |
| Taos | 123 | 141 | - |

Source: U.S. Department of Commerce, 2013b

## Educational Attainment

Levels of formal education can be an important indicator of the social and economic opportunities and ability of an area to adapt to change. Table 6 lists the percentage of the adult population with at least a high school diploma and a bachelor's degree.

Rvsd Plan - 00000526

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions

**Table 6. Educational attainment, percent of persons age 25+**

|  | High School Diploma + | Bachelor's Degree + |
|---|---|---|
| **United States** | **86.0 percent** | **28.8 percent** |
| **Colorado** | **90.2 percent** | **37.0 percent** |
| Alamosa | 84.7 percent | 24.2 percent |
| Archuleta | 91.7 percent | 32.9 percent |
| Chaffee | 91.1 percent | 33.9 percent |
| Conejos | 82.6 percent | 19.1 percent |
| Costilla | 76.5 percent | 19.5 percent |
| Fremont | 84.1 percent | 15.6 percent |
| Gunnison | 93.3 percent | 54.5 percent |
| Hinsdale | 93.8 percent | 42.2 percent |
| Huerfano | 84.7 percent | 28.0 percent |
| La Plata | 94.2 percent | 41.4 percent |
| Mineral | 96.5 percent | 39.3 percent |
| Montrose | 85.7 percent | 24.5 percent |
| Park | 95.6 percent | 32.0 percent |
| Rio Grande | 84.1 percent | 20.3 percent |
| Saguache | 78.0 percent | 23.8 percent |
| San Juan | 94.4 percent | 24.8 percent |
| Rio Arriba | 79.2 percent | 16.4 percent |
| Taos | 87.5 percent | 29.5 percent |

Source: U.S. Department of Commerce, 2013c

Educational attainment in Colorado is higher than the U.S. population: 90 percent hold a high school diploma and 37 percent have a bachelor's degree or higher while 86 percent of U.S. residents 25 or older have completed high school and 29 percent have obtained at least an undergraduate degree. Educational attainment is low in the rural counties of Costilla, Saguache and Rio Arriba counties where less than 80 percent of residents over the age of 25 have high school diplomas and a small percent hold a Bachelor's degree or higher. Low educational attainment in rural areas is not uncommon. Since rural communities generally offer few opportunities for educational or occupational advancement they often struggle to retain and attract educated and highly skilled individuals. Frequently residents interested in pursuing advanced education move from these rural communities to more economically advanced areas which support greater educational opportunities. The out-migration of talented and educated residents is often referred to as "brain drain."

Institutions for higher education are located in Alamosa, Gunnison and La Plata counties, with several two-year and four-year schools. The presence of so many highly educated adults may be self-reinforcing as a highly educated population tends to be a signal that an area provides economic and cultural opportunities, attracting additional college educated adults to the area. This process leads to further economic development and job creation. In contrast, areas with low levels of educational attainment tend to have lower levels of human capital, which reduce the area's ability to capitalize on economic change (Florida 2002).

## Racial and Ethnic Composition

Colorado's population tends to be less racially diverse than the general U.S. population. While 74 percent of the country's population identifies themselves as white; whites account for 84 percent of the state's population. Minority populations make up larger shares of the population within the eighteen-county study area. Shares of Native Americans and those identifying with some other race alone make up larger shares than the state and nation. As a shown by Table 7, there is considerable variation in the racial composition of individual study area counties: Huerfano, La Plata, Rio Arriba and Taos counties contained shares greater than the state and nation of individuals identifying as American Indian alone. In addition, many other counties contained shares greater than the state and nation of those identifying with some other race alone and two or more races (U.S. Department of Commerce 2013d).

**Table 7. Racial composition, 2009-2013 by percentage**

| | White alone | Black or African America n alone | American Indian alone | Asian alone | Native Hawaiian & Other Pacific Is. alone | Some other race alone | Two or more races |
|---|---|---|---|---|---|---|---|
| **United States** | 74.0 | 12.6 | 0.8 | 4.9 | 0.2 | 4.7 | 2.8 |
| **Colorado** | 84.0 | 4.0 | 1.0 | 2.8 | 0.1 | 4.7 | 3.4 |
| **18 County Area** | 83.1 | 1.4 | 4.3 | 0.7 | 0.1 | 7.4 | 3.0 |
| Alamosa | 81.9 | 1.4 | 1.6 | 2.1 | 0.1 | 7.9 | 5.1 |
| Archuleta | 88.3 | 0.5 | 2.4 | 0.5 | 0.0 | 6.0 | 2.3 |
| Chaffee | 94.4 | 2.2 | 1.2 | 0.4 | 0.0 | 0.8 | 0.9 |
| Conejos | 85.1 | 0.1 | 0.7 | 0.1 | 0.0 | 5.3 | 8.7 |
| Costilla | 83.1 | 0.0 | 1.0 | 0.6 | 0.0 | 3.6 | 11.7 |
| Fremont | 85.7 | 6.4 | 1.9 | 0.9 | 0.2 | 2.7 | 2.1 |
| Gunnison | 95.5 | 0.6 | 0.4 | 0.8 | 0.0 | 1.1 | 1.6 |
| Hinsdale | 98.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 |
| Huerfano | 76.2 | 1.4 | 6.4 | 0.8 | 0.0 | 5.4 | 9.8 |
| La Plata | 87.9 | 0.5 | 6.0 | 0.7 | 0.1 | 2.8 | 2.0 |
| Mineral | 95.5 | 0.8 | 0.8 | 0.3 | 0.0 | 2.0 | 0.7 |
| Montrose | 91.0 | 0.5 | 1.0 | 0.4 | 0.1 | 3.9 | 3.1 |
| Park | 96.1 | 0.0 | 0.7 | 1.0 | 0.5 | 0.1 | 1.6 |
| Rio Grande | 80.4 | 0.5 | 2.6 | 0.2 | 0.2 | 13.1 | 3.0 |
| Saguache | 82.3 | 0.3 | 1.6 | 0.5 | 0.0 | 10.0 | 5.3 |
| San Juan | 92.0 | 0.0 | 0.8 | 1.4 | 0.0 | 3.8 | 2.1 |
| Rio Arriba | 69.4 | 0.4 | 15.1 | 0.2 | 0.0 | 13.2 | 1.7 |
| Taos | 60.5 | 0.5 | 5.5 | 0.7 | 0.0 | 28.4 | 4.3 |

**Source**: U.S. Department of Commerce 2013d

Many Americans identify with, and are proud of, the ethnic and cultural heritage from which they descend. Although Americans may appear to look white, black, Asian, or belonging to some other racial group, they often continue to speak the native language and follow cultural traditions from the regions where their families originated. In 2013 about 17 percent of Americans and 21 percent of Colorado residents described their family ancestry as being Hispanic, Latin, or Spanish. Hispanic cultures are more predominate in the 18 County study area and in individual counties where Alamosa, Conejos, Costilla,

Rvsd Plan - 00000528

Huerfano, Rio Grande, Saguache, Rio Arriba and Taos counties had residents who identified as being Hispanic or Latino (U.S. Department of Commerce 2013d).

**Table 8. Hispanic or Latino composition, 2009-2013**

|  | Hispanic or Latino (of any race) |
|---|---|
| **United States** | **16.6 percent** |
| **Colorado** | **20.8 percent** |
| **18 County Area** | **29.7 percent** |
| Alamosa | 45.6 percent |
| Archuleta | 18.0 percent |
| Chaffee | 9.8 percent |
| Conejos | 55.0 percent |
| Costilla | 65.1 percent |
| Fremont | 12.6 percent |
| Gunnison | 8.5 percent |
| Hinsdale | 2.6 percent |
| Huerfano | 35.2 percent |
| La Plata | 12.1 percent |
| Mineral | 2.9 percent |
| Montrose | 19.9 percent |
| Park | 5.0 percent |
| Rio Grande | 43.3 percent |
| Saguache | 40.3 percent |
| San Juan | 19.4 percent |
| Rio Arriba | 71.4 percent |
| Taos | 56.1 percent |

**Source**: U.S. Department of Commerce 2013d

## *Employment and Income*

The previous section discussed demographics and population trends in counties surrounding the Rio Grande National Forest relative to the state and nation. The following section will focus on economic conditions within the study area to further develop a baseline for use in development of management alternatives and examination of potential effects.

### Employment and Specialization

Total employment in the eighteen-county study area increased from 167,107 to 180,384 jobs between 2001 and 2013. In general these industries are identified as being either services related or non-services related.[1] Between 2001 and 2013 employment in non-services related sectors declined by 4 percent while

---

[1] Services related sectors include: Utilities, Wholesale Trade, Retail Trade, Transportation & Warehousing Information, Finance & Insurance, Real Estate & Rental & Leasing, Professional, Scientific, & Tech., Mgmt. of Companies & Enterprises, Administrative & Waste Services, Educational Services, Health Care & Social Assistance, Arts, Entertainment, & Recreation, Accommodation & Food Services, and Other Services (expect public

Rvsd Plan - 00000529

employment in services related sectors increased by 11 percent. In 2001 services related sectors supported 59 percent of regional employment, with services related employment growing to 61 percent of total employment in the eighteen counties surrounding the Rio Grande National Forest by 2013 (U.S. Department of Commerce 2014). Though job creation is perceived as desirable, services related industries generally pay lower wages than those in non-services sectors. Study area jobs in service related sectors paid on average 29 percent less than jobs in non-services related fields (U.S. Department of Labor 2014). Although increases in services related employment relative to non-services employment may have a negative effect on wages in the region, employment in the service sector may play an important role in increasing labor participation of the area's minority or underserved populations. In general, services related sectors provide greater labor force participation for women and minority racial groups than industries in the non-service sector.

The local economy examined in the analysis of the Rio Grande National Forest is diverse and supports employment in more than 260 industries (IMPLAN 2012). Economic diversity generally promotes stability and offers greater employment opportunities. Highly specialized economies (i.e., those that depend on a few industries for the bulk of employment and income) are prone to cyclical fluctuations and offer more limited job opportunities. Assessing employment by sector helps identify industries which are important to the local economy surrounding the Rio Grande National Forest. Figure 1 shows local employment in aggregated sectors as a share of total employment (IMPLAN 2012). In 2012 the government (19 percent), retail trade (11 percent), and health and social services (9 percent) sectors were the largest employers within the eighteen-county study area. A portion of employment in many industries can be directly or indirectly attributed to the Rio Grande National Forest but not all employment in Figure 1 is attributable to the Rio Grande National Forest; employment contributions provided by the Rio Grande National Forest are discussed below in the Forest Contributions section.

Employment specialization can be examined using the ratio of the percent employment in each industry in the region of interest (eighteen-county study area) to the percent of employment in that industry for a larger reference region (the states of Colorado and New Mexico). For a given industry, when the percent employment in the analysis region is greater than in the reference region, local employment specialization exists in that industry (USDA Forest Service 1998). Applying this criterion to 2012 employment data for the Rio Grande National Forest study area reveals that the region is specialized with respect to agriculture, forestry, fish and hunting (3.2), utilities (2), transportation and warehousing (1.7), construction (1.5), arts- entertainment and recreation (1.4), mining (1.2), government and non-North American Industry Classification System (1.2), other services (1.1), retail trade (1.1), and accommodation and food services (1.1).

---

administration), while Non-services related sectors consist of the following sectors: Mining (includes fossil fuels), Construction, Manufacturing, Agriculture, and Forestry, Fishing, and related activities.

Rvsd Plan - 00000530

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions



Source: IMPLAN 2012

**Figure 1. Employment by industry, 2012**

Employment specialization is of particular interest when specialization occurs in sectors related to forest management. A portion of employment in the sectors shown in Figure 2 can be attributed to forest management, timber production[2], grazing[3] and recreation on the Rio Grande National Forest. The government sector includes all federal, State and local employment, while a portion of employment in the accommodations and food services, arts, entertainment and recreation, retail trade, and passenger transportation sectors is specifically attributed to tourism and recreation (Marcouiller and Xia 2008). Relative to the states of Colorado and New Mexico, the eighteen-county study area is specialized in all sectors related to forest management apart from primary and secondary forest products manufacturing. Specialization in the forest management related sectors highlights the importance of government, forestry and logging, grazing, and tourism and recreation to the local economy. For a more detailed discussion of the Rio Grande National Forest employment contributions see the section on Forest Contributions below.

---

[2] Sectors related to timber include: Forestry & Logging (IMPLAN sectors 15, 16, 19, 335), Primary Forest Products Manufacturing (IMPLAN sectors 31, 95, 96, 98, 105), and Secondary Forest Products Manufacturing ( IMPLAN sectors (97, 99, 100, 102, 106, 107, 108, 109, 110, 111, 112, 295, 297, 301, 302) (BBER 2010).

[3] Sectors related to grazing include: Cattle ranching and farming (IMPLAN sectors 11) and Animal production, except cattle and poultry and eggs (IMPLAN sectors 14).

Rvsd Plan - 00000531

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions



**Figure 2. 2012 State and study area employment distribution for forest related sectors**

## Unemployment

Unemployment rates measure the percent of the local work force that is jobless but actively seeking employment. Though public officials strive for full-employment, structural unemployment (mismatch between labor skills and available jobs within a region) and frictional unemployment (people moving or transitioning employment) cause rates to persist even in times of economic prosperity. The existence of structural and frictional unemployment implies that there is an inherent "natural" rate of unemployment. The natural rate of unemployment is believed to fall somewhere between 5 and 6 percent and allows workers to move between jobs and industries without signaling broad economic distress. Figure 3 provides the annual unemployment rate of the study area relative to the state and nation between 1990 and 2011.

Rvsd Plan - 00000532



**Figure 3. Unemployment 1990-2014**

Source: U.S. Department of Commerce, 2014d

Historically unemployment in the eighteen-county study area has closely mirrored the state of Colorado and generally remains higher than statewide trends (Figure 3). The economic downturn in 2007 caused unemployment across the U.S. to rise, hitting Colorado and the region surrounding the Rio Grande National Forest relatively hard. Since the high of 9.3 percent in 2007, unemployment in the eighteen-county study area has dropped to 6.6 in 2014 (U.S. Department of Commerce 2014d).

## Personal Income

Personal income provides a measure of all sources of income (wages, investment income, retirement, etc.) within the Rio Grande National Forest study area. High personal income may be a signal of greater job opportunities, highly skilled residents, greater economic resiliency, and well-developed infrastructure within a community; while low personal income is often a reflection of the poor economic conditions and relatively few economic opportunities available within a community. Total personal income in the study area exceeded $11.8 billion dollars in 2013. Personal income in the study area has grown less rapidly than total personal income across the state. Between 1970 and 2013 total personal income in Colorado grew by 331 percent while total personal income within the eighteen-county study area grew by 307 percent (adjusted for inflation and reported in 2014 dollars) (U.S. Department of Commerce 2014e).

There are two major sources of personal income: (1) labor earnings or income earned through employment and (2) non-labor income (discussed below). Labor earning's share of total personal income decreased from 69 percent in 1970 to 54 percent in 2013 (U.S. Department of Commerce 2014e). Although wages can fluctuate between counties and across industries, average annual wage in the Rio Grande National Forest study area were below those of the state and the nation in 2013. In 2013 the average annual wage in the eighteen-county study area was 35,451, and ranged from $42,978 in La Plata County to $24,473 in San Juan County (Table 9). Average annual wages in the services sectors were less

than non-services in all individual counties apart from Rio Grande and Saguache counties which lacked the presence of higher paying non-services employment.

**Table 9. Average annual wages, 2013 (2014 dollars)**

|  | All Sectors | Services | Non-Services |
|---|---|---|---|
| **United States** | **$50,601** | **$48,620** | **$59,298** |
| **Colorado** | **$51,678** | **$50,113** | **$61,821** |
| **18 County Area** | **$35,451** | **$31,049** | **$43,539** |
| Alamosa | $33,933 | $32,428 | $33,509 |
| Archuleta | $31,315 | $28,730 | $29,050 |
| Chaffee | $31,949 | $26,729 | $42,317 |
| Conejos | $29,228 | $28,163 | $32,090 |
| Costilla | $26,891 | $24,379 | $38,393 |
| Fremont | $36,330 | $26,653 | $44,086 |
| Gunnison | $35,258 | $26,877 | $56,773 |
| Hinsdale | $25,828 | $20,458 | $35,168 |
| Huerfano | $28,364 | $27,923 | $31,286 |
| La Plata | $42,978 | $37,645 | $54,880 |
| Mineral | $28,789 | $26,210 | $53,694 |
| Montrose | $36,137 | $32,314 | $39,386 |
| Park | $33,018 | $32,088 | $36,903 |
| Rio Grande | $31,305 | $30,340 | $29,157 |
| Saguache | $30,218 | $31,137 | $29,434 |
| San Juan | $24,473 | $18,386 | $33,906 |
| Rio Arriba | $31,918 | $30,518 | $34,536 |
| Taos | $30,188 | $26,309 | $44,888 |

Source: U.S. Department of Labor, 2014b

Using the same criterion utilized above to examine employment specialization[4], labor earnings in the eighteen-county study area were specialized in transportation and warehousing (3.5), agriculture, forestry, fish and hunting (3.4), utilities (1.8), government and non-North American Industry Classification System (1.3), retail trade (1.3), construction (1.3), mining (1.3), arts- entertainment and recreation (1.2), accommodation and food services (1.2), other services (1.1), and health and social services (1.1) (IMPLAN 2012). Income specialization in these sectors provides further evidence of the linkages between the Rio Grande National Forest and local economies. While management expenditures support income for local Forest Service employees, uses on the forest, such as grazing and forest product use, and natural and cultural amenities provide recreation and tourism spending which generates income in related industries. In this manner, a portion of local income specialization can be linked to the Rio Grande National Forest.

---

[4] Employment specialization can be examined using the ratio of the percent employment in each industry in the region of interest (eighteen-county study area) to the percent of employment in that industry for a larger reference region (the states of Colorado and New Mexico). For a given industry, when the percent employment in the analysis region is greater than in the reference region, local employment specialization exists in that industry (USDA Forest Service 1998).

While the local economy surrounding the Rio Grande National Forest contains many counties with lower paying service jobs (Table 9), the unique natural and cultural amenities of the forest may provide addition benefits to individuals which help offset these low wages. Living in close proximity to the Rio Grande National Forest provides residents with greater access to open spaces, wildlands and a wide range of recreational opportunities. While local residents may forego higher paying jobs in areas with fewer natural amenities, they gain personal enjoyment from the outdoor experiences they have on the Rio Grande National Forest. Natural amenities, often provided by public lands, have been found to influence population and employment changes in amenity rich communities (Knapp and Graves 1989, Clark and Hunter 1992, Treyz et al. 1993, Mueser and Graves 1995, McGranahan 1999, Lewis et al. 2002). As a steward of Colorado's unique natural and cultural amenities, the Rio Grande National Forest increases the attractiveness of local communities and increases regional well-being.

## Non-labor Income

Personal income also includes non-labor income individuals receive from sources other than an employer. In general there are four categories of non-labor income: (1) investment income (dividends, interest, and rent payments), age-related transfer payments (social security and medicare), hardship-related transfer payments (medicaid and other medical assistance, income maintenance or "welfare" and unemployment compensation) and other transfer payments (veterans benefits, education and training assistance and all other payments including workers' compensation). Non-labor income's share of total personal income has grown in recent years. In 1970 non-labor income accounted for 31 percent of total personal income within the eighteen-county study area and by 2013 non-labor income had grown to represent more than 46 percent of total personal income (U.S. Department of Commerce 2014e).

Non-labor income's increasing share of regional total personal income can be attributed to increases in both investment income and transfer payments. Between 1970 and 2013 investment income as a share of total personal income within the study area grew from 16.5 percent to 24.2 percent while transfer payments increased from 14.7 percent to 22.3 percent. As shown in Table 10, there was variation in the forms of non-labor income and their share of total personal income across counties in the study area. Investment income accounted for the largest share of total personal income in individual counties and age-related transfer payments was second in all counties, apart from Alamosa County where hardship-related transfer payments were slightly greater than age-related transfer payments in 2013 (U.S. Department of Commerce. 2014f).

**Table 10. Non-labor income as a share of total personal income, 2013**

| | Total Personal Income ($1000) | Non-Labor Income Share | Percent of Total Personal Income | | | |
|---|---|---|---|---|---|---|
| | | | Investment Income | Age Related Transfer Payments | Hardship Related Transfer Payments | Other Transfer Payments |
| **United States** | **$14,377,849,832** | **36 percent** | **19 percent** | **10 percent** | **6 percent** | **2 percent** |
| **Colorado** | **$251,021,871** | **34 percent** | **21 percent** | **7 percent** | **4 percent** | **2 percent** |
| **18 County Area** | **$11,840,783** | **46 percent** | **24 percent** | **13 percent** | **7 percent** | **3 percent** |
| Alamosa | $590,902 | 40 percent | 18 percent | 9 percent | 10 percent | 4 percent |
| Archuleta | $436,873 | 54 percent | 32 percent | 15 percent | 4 percent | 2 percent |
| Chaffee | $674,433 | 55 percent | 33 percent | 16 percent | 4 percent | 2 percent |
| Conejos | $224,975 | 50 percent | 18 percent | 16 percent | 13 percent | 3 percent |
| Costilla | $116,929 | 51 percent | 18 percent | 18 percent | 12 percent | na |
| Fremont | $1,410,354 | 50 percent | 21 percent | 17 percent | 8 percent | 3 percent |

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions

| | Total Personal Income ($1000) | Non-Labor Income Share | Percent of Total Personal Income | | | |
|---|---|---|---|---|---|---|
| | | | Investment Income | Age Related Transfer Payments | Hardship Related Transfer Payments | Other Transfer Payments |
| Gunnison | $584,481 | 45 percent | 33 percent | 7 percent | 3 percent | 2 percent |
| Hinsdale | $39,915 | 66 percent | 52 percent | 11 percent | 2 percent | na |
| Huerfano | $220,317 | 65 percent | 27 percent | 21 percent | 13 percent | 5 percent |
| La Plata | $2,524,559 | 39 percent | 27 percent | 7 percent | 3 percent | 2 percent |
| Mineral | $40,918 | 59 percent | 44 percent | 12 percent | 2 percent | na |
| Montrose | $1,354,671 | 47 percent | 24 percent | 15 percent | 7 percent | 2 percent |
| Park | $616,425 | 38 percent | 23 percent | 11 percent | 3 percent | 2 percent |
| Rio Grande | $483,205 | 46 percent | 22 percent | 13 percent | 9 percent | 2 percent |
| Saguache | $190,992 | 41 percent | 20 percent | 11 percent | 8 percent | 2 percent |
| San Juan | $24,553 | 47 percent | 32 percent | 10 percent | 4 percent | na |
| Rio Arriba | $1,225,690 | 47 percent | 15 percent | 15 percent | 14 percent | 3 percent |
| Taos | $1,080,591 | 53 percent | 24 percent | 16 percent | 11 percent | 3 percent |

Source: U.S. Department of Commerce. 2014f

As discussed earlier in the demographics section, the population surrounding the Rio Grande National Forest is slightly older than the general population and the region's median age is likely to continue to rise. As the region's baby boom population grows, age related transfer payments as a share of income from non-labor sources is likely to rise. Since communities with more retired residents are typically less dependent on employment as a source of income, communities with aging populations may be more resilient to economic downturns (Allen et al. 2009). Rural county population change, the development of rural recreation and retirement-destination areas are all related to natural amenities (Knapp and Graves 1989, Clark and Hunter 1992; Treyz et al. 1993, Mueser and Graves 1995, McGranahan 1999, Lewis et al. 2002). As a steward of natural amenities the Rio Grande National Forest can be attributed with attracting a portion of retirees and age-related non-labor income to the region; thus the Rio Grande National Forest may play a role fostering a more resilient economy.

## Poverty

Poverty is an important indicator of both economic and social well-being. Individuals with low incomes are more vulnerable to hardships and may depend on public land in unique ways. Following the Office of Management and Budget's Directive 14, the Census Bureau uses a set of income thresholds that vary by family size and composition to detect who is poor. If the total income for a family or an individual falls below the relevant poverty threshold, then the household members are classified as being "below the poverty level."

Relative to the general U.S. population and Colorado, and the eighteen-county study area had a higher share of residents and families living below the poverty line in 2013 (Table 11). Poverty rates were higher than the study area, state and the nation in Alamosa, Conejos, Costilla, Fremont, Gunnison, Huerfano, Rio Grande, Saguache, Rio Arriba and Taos counties (U.S. Department of Commerce 2013d). In some cases low income individuals tend to rely more heavily on natural resources and depend more directly on national forest system lands for sustenance and home heating (Atencio 2004). Since these individuals will be more vulnerable to changes in the management of local resources, it is important for the Rio Grande National Forest to understand how these forest users may be affected by management of their forest uses.

Rvsd Plan - 00000536

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions

**Table 11. Poverty rates, 2013**

|  | People Below Poverty | Families below poverty |
|---|---|---|
| **United States** | **15 percent** | **11 percent** |
| **Colorado** | **13 percent** | **9 percent** |
| **18 County Area** | **17 percent** | **12 percent** |
| Alamosa | 26 percent | 18 percent |
| Archuleta | 10 percent | 8 percent |
| Chaffee | 8 percent | 6 percent |
| Conejos | 19 percent | 16 percent |
| Costilla | 22 percent | 18 percent |
| Fremont | 18 percent | 14 percent |
| Gunnison | 18 percent | 7 percent |
| Hinsdale | 5 percent | 3 percent |
| Huerfano | 21 percent | 15 percent |
| La Plata | 11 percent | 7 percent |
| Mineral | 6 percent | 1 percent |
| Montrose | 16 percent | 12 percent |
| Park | 9 percent | 6 percent |
| Rio Grande | 19 percent | 14 percent |
| Saguache | 25 percent | 19 percent |
| San Juan | 17 percent | 10 percent |
| Rio Arriba | 21 percent | 15 percent |
| Taos | 25 percent | 19 percent |

Source: U.S. Department of Commerce, 2013d

## *History and Cultural Identity*

Southern Colorado was home to many native cultures long before the Europeans reached the Americas. Land now administered by the Rio Grande National Forest has been supporting social and cultural traditions for thousands of years. Native American Paleo-Indian cultures were the first know inhabitants of the area approximately 12,000 years ago. Groups from the Archaic Stage, as well as later Ute, Jicarilla Apache, Navajo, and Puebloan groups, followed and lived by hunting game and gathering plants found in the area (USDA Forest Service 2015). For a more in depth analysis of the aboriginal history and use of the analysis area please see the Cultural and Historical Context within Assessment 13: Cultural and Historic Uses.

The Spanish began exploring the San Luis Valley area during the late 1500s. In an attempt to settle the area, Mexico established numerous land grants within the Spanish territory, including the Conejos Land Grant. The valley remained largely unsettled until the area became the territory of the United States under the Treaty of Guadalupe in 1848. The first permanent settlement in Colorado, known as San Luis de la Culebra, was established in 1851 on the Rio Culebra River on the Sangre de Cristo Grant. To protect the early settlers in the valley, Fort Massachusetts was established, north of San Luis, in 1852, and later Fort Garland was created in 1858 due to the inefficacy of Fort Massachusetts. La Loma de San Jose, near present Del Norte, was first inhabited by Hispanic families in 1859 that left the Santa Fe area. Irrigation ditches were constructed and farms established. More extensive farming activities began in the 1880s near

Rvsd Plan - 00000537

Hooper and the area near Monte Vista where large-scale irrigation systems were built (USDA Forest Service 2015).

Gold and silver were discovered near Summitville in1870 which began the mining rush to the area. Other mining settlements followed at Bonanza, Creede, and along the Sangre de Cristo Mountains. Del Norte, one of Colorado's earliest cities, established in 1872, served as a supply point and gateway to the San Juan mining camps. In 1891, an Act of Congress authorized the establishment of timber reserves in order to conserve the nation's timber, range and water resources. Portions of these established reserves were combined to form the Forest in 1908 (USDA Forest Service 2015). For more information on the Rio Grande National Forest's role in area history see Assessment 13 on Cultural and Historic Resources.

During the remainder of the twentieth century, the San Luis Valley, and areas around the forest, have seen variation in population change. Between 1950 and 1970 Conejos, Costilla, Rio Grande and Saguache counties experienced decreases in population. However, since 1970 the area has experienced an increase in population as people moved to the area given its alluring cultural and natural setting. The area provides an escape to many; for example, communities spiritually connected to the Rio Grande National Forest, the outdoors and area cultural significance have increased in size. Others from throughout the nation find escape and benefit from many unique amenities and activities provided by the Rio Grande National Forest.

Cultural identity of the area is influenced by a mix of Anglo, Hispanic and Native American cultures. The longstanding histories of these groups have created strong cultural identities and traditions unique to the communities within the San Luis Valley and landscape surrounding the Rio Grande National Forest. For example, Crestone contains a thriving spiritual community while Creede identifies with a heritage connected to mining and more recently outdoor recreation. Throughout the area surrounding the Rio Grande National Forest, the merging of Native American, Hispanic, and Anglo histories provides a diversity of cultural traditions and identities in the area. While these groups historically may have clashed and culturally identified as disparate groups, over time the lines between them have sometimes become less discernible. Cultural identity continues to diversify as new settlers move in, attracted by unique natural and cultural amenities; often provided by the Rio Grande National Forest. The interests and concerns of these communities are not distinguished by ethnic, racial or other physical or geographic characteristic; but rather by their interests relating to forest service management (see discussion of communities of interest below).

## Environmental Justice Populations

In 1994, President Clinton issued Executive Order 12898. This order directs federal agencies to focus attention on the human health and environmental conditions in minority and low-income communities. The purpose of EO 12898 is to identify and address, as appropriate, disproportionately high and adverse human health or environmental effects on minority and low-income populations.

Environmental justice is the fair treatment and meaningful involvement of people of all races, cultures, and incomes, with respect to the development, implementation, and enforcement of environmental laws, regulations, and policies. The goal of environmental justice is for federal agencies to identify impacts that are disproportionately high and adverse with respect to minority and low-income populations and identify alternatives that will avoid or mitigate those impacts. According to USDA DR5600-002 (USDA 1997), environmental justice, minority, minority population, low-income, and human health and environmental effects, are defined as follows:

**Environmental Justice** means that, to the greatest extent practicable and permitted by law, all populations are provided the opportunity to comment before decisions are rendered on, are allowed to

Rvsd Plan - 00000538

share in the benefits of, are not excluded from, and are not affected in a disproportionately high and adverse manner by, government programs and activities affecting human health or the environment.

**Minority** means a person who is a member of the following population groups: American Indian or Alaskan Native; Asian or Pacific Islander; Black, not of Hispanic origin; or Hispanic.

**Minority Population** means any readily identifiable group of minority persons who live in geographic proximity to, and, if circumstances warrant, migrant farm workers and other geographically dispersed/transient persons who will be similarly affected by USDA programs or activities.

**Low-Income Population** means any readily identifiable group of low-income persons who live in geographic proximity to, and, if circumstances warrant, migrant farm workers and other geographically dispersed/transient persons who will be similarly affected by USDA programs or activities. Low-income populations may be identified using data collected, maintained and analyzed by an agency or from analytical tools such as the annual statistical poverty thresholds from the Bureau of the Census' Current Population Reports, Series P-60 on Income and Poverty.

**Human Health and Environmental Effects** as used in this departmental regulation includes interrelated social and economic effects.

The emphasis of environmental justice is on health effects and/or the benefits of a healthy environment. The Council on Environmental Quality has interpreted health effects with a broad definition: "Such effects may include ecological, cultural, human health, economic or social impacts on minority communities, low-income communities or Indian Tribes …when those impacts are interrelated to impacts on the natural or physical environment" (Council on Environmental Quality 1997).

Census data presented in previous sections, describing the demographics and economic conditions of communities surrounding the Rio Grande National Forest, indicate that there are concentrations of minority and low-income populations within the study area. Many communities have maintained strong ties to subsistence uses and ancestral lands they rely on for a variety of traditional, cultural, subsistence, forest products, fishing and hunting uses. While communities in the area can be defined in Council on Environmental Quality terms, as meeting classification for determination as environmental justice populations, communities in the San Luis Valley identify with the concept of environmental justice. As a result environmental justice is used in this document to describe a community interested in engagement and consideration of community interests, their resources uses, desires for Rio Grande National Forest management and analysis of contributions to socioeconomic sustainability. Additional communities where these interests exist include Antonito, Capulin, Center, Creede, La Jara, Monte Vista and Saguache as well as communities in other areas (such as Costilla County) with no access to public lands but who travel to use public lands. Forest staff actively work with these groups, such as Conejos County Clean Water in Antonito, to ensure their interests are accurately portrayed throughout future stages of the planning process.

## Public Safety

This issue is discussed in Assessment 9 (Recreation) and Assessment 11 (Infrastructure).

## Forest Users and Contributions to Socioeconomic Sustainability

National forests are productive assets which contribute to sustaining the viability of national, regional, and local communities. Uses, products, services, and visitor opportunities supported by national forest system lands produce a steady flow of benefits which contribute to the robustness and sustainability of local communities. While robustness implies diversity, sustainability refers to the community's capacity

Rvsd Plan - 00000539

to maintain a certain level of function within the social, ecological, and economic systems it encompasses. Sustainability is a complex idea focused around intergenerational equity. This concept relates to the maintenance and enhancement of resources in order to meet the needs of current and future generations.

Sustainability is difficult to measure since the concept lacks a universally agreed upon definition. The most widely accepted definition of sustainability was developed by the United Nation's Brundtland Commission and has since been incorporated into the 2012 Planning Rule, where sustainability is defined as the capability to meet the needs of the present generation without compromising the ability of future generations to meet their needs (36 CFR 219.19). The rule's objective states that plans are to guide management so that forests and grasslands are ecologically sustainable and contribute to socioeconomic sustainability, as well as to have the capacity to provide people and communities with ecosystem services and multiple uses that provide a range of social, economic, and ecological benefits for the present and into the future. Consequently a framework for evaluating contributions to socioeconomic sustainability needs to incorporate contributions to beneficiaries of ecosystem services.

For the purposes of examining current social and economic contributions to sustainability, and environmental consequences under the alternatives, criterion 6 of the Montréal Process is used. Criterion #6 and its indicators can be useful for purposes of evaluating socioeconomic sustainability under the 2012 Planning Rule (Ng 2014; Ng and Miller 2014). Criterion 6 deals with the maintenance and enhancement of long-term multiple socio-economic benefits to meet the needs of societies (Montreal Process Working Group 2009). Indicators under criterion 6 are mostly discussed qualitatively for communities of interest and in the Forest Economic Contributions section.

## Montreal Process Criterion 6 indicators:

### 6.1 Production and consumption
- Volume of wood production
- Total and per capita consumption of wood production
- Non-wood forest product produced or collected
- Total and per capita consumption of non-wood forest produced or collected

### 6.2 Investment in the forest sector
- Investment and expenditure contribution to forest-related research, extension and development, and education

### 6.3 Employment and community needs
- Employment in the forest sector
- Resilience of forest-dependent communities
- Area of forest used for subsistence purposes

### 6.4 Recreation and tourism
- Area of forest available and/or managed for public recreation and tourism
- Number of visits attributed to recreation and tourism

### 6.5 Cultural, social and spiritual needs and values
- Area of forest managed primarily to protect the range of cultural, social and spiritual needs and values

- The importance of forests to people

Montréal Process indicators are incorporated into the discussion below of communities of interest and in the section below on Forest Economic Contributions in order to establish a baseline for evaluation of forest management under the revised Rio Grande National Forest Plan.

## Communities Interested in Rio Grande National Forest Management

The long-term viability of communities is dependent upon the social, cultural, and emotional attachments people form with places. Although communities are often thought of in terms of geographical boundaries, communities within the Rio Grande National Forest's eighteen-county study area can be described by their physical place and by their connections to the local landscape. This distinction is best characterized as the difference between communities of place (i.e., people who are bound together because of where they reside, work, visit or otherwise spend a continuous portion of their time) and communities of interest (i.e., people who share a common interest or passion, regardless of their location or degree of interaction) (Patterson et al. 2003). The geographically based community refers to physical or political boundaries and not to the relationships among people who reside within these boundaries. Brown and Duguid describe communities of interest as ―communities-of-communities (Brown and Duguid 1991); they provide unique opportunities to explore the linkages between people and public land that may transcend the geographically defined community. The distinction between place and interest is not mutually exclusive; in fact many communities share location and values, beliefs, and attitudes because community members choose to live near like-minded people.

Uses, products, services, and visitor opportunities supported by National Forests produce a steady flow of benefits, or ecosystem services, which contribute to the sustainability of forest dependent communities. While contributions to communities of place can be measured in terms of the economic activity forest resources support in the local economy (discussed in the Forest Economic Contributions section), the social and cultural links between the forest and communities of interest often transcend the boundaries of a physical place. These communities of interest are also beneficiaries of many ecosystem services. People, or *beneficiaries*, derive well-being from the components of nature they enjoy, consume, or use (Boyd and Banzhaf 2007). Thus communities of interest provide a means of examining connections between communities and ecosystem services that transcend geography. Communities of interest are described below as beneficiaries (in terms of the ecosystem goods and services that they benefit from) and other interests outside the scope of ecosystem services not captured in economic considerations discussed in the Forest Economic Contributions section.

While each community of interest may have a unique character and unique priorities related to natural resource use, the forest contributes to the livelihood of these communities by facilitating shared values, beliefs, and attitudes associated with the forest's resources. In this manner, The Rio Grande National Forest can be attributed with contributing to the long-term sustainability of several communities of interest. Social sustainability refers to the maintenance of vibrant communities through the network of relationships, traditions, culture, and activities that connect people to each other and to the land (36 CFR 219.19). Based on public involvement, discussions with forest staff and other input received from the public communities of interest associated with the Rio Grande National Forest were identified. These communities include:

- Cultural community of interest - protection and access to resources

- Educator, student and researcher community of interest

- Government, municipal and residential community of interest

Rvsd Plan - 00000541

- Non-use values community of interest (those who derive benefits from the existence and bequest values of resources, including wildlife, a diverse ecosystem, viewsheds, carbon sequestration and certain designated areas)
- Recreational community of interest - consumptive, including hunting, fishing and food pickers/gathers
- Recreational community of interest - non-consumptive, including art (writing, painting, photography) connecting with history and wildlife viewing
- Forest products community of interest
- Environmental justice and subsistence community of interest

A description of each community of interest is provided below. Relevant components of socioeconomic sustainability are also included for each group, consistent with definitions and requirements under the 2012 Planning Rule, applied within the Montréal Process framework described above.

## Cultural communities of interest- protection and access to resources

The Rio Grande National Forest has been supporting cultural traditions for thousands of years and its landscapes serve as a reminder of traditions shared across generations. The historic features and landscape features that hold these memories help people form attachments to places by providing an understanding of their place in the natural, spiritual and cultural environment. Assessment 13 on Cultural and Historic Resources acknowledges that "cultural and historic resources within the plan area represent the processes and events important to the identity and history of local and tribal communities. Contemporary uses of resources and places within the plan area by American Indian, Hispanic and Anglo-American traditional communities are critical to maintaining the cultural identity of these communities." For more in-depth analysis of tribal communities of interest please see Assessment 12: Areas of Tribal Importance.

Public input in support of this assessment highlighted the forest's cultural and heritage importance based on a diverse set of uses. The forest is generally perceived as an important part of the culture and heritage of area communities and attributed with protecting a number of sites of cultural and historic importance. Many stakeholders believe that forest management of these sites increases public awareness of and access to opportunities to learn and interpret their cultural and historic significance. By preserving and facilitating the interpretation of these resources the Rio Grande National Forest ensures that the cultural legacy and heritage values supported by Rio Grande National Forest lands will be passed on to present and future generations.

Contributions to sustainability for this community are measured by employment from forest uses, qualitative assessment of resilience of forest-dependent communities, areas of forest available for subsistence purposes (indicators under Criterion 6.3 Employment and community needs) areas of forest managed to protect cultural, social and spiritual needs/values and qualitative assessment of the importance of forests to people (indicators under Criterion 6.5 Cultural, social and spiritual needs and values). As described above, the Rio Grande National Forest is vitally important to this community and contributes to their resilience as a forest-dependent community. Ecologists have found that ecosystem resiliency is strongly correlated with ecological diversity. Social scientists have adapted these findings to develop the premise that more diverse communities generally adapt to and integrate change more rapidly and successfully than their less diverse counterparts. Community or socioeconomic resiliency relates to humans' ability to adapt to social and economic changes. Beckley et al. (2002) define community resiliency as: "the capacity of humans to change their behavior, redefine economic relationships, and alter social institutions so that economic viability is maintained and social stresses are minimized."

Rvsd Plan - 00000542

Rio Grande National Forest management contributes to socioeconomic sustainability through access to cultural sites and management of special interest areas. Other sites with heritage importance are discussed in Assessment 13 on Cultural and Historic Resources. While the Rio Grande National Forest contributes to the range of cultural, social and spiritual needs and values of this community there are unknown relationships and gaps in information. Assessment 13 acknowledges that there is still much that we don't know about forest uses of traditional Hispano communities and how we should manage the special interest areas (Fremont Historic Area, the Wagon Wheel Gap Experimental Station, the Bachelor Loop Historic Area and the Baca Mountain Tract) designated for cultural values.

### Educator, student and researcher community of interest

Educators, students and researchers depend upon a variety of goods and services from the Rio Grande National Forest such as water resources, wilderness, unique ecosystems, archaeological sites and habitats to understand, communicate and educate. For example, the Rio Grande National Forest is highly valued by a large community interested in natural plant and animal communities in a remote setting. Public input in support of this assessment indicated that the Rio Grande National Forest was significant to them because it provided lands important to endangered species, migratory birds and to other unique animal and plant populations.

Contributions to sustainability for this community are measured by qualitative assessment of contribution to forest-related research, extension and development, and education (indicators under Criterion 6.2 Investment in the forest sector). The Rio Grande National Forest contributes to opportunities for forest-related research, extension and development, and education by providing the opportunities described above to understand, communicate and educate. By managing remote landscapes, habitats (see Assessments 1, 3, 5 and 8) and areas suitable for wilderness designation the Rio Grande National Forest contributes to sustaining communities' interests for current generations and providing opportunities to pass knowledge down to future generations. Protection, enhancement and access to these goods and services support their livelihoods. The need for this contribution is increasing in demand with anticipated increases in population within the eighteen-county study area.

### Government, municipal and residential community of interest

Local governments, municipalities and residential members of the community depend upon a variety of goods and services from the Rio Grande National Forest. Specific interests and benefits include water quality, water quantity, storage, flood control, property values near natural amenities on the forest, opportunity for placement of infrastructure, and reduced risk of erosion, fire and pest infestation from properly managed ecosystems.

Contributions to sustainability for this community are measured by employment from forest uses, qualitative assessment of resilience of forest-dependent communities, areas of forest available for subsistence purposes (indicators under Criterion 6.3 Employment and community needs). The Rio Grande National Forest contributes to the resilience of local governments, municipalities and residents by providing the benefits described above. This need for this contribution to sustainability is increasing in demand as the region surrounding the Rio Grande National Forest grows. Increased population in areas surrounding the Rio Grande National Forest increases the region's need for infrastructure and places greater pressure on forest management to provide utility right-a-ways to meet the region's growing infrastructure needs. In addition, as populations grow, conflicts between local residents and forest visitors may increase.

Local governments are supported by receipt-sharing of federal land payments (see Payments to States and Counties portion of Forest Economic Contributions section below). The payment in lieu of taxes (PILT) program may or may not continue to be funded, and Congress could initiate new discretionary or non-

discretionary federal land payment programs over the next twenty years. State and county federal land payments, are essential to balancing tight local budgets. As these revenues are invested in the maintenance and improvement of local infrastructure and public services, they contribute to the sustainability and health of local communities by supporting a portion of the valuable services these local governments provide. Although not directly managed by the forest but rather allocated by Congress, numerous counties in the immediate planning area of the San Luis Valley commented during the assessment phase about the importance of preserving these funding streams.

### Non-Use Values community of interest

Non-use values are a type of non-market value specific to those who derive benefits from the existence and bequest values of resources, including wildlife, plant species, water bodies, landscapes, historical sites, and recreational trails. Non-market values can be broken down into two categories, use and non-use values. The use-value of a non-market good is the value individuals receive from the direct use of natural resource or non-market good. Within the Rio Grande National Forest use-values exists for recreational activities such as hunting, hiking, and wildlife viewing. The use of non-market goods often requires consumption of associated market goods, such as food, gas and lodging expenditures incurred by forest visitors.

Non-use values of a non-market good reflect the value of an asset beyond its current use. These can be described as existence, option and bequest values. Existence values are the amount society is willing to pay to guarantee that an asset simply exists. An existence value for the Rio Grande National Forest might be the value of knowing that undisturbed native plant habitat exists or the value associated with undeveloped scenic landscapes. In addition to implicit existence values, society's willingness to pay to preserve resources for future use attaches additional non-use values. The potential benefits people would receive from future use are referred to as option values when future use is expected to occur within the same generation and bequest values when preservation allows future generations to benefit from the resource use. Within the Rio Grande National Forest bequest and option values might exist for wildlife, plant species, water bodies, landscapes, historical sites, and recreational trails.

While non-use values may exist for many of the Rio Grande National Forest's natural resources, it is difficult to quantify and monetize. Since the methodologies for measuring these values can be controversial and difficult to apply, non-market goods tend to be undervalued. While it is not feasible to estimate non-market values during the planning process, it is important that forest management recognizes the value of forest resources include both market and non-market values. Many of these non-market values are discussed in other resource sections of the assessment (conditions, trends and stressors associated with habitat in Assessments 1 through 5).

Contributions to sustainability for this community are measured by areas of forest managed to protect cultural, social and spiritual needs/values and qualitative assessment of the importance of forests to people (indicators under Criterion 6.5 Cultural, social and spiritual needs and values). As described above, the Rio Grande National Forest is vitally important to this community and contributes to their sense of the importance of forests. In addition, the Rio Grande National Forest contributes to the range of cultural, social and spiritual needs imbedded in non-use values held by this community. In this manner contributions to their well-being and sustainability are maintained. For example, current management of unique habitats and wilderness contributes to the well-being of this community. For more in-depth analysis of non-use values to tribal communities please see Assessment 12: Areas of Tribal Importance.

Rvsd Plan - 00000544

### Recreational community of interest - consumptive, including hunting, fishing and plant/material gathering

Information received from the public, supporting the assessment, revealed that recreationists highly valued the Rio Grande National Forest because of the opportunities for hunting, fishing and recreational food and material gathering (such as firewood and mushroom collection). Members of the public indicated they had developed strong personal and cultural connections with the forest through years participating in these activities. Often participation in these activities has spanned generations and offers experiences where parents were given the opportunity to teach their children to appreciate and respect nature. Though conflicts arise over competing uses, recreationists generally shared positive attitudes towards Rio Grande National Forest management and credited it as providing a unique and remote opportunity. By supporting unique recreational experiences the Rio Grande National Forest helps cultivate an appreciation for the outdoors that continues to be passed down to younger generations thereby contributing to the longevity of communities who use the forest.

The Rio Grande National Forest is one of the most remote and biologically and ecologically diverse landscapes in Colorado and the West/Southwest. As discussed in the sections on Multiple Uses section the forest provides habitat for many species of fish and wildlife of importance to communities locally and across the nation. According to 2011 National Visitor Use Monitoring data, 5 percent of forest visitors participate in hunting, and 4 percent fished while recreating on the Rio Grande National Forest. National Visitor Use Monitoring data also indicated that hunting and fishing are two of the most popular recreational activities pursued on the Rio Grande National Forest, and were reported to be the primary purpose of 7 percent and 14 percent of annual forest visits respectively.

Contributions to sustainability for this community are discussed in Assessment 9 and measured by:  areas of forest available or managed for public recreation and tourism, the number of visits attributed to recreation and tourism (indicators under Criterion 6.4 Recreation and tourism), areas of forest managed to protect cultural, social and spiritual needs/values and qualitative assessment of the importance of forests to people (indicators Criterion 6.5 Cultural, social and spiritual needs and values). As described in Assessment 9, the Rio Grande National Forest is vitally important to this community and contributes to their sense of the importance of forests. Assessment 9 acknowledges that recreation is a critical part of social sustainability, connecting people to nature, providing for outdoor activities that promote long-term physical and mental health, enhancing the American public's understanding of their natural and cultural environments, and catalyzing their participation and stewardship of the natural world. Recreation also contributes to sense of place and contributes to physical and mental health, family cohesion, social integration, civic engagement, child development, work productivity, and promotion of environmental resource stewardship and conservation ethic (see Assessment 9). These contributions to sustainability are not changing however, increased demand for recreational opportunities are anticipated with increases in population and mobility.

### Recreational community of interest - non-consumptive, including art (writing, painting, photography) connecting with history and wildlife viewing

Information received from the public, in support of the assessment, revealed that people associated with this community of interest valued the Rio Grande National Forest because of the opportunities for trail running, hiking, biking, riding off-highway vehicles, writing, painting, photography, birding, connecting with history and camping. Some recreationists had developed strong personal bonds with the forest through years of participating in these activities. Several comments highlighted that the forest provided multi-generation experiences where parents were given the opportunity to teach their children to appreciate and respect nature. The Rio Grande National Forest was also attributed with providing people with access to free forms of entertainment, like birding and various other types of wildlife viewing; however Assessment 9 indicates underserved groups on the Rio Grande National Forest include women,

minorities (Hispanics, Native Americans), youth under the age of 16, seniors (people aged 60 and over) and low income families. Though conflicts arise over competing recreational uses, recreationists generally shared positive attitudes towards the Rio Grande National Forest and credited it as providing unique and remote opportunities. By supporting unique recreational experiences the Rio Grande National Forest helps cultivate an appreciation for the outdoors that continues to be passed down to younger generations thereby contributing to the longevity of communities who use the forest.

Public input, in support of this assessment, highlighted a deep appreciation for the forest's remote and wild landscape and scenic beauty. These recreationists take great pleasure in using the Rio Grande National Forest as a source of inspiration for writing, painting, photography or other artistic pursuits. Others use the forest as a refuge away from the people, noise, and pollution of cities and credit the scenic, undeveloped landscapes of the forest with improving their quality of life by providing escape. Others attributed the forests scenic resources with cultivating mental clarity, spiritual renewal and cultural connection. Others in this community of interest escape to the Rio Grande National Forest because the exploration and quiet enjoyment of its diverse landscapes provides relief from the stress of their daily lives and promotes self-reflection and inner peace.

Wildlife related activities on the Rio Grande National Forest are an important recreation activity that draws visitors to area. According to 2011 National Visitor Use Monitoring data, wildlife related activities accounted for approximately 55 percent of all forest visits each year and nearly 35 percent of forest visitors are estimated to participate in wildlife viewing. Public input, in support of this assessment, indicated that the Rio Grande National Forest was significant to them because it provided critical habitat for terrestrial, aquatic, and avian wildlife (see Assessments 1, 3, 5 and 8).

Contributions to sustainability from non-consumptive recreation opportunities are measured by areas of forest available and/or managed for public recreation and tourism, the number of visits attributed to recreation and tourism (indicators under Criterion 6.4 Recreation and tourism), areas of forest managed to protect cultural, social and spiritual needs/values and qualitative assessment of the importance of forests to people (indicators Criterion 6.5 Cultural, social and spiritual needs and values). The Rio Grande National Forest to contributes to the importance of forests to nature enthusiasts, wildlife viewers and visitors seeking inspiration, spiritual or cultural connections; by managing the forest to protect the integrity of its resources so that it can continue to promote the mental, physical, and spiritual health of current and future generations. In addition, specific areas on the Rio Grande National Forest contribute to educational experiences and community sustainability.

### Forest products community of interest

Historic harvests exceeded those in recent years, however current timber management provides supply of forest products that contribute to sustaining communities interested in timber. Interest related to commercial timber, and their contributions to socioeconomic sustainability are covered below in the section on Forest Economic Contributions. This section considers contributions to socioeconomic sustainability from other forest products such as firewood, mushrooms and other products.

The Rio Grande National Forest has supported generations of local residents by providing forest products used for home heating, cooking, construction (vegas, latillas and vigas) and other needs (food, crafts, medicine, etc.). A discussion of the culturally significant plant osha (*Ligusticum porteri*) is included in Assessments 12 and 13 covering its importance and issues unique to Rio Grande National Forest management. Information on quantity forest products collected is often tracked through the permitting process administered by the Rio Grande National Forest. Table 12 shows that collection, tracked by the forest, has been variable. While non-permitted collection does occur information is unavailable on trends

of use. Regardless, habitats across the forest contribute to the wellbeing and sustainability of this community through provision of these products.

**Table 12. Non-commercial forest products: quantity cut unless specified**

|  | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Christmas trees** | | | | | |
| subalpine AF | 437 | 449 | 548 | 553 | 578 |
| subalpine SAF | 431 | 375 | 312 | 349 | 405 |
| **Transplants** | | | | | |
| Aspen | 167 | 130 | 176 | 96 | 45 |
| combined Softwood | 95 | 139 | 167 | 115 | 144 |
| **Bushels of cones** | 150 | - | 50 | 100 | |
| **Seed** | - | 67 | 30 | 300 | |
| **Mushrooms** | | | 223 | | |
| **Herbs** | | | 10 | | |

Source: USDA NRM 2013

Firewood has been an important forest product provided by the Rio Grande National Forest. In many areas, fuelwood gathering is a necessity, not a luxury, since people heat their homes and cook with wood-burning stoves (Raisch 2000). Additionally, firewood use can be considered traditional as those with access to electric or gas stoves often prefer cooking with wood (Atencio 2004). In many firewood gathering areas, harvesting wood is considered to be a traditional right that ties people to their ancestral land (Raisch 2000).

The household importance of firewood across the eighteen-county study area is higher in certain areas than others. Data collected between 2009 and 2013 on household heating fuel from the U.S. Census Bureau's American Community Survey show the degree to which residents in the study area counties depend upon firewood for household heating (Table 13). This data shows that households in all individual counties depend on firewood to a greater degree than either the state of Colorado or New Mexico. Firewood was the largest source of household heating for Saguache and San Juan counties and the second largest in Conejos, Costilla, Hinsdale and Mineral counties in Colorado and Rio Arriba and Taos counties in New Mexico (U.S. Department of Commerce 2013e).

Firewood removed from the forest contributes greatly relative to other Forest Service sources in the area. In fiscal year 2013 there were 8,769 cords of firewood sold on the Rio Grande National Forest. On the San Juan National Forest and the Carson National Forest there were approximately 9,600 and 23,800 cords sold, respectively (Forest Service cut and sold reports for Region 2 and Region 3). Over the period from 2000 to 2013 an average of 6,900 cords were sold from the Rio Grande National Forest.

Table 13. Household heating dependency by percentage of use (U.S. Department of Commerce 2013e)

|  | Utility gas | Bottled, tank, or LP gas | Electric | Fuel oil, kerosene etc. | Coal or coke | Wood | Solar energy | Other fuel | No fuel used |
|---|---|---|---|---|---|---|---|---|---|
| **Colorado** | **72.7** | **5.0** | **19.1** | **0.1** | **0.1** | **2.0** | **0.1** | **0.5** | **0.3** |
| **New Mexico** | **67.1** | **9.2** | **15.6** | **0.1** | **0.0** | **6.7** | **0.3** | **0.9** | **0.2** |
| **18 County Area** | **70.1** | **6.7** | **17.9** | **0.1** | **0.1** | **3.9** | **0.2** | **0.7** | **0.3** |
| Alamosa | 53.1 | 13.2 | 21.8 | 2.8 | 0.0 | 7.1 | 1.0 | 1.0 | 0.0 |
| Archuleta | 34.4 | 31.5 | 12.9 | 0.3 | 0.3 | 18.2 | 0.9 | 1.4 | 0.0 |
| Chaffee | 51.8 | 23.6 | 11.4 | 0.3 | 0.1 | 11.5 | 0.8 | 0.2 | 0.3 |
| Conejos | 41.3 | 15.2 | 8.1 | 3.0 | 0.0 | 31.5 | 0.0 | 1.0 | 0.0 |
| Costilla | 3.3 | 50.2 | 7.3 | 9.6 | 0.1 | 25.7 | 0.6 | 2.6 | 0.5 |
| Fremont | 66.6 | 13.1 | 10.1 | 0.1 | 0.2 | 8.7 | 0.1 | 1.1 | 0.0 |
| Gunnison | 50.0 | 13.4 | 24.5 | 0.4 | 1.3 | 8.9 | 0.5 | 0.7 | 0.3 |
| Hinsdale | 9.8 | 41.8 | 20.1 | 0.0 | 0.0 | 26.0 | 1.8 | 0.5 | 0.0 |
| Huerfano | 34.1 | 32.0 | 13.4 | 0.2 | 0.8 | 15.4 | 1.1 | 2.5 | 0.5 |
| La Plata | 46.2 | 23.9 | 16.7 | 0.3 | 0.5 | 11.0 | 0.6 | 0.7 | 0.2 |
| Mineral | 4.1 | 42.0 | 22.6 | 0.0 | 0.0 | 31.0 | 0.0 | 0.3 | 0.0 |
| Montrose | 56.9 | 11.4 | 17.0 | 0.1 | 0.5 | 11.8 | 0.2 | 1.9 | 0.2 |
| Park | 33.8 | 32.1 | 6.8 | 0.2 | 0.6 | 23.9 | 0.7 | 1.8 | 0.1 |
| Rio Grande | 41.6 | 22.6 | 15.8 | 0.4 | 0.0 | 18.0 | 0.1 | 1.4 | 0.1 |
| Saguache | 26.2 | 25.3 | 18.5 | 1.0 | 0.0 | 27.0 | 1.6 | 0.4 | 0.0 |
| San Juan | 10.6 | 43.0 | 12.1 | 0.9 | 6.9 | 24.9 | 0.9 | 0.6 | 0.0 |
| Rio Arriba | 54.1 | 17.3 | 6.4 | 0.1 | 0.2 | 19.5 | 0.4 | 1.5 | 0.5 |
| Taos | 45.6 | 16.8 | 3.8 | 0.1 | 0.1 | 29.4 | 2.9 | 1.0 | 0.2 |



**Figure 4. Cords sold from the Rio Grande National Forest**

Rvsd Plan - 00000548

While firewood collected on Rio Grande National Forest land is important for household use, some of this firewood is sold to area distributors (about 6 percent). The sale of firewood to area distributors from the Rio Grande National Forest supports approximately four jobs and $84,000 in labor income on an average annual basis. This does not include employment as a result of firewood traded or its value for household use described above.

### Contributions to socioeconomic sustainability from Rio Grande National Forest Products

Contributions to sustainability from Rio Grande National Forest forest products are measured by volume of wood production, consumption of wood production, non-wood forest product produced or collected, consumption of non-wood forest produced or collected (indicators under Criterion 6.1 Production and consumption), employment from forest uses, qualitative assessment of resilience of forest-dependent communities, areas of forest available for subsistence purposes (indicators under Criterion 6.3 Employment and community needs). As noted above, firewood and other forest products have been an important part of culture, lifestyle and subsistence within area communities and use to play an important role in area communities. Public input, in support of this assessment, noted that the Rio Grande National Forest needs to manage areas to provide firewood and other forest products. By providing firewood and forest products the Rio Grande National Forest contributes to the resiliency of local communities and their socioeconomic sustainability. Future provision of firewood and forest product resources is integral to the viability, and thus sustainability, of study area communities.

### *Environmental Justice and Subsistence community of interest*

The environmental justice and subsistence community of interest maintains longstanding and strong communal ties to the Rio Grande National Forest. While isolation of the area limits population growth and development of the planning area's smaller communities; strong social, cultural, and economic ties to the natural environment have long sustained communities in the San Luis Valley and other parts of the eighteen-county study area. The Rio Grande National Forest has supported generations of local residents through subsistence uses by providing food, water, grazing (see discussion in Forest Contributions section below) and forest products used for home heating, cooking (see firewood discussion in forest economic contributions below) and construction (vegas, latillas and vigas). Communities interested in environmental justice rally around the concept to motivate engagement regarding management of resource uses, potential for disparate and adverse effects from management, and emphasize unique cultural uses and practices on the Rio Grande National Forest.

Contributions to sustainability for this community are measured by volume of wood production, consumption of wood production, non-wood forest product produced or collected, consumption of non-wood forest produced or collected (indicators under Criterion 6.1 Production and consumption), employment from forest uses, qualitative assessment of resilience of forest-dependent communities, areas of forest available for subsistence purposes (indicators under Criterion 6.3 Employment and community needs). By managing the Rio Grande National Forest's ecosystems for ecological integrity, forest management promotes healthy, plant, fish and wildlife populations that contribute to the resilience of these forest-dependent communities. In addition, the public engagement process, required under the 2012 planning rule, facilitates the open and transparent dialogue the Rio Grande National Forest staff is undertaking. These contributions to ecosystems and public engagement are a vital part of this communities needs and thus contribute to their sustainability.

## Forest Economic Contributions

The Rio Grande National Forest is managed in accordance with the Multiple-Use Sustained-Yield Act of 1960 (16 U.S.C. 528–531) (MUSYA) to sustain the multiple uses of its renewable resources while maintaining the long-term health and productivity of the land. The Rio Grande National Forest's

Rvsd Plan - 00000549

resources are managed for the long-term social and economic benefit of human communities. Economic contributions associated with managing forest resources can be measured in terms of the jobs and income which they support in forest related industries. In addition to employment and income contributions directly supported by Rio Grande National Forest expenditures and employment, the forest's resources directly contribute to economic activity in the local recreation and tourism, grazing, mining and timber industries which in turn stimulates economic activity in supporting and non-forest related sectors. Employment and labor income generated in these other sectors are known as the secondary, or indirect and induced effects of economic activity supported by the forest. These contributions are discussed below in addition to relevant components of socioeconomic sustainability are also included for each group, consistent with definitions and requirements under the 2012 Planning Rule, applied within the Montréal Process framework described above.

## Recreation

Colorado's diverse geography and abundance of natural amenities have played an important role in making the state a retirement, recreational and tourist destination. Significant growth in services- related industries in recent years highlights the growing economic importance of the state's tourism industries and suggests that the economic drivers of the state have shifted from agriculture related industries towards those related to tourism and recreation (Services related sectors increased by 11 percent, in the eighteen-county study area, between 2000 to 2013; as discussed above). According to Colorado's 2014 *State Comprehensive Outdoor Recreation Plan* (SCORP), outdoor recreation is attributed with playing an integral role in Colorado's flourishing tourism industry. Statewide outdoor recreation contributes over $34.5 billion in annual economic activity and creates 313,000 jobs (State of Colorado 2014). Information collected by the U.S. Wildlife Service indicates that in 2011, state residents and nonresidents spent $3.0 billion on wildlife recreation in Colorado. Of that total, trip-related expenditures were $1.2 billion and equipment expenditures totaled $1.5 billion. The remaining $186 million was spent on licenses, contributions, land ownership and leasing, and other items (U.S. Department of the Interior et al. 2011). A study commission by Colorado Parks and Wildlife reported that hunting and fishing contributed more than $1.8 billion in economic activity and supported 21 jobs across the state. Wildlife viewing contributed another $1.2 billion and supported 12,800 jobs across the state (State of Colorado 2007).

Across the state the forest service hosts 28.8 million visits[5] (comprised of 30 million site visits) in 2012. This was more than any other provider of outdoor recreation across the state (State of Colorado 2014). While a significant provider of outdoor recreation opportunities the Rio Grande National Forest experienced fewer visits than other Forests in the state, in part due to its remote location (see Recreation section of the assessment). The Rio Grande National Forest supports a wide range of outdoor experiences which attracts thousands of local and non-local visitor's to the forest each year. According to recent results from the National Visitor Use Monitoring program the Rio Grande National Forest supports approximately 685,000 visits (comprised of 874,000 site visits) in 2010. Of these visits 65,000 were wildlife related (hunting, fishing and viewing wildlife) while the rest were visits related to non-wildlife activities. The five most frequently listed primary activities in 2010 were downhill skiing, viewing natural features, hiking/walking, hunting and driving for pleasure (see Recreation assessment section for more information from National Visitor Use Monitoring).

On their way to the planning area, and once they arrive, these visitors spend money on goods and services such as gas, food, lodging, and souvenirs. In contrast to many other resource and land uses, outdoor recreation is not captured by any one industrial sector. Instead, spending associated with recreational visits to these national forest system lands stimulates economic activity in a wide range of economic

---

[5] A National Forest Visit is defined as the entry of one person upon a national forest to participate in recreation activities for an unspecified period of time. A National Forest Visit can be composed of multiple Site Visits.

sectors associated with accommodations and food service, arts and entertainment, passenger transportation, and retail trade (Marcouiller and Xia 2008) listed in Table 14.

Rather than measuring economic impacts, the economic analysis for recreation examined the local economic significance of outdoor recreation on the Rio Grande National Forest. While both impact and significance analyses measure the amount of economic activity attributable to outdoor recreation within a defined area, impact analysis only includes spending by visitors who reside outside of the local region since their spending constitutes "new dollars" being injected into the local economy. A significance analysis however, includes the effects of spending by all visitors, both those who reside in the planning area and those who do not. Since much of the spending by local recreationists would likely be shifted to other sectors of the local economy, the results of this analysis do not reflect the loss to the local economy if recreational opportunities on the forest were eliminated. Instead, the significance analysis shows the size and nature of economic activity associated with these recreational experiences to show how important they are to the local economy.

Outdoor recreationists participating in activities on public lands have unique spending profiles. Analyses of expenditures reported by national forest visitors has shown that the primary factor determining the amount of money spent on a recreational visit to public lands was the type of trip taken rather than the specific activity they intended to participate in while visiting (White, Goodding, and Stynes 2013). Based on this assumption, annual average visitation to the Rio Grande National Forest was segmented into local and non-local visits and then by trip type. Trip segments examined in the significance analysis included:

Visitors who reside greater than 50 miles from the Rio Grande National Forest:

- Non-local residents on day trips
- Non-local residents staying overnight on the Forest
- Non-local residents staying overnight off the Forest

Visitors who live within 50 miles of the Rio Grande National Forest:

- Local residents on day trips
- Local residents staying overnight on the Forest
- Local residents staying overnight off the Forest

Expenditures associated with these visits were estimated using national forest visitor spending profiles developed by the U.S. Forest Service from National Visitor Use Monitoring survey responses[6]. Spending profiles for average spending forests (Table 14) were applied to visitation estimates for the planning area (Table 15) in order to quantify visitor spending attributable to recreation on the Rio Grande National Forest. Economic contributions of current recreation use levels, and those anticipated under alternative management actions, were modeled in IMPLAN to estimate the direct, indirect and induced effects of recreation related spending in terms of the employment and income it supports across the eighteen-county study area.

---

[6] National average spending profiles are developed for seven trip type segments: day trips and overnight trips involving stays on and off the forest for local and non-local visitors, and visitors whose primary trip purpose was not recreation on the forest. Distinct spending profiles are also estimated for high and low spending areas and for selected recreation activity subgroups.

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions

Table 14. Spending profiles (in 2012 dollars) by trip segments for average spending forests[*]

| Spending Category | Non-Local Segments | | | Local Segments | | | Non-Primary[‡] |
|---|---|---|---|---|---|---|---|
| | Day | Overnight on NF | Overnight off NF | Day | Overnight on NF | Overnight off NF | |
| Lodging | 0 | 64 | 183 | 0 | 31 | 55 | 136 |
| Restaurant | 16 | 28 | 119 | 5 | 7 | 36 | 95 |
| Groceries | 10 | 60 | 73 | 7 | 72 | 59 | 46 |
| Gas and Oil | 25 | 57 | 76 | 14 | 41 | 43 | 51 |
| Other Transportation | 1 | 2 | 4 | 0 | 0 | 1 | 3 |
| Activities | 4 | 9 | 29 | 2 | 4 | 6 | 18 |
| Admissions/Fees | 5 | 10 | 19 | 2 | 4 | 7 | 12 |
| Souvenirs/Other | 7 | 21 | 46 | 5 | 15 | 21 | 34 |
| Total | 67 | 249 | 550 | 35 | 173 | 228 | 397 |

Source: White, Gooding, and Stynes 2013

* Dollar figures are expressed in 2012 dollars and represent the spending of the entire group on Forest Service lands and within 50 miles of the boundary of Forest Service lands during the trip. Figures have been adjusted to 2012 dollars using the Bureau of Labor Statistics' CPI Inflation Calculator, available online: http://www.bls.gov/data/inflation_calculator.htm. The spending figures depicted in this table are one of three sets of national-level spending averages developed from the National Visitor Use Monitoring data. The shown spending averages are those determined to be most-applicable to the selected forest based on statistical analysis. For more information see "Estimation of National Forest Visitor Spending Averages from National Visitor Use Monitoring: Round 2" by E.M. White, D. B. Goodding, and D. J. Stynes (2013), available online: http://www.fs.fed.us/pnw/pubs/pnw_gtr883.pdf.

Table 15. Annual Rio Grande NF Recreation Visits[b] by Trip Segment

| | Non-local Segments | | | Local Segments | | | Non-Primary |
|---|---|---|---|---|---|---|---|
| | Day | Overnight on NF | Overnight off NF | Day | Overnight on NF | Overnight off NF | |
| Percent of National Forest Visits[a] | 09 | 11 | 31 | 35 | 3 | 1 | 10 |

Source: White, Gooding, and Stynes 2013

a - A National Forest visit is defined as the entry of one person onto a national forest to participate in recreation activities for an unspecified period of time. A National Forest Visit can be composed of multiple Site Visits.

b - The market segments shown here relate to the type of recreation trip taken. A recreation trip is defined as the duration of time beginning when the visitor left their home and ending when they got back to their home. "Non-local" trips are those where the individual(s) traveled greater than approximately 50 miles from home to the site visited. "Day" trips do not involve an overnight stay outside the home, "overnight on-forest" trips are those with an overnight stay outside the home on National Forest System (NFS) land, and "overnight off-forest" trips are those with an overnight stay outside the home off National Forest System land.

In total spending by recreationists on the forest supports approximately 588 jobs and about $15.5 million in labor income in the eighteen counties surrounding the National Forest (Table 16). Wildlife related recreation supports 41 of these jobs and $1.2 million in labor income in the study area. On an annual average basis approximately 461 of these jobs and $10.5 million of the labor income is supported in the accommodation and food services, arts, entertainment, and recreation, and retail trade sectors (IMPLAN 2012).

**Table 16. Total (direct, indirect and induced) employment and labor income from Rio Grande National Forest management**

| | Employment (full- and part-time jobs) | Labor Income (thousands of dollars) |
|---|---|---|
| Recreation | 588 | $15,593 |
| Grazing | 185 | $2,915 |
| Timber | 183 | $6,865 |
| Minerals | 0 | $6 |
| Payments to States/Counties | 35 | $1,380 |
| Forest Service Expenditures | 167 | $9,820 |
| Total Forest Management | 1,159 | $36,580 |

Contributions to sustainability from regional economic activity associated with recreation on the forest are measured by employment from forest uses and qualitative assessment of resilience of forest-dependent communities (indicators under Criterion 6.3 Employment and community needs). The tourism and recreation industry has become an increasingly more important sector within the Rio Grande National Forest's study area. Trends presented suggest that the economic base of nearby communities is shifting towards service businesses that rely, in part, on outdoor recreation. In addition, input from the public indicates the industry is a valued part of the local economy. As depicted in Figure 1, the study area is specialized with respect to recreation related industries (IMPLAN 2012). As a result of its economic importance and continued presence the tourism industry contributes towards the resilience of forest-dependent communities; thus contributions from the Rio Grande National Forest contribute to economic sustainability.

Economic activity attributed to recreation on the Rio Grande National Forest also contributes to long-term viability and resilience of the local economy by attracting new money (money earned outside the local economy and spent by these non-local visitors) into communities surrounding the forest. The injection of non-local dollars through purchases of gas, food, lodging, and concessions opportunities for employment and income would not exist in if the unique opportunities on the Rio Grande National Forest did not exist. By managing visually appealing landscapes and healthy fish and wildlife populations (see Assessments 1, 3, 5 and 8); forest management contributes to economic sustainability by supporting a share of employment and income in the local tourism industry.

## Timber

Timber played an important role in Southern Colorado's history and early economic growth through construction of railroads connecting the area to Denver and the surrounding region (see Assessment 13 description of timber history). In the last few years the timber industry has experienced a decreasing role within the state and the eighteen-county study area. In 1998, timber represented 0.4 percent of total employment in Colorado and New Mexico and by 2013 timber represented 0.2 percent of total employment. Within the study area, timber represented 1 percent of total employment in 1998 and by 2013 timber represented 0.4 percent of total employment. As depicted in Figure 1, the study area is specialized with respect to forestry and logging and primary wood products processing (IMPLAN 2012). See the Multiple Uses section for further discussion of the timber and forest products industry.

In accordance with the Multiple Use Sustained Yield Act, the Rio Grande National Forest is managed to ensure that the forest continues to provide timber. Over the period from 2009 to 2013 there was an average harvest of 7,990 CCF of sawtimber, 205 CCF of poles, 6,103 CCF of firewood (discussed above

Rvsd Plan - 00000553

in Forest Product Community of Interest), and 1,067 CCF of smaller non-sawtimber products (which include pulpwood and chip and saw) (USDA NRM 2013) (Table 17).

**Table 17. Commercial and non-commercial forest products: volume and quantity cut (quantity cut unless CCF specified)**

|  | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| Sawtimber (CCF) | 9,369 | 9,811 | 7,946 | 7,930 | 4,895 |
| Poles (CCF) | 284 | 88 | 164 | 440 | 49 |
| Firewood (CCF) | 7,284 | 6,908 | 6,603 | 6,342 | 3,381 |
| Non-sawtimber products (CCF) | 1,999 | 523 | 2,084 | 706 | 21 |

Source: USDA NRM 2013

Harvest and processing of commercial forest products from the Rio Grande National Forest directly supports employment in logging and wood manufacturing firms in the study area and indirectly contributes to employment in a number of other industrial sectors. The timber analysis examined economic activity of stumpage flowing through logging companies, sawmills, post and pole operations, and firewood sales. Baseline information on the average annual volume (cubic feet) cut on the Forest was obtained from the Region 9 Cut and Sold Report for the Rio Grande National Forest. The direct effects were estimated using direct response coefficients developed from a national Timber Mill Survey conducted by the University of Montana's Bureau of Business and Economic Research (Table 18). Bureau of Business and Economic Research timber response coefficients are broken into multi-state regions and are considered more accurate than those available from IMPLAN.

**Table 18. Keegan timber response coefficients for southeast states**

|  | Direct Response Coefficients | |
|---|---|---|
| Industry Sector | Employment[a] | Income[b] |
| Forestry and Logging | 32 | 1,280 |
| Softwood Sawmills | 17 | 425 |
| Energy Small - Processing Roundwood | 2 | 120 |
| Energy Large - Processing Roundwood | 10 | 300 |
| Other Timber Products - Post and Pole | 15 | 450 |
| Other Timber Products - Utility Pole | 14 | 420 |
| Other Timber Products -Log Homes | 100 | 3,000 |
| Other Timber Products -Log Furniture | 125 | 3,750 |
| Facilities Processing Residue From Sawmills | 6 | 210 |

Source: Morgan et. al 2008

a - jobs per MMCF

b - thousands of 2012 dollars per MMCF

Data from the forest shows that 95 percent of the softwood sawtimber volume was processed in the study area. Most of that was processed by sawmills and Other Timber Product categories. Poles were processed by sawmills producing post, poles and utility poles while 6 percent of firewood went to firewood sales. Given the location of sawmills, anticipated to process volume from the Rio Grande National Forest, Bureau of Business and Economic Research direct response coefficients for Four Corners States (Arizona, Colorado, New Mexico and Utah) were used to estimate direct effects associated with timber harvests on

the Rio Grande National Forest (Table 17). Indirect and induced employment and income effects were modeled using IMPLAN. This contribution analysis indicates that the Rio Grande National Forest supports a total of 183 local jobs and about $6.9 million in labor income across the eighteen-county study area (Table 16). Approximately 62 of these jobs and $2.5 million of local labor income are supported in the Agriculture and Manufacturing sectors. These sectors include firms which specialize in forestry and logging and forest product processing which are key sectors of the study area; as demonstrated by the area specialization in forest related sectors depicted in Figure 2.

Contributions to sustainability from regional economic activity associated with timber and forest products from the forest are measured by volume of wood production, consumption of wood production, non-wood forest product produced or collected, consumption of non-wood forest produced or collected (indicators under Criterion 6.1 Production and consumption), employment from forest uses, qualitative assessment of resilience of forest-dependent communities, areas of forest available for subsistence purposes (indicators under Criterion 6.3 Employment and community needs). As noted above, the timber industry has been an important part of Colorado's economy and history and is anticipated to continue to play an important role in the local economy. Public input, in support of this assessment, noted that the Rio Grande National Forest needs to manage timber to ensure future forest users can rely on Rio Grande National Forest lands to provide forest products for personal and commercial use. Harvesting the Rio Grande National Forest's timber resources is done to maintain and restore ecosystem characteristics and improves the forests' resistance and resilience to stressors. In this way managing timber resources for ecosystem health increases the ability of area communities to adapt to changes in environment (such as fire, climate change, flood, insect and disease threats, etc.). As a result timber management on the Rio Grande National Forest can be attributed with increasing the resiliency of local communities and contributing to their socioeconomic sustainability. In addition to managing timber resources to improve stand health, management to that ensures commercial and non-commercial products contributes to the continued viability, and thus sustainability, of communities dependent upon timber, firewood and forest products.

## Grazing

Historically the remote "unused" characterization of the study area's landscape attracted ranching development. While ranching initially supported the local mining industry, the arrival of railroads supporting the timber industry, connected ranching operations with larger markets outside the area (see Assessment 13 for more detail on grazing history). Today, agriculture continues to play an important economic and social role; area residents identify with the tradition, land-use, and history. The number of cattle and sheep operations decreased across the state from 2007 to 2012 (from 14,685 to 13,970 cattle operations and from 1,600 to 1,509 sheep operations). The most recent USDA Census of Agriculture reports that Montrose and Conejos counties were Colorado's 10th and 24th largest cattle producers containing 2.1 and 1.0 percent of the total state cattle inventory (USDA 2012).

Study area counties in Colorado accounted for 9 percent of the state's 2012 total cattle inventory and at least 13 percent of the state's sheep inventory (at least; since data was not disclosed for several counties in Table 19). Counties in New Mexico accounted for 2 percent of the state's 2012 total cattle inventory and 3 percent of the state's sheep inventory. All counties saw decreases in cattle inventory between census years apart from Archuleta, Gunnison, Montrose, Rio Grande and Saguache counties in Colorado and Rio Arriba and Taos counties in New Mexico. Sheep inventory decreased between census years for all counties apart from Archuleta, Costilla, Park and San Juan counties in Colorado and Taos County in New Mexico (Table 19).

Rvsd Plan - 00000555

Rio Grande National Forest – Assessment 6
Social, Cultural and Economic Conditions

**Table 19. Cattle and sheep inventory and change within the 18 county study area**

|  | Cattle Inventory, including calves | | | Sheep Inventory, including lambs | | |
|---|---|---|---|---|---|---|
|  | 2007 | 2012 | Percent change | 2007 | 2012 | Percent change |
| **Colorado** | 2,745,253 | 2,630,082 | -4 | 413,450 | 401,376 | -3 |
| **New Mexico** | 1,525,976 | 1,354,240 | -11 | 126,928 | 89,745 | -29 |
| **18 County Area** | 278,669 | 286,912 | 3 | 76,411 | 57,766 | -24 |
| Alamosa | 11,652 | 11,533 | -1 | 2,376 | 2,287 | -4 |
| Archuleta | 6,250 | 13,092 | 109 | 662 | 836 | 26 |
| Chaffee | 7,928 | 6,932 | -13 | (D) | (D) | (D) |
| Conejos | 31,434 | 27,238 | -13 | 8,026 | 3,984 | -50 |
| Costilla | 7,893 | 7,213 | -9 | 383 | 969 | 153 |
| Fremont | 15,337 | 13,636 | -11 | 639 | 103 | -84 |
| Gunnison | 15,350 | 17,526 | 14 | (D) | (D) | (D) |
| Hinsdale | 1,279 | 1,115 | -13 | (D) | (D) | (D) |
| Huerfano | 13,962 | 13,655 | -2 | 105 | 51 | -51 |
| La Plata | 21,708 | 20,707 | -5 | 9,341 | 5,483 | -41 |
| Mineral | 163 | 120 | -26 | 3,966 | (D) | (D) |
| Montrose | 47,338 | 56,083 | 18 | 19,792 | 15,433 | -22 |
| Park | 8,653 | 7,599 | -12 | 52 | 164 | 215 |
| Rio Grande | 14,188 | 14,328 | 1 | 10,005 | 4,548 | -55 |
| Saguache | 20,640 | 21,597 | 5 | 2,229 | 923 | -59 |
| San Juan | 22,382 | 20,733 | -7 | 13,331 | 19,333 | 45 |
| Rio Arriba | 25,361 | 26,164 | 3 | 4,881 | 2,861 | -41 |
| Taos | 7,151 | 7,641 | 7 | 623 | 791 | 27 |

(D) indicates a county where inventory data are not disclosed in order to protect proprietary information of individual operators

Approximately 65 permittees use forage provided by the forest on 89 allotments that support 16,473 cattle and 20,188 sheep. Table 19 depicts approximately 6 percent of the study area cattle inventory and 35 percent of the sheep inventory. Total inventory presented in Table 19 includes dairy cattle and a few counties that may not contain permittees that utilize Rio Grande National Forest forage. Thus these shares are likely an underestimate of overall study area dependency on Rio Grande National Forest forage. Potential animal unit months (AUMs) available under permitted use were 79,890 cattle AUMs and 7,566 sheep AUMs in 2014. For a discussion of current utilization and trends see the range portion of Assessment 8 on multiple uses. Average annual grazing use on the forest supports approximately 185 jobs and $3 million in labor income on an average annual basis (Table 16). Approximately 142 of these jobs and $2.5 million of local labor income are supported in the Agriculture sectors. These sectors include grazing operations which are key sector of the study area; as demonstrated by the area specialization in forest related sectors depicted in Figure 2.

In addition to providing employment and labor income Rio Grande National Forest allotments provide an important complement to ranching operations that also occur on BLM and privately leased land. A thin profit margin often separates these livestock producers from negative net earnings. Often, employment outside the ranch augments livestock producer income. Federal grazing land is particularly valuable because of the low grazing fees charged for use of this land. Fees charged for grazing are calculated using

Rvsd Plan - 00000556

the formula required under grazing regulations found at 43 CFR 4130.81(a)(1) and are considerably less than those charged for private grazing land; and some area ranchers may prefer to use federal grazing land even though additional costs are usually incurred to use these lands.

Contributions to sustainability from grazing on the Rio Grande National Forest are not reflected in indicators under Criterion 6, however contributions do occur. As noted above, grazing has been an important part of Colorado's economy and history and is anticipated to continue to play an important role. Assessment 8 discusses the trends in cattle and sheep grazing occurring on the Rio Grande National Forest. This discussion acknowledges the variability in use with drought and other market forces. This section of the assessment presents the economic contributions to the study area which are complimented by grazing's cultural and traditional importance for area communities. Grazing management on the Rio Grande National Forest can be attributed with contributing to the resiliency of local communities and contributing to their socioeconomic sustainability by fostering these economic and cultural traditions. In addition to managing forage resources to improve vegetative health, management that provides for these contributes support the continued viability, and thus sustainability, of communities dependent upon grazing in the eighteen-county study area.

## Mining

Mining has played an important role in the study area's history and early economic growth (see Assessment 13 for details). The forest provides a variety of mineral uses (discusses in Assessment 10 on Energy, Minerals and Geologic Hazards) such as locatable operations (the large Rio Grande silver mine in Creede), saleable mineral material (providing stone, gravel and other material to the public with a permit) and leasable minerals (no current development of oil and gas exists but future projections exist). In addition, recreational mineral collection (panning, dredging, sluice-box and metal detector use) occurs on the forest.

Contributions to sustainability from mineral uses on the Rio Grande National Forest are not reflected in indicators under Criterion 6 however contributions do occur. While the silver mine is not currently in operation it has been in the past and contributed jobs and economic activity to the area. In addition, saleable mineral material is important to residents collecting material for personal use and also provides material for county and state road projects (stone and gravel is often used for road resurfacing projects). In addition, recreational mining and mining history attract visitors to the area. Contributions from these visitors are included in the recreation contributions discussed above.

## Payments to States and Counties

Counties in the eighteen-county study area receive payments associated with the Rio Grande National Forest lands they contain. These payments can be categorized into two types: receipt-sharing and per acre federal land payments. Receipt-sharing programs have been administered under the Secure Rural Schools and Community Self-Determination Act (SRSCS) and the Twenty Five Percent Fund Act of 1908. The SRSCS program was recently reauthorized, for 2 years, on April 16th, 2015. In the absence of SRSCS reauthorization, the Twenty Five Percent Fund Act of 1908 mandates that states receive a 25-percent rolling average of revenues earned from timber sales, special use permit fees, grazing fees, and other programs that generate receipts on national forest lands. The payments are paid to Colorado based on a 7-year rolling average of receipts from national forests and paid to counties to help fund schools and roads across the state.

In addition to receipt-sharing, the Payment in Lieu of Taxes program provides payments to counties to offset losses in tax revenues due to the presence of tax-exempt federal land in their jurisdictions. The authorized level of Payment In Lieu of Taxes payments is calculated under a complex formula. No precise dollar figure can be given in advance for each year's Payment In Lieu of Taxes authorized level. Five

Rvsd Plan - 00000557

factors affect the calculation of a payment to a given county: the number of acres eligible for Payment In Lieu of Taxes payments, the county's population, payments in prior years from other specified federal land payment programs, state laws directing payments to a particular government purpose, and the Consumer Price Index as calculated by the Bureau of Labor Statistics.

Receipt-sharing and per acre federal land payments received by study area counties can be highly variable. Table 20 demonstrates the degree of variation in Payment In Lieu of Taxes and Secure Rural Schools dependency across study area counties. As shown Saguache County had the highest dependency on Forest Service related payments; depending on these payments for 20 percent of their total county revenue. Conejos County and Rio Arriba County had the second and third highest dependency on forest Service related payments; depending on payments for 15 percent and 12 percent of their total county revenue, respectively.

Table 20. Secure Rural Schools and Payment In Lieu of Taxes payments by county (FY 2014)

|  | SRS | PILT | Total County General Revenue | Percent of General County Revenue |
|---|---|---|---|---|
| **18 County Area** | **$8,558,864** | **$16,266,224** | **$286,000,589** | **9 percent** |
| Alamosa | $21,222 | $193,906 | $20,171,762 | 1 percent |
| Archuleta | $334,011 | $1,116,786 | $20,144,050 | 7 percent |
| Chaffee | $414,968 | $1,246,037 | $17,520,324 | 9 percent |
| Conejos | $521,932 | $1,114,508 | $10,639,769 | 15 percent |
| Costilla | $395 | $585 | $10,452,605 | 0 percent |
| Fremont | $131,579 | $1,097,117 | $24,948,915 | 5 percent |
| Gunnison | $1,123,781 | $587,617 | $25,046,708 | 7 percent |
| Hinsdale | $293,898 | $140,616 | $3,655,564 | 12 percent |
| Huerfano | $152,903 | $475,752 | $9,242,814 | 7 percent |
| La Plata | $225,712 | $760,455 | $52,335,165 | 2 percent |
| Mineral | $206,825 | $122,539 | $3,701,768 | 9 percent |
| Montrose | $369,979 | $2,266,958 | $41,014,725 | 6 percent |
| Park | $538,174 | $1,526,243 | $21,590,930 | 10 percent |
| Rio Grande | $211,527 | $712,236 | $11,540,924 | 8 percent |
| Saguache | $1,274,469 | $976,053 | $11,341,540 | 20 percent |
| San Juan | $177,651 | $78,489 | $2,653,026 | 10 percent |
| Rio Arriba | $1,935,329 | $2,195,446 | $34,353,448 | 12 percent |
| Taos | $624,509 | $1,654,881 | $28,607,902 | 8 percent |

Source: USDA and USDI 2014; and State of Colorado Department of Local Affairs 2011

Although rural communities in these counties rely on these funds to balance tight budgets, the Payment In Lieu of Taxes program has reverted back to a discretionary program which is highly susceptible to federal funding shortages. It is fully funded through FY15, but there is a great deal of uncertainty whether and to what degree the Payment in Lieu of Taxes program will be funded in the future. If the program continues to be fully funded, counties in the study area could potentially see an increase in Payment In Lieu of Taxes payments as a result of reduced receipt-sharing payments.

As a result of payments to study are counties from uses on Rio Grande National Forest lands (timber sales, special use permit fees, grazing fees, and other programs) and Payment In Lieu of Taxes payments

Rvsd Plan - 00000558

35 jobs (direct, indirect and induced) and $1.4 million in labor income are generated within the eighteen-county study area on an annual average basis (Table 16).

Contributions to socioeconomic sustainability are discussed above under the Government, Municipal and Residential community of interest.

## Forest Expenditures and Employment

Management of the Rio Grande National Forest directly contributes to the local economy by employing individuals living within the area and by spending federally appropriated dollars on goods and services to carry out management programs. In recent years expenditures on forest programs and personnel for the Rio Grande National Forest have averaged $10.9 million a year. Program related expenditures do not include expenditures associated with emergency fire suppression since these cannot be considered consistent contributions to the area economy. On an average annual basis, expenditures associated with the management of the Rio Grande National Forest support 167 jobs (direct, indirect and induced) and approximately $9.8 million in local labor income in the eighteen-county study area surrounding the Rio Grande National Forest (Table 16).

# Summary / Conclusion

The Rio Grande National Forest contributes to communities surrounding the forest diverse by providing diverse landscapes, habitat for native and endangered wildlife, forest products, forage for grazing and cultural and recreational opportunities. As described above, these amenities are tremendously valued by area communities, within the San Luis Valley and other communities surrounding the forest. The eighteen-county study area is specialized in many sectors related to forest management including government, forestry & logging, grazing, and tourism and recreation to the local economy. Cultural identity of the area is influenced by a mix of Anglo, Hispanic and Native American cultures. The longstanding histories of these groups have created strong cultural identities and traditions unique to the communities within the San Luis Valley and landscape surrounding the Rio Grande National Forest. While these groups historically may have clashed and culturally identified as disparate groups, over time the lines between them have sometimes become less discernible. Cultural identity continues to diversify as new settlers move in, attracted by unique natural and cultural amenities; often provided by the Rio Grande National Forest.

# References

Allen J., Lu K. 2003. Modeling and prediction of future urban growth in the Charleston region of South Carolina: a GIS-based integrated approach. Conservation Ecology 8: 2Atencio, E. 2004. Ecology, Justice and Community-Based Forestry in Northern New Mexico. Northern New Mexico Group of the Sierra Club.

Beckley, T., Parkins, J., & Stedman, R. 2002. Indicators of forest-dependent community sustainability: The evolution of research. Forest Chronicles, 78(5), 626–636.

Bolitzer, B. and N.R. Netusil. 2000. "The Impact of Open Space on Property Values in Portland, Oregon." Journal of Environmental Management. 59:185-193.

Boyd and Banzhaf. 2007. What are ecosystem services? The need for standardized environmental accounting units.  Ecological Economics. 63 (2007) 616-626

Brown and Duguid. 1991. Organizational Learning and Communities-of-Practice: Toward a Unified View of Working, Learning, and Innovation. Organization Science, Vol. 2, No. 1, Special Issue: Organizational Learning: Papers in Honor of (and by) James G. March. (1991), pp. 40-57.

Clark,W.A. and S. Davies. 1990. Elderly mobility and mobility outcomes: Households in the later stages of the life course. Research on Aging 12, 4: 430-62. Sections 1.0, 5.2.

Clark, D. and W. Hunter. 1992. "The Impact of Economic Opportunity, Amenities and Fiscal Factors on Age-Specific Migration Rates." Journal of Regional Science 32(3): 349-365.

Conway, Karen Smith, and Andrew J. Houtenville. 1998. Do the elderly "vote with their feet"? Public Choice 97, 4: 663-85. Sections 1.0, 6.2.

Council on Environmental Quality (CEQ). 1997. Environmental Justice: Guidance Under the National Environmental Policy Act. Washington, DC: Executive Office of the President.

Florida, R. 2002. The Rise of the Creative Class. New York: Basic Books.

Frentz,I.C, F.L. Farmer, J.M. Guldin, K.G. Smith. 2004. Public lands and population growth. Society and Natural Resources, 17 (1), pp. 57–68

Garber-Yonts, B.E. 2004. "The Economics of Amenities and Migration in the Pacific Northwest: Review of Selected Literature with Implications for National Forest Management." General Technical. Report PNW-GTR-617. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 48 pages.

Horne, A., & Haynes, R. 1999. Developing Measures of Socioeconomic Resiliency in the Interior Columbia Basin. USDA Forest Service General Technical Report, PNW-GTR- 453. April 1999.

Hunter, L. M., Boardman, J. D. and Onge, J. M. S. 2005, The Association Between Natural Amenities, Rural Population Growth, and Long-Term Residents' Economic Weil-Being. Rural Sociology, 70: 452–469. doi: 10.1526/003601105775012714

IMPLAN, 2012. Minnesota IMPLAN Group 2013. Data for purchase and additional information can be found at www.implan.com

Rvsd Plan - 00000560

Johnson, C.Y, A.C. Halfacre and P.T. Hurley. 2009. Resistant Place Identities in Rural Charleston County, Colorado: Cultural, Environmental, and Racial Politics in the Sewee to Santee Area. Human Ecology Review, Vol. 16, No. 1

Johnson, K. M. and C.L. Beale. 1994. The Recent Revival of Widespread Population Growth in Nonmetropolitan Areas of the United States. Rural Sociology. 4:655–67.

Johnson, K. M. and C.L. Beale. 1998. The Identification of Recreational Counties in Nonmetropolitan Areas of the U.S.A. Population Research and Policy Review. 17:37–53.

Knapp, T.A., and P.E. Graves. 1989. On the Role of Amenities in Models of Migration and Regional Development. Journal of Regional Science 29(1): 71-87.

Lewis, D., G.L. Hunt, and A.J. Plantinga. 2002. "Public Conservation Land and Employment Growth in the Northern Forest Region" Land Economics, 78(2): pp 245-259.

Marccouiller, D.W., and X. Xia. 2008. Distribution of income from tourism sensitive employment. Tourism Economics, 2008, 14 (3), 545-565

McGranahan, David A. 1999. Natural amenities drive rural population change. Agricultural Economic Report no. 781. Washington, DC: Food and Rural Economics Division, Economic Research Service, U.S. Department of Agriculture. Section 6.2.

Montreal Process Working Group. 2009. Montréal Process Criteria and Indicators for the Conservation and Sustainable Management of Temperate and Boreal Forests. Technical Notes on Implementation of the Montréal Process Criteria and Indicators Criteria 1- 7 Third Edition, June 2009. http://www.montrealprocess.org/documents/publications/techreports/2009p_2.pdf

Moore R., A. Graefe, R. Gitelson and E. Porter. 1992. "The Impact of Rail-Trails: a Study of the Users and Property Owners from Three Trails." Washington, DC: Rivers, Trails, and Conservation Assistance Program, National Park Service.

Mueser, P.R., and P.E. Graves. 1995. "Examining the Role of Economic Opportunity and Amenities in Explaining Population Redistribution." Journal of Urban Economics 37(2): 176-200.

National Visitor Use Monitoring Program (NVUM). 2011. U.S. Forest Service

Ng, K. 2014. Economic Sustainability: A Discussion on Indicators and Measures. Western Forest Economists Meeting. 2014, Missoula, Montana. http://www.westernforesteconomists.org/?page_id=51

Ng, K. and C. Miller. 2014. Considering Ecosystem Services and Economic Sustainability in Forest Planning: Feasible Options. 2014 A Community on Ecosystem Services (ACES) Meeting. 2014, Washington, DC

Patterson, M. E., Montag, J. M., & Williams, D. R. 2003. The urbanization of wildlife management: Social science, conflict, and decision making. Urban Forestry & Urban Greening, 1(3), 171-183.

Radeloff, V. C., R. B. Hammer, P. R. Voss, A. E. Hagen, D. R.Field, and D. J. Madlenoff. 2001. Human demographic trends and landscape level forest management in the northwest Wisconsin Pine Barrens. Forest Science 47:229–241.

Rvsd Plan - 00000561

Raisch, Carol. 2000. "Environmentalism, the Forest Service, and the Hispano Communities of Northern New Mexico." Society and Natural Resources, 13:489-508.

Rudzitis and Johnson. 2000. The Impact of Wilderness and Other Wildlands on Local Economies and Regional Development Trends. USDA Forest Service Proceedings RMRS-P-15-VOL-2.

Rudzitis G. and R. Johnson. 2000. The Impact of Wilderness and Other Wildlands on Local Economies and Regional Development Trends. USDA Forest Service Proceedings RMRS-P-15-VOL-2.

San Luis Valley Council of Governments, 2015. San Luis Valley Statistical Profile compiled from federal and other publicly available data sources.

Seesholtz, D., Wickwar, D., and Russell, J. 2004. Social Economic Profile Technical Guide. U.S. Department of Agriculture, Forest Service, Inventory Monitoring Institute.

Serow, William J. 2003. Economic Consequences of Retiree Conentrations: A Retiree Concentrations: A Review of North American Studies

Stedman, R. 2003. Sense of place and forest science: toward a program of quantitative research. Forest Science. 49(6): 822–829.

State of Colorado. 2007. Colorado Parks and Wildlife Economic Impacts of Wildlife.

State of Colorado. 2008. Colorado Comprehensive Outdoor Recreation Plan (SCORP). Colorado Department of Parks, Recreation and Tourism

State of Colorado, 2011. Department of Local Affairs. County level total general government revenue

State of Colorado, 2013. Division of Local Government, State Demography Office. Final 2013 Population Estimates and Forecasts. http://www.colorado.gov/cs/Satellite/DOLA-Main/CBON/1251593300013

State of Colorado. 2014. Colorado Comprehensive Outdoor Recreation Plan (SCORP). Colorado Department of Parks, Recreation and Tourism

Theobald, DM. 2013. Land use classes for ICLUS/SERGoM v2013. Unpublished report, Colorado State University. Accessed from Page 6 of Land Use Report Economic Profile System-Human Dimensions Toolkit June 9, 2015.

Treyz, G.I., D.S. Rickman, G.L. Hunt, and M.J. Greenwood. 1993. The Dynamics of U.S. Internal Migration. The Review of Economics and Statistics 75(2): 209-14.

University of New Mexico, 2012. Bureau of Business and Economic Research. UNM Geospatial and Population Studies Group (GPS) - Population Projections for New Mexico and Counties July 1, 2010 to July 1, 2040. Released November 2012. https://bber.unm.edu/demo/PopProjTable1.htm

U.S. Census Bureau. 2011. Population Division. Table 5. Estimates of the Components of Resident Population Change for the United States, Regions, States, and Puerto Rico: July 1, 2010 to July 1, 2011 (NST-EST2011-05)

USDA. 1997. Environmental Justice Departmental Regulation. Washington, DC: Office of the Chief Information Officer.

Rvsd Plan - 00000562

USDA. 2012. National Agricultural Statistical Service. 2012 Census of Agriculture - County Data USDA Forest Service. 1998. Economic and Social Conditions of Communities: Economic and Social Characteristics of Interior Columbia Basin Communities and an Estimation of Effects on Communities from the Alternatives of the Eastside and Upper Columbia River Basin DEIS. Portland, OR: Pacific Northwest Research Station.

USDA Forest Service. 2015. USDA Forest Service, Rio Grande National Forest. External Website. History and Culture of the San Luis Valley Area. http://www.fs.usda.gov/detail/riogrande/learning/history-culture/?cid=stelprdb5172158

USDA NRM 2013. Forest Service cut and sold reports for FY 09 to FY 13

USDA and USDI 2014. Accessed from Page 1, 4 and 7 of Federal Payments Report Economic Profile System-Human Dimensions Toolkit June 9, 2015

U.S. Department of Commerce. 2012. Census Bureau. Population Division. Table 2. Projections of the Population by Selected Age Groups and Sex for the United States: 2015 to 2060 (NP2012-T2)

U.S. Department of Commerce. 2013. Census Bureau, American Community Survey Office, Washington, D.C.; U.S. Department of Commerce. 2000. Census Bureau, Systems Support Division, Washington, D.C. Accessed from Page 2 of Demographics Report Economic Profile System-Human Dimensions Toolkit June 9, 2015

U.S. Department of Commerce. 2013b. Census Bureau, 2009-2013 5-Year American Community Survey. Table S0701: Geographic Mobility of selected Characteristics in the United States Can be accessed at http://factfinder2.census.gov

U.S. Department of Commerce. 2013c. Census Bureau, American Community Survey Office, Washington, D.C. Accessed from Page 15 of Demographics Report from Economic Profile System- Human Dimensions Toolkit June 10, 2015

U.S. Department of Commerce. 2013d. Census Bureau, American Community Survey Office, Washington, D.C. Accessed from Page 12 of Demographics Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015

U.S. Department of Commerce. 2014. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C. Table CA30. Accessed from Page 2 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 8, 2015

U.S. Department of Commerce. 2014b. Census Bureau, Population Division, Washington, D.C. Accessed from Page 2 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 8, 2015.

U.S. Department of Commerce. 2014c. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C. Table CA25N. Accessed from Page 8 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015.

U.S. Department of Commerce. 2014d. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C. Table CA30; U.S. Department of Labor. 2015. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C. Accessed from Page 20 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015.

Rvsd Plan - 00000563

U.S. Department of Commerce. 2014e. Bureau of Economic Analysis, Regional Economic Accounts, Washington, Table CA05 and CA05N. Accessed from Page 5 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015.

U.S. Department of Commerce. 2014f. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C. Tables CA05N & CA35. Accessed from Page 3 of Non-Labor Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015.

U.S. Department of the Interior, U.S. Fish and Wildlife Service, and U.S. Department of Commerce, U.S. Census Bureau. 2011 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation

U.S. Department of Labor. 2014. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C. Accessed from Page 15 of Measures Report from Economic Profile System- Human Dimensions Toolkit June 18, 2015.

U.S. Department of Labor. 2014b. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C. Accessed from Page 6 of Services Report from Economic Profile System-Human Dimensions Toolkit June 18, 2015

White, Eric M.; Goodding, Darren B.; Stynes, Daniel J. 2013. Estimation of national forest visitor spending averages from National Visitor Use Monitoring: round 2. Gen. Tech. Rep. PNW-GTR-883. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 65 p.

Rvsd Plan - 00000564

# Rio Grande National Forest – Assessment 7
# Ecosystem Services



Rvsd Plan - 00000565

# Contents

Introduction ........................................................................................................................................ 3

Information Sources and Gaps.......................................................................................................... 3

Existing Forest Plan Direction.......................................................................................................... 4

Provisioning Services ........................................................................................................................ 4

    Fish and Wildlife.......................................................................................................................... 4

    Forage .......................................................................................................................................... 4

    Mineral Deposits ........................................................................................................................ 4

    Non-Timber Forest Products...................................................................................................... 5

    Timber.......................................................................................................................................... 5

Cultural Services................................................................................................................................ 5

    Cultural, Historic and Sacred sites............................................................................................ 6

    Landscapes and features providing recreation and scenery .................................................... 6

    Solitude, spirituality and sense of escape.................................................................................. 6

Regulating Services ........................................................................................................................... 7

    Water Quality, Quantity, Storage and Flood Control ............................................................... 7

Supporting Services........................................................................................................................... 7

    Pollination ................................................................................................................................... 8

    Support of habitat and species diversity, abundance and distribution .................................... 8

Rvsd Plan - 00000566

Rvsd Plan - 00000567

# Introduction

This section of the assessment provides information characterizing the benefits people receive from ecosystems on the Rio Grande National Forest. Benefits are derived from the "components of nature, directly enjoyed, consumed, or used to yield human well-being" are collectively known as ecosystem services (Boyd and Banzhaf 2007). People, or beneficiaries, derive human well-being from the components of nature they directly enjoy, consume, or use (Boyd and Banzhaf 2007). Thus, ecosystem services are the benefits that people, or beneficiaries, obtain from ecosystems. Ecosystem services are a useful framework for helping stakeholders identify and understand services provided by the forest and their use and dependence on those services.

The benefits of ecosystem services provided by the Rio Grande National Forest are described qualitatively in this assessment. Because these benefits are often difficult to quantify, impacts on these services can often be neglected during forest planning. The term "benefit" is used to capture the idea that benefits, even when they are not directly relatable to dollars spent or received, still contribute to improving quality of life for area communities. Examples of these types of non-monetary benefits are provided by key ecosystem services such as cultural heritage and biodiversity. In contrast, examples of key services that are more directly related to monetary value are recreation, timber and water. This broad consideration of benefits (both monetary and non-monetary) provides a more comprehensive consideration of Rio Grande National Forest ecosystem services and their beneficiaries.

Key ecosystem services are the ecosystem services important in the broader landscape and likely to be influenced by the land management plan. Identification of key ecosystem services will assist development of plan components, and tradeoffs to ecosystem services beneficiaries, in the next stage of the planning process. For example, prescribed fire has watershed health benefits which improve water quality important for agricultural supply, fishing and other uses. So while areas may be closed during treatment, and some effect on scenery may result, there will be a long term benefit to ecosystem services from these actions supporting watershed health. This is useful information to consider during development of the land management plan and when effects of management are analyzed.

The condition and trend of these ecosystem services are dependent on the underlying resources that support them. Therefore, the information for this assessment relies on the specific resource assessments that were conducted in the other assessment sections. Thus ecosystem services are described below with a reference to other assessment sections containing information on conditions, trends and stressors.

The United Nations sponsored Millennium Ecosystem Assessment identified four major categories of ecosystem services: provisioning, regulating, cultural and supporting services (MEA 2005). Key services were identified through discussion with the Rio Grande National Forest staff and public involvement completed in support of the assessment.

# Information Sources and Gaps

The characterization of key ecosystem services was dependent on workshops and discussions with forest staff held during the preparation of the assessment. In addition, input from public involvement, performed in support of this assessment, provided additional information on ecosystems benefiting communities surrounding the Rio Grande National Forest.

Rvsd Plan - 00000568

# Existing Forest Plan Direction

There is no existing forest plan direction specific to ecosystem services. However, forest plan direction does exist for resource areas covering the identified key ecosystem services below. Forest plan direction, for these ecosystems, is discussed in the sections referenced below.

# Provisioning Services

Provisioning services, or products derived from forest lands, are those products extracted from ecosystems for human benefit. Provisioning services provided by the Rio Grande National Forest include Forage, Mineral deposits, Non Timber Forest Products and Timber.

## Fish and Wildlife

Communities in the local area, and from around the world, use and enjoy the fish and wildlife produced by habitats on the Rio Grande National Forest. Species include desirable native and non-native species (i.e. stocked fish). Hunting, Fishing, wildlife watching and subsistence are important uses of this ecosystem service. As a result these species, and their habitats, contribute to the local economy and the heritage and culture of local communities. For example, they contribute to food sources, recreation, jobs and spending of tourism dollars in the local area.

For more information on species that are commonly hunted or special interest species see the Fish, Wildlife and Plants section of Assessment 8 – "Multiple Uses". Additional species are covered in Assessment section 5- "Threatened, endangered, proposed and candidate species, and potential species of conservation concern" Additional information on species habitats and trends, stressors and drivers can be found in Assessment section 1 – "Terrestrial ecosystems, aquatic ecosystems, and watersheds" and Assessment section 3. Social and economic contributions associated with wildlife related recreation are discussed in Assessment section 6 – "Social, cultural, and economic conditions" which includes a discussion of subsistence use (see sections on the *Recreational community cf interest - consumptive, including hunting, fishing and food pickers/gathers* and the Recreation section under *Forest Economic Contributions*. . A discussion of medicinal and plants of cultural importance (Osha, chamisa, etc.) is included in Assessment 13- "Cultural and historical resources and uses".

## Forage

Forage is important to cattle and sheep ranchers who utilize rangelands on the Rio Grande National Forest. These permittees rely on Rio Grande National Forest forage for commercial operations and some small-scale subsistence use. In addition, this ecosystem service contributes to a sense of place; preserving a rural way of life, culture and heritage. Rangelands are defined as all lands producing, or capable of producing, native forage for grazing and browsing animals, and lands that have been revegetated naturally or artificially to provide a forage cover that is managed like native vegetation. They include all grasslands, forb lands and shrublands; and those forested lands that can, continually or periodically, naturally or through management, support an understory of herbaceous or shrubby vegetation that is forage for grazing or browsing animals.

For more information on conditions trends and stressors see the Forage portion of Assessment 8 on "Multiple uses" and Assessment 6 on "Social, cultural and economic conditions" for a discussion of social and economic contributions.

## Mineral Deposits

The forest provides a variety of mineral uses (discusses in Assessment 10 on Energy, Minerals and Geologic Hazards) such as locatable operations (the large Rio Grande Silver mine in Creede), saleable

Rvsd Plan - 00000569

mineral material (providing stone, gravel and other material to the public with a permit) and leasable minerals (no current development of oil and gas exists but future projections exist). In addition, recreational mineral collection (panning, dredging, sluice-box and metal detector use) occurs on the forest.

For more information on conditions trends and stressors see Assessment 10 on "Energy, Minerals, and Geologic Hazards", see Assessment 6 on "Social, cultural and economic conditions" for a discussion of social and economic contributions and see Assessment 13 – "Cultural and historical resources and uses" for details on mining's role in the area's history and early economy.

### *Non-Timber Forest Products*

The Rio Grande National Forest has supported generations of local residents by providing forest products used for home heating, cooking, construction (Vegas and Vigas) and other needs (food, crafts, medicine, etc.). Fuelwood is a particularly important forest product provided by the Rio Grande National Forest; and in some areas fuelwood gathering is a necessity, not a luxury, since people heat their homes and cook with wood-burning stoves (Raish 2000). Other material collected includes material for art supplies, cones, pinon nuts, mushrooms, material for bows, and transplants. Collection of these materials supports recreation, preservation of rural way of life, cultural integrity and spiritual fulfillment.

See Assessment 6 on "Social, cultural and economic conditions" for a discussion of subsistence, environmental justice and social and economic contributions from Non-timber forest products. Recreational importance is discussed in Assessment 9 on "Recreation settings, opportunities and access, and scenic character". A discussion of medicinal and plants of cultural importance (Osha, chamisa, etc.) is included in Assessment 13- "Cultural and historical resources and uses". Assessment 3 [title?] covers conditions, trends and stressors of terrestrial and aquatic ecosystems that support habitat providing non-timber forest products.

### *Timber*

Timber harvest and thinning provides forest products and contribute to the local economy. Local processors utilize material from the forest and it's made available for purchase locally. Timber harvest provides wood products and may be used for improving wildlife habitat, making the forest more resilient to disturbances such as fire, insects, and disease, and improving tree growth. Currently on the Rio Grande National Forest, timber is sold thru timber sales and permits related to firewood and other products such as posts and poles. This use benefits the local timber industry and creates jobs important to poor communities lacking employment opportunities, within the San Luis Valley and surrounding area.

For more information on conditions trends and stressors see the Timber portion of Assessment 8 on "Multiple uses" and Assessment 6 on "Social, cultural and economic conditions" for a discussion of social and economic contributions associated with timber from the Rio Grande National Forest.

## Cultural Services

Cultural Services relate to the nonmaterial benefits people obtain from ecosystems through spiritual enrichment, cognitive development, reflection, recreation, and aesthetic experiences (MEA 2005). These benefits often influence the way people view and value other goods and services provided by the forest. Internal discussion with forest staff and public involvement in support of the assessment indicated the forest provides many cultural services such as Cultural, Historic and Sacred sites, Landscapes and features for outdoor recreation, scenery and viewsheds and solitude, spirituality and sense of escape.

### *Cultural, Historic and Sacred sites*

The physical and cultural landscape of the Rio Grande National Forest has evolved over time. Cultural ties have left lasting identities for communities within the San Luis Valley and other areas surrounding the forest. The cultural and sacred features of the forest help people form attachments to places and provide an understanding of their place in the natural and cultural environment. Assessment 13 on Cultural and Historic Resources acknowledges that "cultural and historic resources with the plan area represent the processes and events important to the identity and history of local and tribal communities. Contemporary uses of resources and places within the plan area by American Indian, Hispanic and Anglo-American traditional communities are critical to maintaining the cultural identity of these communities." These heritage values are a source of pride and contribute to a sense of community and individual identity. Communities dependent on access and resource condition on sacred sites, include affiliated tribes, locals, recreationist, the general public and others interested in historic land grants. By providing access and integrity of these sites the forest provides a link to land of their ancestors, a sense of place, opportunities for interpretive learning and fosters traditional uses.

For more information on resources of cultural, historic and sacred importance see Assessment 13 - "Cultural and Historic Resources" and Assessment 12 – "Areas of tribal importance". Additional information on communities interested in protection and access to resources of cultural importance see Assessment 6 – "Social, cultural, and economic conditions".

### *Landscapes and features providing recreation and scenery*

Developed and undeveloped landscape features of the Rio Grande National Forest are an ecosystem service that support recreation opportunities year round. The geophysical and ecological settings on the forest provide opportunities that users depend upon for a variety of wildlife related recreation and other activities. These opportunities and recreational activities help foster wellness, personal enrichment, opportunities for people to connect to each other and a suite of other experiences. Landscapes and features also provide scenic resources appreciated by local residents, recreationists (railroad riders, driving for pleasure, hikers, etc.), artists, people seeking inspiration, and other visitors to the Rio Grande National Forest. Recreationists, local outfitters and guides directly benefit from these landscapes and features while local businesses benefit from spending by forest visitors.

For more information on recreation settings see Assessment 9 – "Recreation settings, opportunities and access, and scenic character". For more information on species that are commonly hunted or special interest species see the Fish, Wildlife and Plants section of Assessment 8 – "Multiple Uses". Additional species are covered in Assessment section 5- "Threatened, endangered, proposed and candidate species, and potential species of conservation concern" Additional information on species habitats and trends, stressors and drivers can be found in Assessment 1 – "Terrestrial ecosystems, aquatic ecosystems, and watersheds" and Assessment 3. Social and economic contributions, associated with wildlife related recreation and other activities are discussed in Assessment section 6 – "Social, cultural, and economic conditions". Assessment 6 also includes a discussion of communities interested in consumptive and non-consumptive recreation.

### *Solitude, spirituality and sense of escape*

Forests possess intrinsic values, enjoyed by forest users that accrue in addition to provisioning services discussed above. For example the Rio Grande National Forest contains landscapes that provide aesthetic enjoyment, artistic and spiritual inspiration, and emotional comfort. While current populations are increasingly centered around cities, the mental, physical, and spiritual well-being of people continues to have strong ties with the natural environment. Undeveloped landscapes offer a refuge and a place where people can reconnect with nature to escape the stresses of everyday life. Many people retreat to forests

Rvsd Plan - 00000571

because they foster a sense of oneness with nature which can stimulate contemplation, exploration of identity and spirituality.

While specific sites may be used in religious rituals, forests are often described as spiritual landscapes because they provide an experience of being related to, or in touch with, an *'other'* that transcends their individual sense of self and gives their life a deeper meaning beyond an intellectual level (Schroeder, 1992). Spiritual experiences in nature are generally intuitive or emotional and tend to create a sense of being caught up or carried away. Opportunities to explore and enjoy the scenic beauty of the natural environment have been known to fill and inspire people with a feeling, an idea, or a creative impulse. Forests have long served as inspiration for a wide range of artistic and cultural expressions, including: film, literature, photography, paintings, sculptures, music and dance, fashion, folklore, national symbols, and even architecture and advertisement (Rudolph de Groot et al. 2005).

For more information on recreation settings related to experiences enabling Solitude, spirituality and sense of escape see Assessment 9 – "Recreation settings, opportunities and access, and scenic character". Assessment section 6 – "Social, cultural, and economic conditions" contains a discussion of communities interested in Non-Use Values (those who derive benefits from the existence and bequest values of resources, including wildlife, a diverse ecosystem, viewsheds, designated areas, etc.) and non-consumptive Recreation.

# Regulating Services

Regulating services are the benefits provided by ecosystem processes that moderate natural phenomena. Internal discussion with forest staff and public involvement in support of the assessment indicated the forest provides a host of regulating services such as carbon sequestration and terrestrial, aquatic and riparian ecosystems. Regulation of water quality, quantity, storage and flood control was found to be a "key ecosystem service.

### *Water Quality, Quantity, Storage and Flood Control*

Forests act as natural treatment plants, natural reservoirs, and stormwater management systems. The Rio Grande National Forest contains physical, chemical, and biological characteristics that enable forest vegetation and soil to filter and absorb surface water; replenishing underground aquifers and moderating runoff during rainstorms. Water filtration services provided by well-functioning ecosystems help maintain the integrity of the watersheds and provide local communities with clean drinking water and water suitable for agricultural uses, recreation, and wildlife habitat. By filtering out pollutants upland forests, riparian areas, and wetlands help keep base loads within reasonable levels which reduce municipal and well-water treatment costs and alleviates demand for costly infrastructure. By managing for the health of forest ecosystems the FMNF directly contributes to regional water quality and helps reduce financial costs associated with quality of water supplies. In addition this regulating service benefits associated recreation uses on the forest such as fishing, boating, wildlife watching and enjoyment of scenery.

For information on water resources and watersheds see Assessment section 2 – "Air, soil, and water resources and quality" and the *Watersheds* portion of Assessment 8 – "Multiple Uses".

# Supporting Services

Supporting Services are the underlying natural processes which sustain ecosystems and enable the production of all other ecosystem services. Internal discussion with forest staff and public involvement in support of the assessment indicated the forest provides a host of supporting services such as pollination, soil production, nutrient cycling, etc. These were condensed into Pollination and a larger set of supporting

Rvsd Plan - 00000572

services titled "Support of habitat and species diversity, abundance and distribution" were found to be a "key ecosystem service".

## Pollination

Pollination is the fertilization of flowering plants through the transfer of pollen from the male part of the flower to the ovaries of the same species. Although some plant species are able to pollinate themselves, or may be pollinated by the wind, the vast majority of flowering plants need pollinators to help move pollen from the male to female parts of the plant. The Rio Grande National Forest provides habitat for pollinators with nesting grounds and food supplies for a variety of vertebrate and invertebrate pollinator species. Pollinators commonly seen on the forest include: bees, moths, butterflies, birds, deer, bear, rabbits and rodents. Communities benefiting from pollination include agricultural operations, recreationists and others who benefit from Rio Grande National Forest plant diversity and abundance.

For more information on trends, stressors and drivers of habitats that benefit from pollination see Assessment 1 – "Terrestrial ecosystems, aquatic ecosystems, and watersheds" and Assessment section 5 - "Threatened, endangered, proposed and candidate species, and potential species of conservation concern". Information on species that are commonly hunted or special interest species see the Fish, Wildlife and Plants section of Assessment 8 – "Multiple Uses". The Social and economic contributions, associated with wildlife and other recreation are discussed in Assessment section 6 – "Social, cultural, and economic conditions". Assessment 6 also includes a discussion of communities interested in consumptive and non-consumptive recreation and uses, who benefit from pollination.

## Support of habitat and species diversity, abundance and distribution

The Rio Grande National Forest sustains ecosystems on which plant and animal habitat depends. For example, soil formation, nutrient cycling, production of oxygen, and evapotranspiration are factors that influence and shape characteristics of ecosystems on the forest. In addition, processes support the diversity and abundance of plants and animals provided by these habitats and ecosystems. For example, reforestation, natural succession, genetic variability, migration and species interaction are shaped by these forest characteristics. Communities who benefit from these services include recreationists, researchers and student who benefit from opportunities for interpretation and learning. In addition these services support communities interested in traditional and cultural uses by supporting specific habitats important for subsistence and other uses. Recreationists, local ranchers, the timber industry, and users of non-timber forest products also benefit from this suite of services.

For more information on trends, stressors and drivers of habitats see Assessment 1 – "Terrestrial ecosystems, aquatic ecosystems, and watersheds". For detail on specific species dependent on these habitats see Assessment section 5 - "Threatened, endangered, proposed and candidate species, and potential species of conservation concern" the Fish, Wildlife and Plants section of Assessment 8 – "Multiple Uses" (for information on species that are commonly hunted or special interest species). The Social and economic contributions, associated with supporting services and the other ecosystem services they provide are discussed in Assessment section 6 – "Social, cultural, and economic conditions".

Rvsd Plan - 00000573

# Rio Grande National Forest – Assessment 8
# Multiple Uses



Rvsd Plan - 00000574

Rio Grande National Forest Assessment 8
Multiple Uses

# Contents

Range Assessment ............................................................................................................................... 1
   Introduction ..................................................................................................................................... 1
   Information Sources ......................................................................................................................... 1
   Information Gaps.............................................................................................................................. 1
   Existing Forest Plan Direction ....................................................................................................... 2
   Scale of Analysis ............................................................................................................................ 2
   Historic Conditions of Range Resources ....................................................................................... 2
   Existing Condition of Range Resources ......................................................................................... 3
      Current Levels of Grazing............................................................................................................ 3
   Capability and Productivity ............................................................................................................ 4
   Ecological Integrity and Species Diversity .................................................................................... 4
   Social, Economic, and Ecological Sustainability .......................................................................... 4
   Summary / Conclusion ................................................................................................................... 4
Timber Assessment ............................................................................................................................ 5
   Introduction ..................................................................................................................................... 5
   Information Sources ......................................................................................................................... 5
   Information Gaps.............................................................................................................................. 6
   Existing Forest Plan Direction ....................................................................................................... 6
      Silviculture ................................................................................................................................... 6
      Timber Utilization........................................................................................................................ 9
   Scale of Analysis .......................................................................................................................... 10
   Current Condition .......................................................................................................................... 10
      Timber Harvest and Production ................................................................................................. 10
      Lands Suitable for Timber Production ....................................................................................... 11
   Resistance and Resiliency to Stressors ........................................................................................ 13
   Ecological Sustainability ............................................................................................................. 13
   Capacity and Trends ..................................................................................................................... 13
   Social and Economic Sustainability ............................................................................................. 14
   Summary / Conclusion ................................................................................................................. 14
Watersheds Assessment .................................................................................................................... 15
   Introduction ................................................................................................................................... 15
   Information Sources and Gaps....................................................................................................... 15
   Scale of Analysis .......................................................................................................................... 15
   Existing Forest Plan Direction ..................................................................................................... 15
   Consumptive and Nonconsumptive Uses .................................................................................... 15
   Existing Condition and Trends ..................................................................................................... 16
   Ecological Integrity and Species Diversity.................................................................................. 16
   Human Activities and Multiple Uses............................................................................................ 16
   Supporting Other Uses.................................................................................................................. 16
   Social and Economic Sustainability ............................................................................................. 16
   Summary / Conclusion ................................................................................................................. 16
Fish, Wildlife, and Plants ................................................................................................................. 17
   Introduction ................................................................................................................................... 17
   Information Sources and Gaps....................................................................................................... 17
      Other key information sources include: ..................................................................................... 17
      Key information gaps include the following:.............................................................................. 17
   Existing Forest Plan Direction ..................................................................................................... 18
   Scale of Analysis .......................................................................................................................... 18

Revised Plan - 00000576

Fish, Wildlife and Plants on the Rio Grande National Forest ............................................................. 19
Existing Condition and Trends .............................................................................................................. 19
Ecological Integrity and Species Diversity............................................................................................ 19
Social and Economic Sustainability ...................................................................................................... 23
Summary / Conclusion ........................................................................................................................... 23
References ............................................................................................................................................... 24
Wildlife Management Area Prescription, Standards and Guidelines .................................................... 25
   Management area prescriptions for wildlife: ..................................................................................... 25

Revised Plan - 00000577

# Range Assessment

## Introduction

In this assessment, we (the USDA Forest Service Rio Grande National Forest) consider multiple uses related to range, and follow direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.32 – Assessing Multiple Uses for range resources.

Rangelands are defined as all lands producing, or capable of producing, native forage for grazing and browsing animals, and lands that have been revegetated naturally or artificially to provide a forage cover that is managed like native vegetation. They include all grasslands, forb lands and shrublands; and those forested lands that can, continually or periodically, naturally or through management, support an understory of herbaceous or shrubby vegetation that is forage for grazing or browsing animals.

Rangelands on the Forest are naturally fragmented because of highly dissected mountain slopes and changes in vegetation as elevation increases. They can be characterized as narrow canyons with riparian ecosystems and adjacent grassland communities.

A Forest Plan identifies areas suitable and capable for livestock, and assigns standards and guidelines specific to range management for those areas. The current Forest Plan projects a capacity for livestock grazing at 143,000 head months, including cattle and sheep. About 581,000 acres of land are considered capable and suitable for domestic livestock grazing on the Rio Grande National Forest.

Livestock-based agriculture is historically and culturally important in the San Luis Valley and Southwest Colorado. Agriculture, particularly farming and ranching, continues to be an important industry. While the range allotments on the Rio Grande National Forest are not the exclusive source of feed for the permitted stock, they provide important high-elevation forage during the summer months. This forage supplements private and leased pasture, and allows the permittees to maintain current livestock numbers.

## Information Sources

- Corporate databases including Natural Resource Management (NRM) and Forest Service Activity Tracking System (FACTS) contain allotment and grazing permit details, including permit holder information, number of permitted livestock, range improvements, vegetation, and other pertinent information. Allotment specific information is also contained in historical allotment folders. This information is combined with permit holder and agency staff knowledge to guide annual grazing activities through annual operating instructions, and long term implementation through allotment management plans.

- Public meetings in Alamosa, Crestone and South Fork in spring 2015

- Cohosted meetings with San Luis Valley Cattleman's Association in June 2015

## Information Gaps

- Data gaps are due to incomplete or missing data, inconsistencies in data entry, and a backlog of monitoring information. This can be attributed to personnel not having adequate resources to complete comprehensive short and long-term allotment monitoring, and inefficiencies in data entry.

- An additional data gap ecological classification for rangeland vegetation; for planning purposes ecological information is gathered from soil surveys, the Soil Resource and Ecological Inventory, previous monitoring efforts and personal knowledge.

## Existing Forest Plan Direction

Our standards for range management maintain desired plant communities by rotating livestock among pastures to prevent overgrazing.

Our guidelines require allotment management plans so we can establish baseline criteria for maintaining desired conditions.

Grazing must also comply with the standards and guidelines of other resource management areas, like wilderness, wherever they overlap.

## Scale of Analysis

We identified about 581,000 acres of land as suitable for range in the 1996 Forest Plan, and we projected a capacity for livestock grazing at 143,000 head months, including grazing for cattle and sheep. This area is anchored by the six San Luis Valley counties of Conejos, Costilla, Alamosa, Rio Grande, Mineral and Saguache counties, as well as portions of San Juan, Hinsdale and Archuleta counties and Taos and Rio Arriba counties in New Mexico.

Most permittees base their operations on private ground in the winter months. Some have abutting allotments on two Forests, so that they cross administrative boundaries; so there may be differing standards and guidelines or other management criteria.

With these factors in mind, we are considering a larger planning area for this assessment, including shared administrative boundaries with the Carson, Gunnison, Pike/San Isabel and San Juan National Forests because there may be management implications from adjacent Forests' grazing programs.

## Historic Conditions of Range Resources

The stocking rates for sheep and cattle on most if not all of the Forest allotments were much higher prior to the establishment of the San Juan Forest Reserve in 1905 and the Rio Grande National Forest in 1908. It may have taken several years for the Forest Service to gain control of the grazing practices which had prevailed for decades. We estimate that over 150,000 head of sheep were permitted to graze on the Conejos Ranger District (not including the northern part of the Conejos Peak Ranger District). Permitted sheep have dwindled down to between 5,000 and 6,000 head of sheep on the Conejos Peak Ranger District. This includes allotments which were previously part of the Alamosa District. The seasons of use were also much more liberal than they are today. Some of the entry dates were as early as April and exit dates as late as October 31st. Now there are no entry dates earlier than June 1st and most exit dates do not exceed September 30th. The cattle allotments were similarly stocked. Many of the allotments had more than 1,000 head of cattle. Today, most of the remaining allotments are carrying sustainable numbers of animals.

The number of permittees has also gone down. In 1935 on the Conejos Peak District, the Cumbres-La Manga C&H Allotment had 58 permittees. Currently there are 11 members of the Cumbres-La Manga Cattle Association. It is difficult to trace the exact history of individual permits. Many permits have exchanged hands several times. While others have been eliminated or consolidated with other permits over the years. Some families which have managed to maintain their permits for multiple generations are the Moeller (Oscar Moeller likely grazed livestock as early as the 1880s, prior to any federal designation), Espinoza, Christensen, Hamilton, Sowards, Gallegos, Crowther, V-Heart Ranch and Quinlan families. However, there are other families who held permit on the Conejos and Conejos Peak Ranger Districts for a considerable number of years. One family which most likely takes the record for longevity is the McNeil family of Monte Vista. They ran cattle at Platoro from the 1880s until 2009. Other families to

take note of which were prominent in the livestock industry and also Forest Service permittees until recent times are: Bagwell, Cantu, DeHerrera, Gilleland, Middlemist, Marquez, Romero, Ruybal and Velasquez families. However, there are other families, particularly from the southern end of Conejos County who have historically grazed their livestock in New Mexico on the Carson National Forest. These families include the Abeyta, Garcia, Lopez, Sandoval and Valdez families, just to mention a few.

# Existing Condition of Range Resources

We have implemented the Rescissions Act (1995) allotment management plan process. As part of this process, we monitor range conditions in key areas on all allotments. We use this information to identify use patterns, species composition, ground cover, and species frequency. Annual monitoring data and reports on most allotments show that livestock grazing is ecologically sustainable at current levels. We now manage the majority of the allotments under an adaptive management philosophy that allows us to modify stocking levels in response to variations in forage production, water availability, and precipitation patterns. We have used adaptive management to respond to extended drought conditions and wildfires.

Spruce beetle has affected more than 90 percent of the spruce forest cover type on the Rio Grande National Forest. These areas were previously unavailable or inaccessible to livestock, primarily cattle. As the overstory has died, the understory is temporarily producing forage. While this is an opportunity for us to redistribute livestock across landscapes; it is also creating management challenges for us as the natural barriers of trees are lost between allotments. It has also created challenges for us in areas where our reforestation goals require excluding livestock until trees have become established and grow to a size that cannot be damaged by livestock.

Structural range improvements (fences and water developments) are key to successful implementation of allotment management plans and annual operating instructions. Throughout the Forest, there are improvements that no longer function due to age, weathering, falling trees and fires. We have prioritized these improvements for reconstruction or replacement as funding allows.

## Current Levels of Grazing

The number of grazing permits, grazing allotments, and maximum permitted forage consumption (animal unit months [AUMs]) have remained relatively stable, with the exception of sheep. The decline of the sheep industry, changes in permittee operations, proximity to known bighorn sheep herds, regional drought conditions and access issues have challenged many sheep operators to remain economically viable. The largest threat to the domestic sheep industry is the need to maintain separation between bighorn sheep and domestic sheep. This is an ongoing issue that is reducing the suitable range for domestic sheep grazing. Annual authorized livestock numbers can vary substantially due to precipitation patterns and yearly forage production. Table 1 displays permitted information from the Natural Resource Management Range Database (2014).

**Table 1. Permitted grazing information for the Rio Grande National Forest**

| Active Allotments | Term Permits | Permitted Cattle (Number/HM's/AUM's) | Permitted Sheep (Number/HM's/AUM's) | Permitted Horses for allotment management support |
|---|---|---|---|---|
| 89 | 73 plus 2 Grazing Association permits | 16,473 60,762 79,890 | 20,188 25,887 7,566 | 44 |
| | | | Total HM's – 86,649 | |
| | | | Total AUM's -87,456 | |

# Capability and Productivity

The Forest Plan allows livestock grazing on suitable rangeland under all management area prescriptions except research natural areas and ski areas. We have identified approximately 581,556 acres on the Rio Grande National Forest (31.3 percent of the net Forest acres) as suitable for livestock grazing (2002 Suitability Determination).

Rangeland capability and suitability are closely connected. We must analyze and establish rangeland capability before we can make a rangeland suitability determination. Capability is the potential of an area to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices and at a given level of management intensity. Capability depends upon existing resource and site conditions such as climate, slope, landform, soils, and geology; as well as the application of management practices, such as silviculture or protection from fire, insects, and disease.

Rangeland suitability is the appropriateness of applying certain resource management practices to a particular area of land, as determined by an analysis of the economic and environmental consequences and the alternative uses forfeited. A unit of land may be suitable for a variety of individual or combined management practices. Rangeland suitability is a determination of the appropriateness of grazing on capable lands based on economic and environmental consequences and consideration of alternative uses forfeited if grazing is allowed.

# Ecological Integrity and Species Diversity

Livestock grazing influences ecological processes such as the water cycle, nutrient cycling, energy flow, and community dynamics. Not all effects are detrimental. Activities related to livestock grazing can impact species through habitat disturbance, modification, or a direct loss of individuals by grazing or trampling. Historical grazing practices altered plant composition and density. Prior to the establishment of the San Juan Forest Reserve in 1905, livestock grazing was unmanaged, causing long-lasting environmental effects. There are still areas exhibiting remnants of those effects but for the most part the ecological integrity and diversity of vegetation species has since rebounded through years of proper stocking and modern range management techniques. Domestic livestock influence has decreased significantly in alpine ecosystems with the decline in sheep numbers.

# Social, Economic, and Ecological Sustainability

Contributions from grazing to social and economic sustainability are addressed in Assessment 6.

# Summary / Conclusion

Livestock grazing has been an important part of the local economy and culture for over a century. Grazing was directly related to the establishment of the San Juan Forest Reserve in 1905. The establishment of the Forest Reserve has led to many changes to grazing over the years. Ecological integrity and sustainability are important parts of the grazing program today. These principles will allow for productive lands which are capable of sustaining grazing and other multi-use activities into the future and will continue to be an important part of the local economy and culture.

Revised Plan - 00000581

# Timber Assessment

## Introduction

In this assessment, we (the USDA Forest Service Rio Grande National Forest) consider multiple uses related to timber and follows direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.3 – Assessing Multiple Uses.

The purpose of a Forest Plan under the 1976 National Forest Management Act was originally a response to public concerns about timber harvest. The Act and the Planning Rule which implements the Act sets specific requirements regarding timber harvest. The Planning Rule requires an estimate of the long-term sustained-yield of timber removed from lands identified as suitable for timber production. It also requires plan direction on the types of forestry methods to be used, and the size and location of timber harvests. A Forest Plan does not authorize any timber harvest, but merely identifies what parts of the forest would be suitable or not suitable for timber harvest, and what constraints might apply.

Timber harvests and thinnings provide forest products and contribute to the local economy. They are also an important tool in shaping the structure and composition of the forest, in order to meet ecological integrity and other objectives. Timber harvest may be used for improving wildlife habitat, making the forest more resilient to disturbances such as fire, insects, and disease, and improving tree growth. It is within the context of these frameworks that any need for change may be identified.

In our current Forest Plan we estimated an available total sale program quantity; consisting of hardwood and softwood sawtimber, fuelwood, posts and poles, salvage, and house logs; at 79 hundred thousand cubic feet (MCCF) per year, equivalent to 29 million board feet (MMBF) per year, if fully funded. At realistic budget levels we anticipated a volume of 15 million board feet per year.

We set our allowable sale quantity[1] of sawtimber at 51 MCCF per year for conifer (equivalent to 21 MMBF per year), and 11 MCCF for aspen when at the full budget level.

Under the new Forest Service planning rule, no annual allowable sale quantity calculation is required, but we must generate a long-term sustained-yield calculation as the ceiling for sawtimber harvest. In our current Forest Plan, long-term sustained-yield is 54 MCCF per year for conifer and 16 MCCF for aspen.

The Colorado Roadless Rule restricts timber harvest and road building in Colorado Roadless Areas. The allowable timber harvest in the Forest Plan has been reduced, although a new number has not been calculated.

## Information Sources

This section identifies the information sources used in the timber assessment. It also identifies information gaps where there may be missing information that would help further clarify a specific topic related to this assessment.

- The existing Rio Grande National Forest Revised Land and Resource Management Plan
- Harvest information supplied by Kirby Self, Vegetation Program Manager of the Rio Grande National Forest

---

[1] The Allowable Sale Quantity (ASQ) is defined as the maximum amount of timber that may be sold on lands suitable for timber production during a decade of implementing the Forest Plan (FSH 2409.13).

Revised Plan - 00000582

- The Rio Grande Basin Watershed Health and Forest Biomass Opportunities Evaluation (Forest Stewardship Concepts, Ltd 2014)

- The Colorado Statewide Forest Resource Assessment (CSFS 2009)

- Geographic Information System (GIS) timber suitability maps as provided by the Rio Grande National Forest

- Published literature as referenced throughout this assessment

- Other assessments as referenced, particularly assessments 1, 3, and 6

- Public meetings in Alamosa, Crestone and South Fork in Spring 2015

# Information Gaps

- Spatial vegetation layers for the forest are in the process of being updated to incorporate recent mortality due to fires and beetles. This project is still in progress and the updated vegetation layers are not currently available.

# Existing Forest Plan Direction

Listed here are our current forestwide standards and guidelines on silviculture and timber utilization.

## *Silviculture*

### Standards

1. Forty acres is our maximum allowable acreage opening in forest cover types. Exceptions to this maximum are stipulated in 36 CFR 219.27(d)(2)(I) through (III). The regulations at 36 CFR 219.27(d)(2)(ii) allow for size limits exceeding those established at 36 CFR 219.27(d)(2) and 36 CFR 219.27(d)(2)(I). We can permit exceptions on an individual timber sale basis after 60 days' public notice, and review by the Regional Forester. The regulations at 36 CFR 219.27(d)(2)(III) provide that the established limit does not apply to the size of areas harvested as a result of natural catastrophes such as fire, insect and disease attack, or windstorm.

**Table 2. Appropriate silviculture systems by forest cover type**

| Forest Cover Type | Even-Aged | Two-Aged | Uneven-Aged |
|---|---|---|---|
| Ponderosa Pine | Shelterwood, Clearcut, and Seed-Tree | Irregular Shelterwood | Group Selection and Single-Tree Selection |
| Mixed Conifer | Shelterwood, Clearcut, and Seed-Tree | Irregular Shelterwood | Group Selection and Single-Tree Selection |
| Aspen | Coppice [1] | Coppice with Standards [2] | Group Selection [3] |
| Lodgepole Pine | Shelterwood, Clearcut, and Seed-Tree | Irregular Shelterwood | Group Selection |
| Englemann Spruce and Subalpine-Fir | Shelterwood and Clearcut | Irregular Shelterwood | Group Selection and Single-Tree Selection |

1 - Coppice is a vegetation reproduction method with clearfelling or clearcutting. Clearfelling (clearcutting) stimulates sprouting from the residual roots.

2 - "Standards" are selected overstory trees reserved for a longer rotation at the time each crop of coppice material is cut.

3 - Use of group selection as an appropriate silviculture system in aspen is currently under study to determine regeneration success, but is authorized on a test basis.

2. Acceptable silviculture systems, shown by forest cover type in table 2, meet our management objectives for the landscape or individual stands of trees within a landscape setting. We can use both even-aged and uneven-aged management systems, and apply them at scales ranging from a few acres to many hundreds of acres. We are required to apply these silvicultural systems in a way that ensures natural regeneration where we do not need artificial regeneration for other resource objectives. Our stand-level vegetation management treatments must be approved by certified silviculturists. We can use the silvicultural systems listed in table 2 to convert uneven-aged stands to even-aged management and even-aged stands to uneven-aged management.

3. The size of the uncut forest areas between openings must be based on our management objectives for the landscape unit being analyzed. If our objectives include creating a mix of vegetation types to benefit wildlife associated with early-successional stages and edges, the uncut units can be small. If our objectives include provisions for old-growth- associated species, the uncut units could be large enough to function as an ecological system not overly influenced by edge.

4. When we harvest trees to meet timber production objectives, the cutting must be done in such a way that there is existing technology and knowledge to restock these areas adequately with trees within five years after final harvest. Our minimum restocking levels are defined in table 3.

**Table 3. Minimum restocking levels by species**

| | Growing Stock: All Live Trees | | | | | | |
|---|---|---|---|---|---|---|---|
| **Species** | **Spruce-fir** | **Aspen** | **Douglas-fir** | **Lodgepole Pine** | **Ponderosa Pine** | **Other Softwood** | **Other Hardwood** |
| Trees per Acre | 150 | 300 | 150 | 150 | 150 | 150 | 150 |

5. We have no specific minimum seedling-height requirements. Seedlings must have survived a minimum of one year and should, (on the basis of research and experience), be able to produce the desired stand condition specified for this area as defined in our Forest Plan. The numbers of seedlings in table 3 represent the minimum number of seedlings required, considering natural mortality, to produce a merchantable- timber stand at rotation age without intermediate treatments. To ensure adequate restocking of created openings; as a minimum; we conduct stocking surveys at the end of the first and third growing seasons after the restocking treatment. We cannot certify adequate stocking until after the third-year growing-season survey.

6. "Five years after final harvest" means five years after clearcutting, five years after the final overstory removal in the shelterwood and seed-tree systems, or five years after selection cutting. The requirement for adequate restocking within five years begins with the final harvest. The timing of the first- and third-year restocking surveys begins with the restocking treatment.

7. Where disease can be spread from an uncut stand to a newly regenerated stand, it is best we cut any adjacent infected stand before the regeneration reaches six feet.

8. We will conduct regulated timber harvest activities only on lands classified as "suitable[2]" and "scheduled[3]" for timber production. On unsuitable or suitable but not scheduled lands, we may conduct limited timber cutting for purposes such as salvage, protection or enhancement of

---

[2] Lands are suitable for timber production if they fall within a set of parameters that is defined not only by the timber itself, but also other resources such as wildlife, soils, hydrology etc.

[3] As part of the forest plan revision, we need to produce a schedule of what will be harvested over the next two decades.

biodiversity or wildlife habitat, scenic-resource management, or to perform research or administrative studies consistent with management area direction.

9. We will not mark or harvest trees within approximately 600 feet slope distance from timberline.

10. We will use artificial regeneration methods when it is not possible to rely on the natural sequence of events or environmental conditions to regenerate the stand within five years.

11. When trees will be harvested on other than suitable lands, exceptions to the stocking guidelines are appropriate (as documented in project decisions) when the harvest meets one of the following criteria:

    a.   Where permanent openings serve specific management direction.

    b.   Where provided for in specific management practices and prescriptions.

    c.   Where it is desirable to delay the onset of regeneration and crown closure to meet specific desired conditions and management objectives.

## Guidelines

1. If the silviculture system being applied to a particular area of the landscape is uneven-aged, harvest trees designated for commercial timber production based on the desired density, as determined by age class or size, and the objective for the area.

2. Silvicultural standards and guidelines should be applied at the watershed and landscape level, as well as to individual stands of trees. The standards and guidelines must be applied to perpetuate the desired range of environmental conditions, while supplying goods and services to people. The range of environmental conditions is defined in the desired condition statements for the selected alternative. This does not imply that our desired endpoint condition must reflect the range of natural variability.

3. As part of our environmental analyses for proposed timber sales, we will review the demand for fuelwood, to determine if timber sale roads should be opened for fuelwood post-timber harvest. Where we open areas for cutting fuelwood, we will also decide when, and how long, roads will be open; in coordination with other resource concerns. Generally, we will keep areas open only one to two seasons after timber harvest.

4. Table 4 list our guidelines for when an opening is no longer considered an opening.

**Table 4. Guidelines for when an opening is no longer considered an opening**

| Forest Cover Type | Average Trees per Acre | Average Height of Tree | Distribution |
|---|---|---|---|
| **Ponderosa Pine and Mixed Conifer** | | | |
| Big-Game Cover | 200 | 6 feet | 70% |
| Retention and Partial Retention Scenic Condition Objectives | 200 | 25 % of the height of the adjacent stand | |
| **Lodgepole Pine and Spruce/Fir/Aspen** | | | |
| Big-Game Cover | 250 | 10 feet | 70% |
| Retention and Partial Retention Scenic Condition Objectives | 250 | 25 % of the height of the adjacent stand | |

5. Except for treatments designed to enhance meadows, we will avoid altering more than one-third of the edge of a natural opening whenever an artificially created opening is adjacent to a natural opening. We should not create additional edge until previously treated areas are considered closed, according to guideline #4 above.

6.  The landscape should be the primary unit of analysis for silviculture. A landscape is defined here to mean a distinct landform such as a mesa, or a Level VI watershed. There are a variety of landscape types in the Rocky Mountain Region. Some are "fine grained" (characterized by many small areas in various stages of plant succession). Others are "coarse grained" (characteristically forested with large, unbroken expanses of trees and few openings). There are areas in the Region which have become a patchwork of forest and open places as a result of human use prior to establishment of the National Forests, past Forest Service management practices, and natural disturbances (wind, fire, insect activity, and earth movement).

7.  In most circumstances, we rely on or make primary use of those silviculture systems which ensure regeneration of forest stands through natural seeding and suckering.

8.  We use artificial-regeneration methods when we cannot rely on the natural sequence of events and/or environmental conditions to regenerate the forest within five years.

9.  We use thinning practices which consider genetic diversity, as well as competition among the trees for water, nutrients, and light. The frequency of thinning should depend upon the tree species, financial efficiency, and the site growing conditions.

10.  Where appropriate, we reduce competition between desired trees and other vegetation.

11.  Out chosen silviculture system should emulate the pattern, timing, and frequency of natural disturbances found in the landscape being treated.

12.  We should not conduct regeneration harvests of even-aged timber stands (sites) until the stands have generally reached (or surpassed 95 percent of the) culmination of the mean annual increment,[4] measured in cubic feet. There are exceptions where our resource management objectives or special resource considerations require earlier harvest.

## *Timber Utilization*

### Standard

1.  Our sawtimber utilization standards, for live and dead trees are listed in table 5. These standards are specific to the Rio Grande National Forest (reference FSH 2409.18, Ch 50).

**Table 5. Timber utilization standards**

| Type of Product | Minimum Diameter at Breast Height | Top Diameter | Minimum Length | Percent Net Of Gross |
|---|---|---|---|---|
| **Live Trees:** | | | | |
| Sawtimber | | | | |
| -Coniferous | 7-8 | 5-7 | 8-10 | 33.3-50 |
| -Aspen | 7-8 | 5-7 | 8 | 50 |
| Products other than Sawtimber | 5 | 4 | 6.5 | Variable |
| **Dead Trees:** | | | | |
| Sawtimber | 7-12 | 7-10 | 8-16 | 33.3-50 |
| Products other than Sawtimber | 5 | 4 | Variable | Variable |

---

[4] The mean annual increment (MAI) or mean annual growth refers to the average growth per year a tree or stand of trees has exhibited/experienced to a specified age.

# Scale of Analysis

The scale of analysis for our timber assessment includes the plan area (Rio Grande National Forest) and the broader landscape surrounding the forest. This includes southwestern Colorado, such as Montrose, Mancos, and Dolores, areas of northern New Mexico, such as around Chama, and areas along the Colorado Front Range north of the Rio Grande National Forest.

# Current Condition

The current condition of the forest is described in detail in assessments 1 and 3. One significant issue we have related to timber production is the large amount of Engelmann spruce mortality from spruce beetle.

## *Timber Harvest and Production*

Currently, the timber from our forest is sold through timber sales and permits related to firewood and other products such as posts and poles. We have not had economically viable opportunities to use stewardship contracts and agreements on the Rio Grande National Forest. On average, over the last 7 years, we have sold 17,493 CCF of sawtimber each year, and 7,351 CCF of other products by permit for a total of about 25,000 CCF a year. The amount sold was 2 percent higher than our assigned target for this time period. Since 1997, we have sold 307,746 CCF of timber. See figure 1 below for the amount sold over time. In 2014, we harvested 1,759 acres of sawtimber, and averaged 1,218 acres of sawtimber annually for the last 7 years (table 6).



**Figure 1. Total timber sold (CCF) on the Rio Grande National Forest from 1997 thru 2014. This includes material sold thru timber sales as well as thru permits for other products.**

**Table 6. Acres treated of sawtimber, 2008 – 2014**

| Year | Acres Treated of Sawtimber | Year | Acres Treated of Sawtimber |
|------|----------------------------|---------|----------------------------|
| 2008 | 1,303 | 2012 | 1,675 |
| 2009 | 826 | 2013 | 1,198 |
| 2010 | 148 | 2014 | 1,759 |
| 2011 | 1,616 | Average | 1,218 |

In southern Colorado, federal timber suppliers are the largest source of timber. The Rio Grande National Forest is a supplier in the commercial forest products industry and supports local industry. During our timber sales, most wood removed from the forest is processed within the San Luis Valley at mills located in Saguache, La Jara, and Del Norte (Forest Stewardship Concepts, Ltd 2014).

In the broader landscape, other national forests contribute to the forest products industry. In FY14, the San Juan, Pike-San Isabel, and Grand Mesa, Uncompahgre, and Gunnison national forests sold 20,731 CCF, 15,668 CCF, and 61,235 CCF of timber, respectively.

Although national forests contributed the majority of Colorado's commercial timber harvest in the 1970s and 1980s, private ownerships now provide the majority, with a little less than half coming from national forest system lands (CSFS 2009).

### Lands Suitable for Timber Production

Of the 1.8 million acres which constitute the Rio Grande National Forest, only a small portion (320,581 acres, 17 percent) are considered suitable for timber production (figure 2). The acres suitable for timber production are distributed throughout different management areas (table 7). Most of the area suitable for timber production is in the spruce-fir (65 percent) and aspen (25 percent) cover types (table 8).



**Figure 2. Area of the Rio Grande National Forest that is suitable for timber production**

Table 7. Acres suitable for timber production by management area

| Management Area | ACRES |
|---|---|
| 4.21 - Scenic Byways or Railroads | 3,099 |
| 4.3 - Dispersed Recreation | 33,685 |
| 5.11 - General Forest and Rangelands - Forest Vegetation Emphasis | 74,388 |
| 5.13 - Forest Production | 188,619 |
| 5.41 - Deer and Elk Winter Range | 20,790 |
| **Total Suitable Acres** | **320,581** |

Table 8. Acres suitable by cover type

| Cover Type | Acres |
|---|---|
| TAA - aspen | 79,149 |
| TDF - Douglas-fir | 3,304 |
| TLP - lodgepole pine | 22,630 |
| TPP - ponderosa pine | 5,890 |
| TSF - Engelmann spruce-subalpine fir | 209,607 |
| **Total Suitable Acres** | **320,581** |

# Resistance and Resiliency to Stressors

Timber harvest and thinning affect forest structure and composition and as a result, affect forest resistance and resilience to stressors such as fire, insects, and disease.

How timber harvest and other forest management activities affect forest resistance and resilience is dependent on the forest type, the specific management activity, and the specific stressor. For the dry forests of the west, strategies to increase fire resistance and resilience include reducing surface fuels, increasing the height to live crown, decreasing crown density, and retaining large trees (Agee and Skinner 2005). Timber harvest activities that align with these strategies can have a positive impact on forest resistance and resilience to fire. Waltz and others (2014) found that reducing fuels reduces fire severity and enhances short-term metrics of ecosystem resiliency to uncharacteristic severe fire.

The Rio Grande National Forest is dominated by spruce-fir forests that have recently experienced large-scale heavy mortality from spruce beetle. Resilient spruce forests are characterized as having landscape-wide tree species diversity and spruce age-class diversity. Timber harvest activities such as group selection and shelterwood cuts may promote spruce regeneration and these characteristics (DeRose and Long 2014).

# Ecological Sustainability

Forestland with high ecological integrity supports a diverse group of native and desired non-native species, all life stages of these species, and enough genetic diversity for long-term persistence and adaptability (Quigley and others 2001). Potential indicators of ecological integrity include the level of exotic species, the level of snags and down wood, the amount of wildfire, changes in fire severity and frequency, and the level of disruption to hydrologic regimes (Quigley and others 2001).

The impact of timber harvest on ecological integrity and species diversity depends on the specific forest types and management. For example, we implement restoration treatments in lower elevation ponderosa pine and mixed-conifer forests to help return these forests to their historical fire regime, with less frequent and less severe fires, and improve ecological integrity. One indicator of ecological integrity is the presence of a variety of forest types and age-classes within those forest types. Timber harvest can help increase the amount of young-aged forest when desirable. However, timber harvest activities that increase the density of roads may degrade ecological integrity (Trombulak and Frissell 2000). Timber harvest and other treatments such as prescribed fire often lead to an increase in understory species that are absent or uncommon otherwise and generally benefit long-term understory species diversity (Abella and Springer 2015).

# Capacity and Trends

In general, the market for timber in the Western U.S. is experiencing a prolonged decline from the decline in the U.S. housing market after the recession in 2008, which has caused wood product prices and production to drop. "Capacity utilization at sawmills and other timber-using facilities in the West fell from over 80 percent in 2005 to just over 50 percent in 2009 and 2010" (Keegan 2011). However, there is still capacity for expanding markets, such as small diameter material and salvaged timber as biomass in the energy industry.

At a statewide scale, sawmills have closed in Colorado over the past several decades. Since 2000, five sawmills in Colorado have closed. Additional sawmills closed in the decade prior to that (CSFS 2009).

Currently, most wood removed from the Rio Grande National Forest is typically processed within the San Luis Valley by one of 3 mills. One additional local business may be interested in purchasing firewood.

Additionally, some wood removed is processed by a mill outside the valley, in Montrose (Forest Stewardship Concepts, Ltd 2014).

Several things drive the supply and demand for timber in the local area. First, supply is based on the areas on the forest that can be harvested. Only 17 percent of the forest's area is part of the suitable timber base. Excluding some of this area based on slope, distance from roads, proximity to riparian areas, and recent silvicultural activities, only 9 percent of the total forest (175,167 acres) is eligible for us to manage to improve watershed health based on the current forest management plan and economic considerations (Forest Stewardship Concepts, Ltd 2014). Second, trends in the housing market drive demand. Third, our forest timber budget, which fluctuates markedly from year to year, greatly affects what we can supply.

Because of the large-scale heavy mortality due to spruce beetle, we are increasing timber sale volumes. Whether we can sustain this increase depends on how long the larger dead trees retain their utility as saw or house logs (Forest Stewardship Concepts, Ltd 2014). As the larger dead trees decay, there may be a large volume of low value material available. It may be difficult to find a market for this lower quality woody biomass, because it costs approximately $75/ton to remove and deliver to processors, and there are no financial subsidies in the local area (Forest Stewardship Concepts, Ltd 2014).

## Social and Economic Sustainability

The contribution of timber harvest and production towards social and economic sustainability is described in assessment 6.

## Summary / Conclusion

We are a key player in the commercial forest products industry in Southern Colorado. Our timber sales support local businesses - most wood removed from the forest is processed at mills within the San Luis Valley. In addition to the economic benefits to the community, timber harvest is an essential tool for maintaining ecosystem integrity and ensuring a wide variety of benefits from our forests.

Revised Plan - 00000591

# Watersheds Assessment

## Introduction

This assessment considers multiple uses related to our watersheds, and follows direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.34 – Assessing Multiple Uses about the contribution of watersheds and water resources to social and economic sustainability.

## Information Sources and Gaps

- The existing Rio Grande National Forest Revised Land and Resource Management Plan

- Public meetings in Creede, Alamosa and Saguache in Spring 2015

- Cohosted meetings with Rio Grande Roundtable, Rio Grande Water Conservation District, San Luis Valley Irrigation District, San Luis Valley Water Conservancy District, San Luis Valley Ecosystem Council, Trout Unlimited, Rio Grande Water Users, Conejos Water Conservation District and Rio Grande Seniors.

- Rio Grande National Forest staff

- USDA Forests to Faucets website (http://www.fs.fed.us/ecosystemservices/FS_Efforts/forests2faucets.shtml)

- Additional data sources and data gaps can be found in Assessment 2.

## Scale of Analysis

As the headwaters forest for the Rio Grande river basin, the scale of analysis includes the immediate plan area (Rio Grande National Forest) and the broader landscape served by downstream irrigators and recreationalists, specifically the San Luis Valley and Southwest Colorado, as well as the states of New Mexico, Texas, and Republic of Mexico.

## Existing Forest Plan Direction

Our standards are designed to protect structure, function and integrity of soil and water resources within the watershed. They specify the amount of disturbance permissible in any activity unit, and provide direction for: conserving and retaining soil nutrients, preventing sediment movement into streams and rivers, and regarding water quality and quantity issues. There are also standards and guidelines for protecting riparian areas and wetlands (see Forest Plan and assessment 2).

## Consumptive and Nonconsumptive Uses

Agriculture is the largest consumptive water use associated with water resources in the San Luis Valley and waters associated with the Rio Grande National Forest. Nonconsumptive uses include water storage for agriculture, recreation, and wildlife in several large and some smaller reservoirs. Rafting, fishing, and camping are directly associated with water on the forest. The forest-2-faucet web site maps surface water importance to drinking water on a regional basis. For the San Luis Valley and the surrounding lands, it shows that National Forest System and BLM surface waters do not contribute much to drinking water (http://www.fs.fed.us/ecosystemservices/FS_Efforts/forests2faucets.shtml). This is because most drinking water is pumped from wells. In 2005 it was estimated that the majority of irrigation water was surface water except in Alamosa and Saguache counties where the majority of irrigation water was ground water.

However, the forest contributes to the groundwater supply for municipal and agricultural irrigation through spring and aquifer recharging.

# Existing Condition and Trends

For existing condition and trends see Assessment 2.

# Ecological Integrity and Species Diversity

The largest human water uses on the forest are non-consumptive, associated with storage and recreation; and therefore, are also largest source of water quality impairments on watersheds. Cattle grazing activities are a consumptive use which though small also influence water quality and stream / riparian health if not administered properly. The cumulative effects of all these human activities can have lasting effects on watersheds by changing species diversity and thus ecological integrity. Invasive species can reduce species diversity and also have negative effects on ecological integrity and watershed health. High levels of recreation or other forest activities have led to changes in species diversity and ecological integrity in some areas, but generally, ecological integrity in intact.

# Human Activities and Multiple Uses

Multiple uses on forest lands are varied and affect watersheds in varying degrees. Taken individually, each activity, be it consumptive (which are very few on the forest) or nonconsumptive, they have very little impact. Some areas may show localized impacts to water quality or riparian health, and cumulatively these may create the potential for large-scale watershed issues in the future, although there are none at this time.

# Supporting Other Uses

Water supports many activities and ecological processes on the forest, both consumptive and nonconsumptive, including wildlife habitat, recreational opportunities, agriculture, municipal water supplies through spring and aquifer recharging and others. See assessments 1, 2, 5, and 6 for further discussion.

# Social and Economic Sustainability

See assessment 6 for an analysis of the social and economic sustainability.

# Summary / Conclusion

Watersheds of the Rio Grande National Forest provide essential services to the agricultural community through irrigation water, recreational opportunities (for wildlife and water for boating), and essential services in relation to forest and ecosystem health. Watershed health provides a basis for all aspects of ecological services associated with activities and qualities on and off forest service lands.

# Fish, Wildlife, and Plants

## Introduction

This assessment considers multiple uses related to fish, wildlife, and plants, and follows direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.35 – Assessing Multiple Uses for fish, wildlife and plants. This discussion is limited to species that are commonly hunted or special interest species. Species of conservation concern are discussed in assessment 5.

## Information Sources and Gaps

Information regarding hunting units, hunter numbers, etc. by Game Management Unit (GMU) can be found at the following link:   http://cpw.state.co.us/thingstodo/Pages/Statistics.aspx.

### Other key information sources include:

- Colorado Division of Wildlife 2008. The economic impacts of hunting, fishing, and wildlife watching in Colorado. Prepared by: BBC Research& Consulting, Denver, Colorado.
- Colorado Statewide Action Plan (SWAP). 2015. Draft.
- Annual Big Game Population Summaries for local Game Management Units. Unpublished spreadsheets. Colorado Parks & Wildlife, Monte Vista Service Center.
- Colorado NDIS Hunting Atlas: http://ndismaps.nrel.colostate.edu/index.html?app=HuntingAtlas
- Rio Grande National Forest, Annual Forest Plan Monitoring Reports 1997-2013. Available on the Forest website: http://www.fs.usda.gov/detail/riogrande/landmanagement/planning/?cid=stelprdb5180587
- U.S. Fish and Wildlife Service. 2006. Birding in the United States: a demographic and economic analysis: an addendum to Report 2001-1.
- Colorado Birding Trail: http://coloradobirdingtrail.com/
- Final Supplement to the Forest Plan Biological Assessment and Conservation Assessment for Rocky Mountain Bighorn Sheep: Rio Grande National Forest, March 2010.
- R2 Watershed Conservation Practices Handbook. Amendment No. 2509.25-2006-3. 04/20/2006.

### Key information gaps include the following:

- We lack habitat effectiveness modeling tools to assess and inform big game management for any recreational demand species, particularly as related to key habitat attributes such as open road density influences.
- We lack monitoring information pertaining to the effects of the big game retrieval allowance on resource damage and/or big game management objectives.
- We lack ecological condition information pertaining to existing condition and habitat sustainability for big game species.
- There are Information gaps pertaining to human uses/recreational impacts on wildlife multiple-use values.

- We lack physical stream survey data to inform existing condition and long-term sustainability of endemic aquatic biota such as Rio Grande cutthroat trout.

- We lack information pertaining to movements and foray behavior of local bighorn sheep herds relative to local landscape conditions, particularly in relationship to domestic sheep allotments.

- We lack information pertaining to recreational pack goat use on the Rio Grande National Forest.

- We lack information pertaining to stream connectivity and fish passage objectives.

- We lack information on aquatic nuisance species, and finalization of a local aquatic nuisance species plan.

- We lack staffing expertise to market ecosystem services efforts with plants such as National Wildflower Week, or other regional botanical objectives.

- We lack information or management guidance regarding native pollinators such as bees, butterflies, moths, and key pollinator plants.

- We lack an adequate definition and management strategy for old growth habitat.

# Existing Forest Plan Direction

Under the 1996 Forest Plan, a number of standards and guidelines govern our management decisions related to for fish, wildlife and plant resources. These standards and guidelines are generally triggered at the project design criteria stage of specific management activities. In the 1996 Forest Plan, we designated individual management area (MA) prescriptions throughout the forest focused on important wildlife values and desired conditions. The two primary management area prescriptions for wildlife are MA 5.41, deer and elk winter range, and MA 5.42, Special Management Areas – Bighorn Sheep. This and other Forest Plan direction contribute important management guidance for numerous fish and wildlife species, including demand species such as Rio Grande cutthroat trout, elk, deer, moose, bighorn sheep, and black bear. In the 1996 Plan, we also provide more protective management area prescriptions, such as wilderness, backcountry, and research natural areas for fish, wildlife and plants.

Some of our Forest Plan standards and guidelines for fish, wildlife, and plant resources are too entangled in other resource area categories to repeat here. For example, there are no current standards and guidelines for fisheries - they are either interwoven into other major categories such as Watershed or tiered to other regional documents such as the Watershed Conservation Practices Handbook (2006).

# Scale of Analysis

Our scale of analysis for most recreational big game species is related to either individual data analysis units, in which we manage definable populations; or game management units, in which we manage separate herds or animal populations within smaller geographic areas. Both data analysis and game management units are designated by Colorado Parks and Wildlife, without respect to land management agency jurisdiction or land ownership. These include elk and deer data analysis units, bighorn sheep data analysis units and game management units, moose game management units, pronghorn game management units, bear and other species. There are several data analysis and game management units within the scale of this analysis, depending upon species. For some species, such as moose, larger landscape areas are involved to define and manage a single population. Even when defined by management units fully contained on National Forest System lands. However, many of these species are migratory or move seasonally on and off Rio Grande National Forest System lands, requiring a broader landscape context for long-term management. Most small game species have smaller home ranges and their movements can be better identified and managed at geographically smaller unit levels.

Record Plan - 00000595

Waterfowl and wildlife viewing values often involve migratory and transient species, and must be assessed in a broader landscape context for appropriate management considerations. For example, waterfowl management must be tiered to the appropriate flyway, while wildlife viewing involving avian species is best assessed within the hierarchical framework of physiographic regions that further contribute to larger Bird Conservation Regions. For bird species, conservation considerations often involve international movements between the South and North American continents.

# Fish, Wildlife and Plants on the Rio Grande National Forest

Table 9 lists fish, wildlife, and plant species commonly enjoyed and used by the public for hunting, fishing, trapping, gathering, observing, or sustenance, including cultural or tribal uses.

## Existing Condition and Trends

Table 9 describes the conditions and trends in the plan area associated with these species and their uses.

## Ecological Integrity and Species Diversity

There is no known reliable published information concerning the potential impacts of hunting, fishing, or wildlife viewing on ecological integrity and species diversity locally. However, there is an increasing trend in all forms of recreation use on the Forest, including a rising demand for hunting and fishing, which is expected to continue in the future. Hunting and fishing license quotas are set by the Colorado Parks and Wildlife, and guided by multi-year management plans. Many hunting license quotas are limited by Colorado Parks and Wildlife and therefore not expected to increase much in the future, if at all. However, some units also offer unlimited tags during certain seasons and add to the large influx of visitors and potential impacts from the hunting public.

Currently, we have a large influx of visitors to the Forest during the hunting seasons, primarily during the deer and elk rifle seasons, with an associated spike in recreation-user days. Many of these visitors tend to camp on the Forest in both developed campgrounds and undeveloped sites, often along streams or other sensitive areas. There is also an increasing trend in the amount of hunters incorporating all-terrain vehicles (ATVs) and, more recently, utility terrain vehicles (UTVs) into their activities. The increase in motor vehicle and the rapid evolution and proliferation in makes and models corresponds to an increased use in motor vehicle use on- and off-road. Because of this increased motorized use, it is likely that hunting activities impact habitat integrity and habitat use for some local some wildlife species. However, we do not at this time have any data on the degree of these effects. Localized impacts on ecological integrity are most likely associated with recreational hunter camps near sensitive areas such as streams, and with the exponential increase in motorized use. Although we lack data, the game retrieval allowance in the 1996 Forest Plan may contribute to these impacts.

Fishing is also a very popular recreational activity on the Rio Grande National Forest. By the nature of this activity, Forest users are attracted to and often concentrate along sensitive streamside zones and lakesides. It is likely that the ecological integrity of known high-use fishing areas is affected. We know that motorized use associated with fishing camps and access to and from fishing sites has localized impacts. We are concerned about impacts to high alpine lakes and stream zones, and we need to evaluate our existing management direction for these areas to identify trends in use and impacts.

RGuardian - 00000596

Table 9. Common and popular fish, wildlife and plants found on the forest, and the existing conditions and trends for each

| Terrestrial Wildlife Species | Baseline Information for Species/Groups | Habitat Condition | Trends, Issues and Concerns |
|---|---|---|---|
| Rocky Mountain Bighorn Sheep | 11 herds (S8, S9, S10, S15, S22, S29, S30, S33, S36, S53, S55); 1070 individuals (2014 stats); 9 hunting units, 28 tags annually (14 rams, 14 ewes). High wildlife viewing value. | Considerable high-quality habitat available, much of it unoccupied. Estimated stable habitat trend. | Approximately 4 of 11 herds considered secure due to past and current disease events, or continued risk of contact with domestic sheep, stable trend. Increase in rec use a concern that needs further evaluation. Pack goats a concern in Sangre de Cristos. |
| Rocky Mountain Elk | 4 data analysis units (DAUs) with 24,891 individuals (2013 data); game management units (GMUs) 68, 76, 79, 80, 81, 681. | No quantitative habitat model available locally. Habitat considered good but variable depending on area. Winter range condition a local concern in some areas. | Annual Forest Plan Monitoring Report concerns regarding impacts on winter range from livestock, roads, and over-snow vehicles. Also concerns from fire suppression/succession, weeds. Habitat effectiveness index model, vulnerability assessments with open roads recommended. Chronic wasting disease not present in local game management units but expanding in CO. |
| Mule Deer | 4 data analysis units (DAUs) with 14,729 individuals (2013 data); GMU 68, 76, 79, 80, 81, 681. | No quantitative habitat model available locally Habitat considered fair to good but variable depending on area. Fire suppression and succession influences on shrub component a greater concern for deer than for elk. | Annual Forest Plan Monitoring Report concerns regarding impacts on winter range from roads and over-snow vehicles. Also concerns from fire suppression, succession, weeds. Need habitat effectiveness index model, vulnerability assessments with open roads. Chronic wasting disease not present in local game management units but expanding in CO. |
| Moose | Population mgmt. based on broader area that includes GMU 68, 76, 79; estimated 450 individuals in broader area; 3 hunting units with 9 tags (2014). | No quantitative habitat model available locally. Habitat considered good but variable depending on area. | Population potentially increasing; current expansion north and south; potential willow browse impacts in localized areas. Also susceptible to chronic wasting disease. |
| Pronghorn Antelope | 2 data analysis units (DAUs) with 2,850 individuals (2014 data); DAU A-14 & DAU A-16 encompass all local GMUs. | No quantitative habitat model available locally. Peripheral and localized use on Forest. Habitat considered fair to good but variable depending on area. Population trend stable. | Population management recently reduced from 6 to 2 data analysis units. Habitat concerns involve fire suppression, succession, over-the-snow vehicles, perhaps higher susceptibility to weeds due to lower elevation and fragmentation due to roads. |

Rvsd Plan - 00000597

Rio Grande National Forest Assessment 8
Multiple Uses

| Terrestrial Wildlife Species | Baseline Information for Species/Groups | Habitat Condition | Trends, Issues and Concerns |
|---|---|---|---|
| Black Bear | Unit 68 encompasses all GMUs in the San Luis Valley. 210 tags locally (2015) do not meet demand (372 applicants). | Habitat conditions variable by species, generally unknown. Grouse potentially influenced by spruce beetle outbreak. | Turkey: No local population or harvest stats, low hunter participation locally; Increasing trend in lower elevations. Following annual hunter numbers based on last available statistics (2011/12) -Squirrels: 80; cottontails: 637; coyote: 1,552; Grouse: 858; dove: 397; ptarmigan: 14. Opportunities for more focused habitat improvement by species group. |
| Small Game: Gallinaceous Birds (Turkey, grouse, rabbits, coyote, etc.) | Turkey: 5 GMUs on Forest locally (76, 79, 68, 681, 82). Other species general management. | Habitat conditions variable by species, generally unknown. | No information on habitat trends, potential influences on marten from spruce beetle outbreak; bobcat population trends in BC-4 decreasing; mtn. lion population estimated at 3-7000, trend unknown. |
| Furbearers/Predators/Trapping (Marten, bobcat, mountain lion) | Bobcat Unit BC-4 encompasses Forest; SW Region harvest 641(2013-14 data). Marten harvest not available locally, 979 trappers statewide. Mtn. lion: all local GMUs; 31 tags locally (2014). | Major habitat areas limited on Forest lands; wetlands and water quality generally good to excellent. | Trend considered stable. |
| Waterfowl (Ducks, geese) | Valley refuges a heavy local draw for hunting and viewing; Minimal hunting activity on Forest. Primary viewing areas on Forest at Road Canyon Reservoir area. | Multi-agency draw locally involves National Refuge System | Estimated $1.2 billion in economic activity generated In Colorado (2006). Increasing trend in economic value statewide. |
| Watchable Wildlife (birds, bighorn sheep, moose, etc.) | Multi-agency draw locally involves National Refuge System, NPS, BLM, USFS, State lands and requires interagency cooperation; SW Birding Trail involves 32 of 229 sites on Forest; 8 State Wildlife Areas on Forest. | Considerable high-quality habitat available, much of it unoccupied. Estimated stable habitat trend. | Approximately 4 of 11 herds considered secure due to past and current disease events, or continued risk of contact with domestic sheep, stable trend. Increase in rec use a concern that needs further evaluation. Pack goats a concern in Sangre de Cristos. |
| Cold-Water Sportfish (Rio Grande Cutthroat Trout, Rainbow, brown, brook, splake, kokanee) | Only Forest in the nation to support/offer fishing for Rio Grande Cutthroat Trout; approx. 2,000 miles of rivers/streams, hundreds of lakes/reservoirs; USFS fishing piers and other structural property; Rio Grande chub & sucker also unique endemics. | | Estimated $725 million in direct expenditures in Colorado (2006); estimated $29.8 million in economic expenditure in 5 SLV counties (2006 data). Estimated 24 percent increase in fishing activity days in Colorado b/t 2002-2007. |

Rvsd Plan - 00000598

Rio Grande National Forest Assessment 8
Multiple Uses

| Terrestrial Wildlife Species | Baseline Information for Species/Groups | Habitat Condition | Trends, Issues and Concerns |
|---|---|---|---|
| Wildlflowers | Baseline conditions generally unknown locally; high wildflower viewing and native pollinator values locally. Currently 34 R2 sensitive plants on Forest, no federally listed species. | Habitat trends unknown but considered stable. Some research suggests alpine systems vulnerable to climate change. | High wildflower viewing and native pollinator values locally. Trends of sensitive species generally unknown but most considered stable. |
| Medicinal/Cultural Plants (osha, chamisa, etc.) | See assessment 13. | | See assessment 13. High cultural values locally. |

Rvsd Plan - 00000599

# Social and Economic Sustainability

Contributions from the use and enjoyment of these species, to social and economic sustainability, is discussed in assessment 6.

# Summary / Conclusion

Multiple-uses associated with wildlife and fisheries are an important social, economic, and cultural tradition on the Rio Grande National Forest. High visitor use is associated with these activities, with the highest and most concentrated use associated with recreational hunting. These activities not only contribute substantially to the local economy but also to the culture of the local communities.

The state Colorado Parks and Wildlife administers hunting and fishing regulations. Currently, there are no limitations on the number of fishing licenses, and users distribute their activities based on their preferences and abilities, toward concentrated use areas or more secluded recreational settings. Hunter numbers are limited for all big game species by Colorado Parks and Wildlife in many local hunting units, which helps to minimize impacts and user concentrations. However, big game hunting remains one of the most popular user activities on the Forest and draws a large number of visitors from both Colorado and out-of-state. Once localized use and tradition is established, many users return to the Rio Grande National Forest at least once a year because of the unique opportunities associated with fish and wildlife resources and the local scenic environment associated which the pursuit of these activities.

# References

Abella, S. R. and J. D. Springer. 2015. Effects of tree cutting and fire on understory vegetation in mixed conifer forests. *Forest Ecology and Management*. 335(2015):281-299.

Agee, J. and C. Skinner. 2005. Basic principles of forest fuel reduction treatments. *Forest Ecology and Management*. 211(2005): 83-96.

Colorado State Forest Service. 2009. Colorado Statewide Forest Resource Assessment. A Foundation for Strategic Discussion and Implementation of Forest Management in Colorado. http://csfs.colostate.edu/forest-action-plan/

DeRose, R. and J. Long. 2014. Resistance and resilience: a conceptual framework for silviculture. *Forest Science* 60(6):1205-1212.

Forest Stewardship Concepts, Ltd. 2014. Rio Grande Basin Watershed Health and Forest Biomass Opportunities Evaluation. Report prepared for the Rio Grande Watershed Emergency Action Coordination Team (RWEACT). 28p.

Keegan, C. E., C. B. Sorenson, T. A. Morgan, S. W. Hayes, and J. M. Daniels. 2011. Impact of the great recession and housing collapse on the forest products industry in the western United States. *Forest Products Journal* 61(8):625-634.

Quigley, T. M., R. W. Haynes, and W. J. Hann. 2001. Estimating ecological integrity in the interior Columbia River basin. *Forest Ecology and Management*. 153 (2001) 161-178.

Trombulak, S.C. and C.A. Frissell. 2000 Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology*. 14(1): 18-30.

Waltz, A., M. Stoddard, E. Kalies, J. Springer, D. Huffman, and A. Sánchez Meador. 2014. Effectiveness of fuel reduction treatments: Assessing metrics of forest resiliency and wildfire severity after the Wallow Fire, AZ. *Forest Ecology and Management*. 334(2014): 43-52.

# Wildlife Management Area Prescription, Standards and Guidelines

## *Management area prescriptions for wildlife:*

### Deer and Elk Winter Range (MA 5.41)

A summary of the important standards and guidelines for Deer and Elk Winter Range (MA 5.41) and key findings based on annual Forest Plan Monitoring Reports is as follows:

*Standards:*

#1. Motorized travel, including snowmobiles, is restricted to designated roads and trails, except for ATV big-game retrieval.

*Guidelines:*

#1. These lands are available and authorized for oil and gas leasing, with a timing limitation stipulation.

#2. Operating and reclamation plans for locatable minerals should mitigate impacts on deer and elk winter range.

#3. Livestock-grazing strategies are implemented to achieve goals for deer and elk.

#6. Existing recreation facilities should be closed during the season when deer and elk are present in concentrated numbers.

### Bighorn Sheep Special Management Areas (MA 5.42)

A summary of the important standards and guidelines for Bighorn Sheep Special Management Areas (MA 5.42) and key findings based on annual Forest Plan Monitoring Reports is as follows:

*Desired conditions:*

Maintain a buffer between domestic sheep and bighorn sheep, to prevent interaction.

*Standards:*

#1. Domestic sheep allotments that become vacant within the identified buffer shall not be reissued for domestic sheep use, but may be issued for cattle use.

#2. No new travel routes shall be constructed across any lambing grounds.

*Guidelines:*

 #1. Operating plans for locatable minerals specify minimal impacts on bighorn sheep.

#2. These lands are available and authorized for oil and gas leasing, with a no surface occupancy stipulation.

#3. Domestic sheep allotments within the buffers are moved to vacant allotments outside the buffers, as opportunities arise.

#4. Grazing strategies should be implemented that include achieving objectives for bighorn sheep herds.

#5. Recreation activities that disturb bighorn sheep should be discouraged or prohibited.

## Riparian Guidelines:  (For Fisheries and Riparian-Associated Birds/Wildlife Viewing)

### Guidelines

#6. Remove livestock from riparian areas when average stubble heights on key species reach 4 inches in early-use pastures and 6 inches or more in late-use pastures.

#8. Limit utilization of riparian woody plants to 15-20 percent of current annual growth, and of herbaceous plants to 40-45 percent of annual production.

#9. Maintain the extent of stable banks in each stream reach at 80 percent or more of reference conditions. Limit cumulative stream bank alteration (soil trampled or exposed) at any time to 20-25 percent of any stream reach.

Changes based on the 2003 Forest Plan Management Indicator Species Amendment - **Replace Guideline 9** with the following:

> *Maintain the extent of stable banks in each stream reach at 80 percent or more of reference conditions. Consider the degree of livestock trampling on stream banks when determining the timing of livestock moves between units. As a general rule, stream banks can receive a maximum of 20 to 25 percent alteration while continuing to maintain their health and integrity, as long as the alteration will recover in one season.*

## Biodiversity Standards and Guidelines: Snag and Downed Wood Habitat

### Biodiversity Standards:

#1-Minimum Requirement Prescriptions.

There are at least 68 species of vertebrate wildlife that utilize snags for critical life history needs. The current Forest Plan prescriptions are described in table III-1 (LRMP pg. III-13). Minimum requirements for ponderosa pine snags were adjusted in the 2003 Management Indicator Species Amendment to the Forest Plan, all others remained the same. Annual Forest Plan Monitoring Reports indicate that in most cases, snag management standards and guidelines have been satisfactory. The one exception involves ponderosa pine snags in lower elevation landscapes.

Changes based on the 2003 Forest Plan Management Indicator Species Amendment - **Revise Table III-1** Coarse Woody Debris Retention Requirements with the following:

> *For ponderosa pine the retention density for snags will be 3 per acre.*

#2. Local populations of native plant species (at the subsection level) will be used for revegetation efforts where technically and economically feasible. Seed mixtures should be weed free. To prevent soil erosion, nonnative annuals or sterile perennial species may be used while native perennials are becoming established.

#3. On suitable lands, an inventory or reconnaissance will be conducted early in the timber sale planning process to determine if old growth is present, and make assessments of quality and distribution. The inventory/reconnaissance will be conducted for the landscape/watershed being proposed for harvest using Mehl's (1992) description as the basis for identifying old growth.

Rio Grande National Forest Assessment 8
Multiple Uses

*Biodiversity Guidelines:*

#1. Some old-growth/late-successional forest stands may be preserved or deferred from harvesting to maintain biotic diversity within the landscape/watershed. Size, distribution, abundance, and degree of habitat variation between old growth stands will be assessed.

- See feedback for Standard #3, above.

#2. Aspen will be maintained in the environment. Analyze aspen's spatial and structural occurrence in the landscape during project design. Use landscape spatial analysis in aspen project design to assist in selecting which existing and future old-growth stands are retained, maintaining habitat composition and structure, and providing habitat connectivity.

Spatial analysis allows a project area to be compared with reference areas, and considers a variety of attributes (e.g., composition, structure, patch-size distribution, etc.). The intent is to use the reference areas as baseline information to guide project design. The project interdisciplinary team will suggest how quickly or closely to approximate the reference areas. The analysis and resulting decision will document the rationale for choosing to deviate from reference conditions. For those timber sales in the Englemann spruce on mountain slopes land type association (LTA 1), a landscape spatial analysis approach is described in Erhard et al. (1996). To keep within the parameters of the approach, the analysis area should contain at least 15,000 acres or more of LTA 1. It is recommended that the area boundaries follow watersheds and remain fixed for the duration of the Plan. For those projects in the other forested LTAs, the reference conditions will have to be inferred from the literature, experts, and local knowledge. Comparisons should be made within the same ecological land type association.

#3. If aspen regeneration is considered, prioritize treatment within seral aspen clones using the following criteria: 1) Identify stands with large standing and down dead basal area (20 percent dead) that are single-storied and showing signs of animal barking (gnawing and bark stripping) or disease. Stands which are multi-storied, have several hundred sapling-size suckers per acre under them, or show little sign of canker diseases or animal barking would be a lower priority for any management intervention. 2) Identify conifer stands that contain a small minority of live aspen basal area (less than 10 percent live basal area). (Aspen is likely to disappear from these stands within several decades without intervention). 3) Identify isolated clones and stands in heavy-animal-use areas and riparian areas, and those at low elevations. Any stands in these situations that meet the criteria above should be given the highest priority for regeneration. (These stands will be at greatest risk of disappearing and will be the toughest to regenerate successfully. Protection of treatment areas from browsing animals may be needed to achieve successful regeneration). 4) Identify stands that are more cost efficient to treat and contribute positively to aspen's distribution.

## Wildlife Standards and Guidelines:

*Wildlife Standards:*

#1. Manage human disturbance at caves and abandoned mines where bat populations exist. When closing mines or caves for safety or protection reasons, reduce disturbance of residing bat populations and ensure bat access.

#2. Provide adequate cover to maintain screening along roads that are kept open for human use and around openings, so as to minimize disturbance and harassment of deer and elk.

#3. In areas where tall, dense cover is desired for ground-nesting birds, residual cover needs to be carried over from previous growing seasons, since some species begin nesting in April and May before spring growth.

Some bird species prefer to nest in undisturbed cover. In areas where these species are a primary consideration, manage livestock grazing to avoid adverse impacts on nesting habitat.

#4. Protect known active and inactive raptor nest areas. The extent of the protection will be based on proposed management activities, human activities existing before nest establishment, species, topography, vegetative cover, and other factors. A no-disturbance buffer around active nest sites will be required from nest-site selection to fledgling (generally March through July). Exceptions may occur when individuals are adapted to human activity.

#5. Where newly discovered threatened, endangered, proposed, or sensitive species habitat is identified, an analysis shall be conducted to determine if any adjustments in the Forest Plan are needed.

#6. Activities will be managed to avoid disturbance of sensitive species that might result in federal listing or loss of population viability. The protection will vary depending on the species, potential for disturbance, topography, location of important habitat components, and other pertinent factors. Special attention will be given during breeding, young rearing, and other times which are critical to survival.

#7. Areas should be closed to activities to avoid disturbing threatened, endangered, and proposed species during breeding, young rearing, or at other times critical to survival. Exceptions may occur when individuals are adapted to human activity, or the activities are not considered a threat.

#9. If a bald eagle traditional winter roost or nest site is discovered, a management plan will be written to ensure that the necessary habitat components are maintained. In addition, a no disturbance buffer will be established around the location. The size of the buffer will be determined by the eagle's tolerance of human activity, and local conditions (e.g., topography, vegetative cover).

#10. As new recovery plans, conservation agreements, conservation strategies, designations of critical habitat, or Regional documents that contain accepted management direction for threatened, endangered, proposed, or sensitive species are developed, the Forest Plan will be reviewed to determine consistency with the new documents. Where appropriate, the Plan will be amended to incorporate the new direction.

#11. Discourage land-use practices and development which adversely alter or eliminate the hunting habitat or prey base within ten miles, and the immediate habitats within one mile, of a peregrine falcon nesting cliff.

#12. Restrict human activities within one mile of a peregrine falcon nest site between February 1 and August 31.

#13. No ground-disturbing activity shall be allowed in potential Uncompahgre fritillary butterfly habitat unless a survey is conducted to determine the existence of the species. Ground-disturbing activities include trail building, livestock driveways, or domestic sheep bedding grounds. The usual grazing associated with livestock in the area is not considered ground disturbing. Potential habitat definitions and survey protocols are found in the *Uncompahgre Fritillary Butterfly Recovery Plan*.

#14. If any new Uncompahgre fritillary butterfly populations are discovered, a "No Butterfly Collecting" regulation shall be imposed on the area.

#15. Do not allow any even-aged timber management within canyons considered to have potential habitat for Mexican spotted owls, or within one-half mile of the canyon's rim.

#16. Allow uneven-aged timber management only if the resulting timber stand contains the necessary habitat components (for native and desirable nonnative species).

#17. Develop a fire strategy within potential Mexican spotted owl habitat that will reduce the risk of losing the habitat to a catastrophic fire.

#18. If any Mexican spotted owl nests are discovered, limit the amount of human disturbance around the nest through such measures as special area closures, seasonal restrictions, or rerouting of trails.

Changes Based on the 2003 Forest Plan Management Indicator Species Amendment - **Add Standard 20** to include the following:

> *Activities will be managed to avoid loss of population viability to management indicator species. The protection will vary depending on the species, potential for impact, topography, location of important habitat components, and other pertinent factors. Special attention will be given during breeding, young rearing, and other times that are critical to survival. Where appropriate, measures to mitigate adverse effects shall be applied.*

**Add Standard 21** (page III-24) to include the following:

> *Consider the effects of proposed management activities (forest and rangeland management, prescribed and wildland fire use, recreation, etc.) on resident and migratory birds. Incorporate conservation measures and principles, as appropriate, from local bird conservation plans (NABCi) and /or other references into project designs so that potential adverse effects are minimized.*

**Add Standard 22** (page III-24) to include the following:

> *When considering management actions within potential and suitable southwestern willow flycatcher habitat, use the Riparian Guidelines 6 through 9 and the Range Clary and Webster residue allowances guidelines (Table III-3) in riparian areas as standards.*

- This standard is no longer considered necessary for Southern willow flycatcher because nearly all potential habitat has been investigated and it is highly unlikely that any breeding pairs occur on the Rio Grande National Forest. If any Southern willow flycatcher pairs or individuals are discovered, the U.S. Fish and Wildlife Service would be informed and the appropriate management actions would be implemented.
- Riparian Guidelines 6 through 9 and the Range Clary and Webster residue allowances guidelines (Table III-3) should apply as minimums within riparian habitats regardless of occupancy by Southern willow flycatcher.

## 2003 Management Indicator Species Amendment to the Forest Plan:

The Management Indicator Species Amendment to the Forest Plan (2003) added and/or adjusted several additional standards and guidelines. The following are the edits and additions to forest-wide standards and guidelines to address management indicator species, not captured in the categories above.

### Biological Resources – Silviculture:

**Add Guideline 13** (page III-22) to include the following:

> *Manage the firewood program in a manner that reflects overall resource objectives, including snag management.*

Forest Plan Monitoring Findings and Potential Need for Change:

Forest Plan - 00000606

Rio Grande National Forest Assessment 8
Multiple Uses

- See response to Biodiversity Standard #1, above.

## Biological Resources: Wildlife

The following nine species are management indicator species for forest-wide monitoring considerations, and any or all may be selected for project analysis purposes. For projects where significant species or habitat concerns or issues are identified, address effects on management indicator species accordingly in project NEPA analysis. For threatened, endangered, proposed, or Forest Service sensitive species, a biological evaluation/biological assessment will be prepared.

*Brown creeper (Certhia familiaris)*

*Hermit thrush (Catharus guttatus)*

*Pygmy nuthatch (Sitta pygmaea)*

*Lincoln's sparrow (Melospiza lincolnii)*

*Wilson's warbler (Wilsonia pusilla)*

*Vesper sparrow (Pooecetes gramineus)*

*Mule deer (Odocoileus hemionus)*

*Rocky Mountain elk (Cervus elaphus nelsoni)*

*Rio Grande cutthroat trout (Oncorhynchus clarki virginalis) (brown trout [O. trutta], brook trout [salvelinus fontinalis], or rainbow trout [O. mykiss] to serve as proxies if Rio Grande cutthroat trout is not present).*

Forest Plan Monitoring Findings and Potential Need for Change:

- This standard is no longer necessary as management indicator species are not retained as a component of the 2012 Planning Rule.

## Section 5– Social Resources: Dispersed Recreation –

**Add Standard 6** (page III-28) to include the following:

*Within riparian areas, the tethering of livestock is prohibited.*

Forest Plan Monitoring Findings and Potential Need for Change:

- This Standard has been useful to help protect riparian areas but requires enforcement.

**Add Standard 7** (page III-28) to include the following:

*Recreational livestock are prohibited within 100 feet of lakeshores and stream banks, except during watering and through travel, unless exceptions are justified by terrain.*

- This Standard has been useful to help protect riparian areas but requires enforcement.

# Rio Grande National Forest – Assessment 8.1
# Multiple Uses – Scenic Character



Rvsd Plan - 00000609

# Introduction

This assessment will focus on the current condition of scenic resources on the Rio Grande National Forest as defined in the Multiple-Use Sustained-Yield Act with additional direction outlined in FSH 1909.12 Land Management Planning Handbook, Chapter 10 – The Assessment; Section 13.4 – Assessing Recreation Settings, Opportunities and Access, and Scenic Character. The Forest Service policy documented in Landscape Aesthetics: A Handbook for Scenery Management provides a systematic approach for determining the relative value and importance of scenery on National Forest System lands.

Ecosystems provide environmental context for the scenery management system. Ecosystems as recreational settings greatly affect the quality and effectiveness of the recreation experience. A key attribute of recreation settings is the quality of aesthetics. The scenery management system is used in the context of ecosystem management to inventory and analyze scenery on National Forest System lands, to establish overall resource goals and objectives, to monitor scenic resources and to ensure high quality scenery for future generations. The scenery management system "is a tool for integrating the benefits, values, desires, and preferences regarding aesthetics and scenery for all levels of land management planning" (USDA Forest Service 1995).

National Forest System Lands that are the backdrop of adjacent communities provide a sense of place and contribute to the identity of those communities, and provide an integral component of forest settings. The Sangre de Cristo Mountains jagged peaks are an integral part of the community of Crestone's unique setting, while Bristol Head and Wason Park are integral parts of the scenery above Creede. These landscapes give these communities their identity. It is important to manage scenic resources to ensure quality sightseeing and other recreation opportunities for the public, as well as maintaining natural landscapes for communities adjacent to the forest.

Natural-appearing scenery provides the basis for high quality recreation experiences on the Rio Grande National Forest. The 1996 Forest Plan set standards and guidelines for scenic resources management across the forest that have high to low objectives. The highest categories for scenic character includes the forest's wilderness areas, the Los Caminos and Silver Thread Scenic Byways, the Old Spanish National Historic Trail and Continental Divide National Scenic Trail, major travel corridors, trails, recreation destinations and several reaches of rivers managed for their wild and scenic values. Management of multiple resources has, to varying degrees, altered the natural landscape character. The most obvious effects to scenic resources have been from vegetation and landform alterations. Resource management activities that have altered scenic resources include but are not limited to timber management, oil and gas extraction, mining, roads and trail development, campgrounds and picnic grounds, ski area development, fire management (suppression and prescribed burning), and livestock grazing.

Since 1996, the overall scenic character on the Rio Grande National Forest has changed due to recent drought, large scale insect and disease epidemics covering viewsheds in the South San Juans and Weminuche wilderness, windthrow events and wildfire; including the Million Fire in 2002, and West Fork-Windy Pass-Papoose complex in 2013. In addition, ongoing road re-alignment work on US Highway 160 over Wolf Creek Pass, Colorado Highway 149 and FR 250 up Conejos Canyon continues to change the character of those travel corridors while still providing high-quality scenic resources. There will be 2 to 3 more phases of blasting and road re-alignment for the Highway 160/Wolf Creek Pass construction, and Forest Plan scenic standards will be critical to the completion of this project. The 1996 Forest Plan provided forestwide standards to protect scenic resources on the Rio Grande National Forest which have provided key direction for highway construction and blasting, harvesting along scenic byways, and salvage timber projects tied to insect and disease.

Similar to the recreation opportunity spectrum discussed as a tool for recreation management in Assessment 9, the forest uses the scenery management system as a tool for scenery management. The scenery management system and recreation opportunity spectrum are tools which need to work hand-in-hand in a compatible manner; the recreation opportunity spectrum considers levels of development and the scenery management system corresponds with levels of natural-appearing landscapes.

The 2012 Planning Rule defines scenic character as:

> A combination of the physical, biological, and cultural images that gives an area its scenic identity and contributes to its sense of place. Scenic character provides a frame of reference from which to determine scenic attractiveness and to measure scenic integrity (36 CFR 219.19) (USDA Forest Service 2013).

# Information Sources and Gaps

This section identifies and evaluates existing information that is relevant to scenic character on the Rio Grande National Forest. Internal sources of existing information related to scenic character used include:

- Scenery Management System: The Forest Service uses the scenery management system principles and concepts from Landscape Aesthetics Handbook FSH 701 to inventory, plan for and manage scenic resources (USDA Forest Service 1995).

- National Visitor Use Monitoring Reports: 2005, and 2010 national visitor use monitoring data are used throughout this document and provide the most relevant, reliable and accurate information on forest visitation. National visitor use monitoring data are collected using a random sampling method that yields statistically valid results at the forest level.

- Forest Plan Monitoring Reports from 2005, 2009, 2010, and 2012

- Rio Grande National Forest Recreation Facilities Analysis 2008: The recreation facilities analysis guides the Forest in providing a quality, sustainable recreation sites program. It describes the vision for the overall Forest recreation program and outlines proposals specific to individual developed recreation sites.

- 1996 Land and Resource Management Plan (Forest Plan)

Additional sources of information include:

- 2014 State of Colorado Comprehensive Outdoor Recreation Report

- Outdoor Recreation, Sense of Place, and Aesthetics Research Papers

- State and Regional Travel and Tourism Repots

- Chamber of Commerce Information from local communities

## Information Gaps

- A review of real estate values and the association of the value of properties with views of the Forest was not conducted. This information could be helpful in displaying the importance of sustaining natural appearing landscapes

- Visibility mapping completed and digitized into GIS during the 1996 forest planning effort, essentially the map of the 1990 existing visual condition. Other map layers seem to be missing as well (distance zone mapping, and concern levels). To generate scenic classes the scenic attractiveness

inventory has to be geospatially combined with the visibility coverage which includes both concern levels and distance zones.

# Existing Forest Plan Direction

The Forest identified the two settings in the 1996 Forest Plan below based on scenic values.

**Scenic Corridor**s- These paved corridors connect the forest and public lands to the San Luis Valley floor. Visitors have opportunities for adventure on the water and enjoying the scenic views, wildlife and history along these corridors. These corridors facilitate access to rivers and streams and opportunities for learning about the natural and cultural heritage of the forest. The main recreation activities in the scenic corridors include fishing, nonmotorized boating, driving for pleasure, viewing scenery and wildlife, developed camping, and picnicking.

**Scenic Backways/Forest Service Roads with High Sensitivity Levels**- These unpaved routes are more rugged and offer outstanding opportunities to get away, enjoy scenery, and learn about history. These backways provide forest visitors access to backcountry driving and opportunities to get away, view scenery and learn about history. Primary recreation opportunities along the backways are fishing, driving for pleasure (including OHV), viewing scenery and wildlife, developed and dispersed camping, and picnicking.

## *Desired Conditions*

The outstanding scenery of the Rio Grande National Forest is a major attraction for visitors. Management is focused on maintaining this high scenic quality, especially of areas seen from road and trail corridors, developed recreation sites, administrative sites, and towns and cities near the Forest. Encourage vegetative diversity and feature scenic attractions. Areas exceeding unacceptably low scenic integrity levels are identified, mapped, and rehabilitated to a higher scenic integrity objective.

## *Objectives*

4.1. Provide natural-appearing landscapes with diverse scenery, and increase access to recreation opportunities in attractive settings.

- Meet the scenic integrity objectives as described in the Forest Plan.

## *Standards and Guidelines*

### Standards

The scenic integrity levels, based on current landscape character, are usually accepted as the scenic integrity objectives unless highly unusual or special circumstances identify a need to change, and will be limited to:

- Treatment of small-diameter/suppressed lodgepole pine stands.
- Harvest as a result of a disturbance such as fire, windthrow, or insect and disease infestations.

Variations in the scenic integrity objectives may dominate the valued landscape character, but must borrow from the valued attributes such as size, shape, edge effect, and pattern of natural openings, and still meet the minimum requirements of the next-lower objective chosen.

Management activities inconsistent with the scenic integrity objective will be avoided unless a decision is made to change the scenic integrity level. A decision to change the scenic integrity objective will be documented in a project-level NEPA decision document.

If field analysis identifies a need to correct the inventory of scenic integrity objectives, the correction will be recorded in an environmental analysis document, approved, and the forest inventory will be updated. Conditions that could warrant a change in scenic condition levels are:

- Discrepancies in "inherent scenic attractiveness" classification.
- Changes in "viewer location" and "sensitivity level."
- Discrepancies in "seen area" mapping.

**Table 1. Scenic integrity levels**

| Scenic Integrity Level | Very High | High | Moderate | Low | Very Low |
|---|---|---|---|---|---|
| Acres | 429,477 | 1,078,284 | 342,090 | 6,939 | 0 |
| Percent | 22 | 56 | 18 | <1 | 0 |

About 3 percent or 61,516 acres of the forest were identified for the interim objective of rehabilitation. All areas identified under the category "very high" are in designated wilderness areas.

## Guidelines

For areas which do not currently meet the scenic integrity level, use the interim objective of "rehabilitation."

Management Area 8.22 the Wolf Creek Ski Area manages its facilities to blend with the area's natural background features. Lines and forms indicating past activities and geometric shapes associated with the ski trail and lift development are "softened" as opportunities become available.

Eligible wild rivers are managed to provide a naturally appearing landscapes along the streams. Eligible scenic rivers corridors are managed to be naturally appearing. Eligible recreation rivers corridors have a variety of multiple use management activities; however the landscapes along the stream should be naturally appearing.

## Management Area Direction

Each management area has a range or a mosaic of scenic integrity objectives. This range of scenic integrity objectives is due to topography, seen area, proximity to heavily used corridors or recreation sites, and scenic byways. The determination of scenic integrity objective relates to the theme, setting and desired conditions for the specific management area.

## Monitoring

The monitoring of scenic resources helps the Rio Grande National Forest landscape architect and the public determine the amount and duration of changes of the existing landscape character, and to determine if the landscape's appearance is progressing toward the desired goal.

There is a two year natural rehabilitation period for all activities affecting scenic resources. Activities are expected to come into compliance with mapped scenic integrity objectives within this period. After the

two-year period, the landscape architect will monitor remaining disturbance levels, using on-site inspections and "before" and "after" photographs, to determine if scenic integrity objectives have been met.

## Scale of Analysis

The scale of analysis for this assessment is primarily the Rio Grande National Forest, the boundaries with the Pike San Isabel, Gunnison, San Juan National Forests, as well as the boundary with the state of New Mexico and the Carson National Forest with a few inclusions of Park Service, BLM and State and private lands, and national level travel associated with recreation activities.



**Figure 1. Photo of the community of Creede with the Bachelor Loop Historic Mining Landscape in the background**

## Scenic Character on the Rio Grande National Forest

The Rio Grande National Forest provides a scenic backdrop and sense of place for many communities in the San Luis Valley in Southern Colorado. This region is heavily influenced by early Spanish settlers who brought their culture and practices with them when they arrived. Originally, the valley belonged to the Spanish Crown; and historic buildings, communities, agricultural and irrigation practices are what give this valley its identity. The communities include, but are not limited to, Alamosa, Crestone, Hooper, Moffat, Villa Grove, Saguache, Monte Vista, Del Norte, South Fork, Creede, Antonito, Mogote, Horca, and Platoro. The San Luis Valley is over 8,000 square miles; bounded on the east side by the Sangre de Cristo Mountains, on the west by the South San Juan Mountains, and the New Mexico State border to the south. Many of these communities adjacent to National Forest System lands associate the forest with their identities. Creede is surrounded by the Rio Grande National Forest and has a history that relates to mining from the 1800s. It is adjacent to the Silver Thread Scenic Byway and is unique because it is isolated from other communities. Recreationists come here to take advantage of the big game hunting opportunities,

Case 1:21-cv-02994-REB   Document 24-4   Filed 06/21/22   USDC Colorado   Page 209 of 428

rafting on the Rio Grande, and access to Weminuche and La Garita Wilderness Areas. South Fork identifies itself with the skiing at Wolf Creek that claims "the most snow in Colorado"; numerous hiking, biking, horseback, and ATV riding trails; and blue ribbon fishing on the forest. Monte Vista was named for the views of the surrounding mountains and vistas. Crestone is unique in that it sits at the base of the Sangre de Cristo Mountains. The communities along the Conejos Canyon, Antonito, Mogote, Horca and Platoro identify themselves with access to abundant summer and winter recreation activities such as fishing, wilderness hiking and horseback riding as well as large high alpine meadows for spectacular cross-country skiing and snowmobiling opportunities in the South San Juan Mountains. Additionally, these communities are connected by the Los Caminos Antiguos Scenic Byway and the Cumbres and Toltec Narrow Gauge Railroad (figure 15 through figure 18)[1].

Mosaics of forested stands and open meadows or parks occur across the forest. Lower elevations are dominated by pinyon-juniper stands. Riparian corridors are fringed with cottonwood and other riparian vegetation. Aspen stands are intermingled with mixed conifer; with spruce-fir stands dominating the middle-elevation forest. Topography varies from rugged peaks to rolling hills and some mesas with high deserts. Well known landforms include Natural Arch, Wheeler Geologic Area and Basin, and Summer Coon Volcanic Area. Penitente Canyon and the Rock Garden are a worldwide destination for sport rock climbing. Some of the highest summits in Colorado are in the Sangre de Cristo mountains including the rugged Kit Carson Peak at 14,165 feet, Mt. Adams at 13,937 feet, Columbia Point at 13,980 feet, Challenger Point at 14,801 feet, Humboldt Peak 14, 070 feet and Crestone Peak 14,294 feet elevation.



**Figure 2. Photo of the Wheeler Geologic Area**



**Figure 3. Photo of North Clear Creek Falls**

The Rio Grande National Forest encompasses the headwaters of the Rio Grande River at the top of Stoney Pass. Many visitors seek out a view of the 100 foot drop of North Clear Creek Falls. Other popular water falls include Piedra Falls, Saguache falls, Silver Falls, and South Clear Creek Falls. Many eligible wild, scenic and recreational rivers flow through the forest and all include scenery as an outstandingly

[1] All maps are located at the end of this assessment. High-resolution maps are available electronically on the Rio Grande National Forest website.

remarkable value. The eligible wild rivers are North Fork Conejos River, Middle Fork Conejos River, El Rito Azul, Toltec Creek, Hansen Creek, and Saguache Creek. Eligible scenic rivers are Archuleta Creek, West Fork Rio Chama, East Fork Rio Chama, Lower Rio de los Pinos, Portion of Medano Creek, Little Medano Creek, a portion of South Fork Rio Grande, Rio Grande (Box Canyon), and West Bellows. The eligible recreation rivers are Medano Creek, South Fork of the Rio Grande, Lower Rio Grande River, and Conejos River. Large reservoirs provide visual interested and special places in the Forest. These include Big Meadows, Santa Maria, Road Canyon, Rio Grande, Continental, Platoro, and La Jara.

Naturally evolving landscapes are showcased in the Sangre De Cristo, La Garita, Weminuche, and South San Juan Wilderness areas. There are numerous inventoried roadless areas across the forest providing natural appearing landscapes. The landscapes of the forest change throughout the year with the seasons providing excellent winter scenery and recreation opportunities as well as a spectacular display of wildflowers in the summer, and sight-seeing during the fall colors.



**Figure 4. Photo of the East Fork Rio Chama eligible wild and scenic river**

There are two scenic byways, the Silver Thread and Los Caminos Antiguos. The Silver Thread Scenic Byway runs through the communities of Creede, South Fork and Lake City up to Curcanti National Park on 75 miles of Colorado Highway 149. Views of the Forest include the resurgent dome near Creede, the Pyramid in the Weminuche Wilderness the Rio Grande River Corridor, and Bristol Head Overlook. Along the way visitors can take in geologic features, view historic sites and wildlife among many other recreation activities.

The Los Caminos Scenic Byway is also known as the Ancient Road. About 35 miles of the scenic byway are on the forest. Visitors can see the scenic Conejos River, Conejos Canyon Overlook, Rio de los Pinos, portions of the South San Juan Wilderness, and the Cumbres and Toltec Scenic Railroad. The portion of the Cumbres and Toltec Scenic Railroad and the scenic byways on the Forest are managed identically. The scenic railroad parallels Rio de los Pinos and the Toltec Canyon.

> The train [climbs up] to the 10,015 foot high Cumbres Pass, the highest mountain pass reached by rail in the United States. The train hugs a sheer rock face as it reaches the summit, where there are alpine meadows sprinkled with wildflowers. The aspens have

given way to tall, dark green conifers that frame the spectacular vistas. High quality scenic landscapes surround these byways and scenic railroad (cumbrestoltec.com).

A 170 mile portion of the Continental Divide National Scenic Trail runs along the western boundary of the forest. The Lake Fork and West Lost Creek National Recreation Trails are also on the forest. The Colorado Trail winds through the forest around 80 miles following the west side of the forest boundary.

Figure 6 and figure 7 portray the distinctive scenic characteristics of the Rio Grande National Forest.



**Figure 5. Photos of fall colors at Lookout Mountain**



**Figure 6. Photo of the Treasure Creek drainage looking at the South San Juan Wilderness**



**Figure 7. Photo of Chama Basin**

# Existing Conditions

Nearly 50 percent of National Forest System lands are either designated wilderness areas or are managed roadless areas. These areas of the forest provide an abundance of natural appearing landscapes. Between 1945 and 1993 approximately 8 percent of the forest had been managed for timber harvesting. No records of historical timber activities were kept prior to 1945. However, there is evidence that timber harvesting for railroad ties and mine timbers occurred prior to keeping records. Roughly thirty percent of National Forest System lands are suitable for timber harvesting in the following cover types Engelmann spruce/subalpine fir, aspen, Douglas-fir, lodgepole pine and ponderosa pine. The landscapes identified as suitable for timber harvesting may be viewed as slightly altered to heavily altered at any time depending on implementation of planned management activities.

Natural disturbances affect forest landscapes to varying degrees. Typically the events that create the most notable changes in the landscapes are insect and disease infestations, and fires that burn outside the range of historic variability.

> In general, natural forest disturbances that result in extensive areas of dead or dying trees (Haider and Hunt 2002, Ribe 1990), such as the destruction of the forest by fire or flooding, are perceived negatively (Daniel 2001; Fanariotu and Skuras 2004; Gobster 1994, 1995). For example, unburned pine forests receive higher ratings on scenic quality than burned areas (Scott 1998, Taylor and Daniel 1984). Insect-damaged forests received negative ratings, especially when survey participants were informed beforehand of the cause of the deforestation and leafcolor change (Buhyoff et al. 1979, 1982; Hollenhorst et al. 1993). However, natural disturbance that is less severe, such as less intense fires that burn the understory but do not kill mature trees, often creates more preferred forests, especially over time (Patey and Evans 1979, Taylor and Daniel 1984) (Ryan 2005).

When the 1996 forest plan was finalized, the majority of the forest was in a natural appearing condition. Inventoried areas that appeared altered and heavily altered were present in a few viewsheds identified for

Revised Plan - 00000618

rehabilitation. Those viewsheds are Crystal Lakes, Pool Table, Love Lakes, Rawley Area, Lake Fork, Groundhog Park, Workman Creek, Trujillo Meadows, Antelope, Johns Creek, Houghland Gulch, North Pass, Hillman Park, Luders Creek, Sargents Mesa, Bear Creek, Bonito, Shawcroft Cow Camp, and Treasure Creek. Rehabilitation is a short-term management strategy used to restore landscapes containing undesirable visual impacts to a desired scenic quality.

Existing scenic integrity was evaluated in 1990 (Clum-Ortiz 1994). The results of that inventory by acres of existing scenic condition across the Forest are displayed in table 2.

**Table 2. Acres of existing scenic condition**

| Existing Scenic Condition | Acres | % of Forest |
|---|---|---|
| 1. Natural Appearing | 1,506,638 | 81% |
| 2. Slightly Altered | 288,383 | 16% |
| 3. Altered Appearing | 34,674 | 2% |
| 4. Heavily Altered | 26,842 | 1% |

**Natural Appearing:** A viewshed where no more than 5% of the area is visually modified.
**Slightly Altered**: A viewshed where no more than 10% of the area is visually modified.
**Moderately Altered:** A viewshed where no more than 20% of the area is visually modified.
**Heavily Altered:** A viewshed where no more than 20% of the area is visually modified.

This inventory was conducted during the Rio Grande National Forest planning process in the 1990s prior to the release of the Official Landscape Aesthetics Handbook 701 (FSH 701). Some of the processes and terminology are inconsistent with the handbook such as the categorization of existing scenic condition. The handbook provides inventory direction for existing scenic integrity of forest landscapes. However, there is some overlap since the terms in the definitions above are used in FSH 701 in the descriptions of existing scenic integrity.

A variety of landscapes across the forest are managed to appear natural. This is done through a variety of management scenarios including providing semiprimitive-nonmotorized recreation settings, roadless areas, and designated wilderness areas. Refer to figure 18 for a map showing the extent of natural landscapes.



**Figure 8. Photo example of a natural appearing landscape near Rio de Los Pinos drainage**



**Figure 9. Photo of a moderately altered landscape near Wolf Creek Pass**



**Figure 10. Example of a moderately to heavily altered landscape at Wolf Creek Ski Area**

# Trends

Since 1996, much of the characteristic landscape of the Rio Grande National Forest has changed due to drought conditions and insects and disease infestation on the forest, particularly in mature spruce stands. This has caused a jump in wildfire incidents culminating in the West Fork Fire Complex which burned over 80,000 acres of the Divide Ranger District in 2013. The spruce beetle epidemic has a nearly 100 percent mortality rate in the mature stands across the forest. It is expected that more significant fire incidents will occur based on fuel loads, weather patterns and changing climate conditions.

## *Trends Affecting the Importance of Scenic Character in the Plan Area*

### Changes in Tourism and Recreation Related to Sight Seeing

The 2005 and 2010 National Visitor Use Monitoring report showed that the majority of people recreating on the forest either live in communities within 50 miles of the forest, or they are from out of state and travel from over 500 miles away to enjoy the forest. Approximately 26 to 27 percent of recreation visitors traveled between 100 and 500 miles to the forest. The majority of visitors only spent time at a single recreation destination on the forest. In 2005, downhill skiing, hiking/walking and cross-country skiing were the primary recreation activities. In 2010, downhill skiing, viewing natural features, and hiking/walking were the primary recreation activities. For both reports, almost all of those who reported these as their primary activity also reported viewing scenery as a secondary activity. In 2005, about 66 percent of respondents reported that they participated in viewing natural features and driving for pleasure although these activities were not their primary activity. This changed in 2010, with about 71 percent of respondents reporting that they participated in viewing natural features and driving for pleasure, and about 20 percent of that group reporting it as the primary activity. The national visitor use monitoring surveys indicate a trend of increasing participation in viewing natural features and driving for pleasure over the five year period.

The Colorado 2014 State Comprehensive Outdoor Report includes a range of information regarding scenic resources and recreation activities across Colorado and on the Rio Grande National Forest. The Colorado Department of Wildlife and Parks defined seven outdoor recreation planning regions within the state. The Rio Grande National Forest falls within the southwest and south central regions. Findings of the report show that "Colorado's population increased by 16.9 percent between 2000 and 2010—substantially higher than the national average of 9.7 percent. The state is expected to continue to grow by a similar rate, giving Colorado a population of just under 6 million people by 2020. Approximately 4 million Colorado residents participate in a form of outdoor recreation annually. With trends indicating increased participation rates nationwide, this is likely a conservative estimate. Residents from the Southwest Region are the least likely to travel to other regions for recreation" (State of Colorado 2014).

## Trends Affecting the Condition of Scenic Character in the Plan Area

National Forest System Lands are managed for multiple uses. Those uses include and are not limited to oil and gas development, vegetation management, wildlife habitat improvements, developed recreation sites, trails and ski areas, and utility corridors. These management activities typically impact scenic resources, but not to the same extent for all activities. Therefore, it is important to consider scenic resources during project planning.

Natural events such as wildfire and insect epidemics can alter the vegetative composition of the landscape at varying scales and levels of intensity. A stand-replacing wildfire that burns outside of the natural range of variability could dramatically impact scenic resources over a long period of time. In contrast, localized patches of insect infestation may cause tree mortality in a random pattern across a landscape level area. The mortality would impact scenic character, but may not be a dramatic decline in the overall condition of the scenic character at the landscape level scale.



**Figure 11. Photo of the Papoose Wildfire burn area in 2014**

## Fire and Fuels Management

Since the Forest Service released the "Guidance for Implementation of Federal Wildland Fire Management Policy" on February 13, 2009 the forest has incorporated this direction into management of fire and fuels. Areas within fire regime 1 (high frequency/low severity) and fire regime 3 (medium frequency/mixed severity) and in condition class 2 or 3 were identified, evaluated, and planned for treatment. Refer to the fuel reduction treatments map figure 19, which is based on the Forest FACTS geographic information system (GIS) coverage for locations of treatments over the life of the Forest Plan.



**Figure 12. Photo of the County Line Timber Sale**

## Timber

The 2009 forest monitoring report states that timber resources across the forest reflect structure and composition within a natural range of variability. After the Forest changed from mostly clearcutting to other regeneration harvest systems such as shelterwood and uneven-aged management in the mid-1970s, regeneration has been consistently successful with natural stocking from surrounding seed tree sources. The naturally occurring annual addition of new trees in mixed conifer forests has resulted in adequate stocking (USDA Forest Service 2010).

Monitoring associated with timber harvest has identified some projects where design features have not been fully implemented, or reuire additional mitigation in order to comply with the forest plan.

Figure 20 and figure 21 map timber and wildlife habitat improvement projects that have been completed under the current forest plan. These maps were created based on the Forest FACTS GIS coverage. Figure 20 displays activities from 1993 to 2003. Some of these management activities have had time for regrowth and may now appear more natural since it has been quite a while since implementation. Figure

21 shows management activities that have occurred in the last decade. These activities may be more readily visible across the forest since they are more recent. Depending upon the activity itself and any design features applied to meet direction for scenic resources, the majority of activities should blend into the natural surrounding landscape.

## Insect and Disease

Forestry personnel, with the assistance of entomologists out of the Gunnison Forest Health Protection Service Center, have been actively monitoring insect and disease activities across the forest. While there has been some success in control activities, overall forest health is declining with serious levels of insect outbreaks, likely related to the extended drought and mild winter temperatures. Additionally, many of the areas with insect and disease problems occur in the habitat and habitat linkages for the Canada lynx. Control strategies for effectively treating stands affected by insect and disease populations are limited in lynx habitat, some forestwide prescription areas or areas with access issues. Impacts from the spruce beetle are expected to affect 100 percent of the mature spruce/fir stands across the Rio Grande National Forest based on flight data and expert projections. Insect and disease surveys on the east side of the Rio Grande National Forest identified a defoliator in the oak brush on BLM lands. A severe outbreak of western spruce budworm in the Sangre de Cristo Wilderness was also observed. Juniper trees within riparian areas across the forest are also experiencing a severe decline suspected to be caused by windborne fungi. Insect and disease surveys confirmed suspected areas of sudden aspen decline on the north end of the Rio Grande National Forest. In the Bonanza area, insect and disease surveys will continue in the Little Kerber, Ute Pass, and Columbia Gulch areas, because mountain pine beetle is still very active in those areas (USDA Forest Service 2010).



**Figure 13. Photo showing nearly every mature spruce killed by spruce beetle in the Creede Area of the Rio Grande National Forest. Photo Courtesy Brian Howell.**

The rapidly expanding spruce bark beetle epidemic has affected about 350,000 acres in the high elevation spruce-fir cover type (USDA Forest Service 2011). From 2002 to 2010 spruce bark beetle populations and infested areas expanded from 324 to 334,772 acres across the forest. The 2013 Forest Monitoring Report stated that additional assessment of visual effects from the bark beetle epidemic need to occur during

project analysis. Refer to figure 13 for an example of change in the landscape due to the epidemic. Figure 8 and figure 9 illustrates salvage treatment of stands affected by the epidemic.



**Figure 14. Photo of dead trees caused by the spruce bark beetle epidemic at Cumbres Pass**

The current insect epidemic affecting forests across the Rocky Mountain Region, including the Rio Grande National Forest, is not unusual. According to Romme et al. (2006) it is not unprecedented to have roughly a 100-year period of low insect activity followed by an extensive insect outbreak. Furthermore, the initiation of bark beetle outbreaks is often associated with drought, which the Forest experienced in the early 2000s. (USDA Forest Service 2011)

### Developed Recreation

Developed recreation facilities on the Forest can be designed to complement and blend into the landscape whether they are Forest owned and operated facilities or facilities under special use permit. The Forest plan provides direction for facilities in various locations on the forest regarding the scenic integrity objectives they must meet. Since at least 2009 and potentially earlier, specific facilities at the Wolf Creek Ski Area need to be mitigated in order to comply with Forest Plan direction. This situation has been recorded in Forest Monitoring Reports since 1997.

## Sustainability of Scenic Character

Planning and analysis of multiple uses and their potential impacts on scenic resources is important for the sustainability of scenery on the Rio Grande National Forest.

Forest managers are increasingly being charged to manage the forest for multiple benefits (Kimmins 2002). Although there is certainly a wide range of constituent groups, from environmental organizations to hunters and industry representatives, that weigh in on forest planning and management decisions, studies suggest that the general public embraces a multiple-use perspective on forest management (Gan et al. 2000, Ribe 2002). The importance of managing forests for timber, as well as other nontimber uses, has been recognized in many regions and forest types (Gan et al. 2000, Gobster 2001a). Nontimber uses include wildlife habitat, hiking, camping, aesthetics, hunting, wildlife and bird watching (USDA Forest Service 1986, Clark and Stankey 1979). For the public who visit the forests, scenic beauty is an important aspect of its experience (Ribe 1994, USDA Forest Service 1995). Therefore, incorporating aesthetics into forest management is becoming increasingly important (Bacon and Dell 1985; Litton 1968, 1972; Ribe 1989; Tlusty and Bacon 1989).... professional foresters are becoming aware that landscape aesthetics has a critical influence on the public's response and support for management decisions (Ryan, 2005).

During project level analysis it is important that planning documents for all land management activities disclose whether or not the activity will meet the forest plan direction for scenery management. Identification of design features and/or mitigation to sustain scenic character and natural appearing landscapes for project implementation is important.

Monitoring scenic character is an ongoing need to identify areas that need further rehabilitation or if there are concerns with forest plan direction.

Other factors that contribute to the challenge of managing scenic resources are outside of the control of the Rio Grande National Forest such as population growth in adjacent communities that leads to increased wildland-urban interface and user created trails. Forest managers can only react to natural processes and events that affect scenic character including fire, drought, invasive species, insects and disease that primarily affect vegetation. Other natural processes affecting sustainability of scenic resources are meadow encroachment and conifer encroachment on aspen. These processes take place over a long period of time and would result in natural appearing landscapes. Floods and landslide have the potential to affect landforms, however these events are infrequent.

# Potential Scenic Character of the Plan Area

As shown in figure 18, the forest is dominated by natural appearing landscapes. As long as the forest continues to implement management activities that meet the scenic integrity objectives; and react to natural disturbances such as insect epidemics and large scale fires in ways that would reduce the impacts to scenic character, natural appearing landscapes should continue to dominate the forest. When recreation facilities are updated or newly constructed, efforts should be made to ensure the facilities meet the scenic integrity objectives and the Forest Service Built Environment Image Guide.

# Contribution of Scenic Character to Social, Economic, and Ecological Sustainability

Since scenery is an integral component of all recreation settings it is logical to correlate the economic contributions of recreation use on the forest to the management of scenic natural appearing settings.

Current efforts to brand and promote the "Colorado lifestyle" as an economic asset center on our state's unique natural beauty and outdoor heritage. Outdoor recreation is also one of the fundamental ingredients of the Colorado brand. At the core of the funding issue is

the need for increased recognition of the contribution of outdoor recreation to Colorado's economy and overall quality of life (State of Colorado 2014).

Scenic beauty has an economic value. Studies have shown that forests considered more scenic have a higher economic value and that this value is related to large-scale panoramic views of the forest (Fanariotu and Skuras 2004). Although economists strive to put a dollar amount on the aesthetic and other non-commodity values of natural resources such as forests; anecdotal evidence related to property values, vacation destinations, and even advertising reveals that people are willing to pay top dollar to enjoy, reside near, and visit scenic natural resources, including the Nation's national forests (Ryan 2005).

Outdoor recreation enthusiasts spend both their time and money pursuing a variety of recreation opportunities across the state.

> Tourism is the second largest industry in Colorado, and a considerable portion of Colorado's tourism economy relies on outdoor recreation resources and public lands. Outdoor trips, touring trips, and skiing trips accounted for about 7.3 million overnight visitors in 2011. The popularity of outdoor recreation by both Colorado residents and nonresidents leads to significant consumer spending in the Colorado economy. Outdoor recreationists in Colorado spent more than $21 billion dollars on trips and equipment in 2012 (State of Colorado 2014).

# Summary / Conclusion

Natural appearing scenic character is a key component of recreation settings that attract outdoor recreation participants of all walks of life. The Forest has recognized the important contributions that scenic character plays by emphasizing it in the Forest recreation niche. Management of scenic character needs to be planned in concert with the various multiple-uses that occur across the Forest to sustain the natural appearance.

Because the current forest plan was developed at the same time the scenery management system was being developed, there is inconsistent terminology in use. The new Forest plan, needs to be consistent with terminology of the official scenery management system and the 2012 Planning Rule. Forest Plan monitoring reports for scenic resources also recommend a need to make changes to the Forest Plan's scenic resource mapping and objectives along the Continental Divide National Scenic Trail, Wolf Creek Ski Area, and wildland-urban interface areas.

# References

State of Colorado. 2014 Colorado Statewide Comprehensive Outdoor Recreation Plan

Ribe, Robert G. Perceptions of Forestry Alternatives in the US Pacific Northwest. 2006

U.S. Department of Agriculture, Forest Service. 1995. Landscape Aesthetics: A handbook for scenery management. Agriculture Handbook 701.

U.S. Department of Agriculture, Forest Service, Region 2, Rio Grande National Forest. 2005. National Visitor Use Monitoring Data Collected FY 2005

U.S. Department of Agriculture, Forest Service, Region 2, Rio Grande National Forest. 2008. Recreation Facility Analysis, unpublished

U.S. Department of Agriculture, Forest Service, Region 2, Rio Grande National Forest. 2010. National Visitor Use Monitoring Data Collected FY 2010

U.S. Department of Agriculture, Forest Service. Ryan, Robert J.. 2005 Social Science to Improve Fuels Management: A Synthesis of Research on Aesthetics and Fuels Management.

http://www.coloradodirectory.com/maps/sanluis.html accessed May 26, 2015

http://www.southforkcolorado.org/ accessed May 29, 2015

http://www.upperriograndeguide.com/Recreation.htm accessed May 29, 2015

http://www.colorado.com/cities-and-towns/monte-vista accessed May 29, 2015

http://cumbrestoltec.com/scenery/ accessed May 29, 2015



**Figure 15. Map displaying communities near the Rio Grande National Forest**



Figure 16. Map of eligible wild, scenic and recreational rivers and large reservoirs, and their current management status

Rio Grande National Forest – Assessment 8.1
Multiple Uses – Scenic Character



**Figure 17. Map of scenic byways and railroad, national scenic and recreation trails, and State trails**

**Rvsd Plan - 00000631**



**Figure 18. Map of areas that are natural appearing- wilderness, roadless, primitive and semiprimitive-nonmotorized recreation opportunity spectrum classes**



**Figure 19. Map of fuels management activities 1993-2003 and 2004-2014**



**Figure 20. Map of timber management and wildlife habitat improvement activities from 1993 - 2003**



**Figure 21. Map of timber management and wildlife habitat improvement activities from 2004-2014**

Rvsd Plan - 00000635



# RGNF Forest Plan Revision
## Communities Near The Rio Grande National Forest

**LEGEND**
- Major Towns
- ● Other Towns
- Rio Grande National Forest Boundary
- — HIGHWAYS

Rvsd Plan - 00000636



# RGNF Forest Plan Revision
## Fuels Management Activities
### 1993-2015

**LEGEND**

● TOWNS

▬ HIGHWAYS

☐ Rio Grande National Forest Boundary

**Fuels Management Activities**

▨ 1993-2003

▤ 2004-2015



# RGNF Forest Plan Revision
## Insect and Disease
## 2002-2014

### Acres of Insect an Disease

| Year | Acres |
|------|-------|
| 2002 | 26408 |
| 2003 | 69995 |
| 2004 | 16760 |
| 2005 | 138533 |
| 2006 | 70639 |
| 2007 | 186834 |
| 2008 | 145599 |
| 2009 | 200062 |
| 2010 | 180399 |
| 2011 | 130161 |
| 2012 | 208965 |
| 2013 | 266058 |
| 2014 | 236723 |

From : R2 ForestHealth Aerial Detection Survey data.

### LEGEND

● TOWNS
— HIGHWAYS
▢ Rio Grande National Forest Boundary

**Causal Agent**
- Bark Beetles
- Western Pine Beetle
- Mountain Pine Beetle
- Douglas-Fir Beetle
- Spruce Beetle
- Pine Engraver
- Ips
- Douglas-Fir Engraver
- Fir Engraver
- Defoliators
- Large Aspen Tortix
- Western Spruce Budworm
- Dougls-Fir Tussock Moth
- Unknown Defoliator
- General Diseases
- Sudden Aspen Decline
- Fire
- Drought
- Aspen Defoliation
- Subalpine-Fir Mortalitiy
- Five Needle Pine decline
- Pinyon Pine Mortality

Rvsd Plan – 00000638

**Acres of Insect an Disease**

| Year_ | Acres |
|-------|-------|
| 2002 | 26408 |
| 2003 | 69995 |
| 2004 | 16760 |
| 2005 | 138533 |
| 2006 | 70639 |
| 2007 | 186834 |
| 2008 | 145599 |
| 2009 | 200062 |
| 2010 | 180399 |
| 2011 | 130161 |
| 2012 | 208965 |
| 2013 | 266058 |
| 2014 | 236723 |

From : R2 ForestHealth Aerial Detection Survey data.



**RGNF Forest Plan Revision
Natural Appearing Areas**

LEGEND

Rio Grande National Forest Boundary

Colorado Raodless Areas-Upper Tier 2011

Colorado Roadless Area 2011

Wilderness Boundary

**Recreation Opportunity Spectrum (ROS)**

Primitive

Semi-Primitive Non-Motorized

0   5   10        20        30        40
Miles



# RGNF Forest Plan Revision
## Scenic Byways and Railroads
## National Recreation, Scenic and Historic Trails

Old Spanish
National Historic Trail

Continental Divide
National Scenic Trail

Lost National
Recreation Trail

Colorado Trail

West Lost
National Recreation Trail

Bachelor Loop
Scenic Byway

Silver Thread
Scenic Byway

West Fork Old
Spanish Trail

Los Caminos Antiquos
Scenic Byway

Cumbres-Toltec
Scenic Railroad

**LEGEND**

● Towns
▢ Rio Grande National Forest Boundary
   Highways
━ Scenic Byways
┼ Cumbres-Toltec Scenic Railroad
●─● West Fork Old Spanish Trail
●─● Old Spanish National Historic Trail
▣▣ Continental Divide National Scenic Trail (CDNST)
•••• Lost National Recreation Trail
•••• West Lost National Recreation Trail
─ ─ Colorado Trail (Generally coincident with CDNST)

0   5   10   20   30   40
Miles



# RGNF Forest Plan Revision
## Timber Management and Wildlife Improvement Activities
### 1993-2003

**LEGEND**

● TOWNS

━━ HIGHWAYS

Rio Grande National Forest Boundary

**Timber Activities**

1993-2003

**Wildlife Activities**

1993-2003

Rvsd Plan - 00000642



**RGNF Forest Plan Revision**
**Timber Management and Wildlife Improvement Activities**
**2004-2015**

LEGEND
● TOWNS
▬ HIGHWAYS
▭ Rio Grande National Forest Boundary
**Timber Activities**
▨ 2004-2015
**Wildlife Activities**
▤ 2004-2015

0   5   10   20   30   40
Miles



**RGNF Forest Plan Revision**
**Eligible Wild, Scenic, and Recreational Rivers**
**and Large Reservoirs**

Note: Medano Creek and
Little Medano Creek are now on
National Park Service Lands and
are no longer part of this assessment

**LEGEND**

- - - - EligibleRecreationRivers
——— EligibleScenicRivers
- - - - EligibleWildRivers
     Major Streams
     Rio Grande National Forest Boundary
     Reservoirs
     Great Sand Dunes National Park

**RGNF Management Areas**
     Recreation Rivers Designated and Eligible
     Scenic Rivers Designated and Eligible
     Wild Rivers Designated and Eligible

0    5    10         20         30         40
Miles

# Rio Grande National Forest – Assessment 9
# Recreation – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we are soliciting; regarding the Rio Grande National Forest's recreation resources in the forest planning area.

One of the most remote forests in the Southern Rockies, the Rio Grande National Forest is also one of the most isolated, with a low population density around its borders. Interstate 25, the primary north-south travel corridor in Colorado, is nearly seventy miles from the closest trailhead at Lake Como and the Blanca Peak complex. The forest's remote location and comparatively undeveloped nature means that many recreational users often find themselves in solitude, or more likely to interact with wildlife or cattle rather than other recreational users. Since the 1996 forest plan, recreation use has increased significantly on the forest both in numbers of recreational users, and types of recreational activities.

Rvsd Plan - 00000645

# What We Asked

We held three meetings to collect input specific to recreation. Peak Facilitation and the National Forest Foundation facilitated the meetings, which were held on March 03, 2015 in Crestone, CO, on April 6, 2015 in Monte Vista, CO, and on June 23, 2015 in Conejos Canyon, CO. Approximately 95 members of the public attended these meetings. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with diverse organizations focused on recreational use between February and July 2015. These organizations include Mineral County, Hinsdale County, the San Luis Valley Great Outdoors Coalition (SLVGO), Saguache County Sustainable Environment and Economic Development, San Luis Valley Chapter of Trout Unlimited, Conejos County Clean Water, Conejos Canyon Lions Club, San Luis Valley Ecosystem Council, Wilderness Society, Defenders of Wildlife, Quiet Use Coalition, Rocky Mountain Wild, Crestone Spiritual Alliance and High Valley Cyclists. These meetings included over 100 attendees.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process related to recreational uses on the forest

- What opportunities are there to enhance or expand recreational opportunities to meet current or future demands?

- What trends may affect future demands for recreation, including emerging new or unique recreational interests?

- What types of recreation are important on the Rio Grande National Forest?

- How are different types of recreation compatible or conflicting?

- What draws people to the Rio Grande National Forest from distant places? Are there recreation opportunities unique to the Rio Grande National Forest?

- What opportunities are there to enhance or expand recreational opportunities to meet current or future demands? What trends may affect future demands for recreation, including emerging new or unique recreational interests?

- What opportunities are there to foster greater connection between people and nature through education, experience, recreation, and stewardship?

- Are there issues or dynamics that may prevent or preclude minorities and other underrepresented groups from seeking, accessing, or participating in recreational activities on the Forest? What opportunities are there to foster greater connection between people and nature through education, experience, recreation, and stewardship?

- How does recreation on the Rio Grande National Forest contribute to social, economic, and ecological sustainability? What trends are influencing the demand for various types of recreation activities (such as changing population demographics, traditional uses, or income levels)?

- What do you think is the current condition of the Rio Grande National Forest?

# What We Heard

These public discussions are valuable for helping us understand the range of use that occurs as well as some of the issues, trends and opportunities.

Rvsd Plan - 00000646

Currently there is a broad range of recreation activities occurring on the Rio Grande National Forest. These uses include motorized and mechanized uses as well as non-motorized and winter use. Examples include:

- Snowmobiling
- Adventure and long-distance motorcycle riding
- ATV and UTVing
- Hiking
- Trail running
- Camping
- Backpacking
- Fishing
- Bird watching
- Mountain biking
- Hunting
- Rock climbing
- Kayaking
- Rafting
- Horseback riding
- Wildlife, nature, and cultural viewing
- Mushrooming
- Photography
- Snowshoeing
- Skiing
- Ice climbing
- Cross-country skiing
- Sledding
- Tubing

Opportunities for recreational use on the Rio Grande National Forest are extremely important to both local users and visitors. Recreation opportunities on the forest sustain many local valley communities socially and economically. Conversely, the health and recreational appeal of the forest is dependent on how recreation use is managed across the forest landscape.

## Recreation Opportunities and User Conflict

Some individuals and groups are looking for specific types of expanded recreational opportunities, while others are concerned with balancing or separating recreational user groups to reduce conflict. The public suggests we have longer trails for all different types of use, quiet and traditional uses such as horseback riding, hunting, and fishing. Some individuals suggest there is plenty of space on the forest for different types of recreation. However, sometimes there is potential for conflict among users. Conflict has occurred between mountain bikers and dirt bikers, non-motorized and motorized users, bikers and hikers/horseback riders. Commenters point out that voluntary separation among recreation user groups does not always work, and we should designate specific trails to separate groups that conflict. There is also concern about recreation use and other activities on the forest such as grazing permittees, commercial uses such as oil and gas development, timber, and the ability to law enforcement or trail volunteers to minimize criminal activity such as illegal motorized trail use, sign vandalism, and building cairns.

## Interagency Planning

The National Park Service and BLM both manage land close by and there is an opportunity to assess compatibility of recreation uses among management areas. There is an increasing need for interagency planning and management.

## Socio-economic Trends

Any changes in recreation use should be a balance of appropriate activities for that area, according to some. Consideration should be given to social and economic trends in the state. Colorado residents love to vacation inside the state and the population is increasing on the Front Range. There has been an increase in use on the forest but the local population has not seen the same increase. Towns continue to compete for tourism. Shifts in user groups include an aging population, increasing family use, vacationers

Rvsd Plan - 00000647

staying for longer periods of time, increasing use of popular wilderness areas, and increasing use of technology.

## Recreation Trends and Adaptive Management

There are recommendations that we should create opportunities for current recreation users while ensuring we put management tools in place that allow us to adapt to new and emerging technology and uses. New recreation uses and trends are emerging, often more quickly than the forest can keep up. There has been an increase in all-terrain vehicle use, hybrid snowmobiling, new ski and snowboarding techniques and equipment, and fat tire biking.

## Specific Ideas

The public is interested in increasing recreation opportunities as well as access. Some users request we improve our maps and signage and increase trail maintenance. Others would like us to remove the motorized buffer around wilderness areas. There is interest in an access trail closer to Lost Creek Trail and allowing access via Clear Creek and to create more loop and connector trails. Other suggestions include closing some areas to motorized use, however not removing any snowmobile use. Specific ideas offered by the public include:

- Connect trails with local towns
- Increase commercial snowmobile and UTV opportunities in Upper Rio Grande area
- Increase skiing on Continental Divide; decrease snowmobiling (need separation)
- Designate more hybrid use areas, especially around Elwood and Tucker Ponds
- Increase ATV outfitting numbers
- Increase wilderness use via additional recreational opportunities
- Maintain recreation at existing levels (budget issues; deadfall on many trails)
- Limit commercial capacity for outfitting
- Increase commercial service capacity (currently maxing out commercial services)
- Streamline permitting process for races (positive impacts to tourism and revenue)
- Increase designated dispersed camping areas

## Infrastructure

The public is mindful of our need to maintain and fix infrastructure, and some recommend we maintain a manageable infrastructure by closing some areas if new areas are going to open.

## Education, Partnership and Accessibility

The Rio Grande National forest should consider proactive planning as new opportunities emerge. Proactive planning needs to include education in schools, access and recreation opportunities for poor and underserved communities as well as individuals with disabilities. The forest also needs to reach out to Hispanic communities during the planning process. There is potential for partnerships with not only these communities, but also youth groups, recreation club. Partnerships, other sources of revenue, and programs such as "adopt-a-trail" are all opportunities for the forest to become more proactive in future planning.

Rvsd Plan - 00000648

# Where We're Headed

Based on information in our assessment and what we are hearing from the public regarding recreation, we need to revise this section of the forest plan. In our recreation assessment, we describe the current state of recreation on the forest and identify information we need to revise our recreation management planning in response to public input and to changes in law, regulation and policy.

- We need more studies to evaluate the interactions between recreation use and the impacts to ecological integrity, especially in terms of the effects of dispersed recreation on species diversity, distribution, and ecological integrity.

- We have limited data regarding the concept of sustainable recreation, given that sustainable recreation is a new and recent requirement in forest planning.

- We have limited documentation regarding the location, type, or frequency of recreation user conflicts.

- We have limited winter use data, including surveys of user types and impacts on the Rio Grande National Forest, nor a recreation opportunity spectrum inventory specific to seasonal variations between summer and winter settings and our capacity to support winter opportunities.

- We have limited data regarding public preferences and demands for site-specific recreation activities on the Rio Grande National Forest.

- The recreation opportunity spectrum tool is limited as a form of outcome-focused management, given that the 1996 Forest Plan currently assigns prescriptions for all resource areas tied to watershed boundaries, which does not always accurately reflect recreation use in a particular area. For example, when the public was asked to identify areas important to them during Forest Plan Revision public engagement, those lines often do not match watershed boundaries or management area prescriptions.

- We lack recreation opportunity spectrum inventories assessing current and future recreation demand needs. The actual supply of recreation opportunity spectrum summer and winter settings is unknown and it is unknown whether recreation opportunity spectrum allocations established in the 1996 Forest Plan have been met.

- National visitor use monitoring is limited as a tool to gather accurate recreation data on the Rio Grande National Forest, particularly in regard to low income and Hispanic users. We know that low-income and Hispanic user groups often will not participate in the national visitor use monitoring survey process due to general suspicion of surveys and survey locations. Further, the methodology of the survey doesn't clearly define a Hispanic category on the form so many respondents end up labeled as white.

We must understand the current recreation trends and plan for potential future changes in order to sustain the forest and local communities socially, economically, and ecologically. It is critical that the desired conditions and objectives are broad enough to incorporate existing and future recreation uses. The standards and guides section of the forest plan should reflect concerns raised in the public meetings and gaps identified by forest staff. Many of the identified gaps address information or documentation we do not have, that we need to help make informed decisions on recreation trends. The forest plan needs to be written so that we are able to adapt and incorporate new information or changes in recreation.

# Rio Grande National Forest-Assessment 9 Recreation



**- Cat Woods, primary author; Edited by Erin Minks, Crystal Powell, Jody Fairchild and Jeremiah Martinez, Rio Grande NF**

# Contents

Introduction ............................................................................................................................... 1
    Information Sources and Gaps ............................................................................................ 1
    Existing Forest Plan Direction for Recreation ................................................................... 3
    Scale of Analysis ................................................................................................................ 6
Existing Recreation Information.............................................................................................. 6
    Recreation Opportunity Spectrum ...................................................................................... 6
    Recreation Opportunities .................................................................................................. 10
    Recreation Conflicts and Incompatibilities ...................................................................... 19
    Nature, Extent and Condition of Recreational Infrastructure and Access ........................ 21
    Partnerships, Education and Volunteering ........................................................................ 21
    Conditions and Trends that Affect the Quality and Sustainability of Recreation Settings and
    Opportunities .................................................................................................................... 22
Recreation Demand Analysis ................................................................................................. 25
    Visitor Preferences............................................................................................................ 25
    Recreation Opportunities on the Broader Landscape........................................................ 29
    State and Local Planning................................................................................................... 29
    Social, Cultural and Economic Conditions or Trends....................................................... 30
    Emerging or Unique Recreation ....................................................................................... 32
    Recreation Participation Issues Related to Underserved Groups....................................... 32
    Regional, National, or International Significance .............................................................. 34
    Recreation's Contribution to Social, Economic and Ecological Sustainability ................ 35
References .............................................................................................................................. 37
Appendix A - ROS Definitions and Characteristics .............................................................. 39
    Primitive............................................................................................................................ 40
    Semiprimitive-nonmotorized ............................................................................................ 40
    Semiprimitive Motorized .................................................................................................. 41
    Roaded Natural.................................................................................................................. 41
    Rural.................................................................................................................................. 42
    Urban................................................................................................................................. 42
Appendix B – Recreational Facility Analysis background and methodology......................... 44

# Tables

Table 1. Maximum use and capacity levels for each recreation opportunity spectrum class (1996)............ 5
Table 2. Rio Grande National Forest recreation opportunity spectrum recreation settings (1996) .............. 9
Table 3. Type and number of developed recreation sites currently located on the Rio Grande National
    Forest ................................................................................................................................ 11
Table 4. Trail miles by primary managed use type................................................................ 13
Table 5. Miles of Inventoried Roads and Trails.................................................................... 21

# Figures

Figure 1. Rio Grande National Forest recreation opportunity spectrum map ............................................. 7
Figure 2. Estimated annual site visits to Colorado's national forests ....................................... 26

Rvsd Plan - 00000652

# Introduction

In this assessment, we (the USDA Forest Service Rio Grande National Forest) evaluate and describe the extent to which the Rio Grande National Forest currently meets the demand for recreational opportunities placed on the forest under the management direction provided in our 1996 Forest Plan. In this assessment we also discuss the ability of the forest to sustain existing recreation direction and expectations[1] while contributing to the socio-economic sustainability of the broader landscape of the San Luis Valley and Southwest Colorado. Most importantly, in this assessment process we are considering information provided by the public regarding recreation opportunities, activities, and scenery that are not covered by our management modeling tools - the recreation opportunity spectrum, the scenery management system and the national visitor use monitoring system. Notes from our recreation-related meetings and comments we have received from the public are embedded in this document where relevant, and also provided in their entirety in the appendices to this assessment process (separate).

## *Information Sources and Gaps*

### Primary Sources

- <u>National Visitor Use Monitoring Reports:</u>  We use national visitor use monitoring data throughout this document. National visitor use monitoring provides the most relevant, reliable and accurate information on forest visitation. We collect national visitor use monitoring data using a random sampling method that yields statistically valid results at the forest level.

- <u>INFRA:</u>  We use a database application called "INFRA" to house information on developed facilities and natural resources, such as buildings, trails, roads, wilderness areas, and water systems.

- <u>Recreation Opportunity Spectrum:</u>  We use the Forest Service recreation opportunity spectrum classification system, to describe the different recreation settings that are available on a given landscape and the differing levels of development of constructed recreation facilities.

- <u>Motor Vehicle Use Maps and Travel Management Plans:</u> The Forest Service Travel Management Rule, published in 2005, requires each national forest or ranger district to designate roads, trails, and areas open to motor vehicles. It requires we publish a motor vehicle use map (36 CFR 212.56) which identifies motorized route/area designations. It also provides us with the authority to regulate use of over-snow vehicles on forest system roads and forest system trails and in designated areas on the National Forest (36 CFR 212.81).

- <u>Recreation Facility Analysis:</u> Recreation facility analysis is a Forest Service analysis process we use to help us design a sustainable recreation program for our developed recreation sites and facilities. Our last recreation facility analysis was conducted in 2007. Our next recreation facility analysis will be completed in 2016.

### Secondary Sources:

- Travel and tourism reports

- Social, environmental and economic research reports, including April 2015 San Luis Valley Statistical profile provided by San Luis Valley Council of Governments

- Forest Plan monitoring reports

---

[1] The Recreation Assessment follows direction provided in FSH 1909.12, Chapter 10 - The Assessment, Section 13.4 - Assessing Recreation Settings, Opportunities and Access and Scenic Character, Effective Date: 01/30/2015.

Rvsd Plan - 00000654

- State comprehensive outdoor recreation plans (SCORP), the latest published in 2014
- State or county land management planning and strategy documents
- National Survey on Recreation and the Environment (NSRE)
- Relevant analysis or information offered for consideration by the public about recreation or scenic character
- Colorado Fourteeners Initiative website (http://www.14ers.org/stay-informed/colorado-14ers-statewide-report-card/#)
- Trail log data based on personal and professional observations during surveys of motorized and nonmotorized trails located throughout the forest and wilderness
- Campground use logs
- Ski area ticket sales and associated visitor use data
- Annual monitoring and evaluation reports as part of the 1996 forest plan recommendation.

## Gaps

- We need more studies to evaluate the interactions between recreation use and the impacts to ecological integrity, especially in terms of the effects of dispersed recreation on species diversity, distribution, and ecological integrity.
- There is limited data regarding the concept of sustainable recreation, given that sustainable recreation is a new and recent requirement in forest planning.
- We have limited documentation on the Rio Grande National Forest regarding the location, type, and frequency of recreation user conflicts.
- We have limited winter use data, including surveys that determine user types and impacts on the Rio Grande National Forest, and no recreation opportunity spectrum inventory specific to seasonal variations between summer and winter settings and our Forest's capacity to support winter opportunities.
- We have limited data regarding public preferences and demands for site-specific recreation activities on the Rio Grande National Forest.
- There are limitations to the recreation opportunity spectrum tool in outcome-focused management. Our 1996 Forest Plan ties prescriptions for all resource areas to watershed boundaries, which is not always an accurate reflection of how recreation uses are distributed across the landscape. For example, when we ask the public to identify areas important to them during Forest Plan Revision public engagement, their boundaries often do not match watershed boundaries or management area prescriptions.
- We lack recreation opportunity spectrum inventory data assessing current and future recreation demand needs. We do not know the actual supply of recreation opportunity spectrum summer and winter settings or whether recreation opportunity spectrum allocations established in the 1996 Forest Plan have been met.
- There are limitations to national visitor use monitoring as a tool to gather accurate recreation data on the Rio Grande National Forest, particularly in regard to the significant local Hispanic community. We know that the local Hispanic user groups are underrepresented in the national visitor use monitoring survey process due to general suspicion of surveys and survey locations. Further, we have

Rvsd Plan - 00000655

found that the survey has no clearly defined Hispanic category so many respondents end up labeled as white.

## *Existing Forest Plan Direction for Recreation*

### Forest-wide Desired Conditions

The forest-wide desired conditions for the management of the Forest's recreation programs include:

- Offer opportunities for motorized and nonmotorized recreation within appropriate settings
- Be responsive to visitors' desires and increase services to the public
- Maintain a broad range of quality developed recreation facilities
- Feature traditional and nontraditional dispersed-recreation opportunities
- Showcase scenic byways and landscapes
- Expand interpretative services where needed
- Allow for current areas used as recreation residents, resorts, and youth camps to continue to be managed as recreation special-use development areas (Forest Plan, chapter 1, pages 4-5).

### Forest-wide Objectives

We identified eight multiple-use objectives for integrated resource management across the entire Forest in our 1996 Forest Plan. These objectives are tied directly to the Regional Objectives identified in the Rocky Mountain Regional Guide, 1992.

Our forest plan objective 4 addresses recreation.

Objective 4: Provide for scenic quality and a range of recreational opportunities that respond to the needs of Forest customers and local communities.

4.1: Provide natural-appearing landscapes with diverse scenery, and increase access to recreation opportunities in attractive settings.

  a. Meet the scenic integrity objectives as described in the Forest Plan.

4.2: Manage heritage resources and integrate them with recreation and education, while complying with all applicable laws and regulations.

  a. Increase numbers and types of quality heritage resource interpretive sites and opportunities.

  b. Conduct heritage-resource stabilization and rehabilitation projects.

  c. Nominate quality eligible sites for the National Register of Historic Places.

4.3: Establish wilderness management practices designed to enhance and perpetuate wilderness as a resource.

  a. Keep wilderness use within determined social capacity if it exists.

  b. Avoid resource damage resulting from overuse of designated wilderness.

4.4: Protect the integrity of any eligible wild and scenic rivers.

Rvsd Plan - 00000656

4.5: Offer a diverse range of outdoor-recreation opportunities.

4.6: Offer interpretation, information, and environmental education as an important part of outdoor recreation.

## Forest-wide Standards and Guidelines

### Recreation -- General

#### Standards

1. Availability of outfitter-guide special-use permits will be based on a capacity study.

2. When capacity has been met for a certain special-use activity, no further permits will be issued.

#### Guidelines

1. Use concessionaire operations whenever possible when fees are appropriate.

2. Changes in recreation opportunity spectrum class should be documented in a decision memo.

### Developed Recreation

#### Standards

1. Design and manage developed recreation sites according to the Forest Plan recreation opportunity spectrum class and scenic integrity objective(s).

2. All new or reconstructed developed recreation sites will offer a range of opportunities accessible to people with disabilities, within the limits of the site characteristics.

3. Vegetative management plans shall be developed and implemented for all developed sites, to enhance the natural setting and maintain or develop the desired vegetation.

4. Camping will be limited to 14 days in any one location within a 30-day period, established appropriate forest order.

5. Facilities at trailheads shall be consistent with the recreation setting and include adequate space for parking, trailhead panels for trail information, and appropriate sanitation facilities, based on high visitor use, resources impact potential, and long-term operation and maintenance strategy.

6. Developed recreation areas will be withdrawn from locatable mineral entry.

#### Guidelines

1. Use the *Recreation Facility Design Catalog* or other approved designs, if appropriate, to assist the planning and design of recreation facilities. Quality facilities should be designed that require low maintenance and are cost effective.

2. When campground occupancy is less than 20 percent, analysis shall be conducted to decide whether to close the campground or convert it to a concentrated dispersed site.

3. Each Ranger District should document backlog maintenance and rehabilitation needs and associated costs in INFRA, and update twice a year.

4. At fee campgrounds, furnish readily available off-site and onsite information on recreation opportunities for developed sites.

Rvsd Plan - 00000657

### Dispersed Recreation

#### Standards

1. A scenic integrity objective of "high" ("management activities are not evident to the casual visitor and the area appears natural") will be met within the foreground for all national scenic and recreation trails.

2. Camping is limited to 14 days within a 30-day period.

3. Close, rehabilitate, or otherwise mitigate dispersed sites when:

   a. Campsite condition reaches Frissell-Cole Class 4 or 5 (Cole 1989).
   b. Site occupancy does not meet the adopted scenic integrity objective.
   c. There are social conflicts.
   d. Unacceptable environmental damage is occurring.

4. If use exceeds the area capacity for a given recreation opportunity spectrum class, the following management actions, in order of priority, should be employed to address the impacts or effects on the recreation setting:

   a. Inform the public and restore the site.
   b. Regulate use.
   c. Restrict the number of users.
   d. Close the area or site.

5. Recreation use will be managed to stay within the capacity for the recreation opportunity spectrum objective, as shown in the table below.

**Table 1. Maximum use and capacity levels for each recreation opportunity spectrum class (1996)**

| Recreation Opportunity Spectrum Class/capacity Range | Very Low | Low | Moderate | High |
|---|---|---|---|---|
| **Primitive** | | | | |
| On Trails – Persons at one time /Mile | 0.5 | 1 | 2 | 3 |
| Area Wide – Persons at one time /M Acres | 1 | 2 | 7 | 25 |
| **Semiprimitive-nonmotorized** | | | | |
| On Trails – Persons at one time /Mile | 2 | 3 | 9 | 11 |
| Area Wide – Persons at one time /M Acres | 4 | 8 | 50 | 80 |
| **Semiprimitive Motorized** | | | | |
| On Trails – Persons at one time /Mile | 2 | 3 | 9 | 11 |
| Area Wide – Persons at one time /M Acres | 4 | 8 | 50 | 80 |
| **Roaded Natural** | | | | |
| On Trails – Persons at one time /Mile | 2 | 3 | 9 | 11 |
| Area Wide – Persons at one time /M Acres | 40 | 80 | 1200 | 2500 |
| **Rural** | | | | |
| On Trails – Persons at one time /Mile | 2 | 3 | 9 | 11 |
| Area Wide – Persons at one time /M Acres | 500 | 800 | 5000 | 7500 |

Capacity Ranges are defined as follows:

VERY LOW and LOW apply to rock, mountain grass, and clearcuts 1 to 20 years old.

MODERATE applies to mountain grass, mature and pole-size ponderosa pine, mature aspen, shelterwood cuts 90 to 120 years old, selection cuts 1 to 20 years old, and clearcuts 80 to 120 years old.

HIGH applies to mature and pole-size spruce, pole-size aspen, and clearcuts 20 to 80 years old.

PAOT = Persons at one time

Rvsd Plan - 00000658

### Guidelines

1. Trail development shall be coordinated with trail systems developed by municipalities, counties, states, other federal agencies, and partners.

2. Different accessibility levels will be planned, depending on the nature of the improvement and the principal form of recreation being provided.

3. Loop trails should be considered for all trail networks, especially those constructed in low elevations, for year-round use, associated with campgrounds or other attractions.

4. Congressionally designated national historic, scenic, or recreation trails and the Colorado Trail will receive higher priority than other trails for reconstruction, operation, and maintenance.

5. Dispersed camping is prohibited within a 100-foot zone around lakes and streams, unless pre-defined exceptions are justified by terrain, and as implemented by a forest order.

## Management Area Direction

The Forest Plan contains seventeen management area (MA) prescriptions and associated standards and guidelines. The management area direction guides the range of uses, management activities, or management restrictions associated with each specific management area. Each management area contains a chart that lists the activities allowed, including timber harvest, motorized recreation, grazing, mineral development and oil and gas leasing. Motorized recreation is allowed in MA 3.3 (limited to designated roads and trails), MA 4.21, MA 4.3, MA 4.4, MA 5.11, MA 5.13, MA 5.41, MA 5.42, MA 6.6 and MA 8.22 (by permission). The associated range of uses, management activities, or management restrictions associated with each established management area on the Rio Grande National Forest are described in greater detail in the current Forest Plan.

### Scale of Analysis

Our plan area for this assessment includes all lands within the Rio Grande National Forest, regardless of ownership or jurisdiction. When we address the broader landscape, our focus is on Hinsdale, Mineral, Rio Grande, Saguache, Alamosa, Conejos and Costilla counties, known regionally as the San Luis Valley. When we discuss larger population trends driving demand for recreation on the Rio Grande National Forest from surrounding areas outside the San Luis Valley; the scale of our analysis includes Albuquerque and Santa Fe, New Mexico and Pueblo, Colorado Springs, Denver, and Durango, Colorado.

# Existing Recreation Information

### Recreation Opportunity Spectrum

As we assess the need to change our 1996 Forest Plan, we will use the recreation opportunity spectrum as a tool to consider the sustainability of current recreation settings, opportunities, development scale, and access on the forest. Recreation opportunity spectrum is a nationally recognized classification system used to describe the different recreation settings that are available on a given landscape. It is also a tool that gives us a site-specific way to integrate the value of different types of recreation with the range of other resource values on the forest. The broader objective of recreation opportunity spectrum is to help us identify and appropriately allocate Rio Grande National Forest lands to maximize sustainable uses and benefits.

Rvsd Plan - 00000659



**Figure 1. Rio Grande National Forest recreation opportunity spectrum map**

Rvsd Plan - 00000661

Our 1996 Forest Plan and 1998 Wilderness Management Direction Plan Amendment show the allocations, or forest plan desired conditions, we established for recreation opportunity spectrum in wilderness and non-wilderness areas (see Table 2 and Figure 1). Our current mix of recreation settings on the forest provides for summer and winter, as well as motorized and nonmotorized recreation opportunities. We have not conducted a recreation facility analysis inventory based on current and future recreation demand since the 1996 Forest Plan allocations/desired conditions were established. Without a current recreation opportunity spectrum inventory relative to roads, trails, developed recreation sites, wilderness, and roadless areas; we do not know the actual supply of recreation opportunity spectrum settings or whether the recreation opportunity spectrum allocations established in the 1996 Forest Plan have been met or need to be changed.

**Table 2. Rio Grande National Forest recreation opportunity spectrum recreation settings (1996)**

| ROS Setting | Acres | Percent of Forest Land |
|---|---|---|
| **Wilderness** | | |
| Primitive & Semiprimitive-nonmotorized | 429,055 | 23% |
| **Non-wilderness** | | |
| Semiprimitive-nonmotorized | 304,125 | 17% |
| Semiprimitive Motorized | 209,993 | 11% |
| Roaded Modified[a] | 914,323 | 49% |

a - A subclass of Roaded Natural used to identify and manage landscapes that are extensively modified by management activities such as logging, widespread road development or mineral extraction.

## Seasonal Recreation Opportunity Spectrum Setting Variation

Seasonal variation occurs when a recreation opportunity spectrum setting provides different recreation opportunities during different seasons of the year (e.g. summer (non-snow) and winter (snow and ice based)). Forests that traditionally offer winter recreation opportunities should inventory and classify a winter recreation opportunity spectrum, as well as a summer recreation opportunity spectrum. We have not yet inventoried, mapped or distinctly identified summer and winter recreation opportunity spectrum setting variations.

Although we have not mapped summer and winter recreation opportunity spectrum settings, we do provide distinct summer and winter recreation opportunities. Summer months are typically mild, pleasant, and dry while the winters are characteristically cool with limited snowfall accumulation except in the higher elevations. Due to relatively mild winter conditions, we provide motorized and nonmotorized recreation opportunities on a year-round basis on much of the forest. Only the highest elevations (8,500 feet and above) receive sufficient snow pack to allow for snowmobile use as well as other winter sport activities (downhill and cross-country skiing, snowboarding, tubing, sledding, snowshoeing) on a regular basis. The snow accumulation period is generally September to May and with snow possible all year at extreme elevations (generally 10,000 feet or more). The yurts on the Rio Grande National Forest are popular for summer as well as overnight winter camping, however not all of the yurts are open for summer use[2]. For more background information on recreation opportunity spectrum, see appendix A.

---

[2] While we permit year-round use for all yurts on the Divide District, we do not permit summer use for yurts on the Conejos Peak District.

## *Recreation Opportunities*

Our Forest has diverse recreational opportunities ranging from nonmotorized hiking, fishing, snowshoeing and cross-country skiing to motorized dirt bikes, four-wheeling and snowmobiling, seven "fourteeners", numerous developed campgrounds and recreation rentals.

### Nonmotorized Recreation

Our Forest offers abundant nonmotorized opportunities such as hiking, back packing, climbing, horseback riding, fishing, primitive camping, nonmotorized boating (kayaking, rafting, canoeing), fishing, downhill skiing, cross country skiing and snowshoeing. Roughly forty percent of the forest is either designated wilderness (420,055 acres) or inventoried roadless (304,125 acres), where we strictly prohibit or limit the use of motorized vehicles. Popular summer areas for nonmotorized recreation on the forest include hiking trails to North Crestone, South Crestone and Willow Lake in the Sangre de Cristos on the Saguache Ranger District, Red Lake, Duck Lake, Blue Lake and South Fork of the Conejos on the Conejos Peak District, and long stretches of the Continental Divide National Scenic Trail, Lake Fork Trail, San Francisco Trails, Shallow Creek, and Inspiration Point Trail on the Divide Ranger District. Popular winter use areas include Cumbres and La Manga passes, Rock Creek, Big Meadows, Deep Creek and Middle Creek for cross-country skiing and access to backcountry yurts and Wolf Creek Pass and Lobo Overlook for snowshoeing and backcountry skiing.

### Motorized Recreation

Our Forest also offers abundant motorized recreation opportunities across roughly sixty percent of the forest. Designated routes are clearly identified by time of year or vehicle class on our motor vehicle use map per Forest Service Manual 7716.03 direction. Within semiprimitive and roaded modified recreation opportunity spectrum settings, we restrict motor vehicle use to designated routes that can include paved highways and roads, gravel or dirt Forest Service roads, and trails designated for motor vehicle travel. Our motor vehicle use map identifies 378 miles of trails and 681 miles of roads for public motorized use on the Conejos Peak, Divide and Saguache Ranger Districts. These trails and roads may be open to all motor vehicle use or restricted to specific vehicle classes. Many are seasonal or may be closed to protect resources, wildlife, and permit specific special uses or road uses. Many forest roads also serve in the winter as designated groomed trails or as user-created paths for snowmobiles into areas that are inaccessible by any other means in the winter.

Snowmobile use areas include Cumbres/La Manga Pass, Archuleta Trail, Como Lake Road and the Alamosa Canyon area. There are also extensive groomed winter snowmobile trail networks near Creede and South Fork. The Park Creek corridor is another popular snowmobiling area southeast of Wolf Creek Pass.

We do not permit motorized recreation:

- in any wilderness area (prohibited by law in all designated wilderness), primitive, or semiprimitive-nonmotorized settings
- on rivers or river segments identified as eligible wild rivers (North and Middle Forks of the Conejos River and El Rito Azul Forks from sources to the confluence with Conejos River, Tothe Creek, Hansen Creek, and Saguache Creek). Eligible segments of wild rivers on the Rio Grande National Forest are within designated wilderness and primitive recreation opportunity spectrum settings.
- in research natural areas which are managed as semiprimitive-nonmotorized.

Rvsd Plan - 00000663

There are opportunities for both motorized and nonmotorized recreation in our designated backcountry areas (identified as management area 3.3 in the 1996 Forest Plan), which contain both semiprimitive motorized and semiprimitive-nonmotorized recreation opportunity spectrum classes.

## Developed and Dispersed Recreation

We provide extensive developed and dispersed recreation opportunities. We provide developed recreation opportunities in management areas outside designated wilderness, primarily in roaded-modified recreation opportunity spectrum settings. We provide dispersed recreation opportunities throughout the Forest, within and outside of designated wilderness areas, across the entire range of recreation opportunity spectrum settings. Our roaded-modified settings provide dispersed (undeveloped) and developed recreation opportunities mostly along road corridors in areas that have relatively easy access to a water feature or other natural attraction where activities occur year-round. Our management emphasis is to provide developed and dispersed recreation opportunities in roaded-modified settings in management area 4.3. We also emphasize existing and potential ski –based resorts in management area 8.22. This management area encompasses the Wolf Creek Ski Area, including locations where expansion may occur.

### Developed Recreation

The main developed recreation activities on the Rio Grande National Forest are overnight developed camping, trailhead use, fishing at developed fishing areas and downhill skiing. Developed recreation includes recreation that typically occurs at distinctly defined sites or areas where we have facilities such as campgrounds, picnic areas, interpretive sites and trailheads developed for public use and enjoyment. Our developed recreation sites are most often in roaded modified settings. Roads, trailheads, parking lots, picnic tables, toilets, drinking water, boat ramps, fishing piers and buildings such as lodges and cabins may be present or within developed sites and areas. Wolf Creek Ski Area is a popular local attraction that provides opportunities for the downhill skier. We administer this ski area, which is operated by a Forest Service permittee under a special use permit.

**Table 3. Type and number of developed recreation sites currently located on the Rio Grande National Forest**

| Developed Site Type | Total number of Sites | Capacity (Persons at one time) |
|---|---|---|
| Boating Site | 7 | 338 |
| Campground | 40 | 2647 |
| Dispersed Camping Area | 2 | 105 |
| Fishing Site | 10 | 455 |
| Group Picnic Site | 4 | 110 |
| Interpretive Site | 11 | 289 |
| Lookout/Cabin | 11 | 512 |
| Observation Site | 2 | 55 |
| Picnic Site | 10 | 464 |
| Ski Area Alpine | 1 | 20 |
| Target Range | 1 | 30 |
| Trailhead | 59 | 6,394 |
| **Total** | **158** | **11,419** |

Source: INFRA RecSite Report from C.Powell (10/31/2014)

Persons-At-One-Time: a measure of social carrying capacity. National conventions include 5 people per family picnic/camp unit, 3.5 people per parking lot stall at a trailhead or visitor center, 1.5 people per motorcycle parking stall and 40 people per tour bus parking stall.

Rvsd Plan - 00000664

We have a total of 159 developed sites on the Forest with the ability to support 11,419 persons at one time. Our developed sites are operated and maintained by concessionaire, by us, or through other permitted services. Most campgrounds and other facilities at higher elevations are open on a seasonal basis generally occurring from Memorial Day through Labor Day. Sites at lower elevations may be open year-round. The operating season may vary from year to year due to unforeseen weather or from temporary closures due to maintenance or construction needs. If a site cannot be maintained to meet health and safety standards, then we close the sites until they are repaired. The emphasis for our managed seasons on developed sites is the high-use summer months, and peak-use times such as elk and deer hunting seasons. We have found that during the peak-use seasons developed recreation sites are not completely full, which indicates that we are successfully meeting demand.

We have 40 campgrounds with a capacity of roughly 2,647 persons-at-one-time. Many of the campgrounds are operated by concessionaire and some have on-site hosts, and not all have running water due to cost.

Our 2007 recreation facility analysis identified significant deferred maintenance and operating costs on the Forest related to our developed recreation infrastructure, including the campground and water systems. Costs are a significant concern as we plan for a sustainable program through the twenty-year life cycle of our next Forest Plan. Our recreation facility analysis identified the baseline annual cost to operate and maintain developed sites on the Rio Grande National Forest as $98,981 and $100,519 respectively and baseline deferred maintenance as $2,985,656. Implementing the 2007 recreation facility analysis recommendations has resulted in an increased cost of $1,156 to maintain sites and has reduced overall deferred maintenance cost, though still high, to $2,349,678.

## Dispersed Recreation

The Rio Grande National Forest is a popular destination for both motorized and nonmotorized recreationists seeking backcountry areas for dispersed recreation. Essentially the recreation that happens "everywhere else", dispersed recreation occurs in and outside wilderness areas on roads, trails and general forest and water areas which are not managed as developed sites. These activities can be motorized or nonmotorized, and include hunting (including game retrieval), fishing, boating, hiking, cross-country skiing, horseback riding, mountain biking, OHV riding, snowmobiling, gathering forest products, school or education functions, family and religious gatherings and rock and mineral collecting. People who enjoy dispersed activities often avoid developed sites because they prefer less human disturbance and on-site control, or know the best places that have no fee.

Often, dispersed recreation is concentrated near water or alongside roads. These types of sites are called concentrated use areas and are less formally managed. Popular concentrated use areas on the Rio Grande National Forest include Cumbres/La Manga Pass, Forest Service Road 103, 250 and 520 corridors, Chama Basin, Como Lake, Fox Creek, Trail Creek, Platoro Reservoir, Park-Pass Creek, Embargo Creek, Groundhog Park and Bristol Head areas. In these dispersed use areas there are sometimes user conflicts during peak seasons (especially hunting season), health and safety concerns (i.e., littering and human waste), and visible resource degradation (i.e., vegetative removal, trampling, soil erosion, wildlife disturbance, etc.). Inventory and monitoring of these concentrated use areas has been challenging for us where access is limited, such as with Como Lake at the base of Blanca Peak. As a result, we have limited documentation on the locations and impacts of these dispersed sites.

There is a lot of dispersed recreation on trails and at dispersed camping areas throughout the wilderness and backcountry areas. We use a Forest Service database application called INFRA to catalogue and manage resources, such as buildings, trails, roads, water systems, wilderness areas, and special use permits. According to information gathered from the INFRA trails database, there are 1365.9 miles of

Rvsd Plan - 00000665

trails on the Rio Grande National Forest, with 480.6 miles in wilderness and 885.3 miles in non-wilderness. Multiple opportunities for day hiking as well as longer overnight backpacking trips exist. Table 4 shows the total miles of trails on the Forest by primary managed use. We may allow numerous managed uses on a trail; with the primary managed use type requiring the most demanding design, construction, and maintenance parameters (i.e. trails designed, constructed and maintained for pack and saddle also used by mountain bikes).

**Table 4. Trail miles by primary managed use type**

| Primary Managed Use Type | Miles |
|---|---|
| Hiker | 418.05 |
| Pack and Saddle | 833.7 |
| Motorcycle | 181 |
| All-Terrain Vehicle (ATV) | 53.0 |
| Cross- Country Ski | 18.0 |
| Over-snow Vehicle | 22.30 |

Source: INFRA Trails ATM Report from HC Dyer (11/20/2015)

## Recreation Special Uses

Our special uses permit[3] program includes temporary and long-term noncommercial and commercial events, activities and privately owned improvements on National Forest System lands. We authorize short-term events such as recreation competitions, and other commercial recreation gatherings that are temporary in nature. We also authorize other short-term use permit types such as noncommercial group use by 75 people or more. Long-term permits include Wolf Creek Ski Area, outfitter and guide concessions, and private recreation residences. At this time, there are 38 permanent and numerous annual temporary use outfitter and guide permits providing a variety of commercial services on the forest. We are seeing an increase in requests for outfitter and guide and recreation event permits (source of outfitter and guide information from C. Powell Infra Report 10/31/2014).

Special use activities include:

- recreation residence permits which are privately owned recreational cabins built on national forest system lands,
- shelter permits which include yurt rentals,
- noncommercial group use permits that are issued for gatherings of 75 or more people,
- recreation events which authorize recreational competitions or activities requiring temporary authorized use of national forest system lands,
- temporary commercial permits that allow non-priority permitted holders to use national forest system lands for temporary commercial purposes or activities, and
- a special use permit for Wolf Creek Ski Area.

---

[3] A special use authorization is a legal document such as a permit, term permit, lease, or easement, which allows occupancy, use, rights, or privileges of national forest system land. The authorization is granted for a specific use of the land for a specific period of time.

Rvsd Plan - 00000666

## Niche Opportunities identified in 2007 Recreational Facilities Analysis

In 2007, we conducted a required recreational facility analysis characterize the quality of recreational opportunities on the forest. The purpose of the analysis was to help us prioritize sustainable management of the recreation program under declining budgets, represented in the "niche" statement below:

"Solitude in every Season"

"From the Sangre de Cristo to the San Juan Mountains, the jagged peaks and rushing rivers of the San Luis Valley public lands wrap themselves around this Rocky Mountain basin. Whether viewing the mountain scenery from roads or finding challenge on trails, visitors discover solitude and self-reliance through uncrowded year-round recreation opportunities. As recreation pressures increase in other parts of Colorado, the public lands of the San Luis Valley maintain their remote spirit and traditional culture."

We used the recreation facility analysis process to identify the following "niche" settings on the Rio Grande National Forest:

- Remote Adventure – This setting is relatively undeveloped and offers visitors hundreds of miles of designated roads and trails. Visitors have room to roam and a sense of freedom in this setting.

- Solitude – This setting includes designated wilderness areas and other remote areas with both motorized and nonmotorized trails. Visitors have opportunities for challenge and self-reliance in rugged terrain.

- Scenic Corridors – These paved corridors connect the forest and public lands to the San Luis Valley. Visitors have opportunities for adventure on the water and enjoying the scenic views, wildlife and history along these corridors.

- Scenic Backways – These unpaved routes are more rugged and offer outstanding opportunities to get away, enjoy scenery, and learn about history.

- Winter Overlay – This setting overlays other settings. Reliable snowfall and desirable terrain offer visitors opportunities to challenge themselves in the winter backcountry.

The niche emphasis activities and opportunities we assigned to the various settings are:

- Remote Adventure – Designated OHV routes, overnight stays at historic cabins, and other forest-wide activities.

- Solitude – Backpacking, horseback riding, and other forest-wide activities. Mountaineering opportunities are found on some high peaks.

- Scenic Corridors – Developed camping, picnicking, rafting and kayaking.

- Scenic Backways – Developed camping, designated OHV routes, picnicking, driving for pleasure. Both dispersed and developed areas for groups are found here.

- Winter Overlay – Snowmobiling, downhill skiing, backcountry skiing, ice climbing and snow play.

For more information about the recreational facility analysis methodology, see appendix B.

Rvsd Plan - 00000667

## Important Recreational Sites and Areas

### *Fourteeners*

Colorado is the only state in the Rocky Mountain Region with mountains over 14,000 feet in elevation (fourteeners). Nearly 500,000 people visit Colorado's fourteeners each year. A goal for many outdoor enthusiasts of all skill levels is to climb all of the fourteeners. Repeat visits to fourteeners are also popular as peaks range from easy to very difficult, with hiking trails for exploring and viewing outstanding scenery and rugged landscapes. While some of the more remote peaks remain pristine, increased recreational use has seriously impacted many peaks and their alpine basins.

There are six fourteeners on the Rio Grande National Forest, some more accessible than others with related impacts. The Sangre de Cristo Range on the eastern edge of the Saguache Ranger District is home to Crestone Peak, Crestone Needle, Kit Carson Mountain; and Ellingwood, Little Bear and Blanca Peaks. There has been a significant increase in use of connected trails and base camps to hike these peaks since 1996, particularly at Blanca Peak and Willow Lake; a base-camp area to hike Crestone Peak, Crestone Needle and Kit Carson above the town of Crestone. There are documented significant adverse impacts around the lake as hiking and camping traffic have increased. A similar situation is developing at Lake Como, which is reached by the four-wheel drive Forest Road 975 or Lake Como road; and is the principle access to hike Blanca, Ellingwood, and Little Bear Peaks.

San Luis Peak is another fourteener which although located on the neighboring forest, can be accessed by way of the Divide District north of Creede, off of Forest Road 503.

#### The Colorado Fourteeners Initiative

The Colorado Fourteeners Initiative has partnered with the Forest Service to:

1. "Create a structure for engaging local communities in the protection of Colorado's highest peaks

2. Build and maintain sustainable hiking routes on the fourteeners to accommodate hiking use while minimizing damage to native alpine ecosystems

3. Stabilize and restore trampled and eroded areas to protect sensitive alpine plant and animal communities

4. Educate fourteener hikers about leave-no-trace principles and sustainable recreational practices designed to lessen ecosystem impacts"

The Colorado Fourteeners Initiative has inventoried summit trails to determine long-term sustainability and a cost estimate for fixing and maintaining the trails. Blanca and Crestone Peak and Needle were rated highest on the Rio Grande. Approximate cost to bring those trails into ideal conditions is less than $125,000 each. Kit Carson has yet to be inventoried, Ellingwood was not listed in the report card, and Little Bear Peak will not be inventoried by the Colorado Fourteeners Initiative as it states the trail is too hazardous to maintain (http://www.14ers.org/stay-informed/colorado-14ers-statewide-report-card/#).

### *Wilderness Areas*

The Rio Grande National Forest includes portions of four wilderness areas, the La Garita (129,626 acres), Sangre de Cristo (220,803 acres), South San Juan (158,790 acres) and Weminuche (499,771 acres). Portions of these four wilderness areas make up almost 25 percent of the forest or 429,055 acres. Per legislative direction, wilderness is managed on the forest to provide outstanding recreation opportunities for solitude or a primitive and unconfined type of recreation. We coordinate management of the Weminuche and South San Juan wilderness areas with the San Juan National Forest, however primary management responsibility for the South San Juan wilderness lies with us. We coordinate management of

Rvsd Plan - 00000668

the Sangre de Cristo with the Pike/San Isabel National Forest, and management of the La Garita Wilderness with the Grand Mesa, Uncompaghre and Gunnison National Forest.

For more information regarding wilderness including a brief description of the wilderness areas on the Rio Grande National Forest, see the Assessment 15 Designated Areas.

## Scenic Byways and Other Important Recreation Sites

### Conejos Peak Ranger District

Starting at the south end of the Rio Grande National Forest and moving north, there are many important recreation resources, historic trails and corridors which attract users. The Conejos Peak Ranger District borders the Carson National Forest to the south in New Mexico and the San Juan National Forest to the west.

### Conejos Canyon Corridor

The scenic Conejos Canyon corridor; including campgrounds at Mogote, Aspen Glade, Elk Creek, Spectacle Lake, Lake Fork, Mix Lake and Stunner; is part of the Conejos Peak Ranger District. Conejos Canyon includes at least one stretch considered a "gold medal" fishery by the State of Colorado near the Pinnacles, a portion of the Conejos River recommended as an eligible Recreation River (governed by management area prescription 4.4).

### Los Caminos Scenic Byway

Colorado Highway 17 crosses the district along a portion of the Los Caminos Scenic Byway, which celebrates the ancestral hispano roots of the San Luis Valley. The byway offers recreational opportunities as it climbs over La Manga and Cumbres passes, with numerous scenic pullouts overlooking Conejos Canyon, and access to Trujillo Meadows campground and the Cumbres and Toltec Scenic Railroad. Unlike many mountain passes in Colorado, the area between Cumbres and La Manga Pass is park-like, with rolling high elevation mesas and peaks which support high winter use by both snowmobilers and cross country skiers, resulting in some conflicts. There are also five backcountry yurts on this part of the district, with the same user conflicts. The Chama Basin area is a popular dispersed camping and big game hunting area. Osier Park is another popular area for dispersed camping and hunting in the summer and fall, as well as snowmobiling in the winter.

### Alamosa Canyon

Alamosa Canyon is another popular recreation corridor on Conejos Peak Ranger District, with the Alamosa campground and popular motorized trails for single-track motorized users that connect with the Rock Creek Corridor to the north, and the Rock Creek and Comstock campgrounds in the neighboring Divide District.

### Sangre de Cristo National Heritage Area

Significant portions of the Conejos Peak District are included in the Sangre de Cristo National Heritage Area. Designated by Congress in 2009, the heritage area's mission is to promote, preserve, protect and interpret the extensive historical, religious, environmental, geographic, geologic, cultural and linguistic resources of the southern San Luis Valley area, specifically Alamosa, Costilla and Conejos counties.

### Divide Ranger District

The Divide Ranger District borders the San Juan National Forest to the west and Grand Mesa, Uncompahgre and Gunnison National Forest to the north.

Rvsd Plan - 00000669

### U.S. Highway 160

Divide Ranger District contains an important recreation corridor along U.S. Highway 160 culminating at Wolf Creek Pass, elevation 10,857 feet. This corridor accesses Highway Springs, Park Creek, Columbine, Big Meadows and Tucker Ponds campgrounds along or within three miles of the highway. Wolf Creek Pass also accesses Wolf Creek Ski Area, the only ski area on the forest. Beaver Creek, Upper Beaver Creek, and Cross Creek campgrounds are accessed off of secondary forest roads south of Highway 160, as well as Ellwood Cabin, a historic recreational rental on Ellwood Pass (technically on the Conejos Peak District) and Fitton Cabin and Off Cow Camp cabin recreation rentals below Blowout Pass. North of highway 160, the Divide district recreation resources include Cathedral campground and the Alder Guard Station, another historic recreation rental cabin. In addition, the Divide district resources include Natural Arch and Summer Coon Volcanic Areas in the low-elevation country north of Del Norte.

### Colorado Highway 149

Colorado Highway 149 is another popular recreation corridor on the Divide District. Starting at South Fork and ending at Highway 50 near Blue Mesa Reservoir, this route is designated the Silver Thread Scenic Byway. Between South Fork and Creede, this byway accesses the Palisade campground and the gold medal fishery in neighboring Collier State Wildlife Area. Above Creede, are Marshall Park, Rio Grande, Bristol Head, Silver Thread and North Clear Creek campgrounds, as well as Ivy Creek, Thirty Mile, River Hill, Road Canyon and Lost Trail campgrounds off secondary forest roads 523 and 520. Forest Road 520 supports significant summer recreational use, taking users over the Continental Divide at Stony Pass and providing access to hiking of the popular Rio Grande Pyramid peak and fishing at Road Canyon and Rio Grande Reservoirs. The most popular recreation site on the forest is the 100-foot high North Clear Creek Falls, just off Highway 149. The Bachelor Loop and Wheeler Geologic Areas are additional unique scenic and historic features which attract visitors to the Divide District. Finally, the Divide district has issued three special use authorizations for a total of six yurts. These include one yurt in the Pass Creek area with an option for a second, two yurts in the Ivy/North Lime area, one in the Buck Creek area, and another authorized in the Fawn Lakes area.

#### Saguache Ranger District

On the northern end of the Rio Grande National Forest, the Saguache Ranger District borders the Grand Mesa, Uncompahgre and Gunnison National Forests to the north and Pike/San Isabel National Forest to the east. Served by a year-round ranger station in Saguache, many of this district's most significant recreational areas border Bureau of Land Management lands, particularly on the west edge where users find Penitente and Witches canyons and the Rock Garden. The Carnero Creek drainage contains the Poso and Storm King campgrounds, as well as the Carnero Creek Guard Station historic recreation rental. Further north along the Colorado Highway 114 corridor, is the Upper Crossing Guard Station recreation rental as well as access to Luders Creek and Buffalo Pass campgrounds. Remote Saguache Park borders the La Garita Wilderness and contains the historic Stone Cellar recreation rental and Stone Cellar Campground. North of Saguache, the Kerber Creek drainage contains the historic Brewery Creek Guard Station recreation rental and related interpretation of the historic Bonanza mining district. Along the Sangre de Cristo Mountains to the east, is the heavily used North Crestone Campground,.

### Trails

#### Continental Divide National Scenic Trail

Approximately 170 miles of the Continental Divide National Scenic Trail lies on the Rio Grande National Forest, from the forests' northern boundary with the Gunnison National Forest to the New Mexico State Line. Designated by Congress in 1978, the nature and purposes of the Continental Divide National Scenic Trail are to:

Rvsd Plan - 00000670

- provide for high-quality scenic, primitive hiking and horseback riding opportunities; and
- conserve natural, historic, and cultural resources along the Continental Divide National Scenic Trail corridor (2009 Comprehensive Management Plan).

Management of the Trail is consistent with the nature and purposes of the Trail and the 2009 Continental Divide National Scenic Trail Comprehensive Plan and any revisions.

The Continental Divide National Scenic Trail is a quiet, continuous mountain path following the backbone of the Rocky Mountains from Mexico to Canada, linking 20 designated wilderness areas, 20 national forests, three national parks, one national monument, eight Bureau of Land Management resource areas, historic and traditional cultural sites, and primitive wildlands. The Continental Divide National Scenic Trail is the highest national scenic trail, reaching the 14,270-foot summit of Grays Peak, and connects the Chihuahuan Desert of New Mexico to majestic conifer forests, remote valleys and wild, snow-capped mountains and glaciers on the way to its northern terminus in Glacier National Park. The Trail corridor provides high-quality hiking and horseback riding opportunities and other compatible nonmotorized recreation opportunities; conserves natural characteristics, including solitude, remoteness, primitive recreation, fish and wildlife habitats; and conserves historic and cultural resources. Travelers along this path experience the heart of the Rocky Mountain west: untrammeled mountains that stretch to the horizons, plunging streams, snowfields, glaciers, cobalt-blue lakes, alpine wildflowers, and quiet camping under star-studded skies. Travelers may also encounter ancient travois trails, follow the footsteps of Lewis and Clark or early Spanish explorers, trace the routes of the Apache and follow fresh tracks of grizzlies, wolves, lynx, elk, moose, mountain goats and wolverines.

### Old Spanish National Historic Trail

The Old Spanish National Historic Trail was not congressionally designated until 2002, so it is not included in the 1996 forest plan. Pioneered by Antonio Armijo in 1829 the Old Spanish Trail was a trade network with several routes that carried woolens and slaves from Santa Fe to Los in Mexico's California territory Angeles where they were traded for horses. The congressionally designated East Fork of the North Branch of the Old Spanish National Historic Trail runs through the planning area, generally following the west flanks of the Sangre de Cristo mountains through Fort Garland, north past the Great Sand Dunes and the town of Crestone and then turning west through the present day town of Saguache. From there, it winds its way over Cochetopa Pass into the Gunnison Basin. Inventory and research have occurred within the Baca Tract Special Interest Area and in the North Pass area on the Saguache Ranger District. There is at least one significant archaeological site related to the Old Spanish Trail on the Forest, called the Bunker Site north of Crestone. The Old Spanish National Historic Trail Comprehensive Management Plan is being completed at this time by the National Park Service and BLM, the designated management agencies for the trail. The plan will guide management of the trail across six states and several different management zones. Many opportunities for further research education and interpretation exist for this unique resource on the Rio Grande National Forest.

### National Recreation Trails

The Rio Grande National Forest also has two National Recreation Trails, Lost Fork and West Lost Fork on the western edge of the Divide Ranger District.

### Colorado Trail

The Colorado Trail has no official management designation. It is a long distance trail that stretches almost 500 miles from Denver to Durango, CO. About 80 miles of the Colorado Trail run through the Forest, along roughly the same route as the Continental Divide National Scenic Trail.

Rvsd Plan - 00000671

## Inventoried Roadless Areas

There are 531,000 acres of inventoried roadless areas on the Rio Grande National Forest. They are important areas that provide extensive dispersed backcountry recreation opportunities. The Rio Grande National Forest manages trails in backcountry areas for either motorized or nonmotorized uses. Management area 3.3 of the current Forest Plan provides management emphasis and prescriptions for backcountry areas. Many people place a high value of importance on roadless areas especially for their relatively undeveloped, natural condition and their value for primitive and unconfined types of dispersed recreation. Under the Colorado Roadless Rule, we are allowed to construct and reconstruct roads in 93,000 acres of their inventoried roadless areas; and these activities are prohibited in 438,000 acres of their inventoried roadless areas. The majority of the inventoried roadless area acreage where roads are prohibited on the Rio Grande National Forest has been designated as backcountry areas (management area 3.3).

## Safety

Recreation on the Rio Grande National Forest can create safety risks where there are user conflicts, deferred maintenance, or where users exceed their physical capacity. Since 1996, specific safety risks have increased; with the spruce beetle epidemic on the forest creating hazard trees, increased ATV/UTV use on forest service roads, conflicts between motorized and nonmotorized users, and our diminished capacity to maintain trail networks and deteriorating infrastructure such as bridges, roads and culverts.

The recreation opportunity spectrum tool can help us evaluate public perceptions of risk and related safety measures in various settings. Within the context of recreation opportunity spectrum, areas in primitive or semiprimitive settings (both motorized and nonmotorized) generally offer higher degrees of risk because they are more isolated and remote. The recreation opportunity spectrum as shown in Figure 1 illustrates how experience opportunities related to safety change from primitive to urban settings.

## Recreation Conflicts and Incompatibilities

There is an increased interest in providing more opportunities for motorized recreation that has fueled disagreements over the optimum allocation or extent of motorized and nonmotorized recreational opportunities on the Rio Grande National Forest.

Conflict happens when a person's expectations for his or her recreational experiences are not met. This can occur as a result of contact with another user or through disturbance from the sound or physical evidence left by another user. The potential for conflict exists among all user groups, and even among members of the same group. Whether the activity is motorized or nonmotorized, conflict often occurs over competition for space. Conflict situations may also occur from management trying to provide too many activities in one setting that result in marginal quality for all users.

### Motorized and Nonmotorized Recreation

Opponents of off-highway vehicles (including over-snow vehicles) assert that motorized vehicles damage the environment and cultural artifacts, pose safety concerns, and conflict with other forms of recreation. They also contend that staffing levels and recreation budgets are inadequate to effectively monitor motorized use and its impact on natural resources. Among environmental concerns raised by OHV critics are potential damage to wildlife habitat and land and water ecosystems; the impact of dust on winter snow melts and water supply; noise, air, and water pollution; and a diminished experience for recreationists seeking quiet and solitude and/or hunting and fishing opportunities. Critics also point to the beneficial economic impact of nonmotorized recreation on local communities.

Rvsd Plan - 00000672

By contrast, off-highway and over-snow vehicle supporters contend that using motorized vehicles allows visitors access to hard-to-reach natural areas; bring economic benefits to communities serving riders; provide outdoor recreation opportunities for the disabled, senior citizens, and others with mobility limitations; and, with snowmobiles, allow increased access to sites during winter. They assert that technological advances will continue to limit noise and pollution.

Both motorized and nonmotorized advocates want more routes and areas allocated to their use. Adding to the conflict are economic and environmental considerations, with some asserting that restrictions on motorized recreation harm local industries that serve vehicle users, and others that growth in motorized recreation damages valuable natural resources that also draw visitors to the forest and support gateway communities. Balancing the mix of motorized and nonmotorized opportunities and resolving the conflicts among users was identified in the 1996 Forest Plan and continues to challenge us.

### Snowmobiles

Snow mobiles are another source of conflict in the motorized and nonmotorized recreation debate. At this time, we allow unrestricted cross country travel by snowmobiles and nonmotorized users in all management areas except designated wilderness. Combining open, unrestricted motorized and nonmotorized use increases safety concerns. In addition, technology is advancing the capability for snowmobiles to climb steeper terrain, giving snowmobilers access to higher elevations. The 2013 Forest Plan Monitoring Report also specifically identifies potential conflict between off-road vehicles and winter wildlife (big game) range, particularly the increasing use of snowmobiles and track vehicles in or near winter range areas. Management for this resource is evolving, as management direction catches up with the popularity and technology involved in both motorized and nonmotorized over-snow travel.

## Bicycles on the Continental Divide National Scenic Trail

Another source of conflict is whether or not bicycles are compatible with the nature and purposes of the Continental Divide National Scenic Trail, which, according to the 2009 Continental Divide National Scenic Trail Comprehensive Management Plan, is to be managed primarily for high-quality hiking and horseback riding opportunities. While some consider bicycling a compatible use in some locations and under certain conditions, others feel strongly that bicyclers detract from the trail experiences that hikers and horseback riders are seeking. This conflict came to a head with a 2013 Decision Notice which would have allowed bicycle, hiker and equestrian use on a proposed 31 mile Continental Divide National Scenic Trail relocation project involving the Mesa, Uncompahgre and Gunnison National Forests, and Rio Grande National Forests. The Decision was appealed by entities opposing bicycle use on the trail. Unable to resolve the appeals, knowing that those who were in favor of allowing mountain bike use would appeal a decision that removed the use, the Forest Service withdrew the decision. The project has remained dormant since that time, but we intend to initiate discussions with key user groups this winter to see if there is a way to move forward with this project. We may allow bicycle use on the Continental Divide National Scenic Trail (16 U.S.C. 1246 c) using the appropriate trail design standards, if the use is consistent with the applicable Continental Divide National Scenic Trail unit plan and will not substantially interfere with the nature and purposes of the Continental Divide National Scenic Trail (FSM 2353.42). As of October 2015, this issue is still unresolved. However, this issue may be clarified when the Continental Divide National Scenic Trail unit plans are updated, allowing us to move forward in our management planning for this resource.

## User-created Trails and Camp Sites

Another source of conflict we manage is user-created trails and camping sites in backcountry areas. Heavy recreation from hiking and backpacking to horseback riding, bicycling and off-road motor vehicle use has resulted in unauthorized user-created trails and campsites. These trails and areas are susceptible to

Rvsd Plan - 00000673

resource damage and contribute to conflict among user groups. Unauthorized trails generally take the easiest route from one point to another and typically fail to meet Forest Service trail construction standards. Grades are often steep and alignments do not meet design standards for safety and resource protection.

## Park Creek and Cumbres / La Manga Pass

Our public engagement for Forest Plan Revision identified additional information on specific user conflicts on our Forest. In four different recreation-themed meetings, user groups identified the Park Creek corridor on the Divide Ranger District as a source of conflict between winter users, including snowmobiles and cross-country skiers accessing the Pass Creek yurt southeast of Wolf Creek Ski Area. (see meeting notes from Recreation Meeting 1- Monte Vista High School). The Cumbres/ La Manga Pass is another winter use area with conflicts between cross county skiers and snowmobilers.

## *Nature, Extent and Condition of Recreational Infrastructure and Access*

In general, the existing inventoried transportation system of roads and trails "provides the access needed for resource management and recreation use on the majority of the Rio Grande National Forest" (USDA Forest Service 2010).

**Table 5. Miles of Inventoried Roads and Trails**

| Route type | Miles, number |
|---|---|
| Inventoried national forest system roads | 2,414 miles |
| Inventoried trails | 1,366 miles, 61 trailheads |
| Roads managed for low-clearance (passenger cars) | 777 miles (32 percent) |
| Roads managed for high clearance or four-wheel drive or roads restricted for motor vehicle access | 1,643 miles (68 percent) |

According to the Rio Grande National Forest 2004 Roads Analysis Process, our forest transportation system is adequate for existing and future management needs. The Roads Analysis Process further states that "*although some additional road construction or reconstruction may be needed to provide access for Forest Plan implementation, the system provides the access needed for resource management and recreation use on the majority of the Rio Grande National Forest*". Additionally, visitors to the Rio Grande National Forest had a 90 percent satisfaction rating for overall recreational access and access sites (see the 2010 National Visitor Use Monitoring Report). However, the 2015 Transportation Analysis Project Report stated that of the 2,819 miles of existing national forest system roads (ML1 – ML5), approximately 1,532 miles, 54 percent, rated high benefit. These high benefit roads are important for Forest Service management and public use. However, 639 miles of those high benefit roads, 23 percent of total miles, are rated high risk due to resource concerns.

The overall spatial distribution and amount of access (roads, trails, parking areas, trailheads) across the forest is adequate. However, we have a maintenance backlog for many roads, trails and trailheads, indicating that we need to improve some recreational access.

## *Partnerships, Education and Volunteering*

We offer a variety of recreation-related opportunities including conservation education, interpretation, stewardship, volunteering and partnership offerings and programs.

Rvsd Plan - 00000674

We have a long history of providing education and interpretation opportunities including educational talks at schools, on-forest natural and cultural resource learning opportunities, and outdoor displays and interpretive signage.

Volunteer stewardship organizations provide an important source to educate the public about natural resources. Volunteers for Outdoor Colorado, a non-profit group, helps to coordinate and sponsor volunteer opportunities on the Rio Grande National Forest. They host and staff the Colorado Outdoor Stewardship Coalition, a statewide collaboration of nonprofit stewardship organizations and federal, state and local land managers.

We coordinate and administer a variety of volunteer and partnership agreements that focus on trails and work with partners such as the Backcountry Horsemen, the Continental Divide National Scenic Trail Coalition and the Colorado Trail Foundation. Significant volunteer and partnership coordination occurs between the Saguache County Resource Advisory Committee, the Upper Rio Grande Resource Advisory Committee, the BLM, the National Park Service, and nearby national forests (Pike San Isabel, San Juan, Gunnison, Uncompahgre, Carson).

Outfitters and guides are also important partners, helping us clear and maintain trails, monitoring conditions, sponsoring educational clinics, reporting illegal activity, restoring campsites, and assisting with search and rescue efforts.

Other important partnerships and programs include:

- The National Wilderness Stewardship Alliance, working on the formation of a new wilderness volunteer organization in the San Luis Valley
- the America's Great Outdoor initiative
- the San Luis Valley Great Outdoors Coalition developing trail systems and identifying strategies and resources for funding and sustaining recreation improvements in the San Luis Valley
- Creepers Jeepers Gang partnership through Adopt-a-Trail - trail and road work for the Como Lake Road
- Southwest Conservation Corps projects that help protect, restore and sustain recreation opportunities on public lands
- Rocky Mountain Field Institute restoration work on Blanca Peak

Partnerships and volunteering are a key element in maintaining and expanding recreation opportunities on the forest through education, collaboration and physical labor. Because our recreation funding is limited (see Fiscal Capacity), pooling resources with volunteers and other groups and agencies allows us to offer recreation opportunities on the forest that might not be possible otherwise.

### Conditions and Trends that Affect the Quality and Sustainability of Recreation Settings and Opportunities

There are conditions and trends that may affect the quality as well as the sustainability of recreation settings and opportunities on the Rio Grande National Forest; fiscal capacity, climate change, invasive species, and wildfire.

### Fiscal Capacity

Existing levels of allocated funds are inadequate to meet National Quality Standards at all developed sites and trails on the Rio Grande National Forest. National Quality Standards are national criteria that

Rvsd Plan - 00000675

establish the level of quality in terms of health and cleanliness, resource setting, safety and security, responsiveness, and condition for National Forest System trails and facilities managed at a full-service level. Our funding is tight or nonexistent for construction and renovation of facilities, operations and maintenance, planning and monitoring, and staffing programs. Our lack of fiscal capacity can lead to closures and we may be unable to maintain trails and facilities to a level that ensures environmental integrity and sustainability. The shortfall in our recreation budget is a considerable constraint that negatively affects the quality and sustainability of our recreation settings and opportunities. Securing adequate funding to maintain, construct and/or reconstruct recreation facilities and trails to National Quality Standards is not likely to improve. However, we expect concession operations, partnerships, grants, and site prioritization with management options developed through the upcoming recreation facility analysis to buffer the shortfall in our recreation budget.

## Climate Change

A Report for the Colorado Water Conservation Board, "*Climate Change in Colorado: A Synthesis to Support Water Resources Management and Adaptation",* is a synthesis of climate change science important for Colorado's water supply. The report summarizes Colorado-specific findings from peer-reviewed regional studies and presents information projecting warmer temperatures into the future. Climate models project Colorado will warm by 2.5 degrees Fahrenheit by 2025 and 4 degrees Fahrenheit by 2050, relative to a 1950-1999 baseline. Summers are projected to warm more than winters. Projections show a precipitous decline in lower elevation (below 8200 feet) snowpack across the West by the mid-21st century. Modest declines are projected (10–20 percent) for Colorado's high-elevation (above 8200 feet) snowpack. This condition or trend has implications that may affect the sustainability of water and snow based recreation opportunities on the Rio Grande National Forest. The report states that

> changes in reservoir storage affect lake and river recreation activities; changes in streamflow intensity and timing will continue to affect rafting directly and trout fishing indirectly and changes in the character and timing of snowpack and the ratio of snowfall to rainfall will continue to influence winter recreational activities and tourism.

## Invasive Species

Executive Order 13112 defines an invasive species as:

- Non-native (or alien) to the ecosystem under consideration, and

- One whose introduction causes or is likely to cause economic or environmental harm or harm to human health.

Invasive species can be plants, animals, and other organisms (e.g., microbes). Human actions are the primary means of invasive species introductions. Of primary concern on the Rio Grande National Forest is the potential for aquatic nuisance species aquatic plants and animals that invade lakes, reservoirs, rivers and streams. Examples of aquatic nuisance species are the zebra mussel, quagga mussel, New Zealand mudsnail, Asian carp or Eurasian watermilfoil. Aquatic nuisance species can also include fish pathogens and diseases, such as viral hemorrhagic septicemia or whirling disease. The zebra and quagga mussels pose a significant threat to recreation opportunities on the Rio Grande National Forest. While these species have not yet been detected on the Rio Grande National Forest, they have been identified in waters on the Pueblo Reservoir (just 130 miles of the San Luis Valley). Aquatic nuisance species such as the quagga and zebra mussels can damage boats, gear and fishing equipment and impair all forms of water based recreation.

Invasive forest pests can greatly affect the sustainability of recreation settings and opportunities on the Rio Grande National Forest. The effects may be short or long term depending on location, severity,

frequency, or duration of the forest pest outbreak and infestation. Forest pests are exotic insects that can eliminate a species of tree or defoliate an entire landscape. The Rio Grande National Forest has a long history of forest pest infestations and recurring tree kill on large portions of the forest. Of particular concern is the spruce beetle which has killed ninety percent of the mature spruce on the Rio Grande National Forest since 2008.

A recreation study conducted by Walsh et al. (1989) found that the "*recreationist's demand for trees is an essential part of the recreation setting and experience*". Based on this study, the estimated aggregate recreation demand for developed camping, primitive camping, backpacking, hiking, fishing, and picnicking decreased under all of the following conditions:

- a 15 percent reduction in the number of trees onsite;
- a 15 percent reduction in the number of trees on adjacent land; or
- a 15 percent reduction in the number of trees on distant land.

A 15 percent reduction in the average size of the trees on the recreation site also reduced demand. Either a 15 percent increase in the percentage of visible beetle damage or a 15 percent increase in the amount of dead and down trees decreases recreation demand. If 15 percent of the recreation site is a contiguous treeless area as the result of beetle infestations, recreation demand for the site decreases. A one percent decrease in the number of large specimen trees on the recreation site also decreases recreation demand.

The Walsh study and other research clearly indicate that trees are an essential part of the recreation setting. Our on-going and wide-spread beetle-kill represents a potential threat to the sustainability of some recreation settings and opportunities on the forest, especially in primitive and semiprimitive recreation opportunity spectrum settings and wilderness where the natural appearing landscape and high quality trees are an essential part of the recreation experience.

## Wildfire

Wildfire on the Rio Grande National Forest can result in structures and homes lost or damaged, high suppression costs, and damage to the natural resource base. Among negative effects to recreation, wildfires can close businesses, destroy the recreation infrastructure on which many rural communities rely and reduce the appeal of recreation and tourism in the area. Recreationists and local communities are often concerned about the effects of smoke on health and safety, as well. Depending on the severity and location of a wildfire, post-disaster recovery can come with a considerable price tag. Factors that affect forest and recreation budgets in the long-term include:

- replacing lost facilities and associated infra-structure,
- mitigating watershed and water quality, and
- restoring sensitive species and habitat.

Wildfire alters ecosystems and affects outdoor recreation opportunities, services, settings and experiences. The trend of larger-scale longer-burning fires has the potential to substantially affect the quality and sustainability of recreation settings and opportunities in both the short and long term. Little research on these impacts has been conducted.

## Recreation's Impact on Ecological Integrity and Species Diversity

Ecological integrity is diminished when the quality of habitat is degraded, the distribution and abundance of species is altered, or natural ecological processes are interrupted or degraded. Threats to ecological integrity and ecosystems from recreation, in general, include habitat damage, erosion, wildlife

Rvsd Plan - 00000677

disturbance, sources for the invasion and spread of exotic species, and human-caused wildfire. For a more detailed assessment of the potential impacts from recreation to ecological integrity and species diversity, see Assessments 1, 3 and 5.

# Recreation Demand Analysis

Our recreation demand analysis requires we consider information related to:

1. The preferences of the public and demand for specific recreation opportunities or settings.

2. The availability of recreation opportunities on other lands within the broader landscape.

3. The stated goals in approved plans or other published reports of Tribes, States, or local governments, for recreational opportunities in our plan area.

4. The social, cultural, and economic conditions or trends such as changing population demographics, traditional uses, or income levels that influence the demand for various types of recreation activities.

5. The emerging new or unique recreational trends or interests that may affect future demand for recreation in our plan area.

6. The issues or dynamics involved in social, cultural, or economic conditions that may prevent or preclude minorities and other underrepresented groups form seeking, accessing, or participating in recreational activities typically demanded by others.

## *Visitor Preferences*

## National Visitor Use Monitoring Results

National visitor use monitoring data provide information on visitor activity participation (use) and visitor satisfaction, both of which are good indicators of the types of recreation opportunities and settings that forest recreation visitors prefer. We participated in the national visitor use monitoring project in 2000, 2005 and 2010. We conducted a fourth survey cycle over the summer of 2015 when this assessment was written, but data was not yet available. Recreation use on the Rio Grande National Forest for fiscal year 2010 was 874,000 site visits[4] compared to 845,000 site visits in 2005. The Rio Grande National Forest receives low visitation in comparison to other national forests in Colorado, as shown in Figure 2.

---

[4] The entry of one person onto a National Forest site or area to participate in recreation activities for an unspecified period of time

Rvsd Plan - 00000678

Rio Grande National Forest Assessment 9
Recreation



**Figure 2. Estimated annual site visits to Colorado's national forests**

The top ten most popular activities in terms of visitor participation on the Rio Grande National Forest stayed relatively constant between 2000 and 2010, though rankings have changed over time. They include:

- Viewing natural features
- Hiking/walking
- Viewing wildlife
- Relaxing
- Downhill skiing
- Driving for pleasure
- Fishing
- Motorized trail activity
- OHV use
- Developed camping

This list of top ten activities represents the types of activities that people most frequently participate in. It does not identify visitor's preference for a main or primary recreational activity. The five most frequently listed primary activities in 2010 are downhill skiing, viewing natural features, hiking/walking, fishing, and hunting (Table 13 national visitor use monitoring). Not quite half of the visits include viewing scenery as one of the activities for the visit, although for most of them, it is a secondary activity. The top five most highly used special facilities or areas are scenic byways, forest roads, designated ORV areas, motorized dual track trails and visitor centers or museums. In 2010 visitors highest preference was for

Rvsd Plan - 00000679

overnight use of developed sites (43 percent) followed by designated wilderness (22.2 percent), undeveloped areas (18.9 percent), and day use developed areas (3.8 percent).

Overall visitor satisfaction on the Rio Grande National Forest is very high. In 2010, over 80 percent of visitors gave an overall rating of very satisfied. Another 14 percent were somewhat satisfied. Less than two percent indicated any level of dissatisfaction.

Visitors rated their perception of how crowded the Rio Grande National Forest recreation sites or areas felt to them. Crowding was reported on a scale of 1 to 10 where 1 denotes hardly anyone was there, and a 10 indicates the area was perceived as overcrowded. For day use developed sites the average rating was 5.2, overnight developed sites (5.6), undeveloped areas (4.1) and designated wilderness (3.5). These lower numbers indicate there are generally no crowding issues on the Rio Grande National Forest.

National visitor use monitoring results for any single year or season may under- or over-represent some groups of visitors. Unusual weather patterns, major fire closures, or unanticipated pulses or lapses in visitation are not incorporated into the sampling framework. There are limitations to national visitor use monitoring as a tool to gather accurate recreation data on the Rio Grande National Forest, particularly in regard to the significant local Hispanic community. We know that the local Hispanic user groups are underrepresented in the national visitor use monitoring survey process due to general suspicion of surveys and survey locations. Further, we have found that the survey has no clearly defined Hispanic category so many respondents end up labeled as white.

## Recreation Trends

### National Trends

The national assessment report, *Outdoor Recreation Trends and Futures* (Cordell 2012), is one of several USDA Forest Service reports done for the 2010 Renewable Resources Planning Act Assessment. The objectives of the *Trends and Futures* assessment report include a review of past trends in outdoor recreation participation and also include providing projections of outdoor recreation participation out to the year 2060.

One overriding national trend is quite evident: the mix of outdoor activities chosen by Americans and the relative popularity of activities overall have been evolving over the last several decades. One general category of activity that has been showing growth in the first decade of the 21st century is nature-based recreation. Between 2000 and 2009, the number of people who participated in nature-based outdoor recreation grew by 7.1 percent and the number of activity days grew about 40 percent. Among types of nature-based recreation, motorized activities showed growth up to about 2005, but then ended up toward the end of the 2000-2009 decade at about the same level as in 2000. The trend in hunting, fishing, and backcountry activities remained relatively flat during this period. Various forms of skiing, including snowboarding, declined during this decade. The clear growth area was within the overall group of activities oriented toward viewing and photographing nature. Generally, outdoor recreation activities are projected to grow in number of participants out to 2060. Population growth is projected to be the primary driver of growth in number of adult participants.

There is a distinct trend and growth in the overall group of nature-based activities named "viewing and photographing nature." Substantial growth occurred in both participants and annual days for five nature-based viewing and photography activities: viewing birds, other wildlife (besides birds), fish, wildflowers/trees and other vegetation, and natural scenery.

The top five activities in terms of growth of number of participants are developed skiing, other skiing, challenge activities, equestrian activities, and motorized water activities. The lowest rates of participant

Rvsd Plan - 00000680

growth are visiting primitive areas, motorized off-road activities, motorized snow activities, hunting, fishing, and floating water activities. At the same time, a number of activities are projected to decline in per-capita adult participation rates.

Human-powered snowsports are the fastest growing segment of winter recreation and include backcountry skiing, alpine touring, snowshoeing and cross-country skiing. The Outdoor Foundation's 2013 *Outdoor Recreation Participation Report* found that over the previous five years national participation in telemark skiing increased by 87 percent with a 13 percent increase in the past 3 years. The number of participants in undeveloped skiing is projected to increase by 55 to 106 percent by 2060 (Cordell 2012).

Declining or less popular recreation activities include snowmobiling, with participation decreasing over the past decade; and in 2011, fishing trips declined by about 10 percent to 840 million trips during the year. Fishing is often seen as a gateway activity that leads to other outdoor recreation, such as boating and hiking. Just over 5 percent of Americans participated in any type of hunting (rifle, shotgun, handgun and bow). The average hunter went on 34 outings annually for a total of 61.3 million outings.

Across the nation, horseback riding on trails continues to stay steady in the number of recreation days but fell slightly in number of participants over the past decade. Just over 16 million people (6.8 percent of the US) ride horses on trails. The average participant rides 16.3 days annually on a trail.

## State Trends

The 2014 Statewide Comprehensive Outdoor Recreation Plan (SCORP) for Colorado identifies outdoor recreation trends and issues to identify demands for outdoor recreation.

Colorado offers a vast array of recreational opportunities including hiking, boating, fishing, camping, horseback riding and motorized recreation. About 66 percent of all Colorado residents recreate outdoors at least one day a week, and 60 percent of Coloradans are likely to increase their participation in outdoor recreation over the next five years. Walking, hiking, backpacking and picnicking make up the three most popular outdoor recreation activities, with fishing ranking a close fourth. Most of the outdoor recreation in the state (75 percent) takes place in the North Central, Metro, and in the Northwest regions of the state. Residents from the Southwest Region are the least likely to travel to other regions for recreation.

Similar to national trends, hiking, jogging, camping and wildlife viewing are also popular activities in Colorado. Tent camping is the most popular overnight accommodation. Thirty-six percent of all Coloradans fish. Almost 16 percent of residents participate in hunting; 12 percent of Coloradans hunt for big game.

Considering all the activities identified in the Statewide Comprehensive Outdoor Recreation Plan, 80 percent of trips taken for outdoor recreation are day outings. However, one notable trend is the increasing number of Colorado overnight visitors who originate from within the state. About 40 percent of overnight visitors originated from instate in 2011, up from just over 20 percent in 1992. Tent camping is most preferred (43 percent), followed by hotel/motel stays (32 percent), then RV camping (18 percent).

In terms of services, 50 percent of residents prefer basic services, such as toilets, shelters, running water and picnic areas in outdoor recreational areas as opposed to more developed areas (with concessions and guided tours) and areas that do not offer any services. There is a trend towards fewer services and away from developed services from 2007 to 2013.

Rvsd Plan - 00000681

## Recreation Opportunities on the Broader Landscape

The availability of recreation opportunities on other lands within the Rio Grande National Forest broader landscape is extensive. The Rio Grande National Forest is bordered by several other national forests (Pike San Isabel, San Juan, Gunnison, Uncompahgre and Carson), all of which offer a wide variety and abundance of recreation settings and opportunities. These national forests also contain an abundance of special interest areas and designated wilderness.

There are also recreation opportunities within the broader landscape on neighboring federal lands, including the Bureau of Land Management, U.S. Fish and Wildlife Service and National Park Service. These lands offer a variety of nonmotorized and motorized recreation opportunities as well as various settings for dispersed and developed recreation. The BLM's San Luis Valley's Field Office has myriad recreation opportunities ranging from camping and hiking to bird watching and rock climbing. There is a growing network of multi-use motorized and nonmotorized trails at the BLM's Limekiln Trail Area. The BLMs Penitente Canyon also offers many popular climbing routes, as well as miles of single track trails and multiple riding loops. The BLM's Blanca Wetlands complex also offers hiking and birding.

The Great Sand Dunes National Park and Preserve contains the tallest sand dunes in North America. Recreation opportunities are primarily for hiking and sightseeing, and lodging is available by on-site camping or through the Nature Conservancy's neighboring Zapata Ranch. The San Luis Valley Refuge Complex includes the Alamosa, Monte Vista and Baca National Wildlife Refuges and attracts significant visitation each year, particularly tied to the Sandhill crane migration in March and October.

Colorado Parks and Wildlife has a significant recreation presence both on and off the Rio Grande National Forest. Popular areas include San Luis Lake State Park, Dome Lakes, Russell Lakes, Shriver-Wright, Higel, Hot Creek, La Jara and Coller State Wildlife Areas.

Other popular areas within the broader landscape for recreation opportunities include:

- The small town of Bonanza - popular destination for ATV trail riding
- Orient Mine - bat flight viewing and hiking
- Sangre de Cristo National Heritage Area – cultural interpretation and learning opportunities
- Smith Reservoir – fishing, swimming, multiple water sports
- Mountain Home Reservoir – fishing, swimming, multiple water sports

## State and Local Planning

The 2014 Colorado Statewide Comprehensive Outdoor Recreation Plan identifies statewide outdoor recreation priority areas to focus attention and energy over the next five years. These priority areas are:

- Outdoor Education
- Funding and Financial Sustainability
- Integration of Outdoor Recreation Interests
- Healthy Lifestyles and Communities
- Stewardship

The San Luis Valley Great Outdoors is a regional, cooperative initiative to create a long-term plan for increasing physical activity and access to trails and recreation in the San Luis Valley. This initiative, spearheaded by the San Luis Valley Great Outdoors Coalition, is a partnership among counties,

Rvsd Plan - 00000682

municipalities, interested organizations and federal, state and local land management agencies and includes the Rio Grande National Forest. Efforts to holistically approach trail and recreation development in the San Luis Valley began in 1996 with the development of the Great San Luis Valley Trails and Recreation Master Plan. Building on the 1996 Master Plan and inspired by the America's Great Outdoors initiative launched by President Obama in 2010, the San Luis Valley Great Outdoors Coalition brings partners from all reaches of the San Luis Valley together in developing a framework for improving, sustaining and promoting outdoor recreation opportunities.

The 2014 *San Luis Valley Trails and Recreation Plan* lays the foundation for improving the San Luis Valley's outdoor recreation opportunities and for enhancing promotions of the region's varied recreational resources over the course of the next ten years. With this master plan, the San Luis Valley Great Outdoors Coalition provides the Valley's counties and communities a set of tools and strategies for enhancing the quality of life for residents through outdoor recreation while also attracting more tourism. This master plan is designed to serve as a road map that the San Luis Valley Great Outdoors Coalition, its partners and San Luis Valley residents can use to increase awareness of the region's recreation resources and increase exploration and enjoyment of the San Luis Valley's outdoors.

### *Social, Cultural and Economic Conditions or Trends*

### Population trends

The San Luis Valley has seen a slight increase in population since the 1996 Forest Plan, from 40,207 in 1990 to 46,780 in 2013. Within a land mass of over 8,000 square miles, the region averages only 5.6 people per square mile. Most of this population is concentrated near Alamosa on the Valley floor (see San Luis Valley Statistical Profile, San Luis Valley Council of Governments, April 2015). The State of Colorado, however, has seen explosive growth since 1996 and that regional population growth will likely drive more visitors to the Rio Grande National forest over the next twenty years. Colorado's population is forecast to grow 1.5 percent per year over the next five years increasing to over 7.7 million by 2040, with the greatest growth projected in the metropolitan Front Range counties, western slope counties such as Eagle, Garfield and Mesa counties, and other mountain counties such as Summit and Lake Counties. Extension of the urbanized landscape is likely to occur in Front Range communities, and high growth is expected near other existing population centers in Colorado, such as Glenwood Springs, Pueblo and Grand Junction. The human-dominated landscape in these areas should increase while areas available for outdoor recreation should decrease, pushing visitors to more distant recreation opportunities like the Rio Grande. The Hispanic, Black, Asian, and other minority share of the Colorado's total population are predicted to increase from close to 30 percent in 2010 to over 40 percent by the year 2040. Also by 2040, all counties within the Rio Grande National Forest planning area should have population growth ranging between one percent and 3 percent or greater growth. Increased population growth should increase demand for all forms of outdoor recreation.

While Colorado is expected to see an increase in the population among all age cohorts, there are two notable demographic trends that are important to recognize. First, Colorado is experiencing growth in members of the population over age 65. By 2030, Colorado's population of citizens age 65 and older is predicted to be 150 percent larger than it was in 2010, increasing from 540,000 to 1,350,000 just as a result of aging. While many members of the baby boomer generation are choosing to work past age 65, it is anticipated that approximately one million workers will age out of the workforce over the next 20 years. This segment displays a strong interest in an active lifestyle and travel during retirement, which may lead to an increased interest in trails, hunting, fishing, bird and wildlife watching and other activities among residents and nonresident visitors.

Rvsd Plan - 00000683

While this trend stands true for Colorado as a whole, the San Luis Valley is not experiencing this, at least not in year-round relocation of individuals over 65. Although summer visitation through the region may reflect the state-wide trend, long, cold winters and the high elevation of the Valley floor makes the region an unlikely retirement community. Crestone, South Fork and potentially Del Norte are communities bordering the Rio Grande National Forest which may attract a year-round retirement population. Generally, however, the San Luis Valley is like much of rural America, where the majority of the population is either very young or very old, with a significant out-migration of young adults to the bigger cities during their working years.

A second major demographic trend across the U.S. and Colorado is the growth of the Hispanic population. At the national level, the number of Hispanics increased 43 percent from 35.3 million in 2000 (13 percent of total population) to 50.5 million in 2010 (16.3 percent of total population). In Colorado, where Hispanics are the state's most populous minority group, the Hispanic population increased by 41 percent from 735,000 to more than 1 million between 2000 and 2010. The San Luis Valley includes a number of communities with significant Hispanic immigrant populations tied to the agricultural workforce, primarily in Rio Grande and Saguache Counties.

While notable, the projected increase in the Hispanic population will build on an already significant Hispanic population in the San Luis Valley which dates to the mid-19[th] century and Mexican-Colonial settlement. Unlike other forests in Region 2, parts of the Rio Grande National Forest have been used by Hispanic families since before Colorado was a state and before the forest was withdrawn into the federal domain (see Cultural and Historical Assessment 11). California-based studies on the culture-specific patterns and expectations of Hispanic outdoor recreation participants do not fully represent the ancestral Hispano users on the Rio Grande National Forest because this unique group is rural rather than urban, is not mono-lingual and is not tied to an immigrant experience.

California studies do indicate a number of key findings. For one, Hispanics frequently report having one day off from work per week, resulting in primarily day-use visits to outdoor recreation sites. Hispanics also place strong emphasis on spending time with their families (both nuclear and extended), and consider leisure time an important contribution to family bonding. Studies indicate the average group size of Hispanics at outdoor recreation sites is 8 to 15 people, with some groups numbering more than 100 people. Another interesting characteristic of Hispanics at outdoor recreation sites is their approach to picnicking, which can be a 6- to 10-hour long activity during which many meals are cooked from scratch. The length of picnicking may result in relatively low turnover at picnic sites.

Another overall cultural trend is that different segments of society choose different types and levels of participation in different mixes of outdoor activities. The 2010 national survey assessment report (USDA Forest Service 2010), found that viewing and photographing nature was higher among people with higher education, higher incomes, non-Hispanic Whites, people ages 35 to 54, those having some college to post graduate education, and those earning more than $50,000 per year. For backcountry activities, participation was highest among males, Whites, Native Americans, people under 55 years, people well-educated with higher incomes, and rural residents. Participation in hunting, fishing and motorized outdoor activities was higher among rural, non-Hispanic White males with middle-to-high incomes. Nonmotorized boating activities and skiing/snowboarding participation tended to be greater for younger, non-Hispanic White urban males with higher incomes and education levels.

## Economic Trends

Economic conditions can heavily influence growth rates and participation in recreational activities. The San Luis Valley is one of the poorest regions in Colorado (see Socio-economic Assessment 6). Residents travel long distances to employment hubs like Alamosa and spend a disproportionate part of their income

Rvsd Plan - 00000684

on food and fuel, including gasoline for their vehicles and propane to heat their homes. Gasoline prices have an almost direct effect on forest visitation, unless that visit is tied to a subsistence activity like gathering firewood or hunting or fishing. Some would argue, therefore, that those same subsistence activities are recreational uses.

Based on findings from the 2010 national assessment report on recreation and the environment social, cultural and economic trends indicate that outdoor recreation participation will continue to grow and change in the future. Changing demographics, lifestyles, reliance on digital technologies, economic fluctuations (e.g., from rapid growth in the 1990s to recession in the last half of the 2000s), changing landscape and natural land base, globalization, and population growth are the primary drivers for changes in outdoor recreation.

Supply factors such as proximity and availability of recreation resources are important in determining whether and to what degree individuals recreate. Previous research has shown that the amount of outdoor recreation settings or opportunities available to an individual will affect the individual's choice and intensity of participation in given activities. For example, whether and how often an individual partakes in winter activities such as skiing and snowmobiling can in part be explained by the proximity and amount of snow opportunities (Bowker 1999).

## Emerging or Unique Recreation

Coloradans use advances in technology and transportation to expand their outdoor experiences, allowing them to go further and faster than ever before. The expanding technology related to over snow vehicles is advancing the ability and extending the uses of snowmobiles resulting in crossover machines that go faster, are more comfortable and capable of reaching farther and farther into off-trail backcountry areas where before they couldn't go. Hybrid snowmobile/backcountry skiing adventures are becoming more popular. The use of fat tire bikes is a popular new winter recreation activity. Traditional winter resort areas are increasing summer tourism by adding summer resort activities such as mountain bike trails. In addition, the internet has increased access to information about recreation opportunities and has allowed people to virtually visit public lands. Geo-caching is one example of a high-tech adventure game that is increasing in popularity and merges the internet with outdoor recreation.

## Recreation Participation Issues Related to Underserved Groups

The national visitor use monitoring is used to help recreation managers understand the profile of visitors and those who may be disadvantaged or underserved. The national visitor use monitoring provides descriptions of forest recreational visits based upon the characteristics of interviewed visitors (respondents) and expanded to the national forest visitor population. Basic demographic information about visitors is used to identify underserved populations based on gender, race/ethnicity, and age. Demographic results from the national visitor use monitoring (2010) show that the majority of visits on the Rio Grande National Forest come from white males (67 percent) and just less than one-third of visits are made by females (32 percent). White Caucasians account for 96 percent of visits while Native Americans are the most common racial minority (3.6 percent). Also according to national visitor use monitoring, Hispanics account for almost 12 percent of visits. Just over 14 percent of visits are made by children under the age of 16 and people aged 60 and over account for a little more than 20 percent of all visits.

During the Forest Plan Revision public engagement process, it became clear that national visitor use monitoring as a planning tool for the Rio Grande National Forest has significant limitations because we know that many local forest users do not participate in these surveys (see Conejos County Clean Water meeting notes). While the survey data shows Hispanics accounting for 12 percent of visits, the overall San Luis Valley population is 46.7 percent Hispanic and forest boundary counties of Alamosa, Saguache, Rio

Rvsd Plan - 00000685

Grande and Conejos are all over 40 percent Hispanic (see <u>San Luis Valley Statistical Profile</u>, San Luis Valley Council of Governments, April 2015).

The travel distances for visits to the Rio Grande National Forest are either quite short or quite long. About 24 percent of visits are made by people living within 50 miles of the forest; however, over 37 percent travel more than 500 miles. Very few visitors come from distances between 50 and 100 miles. Based on the survey data, fewer people living in local communities (within 50 miles of the forest) visit the forest than those living farther away. This data is contrary to comments we received at meetings during our Forest Plan Revision Public Engagement Process. The counties containing lands covered by the Rio Grande National Forest generally have high unemployment and low per capita income; which are indicators that these populations recreate close to home. We believe that local use is not accurately captured in our data, skewing the results. We feel this may be due to local user's general mistrust of surveys and data collection sites being associated with fee-collection facilities that are not used by locals.

Based on the national visitor use monitoring data, underserved groups on the Rio Grande National Forest include females, minorities (Hispanics, Native Americans), youth under the age of 16, seniors (people aged 60 and over) and low income families. Any research to identify issues or dynamics related to the specific social, cultural or economic conditions that may be constraining, preventing or precluding how particular disadvantaged or underserved groups seek, access, or participate in recreational activities on the Rio Grande National Forest is scarce to non-existent. We have taken information and findings from *"Outdoor Recreation Trends and Futures: A Technical Document Supporting the Forest Service 2010 RPA Assessment"* (Cordell 2012) to identify constraints to participation by the underserved groups that recreate on the Rio Grande National Forest.

## Females

Among females ages 16 to 20, indoor fitness overtakes outdoor recreation as the preferred physical activity, and it remains the most popular form of activity throughout life. Fear of attack and harassment also represent very real psychological constraints to women's pursuit of outdoor recreation. Women are likely to feel apprehensive about camping or hiking alone in remote areas because of fear of attack, rape or other sexual harassment.

## Minorities

In comparing the results of Blacks, Asian/Pacific Islanders, and Hispanics considerable overlap appears to exist in their perceived constraints to recreation participation. Minority groups felt constrained from participating in their favorite recreation activities for the reasons of *not enough time because of work, safety problems, can't understand the language,* and *feel afraid in forests.* A lack of culturally appropriate and bilingual messaging is often the most significant barrier to increased participation by some minority groups.

This generality fails to capture the long tradition among the ancestral Hispano community in the San Luis Valley of using the Rio Grande National Forest at a subsistence level where safety and language barriers are not an issue.

## Youth

Barriers that prevent youth from participating in outdoor recreation include both personal interests as well as logistical barriers. Youth participation and interest in sports is higher than in outdoor recreation activities. This higher interest in organized sports influences and constrains the amount of time available for outdoor recreation activities on forests and other natural areas. Technology is considered a barrier in that youth are often more interested in playing video games and watching TV than playing outdoors.

Rvsd Plan - 00000686

There is often a general lack of knowledge about the types and location of outdoor recreation opportunities available to youth. Not knowing what to expect coupled with perceptions of safety and costs often prevent parents from letting their children become more involved in outdoor recreation.

A lack of community and forest based outdoor programs also impacts the types of activities and the frequency that youth participate in outdoor recreation. Teaching children and teens about natural resources and outdoor recreation resources in their own community and local national forest is a jumping off point to increased participation. Trips that take kids on life changing adventures to more distant parks, open spaces and outdoor recreation areas are most often made possible through sponsored programs. Such programs create a sense of family, a safe and fun environment, and opportunities for partnerships.

## Seniors

For seniors, inaccessible infrastructure and a lack of opportunities that enable senior adults to continue to engage in outdoor recreation constrains recreation participation.

## Low Income Families

Generally, national studies have found that lower income households feel more constrained for the following reasons, *don't have enough money, health reasons, inadequate transport, no one to do activities with, feel afraid in forests, pollution problems, outdoor pests, feel unwelcome or uncomfortable, can't understand the language, physically limiting condition, and household member has a disability*. These results indicate that people with lower incomes feel more constrained than all other groups. The least mentioned constraints are poorly maintained areas and crowded activity areas. In general, the setting has little influence on perceived constraints (Cordell 2012).

## Communities of the Rio Grande National Forest

These national findings do not accurately reflect the communities surrounding the Rio Grande National Forest, which are some of the poorest communities in Colorado. The median household income in the San Luis Valley is $35,634 compared to the state average of $58,433 (see San Luis Valley Statistical Profile, San Luis Valley Council of Governments, April 2015). While many local users of the Rio Grande National Forest fall within the low-income category, they do not fit the profile of national studies because they have grown up on and know the forest intimately, and combine their recreational activities like fishing and picnicking with subsistence activities like fire-wood gathering.

We need to find better and more accurate tools to identify and distinguish between the different types of Hispanic users on our forest, where we have first generation urban immigrants and multi-generational families whose presence pre-dates the forest.

## Large-scale Issues

Further research and study of race/ethnicity and the dynamics and issues affecting recreation by underserved groups is needed. The primary gaps or areas of concern for future research are (1) a more thorough investigation of the role of language as a cultural marker and determinant, (2) the role that value systems play in race/ethnicity and recreation participation, and (3) a more critical examination of White hegemony (i.e., participation domination) and racial discourse as it relates to the recreation participation context (Chavez et al. 2008).

### *Regional, National, or International Significance*

National visitor use monitoring visitor use data indicates very little international visitation to the Rio Grande National Forest. Overall, national visitor use monitoring data for 2010 indicated that recreation

Rvsd Plan - 00000687

use on the forest was low with only 874,000 site visits[5]. When compared to other national forests in the region (the White River, San Juan, Pike San Isabel, Medicine Bow/Routt, Grand Mesa Uncompahgre Gunnison and the Arapaho Roosevelt), the Rio Grande National Forest had the lowest visitation of all as shown in Figure 2 (see the Recreation Demand Analysis section of this report). Likewise, visitor use data showed little use on a national scale as fewer than 16 percent of the visits to the Rio Grande National Forest originated outside the state of Colorado. Overwhelmingly, visitation to the Forest came from within the state of Colorado (over 84 percent).

## Potential to Offer New Sustainable Recreation Opportunities

The 2012 Planning Rule emphasizes sustainable recreation as an important multiple use and as a contributor to social and economic sustainability. Direction for sustainable recreation[6] emphasizes that planning should identify, evaluate, and provide a set of recreational settings, opportunities and access for a range of uses, recognizing the need for that set to be ecologically, economically, and socially sustainable over time. To be sustainable, the set of recreational settings, opportunities and access must be compatible with other plan components including those components that provide for ecological sustainability, be designed to address potential user conflicts among recreationists, and be within the fiscal capability of the planning unit (FSH 1909.12 Chapter 20 at 23.22b).

Perhaps the biggest challenge for existing and new sustainable recreation opportunities on the Rio Grande National Forest is fiscal capability. The current levels of appropriated funding are inadequate to meet National Quality Standards for many of our existing developed sites and trails on the Rio Grande National Forest. Our levels of funding for recreation are not likely to improve. However, we have the potential to increase fiscal capacity by working more with partners and volunteers, and by increasing our collaboration with state and local agency planning efforts to expand sustainable recreation opportunities, which requires long-term commitment on our part to community engagement and collaboration. Aligning our programs and funding with efforts such as the Colorado Statewide Comprehensive Outdoor Recreation Plan and the San Luis Valley Great Outdoors Master Plan could be beneficial. Without adequate funding, it will be increasingly important for the Rio Grande National Forest to connect and rely on multiple partners and volunteers.

It is important to realize that we cannot meet all demand for recreation placed on us by a growing population due not only to fiscal capability, but also because of potential impacts of recreational use on other forest resources such as ecological integrity and species diversity. However, by using the recreation opportunity spectrum framework, we can manage recreation settings to provide a set of diverse opportunities that range from highly developed, to less developed and more remote settings.

As we develop the revised Forest Plan, we will use the recreation opportunity spectrum to consider the sustainability of recreation settings, opportunities and access in an integrated and comprehensive fashion. We will identify a set of recreational settings, opportunities and access that is compatible with other plan components, especially those that provide for ecological sustainability. We will use long term monitoring to ensure the forest has the ecological capability to sustain recreation opportunities and meet new demand.

### *Recreation's Contribution to Social, Economic and Ecological Sustainability*

Americans make over 170 million visits to national forests and grasslands each year. The Rio Grande National Forest had 874,000 visits in 2010. These visits provide an important contribution to the

---

[5] The entry of one person onto a National Forest site or area to participate in recreation activities for an unspecified period of time
[6] Sustainable recreation is defined as "*the set of recreation settings and opportunities on the National Forest System that is ecologically, economically, and socially sustainable for present and future generations". (36 CFR 219.19)*

Rvsd Plan - 00000688

economic vitality of rural communities as spending by recreation visitors in areas surrounding national forests amounts to nearly 11 billion dollars annually. Visitors who live more than 50 miles from the forest account for the bulk of these contributions; they spend about $5 billion annually. As visitor spending ripples through the US economy, it contributes a little more than $13 billion to the gross domestic product, and sustains about 190,000 full and part time jobs. On the Rio Grande National Forest, almost a quarter of the visits are made by local area residents on a day trip away from home. A bit more than 30 percent of the visits are from non-local residents who are in the area for multiple days, but are spending the night in lodging facilities off of National Forest System lands. The relatively high proportion of non-local visits, and especially non-local overnight visits, is a major reason that per party spending amounts are somewhat higher than the national average. For the Rio Grande National Forest, about half of the visiting parties spend over $200 per party per visit (National Visitor Use Monitoring 2010).

Recreation contributes to the Rio Grande National Forests sense of place and national identity which is enhanced by the many special places, historic sites and breathtaking landscapes that represent the abundant natural and cultural resources of the area. Especially important are the abundant backcountry semiprimitive and wilderness settings on the Rio Grande National Forest. Semiprimitive settings outside of wilderness are relatively rare on many national forests so these settings are especially important

Our recreation planning and management on the Forest contributes to ecologic sustainability through our design of recreation trails and facilities. Our recreation planning includes how to best design, manage, and interpret settings to foster public appreciation, understanding, respect, behaviors, and partnerships that contribute to the stewardship of the forest. Our recreation managers work with other resource managers, researchers, botanists, pathologists, ecologists, and other scientists to help develop policies and procedures that help sustain and protect the environment.

Recreation contributes to human and community benefits that accrue from recreation participation such as improved physical and mental health, family cohesion, social integration, civic engagement, child development, economic stimulation, work productivity, and promotion of environmental resource stewardship and conservation ethic.

Rvsd Plan - 00000689

# References

Bowker, J.M.; English, D.B.K.; Cordell, H.K. 1999. Outdoor recreation participation and consumption: projections 2000 to 2050. In: Cordell, H.K.; Betz, C.J.; Bowker, J.M. [and others]. Outdoor recreation in American life: a national assessment of demand and supply trends. Champagne, IL: Sagamore Press, Inc.: 323–350.

Chavez, Deborah J.; Winter, Patricia L.; Absher, James D., eds. 2008. Recreation visitor research: studies of diversity. Gen. Tech. Rep. PSW-GTR-210. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station.

Clark, R., and Stankey, G. 1979. The Recreation Opportunity Spectrum: A Framework for Planning, Management, and Research. USDA Forest Service General Research Paper PNW-98.

Cole, David N. 1989. Wilderness Campsite Monitoring Methods: A Source Book. USDA General Technical Report INT-259. April 1989, Page 37.

Colorado Department of Natural Resources. 2008. Climate Change in Colorado: A Synthesis to Support Water Resources Management and Adaptation. Colorado Water Conservation Board.

Colorado Parks and Wildlife. 2014. The 2014 Colorado Statewide Comprehensive Outdoor Recreation Plan. Retrieved on Nov. 03, 2014 from http://cpw.state.co.us/aboutus/Pages/SCORP.aspx

Cordell, H. K. 2012. Outdoor Recreation Trends and Futures: A Technical Document Supporting the Forest Service 2010 RPA Assessment. A Recreation Research Report in the Internet Research Information Series (IRIS). Retrieved on Nov. 03, 2014 from; http://warnell.forestry.uga.edu/nrrt/nsre/IrisReports.html.

Cordell, H. K. 2008. Outdoor Recreation Activity Trends: What's Growing, What's Slowing? A Recreation Research Report in the Internet Research Information Series (IRIS). Retrieved on Nov. 03, 2014 from; http://warnell.forestry.uga.edu/nrrt/nsre/IrisReports.html.

Cordell, H. K. & Betz, C. J. 2008. Demand for Nature-based Outdoor Recreation Continues Its Growth and Popularity". A Recreation Research Report Internet Research Information Series (IRIS) Series. Retrieved on Nov. 03, 2014 from: http://warnell.forestry.uga.edu/nrrt/nsre/IrisReports.html.

Cordell, H.K., Betz, C.J., Bowker, J.M., English, D.B.K, Mou, S.H., Bergstrom, J.C., Teasley, R.J., Tarrant, M.A., & Loomis, J. 1999. Outdoor recreation in American life: A national assessment of demand and supply trends. Champaign, IL: Sagamore Publishing.

Daniels, S. and R. Krannich. 1990. The Recreation Opportunity Spectrum as a Conflict Management Tool. Social Science and Natural Resource Management. Boulder, CO, Westview Press: 165-179.

English, D. B. K., Marcouiller, D. W., & Cordell, H. K. 2000. Tourism Dependence in Rural America: Estimates and Effects. Society & Natural Resources, 13, 185-202.

Graefe, D. A., Schuster, R. M., Green, G. T., & Cordell, H. K. 2009. Management Implications of Changes in Recreation Activity Motivation Across Physical Settings. Proceedings of the 2009 Northeastern Recreation Research Symposium (General Technical Report. NRS-P-66). Portland, OR: United States Department of Agriculture Forest Service. Retrieved Nov. 05, 2014 from: http://www.nrs.fs.fed.us/pubs/gtr/gtr-nrs-p-66papers/36-graefe-p-66.pdf.

Rvsd Plan - 00000690

Outdoor Foundation, The. 2013. Outdoor Recreation Participation Report. Retrieved on Nov. 03, 2014 from www.outdoorfoundation.org.

Martin, S., J. Marsolais, et al. 2009. Visitor perceptions of appropriate management actions across the recreation opportunity spectrum. Journal of Park and Recreation Administration 27: 56-69.

San Luis Vally Coalition. 2014. San Luis Valley Trails and Recreation Plan. Retrieved on Nov. 13, 2014 from http://slvgo.com/

USDA Forest Service. 1982. ROS Users Guide.

USDA Forest Service. 1986. 1986 ROS Book.

USDA Forest Service. 1990. ROS Primer and Field Guide.

USDA Forest Service. 2000. National Visitor Use Monitoring Survey for the Rio Grande National Forest. Retrieved Nov. 13, 2014 from: http://apps.fs.usda.gov/nrm/nvum/results/U0801101.aspx/Round2

USDA Forest Service. 2003. National ROS Inventory Mapping Protocol.

USDA Forest Service. 2004. Roads Analysis Report Rio Grande National Forest.

USDA Forest Service. 2005. Monitoring and Evaluation Report Rio Grande National Forest, Colorado. USFS Rocky Mountain Region – Region Two.

USDA Forest Service. 2005. National Visitor Use Monitoring Survey for the Rio Grande National Forest. Retrieved Nov. 13, 2014 from: http://apps.fs.usda.gov/nrm/nvum/results/U0801101.aspx/Round2

USDA Forest Service. 2007. Recreation Facility Analysis 5-year Proposed Program of Work and Programmatic Results of Implementation - Rio Grande National Forest.

USDA Forest Service. 2010. Framework for Sustainable Recreation.

USDA Forest Service. 2010. National Visitor Use Monitoring Survey for the Rio Grande National Forest. Retrieved Nov. 13, 2014 from: http://apps.fs.usda.gov/nrm/nvum/results/U0801101.aspx/Round2

Walsh, R.G.; Jon, K.H.: McKean, J.R; Hof, J. 1989. Recreation and the Demand for Trees in National Forests in the Colorado Front Range and the Mountain Pine Beetle. Journal of Leisure Research. 21: 140-156.

Rvsd Plan - 00000691

# Appendix A - ROS Definitions and Characteristics

The recreation opportunity spectrum is a systems oriented approach that recognizes each distinct set of recreation settings and opportunities provided on a given National Forest is part of a larger system of recreation settings and opportunities that contributes to the diverse needs and demands of all National Forest visitors as a whole. Recreation setting is defined as:

> The social, managerial, and physical attributes of a place that, when combined, provide a distinct set of recreation opportunities. The Forest Service uses the recreation opportunity spectrum to define recreation settings and categorize them into six distinct classes: primitive, semiprimitive-nonmotorized, semiprimitive motorized, roaded natural, rural, and urban. (36 CFR 219.19)

Not everyone visiting forested landscapes prefer similar settings, are looking for comparable experiential outcomes, or desire the same activities and equivalent benefits. Some people desire an emphasis on undeveloped, remote recreation settings while others desire more development and less isolation or remoteness. Consequently, recreation opportunity spectrum places an emphasis on providing visitors the opportunity to participate in a specific recreation activity in a particular recreation setting to enjoy their choice of desired recreation experiences and other benefits that accrue. A recreation opportunity setting includes features provided by nature or deliberately created by management practices and activities.

The recreation opportunity spectrum defines six recreation opportunity classes that provide different settings and opportunities for recreational visitors; primitive, semiprimitive-nonmotorized, semiprimitive motorized, roaded natural, rural, and urban. Where necessary, sub-classes and seasonal variations are established to reflect local and Regional conditions as long as they fit within the six major classes. By providing and maintaining a spectrum of recreational settings, a broad segment of the public can find quality recreational opportunities for a variety of motorized and nonmotorized recreational activities. Changes in a national forest's mix of recreation opportunity spectrum classes affect the recreational opportunities offered (USDA Forest Service, ROS Book 1986). Figure 1. Rio Grande National Forest recreation opportunity spectrum map on page 7 displays each of the six distinct recreation opportunity spectrum classes.

The recreation opportunity spectrum classes have different social, managerial and physical attributes. The physical, social and managerial attributes of settings are used to determine the recreation opportunity spectrum class for an area and include: remoteness (distance from the sights and sounds of humans), size (vastness of a relatively undeveloped area) naturalness (visual evidence of human-induced environmental modification), visitor interaction (amount of interaction or contact between individual visitors or groups), visitor management (degree and noticeability by which visitors' actions are regulated, regimented or controlled) and site management (the amount or degree of on-site modification (vegetation manipulation, landscaping, etc.) and the level or scale of development of constructed features (access sites, parking areas, campgrounds, trails, administrative facilities, buildings and other structures).

For over-all forest planning purposes, recreation opportunity spectrum is primarily used to:

- Describe and identify the current existing inventory and spatial distribution of recreation opportunity spectrum settings (supply)
- Describe and identify the desired recreation opportunity spectrum settings toward which management of a new or revised Forest Plan is to be directed

A recreation opportunity spectrum inventory is conducted to determine the current supply and existing condition of recreation settings on a given landscape or "place", such as a National Forest. Current,

Rvsd Plan - 00000692

existing recreation opportunity spectrum settings are the result of how and to what degree the social, managerial, and physical attributes of a "place" have been managed. The 2003 National Recreation Opportunity Spectrum Inventory Protocol provides the most current direction and process for conducting a recreation opportunity spectrum inventory.

Recreation opportunity spectrum desired conditions are typically assigned or allocated to the management or geographic areas established in a forest plan. The goal is to provide a set of recreation settings and opportunities on National Forest System lands that is ecologically, economically, and socially sustainable for present and future generations. A recreation opportunity spectrum desired condition is a description of the specific recreation opportunity spectrum settings toward which management is directed and may or may not be the same as the inventoried recreation opportunity spectrum. Describing desired conditions and allocating resources is a primary focus of a plan. Once recreation opportunity spectrum desired conditions and allocations are made, they should be monitored by conducting a periodic recreation opportunity spectrum inventory. The recreation opportunity spectrum inventory is then used to help determine if forest plan management direction is adequate for sustaining the desired recreation settings (recreation opportunity spectrum) set forth in the forest plan.

To assist with understanding how to use and apply the recreation opportunity spectrum, the Forest Service developed the Recreation Opportunity Spectrum Users Guide (USDA, Forest Service: 1982. 37 p.) to serve as the source handbook for integrating recreation opportunity spectrum into forest planning under 1982 planning regulations. Until the 1982 Users Guide is updated, replaced or otherwise revised, it also serves as the source handbook for using recreation opportunity spectrum in forest planning under the current 2012 planning regulations.

### *Primitive*

#### Setting

Essentially unmodified natural or natural appearing environment of fairly large size (5,000 acres). Sights and sounds of humans are rare to minimal. Very low interaction between visitors. Essentially free from managerial restrictions and controls. No site modification and limited to no constructed features; only rudimentary facilities and minimally developed trails essential for resource protection are appropriate. Access and travel is nonmotorized on trails or cross country on a year-long basis (unless specifically allowed by special provision or law).

#### Activity

Nonmotorized only. Nonmotorized activities may occur on or off trail throughout the primitive area.

#### Experience

Extremely high opportunity to feel close to nature. Extremely high opportunity for experiencing tranquility and solitude. Extremely high opportunity for independence, self-reliance, challenge and risk. No opportunities for comfort and convenience.

### *Semiprimitive-nonmotorized*

#### Setting

Predominantly unmodified natural-appearing environment of moderate-to-large size (2,500 acres). Sights and sounds of humans are minimal. Low interaction between visitors. Minimum managerial restrictions and controls. Facilities/trails provided for resource protection or the safety and enjoyment of visitors are appropriate. Limited site modification for facilities; minimally to moderately developed trails; rustic or

Rvsd Plan - 00000693

rudimentary on-site developments designed primarily for protection of the setting rather than visitor comfort or convenience. Access and travel emphasize nonmotorized use on trails or cross country.

## Activity

Nonmotorized only. Nonmotorized activities may occur on or off trail throughout the semiprimitive-nonmotorized area.

## Experience

High, but not extremely high, opportunity to feel close to nature. High, but not extremely high, opportunity for experiencing tranquility, solitude, independence, self-reliance, challenge and risk. Limited to no opportunities for comfort and convenience.

## *Semiprimitive Motorized*

## Setting

Predominantly unmodified natural-appearing environment of moderate-to-large size (2,500). Sights and sounds of humans are moderate (due to motorized use). Low interaction between visitors. Minimum to moderate managerial restrictions and controls. Facilities/trails provided for resource protection or the safety and enjoyment of visitors are appropriate. Limited site modification for facilities; minimally to moderately developed trails; rustic or rudimentary on-site developments designed primarily for protection of the setting rather than visitor comfort or convenience. Access and travel emphasize off-highway motorized use on designated trails, routes or areas.

## Activity

Motorized and nonmotorized, with an emphasis on motorized. Within the semiprimitive motorized area, use of off-highway vehicles (any motor vehicle designed for or capable of cross-country travel on or immediately over land, water, sand, snow, ice, marsh, swampland, or other natural terrain (36 CFR 212.1), on designated routes, areas and trails designed and managed for off-highway use by vehicle types such as ATVs and snowmobiles is emphasized. Trails and roads open for use by 4WD high clearance vehicles, off-highway motorcycles and motor vehicles 50 inches or less in width are typical and appropriate. Passenger car traffic on roads and trails within the area is not typical.

## Experience

High, but not extremely high, opportunity to feel close to nature. Moderate opportunity for experiencing tranquility and solitude due to emphasis on motorized activities. High, but not extremely high, opportunity for experiencing independence, self-reliance, challenge and risk. Limited opportunities for comfort and convenience.

## *Roaded Natural*

## Setting

Essentially modified natural-appearing environment of no size limit with environmental modification evident, but harmonizing with the natural appearing environment. Sights and sounds of humans are generally moderate. Interaction between visitors may be low to moderate. Managerial restrictions and controls may be evident. Facilities and trails for resource protection and intensified multiple uses, comfort, convenience and safety are appropriate. Moderate site modification for facilities; trails may be minimally to highly developed; contemporary or rustic on-site developments that harmonize with and protect the natural setting and provide some comfort and convenience for the visitor. Both motorized and

Rvsd Plan - 00000694

nonmotorized use often occurs on the same trails, routes or areas. Access and travel for motorized use is on designated trails, routes or areas. Access and travel for nonmotorized use on trails or cross country.

## Activity

Nonmotorized and motorized. Roads and trails may be present for both motorized and nonmotorized use. Off-highway motor vehicle use of all vehicle types and classes and use by standard passenger car (typically 2WD) may be included.

## Experience

High to moderate opportunity to feel close to nature. Moderate to low opportunity for experiencing tranquility and solitude. About equal opportunity to experience independence, self-reliance, challenge and risk. Moderate to high opportunities for comfort and convenience at many managed sites.

### *Rural*

## Setting

Substantially modified natural-appearing environment of no size limit with environmental modification evident yet attractive (i.e., pastoral farmlands intermixed with woodland environments). Sights and sounds of humans are readily evident. Interaction between visitors is moderate to high. Managerial restrictions and controls are obvious and highly prevalent. Facilities and trails for resource protection and intensified multiple recreational uses, comfort, convenience or safety are appropriate. Moderate to heavy site modification for facilities; trails are generally moderate to highly developed; some facilities designed primarily for visitor comfort and convenience; some (but not all) facilities may be complex and refined. Facilities and trails are often designed for intensified motorized or nonmotorized uses with parking available by a large number of people. Access and travel by conventional motorized use is common on primary roads and routes.

## Activity

Nonmotorized and motorized. Motor vehicle use on roads is typically maintained for travel by a prudent driver in a standard passenger car. Trails may be present for both motorized and nonmotorized use.

## Experience

High to moderate opportunity to feel close to nature. Low opportunity for experiencing tranquility and solitude; low or moderate opportunity to experience independence, self-reliance, challenge and risk, unless at a developed site such as downhill ski areas where challenge and risk may be high. Moderate to high opportunities for comfort and convenience at managed sites.

### *Urban*

## Setting

Substantially urbanized environment of no size limit with environmental modification evident yet with natural-appearing elements in the background. On National Forests, urban settings are typically confined to a single large scale development or managed site complex such as a modern ski lodge or highly developed administrative site and visitor center. Urbanized sites are extensively modified and may contain on-site exotic and manicured vegetation. Extremely high levels of the sights and sounds of human activity prevail. Interaction between large numbers of visitor's is high to extremely high. Highly intensified parking and access is available with various on-site paved trails for hiking and walking available. Facilities are mostly designed for comfort, convenience and safety of visitors. Facility design may be

Rvsd Plan - 00000695

highly complex and refined but in harmony or complimentary to the site and background setting. Trails are highly to fully-developed. Major interpretive sites (typically staffed) are common. Motorized access and travel is highly intense and often with mass transit supplements to carry people to or throughout the site.

## Activity

Nonmotorized and motorized. Motor vehicle use is primarily for accessing urban sites by standard passenger vehicle and often includes mass transit elements. Off-highway motor vehicle use of roads within the site is not a consideration.

## Experience

Low to moderate opportunity to feel close to nature. No opportunity for experiencing tranquility and solitude; low or no opportunity to experience independence, self-reliance, challenge and risk, unless at a developed site such as downhill ski areas where challenge and risk may be high. Extremely high opportunities for comfort and convenience at managed sites.

Rvsd Plan - 00000696

# Appendix B – Recreational Facility Analysis background and methodology

Recreational facility analysis is an analysis process used to assist Forests in creating a sustainable recreation program that aligns recreation sites with visitors' desires, expectations, and use. The initial product of the process is a 5 year proposed program of work intended to help the forest meet national recreational facility analysis goals which are:

- Improve customer satisfaction

- Provide recreation opportunities consistent with the Forest recreation "niche".

Niche is what the forest has to offer in terms of special places, opportunities and potential experiences, overlapped with what people desire and expect in terms of outdoor recreation from public lands.

Operate and maintain a financially sustainable recreation sites program to accepted quality standards

Eliminate deferred maintenance at recreation sites.

Since 2007, national forest recreation programs throughout the country have been guided by program niche statements and complementary niche settings developed through the recreational facility analysis process. Niche statements broadly define the scope of a national forest's recreation program and highlight those aspects that are special, unique or distinctive. The niche statements are used to help focus project planning and limited funding on the special or unique settings on the Forest.

The abundant primitive and semiprimitive recreation opportunity spectrum settings in both designated wilderness and non-wilderness are reflective of the recreational facility analysis niche emphasis on outstanding opportunities for solitude and remote adventure. The niche settings for the Rio Grande National Forest represent descriptive geographic areas that provide a contiguous backdrop for particular activities and opportunities. The recreational facility analysis niche specific settings and associated geographic locations for the forest have not been mapped or integrated with recreation opportunity spectrum settings.

Rvsd Plan - 00000697

# Rio Grande National Forest – Assessment 10 Energy and Minerals – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; regarding energy and mineral resource management on the Rio Grande National Forest.

Energy and mineral law regulation and policy shape the decision and management space available to the forest service.

Rvsd Plan - 00000698

- The General Mining Law of 1872 set forth the principles of discovery, possession, and other conditions for "hard rock" minerals on lands reserved from the public domain for National Forest purposes.
- The Organic Act of 1897 provided for the continuing right to conduct mining activities on National Forest System lands.
- The Mineral Lands Leasing Act of 1920 addressed leasable minerals and gave authority to the Secretary of the Interior to lease National Forest System lands.
- The Multiple-Use Sustained Yield Act of 1960 directed national forests to consider the relative values of all resources, including mineral resources.
- The Federal On-shore Oil and Gas Leasing Reform Act of 1987 gave the forest service authority to analyze National Forest System lands and decide which lands were available and authorized for leasing.

**Locatable Minerals**:  The process to authorize mining of locatable minerals such as silver, gold and copper is governed by the 1872 Mining Act. However, the 1996 Forest Plan does provide reasonable surface occupancy standards and guidelines.

**Mineral Materials**:  The mineral materials category was developed fully with the Materials Act of 1955. This act split out common variety minerals like sand and gravel from the 1872 Mining Law. Since that time the Forest Service can provide members of the public with permits to remove these common variety minerals.

**Oil, Gas and Other Leasable Minerals**:  A Forest Plan does not authorize oil, gas or other leasable mineral activity. Instead, it identifies what lands may be suitable and which standards and guidelines might apply. A subsequent Forest Service decision would authorize the BLM to lease specific parcels under certain stipulations. These two decisions (the Forest Plan suitability decision and the oil and gas authorization decision) have sometimes been done at the same time in the past - however, to simplify the forest planning process, specific oil and gas authorization decisions for the Rio Grande will be made later. Surface management for private oil and gas minerals are negotiated with the owner and operator to be as close as possible to the policies used for federal minerals.

**Renewable Energy**: The suitability of areas for renewable energy production, such as solar, wind, or geothermal, is a new topic not covered in the current Forest Plan.

Under these laws, the 1996 Forest Plan addressed potential uses and activities related to energy, minerals and geologic hazards, mostly focused on the historic hard-rock mining areas of the forest near Creede, Bonanza and Summitville. Since 1996, hard rock mining activity has waxed and waned, but may be on the rise again. In 2008 a resurgence in the price of silver prompted exploration by Rio Grande Silver of historic silver veins above Creede, Colorado, peaking in 2013 and employing more than 90 people. Although this exploration is on hold as of 2015, Rio Grande Silver's plan of operation remains active and they continue to express an interest in bringing silver mining back to Creede, which might require upgrades of transmission corridors crossing the forest to reach the mine.

The 1996 Plan also addressed active oil and gas development on 23 active leases near Del Norte and Capulin, and built in stipulations anticipating an active industry for years to come. Over the past twenty years, however, that industry never took hold on the forest, despite a resurgence in oil and gas activity in Colorado in the late 2000s. More than 140,000 acres of mostly National Forest System land were nominated for lease in 2008 and 2009 near Del Norte and Crestone, but were deferred primarily due to the need for the BLM to conduct a leasing analysis on National Forest System lands. It is unknown at this

Rvsd Plan - 00000699

time when this analysis will be conducted. Whereas industry has expressed interest in exploring for oil and gas in the upper Rio Grande, it is unknown as to whether there are economically recoverable oil and gas deposits below lands managed by the Rio Grande National Forest.

# What We Asked

We held one meeting to engage with the public on energy and mineral issues in Creede on May 12, 2015. The meeting was facilitated by the National Forest Foundation and Peak Facilitation. Approximately 15 members of the public attended these meetings. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with individual organizations from February through July of 2015. Meetings with San Luis Valley REC, San Luis Valley Ecosystem Council, and San Luis Valley County Commissioners also included conversations about energy and minerals. These meetings included over 30 attendees.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process, covering energy and minerals.

- What are the most significant renewable and/or non-renewable energy and mineral resources on the Rio Grande National Forest? Do these resources contribute to the social and economic sustainability of the region? How so?
- What is your number one concern when contemplating surface impact from oil and gas development?
- How and where should non-commercial rock collection, for example river rock or landscaping rock, be permitted on the forest?
- Where are there abandoned mine hazards on the forest?

# What We Heard

## *Renewable and Non-renewable Energy and Economics*

The most significant renewable resources on the forest are geothermal, solar power, hydropower, wind, and biomass. The most significant non-renewable resources are gold, silver, lead, and zinc mining, oil and gas leases, and tellurium exploration. Mining in Mineral County is no longer economically viable. The loss of mining industry decreases populations in the area and has social and economic repercussions. Mining can support workers and the local economy, however; the oil and gas industry has higher wages than mining.

## *Effects of Resource Development*

Concerns about resource development include impacts to water quality, tourism, wildlife, and socio-economic impacts. Water quality could be impacted through mine tailings and low water quality could also impact wildlife. Mining effects on wildlife are not always negative as wildlife have the ability to adapt to changes. Visible impacts of mining and oil and gas development could negatively impact tourism to the area. Socio-economic impacts include the boom and bust cycles, communities not valuing renewable and non-renewable resources, and adaptability to handle emerging technology.

Rvsd Plan - 00000700

### Recreational Mining

The forest should designate certain collection sites for non-commercial rock collection. Specific sites could be designated for larger collections and other sites could be limited based on utilization. The forest should consider increasing the collection limit to 100 pounds per day and 1,000 pounds per year with no permit required for collections less than 100 pounds per day.

### Managing Abandoned Mines

Abandoned mines occur on the forest and could become hazardous. However, some old mines could be economically viable with new technology. Some locals are hesitant to share knowledge about mines because of new viability. Deep Creek has several mine shafts and the Forest Service tried to cover many of them. Some of the old mines are leaking contaminated water. Those mines should be identified and mitigated. The focus for the forest should be on those mines detrimental to the economy. The mine shafts need to be stabilized before decisions are made about permanently sealing them.

### Specific Management Recommendations

The public had several suggestions for the forest on management practices. The permitting process needs to be streamlined. The forest could help keep suction-dredging economically feasible for small operations. There should be a balance of mining along with protecting the environment. The plan needs to utilize adaptive management to accommodate changing technology.

## Where We're Headed

Based on information in our assessment and what we are hearing from the public regarding energy and minerals, we need to revise parts of this section in the new forest plan. While the 1996 forest plan covers non-renewable minerals, it is silent regarding renewable energy. Because the laws, regulations and policies regarding non-renewable minerals have not changed, management direction for these in the new forest plan will closely resemble the 1996 forest plan. The new forest plan will require new management direction for renewable energy.

There are specific topics we will need to address in the new forest plan, including potential silver mines and oil and gas leasing near Del Norte. This guidance will be broadly programmatic. The new forest plan will be consistent with regional guidance for managing energy and minerals.

Rvsd Plan - 00000701

# Rio Grande National Forest – Assessment 10
# Energy, Minerals, and Geologic Hazards



Rio Grande National Forest – Assessment 10
Energy, Minerals, and Geologic Hazards

# Contents

Introduction ............................................................................................................................. 2
Locatable minerals ................................................................................................................... 2
Salable Minerals ...................................................................................................................... 2
Leasable Minerals .................................................................................................................... 3
Renewable Energy ................................................................................................................... 3
Information Sources and Gaps .................................................................................................. 3
Scale of Analysis ..................................................................................................................... 4
Existing Forest Plan Direction ................................................................................................. 4
    Renewable Energy: ............................................................................................................... 4
    Locatable Minerals: ............................................................................................................. 4
    Mineral Materials (Salable Minerals): ................................................................................. 4
    Oil, Gas and Other Leasable Minerals: ................................................................................ 4
Renewable Energy Resources - Projections, Potential, and Trends .......................................... 5
    Solar: ................................................................................................................................... 6
    Hydroelectric: ...................................................................................................................... 6
    Wind: ................................................................................................................................... 6
    Geothermal: ......................................................................................................................... 6
    Woody Biomass: .................................................................................................................. 7
    Transmission Corridors ....................................................................................................... 7
    Ecological Integrity and Species Diversity .......................................................................... 7
    Social and Economic Sustainability ..................................................................................... 7
    Management Concerns ......................................................................................................... 8
Nonrenewable Energy and Mineral Resources ......................................................................... 8
    Previous Decisions Related to Energy and Minerals ............................................................ 8
    Existing Activity and Facilities ........................................................................................... 8
    Mining Hazards ................................................................................................................... 9
    Noncommercial Mineral Collecting Activities .................................................................... 9
    Projections, Potential and Trends ........................................................................................ 9
    Coal Resources .................................................................................................................... 9
    Ecological Integrity and Species Diversity ........................................................................ 10
    Social and Economical Sustainability ................................................................................ 10
    Management Concerns ....................................................................................................... 10
Geologic Hazards .................................................................................................................. 10
Summary / Conclusion ........................................................................................................... 10

# List of Figures

Figure 1. Map of oil and gas leasing potential .......................................................................... 5
Figure 2. Abandoned mines on the Rio Grande National Forest .............................................. 11
Figure 3. Coal mining Districts of Colorado with coal mines represented as yellow dots.  There are no
    coal mines on the Rio Grande National Forest. .................................................................. 12

# Introduction

The 2012 Planning Rule requires us to assess available information about renewable and nonrenewable energy, minerals, and geologic hazards on the forest, as outlined in Forest Service Handbook 1909.12, Chapter 10, Section 13.5. Energy sources evaluated in this assessment include oil and gas, geothermal, hydropower, wind and biomass resources on the forest. Mineral resources evaluated include locatable or hard-rock mineral deposits, such as silver, as well as mineral materials, including gravel and river rock. This assessment will also evaluate the current condition of abandoned mines and natural geologic hazards on the forest.

Starting with the General Mining Law of 1872, a string of federal laws govern energy and minerals activity on federal lands. Many of these laws predate the USDA Forest Service and allow for minimal management discretion at the forest level. The 1872 Mining Law set forth the principles of discovery, possession, and other conditions for "hard rock" minerals on lands reserved from the public domain for National Forest purposes. The Organic Act of 1897 provided for the continuing right to conduct mining activities on National Forest System lands. The Mineral Lands Leasing Act of 1920 addressed leasable minerals and gave authority to the Secretary of the Interior to lease National Forest System lands. The Multiple-Use Sustained Yield Act of 1960 directed National Forests to consider the relative values of all resources, including mineral resources, and the Federal On-shore Oil and Gas Leasing Reform Act of 1987 gave the Forest Service new authority by allowing the Forest Service to conduct a leasing analysis and decide which lands were available and authorized for leasing.

## Locatable minerals

Locatable minerals are those valuable deposits subject to exploration and production under the US General Mining Law of 1872 and its amendments. Locatable minerals are called "hard rock" minerals and may include deposits of iron, gold, silver, lead, zinc, copper, and molybdenum. The Forest Service is the surface-management agency and is responsible for protecting surface values during mineral extraction activities. For leasable and locatable minerals, the Bureau of Land Management (BLM), manages and makes decisions on the mineral estate and is a cooperating agency in this environmental analysis.

By law, citizens have the right to explore for, claim, and mine mineral deposits on federally owned lands, subject to the U.S. Mining Law. Through an agreement with the BLM, the Forest Service administers mining activities on Forest lands. The Forest Service approves and administers exploration and mining through Operating Plans, to assure reclamation and protection of other valuable surface resources.

Under this strict legal guidance, the 1996 Forest Plan considered many potential uses and activities related to energy, minerals and geologic hazards, mostly focused on the historic hard-rock mining on parts of the forest near Creede, Bonanza and Summitville. Since 1996, hard rock mining activity has ebbed and flowed, but may be on the rise again. For example, in 2008 a resurgence in the price of silver prompted exploration by Rio Grande Silver of historic silver veins above Creede, Colorado, leaking in 2013 and employing more than 90 people. Although this exploration is on hold as of 2015, Rio Grande Silver's plan of operation remains active and they continue to express an interest in bringing silver mining back to Creede, which might require upgrades of transmission corridors which cross the forest to reach the mine.

## Salable Minerals

Salable minerals include common-variety minerals such as sand, gravel, hard rock for crushing, and landscaping materials to name a few. Salable minerals are used internally by the Forest Service or permitted by the Forest Service for private use through sales and permits.

## Leasable Minerals

The only known leasable minerals within the Rio Grande National Forest are oil and gas. Development potential within the Forest is low. The 1996 Plan estimated that up to 23 wells would be drilled over the next 10 years on land managed by the Rio Grande National Forest directly disturbing up to 129 acres of National Forest System land. The Bureau of Land Management predicted up to 17 wells would be drilled within the San Luis Resource Area (now the San Luis Valley Field Office). Resource stipulations were developed and included in the 1996 plan to sufficiently protect the resources of the Rio Grande National Forest. Five exploratory wells were drilled on the Forest prior to 1996, but none have been drilled since. There is evidence of hydrocarbons in the exploratory wells, but none have economically recoverable deposits. More than 140,000 acres of mostly National Forest System land were nominated for lease in 2008 and 2009, but were deferred primarily due to the need for the BLM to conduct a leasing analysis on National Forest System lands. It is unknown at this time when this analysis will be conducted. While industry has expressed interest in exploring for oil and gas in the upper Rio Grande, it is unknown whether there are economically recoverable oil and gas deposits below lands managed by the Rio Grande National Forest.

## Renewable Energy

One new trend since the 1996 Forest Plan is the push towards renewable energy development on public lands. Although this trend might not drive a specific need for change to the previous plan, it may drive transmission line development on the forest. For example, the San Luis Valley has been identified as a region with tremendous solar energy potential by the National Renewable Energy Laboratory and now provides a significant source of renewable electricity to customers of Xcel Energy and the San Luis Valley Rural Electric Cooperative. This additional development risks maxing out existing transmission corridors leaving the San Luis Valley over Poncha Pass, and any additional development in the next twenty years might prompt a new transmission line conversation over RGNF lands.

## Information Sources and Gaps

- Public input from public meeting in Creede, Colorado in June 2015
- Rio Grande National Forest staff
- Colorado State Geologic Map, Tweto, 1979
- *Oil and Gas Resource Potential and Projected Exploration and Development Activity in the RGNF, Colorado (Holm and Dersch, 1994*, hereafter called the R2 RFD Report)
- Bureau of Land Management Resource Management Plan Amendment for Solar Energy Development in Six Southwestern States
- 2013 San Luis Valley Comprehensive Economic Development Strategy, Economic Development Administration
- Bureau of Land Management San Luis Valley/Taos Plateau Study: Landscape Assessment and Solar Regional Mitigation Strategy
- Alamosa County Land Use Department
- San Luis Valley Rural Electric Coop CEO Loren Howard
- Map of abandoned mines on the Forest
- Utility Corridors in the San Luis Valley

Revised Plan - 00000705

- Map(s) of all dams of the Rio Grande National Forest
- Rio Grande Reservoir Multi-Use Enlargement Study
- Gaps in suitability analysis for renewable energy production

## Scale of Analysis

The spatial scale of analysis, or "plan area" for this assessment includes all lands contained within the Rio Grande National Forest, regardless of ownership or jurisdiction. When discussing the broader landscape, this assessment primarily focuses on Hinsdale, Mineral, Rio Grande, Saguache, Alamosa, Conejos and Costilla counties, known regionally as the San Luis Valley, as well as small portions of San Juan and Archuleta counties. When discussing the economic scale of analysis for energy and mineral uses on the Rio Grande National Forest, the plan area expands to municipalities served by renewable energy produced in the San Luis Valley, which includes the Tri-State and Xcel Energy service areas.

## Existing Forest Plan Direction

The 1996 Forest Plan provides direction on suitability and surface occupancy stipulations but defers to the laws that strictly govern energy production and mineral extraction activity on National Forest System lands. These include the 1872 Mining Law, the Mineral Leasing Act of 1920, the Federal On-Shore Oil and Gas Leasing Reform Act of 1987, the Materials Act of 1955 and the Mining Claim Patenting Moratorium from October 1, 1994. Below is a brief summary of forest plan direction related to these activities.

### Renewable Energy:

The suitability of areas for renewable energy production, such as solar, wind, or geothermal, is a new topic not covered in the current Forest Plan.

### Locatable Minerals:

The process to authorize mining of locatable minerals such as silver, gold and copper is governed by the 1872 Mining Act. However, the 1996 Forest Plan does provide reasonable surface occupancy standards and guidelines.

### Mineral Materials (Salable Minerals):

The mineral materials category was developed fully with the Materials Act of 1955. This act split out common variety minerals like sand and gravel to name a couple from the 1872 Mining Law. Since that time the Forest Service can provide members of the public with permits to remove these common variety minerals.

### Oil, Gas and Other Leasable Minerals:

A Forest Plan does not authorize oil, gas or other leasable mineral activity. Instead, it identifies what lands may be suitable (Figure 1) and which standards and guidelines might apply. A separate Forest Service decision would authorize the BLM to lease specific parcels under certain stipulations. These two decisions (the Forest Plan suitability decision and the oil and gas authorization decision) have sometimes been done at the same time. However, to simplify this forest planning process, specific oil and gas decisions for the Rio Grande will be done later. Where the estate is split; with the surface lands managed by the forest, and the subsurface mineral rights privately owned; surface management will be decided by the Forest Service in consultation with the mineral owner and operator to resemble as closely as possible the policies used for federal minerals.

Revised Plan - 00000706



**Figure 1. Map of oil and gas leasing potential**

# Renewable Energy Resources - Projections, Potential, and Trends

The past ten years has seen increased interest at the local, state and national level in exploring renewable energy development on public and private lands, including solar, wind, geothermal, woody biomass and hydroelectric power. Colorado voters authorized a Renewable Portfolio Standard in 2004 which initially required publicly traded utilities such as Xcel Energy to generate at least 15 percent of their electricity from renewable energy sources by 2020. That percentage has since increased and now applies to Rural Electric Associations, including San Luis Valley Rural Electric Cooperative which service many communities that border Rio Grande National Forest lands. This Colorado Renewable Portfolio Standard as well as federal agency direction geared towards energy savings and climate change resiliency have driven interest in exploring hydroelectric and woody biomass studies directly connected to Rio Grande National Forest System lands, as well as solar and wind studies on the neighboring valley floor which might require additional transmission lines developed on Rio Grande National Forest System lands. It is anticipated that the state government will update Colorado's renewable energy portfolio within the next 20 years so the Rio Grande National Forest needs to consider potential renewable energy projects on National Forest System lands.

## Solar:

At this time there is no solar energy development on the Rio Grande National Forest since commercial solar operations generally won't lay panels in areas greater than a 5 percent slope. There has been, however, significant development in the plan area since 1996. The National Renewable Energy Lab identified the San Luis Valley in the early 2000s as a region with high solar energy potential due to its elevation, number of sunny days and low humidity. This recommendation attracted industry to the region at the same time as the Colorado Renewable Portfolio Standard offered incentives for industry to invest in the technology, and as of 2015, there are four utility-scale solar plants in Alamosa County generating 87.2 megawatts power to 15,000 Xcel Energy households. Two more facilities are permitted for development in the near future.

At the federal level, the Bureau of Land Management (BLM) also completed a Programmatic Environmental Impact in October 2012 which identified four solar energy zones in the San Luis Valley, one which borders Rio Grande National Forest System lands. National Forest System lands were later included in a related San Luis Valley and Taos Plateau Study, Landscape Assessment and Mitigation Strategy, in case the identified solar energy zones are developed.

## Hydroelectric:

According to the San Luis Valley Comprehensive Development Strategy, "hydropower has a long history in the San Luis Valley with several small hydro systems currently in use. Most notably is a grid-tied 310-kW system on the Humphreys family's Wagon Wheel Ranch near Creede, brought online in July 2011 and bordering Rio Grande National Forest System lands. The Orient Land Trust at Valley View Hot Springs also borders Rio Grande National Forest System lands and uses a smaller system, 93kW, to provide off-the-grid power to cabins and other buildings". There are currently no hydroelectric facilities on the forest itself. A recent study regarding the rehabilitation of Rio Grande Reservoir and Santa Maria dams in Hinsdale and Mineral Counties indicates potential for hydroelectric power generation in the future. The forest is currently engaged in a land exchange process with the San Luis Valley Irrigation District which owns the Rio Grande Reservoir dam; once complete, the land exchange would clarify private ownership of the dam spillway and neighboring lands and may reopen the discussion of hydroelectric generation and related transmission at the facility.

## Wind:

There are currently no wind facilities on the Rio Grande National Forest. Recent studies near Findley Gulch on neighboring Bureau of Land Management lands in Saguache County did not identify wind resources significant to sustain a project.

## Geothermal:

There are currently no geothermal facilities on the Rio Grande National Forest. Following the passage of the Energy Policy Act of 2005, the Bureau of Land Management and U.S. Forest Service completed a study of geothermal leasing in the western United States in 2008. Although the San Luis Resource Area was analyzed, the BLM did not include the area in its 2008 decision, so in 2010 the BLM began a local environmental analysis to understand the issues and concerns related to geothermal energy leasing in the Valley. That analysis was completed in October of 2012 and identifies public lands with the potential for geothermal development and provides a list of the stipulations to be applied to any future leases. That decision amended the 1991 BLM San Luis Valley Resource Area Management Plan and to date, the BLM has not received any lease nominations for public lands in the San Luis Valley.

The 2013 San Luis Valley Comprehensive Development Strategy identified an abundance of shallow geothermal resources in the San Luis Valley "used for bathing and recreation, heating buildings with

direct heat as well as ground source heat pumps, aquaculture, and some horticulture. Low-grade resources up to 200 degrees Fahrenheit exist throughout much of the San Luis Valley in connection with the Rio Grande Rift. The depth of the source determines the temperature of the flow with the warmest flows coming from the greatest depths. Water temperatures around 200 degrees can be found at 5,000 feet with some up-flows occurring at 2,000 feet. Depths of 8,000 to 10,000 feet can yield temperatures as high as 300 degrees, suitable for electrical power generation".

## Woody Biomass:

There are currently no woody biomass facilities on the Rio Grande National Forest. Since 1996, interest has grown and technology has improved related to developing this renewable resource as part of removing salvage timber off the forest. Following the West Fork Fire in 2013, Creede and Mineral County informally investigated the feasibility of a hosting a biochar-production facility but as of 2015, there are still no active projects on the forest or in adjacent communities.

## Transmission Corridors

> Identify existing energy transmission corridors and the potential need for new transmission corridors.

Despite recent efforts to develop a redundant transmission loop out of the region, the San Luis Valley remains radially-fed by one transmission line corridor which enters and leaves the valley over Poncha Pass in northern Saguache County. This corridor crosses Bureau of Land Management lands adjacent to the Rio Grande National Forest. Xcel Energy and Tri-State Generation and Transmission have investigated efforts for a redundant corridor out of the region since 2008 but so far, none of the routes studied would cross the Rio Grande National Forest. The previous routes studied went east over private land in Costilla County or south across private and BLM land in Conejos County. As of October 2015, neither of those routes have proven to be feasible due to cost and opposition from private landowners so another potential route could cross the Rio Grande National Forest to provide redundancy. Economic factors and improvements in grid technology would be factors in any new route study.

The forest does anticipate a possible upgrade of an existing corridor between South Fork and Creede if Rio Grande Silver, Inc. re-opens a major mining operation above Creede. Currently, it is the understanding of Rio Grande National Forest managers that they will be able to stay within their approved transmission corridor right of way that runs through the forest.

## Ecological Integrity and Species Diversity

> Summarize the impacts of renewable energy on ecological integrity and species diversity.

Although there are no active facilities on the Rio Grande National Forest, renewable energy development and production on the San Luis Valley floor and surrounding plan area requires transmission corridors which impact ecological integrity.

## Social and Economic Sustainability

> Describe the contribution of renewable energy in the plan area to social and economic sustainability. (Ecosystem Services)

As previously discussed, geothermal and solar resources currently contribute significantly to the social and economic sustainability of the plan area. The development of large-scale solar facilities since 2006 provides power to local and state-wide customers, as well as related construction jobs. Shallow geothermal resources are used in aquaculture, heating systems and hot springs spas. Like many rural

communities, each resource is part of an intricate puzzle which pieced together provides stability for an economically vulnerable region. Woody biomass also has potential to contribute but has yet to prove economically feasible.

## Management Concerns

> **Identify any management concerns related to current forest plan direction for renewable energy resources.**

As previously discussed, the 1996 Forest Plan does not provide direction regarding the development of renewable resources.

# Nonrenewable Energy and Mineral Resources

> **Identify and evaluate nonrenewable energy resources and mineral resources on the RGNF, including:**
>
> - *Locatable minerals* **on public domain lands subject to the general mining laws and regulations (36 CFR 228 and 30 U.S.C. 22 et seq.) that include gold, silver, copper, molybdenum, and other minerals with unique properties.**
> - *Energy resources* **such as oil, natural gas, coal, oil shale, and tar sands.**
> - *Leasable minerals***, including phosphate, potassium, sodium, sulfur, gilsonite, asphalt, and hardrock minerals on acquired lands where the subsurface is owned by the Federal Government.**
> - *Mineral materials* **(also referred to as salable minerals) that include common varieties of sand, gravel, stone, and other similar materials.**

## Previous Decisions Related to Energy and Minerals

> **Summarize information on previous decisions related to the Federal mineral estate including oil and gas availability decisions and coal suitability evaluations.**

The 1996 Plan estimated that up to 23 wells would be drilled over the next 10 years on land managed by the Rio Grande National Forest directly disturbing up to 129 acres of National Forest System land. The Bureau of Land Management predicted up to 17 wells would be drilled within the San Luis Resource Area (now the San Luis Valley Field Office). Resource stipulations were developed and included in the 1996 plan to sufficiently protect the resources of the Rio Grande National Forest. Five exploratory wells had been drilled on the Forest prior to 1996, but none have been drilled since. There is evidence of hydrocarbons in the exploratory wells, but none have economically recoverable deposits. More than 140,000 acres of mostly National Forest System land were nominated for lease in 2008 and 2009, but were deferred primarily because the BLM needs to conduct a leasing analysis on National Forest System lands. It is unknown at this time when this analysis will be conducted. While industry has expressed interest in exploring for oil and gas in the upper Rio Grande, it is unknown whether there are economically recoverable oil and gas deposits below lands managed by the Rio Grande National Forest.

## Existing Activity and Facilities

> **Describe the current type, extent, and general location of nonrenewable energy and mineral activity and energy facilities in the plan area.**

Revised Plan - 00000710

The only major minerals operation on the forest is Rio Grande Silver, Inc. working the Bulldog Mine in Creede. They are currently in temporary abandonment waiting for silver prices to rise. They have been approved for a 5 year extension of their plan of operations.

## Mining Hazards

> **Identify known abandoned mines or mining related hazards in need of reclamation or restoration.**

See the attached map of known abandoned mines on the Rio Grande Forest (Figure 2). This map does not specify which features have or have not been reclaimed. It also does not provide any recommendations or prioritization.

## Noncommercial Mineral Collecting Activities

> **Describe noncommercial mineral collecting activities.**

The Rio Grande Forest has multiple noncommercial mineral collecting activities. First is recreational rock collecting. The public is allowed to collect up to 50 pounds of rock per day, per person, with a limit of 250 pounds per year.

Casual use is another; members of the public who go out onto the forest lands and use non-mechanized tools to search for minerals fall under this category. They are not required to report their activities to the Forest Service. While our existing forest plan bans this activity within wilderness areas, current regional direction permits it.

Placer dredging allows members of the public to go out to the streams of their choosing and use a small recreational dredge to search for gold. This activity requires submitting a 'Notice of Intent to Placer Dredge' form. The forest will then approve or deny the request. Finally, the offers the public access to community pits for small disposals to locals.

## Projections, Potential and Trends

> - **Describe the potential for occurrence of nonrenewable energy and mineral resources.**
> - **Describe projections of potential of nonrenewable energy and mineral activity or reasonably foreseeable development in the case of oil and gas.**
> - **Identify trends in nonrenewable energy and mineral activity in the plan area.**

New technologies will drive what is in demand and what people are searching for. Precious metals like gold and silver will always be in demand. Rare earth deposits are currently a growing industry.

Salable mineral demands at the commercial level are currently met by private businesses. A situation that could change this is if the oil and gas industry moves heavily into the valley. Generally, a company will try to source their gravel for an oil and gas pad within their approved location.

## Coal Resources

> **For plan areas with federal coal resource potential, provide an estimate of the coal development potential from the BLM for the plan assessment (43 CFR 3420.1-4((e)(1)).**

There are many coal mines within the state of Colorado but the Rio Grande does not sit within a coal mining district and has no active coal mines within its boundaries. There are also no known coal prospects in the forest. See the attached map of coal mines in Colorado (Figure 3).

Revised Plan - 00000711

### Ecological Integrity and Species Diversity

> **Summarize the impacts of nonrenewable energy and mineral developments on ecological integrity and species diversity.**

This response will be coordinated with Assessments 1, 2, 3, and 5.

### Social and Economical Sustainability

> **Describe the contribution of nonrenewable energy and mineral activity in the plan area to social and economic sustainability, including taxes, royalties, and fees (ecosystem services).**

This response will be coordinated with Assessment 7.

### Management Concerns

> **Identify any management concerns related to current forest plan direction for nonrenewable energy resources.**

Nonrenewable resources are thoroughly covered in the current plan. The main concern should be revising some of the statements in the text of our current plan to comply with regional direction.

## Geologic Hazards

> - **Identify and evaluate available information about large, broad-scale, and major geologic hazards, including landslides, rock falls, mud flows, debris flows, snow avalanches, earthquakes, karst collapse, volcanoes, flooding, subsidence, acid-producing rock, and naturally occurring gases and minerals, such as asbestos, erionite, radon, and methane.**
> - **Identify and evaluate hazardous geologic conditions in proximity to communities, infrastructure, established recreation areas, and other high use areas.**

The main hazards of the forest are avalanches, rock falls and flash flooding.

## Summary / Conclusion

The 1996 forest plan comprehensively covers the non-renewable mineral subsets, which have seen no change in legal and regulatory direction since 1996. This direction will remain the same in the new forest plan, although the language may be modified so the concepts are described in plain English, and some guidance amended to comply with regional direction. The major focus of the new plan should be developing management direction for the categories of renewable energy.



**Figure 2. Abandoned mines on the Rio Grande National Forest**

Rio Grande National Forest – Assessment 10
Energy, Minerals, and Geologic Hazards



**Figure 3. Coal mining Districts of Colorado with coal mines represented as yellow dots. There are no coal mines on the Rio Grande National Forest.**

Rvsd Plan - 00000714

# Rio Grande National Forest – Assessments 11 and 14 Lands and Infrastructure – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; for lands and infrastructure of the Rio Grande National Forest.

Land Status, ownership, legal restrictions (easements), public access and types of uses all influence public and private patterns of use and may affect the management of the Rio Grande National Forest.

Rvsd Plan - 00000715

Infrastructure within the Rio Grande National Forest plan area can have a substantial impact on social, cultural, economic, and ecological conditions both within the plan area and in the broader landscape. Infrastructure can include facilities for energy generation or transport, communications, water delivery, transportation (including airstrips), or recreation. Our developed infrastructure includes roads, trails, utility corridors, dams, and buildings for administrative, recreation, or special use purposes. These facilities directly affect conditions and uses within the forest plan area and may support delivery of goods and services in the broader landscape.

# What We Asked

We held one public meeting Monte Vista on March 18, 2015 to collect input specific to land use, ownership, and infrastructure issues. Peak Facilitation and the National Forest Foundation facilitated the meeting. Approximately 40 members of the public attended these meetings. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with a diverse set of individual organizations from February through July 2015. Meetings with Mineral and Hinsdale Counties, SLV Cattlemans, SLV County Commissioners, and SLV Rural Electric Coop included conversations about land use, ownership, and infrastructure. These meetings included over 50 attendees.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process, covering topics such as roads, trails and recreation, land ownership and connections, water infrastructure and utilities, and rangeland improvements.

- What are the current conditions of roads, trails, and recreation?
- What are the impacts to ecological integrity and species diversity from roads, trails, and recreation?
- What are the impacts to the local economy from roads, trails, and recreation?
- What are uses on private lands or inholdings that impact the Rio Grande National Forest?
- What types of public access is necessary?
- What are the impacts to wildlife and the local economy from land ownership and connections?
- What are the current conditions of water infrastructure and utilities?
- What are the impacts to ecological integrity and species diversity from water infrastructure and utilities?
- What are the impacts to the local economy from water infrastructure and utilities?
- What are the impacts to ecological integrity and species diversity from rangeland improvements?
- What are the impacts to the local economy from rangeland improvements?
- What are the current conditions of rangeland infrastructure?

# What We Heard

## *Land Ownership and Access*

Where access is limited, we need to pursue access to the forest across private land via private roads. There also needs to be more access for users of all abilities. Because our forest is the driver for much of the economy in the area, there need to be more effective ways for the public to communicate with us about

Rvsd Plan - 00000716

their concerns. New development of inholdings and the sale of private lands along the boundary is causing fragmentation.

### Forest Infrastructure and Maintenance

Properly functioning infrastructure has minimal impacts but there is a deferred maintenance backlog creating safety issues. Examples include roads, trails, beetle kill areas, and trashed campgrounds. Roads and trails need better signage, including an interactive map on our website. We need to do a better job about communicating road closures with the public. We should explore opportunities for more non-motorized trails, winter use, and new emerging trends such as fat tire biking. One suggestion was that we should pursue more partnerships to help with construction and maintenance. Motorized user groups help maintain motorized trails and it was suggested that we partner with other groups to maintain non-motorized trails.

### Infrastructure and Wildlife

Infrastructure and recreation activities can affect ecological integrity. Surveys inform us of the areas people are using. We can use that information to protect lynx, bighorn sheep, and other species. We need to better inform the public when areas are closed due to wildlife issues.

### Water and Utility infrastructure

Water and utility infrastructure through the forest are important to the local community. The forest plan should be open to the use of a fiber optic line. Currently there are not enough communication sites, but there is also changing technology. The new plan needs to address new technology, including the use of drones on the forest. Options could include alternative energy sites, communication towers, fiber optic, and partnering with others for operation and maintenance. We should have an interactive website that includes critical wildlife habitat and proposed infrastructure. We need a more transparent process for sharing information with the public.

### Grazing

The public suggested we allow more grazing but also address issues with grazing within campgrounds. We should post information online about timing and location of grazing. We should protect the sensitive information but educate the public on the importance of grazing. We should fix the fences that are damaged from trees falling and use more laydown fencing, and log along the fences to protect them from falling trees. We should manage burned areas appropriately so they are not grazed too soon before recovery.

## Where We're Headed

The forest plan provides standards and guidelines for special use permits for a variety of uses on forest lands. We will continue to work with the public to resolve access and land use issues. We will continue to acquire inholdings appropriate for the management and continuity of forest land. There is opportunity for us to collaborate more effectively with other private, state, and federal land owners that border the forest.

With an aging infrastructure and a decreasing budget, we are not maintaining infrastructure to a desired standard. The deferred maintenance backlog continues to go up. Increases in user created routes places an extra burden on us by increasing resource damage and time it takes to repair the damage. This is not sustainable over the long term. We need to be more transparent with the public about when and why closures are occurring and find partners to help address infrastructure issues where possible.

# Rio Grande National Forest – Assessment 11 Infrastructure



# Introduction

Assessment 11 assesses available information about infrastructure on the Rio Grande National Forest, including roads, trails, utilities, recreation facilities, and administrative and special uses as outlined in Forest Service Handbook 1909.12, Chapter 10, Section 13.6.

The developed infrastructure within the Rio Grande National Forest includes roads, trails, utility corridors, dams, and buildings for administrative, recreation, or special use purposes.

Infrastructure within the plan area can have a substantial impact on social, cultural, economic, and ecological conditions both within the plan area and in the broader landscape. Infrastructure can include facilities for energy generation or transport, communications, water delivery, transportation (including airstrips), or recreation. These facilities directly affect conditions and uses within the plan area and may support delivery of goods and services in the broader landscape.

There are approximately 2,244 miles of Forest Service system roads, and approximately 1,298 miles of Forest Service system trails within the Forest. Road and trail construction and maintenance must meet Forest Plan guidance for soils, watersheds, wildlife, scenery, and other topics.

Building and other facilities are described in a separate Facilities Master Plan. The Facilities Master Plan was written in 2003, and is currently being updated for 2015. The Forest Plan will use guidance from the Facilities Master Plan to provide overall management direction on building design, construction, and maintenance.

The current Forest Plan identifies the following major utility corridors within the Rio Grande National Forest.

- A corridor entering the forest near Elwood Pass, proceeding east past Summitville and Grayback Mountain, then following Pinos Creek Road to Del Norte.
- A corridor generally following Highway 149 from South Fork to Creede, continuing over Spring Creek Pass to Lake City.
- A corridor following the Middle Creek drainage on the Saguache District north to the Gunnison National Forest.

# Information Sources and Gaps

## Sources

- Data sources are from the FS NRM-Infra, the TAP and GIS databases (created from GPS and screen digitizing), and is the best available data. Motor Vehicle Use Maps, Watershed Condition Framework Resources Planning Act (RPA) Assessment are also used.
- Some historical data for roads is available
- There are three attached infrastructure maps associated with this document
- This document contains summary table for deferred maintenance, the complete table is available as a supplement.

## Gaps

- Updated county parcel data is not available, due to the cost.

Rvsd Plan - 00000719

- A Facilities Master Plan is currently being developed. It evaluates and ranks Fire, Administrative, and other facilities (not Recreation Facilities) in order to aid in making intelligent investment decisions, such as determining which assets to repair or which assets to decommission.

# Existing Forest Plan Direction for Infrastructure

The 1996 Forest Plan states specific guidance for infrastructure under every resource area.

## *Guidance for Facilities:*

- No significant change in the number of structures or the acres occupied by administrative sites is anticipated.
- Routine activities will continue, regardless of the Forest Plan Revision.
- Aging water systems will have to be either closed or upgraded.
- Any new facilities will be designed to be accessible in accordance with the Americans with Disabilities Act, and upgrades will relate to developed and motorized recreation.

## *Monitoring and Evaluation:*

- Dams, facilities, drinking-water sources, road and trail bridges, and Forest System Roads, are inspected and maintained on regular schedules that comply with Forest Service policies and/or state and federal regulations.

# Scale of Analysis

The plan area includes the Rio Grande National Forest boundary, the surrounding federal lands that border the Rio Grande National Forest (NPS, BLM, FWS, and other National Forest), state owned lands, private inholdings and private lands that border the Rio Grande National Forest.

# Current Condition of Infrastructure

Infrastructure on the Rio Grande National Forest is scattered throughout the forest in areas outside of wilderness, as demonstrated on the attached map: **Infrastructure Map 1**.

## *Deferred Maintenance Summary:*

Many of the facilities on the Forest are at end of their lifecycle. This and the lack of maintenance funds, result in accumulated deferred maintenance.

**Table 1. Distribution of funding for infrastructure**

| Infrastructure | Category | Total DM $ | HS Critical $ | HS Noncritical $ | Forest Mission $ | Resource Protection $ |
|---|---|---|---|---|---|---|
| Bridges | | 2,263,149.43 | 947,356.96 | 857,797.24 | 426,955.74 | 31,039.49 |
| Facilities | | 8,529,235.20 | 46.06 | 0.00 | 8,529,189.14 | 0 |
| Water Systems | Drinking | 828,316.83 | 434,864.96 | 393,451.87 | | |
| Waste Water System | ALL | 56,260.15 | 7,259.00 | 49,001.15 | | |
| Dams | ALL | 1,015,385.47 | 863,855.89 | 151,529.58 | | |
| Roads | ALL | 33,379,482.68 | 2,926,977.68 | 30,452,505.00 | | |
| Trails | All | 6,616,144.96 | | | | |

Rvsd Plan - 00000720

Rio Grande National Forest –Assessment 11
Infrastructure

| Infrastructure | Category | Total DM $ | HS Critical $ | HS Noncritical $ | Forest Mission $ | Resource Protection $ |
|---|---|---|---|---|---|---|
| Trail Bridges | ALL | 32,767.65 | | | | |
| Facilities W/O LC | | 3,040,997.27 | | | | |
| Facility Breakdown | All Other | 1,282,518.64 | | | | |
| | Comm Systems | 795,968.02 | | | | |
| | Dorm/Barracks | 834,927.01 | | | | |
| | Family Housing | 2,888,096.14 | | | | |
| | Industrial | 798,284.19 | | | | |
| | Office | 1,876,811.27 | | | | |
| | Other Institutional | 354,473.38 | | | | |
| | Service | 4,733,495.89 | | | | |
| | Storage | 2,043,788.87 | | | | |
| FRPP Facility | ALL | 11,743,385.79 | | | | |

DM = Deferred Maintenance

HS = Health and Safety

LC = Life Cycle

FRPP = Federal Real Property Program

**Table 2. Example of an annual road maintenance plan: motorized travel: road maintenance 2015**

| Road Number | Miles | District | # Days to Work on | # Days for 2nd pass | Equip Travel Days | Notes |
|---|---|---|---|---|---|---|
| 250 | 56.43 | 20903 | 30+ | 14 | 1 to 2 | from MV Adsite |
| 520 | 32.5 | 20904 | 20+ | 5 | 1 to 2 | from MV Adsite |
| 101 | 19.2 | 20903 | | | 1 | |
| 380 | 27.88 | 20903 | 20+ | 5 | 1 | |
| 360 | 17.11 | 20904 | | | 1 to 2 | |
| 949 | 2.3 | 20907 | | | | |
| 950 | 2.05 | 20907 | | | | |
| 855 | 10.5 | 20907 | | | | To the 578 at Forest Boundary |
| 810 | 7.2 | 20907 | | | | to 784 to 793 |
| 775 | 1.084 | 20907 | | | | |
| NN14 (750) | 10.6 | 20907 | | | | including Luder's CG loop |
| 730 | 11.9 | 20907 | | | | |
| 787 | 22.3 | 20907 | 20+ | 5 | | including Stone Cellar CG spur |
| 675 | 25.5 | 20907 | 20+ | 5 | | |
| 41G | 29.2 | 20907 | 20+ | 5 | | including Storm King CG and Carnero GS |
| Landslides | | | 2 to 7 | | | Averaging 12 landslides per year (Joe P). |
| | 275.8 | | | | | Number of miles each year |

District: 20903 = Conejos Peak, 20904 = Divide, 20907 = Saguache

Rvsd Plan - 00000721

**Table 3. Cost of conducting all annual maintenance for one year on all ML3 roads (hypothetical)[a]**

| ML3 resource | Quantity | Action | Cost |
|---|---|---|---|
| Total Miles on Forest | 2244 | | |
| Total Miles Closed | 618.6 | Potential Closure 52.362 | |
| Miles Open/Active | 1630 | 1577.312 | |
| Trails - Motorized | | | |
| Total Miles on Forest | 399.2 | Potential Closure 5.43 | |
| | | Miles Open/Active 393.8317 | |
| Roads | | | |
| Total Miles ML3 | 598.6 | | |
| Schedule A Roads | 493.8 | | |
| | | | |
| Total Deferred Maintenance on Roads | | | $33,379,482.68 |
| Total Annual Maintenance on Roads | | | $4,500,132.96 |
| Critical | | | |
| Resource Protection | 389 Items | | |
| Forest Mission | 206 Items | | |
| Health and Safety | 542 Items | | |
| Total $ | | | $2,926,977.68 |
| Non-Critical | 6829 items | | $30,452,505 |
| Road Features Breakdown | Total of 10,860 Features in system | | |
| Cattleguards | 176 | | |
| Gates | 195 | | |
| Signs | 1260 | | |
| Drainage | 1045 | | |
| Bridges | 25 | | |
| Guardrails | 6 | | |
| Culverts | 5522 | | |
| Other | 2631 | | |

a – Funding has never been available to complete all annual maintenance

**Table 4. Spatial Data (Displayed on Map) as of March 19, 2015**

| Constructed Features | | Recreation Sites | |
|---|---|---|---|
| Type | Number | Type | Number |
| Unknown | 8 | Boating site | 7 |
| Building | 262 | Campground | 40 |
| Cattleguard | 18 | Fishing site | 10 |
| Communication System | 5 | Group picnic site | 4 |
| Gate | 42 | Interpretive site (minor) | 10 |
| Handling Facility (Corral) | 1 | Lookout/cabin | 10 |
| Sanitation/Toilet Buildings | 7 | Observation site | 2 |

Rio Grande National Forest –Assessment 11
Infrastructure

| Constructed Features | | Recreation Sites | |
|---|---|---|---|
| Type | Number | Type | Number |
| Trail Bridge | 19 | Picnic site | 12 |
| Wastewater System | 10 | Recreation residence area | 8 |
| Water System | 59 | Ski area alpine | 1 |
| Other | 112 | Target range | 1 |
| Dam | 41 | Trailhead | 62 |
| Bridge | 32 | **Total** | **167** |
| Water System-Range | 483 | | |
| Fence | 463 | | |
| Water System Range-Pipeline | 40 | | |
| **Total** | **1602** | | |

Note: Spatial data is being updated, the number of Constructed Features changes as better and new information is gathered.

**Table 5. Miles of Roads from NRM-Infra**

| District | 1 | 2 | 3 | 4 | 5 | D | C | Total |
|---|---|---|---|---|---|---|---|---|
| Conejos RD | 107.4819 | 175.5790 | 140.5094 | .0000 | .0000 | .0000 | .3100 | 423.8803 |
| Divide RD | 387.6521 | 356.6002 | 365.9307 | 19.5710 | .6730 | 11.2155 | 1.9620 | 1,143.6045 |
| Saguache RD | 150.9565 | 447.9642 | 82.4890 | .0000 | .3000 | 4.8000 | .0000 | 686.5097 |
| **Total:** | **646.0905** | **982.1354** | **595.3529** | **19.5710** | **.9730** | **16.0155** | **2.2720** | **2,262.4103** |

Mileage based upon the following criteria: National Forest SR; Jurisdiction-FS, Status-Existing

D = Decommissioned

C = Converted

**Table 6. Miles of National Forest System trails by District from NRM-Infra**

| Total National Forest System Trails | Motorized | Non-Motorized Only | Wilderness | Non-Wilderness |
|---|---|---|---|---|
| District: | Conejos Peak RD | | | |
| 280.4118 | 66.5534 | 213.8584 | 142.0812 | 138.3306 |
| District: | Divide RD | | | |
| 717.9558 | 297.7343 | 420.2215 | 177.1394 | 540.8164 |
| District: | Saguache RD | | | |
| 290.1532 | 34.9440 | 255.2092 | 134.9149 | 155.2383 |
| **Totals:** | **Rio Grande National Forest** | | | |
| **1,288.5208** | **399.2317** | **889.2891** | **454.1355** | **834.3853** |

Full tables for this section can be found in the Supporting Documents folder

# Outside Influences

The Rio Grande National Forest contains the headwaters for the Rio Grande river system and its tributaries that include the Conejos River and Saguache Creek. There are several dams and irrigation

Rvsd Plan - 00000723

systems built along the Rio Grande on properties adjacent to the national forest. These features require maintenance and special use permits, and are accessed by forest service roads.

The forest is accessed by roads from other federal lands, county roads and state highways; some of these roads pre-date the establishment of the National Forest and are relied upon for local economic uses. There are six small airports that also provide access to the area, and three active utility corridors that cross the forest.

**Infrastructure Map 2** shows the river and the reservoirs along the river and how the valley is fed by the waters, and the transportation system that accesses the Rio Grande National Forest.

## Trends

### Census Data and Population Data:

Overall the population of the counties remains relatively steady, with small fluctuations of either gain or loss. The table of census by county can be found in: Assessment 14- Assessing Land Status and Ownership, Use and Access Patterns Assessment.

### Local Airports and Drones:

The use of drones is currently under review by the FAA, and this may influence new airport development.

### Communication Site Infrastructure:

Change in usage by cell phones, is discussed in Assessment 14. Communications facilities do not have a huge ground impact, but can have a societal, safety, and visual impact.

### Shifting Forecast of Snowpack:

The forest may issue special use permits for sensors to forecast snowpack.

### User Created Travel Routes:

The amount of user created routes mainly from motorized and mechanized use has been increasing. These nonsystem routes are displayed on **Infrastructure Map 3.**

### New Areas for Non-Motorized Use:

If any new areas are set aside for non-motorized use, this could result in removal of road infrastructure from the system.

### Watershed Condition Framework:

The Rio Grande National Forest will ensure that watersheds that are at risk do not have and increase in forest infrastructure that is detrimental to the watershed. The Rio Grande National Forest has two priority watersheds:

1. Middle Fork Carnero Creek-Functioning at risk
2. Headwaters for Rio Chama-Functioning Properly

**Infrastructure Map 3** displays the ownership for the vicinity of the Rio Grande National Forest.

Rvsd Plan - 00000724

# Sustainability

Sustainability of forest infrastructure is an issue due to the deferred maintenance backlog and decreasing budgets, the Rio Grande National Forest may have to consider closing facilities in the future.

The Rio Grande National Forest has a backlog of structures that are on the deferred maintenance list, refer **to Infrastructure Map 1.**

# Infrastructure Management

The Rio Grande National Forest uses a PODS system for road maintenance. Each district is broken into seven pods; two pods on each district are maintained every year.

### *Existing Travel Management decisions for Roads, refer to:*

Revised Land Management Plan (1996) Forest Plan.

Page 8 Forest Objective 3.4

Page 28 Recreation and Travel Management Record of Decision Alternative G

Standards and Guidelines Management Area Prescriptions

Page III-33 Infrastructure Travelways: Sec 6 Land Ownership and Special Uses

Page IV- 8 through IV-10 Management Area Prescriptions (MAP) 1.5

Page IV-12 MAP 2.2

Page IV-17 through IV-18 MAP 3.3

Page IV-26 MAP 5.11

Page IV-28 MAP 5.13

Page IV-29 MAP 5.41

Page IV-30 MAP 5.42

Page IV-33 MAP 6.6

Appendix O – Restricted Roads to be closed through NEPA

This information can be found on Rio Grande National Forest Internet Site:

http://www.fs.usda.gov/riogrande

### *Other Documents to reference:*

TROD for Trails – can be found in Supporting Documents folder

Road Analysis Process (RAP) 2004

Transportation Analysis Process (TAP) 2015 (Scheduled for completion) by September 30, 2015)

Rvsd Plan - 00000725

# Impacts to Ecological Integrity and Species Diversity

Refer to Assessments 1, 2, 3, and 5.

# Multiple Use Management

Refer to Assessment 8 – Multiple Uses.

# Summary

We are following current Forest Plan direction. However, with aging infrastructures and continued budget decreases, maintenance to a desirable standard is difficult. The deferred maintenance backlog will continue to increase and this trend is not sustainable. The deferred maintenance is a safety issue for the public and the employees of the Rio Grande.

Although the local population is relatively stable, there is high usage in the summer due to tourism. Climate change and new technology will affect how the forest is accessed and used. Roads and trails provide access to federal lands and are being maintained on a schedule. The increase in user made routes increases resource damage. The forest needs to be aware of these changes and how they could affect planning in the area.

Key findings of the 2010 Resources Planning Act (RPA Assessment)

- Competition for goods and services from natural ecosystems will increase

- Population growth and demographic shifts will result in more people competing for recreational opportunities on a fixed or shrinking land base, but will also change the patterns of recreation use.

- Increasing water demands are likely to increase competition between water users. o Development effects on water quality, in combination with increasing water demands, raises concerns about the health and relative abundance of aquatic species in the future

*The RPA Summary can be found at* *http://www.fs.fed.us/research/rpa/*

Rvsd Plan - 00000726



RGNF Forest Plan Revision
Infrastructure Assessment
Map 1





RGNF Forest Plan Revision
Infrastructure Assessment
Map 3

# Rio Grande National Forest – Assessment 14  Land Status and Ownership, Use, and Access Patterns



# Contents

Introduction ..................................................................................................................................... 1
Information Sources and Gaps .......................................................................................................... 1
   Sources ........................................................................................................................................ 1
   Gaps ............................................................................................................................................ 2
Existing Forest Plan Direction for Land Status, Ownership and Use .................................................. 2
Scale of Analysis ............................................................................................................................... 2
Lands Status, Ownership and Use .................................................................................................... 2
   Trends ......................................................................................................................................... 5
   Influence within the Broader Landscape ........................................................................................ 7
   Access, Trends that Affect Access, and Opportunities .................................................................... 7
   Influence of Trends ...................................................................................................................... 7
Summary ........................................................................................................................................... 8

# Tables

Table 1. Administrative units and acreages ....................................................................................... 3
Table 2. Approximate acres of inholdings by ranger district ............................................................... 3
Table 3. Special use permits (from the Special Use Data System database) ......................................... 4
Table 4. 2014 census data by county ................................................................................................. 6

# Figures

Figure 1. Land ownerships in and adjacent to the Rio Grande National Forest ..................................... 9
Figure 2. Land ownership and location of the conservation easements in the planning area ................... 10
Figure 3. Location of structures inside and within one mile of the Rio Grande National Forest; and the
   half mile and one mile buffers that affect the wildland-urban interface ............................................ 11
Figure 4. Interactivity of adjacent land ownership and management in the planning area ........................ 12
Figure 5. Forest access ..................................................................................................................... 13
Figure 6. Utilities .............................................................................................................................. 14
Figure 7. Counties ............................................................................................................................ 15

Rvsd Plan - 00000731

# Introduction

This assessment describes how land status, ownership, use, and access patterns influence the forest plan area and how management of the forest plan area may influence land use and access. It assesses public and private ownership, legal restrictions (easements), and public access that may affect management of the Rio Grande National Forest.

Land ownership and land status are the basic pattern of public and private ownership of surface and subsurface estates, legal restrictions, and permissions on the use of the land. Land ownership and land status includes public domain lands, acquired lands (and the authority under which they were acquired), lands with reserved or outstanding mineral rights, existing rights-of-way, leased lands, lands withdrawn from mineral entry or other uses, and lands in designated areas described in this assessment. Land ownership and land status also includes Indian Trust lands and Treaty rights to resources in the forest plan area. Private land inholdings within the boundaries of the forest are outside of the forest plan area, but are taken into consideration in the planning process because they influence management of the plan area.

Land status also refers to planning, zoning, easements, or other legal designations for private lands and formal management status of other public lands (such as national parks, state forests, and local parks).

Land use is the current use of land, such as residential, commercial, industrial, or agricultural use for private lands, and current land allocations and the uses permitted in existing land management plans for national forest system or other public lands. Permitted land uses under local government authorities may provide important information about how future changes in land use may affect management of the forest plan area.

Access is the ability to move to, from, or through the plan area by any means including pedestrian access from properties adjacent to the plan area and air access to airstrips in the plan area.

# Information Sources and Gaps

### Sources

- Automated Lands Program
- Colorado Land Ownership Map
- US Census data
- FS NRM-Infra Database
- Forest Service Special Use Data System database
- Land Status Records System
- Transportation Atlas
- Motor Vehicle Use Maps
- 2010 Resources Planning Act Assessment
- Forest Service Enterprise Data Warehouse
- Rio Grande National Forest Enterprise GIS Library

### Gaps

- Recent county parcel data for trend comparisons.

- Data on existing right-of-ways for public access to national forest system lands. Public access is a national priority. Some access has been lost due to fragmentation (sub-divisions) of private properties. We need to work to ensure adequate public access to national forest system lands.

- Unsurveyed or unverified land ownership patterns may not be reflected in the current Forest Service GIS.

## Existing Forest Plan Direction for Land Status, Ownership and Use

The desired conditions in the current forest plan include:

- Develop a land ownership pattern that improves our ability to meet forest needs and public objectives. Land adjustments through purchases, exchanges, and donations include an array of unique plant and animal habitats, riparian areas, geologic features, heritage resources, and recreational opportunities.

- Retain existing rights where needed. The acquisition or conveyance of non-federal lands should reduce conflicts and improve management efficiency. When acquiring non-federal lands these lands should enhance national forest purposes, improve administration, reduce trespass, and add to available national forest goods and services.

- Special uses standards would be to bury electrical lines wherever possible, and phase out landfills where the use is storage or disposal of hazardous material. Consolidate utility corridors whenever possible; manage the corridors in line with the goals of the management areas that they pass through.

## Scale of Analysis

The lands considered in this planning process include the lands within the Rio Grande National Forest boundary, adjacent federal lands that border the forest, including National Park Service; Bureau of Land Management (BLM); U.S. Fish and Wildlife Service; and the San Juan, Gunnison, Pike-San Isabel, and Carson National Forests. Other lands that share a border with the forest are Colorado State owned lands, private inholdings, and private lands.

## Lands Status, Ownership and Use

The Rio Grande National Forest is divided into three ranger districts (Table 1). Within these districts the forest manages four wilderness areas and six research natural areas. The Baca Tract has been acquired by the forest since the last forest plan.

**Table 1. Administrative units and acreages**

| Administrative Unit | Acres |
|---|---|
| Approximate Acres of Forest | 1,835,000 |
| **Ranger District** | |
| Conejos Peak | 380,000 |
| Divide | 940,000 |
| Saguache | 515,750 |
| **Wilderness** | |
| La Garita Wilderness | 55,200 |
| Sangre de Cristo Wilderness | 125,700 |
| South San Juan Wilderness | 89,000 |
| Weminuche Wilderness | 165,000 |
| **Total Acres** | **434,900** |
| **Research Natural Areas (RNAs)** | |
| Mill Creek RNA | 2556 |
| Deadman Creek RNA | 4774 |
| Finger Mesa RNA | 3406 |
| North Zapata RNA | 6101 |
| Spring Branch RNA | 4003 |
| Hot Creek RNA | 1857 |
| **Total Acres** | **22697** |

There are private inholdings scattered through the Rio Grande National Forest (Table 2). These inholdings originated as mining claims, homesteads, and water rights (such as reservoirs and irrigation ditches).

**Table 2. Approximate acres of inholdings by ranger district**

| Ranger District | Owner Classification | Approx. Acres |
|---|---|---|
| Conejos Peak | Non-FS | 20,800 |
| Divide | Non-FS | 72,024 |
| Saguache | Non-FS | 6,627 |

The legend and hyperlink to Figure 1 at the end of this assessment describes all land ownerships in and adjacent to the Rio Grande National Forest.

There is demand for some types of individual, group, and commercial activities and uses on the forest that require special use permits (Table 3). The special-uses program authorizes appropriate uses of the forest that provide a benefit to the general public while also protecting resources. Some of the special uses have a spatial location, many of which are identified as structures in the Rio Grande National Forest GIS. Budget declines and a loss (nationally) of expertise and staffing of the special use program is causing a backlog of expired permits, inadequate inspections of existing permitted uses, and delays or incorrectly issued new permits.

Rio Grande National Forest – Assessment 14 Land
Status and Ownership, Use, and Access Patterns

**Table 3. Special use permits (from the Special Use Data System database)**

| Use Code | Use Name | Number of Authorizations |
|---|---|---|
| 113 | Organization camp | 1 |
| 114 | Shelter | 5 |
| 121 | Isolated cabin | 1 |
| 123 | Recreation residence | 51 |
| 133 | Resort | 1 |
| 141 | Concession campground | 3 |
| 153 | Outfitting and guiding service | 53 |
| 161 | Winter recreation resort | 1 |
| 165 | Snow play | 4 |
| 171 | Target range | 1 |
| 181 | Recreation event | 12 |
| 191 | Non-commercial group use | 7 |
| 215 | Livestock area | 3 |
| 232 | Corral, pen and livestock area | 1 |
| 331 | Marker | 2 |
| 333 | Sign | 2 |
| 341 | Solid waste disposal site | 1 |
| 364 | Shelter | 2 |
| 373 | Other improvement | 3 |
| 411 | Site survey and testing | 1 |
| 422 | Research study | 3 |
| 423 | Weather station | 3 |
| 431 | Military training area | 1 |
| 511 | Construction camp and residence | 4 |
| 512 | Temporary construction activities | 3 |
| 521 | Warehouse and storage yard | 1 |
| 522 | Stockpile site | 1 |
| 552 | Motion picture and tv location | 3 |
| 561 | Geological and geophysical exploration | 1 |
| 634 | Natural gas pipeline - FERC | 1 |
| 641 | Powerline, rea financed | 12 |
| 643 | Powerline | 1 |
| 731 | Railroads right-of-way | 2 |
| 741 | DOT easement | 12 |
| 751 | Forest road and trail act easement | 1 |
| 752 | Federal land policy & management act easement | 19 |
| 753 | Federal land policy & management act permit | 32 |
| 804 | Microwave-industrial | 1 |
| 806 | Private mobile radio service | 4 |
| 807 | Passive reflector | 1 |

Rio Grande National Forest – Assessment 14  Land
Status and Ownership, Use, and Access Patterns

| Use Code | Use Name | Number of Authorizations |
|---|---|---|
| 810 | Cellular | 1 |
| 815 | Commercial mobile radio service | 3 |
| 818 | Facility manager | 6 |
| 821 | Telephone and telegraph line | 9 |
| 823 | Fiber optical cable | 4 |
| 832 | Other commercial improvement, REA financed | 2 |
| 911 | Irrigation ditch | 37 |
| 914 | Water trans pipeline $\geq$12" diameter | 5 |
| 915 | Water trans pipeline < 12" diameter | 10 |
| 916 | Water conveyance easement, pl 99-545 | 41 |
| 922 | Dam, reservoir | 21 |
| 924 | Reservoir | 1 |
| 931 | Well, spring or windmill | 4 |
| 935 | Water storage tank | 1 |
| 941 | Stream gauging station | 3 |
| | **Total number of active special use permits as of 2/18/2015** | **409** |

## *Trends*

- Several parcels in the San Luis Valley have conservation easements. Most of these conservation easements have a shared border with other federal lands (BLM, U.S. Fish and Wildlife Service, and National Park Service) that share a border with the forest.

- There are possibilities for future land acquisitions through Land and Water Conservation Fund and land exchanges.

- Forest access can be limited or blocked by private property owners through fragmentation or sub-divisions of larger parcels. Private property owners make the decision whether to provide forest access via an easement across their land.

- The creation of "illegal nonsystem routes" across national forest system lands is ongoing and causes resource damage.

- Census data shows that the year-round population of the surrounding counties is fairly stable (Table 4). See Assessment 6 Social, Cultural and Economics for additional information.

- If the area starts to see some increases in development of private inholdings, then there may be an increase in requests for special use authorizations such as roads, power, communication, etc.

**Table 4. 2014 census data by county**

| County | Population |
|---|---|
| **Alamosa** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 16,253 |
| Population, 2010 (April 1) estimates base | 15,445 |
| **Archuleta** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 12,194 |
| Population, 2010 (April 1) estimates base | 12,084 |
| **Conejos** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 8,277 |
| Population, 2010 (April 1) estimates base | 8,256 |
| **Hinsdale** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 813 |
| Population, 2010 (April 1) estimates base | 843 |
| **Mineral** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 721 |
| Population, 2010 (April 1) estimates base | 712 |
| **Rio Grande** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 11,803 |
| Population, 2010 (April 1) estimates base | 11,982 |
| **Saguache** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 6,208 |
| Population, 2010 (April 1) estimates base | 6,108 |
| **San Juan** | |
| Population, 2014 estimate | NA |
| Population, 2013 estimate | 692 |
| Population, 2010 (April 1) estimates base | 699 |

The legend and hyperlink to Figure 2 at the end of this assessment, describes the land ownership and location of the conservation easements in the planning area.

The legend and hyperlink to Figure 3 at the end of this assessment, describes the location of structures inside and within one mile of the Rio Grande National Forest; and the half mile and one mile buffers that affect wildland-urban interface. The number of private structures close to the national forest boundary, in some cases, may represent areas where there are existing or potential forest access issues.

### *Influence within the Broader Landscape*

The Rio Grande National Forest shares boundaries with the San Juan, Gunnison, San Isabel and Carson National Forests. The forest also shares boundaries with the San Luis Valley Field Office of the Bureau of Land Management, Great Sand Dunes National Park and Preserve and the San Luis Valley Refuge Complex of the Fish and Wildlife Service. Boundaries are also shared with State of Colorado and private lands. These shared boundaries with other federal and State land owners provide opportunities to collaborate on management.

The legend and hyperlink to Figure 4 at the end of this assessment, describes the interactivity of adjacent land ownership and management in the planning area.

## *Access, Trends that Affect Access, and Opportunities*

The forest is accessed by a number of secondary U.S. and Colorado State Highways, as well as numerous county roads, forest system roads, and trails. Interstate 25 is more than 70 miles from the eastern-most boundary of the forest. U.S. Highway 285 runs north-south and U.S. Highway 160 runs east-west through portions of the forest. Both are two-lane highways providing access to several national forest service roads and recreation areas. Colorado Highways 114, 17, and 149 provide additional access to the forest in Saguache, Rio Grande, Mineral, Hinsdale, and Conejos counties.

The plan area has six airports including small operations in Creede, Saguache, Center, and Monte Vista. The San Luis Valley Regional Airport in Alamosa is the largest in the region. The Astronaut Kent Rominger Airport in Del Norte has undergone significant upgrades in their runway and lighting since 2012.

The Continental Divide National Scenic Trail (which shares its route with the Colorado Trail) follows the western boundary of the Rio Grande National Forest.

The legend and hyperlink to Figure 5 at the end of this assessment, describes forest access.

The ongoing fragmentation of private lands along the forest boundary is a trend that potentially impacts public access to the forest. We work to acquire access easements across private lands when issues are identified. We can also acquire access by purchasing private lands and inholdings from willing sellers within the forest boundary. The Land and Water Conservation Fund assists with our acquisition of property, land exchanges, and easement acquisitions or donations; to provide the public with better opportunities to access the forest.

### *Influence of Trends*

- Active sub-dividing and an increasing number of structures adjacent to forest lands expands the wildland-urban interface.

- An expanding wildland-urban interface leads to increased requests for use of National Forest System lands for private purposes and increase in special use permit activities.

- There is potential for the spread of invasive species as more people use national forest system lands.

- Acquiring lands and conservation easements can help the forest to retain access and provide open space areas for connectivity to other public lands.

Trends and influences from the 2010 Resources Planning Act Assessment - key findings:

- Urbanization and low density development will continue to threaten the integrity of natural ecosystems.

RevisedPlan - 00000738

- Competition for goods and services from natural ecosystems will increase.
- Population growth and demographic shifts will result in more people competing for recreational opportunities on a fixed or shrinking land base, but will also change the patterns of recreation use.

The Resources Planning Act summary can be found at http://www.fs.fed.us/research/rpa/ .

Social and economic sustainability is discussed in assessments 6 and 7.

## Summary

- The Rio Grande National Forest continues to follow forest plan guidelines and issues special use permits for a variety of uses on the forest lands.
- The trend of subdivision of adjacent private parcels is expanding the wildland-urban interface and influencing access to public lands. We are working on acquiring inholdings through such avenues as the Land and Water Conservation Fund, exchanges, and donations.
- Our shared boundary with other federal and state lands provides us with opportunities for collaboration on land use and access.
- We will continue to work and communicate with the public to resolve access and land use issues.



**RGNF Forest Plan Revision**
**Land Status and Ownership: Assessment 14**
**Map 1 - Managed Lands**

LEGEND
Rio Grande National Forest Boundary
Non-FS within FS Boundary
Wolf Creek Ski Area
Colorado Roadless Areas
Research Natural Areas (RNA)
Wilderness Areas

**Figure 1. Land ownerships in and adjacent to the Rio Grande National Forest**

Rvsd Plan - 00000740



**Figure 2. Land ownership and location of the conservation easements in the planning area**

Rvsd Plan - 00000741



**Figure 3. Location of structures inside and within one mile of the Rio Grande National Forest; and the half mile and one mile buffers that affect the wildland-urban interface**

Rvsd Plan - 00000742



**Figure 4. Interactivity of adjacent land ownership and management in the planning area**

Rvsd Plan - 00000743



**Figure 5. Forest access**



**Figure 6. Utilities**



**Figure 7. Counties**

Rvsd Plan - 00000746

# Rio Grande National Forest – Assessment 12 Tribal Resources– Executive Summary



## Introduction

The San Luis Valley and the surrounding San Juan and Sangre de Cristo Mountains are the ancestral homelands of several American Indian clans, bands and tribes. For other groups, the area was more peripheral and represented seasonal hunting and gathering grounds or travel corridors. Despite their forced removal by the U.S. Government in the late 1800s, several tribes maintain strong cultural and spiritual connections to the San Luis Valley in general and the planning area in particular. Tribal groups include the Jicarilla Apache, Navajo, Southern Ute, Ute Mountain Ute, and several Upper Rio Grande and Western Pueblo Tribes. Tribal population centers vary between 75 miles (Jicarilla Apache) and just over 400 miles (Hopi Tribe) from the Rio Grande National Forest planning area. There are ceremonial and culturally important sites and traditional gathering areas on the Forest for these tribal groups.

## What We Asked

We began tribal consultation, facilitated by Angie Krall, Rio Grande National Forest heritage program manager, between October 2014 and May 2015. Consultation is an ongoing process that will continue

Rvsd Plan - 00000747

through the assessment and NEPA stages. Our goals for this phase of the forest planning process are as follows.

- Consult affiliated tribes to identify members to represent perspectives and participate in the Assessment Phase. Timeline – Winter 2015.

- Meet with tribally appointed representatives to understand and document areas of tribal importance or significance within the Rio Grande National Forest. Timeline – Winter 2015 (existing condition) on the Rio Grande National Forest.

- Identify the most effective and preferred method of communication with each affiliated Tribe.

We asked all the tribes we consulted the same questions.

- What are the conditions and trends of areas of tribal importance that may need plan direction?

- What Forest Plan-related tribal rights exist, including those involving hunting, fishing, gathering, and protecting cultural and spiritual rights?

## What We Heard

Most of the Tribes affiliated with the planning area are committed to staying involved in the forest plan revision process. Terms negotiated in the Brunot Treaty of 1874 are current; and valid rights in effect for a portion of the Rio Grande National Forest. Two locales have been identified by the Tribes as important and significant areas on the Rio Grande National Forest. The Tribes propose we protect these by adding one locale to an existing special interest area through a boundary adjustment; and by creating a new special interest area, encompassing lands administered by several federal agencies and a private landowner, for the second.

Because we are required to protect confidential information that is culturally sensitive to the Tribes (36 CFR 219.1(e)), no additional information on these sites is available at this time.

Interviewees are experiencing challenges with forests closer to the Pueblo Tribe in New Mexico including the Santa Fe and Cibola National Forests. They are frustrated with the ever changing permitting system and the difficulties of clear communication between the Tribe and the Forest Service. The Tribes believe the permitting system is too complicated. They often do not know who to contact for what activity.

The tribal representatives are also frustrated that they are not permitted to access areas for ceremonial purposes during high fire danger when the nearby forests are administratively closed to the public. We suggested they might be able to access the Rio Grande National Forest during these times, if the forest contains the needed resource. Though farther afield, there are many other resources that the Rio Grande National Forest can provide.

# Where We're Headed

This assessment has been informed greatly through formal tribal consultation in accordance with laws and policy. Through the consultation process two landscapes were identified to be undeniably and critically significant to all the affiliated tribes: Mt. Blanca Massive and the Natural Arch. The plants, animals and other special elements that surround these places hold great significance to affiliated tribes. With the forced removal of the indigenous peoples some 100 years ago; important features of their collective traditional ecological and cultural knowledge has been lost. Despite this set back traditional peoples of the Ute, Navajo, Jicarilla Apache, and northern pueblos continue to maintain meaningful connections to these

Rvsd Plan - 00000748

homelands, collecting traditional materials, making pilgrimages, and conducting traditional ceremonies within the planning area as a matter of exercising rights protected by law.

Since the last Rio Grande Forest Plan was completed twenty years ago, a lot has changed in terms of policy development and how we consult with Tribes and programmatically integrate consultative elements into pertinent planning documents, including recognizing and managing traditional and cultural landscapes. The legal framework of federal policy, case laws, and Executive Orders provide guidance and establish a higher standard for tribal consultation; authority to facilitate reburial of Native American human remains on Forest lands; allow Tribes to collect forest products; and protect sensitive information. This legal framework has also created pathways to greater collaboration and connection between us and the Tribes; from the district level up.

We will continue to consult with Tribes on important topics for the duration of the forest planning process. These topics include traditional cultural properties and their nominations, accessing traditional use and collection areas, affirming the Brunot Treaty, using and accessing forest products (trees, herbs, etc), identifying reburial areas, and protecting sensitive information.

# Rio Grande National Forest – Assessment 12
## Areas of Tribal Importance



# Contents

Introduction ............................................................................................................................................. 2
Information Sources and Gaps................................................................................................................. 2
Existing Forest Plan Direction for Tribal Resources .............................................................................. 3
    Scale of Analysis............................................................................................................................... 3
    Intertribal and Interagency Native American Graves Protection and Repatriation Act Memorandum
    of Understanding............................................................................................................................... 4
Existing Tribal Rights............................................................................................................................. 4
    Previous Treaties with Ute Bands ..................................................................................................... 4
    Hunting Rights: The Brunot Treaty .................................................................................................. 5
    Spiritual Rights ................................................................................................................................. 7
    Collection Rights .............................................................................................................................. 7
Areas of Tribal Importance..................................................................................................................... 7
    Mount Blanca.................................................................................................................................... 7
    The Natural Arch .............................................................................................................................. 8
    Other Places of Tribal Importance ................................................................................................... 9
    Emergence and Migration ................................................................................................................. 9
    Traditional Cultural Landscape....................................................................................................... 10
    Oshá (Ligusticum porteri) .............................................................................................................. 10
Conditions and Trends .......................................................................................................................... 10
    Mount Blanca.................................................................................................................................. 10
    Natural Arch.................................................................................................................................... 11
Resources at Risk.................................................................................................................................. 11
Summary / Conclusion ......................................................................................................................... 11
References Cited.................................................................................................................................... 13

Rvsd Plan - 00000752

# Introduction

*"Stay in touch with this place, talk to these places in your language."*
*~ Bryan Vigil, Jicarilla Apache elder*

Assessment 12 assesses available information for areas of tribal importance. The content of this assessment is based upon guidance found in FSM 1909.12, Chapter 10 (Assessments), and Section 13.7 (Areas of Tribal Importance).

The San Luis Valley and the surrounding San Juan and Sangre de Cristo Mountains are the ancestral homelands, emergence place and/or core areas of several American Indian clans, bands and tribes. For other groups, the area was more peripheral and represented seasonal hunting and gathering grounds or travel corridors. Despite their removal by the U.S. Government in the late 1800s, several tribes maintain strong cultural and spiritual connections to the planning area. These include the Jicarilla Apache, Navajo, Southern Ute, Ute Mountain Ute, and several Upper Rio Grande and Western Pueblo Tribes. Tribal population centers vary between 75 miles (Jicarilla Apache) and just over 400 miles (Hopi Tribe) from the planning unit. Ceremonial and culturally important sites and traditional gathering areas for certain plants and other materials exist on the Forest.

As managers of National Forest System lands and programs on the Rio Grande National Forest we have a renewed opportunity during this planning process to better understand the effects of the historic trauma of removal and should manage programs with respect to the tribes whose homelands we now manage. This requires extra effort in implementing the Archaeological Resource Protection Act, the National Historic Preservation Act and the Native American Graves Protection and Repatriation Act. The assessment process can aid us in looking for new ways to make the lands and programs we manage relevant to the tribes now living far away. These tribes are showing a renewed interest in the homeland-related traditions of their people and are looking to us to help them re-establish their connection to the ancestral landscape (USDA 2015).

# Information Sources and Gaps

At the outset of the assessment process, we asked nineteen Tribes with active cultural affiliation to the planning area to participate in this phase of the planning process. The Jicarilla Apache Nation, the Navajo Nation, the Pueblo of Santa Ana, Southern Ute Tribe and the Ute Mountain Ute Tribe chose to participate in this phase. In early 2015, our Heritage Program Manager met with the Jicarilla Apache Cultural Preservation Office in Dulce, New Mexico and the Navajo Nation Cultural Preservation Office in Window Rock, Arizona respectively. In spring of 2015, our Heritage Program Lead and Deputy Forest Supervisor met with the Pueblo of Santa Ana in Bernalillo, New Mexico. We gathered information from the Southern Ute and Ute Mountain Ute Tribes through phone interviews and email. Previous consultation, extensive grey literature and other pertinent documents also inform this assessment. In 2012, the Bureau of Land Management completed an ethnography as part of potential solar development in the San Luis Valley (Higgins et al. 2013). The Great Sand Dunes National Park and Preserve has also completed ethnography for the Park that includes the greater context of the San Luis Valley (White 2005). Parts of both ethnographies remain confidential and for internal use only and cannot be released to the public due to their sensitive nature. Both have added greatly to our understanding of areas of tribal importance within the San Luis Valley cultural landscape. For several years, former heritage program lead Vince Spero spearheaded the Tribal Consultation Bulletin that actively engaged Tribes with ongoing NEPA on National Forest System and Bureau of Land Management lands within the San Luis Valley, adding to our knowledge of particular places of tribal importance.

Rvsd Plan - 00000753

The primary gap in the data is the loss of cultural memory that is a direct result of forced removal of culturally affiliated tribes from ancestral homelands over one hundred years ago. A doctrine of forced acculturation and language loss served to sever ties to ancestral homelands and by extension, a common memory of a comprehensive atlas of culturally, historically and spiritually important places within the planning area. However, important threads of memory still exist and serve to maintain rich and substantive ties to the planning area. Just before, and again during the assessment process we learned that the Comanche Tribe holds a greater affiliation to the San Luis Valley area than previously thought. We should pursue this information gap during the next phase of the plan revision process.

# Existing Forest Plan Direction for Tribal Resources

We are directed to adhere to the laws and policies governing relationships with American Indian sovereign tribal nations. We recognize the principles of Executive Order 13175, USDA Departmental Regulation 1350-002, Forest Service Manual 1563, Executive Order 13007, the Food, Conservation, and Energy Act of 2008 (Farm Bill 2008) and the report to the Secretary of Agriculture, USDA Policy and Procedures Review and Recommendations: Indian Sacred Sites (Report) These documents are foundational to our planning procedures and require government-to-government consultation with affected tribes as part of the planning process with regard to areas of tribal importance. As part of tribal participation and consultation procedures, we have requested information about traditional ecological knowledge, land ethics, cultural issues, and sacred and culturally significant sites.

## *Scale of Analysis*

The scale of this analysis includes all lands within the Rio Grande National Forest planning area, surrounding federal lands that include National Park Service, Bureau of Land Management and U.S. Fish and Wildlife Service lands as well as State and private lands. These lands are encompassed within the larger San Luis Valley and Taos Plateau cultural landscape and ecoregion.

**Table 1. Tribes affiliated with the plan area**

| Tribe/Clan/Band | Language |
|---|---|
| Comanche Tribe | Uto-Aztecan: Numic |
| The Hopi Tribe | Uto-Aztecan: Hopi |
| Jicarilla Apache Nation, White Clan/Ollero | Athabaskan |
| The Navajo Nation (Dinéh) | Diné |
| Pueblo of Acoma | Keres |
| Pueblo of Cochiti | Keres |
| Pueblo of Laguna (Kawaik) | Western Keres: Kawaik |
| Pueblo of Nambe | Kiowa-Tanoan: Tewa |
| Pueblo of Ohkay Owingeh (San Juan) | Kiowa-Tanoan: Tewa |
| Pueblo of Picuris | Kiowa-Tanoan: Tiwa |
| Pueblo of Santa Ana (Tamaya) | Keres |
| Pueblo of Santa Clara | Kiowa-Tanoan: Tewa |
| Pueblo of Santo Domingo | Eastern Keres: Kewa |
| Pueblo of San Ildefonso | Kiowa-Tanoan: Tewa |
| Pueblo of Taos | Kiowa-Tanoan: Tiwa |
| Pueblo of Zuni | Zuni (a language isolate) |
| Northern Ute Indian Bands: Yamparika, Uncompahgre, Uinta, White River | Uto-Aztecan: Numic |
| Southern Ute Indian Bands: Moache, Capote | Uto-Aztecan: Numic |
| Ute Mountain Ute Bands: Tabeguache, Weeminuche | Uto-Aztecan: Numic |

Rvsd Plan - 00000754

Among the thirteen Pueblo tribes five different languages are spoken and there is significant diversity in social customs, political organizations and the practices of traditional ceremonials and religions. The Jicarilla Apache and Navajo speak distinct Athabaskan languages, the three Ute tribes speak mutually intelligible dialects of the southern Numic branch of Uto-Aztecan. The Comanche speak a central Numic tongue directly related to Shoshone.

### Intertribal and Interagency Native American Graves Protection and Repatriation Act Memorandum of Understanding

American Indian tribes affiliated with the planning area have unique relationships and views with regard to their ancestors. Protecting in place ancient burial sites and reburying remains taken from the planning area and the San Luis Valley are of utmost importance to the tribes. The potential for inadvertent discoveries of human remains is high within the forest planning area due to a relatively high site density, the high potential for preservation of organic material and the erratic aeolian (wind driven) environment that can quickly expose and cover burials. Ranchers, farmers and other locals, as well as past and present land managers, have shared their own experiences of inadvertent discoveries on lands across the San Luis Valley. To address a growing need nationwide for reburial locations for remains, the Farm Bill of 2008 created the authority for land managers to rebury Native American remains on National Forest System lands. In 2010, the Rio Grande successfully utilized this authority to rebury two sets of culturally unidentifiable remains on National Forest System lands.

To be more prepared in the face of such potential, in 2011 an intertribal and interagency Native American Graves Protection and Repatriation Act Memorandum of Understanding was created by several San Luis Valley affiliated tribes including the Navajo Nation, the two Colorado Ute Tribes, the Ute Tribe of Utah, the Jicarilla Apache Nation and the Pueblo of Zuni, the Ohkay Owingeh (San Juan Pueblo), the San Ildefonso Pueblo, the Pueblo of Santa Ana, the Santa Clara Pueblo, the Pueblo of Laguna, the Cochiti Pueblo, and the Pueblo of Acoma. Federal agency signatories include the Bureau of Land Management, the U.S. Forest Service, the National Park Service and the U.S. Fish and Wildlife Service. The memorandum of understanding is designed as a guide for the land management agencies and the tribes in the treatment of inadvertent human burial discoveries in and culturally unidentifiable remains previously taken from the San Luis Valley. With this memorandum of understanding and several reburials, enduring government to government relationships have been forged that lay the foundation for meaningful tribal engagement on Forest projects, programs and this assessment document.

## Existing Tribal Rights

### Previous Treaties with Ute Bands

It is important to note that a series of treaties with the Utes existed within the planning area that were violated by the United States government just before the current reservation system was enacted. These include the Treaty with the Tabeguache (1863), the Treaty with the Utes (1868) and the Brunot Treaty (1874). The Colorado Gold Rush of 1859 brought hundreds of trespasser prospectors and unauthorized mining camps into Ute Territory. For the next 20 years there was the constant pressure on the Utes to relinquish their land by the United States, the State of Colorado, and mining and railroad interests. This was done by a series of negotiations and treaties entered into by the United States, then disavowed. The Tabeguache Treaty was crafted in Conejos, Colorado, ceding one-fourth of Ute Territory, the southern San Luis Valley and other areas in Colorado. It was signed by a leader of the Tabeguache Ute, though the leaders of the Moache and Capote Bands (to whom the territory belonged) refused to sign.

The Treaty of 1868 was signed by a Ute delegation in Washington D.C. This time, one third of their remaining land base was ceded to the United States. The Utes lost their territory east of the Continental

Rvsd Plan - 00000755

Divide but retained the western slope of Colorado. The treaty guaranteed that the U.S. Government would keep out all non-Indians and no unauthorized person would be allowed to cross the 170th parallel. The Utes demanded the government enforce previous treaties and objected to the people overrunning their land. The U.S. Government was preparing to use the military to expel the squatters from Ute land but the squatters demanded that the Utes be driven out of the mine rich mountains instead. The Government solution was to again reduce the size of the Ute Reservation. It wasn't until the Brunot Treaty of 1874 that miners were legitimately allowed to work the land by paying the Ute a tribute of 12 cents per acre on disputed lands. This arrangement only lasted until 1879, when the Ute were expelled from Colorado, except for the Southern Ute Indian Reservation in the southwest corner of the state (Huston 2005). While the Utes lost their last vast tract of land within their Colorado territory, part of the Brunot Treaty would be recognized by the United States and the State of Colorado late in the 20th century.

### *Hunting Rights: The Brunot Treaty*

The Brunot Agreement, ratified by Congress in 1874, withdrew over 5,000 square miles in the mountains of southwest Colorado from the 1868 Ute Reservation. The agreement, entered into between the United States (as represented by Felix Brunot) and the Ute Indians in Colorado, was passed into law (18 Stat., 36) by the House of Representatives and the Senate of the U.S. Congress on April 29, 1974 (after Congress decided in 1871 that the United States would no longer make Treaties with Native American tribes yet continued to interact with Native American tribes in much the same manner through executive orders and agreements enacted as statutes). Under the "reserved rights doctrine," hunting rights on reservation lands relinquished by the Utes were retained; that is, the tribes retained such rights as part of their status as prior and continuing sovereigns. Article II of the Brunot Agreement specified that "the United States shall permit the Ute Indians to hunt upon said lands so long as the game lasts and the Indians are at peace with the white people." The Ute Mountain Ute Tribe's hunting rights were acknowledged when the tribe sued the State of Colorado for their historical hunting rights in 1978. The rights were granted to the tribe under a consent decree that gave enrolled members of the Ute Mountain Ute Tribe the right to hunt deer and elk in the Brunot area for subsistence, religious, or ceremonial purposes. The consent decree specified that tribal members may hunt deer and elk without a state license year-round, providing that they obtain a tribal hunting permit. In 2013, the Ute Mountain Ute Tribe re-negotiated this agreement with the State of Colorado to include the Tribe's fishing rights and the right to hunt a certain number of black bears, moose, mountain goats, big horn sheep and mountain lions, in addition to the existing take of elk and mule deer within the Brunot area. Other game animals may be hunted without a license and without bag limits, but only during hunting seasons established by Colorado Parks and Wildlife. In 2008, the Southern Ute Indian Tribe signed an agreement with the State of Colorado which legally acknowledged their hunting and fishing rights within the Brunot area.

Rvsd Plan - 00000756



**Figure 1. Brunot Treaty Hunting Unit**

We will continue to ensure that the hunting and fishing rights of the 1874 Brunot Agreement are upheld on National Forest System lands under our management jurisdictions. In exercising their Brunot hunting rights, the Ute Mountain Ute and Southern Ute tribal members adhere to federal policy and regulations designed to protect natural and cultural resources, and enrolled members of the Ute Tribe can access their treaty area to exercise hunting rights. The Brunot Agreement tract contains parts of the present day counties of San Juan and Hinsdale within the planning area (figure 1).

### Spiritual Rights

Ute, Jicarilla Apache and Navajo people are culturally and spiritually affiliated to places within the planning area. These include Mount Blanca on the Conejos Ranger District and the Natural Arch on the Divide Ranger District. The Navajo in particular maintain spiritual and cultural rights to practice their traditional religion at Mount Blanca. The Jicarilla Apache conduct ceremonies at the Natural Arch. There may be other places that ceremony occurs within the planning unit as it is still considered part of the ancestral homeland to many.

### Collection Rights

Under the terms of the Farm Bill we will allow gathering for traditional and cultural purposes, and facilitate tribal members in collecting botanical and other special forest products from National Forest System lands. We also coordinate and collaborate with tribal governments to increase awareness and knowledge of culturally significant plants, and will consider potential impacts on culturally significant plants in project design and implementation. Our prescribed burn plans, noxious weed control, and other management projects should address and consider traditional uses and traditional management of culturally significant plants. Of particular note is the importance of the ethnobotanically important oshá plant sacred to several tribes affiliated with the plan area.

During this assessment effort, representatives of the Pueblo of Santa Ana have offered some keen insights into ways that Forest Service and Tribes might cooperate in terms of collecting certain items. Santa Ana representatives are frustrated that they are unable to access areas for ceremonial needs during times of high fire danger within the Cibola National Forest and the Santa Fe National Forest when the forests are closed to the public. Our staff suggest they may be able to access the Rio Grande National Forest during these times, as the Rio Grande National Forest often does not experience the same level of fire danger as the two Region 3 forests. Items include but are not limited to: plant materials such as the oshá plant, resins and wild tobacco and mineral such as red ochre, yellow paint, galina, and kaolinite (white slip). According to Santa Ana representatives, "You (the Forest Service) need to manage these ecosystems with these items in mind." There are many other items that the forests provide. The representatives discussed developing a list of items; secure information that could be shared with specific national forest staff.

## Areas of Tribal Importance

### Mount Blanca

Mount Blanca, Sierra Blanca or Blanca Peak is sacred to the Navajo, Ute and Jicarilla Tribes. It is also an important anchor point within the cultural landscape of the Upper Rio Grande pueblos, known as *Pintsae'i'i* or "White Mountains" in Tewa. It is of particular importance to the Navajo Tribe, or Dinéh of the American Southwest. To them it is known as *Sisnacjini* or "Black Belt Mountain", with a belt made of white shells. The peak marks the eastern boundary of the *Dinetah*, or Navajo homeland. The mountain is considered a living breathing entity. The wetlands (Bureau of Land Management, U.S Fish and Wildlife Service) and the sand dunes (National Park Service) that flank the mountain are revered as critical components of the life force of the mountain. In modern times the high points on the massif have been delineated as Ellingwood, Blanca and Little Bear.

Rvsd Plan - 00000758

The Jicarilla Apache call the mountain *Nishncɟini,* "Black Belt" Monster Slayer, *Nío nas ga né,* directed Jicarilla and Navajo peoples on where to go from the top of the mountain and it is thought that the clouds retain spirits that bring the water. The mountain is a place of medicine power.

The Kaputa (Capote) Ute consider the mountain a holy place and call it *Peeroradarath,* "the monster's back", "great grandmother serpent" or "dragon's back"; Blanca Peak as the head and the Sangre de Cristo range to the north, the body. Near the mountain was an old lake, *Aripit,* where Ute ancestors hunted the mastodon and the big buffalo, the *Hooche.*

Currently the mountain is shared by four different land management entities: Conejos Ranger District of the Rio Grande National Forest, the San Carlos Ranger District of the Pike-San Isabel National Forest, the San Luis Valley Field Office BLM, and the private Trinchera Blanca Ranch that includes a conservation easement covering the south and southeastern portion of the mountain held by the U.S. Fish and Wildlife Service. The Rio Grande National Forest manages a portion of the upper western flanks of the peak as wilderness that is bounded by a 4x4 road that travels up the southwestern flank of the peak and ends just short of the basin. The southern portion of the massif is managed by the Rio Grande National Forest as backcountry (3.3).

The Navajo and the Jicarilla Apache Tribe asked to meet with these entities as part of the Forest Plan assessment process and to share with them the significance of the mountain to their spirituality and world views today. The meeting was convened at Fort Garland Museum on May 6, 2015, at the base of Mount Blanca. Representatives of the Navajo, Ute, and Jicarilla Tribes were in attendance as well as line officers and staff from the Rio Grande National Forest, the Pike-San Isabel National Forest, the San Luis Valley Field Office Bureau of Land Management and the U.S. Fish and Wildlife Service. Lengthy testimonial from attending tribes made it clear that keeping the mountain as pristine as possible is paramount. It was recognized that overall the mountain is managed to maintain its undeveloped condition; lacking cell towers, large scale mining and very little other development. Wilderness designations and a large conservation easement currently protect a portion of the mountain. However, tribes are still concerned that the mountain is managed by so many different entities. Attendees discussed possibly creating a special designation on the National Forest System lands during the Forest plan process. The tribes recommend a multi-agency management plan among the Forest Service, the Bureau of Land Management and the National Park Service and potentially the US Fish and Wildlife Service that holds the conservation easement for the Trinchera Ranch. The Historic Preservation Department of the Navajo Nation recommends a potential designation of *Sisnaɟjini* as a Traditional Cultural Property to signify its cultural significance and to maintain its integrity as a critical component of Navajo lifeways and overall well-being of the Navajo people.

### The Natural Arch

The Natural Arch, a part of a volcanic dike within the Summer Coon complex, is located on the north eastern portion of the Divide Ranger District and is a popular destination for the public. The arch is considered sacred to both Jicarilla Apache and Ute people. Jicarilla Apache call it Hole in Rock, *Tséghá' go'áń.* Traditional Jicarilla Apache tribal members conduct ceremonies at the arch to bring rain; a ceremony that connects living people to their Apache homeland and ensures the well-being of the Jicarilla Apache people. The Ute call the site Bear's Den, *Kweeahghaat - ti Kahn.* It is also known as a former rendezvous place for Jicarilla Apache clans and Ute bands. Currently the Natural Arch is considered a Traditional Cultural Property by Ute and Jicarilla Apache. We regard and manage it as a traditional cultural property, although it lacks the formal designation.

Rvsd Plan - 00000759

The Natural Arch is just outside of the Elephant Rocks Special Interest Area, originally protected for its unique ecosystem. In the new forest plan, we could expand the Elephant Rocks Special Interest Area to include the Natural Arch to afford it more protection.

## Other Places of Tribal Importance

The Utes were known to have encampments within the Conejos River Canyon and on Cochetopa Pass and Saguache Creek. They held ceremonies in the Crestone and Penitente Canyon areas and had an established Bear Dance site near present day San Acacio in the southern end of the Valley. The Rio Grande River (*Cut Soy*) and the Rio Grande Pyramid, both of which are within the forest planning area, are significant to the Jicarilla Apache. Rock art sites within the San Luis Valley are important to both tribes.

Certain site types have particular meaning to tribes that formerly occupied the San Luis Valley. Both Ute and Jicarilla Apache groups peeled Ponderosa pine trees for food and other implements such as cradle boards and saddle parts. Culturally modified trees still exist in groves and as single trees within the planning area. Culturally modified trees have gained more recognition as features of tribal importance as well as having great archaeological value as chronological markers of land use and seasonal migration. We train our timber and fuels crews to identify culturally modified trees and we have developed a treatment plan for trees that fall within prescribed burning projects. Likewise we know of wickiups (conical pole structures) and burial scaffolds (in trees) within the planning area which are also areas of tribal importance, especially to Utes and Jicarilla Apache. All tribes affiliated with the planning area consider prehistoric archaeological sites as significant ancestral sites; "footprints" of those who came before.

## Emergence and Migration

The Rio Grande National Forest planning area is a place through which ancestors of the some Upper Rio Grande and Western Pueblos migrated from the Mesa Verde, Chimney Rock and Canyon of the Ancients. Several emergence stories also suggest a location somewhere in the north east end of the San Luis Valley in the vicinity of San Luis Lakes and the Blanca Wetlands.

Several Northern Rio Grande Pueblos view San Luis Valley as the mythic and literal source of their existence, or emergence place (*sipapu*), the place where they came up to this world from the World Below, and the place where *Posoge* (Tewa for "Big River" or Rio Grande) originates (White 2005). The emergence story of the Santa Ana Pueblo refers to the *Shipap* as a place in the north, "too sacred… to live there" so the people moved south (White 1942:87). The wetland lakes in the Blanca Area of Critical Environmental Concern (Bureau of Land Management), San Luis Lakes area (State of Colorado) or Big Spring (National Park Service) are thought to be possible locations for the emergence place. The following comes from the Pueblo of Cochiti as recorded by Lange (1959:416):

> …Ma-se-ua is the spirit of Rain who dwells in the lagune of 'Shipap.' This Lagune is said to be to the North, beyond the 'Conejos,' and is described to be very round and deep. Many streams flow into it, but it has no issue. Out of this lagune came forth the Indians and in it dwells 'Te-tsha-na,' our mother, from which sprang the Indian race.

Harrington concluded that Sandy Place Lake, or *Sipǫp'e*, was a "brackish lake situated in the sand dunes north of Alamosa, Colorado … east of Mosca, a station on the railroad which runs from Alamosa to Silverton, and west of the Sierra Blanca." Despite this attempt at specific placement of the lake, Harrington (1916:52) commented further that "All lakes were … the dwelling places of '*ōk'uwa 'cachinas*' and passageways to and from the underworld."

Rvsd Plan - 00000760

San Ildefonso Pueblo, a Tewa speaking tribe, recognizes a deity, *Somaikoli* who came, with the people from the Sandy Place Lake of the North that many believe to be in the San Luis Valley in the vicinity of the Great Sand Dunes (Ortiz 1969). *Somaikoli* is a crippled and blind deity associated with a dance that has been carried on since the time of Emergence.

### Traditional Cultural Landscape

The region encompassing the San Luis Lakes (State of Colorado), the Blanca Wetlands (Bureau of Land Management), the Great Sand Dunes (National Park Service) and Mount Blanca (Forest Service, Bureau of Land Management, U.S. Fish and Wildlife Service, and private) within the San Luis Valley of south central Colorado is viewed by many tribal peoples as a sacred landscape. According to a definition submitted by the Advisory Council on Historic Preservation in its Traditional Cultural Landscape Action Plan of 2011, the area can be viewed as a Traditional Cultural Landscape; a large geographic area viewed as sacred to several different cultures through time (Advisory Council on Historic Preservation 2011). The management and application of this new potential designation is still being developed by the Advisory Council on Historic Preservation and understood by land management agencies.

### Oshá (Ligusticum porteri)

Oshá is an ethnobotanically significant plant from which roots are harvested and used in various forms of medicine. It is known to grow in portions of the forest plan area, and is known as "bear root" to some tribal groups. A member of the carrot family, the plant is locally abundant but nationally rare, known for its many medicinal properties and considered a sacred plant by several Tribes including the Jicarilla Apache, Ute, Navajo and several Pueblo tribes. The Tribes are opposed to any commercial harvest of the plant because it is sacred.

# Conditions and Trends

### Mount Blanca

Mount Blanca represents one of several large mountains sacred to tribal people that are also managed by the Forest Service. An important trend of note is the increased public recognition of such places by tribal people and to varying degrees, by federal land management agencies. Since the last Rio Grande Forest Plan was released, Bulletin 38 made it possible to nominate significant and sacred places as traditional cultural properties to the National Register of Historic Places. A traditional cultural property designation does not afford greater protection to a place per se, but does require more comprehensive tribal consultation. Other mountains of note that are managed as National Forest System lands are the San Francisco Peaks (Coconino National Forest), Mount Graham (Coronado National Forest), and Mount Taylor (Cibola National Forest). Traditional cultural properties have been nominated and designated with varying degrees of success across the nation. Lack of proper public education about what the designation can and cannot do has led to controversy and even hate crimes between Indian people and Anglos as in the case of Mount Taylor on the Cibola National Forest in New Mexico. At present, the process is cumbersome and lengthy, and does not provide the level of sacred site protection sought by proponents.

Other mountains are considered traditional cultural properties without having the official designation. Lengthy court battles opposed to snow making with re-claimed waste water on the San Francisco Peaks and subsequent decision upholding the decision in favor of snow making have led to strained tribal relationships with the Forest Service nationwide. Previous case law and tribal consultation could have implications within the plan area with regard to Mount Blanca. As mentioned above, the mountain is rather well protected through current management prescriptions; though there is an opportunity to consider the potential for a special 'geographic area' designation on National Forest System lands (Rio Grande National Forest and Pike San Isabel National Forest). The Navajo Historic Preservation

Rvsd Plan - 00000761

Department recommends an interagency management plan for the mountain and would also like to see it designated as a traditional cultural property. While some of the historical and political baggage of such efforts may hamper a designation, it could also be one that exemplifies a successful effort due to its uncontroversial condition at present.

At a finer scale, there is a significant amount of trash and toxic fluids left behind by 4x4 motorists who travel up Mount Blanca each summer. During this assessment phase, the Navajo Historic Preservation Department suggests mounting an education campaign to educate motorists regarding why they should keep the mountain clean. The massif is also a popular destination for recreationalists seeking to climb the 14,000 foot summits included in what is more generally known as Mt. Blanca.

### Natural Arch

The site of the Natural Arch is a popular sightseer's destination. Unfortunately, there are often problems with trash and graffiti at the Natural Arch as it appears to be a favorite party place for locals as well. We are developing an interpretive panel depicting the significance of the site in concert with the Ute and the Jicarilla Apache in hopes it will deter further defacement. Because of its popularity and the number of people climbing up to the arch opening, erosion has become a problem. The Divide Ranger District once proposed an established trail route up to the opening, but the Jicarilla Apache cultural preservation office did not want to see a trail created.

## Resources at Risk

Currently, no tribal areas of importance are at great risk within the planning area according to consulting tribes. However, there are concerns regarding the continued management and protection of Mount Blanca, the Natural Arch landscapes, and other important wooden features such as culturally modified trees, wickiups and burial scaffolds. The Natural Arch is remote, but easily accessed by the public, who are known to leave trash, build and use illegal fire rings and deface the arch itself with graffiti. People climbing to the arch opening are creating erosion problems on the slope of its western flank.

The Mount Blanca massif is within the administration of three federal land management agencies and one large private land owner with the potential for conflicting management approaches. The complexity of multiple land use objectives within a sacred landscape warrants frequent communication. A popular 4x4 road draws a multitude of off-road enthusiast that leave trash, toxic materials and toxic substances such as oil and antifreeze on the mountain.

Over 100 years of fire suppression have resulted in fuel loading that result in catastrophic wildfire with a high potential to destroy culturally modified trees, wickiups and burial scaffolds. Prior to fire suppression, the fire regime consisted of low intensity and low severity fires in a more balanced fire resilient ecosystem.

The oshá plant (*Ligusticum porteri*) is of ethnobotanical significant and locally abundant within the planning area. Oshá is also regionally scarce likely due to the pressures of over- wild crafting and climate change. The planning area serves as important refugia for plant populations in the southwest and should be managed for sustainable personal use by tribal, Hispano and other communities.

## Summary / Conclusion

Because areas of tribal importance were given little emphasis under the 1982 planning rule there is little about them in the 1996 Rio Grande National Forest plan.

Rvsd Plan - 00000762

Since 1996 several important laws and policies have been written:

- Executive Order 13007 (1996) directs federal agencies, to the extent practicable and allowed by law, to allow Native Americans to worship at sacred sites located on federal property and to avoid adversely affecting the physical integrity of such sites.

- National Register Bulletin 38 (1990, 1992, 1998) *Guidelines for Evaluating and Documenting Traditional Cultural Properties* provides guidance on how to define these properties, which are significant due to the "beliefs, customs, and practices of a living community of people that have been passed down through the generations, usually orally or through practice. . . A traditional ceremonial location may look like merely a mountaintop, a lake, or a stretch of river; a culturally important neighborhood may look like any other aggregation of houses, and an area where culturally important economic or artistic activities have been carried out may look like any other building, field of grass, or piece of forest in the area."

- The Forest Service *Sacred Sites Policy Review and Recommendations* (2012) states that "the 2012 planning rule requires that new plans or plan revisions provide for protection of cultural and historic resources and management of areas of Tribal importance."

As part of this new forest planning process, our tribal consultation has helped us understand the cultural significance of the landscapes of Mount Blanca and the Natural Arch. The plants, animals and other special elements that surround these places hold great significance to affiliated tribes, as well as other residents.

Some traditional ecological and cultural knowledge has been lost since the majority of indigenous peoples were removed from the planning area some 100 years ago. However, traditional peoples of the Ute Navajo, and Jicarilla Apache have maintained meaningful connections to their homelands, and within the planning area continue to collect traditional materials; conduct ceremonies to ensure the well-being of tribal peoples; and generally exercise their rights. The strength of language and tradition varies among tribes. Where tribes are actively working to maintain their traditional culture, we can help by managing areas of tribal importance with greater sensitivity to their status as points of connection to ancestral landscapes. There have been instances where the renewed efforts by tribes to connect with sacred landscapes led to deep divisions between tribal people and the Forest Service when protecting sacred sites conflicted with the agency's multiple use mandate. Executive Order 13007, Bulletin 38 and the new Sacred Sites Policy creates a framework for line officers and heritage program managers to recognize and strengthen decision space and sensitivity when analyzing the greatest good. The Tribal Historic Preservation Offices on the Jicarilla Apache, Ute Mountain Ute and Navajo Nations are active in consulting with us on the many NEPA projects occurring on the Forest. The Jicarilla Apache Tribal Historic Preservation Office in particular has been instrumental in reintroducing and recovering the Jicarilla Apache traditional landscape of the San Luis Valley.

Since our last Rio Grande Forest Plan was completed some twenty years ago, policy development and the manner in which we consult with Tribes has evolved considerably, including how we recognize and manage traditional and cultural landscapes. The legal framework of federal policy, case laws, and Executive orders provides guidance and establishes a higher standard for tribal consultation; authority to facilitate reburial of Native American human remains on National Forest System lands; and authority to allow Tribes to collect forest products. This framework also requires we protect sensitive information that is considered private to the Tribes (Farm Bill).

# References Cited

Advisory Council on Historic Preservation. 2011. Native American Traditional Cultural Landscapes Action Plan. www.achp.gov.

Harrington, John P. 1916. The Ethnogeography of the Tewa Indians. Twenty-ninth Annual Report, 1907-08, of the Bureau of American Ethnology: 29-618. Washington DC: Government Printing Office.

Higgins, Howard, Elia Perez and Brian Cribbin. 2013. Cultural Continuity: An Ethnographic Study Related to Potential Solar Energy Development in the San Luis Valley, Colorado. TRC Consulting: Albuquerque. Manuscript on file at the San Luis Valley Field Office, Bureau of Land Management, Monte Vista, CO.

Kelly, Robert L., and Lawrence C. Todd. 1988. Coming into the Country: Early Paleoindian Hunting and Mobility. American Antiquity 53:231–244.

King, Joseph E. 1984. Colorado Engineering Context. Colorado Historical Society, Denver, Colorado.

Lange, Charles H. 1959. Cochiti: A New Mexico Pueblo, Past and Present. Austin: University of Texas Press.

Ortiz, Alfonso. 1969. The Tewa World: Space, Time, Being and Becoming in a Pueblo Society. Chicago: University of Chicago Press.

USDA. 2015. Tribal Relations Strategic Framework for the eastern Region, Northeastern Area State and private Forestry, and Northern Research Station - 2015

White, David. 2005. SEINANYÉDI: An Ethnographic Overview of Great Sand Dunes National Park and Preserve. Prepared for the National Park Service, U.S. Department of the Interior, Great Sand Dunes National Park and Preserve, Colorado by Applied Cultural Dynamics Santa Fe, New Mexico.

White, Leslie A. 1942. The Pueblo of Santa Ana, New Mexico. Menasha WI: Memoirs of the American Anthropological Association 60.

Rvsd Plan - 00000764

# Rio Grande National Forest – Assessment 13
# Cultural Resources – Executive Summary



Rvsd Plan - 00000765

# Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we solicited; for cultural resources. Many of the elements we describe in this summary represent centuries of tradition and cultural continuity up to the present day. Because of this, there are activities and resources that cross over to socio-economics and multiple use management (Assessments 6, 7 and 8) as we move from the past to the present.

The Rio Grande National Forest plan area has been under the management of the USDA Forest Service since 1908, a little over 100 years. American Indians, Hispanic and Euro-American communities continue to use the plan area for economic, social, recreational and religious purposes.

The plan area contains cultural resources that demonstrate human occupation and use for at least the last 12,000 years. The occupation and use of the plan area by American Indians with Numic (Ute), Athabascan (Navajo and Apache) and Ancestral Puebloan ethnic affiliation and groups ancestral to these ethnic affiliations has occurred over this entire time span.

Occupation and use of the Rio Grande National Forest plan area by Euroamericans has occurred over approximately the past 300 years. There are two Euroamerican cultural groups that have specific histories in the area. From 1536 to 1848, most of the western United States, including a majority of the land that was later to become Colorado, was under the rule of Spain. The Rio Grande National Forest was originally part of the Conejos Land Grant granted to 40 local families. Unlike other portions of northern Mexico annexed by the United States (Texas, California, and Arizona), southern Colorado did not see as large an influx of Anglo settlers into the territory, and the Hispanic population remained a majority.

# What We Asked

From February 2015 through July 2015, we engaged the public extensively on cultural and historic uses of the forest. Peak Facilitation and the National Forest Foundation facilitated one public meeting on March 9, 2015 in Alamosa, CO. Approximately 50 members of the public attended this meeting. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with diverse organizations focused on traditional and historic uses, including Saguache County Sustainable Environment and Economic Development, Conejos County Clean Water, Rio Grande Roundtable, San Luis Valley Cattlemen's Association, San Luis Valley County Commissioners Association, Hinsdale County, Mineral County, and The Crestone Spiritual Alliance. These meetings combined included over 150 attendees.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process, covering topics such as important cultural and historic resources, conditions of those resources, and traditional uses of the forest.

- What cultural or historic resources or uses are important in and around the Rio Grande National Forest?

- What conditions and trends are influencing the condition of, or the demand for, cultural and historic resources (either positively or negatively)?

- What opportunities are there to foster a greater connection between people and cultural and historic resources and landscapes in and around the Rio Grande National Forest?

Rvsd Plan - 00000766

- How are the use and enjoyment of cultural and historic resources or uses contributing to social, economic, or ecological sustainability?

- How do you use the forest?

- What do we see as trends?

# What We Heard

There are traditional cultural, prehistoric and historic resources throughout the forest. The importance of the resources and the way they are used depends on the location and the group using them. The forest is used for tree products such as firewood, timber, cottonwood, roots, pitch, and piñon nuts; plant products such as pigments, medicine, oshá, tobacco, yucca, chamiso; additional products such as mushrooms, earthen pigments, plaster, clay, minerals, and material to make tools. Ongoing traditional cultural activities include recreation, fishing, ranching, livestock grazing, irrigation, tourism, hunting, and labor. These activities occur throughout the forest but are often located on traditional use, or historic sites; including traditional recreation areas, spiritual use areas, historic mines, and old fisheries. The value of the land to those with cultural connections is more similar to a home landscape where there is a need for harmony among all resources. People come long distances to go on meditative walks because they have a cultural connection with the landscape.

## *Ranching and Cattle*

Cattle grazing and ranching are important to the community, economy, and cultural heritage. The cattle have a value to the community and stimulate the economy. The cattle operations provide job opportunities but also are important as a cultural heritage. The private land and adjacent forest service land help each other to maintain a heritage important to southwest Colorado (see also the social, cultural and economic resource assessments 6, 7, and 8).

## *Changes in How the Forest is Used*

Technical and social trends are changing the way people use the forest. Technology provides greater access to maps and information, but ignorance or misunderstanding about the resources can lead to disrespect, vandalism or resource degradation. An increasing population; increasing popularity of recreating, artifact collecting, and technology such as drones; and increased grazing; all have the potential to damage traditional cultural, prehistoric and historic resources. The forest service has an opportunity to educate and interpret, in order to increase knowledge of and respect for cultural resources.

## *Changes in Natural Processes and Land Use*

The forest is losing its ecological balance, which has the potential to damage cultural and historic resources. Climate change and drought affect the availability of traditional plants, and of water for wildlife and cattle. The bark beetle epidemic has increased the potential for large catastrophic fires, which would affect traditionally harvested plants and animals, as well as damaging prehistoric and historic structures and artifacts.

## *Public Education and Learning*

The forest service should take this opportunity to foster a deeper connection between the public and cultural and historic resources. The forest should enhance public education, engage more youth, increase outreach efforts, improve the permitting process, decrease staff turnover, reduce negative impacts of connection to the land and resources, and make it easier for people to continue cultural traditions such as harvesting resources. Fort Garland Museum wants to partner with the forest service to host a teaching program.

Rvsd Plan - 00000767

The Sangre de Cristo National Heritage Area Board wants to encourage Hispanic users to participate in the National Visitor Use Monitoring program and also to help the forest reach out to learn more about the different ways the forest is used. The group plans to write a comment letter highlighting the priorities and concerns they want the forest to address in the NEPA process.

### Intangible Benefits of the Forest

The forest is valued because of the wildness and quiet. The valley is considered the sacred center of the entire continent. There are petroglyphs and kiva all along the mountains. It should be easier to get permits for spiritual practices.

# Where We're Headed

We need to address the gaps identified by the public and in the Cultural and Historic Resources Assessment. The public raised several concerns about the importance of traditional cultural, prehistoric and historic resources and the trends that could damage them or have negative impacts on traditional uses.

We identified issues that put cultural resources at risk. Similar to some concerns mentioned at the public meetings; historic and cultural resources are at risk due to continuing drought, loss of vegetation and soil, cattle grazing at lower elevations, high fuel load, vandalism, illegal collection on public lands, and illegal off-road motorized use. Based on information in the cultural assessment and suggestions from the public we need to revisit how activities on the forest affect cultural resources in the existing Forest Plan. Forest Plan components such as grazing, managing for multiple uses, logging allowances, and grazing are traditional uses and need to consider historic and cultural resources. The plan also needs to recognize special interest areas such as the Old Spanish National Historic Trail. The forest plan should mention the Old Spanish National Historic Trail Comprehensive Management Plan being drafted by the National Park Service and standards and guidelines should follow recommendations from that management plan.

# Rio Grande National Forest – Assessment 13
# Cultural and Historic Resources



# Contents

Introduction ........................................................................................................................... 3
Information Sources and Gaps ................................................................................................ 3
Scale of Analysis ................................................................................................................... 4
Cultural and Historical Context ............................................................................................. 4
    Prehistoric Overview ......................................................................................................... 4
    Historic Overview .............................................................................................................. 6
Cultural and Historic Resources ............................................................................................ 8
    Site Types ........................................................................................................................... 9
    National Register Listed Properties and Priority Heritage Assets ................................... 10
    Traditional Cultural Properties ......................................................................................... 11
    Special Interest Areas ....................................................................................................... 11
Condition of Cultural and Historic Resources ..................................................................... 14
    Artifact Assemblage ......................................................................................................... 15
Trends .................................................................................................................................. 15
Resources at Risk ................................................................................................................. 18
Summary / Conclusion ......................................................................................................... 18
References ............................................................................................................................ 19

# Tables

Table 1. Site Type, evaluation comparison and totals ............................................................. 8
Table 2. Acres inventoried for cultural resources .................................................................... 9
Table 3. Priority heritage assets in 2015 .............................................................................. 10
Table 4. Site condition data in INFRA 2015 ......................................................................... 14
Table 5. Cultural or historic resources or uses important in and around the planning area ....... 16
Table 6. Conditions and trends influencing the condition of, or the demand for, cultural and historic resources (positively and negatively) .................................................................... 16
Table 7. Opportunities within the plan area to foster greater connection between people and cultural and historic resources and landscapes beyond the plan area .................................... 17
Table 8. The contribution of the use and enjoyment of cultural and historic resources to social, economic, and ecological sustainability .......................................................................... 18

Rvsd Plan - 00000770

# Introduction

Assessment 13 assesses available information for historic and cultural resources and uses.  The content of this assessment is based upon guidance found in FSM 1909.12, Chapter 10 (Assessments) and Section 13.8 (Cultural and Historic Resources and Uses).

> "The San Luis Valley is a living laboratory." ~ Loretta Mitson

Cultural and historic resources and uses in the plan area are important to understanding the social, economic and ecological sustainability of the plan area, the state of Colorado, the Rocky Mountain region and the nation as a whole. Currently, there are approximately 2,099 documented cultural resources documented in the plan area, including both prehistoric and historic remains. Cultural and historic resources within the plan area represent the processes and events important to the identity and history of local and tribal communities. Contemporary uses of resources and places within the plan area by American Indian, Hispanic and Anglo-American traditional communities are critical to maintaining the cultural identity of these communities. Historic properties contain a wealth of information for potential scientific research regarding social and ecological conditions and changes through time, including human successes and failures in coping with these transformations over the past twelve millennia. This information can be of value to managers making decisions regarding the contemporary and future ecological management as well as educating the public about the complex ecological sustainability of the plan area.

This assessment has been prepared to assist in identifying the need for change in the revision of the Rio Grande National Forest's existing 1996 land and resource management plan, and in developing components for the revised plan, including desired conditions, objectives, standards, guidelines, and suitability of lands. The assessment has been prepared as directed by 36CFR 219.6(a) and (b)(13), and in accordance with FSH 1909.12, ch. 10, secs. 11 and 13.8.

A Forest Plan contains guidance, including standards and guidelines, to protect cultural and historic resources within the Forest. Many heritage resource values can be protected effectively through application of regulations under the National Historic Preservation Act (NHPA), the Native American Grave Protection and Repatriation Act (NAGPRA), the Archeological Resource Protection Act (ARPA), and others.

# Information Sources and Gaps

Information used to compile this assessment consisted of site and report records for the Rio Grande National Forest, corporate geographic information system (GIS) and INFRA databases for the Rio Grande National Forest, and Colorado's  Office of Archaeology and Historic Preservation site record and GIS databases. As directed by 36CFR 296(a)(2), interested parties who are knowledgeable about the plan cultural and historic resources and uses of the plan area were contacted to request information regarding the plan area. A public meeting held on March 10, 2015 in Alamosa, Colorado was convened to elicit such information. At least 50 people were in attendance.

Information gaps include the many thousands of acres within the plan area that have yet to receive cultural resource inventory and the many hundreds of archaeological site yet to be documented. Hundreds of sites have also been left "unevaluated" to the National Register, representing a backlog of "deferred maintenance" that makes it harder to manage the truly significant sites. Pre-1985 inventories are largely suspect in terms of their adequacy and many of those require further survey. Much of the legacy data entered into INFRA before the year 2000 is greatly lacking in substantive information. Likewise site condition data within the database is lacking or inconsistent. In terms of cultural and historic uses within

Rvsd Plan - 00000772

the plan area, there is still much we don't know about the way in which traditional Hispano communities in the San Luis Valley use the Forest. Finally, little is known about the special interest areas designated for their cultural values in terms of how they should be managed. These include the Fremont Historic Area, the Wagon Wheel Gap Experiment Station, the Bachelor Loop Historic Area and the Baca Mountain Tract.

## Scale of Analysis

The scale of this analysis includes all lands within the Rio Grande National Forest planning area, surrounding federal lands that include National Park Service, Bureau of Land Management and U.S. Fish and Wildlife Service lands as well as State and private lands.

## Cultural and Historical Context

A comprehensive synthesis of the culture history of this section of southwestern Colorado is contained in *Colorado Prehistory: A Context for the Rio Grande Basin* (Martorano et al. 1999), *Colorado History: A Context for Historical Archaeology* (Church et al. 2007) *Historical Archaeology Context* (Buckles and Buckles 1984), and the *Colorado Engineering Context* (King 1984).

### Prehistoric Overview

Prehistoric research themes generally include questions about local chronology, individual site function, subsistence strategies, lithic procurement strategies, lithic technology, technological and cultural change, paleoenvironmental reconstruction, and resource exploitation patterns (Martorano et al. 1999; Guthrie et al. 1984).

### The Paleoindian Period (12,000–8,000 B.P.)

The Paleoindian period, 11,500–8,000 B.P. (Before Present), provides evidence for the earliest occupation of south-central Colorado. This period includes the Clovis, Folsom, and Plano stages, and is characterized by the hunting of big game such as mammoth and bison by hunters using long, lanceolate projectile points. Settlement and subsistence activities during the Paleoindian period are poorly understood and can only be inferred from the limited evidence. However, the San Luis Valley is known for its relatively high number of Paleoindian sites, especially Folsom era sites within the San Juan, closed basin and open basin subareas (Martorano et al. 1999). One such site is the high elevation Black Mountain Folsom Site (5HN55), the highest known Folsom site in North America, located within the plan area. The evidence suggests that mobile groups hunting big game and gathering other wild resources entered the area intermittently. Lithic sourcing also suggests high residential mobility during the Paleoindian period as many Paleoindian projectile points were manufactured using exotic tool stone. The site was excavated in 1998 by Smithsonian archaeologist Peggi Jodrey and Earth Watch volunteers. The data is yet to be adequately written up and the artifact assemblage should be retrieved from the Smithsonian Institute.

### The Archaic Period (8,000–1,600 B.P.)

Between 8000 B.P. and 1600 B.P., mammoth and other Ice Age fauna became extinct, probably due to a combination of factors including the transition from an ice age environment to the milder climate of the Holocene (Kelly and Todd 1988). The extinction of the Ice Age fauna caused a shift from a reliance on big-game hunting to the hunting of smaller game. An increase in the collection and processing of plant foods is also suggested by the greater number of pounding and grinding stones found at sites that date to the Archaic period (Cassells 1997). The majority of archaeological knowledge regarding Archaic sites in the San Luis Valley is based on surface materials recorded during inventory projects, including both lithic scatters, open camps and isolated projectile points. More widespread are Late Archaic (post–4950 B.P.) point styles, including corner-notched with rounded bases, corner-notched, and Elko corner-notched and

Rvsd Plan - 00000773

eared. There is a wide gap in knowledge regarding the Archaic Period in the San Juan Mountains sub-area and other high elevation locations in the Southern Rocky Mountains, though recent research is beginning to change this. While Archaic sites are not uncommon in the plan area, very little controlled excavation has been done to provide detailed chronological or geomorphological information regarding the use of high elevation sites.

During range analyses in the Divide RD, several intact hearths were found at 5ML662 and were tested in summer 2014. Preliminary C14 dates are clustered within the Late Archaic 1700 B.P. Middle Archaic sites are even less well understood. Preliminary C14 data for 5ML302 suggests an occupation of around 5400 BP. The eligible sites on and around the area have the potential to inform many Archaic research themes, including a better understanding of the availability and distribution of lithic source material, chronology of the source use, and Archaic and Late Prehistoric site structure. Given the density of prehistoric sites currently known in the area, their excellent preservation, and the high potential for more sites in the area, the area should be considered as a potentially eligible historic district and a special interest area for its cultural values in the upcoming Forest Plan Revision effort.

## The Late Prehistoric Period (1,600–500 B.P.)

Archaic hunting and gathering subsistence strategies likely continued throughout the Late Prehistoric period in the region. Although the San Juan Mountains and Rio Grande Basin in general lack the hallmark of the Formative stage—agriculture or similar economy allowing sedentary village life—many sites in the region exhibit Formative period traits from adjacent culture areas, especially the southwest (Martorano et al. 1999).

Late Prehistoric site types in the region are similar to those from the Archaic period: primarily lithic scatters and open camps, with a few stone circle sites, rock shelters, and quarry sites. Most of these have been found along the upper Rio Grande, Saguache and Conejos drainage corridors. The lithic scatters typically contain debitage, a few tools, and small corner- or side-notched projectile points.

Ceramic sites in the San Luis Valley have revealed glazed, biscuit, cord marked and black-on-white wares, as well as other unidentified utilitarian wares. Some of the black-on-white wares appear similar in design to McElmo/Mesa Verde Black-on-white, whereas other vessel fragments have been attributed to the Ute. Micaceous ceramics have also been noted; some appear similar to be Pueblo types from A.D. 1000–1200, while others may be later, with a possible protohistoric Taos or Apachean affiliation (ca. A.D. 1550–1890). Excavated by C.T. Hurst in 1939, the Saguache Shelter (5SH1458) is a complex site probably occupied during the Late Prehistoric and possibly Protohistoric periods (Hurst 1939, as cited in Martorano, et al. 1999). This rock shelter site featured rock walls, pottery, corn, turkey feathers, bone, groundstroke, bone beads, coiled basketry, hafting material, turquoise, a stone fetish, and petroglyphs, in addition to an assortment of stone tools and an abundance of debitage, strongly suggesting Pueblo influence from the south (Martorano et al. 1999).

## The Contact-Era Period (500–130 B.P.)

The Contact-Era Period, sometimes characterized as the 'Protohistoric' is understood in the archaeological record by Euro-American trade goods such as: guns; metal projectile points; metal knives and cooking pots; flaked glass artifacts; glass beads; horse trappings; small side-notched, corner-notched, and un-notched metal arrow points; wickiups; peeled trees; Uncompahgre Brown Ware ceramics; and rock art exhibiting horses and riders. Documented Spanish visits occurred in the San Luis Valley by A.D. 1684, but initial contact likely occurred earlier. The Ute in the area obtained horses from the Spanish around A.D. 1640, probably indirectly at first via existing trade relationships with the Pueblo groups of the Rio Grande Valley in northern New Mexico. Historical references indicated that several groups occupied and/or utilized the Rio Grande Basin of southern Colorado during the Protohistoric period,

Rvsd Plan - 00000774

including: Ute, Comanche, Apache, Navajo, Arapaho, Cheyenne, and northern Pueblo (Taos, Tewa, and Tesuque). Although the Ute are generally considered the primary inhabitants of the San Luis Valley, other groups made seasonal use of the area for hunting and trading purposes. Identification of specific cultural groups in the archaeological markers is sketchy at best, but brownware ceramics may be one of the most reliable indicators of Numic groups, such as the Ute (Martorano et al. 1999). Overall, archaeological data from the Contact-era  is limited (Martorano et al. 1999).

## *Historic Overview*

From 1536 to 1848, most of the western United States, including a majority of the land that was later to become Colorado, was under the rule of Spain. The area was sparsely settled and seldom explored until 1821, after Mexican independence, when the region experienced an influx of Euro-American fur trappers. However, by the mid-1840s the region's wildlife had been over-exploited and beaver in the region were near extinction. That drop in supply, in combination with a change in demand, led to a swift decline in trapping in the region.

In 1848, the United States acquired the western territories which led to vigorous territorial exploration of the area. In 1868 the United States signed a treaty with the Ute tribe, giving the Ute everything west of the 107th meridian and south of a line 15 miles north of the 40th parallel, encompassing much of the San Luis Valley and the planning area. The first prospectors into the area were trespassing on Ute land, and it wasn't until the Brunot Treaty of 1874 that miners were legitimately allowed to work the land by paying the Ute a tribute of 12 cents per acre on disputed lands. This arrangement only lasted until 1879, when the Ute were expelled from Colorado, except for the Southern Ute Indian Reservation in the southwest corner of the state.

## Historic Land Grants

Unlike other portions of northern Mexico annexed by the United States (Texas, California, and Arizona), southern Colorado did not see as large an influx of Anglo settlers into the territory, and the Hispanic population remained a majority.  However, the adjudication of land ownership claims, especially the land grants from the time of Spanish and Mexican rule were protracted and contentious, and many Hispanic communities and individuals lost lands to legal maneuvering, fraud, and court decisions of questionable legal merit (deBuys 1985). The large Conejos Land Grant, in the southwestern portion of the planning area, was lost to the original land grant heirs in this way.

## Transportation

The earliest documented travel route through the planning area was the Old Spanish Trail. Pioneered by Antonio Armijo in 1829 the Old Spanish Trail was a trade route at included several variants that ran between Santa Fe and Los Angeles carrying woolens and slaves for trade in Mexico's California territory. The trail, which likely followed the area much older Indian trails lost its significance in 1848 with the Treaty of Guadalupe Hidalgo made the area Unites Sates territory. The congressionally designated East Fork of the North Branch of the Old Spanish National Historic Trail runs through the planning area.

Later, transportation routes opened into the area by miners were trails along which people, machinery and supplies could move. One of the first wagon roads ran along the Rio Grande River from Del Norte to Antelope Springs, southwest of the present town of Creede. In 1873 the Del Norte and San Juan Toll Road opened for business, opening a route into the high San Juan Mountains from the San Luis Valley. In 1875 the Antelope Park and Lake City Toll Road was built: today State Highway 149 follows this route.

With the economic growth of southwestern Colorado driven by the mining and lumber industries, so came the demand for the railroad. To answer the call, the Denver and Rio Grande Railroad began construction

Rvsd Plan - 00000775

of its rail west from Alamosa, Colorado in 1880, entering Pagosa Springs and connecting it to Durango by 1881 (Chappell 1971). Using the main artery of the Denver and Rio Grande Railroad to ship lumber, the New Mexico Lumber Company had envisioned building the Rio Grande and Pagosa Springs Railroad north from Lumberton, New Mexico in 1895. By 1896, however, the railroad had only been built a short distance beyond the Colorado-New Mexico state line. In the spring of 1899, A.T. Sullenberger, owner of the Pagosa Lumber Company, incorporated the Rio Grande Pagosa and Northern Railroad that would run from Pagosa Junction to Pagosa Springs, enabling access to timber lands around Pagosa Springs and the ability to ship the timber to the saw mill in Pagosa Junction. By the fall of 1900, Sullenberger had completed the railroad and by 1912, the Pagosa Lumber Company had added numerous branch lines, thus increasing their supply of logs and the output of the milling operation.

## Mining

With the removal of the Ute, Anglo settlement of southwest Colorado began to steadily increase, opening up countless acres of land to mining, livestock, and lumber production.  Mining was responsible for the initial economic growth and brought in both people and money to the region. The Creede, Summitville, Platoro, Bonanza and Baca areas within the planning are saw a great influx of mining exploration in the late 1800s, but only the Summitville (gold) and Creede mines (silver) ever produced any appreciable volume. The Summitville mine, on the Conejos ranger district, was in important impetus for growth in the region. Gold was discovered at Summitville in 1870 and by 1885 there were more than 250 individual claims in operation. The site was soon mined out, with the weather of the 3,500-m-high site adding to difficulties. The site was re-opened on a number of occasions for gold or other metals but with little success. The total amount of gold extracted from the site from 1873 until 1959 was around 257,600 troy ounces (8,012 kg). Del Norte and Pagosa Springs were both supply towns for the mine, with travel corridors passing from the towns to the mining community high in the mountains. An edition of the June 27, 1885 The San Juan Prospector *(The San Juan Prospector,* 1885) indicated that the census for Summitville was 354 individuals, and that lodging houses, meals, and mining was in full swing.

In 1883 the first economic mineralization located in the immediate region of Creede was the Alpha-Corsair fault zone, about 2 miles southwest of the present town of Creede. The greater surrounding area had seen mining activity on and off since the early 1860s. In 1884 the Bachelor claim was discovered, and in 1889 N.C. Creede, E.R. Naylor, and G.L. Smith discovered the Holy Moses claim. The discovery of the Holy Moses claim heralded the beginning of the boom in the town of Creede (Huston 2005). The town of Creede was founded in 1891 when Charles F. Nelson built the first cabin there. It became the center of a multitude of mining operations, while the town's namesake, N.C. Creede, was hired by the Holy Moses Mining Company at a salary of $40 a month to prospect. The passage of the Sherman Silver Act of 1890 pushed the price of silver to $1.50 an ounce, up from $0.84, causing a surge of activity in the area (Huston 2005). Rail service reached Creede in 1892, when the railroad magnate David H. Moffatt invested $75,000 of personal funds to get the route built (Huston 2005).

## Grazing

The attraction of the area, due to its open, "unused" lands, eventually provided an incentive for ranching development. At first, the livestock industry was limited to a service-oriented industry that functioned to supply meat to a growing mining industry. By the 1880s, the arrival of the railroad in southwestern Colorado insured an increase in demand as markets shifted from local to national. Fueled by new markets, hay production, and summer grazing in the mountains, the livestock industry began to flourish in southwestern Colorado, resulting in increased economic growth of the region. The foothills and alpine meadows of the San Juan Mountains were used by sheep ranchers from the mid-19[th] century until present day. In the 1880's competition for grazing land and overcrowding made high elevation meadows, where cattle were not particularly successful, especially attractive to sheep ranchers. Livestock was driven into

Rvsd Plan - 00000776

the high country each summer from northern New Mexico, the San Luis Valley, and towns on the western side of the San Juans. Animals were typically tended in the high country by only one or two herders from late June to mid-September. Herders were initially supplied by pack animals and later supplies were brought in with vehicles from Creede. As National Forests were established in the early 1900s, grazing activities became controlled through permits and fees. Formal stock driveways, such as the La Garita Stock Driveway (5ML684.1), were formalized and managed by the Forest Service (though often along traditional stock driveway routes, which were in turn Native American travel corridors).

### The Civilian Conservation Corps

The Great Depression was a brutal financial disaster for the United States and marked a turning point in American political and economic history. Young people entering the work force were most affected by the crisis. Jobs were not available for unskilled laborers and there were limited opportunities for people to even gain experience. In 1933 President Roosevelt introduced the New Deal program to the American people. The New Deal was a combination of short-term strategies designed for immediate relief, and longer-term strategies designed to promote national economic recovery. It included banking practice reforms like FDIC, the Farm Security Administration and the Civilian Conservation Corps. Workers in the New Deal programs operated under several Federal agencies, including the Soil Conservation Service and the National Park Service, but more than fifty percent of all the public works projects administered by the New Deal were undertaken by the Forest Service (Otis 1986). In the plan area, primarily two New Deal programs were at work: the Civilian Conservation Corps and, later, the Works Progress Administration. At least three Civilian Conservation Corps camps were established within the plan area; one the Conejos Ranger District, one on the Saguache Ranger District and one on the Divide Ranger District. The Civilian Conservation Corps enrollees worked to save areas infested with pine bark beetle, built and maintained trails, roads and picnic areas, fought wildfires and engaged in rescue efforts, planted trees, built fences and telephone lines, and installed latrines, drinking fountains and signs and construct extensive erosion control structures throughout the plan area. Of particular note was the work camp established in South Fork that pulled logs from the Forest that were made into kit outhouses that were trucked across Region 2 to newly created Forest Service campgrounds.

# Cultural and Historic Resources

Since the 1996 Forest Plan was finalized, a great deal of cultural resource inventory has been conducted and a great number of sites have been documented and evaluated for eligibility to the National Register of Historic Places (NRHP) (Table 1). It should be noted that cultural resource inventories conducted pre-1985 are often suspect in terms of the inflated number of acres surveyed, usually by limited crew, and the less sophisticated tools in tracking survey acres and site locations (Table 2). To address this data gap, archaeologists now conduct sample surveys of older survey areas during new projects to assess accuracy of past surveys, high potential areas and to identify newly exposed sites. More sophisticated tools such as GPS units with sub-meter accuracy and GIS location and site mapping has made site documentation more accurate and by extension, management more effective in the long term.

**Table 1. Site Type, evaluation comparison and totals**

| Year | Prehistoric | Historic | Unknown Component | Eligible Sites | Not Eligible | Unevaluated | Total |
|------|-------------|----------|-------------------|----------------|--------------|-------------|-------|
| 1996 | 456 | 132 | N/A | 100 | 206 | 282 | 588 |
| 2015 | 1,513 | 401 | 185 | 304 | 1,065 | 730 | 2,099 |

Rvsd Plan - 00000777

**Table 2. Acres inventoried for cultural resources**

| Acres Inventories | Total Survey Acres |
|---|---|
| Not to Standard (pre-1985) | 237,794 |
| To Current Standard | 117,356 |
| Total | 340,231 |
| Percent Total Inventoried | 18% |

## *Site Types*

**Prehistoric Open Lithic Sites**: Located in open topographic situations containing waste flakes and chipped stone tools which can include culturally and temporally diagnostic projectile points.

**Prehistoric Open Camp Sites**: Located in open topographic situations, these open camp sites consist of features or artifacts that indicate domestic activity. They are defined by the presence of grinding stones, ceramics, or fire-hearths. In addition, waste flakes and chipped stone tools are usually found on these sites.

**Prehistoric Sheltered Architectural Sites:** Located in rock overhangs, alcoves, and rock shelters, sheltered architectural sites have architectural features such as stone walls and stone structures.

**Prehistoric Open Architectural Sites**: Located in open topographic situations, open architectural sites contain architectural features such as dry laid stone structures, simple stone alignments, and stone fortifications. Chipped stone tools and grinding stones also have the potential to be found.

**Wickiups:** Contact-era sites that consist of expedient conical-shaped habitation structures made of tree poles, often free standing or built against larger trees. Known to have been constructed by Utes and Jicarilla Apaches; sometimes solitary and other times in groups.

**Rock Art**: Rock art sites in the San Luis Valley vary in age from several thousand years to as late as 1890. There also are a number of Hispanic based rock images, probably done by sheepherders, that date from the late 1800s to the 1930s. Rock art can come predominantly in the form of pecked figures (petroglyphs) but some painted figures have also been identified (pictographs).

**Stone Cairns:** These stone structures are thought to be prehistoric or historic boundary markers or navigational features throughout the watershed area.

**Historic Homesteads:** Located near permanent water sources with good access to major roads. Cultural material can include historic habitation items such as stove parts, purple and aqua glass, window glass, cans, shoes, bed parts, milled lumber, and cabin structures.

**Grazing and Ranching Improvements:** These features can include fences, stock watering areas, stock driveways and small cabins located virtually anywhere but often near permanent water sources. Site 5SH1908, the Cochetopa Stock Driveway runs through the watershed and needs more information to determine its eligibility to the National Register of Historic Places.

**Prospecting and Mining:** Prospecting pits and small mining adits can be found virtually anywhere, depending on the rock out crops. From very steep slopes to open meadows. Mining tools and equipment, along with habitation diagnostics and artifacts may also be present.

Rvsd Plan - 00000778

**Logging and Tie-hacking:** Historic logging and tie-hack sites can include habitation structures and artifacts, staging areas, decks, sawdust piles, and logging equipment. These sites are located within or on the edge of timber stands with decent access.

**Historic Roads, Stock Driveways, Railroad Beds and Trails:** These features are found virtually everywhere, and often follow aboriginal trails. Often over more easily navigated terrain (valleys, drainages, ridges, passes and saddles).

## National Register Listed Properties and Priority Heritage Assets

Only one historic property is listed on the National Register of Historic Places on Rio Grande National Forest system land: The Cumbres and Toltec Scenic Railroad (5CN65). Two others are listed within the planning area but are on private and state land respectively: the Wagon Wheel Railroad (5ML23) and the Seven-Mile Bridge (5ML27). The Cumbres and Toltec Railroad became a National Historic Landmark in 2011. More eligible historic properties should be nominated to the National Register of Historic Places per the mandate of the National Historic Preservation Act.

**Table 3. Priority heritage assets in 2015**

| Description | Smithsonian Number | FS Number |
|---|---|---|
| Cumbres and Toltec Scenic RR | 5CN65 | 02090300001 |
| Alamosa Ranger Station | 5CN756 | 02090300114 |
| River Springs Work Center | 5CN794 | 02090300118 |
| English Valley Folsom Site | 5RN1028 | 02090400144 |
| Fitton Guard Station | 5RN314 | 02090400145 |
| Off Cow Camp | 5RN315 | 02090400146 |
| Dog Mountain Petroglyphs | 5RN330 | 02090400147 |
| Upper Beaver Creek CCC Outhouse | 5RN518 | 02090400375 |
| Clay Mine Ore Chute | 5ML329 | 02090400609 |
| Black Mountain Folsom Site | 5HN55 | 02090400925 |
| Ivy Creek Prehistoric Site | 5ML633 | 02090401039 |
| Thirty-Mile Resort | 5HN1041 | 02090401078 |
| Rio Grande Reservoir Work Camp | 5HN1379 | 02090401089 |
| Duncan Townsite | 5SH3484 | 02090700145 |
| Mill Creek Stone Structure Site | 5SH354 | 02090700146 |
| Bunker Old Spanish Trail Site | 5SH614 | 02090700147 |
| Kortright Cabin | 5SH1300 | 02090700197 |
| North Tracy Canyon Prehistoric Camp | 5SH143 | 02090700229 |
| North Pass Peeled Tree Site | 5SH1697 | 02090700295 |
| Pole Creek Cabin Complex | 5SH2383 | 02090700411 |
| Possible Ute Structure | 5SH3927 | 02090700565 |
| Brewery Guard Station M20 Building | 5SH1470 | 02090700704 |

In 2011, FSM 2360 created a solid foundation for an efficient heritage program that protects historic properties and maximizes their benefits for the public and the agency. Based on federal historic preservation law and FS manual and policy direction, the Heritage Program Managed to Standard allows line officers to assess the health of the program on their units and direct attention to activities that fall

Rvsd Plan - 00000779

short of the minimum stewardship level. The Heritage Program Managed to Standard has seven indicators and measures which correspond to key elements of FSM 2360 including planning (2362), inventory, evaluation, & allocation to management use categories (2363), protection and stewardship (2364) and public education and outreach (2365). The seven key indicators are:

1. program planning

2. cultural resource inventory

3. cultural resource evaluation and official designations

4. condition assessment and allocation

5. stewardship and protection

6. public outreach and benefit, and

7. heritage volunteerism

As part of Measure 4, condition assessment and allocation, the heritage program is expected to designate the Priority Heritage Assets on the unit. Priority Heritage Assets represent the "cream of the crop" of the eligible historic properties that require consistent monitoring within the planning area (Table 3).

## *Traditional Cultural Properties*

Traditional cultural properties are those areas of cultural significance identified by extant American Indian tribes and other groups such as Mormon and Hispano communities. These can include but are not limited to mountains, hills, springs, collecting areas, burial grounds or other unique landscape features. The special interest area contains sacred sites that are managed as traditional cultural properties in relation to National Register Bulletin 38 (DOI 1990).

## *Special Interest Areas*

Currently there are four special interest areas designated as part of a Forest Plan Amendment in 2009 based on their cultural and historic values within the current Rio Grande forest plan area. These include the Fremont Historic Area (10,830 acres), the Wagon Wheel Gap Experiment Station (1,585 acres), the Bachelor Loop Historic Area (4,475) and the Baca Mountain Tract special interest areas (1,000 acres).

During the next plan revision one new special interest areas may be proposed for consideration and an existing special interest area may be truncated. Data gathered during the Snow Mesa Sheep Allotment Survey revealed the presence of a unique high altitude prehistoric complex dating from the Middle to Late Archaic. The existing Fremont Historic Special Interest Area, containing several historic camps from the 4th Expedition of John C. Fremont, is quite large. The area needs to be surveyed for the undocumented camps so that some of the acreage can return to the timber base.

## The Old Spanish National Historic Trail (OSNHT)

The 1996 Rio Grande National Forest Plan does not recognize the Old Spanish National Historic Trail as it was not congressionally designated until 2002. Pioneered by Antonio Armijo in 1829 the Old Spanish Trail was a trade route at included several variants that ran between Santa Fe and Los Angeles carrying woolens and slaves for trade for horses in Mexico's California territory. The congressionally designated East Fork of the North Brand of the Old Spanish National Historic Trail runs through the planning area generally follows the west flanks of the Sangre de Cristo mountains through Fort Garland, north past the Great Sand Dunes and the town of Crestone and soon thereafter abruptly turning west through the present day town of Saguache. It then winds its way over Cochetopa Pass into the Gunnison Basin. Inventory and research have occurred within the Baca Tract Special Interest Area and in the North Pass area on the

Rvsd Plan - 00000780

Case 1:21-cv-02994-REB   Document 24-4   Filed 06/21/22   USDC Colorado   Page 375 of 428

Saguache Ranger District. The Rio Grande National Forest awaits the completion of the Old Spanish National Historic Trail Comprehensive Management Plan being completed by the National Park Service that is the co-lead for the trail with the BLM. The plan is developed to guide management of the trail across six states and several different management zones. Many opportunities for further research education and interpretation exist for this unique resource within the planning unit.

## The Cumbres and Toltec Railroad – Denver and Rio Grande San Juan Extension

On October 16, 2012, the Cumbres and Toltec Railroad (5CN65) was listed as a National Historic Landmark. In 1973 it was listed on the National Register of Historic Places and was noted in the 1996 Rio Grande national Forest Plan. A portion of the railroad runs through the Conejos Peak Ranger District of the Rio Grande National Forest. The Historic Sites Act of 1935 authorizes the Secretary of the Interior to identify and recognize nationally significant places that best represent the American experience landmark designation recognizes and encourages the preservation of places that have exceptional value for commemorating or illustrating the history of the United States. The site is currently listed as a Priority Heritage Asset as well with associated sites: 5CN65.2, 5CN499 and 5CN915. National Historic Landmark status requires an elevated analysis during proposed projects that border the site in terms of potential impacts to its place and setting.

## Oshá (*Ligusticum porteri*)

Oshá is an ethnobotanically significant plant for which roots are harvested and used as various forms of medicine. Known to grow in portions of the plan area is the oshá (*Ligusticum porteri*) plant also known as "Bear Root" or "Bear Medicine" to some tribal groups and Chuchupate the Hispano communities of the San Luis Valley and northern New Mexico. A member of the carrot family, the plant is locally abundant but nationally rare, known for its many medicinal properties and considered a sacred plant by several Tribes including the Jicarilla Apache, Ute, Navajo and several Pueblo tribes. Its increasing popularity amongst the herbal community and increasing market value have resulted in its disappearance from lower elevations within easily accessed populations through overharvesting. Groups and individuals have been fined for illegal commercial harvest of the root in great volumes on the San Juan National Forest, the Gunnison-Uncompahgre National Forest and the Rio Grande National Forest respectively. In response to this phenomenon, the Rio Grande National Forest began partnering with the Denver Botanical Gardens in 2002 to study the sustainable yield of the plant as a future alternative forest product that could be managed as a commercial product. In 2011, Rio Grande National Forest planning dollars began supporting a multi-year study in partnership with Kansas University to continue the research begun by Denver.

In 2014, Kansas University completed its fourth year on the research plot established on Cumbres Pass under a Challenge Cost Share Agreement. Kansas University has reported on differences in oshá populations between forest and meadow sites, including measurements of root weights per acre and estimates of root market value (Kindscher et al. 2013). Kansas University found that oshá was more abundant in an open meadow compared to a forested site for both aboveground plant biomass and belowground root biomass. These open meadows include past timber harvest areas where oshá grows in abundance. However, little is known about whether holes left by digging oshá plants for roots can be repopulated, and whether this differs in forest or meadow habitats. This is an important first step to understand if we are to provide management recommendations for the sustainable harvest of oshá plants. Kansas University tagged and tracked individual plants and asked whether areas in which individual plants were dug can recover from harvesting pressure. One year after harvest, 79 percent of meadow plots divots and 66 percent of forested plot divots were recolonized where plants were dug one year earlier. Also, divots had a significant amount of oshá cover, an average of 19 percent in meadow plots and 14 percent in forested plots. The results suggest that dug oshá plants can have a fairly strong ability to

Rvsd Plan - 00000781

repopulate dug areas. However, whether entire oshá populations can be sustainable with harvesting over longer time frames is an important question for future research. Longer term monitoring of oshá populations, and not just individual plants, under different harvesting intensities will help us to provide more comprehensive management recommendations in the future.

## The Hispano Cultural Landscape

The planning area boasts a very unique history and cultural continuity amongst the descendants of the early Spanish settlers, especially within the southern portion of the San Luis Valley. During this assessment phase, local historian Dennis López was interviewed regarding the traditional cultural uses of the forest based on his research of Hispano heritage around the San Luis Valley. Mr. López listed ways the forest benefitted early Spanish settlers and present day communities from providing products such as wood, pitch, stone, clay, and minerals to providing sustenance through hunting, fishing, trapping, and grazing opportunities. Mr. López expressed his desire for a symbiotic relationship between people and the land, which would allow cultural and historic uses of the forest to continue sustainably into the future. Mr. López also discussed the negative impacts of historic land grants to local citizens, explaining that the Rio Grande National Forest was originally part of the Conejos Land Grant granted to 40 local families. After the federal government took control of the land and later turned it into the national forest, the descendants of these land grants lost their ability to remain economically sustainable using traditional means. Livestock grazing, wood gathering, and plant harvesting required expensive permits that often proved difficult to afford. Descendants were then driven into low-wage labor positions and became disconnected with the forest and their traditional uses of it. Mr. López stressed the need to identify land grant descendants and to provide them with special use permits. In addition to benefitting the land grant descendants, this action would also benefit forest health by allowing increased harvest of trees and plants to help mitigate fire risk, particularly in light of the recent beetle epidemic.

## Thirty-Mile Historic Resort

Thirty-Mile Resort is officially *eligible* to the National Register of Historic Places. As such, the US Forest Service and potential permittees must adhere to the Secretary of the Interior's Standards and Guidelines for Historic Preservation; basically maintaining its historic integrity. This does not mean improvements and upgrades cannot be done, only that consultation with the Colorado State Historic Preservation Office must be accomplished, especially for exterior improvements. Its historic significance can be leveraged substantially by nominating the property to the National and/or State Register of Historic Places which would make it eligible for State Historic Fund grants that can greatly help with restoration, etc. This could be done through many means; for example Hinsdale County could contract that out. The Rio Grande National Forest may also be able to come up with some funds and staff time for a nomination. The site requires a condition assessment to understand what is critical to maintaining the most significant structures before they begin to deteriorate further, which is happening now. The historic significance should be seen as an opportunity, not a hindrance. Hinsdale County benefits greatly from heritage Tourism and Thirty-Mile would fit nicely within that model. Thirty-Mile still has a clientele waiting and hoping to return and there is a growing niche for rustic accommodations. Many of our guard stations that are fully booked that have few amenities. There are people out there looking for this experience it is a niche. Keeping it rustic and historic will draw a unique market. The Forest Service will continue to mitigate hazard trees around the resort. If Hinsdale County wants to do major improvements outside of the Secretary of the Interior's Guidelines, it would be an adverse effect that would require mitigation and a memorandum of agreement with the State Historic Preservation Office.

Rvsd Plan - 00000782

# Condition of Cultural and Historic Resources

The INFRA database is now the clearinghouse for site and survey data and the means by which targets are tracked within the Heritage Program Managed to Standard framework. The Heritage Program Managed to Standard is designed to be the proxy measure of the overall "health" of cultural resources on the Forest. A concerted effort occurred in the late 1990s to input legacy data since into the database. Much of this data is lacking information and represents a limited amount of information. INFRA allows for better tracking of site condition, but only if it is accurately input from the field. Table 4 portrays a significant data gap in terms of the lack of information on site condition relative to total number of sites.

**Table 4. Site condition data in INFRA 2015**

| Condition | Number of Sites |
|---|---|
| No Data | 1,153 |
| Excellent | 21 |
| Undisturbed | 64 |
| Light Disturbance | 161 |
| Good | 49 |
| Moderate Disturbance | 207 |
| Fair | 40 |
| Poor/Deteriorated/Ruins | 67 |
| Heavy Disturbance | 68 |
| Destroyed/Total Disturbance | 14 |
| Vandalized | 22 |

The Forest Plan requires monitoring of eligible historic properties in relation to project proposal and implementation. Monitoring is based on the evaluation of protection measures for resources discovered during project proposal evaluations, during implementation, or after the implementation of the project. In addition, monitoring of selected significant heritage resources, like Priority Heritage Assets, not associated with specific project proposals, is implemented and reported. Consultation efforts with recognized American Indian Tribes demonstrating concern for areas of cultural importance is also be monitored and reported. Since 2008 only one project, a land exchange, resulted in a determination of adverse effect to historic properties that required a memorandum of agreement with the Colorado State Historic Preservation Office.

Because monitoring reports were inconsistent prior to FY2008, analysis for this assessment begins in that year. Overall, completed projects where heritage resource sites were identified and/or identified for protection indicates that protective measures were adequate with the exception of a few cases. The following illustrates the conditions of significant heritage resources as reveled by the monitoring program.

In 2008, a prescribed burn was implemented outside of the originally analyzed boundaries and severely burned an undocumented and significant site. An after action review revealed that fuels staff had changed the boundary at the last minute, realizing that their original proposal would have made it difficult to control the burn as it lacked adequate control points. The review illustrated very clearly how a small boundary change can result in potential adverse effects to significant heritage resources. The review with both heritage and fuels staff was highly productive, as project leads were able to see and understand the potential effects of fire on heritage resources and the need to work closely with heritage staff up front in

Rvsd Plan - 00000783

building and modifying project proposals. In 2008, monitoring also revealed negative impacts to a Priority Heritage Asset from an illegal road.

In 2009, monitoring revealed that historic structure Priority Heritage Assets were being severely impacted by cattle within a range allotment. American Recovery and Restoration Act funding was used to restore the buildings and protect them from cattle encroachment. A prehistoric site was also being negatively impacted by cattle grazing and was mitigated by dropping trees on the site to prevent cattle from loafing. In 2010, it was noted that an eligible site was being impacted by an existing system road. The impacts were mitigated by constructing a stone barrier between the road and an historic structure. In addition, an historic structure that is also an administrative site was found to have a severe leak in the ceilings due to several factors associated with the heating system being in the attic. To address the problem, the heat tape was installed higher on the roof and more insulation was placed in the attic. In 2011, an historic guard station received a condition assessment and its well was tested in anticipation of possibly making the cabin a recreation rental. A ceiling joist inside the structure is cracked and still requires repair. The water tested positive with several impurities that suggest contamination from the nearby Alamosa River.

In 2012, a well and pipeline were proposed near the eligible Tracy Canyon Site (5SH193), a Priority Heritage Asset. A dispute arose when it was discovered that the well and water storage facility would also include a watering trough. The latter was never listed in the original project proposal and would likely result in an adverse effect to the site by drawing and trailing wild and domestic ungulates across it. A compromise was devised wherein the watering trough would be located off site. In 2013, a range conservationist alerted archaeologists to undocumented rock art within a proposed prescribed burn project that had already received State Historic Preservation Office clearance. The site was visited by a Jicarilla Apache elder and deemed to be Apache. Subsequently, fuels specialists designed unit treatment methods that would protect the rock art panels during the prescribed burn and thin the fuels in such a way that will protect the rock art into the future.

### Artifact Assemblage

In January of 2010, the Rio Grande County Museum, where the Rio Grande National Forest housed the bulk of its artifact assemblage, suddenly closed its doors. Monitoring of the facility revealed that, without a curator on staff, the Rio Grande National Forest would be out of compliance with CFR 79 that provides standards for federal collections and curation facilities. To address the problem, the agreement with Rio Grande County Museum was cancelled and a new agreement was developed with the Great Sand Dunes National Park and their curation facility. All Rio Grande National Forest artifacts are now housed at the Great Sand Dunes National Park and are now in compliance with CFR 79.

## Trends

This section identifies and evaluates trends that affect the condition of, or the demand for, cultural and historic resources or cultural uses, including influences of public use and Forest Service management. Information is largely gleaned by a public meeting held March 10, 2015 at the San Luis Museum in Alamosa, Colorado.

**Table 5. Cultural or historic resources or uses important in and around the planning area**

| Natural Products | | |
|---|---|---|
| **Tree Products** | **Plant Products** | **Additional Products** |
| Firewood, timber, cottonwood roots, pitch, piñon nuts | Pigments, medicine, oshá, tobacco, yucca, chamisa | Mushrooms, earthen pigments, plaster, clay, minerals, tools |
| **Historic Sites** | | |
| Archaeological and cultural sites, historic mine sites, old fisheries, traditional recreational areas | | |
| **Ongoing Cultural Uses** | | |
| Recreation, fishing, ranching, livestock grazing, irrigation, tourism, hunting, labor economy | | |
| **Additional Resources** | | |
| History and Archaeology research opportunities, ecosystem service (from balanced ecosystem pre-settlement) | | |

**Table 6. Conditions and trends influencing the condition of, or the demand for, cultural and historic resources (positively and negatively)**

| Condition or Trend | Influence |
|---|---|
| **Human Trends** | |
| Electronic age | Potentially increases access to maps and information |
| Lack of knowledge about resources | Causes lack of respect, vandalism, and resource degradation |
| Unmanaged Recreation | Can negatively impact sites and resources |
| Illegal Off -road Vehicle Use | Can negatively impact sites and resources |
| Heritage Tourism | Can increase knowledge and stewardship of historic sites |
| Increasing human population | Affects use and amount of resources |
| Tradition of arrowhead collection | Creates tension between tradition and illegal collection |
| Illegal Artifact Collection | Undermines ability for archaeologists to study the past and inform the public |
| Grazing and ranching | Can protect important sites if ranchers are informed |
| Drone use | Positively and negatively impacts forest and its visitors |
| Greater focus on education & interpretation | Improves knowledge about and respect for resources |
| Effective tribal consultation | Improves land manager's abilities to manage ancestral landscapes |
| **USFS Management** | |
| Excessive rules and regulations | Hamper current lifeways (e.g. grazing, resource gathering) |
| Roadless designation/road closure | Impairs access; concentrates use in other areas. Can also protect sensitive archaeological values |
| Over grazed lands | Can negatively impact archaeological sites, features and artifacts |
| Management for multiple use | Requires better balance to protect and preserve resources |
| Bureaucracy | Reduces ability to clear archaeological sites in timely manner; requires frustrating NEPA process |
| Lack of staff | Causes inadequate monitoring and water maintenance |
| Inadequate public communication | Imperfectly balances sharing site information with protecting sites |
| Unrecognized land grant heirs | Negatively impacts many generations due to loss of land and access – heirs deserve recognition and special permits |
| Decreased logging allowances | Increases fire risk to historic areas and sites |
| Decreased grazing allotments | Negative impacts to economy and access (via loss of stock trails) |
| Insufficient site maintenance | Degradation of important cultural and historic sites |

Rvsd Plan - 00000785

Rio Grande National Forest – Assessment 13
Cultural and Historic Resources

| Condition or Trend | Influence |
|---|---|
| **Ecological Conditions** | |
| Loss of ecological balance | Threatens destruction of cultural resources and lifeways |
| Bark beetle epidemic | Increases fire danger, increases wood gathering opportunities, opens new rangeland, hampers trail access |
| Catastrophic wildfire | Threatens destruction of burnable historic properties such as Culturally Modified Trees (CMTs), homesteads and prehistoric wickiups |
| Climate change; drought | Decreases water availability, tourism, and skiing |

**Table 7. Opportunities within the plan area to foster greater connection between people and cultural and historic resources and landscapes beyond the plan area**

| Topic | Opportunities |
|---|---|
| Enhance public education | Increase interpretive signs/maps/information; put informational kiosks at all entries to valley; better inform people of available information; foster understanding of cultural importance and acceptance; use "friends" group and/or volunteers to interpret sites; provide visitor information using current technologies |
| Partnerships | Partner with local museums, schools and the local Old Spanish Trail Association (OSTA) to enhance education and site stewardship |
| Engage more youth | Include local history as core curriculum in schools; hold clean-up days with youth; encourage local field trips; use local historians and elders; connect with colleges and universities; help local youth create and maintain garden of traditional plants |
| Heritage Volunteerism | Continue to partner with groups such as PaleoCultural Research Group (PCRG) and Volunteers Outdoor Colorado (VOC) to provide opportunities to volunteer for public archaeology projects. |
| Heritage Tourism | Facilitate greater tie-in between the Recreation Rental program of the RGNF that rents historic cabins and guard stations with the greater Heritage Tourism movement of the San Luis Valley. |
| Increase outreach efforts | Connect to local chambers of commerce and visitors centers; increase public-agency discussions; put USFS office numbers on government listing page in local phone books; open office on Saturdays outside of normal working hours |
| Historic Thirty-Mile Resort | Partner with Hinsdale County to maintain and run the Thirty-Mile Resort as a heritage destination. |
| Improve permitting process | Decrease permitting bureaucracy; help people understand importance of permitting process; increase transparency and disclosure; inform permittees about resources on their allotments |
| Decrease USFS staff turnover | Achieve and maintain connection with community; coordinate volunteers and staff for projects more efficiently and effectively |
| Reduce negative impacts of connection to land and resources | Avoid overutilization; encourage people to stay on valley floor; identify heritage areas to promote and areas not to advertise; protect sites by telling what they are but not where they are |
| Connect with cultural uses | Waive fees for traditional artists and community members to harvest traditional resources (e.g., clay, piñon nuts) |

Rvsd Plan - 00000786

**Table 8. The contribution of the use and enjoyment of cultural and historic resources to social, economic, and ecological sustainability**

| Use or Enjoyment of Resources | Sustainability Contribution | | |
|---|---|---|---|
| | Social | Economic | Ecological |
| Tourism (trains, dunes, historical sites) | | X | |
| Forest permits | | X | X |
| Grazing and ranching | X | X | X |
| Understanding of importance for conservation and preservation | X | | X |

# Resources at Risk

By and large, most significant cultural resources are in stable condition and are easily avoided by most project activities implemented by the Forest. However there are a few classes of resources that are at risk. The eligible Thirty-Mile Historic Resort of twelve historic structures is in a rapid state of decay. The heritage program hopes to oversee a National Register nomination, a condition assessment and a nomination to the list of Colorado's Most Endangered places.

Continuing drought, loss of vegetation and soil, along with cattle grazing in the lower elevations may lead to increased negative impacts to significant cultural resources, especially prehistoric sites along riparian areas. Continued drought and fuel loading could also lead to catastrophic (high intensity, high severity) fires that could severely impact fire sensitive sites and features such as wickiups, Culturally Modified Trees, homesteads and historic mining and logging sites.

Vandalism and illegal collection continues to put many significant cultural resources at risk on the forest. A culture of arrowhead collection on public lands is pervasive in the San Luis valley, though the younger generation may not be collecting like their parents and grandparents did. Illegal excavation does seem to be on the wane. Rock art is always in danger of being defaced by vandals as was the case on a BLM site in the san Luis valley in 2014. Finally, illegal off-road motorized use can have a devastating effect on significant cultural resources.

# Summary / Conclusion

The planning area and the greater San Luis Valley are rich in cultural resources as well as living culture. Cultural resources are those non-renewable resources that require protection under the National Historic Preservation Act. Traditional uses are those activities carried out by extant peoples that provide for cultural continuity through time. Interestingly, there are sometimes inherent conflicts between the two. For example, the traditional activity of grazing, if not managed correctly, can sometimes have detrimental effects on significant cultural resources. This assessment combines information from these two realms that hopefully provides a portrait of the existing condition for both cultural and historic resources themselves, and traditional uses of the Forest.

The planning area contains a high density of cultural resources (prehistoric and historic archaeological sites) that represent a vast array of human occupation over a 12,000 year period. There is a relatively high density of Paleoindian sites compared to other forest units and a very high number of Late Archaic site types. Mining history in the areas of Summitville, Creede and Bonanza is also an important part of the planning area history and continues to be a draw by the public today.

Most of the planning area has not been surveyed for cultural resources, and a good deal of existing survey is not to standard. A predictive model and new GPS and GIS technologies are further refining data

collection in the field. The INFRA database is the primary platform for all site and event data of the Heritage program. While input is improving, the database is still plagued by erroneous or a lack of information. INFRA is scheduled to go live with a spatial component sometime in late 2015. In 2011, FSM 2360 created a solid foundation for an efficient Heritage Program that protects historic properties and maximizes their benefits for the public and the agency; the Heritage Program Managed to Standard that includes seven management indicators.

Since the last plan revision, much has occurred in terms of the management of cultural resources in the planning area. The heritage Program has increased its capacity, though it is still lacking adequate staff to keep up with the growing project load. In 2013, the Rio Grande National Forest separated from the San Luis Valley Resource Area (BLM), creating two stand-alone cultural programs, to the great benefit of both. The spirit of Service First continues however with both staffs collaborating and cooperating on various projects and targets.

In 2011, the Rio Grande National Forest received a great deal of American Recovery and Restoration Act funding to restore the Off Cow Camp, the Fitton Guard Station, the Creede Clay Mine, the Duncan Cabin, the Upper Beaver Civilian Conservation Corps Outhouse and the River Springs Ranger Station. The Off Cow Camp and Fitton Guard Station are now recreation rental sites earning income for the Forest, while the Duncan site awaits possible designation.

The numbers of large-scale vegetation treatment projects are on the rise in the region and across the west, with the potential to negatively impact cultural resources. Presently a programmatic Agreement with the Colorado State Historic preservation office is being developed for a Rio Grande National Forest project that may become the template for Colorado Forests. The programmatic agreement will allow managers to streamline the NEPA process while addressing specific steps in order to remain in compliance with Section 106 of the NHPA.

# References

Advisory Council on Historic Preservation. 2011. Native American Traditional Cultural Landscapes Action Plan. www.achp.gov.

Cassells, E. Steve. 1997 . *The Archaeology of Colorado.* Rev. ed. Johnson Books, Boulder, Colorado.

Church, Minette, Steven Baker, Bonnie Clark, Richard Carrillo, Jonathan Horn, Carl Spath, David Guilfoyle, and Steve Cassells. 2007. *Colorado History: A Context for Historical Archaeology.* Colorado Council of Professional Archaeologists, Denver, Colorado.

deBuys, William. 1985. *Enchantment and Exploitation: The Life and Hard Times of New Mexico Mountain Range.* Albuquerque: University of New Mexico.

Department of Interior (DOI). 1990. *Guidelines for Evaluating and Documenting Traditional Cultural Properties.* P.L. Parker and Thomas King.

Guthrie, Mark R. Powys Gadd, Renee Johnson and Joseph J. Lischka. 1984      *Colorado Mountains Prehistoric Context.* State Historical Society of Colorado, Denver, Colorado.

Harrington, John P. 1916. *The Ethnogeography of the Tewa Indians.* Twenty-ninth Annual Report, 1907-08, of the Bureau of American Ethnology: 29-618. Washington DC: Government Printing Office.

Rvsd Plan - 00000788

Higgins, Howard, Elia Perez and Brian Cribbin. 2013. *Cultural Continuity: An Ethnographic Study Related to Potential Solar Energy Development in the San Luis Valley, Colorado*. TRC Consulting: Albuquerque. Manuscript on file at the Rio Grande NF Supervisor's Office, Monte Vista, CO.

Kelly, Robert L., and Lawrence C. Todd. 1988. Coming into the Country: Early Paleoindian Hunting and Mobility. *American Antiquity* 53:231–244.

Kindscher, Kelly, Julia Yang, Quinn Long, Rachel Craft and Hillary Loring. 2013. Harvest Sustainability of Wild Populations of Osha, *Ligusticum porteri*. Open-File Report No. 176. Kansas Natural heritage Inventory, Kansas Biological Survey. Report on file at the Rio Grande NF Supervisors' Office, Monte Vista, CO.

King, Joseph E. 1984. *Colorado Engineering Context*. Colorado Historical Society, Denver, Colorado.

Lange, Charles H. 1959. Cochiti: A New Mexico Pueblo, Past and Present. Austin: University of Texas Press.

Ortiz, Alfonso. 1969. *The Tewa World: Space, Time, Being and Becoming in a Pueblo Society*. Chicago: University of Chicago Press.

Otis, Alison. 1986. The Forest Service and the Civilian Conservation Corps, 1933-42. U.S. Department of Agriculture, Forest Service.

Martorano, Marilyn A., et. al. 1999. *Colorado Prehistory: A Context for the Rio Grande Basin*. Colorado Council of Professional Archaeologists. Denver, CO.

USDA Unites States Forest Service. 2015.*Tribal Relations Strategic Framework for the Eastern Region, Northeastern Area*. State and Private Forestry, and Northern Research Station.

White, David. 2005. *SEINANYÉDI: An Ethnographic Overview of Great Sand Dunes National Park and Preserve*. Prepared for the National Park Service, U.S. Department of the Interior, Great Sand Dunes National Park and Preserve, Colorado by Applied Cultural Dynamics, Santa Fe, New Mexico.

White, Leslie A. 1942. *The Pueblo of Santa Ana, New Mexico. Menasha WI: Memoirs of the American*. Anthropological Association 60.

Rvsd Plan - 00000789

# Rio Grande National Forest – Assessment 15 Designated Areas – Executive Summary



## Introduction

This document is a brief summary of the first step in the forest planning process; our assessment, and public input we are soliciting; regarding designated areas on the Rio Grande National Forest. Designated areas may be statutorily designated on the forest by Congress (national heritage areas, national monuments, national recreation areas, national scenic areas, national scenic and historic trails, wild and scenic rivers, wilderness or wilderness study areas and interstate highways); those administratively designated by the agency (critical habitat under Endangered Species Act, experimental forest or range, inventoried roadless areas, national natural landmarks, national historic landmarks, national monuments, national recreational trails, research natural areas, national or forest service-designated scenic byways, significant caves or wild horse and burro territories); or those designated by the Regional Forester for their botanical, geological, scenic, zoological, paleontological, historical or recreational values.

Designated areas on the forest have a permanent management designation to maintain a unique special character or purpose (36 CFR 219.19). These areas can be landscape scale, such as the Sangre de Cristo, La Garita, Weminuche, and South San Juan Wilderness areas or more specific sites such as the Wheeler Geologic Area, Hot Creek Research Natural Area and John C Fremont Winter Camp Special Interest

Rvsd Plan - 00000790

Area. Overall, these areas are much more strictly managed than the forest as a whole. Some of these areas, however, have seen significant impacts from recreation since the 1996 forest plan, related to the growing population in Colorado and increasing popularity of hiking fourteen thousand foot peaks, or "fourteeners". In addition, the 1996 forest plan preceded the designation and management direction for the Continental Divide National Scenic Trail, Old Spanish National Historic Trail, Cumbres and Toltec National Historic Landmark and Sangre de Cristo National Heritage Area in Alamosa, Costilla and Conejos counties.

# What We Asked

We held two meetings to collect specific input from the public on wilderness and designated areas. Peak Facilitation and the National Forest Foundation facilitated the meetings, which were held on May 18, 2015 in Antonito, CO and July 15, 2015 in South Fork, CO. Approximately 45 members of the public attended this meeting. In addition, the National Forest Foundation provided a web-based tool that allowed us to ask the same set of questions to those who could not be at the meetings.

We also participated in meetings with a variety of organizations from February through July 2015. Each of these meetings focused on different topics, and many of the meetings had discussions about wilderness and designated areas. These meetings included over 200 attendees.

We asked the same questions at meetings and on-line to give us consistent input for the assessment process related to wilderness and designated areas on the forest.

- What are the most significant special designation areas on the Rio Grande National Forest and how should they be managed? Do they contribute to social, economic, and ecological sustainability? If so, how?

- Other than wilderness or areas that are already designated, are there other rare or outstanding resources or places on the forest? What makes them rare or outstanding?

- What does the word "wilderness" mean to you? What criteria should be met for such a designation?

- How should wilderness be managed?

# What We Heard

These public discussions are valuable for helping us understand public concerns, issues, trends and opportunities regarding our management of designated areas and wilderness. A lot of our conversation related to very specific areas of the forest or designated wilderness. Many areas on the forest have some special designation, and all special designations are important to someone. The public wants us to manage special designations to maintain water quality and prevent habitat fragmentation in core habitats and watersheds. We should continue designating Research Natural Areas to help achieve multiple objectives including ecosystem protection. We should manage the Weminuche and South San Juan Wilderness Areas for ecological sustainability. Wildlife corridors should be managed through inter-agency cooperation. Class one fisheries should have a special designation. Ponderosa habitats are important for bears.

## *Access*

Front Range users are increasing especially at popular points such as fourteeners. The San Luis Valley has fewer areas to access so use is more concentrated. The areas in the Rio Grande National Forest are not overcrowded because they are difficult to reach.

Rvsd Plan - 00000791

## Motorized and Non-motorized Uses

Recreation uses have changed significantly in recent years. New technology allows for deeper access into the forest and has increased winter recreation (both motorized and non-motorized). Winter recreation areas should be designated for non-motorized use. We should maintain existing or old roads and trails and use volunteer groups to perform trail maintenance due to lack of resources on the forest. We should allow motorized access in some of these special designated areas to accommodate all user groups.

## Specific Suggestions

The public has suggested many areas for us to consider as special designated areas. Wheeler Geologic Area should be expanded to provide access to North Ridge, as well as access to maintain the site. We need to preserve the historical markings in the aspen grove by Kelly Creek. We should designate Kelly Creek for winter motorized use. Elwood Pass is a unique montane ecosystem for ptarmigans and big game. The archery range at Rock Creek could be a recreation designation if it would help with funding and maintenance. We should allow motorized use in Pole Creek and Bear Creek. We need to do a better job of managing trash, especially at Elephant Rock and on the Old Spanish Trail. We should designate Deadman's Creek and New Baca Mountain Track as wilderness since they are surrounded by it and have archaeological significance. Elk Creek trail is treated as wilderness due to lack of defined boundaries. Because there is unique vegetation North of Alamosa River, we should designate it as a research natural area.

## Analysis and Management Considerations

Designated areas are necessary, but they are taxing our ability to manage the areas. User fees in certain designated areas could help us with the lack of funding for maintenance. We need to coordinate among agencies on special use designations and management. We should increase funding to protect wilderness resources. We need to quantify human impacts on wilderness using ecosystem services. We should consider new or upgraded designations as a last resort.

We should manage for current and projected future use, but the current areas need to be better managed before future areas are considered. Education is important but also proper use of special designated areas should be enforced. Above all, uphold high standards for the management of special designated areas, whether it is designated wilderness or some other special area.

## Areas of Emerging Concern

Areas of emerging concerns, or areas with potential for expansion or enhancement were listed by the public at the meeting.

- Continental Divide National Scenic Trail has issues with increased use. The trail is damaged by equestrian users in wet conditions.
- Blanca Peak is overused by both motorized and non-motorized users.
- Treasure Creek Trailhead has undesignated trails that damage vegetation.
- Wilderness areas do not have proper trail maintenance, need more trails to better disperse users.
- Timber management money could be used to create and maintain roads.
- Drones entering wilderness from non-wilderness areas would be invasive.

## Areas of Existing Concern

Areas with current concerns were also discussed.

Rvsd Plan - 00000792

- Fisher Creek Trail is not maintained.
- Wheeler Geologic Area has trails braided from jeeps, access road needs significant maintenance.
- Hope Creek and other trailheads have parking issues.
- Hunter Lake Road is difficult for horse trailer and camper access.
- Archuleta Lake Trail is inaccessible due to major blowout.
- Bear and Pole Creek have damaged riparian areas due to grazing issues.
- Garner and Major Creek Trail signage is unclear about new trailhead alignment.
- Information and signage for visitors is lacking in wilderness areas.
- Beetle epidemic across forest has impacted trails, camping, and safety.
- Chainsaws should be allowed for trail maintenance in wilderness areas.

## *Wilderness*

### Socioeconomics

The Rio Grande has a large impact on the local economy. The forest and wilderness areas are essential for the future as recreation is a large part of the economy. Wilderness areas provide landscapes for climate change studies and discourage expansion of development and logging. Grazing is allowed in wilderness and we need to address the impacts to grazing.

### Public Values

When asked what wilderness designation meant to those at the public meetings, a long list of values was generated.

- Non-motorized
- Solitude and quietness
- Nature sounds
- Remote
- Exclusionary of certain users
- Inclusive
- Natural habitats for wildlife
- Quiet
- Expensive
- Strict
- Untouched and unmanaged
- Timeless
- Native landscapes
- Natural cycles of pine beetle and fire
- A place where hand of man has never set foot
- Natural settings
- Undisturbed by humans
- Natural plants
- High levels of biodiversity
- Lack of interactions
- Not a park
- Isolation
- Silence and solitude with a lack of noise pollution
- Possible mechanized usage with strict guidelines and time limits
- Wildlife viewing and biodiversity
- Lack of structures and roads
- Natural viewsheds and scenery
- Physically challenging and required use of primitive skills

Rvsd Plan - 00000793

## Management Recommendations

Suggestions were given on how to manage wilderness into the future. Some members of the public wanted access for all users, including motorized, while others wanted the forest to continue to prohibit motorized use. A broad user access would help avoid conflicts among users. Mechanized tools and vehicles should be allowed for trail maintenance to protect resources. Do not use large volunteer groups as their presence would conflict with the reason for designated wilderness. Instead use small groups with mechanized tools to increase the work capacity and lessen the impacts to the ecosystem. The forest should maintain large blocks of natural areas to provide a buffer for climate change. Management practices should be adjusted to changing budgetary needs.

### *Monitoring and Adaptive Management*

Our monitoring strategy should use adaptive management to monitor users in certain areas to better understand changes over time. Monitoring could help us identify thresholds and management actions if conditions change.

# Where We're Headed

Based on information in our assessment and what we are hearing from the public regarding designated areas, we need to update this section of the forest plan. In our designated areas assessment, we describe the current state of these resources on the forest and identify information we need to revise our management of these areas in response to public input and to new designated areas (Continental Divide National Scenic Trail, Old Spanish National Historic Trail, Cumbres and Toltec National Historic Landmark and Sangre de Cristo National Heritage Area in Alamosa, Costilla and Conejos counties). The public has given us additional information that will help guide our management recommendations and direction in the future.

The 1996 forest plan provides extensive direction on all levels for designated areas. We will continue to manage congressionally designated areas according to laws and policy. The regional forester and the Rio Grande National Forest have identified, but not administratively designated, several special areas on the forest. Our forest plan revision will continue to provide desired conditions, standards, guidelines, and management area prescription for current designated areas.

### *Evaluating Wilderness and Wild and Scenic River Potential*

Our designated areas assessment does not address the required inventory and evaluation process which is governed by Chapters 70 and 80 of the 2012 Planning Rule. This is a separate process which requires us to identify and evaluate lands which may be suitable for inclusion in the National Wilderness Preservation System (see FSH 1909.12, Chapter 70) or the Wild and Scenic Rivers System (see FSH 1909.12, Chapter 80). We will conduct these inventories through a separate public engagement process concurrent with our development of alternatives during the formal forest plan development process governed by the National Environmental Policy Act.

Other areas previously identified in other plans, such as the Natural Arch, identified by the regional forester or the forest, or requested as a part of this public involvement process will be evaluated in the new forest plan for designation.

Rvsd Plan - 00000794

# Rio Grande National Forest-Assessment 15 Designated Areas



# Contents

Introduction ........................................................................................................................................ 1

Information Sources and Gaps............................................................................................................ 2

    Sources ........................................................................................................................................... 2

    Gaps .............................................................................................................................................. 2

Existing Forest Plan Direction for Designated Areas ......................................................................... 2

    Forest-wide Objectives ................................................................................................................. 2

    Management Area Direction.......................................................................................................... 3

Scale of Analysis ................................................................................................................................ 3

Types, Purposes and Locations of Designated Areas on the Rio Grande National Forest ................. 3

    Congressionally Designated Areas ................................................................................................ 3

        National Heritage Areas............................................................................................................ 3

        National Monuments................................................................................................................. 4

        National Scenic and Historic Trails .......................................................................................... 4

        Eligible Wild and Scenic Rivers ............................................................................................... 5

        Wilderness................................................................................................................................. 7

    Administratively Designated Areas ............................................................................................... 8

        Critical Habitat under the Endangered Species Act................................................................... 9

        Inventoried Roadless Areas ....................................................................................................... 9

        National Historic Landmark Scenic Railroad ........................................................................... 9

        Scenic Byways ........................................................................................................................ 10

        Research Natural Areas............................................................................................................ 10

        Special Interest Areas.............................................................................................................. 10

Range of Uses, Management Activities and Management Restrictions ............................................ 11

    Wilderness................................................................................................................................... 11

    National Scenic Trail................................................................................................................... 11

    Eligible Wild and Scenic Rivers................................................................................................. 12

        Eligible Wild Rivers ............................................................................................................... 13

        Eligible Scenic Rivers ............................................................................................................. 13

        Eligible Recreation Rivers ...................................................................................................... 14

    Research Natural Area ................................................................................................................. 14

    Special Interest Areas .................................................................................................................. 15

    Scenic Byways and Scenic Railroad............................................................................................ 15

    Backcountry Areas ...................................................................................................................... 15

Existing Management Plans.............................................................................................................. 16

Potential Need and Opportunity for Additional Designated Areas................................................... 16

Contribution of Designated Areas to Sustainability......................................................................... 21

Conclusion ....................................................................................................................................... 23

    References ................................................................................................................................... 24

Rvsd Plan - 00000796

# Introduction

Designated areas are specific areas or features within Rio Grande National Forest that have been given a permanent management designation to maintain a unique special character or purpose (36 CFR 219.19).

The definition of designated area is:

An area or feature identified and managed to maintain its unique special character or purpose. Some categories of designated areas may be designated only by statute and some categories may be established administratively in the land management planning process or by other administrative processes of the Federal executive branch. Examples of statutorily designated areas are national heritage areas, national recreational areas, national scenic trails, wild and scenic rivers, wilderness areas, and wilderness study areas. Examples of administratively designated areas are experimental forests, research natural areas, scenic byways, botanical areas, and significant caves (36 CFR 219.19).

Such areas can be landscape scale, such as the Sangre de Cristo, La Garita, Weminuche, and South San Juan Wilderness areas or more specific sites such as the Hot Creek Research Natural Area and John C Fremont Winter Camp Special Interest Area. Overall, these areas are much more strictly managed than the forest as a whole. Some of these areas, however, have seen significant impacts from recreation since the 1996 Forest Plan, related to the growing population in Colorado and increased popularity of hiking fourteen thousand foot peaks, or "fourteeners". These areas have also seen significant ecological changes related to the dying trees in the spruce-fir forest and the West Fork Fire in 2013. The 1996 Plan preceded the designation and management direction for the Old Spanish National Historic Trail, Cumbres and Toltec National Historic Landmark and Sangre de Cristo National Heritage Area in Alamosa, Costilla and Conejos counties.

In this assessment we will identify and review the current condition of all designated areas on the Rio Grande National Forest and the existing condition as described in the 1996 Forest Plan. Designated areas may include:

- those statutorily designated on the forest by Congress (national heritage areas, national monuments, national recreation areas, national scenic areas, national scenic and historic trails, wild and scenic rivers, wilderness or wilderness study areas and interstate highways);

- those administratively designated by the agency (critical habitat under Endangered Species Act, experimental forest or range, inventoried roadless areas, national natural landmarks, national historic landmarks, national monuments, national recreational trails, research natural areas, nationally or Forest Service-designated scenic byways, significant caves or wild horse and burro territories); or

- those designated by the Regional Forester for their botanical, geological, scenic, zoological, paleontological, historical or recreational values.

We will not, at this time, address the separate but required inventory and evaluation process which is governed by Chapters 70 and 80 of the 2012 Planning Rule. This separate process requires us to identify and evaluate lands which may be suitable for inclusion in the national wilderness preservation system (see FSH 1909.12, Chapter 70) or the wild and scenic rivers system (see FSH 1909.12, Chapter 80). We will conduct these inventories through a separate public engagement process concurrent with our construction of alternatives during the formal plan development process as governed by the National Environmental Policy Act.

Rvsd Plan - 00000797

# Information Sources and Gaps

This section identifies the information sources we used in the Designated Areas Assessment, and identifies information gaps where we may be missing information that would help further clarify specifics related to the Designated Areas Assessment.

## Sources

- The current Forest Plan, Record of Decision, FEIS and monitoring reports, including the San Juan and Rio Grande Wilderness Management Direction from August 1998

- Policy, law and Forest Service handbook or manual directives related to designated areas

- Internal, forest-level staff recommendations in addition to annual monitoring reports

- Travel and tourism reports

- Social, environmental and economic research reports

- State comprehensive outdoor recreation plans

- Other federal, State or county land management planning and strategy documents

- Relevant information from assessment phase public engagement, including web survey tools and public meetings in May and July, 2015

- Relevant information from tribal consultation meetings in February, March and May 2015

- National surveys on wilderness and other designated areas

- Colorado Natural Heritage Program Threatened and Endangered Species and potential conservation data

- 1982 Conejos River Wild and Scenic Study

## Gaps

- Generally, there is a lack of published documents studying how designated areas contribute to social, economic, and ecological sustainability in the broader landscape affected by the Rio Grande National Forest, specifically the San Luis Valley and Southwest Colorado.

- There is little or no research or survey data to identify whether additional designated areas, especially designated areas other than wilderness, are needed on the Rio Grande National Forest.

- There has been no analysis and consideration of the most recent Colorado Natural Heritage Program data described above.

# Existing Forest Plan Direction for Designated Areas

## Forest-wide Objectives

Our 1996 Forest Plan provided extensive management direction for all levels of designated areas on the forest in the sections dedicated to forest-wide desired conditions, standards and guidelines and management area prescriptions. Forest-wide objectives that pertain to wilderness and wild and scenic rivers are part of Regional Objective 4, items 4.3 and 4.4, as follows:

**Regional Objective 4**: Provide for scenic quality and a range of recreational opportunities that respond to the needs of Forest customers and local communities.

Rvsd Plan - 00000798

4.3     Establish wilderness management practices designed to enhance and perpetuate wilderness as a resource.

   a.   Keep wilderness use within determined social capacity.

   b.   Avoid resource damage resulting from overuse of designated wilderness.

4.4     Protect the integrity of any eligible wild and scenic rivers.

### Management Area Direction

Specific management prescriptions for wilderness areas, ranging from pristine, primitive and semi-primitive, are found under management areas (MAs) 1.11, 1.12 and 1.13. Eligible wild rivers are managed under MA 1.5, research natural areas under MA 2.2, special interest issues under MA 3.1 and eligible scenic rivers under MA 3.4. The associated range of uses, activities, or restrictions associated with the established management areas for each designated area on the Rio Grande National Forest are described in greater detail in various sections of the following report.

## Scale of Analysis

Our plan area for this assessment includes all lands contained within the Rio Grande National Forest, regardless of ownership or jurisdiction. When discussing the broader landscape, we primarily focus on Hinsdale, Mineral, Rio Grande, Saguache, Alamosa, Conejos and Costilla counties, known regionally as the San Luis Valley. There are portions of La Plata, San Juan and Archuleta counties which fall within the Weminuche and South San Juan wilderness areas. When we discuss greater population trends driving demand for recreation on the Rio Grande National Forest from surrounding urban areas outside the San Luis Valley; our scale of analysis includes Albuquerque and Santa Fe, New Mexico and Pueblo, Colorado Springs and Denver and Durango, Colorado.

# Types, Purposes and Locations of Designated Areas on the Rio Grande National Forest

> **Identify the types, purposes, and locations of established designated areas within the plan area.**

## Congressionally Designated Areas

Congressionally designated areas include national heritage areas, national monuments, national recreation areas, national scenic areas, national scenic and historic trails, wild and scenic rivers, wilderness or wilderness study areas and interstate highways. There are no national recreation areas, scenic areas or interstate highways on the Rio Grande National Forest.

### National Heritage Areas

#### Sangre de Cristo National Heritage Area

The Sangre de Cristo National Heritage Area was designated by Congress in 2009 to promote, preserve, protect and interpret the unique historical, religious, environmental, geographic, geologic, cultural and linguistic resources of the southern San Luis Valley area; specifically Alamosa, Costilla and Conejos counties, which includes large parts of the Conejos Peak District. The Sangre de Cristo National Heritage Area organization completed their management plan in 2013 and has since served as a valuable partner in projects on the forest and neighboring lands, as well as providing input in the Forest Plan Revision process related to cultural, historic, tribal and scenic resources.

Rvsd Plan - 00000799

The Northern Rio Grande National Heritage Area, designated by Congress in 2006, completed their management plan in 2014. Although not directly located on the Rio Grande National Forest, they are located across the state line in Taos and Rio Arriba counties and share the same management priorities and scenic values as the Sangre de Cristo National Heritage Area.

## National Monuments

### Great Sand Dunes National Monument / National Park

The Great Sand Dunes National Monument was originally established by Congress in 1932. The 1996 Forest Plan was written when the Great Sand Dunes National Monument was a neighboring federal land management unit to the Rio Grande National Forest along the Sangre de Cristo Mountain Range. In 2000, the monument became a national park. Between 2000 and 2004, with the assistance of the Nature Conservancy; the Park Service and Forest Service acquired the Baca Ranch; part of which was incorporated into the national park, and part of which was incorporated into the Rio Grande National Forest as the Baca Mountain Tract. These new lands were analyzed in the Baca Mountain Tract Forest Plan Amendment which was finalized in 2009.

### Wheeler Geologic Area

In 1908, President Theodore Roosevelt proclaimed Wheeler National Monument as Colorado's first National Monument, in honor of Captain George Wheeler who led a surveying team through Colorado in 1874. 1908 was the same year the Rio Grande National Forest was created out of the Cochetopa and San Juan Forest Preserves. The site was originally managed out of the Mesa Verde office in Southwest Colorado which proved a challenge. In 1950, for reasons of administrative efficiency, Congress abolished the site's monument status. In 1969 the Rio Grande National Forest designated Wheeler as a geologic area. In 1993, the La Garita Wilderness was expanded to include Wason Park, Silver Park, and Wheeler Geologic Area. However, the road through Silver Park was not included in the wilderness expansion continuing to allow motorized access to within ½ mile of the geologic area. The site is a popular destination for hikers and motorized vehicles on the Divide Ranger District above Creede.

## National Scenic and Historic Trails

### Continental Divide Scenic Trail

Approximately 170 miles of the Continental Divide National Scenic Trail lies on the Rio Grande National Forest, from the forests' northern boundary with the Gunnison National Forest to the New Mexico State Line. Designated by Congress in 1978, the nature and purposes of the Continental Divide National Scenic Trail are to:

- provide for high-quality scenic, primitive hiking and horseback riding opportunities; and
- conserve natural, historic, and cultural resources along the Continental Divide National Scenic Trail corridor (2009 Comprehensive Management Plan).

Management of the Trail is consistent with the nature and purposes of the Trail and the 2009 Continental Divide National Scenic Trail Comprehensive Plan and any revisions.

The Continental Divide National Scenic Trail is a quiet, continuous mountain path following the backbone of the Rocky Mountains from Mexico to Canada, linking 20 designated wilderness areas, 20 national forests, three national parks, one national monument, eight Bureau of Land Management resource areas, historic and traditional cultural sites, and primitive wildlands. The Continental Divide National Scenic Trail is the highest national scenic trail, reaching the 14,270-foot summit of Grays Peak,

Rvsd Plan - 00000800

and connects the Chihuahuan Desert of New Mexico to majestic conifer forests, remote valleys and wild, snow-capped mountains and glaciers on the way to its northern terminus in Glacier National Park. The Trail corridor provides high-quality hiking and horseback riding opportunities and other compatible nonmotorized recreation opportunities; conserves natural characteristics, including solitude, remoteness, primitive recreation, fish and wildlife habitats; and conserves historic and cultural resources. Travelers along this path experience the heart of the Rocky Mountain west: untrammeled mountains that stretch to the horizons, plunging streams, snowfields, glaciers, cobalt-blue lakes, alpine wildflowers, and quiet camping under star-studded skies. Travelers may also encounter ancient travois trails, follow the footsteps of Lewis and Clark or early Spanish explorers, trace the routes of the Apache and follow fresh tracks of grizzlies, wolves, lynx, elk, moose, mountain goats and wolverines.

## Old Spanish National Historic Trail

The Old Spanish National Historic Trail was not congressionally designated until 2002, so it is not included in the 1996 forest plan. Pioneered by Antonio Armijo in 1829 the Old Spanish Trail was a trade network with several routes that carried woolens and slaves from Santa Fe to Los in Mexico's California territory Angeles where they were traded for horses. The congressionally designated East Fork of the North Branch of the Old Spanish National Historic Trail runs through the planning area, generally following the west flanks of the Sangre de Cristo mountains through Fort Garland, north past the Great Sand Dunes and the town of Crestone and then turning west through the present day town of Saguache. From there, it winds its way over Cochetopa Pass into the Gunnison Basin. Inventory and research have occurred within the Baca Tract Special Interest Area and in the North Pass area on the Saguache Ranger District. There is at least one significant archaeological site related to the Old Spanish Trail on the Forest, called the Bunker Site north of Crestone. The Old Spanish National Historic Trail Comprehensive Management Plan is being completed at this time by the National Park Service and BLM, the designated management agencies for the trail. The plan will guide management of the trail across six states and several different management zones. Many opportunities for further research education and interpretation exist for this unique resource on the Rio Grande National Forest.

## National Recreation Trails

The Rio Grande National Forest also has two National Recreation Trails, Lost Fork and West Lost Fork on the western edge of the Divide Ranger District.

## *Eligible Wild and Scenic Rivers*

The National Wild and Scenic Rivers System was created by Congress in 1968 (Public Law 90-542; 16 U.S.C. 1271 et seq.) to preserve certain rivers with outstanding natural, cultural, and recreational values in a free-flowing condition for the enjoyment of present and future generations. The Act is notable for safeguarding the special character of these rivers, while also recognizing the potential for their appropriate use and development. It encourages river management that crosses political boundaries and promotes public participation in developing goals for river protection.

> It is hereby declared to be the policy of the United States that certain selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations. The Congress declares that the established national policy of dams and other construction at appropriate sections of the rivers of the United States needs to be complemented by a policy that would preserve other selected rivers or sections thereof in

Rvsd Plan - 00000801

their free-flowing condition to protect the water quality of such rivers and to fulfill other vital national conservation purposes (Wild and Scenic Rivers Act, October 2, 1968).

Most rivers are added to the national wild and scenic rivers system (National System) through federal legislation, after a study to determine the suitability for designation. Congress authorizes a study by adding the river to Section 5(a) of the Wild and Scenic Rivers Act (Act). Agencies are also required to consider and evaluate rivers on lands they manage for potential designation while preparing their broader land and resource management plans under Section 5(d)(1) of the Act. Agencies can defer the suitability of rivers found eligible in a land use plan to a separate future study. We are deferring the suitability determination of eligible rivers and streams to a separate future study. As required by the Act, our Forest Plan provides protection for the eligible rivers and streams until we make a decision as to the future use of the rivers and their adjacent lands.

While wild and scenic rivers must be designated by Congress, there are many reaches on the Rio Grande National Forest we are managing as if they were designated after we identified them as eligible under the 1996 Forest Plan. At that time, we used a three-step process to identify segments of fourteen rivers or streams as eligible for inclusion in the national wild and scenic river system. We then classified each of the eligible rivers or streams with wild, scenic or recreational values. The third step, a determination of suitability, we deferred in 1996 to a future date.

Under the National Wild and Scenic Rivers Act of 1968[1], an eligible river is a river that is classified and further evaluated in a suitability study to determine if it should be included in the national wild and scenic river system[2]. To be eligible for designation, a river must be free-flowing and possess one or more "outstandingly remarkable values". Thus, the eligibility analysis consists of an examination of the river's hydrology, including any man-made alterations, and an inventory of its natural, cultural and recreational resources. The eligibility analysis provides the basis for the determination of which rivers to recommend as a component of the national wild and scenic river system and considers the appropriateness of Congressional designation and classification as a wild, scenic or recreational river.

A river is classified as "wild," "scenic," or "recreational" based mostly upon the amount and type of development along the river and ease of access. Suitable rivers may be recommended to Congress by the administration, and Congress then decides whether to pass a law adding the river to the national wild and scenic river system. Rivers may also be added at the initiative of states by applying to the Secretary of Interior for inclusion in the national wild and scenic river system through Section 2(a) (ii). Wild rivers are those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and waters unpolluted. These represent vestiges of primitive America.

## Eligible Wild Rivers on the Rio Grande National Forest

A 1982 study recommended 36.8 miles of the Conejos River for inclusion in the national wild and scenic river system (25.6 miles as wild and 11 2 miles as recreation). We continue to manage those portions of the Conejos River for their wild and recreational values, but as of October 2015, Congress has not introduced any legislation to formalize our 1982 recommendation. In the 1996 Forest Plan we also identified the North Fork Conejos River, Middle Fork Conejos River, El Rito Azul, Toltec, Hansen Creek and Saguache Creek. We manage eligible wild rivers on the Rio Grande National Forest under Management Area 1.5.

---

[1] Public Law 90-542
[2] See Proposed FSH 1909.12, Chapter 80, section 80.5 – Definitions (version 02/14/2013).

Rvsd Plan - 00000802

## Eligible Scenic Rivers

We manage eligible scenic rivers on the Rio Grande National Forest under Management Area 3.4. They include Archuleta Creek, West Fork Rio Chama, East Fork Rio Chama, Lower Rio de los Pinos, portions of Medano Creek, Little Medano Creek, portions of South Fork Rio Grande, Rio Grande (Box Canyon), West Bellows. Scenic rivers are those rivers or sections of rivers free of impoundments, with shorelines or watersheds still largely primitive and shorelines largely undeveloped, but accessible in places by roads.

## Eligible Recreation Rivers

We manage eligible recreation rivers on the Rio Grande National Forest under Management Area 4.4. They include Medano Creek, South Fork Rio Grande, Lower Rio Grande River, and Conejos Rover. Recreational rivers are those rivers or sections of rivers readily accessible by road or railroad that may have some development along their shorelines, and may have undergone some impoundment or diversion in the past.

## *Wilderness*

Section 2 (a) of the 1964 Wilderness Act, clearly describes Congress' intent and purpose for the establishment of the national wilderness preservation system as follows:

> In order to assure that an increasing population, accompanied by expanding settlement and growing mechanization, does not occupy and modify all areas within the United States leaving no lands designated for preservation and protection in their natural condition, it is hereby declared to be the policy of the Congress to secure for the American people of present and future generations the benefits of an enduring resource of wilderness."   Wilderness is defined as "an area of undeveloped Federal land without permanent improvements which is managed to preserve its natural condition, generally appears to have been affected primarily by the forces of nature, with outstanding opportunities for solitude or a primitive and unconfined type of recreation.

Wilderness may also contain ecological, geological, scientific, educational, scenic or historical values.

The Rio Grande National Forest includes portions of four wilderness areas, the La Garita, Sangre de Cristo, South San Juan and Weminuche, making up almost one quarter of the forest, or roughly 430,000 acres. Per legislative direction, we manage wilderness on the forest to provide outstanding recreation opportunities for solitude or a primitive and unconfined type of recreation. We coordinate management of the Weminuche and South San Juan wilderness areas with the San Juan National Forest. However, primary management responsibility for the South San Juan wilderness lies with the Rio Grande National Forest. We coordinate management of the Sangre de Cristo with the Pike/San Isabel National Forest who serves as the lead forest; and management of the La Garita Wilderness with the Grand Mesa, Uncompaghre and Gunnison National Forest who also serve as the lead forest.

## Weminuche

The largest wilderness in Colorado, 164,995 acres of the Weminuche is on the Divide District of the Rio Grande National Forest. The Weminuche was designated by Congress in 1975, and expanded by the Colorado Wilderness Acts of 1980 and 1993. Stretching across the Continental Divide from Stony Pass on the north to Wolf Creek Pass on the south, this wilderness area is one of the most visited in Colorado, thanks to its proximity to Durango on its southwestern edge. Visitation on the Rio Grande National Forest portions of the Weminuche is comparatively low, however, and centered north of Wolf Creek Pass via Lobo Overlook parking area and south of forest road 520 via the 30 Mile Campground parking area. Visitors also access the popular hike to the Rio Grande Pyramid (13,821ft.) at this trailhead. This same

Rvsd Plan - 00000803

location is where lynx were reintroduced in 1999 by the then-Colorado Division of Wildlife, due to the high quality habitat and remote location and size of the Weminuche. Portions of the Weminuche on the Rio Grande National Forest also include a number of private inholdings related to historic mining activity. This wilderness area also has a number of state and privately owned water infrastructure which require maintenance.

## South San Juan

Arguably one of the least visited wilderness areas in Colorado, the South San Juan Wilderness Area was designated in 1980 and straddles the Continental Divide south of Ellwood Pass with 76,640 acres on the San Juan National Forest and 88,923 acres on the Rio Grande National Forest. Located on the Conejos Peak Ranger District, this area is characterized by high, rolling, open parks and remote landscapes. The highest peak in this wilderness area is Conejos Peak at 13,172 feet. Overall recreational use is low in this area, although more use is concentrated on the Rio Grande National Forest side of the divide. As further evidence of the remote nature of the South San Juan, the last known Colorado grizzly bear was killed there in 1979. But rumor, extrapolation, and scientific evidence all suggest strongly that more grizzlies, if they still live anywhere in Colorado, inhabit the recesses of this rugged wilderness, which many claim as the wildest left in the state.

## Sangre de Cristo

Located on 120,080 acres on the eastern boundary of the Rio Grande National Forest, this wilderness area was designated in 1993. The heart of this area is the Sangre de Cristo mountain range, a long and very steep range running north to south, with four peaks rising above 14,000 feet. This area supports the highest recreational use of any wilderness area on the Rio Grande National Forest, thanks to those same "fourteeners" which drive increased visitation by hikers and backpackers and proximity to Colorado's Front Range. This increased visitation has created significant adverse impacts near Willow Lake above Crestone, as well as numerous access points on the Pike/San Isabel side of this wilderness area.

## La Garita

This is the oldest wilderness area on the Rio Grande National Forest, having been designated upon passage of the original Wilderness Act in September 1964, with additional acreage added in 1980 by Public Law 96-560 and again in 1993 with the Colorado Wilderness Act (USDA Forest Service 1998). Out of 129,626 total acres, approximately 50,180 acres of the La Garita are located on the Rio Grande National Forest. Also straddling the Continental Divide, this area includes one fourteener, San Luis Peak, on the Gunnison Ranger District. Hikers often access San Luis Peak out of Creede through lands managed by the Rio Grande National Forest. Named after the Spanish word for "the lookout", this wilderness area also includes the Wheeler Geologic Area. This unusual geological formation is composed of fine, light-gray volcanic ash compressed into rock and wildly eroded into a striking series of domes, spires, caves, ledges, pinnacles, ravines, and balanced rocks. A bumpy four-wheel drive road was left out of wilderness designation, allowing motorized access to within one-half mile of the area.

We manage these four wilderness areas under current forest plan management area prescriptions that are based on the wilderness area's settings. These settings include pristine wilderness, primitive wilderness and semiprimitive wilderness, which are addressed under Management Areas 1.11, 1.12 and 1.13 respectively.

# Administratively Designated Areas

Administratively designated areas include critical habitat under the Endangered Species Act, experimental forest or range, inventoried roadless areas (under the Colorado Roadless Rule), national natural

Rvsd Plan - 00000804

landmarks, national historic landmarks, national monuments, national recreational trails, research natural areas, State-designated scenic byways, significant caves or wild horse and burro territories. There are no experimental forest of range areas, national natural landmarks, national monuments, significant caves or wild horse and burro territories on the Rio Grande National Forest.

## Critical Habitat under the Endangered Species Act

This element will be coordinated with Assessments 1, 3 and 5 when they are completed.

## Inventoried Roadless Areas

The Rio Grande National Forest has 53 Colorado Roadless Areas, consisting of approximately 518,620 acres. We considered these backcountry areas in the 1996 Forest Plan and subsequently mapped and identified them under the Colorado Roadless Rule, which provides management direction for conserving and managing roadless areas on National Forest System lands in Colorado. The Colorado Roadless Rule was initiated as an opportunity to refine and update the Roadless Area Conservation Rule (2001 Roadless Rule). The final Rule provides for management of 4.19 million acres of National Forest System land within Colorado and conserves roadless area values for future generations, while providing for activities important to the citizens and economy of Colorado. The Rule prohibits tree cutting, road construction and reconstruction, and the use of linear construction zones[3] within roadless areas, with some exceptions. These exceptions address limited state-specific situations. Within a subset of the roadless acres, called upper tier, fewer exceptions apply. Upper tier designation provides for a higher level of conservation of roadless area characteristics where the need for additional restrictions (fewer exceptions) was identified based on public input.

The Colorado Roadless Rule, finalized in 2012, supersedes the 2001 Roadless Rule and current forest plan direction within Colorado Roadless Areas. Forest plan direction that is more restrictive than the applicable Colorado Roadless Area direction will be followed. The Colorado Roadless Rule includes processes to make administrative corrections and boundary modifications, both of which only the Chief of the Forest Service is authorized to approve.

Under the Colorado Roadless Rule, road construction and reconstruction is allowed under certain conditions in limited areas, however road construction and reconstruction is not allowed on the majority of the inventoried roadless areas. We placed almost all of the roadless areas in the Backcountry Management Area 3.3 in order to provide protections that would allow for future consideration of these areas as potential wilderness.

## National Historic Landmark Scenic Railroad

The Cumbres and Toltec Scenic Railroad was named a National Historic Landmark in 2012. It is a narrow gauge heritage railroad running between Chama, New Mexico and Antonito, Colorado. It runs over 10,015 feet at Cumbres Pass and through Toltec Gorge, from which it takes its name. This scenic railroad was designated by the States of Colorado and New Mexico, and is managed by the two States through a compact. We manage the corridor through which the railroad passes under Management Area 4.21 - scenic byways and scenic railroads. For more information on the railroad, see the scenic byway and railroad discussion on page 15 as well as Assessment 9-Recreation.

---

[3] A linear construction zone is defined as a temporary linear area over 50 inches wide that is used for motorized transport by vehicles or construction equipment to install a linear facility such as a power line, telecommunication line, pipeline or water conveyance structure.

## Scenic Byways

Two State-designated scenic byways, the Silver Thread and Los Caminos Antiguos Scenic Byways cross the Rio Grande National Forest. While the two scenic byways are State-designated, we manage the corridors they run through under Management Area 4.21 - scenic byways and scenic railroads. The Silver Thread Scenic Byway is a scenic route along State Highway 149. It includes the historic silver mining towns of Lake City and Creede and ends in South Fork. There are geologic features, historical sites, wildlife and opportunities to participate in a variety of summer and winter recreational activities along the route. The Los Caminos Antiguos Scenic Byway ("The Ancient Road") explores the rich cultural heritage of the San Luis Valley. Thirty-five miles of this 129-mile scenic byway are on the Forest (along State Highway 17 from the New Mexico state line to the Forest boundary). Both scenic byways meet the U.S. Secretary of Transportation's criteria as national scenic byways based on their archaeological, cultural, historic, natural, recreational, and scenic qualities. There are 150 such designated scenic byways in 46 states.

### Purpose of Scenic Byways

The National Scenic Byways Program is part of the U.S. Department of Transportation, Federal Highway Administration. Scenic byways are established to help recognize, preserve and enhance selected roads throughout the United States. The Federal Highway Administration's May 18, 1995 interim policy provides the criteria for inclusion in the National Scenic Byways Program.

## Research Natural Areas

There are six administratively designated research natural areas totaling 22,678 acres; 11,824 acres are within designated wilderness and 10,854 acres are outside wilderness. The research natural areas are Mill Creek (2,555 acres), North Zapata (6,114 acres), Deadman Creek (4,777 acres), Spring Branch also known as Cedar Springs(4,053 acres), Hot Creek (1,773 acres), and Finger Mesa (3,406 aces). We manage these areas under Management Area 2.2.

### Purpose of Research Natural Areas

Research natural areas are permanently protected and maintained in natural conditions for the purposes of conserving biological diversity, conducting non-manipulative research and monitoring, and fostering education. Research natural areas are managed to maintain the natural features for which they were established and to maintain natural processes. Because of the emphasis on natural conditions, they are excellent areas for studying ecosystems or their component parts and for monitoring succession and other long-term ecological change. Non-manipulative research and monitoring activities are encouraged in research natural areas and can be compared with manipulative studies conducted in other areas. Research natural areas serve as sites for low-impact educational activities. These areas are available for educational use by university and school groups, native plant societies, and other organizations interested in pursuing natural history and educational field trips.

## Special Interest Areas

The purpose of special interest areas is to offer a variety of settings and visitor experience opportunities that stress independent exploration with basic interpretation, either on the ground or through interpretive brochures. We manage special interest areas to maintain the values that make them unique. We have seven special interest areas on the Rio Grande National Forest totaling 3,950 total acres. Our special interest areas in the current Forest Plan were administratively designated[4] because of their botanical, geological,

---

[4] Administrative designation differs from Congressional designation. Administrative designation is a function of the executive branch; so the President of the United States, or his designated official (the Secretary of Agriculture in this

or historical value. The seven special interest areas are Blowout Pass (geological), Devil's Hole (geological), John C. Fremont (historical), Wagon Wheel Gap Watershed Experiment Station (historical), Bachelor Loop (historical), Elephant Rocks (botanical), and Ripley Milkvetch (botanical). We manage these areas under Management Area 3.1.

# Range of Uses, Management Activities and Management Restrictions

> **Describe the range of uses, management activities, or management restrictions associated with the established designated areas in the plan area.**

## Wilderness

General prohibitions have been implemented for all national forest wildernesses in applying the provisions of the Wilderness Act of 1964. The Wilderness Act requires we manage human-caused impacts and protect wilderness character to insure that it is "unimpaired for the future use and enjoyment as wilderness." Motorized and mechanized equipment and mechanical transport is generally prohibited on all federal lands designated as wilderness. This includes motor vehicles, motorboats, motorized equipment, bicycles, hang gliders, wagons, carts, portage wheels; and landing aircraft, including helicopters, unless provided for in specific legislation. Under the agency's minimum requirement analysis process, we may consider the use of motorized equipment or mechanical transport at a project level with review at Regional Office level.

For detailed Forest Service policy regarding the management of uses in wilderness, see FSM 2300, Chapter 2320 – Wilderness Management.

## National Scenic Trail

The Continental Divide National Scenic Trail crosses several forest plan management areas. The primary policy and management direction for the Continental Divide National Scenic Trail is to administer the trail and its corridor consistent with the nature and purposes for which it was established; which are:

- to provide for high-quality scenic, primitive hiking and horseback riding opportunities; and
- to conserve natural, historic, and cultural resources along the trail corridor.

The National Trails System Act requires the Secretary of Agriculture, in consultation with other affected Federal agencies, the governors of affected states, and the relevant advisory council established pursuant to the Act, to prepare a comprehensive plan for the management and use of the Continental Divide National Scenic Trail (16 U.S.C. 1244(f)). The Forest Service goal in 1981 for the Continental Divide National Scenic Trail Comprehensive Plan was to provide a uniform trail management program reflecting the purposes of the Continental Divide National Scenic Trail while providing for use and protection of the natural and cultural resources along the Continental Divide National Scenic Trail. The Chief of the Forest Service approved the Comprehensive Plan for the Continental Divide National Scenic Trail in 1985.

In 2009, the Comprehensive Plan was amended to provide a uniform Continental Divide National Scenic Trail program reflecting the purposes of the National Scenic Trail system as a whole, and identifying the

---

case) can independently designate a special interest area; in contrast to a wilderness area, which must be Congressionally designated via legislation.

Rvsd Plan - 00000807

allowed uses that are designed to protect the natural and cultural resources found along the rights-of-way and located route on lands of all jurisdictions.

For the management uses and restrictions on the Continental Divide National Scenic Trail, see the 2009 Continental Divide National Scenic Trail Comprehensive Plan (USDA Forest Service 2009).

# Eligible Wild and Scenic Rivers

Congress passed the Wild and Scenic Rivers Act at the height of the modern dam-building era in order to ensure that the construction of new dams on rivers is balanced with the protection of select free-flowing rivers that possess nationally significant values. The Wild and Scenic Rivers Act protects rivers in five major ways:

- It bans the construction of new federally-licensed dams and other harmful water development projects
- It ensures water quality is maintained and, where possible, enhanced
- It creates a federally-reserved water right for the minimum amount of water necessary to maintain a river's social and ecological values
- It prohibits any activities that would harm a river's values
- It requires the development of a Comprehensive River Management Plan to guide management along designated rivers for a period of 10-20 years

Our Forest Plan provides protection for eligible rivers until we make a decision as to the future suitability and use of the rivers and their adjacent lands. In essence, we manage all eligible wild, scenic and recreation rivers to maintain their qualifications for designation.

First and foremost, the Wild and Scenic Rivers Act ensures that no new federally-licensed dams or trans-basin diversions are constructed on designated rivers. Wild and scenic designation also limits mining, oil and gas drilling, commercial timber harvest, and major highway and bridge construction projects. Unlike the Wilderness Act, however, the Wild and Scenic Rivers Act does not prohibit the use of motorized vehicles on land or on water within designated corridors. Land managers may restrict motorized use within designated river corridors through the river management planning process; however it is typically allowed to continue if it was an existing activity.

Under the Act, the federal government has no authority to regulate or zone private lands. Land use controls on private lands are solely a matter of State and local zoning. Although the Act includes provisions encouraging the protection of river values through State and local land use planning, there are no binding provisions on local governments. In the absence of State or local river protection provisions, the federal government may seek to protect values by providing technical assistance, entering into agreements with landowners; purchasing easements, exchanging lands, or acquiring private lands.

Wild and scenic designation does not bar public access to public lands within designated river corridors, and it does not opens private lands to public access within designated river corridors. Fishing and hunting are regulated under State laws. Where hunting and fishing are allowed prior to designation, they may continue. The agency managing the river may, however, establish no hunting zones for public safety or for other reasons in consultation with the fish and wildlife agencies of the State(s). An example of such a place is along designated reaches located within national parks where no hunting is allowed. In general, wild and scenic river designation does not restrict any boating access.

For all eligible wild, scenic and recreation rivers on the forest, in the event an action could threaten any eligible rivers values, we will conduct a suitability study and decide whether or not to recommend the

Rvsd Plan - 00000808

river for addition to the national wild and scenic river system. We do not permit management actions, proposed new uses or new facilities on National Forest System lands if they alter the wild and scenic characteristics of the land and physical resources, or affect the eligibility, classification, or potential suitability of the area.

## Eligible Wild Rivers

While we prohibit timber harvest in eligible wild river corridors, we do permit cutting trees if it is needed to meet other management objectives (i.e., trail clearing or fire control).

We maintain current water-use and stream-protection agreements made through negotiation with local water users (see the Wild and Scenic Rivers Act P.L. 90-542, as amended, sec. 10(e), sec 12(b) and sec. 13(b) for additional information).

We prohibit roads and overland motorized travel within one-quarter mile of the river.

We permit livestock grazing.

We do not allow locatable mineral[5] entry and while we have made these areas available for oil and gas leasing we do not permit surface occupancy (Source: Forest Plan Management Area 1.5) (see Assessment A10 – Energy and Minerals for more information on mining, oil, and gas).

## Eligible Scenic Rivers

While we have not included these lands in the suitable or scheduled timber base, timber harvest is allowed.

We do not allow management actions, proposed new uses, or new facilities on National Forest System lands if they alter the scenic characteristics of the land and physical resources, or affect the eligibility, classification, or potential suitability of the area.

To the extent we are authorized under law to control stream impoundments and diversions, the free-flowing characteristics of the study river cannot be modified by new structures that were not part of conditions when eligibility was determined. However, we will ensure existing water-use and stream-protection agreements made through negotiation with local water users continue (Wild and Scenic Rivers Act P.L. 90-542, as amended, sec. 10(e), sec. 12(b), and sec. 13(b)).

We permit livestock grazing.

While we allow locatable mineral entry and we have made these areas available for oil and gas leasing, we can require surface management stipulations to any permit to protect resources including soil, water, and scenery (controlled use stipulations) (see Assessment A10 – Energy and Minerals for more information on mining, oil, and gas).

We allow overland motorized travel within one-quarter mile of the river (Source: Forest Plan Management Area 3.4).

---

[5] Locatable minerals are called "hard rock" minerals and may include deposits of iron, gold, silver, lead, zinc, copper, and molybdenum.

### *Eligible Recreation Rivers*

While we have not included these lands in the suitable or scheduled timber base, timber harvest is allowed. We allow silvicultural practices in the river corridor, provided they do not have substantial adverse effects on the river or the river-corridor landscape.

We do not allow management actions, proposed new uses, or new facilities on National Forest System lands if they alter the recreation characteristics of the land and physical resources, or affect the eligibility, classification, or potential suitability of the area.

To the extent we are authorized under law to control stream impoundments and diversions, the free-flowing characteristics of the study river cannot be modified by new structures that were not part of conditions when eligibility was determined. However, we will ensure existing water-use and stream-protection agreements made through negotiation with local water users continue (Wild and Scenic River Act P.L. 90-542, as amended, sec. 10(e), sec. 12(b), and sec. 13(b) for additional information).

We allow livestock.

While we allow locatable mineral entry and we have made these areas available for oil and gas leasing, we can require surface management stipulations to any permit to protect resources including soil, water, and scenery (controlled use stipulations) (see Assessment A10 – Energy and Minerals for more information on mining, oil, and gas).

We allow overland motorized travel is allowed within one-quarter mile of the river (Source: Forest Plan Management Area 4.4).

# Research Natural Area

We manage these areas to protect or enhance exemplary ecosystems designated for non-manipulative research, education, and maintenance of biodiversity.

We prohibit timber harvest in these areas, and allow livestock grazing by exception only.

We may permit motorized and mechanized use if existing routes predate the establishment of the research natural area, but we generally prohibit this type of use unless it is for educational purposes.

While we do not allow locatable mineral entry, we have made these areas available for oil and gas leasing with a no surface occupancy stipulation. We do not allow development within these areas and recreation use is allowed with few restrictions.

These areas are not included in the suitable timber land base.

We do not allow buildings and developed recreation sites, unless there are exceptional circumstances (such as historic sites eligible for or listed in the National Register).

We only allow habitat manipulation to protect threatened, endangered, and sensitive species, or where it is necessary to perpetuate or restore natural conditions.

We permit special uses only when they do not conflict with the values for which the research natural area was established.

Rvsd Plan - 00000810

We prohibit livestock grazing except for recreational livestock where this use does not threaten the values for which the research natural area was established. The exception is the Hot Creek Research Natural Area where we have issued a permit for commercial livestock grazing.

We prohibit new trail construction unless it is to replace existing trails that are damaging resources (Source: Forest Plan Management Area 2.2).

# Special Interest Areas

We manage special interest areas to protect or enhance their unique characteristics. Typically, special interest areas contain unique botanical, geological, historical, scenic, or cultural values.

While we prohibit timber harvest in these areas, we do allow livestock grazing.

We allow both motorized and non-motorized recreation.

We have made these lands available for oil and gas leasing with the stipulation that no surface occupancy is permitted.

We allow uses that emphasize education and recreation where the use does not conflict with the values for which the special interest area was established (Source: Forest Plan Management Area 3.1).

# Scenic Byways and Scenic Railroad

We manage these areas to protect or preserve the scenic and recreation values and uses within the designated scenic byway and national historic landmark scenic railroad corridors, while managing the multiple-use values of the landscape.

Management uses we permit include livestock grazing and timber harvest, as these areas are included in the suitable timber land base. We design these activities so that they resemble naturally occurring patterns or disturbances in the landscape.

We allow both motorized and non-motorized recreation in these areas.

While we have made these lands available for oil and gas leasing, we can require surface management stipulations (controlled surface use stipulations) to protect resources (Source: Forest Plan Management Area 4.21).

# Backcountry Areas

We manage these areas to maintain plant and animal habitats that are shaped primarily through natural processes, and to provide backcountry experiences to the public in areas where there is little evidence of human activities.

We prohibit timber harvest in these areas.

We allow livestock grazing.

We allow motorized and non-motorized recreation.

We have made these lands available for locatable mineral entry and oil and gas leasing with the stipulation that no surface occupancy is permitted.

We prohibit ATV game retrieval off designated trails (Source: Forest Plan Management Area 3.3).

Rvsd Plan - 00000811

# Existing Management Plans

> **Identify the existing plans for the management of established designated areas within the plan area, such as comprehensive plans for national scenic or historic trails.**

There are at least three individual management plans for designated areas on the Rio Grande National Forest. The Continental Divide National Scenic Trail Comprehensive Management Plan was initially approved by the Chief of the Forest Service in 1985. In 2009, the Comprehensive Plan was amended. The goal of the 2009 Comprehensive Plan is to provide a uniform Continental Divide National Scenic Trail program that reflects the purposes of the National Scenic Trail system, and identifies the allowed uses that are designed to protect the natural and cultural resources found along the rights-of-way and located route on lands of all jurisdictions.

The San Juan and Rio Grande National Forests completed a Wilderness Management Plan Direction Forest Plan Amendment in 1998, focused on the Weminuche and South San Juan Wilderness Areas. This plan amendment also provides us with general guidance for all four wilderness areas on the forest.

# Potential Need and Opportunity for Additional Designated Areas

This Designated Areas Assessment does not include an inventory and evaluation of individual land areas for potential designations. The evaluation of potential wilderness includes a detailed assessment of the capability, availability and need for additional wilderness. The need for an area to be designated as wilderness is determined through an analysis of the degree to which it contributes to the overall National Wilderness Preservation System. Need is also assessed based on public input to the evaluation report. Before the responsible official invites comments on the proposed revised plan, an inventory and evaluation is required for wilderness (see FSH 1909.12, Chapter 70).

During the summer of 1994, we contracted with the Colorado Natural Areas Program, (a Colorado State government program), to inventory potential candidate research natural areas. The Colorado Natural Areas Program is responsible for identifying, designating and protecting natural features that are of statewide significance. This includes areas with unique geology, rare species habitats or pristine examples of native ecosystems. The Colorado Natural Areas Program enters into land management agreements with federal, state, local and private landowners to protect and, in some cases, promote the values of natural areas. There are currently 78 designated natural areas and 31 sites registered as potential natural areas. The Colorado Natural Areas Program provides skilled volunteer stewards, land management advice, and protection assistance to the owners and managers of designated natural areas.

The Colorado Natural Areas Program identified seven potential research natural areas on the Rio Grande National Forest and provided detailed reports for each candidate research natural area. The reports include descriptions, distinguishing features, and acreage by vegetation cover types (see FEIS Appendix D). Six of the seven research natural areas identified by Colorado Natural Areas Program have been administratively designated as research natural areas in our current Forest Plan. We may identify a potential need to administratively designate the seventh research natural area in the revised Forest Plan. We also may need an update to the 1994 potential research natural area candidate inventory to determine if, based on changed conditions or new information, we should consider additional areas as potential candidate research natural areas.

Rvsd Plan - 00000812

> **Are there published documents or proposals that identify an important need or potential for a designated area?  For example, a research report may indicate a need for an experimental forest within the plan area.**

In our 2013 Forest Plan Monitoring Report, our heritage resource specialist recommends designating the Natural Arch as an eligible traditional cultural property or as a special interest area in the revised Forest Plan. In the 2013 monitoring report, our heritage resource specialist also recommended designating the Rio Grande Pyramid as a special interest area in the revised Forest Plan. We have also identified this site as potentially needing more protection.

Our current Forest Plan identifies (but does not administratively designate) several potential special interest areas. These include Devils Hole Geologic Area, Summer Coon Volcano Geologic Area, West Lost Trail Creek Landslide Geologic Area, and Brewster Stageline Historic Area. We also recommend further study of the lower-elevation reaches of Deadman Creek.

> **Are there other proposals for designated areas before Congress, in proposals from collaborative efforts or from previous plans?**

In 1982, the Secretary of Agriculture recommended to Congress designating 36 8 miles of the Conejos River as part of the national wild and scenic river system (25.6 miles as wild and 11 2 miles as recreation). As of 2015, Congress has shown no interest in formalizing that recommendation into a designation. There are no other known proposals before Congress for designated areas on the Rio Grande National Forest.

> **Are there specific land types or ecosystems present in the plan area that are not currently represented or minimally represented?**

Generally, all of the wilderness areas on the Rio Grande National Forest are high elevation. An objective of the national wilderness preservation system is a system of lands that reflect the rich ecological diversity of all of the lands across the United States, including ecological types and vegetation communities such as aspen, whitebark pine, sagebrush, grasslands, and xeric shrublands, and the living organisms that rely on those communities.

The Rocky Mountain Region's Wilderness Needs Assessment (Carr 1994) identifies 14 of the Rocky Mountain Region's 21 ecological land type associations as represented in the national wilderness preservation system. On the Rio Grande National Forest there are 13 distinct land type associations. The Wilderness Needs Assessment identifies the following land type associations, which are found on the Rio Grande National Forest, as minimally represented in the National Wilderness Preservation System.

- Western wheatgrass and other low-elevation grasslands on alluvial fans
- Arizona fescue on mountain slopes
- Pinyon on mountain slopes
- Ponderosa pine and Douglas-fir on mountain slopes
- White fir and Douglas-fir on mountain slopes.

Rvsd Plan - 00000813

The 1994 Wilderness Needs Assessment further states that both the Park Service and the Bureau of Land Management are better suited to meet the need for representing wilderness in these land type associations (FEIS page 3-354). We concluded in our current Forest Plan FEIS that additional wilderness areas are unneeded on the Rio Grande National Forest. This determination was based on the following:

- There are 27 designated wilderness areas, totaling 2,290,810 acres within a 100-mile radius of our Forest. Twenty-two percent of our Forest land base is in wilderness. These areas have a wide variety of land type associations, wildlife species, and habitats, as well as opportunities to experience wilderness.

- Wilderness areas, and the opportunities they provide, are not in short supply on our Forest, or near it.

- There is a demand for primitive and semi-primitive recreation opportunities (both motorized and non-motorized) outside wilderness.

- Our Forest has numerous inventoried roadless areas (aka unroaded areas) outside wilderness that can provide primitive and semiprimitive recreation opportunities.

- Given the availability of wilderness on our Forest and nearby, these areas provide the necessary capabilities and opportunities to meet the projected increase in recreation use and demand for wilderness during our current planning period.

> **Are there rare or outstanding resources in the plan area appropriate to specific types of designated areas?**

There are outstanding botanical, aquatic, and geological resources that could be appropriate for specific types of designated areas. Many of the existing special interest areas could potentially be expanded and new areas that contain outstanding botanical, aquatic or geological resources could be administratively designated as special interest areas in our revised Forest Plan. Of all alternatives in the current Forest Plan, the selected Alternative G contained the least amount of acreage allocated to special interest areas. It is reasonable to consider the additional acreage identified in the other current Forest Plan alternatives for potential additions to the existing special interest areas. For more information on rare plants on the forest, see Assessment 5 – At-risk Species.

> **Are there known opportunities to highlight unique recreational or scenic areas in the plan area to provide for sustainable recreation opportunities?**

We have 53 inventoried roadless areas covering approximately 518,620 acres. These inventoried roadless areas are mostly classified as primitive, semi-primitive nonmotorized and semiprimitive motorized in the recreation opportunity spectrum (see Assessment 9 - Recreation for detailed information regarding the recreation opportunity spectrum). Inventoried roadless areas are essentially unmodified natural environments that support a vast array of recreational activities ranging from hiking in the backcountry, snowmobiling on groomed trails and camping in developed sites to hunting big game in remote areas. Interaction among users is low and evidence of other users is minimal. We manage these areas with minimum on-site controls or restrictions. We often permit motorized use but frequently limit it to trails and any existing roads. Inventoried roadless areas are remnants of vast landscapes substantially unmodified by high-intensity management activities (e.g., timber harvesting, mineral extraction, road construction, developed recreation). As noted in a national assessment report on outdoor recreation (Cordell and others 1999), the demand for primitive, semiprimitive-nonmotorized, and semiprimitive-

motorized classes and dispersed recreation opportunities are increasing in an environment of diminishing supply. The inventoried roadless area setting characteristics create a unique opportunity to sustain backcountry recreation opportunities in a mostly unmodified natural environment that also contains high scenic value. Our inventoried roadless areas provide a known opportunity to highlight and sustain settings that are increasingly in short supply.

The Rio Grande National Forest inventoried roadless areas are also identified as backcountry areas in our current Forest Plan. These backcountry areas provide outstanding opportunities for remote, adventure based recreation (both motorized and non-motorized). Some of these backcountry areas could potentially be statutorily designated as national recreation areas. The system of national recreation areas offers a wide spectrum of recreation opportunities, from urban to primitive, in line with certain ecosystem protections unique to that area.

There are eligible wild and scenic rivers or river segments on the Rio Grande National Forest that could be statutorily designated and included in the national wild and scenic river system. The Chief recommended 36.8 miles of the Conejos River to Congress for designation in 1982 (25.6 miles as wild and 11.2 miles as recreation) yet no legislation has been introduced for such a designation as of 2015. The outstandingly remarkable values identified for the Conejos in the 1982 report include scenery, recreation, geology, fish and wildlife (USDA Forest Service 1979).

> **Is there scientific or historical information that suggests a unique opportunity to highlight specific educational, historic, cultural, or research opportunities?**

In our 2013 Forest Plan Monitoring Report, our heritage resource specialist recommends designating the Natural Arch as an eligible traditional cultural property or as a special interest area in the revised Forest Plan. Our tribal consultation supports this recommendation, as discussed in Assessment 13 – Cultural and Historic Resources. Our heritage resource specialist for the Monitoring Report also recommended we highlight this area through outdoor interpretation and education opportunities. Wilderness and roadless areas may also contain additional traditional cultural properties[6] and sacred sites[7].

We have completed hundreds of evaluations for the National Register of Historic Places (National Register) on documented heritage resource sites on the Rio Grande National Forest. One site, the Cumbres and Toltec Scenic Railroad was designated a National Historic Landmark in 2012. The National Register requires each eligible site be nominated to the National Register (FEIS page 3-379). Some of these sites may also contain unique educational, cultural, historical and research opportunities that would suggest potential designation as a special interest area.

Wilderness, inventoried roadless areas and research natural areas are recognized in numerous reports as important areas for research. The Final EIS for Rulemaking for Colorado Roadless Areas[8], identifies roadless areas as important reference landscapes in which to base research that may be useful as a comparison to study the effects of more intensely managed areas.

---

[6] Traditional cultural properties are places, sites, structures, districts, or objects that are historically significant in the beliefs, customs, and practices of a community.
[7] Sacred sites are places that are determined sacred by virtue of their established religious significance to or ceremonial use by a Native American religion.
[8] Federal Register Vol. 76, No. 73. April 15, 2011:212272-21294.

> **Has a need or opportunity for specific designated areas been identified in the plans of States, Tribes, counties, and other local governments?**

Our tribal consultation prior to and during the revision public engagement process has generated discussion around special designations for the Natural Arch area on the Divide District, as well as Blanca Peak. For more information on these discussions, see Assessment 13 – Cultural and Historic Resources.

> **Are there known important ecological roles such as providing habitat or connectivity for species at risk that could be supported by designation?**

Both designated wilderness and roadless areas can support important ecological roles including a strong emphasis on the conservation of biodiversity. In the Rocky Mountain Region, designated wilderness areas provide habitats for numerous elements of biological diversity which in practice has a strong species-based focus on rare aquatic and terrestrial plants and animals, federally listed threatened and endangered species, Forest Service sensitive species, and examples of unique or uncommon plant communities. Increasing the size of current designated wilderness areas is also an important option that can help support biological diversity and protect habitat for rare and endangered plant and animal species.

Numerous assessments stress the importance of wilderness and roadless areas for native fish stocks. Most of these assessments do not differentiate between wilderness and roadless, rather combine the two into the "unroaded" category. These assessments find that current strongholds (most secure and robust populations) are dependent on wilderness and roadless areas. Given the protection of roadless and wilderness, some of our strongest populations for native fishes are in wilderness and other "unroaded" areas of our National Forest System lands.

Wilderness and other natural resource managers need to determine whether wilderness designation is the appropriate management tool for the conservation of biodiversity. If recovery of vegetation, habitat or native fish stock requires extensive restoration and manipulation of the environment to recover and expand populations, then wilderness designation may not be the appropriate tool. We can use other designations, including research natural areas, experimental forest and special interest areas that may be more beneficial to managing terrestrial and aquatic plant and animal species. Extensive restoration may be needed before a wilderness or other designation can be made.

Experimental forest designations focus on basic and applied studies on research themes including forest, stream, and rangeland ecology; hydrology; biological diversity; and effects of forest and range management on the sustainability of ecosystems. Long-term data on climate, vegetation, streamflow, and other site factors document environmental change and support research programs that focus on ecological integrity. Some of this work occurs in the context of national and international science networks, such as the National Science Foundation's Long-Term Ecological Research Network and The United Nations Educational, Scientific and Cultural Organization's Man and the Biosphere program. We could utilize an Experimental Forest designation to not only make discoveries but also demonstrate research results to cooperators and stakeholders for how forests change over time as climate and other factors change.

Rvsd Plan - 00000816

# Contribution of Designated Areas to Sustainability

**How do designated areas contribute to social, economic, and ecological sustainability?**

Sustainability in the context of designated areas places an emphasis on valuing, protecting and preserving special areas and their unique botanical, aquatic, geological, scenic, cultural, historical, recreational, and research benefits for present and future generations. There a number of designated areas on the Rio Grande National Forest. However, the most prominent in terms of amount and spatial distribution across the landscape is wilderness. There is also a substantial amount of literature that addresses the values, contributions and benefits of wilderness. Consequently, our assessment of the contribution of designated areas to sustainability focuses on wilderness and the literature that addresses and supports the benefits and values of wilderness. While the focus of this section is on wilderness, the concepts and findings extend to other designated areas and protected public lands on the Rio Grande National Forest; eligible wild and scenic rivers, national scenic trails, special interest areas, scenic byways, and research natural areas.

Public opinion surveys have helped us define the benefits and values of wilderness. Overall, compared to previous decades, more people consider the various direct and indirect benefits of wilderness increasingly important. Recent data from the National Survey on Recreation and the Environment consistently rate protecting air quality, water quality, wildlife habitat, unique wild plant and animal species, and bequest to future generations as the top five most important benefits of wilderness (Cordell et al. 2005). Most Americans, whether urban or rural, also ascribe high importance to six additional benefits:

- the scenic beauty of wild landscapes,
- the knowledge that wilderness is being protected (existence value),
- the choice to visit wilderness at some future time (option value),
- the opportunity for wilderness recreation experiences,
- preserving nature for scientific study, and
- spiritual inspiration (Cordell et al. 2008).

It is a misunderstanding that wilderness creates economic costs for local communities. This idea is often embodied in the jobs vs. environment' argument suggesting that there is an inherent tradeoff between economic prosperity and strong environmental protection. In fact, wilderness areas protect the environment and have a positive effect on local economics because they benefit local businesses and their employees, create revenue through recreation dollars, increase property values, and provide invaluable ecosystem services to nearby cities (http://www.wilderness.net/NWPS/values).

Rural areas endowed with natural resource amenities, like wilderness, experience higher regional economic growth rates (Deller et al. 2001), and the more public lands a county has, or the closer it is to protected lands, the faster the economic growth (Rasker et al. 2004). Recent studies of western counties and states have shown that population, income, and employment growth increased as the percentage of wilderness increased, and the West's popular national parks, monuments, wilderness areas and other public lands offer its growing high-tech and services industries a competitive advantage (Holmes and Hecox 2004). Proximity to wilderness is therefore an important reason why, in another study, 45 percent of long-time residents and 60 percent of recent migrants live in or move to counties containing wilderness (Headwaters Economics 2012).

Rvsd Plan - 00000817

Businesses also choose to locate in areas near wilderness and other public lands, bringing with them employees and jobs. In a study of business location decisions, businesses ranked scenic beauty, desire for a rural setting, and outdoor recreation opportunities far above labor costs and tax incentives as key reasons for locating or relocating in areas rich in protected landscapes (Rudzitis and Johansen 1991). In another study, more people (7 percent more than previously surveyed) indicated that providing better income for the tourist industry was an important benefit of wilderness (Johnson and Rasker 1995).

Of the $730 billion that the outdoor recreation economy generates, 40 percent is from retail gear sales and trips, including those led by outfitters and guides (Cordell et al. 2008). Outdoor recreation businesses, in particular, reap the economic benefits of wilderness and other protected public lands. A recent study found that the outdoor recreation economy--which includes revenues and expenditures related to activities like hiking, climbing, camping, paddling, bicycling, hunting, fishing, wildlife viewing and snow sports-- supports 6.1 million jobs, generates $80 billion in annual tax revenue, and results in $646 million in annual spending, making it one of America's most important employment sectors (Outdoor Industry Foundation 2006).

Other research concludes that proximity to wilderness increases property values, and land prices decrease with distance from a wilderness boundary (Phillips 2004). For example, the per-acre price of residential land near Vermont's Green Mountain National Forest (which contained six wilderness areas at the time of the calculations) is almost 19 percent higher in townships containing wilderness, and land prices decrease by 0.33 percent with every kilometer (six tenths of a mile) farther from a wilderness boundary (The Wilderness Society 2004).

Wilderness areas also provide a variety of other off-site benefits including ecosystem services such as watershed protection, water filtering, carbon sequestration, nutrient cycling and fish/wildlife habitat. Wilderness plays a significant role and contribution to the conservation of species or biological diversity. In concept, there is no theoretical difference between species conservation (or species sustainability) and ecological conservation (or ecological sustainability), as species-based biological diversity are emergent properties of ecosystems, which in turn are comprised of populations of plant and animal species.

Our agency studies suggest that one out of every five American's gets their water from wilderness (Sedell 2000). One study estimates the monetary value of wilderness ecosystem services, including watershed protection and water filtering, to be $2-$3.4 billion annually (Loomis and Richardson 2001). Other off- site values, however, are much harder to quantify with accurate figures for their worth. Scientific, healthcare, and educational values of wilderness often lack formal markets useful for determining their value through current prices. Simply because breathtaking viewsheds or scientific knowledge, for example, are not priced or priced consistently does not mean they lack value, only that market indicators of value do not exist or are not reliable predictors of worth.

Research natural areas most likely provide more significant contributions to research than do wilderness. Not all research and scientific activities are appropriate in wilderness. Furthermore, our agency policy (see FSM 2300, Chapter 2320, Section 2324.42) regarding research in wilderness emphasizes the preservation of wilderness character over scientific study. Research methods in wilderness are also restricted in that the use of motorized equipment or mechanical transport is generally not acceptable for conducting research in wilderness unless the research is necessary to meet the minimum land requirements for administration of the area as wilderness and cannot be done another way (Section 4(c) of the Wilderness Act). Research natural areas in turn provide significant opportunities to conduct research by various methods. By operating as a network of ecological research sites representing a wide range of forest types, research natural areas allow scientists the opportunity to conduct various types of research regarding management techniques and ecological processes that contribute to or influence ecological sustainability at landscape to regional scales.

Rvsd Plan - 00000818

# Conclusion

Designated area protected landscapes carry important and varied emotional, cultural, and symbolic meanings. The very idea of "protected designated area" conjures intense philosophical and emotional debate especially in regard to wilderness. While some argue the current national wilderness preservation system land base is sufficient and any additions would detract from other competing uses, others argue wilderness quality lands are disappearing to urban development and adding potential wilderness now represents the only permanent option for preserving wilderness before it disappears. Likewise, many people have similar debates regarding wild and scenic river designation. As mentioned this assessment does not include an inventory and evaluation of individual land areas for potential designations. Before our responsible official invites comments on the proposed plan, we will be required to inventory and evaluate potential wilderness (see FSH 1909.12, Chapter 70) and wild and scenic rivers (see FSH 1909.12, Chapter 80).

The first step in evaluating potential wilderness is identifying and inventorying all areas within National Forest System lands that satisfy the definition of wilderness found in section 2(c) of the 1964 Wilderness Act. Areas of potential wilderness identified through this process are called potential wilderness areas. This inventory of potential wilderness is not a land designation, nor does it imply any particular level of management direction or protection in association with the evaluation of these potential wilderness areas. It is completed with the express purpose of identifying all lands that meet the criteria for being evaluated for wilderness suitability and possible recommendation to Congress for wilderness study or designation.

Potential wilderness areas are then evaluated as potential additions to the national wilderness preservation system to determine the mix of land and resource uses that best meet public needs. An area recommended as suitable for wilderness must meet the tests of capability, availability, and need. In addition to the inherent wilderness quality it possesses, an area must provide opportunities and experiences that are dependent upon or enhanced by a wilderness environment. Our ability to manage an area as wilderness is also considered. Information from the wilderness evaluation is then used to develop and evaluate wilderness and non-wilderness options.

Our land management planning process also includes a comprehensive evaluation of the potential for rivers in a plan area to be eligible for inclusion in the National System (36 CFR 219.7(c)(2)(vi)). We will conduct an inventory of eligible river segments and document the process in an appendix of the environmental impact statement (EIS) for plan revision. Sources of information for identifying the significance of river-related values include the Nationwide Rivers Inventory; State river assessments; Tribal governments, other Federal, State, or local agencies; and the public. Collaborative involvement with the public is encouraged throughout the evaluation process (see FSH 1909.12 Chapter 80).

Rvsd Plan - 00000819

# References

Cordell, H. K., Bergstrom, J. C. & Bowker, J. M. 2005. *The Multiple Values of Wilderness.* State College, PA: Venture Publishing, Inc.

Cordell, H. K., Beltz, C. J., Fly, J. M., Mou, S. & Green, G. T. 2008. *How Do Americans View Wilderness?*

Deller, S. C., Tsai, T., Marcouiller, D. W & English, D. B. K. 2001. The Role of Amenities and Quality of Life in Rural Economic Growth. *Amer. J. Agr. Econ. 83*(2), 352–365.

Greider, T. and Garkovich, L. 1994. Landscapes: The Social Construction of Nature and the Environment. Rural Sociology, 59:1–24.

Headwaters Economics. 2012. *West Is Best: Protected Lands Promote Jobs and Higher Incomes.* Bozeman, MT: Headwaters Economics.

Holmes, F.P. & Hecox, W.E. 2004. Does Wilderness Impoverish Rural Regions? *International Journal of Wilderness, 10*(3), 34-39.

Johnson, J.D. & Rasker, R. 1995. The Role of Economic and Quality of Life Values in Rural Business Location. *Journal of Rural Studies, 11*(4), 405-416.

Loomis, J.B. & Richardson, R. 2001. Economic Values of the U.S. Wilderness System: Research Evidence to Date and Questions for the Future. *International Journal of Wilderness, 7*(1), 31-34.

Outdoor Industry Foundation. 2006. The Active Outdoor Recreation Economy. Boulder, CO: Outdoor Industry Foundation.

Phillips, S. 2004. *Windfalls for Wilderness: Land Protection and Land Value in the Green Mountains.* (Doctoral dissertation, Virginia Polytechnic Institute & State University, 2004). UMI No. 3241159.

Rasker, R., Alexander, B., van den Noort, J., & Carter, J. 2004. *Prosperity in the 21st Century West: The Role of Protected Public Lands.* Tucson, AZ: Sonoran Institute.

Rudzitis, G. & Johansen, H. 1991. How Important is Wilderness? Results from a United States Survey. *Environmental Management, 15*(2), 227-233.

Sedell, J., et al. 2000. *Water and the Forest Service.* FS-660. USDA Forest Service, Washington, DC.

USDA Forest Service. 1979. Conejos River Wild and Scenic River Study: Final Environmental Impact Statement, 106 p.

USDA Forest Service. 1998. San Juan and Rio Grande National Forests Wilderness Management Direction Decision Notice and Forest Plan Amendment

USDA Forest Service. 2009. Continental Divide National Scenic Trail Comprehensive Plan http://www.fs.fed.us/cdt/main/cdnst_comprehensive_plan_final_092809.pdf

Wilderness Society, The. 2004. The Economic Benefits of Wilderness: Focus on Property Value Enhancement.

Rvsd Plan - 00000820



**United States Department of Agriculture**

**Forest Service**

# Rio Grande National Forest

## Land Management Plan

**Alamosa, Archuleta, Conejos, Hinsdale, Mineral,
Rio Grande, Saguache, and San Juan Counties, Colorado**

**May 2020**



Rio Grande Pyramid in the Weminuche Wilderness

Rvsd Plan - 00000821

# Acronyms and Abbreviations

AIR – Air quality

CCF – One hundred cubic feet

CDT – Congressionally designated trail

CFR – Code of Federal Regulations

CR – Cultural resources

CWD – Coarse woody debris

DBH – diameter at breast height

DC – Desired condition

FISH – Fisheries

FIRE – Fire management

FSH – Forest Service Handbook

G – Guideline

GDE – Groundwater-dependent ecosystem

HUC – Hydrologic Unit Code

INFR – Infrastructure

INDS – Insects and disease

LAND – Lands

LYNX – Canada lynx

MA – Management area

MIN – Minerals

NNIS – Aquatic and terrestrial nonnative invasive species and noxious weeds

OBJ – Objective

PAOT – Persons at one time

REC – Recreation management

RNG – Range management

ROS – Recreation opportunity spectrum

RMZ – Riparian management zones

S – Standard

SCC – Species of conservation concern

SOIL – Soils

SUIT - Suitability

TEPC – Threatened, endangered, proposed, and candidate species

USDA – U.S. Department of Agriculture

VEG – Vegetation management

WA – Watershed

WEM – Waiver, exception, or modification

WLDF – Wildlife and plants

# Rio Grande National Forest
# Land Management Plan

**Alamosa, Archuleta, Conejos, Hinsdale, Mineral,
Rio Grande, Saguache, and San Juan Counties, Colorado**

| | |
|---|---|
| **Lead agency:** | **USDA Forest Service** |
| **Responsible official:** | **Dan Dallas, Forest Supervisor** |
| | 1803 W. Highway 160 |
| | Monte Vista, CO 81144 |
| **For more information, contact:** | **Judi Pérez, Forest Planner** |
| | 1803 W. Highway 160 |
| | Monte Vista, CO 81144 |
| | 719-852-5941 |
| **Planning documents are posted at:** | Forest Plan Revision Webpage |

Rvsd Plan - 00000823

*USDA Forest Service*

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov (link sends e-mail).

USDA is an equal opportunity provider, employer, and lender.

Rvsd Plan - 00000824

# Contents

Acronyms and Abbreviations ......................................................................................................... ii
Contents ....................................................................................................................................... iii
**Chapter 1. Introduction** ................................................................................................................. 1
  What is a Forest Plan? ............................................................................................................... 1
  Implementing the Forest Plan .................................................................................................... 3
    Project and Activity Consistency with the Forest Plan ........................................................... 3
  Forest Plan ................................................................................................................................ 4
  Plan Components ....................................................................................................................... 4
    Desired Conditions ................................................................................................................ 4
    Objectives ............................................................................................................................. 4
    Standards .............................................................................................................................. 5
    Guidelines ............................................................................................................................. 5
    Suitability of Lands ................................................................................................................ 6
    Goals .................................................................................................................................... 6
  Other Required Plan Content ..................................................................................................... 6
  Optional Plan Content ............................................................................................................... 6
    Management Approaches ...................................................................................................... 6
  Strategic Planning Framework ................................................................................................... 7
    Goal 1 ................................................................................................................................... 7
    Goal 2 ................................................................................................................................... 8
    Goal 3 ................................................................................................................................... 8
  Distinctive Roles, and Contributions .......................................................................................... 9
  Relationship to Other Guidance ............................................................................................... 14
  Rights and Interests ................................................................................................................ 14
**Chapter 2. Forestwide Direction** ............................................................................................... 15
  Goal 1 ..................................................................................................................................... 15
    Aquatic and Terrestrial Nonnative Invasive Species and Noxious Weeds (NNIS) .............. 15
    Fire Management (FIRE) ..................................................................................................... 16
    Fire Management Zones ...................................................................................................... 17
    Insects and Disease (INDS) ............................................................................................... 19
    Range Management (RNG) ................................................................................................. 19
    Soils (SOIL) ........................................................................................................................ 22
    Species of Conservation Concern (SCC) ............................................................................ 23
    Threatened, Endangered, Proposed, and Candidate Species (TEPC) ................................ 26
    Vegetation Management (VEG) ........................................................................................... 29
    Wildlife and Plants (WLDF) ................................................................................................. 39
  Goal 2 ..................................................................................................................................... 42
    Fisheries (FISH) ................................................................................................................. 42
    Groundwater-Dependent Ecosystems (GDE) ..................................................................... 45
    Riparian Management Zones (RMZ) ................................................................................... 46
    Watershed (WA) ................................................................................................................. 47
  Goal 3 ..................................................................................................................................... 49

*USDA Forest Service*

Air Quality (AIR) ................................................................................................................. 49

Areas of Tribal Importance (ATI) ........................................................................................ 50

Congressionally Designated Trails (CDT) ........................................................................... 51

Cultural Resources (CR) ..................................................................................................... 55

Infrastructure (INFR) .......................................................................................................... 57

Lands (LAND) ..................................................................................................................... 59

Minerals (MIN) .................................................................................................................... 60

Recreation Management (REC) .......................................................................................... 61

Scenery (SCNY) ................................................................................................................. 64

**Chapter 3. Management Area Specific Direction** .............................................................. **66**

Management Areas (MA) .................................................................................................... 66

Overlapping Management Area Direction ........................................................................ 66

Management Area 1 – Wilderness .................................................................................... 68

Management Area 1.1a – Recommended Wilderness ....................................................... 72

Management Area 3 – Colorado Roadless Areas .............................................................. 73

Management Area 4 – Special Designations .................................................................... 75

Management Area 4.1 – Special Designation – Special Interest Areas .............................. 75

Management Area 4.2 – Special Designation – Research Natural Areas ............................ 77

Management Area 4.21 – Special Designation – Scenic Byways and Scenic Railroads ...... 79

Management Area 4.34 – Special Designation – Eligible and Suitable Wild, Scenic, and Recreational Rivers ................................................................................................................................ 80

Management Area 4.8 – Ski-based Resorts ..................................................................... 83

Management Area 5 – General Forest and Rangelands .................................................... 84

**Chapter 4. Monitoring** ........................................................................................................ **88**

Introduction ....................................................................................................................... 88

The Role of Monitoring under the 2012 Planning Rule ......................................................... 88

Specific Requirements for Monitoring under the 2012 Planning Rule .................................... 88

Best Available Scientific Information and Fiscal Constraints ................................................ 89

Forest Monitoring Framework ............................................................................................. 91

Goal 1 ............................................................................................................................ 93

Goal 2 ............................................................................................................................ 100

Goal 3 ............................................................................................................................ 103

Adaptive Management ........................................................................................................ 107

**References Cited** ................................................................................................................ **108**

**Glossary** ............................................................................................................................. **110**

**Appendices** ........................................................................................................................ **145**

Appendix A. Old Forest Criteria .......................................................................................... 146

Ponderosa Pine .............................................................................................................. 146

Mixed Conifer ................................................................................................................. 146

Spruce-Fir ...................................................................................................................... 146

Aspen ............................................................................................................................. 146

Pinyon-Juniper ............................................................................................................... 146

Appendix B: Wild, Scenic, and Recreational River Eligibility Determination Process ............ 148

Background ..................................................................................................................... 148

Wild and Scenic Rivers Act and the Rio Grande National Forest ....................................... 148

iv

Rvsd Plan - 00000826

Wild and Scenic Rivers Act and the Forest Plan Revision ................................................................. 155
Recommendations to the Responsible Official .............................................................................. 158
Updated Data for Eligible River Segments .................................................................................. 159
References Cited .......................................................................................................................... 163
Appendix C. Timber Suitability and Analysis .................................................................................. 164
Lands that May be Suited for Timber Production ......................................................................... 164
Sustained Yield Limit Calculations .............................................................................................. 165
Lands that Are Suited for Timber Production ............................................................................... 166
Appendix D. Species of Conservation Concern Presence and Concern for Persistence .................... 168
Background .................................................................................................................................. 168
Appendix E. Southern Rockies Lynx Amendment Direction ............................................................. 204
Background .................................................................................................................................. 204
Southern Rockies Lynx Amendment – Management Direction ...................................................... 204
Lynx Amendment Glossary .......................................................................................................... 212
Appendix F. Riparian Management Zones ....................................................................................... 218
Background .................................................................................................................................. 218
Overview of the Riparian Management Zone Delineation Guidance .............................................. 218
Riparian Management Zone Delineation Criteria for the Rio Grande National Forest .................... 218
Step-Down Process for Riparian Management Zone Delineation .................................................. 219
References Cited .......................................................................................................................... 222
Appendix G. Priority Watersheds ................................................................................................... 223
Background .................................................................................................................................. 223
Priority Watersheds ..................................................................................................................... 223
References Cited .......................................................................................................................... 224
Appendix H. Relevant Federal Statutes, Regulations, Policies, and Agreements ............................. 225
Federal Statutes .......................................................................................................................... 226
Regulations .................................................................................................................................. 229
Executive Orders .......................................................................................................................... 230
Policies and Guidelines ............................................................................................................... 230
State and Local Direction ............................................................................................................ 230
Appendix I. Proposed and Possible Actions .................................................................................... 232
Introduction ................................................................................................................................ 232
Goal 1 .......................................................................................................................................... 232
Goal 2 .......................................................................................................................................... 235
Goal 3 .......................................................................................................................................... 235
Appendix J. Mineral Leasing Stipulations and Lease Forms ............................................................ 239
No Surface Occupancy Stipulation .............................................................................................. 242
Timing Limitation Stipulation ..................................................................................................... 250
Controlled Surface Use Stipulation ............................................................................................. 251

Rvsd Plan - 00000827

*USDA Forest Service*

# List of Tables

Table 1. Utilization guidelines for rangeland condition .................................................................................21
Table 2. Clary and Webster residue allowances for rangeland ....................................................................21
Table 3. Forest and non-forested ecosystems, as described in the assessment reports .............................30
Table 4. Crosswalk between ecosystems and FSVEG spatial local cover types .........................................31
Table 5. Appropriate silvicultural system by cover type...............................................................................33
Table 6. Current status and desired conditions of development and structural stages of the forested terrestrial ecosystems .................................................................................................................................................35
Table 7. Minimum restocking level for suitable timber lands, by species ....................................................37
Table 8. Recommended snags and downed wood for wildlife habitat and ecosystem processes ...............38
Table 9. Dates and species of fish by class of water body...........................................................................45
Table 10. Recreation opportunity spectrum capacity levels .........................................................................64
Table 11. Management areas .......................................................................................................................66
Table 12. Roadless areas in the Forest established by the 2012 Colorado Roadless Rule .........................74
Table 13. Special interest areas in Management Area 4.1............................................................................76
Table 14. Research natural areas in Management Area 4.2..........................................................................78
Table 15. Eligible and suitable river segments for inclusion in the National Wild and Scenic Rivers System ..............82
Table 16. Forest plan-level monitoring questions and indicators of measure for Goal 1 .............................93
Table 17. Forest plan-level monitoring questions and indicators of measure for Goal 2............................100
Table 18. Forest plan-level monitoring questions and indicators of measure for Goal 3............................103
Table 19. Criteria used to determine old forest ..........................................................................................147
Table 20. Eligible rivers for inclusion in the National Wild and Scenic Rivers System from the 1996 Rio Grande forest plan ..........................................................................................................................................156
Table 21. Preliminary evaluation for inclusion in the National Wild and Scenic Rivers System, river segments missed in the 1996 forest plan..........................................................................................................160
Table 22. Assumptions used for the sustained yield limit calculation .........................................................165
Table 23. Current species of conservation concern and evaluation criteria ...............................................170
Table 24. Species considered early but after further review were not identified as species of conservation concern183
Table 25. Crosswalk of species of conservation concern plan components ...............................................188
Table 26. Site potential tree height by potential vegetation group..............................................................221
Table 27. Federal Statutes applicable to forest management .....................................................................226
Table 28. Regulations applicable to forest management .............................................................................229
Table 29. Applicable Executive orders .......................................................................................................230
Table 30. Planned timber sale program (annual average volume output)...................................................234
Table 31. Planned management activity under alternative B Modified – annual average per decade ......................234

Rvsd Plan - 00000828

# List of Figures

Figure 1. The three-phase process described in the 2012 Planning Rule .......................................................2
Figure 2. Regenerating aspen in an area burned in the 2013 Papoose Fire..................................................5
Figure 3. Rio Grande headwaters near Stony Pass..................................................................................8
Figure 4. Location of the Rio Grande National Forest in Colorado............................................................10
Figure 5. Bighorn sheep ewe .............................................................................................................11
Figure 6. West Fork Fire, June 2013.....................................................................................................18
Figure 7. Ptarmigan reside in the high mountains, generally above timber line .......................................25
Figure 8. Great horned owl ...............................................................................................................41
Figure 9. A pond above Pole Creek ....................................................................................................44
Figure 10. The Continental Divide National Scenic Trail at Stony Pass ....................................................53
Figure 11. Backcountry skiers near Wolf Creek Pass ...........................................................................62
Figure 12. Rio Grande Pyramid in fall ................................................................................................68
Figure 13. Crestone Peak .................................................................................................................72
Figure 14. All-terrain vehicle riders near Lookout Mountain on the Conejos Peak Ranger District .............79
Figure 15. Bristlecone pinecone ........................................................................................................87
Figure 16. Hierarchy of national forest management direction ...............................................................225

# List of Maps

All maps are contained on an external drive located at the back of this document.

**Forest Plan**

    Management Areas
    95 Percent High Lynx Use Areas
    Scenic Integrity Objectives
    Land Suitability for Oil and Gas
    Recommended Wilderness

**Fisheries**

    Fisheries Activity Period Map – South
    Fisheries Activity Period Map – East
    Fisheries Activity Period Map – North
    Fisheries Activity Period Map – West

Photo credits: Mike Blakeman

Rvsd Plan - 00000829

# Chapter 1. Introduction

This land management plan provides direction for the management of the Rio Grande National Forest by guiding programs, practices, and projects. Land management plans are referred to as forest plans. For ease of discussion throughout the forest plan the term "Forest" is used to reference the Rio Grande National Forest as an administrative unit. The term "forest" refers to the resources.

## What is a Forest Plan?

Forest plans establish overall management direction and guidance for each national forest. The Rio Grande's forest plan guides project implementation, practices, and uses that assure sustainable multiple use management and outputs for the Rio Grande National Forest. The forest plan describes desired conditions, goals, objectives, standards, and guidelines, and identifies land suitability for multiple uses and resources in the plan area. This is similar to a city or county comprehensive plan that helps guide land use and development. Forest plan direction applies only to National Forest System lands and does not imply or form direction for other ownerships (36 CFR 219.2).

Forest plans are strategic in nature and do not compel any action, authorize projects or activities, or guarantee specific results. Forest plans provide the vision and strategic direction needed to move a national forest toward ecological, social, and economic sustainability. Project-level environmental analysis will be completed for specific proposals that implement forest plan direction. A forest plan may restrict the agency authorizing or implementing projects and activities. Projects and activities must be consistent with the forest plan (36 CFR 219.15).

Plan components included in forest plans provide integrated management direction that provide for the social, economic, and ecological sustainability and multiple uses of national forest lands and resources. In May 2012, the U.S. Department of Agriculture adopted 36 CFR 219 regulations, commonly called the 2012 Planning Rule, to guide collaborative and science-based development, amendment, or revision of forest plans that promote the ecological integrity of national forests while considering social and economic sustainability.

The forest plan provides guidance for project- and activity-level decision-making on the Forest for approximately the next 15 years. This guidance includes:

1. Forestwide components that provide for integrated social, economic, and ecological sustainability and ecosystem integrity and diversity as well as ecosystem services and multiple uses; components must be within Forest Service authority and consistent with the inherent capability of the plan area (36 CFR 219.7 and 219.8 – 219.10);

2. Recommendations to Congress for lands suitable for inclusion in the National Wilderness Preservation System, and rivers eligible for inclusion in the National Wild and Scenic Rivers System (36 CFR 219.7(2)(v) and (vi));

3. The area's distinctive roles and contributions within the broader landscape;

4. Identification or recommendation of other designated areas (36 CFR 219.7 (c)(2)(vii));

1

*USDA Forest Service*

5. Identification of suitability of areas for the appropriate integration of resource management and uses, including lands suited and not suited for timber production (36 CFR 219.7(c)(2)(vii) and 219.11),

6. Identification of the maximum quantity of timber that may be removed from the plan area (36 CFR 219.7 and 219.11 (d)(6)),

7. Identification of geographic area or management area specific components (36 CFR 219.7 (c)(3)(d),

8. Identification of watersheds that are a priority for maintenance or restoration (36 CFR 219.7 (c)(3)(e)(3)(f), and

9. A monitoring program (36 CFR 219.7 (c)(2)(x) and 219.12).

Forest plans do not regulate public uses. A project or activity decision that regulates public use may be made concurrent with plan approval, plan amendment, or plan revision (36 CFR Part 261, Subpart B). The forest supervisor or district ranger is the responsible official for project and activity decision, unless otherwise delegated.

A forest plan establishes desired conditions, objectives, standards, guidelines, and land suitability. These are required plan components under the 2012 Planning Rule and Forest Service Handbook 1909.12. The components guide future projects and decision-making and should be in compliance with, but not repeat, agency direction.

The 2012 Planning Rule implemented a three-phase process that includes assessment, plan development, and monitoring (Figure 1). Assessments for the plan revision process were completed in 2016. The final decision and final document represent the culmination of the plan development phase and the initialization of the monitoring phase.



**Figure 1. The three-phase process described in the 2012 Planning Rule**

Rvsd Plan - 00000832

# Implementing the Forest Plan

The forest plan guides resource management. The forest plan does not authorize projects, activities, or site-specific prohibitions or commit the Forest Service to take action. The Forest will follow all laws, regulations, and policies that relate to managing National Forest System lands. The forest plan is designed to supplement, not replace, direction from these sources. Other Forest Service direction, including laws, regulations, policies, executive orders, and directives (manual and handbook), are not repeated in the forest plan. Appendix H lists much of the higher-level direction.

During project-level, site-specific analysis, agency planning teams should:

1. Identify applicable forestwide plan components (desired conditions, objectives, standards, and guidelines) for the proposed project (see Chapter 2), and

2. Identify management area specific plan components that potentially would be affected by the proposed project (see Chapter 3).

## Project and Activity Consistency with the Forest Plan

The National Forest Management Act of 1976 and the 2012 Planning Rule require that all projects and activities authorized by the Forest Service must be consistent with all applicable plan components (16 U.S.C. 1604 (i) as described at 36 CFR 219.15 (c and d)). The approving document must describe how the given project or activity is consistent with applicable plan components by meeting the following criteria (36 CFR 219.15(d)):

1. **Desired conditions and objectives**. Projects or activities contribute to the maintenance or attainment of one or more desired conditions or objectives or do not foreclose the opportunity to maintain or achieve any desired conditions or objectives over the long term.

2. **Standards**. Projects or activities comply with applicable standards.

3. **Guidelines**. Projects or activities

   a. Comply with applicable guidelines as set out in the plan, or

   b. Are designed in a way that is effective in achieving the purpose of the applicable guidelines (36 CFR 219.7(e)(1)(iv)).

4. **Suitability**. Projects or activities occur in an area

   a. That the plan identifies as suitable for that type of project or activity, or

   b. For which the plan is silent with respect to its suitability for that type of project or activity.

When a proposed project or activity would not be consistent with the applicable plan components, the responsible official can do one of the following, subject to valid existing rights (36 CFR 219.15(c)):

- Modify the proposed project or activity to make it consistent with the applicable plan components,

- Reject the proposal or terminate the project or activity,

Rvsd Plan - 00000833

*USDA Forest Service*

- Amend the plan so that the project or activity will be consistent with the plan as amended, or
- Amend the plan contemporaneously with the approval of the project or activity so that the project or activity will be consistent with the plan as amended. This amendment may be limited to apply only to the project or activity.

# Forest Plan

Revising a forest plan creates a new plan for the entire plan area. Forest plans revised under the 2012 planning rule should include:

- Plan components, including forestwide and management area specific desired conditions, objectives, standards, and guidelines;
- Suitability determinations of lands for specific multiple uses, including those lands suitable for timber production;
- Estimates of the long-term sustained yield and projected timber sale quantity;
- Descriptions of the plan area's distinctive roles and contributions within the broader landscape;
- Identification of priority restoration watersheds (appendix G);
- Proposed management actions and strategies that may occur on the plan area over the life of the plan (appendix I);
- Areas proposed to be recommended to Congress for inclusion in the National Wilderness Preservation System;
- Rivers identified as eligible for inclusion in the National Wild and Scenic Rivers System; and
- Forest plan monitoring program, including focal species.

# Plan Components

Plan components guide future projects and activities. Plan components are not commitments or final decisions approving projects or activities.

## Desired Conditions

The 2012 Planning Rule states, "a desired condition is a description of the specific social, economic, and/or ecological characteristics of the plan area, or a portion of the plan area, toward which management of the land and resources should be directed. Desired conditions must be described in terms that are specific enough to allow progress toward their achievement to be determined, but do not include completion dates." (36 CFR 219.7(e)(1)(i))

Some resources may already be at their desired condition, while desired conditions for other resources may only be achievable over a longer period than the 10- to 15-year planning horizon.

## Objectives

According to the 2012 Planning Rule, "an objective is a concise, measurable, and time-specific statement of a desired rate of progress toward a desired condition or conditions." (36 CFR 219.9 (e)(1)(i))

4