Bailey 1985, Wakelyn 1987). Desert bighorn sheep have abandoned traditional home ranges because fire suppression allowed vegetation to grow and obstruct visibility (Etchberger et al. 1989, Krausman et al. 1989, Etchberger et al. 1990). Deforge (1980) observed that reduced visibility in maturing chaparral lowered the suitability of this habitat for desert bighorns, resulting in decreased carrying capacity and eventual loss of bighorn range. Fire is an important tool available to land managers for producing and maintaining sub-climax grassland and parkland habitats that provide greater visibility for bighorn sheep (Geist 1971, Erickson 1972, Arnett 1990).

Climate, elevation, and latitude influence the vegetative structure and composition in bighorn sheep habitat (Demarchi 1965, Todd 1972, Risenhoover and Bailey 1985, Dale 1987, Krausman et al. 1989, Bleich et al. 1997). Within individual home ranges, different habitats meet the specific requirements of wild sheep, including foraging, resting, mating, lambing, thermal cover, and predator avoidance (Hansen 1982, Risenhoover and Bailey 1985, Dale 1987). Seasonal use of different slopes and aspects results in a mosaic of plant communities and phenological patterns which provide foraging and security opportunities for bighorn sheep (Valdez and Krausman 1999).

Warm temperatures on south-facing slopes result in earlier green-up, marking the transition from winter range to spring range (Hudson 1976, Stelfox 1976). During the spring green-up, mineral licks appear to be an important component of bighorn sheep habitats where soils are derived from granitic materials. As temperatures continue to rise during late spring and early summer, bighorn sheep make greater use of north, east, and west-facing slopes at higher elevations for foraging (Smith 1954, McCullough and Schneegas 1966, Stelfox 1975, Goodson 1978). Alpine meadows and high elevation plateaus are important summer foraging areas for many Rocky Mountain sheep populations (Blood 1961, Sugden 1961, Pallister 1974, Shannon et al. 1975). The elevation and aspect preferred by bighorn sheep varies according to forage succulence and ambient temperature (Stelfox 1975).

While bighorns feed in open areas, they are rarely found more than 400 m from escape cover, where they have an advantage over most predators (Oldemeyer et al. 1971, Erickson 1972, Pallister 1974, Krausman and Leopold 1986, Krausman and Bowyer 2003). Talus slopes, rock outcrops, and cliffs provide habitat for resting, lambing, and escape cover (Erickson 1972, Kornet 1978, Van Dyke 1978). Adult male sheep are known to move farther away from security cover than females, presumably because of a combination of factors including exclusion from some habitats by adult ewes and lambs, selection for optimal forage to maximize their growth rate, and greater ability to defend themselves from predators (Shank 1979, Hansen 1982).

Escape terrain is critical for ewes during lambing (Blood 1961, Kornet 1978, Hall 1981), to the extent that they will sacrifice access to high quality forage for security (Festa-Bianchet 1989a, Cook 1990, Bleich et al. 1997). Both ewes and lambs are vulnerable to predation immediately prior to and for 1 to 2 days after parturition (Shackleton and Haywood 1985). Shackleton et al. (1999) suggested that bighorn lambing habitat served three primary functions: 1) escape cover from predators, 2) a favorable microsite that afforded lambs protection from bad weather, and 3) a secure, secluded area where the ewe and lamb could cement the mother/young bond. Rachlow and Bowyer (1998) indicated that several variables were useful in discriminating Dall sheep lambing sites in Alaska; these included distance to escape cover, cover of grasses, slope aspect, brokenness, steepness, and the presence of snow. Although there are exceptions, bighorns in the Rocky Mountains often lamb on or very near their winter ranges in steep, rugged terrain (Geist 1971, Horejsi 1976, Becker et al. 1978, Smith et al. 1991). Adult female bighorns exhibit strong fidelity to parturition sites and often use the same lambing grounds year after year (Geist 1971, Becker et al. 1978, Etchberger and Krausman 1999).

Key elements of winter ranges for bighorn sheep include low snow depth and wind-swept areas with sufficient forage and adjacent escape terrain for eluding predators (Krausman and Bowyer 2003). Wind, cold temperatures, and heavy snow accumulation are likely limiting factors for Rocky Mountain bighorn sheep in some areas. Slopes with snow accumulation in excess of 30 cm increased the metabolic cost of foraging and travel for thinhorn sheep, and were generally avoided (Hoefs and Cowan 1979, Seip and Bunnell 1985b, Nichols 1988). Stelfox (1975) suggested that the critical snow depth for Rocky Mountain bighorn lambs was 30 to 44 cm, 32 to 48 cm for yearlings and adult females, and 36 to 54 cm for adult males. Consequently, most bighorn winter ranges occur on steep south, southwest, or southeast-facing slopes where maximum heat gain reduces cold stress and snow cover, and increases the availability of forage (Smith 1954, Blood 1961, McCullough and Schneegas 1966, Stelfox and Tabor 1969, Morgan 1970, Geist 1971, Riggs 1977, Krausman and Bowyer 2003). In some areas, bighorn sheep may

remain at or move to high elevation, wind-swept ridges to avoid heavy snow depths at lower elevations (Nichols and Erickson 1969, Geist 1971, Geist and Petocz 1977). Snow quality (Sugden 1961) and the proximity of security cover (Wishart 1958, Shannon et al. 1975) are other factors influencing sheep use of winter ranges.

Very little is known about the mineral requirements of bighorn sheep. Bighorns commonly use mineral licks through their range in North America (Jorgensen personal communication 2006) and are known to consume relatively large quantities of soil in Wyoming, Colorado, Utah, and Idaho. Dietary deficiencies in sodium, phosphorous, and calcium were thought to be responsible for this behavior, but the reasons remain speculative (Honess and Frost 1942, Packard 1946, Smith 1954, Wilson 1968). Selenium deficiencies are suspected of contributing to pneumonia outbreaks in domestic and wild sheep lambs (Hnlicka et al. 2002), but the relationship is not clear. Rock et al. (2001) reported that the immune system was apparently the first physiological function affected by low selenium levels in pregnant domestic ewes. However, at least two bighorn sheep herds in Idaho and Alberta, known to have low average blood selenium levels, have not experienced any pneumonia outbreaks in either adult sheep or lambs (Cassirer personal communication 2004).

Wyoming's Whiskey Mountain bighorn sheep herd was one of the state's most productive herds until 1990, when a pneumonia related die-off occurred. Lamb survival remained very low in the decade following the die-off, and it was hypothesized that mineral deficiencies may have been responsible for low recruitment rates (Anderson 2004). Mioncyzinski (2003) initiated a study to examine relative trace mineral deficiencies in Whiskey Mountain lambs, and concluded that while trace mineral deficiencies may be a periodic problem, they did not appear to be a chronic issue for the herd. Mineral blocks were provided on summer range, but these were not successful in reducing the high lamb mortality (Anderson 2004).

Low lamb survival in mid-summer is not an uncommon mortality pattern following a pneumonia outbreak (Woodard et al. 1972, Spraker 1974, Akenson and Akenson 1992, Cassirer personal communication 2004, Jorgenson *In litt.* July 2006). The high loss of lambs during the mid-summer period in the Whiskey Mountain bighorn sheep herd suggests that pneumonia die-offs could affect bighorn herd demographics for many years after the initial outbreak of the disease, and that trace mineral (selenium) deficiencies may have played a minor role in influencing lamb survival in the decade following the pneumonia die-off (Wyoming Game and Fish Department 2003). Cook (1990) suggested that poor quality summer ranges also influenced mid-summer mortality rates in lambs in Wyoming.

### Food and feeding habits

Bighorn sheep occur over a wide range of habitats in western North America, and their diet reflects the availability of forage species across their range (Lawson and Johnson 1982). In general, bighorn sheep forage opportunistically, feeding on palatable plant species that are available seasonally (Sugden 1961, Todd 1975, Browning and Monson 1980, Shackleton et al. 1999). Seasonal forage consumption depends on plant succulence, nutrient quality, and availability (Todd 1975). The breadth of their diet can be extensive within individual populations, ranging from 69 to 88 plant species used over the course of a year (Johnson 1975, Stewart 1975, Hansen 1982, Wikeem and Pitt 1992). Rocky Mountain and California bighorn sheep select forbs most frequently, followed by grasses, and then shrubs.

Forbs are the most palatable forage for bighorn sheep, but they are only available seasonally (Todd 1972). Forbs frequently consumed by bighorns include phlox (*Phlox* spp.), cinquefoils (*Potentilla* spp.), twinflower (*Linnaea americana*), and clover (*Tr.folium* spp.) (Constan 1972, Todd 1972, 1975, Stelfox 1976, Thorne 1976). Blood (1967) observed bighorn sheep feeding on both death camas (*Zygadenus venenosus*) and lupine (*Lupinus* spp.) without apparent ill effects. Although forbs contribute the greatest number of species to the diet during the warm months of the year, grasses, based on percent composition, typically dominate bighorn sheep diets (Valdez and Krausman 1999). Common grasses used by sheep include bluegrasses (*Poa* spp.), wheat grasses (*Agrcpyron* spp.), bromes (*Bromus* spp.), and fescues (*Festuca* spp.). Estes (1979) found that bighorn sheep in Washington preferred bluegrasses and bromes to wheatgrasses and fescues. Browse is more important as a forage class in the fall and winter for some populations (Lawson and Johnson 1982). Browse species used by bighorns include sagebrush (*Artemisia* spp.), willow (*Salix* spp.), rabbitbrush (*Chrysothamnus* spp.), curlleaf mountain mahogany (*Cercocarpus led.folius*), winterfat (*Eurotia lanata*), bitterbrush (*Purshia* spp.), and green ephedra (*Ephedra* spp.).

Bighorn sheep graze opportunistically rather than selecting for specific plant species. However, marked preferences for individual species are found within all forage classes among sites and seasons (Oldemeyer et al. 1971, Stelfox 1975, Stewart 1975, Wikeem and Pitt 1992). In Montana, Rocky Mountain bighorn diets contained 43 percent big sagebrush, while in British Columbia, big sagebrush made up only one percent of their diet even though it was the most common shrub species available to them (Stewart 1975, Wikeem and Pitt 1992). The differences in observed use of big sagebrush in these areas may be associated with differences in essential oils and palatability between the two sagebrush ecotypes (Plummer 1972).

Plant selection is related to forage availability and the type of habitat used by bighorn sheep (Todd 1972), but weather, snow cover, topography, soil fertility, slope, aspect, and management practices may also influence selection (Valdez and Krausman 1999). Diet quality, indexed by fecal crude protein, increased rapidly during early spring, peaked in June, and began declining to pre-spring levels by October (Cook 1990). A similar pattern was observed for digestible nitrogen and energy (Hansen 1996). Blanchard et al. (2003) reported that bighorn sheep population density was negatively correlated with fecal nitrogen levels, while summer precipitation levels were positively related, suggesting that diet quality declined as population density increased and improved with higher precipitation. Although forage nutrient quality does not correlate well with diet composition (Shackleton et al. 1999), plant cover explained up to 62 percent of all variation in the diet of bighorn sheep (Wikeem and Pitt 1992).

Seasonal variations in the diet of bighorn sheep are reported for many sheep populations. These variations are complicated by age-sex classes of sheep and environmental factors (Smith 1954, Todd 1972, Pallister 1974, Johnson 1975, Bear 1978, Shank 1982, Irwin et al. 1993). Shank (1982) reported that the winter diets of Rocky Mountain bighorn females, lambs, and yearlings were more similar to each other than to the diet of adult males. This was attributed to spatial segregation on their winter range, with different proportions of plant species available. During spring and summer, bighorn sheep feed in areas of green-up to maximize nutrient uptake. The quality of summer forage may be more important in determining lamb survival than the quality of winter forage available to the lambs throughout the winter. Cook et al. (1990) found that summer forage nutrient quality was strongly correlated with winter lamb survival in a low-elevation sheep herd in Wyoming. In desert regions, seasonal use

of different forages has been attributed to precipitation patterns and the effects of soil moisture on vegetation classes (Brown et al. 1977, Krausman et al. 1989).

Breeding biology

The breeding season for bighorn sheep extends from late October to early January (Wishart 1958, Buechner 1960), but it usually peaks between mid-November and mid-December for Rocky Mountain bighorn sheep (Honess and Frost 1942, Smith 1954, Sugden 1961, Blood 1963, Geist 1971, Shackleton 1973, Nichols 1978). In contrast, the rut for desert bighorns may last nine months and peak in August and September (Welles and Welles 1961).

The age of maturity for female bighorn sheep is quite variable and dependent upon habitat quality. Ovulation and spermatogenesis begins at about 18 months of age in Rocky Mountain bighorn sheep, but most ewes are 30 months old when they first mate (Woodgerd 1964, Geist 1971, Blunt et al. 1972). In expanding or highly productive sheep herds, ewes have given birth to their first lamb at 12 to 24 months of age (Woodgerd 1964, Shackleton 1973, McCutchen 1976, Van Dyke 1978, Sandoval 1981, Morgart and Krausman 1983). Nichols (1978) reported that 75 percent of yearling Dall sheep was pregnant in Alaska.

Bighorn ewes are monestrous, and their estrous cycle lasts 2 days (Nichols 1978). Gestation for Rocky Mountain bighorns lasts approximately 175 days (Geist 1971), after which ewes typically give birth to a single lamb although twins do rarely occur (Welles and Welles 1961, Spaulding 1966, Geist 1971, Hoefs 1978, Nichols 1978, Eccles and Shackleton 1979). Fetal sex ratios do not differ from parity in wild, free-ranging sheep (Geist 1971). Captive adult ewes on a high nutritional diet have produced more female than male young (Hoefs and Nowlan 1994), indicating that the nutritional condition of ewes may influence their reproductive rate and the sex ratio of their offspring. However, Blanchard et al (2005), in a 29-year study of bighorn sheep in Alberta, found that maternal condition did not influence lamb sex ratios at birth. There is no evidence that social status of an adult ewe is correlated with her reproductive fitness or to any differential investment in her male or female offspring (Eccles and Shackleton 1986, Festa-Bianchet 1991a, Hass 1991, Blanchard et al. 2005).

The duration and degree of sexual segregation in wild sheep are functions of seasonality in the breeding cycle (Shackleton and Shank 1984). In some bighorn populations, male sheep gather on their fall or winter

ranges 1 to 2 months prior to the breeding season, to establish and reinforce dominance relationships between individuals (Shackleton et al. 1999). It is during this pre-rut period that physical contact between males occurs. This competition for mating rights has led to the evolution of significant sexual dimorphism in horn and body size in wild sheep (Krausman and Shackleton 2000). Males with large horns typically dominate and do most of the breeding (Geist 1971, Hogg 1984, Hogg 1987, Shackleton 1991). However, near the end of the rutting period, or when male:female ratios are low, subadult males may have an opportunity to mate with estrous females (Shackleton 1973, 1976, 1991). Breeding by subadult males has resulted in more females serviced per male, fewer copulations per female, and more females successfully breeding during their second estrous in domestic sheep (Valdez and Krausman 1999). The probability of pregnancy, particularly of yearlings, is lowered as the number of rams declines. However, too many rams can cause mating interference and alter pregnancy rates (Smith 1954).

Mountain sheep are gregarious and polygamous (Geist 1971). Shackleton et al. (1999) suggested that, like domestic sheep, the presence of adult males in maternal groups acts to stimulate behavioral estrous and possibly the synchronization of estrous among females. The first sign of rut activity by males includes the males moving through maternal groups in "low-stretches," approaching the rear of females, and occasionally kicking the females with their foreleg (Geist 1971). Lip curling by males allows them to detect estrous with their vomeronasal organs (Estes 1972, Ladewig and Hart 1980), using a chemical pathway parallel to, but separate from the olfactory system. Before a female in estrous will accept copulation from any male, he must perform specific courtship behavior patterns (Geist 1971, Shackleton 1973, 1991): 1) nosing her flanks and rump, often while twisting his head and flicking his tongue in and out, 2) kicking the female with his foreleg, 3) standing with his chin on her rump, 4) pushing his chest against her rump, and 5) rising up to a pre-mount position (Shackleton et al. 1999). The adult ewe may reciprocate by actively courting a male, and she may even mount him in an effort to stimulate his interest (Geist 1971, Shackleton 1973).

Rocky Mountain bighorn males use four main mating tactics during the rut (Geist 1971, Shackleton 1973, Hogg 1987, Shackleton 1991). The most common method is "tending," in which a dominant male defends and copulates with a single, estrous female. The "coursing" method occurs most often in situation where the ratio of males to females is high, and it involves one or more males pursuing a female that is being defended by a tending male in an attempt to gain temporary access to a female (Geist 1971, Shackleton 1973). The "coursing" method rarely succeeds because the female runs away, followed by the subordinate males and the dominant male. In these situations, the dominant male will attack subordinate males in an attempt to chase them away. Occasionally, males will attempt to "block" a female's access to traditional tending areas where dominant males are located (Hogg 1984, 1987). The blocking action often occurs before the female is in estrous. Males that are able to keep the female away from the rutting area until she comes into estrous are more successful in copulating than males using the "coursing" strategy, but less so than males using the tending method. In areas with low male:female ratios, males will also "herd" one or more females (Shackleton 1973). When herding behavior occurs, there is always more than one male present, but the dominant male is not always the male herding the females. However, when the female does come into estrous herding behavior ends and the dominant male begins tending the female (Shackleton et al. 1999).

The observed variation in timing and duration of the birthing season for bighorn sheep is correlated with latitude. The season is later and of shorter duration with increasing latitude (Bunnell 1982, Thompson and Turner 1982), and it is related to thermal stress on newborn lambs and the need for sufficient high quality nutrition for lactating ewes (Sadlier 1969, Geist 1971, Festa-Bianchet 1988a, b). There is also a need for adequate time for growth by lambs before their first winter season. Lambs that are born late in the breeding season typically have higher mortality rates (Festa-Bianchet 1988c). Thus, the breeding season is a trade-off between giving birth early enough for adequate pre-winter growth and late enough to avoid thermal stress and poor forage conditions associated with late winter (Sadlier 1987). The birthing season for Rocky Mountain bighorn sheep begins in late April and early May, and it coincides with the timing of vegetation green-up and milder climatic conditions. Few lambs are born after June (Shackleton et al. 1999). The situation is somewhat different for desert bighorns, where plant production is related to temporal and spatial precipitation patterns, which vary considerably. The non-seasonal reproductive pattern of desert bighorns may be an adaptive strategy to ensure lamb survival during periods of unpredictable forage production (Leslie and Douglas 1979, Sandoval 1979a, Thompson and Turner 1982). Rachlow and Bowyer (1991) reported marked interannual differences in median birth dates for

Dall sheep in Alaska, and increasing evidence suggests that adjustments in gestation length may be under the proximal control of female Dall sheep (Berger 1992, Bowyer et al. 1998).

Lambing areas are usually on or very close to wintering areas and may be used year after year by the same maternal group (Geist 1971, Becker et al.1978). Adult ewes seek out steep, rugged topography for giving birth (Pitzman 1970, Rachlow and Bowyer 1991, 1994, 1998), which provides protection from predation, shelter from inclement weather, and isolation during the development of the mother-young bond (Shackleton et al. 1999). The shelter and isolation requirements for birthing ewes are generally short-term needs, suggesting that protection from predators may be a key factor resulting in relatively long isolation periods (Shackleton and Haywood 1985). Festa-Bianchet (1988a) reported that near-term ewes selected more secure habitat with poorer forage conditions over high-risk birthing areas with better forage, and suggested that predator constraints were an important consideration in selecting lambing sites. Cook (1990) observed a similar pattern with bighorn ewes in Wyoming.

The duration of labor in wild sheep is short, often lasting less than 20 minutes (Pitzman 1970). Lambs are precocial, typically standing within an hour, suckling in less than 3 hours, and walking within 2 hours of birth (Shackleton and Haywood 1985). Lambs are capable of traveling with their mothers within 24 hours of birth, feed on vegetation by 2 weeks of age, and are usually weaned between 3 and 5 months of age (Murie 1944, Pitzman 1970, Bunnell and Olsen 1976).

A variety of factors influence nursing behavior both among and within bighorn sheep populations. Festa-Bianchet (1988b) reported that maternal condition affected nursing during mid-lactation. He found young females, females with late born lambs, and females with heavy lungworm (*Protostrongylus* spp.) infestations allowed shorter suckling times and nuzzled their lambs less frequently than older, healthier females. Lambs born in an expanding bighorn population suckled less frequently but for longer periods, were refused by their mothers less often, and began grazing later than lambs from a stable population (Shackleton 1973).

## Demography

### *Social behavior*

Mountain sheep are very gregarious and spend much of their life in groups. Group integrity is not static and remains somewhat flexible throughout the year (Geist 1971, Leslie and Douglas 1979). Group composition consists of spatially and sexually segregated units of all male or female-juvenile groups made up of adult females, lambs, and 1 and 2-year-old offspring (Geist 1971). The size of these groups varies considerably depending on group type, season, and geographic location, and can consist of two to over 100 individuals (Geist 1971, Ashcroft 1986, Shackleton et al. 1999). There are two primary advantages to residing in groups: 1) improved foraging efficiency and 2) avoidance of predators (Pulliam and Caraco 1984). Predator avoidance appears to be the primary force in the formation and maintenance of groups in bighorn sheep (Jarman 1974, Jarman and Jarman 1979, Berger 1991). Rachlow and Bowyer (1998) found that individual animals in larger groups of thinhorn sheep spent more time feeding than those in smaller groups did and less time in vigilance or alarm behaviors. The distance sheep fed from secure cover also increased as group size increased (Hamilton 1971, Rachlow and Bowyer 1998).

Male and maternal groups of bighorns occupy separate seasonal ranges, but spatial and temporal overlap does occur during the breeding season (Geist and Petocz 1977, Morgantini and Hudson 1981, Krausman et al. 1989, Bleich et al. 1997). Differences in reproductive strategies between male and female bighorns are probably responsible for females selecting relatively secure areas for raising their offspring, while males generally choose areas with greater forage quality and quantity to maximize their body size (Main and Coblentz 1990, Main et al. 1996).

### *Fecundity and natality*

Although Rocky Mountain bighorn females typically mate at 2.5 years of age, females in expanding populations and those under favorable environmental conditions can produce their first lamb at 2 years of age (Woodgerd 1964, Shackleton 1973, Jorgenson and Wishart 1984, Festa-Bianchet 1988b). For desert bighorns, mating at 1.5 years of age is not uncommon (McCutchen 1976, Sandoval 1981, Morgart and Krausman 1983).

Fecundity (i.e., mean number of live births in each age class) increases in bighorn sheep up to 5 years of age, after which there is a slight decline in productivity (Smith and Wishart 1978). Festa-Bianchet (1988b) observed a similar decline after 8 years of age, but it was not statistically significant. Despite limited evidence from Dall sheep (Singer and Nichols 1992),

it does not appear likely that bighorn sheep pregnancy rates are influenced by the age structure of the male segment of the population. Shackleton (1973, 1991) showed that courtship behavior by males is a function of physical development and relative social status, not merely chronological age, and that most females were bred in a sheep population with no Class IV (FULL CURL) rams and a male:female ratio of 1:8. Pregnancy rates for bighorn sheep are over 90 percent in most Rocky Mountain bighorn populations (Sadlier 1987, Hass 1989, Jorgenson 1992). Although ewes have been observed suckling two lambs, and maternal groups have been observed with more lambs than adult ewes, bighorn sheep usually produce one lamb per year. Substantiated reports of twinning exist from observations of twin births (Gammill 1941, cited in Buechner 1960), of twin fetuses *in utero* (Spaulding 1966), and from cases where researchers were closely observing sheep populations (Van Dyke 1978, Eccles and Shackleton 1979). However, twinning is so infrequent in bighorn sheep that it has little effect on population growth rates (Krausman et al. 1999).

The genetic potential for growth in an ungulate population equates to the intrinsic rate of natural increase in a population where no resources are limiting (Caughley 1977). Bighorn sheep have the biotic potential, in the absence of disease, to double their population size every 4 to 5 years, and are relatively robust to significant variations in annual recruitment rates and mortality (McCarty and Miller 1998). Buechner (1960) calculated a conservative estimate for the intrinsic rate of increase for bighorns at 0.258, using the assumptions of one lamb per female per year, first birth at 3 years of age, an even sex ratio, stable age distribution, and no mortality. Empirical data show wild, free-ranging bighorn herds increasing at a rate of 0.288 on the National Bison Range, and at 0.265 over 11 years and 0.305 over 4 years in the Fort Peck sheep herd (Hass 1989). However, the high rates that Hass (1989) observed may have resulted from sex ratios that were skewed towards ewes.

*Sex ratio*

In unmanipulated bighorn sheep populations, adult sex ratios are usually near unity (Buechner 1960, Geist 1971). McQuivey (1978) reported similar sex ratios in hunted (60:100) and unhunted (57:100) desert bighorn populations. Woodgerd (1964) reported a sex ratio shift on Wild Horse Island, Montana in favor of males as population growth declined. Geist (1971) and Shackleton (1973) found more male than female yearlings in stable sheep population on low quality habitats and the opposite situation in expanding populations on high quality ranges, suggesting that environmental conditions may influence differences in juvenile survival. Blanchard et al. (2005) reported that maternal condition had no detectable influence on the sex ratio of lambs but did observe a non-significant trend towards fewer males being produced at high densities in a bighorn sheep population in Alberta. Festa-Bianchet (1989b) showed that male offspring were more energetically "costly" to rear than females because they grew faster and required greater investment in lactation. These data are contrary to an expectation that adult ewes would be more likely to raise the least "costly" sex successfully on low quality ranges (Krausman et al. 1999).

*Mortality*

Factors other than disease that influence mortality rates in bighorns may include inclement weather, inbreeding depression, poor maternal condition, poor mothering skills, human disturbance, and predators. At the root of these proximal mortality factors are those population and habitat conditions that lead to extreme birthing dates, poor range conditions, high population density, and the quality of escape cover (Hass 1989).

Bighorn lambs are particularly vulnerable to death in their first year of life (Blood 1961, Morgan 1970). In many ungulate species, maternal condition and birth weight are linked to mortality in the first year (Geist 1971, Clutton-Brock et al. 1987, 1992). Other factors influencing neonatal mortality in bighorn sheep are birth date, range condition, population density, the quality of security cover, and predation (Shackleton et al. 1999). Mortality in bighorn lambs is generally concentrated during two periods, post-natal and the lamb's first winter (Clutton-Brock et al. 1997). Mortality of lambs is often highest in the first few weeks after parturition (Blood 1961, Stewart 1980, Hoefs et al. 1986, Festa-Bianchet 1988c) and commonly results from predation, while winter mortality is often a result of poor nutritional condition (Festa-Bianchet 1988c). However, significant mortality can also occur in mid-summer due to disease epizootics (Woodard et al. 1972, Spraker 1974) or poor quality summer forage, which predisposes lambs to enzootic disease pathogens (Cook 1990).

Birth date can be a very important influence on survival in the first year (Bunnell 1982, Thompson and Turner 1982, Clutton-Brock 1987). Festa-Bianchet (1988c) found that 71 percent of bighorn sheep lambs were born during the first 15 days of the lambing season and their birth date affected subsequent survival. Lambs

born early in the lambing season (May-June 10) were more likely to live to 5 months of age than those born later in the season, and only 5 percent of lambs born after June 10 survived to reproduce. Festa-Bianchet (1988c) speculated that lambs born late in the season missed the nutritional peak and were not able to put on the growth needed for long-term survival. Cook (1990) observed a similar pattern in a bighorn sheep population in south-central Wyoming. Hass (1989), on the other hand, found no relationship between birth date and survival in a less severe climate.

Woodgerd (1964) recorded no early mortality in a rapidly expanding population of bighorns. Festa-Bianchet (1988c) reported 96 to 97 percent survivorship of lambs in another population, and suggested that high early mortality often occurs when predation is a major factor. Predation rates upon lambs vary among bighorn populations, and can be as high as 80 percent in some populations (Hebert and Harrison 1988). Harper (1984) and Hass (1989) reported that high coyote (*Canis latrans*) predation levels on lambs tended to occur in areas with limited security cover or in areas that were not historical sheep ranges.

Based on data from skulls collected in the field, Murie (1944) and Geist (1971) estimated very low mortality rates for yearling and 2-year-old bighorns. However, estimates derived from declines in cohort numbers from several bighorn populations suggest that mortality rates for yearlings and 2-year-olds were considerably higher than those reported from studies using collected skulls (Festa-Bianchet 1989b). Stewart (1980) estimated yearling mortality at 33 and 41 percent for males and females, and 41 and 16 percent for male and female 2-year-olds, respectively. Festa-Bianchet (1989b) reported estimates of 33 percent for yearling males and 18 percent for 2-year-old males.

Comparisons of age-specific mortalities in adult male Rocky Mountain bighorn sheep showed that populations exhibited similar mortality patterns of 3 to 14 percent for 3 to 5-year-old rams, after which mortality rates dramatically diverged. Stable, unhunted bighorn populations that were nutritionally limited tended to exhibit slowly increasing mortality rates and long life expectancy. On the other hand, rapidly increasing and hunted populations on excellent ranges tended to show rapidly increasing male mortality rates with shorter life expectancies (Geist 1971, Jorgenson and Wishart 1984, Festa-Bianchet 1989b). Survivorship of older age classes of males can be also be expected to drop dramatically due to vigorous rutting activity (Geist 1971) or hunting strategies that target older rams.

Several authors have suggested that female mortality rates are higher than those of male bighorns (Sugden 1961, Woodgerd 1964, Bradley and Baker 1967, Hansen 1980b, Stewart 1980). Using radio-telemetry, Hengel et al. (1992) estimated annual female mortality rates at almost 11 percent in a Wyoming bighorn population. Shackleton et al. (1999) thought it was reasonable to expect that adult female bighorns would suffer higher mortality rates than males would because females are subjected to the stressors of reproduction some 5 to 6 years earlier than males, who typically do not begin breeding until they are 7 to 8 years of age.

*Population limitation and regulation*

Many bighorn sheep populations can be broadly described as numerically stable, but occasionally subjected to large-scale, catastrophic die-offs (Shackleton et al. 1999). A variety of factors potentially function to limit or reduce bighorn numbers, including food availability, interspecific competition, predation, and disease. Skogland (1991) documented six studies that found food resources limiting for ungulates; however, no data are available to demonstrate that food regulates or limits bighorn populations (Krausman and Bowyer 2003). Although abundant, good quality foods are generally available to sheep at other times of the year, winter forage availability, in most cases, has the capacity to be a primary limiting resource for bighorns (Shackleton et al. 1999). Cook (1990), however, suggested that the quality and quantity of summer and early fall forage could influence bighorn sheep lamb survival and was more critical to bighorns than winter forage quality in south-central Wyoming.

Localized interspecific competition for forage, space, and water between bighorn sheep and domestic livestock, elk, feral burros, and exotic wild sheep and goats is a potential limiting factor for many bighorn populations (Streeter 1969). Overgrazing by domestic livestock, particularly goats and sheep, has the potential to degrade bighorn habitat through significant changes in plant composition and density, leading to reduced carrying capacity for bighorn sheep. McQuivey (1978) and Steinkamp (1990) found that bighorn sheep avoided habitats occupied by cattle, and Bavin (1982) showed that cattle could be significant competitors with bighorns, especially in years with limited forage production due to drought. Cook (1990) suggested that heavy use of vegetation in riparian areas by cattle might preclude bighorn sheep access to critical vegetation resources during summer months. The conversion of grasslands to large shrub fields as a

result of overgrazing by domestic livestock reduces the overall carrying capacity of bighorn sheep range and may lead to more predation by increasing hiding cover for stalking predators. The conversion of grasslands to shrub communities may also lead to higher numbers of deer and increased population densities of cougars (*Puma concolor*), which could compound the effects of competition and predation on bighorn herds.

Predation can also act as a limiting factor for bighorn sheep inhabiting ranges with inadequate escape cover (Harper 1984, Hass 1989). While predation on sheep occupying habitat with good escape cover is probably less important as a limiting factor, predation by cougars can be a significant factor limiting the growth of small, isolated sheep herds (Wehausen 1996, Hayes et al. 2000). Predation also has the potential to limit the recovery of bighorn populations that have declined precipitously because of a disease epizootic (Cassirer personal communication 2006). The major predators of bighorn lambs are probably coyotes and bobcats (*Lynx rufus*); golden eagles (*Aquila chrysaetos*) are known to kill lambs (Moser 1962, Wilson 1968, Watts 1979).

Disease is probably the most important limiting factor affecting bighorn sheep, often causing large (over 50 percent) and sudden (under 12 months) declines (Shackleton et al. 1999). Major bighorn sheep population declines have occurred in North America since the late 1800's, often resulting from contact with domestic sheep and environmental stress (DeForge et al. 1981, Goodson 1982, Onderka and Wishart 1984, Onderka et al. 1988, Brown 1989, de Vos 1989, Foreyt 1989, Ryder et al. 1994). Bighorns are susceptible to a variety of parasites and diseases, but Pasteurellosis appears to be responsible for many large-scale die-offs (Jaworski et al. 1993, Foreyt 1994). Lungworm infestations were originally thought to play a significant role in bighorn pneumonia episodes. However, Festa-Bianchet (1991b) argued that lungworm infestations are a "normal" condition in wild sheep and high levels of infestation do not predict pneumonia epidemics or indicate poor health in sheep. Dall sheep are also infected and infested with many disease organisms, including lungworms, but they have not suffered any major die-offs from lungworms and associated pneumonia (Gable and Murie 1942, Stelfox 1971, Shackleton 1985). In fact, there is no evidence that disease plays a major role in limiting or regulating Dall sheep populations (Krausman and Bowyer 2003). However, a major difference between Dall sheep and bighorn sheep populations has been the relative insulation of Dall sheep populations from exposure to domestic sheep and widespread contact of bighorn populations with domestic sheep.

Wehausen et al. (1987) described two principal ways that disease reduces the survival of bighorn sheep: 1) through pathogens introduced from external reservoirs and 2) from enzootic pathogens carried by bighorns. They suggested that disease pathogens affect mortality patterns in lambs differently based on the nutritional status of the lambs. However, lambs exposed to pathogens from domestic livestock experienced high mortality rates regardless of the nutritional status of the lambs. In contrast, mortality was low from enzootic pathogens unless predisposing conditions (e.g., poor quality summer forage) resulted in compromised immunological response in the lambs (Cook 1990). Other researchers have hypothesized that enzootic pneumonia pathogens may exist for many years in bighorn herds without causing major die-offs, and then become virulent throughout the herd when a member of the herd is weakened because of old age or environmental stress (Cassirer personal communication 2006).

Jorgenson et al. (1997) reported that juvenile females were the only class whose survival was affected when a bighorn population was allowed to increase to equilibrium numbers. No density-dependent effects on survival were detected in populations that were held below carrying capacity. Festa-Bianchet et al. (1995) showed that age-at-first-reproduction shifted from 2 to 3 years of age as the number of females dramatically increased. A similar shift was not observed in another population where female numbers did not vary as much.

These relationships suggest that density-dependent forces on fecundity and lamb survival regulated bighorn sheep populations, and that density-dependence may begin to manifest itself at "intermediate" population levels (Jorgenson et al. 1997). Population growth in bighorn sheep is a function of adult female survival and recruitment of young into the population. Population modeling demonstrates that growth is very sensitive to changes in adult female survival and less so to variability in annual recruitment. However, disease epizootics are known to cause chronically low lamb survival, resulting in significant reductions in recruitment in many bighorn herds. Therefore, large reductions in recruitment over several years can seriously affect population growth rates and may be as important as adult female survival in determining population status (Cassirer personal communication 2006).

A hypothetical flow chart depicting biotic and abiotic factors that potentially limit bighorn sheep populations in Region 2 is presented in **Figure 6**.



**Figure 6.** Hypothetical flow diagram of biotic and abiotic factors that influence bighorn sheep populations in USDA Forest Service Region 2.

*Population persistence*

Bighorn sheep occupy only a portion of their historical range in the western United States. In many cases, bighorns occur in isolated habitats and in small (less than 150) numbers (Toweill and Geist 1999). Although population size alone may not be an accurate predictor of bighorn sheep persistence in any given area (Krausman et al. 1993), small populations are generally at greater risk of extirpation than large populations occupying large contiguous habitats (Krausman and Leopold 1986, Berger 1990, Bleich et al. 1990b, Berger 1999, Wehausen 1999).

Berger (1990) suggested that bighorn herds consisting of less than 50 individuals were highly susceptible to rapid extirpation. He indicated that small population size was likely a driving force in

rapid extinctions, and food shortages, changes in weather, predation, and interspecific competition were not major factors in the persistence of small populations. Jorgenson (*In litt.* July 2006) suggested that stochastic events, including predation and disease, could be important factors affecting the persistence of small herds. Berger (1990) stated that no empirical data existed to demonstrate effects of inbreeding in wild populations, as did Caro and Laurenson (1994). However, Berger (1990) implied that loss of genetic variability might play a role in the extinction of small (less than 50) bighorn populations. Krausman et al. (1993) and Wehausen (1999) took exception to Berger's (1990) conclusions when they identified several small bighorn sheep populations in Arizona and California that either continued to persist or increased significantly after populations declined below the 50 individuals cited by Berger (1990) as an extinction threshold. Krausman et al. (1993) and Wehausen (1999) suggested that environmental fluctuations and improved management practices (e.g., reduced grazing of domestic sheep in bighorn habitats, population augmentation efforts, lungworm treatment programs) likely contributed to the observed increases in numbers and persistence experienced by many small bighorn populations. Berger (1999) also concluded that changes in land management practices might be an important reason that small bighorn sheep populations persist longer today than they did prior to 1938. Hogg et al. (2006) examined the effects of experimentally restoring immigration to a wild bighorn sheep population (average size of 42 individuals over 10 to 12 generations) established in 1922 with 12 individual bighorns. They reported observing improvements in reproduction, survival, and five fitness-related traits among the descendants of the 15 recent migrant bighorns, suggesting that restoring gene flow by enhancing connectivity among sheep herds or by augmenting small, isolated herds had beneficial conservation implications.

Singer et al. (2001) used empirical models to predict the effects of disease epizootics and habitat patch size on the viability of bighorn sheep populations. They suggested that sheep herds with less than 250 individuals were more prone to extinction than large herds. Although large herds occupying large blocks of contiguous habitat were less prone to extinction, disease epizootics, nevertheless, had the potential to significantly impact the demographic structure of the herd and cause disease-induced extinctions (Gross et al. 1997, Gross et al. 2000). Hess (1996) explored the implications of disease in metapopulation models and concluded that increased contact among bighorn sheep populations could enhance the spread of disease and trigger epizootics. Mollison and Levins (1995) reached similar conclusions using epidemiological models that examined movement rates and the prevalence and spread of disease. However, Gross et al. (2000) reported that there was a tradeoff between high rates of colonization that resulted in faster and sustained population growth rates, and the risk of disease transmission that might result in the extinction of local bighorn herds. Their simulations of population persistence in South Dakota bighorn herds suggested that extinction rates declined when dispersal rates increased.

Bighorn sheep behavior patterns are extremely rigid and ritualized and play an important role in population persistence (Geist 1971). Studies suggest that bighorns do not adjust well to perturbations in these behavioral patterns (Geist 1971, Krausman 1993, Krausman et al. 1995). Consequently, human disturbance may be a factor disrupting bighorn behaviors and movements and may contribute to population declines. Extensive movement patterns by male bighorn sheep during the rutting season may increase their risk of coming into contact with domestic sheep and contribute to the perpetuation of disease in this species and significantly influence the probability of long-term persistence in isolated sheep populations (Gross et al. 2000).

Major epizootics appear to be a proximal cause of the extirpation of some bighorn populations and are a significant threat to populations that have been reduced in numbers due to habitat loss (Leslie and Douglas 1979, Krausman 1985, Gionfriddo and Krausman 1986, Krausman et al. 1989, Harris 1992). In particular, small (less than 150) populations may be vulnerable to extinction as a result of disease epizootics. While large (over 250) populations appear to be less prone to extinction from disease epizootics, modeling studies (Singer et al. 2001) suggest that disease can significantly alter population demographics, also leading to extinction. However, larger population size and habitat connectivity of herds can increase the likelihood of persistence when faced with a disease outbreak (Gross et al. 2000).

## Community ecology

### *Predation*

Wild sheep evolved with a variety of potential predators, and predation on wild sheep is well documented in the literature. However, the impacts of predation on wild sheep were not well studied until recently (Hoban 1990, Wehausen 1996, Ross et al.

1997, Hayes et al. 2000, Rominger and Weisenberger 2000, Logan and Sweanor 2001). These more recent studies indicate that under some circumstances, predation can be an important source of mortality in bighorn sheep herds.

Most reports of predation on bighorns involve coyotes and cougars, but golden eagles, lynx (*Lynx canadensis*), bobcat, and bears (*Ursus* spp.) are known to prey on bighorn sheep occasionally (Kelley 1980, Nichols and Bunnell 1999). Thorne et al. (1979) reported that coyote predation occurred primarily on lambs in areas of poor escape cover, and was not likely a limiting factor for bighorn sheep. Although numerous other studies document coyote-bighorn interactions, none suggests that coyotes are capable of regulating the growth of free-ranging bighorn sheep (McCann 1956, Buechner 1960, Moser 1962, Woolf and O'Shea 1968, Geist 1971, Shank 1977, Berger 1978, Creeden and Schmidt 1983, Festa-Bianchet 1988a, Berger 1991, Bleich 1996, Bleich 1999).

Cougars, however, prey on all age and sex classes of bighorns (Williams et al. 1995, Bleich et al. 1997, Ross et al. 1997, Hayes et al. 2000, Schaefer et al. 2000) and do appear capable of causing significant mortality in bighorn sheep populations, even where suitable escape habitat exists (Hoban 1990, Ross et al. 1997, Hayes et al. 2000, Logan and Sweanor 2001). The vulnerability of the various bighorn age and sex classes depends on the behavior of individual cougars rather than on the total number of cougars, as well as other factors (Hornocker 1970, Hoban 1990, Ross et al. 1997, Logan and Sweanor 2001). Predation on the non-reproductive segment of a bighorn population should have minimal impact on bighorn numbers because that mortality is likely to be compensatory in nature (Murphy 1998). However, predation on adult ewes may be additive to natural mortality, and can have an impact on bighorn sheep populations, especially small herds (Wehausen 1996, Hayes et al 2000). Ross et al. (1997) found no evidence that cougar predation levels could be explained by changes in bighorn numbers or the availability of alternate prey. Logan and Sweanor (2001) reported that a decline in the density of primary prey (i.e., mule deer) could exacerbate predation on bighorn sheep; they concluded the density of bighorn sheep was less important than the density of primary prey in determining the predation rates on bighorn sheep in the San Andres Mountains, New Mexico.

The indiscriminate removal or population-level reductions in cougar numbers does not appear successful in reducing the number of bighorns killed by cougars (Hoban 1990). However, identifying and removing individual cougars that prey on bighorn sheep was an effective method for minimizing bighorn losses to cougar predation (Linnell et al. 1999). Although predation is rarely significant in limiting bighorn sheep population growth, predation on small, remnant populations or recently transplanted bighorns can be limiting or cause local extirpations (Welsh 1971, McQuivey 1978, De Forge 1980). Predation by cougars was responsible for transplant failures for desert bighorn sheep in Texas, Nevada, and Utah, and it was a major mortality factor on a remnant bighorn herd in the San Andres Mountains, New Mexico (Broadbent 1969, Kilpatric 1982, Hoban 1990, Logan and Sweanor 2001). Significant predation losses to cougars (over 30 percent) occurred in recently transplanted bighorn sheep herds in Colorado, New Mexico, and Arizona (Creeden and Schmidt 1983, Elenowitz 1983, Remington 1983).

*Competition*

Interspecific competition for space and forage is a serious threat to many bighorn sheep populations. Competition arises when two species use resources that are in short supply and one species is harmed in the process (Pianka 1978). In particular, competition with domestic livestock has proved to be a significant factor in maintaining the distribution, health, and viability of bighorn sheep herds across the West. A variety of domestic and exotic ungulates can compete with bighorn sheep for forage, water, and space. Domestic livestock grazing can affect bighorn sheep habitat by reducing carrying capacity through large-scale changes in plant composition and density, including changes from grassland to shrub-dominated landscapes that other ungulate species, like mule deer, favor (Krausman and Bowyer 2003). Overgrazing by livestock in the late 1800's and early 1900's resulted in large-scale changes in the composition of native plant communities, including the reduction of plant species important to bighorns, ultimately leading to long-term reductions in the carrying capacity of habitats for bighorn sheep. Competition for space and food, and changes produced in vegetation communities, are thought to have reduced population vigor in many bighorn sheep herds, leading to increased mortality, decreased productivity, or increased dispersal rates (Gallizioli 1977, Krausman et al. 1999). Densities of adult sheep on summer ranges were shown to be inversely correlated with lamb production and survival, suggesting that intraspecific competition is also a factor limiting bighorn sheep populations (Woodgerd 1964, Geist 1971, Douglas and Leslie 1986). The presence of cattle on bighorn sheep ranges may artificially reduce the amount of habitat

available to bighorn sheep, resulting in increased densities (Wilson 1968, Jones 1980, Dodd and Brady 1986, Steinkamp 1990).

Although cattle prefer gentler slopes than wild sheep, bighorn sheep have abandoned traditional ranges when cattle were introduced (Wilson 1968, Jones 1980, Dodd and Brady 1986, Steinkamp 1990). Bavin (1975) concluded that cattle were a serious competitor with bighorn sheep in New Mexico, where he documented 12 of 18 major forage species were common to the diets of both. Cook (1990) suggested that heavy cattle use of riparian zones in xeric environments might preclude bighorn sheep from accessing high quality vegetation during critical summer months. Competition between bighorn sheep and cattle was considered a serious problem in British Columbia (Demarchi 1965) and Idaho (Morgan 1973), and Halloran and Kennedy (1949) reported that cattle often kept desert bighorns from habitat adjacent to critical water sources in narrow canyons in Arizona. Areas grazed by cattle supported significantly lower densities of desert sheep (2.3 sheep per $km^2$) than ungrazed ranges (6.6 sheep per $km^2$) in Nevada (McQuivey 1978). Spatial and forage competition, especially with cattle, continues to limit bighorn sheep populations where they overlap, and may be an important obstacle to the reintroduction of bighorn sheep into historical habitats (Gallizioli 1977, Sandoval 1979b).

Competition with domestic sheep and goats is considered even more serious than with cattle because of their similar preferences in forage and topography. Furthermore, domestic sheep and goats harbor parasites and diseases that are lethal to bighorn sheep (Krausman and Bowyer 2003). Desert bighorns were extirpated from historic habitats in California (Weaver 1972), Arizona (Russo 1956, Gallizioli 1977), Nevada (McQuivey 1978, Kelley 1979), New Mexico (Gross 1960, Mendoza 1976, Sandoval 1979b), Utah (Wilson 1968, Dean and Spillet 1976), and Texas (Davis and Taylor 1939, Kilpatric 1982) due to competition for forage and space, and from disease transmitted from domestic sheep (Bunch et al. 1999). Feral burros (*Equus asinus*), aoudad (*Ammotragus lervia*), and Persian goats (*Capra aegagrus*) also pose a significant threat to bighorn sheep where their ranges overlap (Sandoval 1979b). The habitat requirements of aoudad and Persian wild goats are very similar to those of desert bighorns, resulting in direct competition for resources (Bavin 1975, Simpson and Krysl 1981). These species are capable of excluding bighorn sheep from critical resources or out-competing them (Bailey 1980).

There is considerable overlap in the diets of bighorn sheep and elk, and to a lesser extent, mule deer and mountain goats (*Oreamnos americanus*) (Streeter 1969). Elk are potentially serious competitors with bighorns in areas where their winter ranges overlap (Lawson and Johnson 1982). Picton (1984) reported that lamb:ewe ratios declined in the spring after heavy grazing by elk on bighorn sheep winter ranges. In some areas, wintering elk can become so numerous that potential forage for bighorn sheep becomes unavailable because trampled snow forms an icy crust over the vegetation and prevents access by sheep (Cowan 1947). However, no deleterious effects were observed from interspecific competition with deer on desert bighorn sheep (Halloran and Kennedy 1949, Smith 1954, Jones et al. 1957).

*Parasites and diseases*

Coincident with the introduction of domestic sheep to western ranges in the latter 1800's and early 1900's, bighorn sheep declined dramatically, both geographically and in total numbers throughout western United States. This decline appears to have resulted largely from the transmission of diseases common to domestic sheep to naïve bighorn populations (DeForge et al. 1981, Brown 1989, de Vos 1989). Between 1900 and 1960, the effects of competition with and overgrazing by domestic livestock, habitat fragmentation, and unregulated harvest for subsistence, further contributed to declines in bighorn sheep populations.

Significant bighorn sheep die-offs have occurred in every western state from the late 1800's to the present (Martin et al.1996, Toweill and Geist 1999). These large-scale epizootics were thought to be caused by macroparasites, bacteria, and viruses (Spraker 1977, de Vos et al. 1980, King and Workman 1983, Onderka and Wishart 1988, Onderka et al. 1988). Transmission of pneumonia and scabies infections from domestic sheep to bighorns was implicated in epizootics in Colorado, Wyoming, Idaho, Arizona, and New Mexico (Lange et al. 1980, Jessup 1985, Ward et al. 1997). Chlamydia, possibly in combination with *Pasteurella* pneumonia, was a proximate factor in the decline of several bighorn sheep herds in south-central Wyoming (Cook 1990). For the past 20 years, scabies has been a significant mortality factor among bighorn sheep in the San Andres Mountains in New Mexico (Lange et al. 1980, Hoban 1990, Rominger and Weisenberger 2000). Clark et al. (1985) found evidence of parainfluenza-3 (PI-3), lungworm, bluetongue (BTV) and epizootic hemorrhagic disease (EHD), respiratory syncytial virus,

bovine viral diarrhea, and contagious ecthyma virus in 18 herds of desert bighorn sheep in California.

Although bighorn sheep have been exposed to many disease pathogens, very few are considered a major threat to population viability. Diseases that are widespread in the United States and known to occur in bighorns, apparently with little population level risk, include respiratory syncytial virus, leptospirosis, parainfluenza-3 (PI-3), infectious bovine rhinotracheitis, anaplasmosis, infectious keratoconjunctivitis, and contagious ecthyma (Dubay et al. 2003, Jansen et al. 2006). Bovine viral diarrhea and brucellosis are also widespread, but little is known about their potential for causing significant disease outbreaks in bighorn sheep populations. Contagious ecthyma can be very debilitating and result in stunted growth in bighorn sheep, especially where artificial salting is common (Blood 1971, Samuel et al. 1975, L'Heureux et al. 1996). Respiratory syncytial virus and PI-3 have been implicated in predisposing bighorn sheep to *Pasteurella* spp. (*Mannheimia* spp.) outbreaks (Miller 2001). Infectious keratoconjunctivitis (IKC) is a disease that causes temporary blindness and affects domestic livestock throughout the world (Jones 1991). IKC has been documented in bighorn sheep in Arizona as a result of contact with domestic goats (Jansen et al. 2006). Paratuberculosis (Johne's Disease) is a bacterial infection that causes chronic enteritis in some free-ranging ungulates. It has been documented in bighorn sheep and has the potential to cause isolated problems throughout bighorn range (Williams 2001). Bighorn herds documented with positive titers to paratuberculosis may not be suitable candidates as source stock for transplant programs (Timoney et al. 1988). Despite the fact that these disease pathogens appear to pose minor risks to bighorns, it is not clear how interactions among these disease organisms may predispose bighorns to more significant disease epizootics.

Diseases that do pose a significant health risk include BTV, EHD, scabies, and pasteurellosis. BTV and EHD are two closely related viruses that occur in many ungulates, including bighorn sheep (Robinson et al. 1967, Thorne et al. 1982, Noon et al. 2002). A Culiocoides gnat transmits BTV and EHD to bighorns, and epizootics are most prevalent during the wet season or around water holes in the dry season. Bighorn deaths resulting from exposure to BTV and EHD have been documented in California, Wyoming, Arizona, Texas, and Idaho (Robinson et al. 1967, Jessup 1985, Heffelfinger et al. 1995, Noon et al. 2002). Positive titers to BTV and EHD indicate past exposure to the viruses, but they do not necessarily indicate current disease status in the animal (Thorne et al. 1982). Bighorn sheep and other free-ranging ungulates have been documented with positive titers to BTV and EHD, with no evidence of clinical disease, suggesting that the viruses are enzootic in the western United States (Thorne et al. 1982).

Pasteurellosis is a bacterial disease that ranks as one of the most important respiratory diseases found in bighorn sheep, leading to pneumonia and death (Foreyt 1993). *Pasteurella* spp. (and *Mannheimia* spp.) is part of the normal bacterial flora of both domestic and wild sheep (Ward et al. 1990). However, very large, all-age die-offs of bighorn sheep are associated with exposure to some species and biotypes of *Pasteurella* and *Mannheimia*. Over 70 varieties of *M. haemolytica* and *P. trehalosi* (formerly known as *P. haemolytica* biotypes A or T) are known to occur in domestic and wild sheep. *Mannheimia haemolytica* is more common in domestic sheep while *P. trehalosi* is the most common species in many wild ungulates, including bighorn sheep (Foreyt 1993, Jaworski et al. 1993). *Mannheimia haemolytica* serotype A2 has been proven to kill bighorn sheep and may be the most important pathogen responsible for bighorn sheep die-offs after contact with domestic sheep (Jaworski et al. 1993, Foreyt 1994).

Martin et al. (1996) documented over 30 cases where bighorn die-offs were associated with contact with domestic sheep. Experimental exposure of captive bighorn sheep to elk, deer, mountain goats, cattle, and llamas has not resulted in pneumonia outbreaks in bighorns (Foreyt 1992, 1993, 1994). *Pastuerella multocida* and *P. trehalosi* may also be important in the pneumonia complex, and they, as well as *Mannheimia haemolytica*, can be directly transmitted to bighorns from domestic sheep (Onderka and Wishart 1988, Foreyt 1989, 1990, 1992). Virulence may also be acquired by normally avirulent types of *Mannheimia* or *Pasteurella* through the horizontal transfer of the leukotoxin A (lktA) gene between strains. Although this is not always associated with the occurrence of disease in bighorn sheep, the detection of horizontal gene transfer suggests that recombination may be involved in the development of virulent strains of *Pasteurella* and *Mannheimia* (Hells Canyon Bighorn Sheep Restoration Committee 2004). Domestic goats can also carry *Pasteurella* spp. that may be lethal to bighorn sheep (Ward et al. 2002). Rudolph et al. (2003) reported that some *Pasteurella* isolates collected from bighorn sheep and domestic goats sampled during the Hell's Canyon epizootic were genetically identical, suggesting that goats may have played a role in the 1995-1996 die-off in Hells Canyon, Idaho.

All-age mortality occurs during a bighorn sheep pneumonia die-off, often resulting in the loss of 75 to 100 percent of the herd. Where a pneumonia die-off has occurred, lamb survival may be depressed for three or more years after the initial episode, and herd recovery is slow (Foreyt 1990, Coggins and Mathews 1992, Ward et al. 1992). Apparently, lambs born to surviving ewes are initially protected from the *Pasteurella* spp. or *Mannheimia* spp. pathogen for six to eight weeks by passive colostrums in their mother's milk, but they usually die within three months as that protective immunity is lost (Foreyt 1990). Although chronically low lamb survival is not as dramatic as an all-age die-off in terms of reducing bighorn sheep population size, over the long term, it may be just as important (Cassirer personal communication 2006).

The science has so overwhelmingly demonstrated the threat posed by domestic sheep to persistence of native wild sheep, that in 1995 the U.S. District Court in Oregon ruled that domestic sheep and bighorns were incompatible and should be kept separated from one another on Hells Canyon National Recreation lands. That ruling led the USFS to develop a process for finding management solutions on National Forest System lands to address the issue of incompatibility between domestic sheep and free-ranging bighorns (Schommer and Woolever 2001). Although horses, mules, burros, and llamas are not considered disease threats to bighorn sheep (Miller et al. 1995, Foreyt and Lagerquist 1996), desert bighorn sheep biologists (in Trefethen 1975) recommended that wild, free-ranging burros, horses and livestock should be removed from desert bighorn sheep habitats as a result of serious competitive (forage and space) problems.

Pneumonia die-offs have also occurred in bighorn herds with no known exposure to domestic sheep or goats (Goodson 1982, Onderka and Wishart 1984, Foreyt 1989, Ryder et al. 1994, Miller et al. 1995). These die-offs were thought to be caused by *Pasteurella trehalosi*, serotypes 3, 4, and 10, and they may have been triggered by environmental factors (severe winter or drought), by association with other bacteria or viruses, or by the sheep population exceeding the carrying capacity of its habitat. Cook (1990) suggested that protein malnutrition was a significant factor predisposing bighorn lambs to disease by retarding the development of organs that regulate their immune system. Although it is clear that many strains of *Pasteurella* and *Mannheimia* are pathogenic to bighorn sheep and considerable research data are available on the effects of Pasteurellosis (Miller 2001), there is much that is not known.

Some promising research is underway at Washington State University in which the neutrophil cell-surface protein regions serving as receptor sites for pneumonia leukotoxins attachment have been identified. Homologous peptides have been synthesized, which, in vitro, conspicuously reduce the virulence of pneumonia leukotoxins. The objective of this research is to use these peptides to protect the bighorn sheep in a pneumonia die-off situation. The long term goal of this research is to develop a vaccine for wild, free-ranging, bighorn sheep (Srikumaran personal communication 2007).

Several intestinal parasites infect bighorn sheep, including thin-necked bladderworms (*Taenia hydatigena*), three species of tapeworms (*Moniezia* spp., *Thysanosoma actinoides*, and *Wyominia tetoni*), and several abdominal and gastrointestinal nematodes (Becklund and Singer 1967, Becklund and Walker 1967, Becklund 1969). Eleven species of *Eimeria* are found in bighorns and are responsible for coccidiosis, which causes diarrhea or "scours" (Lotze 1956). External parasites that infest wild sheep include winter and wood ticks (*Dermacentor* spp.); the spinose ear tick (*Otobius megnini*); two lice species (*Bovicola* spp.); and two species of dipterids, the botfly (*Oestrous ovis*) and sheep tick (*Melcphagus ovinus*) (Imes and Babcock 1942, Gobbett 1956, Becklund and Senger 1967, KeChung 1977). In addition to direct effects on bighorn sheep health, several of these species have been implicated as potential intermediate hosts for disease agents.

Scabies is a highly contagious parasitic skin infection caused by *Psorcptes* mites (Becklund and Senger 1967). Scabies infection has resulted in clinical disease in free-ranging wildlife, and is commonly found in desert and Rocky Mountain bighorn sheep, elk, and white-tailed deer (Thorne et al. 1982). The highest densities of these mites can be found on domestic sheep bedding grounds (Kemper and Peterson 1956) and they have been implicated in the historical decline of bighorn sheep throughout the West, and more recently in Arizona, Nevada, and New Mexico (Carter 1968, Decker 1970, de Vos et al. 1980, Sandoval 1980). Mortalities caused by scabies reduced populations of bighorns at Greybull River, Wyoming (Honess and Frost 1942, Honess and Winter 1956), in Rocky Mountain National Park, Colorado (Wright et al. 1933, Packard 1946), in the Sierra Nevada mountain range in California (Jones 1959), and along the Owyhee River in Oregon (Bailey 1936). In general, scabies infection has the potential to cause substantial localized morbidity and mortality, especially in naïve animals (Dubay et al. 2003).

# CONSERVATION

## *Threats*

A variety of factors threaten the long-term viability of bighorn sheep in Region 2. Developing an understanding of how these factors act to limit or threaten bighorn sheep is especially important because many sheep herds in the Region are small and susceptible to extirpation (Berger 1990, Fitzsimmons and Buskirk 1992, Krausman et al. 1993). Immediate threats to bighorn sheep herds in the Region include:

- the risk of deadly epizootics as a result of disease transmission from domestic sheep and goats to bighorns and between bighorn herds during translocation projects
- the loss of genetic variability in small herds
- habitat deterioration, loss, and fragmentation
- human disturbance on critical winter and lambing ranges
- competition for forage and space with livestock and other ungulate species
- cougar predation on adult female sheep in remnant or recently reintroduced herds.

### Disease

The importance of disease to the conservation of bighorn sheep is likely to increase as habitat loss and fragmentation restrict their movements and concentrate them in smaller areas, increasing contact rates and the spread of disease pathogens (Scott 1988, Levins et al. 1994, Schrag and Wiener 1995). The effect of domestic livestock diseases on bighorn sheep is well documented (DeForge et al. 1981, Brown 1989, de Vos 1989, Foreyt 1993, Jaworski et al. 1993, Martin et al.1996), and disease continues to represent a significant threat to bighorn herds in areas where bighorns and livestock, primarily domestic sheep and goats, have an opportunity to interact. Although habitat fragmentation and loss are frequently cited as important factors influencing the persistence of bighorn sheep populations, disease is likely the factor that eventually results in the extirpation or extinction of many bighorn herds (Flather et al. 1994). Berger (1990) reported that bighorn sheep herds of less than 50 individuals had a much lower probability of long-term persistence than larger populations. A number of national forests in Region 2 still have active domestic sheep allotments in areas of bighorn sheep occupancy, suggesting that disease epizootics may play a significant role in the long-term persistence of many herds in the Region.

Most bighorn sheep herds occupy public lands in the western United States, and federal land management agencies have taken action to develop policies intended to minimize contact between domestic livestock (primarily sheep) and bighorns. In 1971, the Inyo National Forest in California established sanctuaries on the forest to regulate human use and to reduce the potential for contact between domestic and bighorn sheep, and these are still in place today (Wehausen 1979, Inyo National Forest Land Management Plan 1988). The BLM established guidelines in 1992 for managing domestic sheep in bighorn habitat; these guidelines were revised in 1998 to better reflect current knowledge regarding the interaction of bighorns and domestic sheep (BLM Memorandum 92-264). The USFS and USFWS published similar guidelines for national forests that issue domestic livestock grazing permits in bighorn sheep habitat (Schommer and Woolever 2001, U.S. Fish and Wildlife Service 2001). Concern about the long-term stabilization of wild sheep herds and the domestic livestock industry in Wyoming led to the formation of the Wyoming Bighorn/Domestic Sheep Interaction Working Group in 2000. This group of stakeholders, including representatives from USFS Region 2, identified issues of concern regarding interactions between bighorn and domestic sheep and produced a final report, including recommendations for actions, to the state in 2004 (Wyoming Statewide Bighorn/Domestic Sheep Interaction Working Group 2004). These documents summarized current information regarding the detrimental effects of interactions between domestic livestock and wild sheep, and described risk assessment probabilities, strategies for preventing contact, and management actions needed when contact between the two species has occurred.

Risk assessment involves considering the probabilities that (1) stray domestic sheep will occur near established bighorn populations, (2) strays will enter bighorn habitat, and (3) the two species will come into contact as a result of bighorn rams coming in contact with domestic sheep during exploratory movements. Decisions by management authorities can significantly influence the potential for stray domestic sheep to occur near and gain access to bighorn habitat. The potential for domestic sheep to access wild sheep habitat is a function of the distance separating the two species, the presence of potential barriers between them, and allotment grazing procedures. The propensity of male

bighorns to travel over large areas further complicates managing domestic-bighorn interactions. Although these documents provide important information and guidance for federal land management agencies in their efforts to prevent contact between domestic and bighorn sheep, private land in-holdings on many forests still represent a serious threat to bighorn populations on public lands and should be considered in developing management plans for bighorn sheep in Region 2. The use of domestic goats as recreational pack animals and for weed control on national forests may also represent a disease transmission threat (Cassirer et al. 1998).

### Genetic diversity

The potential loss of genetic variability is a serious threat to small, isolated bighorn herds throughout Region 2. Small populations of bighorns depend on interactions with other sheep to maintain population viability (Berger 1990, Bleich et al. 1990a). Increasing coefficients of inbreeding and genetic drift are products of decreasing population size and can lead to reduced levels of heterozygosity and inbreeding depression (Soulé 1980). A growing body of literature suggests that inbreeding and decreased levels of heterozygosity influence disease resistance, lamb survival rates, and horn growth in bighorn sheep (Sausman 1982, Stewart and Butts 1982, Fitzsimmons et al. 1995, Carrington et al. 1999, Coltman et al. 1999). The majority of bighorn herds in Region 2 have an effective population size of less than the 200 to 500 individuals that may be necessary for long-term survival (Franklin 1980, Lande and Barrowclough 1987, Brussard and Gilpin 1989, Berger 1990, Franklin and Frankham 1998). An examination of the distribution of herds in Region 2 reveals that many of the herds are isolated due to habitat loss, road construction, and human development. Intrusive management efforts will be necessary under current conditions to maintain genetic diversity or to improve reproductive performance and survival (Hogg et al. 2006). However, most bighorn herds in Region 2 have experienced at least one disease epizootic, and the threat of disease transmission during augmentation efforts is a more significant risk to the recipient herd than loss of genetic variability unless steps are taken to evaluate the disease status of both the donor and recipient bighorn herds prior to undertaking an augmentation program.

### Habitat loss and degradation

The preservation and enhancement of critical, native bighorn sheep habitat are crucial to ensuring viable populations in the future (Stelfox 1976). Threats to bighorn habitat range from conversion of grasslands to forest types because of fire suppression, to fragmentation and loss due to competition with domestic livestock and human disturbance. Bighorn sheep are well adapted to open and fragmented habitats that provide high quality nutrition and allow sheep to detect predators at relatively long distances. As a result, they prefer areas characterized by openness and steep, rocky terrain. Historically, wildfires prevented the encroachment of forests onto open grassland habitats that sheep prefer (Elliott 1978), and they were instrumental in maintaining adequate foraging areas adjacent to escape terrain, as well as in preventing the encroachment of forests in migration corridors. However, fire suppression efforts in the latter half of the 20th century have resulted in the encroachment of forest and shrub communities into bighorn foraging habitat. Encroaching forests are also responsible for effectively blocking migration corridors between seasonal habitats and dispersal routes that lead to isolation of populations. Prescribed burns, designed to maintain the open character of migration corridors and to enhance the nutritive content of vegetation on winter ranges, are an important tool in range regeneration efforts by land management agencies. Prescribed burns and managed wildfire policies (especially in wilderness areas that are also experiencing vegetation succession that is detrimental to bighorn sheep) can be used to create or regain additional habitat or to reclaim functional movement corridors, and they may temporarily increase herd reproductive success by maximizing nutrient intake (Hebert 1973, Wehausen and Hansen 1988, Wehausen 1996).

### Human disturbance

Wild sheep have habituated to human activity in many areas where the activity is somewhat predictable temporally and spatially. However, human disturbance (e.g., snowmobiling and heli-skiing on and near winter ranges) and human presence near lambing sites may be detrimental to bighorns in some locales (Graham 1980, MacArthur et al. 1982, Etchberger et al. 1989). Mineral exploration and extraction, road construction, harassment by low flying aircraft, and other human disturbances near lambing grounds had potential detrimental effects on Dall sheep populations (Nichols 1975, Hoefs and Barichello 1985, Poole and Graf 1985). Human development, especially in valley areas, may function to limit bighorn movements between mountain ranges occupied by bighorn sheep and become a critical factor in determining their long-term conservation prospects. In Region 2, human disturbance to bighorns occurs primarily on their winter ranges as a result of

winter recreational activities, development projects at lower elevations (Linstrom 2005b; see also discussion on Waterton Canyon herd), and the presence of high traffic roads through areas used by sheep. At this point, the effects of human disturbance on bighorn sheep appear to vary considerably among areas, and managers should consider this treat on a case-by-case basis.

### Competition

Competition between bighorn sheep and domestic livestock for forage, water, and space is another potential threat to bighorns in Region 2. Historically, competition with domestic livestock played a significant role in the decline of mountain sheep in western North America. Overgrazing by domestic livestock in the late 19th and early 20th century resulted in dramatic changes in the composition and density of plant communities. In many cases, preferred forage species for bighorn sheep either were reduced significantly or disappeared from native bighorn ranges, resulting in a decrease in carrying capacity of the habitat (McQuivey 1978). In those cases where severe overgrazing was responsible for conversion of grasslands to shrub-dominated communities, the habitat became more suitable to mule deer. Although there may be very little dietary overlap between bighorns and mule deer, high densities of mule deer likely support higher densities of predators, including both coyotes and cougars. This situation presents a difficult environment for bighorns because coyotes are capable of preying heavily on lambs and some cougars are successful predators on adult female bighorns. Competition between bighorns and livestock for forage is especially critical during periods of the year when forage is limited or of low quality (Bavin 1975). Although total forage production may exceed the needs of bighorn sheep during stress periods, the presence of cattle in riparian or alpine areas may reduce the availability of high quality forage to sheep (Cook 1990). In situations where cattle were experimentally introduced into occupied bighorn habitat, bighorns have been displaced from traditional ranges, suggesting that wild sheep were socially intolerant of cattle (Steinkamp 1990). Other researchers have reported that cattle were serious dietary and spatial competitors of bighorn sheep (Wilson 1968, Morgan 1973, Jones 1980). While the conversion of domestic sheep allotments to cattle allotments on many national forests in Region 2 has been a positive step in significantly reducing the threat of *Pasteurella* epidemics, it has not eliminated the potential for disease transmission, and competition for forage and space with domestic livestock remains a concern.

### Predation

Bighorn sheep have co-existed with predators for thousands of years, and to minimize predation risks, they have evolved adaptive behaviors and physical capabilities, such as group living, diurnal activity patterns, and the ability to move efficiently in rough, precipitous terrain (Hamilton 1971, Alexander 1974). However, under some conditions, herds can become vulnerable to population level effects of predation. The impact of predation on bighorn sheep varies considerably as a result of differences in habitat characteristics, prey preferences of individual predators (primarily cougars), and primary prey densities (Ross et al. 1997, Schaefer et al. 2000, Logan and Sweanor 2001, Kamler et al. 2002, Sawyer and Lindzey 2002). Small remnant populations are particularly vulnerable to predation by cougars. Predation has been an important mortality factor leading to decreases in bighorn sheep numbers in California (Wehausen 1996, Hayes et al. 2000, Schaefer et al. 2000) and in Arizona (Kamler et al. 2002). Much of the variation in predation impacts can probably be attributed to disease-related reductions in bighorns across much of their historical range, the fragmented nature of bighorn distribution, the availability of alternative prey, and fire suppression that has altered bighorn habitat by decreasing forage quality, increasing ambush cover, and increasing the densities of deer. The vulnerability of newly transplanted bighorns to predation may be influenced by their prior experience with predators, suggesting that bighorns transplanted from sites where predators were absent may be more vulnerable to predation at new transplant sites that have resident predators (McCutchen 1982). Although it is difficult to come to any consensus regarding the effects of predation on bighorns, it appears clear that the reduction in bighorn numbers and distribution in the last 150 years has altered the dynamics between predators and bighorns across their range.

## *Conservation Status of Bighorn Sheep in Region 2*

State heritage programs in Colorado and South Dakota classify bighorn sheep as secure, and in Wyoming as either vulnerable or secure, depending on the size and connectedness of individual herds (NatureServe 2003). However, these classifications appear not to have fully considered the potential for disease epizootics, population viability issues, and security of individual bighorn herds in the states. Therefore, these ranks may be overly optimistic for many herds. The relatively large numbers and widely-distributed bighorn herds in

Colorado and Wyoming might suggest that populations in these states are reasonably secure. However, this superficial picture of bighorn status in Region 2 fails to recognize the critical issues of small herd size in many populations, the long history and continued substantial risk of disease epizootics, increasing levels of habitat fragmentation, or the degree to which many herds have become isolated from other herds.

Diseases contracted from domestic livestock have reduced wild sheep populations significantly in the last century and a half, and they are currently one of the most important threats to herds in Region 2. Increasing habitat fragmentation in many areas of Region 2 has reduced or severely limited connectivity among many bighorn populations and reduced population sizes, exacerbating the potential for disease to eliminate herds. As habitat is fragmented, the vulnerability of bighorn herds to extirpation increases as the herds become smaller and are confined to smaller and smaller patches of habitat that may deny them access to important resources. The size, distribution, and quality of these habitat patches ultimately dictate the number of sheep that they can support. A number of herds in Region 2 (discussed below) are affected by habitat loss or fragmentation due to forest succession and human development on bighorn ranges. In some cases, fire suppression policies have allowed forest succession to interrupt bighorn migration corridors and to encroach on their habitat to the extent that the carrying capacity in herd units is declining. Because bighorns are slow to colonize new areas and frequently occupy fragmented habitats (Geist 1967, 1971, Bleich et al. 1990b, 1996), any changes to the character of their habitat or that further fragment existing herds may be a significant threat to the long-term persistence of regional populations (Schwartz et al. 1986, Bleich et al. 1996).

While bighorn sheep often exist in a naturally fragmented environment, corridors of suitable habitat connecting habitat patches increase the effective size of bighorn populations through metapopulation structuring (Noss 1987, Quinn and Hastings 1987, Simberloff and Cox 1987, Hudson 1991). The modest size of most bighorn herds suggests that a metapopulation structure is, or once was, operative in maintaining genetic variability in bighorn sheep (Gilpin and Hanski 1989, Bleich et al. 1990a). Bighorn sheep evolved with relatively conservative philopatric behaviors, and their reluctance to disperse from their natal ranges results in low colonization rates and low gene flow among populations (Geist 1967, 1971). Maintaining gene flow is important to the conservation of bighorn sheep because the loss of genetic variability can result in inbreeding depression, the inability of the population to respond to long-term changes in the environment, and a decrease in population resiliency (Gilpin and Soulé 1986, Lande 1988, Ralls et al. 1988, Meffe and Carroll 1994, Fitzsimmons et al. 1995, Lacy 1997). Population substructuring within a herd, as a result of female groups using distinct home range patterns, can also restrict gene flow (Geist 1971, Holl and Bleich 1983, Festa-Bianchet 1986a, Wehausen 1992, Jager 1994, Andrew et al. 1997, Rubin et al. 1998). However, relatively little genetic exchange is necessary among herds to overcome the effects of inbreeding and associated increases in homozygosity in small, isolated bighorn herds. In areas where the geographic distance between groups of adult females is small, seasonal movements of males may be sufficient to allow gene migration to occur among herds (subpopulations) within a larger metapopulation (Leslie and Douglas 1979, Witham and Smith 1979, Schwartz et al. 1986, Hogg et al. 2006). The potential for significant genetic exchange via the movements of females is low, but intermountain movements have been reported (Witham and Smith 1979, Bleich et al. 1990b, Jager 1994).

Bighorns likely evolved within a metapopulation structure, but the introduction of domestic livestock, especially sheep, into western North America, as well as other human related activities, has changed the dynamics of bighorn sheep management relative to the issues of gene flow and genetic variability. Activities designed to improve the amount of suitable habitat or to increase connectivity among habitat patches are less likely to improve population persistence than actions taken to reduce the impact of disease on bighorn sheep (Gross et al. 2000). However, Hogg et al. (2006) were able to document improvements in reproduction, survival, and other fitness-related traits by experimentally restoring immigration in a bighorn sheep population in Alberta. Attempts to increase genetic diversity in small bighorn herds in Region 2 by managing them in a metapopulation context or by augmenting sheep herds using transplants may also increase the risk associated with disease transmission among herds, which could lead to the extirpation of some small herds (Hess 1996, Dubay et al. 2003, Watkins personal communication 2005). Implementing a disease testing protocol for donor and recipient bighorn herds can reduce the potential disease risk associated with population augmentation.

Although the direct effects of competition are difficult to measure, there are data to suggest that competition with domestic livestock can influence the viability of bighorn sheep herds across their range and in Region 2. Competition with domestic sheep and

goats for forage and space is a management concern in the Region, but the potential for disease transmission from sheep and goats to bighorns is a far more critical relationship. A number of domestic livestock allotments in Region 2 have been converted from sheep to cattle to reduce the risk of disease transmission to bighorns. While the conversion of these domestic sheep allotments on many national forests has been a positive step in significantly reducing the threat of *Pasteurella* epidemics, it has not eliminated the potential for disease transmission because bighorns are also susceptible to some disease pathogens associated with cattle (bluetongue) and domestic goats. It also fails to eliminate problems associated with competition from domestic livestock. Competition with domestic livestock in riparian habitats can be critical during droughts or other periods of environmental stress. Elk are potentially an important competitor with bighorns in areas where their winter ranges overlap. Heavy grazing by elk on bighorn sheep winter ranges can reduce the availability of winter forage and affect lamb:ewe ratios in the spring. Elk are a priority species in Region 2, and high population levels may play an important role in bighorn sheep management decisions in some herd units.

The following discussion is intended to provide an in-depth picture of the status of individual bighorn sheep herds within Region 2, as well as the vigor of the entire Region 2 bighorn sheep population, to the extent that information was available to the authors. It is focused on those herds found on or near National Forest System lands during at least some portion of the year. Where information was available for herds that do not use National Forest System lands extensively, the limited information available to the authors is presented. Some herds within Colorado are not discussed because detailed information was not available. The information available for these herds (or lack thereof) does not necessarily reflect their priority status within the state; rather, it is more a reflection of the time available to individual biologists to complete the summaries for each herd. The Colorado Division of Wildlife (CDOW) intends to prepare summaries for all remaining herds as time permits (Watkins personal communication 2006). Herds are examined and discussed individually and, to the extent possible, in the context of their relationship with surrounding herds. To aid in the organization of this discussion, each state was broken down by national forest, and then by individual herd or management area, as defined by the respective state wildlife management agency responsible for bighorn sheep management.

While hunting is an important source of revenue and a highly valued tradition for many residents of Region 2, it was not discussed in detail for each individual herd within the Region. This was due to the fact that although most herds support some level of harvest, it is generally at a level that has little, if any, significant effect on the conservation of bighorn sheep relative to the threats of disease and habitat loss or alteration.

### Colorado

CDOW has designated bighorn sheep management units (**Appendix A**), and following that management scheme, they have recently (December 2005) completed status reports for bighorn sheep herds considered to be top priority in the state and abbreviated summaries for many other herds. Most of the following information was drawn from those reports. However, there are no current reports for a significant portion of bighorn herds within the state. The following description of bighorn herds within Colorado is organized first by national forest, then by bighorn sheep management unit within each forest. Management units that do not lie within a national forest are treated separately. Population estimates for herds that had no additional information available are provided in **Table 2**. The location of herd units that have a hunting season can be found in **Appendix A**.

#### *Roosevelt National Forest: 1 herd*

Bighorn sheep were probably native to the Poudre River Canyon. However, the current **Poudre River Herd (Unit S1)** is a reintroduced herd that was established in 1946 at a site 5 miles upstream of Rustic with 16 translocated sheep from the Tarryall Mountains southwest of Denver. In an effort to initiate range expansion, 25 sheep were translocated in 1975 from this founder population (the upper herd) to an area 7 miles downstream of Rustic (the lower herd). At least 15 sheep subsequently used this transplant area, with significant movement between the upper and lower herds (Vieira 2005). In 1991, 20 additional bighorns from Estes Park were released into the lower herd. The **Rawah Herd (Unit S18)** is adjacent to the Poudre River Herd, and the two herds interact during winter when portions of each herd use the same habitat along the Poudre River. Radio telemetry data indicate that these two herd units function as a single herd, isolated from other formally named herds. A few sheep inhabit the area north of the Poudre River unit and may rarely interact with the bighorns in units S1 and S18.

**Table 2.** Population estimates for Colorado bighorn sheep herds that were not discussed in the text.

| Unit or Area Name | Unit Number | 2005 estimate | CDOW Region | National Forest |
|---|---|---|---|---|
| Gore-Eagle's Nest | S2 | 100 | NW | White River/Arapaho |
| Arkansas River | S7 | 85 | SE | San Isabel |
| Collegiate North | S11 | 160 | SE | San Isabel |
| Snowmass East | S13 | 110 | NW | White River |
| Collegiate South | S17 | 100 | SE | San Isabel |
| Never Summer Range | S19 | 25 | NW, NE | Routt/Roosevelt |
| Snowmass West | S25 | 125 | NW | White River |
| St. Vrain | S37 | 100 | NE | Roosevelt |
| Basalt | S44 | 100 | NW | White River |
| Brown's Canyon | S47 | 150 | SE | Pike/San Isabel |
| Big Thompson Canyon | S57 | 80 | NE | Roosevelt |
| Derby Creek | S59 | 90 | NW | White River/Routt |
| Shelf Road | S60 | 150 | SE | NA* |
| South Fork White River | S67 | 40 | NW | White River |
| Cotopaxi | S68 | 60 | SE | San Isabel/Rio Grande |
| Beaver Creek | S5 | 30 | SE | Pike |
| Clinetop Mesa | S14 | 5 | NW | White River |
| Battlement Mesa | S24 | 20 | NW | White River/Grand Mesa |
| Lone Pine | S40 | 15 | NE | Roosevelt |
| Cross Mountain | S45 | 0 | NW | White River |
| Lower Poudre River | S58 | 25 | NE | Roosevelt |
| DeBeque Canyon | NA | 40 | NW | Grand Mesa |
| Harper's Corner** | NA | 40 | NW | NA |
| Green River** | NA | 90 | NW | NA |
| Yampa River** | NA | 35 | NW | NA |
| Grizzly/No Name Creek | NA | 35 | NW | White River |
| Greenland | NA | 35 | NE | NA |
| Mount Silverheels | NA | 25 | SE | Pike |
| Mount Zirkel | NA | 45 | NW | Routt |
| Rio Grande/Box Canyon | NA | 35 | SW | Rio Grande |
| Fall River/Mummy Range*** | NA | 75 | NE | NA |
| Continental Divide*** | NA | 100 | NE, NW | NA |
| Never Summer Range*** | NA | 200 | NE, NW | NA |
| Sawpit | NA | 10 | SW | Uncompahgre |

*Not applicable.

**Located within Dinosaur National Monument.

***Located within Rocky Mountain National Park.

The total population of both the Poudre River and Rawah herds is estimated at 100 to 120 individuals (Vieira 2005). The herd probably has never greatly exceeded 200, was significantly reduced by a pneumonia-related die-off during 1986-1987, and has subsequently suffered low survival and lamb recruitment, at least in the lower Poudre Herd. Disease outbreaks, especially of *Pasteurella*, are the foremost threat to this herd, having already caused at least one all-age die-off. The herd also has had significant exposure to lungworm, and bluetongue has been documented in the herd unit to the south (Never Summers, Herd Unit S19). There are no public sheep grazing allotments within units S1 and S18; however, a few private citizens run domestic goats within the area of highest winter bighorn use in the Poudre River Canyon (Vieira 2005).

Habitat conditions throughout the two units are considered good, but there are concerns regarding cheatgrass (*Bromus tectorum*) invasion and juniper/mountain shrub encroachment in preferred open habitats. In addition, bighorns apparently prefer several older burns within the unit, suggesting that future prescribed burns may be beneficial. Development is not a major threat to this herd because most of its range lies within federal land. However, vehicle collisions in the Poudre River Canyon have become a significant source of direct mortality, and the threat is expected to increase as recreational use and vehicle traffic within the area continue to grow.

*Arapaho National Forest: 2 herds*

1) The **Georgetown Herd (Unit S32)** has fluctuated from less than 50 to over 400 during the past 60 years, and it is currently estimated at 300 to 350 (Huwer 2005). The population is stable, with an objective of 250 to 300. Few sheep inhabited the unit prior to translocations of 33 and 14 bighorns from the Tarryall Herd in 1946 and 1949, respectively. The herd subsequently increased to about 135 in the late 1950's, when the only recorded significant die-off within the unit occurred. This die-off was attributed to lungworm/pneumonia. There are currently no domestic sheep grazing allotments on National Forest System land within the herd unit, and hobby flocks of domestic sheep and goats are actively discouraged (Huwer 2005). In 1985, sheep were moved to the junction of Highway 119 and US Highway 6 to extend the range of the Georgetown Herd.

The herd is isolated from other bighorn herds, the nearest being the Mt. Evans (Herd Unit 3) Herd, only a half-mile from the boundary of the Georgetown Herd at their closest points. However, the two units are separated by Interstate 70, which sustains very high traffic volume, and Clear Creek, both of which are barriers that sheep from either herd are thought not to cross (Huwer 2005). The Colorado Department of Transportation is proposing expansion of Interstate 70 through the area to accommodate ever-increasing traffic volume. Interchange with any other herds is unlikely due to the distances that separate the Georgetown sheep from other bighorn herds.

Habitat quality is considered good, and it includes good forage quantity/quality and rough physiognomy that provides adequate escape cover. Of particular concern are the effects of development and habitat fragmentation (Huwer 2005). Much of the eastern two-thirds of the herd unit is privately owned, and the habitat is highly fragmented. The western one-third of the unit is comprised of the Arapaho National Forest, which is largely undeveloped. The fragmentation of habitat within the majority of the herd unit will continue to increase as more areas are developed. Several heavily used roads, including Interstate 70, US Highways 6 and 40, State Highway 119, and the Central City Parkway, run through this herd unit. Prior to the opening of the Central City Parkway in 2004, 12 to 18 sheep were killed annually by vehicle collisions. The level of vehicle-related mortality is expected to rise because the Parkway runs through sheep migration corridors.

Since 1986, the Georgetown Herd has been a source population for numerous bighorn translocations throughout Colorado and other states. Bighorns from this herd have gone to Nevada, South Dakota, Utah, Glenwood Canyon, Spanish Peaks, Big Thompson Canyon, Dinosaur National Monument, Browns Canyon, Durango, and Ouray (Huwer 2005). From 1986 to 2002, 280 sheep were removed from the herd for translocation.

2) The **Mt. Evans (Unit S3)** and **Grant herds (Unit S4)** interact to some extent on summer range and are therefore managed as one herd (Linstrom 2005a). The herd originated from a translocation of 16 sheep from the Tarryall herd in 1945; a second translocation of seven ewes occurred in 1948 using the same source stock. The herd generally increased during succeeding decades, reaching a high of 342 in 1996. Although no die-offs have been reported, population counts declined substantially in 2002 and 2003 (174 and 128, respectively). However, drought during that period may have influenced count conditions, as well as the actual population size (Linstrom 2005a). Lamb:ewe ratios have fluctuated greatly in recent decades, from a high of 106:100 in 1981 to 19:100 in 1998. The current ratio is estimated at 49:100, with a population estimate of 275 individuals (Linstrom 2005a).

Current and historic distributions of these two herds do not differ significantly. There are three distinct ewe/lamb groups and two distinct ram groups, centered in or near the Mt. Evans Wilderness Area, with additional use areas located in both the Arapaho and Pike national forests. Interaction with other bighorn herds is unlikely.

Disease has not significantly affected this population. However, paratuberculosis (Johne's Disease) was diagnosed in mountain goats and bighorn sheep within the unit during the 1970's, and again in 2000 and 2001 (Linstrom 2005a). While

paratuberculosis is a management concern, it has been present for years and is not known to have caused significant population declines. Lungworm is also present but, likewise, has not been linked to any appreciable population-level effects.

The herd units contain abundant alpine habitat, particularly in the Mt. Evans unit, and the cliffs, boulder fields, and rock outcroppings of glacial cirques provide ample escape terrain and lambing sites. Good winter habitat is found on many of the south-facing slopes in lower elevations, which remain mostly free of snow during most years. Exotic weed invasions are not a primary concern in these herd units, as most of the sheep habitat is designated wilderness where only weed-free hay is allowed for those who use horses. Fire suppression has led to conifer encroachment in lower elevation habitats that were formerly more open, but because much of the sheep habitat is above timberline, conifer encroachment has not had major impacts on the sheep population (Linstrom 2005a).

Human recreational use is a major concern, particularly on Mt. Evans, which has a paved road that allows people to drive to the top and to access adjacent sheep habitat easily. This has led to feeding of bighorn sheep along the road, with ewes accepting handouts from tourists (Linstrom 2005a). CDOW personnel have placed salt blocks in areas to entice the sheep away from people, and they have initiated an educational program to deter people from feeding or approaching bighorn sheep and mountain goats. Other recreational impacts include hikers who leave established trails, causing sheep to move. This happens frequently near the Mt. Evans summit, prompting the USFS to design trails such that they will direct hikers away from important sheep habitat (Linstrom 2005a).

Competition between sheep and mountain goats is also a concern in these two units. A study of interactions between sheep and goats in the Mt. Evans area demonstrated that bighorns yielded space or resources to goats in 39 of 107 interactions, while goats exhibited the same response in only eight of the interactions (Reed 2001 in Linstrom 2005a). Sheep have also been known to stop using historic range in some locations after mountain goats arrived (Martin and Stewart 1977 in Linstrom 2005a).

Other concerns include winter concentrations of sheep near Grant, adjacent to Highway 285. Several bighorn sheep have been killed by vehicle collisions, as groups of sheep are often found on the shoulder of the road within a few feet of speeding traffic. Salt blocks have been placed away from the road to lure sheep out of harm's way, but with little success (Linstrom 2005a). Hazing by CDOW personnel and road signs have been used to try to remedy the situation, again with little success.

*Pike/San Isabel National Forests: 13 herds*

1) The **Tarryall and Kenosha Mountain bighorn herd units (Units 23 and 27)** are located adjacent to one another, with interchange (primarily of rams) between the two units. Thus, the two units are managed as a single herd (George and Davies 2005). Historically, this herd was one of the largest (over 1,000) in the state and was used extensively as a source for translocation stock from 1944 to 1953. The Tarryall/Kenosha herd is isolated from other bighorn herds, as radio telemetry data and the extent of the most recent epizootic have revealed very little, if any, interaction with other herds.

Unfortunately, this herd has a long history of disease epizootics, which have led to wildly fluctuating numbers over the past century. Epizootics occurred in 1885, 1923-1924, 1950, and most recently in 1997-1999 (Moser 1962, George and Davies 2005). Prior to the most recent pneumonia die-off, the combined population of the two herd units was estimated at 250 individuals. However, the current population is estimated at about 160 animals. In addition to disease-related mortality and the concomitant population decline, lamb:ewe ratios fell from pre-epizootic levels of 40 to 50:100 to a post-epizootic level of 0:100, and they have only increased to about 25:100 since 2002. There is no history of domestic sheep and goat allotments on public lands within the herd units, pointing to hobby flocks on private land as the probable source of exposure to pneumonia. Disease is likely to be a significant, chronic threat to this herd.

2) The **Rampart Range Herd (Unit S34)** had an interesting beginning. In 1946, a vehicle carrying 14 bighorn sheep from the Tarryalls intended for a translocation to Pike's Peak broke down near Green Mountain Falls on Highway 24. The sheep were released there and became the Rampart Range Herd. The herd grew until pneumonia/lungworm mortalities, beginning in the late 1950's, caused the herd to stagnate and decline from 40 to 20 animals by 1970. At this time, treatment for lungworm at bait stations commenced. A supplemental release of 20 sheep from Trickle Mountain in 1978 was the only other translocation into this herd. Since 1984, population estimates have varied from a high of 225 in 1990, to as few as 45 in 1995 and 1997.

The herd currently numbers 60 to 80 animals (Dreher 2005a). A total of 146 sheep have been translocated out of the herd in eight separate instances between 1984 and 2003 (Dreher 2005a).

Sheep are currently found primarily in Queen's Canyon Quarry, Camp Creek, and the areas surrounding Glen Eyrie. Historically, the overall range occupied by the herd was more substantial. Limited interchange between the Rampart Range and Dome Rock herds was documented in 2001, when a marked ram from the Pike's Peak herd was observed at the Rampart bait site (Dreher 2005a). Still, the frequency of interchange is likely low. About 1994, several sheep disappeared from the Rampart Herd. It was discovered later that some of these sheep established a small population around Greenland in Douglas County. The degree of interchange between Rampart Range and the Greenland sheep is unknown.

Disease is the primary management concern in this herd unit. In addition to the pneumonia die-off in the late 1950's, lungworm has been a concern. Antihelminthic treatment at bait sites has been ongoing since 1974, and has eliminated die-offs and contributed to some increase in the population. Because of the close proximity of these sheep to suburban Colorado Springs, domestic sheep are not a potential disease factor in the herd unit. There are no nearby domestic sheep allotments on National Forest System lands and hobby flocks are rare. There is no specific disease monitoring currently in place in the Rampart Range unit (Dreher 2005a).

Habitat quality and quantity within the unit are variable. Vegetation communities consist of mountain shrub associated with mountain-mahogany (*Cercocarpus ledifolius*), pinyon/juniper, ponderosa pine, and some manmade habitats such as the reclaimed Queen's Canyon Quarry and landscape plantings in the Glen Eyrie and neighboring subdivisions. Later stages of habitat succession have resulted in an increased area of pinyon/juniper in the unit, which has decreased visibility and the amount of available forage for bighorns. This is believed to be one major factor affecting the current distribution of the Rampart Herd; water availability is another. Habitat manipulations could increase the carrying capacity of the herd unit, and in 2002, a project was initiated to remove oakbrush from a portion of land northeast of Queen's Canyon Quarry. A guzzler was placed in the Queen's Canyon Quarry to offset a lack of available water in other areas (Dreher 2005a).

Human recreational activities, especially hikers with dogs, and development are other big factors affecting the future of the Rampart Range Herd. Both are expected to increase as development on private lands within the unit continues (Dreher 2005a). Efforts to funnel recreational activity away from sheep use-areas and to curtail development on private lands in critical areas will benefit the Rampart Range bighorns.

3) The **Waterton Canyon Herd** (no herd unit designation) is an indigenous population, occupying canyon habitat along the South Platte River in the foothills southwest of Denver. Between 1955 and 1980, the population varied from 18 (1970) to 78 (1980). During the winter of 1979-1980, construction of the Strontia Springs Dam began and likely contributed to an all-age die-off caused by stress-induced pneumonia (Spraker et al. 1984 *in* Linstrom 2005b). In addition to loss of 77 percent of the herd, the new impoundment permanently removed sheep habitat. Among the remaining 18 sheep, only one ram is known to have survived. As is typical following a pneumonia outbreak, lamb survival remained depressed for a number of years. By 1989, the herd had increased enough to allow the removal of 26 sheep for a translocation. Since that time, the herd has remained small, fluctuating between 15 and 34 individuals. It has been relatively stable for the past 10 years and is currently estimated at 25 animals (Linstrom 2005b).

The historic distribution of this herd extended from the confluence of the north and south forks of the South Platte River in the foothills southwest of Denver, to the mouth of Waterton Canyon near Denver Water's Kassler treatment facility (Linstrom 2005b). The herd may have once been part of a larger population that extended all the way to Mt. Evans, but this has not been confirmed. Currently, the herd occupies an area from just above the Strontia Springs Dam to the mouth of Waterton Canyon. Most of the sheep winter in the lower canyon below Turkshead Peak and west of the river. Lambing areas are in the upper canyon above the dam. Interaction with other bighorn herds is unlikely (Linstrom 2005b).

Disease continues to be a concern for this herd. Lungworm larvae were found in many sheep that were necropsied from the 1980 pneumonia die-off, and have been documented in several dead sheep since then. Sheep continue to be exposed to most of the same stresses that were implicated in the die-off. In addition to pneumonia, West Nile Virus was suspected as the cause for two recent ram mortalities (Linstrom 2005b).

Despite the seriousness of the threat of disease, habitat quality is the biggest concern for this sheep herd. Construction of the Strontia Springs Dam in 1980 resulted in the loss of habitat for the herd (Linstrom 2005b), permanently reducing the area's carrying capacity. Furthermore, the quality of remaining habitat has been declining due to oakbrush encroachment. In addition, the South Platte River is the only significant source of water in the area, so sheep are frequently forced to use the canyon bottom, which is heavily used by people for recreation. Consequently, it is unlikely that the herd will ever return to the pre-dam population level of 75+ animals.

Artificial water sources installed at higher elevations during construction of the dam rarely have enough water in them to be useful. Several prescribed burns and manual brush clearing were undertaken during the mid-1980's to improve visibility and forage. Periodic burning would benefit sheep by opening up habitat between the lambing area around the dam and the winter range in the lower canyon (Linstrom 2005b), but for various reasons, no habitat improvement projects have been carried out for several years. The steepness of the canyon makes burning dangerous and costly, and other methods of treatment are less efficient. Despite these concerns, habitat work may be necessary for the survival of this herd (Bailey et al. 1981 *in* Linstrom 2005b).

Other threats to the Waterton sheep are nearly as dire as disease and habitat issues. Recreational use of the canyon is high and is expected to remain so or to increase. Motor vehicle access has been restricted, but there have been numerous reports of sheep approaching people and being fed or petted. CDOW has started an education program to inform people of the problems with human/wildlife interaction in Waterton Canyon, and signs have been posted to discourage feeding or approaching wildlife. Despite these efforts and others, such as hazing by CDOW personnel, people continue to interact directly with the sheep (Linstrom 2005b).

Development, oil and gas exploration, and/or construction are also major threats to this herd in the future. Strong public opposition to a proposed development in 1987 was due in large part to concern for bighorn sheep, and it is likely that the public would also oppose any future proposals (Linstrom 2005b). Construction of more dams and roads is a potential problem for this sheep herd as well. For example, during the 1980's the Denver Water Board proposed to build the Two Forks Reservoir at the upper extent of the herd's range. Although the U.S. Environmental Protection Agency ultimately denied the permit for this reservoir, the concept remains alive. There has recently been construction activity in the lower part of the canyon during the breeding season, and more road maintenance and construction are likely (Linstrom 2005b).

4) The indigenous **Mt. Elbert Herd (Unit S66)**, currently estimated at 75 sheep, has fluctuated greatly over the past several decades. A herd of unknown size was reported in the unit in the 1940's, 42 were reported in 1956, and none were known to occupy the area in 1971 (Vayhinger 2005a). These variations in herd size and presence suggest the occurrence of periodic epizootics, but none have been documented. However, the herd has been relatively stable over the past decade, at between 60 and 75 sheep. Sheep appear to avoid areas of high recreational use within the unit, such as the climbing approaches to Mt. Elbert and Mt. Massive. During late summer and early fall, many rams from this herd also use ranges to the southwest in the White River National Forest. Private lands also fall within the typical winter range of most of the sheep, and could pose a threat to the herd if domestic sheep or goats are grazed there.

5) The **Buffalo Peaks Herd (Unit S12)** is an indigenous population that has received two supplemental translocations (29 total sheep). Both translocations occurred in 1978 in an effort to replace a lost portion of the herd that historically undertook altitudinal migrations to winter habitat (Vayhinger 2005b). This portion of the original herd was lost subsequent to construction of a water pipeline through those winter ranges in the mid 1960's. Currently, a portion of the herd displays the original altitudinal migration behavior, and the remainder of the herd resides throughout the year at lower elevations near the translocation release site.

The population size has been relatively stable over the past decade and is currently estimated at 200 individuals (Vayhinger 2005b). However, the population size has historically fluctuated between 50 (1971) and 200 (2005). An apparent disease-related die-off occurred about 1958, leading to a rapid population decline in the succeeding years and cessation of hunting between 1966 and 1976. Recreational use has affected the behavior of this herd; sheep appear to avoid areas of heavy hiker and mountain bike use near access routes to the Buffalo Peaks, Mt. Bross, Mt. Lincoln, and Mt. Democrat areas (Vayhinger 2005b).

6) The **Marshall Pass Herd (Unit S20)** is an indigenous population, ranging from 40 to 150

individuals between 1956 and 1992. Since 1992, the population has gradually decreased to the current level of 75 individuals. No releases have occurred in the unit. There may be limited interchange with the Trickle Mountain herd to the south (Vayhinger 2005c). Lambing and summer ranges are entirely on National Forest System lands in the San Isabel National Forest but are not well defined. Sheep avoid heavily used recreation areas along the Colorado Trail. This unit could support more sheep, with the limiting factor being available winter range. Winter ranges include some lower slopes along Willow and Green creeks, but very little is known of the winter habits of this population (Vayhinger 2005c).

7) It is likely that the **Grape Creek unit (Unit S49)** in south-central Colorado was historic bighorn habitat, but the indigenous population was extirpated prior to the 1900's by disease transmitted from domestic livestock and overhunting (Vitt 2005a). The current Grape Creek Herd was initiated in the 1980's through four separate translocations: 20 sheep from Trickle Mountain released in 1984, 20 sheep from the Tarryall Range released in 1985, 20 sheep from Pike's Peak released in 1988, and an additional 20 sheep from the Tarryalls released in the same year at a different location. The population flourished, growing to about 290 individuals, and is currently estimated at 225.

Sheep distribution is centered on three major areas (Hardscrabble Mountains, Grape Creek, and an area adjacent to the Arkansas River), with other, smaller isolated pockets of sheep. Interchange with sheep in the Arkansas River Herd (Unit S7) to the north is known to occur. This interchange primarily involves ram that cross the Arkansas River into Unit S7 during the rut and remain there through the end of the rut, returning to the Grape Creek Unit at the conclusion of rutting activity. Some rams may have permanently remained in the Arkansas River Unit. There is also likely interchange with the Cotapaxi Herd (Unit S68) to the west and possible interchange with the Sangre de Cristo (Unit S9) and Greenhorn (Unit S35) herds. However, large expanses of timber separate these last two herds from the Grape Creek Herd (Vitt 2005a).

No die-offs have been documented within this herd since its reintroduction (Vitt 2005a). Fire suppression in the area since the 1950's has caused a gradual decline in habitat quality, especially on winter ranges. It is hoped that changes in the San Isabel National Forest's fire suppression policy will allow some naturally ignited fires to burn and perhaps improve habitat quality for bighorns within portions of the herd unit (Vitt 2005a). Other management concerns include a unique proposal by an artist to construct a series of fabric curtains along a stretch of the Arkansas River used by a portion of the herd. The pre-construction phase of the project would take one year, followed by a 2-week viewing period attended by over a million people, and another year to remove the infrastructure. This project, if undertaken, would entail prolonged, disruptive human activity in an important area of seasonal bighorn concentration along the Arkansas River.

8) The **Pike's Peak (Unit S6) and Dome Rock herds (Unit S46)** are functionally one sheep herd consisting of 275 to 375 sheep (Dreher 2005b). Significant interchange has been documented through sightings of sheep marked on Dome Rock being observed on Pike's Peak. In addition, numerous marked Dome Rock sheep have been harvested on Pike's Peak. The herd was split into two management units in 1984 for hunting purposes, with the Dome Rock Unit established as an archery unit. Both Pike's Peak (1970-1988; 67 sheep) and Dome Rock (1995-1999; 56 sheep) have served as source populations for translocations in recent decades (Dreher 2005b).

Bear and Jones (1972) documented the historic distribution of the herd as all of the area on and surrounding Pikes Peak, the area to the west of Pike's Peak including the vicinity around Dome Rock on Fourmile Creek, and some ranges to the south of Pike's Peak. The current distribution of sheep does not differ from this historic account (Dreher 2005b). Sheep sign found in the summer of 2005 indicates that sheep also use the Almagre Mountains to the southeast of Pike's Peak. The overall range of the Pike's Peak Herd includes alpine areas above 10,000 ft. on and surrounding Pike's Peak. Concentration areas for the Pike's Peak portion of the herd include Sheep Mountain, Sentinel Point, Bison Reservoir, the sheep viewing area on the Pike's Peak Highway, Bottomless Pit, East and West forks of Beaver Creek, and Sachett Mountain (Dreher 2005b). Known lambing areas for sheep in the unit include Sentinel Point and the rugged area northeast of Bison Reservoir. Concentration areas for the Dome Rock herd include Fourmile Creek, areas around Dome Rock, Cripple Creek Mountain Estates, and Lost Canyon. In the Dome Rock unit, lambing areas include Dome Rock and the surrounding rock formations. The specific migration corridor between Pike's Peak and Dome Rock is uncertain, but it is believed to exist along Oil Creek (Dreher 2005b). In the process of migrating to the Dome Rock State Wildlife

Area, sheep must cross Highway 67, a potentially fatal undertaking that has resulted in occasional documented mortalities (Dreher 2005b).

Disease, particularly *Pasteurella* pneumonia, is the primary management concern for both units. The first documented die-off of Pike's Peak sheep occurred during 1952-53; it reduced the population from 300 to about 35 animals (Bear and Jones 1973 *in* Dreher 2005b). A herd of domestic sheep on private land adjacent to Pike's Peak was the likely cause (Bear and Jones 1973 *in* Dreher 2005b). Subsequently, the CDOW purchased property to create the Pike's Peak State Wildlife Area, presumably to create an area free of domestic sheep. The second Pike's Peak die-off, in the mid-1970's, reduced the herd by approximately 50 percent. From 1972 to 1990, wildlife managers successfully treated sheep on Pike's Peak and on Dome Rock with antihelminthics (Schmidt et al. 1979 *in* Dreher 2005b, Dreher 2005b). Although no active domestic sheep allotments are on public land in either unit, numerous landowners in the general vicinity run hobby flocks of sheep and goats, and these pose a threat to bighorns in both units. Another potential concern within the herd units includes the increasing use of domestic goats as pack animals. There is no specific disease monitoring occurring in either herd unit.

The habitat quality in the Pike's Peak unit is generally good, but late successional stages characterize much of the habitat within the Dome Rock unit. This has resulted in reduced visibility and decreased amounts of forage, making much of the Dome Rock unit unusable to bighorns. Habitat manipulations that set conditions back to earlier successional stages would benefit bighorns in this unit (Dreher 2005b).

Other management concerns include the recent large increase in recreational use, including off-highway vehicles, hiking, horseback riding, and domestic dogs frequenting sheep range, primarily within the Pike's Peak unit. Because most of the Pike's Peak unit lies within federal land, development and the associated fragmentation of habitat are not of great concern. However, much of the land surrounding the Dome Rock unit is private, and has been or likely will be developed in the future, posing a significant threat to the Dome Rock bighorns.

9) As with many other areas in Colorado, bighorn sheep were probably found in the **Greenhorn unit (Unit S35)** prior to European settlement, but were extirpated before the 20th century due to disease and overhunting. The population was re-established in 1976 with a translocation of 20 sheep from the Trickle Mountain Herd to the northern peak of Greenhorn Mountain (Vitt 2005b). The population increased to about 85 animals following release, but slightly decreased to approximately 70 animals following severe snowfall events during the winters of 2003 and 2004. The herd is currently thought to be slowly increasing. No die-offs have been documented since the herd was re-established, but lungworm has been confirmed within the population. Fenbendazole blocks have been placed in several locations on Greenhorn Mountain, with only limited use by bighorns (Vitt 2005b).

Sheep distribution within the unit is currently limited to the alpine areas of Greenhorn Mountain and burned areas on the east side, especially Apache Creek (Vitt 2005b). During periods of extreme snowfall, sheep prefer timbered cliffs along the east side of Greenhorn Mountain from the summit of the east peak to Bandito Cone near Gardner. Because of fire suppression since the 1950's, habitat quality, especially of winter range, has gradually declined. Conifers have slowly encroached on movement corridors from alpine winter ranges to lower elevation winter ranges, causing a decrease in utilization of certain winter ranges within the unit (Vitt 2005b). Sheep have started to forgo migration to lower elevation winter ranges and instead are choosing to remain in alpine areas during winter. Currently, bighorns use the North Apache Creek burn heavily, suggesting that the use of prescribed fire or the adoption of a more liberal let-burn policy would benefit the Greenhorn herd.

There may be limited, although undocumented, interchange between the Greenhorn, Mt. Maestas, and Huerfano herds (Vitt 2005b). The area between the Greenhorn and Mt. Maestas herds is not very suitable for movement between herds, but it does contain patches of lower tree density, along with scattered escape cover that could facilitate long distance movements between the two areas. Portions of the Mt. Maestas herd winter in the Black Hills area approximately 8 miles from Bandito Cone within the Greenhorn unit. Although open prairie with pinyon-juniper breaks and canyons separate the Greenhorn and Huerfano herds, the mountains that comprise the Huerfano unit are directly to the west, and it is possible that dispersing animals have come in contact with each other (Vitt 2005b).

10) The **Sangre de Cristo Herd unit (Unit S9)** encompasses portions of two national forests, the Rio Grande and San Isabel, in the Sangre de Cristo Mountains. Unlike many others within the state, this herd was never extirpated, but probably did suffer

declines prior to the 20th century due to competition with and possible disease transmitted from domestic livestock, and over-hunting. A rapid decline occurred in the 1960's and 70's that was attributed to Pasteurella/ lungworm complex (Vitt 2005c), but few other disease outbreaks have been observed. The herd was one of the largest in Colorado historically, and continues to be so today, with a current estimate of 400 individuals. Only one recorded translocation into the unit has occurred; Bailey (1990 *in* Vitt 2005c) reported that 14 (1 ram, 7 ewes, and 6 lambs) sheep from the Tarryall Range were released to supplement the existing herd in 1945. Historically and presently, the population has been centered on three areas: Medano Pass, Sand Creek, and the area between Kit Carson and Horn peaks (Vitt 2005c). Some interchange may occur with the Huerfano bighorns (Unit S8) in the southern Sangre de Cristo range, but interchange with any other bighorn herds is unlikely. Because of the remoteness of the habitat, sheep have not been treated with Fenbendazol (Vitt 2005c). No information was provided regarding the threat of domestic sheep grazing in the area.

Habitat quality is becoming an increasing concern within the herd unit. Since the 1950's, fire suppression has detrimentally affected habitat quality, particularly winter range (Vitt 2005c). Conifer encroachment into migration corridors has caused a decrease in utilization of certain wintering areas, and some sheep no longer migrate to lower elevation winter ranges. As with other herd units, increasing human recreation has become a management concern. Individual drainages within the area routinely see as many as 85 recreationalists per day during peak times.

11) The **Huerfano Herd (Unit S8)** occupies the southern end of the Sangre de Cristo Mountains, and it likely forms a metapopulation with the Sangre de Cristo and Costilla bighorn herds. The Huerfano Herd has been relatively productive although six to eight dead sheep were documented in the late summer of 2005 (Wait 2005a). Some of these deaths may have been due to lightning strikes. The herd is currently estimated at 65 individuals. No information regarding disease or domestic sheep was available to the authors.

12) The **Costilla Herd (Unit S65)** is not located on USFS land, but is adjacent to the San Isabel National Forest. This herd may have been created by a transplant of 34 bighorns from British Columbia onto the Forbes Ranch in 1990, or that transplant might have been an augmentation to existing herds in the area (Wait 2005a). In either case, the Costilla Herd has been quite productive and is currently estimated at about 400 sheep. Most of the herd ranges throughout the Trinchera Creek drainage on the Forbes Ranch, but it is also connected to the Culebra Herd unit (Unit S51) east of the southern end of the Sangre de Cristo Mountains. No information regarding disease outbreaks or domestic sheep grazing was available to the authors.

13) The **Culebra Herd (Unit S51)** is an introduced herd that has received many translocations. The initial translocation involved releasing an unknown number of sheep from an unknown source onto the Spanish Peaks State Wildlife Area. The bighorns promptly moved and established a small herd in Mauricio Canyon west of Aguilar (Vitt 2005d). Three additional translocations from 1984 to 1989 involved releasing 65 bighorns into different areas throughout the herd unit. The source populations for these sheep were the Queen's Canyon Quarry (20 sheep), Georgetown (20 sheep), and the Almont Triangle (25 sheep). Some of the sheep from these translocation efforts did not remain near their release sites, but the population within the herd unit has done well and its currently increasing population is estimated at about 250 individuals (Vitt 2005d).

Sheep inhabit the West Peak of the Spanish Peaks and the Culebra range of the Sangre de Cristo Mountains from Stateline Peak on the New Mexico State line north to Napoleon Peak (Vitt 2005d). Summer range for this herd is alpine meadows and associated timberline habitat, while winter range includes the 14,000 ft. summit of Culebra Mountain to the cliffs and aspen-covered mountainsides around North Lake. Sheep from West Peak also winter from above timberline to the volcanic dikes that radiate out from the summit, to the lower elevation hillsides near La Veta (Vitt 2005d).

Interchange with other sheep herds has been documented through observations of reintroduced animals in other herd units shortly after being transplanted into the region. Most of the interchange has been with the Mt. Maestas Herd, with several bighorns from three different translocations leaving the Culebra Herd and becoming established there (Vitt 2005d). In addition, because both the Culebra and Costilla sheep share the same mountain range, there is interchange between these two herds. Another potential area of interchange is with the Huerfano Herd (Unit S8), but an expanse of timbered habitat provides a barrier to movement between these units (Vitt 2005d).

Public access to this herd for hunting is restricted because of the extensive private holdings within the unit. In addition, there is the serious threat of

*Pasteurella* pneumonia exposure and related die-offs because recent court rulings allow the reintroduction of domestic sheep into the Cielo Vista ranch (Vitt 2005d). Monitoring of fecal lungworm loads within the herd began in the summer of 2005, but CDOW has not yet received results of this study (Vitt 2005d).

Other management concerns include development in the Cordova Pass area, where expected increases in development will likely curtail or even prevent interchange between the West Spanish Peak sub-herd and other sub-herds within the unit (Vitt 2005d). In addition, because public land is restricted within the herd unit, it is expected that increases in human recreational activities such as mountain climbing will negatively affect bighorns in publicly owned areas inhabited by sheep.

Habitat quality is generally very good within the herd unit, but increasing bighorn sheep and elk populations are producing negative impacts. The elk population in this unit is 4,000 animals over objective, and the limited bighorn harvest has led to concerns of overpopulation (Vitt 2005d). Fifty years of fire suppression has also caused a slow decline in the quality of winter range. Resulting conifer encroachment in migration corridors from high to low elevation winter ranges may decrease utilization of certain winter ranges within the unit, with some sheep foregoing migration to lower elevation winter ranges altogether (Vitt 2005d).

*Rio Grande National Forest: 4 herds*

1) The **Natural Arch Herd (Unit S55)**, currently estimated at 20 individuals, has been in continued decline over the past several years, likely due to chronic exposure to diseases from domestic sheep (Wait 2005a). Lamb recruitment is very low, and the future of the herd looks bleak. Hunting was closed within the unit in 2006 because hunters have not been successful in finding legal rams and have reported no observations of bighorns in the past few years (Wait 2005a).

2) The **Bristol Head Herd (Unit S53a)** is currently a stagnant herd estimated at 50 individuals. This herd faces probable contact with domestic sheep, but this has not been conclusively documented (Wait 2005a). The sheep within this unit were probably once part of a larger population with surrounding herds, but no interchange currently occurs.

3) The **Pole Mountain/Upper Lake Fork Herd (Unit S33)** occurs in both the Gunnison and Rio Grande national forests. See Gunnison National Forest section for a discussion of this herd unit.

4) The **Alamosa Canyon and Conejos herds (Units S29 and S30**, respectively) would likely serve as a metapopulation along with the Blanco River/Navajo Herd, but exposure to domestic sheep is probably the limiting factor keeping them segregated in isolated herds (Wait 2005a). The Conejos Herd, estimated at about 75 sheep, is in jeopardy of exposure to domestic sheep throughout the Conejos drainage. There have been no documented die-offs in the Conejos Herd, but the Alamosa Canyon Herd did experience a die-off in the late 1980's/early 1990's. The Alamosa Canyon Herd, estimated currently at about 35 sheep, has had extensive exposure to domestic sheep grazing in the Alamosa and Conejos River basins (Wait 2005a). While these herd units contain vast areas of very good bighorn habitat, they will probably continue to be limited by exposure to domestic sheep grazing (Wait 2005a).

*San Juan National Forest: 5 herds*

1) The **Vallecito Creek Herd (Unit S28)** is a native herd currently comprised of about 125 bighorns; this is larger than it has been in most of its recorded past (there were an estimated 30 to 50 sheep in both 1973 and 1988). The only recorded translocation into the herd occurred in 1988 and involved 20 sheep from the Snowmass unit. This translocation was undertaken to increase the genetic diversity and vigor of the herd, but it was considered unsuccessful based on the subsequent performance of the herd (Wait 2005b). No interchange with other bighorn herds exists.

Domestic sheep were commonly grazed and trailed through this herd unit until 1990, and this may have resulted in the translocation failure. At that time, a conflict between domestic and bighorn sheep was recognized, and the USFS changed the allotments from domestic sheep to cattle and horse grazing. *Pasteurella* has not been isolated from any of the sheep within the unit (Wait 2005b). Recreational use and development are thought to be minimal threats to this herd (Wait 2005b).

Vallecito Creek bighorns use two distinct habitat types. Most of the herd winters at lower elevations characterized by scattered trees within large rocky outcrops, where reduced sight distances may be a constraint for sheep by increasing their vulnerability to predators. This area also appears to serve as lambing habitat. Other sheep use the alpine areas year round; however, extreme snowfall events in alpine areas

dramatically limit the availability of habitat in some winters (Wait 2005b).

2) **The Cimmarona/Hossick Herd (Unit S16)** is a native herd, currently estimated at about 100 to 125 individuals and experiencing reasonable lamb production and recruitment (Wait 2005c). It has expanded from the 30 to 40 sheep found in the herd from 1944 to 1970 (Bear and Jones 1973 *in* Wait 2005c). This herd is isolated from other bighorn herds, and no records of translocations into or out of this herd are known (Wait 2005c).

Disease, particularly *Pasteurella*, is a moderate concern for this herd (Wait 2005c), but it has not been isolated from any sheep. Domestic sheep were commonly grazed and trailed through this bighorn herd until 1991, when the allotment was changed from domestic sheep to cattle and horses. All grazing of domestic stock has since been eliminated (Wait 2005c).

Most habitats within the unit are in good or excellent condition. Winter range is somewhat restricted, particularly following big snowfalls (Wait 2005c). Frequent avalanches appear to maintain access into the Williams Creek drainage, which may have allowed recent expansion into this area. Recreational activity, development, and habitat fragmentation are not major threats to this herd, primarily due to the steep and remote terrain.

3) The history and status of the **Sheep Mountain Herd (Unit S15)** are nearly identical to those of the Cimmarona/Hossick Herd described above. Domestic sheep were commonly grazed and trailed through this herd unit until the mid 1970's in the Sheep Mountain area and until 1991 in the Turkey Creek and Deadman areas. The allotments were then changed from domestic sheep to cattle and horses, and then grazing of all domestic stock was eliminated (Wait 2005d). The herd is currently estimated at 100 to 125 individuals.

4) The history and status of the **Blanco River/Navajo Herd (Unit S31)** are nearly identical to those of the Cimmarona/Hossick and Sheep Mountain herds described above. The biggest difference is that disease, particularly *Pasteurella* pneumonia, is a relatively high management concern for this unit (Wait 2005e). Domestic sheep were commonly grazed and trailed through this herd unit until the mid 1970's in the Fish Lake area and until 1989 in the Elwood Pass area. At that time, a conflict between domestic and wild sheep was recognized, and the allotments were changed from domestic sheep to cattle and horse grazing. All grazing of domestic stock has since been eliminated (Wait 2005e). The east side of the Continental Divide is still open to domestic sheep grazing and is regularly grazed, creating the potential for contact between bighorn and domestic sheep. The herd is currently estimated at 100 to 125 individuals.

5) The **Animas Canyon Herd** (no herd unit designation) was established with animals translocated from the Georgetown Herd in 2000 and 2002-2003. The population is currently estimated at 70 animals, and reproduction and survival have been good in each year since then (Wait 2005a). Sheep use the entire Animas Canyon from Rockwood up to Needle Creek, with primary summer range being the Twilight/West Needles area, and primary winter and lambing range in the Animas Canyon from Rockwood up to the Cascade Wye. Immediately after release, two bighorns dispersed into the Cow Creek herd unit, where one was hit by a car and killed, and the other joined the Cow Creek animals. Based on ear tag observations, several sheep dispersed into the Lake Fork/Pole Mountain herd, and six or seven sheep moved into the Hermosa Cliffs area, where they have remained and have produced lambs every year (Wait 2005a).

*Gunnison National Forest: 8 herds*

1) The **Taylor River Herd (Unit S26)** historically included two independent sheep herds, the Taylor River and Fossil Ridge herds. Based on seasonal habitat use and migration patterns, CDOW recognized that these two herds were independent of one another and divided them into separate management units (Units S26 and S70) beginning in 2006. There are various bighorn sheep herds residing within close proximity to the Taylor River herd, including S11, S13, S54, and for 2006, S70. Although exchange is now rare between these herds, it is possible that they once formed a larger metapopulation. Due to several factors, however, the lack of sufficient connectivity does not currently permit significant exchange between different herds.

The Taylor River herd is comprised of approximately 75 animals (Diamond 2005a), down from a recent high of about 131 animals in the late 1990's. Within the past 3 to 4 years, the herd has experienced very poor lamb recruitment, which has led to the population decline. This herd has experienced at least three significant die-offs over the last 40 years: 1961, winter 1978-79, and winter 1991-92. The most severe die-off occurred during 1978-79, when the population declined by an estimated 75 to 80 percent. These die-offs have been attributed to

three primary factors: stress, competition for limited winter forage, and lungworm parasitism. Stress factors include severe winters, drought, human disturbance, or years where sheep experience unusually high lungworm burdens. Prolonged periods of high stress may predispose bighorn sheep to infection by various disease pathogens. Recent analysis of the average maximum sustained cortisol concentration (AMSCC) in the Taylor River bighorns indicated that this herd may have been subject to high stress levels. AMSCC values were obtained from Taylor bighorns on at least six different occasions, and with the exception of 1988, AMSCC values indicate a highly stressed herd during all years sampled (Diamond 2005a).

Cambendazole and Fenbendazole have been administered to Taylor River sheep on bait stations since the late 1970's (Diamond 2005a) with the intention of minimizing lungworm burdens and reducing the risk of pneumonia infection. Medical treatment at bait stations has been the subject of considerable debate among wildlife researchers because it is generally not possible to administer the appropriate dosage to each individual animal. Costs are high for medication and maintaining a bait station, and there are concerns about concentrating bighorns at bait sites because it may foment the spread of disease. Although the Taylor River bighorn herd has not been medicated in recent years, CDOW intends to distribute Fenbendazole blocks throughout winter and transitional ranges in 2006. These medicated blocks may provide some relief from lungworm parasitism while minimizing concentration at a single bait site (Diamond 2005a).

Habitat quality in the herd unit is considered good. The unit contains reasonably large blocks of habitat with decent connectivity between seasonal ranges. Summer forage conditions in high-elevation alpine habitats are excellent, and critical, lower elevation winter ranges provide a diversity of forage and escape terrain. However, heavy winter browsing by ungulates has likely reduced plant vigor, and therefore, forage quality may not currently be optimal. Conifer encroachment and an increase in cheatgrass are of concern in the Almont Triangle area, presenting another management concern on already limited winter ranges. Plant community succession, particularly on transitional ranges, is also of concern in this unit (Diamond 2005a). Other significant concerns facing this herd include increased recreational use and development in critical transition ranges.

2) The **Fossil Ridge Herd (Unit S70)**, as mentioned previously, was formerly included with the Taylor River Herd for management purposes, but as of 2006, it is managed as a separate herd. This herd was initiated in the winter of 1992 with a translocation of 20 bighorns from the Trickle Mountain Herd, and it is currently estimated to contain 60 individuals. Lamb recruitment has been moderate during most years but has recently declined and may lead to an overall population decrease. Winter range is extremely limited for this population and may represent a bottleneck (Diamond 2005b). As mentioned earlier, there is little interchange between the Fossil Ridge Herd and surrounding bighorn herds.

3) The **West Elk and Dillon Mesa herds** are distinct herds but comprise one herd unit for management purposes (Unit S54) (Diamond 2005b). The indigenous West Elk population inhabits the alpine habitats within the West Elk Wilderness, and the translocated Dillon Mesa population generally inhabits the area north of Blue Mesa Reservoir at lower elevations.

The West Elk sheep remain in alpine habitats year-round, but some exchange is suspected with the Dillon Mesa population, particularly between ram groups. Historically, the West Elk Herd probably inhabited a much larger area than it does currently. The West Elk bighorn herd has experienced regular population fluctuations common to many other bighorn herds within Colorado, but it has demonstrated remarkable resiliency over the last century. The herd appears to have declined by about 50 percent over the last 10 years and conservatively consists of 50 to 60 animals today. This herd has never received a transplant nor been used as a source herd (Diamond 2005b). Stress factors including winter severity, forage quality, and lungworm burden have all likely exerted an influence over annual survival and recruitment rates in this population (Diamond 2005b). It is unknown whether these herds are likely to encounter domestic sheep.

Bighorns were likely indigenous in the area currently inhabited by the Dillon Mesa population, but they were extirpated following European settlement. Reintroduction efforts began in the 1970's with the release of 25 sheep from the Trickle Mountain herd. This was followed in 1977 by the augmentation of an additional 19 sheep from Pike's Peak. The initial population flourished but experienced a catastrophic die-off during the severe winter of 1983-84. Twenty-five additional sheep were translocated during 1996 and 2000 to supplement the dwindling herd. Since that time, lamb recruitment has been poor during most years, with stress and disease suspected as the primary limiting factors (Diamond 2005b). Highway 50 has

been a significant mortality source for this population, with numerous documented road-kills. Efforts (i.e., guzzler installation, salt blocks) to keep sheep off the highway have been largely unsuccessful. This herd exhibits seasonal movement between suitable habitats, and some exchange of rams with the West Elk bighorns is suspected in the upper reaches of West Elk Creek (Diamond 2005b).

4) The **Lower Cochetopa Canyon Herd (Unit S69)** originated from two translocations in 1995 and 1996 of 32 sheep from the Taylor River Herd. Translocated animals initially flourished, but lamb recruitment has been poor since the early 2000's. The Lower Cochetopa Canyon population is currently estimated at 55 animals. Sizeable tracts of habitat exist throughout the canyon; however, drought, road-kill, disease, and predation appear to hinder the vigor of this herd. Fenbendazole blocks have been periodically distributed throughout Cochetopa Canyon, but it is difficult to assess their level of effectiveness in preventing disease (Diamond 2005b). The herd prefers to range within close proximity to Cochetopa Canyon, which provides escape terrain (Diamond 2005b); therefore, interchange with other bighorns herds is likely limited.

5) The **Trickle Mountain Herd unit (Unit S10)** encompasses area in both the Gunnison and Rio Grande national forests. This unit was once one of the most productive herds in Colorado and a source for translocation stock for many other herds (Wait 2005a). The herd numbered as many as 400 to 500 in 1993 but suffered a catastrophic die-off in 1993-94. The population subsequently crashed to the current number of about 50, and it has exhibited very low lamb recruitment ever since. Domestic sheep were grazed on the edge of bighorn range in 1993 and were the likely the source of exposure to disease. The specific disease that led to the die-off was never positively identified (Wait 2005a). There are no currently active domestic sheep allotments within this herd unit.

6) Bighorns within the **San Luis Peak Herd unit (Unit S22)** are a native population that was never extirpated (Diamond 2005c). The current population estimate is 80, and there have never been any translocations into or out of the herd. The herd is centered close to the La Garita Wilderness and surrounding areas, which are considered to constitute critical bighorn habitat. Historically, there was overlap between the lower elevation winter ranges of San Luis sheep and the overall range of the Cebolla Creek/Rock Creek Herd (Unit S52) inhabiting the Cebolla Creek

drainage. Some records indicate that bighorns in these two units were essentially one herd (Diamond 2005c). It is probable that what are currently designated as two distinct herd units historically made up one larger population, which was fragmented following population reductions that occurred during European settlement. There are three bighorn sheep herds residing within close proximity to the San Luis Unit: the Rock Creek (Cebolla) Herd primarily occupies Cebolla Creek and adjacent drainages that lie to the north, and the Bellows Creek and Bristol Head herds reside to the south and southeast of the San Luis unit. It is possible that these areas once sustained a large, freely exchanging population. However, no regular interaction has been documented during recent years (Diamond 2005c).

San Luis sheep often spend the entire year in alpine habitats, but some migrate to lower elevations during winter. Sheep that remain in the alpine during winter utilize slopes with southern aspects and windblown ridges where forage is available, while those that migrate to lower elevations use the broken terrain available in the lower reaches of the Spring Creek drainage (Diamond 2005c). Historically, sizeable groups of rams migrated from the high country into the Cebolla Creek drainage during winter where they would undoubtedly encounter sheep from the Cebolla Creek population. However, the Cebolla Creek Herd experienced a significant *Pasteurella* related die-off in the early 1990's (Diamond 2005c). Subsequently, large groups of rams were no longer observed in the Cebolla drainage. It is likely that ewe and lamb groups also historically migrated in the Cebolla Creek drainage during winter; however, recent monitoring indicates that sheep from the San Luis no longer use the Cebolla Creek drainage during any time of the year (Diamond 2005c).

Domestic sheep allotments are still active in portions of the unit, and domestics were observed during the summer of 2005 in very close proximity to bighorns. Without significant modifications to the existing grazing regime and/or closure of specific allotments within bighorn range, future die-offs are likely. No disease monitoring has ever occurred in the San Luis unit, nor have the sheep ever been treated with Fenbendazole (Diamond 2005c).

Large blocks of quality habitat exist throughout the San Luis unit, with good connectivity between seasonal ranges (Diamond 2005c). High-elevation alpine habitats provide excellent forage during the summer months and are interspersed with cliffs and rocky outcrops critical for lambing and escape. At lower

elevations, broken, south and west facing slopes provide additional winter ranges complete with abundant forage and escape terrain (Diamond 2005c). The primary habitat concern in this unit is conifer encroachment, especially in lower elevation winter ranges.

Another potential threat to the overall health of the San Luis Herd is increased recreation. Bighorn sheep show strong fidelity to certain areas within the unit, and the potential for conflict will escalate as human recreational use increases. There is a significant amount of off-highway vehicle use year-round to the south of the La Garita Wilderness, and snowmobile disturbance during winter months is of concern to wildlife managers (Diamond 2005c).

7) Occurring in both the Gunnison and Rio Grande national forests, the **Pole Mountain/Upper Lake Fork Herd (Unit S33)** is likely an indigenous herd that received two small supplemental transplants totaling five sheep in 1987. Three of these translocated animals were from the Trickle Mountain Herd, and two were from the San Luis area (Diamond 2005d). The herd currently numbers about 60 animals, but because the unit contains large expanses of suitable bighorn habitat, it may have supported a larger herd in the past. Historically, there were three sub-populations within the unit, described as the Pole Mountain, Lake Fork, and Henson Creek sub-herds. Sheep still inhabit these traditional areas, occupying alpine habitats year-round, but typically concentrating above tree line after winter snows have receded and new forage becomes available. During winter, many of these sheep migrate to lower elevations in the broken, south-facing slopes available of the Lake Fork and Henson Creek drainages. Sheep have also been observed below Rio Grande Reservoir during the winter months.

The San Luis Peak (S22) and Bristol Head herd units (S53) are situated to the east of the Lake Fork Herd across Highway 149, the Cow Creek (S21) Herd is immediately adjacent to the northwest, and the Animas Canyon Herd resides immediately to the southwest of the unit. Although undocumented at this time, there may be periodic interchange with units S22, S53, but it is likely minimal due to large, intervening expanses of forest. Exchange with the Animas Canyon Herd has been documented, and exchange with animals in Cow Creek is likely based on their proximity and the availability of movement corridors (Diamond 2005d).

An apparent die-off occurred in the late 1980's, causing a population decline that prompted the closure of hunting in 1991 (Diamond 2005d). During an aerial survey in 1988, three of four radio-collared sheep were found dead in different locations throughout the unit, suggesting that a widespread die-off had occurred. At least five bands of domestic sheep were seen across the unit during the survey. Hunting was reinstated within the unit in 2006, with a harvest quota of 2 rams. Domestic sheep grazing has historically occurred throughout the herd unit, and four allotments are currently active. Continued domestic sheep grazing is a primary concern to managers, as some active allotments are situated on the boundary between the Lake Fork and the Cow Creek herd units, posing a severe risk of disease transmission to bighorns in both herds. No specific disease monitoring has occurred in the Lake Fork Herd unit, and the herd has never been treated with Fenbendazole. CDOW attempted to trap sheep in the Lake Fork unit during the winter of 2005-2006 to obtain biological samples for disease testing, but was unsuccessful due to interference by elk at the bait site (Diamond personal communication 2007).

Habitat quality in the unit is excellent. Large blocks of high quality habitat are distributed throughout the unit, with good connectivity between seasonal ranges (Diamond 2005d). Summer ranges include alpine habitats containing excellent forage and juxtaposed with cliffs and rocky outcrops that provide critical lambing and escape terrain. At lower elevations, broken, south-facing slopes provide critical winter range with abundant forage and escape terrain (Diamond 2005d). Plant community succession is of concern, particularly on winter ranges. Conifer encroachment, particularly in traditional bighorn use areas, will become an increasing threat if not addressed through management action. In addition, large herds of elk and deer inhabiting this unit could cause competition for space and resources, but this is not now considered a limiting factor for bighorns (Diamond 2005d).

Other concerns for the Lake Fork Herd include increased recreational use. Hiking, biking, camping, hunting, fishing, wildlife watching, cross-country skiing, and off-highway vehicle use are some of the activities taking place in the herd unit. Although much of the area is remote, bighorns in the unit tend to show a strong fidelity to certain areas, creating the potential for conflict as human use escalates in those areas. Areas of particular concern are along the Alpine Loop west of Lake City, and the Lake Fork drainage above Lake San Cristobal, where continuous recreational disturbance could lead to displacement of sheep into suboptimal habitats. In addition, development is considered a great threat to resident sheep in certain areas. Much of the private land above Lake San Cristobal is continuously

being developed. Construction near the river bottom and on the north side of the valley is occurring in areas used by bighorns during the winter months, and decreasing winter range availability may represent a potential bottleneck for herd productivity (Diamond 2005d).

8) The **Rock Creek Herd (Unit S52)** is likely indigenous and represented an extension of the San Luis Peak sheep herd (Diamond 2005b). A translocation in 1977 was "intended to increase the distribution and population of bighorn sheep adjacent to existing concentrations" (Bear 1977 *in* Diamond 2005b). This translocation initially did quite well, and the Rock Creek Herd was soon used as a source herd for transplant stock. The herd then suffered a severe die-off during 1989-1990 that was believed to have also affected the San Luis population. Additional translocations were carried out in 2002 to supplement the declining population. The herd is currently estimated at only 20 to 25 animals, and it primarily inhabits the Cebolla and Rock Creek drainages southeast of the town of Powderhorn (Diamond 2005b).

Large tracts of habitat exist within the herd unit, but chronically low levels of lamb recruitment apparently hinder population growth (Diamond 2005b). During 2002, three bighorn ewe carcasses were discovered; these animals had apparently died of pneumonia (*Mannheimia hemolytica*). In addition, Bovine Viral Diarrhea Virus (BVDV) was isolated from the lung tissue of one of these ewes. Disease is likely the greatest limiting factor for this herd (Diamond 2005b).

*Uncompahgre National Forest: 1 herd*

The **Ouray-Cow Creek Herd (Unit S21)** is somewhat unique in Colorado as it is one of the few remaining indigenous herds (Banulis 2005). In the early 1900's, this herd was estimated at about 1,000 individuals. The first drastic decline in the herd occurred in 1923, when mining activity and housing development reduced critical winter range, and disease from domestic livestock infected the herd. The size of the herd remained depressed over the next several decades, estimated at 150 to 200 in the late 1970's (Banulis 2005). In 1983, lungworm and pneumonia were the likely causes of low lamb recruitment and another population crash to about 40 animals four years later. The herd gradually increased to about 80 by the mid 1990's, and contains 100 head currently.

Three translocations have been associated with the Ouray Herd. Two of these were out of the herd and were conducted with the primary purpose of reducing the Ouray population and the potential spread of disease. The first translocation occurred in 1983 and involved 19 sheep being relocated to the Bristol Head Herd, while the second occurred in 1985, with 20 sheep moved to Brown's Canyon. The single translocation into the Ouray Herd occurred in 1992, when 21 bighorns from the Georgetown Herd were released into Cutler Creek (Banulis 2005).

Mining development within the herd unit began in the late 1800's. Prior to this time, bighorns wintered throughout the area currently occupied by the town of Ouray and on benches in the Uncompahgre Valley between Ouray and Ridgeway (Banulis 2005). As development increased, the herd's winter range decreased. The Ouray-Cow Creek Herd currently winters in significantly smaller patches of habitat within the same area as they did historically. Current wintering areas include benches along the Uncompahgre River Valley near Ouray downstream to Dexter Creek, Cutler Creek, and to East Baldy Peak. Many sheep also winter above 9,000 ft. in areas that are open, south-facing slopes in close proximity to rugged volcanic tuft outcrops (Banulis 2005). Historic summer distribution probably occurred in the areas that are currently used, and included the upper elevations of the Cimarron, Cow Creek, and Uncompahgre River drainages (Banulis 2005). Historically, the Sneffles Range west of Ouray was probably used much more extensively as summer range than it is now.

There is possible interchange between Ouray bighorns and sheep in the Lake Fork (Unit S33) and/or Animas herds (Banulis 2005). Two radio-collared sheep from the Animas Herd have been located within the Ouray/Cow Creek Herd unit in association with Ouray bighorns. If these herds increase, it could lead to increased exchange of individuals, especially of dispersing juveniles (Banulis 2005).

Disease, particularly *Pasteurella* pneumonia, is the primary management concern for the Ouray/Cow Creek Herd. *Pasteurella* and lungworm were determined to be the causes for a drastic population decline during the early 1980's. Similar occurrences prior to the 1980's have also been recorded (Banulis 2005). To deal with the disease threat from 1979 to 1985, bighorns were trapped and treated for lungworm with Fenbendazole, then released within the Ouray area to reduce lungworm loads and to minimize the potential for a *Pasteurella* die-off. As mentioned previously, 39 sheep were also trapped and transplanted out of the Ouray herd to reduce the population and winter concentrations in an attempt to minimize the spread of lungworm and *Pasteurella*.

Fenbendazole blocks were occasionally distributed in wintering areas during the 1980's and 1990's (Banulis 2005). Currently, there is no specific disease monitoring occurring within the herd unit, other than necropsy and testing of animals that are hit by cars (Banulis 2005). Several domestic sheep allotments occur within the Ouray/Cow Creek Herd unit. Although most allotments have not been active in recent years, there has been a growing interest in restocking these allotments.

Habitat quality within the unit is considered good. The rough terrain provides necessary escape cover, and forage quantity and quality generally appear adequate. The primary habitat concerns in this unit are the loss of disturbance-free wintering areas, increases in spruce and oak brush, and availability of suitable forage due to competition with domestic livestock (Banulis 2005). Wintering sheep are now restricted to small benches that are undeveloped or developed in low densities. These are increasingly threatened by ongoing fire suppression, which has allowed oak-brush stands to dominate formerly suitable sheep habitat. In 1989, 800 acres of oak scrubland were burned to increase available bighorn habitat, and fertilization treatments to improve forage vigor have been conducted. Competition with domestic livestock has been a concern for at least 70 to 80 years, when accounts of district rangers noted that large portions of the area were not suitable for bighorns because of domestic livestock grazing. Declining numbers of domestic livestock have likely reduced competition in recent years; however, competition with other wildlife species, particularly elk, could be a threat to bighorns as both deer and elk densities are moderate to high within the herd unit (Banulis 2005).

Other management concerns for this herd include increased recreational use. Increasing numbers of hikers, dogs, horseback riders, off-highway vehicle and 4x4 enthusiasts, and mountain bikers are a major threat to the continued persistence of the Ouray/Cow Creek bighorns. The greatest concern is disturbance by recreationalists and domestic dogs during winter months when bighorns are concentrated and stressed (Banulis 2005). Traditional bighorn wintering areas occur on private land, which faces heavy development pressure. In addition, Highway 550 poses a significant threat to bighorn sheep during seasonal movements, and a few sheep are killed in vehicle collisions each year. Although mining activity in the area has decreased significantly within the last 20 years, a new gold mining operation is planned in the Uncompahgre Wilderness in the West Fork of the Cimarron drainage (Banulis 2005). Equipment, personnel, and ore will be transported to and from the mine using daily helicopter flights. The impact of this operation on sheep in the herd unit is unknown but could be significant.

*Other herds in Colorado on or near National Forest System land: 7 herds*

1) The **Apishapa Herd (Unit S38)** was initiated in 1977 with a translocation of 25 sheep from the Upper Poudre River Herd. An additional four rams from the Collegiate North Herd were released into the unit in 1990 (Vitt 2005e). The population subsequently increased to 100 individuals by 1984, declined to about 40 by 1988, and has since held at about 80 animals.

Bighorns inhabit the main and side canyons of the Apishapa River Canyon, from the Cross Canyons/ Apishapa River junction downstream to South Canyon. Lambing areas are located upstream of the confluence of Jones Lake Canyon and the Apishapa River. Rams are found in South Canyon during the non-breeding season and move to the Apishapa State Wildlife Area during the breeding season. There is likely no interchange with other bighorn herds, as considerable expanses of short grass prairie separate this population from others (Vitt 2005e).

The threat of disease to bighorns in this unit is mostly unknown. No large die-offs have been reported, and fecal lungworm loads were evaluated once (at an unknown time) and found to be very low (Vitt 2005e). Habitat quality has remained good since sheep reintroduction, but continued fire suppression and noxious weed invasions may reduce habitat quality in the future. Human recreation and development are not of concern to sheep in this unit (Vitt 2005e).

2) The **Purgatoire Canyon Herd (Unit S61)** was initiated in 1982 with the translocation of 17 bighorns from the Never Summer Range in Rocky Mountain National Park into the Purgatoire River Canyon. A subsequent translocation was made in 1986 using 20 sheep from the Collegiate North Herd, which were released into Chacuaco Canyon, a major tributary canyon of the Purgatoire. The herd increased to an estimated 240 individuals by 1996 and has remained at about that level up until the present (Yost 2005a).

Bighorns are distributed throughout much of the main Purgatoire and Chacuaco canyons. The greatest numbers occur on the south side of the Purgatoire, with many small bands of sheep inhabiting side canyons such as Bruno, Tobe, and Poitrey (Yost 2005a). The Pinyon Canyon Military Reservation on the north side of the Purgatoire River also supports good numbers of

sheep. Because of the low elevation of this herd unit, sheep make minimal or no seasonal movements. For several years, bighorns have been absent from portions of the canyon near the Comanche National Grassland and Army property boundary. However, recent reports from landowners indicate that sheep are beginning to return to this area. It is not known why they disappeared for several years, but lungworm is suspected (Yost 2005a). In 2000, sheep hunters reported numerous sheep with severe coughing and poor body condition, and one sheep was harvested that exhibited symptoms of pneumonia. However, lung tissue samples from the ram indicated that lesions on the tissue were caused by a lungworm infestation. There have been no other disease concerns, nor is there any specific disease monitoring occurring within the herd unit (Yost 2005a). No interchange with other bighorn herds is thought to occur due to several miles of shortgrass prairie between the Purgatoire sheep and the nearest bighorns in the Carrizo (S48) and Apishapa (S38) units.

Habitat quality within the unit is considered good. High, rocky canyon walls provide excellent escape cover, and the diverse vegetation offers quality forage (Yost 2005a). Nevertheless, Yost (2005a) suggested that burning could further improve forage quality. Tamarisk (*Tamarix parv.flora*) is encroaching in some of the drainages, and Pinyon-juniper has encroached over much of the area; both are situations that could be remedied through mechanical treatment or fire. Human recreation and development are not of concern to sheep in this unit (Yost 2005a).

3) Twenty bighorn sheep from the Collegiate Range were translocated to private property at the confluence of Cottonwood and Carrizo creeks in 1980, initiating the **Carrizo Creek Herd (Unit S48)**. The herd doubled in size by 1985 (Yost 2005b) and has stabilized at about 50 individuals since the early 1990's. Current bighorn distribution is centered in the West Carrizo Creek area (Yost 2005b). Breeding generally occurs on or near the Mizer rye fields, with lambing occurring in the canyons above. Since the highest mesa tops are less than 1,830 m (6,000 ft.), no significant seasonal movement occurs between seasonal ranges (Yost 2005b). There is no interchange with other bighorn herds because expanses of unsuitable habitat separate this herd from other herds.

Disease is not a major concern for the Carrizo sheep (Yost 2005b) since there are no domestic sheep on or near the area occupied by the herd. While there is no specific disease monitoring program within the unit, fecal samples have been collected on several occasions and have revealed no evidence of lungworm (Yost 2005b). There is, however, potential competition and definite interaction with cattle and horses throughout the herd's range.

Habitat quality is considered fair. Steep canyon walls and rocky outcroppings provide adequate escape cover. Forage quantity and quality are sufficient but could be improved with the use of fire (Yost 2005b). As with the Purgatoire Herd, tamarisk and conifer encroachment threatens much of the area, but this could be remedied through mechanical means or fire. Up to 35 bighorns are known to use dry-land rye fields frequently in Cottonwood Canyon and West Carrizo. Due to the remoteness of the area, human recreation and development are not considered concerns at this time (Yost 2005b).

4) The **Mt. Maestas Herd (Unit S64)** was started in the early 1980's when a bighorn ram (believed to be from the Greenhorn Mountain herd) was spotted chasing cattle in a rancher's field in the Mt. Maestas area. Two ewes from the Rampart Range herd were released to capture his interest. From 1983-1990, 18 additional bighorns from various sources were released in the area. Since then, the population increased to over 200 animals by 1994, then decreased dramatically when a *Pasteurella* related die-off occurred. The herd is currently estimated at 100 to 125 individuals (Vitt 2005f).

Sheep in the Plum Spring area were observed coughing in 1994, and numerous (26) dead sheep were found during a flight and ground searches in 1995 (Vitt 2005f). A baiting program, using apple pulp laced with Fenbendazole, was started at that time and has continued on an annual basis. Baiting operations have been continued past the initial die-off to address the problem of trans-placental migration of lungworm larvae to the fetus. Animals have been trapped and relocated twice after the die-off, with reported die-offs occurring in the transplanted areas after release (Vitt 2005f). Hobby flocks of domestic sheep are located within the winter range of this population, and there is one known domestic goat herd two miles from bighorn winter range within the Black Hills. Because of persistent threat of disease transmission from domestic sheep and goats, disease will continue to be a major management concern for the Mt. Maestas Herd.

During summer, sheep inhabit the slopes of Silver Mountain and Mt. Maestas, and move to lower elevations where winter range is located along the numerous volcanic dikes from east of Silver Mountain

to the Black Hills east of Yellowstone Road in Huerfano County (Vitt 2005f). It is unknown if sheep historically inhabited the Mt. Maestas area. It is possible that interchange occurs with the Greenhorn population, but the intervening habitat is not very conducive to movements between the two herds. However, there are corridors with a lower tree density and scattered escape cover that would facilitate long distance movements down the east side of Greenhorn Mountain (Vitt 2005f). It is more likely that there is interchange with the Huerfano Herd since less than 10 air miles of open prairie with pinyon/juniper breaks and canyons separate the winter ranges of these two herds (Vitt 2005f).

Decades of fire suppression have detrimentally affected bighorn habitat quality within the unit. Conifers are encroaching upon lower elevation habitat, especially on the winter range. In addition, a parcel of BLM land utilized as a lambing area is slowly declining in quality. Plans are being developed to improve these habitats using prescribed burns (Vitt 2005f). Because the herd is found on private lands or public lands that are landlocked within private holdings, human recreational activities are not a major threat to the herd. However, development on some private lands in the area threatens sheep, especially by the presence of an increased number of free-roaming domestic dogs.

5) The **Pueblo Reservoir Herd** (no herd unit designation) is a small herd (always less than 30) that resulted from a translocation of 20 sheep from the Tarryall Range to the Hardscrabble Creek area in 1988 (Vitt 2005g). The herd has not prospered and is now estimated at only 12 to 18 individuals. Currently, sheep are distributed from the Pueblo Reservoir State Wildlife Area west to the Portland cement plant near Florence, primarily on the south side of the Arkansas River (Vitt 2005g). There is possible exchange with the Grape Creek Herd located 10 miles to the west.

Although habitat quality within the herd's range is good to excellent, the population is comprised of older age classes, as lamb recruitment has been chronically low. Only one lamb has been recruited into the population during the past 2 years. The magnitude of the threat of disease to this herd is unknown, but contact with domestic sheep and goats is possible (Vitt 2005g). There are few recreational impacts to this herd because it is located mostly on private land and in areas away from Pueblo Reservoir, which gets the most recreational utilization. Year-round use areas are located within a proposed subdivision, but the development schedule is unknown. If constructed, the subdivision could force sheep out of traditional use areas (Vitt 2005g).

6) The **Lower Lake Fork/Sapinero Mesa Herd** (no herd unit designation) is a small population that was initiated with two translocations in 1970 (Pike's Peak source stock) and 1975 (Trickle Mountain source stock). Twenty-two sheep were released in the Sapinero Mesa area adjacent to the lower Lake Fork of the Gunnison River canyon (Diamond 2005b). Although large expanses of habitat exist in the lower Lake Fork drainage from Gateview to Blue Mesa Reservoir, this herd has remained stagnant since reintroduction. A herd of 20 sheep was observed in the lower Lake Fork During into the early 1990's, but group sizes that large have not been seen since. The herd is currently estimated at less than 10 individuals (Diamond 2005b). Young sheep have been observed in the unit, but herd size indicates mortality is offsetting recruitment. It is likely that this small population is hindered by a variety of factors including disease, drought, habitat capability, and/or predation (Diamond 2005b).

7) The **Mesa Verde Herd** (no herd unit designation) was created by a single translocation of Rocky Mountain bighorns in the 1970's, but it has struggled since then (Wait 2005a). Some sheep are still present and use the area where Mesa Verde National Park abuts the Ute Mountain Reservation. Cliff habitat is present, but this was extensively forested until recent wildfires in 1999. Habitat conditions were improved subsequent to these fires, but there are no plans to augment the population (Wait 2005a). Wait (2005a) suggested that this area might be more suitable to desert bighorn sheep than Rocky Mountain bighorns.

Wyoming

Both Rocky Mountain and Audubon's subspecies, if substantiated by DNA technology, were historically found in Wyoming. Only Rocky Mountain bighorns are present today, estimated at approximately 6,000 individuals statewide (Hurley personal communication 2006). Eight core native herds, representing over 90 percent of Wyoming's wild sheep, occur in the Absaroka, Teton, Gros Ventre, and Wind River mountains (Hurley personal communication 2005). Bighorns are found in nearly all national forests in Wyoming, and within Yellowstone National Park. The Wyoming Game and Fish Department (WGFD) divided the state into 16 herd units, which are further divided into 19 Hunt Areas for management purposes (**Appendix B**). These herd units do not necessarily reflect biologically discrete sheep herds, but are artifacts of the management scheme. Because of the organization of this management scheme, information regarding bighorn sheep within Wyoming was primarily available in the herd unit format

or hunt area format, and is treated in a similar manner in the following discussion. Bighorn sheep provide an important resource for hunters within Wyoming, and unless otherwise specified, herd units have limited hunting permits generally for rams only. Most of the following population estimates and trend data were taken from WGFD Job Completion Reports produced in 2003. WGFD personnel derived population and trend estimates using the POPII modeling program.

*Shoshone National Forest: 5 herds*

The Shoshone National Forest has the largest number of bighorn sheep of any forest in the system, with some 4,000 of the estimated 6,000 sheep statewide occurring on the forest (Hurley personal communication 2006). Herd Units 1-5 are not isolated from one another, and natural interchange between adjacent units is thought to be greater than 10 percent (McWhirter personal communication 2006). If interchange falls below the 10 percent threshold, WGFD considers the relevant herd units to be isolated from one another and functioning as discrete biological herds. WGFD recognizes the importance of maintaining connectivity between these herd units so that they continue to function as an effective metapopulation. Herd Units 1-4 all border Yellowstone National Park.

1) The **Clark's Fork Herd (Hunt Area 1)** is currently estimated at 425 individuals, somewhat below the management objective of 500. However, the herd is healthy, and growth is stable to slightly increasing. This is an interstate population, with portions of the herd unit sharing seasonal ranges in Wyoming and Montana, including Yellowstone National Park. However, the majority of sheep reside in Wyoming in the Absaroka Range west of the Clark's Fork River, while the Beartooth Plateau in Montana contributes 15 percent to 20 percent of the range (McWhirter 2004a). In 1995, the northern portion of the herd suffered significant mortality due to a severe spring snowstorm. There have been no significant die-offs related to disease even though domestic sheep have been grazed on allotments within or adjacent to this herd unit for several decades. However, due to the risk posed by domestic sheep, a permittee was moved to the Bighorn National Forest in 2002, eliminating a major concern for herd welfare. Movements between seasonal ranges are not currently impaired, but highway development in the Rock Creek Drainage in Montana and near the state line could become a problem if traffic volumes increase in the future (McWhirter personal communication 2006).

2) The **Trout Peak Herd (Hunt Area 2)** is currently stable at an estimated 435 individuals, 42 percent below the population objective of 750. No large die-offs due to disease or other factors have occurred. Until recently, this herd unit has not been consistently surveyed for population estimates, mainly due to budget constraints, the steep, rugged nature of the terrain, and other priorities. WGFD recognizes the need to implement a more systematic and consistent survey protocol for this herd. To this end, WGFD carried out a comprehensive aerial classification and trend count survey in April 2003, and another classification survey in April 2004. Continuation of this effort is planned on at least a bi-annual basis, which should produce more consistent and accurate data for population monitoring. During the past five years, prescribed burns have been carried out and will continue to be implemented to remove conifers that have encroached into wintering habitat (McWhirter 2004b). A total of 2,000 acres will eventually be treated. Movement of sheep between seasonal habitats is not impaired, and as part of the Northfork Highway Reconstruction, a 640-acre easement was purchased on the lower North Fork Shoshone River in 2004 that will secure habitat for bighorn sheep (McWhirter 2004b). The likelihood of encounters with domestic sheep is unknown.

3) The **Wapiti Ridge Herd (Hunt Area 3)** is the third largest bighorn herd in the state, estimated at 1,040 individuals. The size of this herd is at the management objective, and population growth is static. This herd is considered very healthy, and the hunt unit has a reputation among bighorn sheep hunters as an excellent area. Although scabies, mange, and soremouth have been documented in the population, there have been no large die-offs from any cause in the past 20 to 30 years. Habitat improvement projects on winter range in both the South Fork and North Fork Shoshone River drainages have alleviated some of the concerns expressed for this herd in the past (McWhirter 2003c). A 6,900-acre wildfire in the Blackwater Creek drainage in 2003 should also improve some sheep ranges by increasing visibility and providing increased forage.

4) The **Younts Peak Herd (Hunt Area 4)**, currently estimated at 909 individuals, is at the management objective of 900 individuals. No major barriers exist to movement between seasonal ranges. The majority of sheep winter at elevations above 9,500 ft. inside the Washakie and Teton wilderness areas. Consequently, limited opportunity exists to improve sheep habitats, with the lone exception of low elevation

winter ranges located along the upper South Fork of the Shoshone River between Deer Creek and Cabin Creek (McWhirter 2004d). The Shoshone National Forest has conducted several small, prescribed burns in the past few years, and a wildfire burned 80 acres near the Cabin Creek trailhead in May 2000. A primary habitat concern is invasive weeds; over 2,400 acres of the upper South Fork winter ranges in both Hunt Areas 3 and 4 are infested with Dalmatian toadflax (*Linaria dalmatica*), a noxious weed. Mechanical, chemical, and biological control methods have been implemented to control this invasive species. A new chemical herbicide (Plateau) appears to be effective in controlling Dalmatian toadflax, and Shoshone National Forest has increased its control efforts using this herbicide, even within designated wilderness areas (McWhirter 2004d).

5) The **Francs Peak Herd unit** includes WGFD Hunt Areas 5 (Francs Peak) and 22 (Dubois Badlands), as well as the Owl Creek Mountains in the northern portion of the Wind River Indian Reservation (WRIR). This is the largest herd in the state, currently estimated at 1,404 individuals, slightly above the management target of 1,360. Densities vary across the herd unit. In Hunt Area 5, much of the occupied habitat occurs in alpine areas of the Wood River, Greybull River, and Wiggins Fork drainages, as well as Carter Mountain (Kroger 2004). In Hunt Area 22, a number of sheep occupy the badlands north of the Wind River, as well as Black and Dennison mountains, with some sheep spending considerable time on irrigated meadows on the Fish Ranch. In the Owl Creek Mountains on the north end of the WRIR, at least 200 bighorns are found year round above 9,500 ft., with many wintering above 11,000 ft. Movement between seasonal habitats is not impaired.

In general, habitat conditions in the Francs Peak herd unit are thought to be good to very good. Although opportunities do exist for prescribed burning on bighorn sheep habitat on the Wood River, Francs Fork, and the Owl Creek Mountains, the majority of the herd unit is designated wilderness, thus limiting habitat improvement opportunities (Kroger 2004). Initial evaluations and planning for prescribed burning outside the wilderness have recently been conducted.

Limited livestock grazing occurs throughout much of this herd's occupied habitat. The Shoshone National Forest has converted several domestic sheep allotments to cattle allotments over the past several years, and this has significantly reduced the potential for transmission of diseases and improved forage availability for bighorns.

Opportunity exists to repopulate historic bighorn sheep habitat in the upper reaches of the North Fork Owl Creek drainage, which would aid in expansion of the Francs Peak Herd and increase recreational opportunities. Because of the high quality habitat available, the chances of a successful transplant are good. Although a proposal to relocate sheep to the North Fork Owl Creek was floated in the mid 1990's, the WGFD voluntarily stayed the implementation of the project due to an appeal by an oil company and concerns from several landowners (Kroger 2004). However, WGFD plans to continue working toward a transplant of sheep into the North Fork of Owl Creek. Cooperation between WGFD and the Shoshone National Forest, BLM, and private landowners in the project area will be essential.

*Caribou-Targhee National Forest: 1 herd [Adjacent herd in USFS Region 4]*

The **Targhee Herd unit (Hunt Area 6)** is the fifth and final unit that borders Yellowstone National Park. While growth is currently stable in this herd unit, the estimated 100 sheep is 20 percent below the management objective of 125. The overall distribution of sheep in this unit is restricted to the Teton Range in western Teton County. Currently occupied habitat is along the crest of the Teton Range and some canyons in Grand Teton National Park, with some seasonal movements onto Targhee National Forest (Brimeyer 2004a). Bighorns historically used lower elevation spring and winter ranges in Teton, Darby, Fox, and Phillips canyons, as well as the Bitch Creek drainage. However, the current confinement of bighorns to high elevation ranges is a concern for WGFD biologists (Brimeyer personal communication 2005). Movements between preferred seasonal habitats have been impaired or eliminated due to many factors, including housing development, past domestic livestock grazing, plant succession, hunting, and predation.

Conflicts with domestic sheep have historically been a problem for the Targhee Herd. In 2001, the herd suffered a 40 percent die-off, potentially due to contact with domestic sheep. Fortunately, many domestic sheep allotments have been closed within the past five years. Beginning in 2004, there were no more active domestic sheep allotments north of Highway 22 in the Teton Range. It is hoped that the retirement of these allotments will sharply reduce or eliminate the threat of disease transmission (Brimeyer personal communication 2005).

Another major concern for this herd is its relative isolation from other bighorn herds. The Targhee Herd is below the 10 percent level of exchange and functions as a discrete herd rather than as an integral part of a larger regional population or metapopulation. The best opportunity for gene flow between herds occurs on low elevation range at the southern end of the Tetons, where sheep from the Targhee and Jackson herds have intermingled on three documented occasions (Brimeyer personal communication 2005).

The most recent recommendations from WGFD include initiating a prescribed fire program to improve winter habitat conditions by reducing conifer encroachment in historic sheep habitat. In addition, because all domestic sheep allotments have been eliminated, bighorn translocations may be considered to repopulate historic winter ranges on the Targhee National Forest. It will be essential to enforce winter recreation regulations in these areas if translocations or natural repopulation is to be successful (Brimeyer 2004a).

*Bridger-Teton and Shoshone National Forest: 4 herds*

1) The **Whiskey Mountain Herd (consisting of Hunt Areas 8, 9, 10, and 23)**, similar to the Jackson Herd, has undergone a large population decrease and remains in decline. Accurate population estimates have been problematic due to poor population model performance (Anderson 2004), but a conservative estimate puts the population at 650 animals, well below a pre-disease high of 1,700 (in 1990) and management objective of 1,350. Population modeling has accurately tracked the overall population trend, and whatever the true population size, it is believed to be the lowest in over 20 years. Reasons for this decline are two-fold: 1) the population crashed following a pneumonia outbreak during 1990-91, and 2) average lamb recruitment declined precipitously during subsequent years and has remained low ever since (Anderson 2004). Pre-disease lamb recruitment averaged greater than 30 lambs per 100 ewes, but has averaged only 21 per 100 during 1994-2003, with a low of 10 per 100 in 2002 (Anderson 2004). Studies have been initiated to determine the potential cause of low lamb recruitment, but none has provided a conclusive explanation (Mioncyzinski 2003). Adult ewes are reproducing normally, but lamb: ewe ratios are much higher during early summer when compared to those observed in December. This suggests that lamb mortality is very high in the interim, and is the likely barrier to recruitment. Circumstantial evidence points to late July as the critical time period, and it has been hypothesized that lambs lacked several trace minerals in their diet (Anderson 2004).

Mioncyzinski (2003) examined relative trace mineral deficiencies in lambs on summer range, but the results were somewhat inconclusive; trace mineral deficiency may be a periodic problem, but it did not appear to be a chronic issue. Efforts to reduce a potential deficiency included providing mineral blocks on summer range, but several years of mineral supplementation have not remedied the problem (Anderson 2004). A 3-year predator control program, consisting primarily of coyote gunning and trapping, was initiated in 2003. Although not an experimental study, this effort may reduce predation pressure on lambs. This bighorn population will continue to decline if lamb recruitment remains low.

While the Whiskey Mountain unit has historically contained a large number of sheep, the level of individual interchange with other herd units is low, very likely less than 10 percent (Anderson personal communication 2006). The Highway 26 corridor, which is the dividing line between the Whisky Mountain Herd and units to the north, consists of fairly unsuitable sheep habitat, which limits interchange. Some exchange may occur between sheep from Hunt Areas 9 and 22, as sheep from the two units are known to co-mingle, but any interchange is probably limited (Anderson personal communication 2006). Because of the low incidence of herd unit interchange, the Whiskey Mountain Herd functions more as a discrete population rather than an integral part of a larger metapopulation.

Movements between seasonal habitats within the herd unit are not greatly impaired. However, the lack of widespread suitable escape cover has tended to concentrate sheep on limited winter ranges, leading to over-utilization of forage in these areas, especially during drought years (Anderson personal communication 2006). Habitat improvement projects such as prescribed burns have been conducted over the past few years to help alleviate this problem.

The current risk of disease transmission from domestic sheep is thought to be minimal. Most of the currently occupied bighorn range in this unit consists of designated Wilderness, where domestic sheep grazing is not permitted. There is an active domestic sheep allotment on the east side of Hunt Area 23, but the probability of co-mingling with bighorns is low (Anderson personal communication 2006). The risk from hobby flocks is also small, as their number is small and there are few areas where bighorns and

domestic sheep could be sympatric (Anderson personal communication 2006).

2) The **Darby Mountain Herd (Hunt Area 24)** is an introduced population, currently stable at 55 individuals, but 70 percent below the management objective of 150. The native population was extirpated in the early 1960's due to competition with domestic sheep and illegal harvest. Intrastate translocations from the Whiskey Basin (near Dubois) to Fish Creek Mountain occurred in 1981 and 1987, using 35 and 25 sheep, respectively (Fralick 2004). Domestic sheep were removed from allotments on Fish Creek and Darby Mountain prior to reintroduction. Since being established, this herd has generally remained smaller than 100 individuals (Fralick personal communication 2005), with an estimated maximum of 150 in 1994. During 1994-1997, this herd experienced a slow but steady decline (Fralick 2004), with a probable die-off occurring sometime during the period; trend counts in 1997 and 1998 revealed approximately 40 sheep each year. The most likely cause of this decline was a disease outbreak resulting from transmission from domestic sheep. Other contributing factors may have included natural winter mortality and poor winter forage conditions.

A primary concern in this herd unit is the continued contact between domestic and bighorn sheep on summer ranges (Fralick 2004). Bighorns have been observed on active domestic sheep allotments, and domestic sheep have trespassed onto closed allotments over the past several years. Other concerns include the lack of suitable escape cover on low elevation winter ranges (Fralick personal communication 2005).

Unlike most other bighorn herds in the western part of the state, Darby Mountain is almost completely isolated from other bighorn herds. There could be genetic/individual interchange with the Jackson Herd to the north, but if so, it is likely at a very low level and has not been conclusively documented (Fralick personal communication 2005). Because the Darby Mountain Herd is small and isolated, has a history of disease-related die-offs, and continues to face the threat of disease transmission from domestic sheep, it is very vulnerable to precipitous disease-related population declines and/or extirpation. This herd has not been hunted for nine years due to an insufficient number of legal rams.

3) The **Temple Peak Herd (Hunt Area 11)** is an indigenous population of the Bridger-Teton and Shoshone national forests estimated at 30 to 40 individuals. Little is known about the herd due to allocation of personnel and management resources to other herds of greater priority (Harter personal communication 2006). The distribution of bighorns within the unit is scattered, with known wintering areas in the North Fork of the Popo Agie River, Sinks Canyon, and the Little Popo Agie River. There is thought to be little, if any, interchange with bighorns in the Whiskey Mountain or Wind River Indian Reservation populations. In 1992, the herd suffered a pneumonia die-off, and has experienced low lamb recruitment ever since. Even prior to the die-off, the herd was not thought to be very productive. Because there are no plans to retire active domestic sheep allotments within the herd unit, the herd will continue to face the threat of disease transmission from domestic sheep (Harter personal communication 2006). Consequently, there are currently no plans for translocations into the Temple Peak Herd, nor any specific management efforts planned for this herd, other than opportunistic monitoring (Harter personal communication 2006).

4) The **Jackson Herd (Hunt Area 7)** is one of the few herds whose population trend is decreasing. There are an estimated 318 sheep in the herd, 36 percent below the management target of 500. As late as 2001, the Jackson Herd was well above 500 animals and was therefore identified as a source for translocation stock. Because of the decline, testing for presence or absence of certain disease agents and parasites was undertaken, funded by grants from the Wyoming Chapter of the Foundation for North American Wild Sheep (FNAWS). Tests revealed the presence of numerous pathogens (*Pasteurella trehalosi*, *Mannheimia haemolytica*, *Arcanobacterium pyogenes*, and *Streptococcus* spp.) as well as external (*Psoroptes* spp. ear mites) and internal (*Eimeria* spp. and *Protostrongylus* spp. lungworm larvae) parasites (Brimeyer 2004b). Testing continued through early 2003, over which time WGFD documented 130 mortalities. Due to this disease outbreak (a specific causative agent was not identified), field observations on low elevation winter range (Gros Ventre, Flat Creek, Curtis Canyon, and Miller Butte areas) revealed 40 percent mortality across the herd unit, and mortality as high as 60 percent in some localized wintering areas (Brimeyer 2004b). The southeastern corner of this herd unit still has an active domestic sheep allotment that will remain a disease threat into the future, a concern for the ongoing management of the herd (Brimeyer personal communication 2005). This herd is no longer considered a source for translocation animals.

The Jackson Herd is not as isolated from other herds as the Targhee, with more opportunity for gene

flow with herds to the north. Seasonal movements are not greatly impaired. There is good opportunity for down-drainage movement, allowing utilization of higher quality low-elevation wintering sites, but there is also potential competition with elk on these sites (Brimeyer personal communication 2005).

*Bighorn National Forest: 1 herd*

In 1973, 39 sheep from the Whiskey Mountain Herd were translocated to BLM-administered lands in the **Devil's Canyon Herd unit (Hunt Area 12)**, where they joined bighorns within the Bighorn Canyon Recreation Area in Montana. This remnant population persisted and was estimated at about 50 individuals in 2003. In 2004, 20 bighorns from the Deschutes River in Oregon were translocated to BLM land within the herd unit. This source population was chosen because of its propensity for earlier lambing, a characteristic that was believed to provide an advantage in the environmental conditions found in the Devil's Canyon Herd Unit (Easterly personal communication 2006). In 2006, an additional 20 bighorns from the Missouri River Breaks near Havre, Montana were translocated to the same area as the 2004 release, bringing the total estimated herd size to 110. These sheep were also known to show a propensity for early lambing and were chosen as a source population largely for that reason. Personnel from WGFD expect that the present herd will likely increase and potentially become a source for future translocations (Easterly personal communication 2006).

These sheep were translocated to BLM land rather than the nearby Bighorn National Forest because of the active domestic sheep allotments found on the forest (Easterly personal communication 2006). There are no plans to vacate these allotments, which are utilized by the permittee that was moved from the Shoshone National Forest to the Bighorn in order to protect a core, native bighorn heard in the Beartooth Range (Hurley personal communication 2006). It is possible that a few bighorn sheep, especially rams, from the remnant population in the Bighorn Canyon Recreation Area have occasionally used areas on the Bighorn National Forest in past years, and there is an ongoing investigation of the movements of these sheep via a radio-telemetry study (Hurley personal communication 2006).

Based on the first two years of observation following the initial translocation, it appears as if the newly introduced herd does not undertake large seasonal movements, which was characteristic of their original source populations (Easterly personal communication 2006). Therefore, habitat improvement projects are in the planning stages for selected areas currently in use, including prescribed burns to reduce decadent sagebrush stands and juniper encroachment and development of water sources.

This herd is isolated from other bighorn herds within Wyoming; therefore, no natural interchange should be expected, and it will not naturally function as part of a larger metapopulation within the state. If, however, the population grows as expected, it could become a source for translocations.

*Medicine Bow National Forest: 3 herds*

All bighorn sheep on the Medicine Bow National Forest have been reintroduced, and are currently designated a species of local concern on the Medicine Bow National Forest.

1) The **Douglas Creek Herd (Hunt Area 18)** occupies the Snowy Range, where native bighorn populations were extirpated around 1900 (Guenzel 2004a). The translocation history within the herd unit has included four separate attempts: an unsuccessful attempt in 1929, a successful translocation of 28 and 13 sheep to two separate areas in 1970, and augmentations of six and 16 sheep in 1989 and 1990, respectively. Following the initial successful reintroduction, the herd increased rapidly over the next seven years to 200 individuals, but it has steadily declined ever since. The herd, currently estimated at about 100 individuals, is stagnant or decreasing, and is far below the management objective of 350 (Guenzel 2004a).

Several factors have contributed to the poor performance of this herd. Foremost among these was the reintroduction of bighorn sheep onto low-elevation winter range. Consequently, these animals did not develop a strong propensity for seasonal migration to higher elevation summer ranges containing lush forage. In addition, conifer encroachment into formerly suitable open habitat has effectively eliminated potential migration routes between winter and summer ranges, and restricted escape cover to isolated patches. Competition for forage with elk and mule deer on winter ranges, and with cattle on certain high quality lambing ranges, has also been detrimental to this herd (Guenzel 2004a).

The other primary limiting factor for this herd has been the nearly constant threat of disease transmission from domestic sheep. Although sheep grazing allotments in the Snowy Range have been vacant since 1997,

livestock operators could apply for permits to graze them at any time. Several hobby flocks also occur within or adjacent to the herd unit (Guenzel 2004a). Because of this persistent threat, the Douglas Creek Herd is quite vulnerable to dramatic declines or extirpation, and it is currently designated as a low priority herd (Priority 3, the lowest) within the Medicine Bow management scheme. The herd is also quite isolated from bighorns in adjacent herd units, one of which (Encampment River) has a very bleak outlook.

2) The **Encampment River Herd (Hunt Area 21)** occupies the Encampment River Canyon west to the Continental Divide, in the Sierra Madre Range. It is one of the most imperiled bighorn populations in Wyoming. Established in 1977 with a translocation of 68 bighorns, the founder population initially exhibited good reproductive performance and increased to about 130 animals over the next five years. However, a severe winter during 1983-84 inflicted significant mortality from which the herd has never recovered. The stagnant to decreasing population is currently estimated at about 50 individuals, 75 percent below the management objective of 200. Several factors have been linked to the poor performance of this herd, including the widespread presence of domestic sheep, low lamb recruitment, drought, long-term fire suppression, lack of strong seasonal migration tendencies, incompatible land uses, and poor habitat quality (Guenzel 2004b).

Efforts aimed at improving conditions for bighorns within the herd unit have been implemented. These have included clearcutting and fertilization of dense timber stands, let-burn wildfire policies and prescribed burns, installation of guzzlers, and road closures. Unfortunately, none has had a significant positive impact on the population (Guenzel 2004b). Due to the myriad of issues facing the Encampment River bighorns, the recent revision of the Medicine Bow National Forest Plan prioritized domestic sheep grazing over bighorn conservation in the Sierra Madres. Several active domestic sheep grazing allotments are located throughout the herd unit, and the Encampment River bighorns face an extreme risk of disease transmission and associated mortality. WGFD has acknowledged that the Encampment River Herd is likely to be extirpated again (Guenzel 2004b). Although the herd unit has not been hunted since 1987, the recent change in priorities prompted WGFD to reopen a hunting season in 2004 to take advantage of the recreational opportunity to harvest mature rams that would otherwise die of other causes under the current management scheme. The Encampment River Herd will continue to provide recreational viewing opportunities and limited hunting in the short term, but it should not be expected to persist nor contribute to the long-term conservation of bighorn sheep on the Medicine Bow National Forest.

3) The **Laramie Peak Herd (Hunt Area 19)** is the largest bighorn herd on the Medicine Bow. It currently is estimated at 250 to 300 individuals and is increasing, but it remains well below the objective of 500. This herd occupies the Laramie Range, where bighorns were considered abundant before settlement. Following the original reintroduction of 40 sheep in 1964, the subsequent translocation record is extensive: five separate translocations involving 146 sheep reintroduced into three locations between 1965 and 1989.

Of the three herd units within the Medicine Bow, the Laramie Peak Herd unit appears to have the best long-term outlook. Within the past five years, fairly large (over 39,000 total acres in 2002 alone) wildfires have had a positive effect on important bighorn habitat throughout the herd unit. It is expected that these fires will reduce conifer encroachment, set back less desirable late seral vegetation stands, open up much needed travel corridors to connect sub-herds within the herd unit, and increase the quality of lambing and nursery areas (Hicks 2004).

Although two sheep have been documented with pneumonia in recent years, no major disease-related die-offs have occurred (Hicks 2004). There are no major groups of domestic sheep within occupied bighorn range, but small hobby flocks occur in the North Laramie Drainage and will continue to pose a disease threat. Other factors that could limit the success of this population include isolation from other bighorn populations, with limited opportunity for movement between sub-herds. Approximately 90 percent of the herd unit is composed of private land, and potential conflict between local landowners and bighorn sheep hunters may complicate management efforts in this herd unit.

*Other herds in Wyoming not located on National Forest System lands: 3 herds*

1) The **Seminoe-Ferris Herd (Hunt Area 17)** was initiated in the 1940's with two small translocations into the Ferris Mountains. One of these translocations was of desert bighorns from Nevada (Hiatt 2004). Other slightly larger translocations were made in the 1950's and 1960's, without the herd obviously becoming self-sustaining. In 1978 and 1980, 100 bighorns were translocated to the Seminoe Mountains, after which

a self-sustaining population appeared to establish. Although the growth rate of the herd was low, young sheep were being recruited into the population (Hiatt 2004). However, after 1980, several factors acted to bring about the steady decline. Currently, this herd is best described as a remnant herd comprised of only about 15 individuals divided between the Ferris and Seminoe mountains. Three years of intensive monitoring identified poor forage quality during summer as the primary factor in low lamb survival and recruitment (Hiatt 1997). Illegal harvest and other non-consumptive mortality have exacerbated the problem (Hiatt 2004). There are currently no active domestic sheep allotments within the herd unit.

Habitat improvement projects such as prescribed burns were planned in 1990 but not implemented due to weather and soil moisture concerns. When conditions were appropriate to initiate burns in the mid 1990's, it was deemed that there were too few sheep left to benefit from the project (Hiatt 2004). This herd will almost certainly be extirpated without supplementation, and forage/habitat conditions must be improved before additional translocations are considered.

2) The **Sweetwater Rocks Herd unit (Hunt Area 16)** contains only a handful of bighorns. WGFD personnel have observed six to eight sheep, with another recent unsubstantiated sighting of 35 (Harter personal communication 2006). If this report is true, these sheep were probably wanderers from the Seminoe/Ferris population. WFGD proposed a translocation to the unit approximately six to eight years ago, but conflicts with local ranchers derailed the proposal. There currently are no plans to try to increase the herd. Bighorns within this unit are relatively secure from interaction with domestic sheep, as they tend to remain relatively sedentary in a core area that is sufficiently removed from the nearest domestic flocks (Harter personal communication 2006). Still, this remains a low priority bighorn population for WFGD, with no specific management plan other than opportunistic monitoring.

3) The **Yellowstone Herd** (no Hunt Area designation) was estimated at 244 sheep in spring 2005 based on helicopter surveys. Thirty-four lambs per 100 ewes were observed, compared to an average of 22:100 (range = 7-32) during 1995-2003. Recruitment has been relatively high (21 to 34 lambs per 100 ewes) since 1999, compared to seven to 22 lambs per 100 ewes during 1995-1998, and the herd appears to be increasing.

While bighorns do not interact with domestic sheep within park boundaries, they do come into contact with domestic sheep in grazing allotments located adjacent to park boundaries. To alleviate potential conflict between domestic sheep and wildlife, including Yellowstone bighorns, the National Wildlife Federation has bought out several domestic livestock allotments surrounding the park. Negotiations are currently underway to buy out an additional domestic sheep allotment that totals 74,000 acres (National Wildlife Federation 2005). This allotment is only 3 miles from the northern park boundary and is frequented by Yellowstone bighorns. Retirement of this allotment will significantly expand the amount of conflict-free habitat available to bighorns. Thus, there is reason for guarded optimism regarding the future of this relatively small and isolated population (White 2005).

### South Dakota

The Audubon's subspecies of bighorn sheep (the only subspecies known to be native to South Dakota; see discussion of subspecies in Systematics and description) was extirpated within the state by 1910. The cause is unknown but presumed to be unregulated hunting. The current statewide population, estimated at 415 individuals, consists of the Rocky Mountain subspecies, which were translocated from source populations in Colorado, Wyoming, New Mexico, and Alberta (Benzon personal communication 2005, Childers personal communication 2005). Three herds occur on the Black Hills National Forest and one in Badlands National Park. All sheep have been reintroduced into historic Audubon's habitat. Without management intervention, all herds are isolated from bighorn populations in other states.

#### *Black Hills National Forest: 3 herds*

1) The **Custer State Park Herd** is currently estimated at 50 individuals, with a management objective of 150. In 1922, eight Rocky Mountain bighorns from Alberta, Canada were translocated to Custer State Park within the Black Hills. This herd was reduced to one individual by 1959 due to unknown causes. The herd was re-established in 1965 using 22 sheep translocated from Whiskey Mountain, Wyoming, and it subsequently increased to approximately 150 individuals by 1975. Herd growth then became static, perhaps due to low lamb recruitment (South Dakota Game, Fish and Parks Department 2000), and 20 additional sheep were translocated to Bear Gulch in

1999 from Alberta, Canada to increase genetic diversity and to fill unoccupied range. In 2005, the herd again suffered a die-off (75 percent) due to pneumonia suspected to have been transmitted from domestic sheep. A new source of sheep is currently being sought to augment the herd again. Summer, winter, and lambing range conditions are thought to be fair, and wildfires within the past decade have created 2,400 acres of new ewe/lamb habitat. Impediments to the future growth and health of this herd include continued risk of disease transmission from domestic sheep and encroachment of conifers into suitable sheep habitat (Benzon personal communication 2005).

2) The **Spring Creek Herd** was established in 1991 with 26 individuals from Georgetown, Colorado, and augmented in 1992 with an additional five sheep from the Badlands Herd. The herd currently numbers 225 individuals and is in good health with increasing numbers (Benzon personal communication 2005). Active habitat management has aided the growth of this herd, and has included pre-introduction clearcutting and burning of 150 acres of dense pine stands, and post-introduction treatment of an additional 200 acres. Impediments to future growth and health of this herd include subdivision development, highway construction, and livestock grazing, but the threat of contact with domestic sheep is thought to be low. The condition of summer, winter, and lambing range is good, and the herd is not severely isolated, at least within the Black Hills ecosystem (Benzon personal communication 2005). These factors should provide continued opportunity for this herd to expand to the management objective of 300 to 400 animals and become a source for transplant stock, as well as provide limited hunting opportunities (a hunting season was initiated in 2000, with a limit of two sheep).

3) The youngest herd within the state is the **Elk Mountain Herd**, numbering 50 individuals. Established in 2001 with 20 source animals from the Spring Creek Herd, it was augmented in 2004 with seven sheep from Wheeler Peak, New Mexico. The herd is currently increasing, with a management objective of 300 to 400 individuals. The good condition of summer, winter, and lambing range should allow this herd to continue to increase. There is opportunity for genetic exchange with other herds within the Black Hills ecosystem, but a moderate risk of disease transmission from domestic sheep, continued subdivision development, livestock grazing, and highway construction may ultimately limit herd size.

*Badlands National Park: 1 herd*

The **Badlands National Park Herd**, initiated in 1964 using 22 animals from Pike's Peak, Colorado, currently numbers 90 individuals (Childers personal communication 2005). The original transplanted animals were placed in a 370-acre enclosure within the park in an effort to establish a self-sustaining source of sheep for future translocations within the state. However, an unknown disease reduced the captive herd to 16 individuals and remaining sheep were released into the park in 1967. Nonetheless, the herd grew and was estimated at 133 to 200 individuals in 1989-1990. However, an outbreak of epizootic hemorrhagic disease from 1995 to 1997 reduced the herd by 60 percent. An additional 24 animals were translocated from Wheeler Peak, New Mexico in 2004, and the herd is again increasing toward the management objective of 200 individuals.

While the condition of summer, winter, and lambing range of the herd is good, the herd is completely isolated. Livestock grazing, highways, and development have severed historical linkages to other herds permanently. The primary range of this herd lies within the Sage Creek Wilderness, which is devoid of roads and contains limited recreational hiking trails (South Dakota Game, Fish, and Parks Department 2000). It is believed that domestic sheep do not currently threaten this herd (Childers personal communication 2005).

The future of bighorn sheep management within South Dakota will depend on active management to the maintenance of genetic diversity herds using transplants among herds currently found in the state, and the introduction of new individuals from bloodlines outside the state. The entire statewide population will be managed as an artificial metapopulation through active intra-state and inter-state translocations.

Nebraska

Historically, the Audubon's subspecies was found in Nebraska, but it was extirpated in the early 1900's (Toweill and Geist 1999). The current statewide bighorn population, approximately 110 individuals, is comprised of introduced Rocky Mountain bighorns (Schlichtemeier personal communication 2005). Three herds have been re-established into historic Audubon's habitat from Rocky Mountain bighorn stock obtained in Montana, Colorado, and South Dakota. Two herds occur on the Nebraska National Forest and one on state-

owned lands at Cedar Canyon Wildlife Management Area. All Nebraska bighorn herds are isolated from bighorn populations in other states.

*Nebraska National Forest: 2 herds*

1) The **Fort Robinson Herd** is the oldest within the state, having been established in 1981 with 10 animals translocated from the Custer State Park herd in South Dakota. The primary range of this herd encompasses Fort Robinson State Park, Soldier Creek Wilderness, and the Peterson Wildlife Management Area. In 2004-2005, the herd suffered a 50 percent die-off (it now numbers around 60 individuals) due to *Pasteurella* and is in continued decline (Schlichtemeier personal communication 2005). The die-off is currently ongoing, and it is expected that more sheep will be lost (Darveau personal communication 2006). There are small herds of domestic sheep near bighorn range, and the potential for disease transmission from these herds is almost certainly the cause of the recent die-off. One ram is known to have been killed due to contact with domestic sheep.

Management objectives for this herd include increasing this free-ranging population, and providing hunting and public viewing opportunities within the limit of the resource and the limit that most landowners will accept. There are no known deficiencies in summer, winter, or lambing range. Impediments to the future growth and health of this herd include risk of disease transmission from domestic sheep, the presence of electric fences that may negatively affect movements between seasonal habitats, human disturbance during the lambing season, potential competition with domestic livestock (Klinksiek 2003), and continued housing development (Schlichtemeier personal communication 2005). Research has been conducted regarding gender-related differences in diet and habitat and the possible presence of lungworm through collection of fresh fecal samples (Klinksiek 2003).

2) The newest herd in the state is the **Montana Herd**, established at the Bighorn Wildlife Management Area using 49 animals translocated from Montana in January 2005. Since that time, the herd has increased to 54 individuals and has not suffered any die-offs. Two ewes have moved to the Fort Robinson Herd, a distance of 15 miles, demonstrating the potential for exchange between the two herds (Schlichtemeier personal communication 2005). Most sheep are outfitted with radio-collars for monitoring, but seasonal ranges have yet to be clearly defined. Presently, the herd is broken up into at least two groups that are distributed nearly 20 miles from each other (Darveau personal communication 2006). As with other herds in the state, small bands of domestic sheep are present within bighorn range, creating a high risk of continued disease transmission to the bighorn herd. One ewe has been killed by state biologists due to contact with domestic sheep. There are plans to translocate an additional 50 individuals into this area.

*Cedar Canyon Wildlife Management Area: 1 herd*

This recently-established herd was initiated with 22 animals translocated from Colorado in March 2001. It subsequently increased to 64 individuals (Schlichtemeier personal communication 2005), but a *Pasteurella* die-off within the last year has reduced the herd by about 50 percent (Darveau personal communication 2006). The herd is isolated from other bighorn populations, and domestic sheep within the herd's range make it susceptible to disease-related die-offs. Both of these factors increase the herd's vulnerability to extirpation. A portion of the sheep are radio-collared, and current research is focused on hoof deformities, establishing seasonal foraging habitats, identifying differences in ewe and lamb diet selection, and establishing baseline trace mineral levels across habitats and within the sheep themselves. The radio-collared individuals are being monitored daily, a significant advantage in detecting additional *Pasteurella* infections and treating any outbreaks (Darveau personal communication 2006). Management and impediments to future growth and health are similar to those of the Fort Robinson and Montana herds (Schlichtemeier personal communication 2005).

Region 2 summary

Throughout the previous discussion, several conservation issues were repeatedly identified as common threats to bighorn herds throughout Region 2. Foremost among these were:

- susceptibility of bighorns to disease transmission from domestic sheep and goats,
- lack of population connectivity and genetic interchange among bighorn populations, and
- decades of continued fire suppression and/or other factors causing decline in habitat quality, leading to reduced habitat suitability for bighorn sheep.

The relative importance of the latter two threats can be debated, and their importance is variable from location to location. However, the risk of devastating disease outbreaks resulting from contact with domestic sheep and goats is firmly established and is widely believed to be the most dire threat facing regional bighorn populations. Gross et al. (2000) reported that in the absence of disease, simulated extinction rates for bighorn sheep were uniformly low, and that efforts to reduce the frequency and severity of disease epizootics should be the highest priority in attempts to restore bighorn sheep populations. Bearing these three primary threats in mind, and using the previous descriptions of individual Region 2 bighorn herds, we were able to examine the current state of bighorn sheep throughout the Region, and to identify areas that we considered to be strongholds for bighorns (low risk of extirpation), others that were in danger of extirpation or likely to show continued chronically poor production (high risk), and others that, given the requisite conditions, could go either way (medium risk). Herd unit descriptions were not available for all herds in Colorado, resulting in an incomplete picture of the status of all bighorn sheep herds in that state.

### Low-risk herds

Areas included in the category of strongholds shared several characteristics. The primary characteristic was that the risk of disease outbreaks was minimal, as evidenced by a history free of disease-related die-offs, or if die-offs have occurred, the suspected cause (i.e., domestic sheep or goat herds) has been removed or significantly lessened. In addition, the individual bighorn populations in a stronghold area exhibited a naturally occurring metapopulation structure, ensuring a significant degree of genetic exchange among herds. Finally, habitat quality was not a limiting factor in terms of imposing impediments to seasonal migration or causing poor herd health due to nutritional deficiencies. Areas considered as strongholds also had relatively large populations and were potentially capable of producing excess animals that could be used for translocations. Stronghold areas are critical resources for the future of the bighorn population within Region 2.

The first obvious stronghold within Region 2 is northwestern Wyoming, specifically units 1, 2, 3, 4, and 5, where some 4,000 bighorn sheep occur on the Shoshone National Forest (**Figure 7**). These herd units are well connected, allowing movement between populations, consist of the largest populations in Region 2, have been free of disease-related die-offs, and occupy an area where the threat of domestic sheep contact has been removed or dramatically reduced (Hurley personal communication 2006). Seasonal movements are not greatly impaired, and habitat quality is not a limiting factor. As a bighorn stronghold, this area could be an important source of animals for future translocations.

A second stronghold area occurs in south-central Colorado (**Figure 8**), including herd units S8, S9, S49, S65, and S51. These five herd units contain a combined estimated population of over 1,100 individuals, with at least minimal natural exchange between adjacent populations. No active domestic sheep allotments are known to be present within or near these herd units, and disease-related die-offs have been rare or nonexistent. While declining habitat conditions in portions of this area have not seriously hindered bighorn herds, future habitat treatments in certain areas would likely help to maintain or increase herd size.

### Medium-risk areas

Areas that we consider medium-risk include all those not found in the high or low-risk categories. They generally share a combination of characteristics from the high and low-risk areas. For instance, the Laramie Peak herd unit in Wyoming is a fairly large population (250 to 300) that is increasing, and has recently experienced significant habitat improvements. However, hobby flocks of domestic sheep are present in one drainage within the unit, which is isolated from other bighorn populations. Other medium-risk areas in Wyoming are scattered throughout the state, and include the Targhee, Devil's Canyon, Jackson, and Whiskey Mountain herd units. Within Colorado, medium-risk areas are also scattered and include herd units S1, S3, S4, S6, S12, S15, S16, S18, S28, S31, S32, S38, S46, S48, S50, S61, S64, and S66. Other medium-risk areas include the Spring Creek, Elk Mountain, and Badlands National Park herds in South Dakota. Because medium-risk areas face fewer total threats, or less dire threats, than high-risk areas, they are most likely to benefit from the expenditure of management resources. All things being equal, medium-risk herds would benefit more than high-risk herds if an equal amount of critical management resources were spent on each.

### High-risk areas

Bighorn herds in the high-risk category share one or more primary characteristics: 1) a history or significant threat of disease-related die-offs or extirpation, and/or subsequent chronically poor production, 2) small population size, 3) total or near complete isolation from other bighorn populations, 4)



**Figure 7.** Bighorn sheep herds with low risk of extirpation in Wyoming.

poor habitat quality leading to poor nutrition, or (5) significant obstacles to seasonal movement.

When identifying high-risk areas, we began by examining a herd's degree of isolation from other bighorn populations. In Wyoming, herds that are significantly isolated included those in the Darby Mountain., Seminoe/Ferris, Sweetwater Rocks, Encampment River, Douglas Creek, and Temple Peak units (**Figure 9**). None of these populations exceeds 100 individuals (range 6 to 100), most have experienced significant die-offs or continue to face threats of disease transmission from domestic sheep, and there are significant habitat concerns in many units. For similar reasons, obvious high-risk areas within Colorado include herd units S10, S12, S20, S23, S27, S29, S30, S53, S55, S62, S63, S69, and the Pueblo Reservoir, Mesa Verde, and Lower Lake Fork/Sapinero herds (**Figure 10**). Additional high-risk areas include the Custer State Park population within South Dakota, and all three herds in Nebraska.

Because wildlife management is conducted in an arena of limited resources, the best overall management strategy may be a "hands off" policy for some high-risk areas, many of which face multiple threats that would drain critical management resources. Often, these resources would be better utilized by maintaining stronghold areas or addressing the lesser threats faced by herds in medium-risk areas. Obviously, such decisions are best made on a case-by-case basis at the local level.

## *Management of Bighorn Sheep in Region 2*

### Population management

Bighorn sheep management is complicated in some respects by the different authorities of the agencies responsible for managing bighorns and their habitats, and the fact that both state and federal land management agencies share trustee responsibility for wildlife. State wildlife agencies have authorities and responsibility for managing bighorn populations, including regulating the harvest of bighorns by sport hunters, and manipulating bighorn populations through the translocation of bighorns into unoccupied habitat



**Figure 8.** Bighorn sheep herds with low risk of extirpation in Colorado.

or for purposes of augmenting small populations. However, the USFS has administrative authority over National Forest System lands and the resources they contain. The National Forest Management Act requires the USFS to provide for diversity of plant and animal communities on National Forest System lands. Still, the USFS and other federal land management agencies focus much of their effort on managing habitat to provide for sustainable populations, while cooperating with state agencies in actions necessary to manage effectively for the population health of species of joint interest and responsibility. State and federal agencies seek to develop effective management programs for bighorn sheep that involve interagency coordination and cooperation on a regional landscape basis in Region 2 (Douglas and Leslie 1999).

National forests in Region 2 continue to provide domestic livestock grazing allotments, which can result in contact between domestic and bighorn sheep and lead to catastrophic disease transmission to bighorn populations. Due to the low demand for mutton and wool, many of these allotments are currently vacant and present no threat to resident bighorn herds. However, interest has been expressed in activating some of these allotments (Woolever personal communication 2005), and efforts continue by the USFS to avoid creating conflicts. Bighorn conservation groups have intervened to facilitate retiring or exchanging domestic sheep allotments in habitat occupied by bighorn sheep. Because disease may represent the most significant threat to bighorn sheep in Region 2, especially on national forests with domestic sheep grazing allotments in or near bighorn sheep habitat, the creation of effective separation between bighorns and domestic sheep and goats is likely critical for preventing disease epizootics in areas where there is potential for contact. BLM Guidelines (Bureau of Land Management 1992) suggest maintaining a minimum buffer of 13.5 km (9 miles) between domestic sheep and goats and wild sheep on BLM lands to minimize the risk of contact between the two groups. However, it is unlikely that setting hard and arbitrary guidelines for buffer zones will work effectively in all situations. In many cases,



**Figure 9.** Bighorn sheep herds with high risk of extirpation in Wyoming.

**Figure 10.** Bighorn sheep herds with high risk of extirpation in Colorado.

topographic features of the landscape, herd dynamics, and other variables may reduce the effectiveness of buffer zones. Buffer distances need to be flexible to reflect local conditions. The USFS FULL CURL Program suggests that it is imperative that bighorn sheep be kept separated from domestic sheep and goats (Schommer and Woolever 2001).

Bighorn sheep management strategies that focus on long-term objectives and strive for self-perpetuating populations may not require continuing intervention to maintain population stability in large (over 250 animals) herds. Schwartz et al. (1986) were among the first to suggest managing bighorn sheep on a landscape level (metapopulation) that included consideration of travel corridors between mountain ranges or herd units. Metapopulation management strategies that consider the spatial distribution and connectivity of bighorn habitats have important implications for the conservation of bighorn sheep (Wehausen 1979). As bighorn sheep habitat becomes increasingly fragmented as a result of plant succession, management activities, or human encroachment, many of the smaller bighorn populations in Region 2 may be at risk of extirpation from natural stochastic events unless landscape level management strategies are put in place to ensure gene flow among these small herds (Crow and Kimura 1970, Helvie 1971, Schwartz et al. 1986, Bleich et al. 1990b, 1996, Torres et al. 1996). Management efforts that focus on increasing the overall number and distribution of bighorn sheep, the connectivity among herds, and the size of female groups within existing herds require coordinated landscape level management actions to protect large blocks of sheep habitat from degradation, and to ensure the long-term viability of individual herds in Region 2.

Maintaining or restoring connectivity of populations in fragmented habitat requires landscape-level analyses and cooperation among state wildlife agencies, land management agencies, county and regional planners, transportation agencies, and private landowners to ensure long-term persistence of wild sheep populations in Region 2. Habitat connectivity is essential to maintaining the metapopulation structure of bighorn sheep populations, and herds occupying isolated fragments of habitat are at risk of extirpation. Consequently, identifying travel corridors connecting fragmented bighorn ranges is an important responsibility of habitat managers. Landscape scale genetic analyses can identify bighorn populations that are or were recently linked, and help quantify the need to protect migration and travel corridors (Sinclair et al. 2001, McRae 2004). Global Positioning System (GPS) radio collars can also be used to identify movement corridors at smaller scales. Habitat managers interested in the protection or restoration of travel corridors should consider a variety of factors, including habitat quality in the travel corridor, length and area of the corridor or potential corridor, public acceptance of the proposed action, and the cost to maintain, restore, and manage these corridors.

Another significant consideration in managing wild sheep on a metapopulation basis is their vulnerability to disease organisms carried by domestic livestock. Developing movement corridors among relatively discrete sheep herds has the potential to increase gene flow naturally among those herds and to provide for a natural population rescue effect through dispersal (Hogg et al. 2006), but it can also facilitate the flow of disease organisms among the herds and trigger disease epizootics (Hess 1996). Managers should evaluate the disease risks associated with efforts to increase connectivity among herds.

Intensive, ongoing management, including trapping and transplant programs, will often be necessary with smaller and isolated bighorn sheep herds. Such programs have resulted in significant increases in the number and distribution of bighorns herds decimated by disease in the past 40 years (Valdez and Krausman 1999). Active translocation projects may continue to be necessary to augment small, isolated bighorn herds periodically or to establish herds in historic, but unoccupied habitats. The recommended minimum number of animals for an initial transplant into unoccupied habitat is 20 mixed-age ewes and young rams with a sex ratio of about one male:three to five ewes (Rowland and Schmidt 1981, Wilson and Douglas 1982). Rowland and Schmidt (1981) cautioned that care should be taken to ensure that transplanted animals do not become another relict group, and that there is sufficient habitat potential to allow the population to expand to more than 100 individuals either naturally or through subsequent translocations (Berger 1990). Maintaining or re-establishing severed travel corridors linking recently transplanted sheep to other bighorn herds can mitigate the effects of genetic drift or inbreeding that can affect isolated herds with small numbers of effective breeders (Ellstrand and Elam 1993, Fitzsimmons et al. 1997, Hogg et al. 2006). Transplant sites should contain adequate escape terrain to support 60 to 70 ewes for the area to maintain an effective population size of at least 100 animals.

Despite the increases in productivity and survival that Hogg et al. (2006) observed when they

experimentally restored migration in an Alberta bighorn population, augmenting herds that are using poor quality habitats and doing poorly due to low adult or lamb survival have generally not been successful (Enk et al. 2001). Transplant programs also have the potential to affect negatively the age structure, productivity, and recovery rate of herds used as source herds for transplants (Leslie 1980, Leslie and Douglas 1986, Stevens and Goodson 1993). Estimates of bighorn herd size are difficult to obtain, and they often have wide confidence intervals. Removing 20 bighorns from a large population of 300±50 animals certainly has a lower risk to the source herd than removing 20 bighorns from a source herd estimated to have 125±50 animals.

Hess (1996) and Dubay et al. (2003) suggest that managers need to be aware of the potential disease threats that translocation programs can represent to indigenous wildlife, including resident bighorn sheep. Therefore, augmenting existing populations should be conducted with caution to ensure that diseases are not spread through the mixing of sheep populations. For this reason, managers should not transplant bighorns into sheep populations where no information is available on the disease history of the donor and recipient herds. Disease risk can be significantly reduced by evaluating the health status of bighorns from the source population, as well as from sheep present at the release location.

Traditionally, bighorn harvest management has primarily directed harvest towards the male component of the sheep population, in large part because of the trophy status of mature rams. Although this restrictive harvest strategy generally guarantees that sport harvest is a minor mortality factor in hunted bighorn sheep populations, it may have evolutionary consequences that could result in a general decrease in body weight and horn size over the long term (Coltman et al. 2003). However, limiting mortality by sport hunting will not ensure population viability for many bighorn sheep populations. Research on bighorn sheep die-offs indicates that Pasteurellosis causes pneumonic all-age die-offs in wild sheep populations that come into contact with domestic sheep. However, Pasteurellosis has also been a primary cause of die-offs in several bighorn sheep populations that had no known history of contact with domestic sheep or goats (Goodson 1982, Onderka and Wishart 1984, Foreyt 1989, Ryder et al. 1994). In these latter cases, environmental stressors, associated with high population densities of bighorn sheep, were believed to be possible causes of these die-offs. If pneumonia die-offs are a result of density-dependent environmental stressors, then it is likely that management approaches that place sport harvest emphasis on male sheep, and essentially protect females from harvest, could eventually allow wild sheep populations to increase to the point where they exceed the carrying capacity of their habitat and leave them more vulnerable to density-dependent environmental stressors. Under these conditions, it is likely that overall body condition and productivity of the sheep population will decline, leading to greater vulnerability to disease pathogens, population stagnation, and periodic die-offs. If these conditions occur, it may be possible for state and federal agencies to avoid some die-offs associated with environmental stressors by implementing aggressive management strategies for the female segment of the sheep population through sport hunting and/or translocation programs.

Jorgenson et al. (1993) reported that ewe-hunting seasons had the potential to limit population increase and concomitantly increase trophy ram size when 12 to 24 percent of the ewe population was removed each year over a 9-year period. Based on known summer herd size in their study population with high survival, high productivity, and no predation or disease, Jorgenson et al. (1993) calculated that 12 percent of the ewes could be harvested each year to maintain herd stability. Sport hunting for ewes is a management option suited to most herds while translocations may not be practical for herds in remote or wilderness locations.

Although cougar predation on adult females can represent a serious threat to small, local populations, predation on bighorns generally appears to be sporadic and probably is of relatively little management concern for most bighorn populations in Region 2 (Sawyer and Lindzey 2002). Modeling efforts suggest that in a bighorn population with more than 15 breeding age females, indiscriminant removal of cougars is no more effective in reducing the risk of extirpation of the herd than selective predator control efforts directed at removing individuals that are specializing in killing bighorns (Ernest et al. 2003). Because cougars are territorial and young animals readily disperse into unoccupied cougar habitat, indiscriminant predator control efforts may remove resident cougars that do not routinely kill bighorns. This may result in resident cougars being replaced by immigrating, subadult cougars that may prey heavily on bighorns, especially if alternative prey is not readily available to them (Logan and Sweanor 2001). Selective predator control efforts that are targeted at individual cougars appear to be more effective in areas where bighorn sheep populations are threatened by predation.

## Population inventory and monitoring

Monitoring and assessing the status of wildlife populations are two of the most important and challenging tasks that biologists face. Although complete enumeration of bighorn populations provides managers with accurate counts, limited financial resources often dictate that other methodologies be used to estimate wild sheep numbers. Conducting a census on large, free-ranging ungulates, like bighorn sheep, is difficult and expensive because they occupy large areas that are often in remote, rugged terrain, and only a small percentage of the population is usually observed in any survey effort.

Probably the most frequently used methods used to count bighorn sheep are fixed-wing and helicopter counts. Population estimates generated from standard aerial surveys vary considerably depending on topography, weather, observer experience, and vegetative cover. Pitzman (1970) and Heimer (1976) estimated that they observed more than 90 percent of Dall sheep in their surveys while Nichols and Erickson (1969) indicated that they observed between 39 and 51 percent of desert bighorns during their surveys. Helicopter surveys are used most frequently to obtain herd composition estimates, while fixed-wing surveys, conducted during the spring green-up period, are used frequently for estimating total numbers of sheep. Site-specific detection models have been developed to estimate visibility bias during helicopter surveys using sophisticated statistical analyses that correct for animals missed during the census effort (Bodie et al. 1995, Hells Canyon Bighorn Sheep Restoration Plan 2004). Bodie et al. (1995) reported that activity and habitat were the most important factors influencing ability to locate California bighorns visually in a canyon environment in southwestern Idaho. Number of ewes in a group, cover type, and activity were the primary factors that significantly affected the visibility of Rocky Mountain bighorn sheep in Hells Canyon (Hells Canyon Bighorn Sheep Restoration Plan 2004). Census method and timing, in addition to environmental factors, can influence sex ratios observed in the field, and result in considerable variation in reported sex ratios (Buechner 1960).

In addition to aerial surveys, biologists use ground counts to obtain minimum numbers of sheep and to develop reconstructed population estimates (Wehausen 1980). Wehausen (1980) used the reconstructed population approach for developing estimates of Sierra Nevada bighorn sheep by classifying sheep by age and sex in consecutive years and adding any animals counted in the current year, but missed in the previous year's count, to the previous year's total. Minimum counts and reconstructed population estimates have utility in areas where biologists have a good understanding of herd behavior and seasonal distribution, where bighorns are concentrated, and where multiple counts can be made in a relatively short time frame. Minimum counts that focus on the female component of the herd yield certainty in the numbers of animals observed and have the built-in buffer of animals not accounted for in the survey. Valdez and Krausman (1999) suggested that lamb:ewe ratios were the best indicator of population status and that winter ratios falling below 25:100 were cause for concern. However, Festa-Bianchet (1992) and Jorgenson (1992) suggested that lamb:ewe ratios were not a reliable indicator of population condition, but if calculated in June, they may be a reasonable predictor of yearling recruitment (Festa-Bianchet 1992).

A number of researchers have used mark-resight techniques to obtain population estimates for bighorn sheep, with varying degrees of success (Furlow et al. 1981, Neal et al. 1993, George et al. 1996). A variety of models are currently available to adjust results generated by mark-resight methods to meet the basic assumptions (e.g., equal sightability probabilities, population closure) that form the foundation for those estimates.

A promising technique for estimating population size involves genotyping bighorn sheep from DNA extracted from fecal samples (Taberlet et al. 1996, 1999). This approach is most appropriate for small herds and can be done in conjunction with efforts to document genetic variability in isolated bighorn herds. Other methods, including water hole and mineral lick counts, foot and horseback transects, and boat surveys, have been used to count bighorns in parts of their range where appropriate. It is important to use the most appropriate, systematic, and repeatable methods possible to develop a better understanding of bighorn population trends.

## Habitat management

Habitat conservation is an essential component of bighorn sheep management. It should involve efforts to identify, map, and protect crucial bighorn habitats and the landscape linkages that join them. Managing wildlife species through the management of their habitat is an indirect, but effective approach for ensuring the long-term persistence of bighorn sheep, and it is a critical element of bighorn conservation. Elements of any habitat management approach include identifying

important habitat variables for bighorn sheep, mapping these characteristics on a landscape level, developing management prescriptions to protect these habitat characteristics, and applying management emphasis to high priority areas.

Two fundamental habitat issues affect the long-term viability of bighorn sheep in Region 2, habitat loss and habitat fragmentation. Although federal land management agencies manage most bighorn habitat in Region 2, habitat losses do occur because of the presence of domestic livestock allotments, overgrazing by domestic livestock, fire suppression, and human disturbance on crucial ranges from recreational activities and development. Furthermore, highways through national forests are increasingly becoming barriers to movement as vehicle traffic volume increases and the highways are expanded to accommodate those volume increases.

One of the primary benefits of a well-designed habitat management program is that it will act as a buffer against many of the uncertainties inherent in bighorn population management. Specifically, when bighorn populations dip below desired levels, the presence of abundant, high quality habitat provides for resiliency that would not exist if the habitat to support bighorn sheep were marginal. Habitat enhancement efforts can make unoccupied habitats available to bighorns or create additional habitat by providing limited resources (water or forage) by logging heavily forested areas adjacent to occupied bighorn habitat or using prescribed burns to improve forage quality and production on critical ranges (Arnett 1990, Cook 1990).

Although bighorn sheep are adapted to a wide variety of topographic features in Region 2, one common denominator describes bighorn habitat in the Region: they prefer semi-open, precipitous terrain characterized by a mixture of steep and gentle slopes, broken cliffs, rocky outcrops, and canyons. Escape cover is a critical habitat attribute for adult ewes, even more important than high quality forage (Festa-Bianchet 1989a, Cook 1990). The quantity of escape terrain can be an accurate predictor of ewe numbers on the winter range (Leslie and Douglas 1979, Ebert and Douglas 1993). Visibility is another critically important habitat variable for bighorn sheep. Consequently, vegetation structure is probably more important to bighorns than plant composition because vegetation types that permit high visibility allow for the detection of predators (Risenhoover and Bailey 1985, Wakelyn 1987).

Vegetation structure and composition are strongly influenced by climate, elevation, latitude, and to a varying extent by land management practices. Because very little can be done to modulate the effects of climate (and nothing about elevation or latitude), land managers focus their habitat management and conservation efforts on developing and implementing long-range, multiple-use land management plans. In the case of the USFS, the forest planning effort involves balancing input from a diverse group of stakeholders with different management priorities. A number of activities allowed on National Forest System lands, including domestic livestock grazing, timber removal, fire suppression, and habitat restoration projects, have the potential to affect the quantity and quality of habitat available to bighorn sheep in the Region.

One of the more important activities that directly affect bighorns is domestic livestock grazing in bighorn sheep habitat. Bighorns are negatively impacted by disease transmission from domestic livestock, especially domestic sheep and goats. Areas that have been grazed by domestic sheep may not be suitable areas for wild sheep for up to four years after grazing has been discontinued (Jessup 1985). Bunch et al. (1999) suggested that domestic and wild sheep should never be allowed to occupy the same areas because of the potential for disease transmission and the risk of a major die-off. Federal land managers, livestock owners, and private conservation groups have worked closely together in some areas to minimize the opportunity for domestic and wild sheep to overlap by converting grazing sheep allotments to cattle allotments, purchasing active sheep grazing allotments and retiring them from use, and retiring vacant sheep allotments. However, despite the best efforts of federal land management agencies and conservation organizations, like the Foundation for North American Wild Sheep, to prevent domestic sheep from mingling with wild sheep, domestic sheep can still be found on private in-holdings, on private lands adjacent to National Forest System lands and on active allotments on National Forest System lands adjacent to or within habitat occupied by bighorns.

Cattle grazing can result in a reduction of forage and space available to bighorn sheep by reducing the abundance and availability of preferred forage species and forcing them to compete with other wild ungulates for forage on summer and winter ranges (McCann 1956, Oldemeyer et al. 1971, Estes 1979, Arnett 1990, Cook 1990). Bighorns are facultative generalists in their diet selection, selecting preferred, highly nutritious

plant species in the spring and early summer and a larger number of species later in the year (Ginnett and Douglas 1982). Overgrazing by domestic livestock reduces plant abundance and the species composition of bighorn habitats, leading to a decrease in carrying capacity of the habitat. The length of time necessary for overgrazed habitats to regenerate is, in part, a function of the density of animals using the rehabilitated habitat and precipitation levels, with more mesic habitats recovering more quickly than drier sites (Lathrop and Rowlands 1983, Arnett 1990). Domestic livestock grazing in riparian areas and on bighorn summer ranges can also influence lamb mortality rates when bighorn ewes are denied access to high quality forage. Cook (1990) reported a strong correlation between forage quality during summer and early fall and lamb survival in three south-central Wyoming bighorn sheep herds. He concluded that the high mortality rates experienced by those herds resulted from inadequate nutrition that lead to reduced growth rates, poor overall health, and lower disease resistance in lambs. Streeter (1969) indicated that bighorn herds in Colorado that were foraging on high crude protein (over 40 percent) diets during the fall had higher lamb survival. These data suggest that the availability of high quality forage during the summer and early fall may be critical to lamb survival the following winter and may influence their susceptibility to enzootic disease during the mid-summer period (Cook 1990).

Habitat improvement projects for bighorn sheep must reflect their biological requirements and not ignore the fact that they can be poor colonizers and have specific habitat needs that limit their distribution to areas with adequate escape cover (Geist 1971, Wakelyn 1987, Cook 1990). Historically, bighorn sheep habitat improvement projects have focused on water developments in xeric habitats, changes in fence design, and removal of domestic sheep from bighorn ranges.

More recently, land managers have used prescribed burning to create or enhance bighorn habitats. Over the last 40 to 50 years, fire suppression policies have indirectly affected bighorns in Region 2 by allowing changes in vegetation structure on bighorn ranges that often resulted in decreased forage availability, loss of movement corridors, increased vulnerability to predators, and increased competition from other wild ungulates where forests encroach on open habitat types. Prescribed burning projects have considerable potential for reducing vegetation density and increasing forage quality in bighorn habitats impacted by fire suppression policies in the past. Prescribed burns can provide suitable habitat for bighorns where they are adjacent

(less than 400 m) to escape cover and are located near the upper part of slopes. Arnett (1990) reported that bighorns in south-central Wyoming consistently avoided areas further than 600 m from escape cover and the lower portion of slopes. For these reasons, prescribed burns should be located near escape terrain and, preferably, adjacent to currently utilized areas. Cook et al. (1989) suggested that prescribed burns located on winter and spring ranges should be oriented to a southern aspect, while burns on north and east aspects provided the best quality forage on summer and early fall ranges. Cool, prescribed burns in the spring resulted in rapid improvement of herb production and reduced mortality of desirable shrub species (Cook et al. 1989). Habitat restoration projects following wild fires or severe overgrazing also have potential to improve habitats for bighorn sheep when they are reseeded in preferred, native plant species. Fertilization has resulted in improved forage production in high elevation rangelands (Laycock 1982) and increased growth rates for perennial grasses in burns and clearcuts (Arnett 1990).

Forest succession resulting from fire suppression policies has resulted in the loss and fragmentation of bighorn habitat and blocked movement corridors. Forest stands adjacent to occupied habitat and located near (less than 400 m) suitable escape cover can be managed to expand the habitat base for herds that are currently at carrying capacity (Arnett 1990). For example, clearcuts can be used to eliminate vegetation overstory and thereby expand the overall habitat base for the herd. Removing timber stands can create or re-open movement corridors that may allow bighorns to move from low elevation ranges to alpine areas, or to reconnect herds. However, management actions designed to increase connectivity among bighorn herds must be evaluated carefully to avoid creating corridors that can be used by bighorns to come into contact with domestic sheep or goats or to transmit disease organisms to naïve bighorn herds.

Clearcuts can also be managed to suppress conifer regeneration and to provide increased forage production, particularly grasses and forbs (Austin and Urness 1982). To maintain clearcuts in optimum condition for use by bighorns, they should periodically be thinned of all conifer regeneration and seeded with sod-forming grasses and forbs (Austin and Urness 1982). Sod-producing grass species were effective in suppressing conifer regeneration in clearcuts (Arnett 1990). Habitat restoration projects that use prescribed burning and clearcuts to increase forage quality and production or to increase the habitat base for bighorns

may be an effective mechanism for enhancing the population viability of the many small (less than 100) herds found in Region 2 today. It appears that trapping and transplant programs for bighorns over the last 40 years have been effective at re-establishing or re-populating most suitable bighorn habitat. Additional efforts to translocate bighorns into unoccupied habitat or to augment small populations will likely provide little gain for bighorn management programs. However, habitat restoration may be a realistic method for increasing habitat capability to support larger numbers of bighorns (Arnett 1990).

### Habitat inventory and monitoring

In the past, managers have used several approaches, including pattern recognition (PATREC) and habitat suitability index (HSI) models and topographic maps, to evaluate and monitor changes in habitat quality for bighorn sheep. However, many of these methods are subjective, qualitative assessments that are only marginally adequate for predicting habitat suitability. A Geographic Information System (GIS) approach offers a number of advantages to managers because it permits more refined spatial analyses of habitat attributes. GIS now makes it possible to:

(1) quantify attributes within habitat patches or travel corridors on a landscape level

(2) assess patch continuity within and between mountain ranges

(3) identify threats to habitat integrity

(4) assess habitat deficiencies

(5) perform statistical tests on habitat data

(6) simulate changes in habitat under proposed management strategies.

Although landscape level approaches to evaluating and monitoring the status of bighorn sheep habitat are useful to managers, they have limited discriminatory power for measuring changes in plant composition, diversity, biomass, and condition. Excessive grazing by domestic livestock can result in changes in plant composition and density in plant communities that cannot be detected using large, landscape-level analyses. To monitor changes within plant communities effectively, intensive fieldwork will be necessary. Despite the difficulty of defining critical thresholds of habitat degradation and fragmentation, incorporating periodic data from field surveys with GIS approaches can provide managers with a realistic picture of the current condition and trend in bighorn sheep habitat.

Metapopulation theory is an important biological principle, and its use in GIS applications is equally important as a management principle because it promotes regional landscape planning, places emphasis on the importance of "non-traditional" habitats such as travel corridors, and is helpful in identifying isolated herds that may require more intrusive management practices (augmentations) in the future to maintain population viability. GIS layers that may prove helpful to managers include:

- ❖ land ownership and the level of legal protection afforded to the land; public land management agencies have different conservation mandates, so maps of land status should indicate the specific management focus (e.g., multiple-use, designated Wilderness, research natural area, National Park) of mapped parcels; for the same reason, the map should distinguish among private, state, tribal, and federal lands

- ❖ locations of natural or manmade features that constitute barriers or filters to bighorn movements (e.g., paved roads, highways, canals, and railroads)

- ❖ land use: agricultural (e.g., livestock grazing allotments, logged areas), industrial (e.g., major mines or oil and gas production sites), recreation, urban development

- ❖ geographic data on bighorn sheep seasonal distribution and densities

- ❖ vegetation layers delineating major habitat types and plant composition

- ❖ Digital Elevation Models (DEM's) for topographic information

- ❖ presence of intermittent and perennial water sources.

## *Information Needs*

Bighorn sheep are one of the most intensely studied animals in North America, yet there is much that remains unknown about their ecology and habitat

relationships, and the dynamics that occur among bighorns, other ungulates, their predators, and human uses on the landscape. Although not an exhaustive list of information needs for bighorn sheep, the following represents areas of research for which many population and habitat managers across the range of wild sheep would like to have additional information:

- ❖ factors influencing disease outbreaks in bighorn sheep and the vulnerability of bighorns to diseases associated with contact with domestic livestock and environmental stressors
- ❖ dynamics of disease ecology in bighorn sheep (i.e., transmission, host-switching by bacterial pathogens, treatment options, molecular identification of virulent pathogens and host species, and factors influencing lamb survival)
- ❖ influence of summer and early fall forage quality and production on the susceptibility of bighorn lambs to enzootic disease, predation, and other mortality factors
- ❖ relationship among cougars, their primary prey, and bighorn sheep habitat condition as it influences cougar predation levels on bighorn sheep
- ❖ reliable maps depicting bighorn sheep distribution, density, habitat quality, and landscape linkages
- ❖ reliable estimates or indices of bighorn sheep abundance
- ❖ factors affecting the long-term success of transplant and augmentation efforts for bighorn sheep
- ❖ effects of sport hunting harvest on bighorn sheep populations; especially the relationship between the harvest of adult ewes and the incidence of disease outbreaks
- ❖ landscape scale analyses of the genetic population structure of existing herds to understand the implications of management decisions based on metapopulation dynamics
- ❖ metapopulation relationships among small, apparently isolated bighorn herds
- ❖ relationship between environmental factors (e.g., fire suppression, grazing, noxious weeds, competition, trace elements) on habitat quality and disease incidence in bighorn sheep
- ❖ factors affecting bighorn habitat suitability and capability, including human disturbance, use of habitat linkages, and exploration movements
- ❖ bighorn sheep habitat use patterns and responses to habitat changes
- ❖ models on bighorn metapopulation dynamics
- ❖ models for bighorn habitat use
- ❖ developing a vaccine to interrupt the attachment of pneumonia leukotoxins to healthy neutrophil cell-surface proteins.

Although many important research needs can be identified to enhance bighorn sheep management, two areas appear particularly noteworthy, disease ecology including research into the prevention or interruption of disease progression, and habitat loss. Disease probably represents the most serious threat to bighorn sheep across their range. Managers need a better understanding of the dynamics associated with disease transmission between domestic livestock and bighorn sheep. Although research is currently underway to identify the many strains of Mannheimia and Pasteurella and the mechanisms for disease development when passed from domestic sheep or goats to bighorns, much remains to be learned about these supposedly commensal organisms. Another area where research may produce significant gains in our understanding of bighorn sheep management is how metapopulation management strategies influence genetic variability and long-term population viability of bighorns. Habitat fragmentation and loss will ultimately lead to greater isolation of some bighorn herds. Developing a better understanding of how habitat connectivity can aid the management of small, isolated herds will help managers make enlightened land management decisions.

## LIST OF ERRATA

11/2/07 Page 49-50: The Alamosa Canyon and Conejos herd is incorrectly assigned to the San Juan National Forest, but actually occurs on the Rio Grande National Forest. Thus, the Rio Grande has 4 herds, rather than 3, and the San Juan has 5 herds, rather than 6.

# REFERENCES

Adams, L.G., K.L. Risenhoover, and J.A. Bailey. 1982. Ecological relationship of mountain goat and Rocky Mountain Bighorn sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 3:9-22.

Akenson, J.J. and H.A. Akenson. 1992. Bighorn sheep movements and summer lamb mortality in central Idaho. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:14-27.

Alexander, R.D. 1974. The evolution of Social behavior. Annual Review of Ecology and Systematics 5:325-383.

Anderson, G. 2004. 2003 Job completion report: Bighorn Sheep, Whiskey Mountain Herd. Pages 328-357 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Lander Region. Wyoming Game and Fish Department, Cheyenne, WY.

Anderson, G. 2006. Wildlife Biologist, Wyoming Game and Fish Department, Lander, WY. Personal communication.

Andrew, N.G., V.C. Bleich, P.V. August, and S.G. Torres. 1997. Demography of mountain sheep in the east Chocolate Mountains, California. California Department of Fish and Game 83:68-77.

Arnett, E.B. 1990. Bighorn sheep habitat selection patterns and response to fire and timber harvest in southcentral Wyoming. M.S. Thesis, University of Wyoming, Laramie, WY.

Ashcroft, G.E.W. 1986. Sexual segregation and group sizes of California bighorn sheep. M.S. Thesis, University of British Columbia, Vancouver, British Columbia, Canada.

Augsburger, J.G. 1970. Behavior of Mexican bighorn sheep in the San Andreas Mountains, New Mexico. M.S. Thesis, New Mexico State University, Las Cruces, NM.

Austin, D.D. and P.J. Urness. 1982. Vegetal responses and big game values after thinning regenerating lodgepole pine. Great Basin Naturalist 42(4):512-516.

Bailey, J.A. 1980. Desert bighorn, forage competition and zoogeography. Wildlife Society Bulletin 8:208-216.

Bailey, J.A. and D.R. Klein. 1997. United States of America. Pages 307-316 *in* D.M. Shackleton, editor. Wild sheep and their relatives, status survey and conservation action plan for Caprinae. IUCN, Gland, Switzerland.

Bailey, J.A., B.W. Simmons, E.M. Rominger, and A.R. Dale 1981. Bighorn sheep and golden eagle investigations, Waterton Canyon. Third annual report. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Bailey, V. 1936. The mammals and life zones of Oregon. North American Fauna 55:1-416.

Banulis, B. 2005. The Ouray-Cow Creek bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Bates, J.W., Jr., J.C. Pederson, and S.C. Amstrup. 1976. Bighorn sheep range, population trend and movement. Desert Bighorn Council Transactions 20:11-12.

Bavin, R.L. 1975. Ecology and behavior of the Persian ibex in the Florida Mountains, New Mexico. M.S. Thesis, New Mexico State University, Las Cruces, NM.

Bavin, R.L. 1982. Post-release study of desert bighorn sheep in the Big Hatchet Mountains, New Mexico. New Mexico Department of Game and Fish, Santa Fe, NM.

Bear, G.D. 1978. Evaluation of fertilizer and herbicide applications on two Colorado bighorn sheep winter ranges. Division Report No. 10, Federal Aid in Wildlife Restoration Project. W-41-R, Colorado Division of Wildlife, Fort Collins, CO.

Bear, G.D. and G.W. Jones. 1973. History and distribution of bighorn sheep in Colorado. Project Number: COLO. W-041-R-22/WK.PL.01/JOB 12. Colorado Division of Wildlife, Fort Collins, CO.

Becker, K., T. Varcalli, E.T. Thorne, and G.B. Butler. 1978. Seasonal distribution patterns of Whiskey Mountain bighorn sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 1:1-16.

Becklund, W.W. 1969. Taxonomy, hosts, and geographic distribution of the *Senaria* (Nematoda: filarioidea) in the United States and Canada. Journal of Parasitology 55:659-660.

Becklund, W.W. and C.M. Singer. 1967. Parasites of *Ovis canadensis canadensis* in Montana, with a checklist of the internal and external parasites of Rocky Mountain bighorn sheep in North America. Journal of Parasitology 53: 157-165.

Becklund, W.W. and M.L. Walker. 1967. *Nematodirus odocoilei* spp. N. (*Nematoda: Trichostrongylidae*) from the black-tailed deer, *Odocoileus hemionus*, in North America. Journal of Parasitology 53:392-394.

Benzon, T. 2005. Wildlife Biologist, South Dakota Game, Fish, and Parks Department, Rapid City, South Dakota. Personal communication.

Berger, J. 1978. Maternal defensive behavior in bighorn sheep. Journal of Mammalogy. 59:620-621.

Berger, J. 1990. Persistence of different-sized populations: an empirical assessment of rapid extinction in bighorn sheep. Conservation Biology 4:91-98.

Berger, J. 1991. Pregnancy incentives, predation constraints and habitat shifts: Experimental and field evidence for wild bighorn sheep. Animal Behavior 41:61-77.

Berger, J. 1992. Facilitation of reproductive synchrony by gestation adjustment in gregarious mammals: A new hypothesis. Ecology 73:323-329.

Berger, J. 1999. Intervention and persistence in small populations of bighorn sheep. Conservation Biology 13:432-435.

Berwick, S.H. 1968. Observations on the decline of the Rock Creek, Montana, population of bighorn sheep. M.S. Thesis, University of Montana, Missoula, MT.

Blanchard, P., M. Festa-Bianchet, J-M Gaillard, and J.T. Jorgenson. 2003. A test of long-term fecal nitrogen monitoring to evaluate nutritional status in bighorn sheep. Journal of Wildlife Management 67:477-484.

Blanchard, P., M. Festa-Bianchet, J-M Gaillard, and J.T. Jorgenson. 2005. Maternal condition and offspring sex ratio in polygynous ungulates: a case study of bighorn sheep. Behavioral Ecology 16(1):274-279.

Bleich, V.C. 1996. Interactions between coyotes (*Canis latrans*) and mountain sheep (*Ovis canadensis*). Southwest Naturalist 41:81-82.

Bleich, V.C. 1999. Mountain sheep and coyotes: patterns of predator evasion in a mountain ungulate. Journal of Mammalogy 80:283-289.

Bleich, V.C., J.D. Wehausen, and S.A. Holl. 1990b. Desert-dwelling mountain sheep: Conservation implications of a naturally fragmented distribution. Conservation Biology 4:383-390.

Bleich, V.C., J.D. Wehausen, K.R. Jones, and R.A. Weaver. 1990a. Status of bighorn sheep in California, 1989 and translocations from 1971 through 1989. Desert Bighorn Council Transactions 34:24-26.

Bleich, V.C., J.D. Wehausen, R.R. Ramey II, and J.L. Rechel. 1996. Metapopulation theory and mountain sheep: implications for conservation. Pages 453-473 *in* D.R. McCullough, editor. Metapopulations and Wildlife Conservation. Island Press, Washington, D.C.

Bleich, V.C., R.T. Bowyer, and J.D. Wehausen. 1997. Sexual segregation in mountain sheep: Resources or predation? Wildlife Monographs 134:1-50.

Blood, D.A. 1961. An ecological study of California bighorn sheep (*Ovis canadensis calforniana* Douglas) in southern British Columbia. M.S. Thesis, University of British Columbia, Vancouver, British Columbia, Canada.

Blood, D.A. 1963. Some aspects of behavior of a bighorn herd. Canadian Field-Naturalist 77:77-94.

Blood, D.A. 1967. Food habits of the Ashnola big horn sheep herd. Canadian Field-Naturalist 81:23-29.

Blood, D.A. 1971. Contagious ecthyma in Rocky Mountain bighorn sheep. Journal of Wildlife Management 35:270-275.

Blunt, M.H., H.A. Dawson, and E.T. Thorne. 1972. The birth weights and gestation in captive Rocky Mountain bighorn sheep. Journal of Mammalogy 58:106.

Bodie, W.L., E.O. Garton, E.R. Taylor, and M. McCoy. 1995. A sightability model for bighorn sheep in canyon habitats. Journal of Wildlife Management 59(4):832-840.

Bourassa, M.A. 2001. Bighorn sheep restoration in Badlands National Park, South Dakota: lessons for cooperation. Crossing Boundaries in Park Management: Proceedings 11th Conf. on Resources and Resource Management in Parks and on Public Lands. D. Harmon, editor. The George Wright Society 11:112-117.

Bowyer, R.T., V. Van Ballenberghe, and J.G. Kie. 1998. Timing and synchrony of parturition in Alaskan moose: Long-term versus proximal effects of climate. Journal of Mammalogy 79:1244-1332.

Boyce, W.M., L. Elliot, R.K. Clark, and D.A. Jessup. 1990. Morphometric analysis of *Psoroptic* spp. Mites from bighorn sheep, mule deer, rabbits and cattle. Journal of Parasitology 76:823-828.

Boyce, W.M., P.W. Hedrick, N.E. Muggli-Cocklett, S. Kalinowski, M.C.T. Penedo, and R.R. Ramey II. 1997. Genetic variation of major histocompatibility complex and microsatellite loci: a comparison for bighorn sheep. Genetics 145:421-433.

Bradley, W.G. and D.P. Baker. 1967. Life tables for Nelson bighorn sheep from the Desert Game Range. Desert Bighorn Council Transactions 11:142-170.

Brimeyer, D. 2004a. 2003 Job completion report: Bighorn Sheep, Targhee Herd. Pages 388-398 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Jackson-Pinedale Region. Wyoming Game and Fish Department, Cheyenne, WY.

Brimeyer, D. 2004b. 2003 Job completion report: Bighorn Sheep, Jackson Herd. Pages 399-418 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Jackson-Pinedale Region. Wyoming Game and Fish Department, Cheyenne, WY.

Brimeyer, D. 2005. Wildlife Biologist, Wyoming Game and Fish Department. Jackson Hole, WY. Personal communication.

Broadbent, R.V. 1969. Nevada's 1968 transplant disappointment. Desert Bighorn Council Transactions 13:43-47.

Brown, B.W., D.D. Smith, and R.P. McQuivey. 1977. Food habits of desert bighorn sheep in Nevada. Desert Bighorn Council Transactions 21:32-61.

Brown, D.E. 1989. Early History. Pages 1-11 *in* R.M. Lee, editor. The desert bighorn sheep in Arizona. Arizona Game and Fish Department. Phoenix, AZ.

Browning, B.M. and G. Monson. 1980. Food. Pages 80-99 *in* G. Monson and L. Sumner, editors. The desert bighorn. University of Arizona Press, Tucson, AZ.

Brussard, P.F. and M.E. Gilpin. 1989. Demographic and genetic problems of small populations. Pages 37-48 *in* U.S. Seal, E.T. Thorne, M.A. Bogan, and S.H. Anderson, editors. Conservation biology and the black-footed ferret. Yale University Press, New Haven, CT.

Buechner, H.K. 1960. The bighorn sheep in the United States, its past, present, and future. Wildlife Monographs No. 4.

Bunch, T.D., W.M. Boyce, C.P. Hibler, W.R. Lance, T.R. Spraker, and E.S. Williams. 1999. Diseases of North American wild sheep. Pages 209-237 *in* R. Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ.

Bunnell, F.L. 1982. The lambing period of mountain sheep: synthesis, hypothesis, and tests. Canadian Journal of Zoology 60:1-14.

Bunnell, F.L. and N.A. Olsen. 1976. Weights and growth of Dall sheep in Kluane Park Reserve, Yukon Territory. Canadian Field-Naturalist 90:157-162.

Bureau of Land Management. 1992. Guidelines for management of domestic sheep and goats in native wild sheep habitats. BLM Memo 92-264. BLM Washington Office, Washington, D.C.

Butts, T.W. 1980. Population characteristics, movements, and distribution patterns of the upper Rock Creek bighorn sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 2:115-140.

Caro, T.M. and M.K. Laurenson. 1994. Ecological and genetic factors in conservation: a cautionary tale. Science 263: 485-486.

Carrington, M., G.W. Nelson, M.P. Martin, T. Kissner, D. Vlahov, J.J. Goedert, R. Kaslow, S. Buchbinder, K. Hoots, and S.J. O'Brien. 1999. HLA and HIV-1: heterozygote advantage and B*35-Cw*04 disadvantage. Science 283: 1748-1752.

Carter, B.H. 1968. Scabies in desert bighorn sheep. Desert Bighorn Council Transactions 12:76-77.

Cassirer, E.F., L.E. Oldenburg, V.L. Coggins, P. Fowler, K. Rudolph, D.L. Hunter, and W. Foreyt. 1998. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995-1996. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 10:78-86.

Cassirer, F. 2004, 2006. Wildlife Biologist, Idaho Department of Fish and Game, Lewiston, ID. Personal communication.

Caughley, G. 1977. Analysis of vertebrate populations. John Wiley and Sons, New York, NY.

Chamberlain, T.C. 1897. The method of multiple working hypotheses. Journal of Geology 5:837-848 (reprinted in Science 148:754-759).

Childers, E. 2005. Wildlife Biologist, National Park Service, Badlands National Park, Interior, SD. Personal communication.

Clark, J.L. 1978. The great arc of the wild sheep. University of Oklahoma Press, Norman, OK.

Clark, R.K., D.A. Jessup, M.D. Koch, and R.A. Weaver. 1985. Survey of desert bighorn sheep in California for exposure to selected infectious diseases. Journal of the American Veterinary Medicine Association 187:1175-1179.

Clutton-Brock, T.H., A.W. Illius, K. Wilson, B.T. Grenfell, A.D.C. MacColl, and S.D. Albon. 1997. Stability and instability in ungulate populations: an empirical analysis. American Naturalist 149:195-219.

Clutton-Brock, T.H., M. Major, S.D. Albon, and F.E. Guiness. 1987. Early development and population dynamics in red deer. I. Density-dependent effects on juvenile survival. Journal of Animal Ecology 56:53-67.

Clutton-Brock, T.H., M.Major, S.D. Albon, and F.E. Guiness. 1992. Early development and population fluctuations in Soay sheep. Journal of Animal Ecology 61:381-396.

Coggins, V.L. and P.E. Matthews. 1992. Lamb survival and herd status of the Lostine bighorn herd following a *Pasteurella* die-off. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:164-173.

Coltman, D.W., J.G. Pilkington, J.A. Smith, and J.M. Pemberton. 1999. Parasite-mediated selection against inbred Soay sheep in a free-living, island population. Evolution 53:1259-1267.

Coltman, D.W., P. Donoghue, J.T. Jorgenson, J.T. Hogg, C. Strobeck, and M. Festa-Bianchet. 2003. Undesirable evolutionary consequences of trophy hunting. Nature 426(6967):655-658.

Constan, K.J. 1972. Winter foods and range use of three species of ungulates. Journal of Wildlife Management 36: 1068-1075.

Cook, J.G. 1990. Habitat, nutrition, and population biology of two transplanted bighorn sheep populations in southcentral Wyoming. Ph.D. Dissertation, University of Wyoming, Laramie, WY.

Cook, J.G., E.B. Arnett, L.L. Irwin, and F. Lindzey. 1989. Ecology and population dynamics of transplanted bighorn sheep herds in southcentral Wyoming. Department of Zoology and Physiology, University of Wyoming, Laramie, WY. 234 pp.

Cowan, I.M. 1940. Distribution and variation in the native sheep of North America. American Midland Naturalist 24: 505-580.

Cowan, I.M. 1947. Range competition between mule deer, bighorn sheep, and elk in Jasper Park, Alberta. Transactions North American Wildlife Conference 12:223-227.

Creeden, P.J. and J.L. Schmidt. 1983. The Colorado desert bighorn introduction project, a status report. Desert Bighorn Council Transactions 27:34-36.

Crow, J.F. and M. Kimura. 1970. An introduction to population genetics theory. Burgess Publishing Co., Minneapolis, MN.

Dale, A.R. 1987. Ecology and behavior of bighorn sheep, Waterton Canyon, Colorado, 1981-1982. M.S. Thesis, Colorado State University, Fort Collins, CO.

Davis, W.D. and W.P. Taylor. 1939. The bighorn sheep of Texas. Journal of Mammalogy 20:440-455.

Dean, H.C. and J.J. Spillett. 1976. Bighorn in Canyonlands National Park. Desert Bighorn Council Transactions 20: 15-17.

Decker, J.V. 1970. Scabies in desert bighorn sheep in the Desert National Wildlife Range. Desert Bighorn Council Transactions 14:107-108.

DeForge, J.R. 1980. Population biology of desert bighorn sheep in the San Gabriel Mountains of California. Desert Bighorn Council Transactions 24:29-32.

DeForge, J.R., J.E. Scott, G.W. Sudmeier, R.L. Graham, and S.V. Segreto. 1981. The loss of two populations of desert bighorn sheep in California. Desert Bighorn Council Transactions 25:36-38.

Demarchi, R.A. 1965. An ecological study of the Ashnola bighorn winter ranges. M.S. Thesis, University of British Columbia, Vancouver, British Columbia, Canada.

Demarchi, R.A. and H.B. Mitchell. 1973. The Chilcotin River bighorn population. Canadian Field-Naturalist 87:433-454.

Desert Bighorn Sheep Plan. 1995. Black Ridge Herd Unit Revision. Colorado Department of Wildlife Report. Grand Junction, CO.

deVos, J.C. 1989. The role of disease in Arizona's bighorn sheep. Pages 30-62 *in* R.M. Lee, editor. The desert Bighorn Sheep in Arizona. Arizona Game and Fish Department, Phoenix, AZ.

deVos, J.C., R.L. Glaze, and T.D. Bunch. 1980. Scabies (*Psoroptes ovis*) in Nelson desert bighorn of northwestern Arizona. Desert Bighorn Council Transactions 24:44-46.

Diamond, B. 2005a. The Fossil Ridge bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Diamond, B. 2005b. Abbreviated summaries for Units S52, S54, S69, S70, and Area 16 bighorn sheep populations. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Diamond, B. 2005c. The San Luis Peak bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Diamond, B. 2005d. The Pole Mountain/Upper Lake Fork bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Diamond, B. 2007. Wildlife Biologist, Colorado Division of Wildlife, Ft. Collins, CO. Personal communication.

Dodd, N.L. and W.W. Brady. 1986. Cattle grazing influences on vegetation of sympatric desert bighorn range in Arizona. Desert Bighorn Council Transactions 30:8-13.

Douglas, C.L. and D.M. Leslie, Jr. 1986. Influence of weather and density on lamb survival of desert mountain sheep. Journal of Wildlife Management 50:153-156.

Douglas, C.L. and D.M. Leslie, Jr. 1999. Management of bighorn sheep. Pages 238-262 *in* R. Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ. 353 pp.

Dreher, B. 2005a. The Rampart Range bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Dreher, B. 2005b. The Pike's Peak and Dome Rock bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Drewek, J.R. 1970. Population characteristics and behavior of introduced bighorn sheep in Owyhee County, Idaho. M.S. Thesis, University of Idaho, Moscow, ID.

Dubay, S., H. Schwantje, J. de Vos, and T. McKinney. 2003. Bighorn sheep (*Ovis canadensis*) diseases: a brief review and risk assessment for translocation. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 13:134-152.

Dustin, D. 2006. Wildlife Biologist, Nebraska Game and Parks Commission, Alliance, NE. Personal communication.

Easterly, T. 2006. Wildlife Biologist, Wyoming Game and Fish Department, Greybull, WY. Personal communication.

Ebert, D.W. and C.L. Douglas. 1993. Desert bighorn movements and habitat use in relation to the proposed black Canyon Bridge project, Nevada. Final Report. U.S. Bureau of Reclamation, Boulder City, NV.

Eccles, T.R. 1983. Aspects of social organization and diurnal activity patterns of California bighorn sheep (*Ovis canadensis cal.forniana* Douglas 1829) (Report R-6). British Columbia Ministry of Environment, Fish, and Wildlife, Victoria, British Columbia, Canada.

Eccles, T.R. and D.M. Shackleton. 1979. Recent records of twinning in mountain sheep. Journal of Wildlife Management 43:974-976.

Eccles, T.R. and D.M. Shackleton. 1986. Correlates and consequences of social status in female bighorn sheep. Animal Behavior 34:1391-1401.

Elenowitz, A.S. 1983. Habitat use and population dynamics of transplanted desert bighorn sheep in the Peloncillo Mountains, New Mexico. M.S. Thesis, New Mexico State University, Las Cruces, NM.

Ellenberger, J. 2004. Wildlife Biologist, Colorado Division of Wildlife (ret.), Grand Junction, CO. Personal communication.

Elliott, J.P. 1978. Range enhancement and trophy production in Stone sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 1:113-118.

Ellstrand, N.C. and D.R. Elam. 1993. Population genetic consequences of small population size: implications for plant conservation. Annual Review of Ecology and Systematics 24:217-242.

Enk, T. A., H. D. Picton, and J. S. Williams. 2001. Factors limiting a bighorn sheep population in Montana following a die-off. Northwest Science 75(3):280-291.

Erickson, G.L. 1972. The ecology of Rocky Mountain bighorn sheep in the Sun River area of Montana with special reference to summer food habits and range movements. Federal Aid Wildlife Restoration Project. W-120-R-2 and R-3. Montana Fish and Game Department, Helena, MT.

Ernest, H.B., W.M. Boyce, V.C. Bleich, B. May, S.J. Stiver, and S.G. Torres. 2003. Genetic structure of mountain lion (*Puma concolor*) populations in California. Conservation Genetics 4:353-366.

Estes, R.D. 1972. The role of the vomeronasal organ in mammalian reproduction. Mammalia 36:315-341.

Estes, R.D. 1979. Ecological aspects of bighorn sheep populations in southeastern Washington. M.S. Thesis. Washington State University, Pullman, WA. 124 pp.

Etchberger, R.C. and P.R. Krausman. 1999. Frequency of birth and lambing sites of a small population of mountain sheep. Southwest Naturalist 44:354-60.

Etchberger, R.C., P.R. Krausman, and R. Mazaika. 1989. Mountain sheep habitat characteristics in the Pusch Ridge Wilderness, Arizona. Journal of Wildlife Management 53:902-907.

Etchberger, R.C., P.R. Krausman, and R. Mazaika. 1990. Effects of fire on desert bighorn sheep habitats. Pages 53-57 *in* P.R. Krausman and N.S. Smith, editors. Managing wildlife in the Southwest. Arizona Chapter of the Wildlife Society, Phoenix, AZ.

Eustis, G.P. 1962. Winter lamb surveys on the Kofa Game Range. Desert Bighorn Council Transactions 6:83-86.

Fairbanks, W.S., J.A. Bailey, and R.S. Cook. 1987. Habitat use by a low elevation, semi-captive bighorn sheep population. Journal of Wildlife Management 51:912-915.

Festa-Bianchet, M. 1986a. Seasonal dispersion of overlapping mountain sheep ewe groups. Journal of Wildlife Management 50:325-330.

Festa-Bianchet, M. 1986b. Site fidelity and seasonal range use by bighorn rams. Canadian Journal of Zoology 64: 2126-32.

Festa-Bianchet, M. 1988a. Seasonal range selection in bighorn sheep conflicts between forage quality, forage quantity, and predator avoidance. Oecologia 75:580-586.

Festa-Bianchet, M. 1988b. Nursing behavior of bighorn sheep: correlates of ewe age, parasitism, lamb age, birthdate and sex. Animal Behavior 36:1445-1454.

Festa-Bianchet, M. 1988c. Birth date and survival in bighorn lambs (*Ovis canadensis*). Journal of Zoology (London) 214:653-61.

Festa-Bianchet, M. 1989a. Individual differences, parasites, and the costs of reproduction for bighorn ewes (*Ovis canadensis*). Journal of Animal Ecology 58:785-795.

Festa-Bianchet, M. 1989b. Survival of male bighorn sheep in southwestern Alberta. Journal of Wildlife Management 53:259-263.

Festa-Bianchet, M. 1991a. The social system of bighorn sheep: Grouping patterns, kinship and female dominance rank. Animal Behavior 42:71-82.

Festa-Bianchet, M. 1991b. Numbers of lungworm larvae in feces of bighorn sheep: yearly changes, influence of host sex, and effects on host survival. Canadian Journal of Zoology 69:547-554.

Festa-Bianchet, M. 1992. Use of age ratios to predict bighorn sheep population dynamics. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:227-236.

Festa-Bianchet, M., J.T. Jorgenson, M. Lucherini, and W.D. Wishart. 1995. Life history consequences of variation in age of primiparity in bighorn ewes. Ecology 76:871-881.

Fitzsimmons, N.N. and S.W. Buskirk. 1992. Effective population sizes for bighorn sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:1-7.

Fitzsimmons, N.N., S.W. Buskirk, and M.H. Smith. 1995. Population history, genetic variability, and horn growth in bighorn sheep. Conservation Biology 9:314-323.

Fitzsimmons, N.N., S.W. Buskirk, and M.H. Smith. 1997. Genetic changes in reintroduced Rocky Mountain bighorn sheep populations. Journal of Wildlife Management 61(3):863-872.

Flather, C.H., L.A. Joyce, and C.A. Bloomgarden. 1994. Species endangerment patterns in the United States. USDA Forest Service General Technical Report RM-241:1-42.

Foreyt, W.J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50(3):341-344.

Foreyt, W.J. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 7:92-101.

Foreyt, W.J. 1992. Experimental contact association between bighorn sheep, elk, and deer with known *Pasteurella haemolytica* infections. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:213-218.

Foreyt, W.J. 1993. Failure of an experimental *Pasteurella haemolytica* vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:155-163.

Foreyt, W.J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and Llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 9:7-14.

Foreyt, W.J. and D.A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163-168.

Foreyt, W.J. and J.E. Lagerquist. 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horsed and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases 32(4):594-602.

Fralick, G. 2004. 2003 Job completion report: Bighorn Sheep, Darby Mountain Herd. Pages 419-427 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Jackson-Pinedale Region. Wyoming Game and Fish Department, Cheyenne, WY.

Fralick, G. 2005. Wildlife Biologist, Wyoming Game and Fish Department, Thayne, WY. Personal communication.

Franklin, I.R. 1980. Evolutionary change in small populations. Pages 135-149 *in* M.E. Soule and B.A. Wilcox, editors. Conservation Biology: an evolutionary-ecological perspective. Sinauer Associates, Sunderland, ME.

Franklin, I.R. and R. Frankham. 1998. How large must populations be to retain evolutionary potential? Animal Conservation 1:69-73.

Frisina, M.R. 1974. Ecology of bighorn sheep in the Sun River area of Montana during fall and spring. M.S. Thesis, Montana State University, Bozeman, MT.

Furlow, R.C., M. Haderlie, and R. Van den Berge. 1981. Estimating a bighorn population by mark-recapture. Desert Bighorn Council Transactions 25:31-33.

Gable, F.C. and A. Murie. 1942. A record of lungworms in *Ovis dalli* (Nelson). Journal of Mammalogy 23:220-221.

Gallizioli, S. 1977. Overgrazing on desert bighorn ranges. Desert Bighorn Council Transactions 21:21-23.

Geist, V. 1966b. The evolutionary significance of mountain sheep horns. Evolution 20:558-566.

Geist, V. 1967. A consequence of togetherness. Natural History. (October), pp. 24-30.

Geist, V. 1971. Mountain sheep: a study of behavior and evolution. University of Chicago Press, Chicago, IL. 384 pp.

Geist, V. 1985a. On evolutionary patterns in the Caprinae with comments on the punctuated mode of evolution, gradualism, and a general model of mammalian evolution. Pages 15-30 *in* S. Lovari, editor. The biology and management of mountain ungulates. Croom Helm, London, United Kingdom.

Geist, V. 1985b. On Pleistocene bighorn sheep: some problems of adaptation and relevance to today's American megafauna. Wildlife Society Bulletin 13:351-359.

Geist, V. 1987. On speciation in Ice Age mammals, with special reference to cervids and caprids. Canadian Journal of Zoology 65:1067-1085.

Geist, V. 1999. Adaptive strategies in American wild sheep. Pages 192-208 *in* R.Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ. 353 pp.

Geist, V. and R.G. Petrocz. 1977. Bighorn sheep in winter: do rams maximize reproductive fitness by spatial and habitat segregation from ewes? Canadian Journal of Zoology 55:1802-1810.

George, J., and B. Davies. 2005. The Tarryall and Kenosha Mountains Bighorn Sheep Herds. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

George, J.L., M.W. Miller, G.C. White, and J. Vayhinger. 1996. Comparison of mark-resight population size estimators for bighorn sheep in alpine and timbered habitats. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 10:20-25.

Gilpin, M.E. and I. Hanski, editors. 1989. Metapopulation dynamics: empirical and theoretical investigations. Academic Press, San Diego, CA.

Gilpin, M.E. and M.E. Soulé. 1986. Minimum viable populations: processes of species extinction. Pages 19-34 *in* M.E. Soule, editor. Conservation biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, ME.

Ginnett, T.F. and C.L. Douglas. 1982. Food habits of feral burros and desert bighorn sheep in Death Valley National Monument. Desert Bighorn Council Transactions 26:81-87.

Gionfriddo, J.P. and P.R. Krausman. 1986. Summer habitat use by mountain sheep. Journal of Wildlife Management 50:331-336.

Gobbett, N.G. 1956. Head grubs of sheep. Pages 407-411 *in* A. Stefferud, editor. Animal diseases. USDA1956 Yearbook. Agricultural Printing Office, Washington, D.C.

Goodson, N.J. 1978. Status of bighorn sheep in Rocky Mountain National Park. M.S. Thesis, Colorado State University, Fort Collins, CO.

Goodson, N.J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 3:287-313.

Goodson, N.J. 1994. Persistence and population size in mountain sheep: why different interpretations? Conservation Biology 3:617-618.

Graham, H. 1980. The impacts of modern man. Pages 288-309 *in* G. Monson and L. Sumner, editors. The desert bighorn: its life history, ecology, and management. University of Arizona Press, Tucson, AZ.

Gross, J.E. 1960. History, present, and future status of the desert bighorn sheep (*Ovis canadensis mexicana*) in the Guadalupe Mountains of southeastern New Mexico and northwestern Texas. Desert Bighorn Council Transactions 4:66-71.

Gross, J.E., M.E. Moses, and F.J. Singer. 1997. Simulating desert bighorn sheep populations to support management decisions. Desert Bighorn Council Transactions 41:26-36.

Gross, J.E., F.J. Singer, and M.E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8(4S):25-37.

Guenzel, R. 2004a. 2003 Job completion report: Bighorn Sheep, Douglas Creek Herd. Pages 288-308 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Laramie Region. Wyoming Game and Fish Department, Cheyenne, WY.

Guenzel, R. 2004b. 2003 Job completion report: Bighorn Sheep, Encampment River Herd. Pages 341-354 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Laramie Region. Wyoming Game and Fish Department, Cheyenne, WY.

Guthrie, R.D. 1968. Paleoecology of the large-mammal community in interior Alaska during the Late Pleistocene. American Midland Naturalist 79:346-363.

Hall, E.R. 1981. The mammals of North America. Second edition. John Wiley, New York, NY.

Halloran, A.F. and C.A. Kennedy. 1949. Bighorn-deer food relationships in southern New Mexico. Journal of Wildlife Management 13:417-419.

Hamilton, K.S., S.A. Holl, and C.L. Douglas. 1982. An evaluation of the effects of recreational activity on bighorn sheep in the San Gabriel Mountains, California. Desert Bighorn Council Transactions 26:50-55.

Hamilton, W.D. 1971. Geometry of the selfish herd. Journal of Theoretical Biology 31:295-311.

Hansen, C.G. 1980a. Habitat. Pages 64-79 *in* G. Monson and L. Sumner, editors. The desert bighorn: its life history, ecology, and management. University of Arizona Press, Tucson, AZ.

Hansen, C.G. 1980b. Population dynamics. Pages 217-235 *in* G. Monson and L. Sumner, editors. The desert bighorn: its life history, ecology, and management. University of Arizona Press, Tucson, AZ.

Hansen, M.C. 1982. Status and habitat preferences of California bighorn sheep on Sheldon National Wildlife Refuge, Nevada. M.S. Thesis, Oregon State University, Corvallis, OR.

Hansen, M.C. 1996. Foraging ecology of female Dall's sheep in the Brooks Range, Alaska. Ph.D. Dissertation, University of Alaska, Fairbanks, AK.

Harper, W.L. 1984. Pregnancy rate and early lamb survival of California bighorn sheep (*Ovis canadensis cal.forniana*, Douglas 1871) in the Ashnola watershed, British Columbia. M.S. Thesis, University of British Columbia, Vancouver, British Columbia, Canada.

Harris, L.K. 1992. Recreation in mountain sheep habitat. Ph.D. Dissertation, University of Arizona, Tucson, AZ.

Harter, S. 2006. Wildlife Biologist, Wyoming Game and Fish Department, Casper, Wyoming. Personal communication.

Hass, C.C. 1989. Bighorn lamb mortality: predation, inbreeding, and population effects. Canadian Journal of Zoology 67:699-705.

Hass, C.C. 1991. Social status in female bighorn sheep (*Ovis canadensis*): expression, development and reproductive correlates. Journal of Zoology (London) 225:509-523.

Hayes, C.L., E.S. Rubin, M.C. Jorgensen, and W.M. Boyce. 2000. Mountain lion predation of bighorn sheep in the Peninsular Ranges, California. Journal of Wildlife Management 64:954-959.

Hebert, D.M. 1973. Altitudinal migration as a factor in the nutrition of bighorn sheep. M.S. Thesis, University of British Columbia, Vancouver, British Columbia, Canada.

Hebert, D.M. and S. Harrison. 1988. The impact of coyote predation on lamb mortality patterns at the Junction Wildlife Management Area. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 5: 283-291.

Heffelfinger, J.R., R.M. Lee, and D.N. Cagle. 1995. Distribution, movements, and mortality of Rocky Mountain bighorn sheep in Arizona. Desert Bighorn Council Transactions 39:10-16.

Heimer, W.E. 1976. Interior sheep studies. Vol. 2. Federal Aid for Wildlife Restoration Projects. W-17-8, Job 6.9R-6.12R. Alaska Department of Fish and Game.

Hells Canyon Bighorn Sheep Restoration Committee. 2004. Hells Canyon bighorn sheep restoration plan. Idaho Department of Fish and Game, Lewiston, ID. 68 pp.

Helvie, J.B. 1971. Bighorns and fences. Desert Bighorn Council Transactions 16:3-8.

Hengel, D.A., S.H. Anderson, and W.G. Hepworth. 1992. Population dynamics, seasonal distribution and movement patterns of the Laramie Peak bighorn sheep herd. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:83-96.

Hess, G. 1996. Disease in metapopulation models: implications for conservation. Ecology 77(5):1617-1632.

Hiatt, G. 1997. Ferris-Seminoe bighorn sheep lambing study. Final Report in Wyoming Game and Fish Department 1996 Annual Job Completion Report, District 6, Lander, WY.

Hiatt, G. 2004. 2003 Job completion report: Bighorn Sheep, Seminoe-Ferris Herd. Pages 371-378 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Lander Region. Wyoming Game and Fish Department, Cheyenne, WY.

Hicks, M. 2004. 2003 Job completion report: Bighorn Sheep, Laramie Peak Herd. Pages 309-340 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Laramie Region. Wyoming Game and Fish Department, Cheyenne, WY.

Hilborn, R. and M. Mangel. 1997. The ecological detective: confronting models with data. Princeton University Press, Princeton, NJ.

Hnlicka, P.A., J. Mionczynski, B.J. Mincher, J. States, M. Hinschberger, S. Oberlie, C. Thompson, B. Yates, and D.D. Siemer. 2002. Bighorn sheep lamb survival, trace minerals, rainfall, and air pollution: are there any connections? Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 13:69-94.

Hoban, P.A. 1990. A review of desert sheep in the San Andreas Mountains, New Mexico. Desert Bighorn Council Transactions 34:14-22.

Hoefs, M. 1978. Twinning in Dall sheep. Canadian Field-Naturalist 92:292-293.

Hoefs, M. and N. Barichello. 1985. Distribution, abundance, and management of wild sheep in Yukon. Pages 16-34 *in* M. Hoefs, editor. Wild Sheep: Distribution, abundance, and management and conservation of the sheep of the world and closely related mountain ungulates. Special Report: Northern Wild Sheep and Goat Council. Whitehorse, Yukon, Canada.

Hoefs, M. and I.M. Cowan. 1979. Ecological investigation of a population of Dall sheep (*Ovis dalli dalli* Nelson). Syesis 12 (Supplement 1):1-81.

Hoefs, M. and U. Nowlan. 1994. Distorted sex ratios in young ungulates: The role of nutrition. Journal of Mammalogy 75:631-636.

Hoefs, M., H. Hoefs, and D. Burles. 1986. Observations on Dall sheep, *Ovis dalli dalli*, grey wolf, *Canis lupus pambasilens*, in Kluane Lake area, Yukon. Canadian Field-Naturalist 100:78-84.

Hogg, J.T. 1984. Mating in bighorn sheep: multiple creative male strategies. Science 225:526-529.

Hogg, J.T. 1987. Intrasexual competition and mate choice in Rocky Mountain bighorn sheep. Ethology 75:119-144.

Hogg, J.T., S.H. Forbes, B.M. Steele, and G. Luikart. 2006. Genetic rescue of an insular population of large mammals. Proceedings of Biological Science 273(1593):1491-1499.

Holechek, J.L., R.D. Pieper, and C.H. Herbel. 1995. Range Management. Second edition. Prentice hall, Englewood Cliffs, NJ.

Holl, S.A. and V.C. Bleich. 1983. San Gabriel mountain sheep: Biological and management considerations (San Bernardino National Forest Administration Report). USDA Forest Service, San Bernardino, CA.

Honess, R.F. and N.M. Frost. 1942. A Wyoming bighorn sheep study. Wyoming Game and Fish Department. Bulletin No. 1.

Honess, R.F. and K. Winter. 1956. Diseases of wildlife in Wyoming. Wyoming Game and Fish Department. Bulletin No. 9.

Horejsi, B.L. 1976. Suckling and feeding behavior in relation to lamb survival in bighorn sheep (*Ovis canadensis*). Ph.D. Dissertation. University of Calgary, Calgary, Alberta, Canada.

Hornocker, M.G. 1970. An analysis of mountain lion predation upon mule deer and elk in the Idaho primitive area. Wildlife Monographs 21:1-39.

Hudson, R.J. 1976. Resource division within a community of large herbivores. Canadian Naturalist 103:153-167.

Hudson, W.E., editor. 1991. Landscape linkages and biodiversity. Island Press, Washington, D.C.

Hurley, K. 2004, 2005, 2006.Wildlife Biologist, Wyoming Game and Fish Department. Thermopolis, WY. Personal communication.

Huwer, S. 2005. The Georgetown bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Imes, M. and O.G. Babcock. 1942. Sheep ticks. Pages 912-916 *in* G. Hambridge, editor. Keeping livestock healthy. USDA 1942 Yearbook. Agricultural Printing Office, Washington, D.C.

Inyo National Forest. 1988. Land and resource management plan. USDA Forest Service, Pacific Southwest Region. 317 pp.

Irwin, L.L., J.G. Cook, D.E. McWhirter, S.G. Smith, and E.B. Arnett. 1993. Assessing winter dietary quality in bighorn sheep via fecal nitrogen. Journal of Wildlife Management 57:413-421.

Jager, J. 1994. Distribution, movements and demography of mountain sheep in the Kingston and Clark Mountain ranges of California. M.S. Thesis, University of Nevada, Las Vegas, NV.

Jansen, B.D., J.R. Heffelfinger, T.H. Noon, P.R. Krausman, and J.C. deVos, Jr. 2006. Infectious keratoconjunctivitis in bighorn sheep, Silver Bell Mountains, Arizona. Journal of Wildlife Diseases 42(2):407-411.

Jarman, P.J. 1974. The social organization of antelope in relation to their ecology. Behavior 48:215-267.

Jarman, P.J. and M.V. Jarman. 1979. The dynamics of ungulate social organization. Pages 185-220 *in* A.R.E. Sinclair and M. Norton-Griffiths, editors. Serengeti: dynamics of an ecosystem. University of Chicago Press, Chicago, IL.

Jaworski, M.D., A.C.S. Ward, D.L. Hunter, and I.V. Wesley. 1993. Use of DNA analysis of *Pasteurella haemolytica* Biotype T isolates to monitor transmission in bighorn sheep. Journal of Clinical Microbiology April 1993. 831-835 pp.

Jessup, D.A. 1985. Diseases of domestic livestock, which threaten bighorn sheep populations. Desert Bighorn Council Transactions 29:29-33

Jessup, D.A. and R.R. Ramey II. 1995. Genetic variation in bighorn sheep as measured by blood protein electrophoresis. Desert Bighorn Council Transactions 39:17-25.

Johnson, J.D. 1975. An evaluation of the summer range of bighorn sheep (*Ovis canadensis canadensis* Shaw) on Ram Mountain, Alberta. M.S. Thesis, University of Calgary, Calgary, Alberta, Canada.

Jones, F.L. 1959. A survey of the Sierra Nevada bighorn. Sierra Club Bulletin 35:29-76.

Jones, F.L. 1980. Competition. Pages 197-216 *in* G. Monson and L. Sumner, editors. The desert bighorn. University of Arizona Press, Tucson, AZ.

Jones, F.L., G. Flittner, and R. Gard. 1957. Report on a survey of bighorn sheep in the Santa Rosa Mountains, Riverside County. California Fish and Game Journal 43:179-191.

Jones, G.E. 1991. Infectious keratoconjunctivitis. Pages 280-283 *in* W.B. Martin and I.D. Aitken, editors. Diseases of sheep. Blackwell Scientific Publications, London, United Kingdom.

Jorgenson, J. 2006. *In litt*. Alberta Department of Sustainable Development, Fish and Wildlife Division, Canmore, Alberta, Canada. Review Letter.

Jorgenson, J.T. 1992. Seasonal changes in lamb:ewe ratios. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:219-226.

Jorgenson, M.C. and R.E. Turner. 1975. Desert bighorn of the Anza-Borrego Desert State Park. Desert Bighorn Council Transactions 19:51-53.

Jorgenson, J.T. and W.D. Wishart. 1984. Growth rates of Rocky Mountain bighorn sheep on Ram Mountain, Alberta. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 4:270-284.

Jorgenson, J.T., M. Festa-Bianchet, and W.D. Wishart. 1993. Harvesting bighorn ewes: Consequences for population size and trophy ram production. Journal of Wildlife Management 57(3):429-435.

Jorgenson, J.T., M. Festa-Bianchet, J.M. Gaillad, and W.D. Wishart. 1997. Effects of age, sex, disease, and density on survival of bighorn sheep. Ecology 78:1019-1932.

Kamler, J. F., R. M. Lee, J. C. deVos, Jr., W. B. Ballard, and H. A. Whitlaw. 2002. Survival and cougar predation of translocated bighorn sheep in Arizona. Journal of Wildlife Management 66:1267-1272.

KeChung, K. 1977. Notes on populations of *Bovicola jellisoni* on Dall's sheep (*Ovis dalli*). Journal of Wildlife Diseases 13:427-428.

Kelley, W.E. 1979. A comparison of three bighorn areas on the Humboldt National Forest. Desert Bighorn Council Transactions 23:37-39.

Kelley, W.E. 1980. Predator relationships. Pages 186-196 *in* G. Monson and L. Sumner, editors. The desert bighorn: life history, ecology, and management. University of Arizona Press, Tucson, AZ.

Kemper, H.E. and H.O. Peterson. 1956. Scabies in sheep and goats. Pages 403-407 *in* A. Stefferud, editors. Animal diseases. USDA 1956 Yearbook. Agricultural Printing Office, Washington, D.C.

Kilpatric, J. 1982. Texas desert bighorn sheep status report – 1982. Desert Bighorn Council Transactions 26:102-104.

King, M.M., and G.W. Workman. 1982. Desert bighorn on BLM lands in southeastern Utah. Desert Bighorn Council Transactions 26:104-106.

King, M.M., and G.W. Workman. 1983. Occurrence of contagious ecthyma in desert bighorn sheep in southeastern Utah. Desert Bighorn Council Transactions 27:11-12.

Klinksiek, E. 2003. Use of low elevation habitat by a reintroduced population of bighorn sheep in the Pine Ridge region of Nebraska. Unpublished report, Natural Resource Ecology and Management, Iowa State University, Ames, IA.

Kornet, C.A. 1978. Status and habitat use of California bighorn sheep on Hart Mountain, Oregon. M.S. Thesis, Oregon State University, Corvallis, OR.

Kovach, S.D. 1979. An ecological survey of the White Mountain bighorn. Desert Bighorn Council Transactions 23: 57-61.

Krausman, P.R. 1985. Impacts of the Central Arizona Project on desert mule deer and desert bighorn sheep. Final Report 9-730-X069, U.S. Bureau of Reclamation, Phoenix, AZ.

Krausman, P.R. 1993. The exit of the last wild mountain sheep. Pages 242-250 *in* G.P. Nabhan, editor. Counting sheep. University of Arizona Press, Tucson, AZ.

Krausman, P.R. and R.T. Bowyer. 2003. Mountain sheep. Pages 1095-1115 *in* G.A. Feldhamer, B.C. Thompson, and J.A. Chapman, editors. Wild Mammals of North America. The John Hopkins University Press, Baltimore, MD.

Krausman, P.R. and B.D. Leopold. 1986. The importance of small populations of desert bighorn sheep. Transactions from the North American Wildlife and Natural Resource Conference 51:52-61.

Krausman, P.R. and D.M. Shackleton. 2000. Bighorn sheep. Pages 517-544 *in* S. Demarais and P.R. Krausman, editors. Ecology and management of large mammals in North America. Prentice-Hall, Upper Saddle River, NJ.

Krausman, P.R., R.C. Etchberger, and R.M. Lee. 1993. Mountain sheep population persistence in Arizona. Conservation Biology 7:219.

Krausman, P.R., G. Long, R.F. Seegmiller, and S.G. Torres. 1989. Relationships between desert bighorn sheep and habitat in western Arizona. Wildlife Monographs. No. 102.

Krausman, P.R., A.V. Sandoval, and R.C. Etchberger. 1999. Natural history of desert bighorn sheep. Pages 139-191 *in* R. Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ.

Krausman, P.R., W.W. Shaw, R.C. Etchberger, and L.K. Harris. 1995. The decline of bighorn sheep in the Santa Catalina Mountains, Arizona. Pages 245-250 *in* L.F. DeBano, P.F. Folliott, A. Ortego-Rubio, G.J. Gottfried, R.H. Hamre, and C.B. Edminster, technical coordinators. Biodiversity and management of the Madrean Archipelago: the sky islands of the southwestern United States and northeastern Mexico. U.S. Forest Service, Report RM-GTR-264.

Kroger, B. 2004. 2003 Job completion report: Bighorn Sheep, Franc's Peak Herd. Pages 273-289 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Cody Region. Wyoming Game and Fish Department, Cheyenne, WY.

L'Heureux, N., M. Festa-Bianchet, and J.T. Jorgenson. 1996. Effects of visible signs of contagious ecthyma on mass and survival of bighorn lambs. Journal of Wildlife Diseases 32:286-292.

Lacy, R.C. 1997. Importance of genetic variation to the viability of mammalian populations. Journal of Mammalogy 78:320-335.

Ladewig, J. and B.L. Hart. 1980. Flehmen and vomeronasal organ function in male goats. Physiological Behavior 24: 1067-1071.

Lande, R. 1988. Genetics and demography in biological conservation. Science 241:1455-1460.

Lande, R. and G.F. Barrowclough. 1987. Effective population size, genetic variation, and their use in population management. Pages 87-123 *in* M.E. Soule, editor. Viable populations for conservation. Cambridge University Press, Cambridge, England, United Kingdom.

Lange, R.E., A.V. Sandoval, and W.P. Meleney. 1980. Psoroptic scabies in bighorn sheep (*Ovis canadensis mexicana*) in New Mexico. Journal of Wildlife Diseases 16:77-81.

Lathrop, E.W. and P.G. Rowlands. 1983. Plant ecology in deserts: an overview. Pages 113-152 *in* R.H. Webb and H.G. Wilshire, editors. Environmental effects of off-road vehicles. Springer-Verlag, New York, NY.

Lawson, B. and R. Johnson. 1982. Mountain sheep. Pages 1036-1055 *in* J.A. Chapman and G.A. Feldhamer, editors. Wild Mammals of North America. Johns Hopkins University Press, Baltimore, MD.

Laycock, W.A. 1982. Seeding and fertilizing to improve high elevation rangelands. USDA Forest Service. General Technical Report. INT-120. Ogden, UT. 19 pp.

Leslie, D.M., Jr. 1977. Home range, group size, and group integrity of the desert bighorn sheep in the River Mountains, Nevada. Desert Bighorn Council Transactions 21:25-28.

Leslie, D.M., Jr. 1980. Remnant populations of desert bighorn sheep as a source for transplantation. Desert Bighorn Council Transactions 24:36-44.

Leslie, D.M., Jr. and C.L. Douglas. 1979. Desert bighorn in the River Mountains, Nevada. Wildlife Monographs. No. 66.

Leslie, D.M., Jr. and C.L. Douglas. 1986. Modeling demographics of bighorn sheep: current abilities and missing links. Transactions from the North American Wildlife Natural Resource Conference 51:62-73.

Levins, R., T. Awerbuch, U. Brinkman, I. Eckardt, P. Epstein, N. Makhoul, C.A. dePossas, C. Puccia, A. Speilman, and M.E. Wilson. 1994. The emergence of new diseases. American Scientist 82:52-60.

Linnell, J.D., J. Odden, M.E. Smith, R. Aanes, and J.E. Swenson. 1999. Large carnivores that kill livestock: do "problem individuals" really exist? Wildlife Society Bulletin 27:698-705.

Linstrom, A. 2005a. The Mount Evans bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Linstrom, A. 2005b. The Waterton Canyon bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Logan, K and L. Sweanor. 2001. Desert puma: Evolutionary ecology and conservation of and enduring carnivore. Island Press, Washington, D.C.

Lotze, J.C. 1956. Coccidiosis of sheep and goats. Pages 387-389 *in* A. Stefferud, editor. Animal diseases. USDA 1956 Yearbook. Agricultural Printing Office, Washington, D.C.

Luikart, G. and F.W. Allendorf. 1996. Mitochondrial-DNA variation and genetic population structure in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Mammalogy 77:109-123.

MacArthur, R.A., V. Geist, and R.H. Johnston. 1982. Cardiac and behavioral responses of mountain sheep to human disturbance. Journal of Wildlife Management 46:351-358.

Main, M.B. and B.E. Coblentz. 1990. Sexual segregation among ungulates: a critique. Wildlife Society Bulletin 18: 204-210.

Main, M.B., F.W. Weckerly, and V.C. Bleich. 1996. Sexual segregation in ungulates: New directions for research. Journal of Mammalogy 77:449-461.

Martin, K.D., T.J. Schommer, and V.L. Coggins. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 10:72-77.

Martin, L.D. and B.M. Gilbert. 1978. Excavations at Natural Trap Cave. Transactions from the Nebraska Academy of Sciences 6:107-116.

Martin, L.M. and D.W, Stewart. 1977. 1977 summer census of the Mount Evans bighorn sheep and Rocky Mountain goat populations. Unpublished report Colorado Division of Wildlife, Fort Collins, CO.

McCann, J.L. 1956. Ecology of mountain sheep. American Midland Naturalist 56:297-324.

McCarty, C.W. and M.W. Miller. 1998. Modeling the population dynamics of bighorn sheep: a synthesis of the literature. Colorado Division of Wildlife Special Report 73:1-35.

McCullough, D.R. and E.R. Schneegas. 1966. Winter observations on the Sierra Nevada bighorn sheep. California Fish and Game Department 52:68-84.

McCutchen, H.E. 1976. Status of Zion National Park desert bighorn restoration project, 1975. Desert Bighorn Council Transactions 20:52-54.

McCutchen, H.E. 1982. Behavioral ecology of reintroduced desert bighorns, Zion National Park, Utah. Ph.D. Dissertation, Colorado State University, Fort Collins, CO.

McQuivey, R.P. 1978. The desert bighorn sheep of Nevada (Bulletin 6). Nevada Department of Wildlife, Biology Bulletin. No. 6. Las Vegas, NV.

McRae, B.H. 2004. Integrating landscape ecology and population genetics: conventional tools and a new model. Ph.D. Dissertation, Northern Arizona University, Flagstaff, AZ.

McWhirter, D. 2004a. 2003 Job completion report: Bighorn Sheep, Clark's Fork Herd. Pages 208-219 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Cody Region. Wyoming Game and Fish Department, Cheyenne, WY.

McWhirter, D. 2004b. 2003 Job completion report: Bighorn Sheep, Trout Peak Herd. Pages 220-236 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Cody Region. Wyoming Game and Fish Department, Cheyenne, WY.

McWhirter, D. 2004c. 2003 Job completion report: Bighorn Sheep, Wapiti Ridge Herd. Pages 237-253 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Cody Region. Wyoming Game and Fish Department, Cheyenne, WY.

McWhirter, D. 2004d. 2003 Job completion report: Bighorn Sheep, Younts Peak Herd. Pages 254-272 *in* 2003 Annual Big Game Herd Unit Job Completion Reports, Cody Region. Wyoming Game and Fish Department, Cheyenne, WY.

McWhirter, D. 2006. Wildlife Biologist, Wyoming Game and Fish Department, Pinedale, Wyoming. Personal communication.

Meffe, G.K. and C.R. Carroll. 1994. Principles of conservation biology. Sinauer Associates, Sunderland, ME.

Mendoza, V.J. 1976. The bighorn sheep of the state of Sonora. Desert Bighorn Council Transactions 20:25-26.

Merritt, M.F. 1974. Measurement of utilization of bighorn sheep habitat in the Santa Rosa Mountains. Desert Bighorn Council Transactions 18:4017.

Miller, M., W. Boyce, M. Bulgin, W. Foreyt, D. Hunter, and T. Spraker. 1995. Panel Discussion: livestock-bighorn sheep disease transmission. Desert Bighorn Council Transactions 39:93-108.

Miller, M.W. 2001. Pasteurellosis. Pages 330-339 *in* E.S. Williams and I.K. Barker, editors. Infectious diseases of wild mammals. Third edition. Iowa State University Press, Ames, IA.

Mioncyzinski, J. 2003. Bighorn sheep/selenium study preliminary report. Unpublished report, Wyoming Department of Game and Fish, Cheyenne, WY.

Mollison, D. and S.A. Levin. 1995. Spatial dynamics of parasitism. Pages 384-398 *in* A.P. Dobson and B.T. Grenfell, editors. Ecology of infectious diseases in natural populations. Cambridge University Press, New York, NY.

Monson, G. 1980. Distribution and abundance. Pages 40-51 *in* G. Monson and L. Sumner, editors. The desert bighorn-its life history, ecology, and management. University of Arizona Press, Tucson, AZ.

Morgan, J.K. 1970. Ecology of the Morgan Creek and East Fork of the Salmon bighorn sheep herds and management of bighorn sheep in Idaho. M.S. Thesis, Utah State University, Logan, UT.

Morgan, J.K. 1973. Last stand for the bighorn. National Geographic 144:383-399.

Morgantini, L.E. and R.J. Hudson. 1981. Sex differential in use of the physical environment by bighorn sheep (*Ovis canadensis*). Canadian Field-Naturalist 95:69-74.

Morgart, J.R. and P.R. Krausman. 1983. Early breeding in bighorn sheep. Southwest Nature 28:460-461.

Moser, C.A. 1962. The bighorn sheep of Colorado. Colorado Game and Fish Department, Technical Publication Number 10. 49 pp.

Murie, A. 1944. The wolves of Mount McKinley. U.S. National Park Service, Fauna Serial No. 5. American Midland Naturalist 105:408-9.

Murphy, K. 1998. The ecology of the cougar in the northern Yellowstone ecosystem: interactions with prey, bears, and humans. Ph.D. Dissertation, University of Idaho, Moscow, ID.

National Wildlife Federation. 2005. Ash Mountain/Iron Mountain allotments fact sheet. Unpublished document, National Wildlife Federation, Missoula, MT.

NatureServe. 2003. NatureServe Explorer: An online encyclopedia of life [web application]. Version 4.0 NatureServe, Arlington, Virginia. Available online at: http://www.natureserve.org/explorer.

Neal, A.K., G.C. White, R.B. Gill, D.F. Reed, and J.H. Olterman. 1993. Evaluation of mark-resight model assumptions for estimating mountain sheep numbers. Journal of Wildlife Management 57(3):436-450.

Nichols, L. 1975. Report from Alaska. Pages 8-13 *in* J.B. Trefethan, editor. The wild sheep in North America. The Boone and Crockett Club and Winchester Press, New York, NY.

Nichols, L. 1978. Dall sheep reproduction. Journal of Wildlife Management 42:570-580.

Nichols, L. 1988. Simple methods of comparing winter snow conditions on alpine and subalpine ranges of Dall's sheep and mountain goats in Alaska. Proc. Bienn. Symp. North. Wild Sheep and Goat Council 6:330-335.

Nichols, L. and F. Bunnell. 1999. Natural history of thinhorn sheep. Pages 23-77 *in* R. Valdez and P. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ.

Nichols, L. and J.A. Erickson. 1969. Dall Sheep. Federal Aid in Wildlife Restoration Project. W-15-R-3 and W-17-1: Work Plan N, Jobs Nos. 3, 4, 5, 6, 7. Alaska Department of Fish and Game.

Noon, T.H., L. Weche, D. Cagle, D.G. Mead, E.J. Bicknell, G.A. Bradley, S. Riplog-Peterson, D. Edsall, and C. Reggiardo. 2002. Hemorrhagic disease in bighorn sheep in Arizona. Journal of Wildlife Diseases 38:172-176.

Noss, R.F. 1987. Corridors in real landscapes: a reply to Simberloff and Cox. Conservation Biology 1:159-164.

Oldemeyer, J.L., W.L. Marmore, and D.L. Gilbert. 1971. Winter ecology of bighorn sheep in Yellowstone National Park. Journal of Wildlife Management 35:257-269.

Onderka, D.K. and W.D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 4:356-363.

Onderka, D.K. and W.D. Wishart. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24: 663-667.

Onderka, D.K., S.A. Rawluk, and W.D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research 52:439-444.

Packard, F.M. 1946. An ecological study of the bighorn sheep in Rocky Mountain National Park, Colorado. Journal of Mammalogy 27:3-28.

Pallister, G.L. 1974. The seasonal distribution and range use of bighorn sheep in the Beartooth Mountains, with special reference to West Rosebud and Stillwater herds. Montana Fish and Game Department, Federal Aid Wildlife Restoration Project. W-120-R-5. Helena, MT.

Pianka, E. 1978. Evolutionary ecology. Harper and Row, New York, NY.

Picton, H.D. 1984. Climate and the prediction of reproduction of three ungulates. Journal of Applied Ecology 21: 869-879.

Pielou, E.C. 1991. After the Ice Age. University of Chicago Press, Chicago, IL.

Pitzman, M.S. 1970. Birth behavior and lamb survival in mountain sheep in Alaska. M.S. Thesis, University of Alaska, Fairbanks, AK.

Platt, J.R. 1964. Strong inference. Science 146:347-353.

Plummer, A.P. 1972. Selection. Pages 121-126 *in* C.M. McKell, J.P. Blaisdell, and J.R. Goodin, editors. Wildland shrubs-their biology and utilization. USDA Forest Range Experimental Station. Technical Report INT-1.

Poole, K.G. and R.P. Graf. 1985. Status of Dall's sheep in the Northwest Territories, Canada. Pages 35-42 *in* M. Hoefs, editor. Wild Sheep: Distribution, abundance, management and conservation of the sheep of the world and closely related mountain ungulates. Special report. North American Wild Sheep and Goat Council. Whitehorse, Yukon, Canada.

Pulliam, H.R. and T. Caraco. 1984. Living in groups: is there an optimal group size? Pages 122-147 *in* J.R. Krebs and N.B. Davies, editors. Behavioral ecology: an evolutionary approach. Second edition. Blackwell, Oxford, United Kingdom.

Quinn, J.F. and A. Hastings. 1987. Extinction in subdivided habitats. Conservation Biology 1:98-208.

Rachlow, J.L. and R.T. Bowyer. 1991. Interannual variation in timing and synchrony of parturition in Dall's sheep. Journal of Mammalogy 72:487-492.

Rachlow, J.L. and R.T. Bowyer. 1994. Variability in maternal behavior by Dall's sheep: Environmental tracking or adaptive strategy? Journal of Mammalogy 75:328-337.

Rachlow, J.L. and R.T. Bowyer. 1998. Habitat selection by Dall sheep (*Ovis dalli*): Maternal trade-offs. Journal of Zoology (London) 245:465-475.

Ralls, K., J.D. Ballou, and A. Templeton. 1988. Estimates of lethal equivalents and the cost of inbreeding in mammals. Conservation Biology 2:185-193.

Ramey, R.R. II. 1993. Evolutionary genetics and systematics of North American mountain sheep: implications for conservation. Ph.D. Dissertation, Cornell University, Ithaca, New York, NY.

Ramey, R.R. II. 1995. Mitochondrial DNA variation, population structure, and evolution of mountain sheep in the south-western United States and Mexico. Molecular Biology 4:429-439.

Ramey, R.R. II. 2000. New perspectives on the evolutionary origins, historic phylogeography, and population structure of North American mountain sheep. Pages 9-16 *in* A.E. Thomas and H.L. Thomas, editors. 2000. Transactions of the Second North American Wild Sheep Conference. April 6-9, 1999, Reno, NV. 470 pp.

Reed, D.F. 2001. A conceptual interference competition model for introduced mountain goats. Journal of Wildlife Management 65(1):125-128.

Remington, R.R. 1983. Arizona bighorn sheep status report, 1983. Desert Bighorn Council Transactions 27:39-41.

Riggs, R.A. 1977. Winter habitat use patterns and populations of bighorn sheep in Glacier National Park. M.S. Thesis, University of Idaho, Moscow, ID.

Risenhoover, K.L. and J.A. Bailey. 1985. Foraging ecology of mountain sheep: Implications for habitat management. Journal of Wildlife Management 49:797-804.

Robinson, R.M., T.L. Hailey, C.W. Livingston, and J.W. Thomas. 1967. Bluetongue in desert bighorn sheep. Journal of Wildlife Management 31:165-168.

Rock, M.J., R.L. Kincaid, and G.E. Carstens. 2001. Effects of prenatal source and level of dietary selenium on passive immunity and thermometabolism of newborn lambs. Small Ruminant Research 40:129-138.

Rominger, E.M. and M.E. Weisenberger. 2000. Biological extinction and a test of the "conspicuous individual hypothesis" in the San Andreas Mountains, New Mexico. Pages 293-307 *in* A.E. Thomas and H.L. Thomas, editors. Transactions. Second North American Wild Sheep Conference. April 6-9, 1999, Reno, NV. 470 pp.

Ross, P.I., M.G. Jalkotzy, and M. Festa-Bianchet. 1997. Cougar predation on bighorn sheep in southwestern Alberta during winter. Canadian Journal of Zoology 74:771-775.

Rowland, M.M. and J.L. Schmidt. 1981. Transplanting desert bighorn sheep – a review. Desert Bighorn Council Transactions 25:25-28.

Rubin, E.S., W.M. Boyce, M.C. Jorgensen, S.G. Torres, C.L. Hayes, C.S. O'Brien, and D.A. Jessup. 1998. Distribution and abundance of bighorn sheep in the Peninsular Ranges, California. Wildlife Society Bulletin 26:539-551.

Rudolph, K.M., D.L. Hunter, W.J. Foreyt, E.F. Cassirer, R.B. Rimler, and A.C.S. Ward. 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. Journal of Wildlife Diseases 39:897-903.

Russo, J.P. 1956. The desert bighorn in Arizona. Arizona Game and Fish Department. Bulletin. No. 1. Phoenix, AZ.

Ryder, T.J., E.S. Williams, and S.L. Anderson. 1994. Residual effects of pneumonia on the bighorn sheep of Whiskey Mountain, Wyoming. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 9:15-19.

Sadlier, R.M.F.S. 1969. The ecology of reproduction in wild and domestic mammals. Methuen, London, United Kingdom.

Sadlier, R.M.F.S. 1987. Reproduction in female cervids. Pages 123-144 *in* C.M. Wemmer, editor. Biology and management of the Cervidae. Smithsonian Institution Press, Washington, D.C.

Samuel, W.M., G.A. Chalmers, J.G. Stelfox, A. Loewen, and J.J. Thomsen. 1975. Contagious ecthyma in bighorn sheep and mountain goat in western Canada. Journal of Wildlife Diseases 11:26-31.

Sandoval, A.V. 1979a. Preferred habitat of desert bighorn sheep in the San Andres Mountains, New Mexico. M.S. Thesis, Colorado State University, Fort Collins, CO.

Sandoval, A.V. 1979b. Evaluation of historic desert bighorn sheep ranges. New Mexico Department of Game and Fish, Santa Fe, NM.

Sandoval, A.V. 1980. Management of a psoroptic scabies epizootic in bighorn sheep (*Ovis canadensis mexicana*) in New Mexico. Desert Bighorn Council Transactions 24:21-28.

Sandoval, A.V. 1981. New Mexico bighorn sheep status report. Desert Bighorn Council Transactions 25:66-68.

Sausman, K. 1982. Survival of captive born *Ovis canadensis* in North American zoos. Desert Bighorn Council Transactions 26:26-31.

Sawyer, H. and F. Lindzey. 2002. A review of predation on bighorn sheep (*Ovis canadensis*). Special Report. Wyoming Cooperative Wildlife Research Unit, Laramie, WY.

Schaefer, R.J., S.G. Torres, and V.C. Bleich. 2000. Survivorship and cause-specific mortality in sympatric populations of mountain sheep and mule deer. California Department Fish and Game 86:127-135.

Schallenberger, A.D. 1966. Food habits, range use and interspecific relationships of bighorn sheep in the Sun River area, west-central Montana. M.S. Thesis, Montana State University, Bozeman, MT.

Schlichtemeier, G. 2005. Wildlife Biologist, Nebraska Game and Parks Commission, Alliance, NE. Personal communication.

Schmidt, R.L., C.P. Hibler, T.R. Spraker, and W.H. Rutherford. 1979. An evaluation of drug treatment for lungworm in bighorn sheep. Journal of Wildlife Management 43(2):461- 467.

Schommer, T. and M. Woolever. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. U.S. Forest Service Report. Wallowa-Whitman National Forest. Baker City, OR.

Schrag, S.J. and P. Wiener. 1995. Emerging infectious diseases: what are the relative roles of ecology and evolution? Trends in Ecology and Evolution 10:319-324.

Schwartz, O.A., V.C. Bleich, and S.A. Holl. 1986. Genetics and the conservation of mountain sheep *Ovis canadensis nelsoni*. Biological Conservation 37:179-190.

Scott, M.E. 1988. The impact of infection and disease on animal populations: implications for conservation biology. Conservation Biology 2:40-56.

Seip, D.R. and F.L. Bunnell. 1985. Nutrition of Stone's sheep on burned and unburned ranges. Journal of Wildlife Management 49:397-405.

Seton, E.T. 1929. The bighorn. Pages 519-573 *in* E.T. Seton, editor. Lives of the game animals. Vol. 3 Part 2. Doubleday, Doran Co., Garden City, New York, NY.

Shackleton, D.M. 1973. Population quality and bighorn sheep (*Ovis canadensis canadensis* Shaw). Ph.D. Dissertation, University of Calgary, Calgary, Alberta, Canada.

Shackleton, D.M. 1976. Variability in physical and social maturation between bighorn sheep populations. Trans. North. Wild Sheep Council 4:1-8.

Shackleton, D.M. 1985. *Ovis canadensis*. American Society of Mammalogy, Mammalian Species 230:1-9.

Shackleton, D.M. 1991. Social maturation and productivity in bighorn sheep: are young males incompetent? Applied Animal Behavioral Science 29:173-184.

Shackleton, D.M. and J. Haywood. 1985. Early mother-young interactions in California bighorn sheep, *Ovis canadensis cal,forniana*. Canadian Journal of Zoology 63:868-875.

Shackleton, D.M. and D.A. Hutton. 1971. An analysis of the mechanism of brooming in mountain sheep horns. Z. Saugetierk 36:342-350.

Shackleton, D.M. and C.C. Shank. 1984. A review of the social behavior of feral and wild sheep and goats. Journal of Animal Science 58:500-509.

Shackleton, D.M., C.C. Shank, and B.M. Wikeen. 1999. Natural history of Rocky Mountain and California bighorn sheep. Pages 78-138 *in* R. Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ.

Shank, C.C. 1977. Cooperative defense by bighorn sheep. Journal of Mammalogy 58:243-244.

Shank, C.C. 1979. Sexual dimorphism and the ecological niche of wintering Rocky Mountain bighorn sheep. Ph.D. Dissertation, University of Calgary, Calgary, Alberta, Canada.

Shank, C.C. 1982. Age-sex differences in the diets of wintering Rocky Mountain bighorn sheep. Ecology 63:627-633.

Shannon, N.H.R., R.J. Hudson, V.C. Brink, and W.D. Kitts. 1975. Determinants of spatial distribution of Rocky Mountain bighorn sheep. Journal of Wildlife Management 39:387-401.

Simberloff, D. and J. Cox. 1987. Consequences and costs of conservation corridors. Conservation Biology 1:63-71.

Simmons, N.M. 1969. Heat stress and bighorn behavior in the Cabeza Prieta Game Range, Arizona. Desert Bighorn Council Transactions 13:56-63.

Simpson, C.D. and L.J. Krysl. 1981. Status and distribution of the Barbary sheep in the southwest United States. Desert Bighorn Council Transactions 25:9-15.

Sinclair, E.A., E.L. Swenson, M.L. Wolfe, D.C. Choate, B. Gates, and K.A. Crandall. 2001. Gene flow estimates in Utah cougars imply management beyond Utah. Animal Conservation 4:257-264.

Singer, F.J. and L. Nichols. 1992. Trophy hunting of Dall sheep in Alaska: an evaluation of the biological implications. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:28-48.

Singer, F.J., L.C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology 15:1347-1354.

Skogland, T. 1991. What are the effects of predators on large ungulate populations? Oikos 61:401-411.

Smith, D. 1954. The bighorn sheep in Idaho. Idaho Department of Fish and Game, Wildlife Bulletin. No. 1.

Smith, K.G. and W.D. Wishart. 1978. Further observations of bighorn sheep non-trophy seasons in Alberta and their management implications. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 1: 52-74.

Smith, T.S., J.T. Flinders, and D.S. Winn. 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the Intermountain West. Great Basin Naturalist 51(3):205-225.

Soulé, M.E. 1980. Thresholds for survival: maintaining fitness and evolutionary potential. Pages 151-169 *in* M.E. Soulé and B.A. Wilcox, editors. Conservation biology: an evolutionary-ecological perspective. Sinauer Associates, Sunderland, ME.

South Dakota Department of Game, Fish and Parks. 2000. Rocky Mountain Bighorn Management Plan, South Dakota. Unpublished Report, South Dakota Department of Game, Fish and Parks, Sioux Falls, SD.

Spaulding, D.J. 1966. Twinning in bighorn sheep. Journal of Wildlife Management 30:207.

Spaulding, D.J. and H.B. Mitchell. 1970. Abundance and distribution of California bighorn sheep in North America. Journal of Wildlife Management 34:473-475.

Spaulding, D.J. and J.N. Bone. 1970. The California bighorn sheep of the south Okanagan Valley, British Columbia (Wildlife Management Publication 3). Fish and Wildlife Branch, Victoria, British Columbia, Canada.

Spraker, T.R. 1974. Lamb mortality. Transactions North American Wild Sheep Council 3:102-103.

Spraker, T.R. 1977. Fibrinous pneumonia of bighorn sheep. Desert Bighorn Council Transactions 21:17-18.

Spraker, T.R., C.P. Hibler, G.G. Schoonveld, and W.S. Adney. 1984. Pathologic changes and microorganisms found in bighorn sheep during a stress-related dieoff. Journal of Wildlife Diseases 20:319-327.

Srikumaran, S. 2007. Professor and Endowed Chair in Wild Sheep Disease Research, Department of Veterinary Medicine, Washington State University. Personal communication.

Steinkamp, M.J. 1990. The effect of seasonal cattle grazing on California bighorn sheep habitat use. M.S. Thesis, Utah State University, Logan, UT.

Stelfox, J.G. 1971. Bighorn sheep in the Canadian Rockies: a history, 1800-1970. Canadian Field-Naturalist 85:101-122.

Stelfox, J.G. 1975. Range ecology of Rocky Mountain bighorn sheep in Canadian National Parks. Ph.D. Dissertation, University of Montana, Missoula, MT.

Stelfox, J.G. 1976. Range ecology of Rocky Mountain bighorn sheep in Canadian National Parks. Canadian Wildlife Report. Series No.39.

Stelfox, J.G. and R.D. Tabor. 1969. Big Game in the northern Rocky Mountain coniferous forests. Pages 197-222 *in* R.D. Tabor, editor. Coniferous forest of the northern Rocky Mountains. Foundation for the Center for Natural Resources, University of Montana, Missoula, MT.

Stevens, D.R. and N.J. Goodson. 1993. Assessing effects of removals fro transplanting on a high-elevation bighorn sheep population. Conservation Biology 7:908-915.

Stewart, S.T. 1975. Ecology of the West Rosebud and Stillwater bighorn sheep herds, Beartooth Mountains, Montana. Montana Fish and Game Department, Federal Aid in Wildlife Restoration Project. W-120-R-6 and R-7.

Stewart, S.T. 1980. Mortality patterns in a bighorn sheep population. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 2:313-330.

Stewart, S.T. and T.W. Butts. 1982. Horn growth as an index to levels of inbreeding in bighorn sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 3:68-82.

Stock, A.D. and W.L. Stokes. 1969. A re-evaluation of Pleistocene bighorn sheep from the Great Basin and their relationship to living members of the genus *Ovis*. Journal of Mammalogy 50:805-807.

Stokes, W.L. and K.C. Condie. 1961. Pleistocene bighorn sheep from the Great Basin. Journal of Paleontology 35: 598-609.

Streeter, R.G. 1969. A literature review on bighorn sheep population dynamics. Colorado Division of Game, Fish, and Parks, Special Report No. 24.

Sugden, L.G. 1961. The California bighorn in British Columbia with particular reference to the Churn Creek herd. British Columbia Department of Recreation and Conservation, Victoria, British Columbia, Canada.

Taberlet, P., S. Griffin, B. Goossens, S. Questiau, V. Manceau, N. Escaravage, L.P. Waits, and J. Bouvet. 1996. Reliable genotyping of samples with very low DNA quantities using PCR. Nucleic Acids Research 24(16):3189-3194.

Taberlet, P., L.P. Waits, and G. Luikart. 1999. Noninvasive genetic sampling: look before you leap. Trends in Ecology and Evolution 14:323-327.

Thompson, R.W. and J.C. Turner. 1982. Temporal geographic variation in the lambing season of bighorn sheep. Canadian Journal of Zoology 60:1781-1793.

Thorne, E.T. 1976. The status, mortality and response to management of the Whiskey Basin bighorn sheep herd. Federal Aid in Wildlife Restoration Project. FW-3-R-22, Work Plan 3, Job 15W. Wyoming Game and Fish Department, Cheyenne, WY.

Thorne, E.T., G. Butler, T. Varcalli, K. Becker, and S. Hayden-Wing. 1979. The status, mortality, and response to management of the bighorn sheep of Whiskey Mountain. Wildlife Technical Report No. 7. Wyoming Game and Fish Department, Cheyenne, WY.

Thorne, E.T., N. Kingston, W.R. Jolley, and R.C. Bergstrom. 1982. Disease of wildlife in Wyoming. Wyoming Game and Fish Department, Cheyenne, WY.

Thorne, E.T., W.O. Hickey, and S.T. Stewart. 1985. Status of California and Rocky mountain bighorn sheep in the United States. Page 218 *in* M. Hoefs, editor. Wild Sheep: distribution, abundance, management and conservation of sheep in the world and closely related ungulates. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council.

Timoney, J.F., J.H. Gillespie, F.W. Scott, and J.E. Barlough. 1988. Hagan and Bruner's microbiology and infectious diseases of domestic animals. Eighth edition, Comstock Publishing Associates, Ithaca, NY.

Todd, J.W. 1972. A literature review on bighorn sheep food habits. Colorado Division of Game, Fish, and Parks. Special Report No. 27.

Todd, J.W. 1975. Foods of Rocky Mountain bighorn sheep in southern Colorado. Journal of Wildlife Management 39: 108-111.

Torres, S.G., T.M. Mansfield, J.E. Foley, T. Lupo, and A. Brinkhaus. 1996. Mountain lion and human activity in California: testing speculations. Wildlife Society Bulletin 24:451-460.

Toweill, D. and V. Geist. 1999. Return of Royalty: wild sheep of North America. Boone and Crockett Club and Foundation for North American Wild Sheep. Missoula, MT. 214 pp.

Trefethen, J.B., editor. 1975. The wild sheep in modern North America. The Boone and Crockett Club and Winchester Press, New York, NY.

U.S. Fish and Wildlife Service. 2001. Interagency domestic sheep management strategy. Unpublished report. U.S. Fish and Wildlife Service, Ventura, CA.

Valdez, R. 1988. Wild sheep and wild sheep hunters of the New World. Wild Sheep and Goat International Ltd., Mesilla, NM.

Valdez, R. and P.R. Krausman. 1999. Description, distribution, and abundance of mountain sheep in North America. Pages 3-22 *in* R. Valdez and P.R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, AZ. 353 pp.

Van Dyke, W.A. 1978. Population characteristics and habitat utilization of bighorn sheep, Steens Mountain, Oregon. M.S. Thesis, Oregon State University, Corvallis, OR.

Vayhinger, J. 2005a. The Mount Elbert bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vayhinger, J. 2005b. The Buffalo Peaks bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vayhinger, J. 2005c. The Marshall Pass bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vieira, M. 2005. The Poudre/Rawah bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005a. The Grape Creek bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005b. The Greenhorn Mountains bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005c. The Sangre de Cristo Rocky Mountain bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005d. The Culebra bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005e. The Apishipa bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005f. The Mount Maestas bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Vitt, A. 2005g. The Pueblo Reservoir bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005a. Abbreviated Summaries for Units S8, S10, S29, S30, S36, S53, S55, S53, S55, S65, Area 15 and Area 17 bighorn sheep herds. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005b. The Vallecito Creek bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005c. The Cimarrona/Hossick bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005d. The Sheep Mountain bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005e. The Blanco River/Navajo bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wait, S. 2005f. The Upper Dolores River desert bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Wakelyn, L.A. 1987. Changing habitat conditions on bighorn sheep ranges in Colorado. Journal of Wildlife Management 51:904-912.

Wang, X. 1984. Late Pleistocene bighorn sheep (*Ovis canadensis*) of natural Trap Cave, Wyoming. M.A. Thesis, University of Kansas, Lawrence, KS.

Wang, X. 1988. Systematics and population ecology of late Pleistocene bighorn sheep (*Ovis canadensis*) of Natural Trap Cave, Wyoming. Trans. of the Nebraska Academy of Sciences XVI: 173-183.

Ward, A.C.S., M.R. Dunbar, D.L. Hunter, R.H. Hillman, M.S. Bulgin, W.J. Delong, and E.R. Silva. 1990. Pasteurellaceae from bighorn and domestic sheep. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 7:109-117.

Ward, A.C.S., D.L. Hunter,and M.D. Jaworski. 1992. Naturally occurring pneumonia in aesarian derived Rocky Mountain bighorn sheep lambs. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 8:164-173.

Ward, A.C.S., D.L. Hunter, and M.D. Jaworski, P.J. Benolkin, M.P. Dobel, J.B. Jeffress, and G.A. Turner. 1997. *Pasteurella* species in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases 33:544-557.

Ward, A.C.S., G.C. Weiser, W.J. Delong, and G.H. Frank. 2002. Characterization of *Pasteurella* spp. isolated from healthy domestic pack goats and evaluation of the effects of a commercial *Pasteurella* vaccine. American Journal of Veterinary Research 63:119-123.

Watkins, B. 2005, 2006. Wildlife Biologist, Colorado Division of Wildlife, Montrose, CO. Personal communication.

Watkins, B. 2005. The Uncompahgre desert bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Watts, T.J. 1979. Detrimental movement patterns in a remnant population of bighorn sheep (*Ovis canadensis*). M.S. Thesis, New Mexico State University, Las Cruces, NM.

Weaver, R.A. 1972. Conclusion of the bighorn investigation in California. Desert Bighorn Council Transactions 16: 56-65.

Wehausen, J.D. 1979. Sierra Nevada bighorn sheep: an analysis of management alternatives. Cooperative Administrative Report, Inyo National Forest and Sequoia, Kings Canyon, and Yosemite National Parks, Bishop, CA.

Wehausen, J.D. 1980. Sierra Nevada bighorn sheep: history and population ecology. Ph.D. Dissertation, University of Michigan, Ann Arbor, MI.

Wehausen, J.D. 1991. Some potentially adaptive characters of mountain sheep populations in the Owens Valley region. Pages 256-267 *in* C.A. Hall, Jr., V. Doyle-Jones, and B. Widawski, editors. Natural history of eastern California and high-altitude research. University of California, White Mountain Research Station, Bishop, CA.

Wehausen, J.D. 1992. Demographic studies of mountain sheep in the Mojave Desert: report IV. Unpublished Report. California Department of Fish and Game, Sacramento, CA.

Wehausen, J.D. 1996. Effects of mountain lion predation on bighorn sheep in the Sierra Nevada and Granite Mountains of California. Wildlife Society Bulletin 24:471-479.

Wehausen, J.D. 1999. Rapid extinction of mountain sheep populations revisited. Conservation Biology 13:378-384.

Wehausen, J.D. and M.C. Hansen. 1988. Plant communities as the nutrient base of mountain sheep populations. Pages 256-268 *in* C.A. Hall, Jr. and V. Doyle-Jones, editors. Plant biology of eastern California. University of California, White Mountain Research Station, Bishop, CA.

Wehausen, J.D. and R.R. Ramey, II. 1993. A morphometric reevaluation of the peninsular bighorn subspecies. Desert Bighorn Council Transactions 37:1-10.

Wehausen, J.D. and R.R. Ramey, II. 2000. Cranial morphometric and evolutionary relationships in the northern range of *Ovis canadensis*. Journal of Mammalogy 81:145-161.

Wehausen, J.D., V.C. Bleich, and R.A. Weaver. 1987. Mountain sheep in California: a historical perspective on 108 years of full protection. Transactions. Western Section of the Wildlife Society 23:65-74.

Welch, R.D. 1969. Behavioral patterns of desert bighorn sheep in south-central New Mexico. Desert Bighorn Council Transactions 13:114-129.

Welles, R.E., and F.B. Welles. 1961. The bighorn of Death Valley. U.S. National Park Service. Fauna Series No. 6. 242 pp.

Welsh, G.W. 1971. What's happening to our sheep? Desert Bighorn Council Transactions 15:63-73.

White, P.J. 2005. Northern Yellowstone Cooperative Wildlife Working Group. 2005 Annual Report (October 2004-September 2005). Unpublished report, Yellowstone Center for Resources, Yellowstone National Park, WY.

Wikeem, B.M. 1984. Forage selection by California bighorn sheep and the effects of grazing on an *Artemisia-Agropyron* community in southern British Columbia. Ph.D. Dissertation, University of British Columbia, Vancouver, British Columbia, Canada.

Wikeem, B.M. and M.D. Pitt. 1992. Diet of California bighorn sheep: assessing optimal foraging habitat. Canadian Field-Naturalist 106:327-335.

Williams, E.S. 2001. Paratuberculosis and other mycobacterial diseases. Pages 361-371 *in* E.S. Williams and I.K. Barker, editors Infectious Diseases of Wild Mammals. Third edition,. Iowa State University Press, Ames, IA.

Williams, J.S., J.J. McCarthy, and H.D. Picton. 1995. Cougar habitat use and food habits on the Rocky Mountain front. Intermountain Journal of Sciences 1:16-28.

Wilson, L.O. 1968. Distribution and ecology of desert bighorn sheep in southeastern Utah (Publication No. 68-5). Utah Department of Natural Resources, Utah Division of Fish and Game, Salt Lake City, UT.

Wilson, L.O. and C.L. Douglas. 1982. Revised procedures for capturing and re-establishing desert bighorn. Desert Bighorn Council Transactions 26:1-7.

Wishart, W.D. 1958. The bighorn sheep of the Sheep River Valley. M.S. Thesis, University of Alberta, Edmonton, Alberta, Canada.

Witham, J.H. and E.L. Smith. 1979. Desert bighorn movements in a southwestern Arizona mountain complex. Desert Bighorn Council Transactions 23:20-24.

Wolf, J. 1990. Status of bighorn sheep in Colorado, 1989. Desert Bighorn Council Transactions 34:27.

Woodard, T.N., C. Hibler, and W. Rutherford. 1972. Bighorn lamb mortality investigations in Colorado. Proceedings Biennial Symposium of the Northern Wild Sheep and Goat Council 2:44-47.

Woodgerd, W. 1964. Population dynamics of bighorn sheep on Wildhorse Island. Journal of Wildlife Management 28: 381-391.

Woolever, M. 2005. Wildlife Program Manager. USDA Forest Service, Region 2, Lakewood, CO. Personal communication.

Woolf, A. and T. O'Shea. 1968. Two bighorn sheep-coyote encounters. Journal of Mammalogy 49:770.

Woolf, A., T. O'Shea, and D.L. Gilbert. 1970. Movements and behavior of bighorn sheep on summer ranges in Yellowstone National Park. Journal of Wildlife Management 34:446-450.

Wright, G.M., J.S. Dixon, and B.H. Thompson. 1933. A preliminary survey of faunal relations in National Parks of the U.S. U.S. National Park Service, Fauna Series No. 1.

Wyoming Game and Fish Department, 2003. Whiskey Mountain lamb survival study. Wyoming Game and Fish Department, Cheyenne, WY.

Yost, J.A. 2005a. The Purgatoire Canyon bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

Yost, J.A. 2005b. The Carrizo bighorn sheep herd. Unpublished report, Colorado Division of Wildlife, Fort Collins, CO.

# Appendix A

## *Colorado Herd Units and Hunt Areas for Bighorn Sheep*

**Table A1.** Colorado Herd Unit Names and Associated Hunt Areas.

| Herd Name | Hunt Area(s) | Herd Name | Hunt Area(s) |
|---|---|---|---|
| Poudre River | S1 | Conejhos River | S30 |
| Gore-Eagles Nest | S2 | Blanco River | S31 |
| Mount Evans | S3 | Georgetown | S32 |
| Grant | S4 | Rampart Range | S34 |
| Pike's Peak | S6 | Greenhorn | S35 |
| Arkansas | S7 | St. Vrain | S37 |
| Huerfano | S8 | Apishipa | S38 |
| Sangre de Cristo | S9 | Basalt | S44 |
| Trickle Mountain | S10 | Dome Rock | S46 |
| Collegiate, North | S11 | Brown's Canyon | S47 |
| Buffalo Peaks | S12 | Carrizo Canyon | S48 |
| Snowmass, East | S13 | Grape Creek | S49 |
| Sheep Mountain | S15 | Mt. Maestas | S50 |
| Cinnamon Peak | S16 | Spanish Peaks, Culebra | S51 |
| Collegiate, South | S17 | Bristol Head | S53 |
| Rawah | S18 | West Elk-Dillon Mesa | S54 |
| Never Summer Range | S19 | Natural Arch, Carnero | S55 |
| Marshall Pass | S20 | Big Thompson Canyon | S57 |
| Cow Creek | S21 | Derby Creek | S59 |
| San Luis Peak | S22 | Shelf Road | S60 |
| Kenosha | S23 | Purgatorie Canyon | S61 |
| Snowmass, West | S25 | Costilla | S65 |
| Taylor River | S26 | Mt. Elbert | S66 |
| Tarryall | S27 | White River, South Fork | S67 |
| Vallecito | S28 | Cotopaxi | S68 |
| Alamosa Canyon | S29 | Lower Cochetopa Canyon | S69 |



**Figure A1.** Colorado Bighorn Sheep Hunt Areas.

Rvsd Plan - 00003196

# APPENDIX B

## *Wyoming Herd Units and Hunt Areas for Bighorn Sheep*

**Table B1.** Wyoming Herd Unit Names and Associated Hunt Areas.

| Herd Unit | Hunt Area(s) |
|---|---|
| Targhee | 6 |
| Jackson | 7 |
| Darby Mountain | 24 |
| Clarks Fork | 1 |
| Trout Peak | 2 |
| Wapiti Ridge | 3 |
| Youts Peak | 4 |
| Francs Peak | 5, 22 |
| Devils Canyon | 12 |
| Douglas Creek | 18 |
| Laramie Peak | 19 |
| Encampment River | 21 |
| Whiskey Mountain | 8, 9, 10, 23 |
| Temple Peak | 11 |
| Sweetwater | 16 |
| Seminole/Ferris | 17 |

S W E E T W A T E R
C A R B O N
C O N V E R S E
This map is for general reference only.
Note: Wilderness area, nonresidents must have guides.

**Figure B1.** Wyoming Bighorn Sheep Hunt Areas.

Rvsd Plan - 00003198

**The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.**



United States Department of Agriculture

Forest Service

**Rocky Mountain Research Station**

General Technical Report RMRS-GTR-105

July 2003

# Coarse Woody Debris: Managing Benefits and Fire Hazard in the Recovering Forest

**James K. Brown**
**Elizabeth D. Reinhardt**
**Kylie A. Kramer**

## Abstract

Brown, James K.; Reinhardt, Elizabeth D.; Kramer, Kylie A. 2003. **Coarse woody debris: managing benefits and fire hazard in the recovering forest**. Gen. Tech. Rep. RMRS-GTR-105. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 16 p.

Management of coarse woody debris following fire requires consideration of its positive and negative values. The ecological benefits of coarse woody debris and fire hazard considerations are summarized. This paper presents recommendations for desired ranges of coarse woody debris. Example simulations illustrate changes in debris over time and with varying management.

Keywords: fuel, salvage, snags, reburn, Fire and Fuels Extension to the Forest Vegetation Simulator

## The Authors

**James K. Brown** received his B.S. degree from the University of Minnesota in 1960, his M.S. degree from Yale in 1961, and his Ph.D. degree from the University of Michigan in 1968, all in forestry. From 1961 to 1965, he was a Research Forester with the Lake States Forest Experiment Station. In 1965 he transferred to the Intermountain Fire Sciences Laboratory, Missoula, MT, where he continued research on the physical properties, inventory, and prediction of fuels. From 1979 until his retirement in 1995, he was leader of a Prescribed Fire and Fire Effects Research Work Unit.

**Elizabeth Reinhardt** is a Research Forester in the Prescribed Fire and Fire Effects Research Work Unit at the Fire Sciences Laboratory in Missoula, MT. She has degrees in English (A.B., Harvard University, 1978) and forestry (M.S., 1982 and Ph.D., 1991, University of Montana). Her research has included studies of fuel consumption, tree mortality, and prescription development.

**Kylie A. Kramer** worked in fire suppression for 7 years, then worked at the Fire Sciences Laboratory in Missoula, MT. Her work there included tree climbing, canopy fuel analysis, leaf area index analysis, and FFE-FVS fuel modeling. She has a chemistry degree from the University of Puget Sound and is currently investigating biodegradable polymers at the University of Montana.

## Acknowledgments

Thanks to Stu Lovejoy and the Bitterroot National Forest staff for suggesting the need for this paper and for providing data for the example simulations.

You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and Research Paper number.

| | **Fort Collins Service Center** |
|---|---|
| **Telephone** | (970) 498-1392 |
| **FAX** | (970) 498-1396 |
| **E-mail** | rschneider/rmrs@fs.fed.us |
| **Web site** | http://www.fs.fed.us/rm |
| **Mailing Address** | Publications Distribution<br>Rocky Mountain Research Station<br>240 W. Prospect Road<br>Fort Collins, CO 80526-2098 |

# Coarse Woody Debris: Managing Benefits and Fire Hazard in the Recovering Forest

James K. Brown
Elizabeth D. Reinhardt
Kylie A. Kramer

## The Management Concern

Large fires in the Inland West during the past decade and efforts to conduct salvage logging have intensified public debate on what is the proper harvest of dead trees. Harvesting fire-killed trees as soon as possible following fire is often called salvage. The objectives of salvage can be to provide economic value, improve forest health by thinning, and reduce fire hazard by removing fuel (Gorte 1996; SAF 1995). In this report, harvesting and salvage refer to cutting of trees for their product value and for reducing fire hazard. Positive values of salvage harvest are generally perceived as economic benefits from jobs and forest products, site rehabilitation, fuel hazard reduction, and lessening the buildup of insect pests. Negative values include lost recreational opportunities, damaged soils through erosion and reduced nutrient processes, reduced wildlife habitat, and spread of weeds (McIver and Starr 2001). A quandary faced by managers is deciding where and how to manage fire-killed trees in the new developing forest. Their decisions about taking action come down to two questions: Where on the landscape should cutting and fuel treatment be undertaken, and how much of what sized material should be removed?

An important goal in dealing with these concerns is to manage toward quantities of accumulated downed woody material such that the risk of damage from a reburn is acceptable and benefits derived from coarse woody debris (CWD) can be realized. Considerable uncertainty exists over the effects of a possible reburn on soil productivity and vegetation succession. Although repeated fires have occurred as long as vegetation covered the landscape (Pyne 1982), the term "reburn" has specific meaning. Reburn results when falldown of the old burned forest contributes significantly to the fire behavior and fire effects of the next fire.

The purposes of this report are (1) to identify a range of CWD quantities that provides for positive values and avoids excessive fire hazard, and (2) to illustrate how simulation of the effects of various management alternatives on CWD over long periods can assist in planning. We examined the knowledge of the ecology of CWD, its contribution to potential fire behavior, historical stand structures and large fuel accumulations, and potential reburn severity as a basis for identifying optimum quantities of CWD. The fires of 2000 on the Bitterroot National Forest served as a case study to illustrate the way in which simulation modeling can be used in conjunction with these general concepts to aid in planning. Example simulations use data from the Bitterroot Forest. The general discussion of coarse woody debris is meant to be broadly applicable and not limited to a particular forest.

A note on terminology: low soil heating severity or burn severity as reported in the Bitterroot Post Fire Assessment (Bitterroot National Forest 2000) and as used in this paper is typical of understory and mixed fire regime types. Moderate severity is typical of mixed and stand-replacement fire regime types, and high severity is typical of the stand-replacement fire regime type. Fire regime type refers to historical effects of fire (Brown 2000).

- Understory fire regime—fires are generally nonlethal to the overstory (approximately 80 percent or more of the dominant vegetation survives).
- Stand-replacement fire regime—fires are lethal to most aboveground dominant vegetation (approximately 80 percent or more of the dominant vegetation is killed).
- Mixed severity fire regime—fire severity varies between understory and stand-replacement regimes.

## Ecology of Coarse Woody Debris

Coarse woody debris is typically defined as dead standing and downed pieces larger than 3 inches in diameter (Harmon and others 1986), which corresponds to the size class that defines large woody fuel. Some ecologists include woody material larger than 1 inch in diameter as CWD. Coarse woody debris is an important component in the structure and functioning of ecosystems. A dead tree, from the time it dies until

Rvsd Plan - 00003202

it is fully decomposed, contributes to many ecological processes as a standing snag and fallen woody material lying on and in the soil. Fire, insects, pathogens, and weather are responsible for the decomposition of dead organic matter and the recycling of nutrients (Olson 1963; Stoszek 1988). Fire directly recycles the carbon of living and dead vegetation. The relative importance of fire and biological decomposition depends on site and climate (Harvey 1994). In cold or dry environments, biological decay is limited, which allows accumulation of plant debris. Fire plays a major role in recycling organic matter in these environments. Without fire in these ecosystems, nutrients are tied up in dead woody material for a long period. Fire, insects, and diseases perform similar roles in that they both create and consume CWD and smaller dead woody material.

## Importance to Wildlife

Coarse woody debris plays many roles in the forest. Animal life processes, site productivity, site protection, and fire are probably the ones that managers most often deliberate. Coarse woody debris contributes to biodiversity by being part of the life cycle of soil mites, insects, reptiles, amphibians, mammals, and birds (Brown 2000). Invertebrates such as bark beetles, wood borers, carpenter ants, and wasps utilize CWD for food and protection. Mammals, reptiles, and amphibians mostly utilize downed logs for purposes such as feeding, reproduction, and shelter (Harmon and others 1986). As more downed CWD accumulates in the forest, activity of small mammals such as voles increases (Ucitel 1999). A 15 to 20 percent coverage of downed CWD was recommended by Carey and Johnson (1995) for favoring small animal communities. A 15 percent coverage of CWD is equivalent to 32 tons per acre of 6-inch diameter pieces or 64 tons per acre of 12-inch pieces, assuming wood densities typical of ponderosa pine and lodgepole pine.

Woody debris incorporated in streams creates habitat diversity that improves rearing habitat for anadromous fish (Everest and Harr 1982) and provides survival cover. Woody debris also provides a source of nutrients for aquatic life that increases abundance of macroinvertebrates (Smock and others 1989). However, excessive accumulations can block fish passage, cover important spawning sites, and damage aquatic habitat during postfire flood events (Gresswell 1999). Desirable quantities of CWD to leave following salvage logging for recruitment into streams to benefit aquatic life are only generally known. However, the origin of CWD that eventually becomes incorporated in streams is known. In small streams in Washington and Oregon, McDade and others (1990) found that 70 percent of debris pieces were rooted within 60 ft of the streambank, and 50 percent came within a 30-ft wide strip on each side of the stream. In Alaska, Murphy

and Koski (1989) observed that 95 percent of the CWD came from within 60 ft of the stream. They also observed that the larger the stream, the larger the CWD needed to form a stable accumulation. These studies suggest that leaving an uncut strip 60 to 100 ft from each streambank would maintain CWD in aquatic habitat.

A range of desirable snag densities depending on bird species has been suggested for forests in the Northern Rocky Mountains. About 25 percent of the bird species in the Northern Rocky Mountains are cavity nesters (Bull and others 1997). Cavity nesting birds and bats mostly utilize standing snags especially those of large diameters (Fischer and McClelland 1983). Smaller snags can be important for foraging. Salvage logging can enhance habitat for some species but diminish it for others, resulting in a shift in diversity but not in richness (McIver and Starr 2001). For Pileated Woodpeckers (*Dryocopus pileatus*), Bull and Holthausen (1993) showed that viable populations were maintained with an average of four snags per acre (10-inch and greater diameter at breast height, d.b.h.). Following high intensity wildfire Saab and Dudley (1998) found that the Lewis' Woodpecker (*Melanerpes lewis*) and Kestrel (*Falco sparverius*) preferred salvage logged areas that retained about 25 snags per acre (more than 9-inch d.b.h.). The Black-backed Woodpecker (*Picoides arcticus*) and Northern Flicker (*Colaptes auratus*) preferred the unlogged areas having about 50 snags per acre (more than 9-inch d.b.h.). Bull (1994) suggested leaving 40 standing or fallen snags per acre (preferably more than 15-inch d.b.h.) to retain as much wildlife as possible in stands to be salvage logged following fire. The CWD loadings represented by these snag densities range from about 1 to 25 tons per acre depending on diameter of trees (table 1, 2).

Although an abundant literature shows the importance of standing and downed CWD to wildlife, few studies have quantified amounts needed to maintain specific populations much less whole faunal communities. One difficulty in interpreting and applying research results is that many studies deal with populations on specific sites and report conditions that enhance or maximize populations on those sites. Maintenance of metapopulations and a diversity of species, however, requires a landscape perspective and a strategy that provides a diversity of habitat structures (Hutto 1995; Lyon and others 2000; Tobalske and others 1991).

## Importance to Soils

Maintaining soil productivity over the long term generally requires presence of soil organic material and fire effects characteristic of the natural fire regime. Most fires characteristic of the historic fire regime or moderate severity prescribed fires are likely

Rvsd Plan - 00003203

**Table 1**—Loading of standing dead ponderosa pine coarse woody debris (tons per acre) by number of snags per acre and d.b.h. (inches). Loadings computed from table 2.

| | d.b.h. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | 6 | 8 | 10 | 12 | 14 | 16 | 20 | 24 |
| 4 | 0.2 | 0.4 | 0.8 | 1.3 | 2.0 | 2.9 | 5.3 | 8.6 |
| 6 | .3 | .6 | 1.2 | 2.0 | 3.1 | 4.4 | 8.0 | 12 |
| 8 | .4 | .9 | 1.6 | 2.7 | 4.1 | 5.9 | 11 | 17 |
| 10 | .5 | 1.1 | 2.0 | 3.3 | 5.1 | 7.4 | 13 | 22 |
| 15 | .7 | 1.6 | 2.9 | 5.0 | 7.7 | 11 | 20 | 32 |
| 20 | 1.0 | 2.1 | 3.9 | 6.6 | 10 | 15 | 27 | 43 |
| 25 | 1.2 | 2.7 | 4.9 | 8.3 | 13 | 18 | 33 | 54 |
| 30 | 1.4 | 3.2 | 5.9 | 10 | 15 | 22 | 40 | 64 |
| 40 | 1.9 | 4.3 | 7.8 | 13 | 20 | 29 | 53 | 86 |
| 50 | 2.4 | 5.4 | 9.8 | 17 | 26 | 37 | 67 | |
| 100 | 4.8 | 11 | 20 | 33 | 51 | 74 | | |
| 200 | 9.6 | 21 | 39 | 66 | 102 | | | |
| 300 | 14 | 32 | 58 | 100 | | | | |
| 400 | 19 | 43 | 78 | | | | | |
| 500 | 24 | 54 | 98 | | | | | |

**Table 2**—Total tree bole weight (tons) of wood and bark of individual trees based on whole tree volume equations[a], wood density, and bark-to-wood ratios for ponderosa pine (PP), Douglas-fir (DF), and lodgepole pine (LP)[b]. Data based on trees from stands of a variety of site indexes and densities.

| d.b.h. | PP | DF | LP |
|---|---|---|---|
| 4 | 0.017 | 0.021 | 0.026 |
| 5 | .029 | .037 | .051 |
| 6 | .048 | .060 | .081 |
| 7 | .074 | .088 | .118 |
| 8 | .107 | .123 | .162 |
| 9 | .147 | .166 | .215 |
| 10 | .196 | .218 | .275 |
| 11 | .258 | .274 | .343 |
| 12 | .332 | .341 | .420 |
| 13 | .416 | .416 | .504 |
| 14 | .511 | .501 | .597 |
| 15 | .617 | .595 | .698 |
| 16 | .736 | .699 | .807 |
| 18 | 1.009 | .938 | 1.051 |
| 20 | 1.334 | 1.220 | 1.328 |
| 22 | 1.714 | 1.546 | |
| 24 | 2.151 | 1.921 | |
| 26 | 2.648 | 2.344 | |
| 28 | 3.208 | 2.819 | |
| 30 | 3.832 | 3.346 | |

[a] Equations for 4-inch d.b.h. from Faurot (1977) and for 5- to 30-inch d.b.h. from Brown and Johnston (1976) and Stage (1973).
[b] Wood density and bark ratios from Brown and others (1977).

to enhance soil development and fertility over the long term by periodic release of nutrients. However, extremely severe fires or large severely burned areas within fires, brought on by either rare natural events or humans, are likely to be highly detrimental to forest soils (Harvey and others1989).

Nitrogen is the most limiting nutrient in forest ecosystems. Its quantity and form in the soil is almost totally dependent on microbial action by way of two distinct processes, symbiotic and nonsymbiotic N fixation. Except where N-fixing plants such as alder (*Alnus* spp.) and ceanothus (*Ceanothus* spp.) are in good supply, most N acquisition in forests comes from nonsymbiotic fixation that depends on organic matter for energy (Harvey and others 1989). Another group of microorganisms that depend on soil organic matter and is important to a conifer's ability to acquire nutrients such as N is the ectomycorrhizal fungi associated with roots. Using ectomycorrhizae as a bioindicator of healthy, productive forest soils, Graham and others (1994) developed conservative recommendations for leaving CWD after timber harvesting to ensure enough organic matter was left to maintain long-term forest productivity. For Montana habitat types (Pfister and others 1977) they recommended 5 to 9 tons per acre (Douglas-fir/ninebark), 12 to 24 tons per acre (Douglas-fir/pinegrass), 7 to 14 tons per acre (grand fir/bear grass), 8 to 18 tons per acre (subalpine fir/bluehuckleberry, subalpine fir/grouse

whortleberry), and 12 to 24 tons per acre (subalpine fir/bear grass, subalpine fir/twinflower). For ponderosa pine/fescue and Gambel oak (*Quercus gambelii*) habitat types in Arizona, they recommended 5 to 13 tons per acre. These recommendations were based on studies in undisturbed mature stands where ectomycorrhizae populations were used to determine optimum amounts of organic material. The upper limit of the recommended ranges or higher seems appropriate for stands recovering from high severity wildfire where much of the partially decomposed CWD and other forest floor organic matter was consumed.

The role of CWD in site protection can be significant or minor depending on site conditions. On steep slopes, CWD helps protect soils from erosion due to surface runoff. It disrupts flow near the ground, creates shade for seedlings, and reduces trampling by livestock, wildlife, and people.

## Fire Hazard

Fire hazard generally refers to the difficulty of controlling potential wildfire. It is commonly determined by fire behavior characteristics such as rate-of-spread, intensity, torching, crowning, spotting, and fire persistence, and by resistance-to-control. In this paper we also consider fire severity to be an element of fire hazard. Fire severity refers to the effects of fire on the ecosystem. It depends on fuel consumption and heat flux into all living components. Downward heat transfer into the soil is an important determinant of fire severity (Ryan and Noste 1985). Fire intensity, largely a measure of upward heat transfer, is not a reliable indicator of fire severity because it can correlate poorly with downward heat transfer. Small and large downed woody fuels contribute differently to the various elements of fire hazard.

### Fire Behavior

The influence of small woody fuels (3 inches and less in diameter) on spread rate and intensity of surface fires and associated torching and crowning is substantial and can be estimated using widely accepted fire behavior models (Andrews 1986; Finney 1998; Rothermel 1983; Scott and Reinhardt 2001). Large woody fuels have little influence on spread and intensity of the initiating surface fire in current fire behavior models; however, they can contribute to development of large fires and high fire severity. Fire persistence, resistance-to-control, and burnout time (which affects soil heating) are significantly influenced by loading, size, and decay state of large woody fuel. However, methods for estimating and interpreting these fire characteristics are not well established.

Accumulations of large dead woody fuel, especially containing larger diameter decayed pieces, can hold smoldering fire on a site for extended periods. When high winds occur, the sustained burning of persistent fire can be fanned into fast moving, dangerous fires (Chandler and others 1983). Historically, this was probably an important factor in development of large fires. The probability of a reburn is higher, to an unknown extent, in heavy accumulations of CWD because of the high fire persistence that characterizes decayed CWD. However, the probability of wildfire due to high fire persistence can be mitigated by effective fire detection and suppression actions.

Torching, crowning, and spotting, which contribute to large fire growth, are greater where large woody fuels have accumulated under a forest canopy and can contribute to surface fire heat release. Duration of flaming and energy release during flaming can be computed using a burnout model (Albini 1976) to indicate the potential for extreme fire behavior such as crowning and long-distance spotting. Compared to surface fuels with little CWD, Rothermel (1991) showed that 30 tons per acre of 6-inch sound pieces increases energy release of surface fuels in the flaming front and the associated crown fire, but not substantially. However, if the large woody fuel is decayed and broken up, its contribution is considerably greater, similar to fire in heavy slash. The contribution of large woody fuel to surface fire intensity is likely underestimated in fire behavior models that treat large woody pieces as smooth cylinders. An assumption of a smooth surface disregards the finely textured nature of bark-covered and weathered pieces.

### Resistance-to-Control

Resistance-to-control is generally viewed as an estimate of the suppression force required for controlling a unit of fire perimeter. Ratings may be subjective as applied in the Photo Guide for Appraising Downed Woody Fuels in Montana Forests (Fischer 1981). For example, "high" resistance-to-control means "slow work for dozers, very difficult for hand crews; hand line holding will be difficult." Large woody fuel loadings in the Photo Guide ranged widely depending on size of downed pieces and undergrowth. Loading for a medium rating ranged from 14 to 50 tons per acre.

The USDA Forest Service Pacific Southwest Region (1976) developed a resistance-to-control rating scheme based on difficulty of hand line construction and an inventory of downed woody fuel loadings by size classes. High and extreme resistance-to-control ratings were reached for the following loadings (tons per acre):

| 0- to 3-inch diameter | 3- to 10-inch diameter | |
|---|---|---|
| | High | Extreme |
| 5 | 25 | 40 |
| 10 | 15 | 25 |
| 15 | 5 | 15 |

The above ratings were based on the assumption that few downed pieces greater than a 10-inch diameter were present. In computing the ratings, the number of large pieces (greater than 10 inch) by length class is more important than their loading in determining resistance-to-control. If the number of pieces greater than a 10-inch diameter exceeded 10 to 20 per acre, depending on length, less 3- to 10-inch diameter material would be required to reach the high and extreme resistance-to-control ratings.

## Soil Heating

Soil heating is a complicated process that depends on burnout time of duff and woody material, removal of the insulating duff layer, and soil properties (Hungerford and others 1991). Under severe burning conditions, soil organic matter can be removed or destructively altered, nutrients volatilized, water-absorbing capacity decreased, and living plant parts and microorganisms killed. Loss of soil organic matter that is necessary for sustaining the biological activity of soils (DeBano and others 1998) is probably the most serious long-term concern.

Estimates of soil heating can be obtained using FOFEM (Reinhardt and others 1997). The model predicts a time-temperature profile at specified depths; depths at which critical temperatures occur can also be predicted. But to date little experience exists in interpreting the predicted soil temperature profiles across a large landscape. In addition to considering temperature, three other aspects of soil heating need to be evaluated: depth of undesirable heating, duration of heating (for example, 1 minute) that allows heat effects to unfold, and proportion of area that is impacted by undesirable soil temperatures. This last element is necessary because the model predicts a time-temperature profile based on an estimated unit average heat flux that expresses heating uniformly across a given area. In reality, however, excessive soil heating is concentrated beneath large woody fuel pieces particularly in the vicinity of piece intersections. For any predicted temperature it can be assumed that the temperature is considerably higher where the soil is overlaid with CWD, and elsewhere it is less than predicted.

To explore the effect of CWD on soil temperatures we exercised the soil heating model in FOFEM for a range of fuel loadings (fig. 1a). We assumed absence of a duff layer, typical of a young forest developing after stand-replacement fire. One possible criterion for evaluating undesirable soil heating is the temperature at which organic matter is destructively distilled. This occurs at 200 to 300 °C (Hungerford and others 1991). Figure 1a indicates that high fuel loads (40 tons per acre) are necessary to cause soil to be excessively heated (at least 275 °C) from the surface to 2 cm depths. Figure 1b can be used to help with interpretation of soil heating

**Figure 1**—(a) Simulated soil heating. Curves show maximum temperatures reached at several soil depths for a range of woody fuel loadings. In these simulations, it was assumed the soils and fuels were dry, and that there was no duff to insulate the soil. (b) Percent of area covered by woody fuel for a range of piece diameters and woody fuel loadings, assuming the fuel is evenly spread. Actual area coverage would be reduced because of piece overlap, but area impacted by heating might be greater due to heating of soils adjacent to but not immediately below woody fuel.

results. It shows, for several piece sizes, the coverage of CWD over a range of fuel loads. Even at high fuel loads, a small portion of an area is covered with woody fuel. In areas that have no coverage, minimal soil heating can be expected.

A practical consideration for minimizing severe soil heating is to concentrate salvage activities in thickets of dead trees. If the thickets fall down naturally the CWD becomes concentrated. Burnout of large woody fuels is enhanced where the material is concentrated because of the interaction between adjacent burning pieces. Thus, salvage can be used to reduce and scatter the potential fuel concentrations.

## Historical Conditions

### Stand Structure

On dry sites occupied by ponderosa pine and mixed ponderosa pine and Douglas-fir, a structural mosaic probably existed due to variation in tree establishment, fire caused mortality, and other factors (Arno and others 1995). Research plots on the Bitterroot and Lolo National Forests showed that ponderosa pine existed in all-aged and even-aged stands that experienced similar fire histories. Although age-class structures varied substantially, most stands probably appeared open or parklike (Arno and others 1997). Long periods (50 to 100 years) without new pine establishment occurred presumably because the site was too stocked to allow recruitment of shade-intolerant species, or most of the regeneration was killed by fire.

After 1900, when occurrence of frequent, low intensity fires was significantly reduced in Western forests, understories changed with an increase in basal area and number of trees per acre. A shade-tolerant tree understory of Douglas-fir developed. We computed the increase in standing bolewood and crowns for trees up to an 8-inch diameter that accrued from 1900 to 1991 on the four Bitterroot National Forest study plots (Arno and others 1995). The increase in bolewood weight ranged from 1 to 11 tons per acre and crown weight from 0.5 to 6 tons per acre.

In restoring the dry site forest communities, a range of alternatives is possible because of the wide range in stand structures that probably existed historically. However, control of shade-tolerant species such as Douglas-fir will probably be necessary either using mechanical means or prescribed fire repeated periodically. Where prescribed fire is applied, probably after young pine can tolerate low intensity fire, woody fuels including CWD will be partially reduced.

### Large Woody Fuel

Quantities of downed woody fuel, hence CWD, that fall within the presettlement era historical range of variability for the understory and mixed fire regime types can be inferred from existing inventory data and knowledge of fire history and fuel consumption. An indication of large downed woody fuel loadings that existed historically in the ponderosa pine, Douglas-fir, and lodgepole pine cover types is the summary of data gathered by forest inventory (stage I) and stand exams (stage II) during the 1970s (Brown and See 1981). The forest inventory was based on randomly located plots and is representative of forestwide conditions excluding classified wilderness. Stand exams were located where silvicultural activities were anticipated, such as timber sales that were often targeted for high risk stands. Thus, quantities of downed woody material might tend to be greater than found in the forest inventory over the whole forest as suggested in table 3. Results of inventories are summarized for the Bitterroot and Lolo National Forests, which have similar forests and fire histories (table 3). Considerable variability in quantities of downed woody material probably existed with many stands having little downed woody material and a few stands having excessive accumulations.

It seems reasonable to speculate that on average the quantities in table 3 would be less if understory fire had been allowed to occur at presettlement frequencies. This is supported by Habeck's (1976) study in the White Cap drainage of the Selway-Bitterroot Wilderness. In ponderosa pine stands having less than 0.5

**Table 3**—Average quantities of large woody fuel (tons per acre) by ponderosa pine (PP), Douglas-fir (DF), and lodgepole pine (LP) cover types on the Bitterroot and Lolo National Forests inventoried by the forest survey and stand exam programs (Brown and See 1981). Number of plots is shown in parentheses.

| | Bitterroot | | | Lolo | | |
|---|---|---|---|---|---|---|
| Program | PP | DF | LP | PP | DF | LP |
| Forest survey | 5.3<br>(218) | 9.2<br>(1,056) | 12.2<br>(203) | 4.8<br>(120) | 11.5<br>(1,000) | 13.3<br>(768) |
| Stand exam | 11.3<br>(1,685) | 21.1<br>(7,158) | 25.9<br>(1,152) | 10.4<br>(665) | 11.9<br>(4,233) | 15.8<br>(1,591) |

inch (1 cm) of duff (averaged 2.4 tons per acre), large woody fuels averaged less than 1 ton per acre. The shallow duff indicated a fire history characteristic of the understory fire regime. In stands having more than a 0.5 inch of duff (averaged 11 tons per acre), indicating a long period without fire, large woody fuels averaged 23 tons per acre.

Snag densities on pre-European landscapes were estimated by Harrod and others (1998) as 6 to 14 snags per acre for dry forests east of the Cascades. This converts to approximately 4.5 to 7.0 tons per acre based on the wood density of ponderosa pine. He assumed stand structure to be open and parklike (basal area of 60 and 80 sq ft per acre) for forests of ponderosa pine, Douglas-fir, and dry associations of grand fir (*Abies grandis*). Lower densities favored larger tree diameters, which ranged from 7 to 35 inches. Snags were recruited with a life of up to 45 years under a regime of frequent, low intensity surface fires that created an uneven-aged structure with small even-aged groups. In a study of snag abundance in western Montana based on forest inventory data, Harris (1999) reported an average of 2.5, 9, and 12 snags per acre in uncut stands of the ponderosa pine, Douglas-fir, and lodgepole pine cover types. This is equivalent to about 2.2 to 6.0 tons per acre of snags. The spatial distribution of snags was highly variable, with many plots having none and some plots having many. The estimated snag densities from both studies over their modeled life span (Harrod and others 1998) seem to relate in a plausible way to the accumulated downed large woody fuels in table 3.

## Optimum Coarse Woody Debris

The amount of CWD that provides desirable biological benefits, without creating an unacceptable fire hazard or potential for high fire severity reburn, is an optimum quantity that can be useful for guiding management actions. To arrive at this optimum, various sources of information about the roles of CWD in the forest and its historical dynamics should be considered. Most sources of technical knowledge about the benefits of CWD and fire characteristics deal with individual species or restricted segments of the ecosystem. We integrated the various sources of information to identify an optimum range of CWD that provides an acceptable risk of fire hazard while providing benefits to soil and wildlife (fig. 2). The optimum quantity for soil and fire considerations refers to downed CWD. For wildlife the optimum quantity involves both standing and downed CWD.

Although quantitative information is limited, we stress it here because it provides a good basis on which to plan. To summarize the positive values from earlier discussion, for maintaining soil productivity the upper limit of the following ranges is recommended: 5 to 10 tons per acre for warm, dry ponderosa pine and Douglas-fir types, 10 to 20 tons per acre for cool Douglas-fir types, and 8 to 24 tons per acre for cool lodgepole pine and lower subalpine fir types. Interestingly, these quantities coincide with the average amounts of large woody fuel inventoried by forest survey and stand exams (table 3) that may represent the high end of presettlement conditions because occurrence of fire

**Figure 2**—Optimum ranges of coarse woody debris for providing acceptable risks of fire hazard and fire severity while providing desirable quantities for soil productivity, soil protection, and wildlife needs for (a) warm dry forest types and (b) cool and lower subalpine forest types. Dotted lines show a range that seems to best meet most resource needs: 5 to 20 tons per acre for the warm dry types and 10 to 30 tons per acre for other types.

and associated fuel consumption had already been reduced compared to the historical fire regime. Although fire both creates and consumes fuel (Brown 1985), fuel depletion would tend to be greater than fuel accretion in high frequency fire regime types such as the warm, dry ponderosa pine and Douglas-fir types.

For cavity-nesting birds, up to 25 tons per acre may be desirable depending on species (see tables 1 or 2 for converting tons per acre to number of snags per acre). For small mammals, more than 30 tons per acre is best. Needs of riparian systems for CWD can be met by leaving all or most of the trees in a 60- to 100-ft wide strip on each side of streams. A wide range in CWD is indicated for wildlife (fig. 2) because desirable quantities vary greatly by species. However, insufficient knowledge exists to define the upper limit of CWD beneficial to wildlife. To encourage a diversity of wildlife species, a worthy objective may be to manage for a wide range of CWD across the landscape. There is considerable latitude within the optimum range for managing CWD to achieve benefits and avoid excessive wildfire threats.

To summarize the negative values, fire hazard including resistance-to-control and fire behavior reach high ratings when large fuels exceed about 25 to 30 tons per acre in combination with small woody fuels of 5 tons per acre or less. Excessive soil heating is likely at approximately 40 tons per acre and higher. Thus, generally high to extreme fire hazard potential exists when downed CWD exceeds 30 to 40 tons per acre.

Consideration of these positive and negative aspects indicates that the optimum quantity of CWD is about 5 to 20 tons per acre for warm dry ponderosa pine and Douglas-fir types and 10 to 30 tons per acre for cool Douglas-fir and lodgepole pine types and lower subalpine fir types. The recommended optimum ranges of CWD quantities (fig. 2) should be modified by consideration of other factors such as quantity of small woody fuel, diameter of CWD, landscape level needs, and ecosystem restoration objectives. The CWD optimum quantities for acceptable fire hazard are appropriate when accompanied by small dead fuel loadings of about 5 tons per acre or less. Acceptable CWD quantities are less at higher small fuel loadings (greater than 8 to 10 tons per acre). Acceptable CWD for fire hazard (fig.2) is slightly less for the warm, dry sites because they occur in a more flammable fire environment where generally less soil organic materials are necessary for maintaining soil productivity.

Higher loadings of CWD are acceptable where larger piece sizes predominate, for example in accumulated falldown of old growth trees. Larger piece sizes also are desirable because, faced with decomposition and fire, they persist longer to benefit wildlife and soil productivity. Unfortunately, the relationship between quantity and size of CWD and the various measures of fire hazard is largely undefined. Thus, it is a matter of judgment to consider that the larger the diameter of downed CWD the greater the loading that could be allowed without undesirable fire effects. A graph of CWD surface area by piece diameter and vertical projection of piece areas by piece diameter (fig. 3) can provide some guidance for adjusting the optimum range. The curves flatten at about a 5-inch diameter for the vertical projection and at an 8-inch diameter for surface area. This suggests that where CWD comprises predominately 3- to 6-inch material, the optimum quantity is less, perhaps by 5 tons per acre or more, than for larger sized material. With this in mind, it seems reasonable to assume that high fire hazard ratings apply when 25 to 30 tons per acre of CWD largely comprises 3- to 6-inch material. If quantities of CWD, comprising mostly smaller diameter pieces (3 to 6 inches), were at the upper end of the optimum range, adverse soil heating might occur at low fuel moisture contents, especially if substantial quantities of small woody fuels were also present (8 to 10 tons per acre or more).

## Severity of Reburn

A question often asked by managers is if a reburn occurs, what fire effects can be expected? The interest is primarily in recovery of vegetation and possible impairment to soil productivity. The purpose of this section is to suggest in general terms how burn severity and postfire succession might be affected by recurrence of fire at varying periods following the previous fire. The probability of a reburn occurrence, which is small for a particular site but high over a large area such as a Ranger District, is not dealt with here.

**Figure 3**—Surface area and vertical projection per ton of woody material as they vary by size class.

Rvsd Plan - 00003209

Vegetative succession following forest fire including reburns depends on a number of interacting factors including fire severity, prefire vegetation, species adaptations to fire, environmental conditions, and chance (Brown 2000; Lyon and Stickney 1976; Miller 2000; Morgan and Neuenschwander 1988). Although succession depends on many variables, the following principles can provide a general description of plant community development after a reburn.

1. The course of succession is set by the prefire composition of species that survive fire onsite by protected sprouting plant parts and seeds (Stickney 1990). In Northern Rocky Mountain wildfires, which are mostly of moderate to high severity, there is a tendency to get back most of the species that were present before fire (Lyon and Stickney 1976).

2. Many herb and shrub species have sprouting parts such as rhizomes, bulbs, and root crowns that are buried in mineral soil to varying depths.

3. The more severe the fire the higher the mortality and the less the survivor component in both species and number of plants (Stickney 1990). Only deeply buried sprouting parts survive. Resilient species such as pinegrass (*Calamagrostis rubescens*) and Douglas spirea (*Spiraea betulifolia*) usually retain surviving plant components. Further additions must come from offsite plants. Offsite colonizers that have light, easily wind-disseminated seeds are favored. Thus, both desired native plant and weed species fitting this category are favored.

4. The pattern of burn severity within a fire relates to the pattern of fuel consumption (Miller 2000). Duration of fire over uninsulated soil largely determines severity.

5. A future influence of unknown consequences on postfire succession is global warming, which may affect fire severity and plant establishment, growth, and mortality (Ryan 2000).

With these principles in mind, some general statements about the effects of a reburn during high to extreme burning conditions with low fuel moistures can be made:

**0 to 10 Years After First Fire**—High severity fire is unlikely because duff and downed woody fuels that support prolonged burning would be absent. Large woody fuels would still be accumulating through falldown, and they would not have decayed enough to support smoldering combustion, which can extend the period of downward heating. If salvage operations leave concentrations of small woody fuels, high severity burning could occur where the fuels are concentrated. This situation would be aggravated where stand-replacement fire did not consume foliage, thus allowing a layer of scorched needles to accumulate as surface fuel. Surviving onsite herbs and shrubs should dominate the recovering vegetation. Newly established trees that regenerate by producing seeds could be lost. Even seedlings of species having sprouting capability could die if their root systems are not well established.

**10 to 30 Years After First Fire**—Downed CWD would exhibit some decay and support a longer period of burning. A duff layer, however, would not be well established and would be unable to contribute to soil heating. Thus, high burn severity would primarily occur where large woody material was lying on or near the soil surface. High severity fire could be substantial where a large proportion of the soil surface was directly overlain by large woody material, which could accumulate from falldown of a large amount of tree basal area. A limited amount of conifer regeneration might be possible from young cone-bearing trees established onsite after the previous fire. Onsite herbs and shrubs would dominate the recovery vegetation except where burnout of large woody pieces caused deep soil heating, which would occur particularly in the near vicinity of overlapping pieces.

**30 to 60 Years After First Fire**—Large woody pieces would probably exhibit considerable decay, and a forest floor of litter and duff would be established to a variable extent depending on the density of overstory conifers. Burnout of large woody pieces and duff is assisted by the interaction of these two components (Brown and others 1991). Higher severity burning than would typically occur during earlier periods is possible depending on extent of soil coverage by large woody pieces. If a conifer overstory exists, crowning coupled with burnout of duff could amplify the burn severity. Offsite colonizers would be an important component of the recovery in the more severely burned locations. Prescribed fire during this period could greatly reduce the severity of a reburn wildfire. However, a reburn involving optimum quantities of CWD should not lead to unusually severe fire effects. Historically, fires probably often occurred in the understory and mixed fire regime types when large downed woody fuels were in the optimum range.

To predict succession more specifically following a reburn, managers would need an inventory of plant species onsite and offsite and an inventory of fuels.

## Planning Retention of Coarse Woody Debris

The environmental effects of postfire salvage and fuel treatment activities may be due to the activity of removing trees or due to the altered stand structure (McIver and Starr 2001). Deciding whether to remove fire-killed or damaged trees and how much CWD should be retained on various sites could be viewed as passing through a series of decision gates or addressing questions that evaluate the environmental effects. For example, consider the following questions:

Rvsd Plan - 00003210

1. Where will salvage activities cause unacceptable soil compaction, erosion, and sedimentation? Roads have the greatest potential for exacerbating erosion. Also consider the need for site rehabilitation and that a reburn in heavy accumulations of CWD could encourage erosion.

2. Where will expected falldown of fire-killed trees together with existing downed woody fuels exceed the optimum CWD? Consider mortality to surviving trees that may die during the next 5 to 10 years due to fire injury, insects, and windfall.

3. Where should landscape scale considerations influence retention of CWD? For example, salvage may be desirable in the wildland-urban interface zone and elsewhere to break up large blocks of high fuel loadings and create areas having low to moderate fire behavior potential and resistance-to-control. Salvage may be undesirable where large diameter snags needed by wildlife are in short supply in adjoining areas.

## The Bitterroot National Forest: An Example

Following the wildfires of 2000 on the Bitterroot National Forest, managers were particularly concerned with:

1. Potential for large, severe fires in the future that are of high risk to firefighters and public safety
2. Creating a fire-defensible wildland-urban interface
3. Recovery of the dry site forest types to fit with the historical fire regime
4. Effects of a possible reburn on soil productivity and vegetation succession
5. Providing wildlife values and forest products
6. Avoiding soil erosion and sedimentation and invasion of weeds

Of primary concern were three ecosystems identified as vegetation response units (VRU) in the Bitterroot Fires 2000 Assessment of Post-fire Conditions with Recovery Recommendations (Bitterroot National Forest 2000):

1. VRU 2—warm, dry ponderosa pine (*Pinus ponderosa*) and Douglas-fir (*Pseudotsuga menziesii* var. *glauca*) habitat types
2. VRU 3—cool, dry, and moist Douglas-fir habitat types
3. VRU 4—cool lodgepole pine (*Pinus contorta*) and lower subalpine fir (*Abies lasiocarpa*) habitat types.

Approximately 126,000 acres in VRU 2 and VRU 3 were burned with 60 percent of VRU 2 and 49 percent of VRU 3 experiencing moderate to high soil heating severity (Bitterroot National Forest 2000). Understory and mixed fire regime types characterize VRU 2 and VRU 3. Management direction for these vegetation response units was to keep wildfire hazard in the wildland-urban interface at acceptable levels by reducing fuels and to return the vegetation and fuels to conditions falling within the historical range of variability (Brown 2000) for these fire regime types. Approximately 86,000 acres burned in VRU 4, with 51 percent of the area experiencing moderate and high soil heating severity, which fits with the mixed and stand-replacement fire regime types that characterize VRU 4. In all, 356,000 acres were burned on the Bitterroot National Forest and adjacent State and private lands.

### Modeling Predictions

Management of CWD should consider how much of it is desired onsite in the future. This requires predictions of falldown of fire-killed trees, continued tree mortality and falldown, and loss of dead woody material through deterioration and decay. The time interval chosen for predicting CWD should be long enough for a new immature or mature forest to develop. Keep in mind that the further in time the projection, the more uncertainty exists about the predicted values. Reasonable predictions of CWD can probably be provided over a period of 50 to 100 years.

To project future trends of CWD we used The Fire and Fuels Extension (FFE) (Beukema and others 2000) to the Forest Vegetation Simulator (FVS) (Stage 1973) to simulate the effects of alternative management strategies on future quantities of CWD and small woody fuels. The FVS simulates tree growth, tree mortality and regeneration, and the impacts of a wide range of silvicultural treatments. The FFE simulates additions to fuel pools from stand dynamics and management activities, and the removal of fuels through decay, mechanical treatments, and prescribed or wildfires. Various types of fuels are represented, including canopy fuels and surface fuels by diameter classes. Fire behavior of the propagating fire front and fire effects, such as fuel consumption, tree mortality, and smoke production, are modeled. Model outputs include fuel characteristics, stand structure, snag density, and potential fire behavior that provide a basis for comparing proposed stand and fuel treatments.

We selected three stands representing different vegetation types on the Bitterroot National Forest to illustrate how FVS and FFE could be used to simulate the effects of no treatment, salvage, and fuel treatment on CWD. The selected stands were considered typical of forest conditions occurring commonly on the Bitterroot National Forest (table 4). The VRU 2 stand contained a few old growth ponderosa pine and Douglas-fir trees with a dense understory of Douglas-fir, a condition that has developed extensively in the absence of repeated low intensity fire. The VRU 3 stand is a pure Douglas-fir stand with trees mostly ranging

from 4 to 20 inches d.b.h. The VRU 4 stand consisted of a dominant lodgepole pine overstory with a dense understory of small subalpine fir and Englemann spruce (*Picea engelmannii*). The salvage treatment called for removing merchantable quality dead trees greater than 12 inches d.b.h. Approximately the same proportion of trees in each size class was removed. Fuel treatment called for removing dead trees 6 inches and less in d.b.h. by slashing, piling, and burning. Figure 4a shows an untreated stand typical of VRU 2 following high severity fire, while figure 4b shows a similar stand following partial salvage and surface fuel treatment. Figure 4c shows a VRU 2 stand following low severity fire, partial salvage, and surface fuel treatment.

For the simulation of high fire severity (100 percent tree mortality) in VRU 2, untreated CWD accumulated well beyond the optimum range for the next 100 years (fig. 5). The large quantity of CWD together with 8 to 10 tons per acre of small woody fuel (fig. 6) presented a high fire hazard over many years. Salvage of 50 percent or more of the merchantable dead trees accompanied by treatment of fuel left an acceptable quantity of CWD (fig. 7). The number of snags greater than 12 inches d.b.h. per acre (snags per acre, SPA) initially ranged from 4 for the 100 percent salvage treatment to 17 for 50 percent salvage (table 5). After 20 years SPA falls to 0.8 for 100 percent salvage and 1.5 for 50 percent salvage. Many years elapse in high fire severity burns before newly grown large diameter snags can replace the fallen snags, so leaving an ample density of snags following fire can help maintain a minimal snag resource during the 20 to 40 year postfire period when many snags have already fallen. Leaving a high density of snags would require constraints on harvesting.

Living stand structure and CWD varied considerably between simulations of low and high fire severity (fig. 5). Under low severity fire (80 percent tree mortality),

**Table 4**—Number of trees per acre by d.b.h. class (inches) for the representative vegetation response unit stands used in the FFE simulation of postfire recovery.

| | VRU2 | | VRU 3 | | VRU 4 | |
|---|---|---|---|---|---|---|
| **d.b.h.** | **DF** | **PP** | **DF** | **LP** | **ES** | **AF** |
| 0–1 | 409 | | 112 | 191 | 464 | 5345 |
| 1–4 | 436 | | 0 | 27 | | 246 |
| 4–8 | 142 | | 153 | 130 | | 16 |
| 8–12 | 56 | | 141 | 108 | | 13 |
| 12–16 | 18 | | 50 | 12 | | 2 |
| 16–20 | 10 | 1 | 13 | | | |
| 20–24 | 1 | | 2 | | | |
| 24–28 | 2 | | | | | |
| 28–32 | | 3 | | | | |
| 32+ | | 2 | | | | |










**Figure 4**—(a) Untreated stand following high severity fire, Bitterroot National Forest, 2002. (b) Treated stand following high severity fire, Bitterroot National Forest, 2002. Note the reduced density of standing dead trees and the presence of coarse woody debris on the forest floor. (c) Treated stand following low severity fire, Bitterroot National Forest, 2002. Note the standing live and dead trees, as well as the residual coarse woody debris.



**Figure 5**—Simulated quantities of standing and surface coarse woody debris and live 3+ inch biomass for vegetation response unit 2 with no salvage and no fuel treatments under (a) low (80 percent tree mortality) and (b) high (100 percent tree mortality) fire severity conditions. Shaded bands indicate desired ranges.

**Figure 6**—Simulated quantities of surface small woody fuel (0- to 3-inch diameter) for vegetation response unit 2 for combinations of 100 percent salvage, 50 percent salvage and no salvage with treated and untreated fuels under (a) low (80 percent tree mortality) and (b) high (100 percent tree mortality) fire severity conditions.

untreated CWD peaked at 24 tons per acre but remained slightly higher than the 20-tons per acre upper limit of optimum for next the 100 or more years due to contributions from growth and mortality of the surviving forest. Fuel treatment without salvage removed about 4 tons per acre of CWD and 2 tons per acre of small woody fuel. This kept CWD within the optimum range and lowered fire hazard.

For the VRU 3 stand, assuming high fire severity, untreated CWD peaked at 53 tons per acre and remained greater than the 30-tons per acre upper limit of optimum for the next 100 years (fig. 8). Salvage accompanied by fuel treatment lowered CWD into the optimum range (fig. 9). The simulations for salvage of all dead merchantable trees without fuel treatment and 50 percent salvage accompanied by fuel treatment produced nearly the same amount of CWD over the



**Figure 7**—Simulated quantities of surface coarse woody debris for vegetation response unit 2 for high severity-100 percent salvage-treat fuels, high severity-50 percent salvage-treat fuels and low severity-no salvage-treat fuels.

**Figure 8**—Simulated quantities of standing and surface coarse woody debris and live 3+ inch biomass for vegetation response unit 3 with no salvage and no fuel treatments under high (100 percent tree mortality) fire severity conditions. The shaded band indicates desired ranges.

simulation period. The CWD exceeded the 30-tons per acre upper limit of optimum for 18 years, making these treatments marginally acceptable. Regardless of the level of salvage prescribed, fuel treatment was necessary to keep CWD within the optimum range. Immediately after fire, SPA were 33 for 50 percent salvage and 7 for complete salvage. Most snags fell within about 20 years. After that the difference in SPA between salvage treatments was slight. However, for about 20 years in this simulation, the level of salvage affected snag density significantly. Depending on species and d.b.h., the time snags remain standing generally ranges from 15 to 40 or more years. In planning for retention of a given amount of CWD, treatment of fuel that reduces small-sized CWD (trees up to 6 inches d.b.h.) makes it possible to retain more large-diameter dead snags.

**Table 5**—Number of dead snags per acre in vegetation response unit 2 simulated by FFE for varying treatments and periods following fire.

| | Years following fire | | | | |
|---|---|---|---|---|---|
| Treatments | 3 | 20 | 40 | 60 | 80 |
| **All snags (>0 inch d.b.h.)** | | | | | |
| 80% M, no S, no T[a] | 482 | 26 | 32 | 39 | 39 |
| 100% M, no S, no T | 532 | 14 | 11 | 18 | 26 |
| 100% M, 50% S, yes T | 154 | 3.9 | 28 | 34 | 45 |
| 100% M, 100% S, yes T | 140 | 3.1 | 28 | 34 | 45 |
| **Snags >12 inch d.b.h.** | | | | | |
| 80% M, no S, no T | 22 | 8.2 | 3.2 | 3.0 | 3.4 |
| 100% M, no S, no T | 34 | 11 | 1.7 | .1 | .7 |
| 100% M, 50% S, yes T | 17 | 1.5 | .3 | .2 | 2.3 |
| 100% M, 100% S, yes T | 3.7 | .8 | .1 | .2 | 2.3 |

[a] M is mortality, S is salvage of dead merchantable trees, T is slash, pile, and burn trees < 6 inches d.b.h.

For the VRU 4 lodgepole pine stand, the salvage prescription had little effect on CWD (fig. 10) because few merchantable trees were present. Without salvage or fuel treatment, the CWD exceeded the optimum range by 1 to 5 tons per acre for about 20 years then fell within the optimum range. This simulation suggests that fuel treatment and salvage would be unnecessary unless landscape considerations such as maintaining low fire hazard in the wildland interface zone or in a strategically placed fuel break are important.

In stand-replacement fires, the CWD from the fire-killed trees is all that exists for a long time, until the new forest undergoes mortality and falldown. Some allowance for decay should be considered in the planning. For example, if 20 tons per acre was considered desirable in the 40 to 60 year old immature forest, 25 tons per acre or possibly more should be retained from the fire-killed trees. In low severity fire where an overstory survived, recruitment of CWD will probably occur regularly over time as trees continue to die from various causes such as insects, blowdown, and fire injury. Meeting a target of 20 tons per acre in 40 years




**Figure 9**—Simulated quantities of (a) small woody fuel and (b) coarse woody debris for vegetation response unit 3 for 100 percent salvage-no fuel treatment, 100 percent salvage-treat fuel and 50 percent salvage-treat fuel under high (100 percent tree mortality) fire severity conditions. The shaded band indicates desired ranges.

may only require 15 tons per acre from falldown of the trees directly killed by fire.

In VRU 2 where applying prescribed fire in the future might be necessary to maintain desired conditions, leaving excessive CWD, especially in the 3- to 6-inch diameter class, could hamper prescribed fire efforts. But also consider that prescribed fire will reduce the CWD loadings. On sites where most of the CWD loading comprises large pieces (greater than 12 inches), which would offer less of a hindrance to prescribed burning, consider retaining CWD loadings at the high end of the optimum range.

## Conclusion

Management of CWD following fire requires consideration of its positive and negative values. The lower

**Figure 10**—Simulated quantities of (a) small woody fuel and (b) coarse woody debris for vegetation response unit 4 for no salvage-no fuel treatment, 100 percent salvage-treat fuel and 100 percent salvage-no fuel treatment under high (100 percent tree mortality) fire severity conditions. The shaded band indicates desired ranges.

Rvsd Plan - 00003215

limit of the optimum range is determined by the ecological benefits of CWD, including wildlife habitat and site productivity, and the upper limit by excessive fire hazard. A wide range of CWD is acceptable depending on many individual site and landscape considerations including severity of burn, desired future stand conditions, restoration objectives, and desired structural diversity.

Because CWD amounts at a given site can be expected to change over time with or without management, simulation modeling can help with planning and designing treatments. Predicted quantities of CWD over time vary considerably with fire severity and postfire treatment, but they also depend on prefire stand structure. Site-specific analysis can strengthen decisionmaking by allowing managers to tailor postfire treatments to best achieve desired CWD quantities over time. Simulating snag recruitment, falldown, and subsequent decay allows decisions on fuel treatment (salvage harvest and/or surface fuel treatment) to be made in the context of expected future conditions as well as current conditions.

## References

Albini, Frank A. 1976. Estimating wildfire behavior and effects. Gen. Tech. Rep. INT-30. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 92 p.

Andrews, Patricia L. 1986. BEHAVE: Fire behavior prediction and fuel modeling system—BURN Subsystem, Part I. Gen. Tech. Rep. INT-194. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 130 p.

Arno, Stephen F.; Scott, Joe H.; Hartwell, Michael G. 1995. Age-class structure of old growth ponderosa pine/Douglas-fir stands and its relationship to fire history. Res. Pap. INT-481. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 25 p.

Arno, Stephen F.; Smith, Helen Y.; Krebs, Michael A. 1997. Old growth ponderosa pine and western larch stand structures: influences of pre-1900 fires and fire exclusion. Res. Pap. INT-495. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 20 p.

Beukema, S. J.; Reinhardt, E. D.; Kurz, W. A.; Crookston, N. L. 2000. An overview of the Fire and Fuels Extension to the Forest Vegetation Simulator. In: Neuenschwander, L. F.; Ryan, K. C., tech. eds. Proceedings, the joint fire science conference and workshop—cossing the millennium: integrating spatial technologies and ecological principles for a new age in fire management. Volume II; 1999 June 15–17; Boise, ID. University of Idaho and the International Association of Wildland Fire: 80–85.

Bitterroot National Forest. 2000. Bitterroot fires 2000: an assessment of post-fire conditions with recovery recommendations. Hamilton, MT: U.S. Department of Agriculture, Forest Service, Bitterroot National Forest. 108 p.

Brown, James K. 1985. The "unnatural fuel buildup" issue. In: Lotan, James E.; Kilgore, Bruce M.; Fischer, William C.; Mutch, Robert W. , tech. coords. Proceedings—symposium and workshop on wilderness fire; 1983 November 15–18; Missoula, MT. Gen. Tech. Rep. INT-182. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 127–128.

Brown, James K. 2000. Chapter 9: Ecological principles, shifting fire regimes and management considerations. In: Brown, James K.; Smith, Jane Kapler, eds. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 185–203

Brown, James K.; Johnston, Cameron M. 1976. Debris prediction system. Office report on file at: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory, Missoula, MT. 27 p.

Brown, James K.; Reinhardt, Elizabeth D.; Fischer, William C. 1991. Predicting duff and woody fuel consumption in northern Idaho prescribed fires. Forest Science. 37(6): 1550–1566.

Brown, James K.; See, Thomas E. 1981. Downed woody fuel and biomass in the Northern Rocky Mountains. Gen. Tech. Rep. INT-117. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 48 p.

Brown, James K.; Snell, J. A. Kendall; Bunnell, David L. 1977. Handbook for predicting slash weight of western conifers. Gen. Tech. Rep. INT-37. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 35 p.

Bull, Evelyn L. 1994. Conserving wildlife habitat. In: Everett, Richard L. , comp. Restoration of stressed sites and processes. Gen. Tech. Rep. PNW-GTR-330. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 37–38.

Bull, Evelyn L.; Holthausen, Richard S. 1993. Habitat use and management of pileated woodpeckers in northeastern Oregon. Journal of Wildlife Management. 57(2): 335–345.

Bull, Evelyn L.; Parks, Catherine G.; Torgersen, Torolf R. 1997. Trees and logs important to wildlife in the Interior Columbia River Basin. Gen. Tech. Rep. PNW-GTR-391. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 55 p.

Carey, A. B.; Johnson, M. L. 1995. Small mammals in managed naturally young and old growth forests. Ecological Applications. 5: 336–352.

Chandler, Craig; Cheney, Phillip; Thomas, Philip; Trabaund, Louis; Williams, Dave. 1983. Fire in forestry. Vol. I. Forest fire behavior and effects. New York: John Wiley and Sons. 450 p.

DeBano, Leonard F.; Neary, Daniel G.; Ffolliott, Peter F. 1998. Fire's effects on ecosystems. New York: John Wiley and Sons. 333 p.

Everest, Fred H.; Harr, Dennis R. 1982. Influence of forest and rangeland management on anadromous fish habitat in western North America silvicultural treatments. Gen. Tech. Rep. PNW-134. Portland, OR: Pacific Northwest Forest and Range Experiment Station. 19 p.

Faurot, James L. 1977. Estimating merchantable volume and stem residue in four timber species: ponderosa pine, lodgepole pine, western larch, Douglas-fir. Res. Pap. INT-196. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 55 p.

Finney, Mark A. 1998. FARSITE: Fire Area Simulator—model development and evaluation. Res. Pap. RMRS-RP-4. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 47 p.

Fischer, William C. 1981. Photo guide for appraising downed woody fuels in Montana forests. Gen. Tech. Rep. INT-96. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 53 p.

Fischer, William C.; McClelland, Riley. 1983. A cavity nesting bird bibliography—including related titles on forest snags, fire, insects, disease, and decay. Gen. Tech. Rep. INT-140. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 79 p.

Gorte, Ross W. 1996. Salvage timber sales and forest health. Report for Congress. 4 p. Available from: Committee for the National Institute for the Environment, 1725 K Street, NW, Suite 212, Washington, DC 20006; 95-364 ENR.

Graham, Russell T.; Harvey, Alan E.; Jurgensen, Martin F.; Jain, Theresa B.; Tonn, Jonalea R.; Paige-Dumroese, Deborah S. 1994. Managing coarse woody debris in forests of the Rocky Mountains. Res. Pap. INT-RP-477. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 12 p.

Gresswell, Robert E. 1999. Fire and aquatic ecosystems in forested biomes of North America. Transactions of the American Fisheries Society. 128: 193–221.

Habeck, James R. 1976. Forests, fuels, and fire in the Selway-Bitterroot Wilderness, Idaho. In: Tall Timbers fire ecology conference proceedings 14; Fire and land management symposium; 1974 October 8–10; Missoula, MT. Tallahassee, FL: Tall Timber Research Station: 559–572.

Harmon, M. E.; Franklin, J. F.; Swanson, F. J.; Sollins, P.; Gregory, S. V.; Lattin, J. D.; Anderson, N. H.; Cline, S. P.; Aumen, N. G.; Sedell, J. R.; Lienkaemper, G. W.; Cromack, K., Jr.; Cummins, K. W. 1986. Ecology of coarse woody debris in temperate ecosystems. Advances in Ecological Research. 15: 133–302.

Harris, Richard B. 1999. Abundance and characteristics of snags in western Montana forests. Gen. Tech. Rep. RMRS-GTR-31. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 19 p.

Harrod, Richy J.; Gaines, William L.; Hartl, William E.; Camp, Ann. 1998. Estimating historical snag density in dry forests east of the Cascades Range. Gen. Tech. Pep. PNW-GTR-428. Portland OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 16 p.

Harvey, A. E. 1994. Integrated roles for insects, diseases and decomposers in fire dominated forests of the Inland Western United States: past, present and future forest health. Journal of Sustainable Forestry. 2: 211–220.

Harvey, Alan E.; Jurgensen, Martin F.; Graham, Russell T. 1989. Fire-soil interactions governing site productivity in the Inland Northwest. In: Baumgartner, David M.; Breuer, David W.; Zamora, Benhamin A.; [and others], comps. Prescribed fire in the Intermountain Region: forest site preparation and range improvement; symposium proceedings; 1986 March 3–5; Spokane, WA. Pullman, WA: Washington State University, Conferences and Institutes: 9–18.

Hungerford, Roger D.; Harrington, Michael G.; Frandsen, William H.; Ryan, Kevin C.; Niehoff, Gerald J. 1991. In: Proceedings—management and productivity of western montane soils. Gen. Tech. Rep. INT-280. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 32–50.

Hutto, Richard L. 1995. Composition of bird communities following stand-replacement fires in Northern Rocky Mountain conifer forests. Conservation Biology. 9(5): 1041–1058.

Lyon, L. Jack; Huff, Mark H.; Smith, Jane Kapler. 2000. Chapter 6: Fire effects on fauna at landscape scales. In: Smith, Jane Kapler, ed. Wildland fire in ecosystems: effects of fire on fauna. Gen. Tech. Rep. RMRS-GTR-42-vol. 1. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 43–49.

Lyon, L. Jack; Stickney, Peter, F. 1976. Early vegetal succession following large Northern Rocky Mountain wildfires. In: Tall Timbers fire ecology conference proceedings 14; Fire and land management symposium; 1974 October 8–10; Missoula, MT. Tallahassee, FL: Tall Timber Research Station: 355–375.

McDade, M. H.; Swanson, F. S.; McKee, W. A.; Franklin, J. F.; Van Sickle, J. 1990. Sources distances for coarse woody debris entering small streams in western Oregon and Washington. Canadian Journal of Forest Research. 20: 326–330.

McIver, James D.; Starr, Lynn. 2001. A literature review on the environmental effects of postfire logging. Western Journal of Applied Forestry. 16(4): 159–168.

Miller, Melanie. 2000. Chapter 2: Fire autecology. In: Brown, James K.; Smith, Jane Kapler, eds. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 9–34.

Morgan, Penelope; Neuenschwander, Leon F. 1988. Shrub response to high and low severity burns following clearcutting in northern Idaho. Western Journal of Applied Forestry. 3(1): 5–9.

Murphy, Micheal L.; Koski, K. V. 1989. Input and depletion of woody debris in Alaska streams and implications for streamside management. North American Journal of Fish Management. 9: 427–436.

Olson, J. S. 1963. Energy storage and balance of producers and decomposers in ecological systems. Ecology. 44: 322–331.

Pfister, R. D.; Kovalchik, B. L.; Arno, S. F.; Presby, R. C. 1977. Forest habitat types of Montana. Gen. Tech. Rep. INT-34. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 174 p.

Pyne, Stephen J. 1982. Fire in America: a cultural history of wildland and rural fire. Princeton, NJ: Princeton University Press. 654 p.

Reinhardt, Elizabeth D.; Keane, Robert E.; Brown, James K. 1997. First Order Fire Effects Model: FOFEM 4. 0, user's guide. Gen. Tech. Rep. INT-GTR-344. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 65 p.

Rothermel, Richard C. 1983. How to predict the spread and intensity of forest and range fires. Gen. Tech. Rep. INT-143. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 161 p.

Rothermel, Richard C. 1991. Predicting behavior and size of crown fires in the Northern Rocky Mountains. Res. Pap. INT-438. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 46 p.

Ryan, Kevin C. 2000. Chapter 8: Global change and wildland fire. In: Brown, James K.; Smith, Jane Kapler, eds. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 175–184.

Ryan, Kevin C.; Noste, Nonan V. 1985. Evaluating prescribed fires. In: Lotan, James E.; Kilgore, Bruce M.; Fischer, William C.; Mutch, Robert W. , tech. coords. Proceedings—the symposium and workshop on wilderness fire; 1983 November 15–18; Missoula, MT. Gen. Tech. Rep. INT-182. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 230–238.

Saab, Victoria A.; Dudley, Jonathan G. 1998. Responses of cavity-nesting birds to stand-replacement fire and salvage logging in ponderosa pine/Douglas-fir forests of southwestern Idaho. Res. Pap. RMRS-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 17 p.

Scott, Joe H.; Reinhardt, Elizabeth D. 2001. Assessing crown fire potential by linking models of surface and crown fire behavior. Res. Pap. RMRS-RP-29. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 59 p.

Smock, Lenard A.; Metzler, Glenn M.; Gladden, James E. 1989. Role of debris dams in the structure and functioning of low-gradient headwater streams. Ecology. 70(3): 764–775.

Society of American Foresters. 1995. Below cost timber sales on the National Forests: the role of salvage and sanitation harvesting in the restoration and maintenance of healthy forests [position statement]. Bethesda, MD: Society of American Foresters. 3 p.

Stage, Albert R. 1973. Prognosis model for stand development. Res. Pap. INT-137. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 32 p.

Stickney, Peter F. 1990. Early development of vegetation following holocaustic fire in Northern Rocky Mountain forests. Northwest Science. 64(5): 243–246.

Stoszek, K. J. 1988. Forests under stress and insect outbreaks. Northwest Environmental Journal. 4: 247–261.

Tobalske, Bret W.; Shearer, Raymond C.; Hutto, Richard L. 1991. Bird populations in logged and unlogged western larch/Douglas-fir forest in northwestern Montana. Res. Pap. INT-442. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 12 p.

Ucitel, Dalit. 1999. Vole use of coarse woody debris and its implications for habitat and fuel management. Missoula, MT: University of Montana. Thesis.

U.S. Department of Agriculture, Forest Service, Region Five. 1976. Resistance to control calculation matrix. USDA Forest Service Manual, Region Five Supplement 5151. 14-2.

*The use of trade or firm names in this publication is for reader information and does not imply endorsement by the U.S. Department of Agriculture of any product or service*



Federal Recycling Program   Printed on Recycled Paper



The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals.

Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide.

## Research Locations

Flagstaff, Arizona
Fort Collins, Colorado*
Boise, Idaho
Moscow, Idaho
Bozeman, Montana
Missoula, Montana
Lincoln, Nebraska
Reno, Nevada
Albuquerque, New Mexico
Rapid City, South Dakota
Logan, Utah
Ogden, Utah
Provo, Utah
Laramie, Wyoming

*Station Headquarters, 240 West Prospect Road, Fort Collins, CO 80526

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202)-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (202)-720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

CURRENT ISSUE (/CONTENT/CURRENT) ARCHIVE (/CONTENT) NEWS & MULTIMEDIA (/MULTIMEDIA) AUTHORS (/SITE/AUTHORS/INDEX.XHTML)

ABOUT (/SITE/ABOUTPNAS/INDEX.XHTML) COLLECTED ARTICLES (/SITE/MISC/COLLECTEDPAPERS.XHTML) BROWSE BY TOPIC (/SEARCH)

EARLY EDITION (/CONTENT/EARLY/RECENT) FRONT MATTER (HTTP://FRONTMATTER.PNAS.ORG)

Proceedings of the National Academy of Sciences
www.pnas.org
(/) > Current Issue (/content/111/42.toc) > vol. 111 no. 42 > Paul. M. Cryan, 15126–15131, doi: 10.1073/pnas.1406672111

# Behavior of bats at wind turbines

Paul. M. Cryan (/search?author1=Paul.+M.+Cryan&sortspec=date&submit=Submit)[a,1],
P. Marcos Gorresen (/search?author1=P.+Marcos+Gorresen&sortspec=date&submit=Submit)[b],
Cris D. Hein (/search?author1=Cris+D.+Hein&sortspec=date&submit=Submit)[c],
Michael R. Schirmacher (/search?author1=Michael+R.+Schirmacher&sortspec=date&submit=Submit)[c],
Robert H. Diehl (/search?author1=Robert+H.+Diehl&sortspec=date&submit=Submit)[d],
Manuela M. Huso (/search?author1=Manuela+M.+Huso&sortspec=date&submit=Submit)[e],
David T. S. Hayman (/search?author1=David+T.+S.+Hayman&sortspec=date&submit=Submit)[f,g],
Paul D. Fricker (/search?author1=Paul+D.+Fricker&sortspec=date&submit=Submit)[h],
Frank J. Bonaccorso (/search?author1=Frank+J.+Bonaccorso&sortspec=date&submit=Submit)[i],
Douglas H. Johnson (/search?author1=Douglas+H.+Johnson&sortspec=date&submit=Submit)[j],
Kevin Heist (/search?author1=Kevin+Heist&sortspec=date&submit=Submit)[k], and
David C. Dalton (/search?author1=David+C.+Dalton&sortspec=date&submit=Submit)[l]

Author Affiliations

Edited by James H. Brown, University of New Mexico, Albuquerque, NM, and approved September 3, 2014 (received for review April 11, 2014)

Abstract | Full Text (/content/111/42/15126.full) | Authors & Info
Figures (/content/111/42/15126.figures-only) | SI (/content/111/42/15126/suppl/DCSupplemental)
Metrics | Related Content (/content/111/42/15126/?tab=related)
PDF (/content/111/42/15126.full.pdf) | PDF + SI (/content/111/42/15126.full.pdf?with-ds=yes)

## Significance

Bats are dying in unprecedented numbers at wind turbines, but causes of their susceptibility are unknown. Fatalities peak during low-wind conditions in late summer and autumn and primarily involve species that evolved to roost in trees. Common behaviors of "tree bats" might put them at risk, yet the difficulty of observing high-flying nocturnal animals has limited our understanding of their behaviors around tall structures. We used thermal surveillance cameras for, to our knowledge, the first time to observe behaviors of bats at experimentally manipulated wind turbines over several months. We discovered previously undescribed patterns in the ways bats approach and interact with turbines, suggesting behaviors that evolved at tall trees might be the reason why many bats die at wind turbines.

## Abstract

Wind turbines are causing unprecedented numbers of bat fatalities. Many fatalities involve tree-roosting bats, but reasons for this higher susceptibility remain unknown. To better understand behaviors associated with risk, we monitored bats at three experimentally manipulated wind turbines in Indiana, United States, from July 29 to October 1, 2012, using thermal cameras and other methods. We observed bats on 993 occasions and saw many behaviors, including close approaches, flight loops and dives, hovering, and chases. Most bats altered course toward turbines during observation. Based on these new observations, we tested the hypotheses that wind speed and blade rotation speed influenced the way that bats interacted with turbines. We found that bats were detected more frequently at lower wind speeds and typically approached turbines on the leeward (downwind) side. The proportion of leeward approaches increased with wind speed when blades were prevented from turning, yet decreased when blades could turn. Bats were observed more frequently at turbines on moonlit nights. Taken together, these observations suggest that bats may orient toward turbines by sensing air currents and using vision, and that air turbulence caused by fast-moving blades creates conditions that are less attractive to bats passing in close proximity. Tree bats may respond to streams of air flowing downwind from trees at night while searching for roosts, conspecifics, and nocturnal insect prey that could accumulate in such flows. Fatalities of tree bats at turbines may be the consequence of behaviors that evolved to provide selective advantages when elicited by tall trees, but are now maladaptive when elicited by wind turbines.

This Issue

PNAS
Modular 3D microfluidic circuits

(/content/111/42.toc)
October 21, 2014
vol. 111 no. 42
Masthead (PDF)
(/content/111/42/local/masthead.pdf)
Table of Contents
(/content/111/42.toc)

PREV ARTICLE (/CONTENT/111/42/ NEXT ARTICLE (/CONTENT/111/42/15132.SHORT)

Don't Miss

(http://physics.pnas.org/)
Physics
(http://physics.pnas.org/)
Click here for the latest Physics content published in PNAS.

Article Tools
Article Alerts
Export Citation
Save for Later
Request Permission
(/site/aboutpnas/rightperm.xhtml)

Share

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/shoi
-+Cryan%20et%20al.%20111%20%2842%29%
+PNAS&doi=10.1073/pnas.1406672111&link_t

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/long
-+Cryan%20et%20al.%20111%20%2842%29%
+PNAS&doi=10.1073/pnas.1406672111&link_t

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/long
-+Cryan%20et%20al.%20111%20%2842%29%
+PNAS&doi=10.1073/pnas.1406672111&link_t

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/long
-+Cryan%20et%20al.%20111%20%2842%29%
+PNAS&doi=10.1073/pnas.1406672111&link_t

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/long
-+Cryan%20et%20al.%20111%20%2842%29%

(/external-ref?
tag_url=http://www.pnas.org/cgi/content/long

RVsd Plan - 00003220

energy development (/search?fulltext=energy+development&sortspec=date&submit=Submit&andorexactfulltext=phrase)
sensory perception (/search?fulltext=sensory+perception&sortspec=date&submit=Submit&andorexactfulltext=phrase)
video surveillance (/search?fulltext=video+surveillance&sortspec=date&submit=Submit&andorexactfulltext=phrase)
wildlife (/search?fulltext=wildlife&sortspec=date&submit=Submit&andorexactfulltext=phrase)
wind energy (/search?fulltext=wind+energy&sortspec=date&submit=Submit&andorexactfulltext=phrase)

Cryan%20et%20al.%20111%20%2842%29%... +PNAS&doi=10.1073/pnas.1406672111&link_t

**Published online before print September 29, 2014, doi: 10.1073/pnas.1406672111**
PNAS (Proceedings of the National Academy of Sciences) **October 21, 2014** vol. 111 no. 42 **15126-15131**

**Classifications**

Biological Sciences
Ecology (/search?tocsectionid=Ecology&sortspec=date&submit=Submit)

## Footnotes

[1]To whom correspondence should be addressed. Email: cryanp@usgs.gov (mailto:cryanp@usgs.gov).

Author contributions: P.M.C., P.M.G., C.D.H., M.R.S., R.H.D., M.M.H., F.J.B., D.H.J., K.H., and D.C.D. designed research; P.M.C., P.M.G., C.D.H., M.R.S., R.H.D., and M.M.H. performed research; D.T.S.H., P.D.F., and D.C.D. contributed new reagents/analytic tools; P.M.C., P.M.G., C.D.H., M.R.S., R.H.D., M.M.H., D.T.S.H., and P.D.F. analyzed data; P.M.C., P.M.G., C.D.H., M.R.S., R.H.D., M.M.H., F.J.B., D.H.J., and K.H. wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1406672111/-/DCSupplemental (/lookup/suppl/doi:10.1073/pnas.1406672111/-/DCSupplemental).

Freely available online through the PNAS open access option.

## Figures

(/content/111/42/15126/F1.expansion.html)
Fig. 1. Browse All Figures (/content/111/42/15126.figures-only)

## Videos

Movie S1. Browse All Videos

**We recommend**

Wind-borne insects mediate directional pollen transfer between desert fig trees 160 kilometers apart.
Sophia Ahmed et al., Proc Natl Acad Sci U S A , 2009

Molecular basis for insulin fibril assembly.
Magdalena I Ivanova et al., Proc Natl Acad Sci U S A , 2009

Monitoring ion-channel function in real time through quantum decoherence.
Liam T Hall et al., Proc Natl Acad Sci U S A , 2010

Limits and patterns of cytomegalovirus genomic diversity in humans.
Nicholas Renzette et al., Proc Natl Acad Sci U S A , 2015

Role of random electric fields in relaxors.
Daniel Phelan et al., Proc Natl Acad Sci U S A , 2014

Morphometricity as a measure of the neuroanatomical signature of a trait
Marek-Marsel Mesulam et al., Proc Natl Acad Sci U S A , 2016

Vascular smooth muscle cell durotaxis depends on extracellular matrix composition.
Christopher D Hartman et al., Proc Natl Acad Sci U S A , 2016

Single-molecule spectroscopy reveals how calmodulin activates NO synthase by controlling its conformational fluctuation dynamics.
Yufan He et al., Proc Natl Acad Sci U S A , 2015

DNA barcodes reveal cryptic host-specificity within the presumed polyphagous members of a genus of parasitoid flies (Diptera: Tachinidae).
M Alex Smith et al., Proc Natl Acad Sci U S A , 2006

A connecting hinge represses the activity of endothelial nitric oxide synthase.
Mohammad Mahfuzul Haque et al., Proc Natl Acad Sci U S A , 2007

Powered by

## Other Articles

Citing This Article
Google Scholar
PubMed
Similar to This Article

SUBMIT AN ARTICLE (HTTP://WWW.PNASCENTRAL.ORG)

## HighWire Press-hosted articles citing this article

Water flow impacts group behavior in zebrafish (Danio rerio)
Behav Ecol (Behavioral Ecology) 2016 0 (2016) arw138v1-arw138
Abstract (http://beheco.oxfordjournals.org/cgi/content/abstract/arw138v1) | Full Text (HTML) (http://beheco.oxfordjournals.org/cgi/content/full/arw138v1) | Full Text (PDF) (http://beheco.oxfordjournals.org/cgi/reprint/arw138v1)

Purchase
Export
Search ScienceDirect
Advanced search
Article outline
Show full outline
Highlights
Abstract
Keywords
1. Introduction
2. Material and methods
3. Results
4. Discussion
Role of the funding source
Acknowledgments
Appendix A. Supplementary material
References
Figures and tables
Table 1
Table 2
Table 3
Supplementary data 1
Supplementary data 2
Supplementary data 3
Supplementary data 4
Supplementary data 5
ADVERTISEMENT
Biological Conservation
Volume 168, December 2013, Pages 201–209
Review
Estimates of bird collision mortality at wind facilities in the contiguous United States
Scott R. Loss[a], Tom Will[b], Peter P. Marra[a]
Show more
Choose an option to locate/access this article:
Check if you have access through your login credentials or your institution
Check access
Purchase $35.95
Rent at DeepDyve
Get Full Text Elsewhere
http://dx.doi.org/10.1016/j.biocon.2013.10.007
Get rights and content

## Highlights

- We estimate bird mortality at monopole wind turbines in the contiguous U.S.
- Between 140,000 and 328,000 birds are killed annually at monopole turbines.
- Mortality increases with increasing height of monopole turbines.
- Mortality rates appear to be lower in the Great Plains relative to other regions.

## Abstract

Wind energy has emerged as a promising alternative to fossil fuels, yet the impacts of wind facilities on wildlife remain unclear. Prior studies estimate between 10,000 and 573,000 fatal bird collisions with U.S. wind turbines annually; however, these studies do not differentiate between turbines with a monopole tower and those with a lattice tower, the former of which now comprise the vast majority of all U.S. wind turbines and the latter of which are largely being de-commissioned. We systematically derived an estimate of bird mortality for U.S. monopole turbines by applying inclusion criteria to compiled studies, identifying correlates of mortality, and utilizing a predictive model to estimate mortality along with uncertainty. Despite measures taken to increase analytical rigor, the studies we used may provide a non-random representation of all data; requiring industry reports to be made publicly available would improve understanding of wind energy impacts. Nonetheless, we estimate that between 140,000 and 328,000 (mean = 234,000) birds are killed annually by collisions with monopole turbines in the contiguous U.S. We found support for an increase in mortality with increasing turbine hub height and support for differing mortality rates among regions, with per turbine mortality lowest in the Great Plains. Evaluation of risks to birds is warranted prior to continuing a widespread shift to taller wind turbines. Regional patterns of collision risk, while not obviating the need for species-specific and local-scale assessments, may inform broad-scale decisions about wind facility siting.

ELSEVIER
WebShop
Elsevier's
Illustration

Keywords

Anthropogenic mortality; Carcass sampling biases; Systematic review; Wildlife mortality; Wind energy

Corresponding author. Current address: Department of Natural Resource Ecology and Management, Oklahoma State University, 008C Agricultural Hall, Stillwater, OK 74078, USA. Tel.: +1 405 744 4607.

Published by Elsevier Ltd.

About ScienceDirect Remote access Shopping cart Contact and support
Terms and conditions Privacy policy

Cookies are used by this site. For more information, visit the cookies page.
Copyright © 2016 Elsevier B.V. or its licensors or contributors. ScienceDirect ® is a registered trademark of Elsevier B.V.

Recommended articles

The avian benefits of wind energy: A 2009 update
2013, Renewable Energy more

Contextualizing avian mortality: A preliminary appra...
2009, Energy Policy more

Identifying ecological thresholds for regulating hum...
2013, Biological Conservation more

View more articles »

Citing articles (39)

Related book content

Metrics

137 Help

- 5 news outlets
- 7 blogs
- 50 Tweeters
- 8 Facebook users
- 1 Wikipedia page

Saved to reference managers

- 152 Mendeley readers
- 2 CiteULike

View more details »

**Proceedings**

**of the**

# Wind Energy and Birds/Bats Workshop:

## Understanding and Resolving Bird and Bat Impacts

Washington, DC
May 18-19, 2004

Co-Sponsored by

**The American Wind Energy Association**

and

**The American Bird Conservancy**

*Meeting Facilitated by*

**RESOLVE, Inc.**

Washington, DC

September 2004

### *Abstract*

Most conservation groups support the development of wind energy in the US as an alternative to fossil and nuclear-fueled power plants to meet growing demand for electrical energy. However, concerns have surfaced over the potential threat to birds, bats, and other wildlife from the construction and operation of wind turbine facilities. Co-sponsored by the American Bird Conservancy (ABC) and the American Wind Energy Association (AWEA), the ***Wind Energy and Birds/Bats Workshop*** was convened to examine current research on the impacts of wind energy development on avian and bat species and to discuss the most effective ways to mitigate such impacts.

On 18-19 May 2004, 82 representatives from government, non-government organizations, private business, and academia met to

- Review the status of the wind industry and current project development practices, including pre-development risk assessment and post-construction monitoring;
- Learn what is known about direct, indirect (habitat), and cumulative impacts on birds and bats from existing wind projects; about relevant aspects of bat and bird migration ecology; about offshore wind development experience in Europe; and about preventing, minimizing, and mitigating avian and bat impacts;
- Review wind development guidelines developed by the USFWS and the Washington State Department of Fish and Wildlife; and to
- Identify topics needing further research and to discuss what can be done to ensure that research is both credible and accessible.

These Workshop Proceedings include detailed summaries of the presentations made and the discussions that followed.

### *Suggested Citation Format:*

This volume:

Proceedings of the Wind Energy and Birds/Bats Workshop: Understanding and Resolving Bird and Bat Impacts. Washington, DC. May 18-19, 2004. Prepared by RESOLVE, Inc., Washington, D.C., Susan Savitt Schwartz, ed. September 2004.

You can order this set of proceedings by contacting:

RESOLVE
Attn: Detra Stoddard
1255 23rd St, NW
Suite 275
Washington, DC 20037

by phone: 202 965-6218
by email: nwcc@resolv.org

## *Acknowledgments*

The Wind Energy & Birds/Bats Workshop and these Proceedings were made possible with the generous support of an anonymous donor.

Direct and In-kind support for the Workshop was provided by:

***American Wind Energy Association***

***Conservation International***

***National Wind Coordinating Committee***

***NedPower US LLC***

***SeaWest Windpower***

***Vestas***

***World Wildlife Fund***

Steering Committee Co-Chairs:

**Gerald Winegrad**, *American Bird Conservancy*

**Tom Gray**, *American Wind Energy Association*

Steering Committee Members:

**Taber Allison**, *Massachusetts Audubon Society*

**Matthew Banks**, *World Wildlife Fund*

**David Blockstein**, *National Council for Science and the Environment*

**Ed DeMeo**, *Renewable Energy Consulting Services, Inc.*

**Sam Enfield**, *Atlantic Renewable Energy Corporation*

**Caroline Kennedy** and **Aimee Delach**, *Defenders of Wildlife*

**Steve Sheffield**, *George Mason University*

**Steve Steinhour**, *SeaWest Windpower*

**Dale Strickland** and **Wally Erickson**, *Western EcoSystems Technology*

**Carl Thelander**, *BioResource Consultants*

Facilitation team: Abby Arnold, Rachel Permut, Brad Spangler, Detra Stoddard, *RESOLVE, Inc.*

***Table of Contents***

Abstract & Suggested Citation Format
Acknowledgments
Table of Contents
Preface
Glossary of Acronyms

**INTRODUCTION ........ 1**
Meeting Organizers, Facilitator and Proceedings ........ 1
Workshop Participants ........ 2
Introductory Comments by Organizers ........ 4
Objectives of the Meeting ........ 4
Process Guidelines ........ 5

**WIND INDUSTRY PROJECT DEVELOPMENT ........ 6**
State of the Wind Energy Industry in 2004 ........ 6
Key Factors for Consideration in Wind Plant Siting ........ 8
Discussion, Questions and Answers ........ 9

**PRE-DEVELOPMENT PROJECT RISK ASSESSMENT ........ 11**
Practices and Methodologies and Initial Screening Tools ........ 11
State of the Industry in the Pacific Northwest ........ 12
Discussion, Questions and Answers ........ 16

**MONITORING WIND TURBINE PROJECT SITES FOR AVIAN IMPACTS ........ 19**
Bird and Bat Fatality Monitoring Methods ........ 19
Discussion, Questions and Answers ........ 21

**WHY AVIAN IMPACTS ARE A CONCERN IN WIND ENERGY DEVELOPMENT ........ 22**
Wind Turbines and Birds ........ 22
Discussion, Questions and Answers ........ 24

**WHAT CAN WE LEARN FROM DEVELOPED WIND RESOURCE AREAS? ........ 25**

I. Altamont Wind Resource Area ........ **25**
Bird Fatalities in the Altamont Pass Wind Resource Area: A Case Study, Part I ........ 25
Discussion, Questions and Answers ........ 27

II. Direct Impacts to Birds at New Generation Wind Plants Outside of California ........ **28**
Bird Fatality and Risk at New Generation Wind Projects ........ 29
Discussion, Questions and Answers ........ 33

**NON-FATALITY AND HABITAT IMPACTS ON BIRDS FROM WIND ENERGY DEVELOPMENT ........ 34**
Overview of Non-Collision Related Impacts from Wind Projects ........ 34
Discussion, Questions and Answers ........ 37

**OFFSHORE WIND ........ 39**
Monitoring Program and Results: Horns Rev and Nysted ........ 39

What Has the US Wind Industry Learned from the European Example? ........ 41

**BAT ECOLOGY RELATED TO WIND DEVELOPMENT AND LESSONS LEARNED ABOUT IMPACTS ON BATS FROM WIND DEVELOPMENT .. 46**

A Review of Bat Impacts at Wind Farms in the US ........ 46
Wind Power: Bats and Wind Turbines ........ 50
Discussion, Questions and Answers ........ 56

**WHAT DO WE KNOW ABOUT CUMULATIVE OR POPULATION IMPACTS? ... 57**

Paul Kerlinger, Curry & Kerlinger, LLC ........ 57
Al Manville, U.S. Fish and Wildlife Service ........ 57
Bill Kendall, US Geological Service ........ 59
Discussion, Questions and Answers ........ 60

**OBSERVATIONS, INSIGHTS, QUESTIONS FROM DAY 1 ........ 63**

**AVIAN MIGRATION AND IMPLICATIONS FOR WIND POWER DEVELOPMENT IN THE EASTERN UNITED STATES ........ 66**

Migration Ecology: Issues of Scale and Behavior ........ 66
Radar Studies of Nocturnal Migration at Wind Sites in the Eastern US ........ 68
Discussion, Questions and Answers ........ 71

**WHAT HAVE STUDIES OF COMMUNICATIONS TOWERS SUGGESTED REGARDING THE IMPACT OF GUY WIRES AND LIGHTS ON BIRDS AND BATS? ........ 74**

Wind Turbines and Avian Risk: Lessons from Communications Towers ........ 74
Discussion, Questions and Answers ........ 77

**AVOIDING, MINIMIZING, AND MITIGATING AVIAN AND BAT IMPACTS ....... 78**

Bird Fatalities in the Altamont Pass Wind Resource Area: A Case Study, Part II ........ 78
Prevention and Mitigation of Avian Impacts at Wind Power Facilities ........ 84
Discussion, Questions and Answers ........ 85

**DEVELOPMENT AND APPLICATION OF GUIDELINES FOR SITING, CONSTRUCTING, OPERATING & MONITORING WIND TURBINES ....... 86**

Development and Application of USFWS Guidance for Site Evaluation, Siting, Construction, Operation and Monitoring of Wind Turbines ........ 86
Discussion, Questions and Answers, USFWS Guidelines ........ 93
Wind Power in Washington State ........ 95
Discussion, Questions and Answers ........ 96

**DISCUSSION OF RESEARCH NEEDS ........ 98**

How do you develop trust and confidence in the research? ........ 98
How do we prioritize and proceed with closing the data/research gaps? ........ 102
What are the Critical Questions We Need to Answer? ........ 103

**CONCLUDING OBSERVATIONS AND NEXT STEPS ........ 105**

Concluding Observations ........ 105
Next Steps ........ 106

**APPENDIX A: RESEARCH TOPICS ........ 108**

**APPENDIX B: MEETING PARTICIPANTS ........ 110**

**APPENDIX C: WORKSHOP AGENDA................................................................ 119**

Rvsd Plan - 00003230

## *Preface*

In 2003, representatives of the wind industry, environmental community, and biological research community agreed that it would be useful to convene a meeting to:

- thoroughly examine the most current and best data on wind energy impacts to birds and bats; and
- examine the measures that are and could be employed to minimize or prevent such impacts.

The meeting, the Wind Energy and Birds/Bats Workshop, was held in Washington, DC in May 2004. These Workshop proceedings provide an overview of the current state of the wind industry (technology, siting considerations, and environmental assessment standards), research methods and results of bird and bat impacts, and wind energy regulation.

The organizers of the Wind Energy and Birds/Bats Workshop hope this publication will be useful to the academic community, managers, and the public involved in wind development projects throughout the US and internationally. Additionally, the organizers thank *all* the presenters and participants for their assistance in making the workshop a success.

## *Glossary of Acronyms*

| | |
|---|---|
| ABC | American Bird Conservancy |
| APLIC | Avian Power Line Interaction Committee |
| APWRA | Altamont Pass Wind Resource Area |
| AWEA | American Wind Energy Association |
| BPA | Bonneville Power Administration |
| BRC | BioResource Consultants |
| CEC | California Energy Commission |
| DoW | Defenders of Wildlife |
| EFSC | Energy Facility Siting Council |
| EFSEC | Energy Facility Site Evaluation Council |
| EIA | Environmental Impact Assessment |
| EIS | Environmental Impact Statement |
| ESA | Endangered Species Act |
| FAA | Federal Aviation Administration |
| GIS | Geographic Information Systems |
| kW | Kilowatt |
| LIPA | Long Island Power Authority |
| MAS | Massachusetts Audubon Society |
| MW | Megawatt |
| NCSE | National Council for Science and Environment |
| NIMBY | "Not In My Backyard" |
| NREL | National Renewable Energy Laboratory |
| NEPA | National Environmental Protection Act |
| NEXRAD | Next Generation Radar |
| NYSERDA | New York State Energy Research and Development Authority |
| ODFW | Oregon Department of Fish and Wildlife |
| NWCC | National Wind Coordinating Committee |
| RPS | Renewable Portfolio Standard |
| SEPA | State Environmental Protection Act |
| TAC | Technical Advisory Committee |
| TNC | The Nature Conservancy |
| USFWS | United States Fish and Wildlife Service |
| WA | State of Washington |
| WADFW | Washington State Department of Fish and Wildlife |
| WRA | Wind Resource Area |
| WWF | World Wildlife Fund |

# INTRODUCTION

Wind energy is able to generate electricity without many of the environmental impacts (air and water pollution, mercury emissions, and greenhouse gas emissions) associated with other energy sources. This can significantly benefit birds, bats, and many other plant and animal species. However, the direct and indirect local impacts of wind plants on birds and bats continue to be an issue. The populations of many bird and bat species are experiencing long-term declines, due to the effects not only of energy use, but of many other human activities.

Aside from its benefits, which are mainly indirect, global and regional in scope, wind energy production may affect birds and bats in several ways:

1. Birds and bats may be killed or injured by colliding with rotors, towers guy wires, or related structures.
2. Birds and bats may avoid wind energy developments and surrounding habitat.
3. Habitat may be directly impacted by the footprint of the turbines, roads, power lines, and auxiliary buildings.

The Wind Energy and Birds/Bats Workshop was convened to bring together representatives from government, non-government organizations, private business, and academia to examine current research on the impacts of wind energy development on avian and bat species and to discuss the most effective ways to mitigate such impacts. Workshop participants represented a wide range of interests concerned with wind energy, its development and its impacts on avian and bat species. Collectively, they share a desire to foster the development of wind power facilities while minimizing the impacts of wind energy facilities on bird and bat populations.

### *Meeting Organizers, Facilitator and Proceedings*

The workshop was co-sponsored by the American Bird Conservancy (ABC) and the American Wind Energy Association (AWEA). The Steering Committee responsible for organizing the workshop consisted of the following representatives: Gerald Winegrad, ABC; Tom Gray, AWEA; Matthew Banks, World Wildlife Fund (WWF); Taber Allison, Massachusetts Audubon Society; David Blockstein, National Council for Science and the Environment; Ed DeMeo, Renewable Energy Consulting Services, Inc.; Sam Enfield, Atlantic Renewable Energy Corporation; Caroline Kennedy and Aimee Delach, Defenders of Wildlife; Steve Sheffield, George Mason University; Steve Steinhour, SeaWest Windpower; Dale Strickland and Wally Erickson, Western EcoSystems Technology; and Carl Thelander, BioResource Consultants.

The workshop was co-chaired by Tom Gray of AWEA and Gerald Winegrad of ABC. The Steering Committee and workshop were facilitated by Abby Arnold of RESOLVE Inc. RESOLVE specializes in environmental conflict resolution. Ms. Arnold was assisted by Rachel Permut and Bradford Spangler also of RESOLVE. Susan Savitt Schwartz was contracted by RESOLVE to assist in documenting the Proceedings.

The Proceedings were compiled by Bradford Spangler and edited by Susan Savitt Schwartz, based on the presentations and discussion at the meeting. Draft Proceedings were reviewed by the organizers, presenters, and participants, and were finalized taking their comments into account.

## *Workshop Participants*

The following is a list of the people who took part in the Wind Energy and Birds/Bats Workshop and their organizational affiliations. Participants were invited based on their representation of the wind industry, federal and state regulatory agencies, or environmental conservation and renewable energy non-government organizations. Speakers were selected by the Steering Committee. An * indicates a Steering Committee Member, and ^ indicates a workshop presenter.

| Participant | Affiliation |
|---|---|
| Aird, Brenda | US Office of Land and Minerals Management |
| Almy, Jessica | Humane Society of the United States |
| Anderson, Dick | California Energy Commission |
| Arnold, Abby | RESOLVE, Inc. |
| Banks, Matthew* | World Wildlife Fund |
| Blockstein, David* | National Council for Science and the Environment |
| Boone, Dan | Coalition for Responsible Wind Power |
| Boydston, Kathy | Texas Parks and Wildlife Department |
| Bridges, John | Western Power Administration |
| Burke, Kristin | Massachusetts Technology Collaborative |
| Carter, Nina | Audubon Washington |
| Clark, Ed | PPM Energy |
| Cole, Alison | Shell Wind |
| Cooper, Brian^ | ABR, Inc. Environmental Research and Services |
| Cuccuini, Margaret | New Jersey Department of Environmental Protection |
| Curry, Dick^ | Curry & Kerlinger |
| Delach, Aimee* | Defenders of Wildlife |
| Deyette, Jeff | Union of Concerned Scientists |
| Enfield, Sam*^ | Atlantic Renewable Energy Corporation |
| Erickson, Wally*^ | Western EcoSystems Technology |
| Fahey, Colleen | National Wildlife Federation |
| Fischer, David | American Bird Conservancy |
| Fry, Michael | Stratus Consulting |
| Gaarde, Jette^ | Elsam Engineering |
| Georges, Anne | National Audubon Society |
| Golden, Dave | New Jersey Division of Fish and Wildlife |
| Gray, Tom*^ | American Wind Energy Association |
| Hatch, Jeremy | University of Massachusetts-Boston |
| Hester, Joy | Houston Audubon Society |
| Hopwood, Bill | Hopwood Inc. |
| Hueckel, Greg^ | Washington State Department of Fish and Wildlife |
| Jodziewicz, Laurie | American Wind Energy Association |
| Johnson, Betsy | Maryland Sierra Club |
| Johnson, Greg^ | Western Ecosystems Technology |

| | |
|---|---|
| Johnston, Scott | US Fish and Wildlife Service |
| Jones, Jody | Maine Audubon Society |
| Kearns, Matt | Tetra Tech FW |
| Kennedy, Caroline* | Defenders of Wildlife |
| Kerlinger, Paul^ | Curry & Kerlinger |
| Kerns, Jessica | Appalachian Laboratory, UMCES |
| Kronner, Karen | Northwest Wildlife Consultants |
| Kunz, Tom^ | Boston University |
| Lindsay, Jim | FPL Energy |
| Linehan, Andy^ | CH2M Hill |
| Mabey, Sarah^ | North Carolina State University |
| Manville, Al^ | US Fish and Wildlife Service |
| Marsh, Mary | Maryland Conservation Council |
| Mehlman, Dave | The Nature Conservancy |
| Miller, Lucile | Valley Conservation Council |
| Mosher, Jim | North American Grouse Partnership |
| Niven, David | National Audubon Society |
| Panella, Elizabeth | Natural Resources Defense Council |
| Parsons, Katharine | Manomet Center for Conservation Sciences |
| Paul, Ellen | Ornithological Council |
| Perkins, Simon | Massachusetts Audubon Society |
| Permut, Rachel | RESOLVE, Inc. |
| Piper, Richard | FPL Energy |
| Rackstraw, Kevin | Clipper Wind |
| Ram, Bonnie^ | Energetics |
| Romme, Russ | BHE Environmental |
| Roy, Robert | Woodlot Alternatives |
| Savard, Jean-Pierre | Canadian Wildlife Service, Environment Canada |
| Schwartz, Susan Savitt | Consultant to RESOLVE, Inc. |
| Sheffield, Steve* | George Mason University |
| Sherwell, John | Maryland Department of Natural Resources |
| Sinclair, Mark | Conservation Law Foundation |
| Sokoloski, Adam | Izaak Walton League Midwest Office |
| Spangler, Bradford | RESOLVE, Inc. |
| Stiles, Eric | New Jersey Audubon Society |
| Stoddard, Detra | RESOLVE, Inc. |
| Strickland, Dale*^ | Western EcoSystems Technology |
| Thelander, Carl*^ | BioResource Consultants |
| Thresher, Bob | National Wind Technology Center |
| Totten, Michael | Conservation International |
| Ugoretz, Steve | Wisconsin Department of Natural Resources |
| Wasserman, Carol | EES Group |
| Wilkins, Neal | Synergics Energy Services |
| Willis, Robert^ | US Fish and Wildlife Service |
| Winegrad, Gerald*^ | American Bird Conservancy |
| Yonker, Terry | Maine Services Diversified |

Appendix B provides a full list of speakers and participants and their contact information.

## *Introductory Comments by Organizers*

***Gerald Winegrad, American Bird Conservancy.*** Gerald Winegrad of the American Bird Conservancy (ABC) welcomed participants to the Wind Energy and Birds/Bats Workshop. He explained that ABC deals with a range of threats to birds and that interested parties had come to the organization for its view on wind-turbine interactions. Mr. Winegrad noted that the workshop aimed to answer two key questions:

1. What is the research on bird and bat impacts of wind energy?
2. What can be done to mitigate those impacts?

***Tom Gray, American Wind Energy Association.*** Tom Gray offered a welcome to participants on behalf of AWEA. He explained that AWEA is the main association for the wind energy industry and that essentially all companies interested in wind energy are members of the association. Mr. Gray noted that the wind industry and AWEA have been involved in wind-bird interaction issues since the early 1990s, when the National Wind Coordinating Committee was founded, in part in response to concerns about avian mortality in Altamont Pass. The NWCC played a major role in bringing experts together to standardize ways of studying and monitoring wind-bird interactions, and later in reviewing research results.

## *Objectives of the Meeting*

The purpose of the Wind Energy and Birds/Bats Workshop was to thoroughly examine the best data on wind energy impacts on birds and bats and the measures that are and could be employed to minimize or prevent such impacts. The workshop was designed to facilitate discussion of:

- Wind power development status and potential, including strategies and techniques employed to date to mitigate impacts on birds;
- Factors considered to select, construct, and maintain a site;
- Wind industry avian risk assessment methodologies;
- Wind industry direct avian impact analyses, both methodologies and results;
- Lessons learned about risk to birds from wind power;
- Lessons learned about risk to bats from wind power;
- Implications for birds from offshore wind development;
- Wind impacts on bats and other wildlife;
- Habitat fragmentation and species displacement resulting from wind power project development;
- Measures that can be taken to prevent/minimize impacts to birds and bats; and
- Guidelines and regulations for the siting, construction and operation of wind energy

facilities.

During this two-day workshop, participants reviewed the best available science on the issue of wind/avian/bat interaction. Participants examined avian and bat impacts of existing wind turbines around the US as well as studies conducted on new and proposed turbine sites in the US and on turbines operating off-shore in Europe. Discussions focused on common methodologies used by the wind power industry to assess risk to birds and bats prior to site development, and to document actual impacts to birds and bats subsequent to project construction. Observed causes of risk to birds and bats from wind turbines and tools that have been or could be used to minimize or avoid impacts were also examined.

The workshop was designed to facilitate information exchange. In addition to the discussions that followed each presentation, two sessions were devoted to brainstorming existing research gaps/needs and ways for the group to move forward toward the goal of understanding wind energy's impacts on birds and bats and mitigating/minimizing them as development continues. (See Appendix A for a list of Research Topics proposed by workshop participants.) Although the group brainstormed research and action ideas collectively, a consensus process was not employed to develop the lists of research topics, nor were the lists prioritized.

### *Process Guidelines*

The Facilitator reviewed the draft agenda circulated before the workshop (Appendix C). There were no suggestions for changes. The first day of the workshop consisted primarily of prepared presentations, followed by question and answer sessions. The second day included additional presentations as well as group discussion aimed at identifying future goals. Questions generally were fielded by participants after all presenters for a particular session had completed their formal presentations. These Proceedings will present summaries of group discussions for sessions at the end each section.

The following ground rules for the workshop were proposed by the Facilitator and accepted by the group:

- All parties participate and will be acknowledged by the facilitator.
- Comments may not take the form of a personal attack.
- Participants should feel free to express their own opinions while respecting other points of view.
- No party will characterize any comment made in the meeting by any other party in public statements, in discussions with the press, or in other venues outside of this meeting
- A meeting summary and proceedings will be prepared by the Facilitator. The meeting summary will document each presentation and will summarize discussions. The proceedings will be reviewed by the Steering Committee and presenters and, once finalized, will be made available to the public.

# WIND INDUSTRY PROJECT DEVELOPMENT

This session consisted of two presentations intended to provide a general overview of wind energy project development, from the industry's perspective. Tom Gray of AWEA offered an overview of the state of the wind energy industry as of 2004. Sam Enfield of Atlantic Renewable Energy Corporation outlined the key factors that wind facility developers must consider when choosing a site to build turbines and associated structures.

## *State of the Wind Energy Industry in 2004*

by
*Tom Gray,* AWEA[1]

The modern wind industry began in 1981 with the first wind turbines installed in California and Denmark. Because US wind development was driven initially by investment tax credits based on installation rather than on performance, early wind energy developments were not always productive, and there were some serious problems with equipment reliability.

*Improved Performance, Lower Costs.* When the investment tax credits expired in 1986, the only path to profitability was to improve the performance of wind energy technology. Since the late 1980s wind energy technology has improved greatly, significantly improving reliability. Turbine size and rated capacity also have increased significantly. A typical commercial turbine installed in the year 2000, for example, has a 71-meter rotor diameter and a rated capacity of 1,650 kW, as compared with a typical 1980 turbine, which had a 10-meter rotor diameter and a rated capacity of 25 kW. Moreover, the larger modern turbine produces 120 times the energy of the smaller 1980 turbine, but costs only 20 times as much to build and install.

In addition to the development of larger, more reliable turbines, other technological advances include specialized blade design, power electronics, and more efficient designs derived from computer modeling. The combination of these improvements and economies of scale have driven costs down from $0.38/kWh in 1980 to a projected $0.025-$0.035/kWh in 2007,[2] making wind energy more competitive. Fixed "balance of plant" costs mean that larger wind farms are more profitable than smaller ones. Likewise, relatively small increases in wind speed significantly lower the cost of wind power, so that a site with a better wind resource will be more profitable/competitive than a comparable sized wind energy development at a site with lower wind speeds.

*Addressing Avian Impacts.* Serious problems arose at some older wind farm sites with respect to avian impacts. At Altamont Pass (California), the largest of the early 1980s wind farm developments, a variety of factors (including lattice towers which provided horizontal cross-bars for perching, rapid blade movement, and the close proximity of turbines)

---

[1] American Wind Energy Association, P.O. Box 1008, 175 Kerwin Hill, Rd., Norwich, VT 05055
[2] These represent levelized costs at excellent wind sites in nominal dollars, not including tax credit.

resulted in unanticipated negative avian impacts. The wind energy industry has worked to understand the causes of those impacts and to mitigate them in subsequent developments. Lessons learned from Altamont Pass have led to a number of improvements in site assessment and design. The use of much larger turbines that are spread farther apart in all directions; tubular towers with few or no perching opportunities; larger, slower-turning rotors; greater spacing between turbines; and site evaluations that include an assessment of avian risk have all become standard practice.

*Wind Energy Poised to Become a Significant Renewable Resource.* Currently, wind energy developments provide approximately 0.4% of electricity production in the United States. At the end of 2003, there were 6,374 megawatts (MW) installed, generating approximately 17 billion kilowatt hours per year (kWh/year). This total is equivalent to the usage of more than 1.6 million homes. (As a rule of thumb, 1 MW of power is enough to supply 200-300 homes.) Even though it now meets less than one half of 1% of overall US electricity demand, current wind energy output is equivalent to 8 million tons of coal, 25 million barrels of oil, or 150 billion cubic feet of natural gas. If the 17 billion kWh/year wind-generated power currently being produced in the US were generated using today's average US utility mix, it would result in emissions of: 36,000 tons of NOx (smog); 60,000 tons of SOx (acid rain); 11 million tons of $CO_2$ (carbon dioxide, a greenhouse gas); mercury and other heavy metals.

The wind industry includes a few large players (FPL Energy, GE Wind, and PPM Energy), but unlike the oil – or even the photovoltaics – industry, about two-thirds of the wind industry is comprised of small businesses (fewer than 10 employees). Wind development plans for the near future are in process in states around the US including California, Iowa, Massachusetts, Montana, New York, Oregon, Texas, Washington State, and West Virginia. Overall, estimates indicate that there may be as much as 2,000 to 3,000 additional MW of wind power developed through 2006, and potentially 9,000 to 19,000 additional MW through 2010. It is anticipated that the bulk of this wind energy development will be concentrated west of the Mississippi, in the Northern Plains, Southwest, and West. Given these statistics, wind energy is ready to become a significant alternative power source in the US, with the potential to generate up to 6% of the United States' electricity by 2020.

*Expectations for the Near Future.* Although wind turbine technology and strategies for mitigating avian impacts continue to improve, it is unlikely that the current configuration of wind projects will change significantly. The size of onshore wind turbines will likely be constrained to a size of 1.8 MW to 2.0 MW, in the near term. Most turbines will likely be lighted in some form. New transmission lines will not be essential for reaching the aforementioned 2010 production forecast.

## *Key Factors for Consideration in Wind Plant Siting*

by
*Sam Enfield*, Atlantic Renewable Energy Corporation[3]

The development of a wind energy facility site is an extremely complex endeavor – much like setting up a business to run for 20-30 years. Many US landowners have shown interest in developing wind power on their property. However, landowner interest does not always coincide with the resource and other characteristics that make a good site. As developers seek out suitable sites to build turbines, there are several key factors they must consider: 1) the wind resource; 2) land ownership patterns; 3) access to transmission systems; 4) access to the site itself; 5) the degree of construction difficulty; and 6) environmental issues associated with the site.

*Wind resource.* The industry has benefited from the development of mapping tools that integrate topology and meteorology to identify areas that are most likely to be windy. Generally speaking, Western sites are characterized by large landforms that channel wind (i.e. Columbia River Gorge). In the East, developers usually must look for smaller ridges where the wind resource is plentiful. Elevation makes a large difference in the capacity factor of a development.

$$\textbf{Capacity Factor} = \frac{\text{amount of power generated over time}}{\text{amount of power over time with constant maximum generation}}$$

In fact, the capacity factor jumps dramatically as elevation increases even by relatively small amounts. For example, a capacity factor of 17% may jump up to 28% with another 250 feet, and up to 35% with an additional 200 feet of elevation.

*Ownership and land use patterns.* Parcel size is another factor that makes a potential wind facility site suitable for development. Larger parcels are better, as there are fewer owners with whom the developer must negotiate. Large parcels often offer easier access to the site as well. An area with low population density also is preferable. Many land uses are compatible with wind energy development; for example, once turbines are built and operational, farm and grazing land is minimally disrupted by their presence.

*Access to transmission lines*. Transmission line access is critical to the siting of wind energy facilities. It is much preferred for a site to be within a few miles of transmission lines, and interconnection to the grid must be physically possible as well as economically feasible. Interconnection rules and costs, particularly for an intermittent resource, can be considerable. Part of the problem is that transmission station managers are not used to dealing with an intermittent resource. They are required to accommodate the interconnection if they have the capacity, but obtaining reasonable terms and conditions for the interconnection requires educating station managers about wind power projects' capabilities.

---

[3] 22170 Dickerson School Rd. Dickerson, MD 20842-8926

*Accessibility.* A site must be physically accessible in order to build. Getting large-scale equipment to remote sites can be extremely challenging and may not be possible under some circumstances. The size of roads can and does limit the size of turbines that can be used. Development often damages roads and areas along roads, but developers routinely restore both after construction is completed.

*Environmental impacts.* Finally, developers must consider the impacts of the wind development site on the human and natural environment. Although turbines are much quieter than they once were, noise is still an issue that must be considered. Aesthetic impacts are highly subjective, but some viewscapes are more sensitive or important to people than others. Any wind project also must comply with wetlands regulations.

## *Discussion, Questions and Answers*

***Risks taken by wind project developers.*** A participant noted that money invested by developers in pre-development studies to examine potential bird and bat impacts at a site under consideration for development is entirely "at-risk." If a developer pays for a $50K study, there is no guarantee the developer will make that money back. Developers are criticized by the environmental community for hesitating to fund such studies, but the bottom line is that when developers fund studies they want to do it wisely.

*How does the wind industry's research and development spending compare with that of the oil industry?*

*Response:* (Nobody in the room was sure how oil companies spread their development budgets, but as presenter Tom Gray reminded participants, wind developers—unlike oil companies—tend to be small businesses.)

*Comment:* In addition to costing money, biological studies take time, which increases the risk incurred by the developer. The longer it takes to build a facility, the longer the period until there is return on the investment. This effectively increases the cost of money, which could make some projects infeasible.

*Would putting a set time frame on research (e.g., three years) make carrying out research more manageable?*

*Responses:* 1) Smaller companies would not be able to wait as long as three years for a return on their investment. 2) How much better would the information from a three-year study be compared to a one-year study? Given the investment risk, developers have to ask researchers how critical a difference the extra time spent studying a potential site is likely to make in terms of the decision whether to proceed with development.

***What do regulatory agencies require?*** It was noted that there is a lack of transparency among regulatory agencies as to what applications developers are required to apply for, what studies they must conduct, and how agencies will respond to the results of studies on possible new sites. Given that land use planning is a major issue in every community, the developers must learn how each community operates.

*What is AWEA doing to educate its membership about what regulatory agencies are going to require, so that companies are taking consistent approaches to conducting avian impact studies?*

*Response:* AWEA has two siting workshops scheduled for the fall of this year. Otherwise, AWEA's education efforts have been informal. A listserve was set up about six months ago as an effort to inform AWEA members about developments in avian studies. AWEA also recently hired someone to work full-time on siting and development issues.

***Dealing with the utilities.*** *Do developers establish contractual relationships with utility companies during the planning process, and do power grid managers allow wind power facilities in?*

*Response:* Utilities have to allow wind power in, but only if their system can accommodate it based on their system studies. The receptiveness of grid operators tends to increase as they become familiar with wind systems and how they manage output. Utilities and grid operators do not guarantee any prices, however, and negotiation is ongoing as the project develops.

***Conclusions.*** The Facilitator concluded this session by raising some key questions for participants to consider as the next session kicked off. How can risk to wildlife be reduced? What is the presumption of risk to wildlife going into development? Are agencies and developers using the right tools and asking the right questions to assess that risk?

# PRE-DEVELOPMENT PROJECT RISK ASSESSMENT

This session included presentations on the practices and methodologies used in the wind energy industry for assessing risk to birds and bats at candidate project sites. Presenters offered examples of pre-development siting evaluation requirements set by certain states.

## *Practices and Methodologies and Initial Screening Tools*[4]

by
Richard Curry, *Curry & Kerlinger, LLC*[5]

The wind industry is working to develop standardized siting practices, however at this point in time there is only a roughly uniform approach.

*Fatal Flaw Analysis.* Generally, when wind facility developers identify a strong potential wind site, the first step is to conduct a "fatal flaw analysis." This initial step involves doing a quick environmental assessment to determine if there are any obvious flaws about the site that would preclude proceeding with a wind resource assessment or permit application. A "fatal flaw" analysis may consist of a basic desktop review of maps, existing literature, or other readily available information about the area and its proximity to known highly sensitive habitat or protected areas. It is wise to start the "fatal flaw" analysis as soon as a potential site is identified, because it takes up to a year to assess the wind resource, and it is advantageous to get the initial environmental assessments completed in that time frame.

*Phase One Risk Assessment.* If a site presents no obvious "fatal flaws," the next step is a Phase One Risk Assessment. At this stage, the objectives are to: 1) establish a project- and locale-specific information base, 2) determine the general scope and design of additional information to be gathered, and 3) estimate the general level of risk to the developer – including the possibility that the site will have to be abandoned. Phase One activities include visiting the site to gather information about terrain and land use, habitat, observed species, prey potential, how the proposed project would fit on the site, as well as habitat and land use information about the surrounding area. Developers will supplement this information with a literature search (including databases compiled by Federal and state agencies and non-governmental organizations), and by consulting with government agency biologists, environmental groups, or local bird enthusiasts who may possess unrecorded knowledge about bird activity. Requests by consultants working for the developer for information about the proposed project area from other stakeholders should be taken seriously and responded to in a timely manner.

*Pre-Development Studies.* The next stage of pre-project assessment involves a more substantial investment of resources. The objectives include: 1) developing a baseline of

---

[4] Mr. Curry chose to present a very brief summation of his prepared presentation at the workshop. This summary includes additional details from Mr. Curry's slide presentation, which is also available as a supplement to these Proceedings.
[5] 1734 Susquehannock Drive, P.O. Box 66, McLean, VA 22101

information about avian and bat use of the site, including use by rare or endangered species or species of special concern; 2) identification of potential avian (or bat) risk factors present at the site; 3) consideration of site topography and turbine layout options for mitigating that risk; and, 4) formulating recommendations for post-construction monitoring and evaluation. A variety of activities are employed to achieve these objectives, including abundance and use surveys (point counts), diurnal migration and nesting surveys, surveys focused on rare, threatened, endangered, or "special concern" species; and, radar and other types of studies to learn about night-time avian and bat activity within the site.

At this stage, all stakeholders need to address the following questions:

- How should this project's impacts be compared with the impact of alternative means of supplying energy?
- What are the site-specific concerns being raised, and are these concerns supported by available and applicable data?
- If there is an absence of applicable information regarding a potential risk, what applicable information *can* be gathered, and how good an indicator is that information as a predictor of the risk in question?
- What methodologies should be used?
- What tools can be used to estimate cumulative impacts?
- What criteria will be used to determine levels of risk and their significance?
- How do these criteria compare with those used to assess the impact of other kinds of projects?

### *State of the Industry in the Pacific Northwest*

by

Andy Linehan, *CH2MHILL*[6]

This presentation focused on the regulatory framework and evolution of permitting processes in the Pacific Northwest, with an emphasis on Oregon and Washington. Topics covered included site risk assessment and tools and processes used to assess the potential biological impact of wind energy projects. Other states can learn about pre-development assessment of environmental risk from the rigorous siting processes required of wind energy plants in the US Pacific Northwest (PNW), because that region has among the most rigorous and well-developed frameworks for environmental analysis to support permitting, and the techniques and processes used in the PNW may provide a sense of the direction that the industry is heading.

The Federal regulatory framework for wind power in the PNW is largely determined by Bonneville Power Administration (BPA), which acquired the Condon and Foote Creek Rim wind projects and issued a request for proposals (RFP) for 1,000 MW of wind power

[6] 825 NE Multnomah, Suite 1300 Portland, OR 97232

in 2000. BPA transmits power from Stateline, Klondike, Vansycle, and other wind projects in the region, and therefore it is the key Federal agency with a National Environmental Policy Act (NEPA) role.

The other regulatory frameworks of interest are the state siting councils that oversee energy facility siting in Washington and Oregon. In Washington State, wind projects may opt into the Energy Facility Site Evaluation Council (EFSEC) process. Washington's State Environmental Protection Act (SEPA) requires a comprehensive analysis (checklist or Environmental Impact Study) of all wind projects. For biological studies, the Washington Department of Fish and Wildlife Windpower Guidelines provide standardized guidance. In Oregon, projects larger than 105 MW must apply for permits through the Oregon Energy Facility Siting Council (EFSC) process. The EFSC process requires compliance with a series of prescriptive siting standards, including Habitat Mitigation Standards. At this point, only the Stateline Wind Project (Phases 1-3), which is one of the largest in the US, has been through EFSC. Smaller projects use local land use processes (i.e., Conditional Use Permit), which are relatively robust under Oregon land use law.

EFSEC and EFSC were developed in response to Washington Power Supply System (WPSS)-era nuclear power plants and coal-fired gas projects in the 500-1,500 MW range, and have been applied to gas-fired combustion turbines, also typically in the 1,000 MW range. Permitting study requirements were developed with projects five to ten times larger than the typical wind project in mind. Thus, on a per-megawatt basis, the EFSEC/EFSC processes are expensive and time-consuming as applied to wind power projects, and agencies and developers have been struggling with the appropriate ways to "scale down" the required studies for wind projects.

The state Fish and Wildlife offices in Washington and Oregon are both very active. Both states have regional and central office biologists responsible for reviewing county and state-level permit processes. The Washington Department of Fish and Wildlife (WDFW) is an agency of "special expertise" under the SEPA, so its review carries weight. In Oregon, ODFW plays a more informal role in County-level energy permitting, although it is routinely involved in the process at this level. ODFW is mandated to participate in EFSC-level permitting. These institutional frameworks for reviewing data are critical for ensuring the value of biological study data in Oregon and Washington.

In Montana, the Montana Environmental Policy Act (MEPA) applies to state agency decisions. Idaho has no state-level NEPA-type process and therefore wind projects are permitted primarily through local land use decisions. However, both states have high proportions of federally owned lands, meaning wind projects often require NEPA review.

Environmental risk assessment is a standard element of site risk assessment in the Pacific Northwest. Early PNW wind project environmental assessment procedures were strongly influenced by the experience of wind power development in Altamont Pass, California. The number of bird fatalities at Altamont generated great concern; however, as results from studies at other western wind facilities became known and showed much less severe impacts, these concerns over avian impacts of wind turbines relaxed somewhat. Overall, bat impacts have received relatively little attention. There has been increasing focus on the

impact of habitat loss and fragmentation.

Today's standard wind industry practice for environmental risk assessment in PNW involves seven key elements: 1) Information Review; 2) Habitat Mapping; 3) Raptor Nest Surveys; 4) General Avian Use Surveys; 5) Surveys for Threatened, Endangered, and Sensitive species; 6) Rare Plants Surveys; and 7) Wetlands/Jurisdictional Waters Surveys.[7] The results of these assessments may lead developers to modify the layout of the planned wind development, or even to discontinue the project if the environmental risk is too high. The author is aware of several cases where the developer has abandoned a project because it appeared that environmental impacts would be too high.

*Information Review.* Information review aims at understanding sensitive habitats and species on a site, formulating study protocols, and beginning to identify mitigation needs and options. Review involves a search of the regulatory databases (i.e. Oregon Natural Heritage Program, Washington Priority Habitats and Species, and USFWS). Developers contact local biologists and/or local environmental groups to gather local knowledge about bird and bat activity. Data are also collected from nearby or similar wind projects.

*Habitat Mapping.* The goal of habitat mapping is to evaluate the range and condition of habitats on a site, to steer facilities toward low value habitat (such as wheat fields), and to help focus later wildlife surveys. Techniques for habitat mapping vary by state and habitat type, but typically involve a combination of photo interpretation and field work.

*Raptor Nest Surveys*. Surveys—typically conducted from an aerial view—are used to identify raptor nests that might be affected by construction activities or operation of the wind project. An aerial survey would cover the area within one mile of all ground-disturbing activities, or within two miles if there is a likelihood of sensitive species. For forested areas, other techniques are employed.

*Avian Use Surveys.* Use surveys characterize avian use of an area well enough to determine if there is significant potential for high bird mortality. Once the level of use is known, a risk index can be developed, based on avian use and bird mortality at established wind projects with similar avian use profiles. The surveys typically involve establishing a grid of 800-meter sampling points spaced one to three miles apart, surrounding the project. Weekly observations are conducted at each point for twenty to thirty minutes. An incidental (driving) survey is also conducted.

BPA funded a project called "Meta-Analysis," which evaluated the extent to which one or more seasons could predict annual avian use. A generally good correlation was found between spring and the rest of the year.[8] WDFW guidelines call for "at least one season" and "additional seasonal data (e.g. fall or winter)" if: 1) "Avian use is estimated to be high relative to other projects"; 2) "Very little existing data regarding seasonal use of area"; or 3) "The project is especially large." Typically, avian use studies of less than one year have been accompanied by a commitment to a year of post-construction mortality monitoring.

---

[7] Rare plants and wetlands surveys are outside the focus of these Proceedings, and are not detailed here.
[8] Erickson, W., et al. 2002.

Avian use studies may also involve night radar monitoring in order to characterize nocturnal bird use of a site, particularly during migratory periods. Nocturnal use is characterized in terms of passage rates of "targets" (which may be bats, birds, or clouds of insects) and flight height/turbine height exposure. Sampling is carried out using mobile marine radar in horizontal and vertical mode to detect radar targets and to determine number, direction, and height. The challenges presented by night radar monitoring revolve around distinguishing among bird, bat, and insect targets, and identifying different bird species. However, improvements in radar technology are making it somewhat easier to distinguish insects from birds. Thermal imaging and bird call identification are also being employed.

The Stateline Wind Project on the border between Washington and Oregon offers an example of a case where night radar monitoring might be useful. The Blue Mountain Audubon Society expressed concern about migratory bird corridors running through the proposed northwest portion of the project. FPL Energy agreed to make the construction of 72 turbines contingent on the results of night radar monitoring. ABR Inc. conducted a total of three seasons of monitoring at two locations, one of which had actual mortality data available. Actual mortality data from the Vansycle site were used in conjunction with radar data to evaluate potential mortality at the proposed site. Data from Fall 2000 and Spring 2001 were adequate to demonstrate low potential for impact from the 72 proposed turbines. Blue Mountain Audubon Society, which was represented on the project's Technical Advisory Committee, not only approved the construction of additional turbines at Stateline, but has gone on to play an important educational role with other Audubon Societies in the state of Washington.

The methodologies used for threatened, endangered, and sensitive species surveys vary substantially by species in the PNW. Some of the key species of concern in the region are Bald and Golden eagles, Sage grouse, Prairie chickens, Spotted owls, and the Washington ground squirrel.

Standard wind industry practice for pre-development environmental risk assessment in PNW has evolved in tandem with post-construction monitoring. In general, with the exception of Altamont, post-construction monitoring at Western wind energy sites has confirmed low impact on birds. The focus of assessment continues to evolve away from avian mortality to an emphasis on habitat impacts.

## References

Erickson, Wally/WEST, Inc. et al., 2002. *Synthesis and Comparison of Baseline Avian and Bat Use, Raptor Nesting, and Mortality Information from Proposed and Existing Wind Developments.* Prepared for the Bonneville Power Administration.

### ***Discussion, Questions and Answers***

*Where do study requirements—and study findings—fit into the permitting process?* One participant requested clarification, noting that, in the Eastern US, the term "pre-permitting" is used (rather than "pre-project," pre-development," or "pre-construction") to mean that impact studies must be done before a permit can be obtained for the wind project, although often there is no framework for evaluating the study results.

*Responses:* In the PNW, there are regulations that say environmental assessments should be carried out as part of project development, and usually before a permit will be issued. However (another participant noted), there is at least one case of a project in Oregon that was issued county permits prior to conducting a full year of avian impact studies.

*Would it be possible, after construction, to require wind project managers to modify their operations as new information about bird impacts is made available?* The participant raising this question asked whether, for example, if researchers identified new information about migration patterns once a project was operating, whether it might be possible to shut down turbines with higher mortality rates for certain periods of time when migrating birds are at risk.

*Responses:* 1) Wind power developers are likely to resist the idea due to the large amount of capital invested in the turbines. 2) There is an example of a wind project in Spain, near the Straits of Gibraltar, at which radar studies revealed bird "migration pulses" — times when many birds passed through the area of the wind farm. Based on this information, the operators were able to shut down operations for a specific period of time to avoid significant mortality risk. In addition, one or two turbines were removed.

*Are there permitting conditions or thresholds regarding size and scale of projects?*

*Responses:* 1) Project size is a valid consideration, but in at least some locations (e.g., the state of New Jersey), small projects are subject to the same regulations as large ones. 2) Under NEPA, projects for which it is proven that significant impacts will not result are able to go through a less stringent permitting process—that is, the determination of significance is independent of the size of the project.

*How do you "prove" that "significant impacts" will not result? In other words, what is a "significant impact" and what is the threshold of acceptability for impacts?* There are a wide variety of standards across locations and jurisdictions when it comes to standards for measuring bird and bat impacts and what is an acceptable level in terms of issuing permits to developers. This variability raises many questions. For example, how many years should an impact study be? How many bird fatalities amount to a significant impact? Is there a

fixed threshold for permitting?

*Responses:*

1) One organization's policy for dealing with these issues in the state of Washington is that the state should be completely mapped to indicate potential wind project areas, mitigation areas, etc.

2) If the standard approaches for diurnal and nesting surveys are used consistently throughout regions and the US, there are sub-regional conclusions that can be developed.

3) Wisconsin undertook a collaborative statewide monitoring effort that brought state and federal agencies together with local groups. The group examined formal bird viewing areas as well as local viewing spots and drew red lines around sensitive bird areas. It was noted that it is helpful if the methods necessary to carry out surveys could be performed by volunteers.

*Other discussion of mapping efforts:*

There are similar statewide mapping processes taking place in other parts of the US as well. One participant described a statewide process that is taking place in Virginia, using GIS technology to map bird activity and habitat. In Maryland, researchers are in the process of developing a layered GIS-analysis of bird activity that is intended to be a model for this type of work. There are also plans to incorporate conditions for limited turbine shutdowns into the policy recommendations developed out of the Maryland effort. However, there is no strict standard or threshold for determining how significant mortality must be to recommend turbine shutdowns. In New Jersey, critical wildlife areas have been mapped in relation to development, but state agencies are still trying to get funding to specifically map bird activity and habitat. California has also done work along these lines. Public and private funding will be necessary in order for mapping to proceed efficiently and effectively and for comprehensive databases on par with those for fish for example, to be compiled.

*Caveats about mapping and assessing risk based on avian use:*

1) While GIS is good for mapping large areas, wind development permitting often comes down to very site-specific issues, requiring intense surveying/data-gathering that cannot be afforded for very large (e.g., state-wide) efforts. Moreover, there are significant data gaps in GIS information because there is no data on nocturnal mortality for much of the US and about half of fatalities occur at night.

2) Avian "use" does not necessarily connote risk, even among bird species on a single site. Behavioral aspects must be considered as well. Data from Altamont Pass underscores this point.

3) The wind industry is definitely interested in how GIS information can help in the siting process to minimize impacts on birds and bats—for example, by providing pre-

construction baseline information. On the other hand, waiting to complete statewide mapping efforts before pursuing wind energy development would mean considerable delay in the construction of new wind projects, and the construction instead of more polluting conventional generation.

# MONITORING WIND TURBINE PROJECT SITES FOR AVIAN IMPACTS

This session focused on existing wind projects are monitored for their impacts on birds and bats. How many existing energy projects are or have been monitored for avian and bat impacts? Are there case examples of requirements for such monitoring? What are the options for designing and implementing scientifically sound monitoring programs for avian mortality – how is monitoring conducted? Are results made public? What are the metrics being employed to measure impacts?

## *Bird and Bat Fatality Monitoring Methods*

by
Wally Erickson, *West, Inc.*[9]

*Protocol development and review.* Protocols for bird and bat fatality monitoring depend to some degree on the requirements of the permitting agency. One approach (used at the Vansycle site and now at most new projects) employs a Technical Advisory Committee (TAC) to help develop and review monitoring protocols, gather and process peer review reports, and make recommendations to permitting authorities on further studies and possible project/site changes necessary to mitigate impacts. Consultants on the development of such protocols may include organizations, agencies, and private interests such as Audubon Society, USFWS, state wildlife agencies, developers, researchers, and landowners. Bird and bat fatality monitoring protocols usually are part of an adaptive management approach, ensuring room for flexibility as new data/information is made available.

*Methodology.* Standardized carcass searches are the primary method employed to determine the level of bird and bat mortality at project sites. Both rectangular and circular plots have been used, with rectangular plots being easier to manage. Plot size depends on turbine size, the distribution of fatalities, habitat at the site, and the cost of the study versus the data researchers anticipate gathering. Search plots may need to be extended on the down-wind side, where more carcasses tend to be located. (Slides show rectangular search plots mapped for the Nine-Canyon wind project, along with the distribution of distances from bird and bat fatalities to the nearest turbine. At this site, bird fatalities tended to be within 120 m of the nearest turbine, while bat fatalities tended to be within 50 m of the nearest turbine. Turbines were 92 m tall to the blade tips, with rotors 62 m in diameter.)

Depending on plot size and terrain, time spent searching around each turbine can range from ten minutes to two hours, at a walking pace of 30-60 m/minute. Some studies only sample portions of plots, usually mowed areas. Search frequency varies from daily to every five weeks. Uncertainty in fatality estimates increases as the ratio of interval between searches to mean removal time increases. Longer search intervals also limit the ability to

[9] 2003 Central Ave., Cheyenne, WY 82001

understand potential associations between fatalities and weather. One way to compensate is to intensively search a small sample area, and search the remaining sample area less intensively. This can help clarify the relationship between weather events and fatalities and allow researchers to adjust the scavenging rate.

Carcass search studies categorize finds as *intact*, *scavenged*, or as a *feather spot*. “Intact” indicates that the carcass is completely intact, not badly decomposed, and showing little or no sign of having been fed upon by a predator or scavenger. “Scavenged” denotes an entire carcass which is to some degree dismembered and shows signs of having been fed upon by a predator or scavenger. A “feather spot” consists of ten or more feathers, or two primary feathers at one location, indicating predation or scavenging. Most recent studies include feather spots as project-related fatalities. This means that fatality rates may be artificially high as some may have resulted from natural predation or other non-project related cause. For example, at Buffalo Ridge, Minnesota, estimates of fatality rates at plots without turbines were one-third of the estimate at turbines.

*Adjusting for scavenging rates.* Fatalities attributed to wind turbines must also be adjusted upward to account for carcasses that are removed by scavengers during the intervals between scheduled searches. This is done by conducting carcass removal trials. A variety of carcasses – including rock dove, house sparrow, starling, upland gamebird, waterfowl, and raptor carcasses are placed in a field to see what environmental effects they experience, primarily whether they disappear or are fed upon. Carcasses (which are frozen but have been thawed for 8-24 hours before use) are placed randomly in the vicinity of turbines which are part of a regular search regime, near turbines not routinely searched, and within plots away from turbines. The percentage of carcasses removed by scavengers or by other means is usually tracked daily for the first few days, and less frequently for the remainder of the trials. Removal rates are used to adjust observed fatality rates upwards, and should also be used to determine the search interval.

*Adjusting for observer detection bias.* Observer detection trials are employed to adjust observed fatality rates for searcher bias. The result of this method is an estimate of the average probability a wind turbine fatality that is available is found during a search. The trial carcasses are placed randomly in search plots. Searchers are not informed when and where trials are taking place, though they may become aware of the trial if they find a marked carcass.

The solutions employed for adjusting fatality rates for the standardized carcass search may contribute their own biases. For example, some casualties or injured birds may land or move outside of the search plot. Ignoring this potential source of bias could lead to underestimating the fatality rate. Other issues brought up by others include the fact that removal trial carcasses located away from turbine strings may be scavenged at a different rate than carcasses near string, which could also bias the findings. Scavengers may be attracted to the scent of humans who put carcasses in the field, which would artificially increase scavenging rates. Lastly, small bird trials may not be representative of bats.

Simulations show that formulas for calculating fatality estimates are unbiased or close to unbiased, and that potential biases that exist in the sampling procedures of carcass searches

and carcass removal trials mostly lead to an overestimate of bird fatalities. The most effective answer to these problems may be more intensive sampling at some turbines, which is an approach currently taken at a couple of sites.

The methods described in this presentation were published in a peer-reviewed article about research at Buffalo Ridge, Minnesota (Johnson et al. 2002). There is a forthcoming article describing these methods as they were used at the Stateline project in the Pacific Northwest. Some of the earlier fatality studies were conducted over periods as long as four years, however, protocols have changed and this is less common now.

### Reference

Johnson, G.D., W.P. Erickson, M.D. Strickland, M.F. Shepherd, D.A. Shepherd, and S.A. Sarappo. 2002. Collision mortality of local and migrant birds at a large-scale wind power development on Buffalo Ridge, Minnesota. Wildlife Society Bulletin 30:879-887.

## *Discussion, Questions and Answers*

*Has the hypothesis that small passerines basically disintegrate when they fly into turbine blades (the so-called "poofing principle") ever been tested?*

*Responses:* 1) Most fatalities that are found tend to be intact. 2) Researchers could examine airline trials that test the impacts of windshields on birds.

*What is done with birds found alive, but injured?*

*Response:* If a bird is rehabilitated and released then it is not included in fatality data. If it dies or is euthanized, it is included.

*Please distinguish between carcass search and carcass removal trial methodologies.*

Fatality searches and carcass removal trials are conducted separately, with detection and scavenging data kept separate. "Availability" estimates resulting from carcass removal trials (i.e. scavenging adjustment) are integrated into the final calculation of fatality detection results. At Tehachapi Pass, carcass removal trials were conducted at sunup and then at sundown. It was found that most carcasses were scavenged during the day because ravens locate carcasses by sight. In addition, large carcasses were taken before smaller ones. Carcass removal trials tend to overestimate scavenging rates, which in turn leads to an overestimate of overall fatality rates from wind turbines.

*Other points noted by participants:*
A participant suggested that if only about 1-3 birds are killed per turbine per year, this does not seem like a major food source that would attract scavengers or predators.
There appears to be more annual variation in fatalities for bats than for birds. There is seasonal variation for both.

# WHY AVIAN IMPACTS ARE A CONCERN IN WIND ENERGY DEVELOPMENT

This lunchtime session provided a more detailed overview of the environmental community's perspective on wind power's impacts on birds. The presentation described how wind projects impact birds, detailing the species distribution of collisions at various sites around the US and discussing problems such as avoidance, habitat disturbance, and cumulative effects on populations.

## *Wind Turbines and Birds*

by
Gerald Winegrad, *American Bird Conservancy*[10]

While still a small component of overall energy output in the US (0.3%), wind energy is the fastest growing energy source in the country. In 1981, the capacity of US wind energy installations was only 10 MW. By 2000, capacity had reached 2,554 MW. In 2004, 16,000 utility-scale wind turbines are operating in 30 states with a capacity of approximately 6,370 MW. The wind industry's goal is to supply 6% of America's electrical energy by 2020. Fourteen states have already adopted Renewable Portfolio Standards requiring utilities to use a specified portion of renewable energy in their electrical supply. Federal legislation is pending, which would require 10% of energy nationwide to come from renewable sources by 2020. Currently, California requires that 20% of electrical use come from renewable sources by 2017, and New York has set the bar at 25% by 2012.

Wind energy production may affect birds in three ways: First and the most widely noted, are fatalities resulting from collisions with rotors, towers, power lines, or with other related structures. Electrocution on power lines is also possible. Second, birds may avoid wind turbines and the habitat surrounding them. Third, are the direct impacts on bird habitat from the footprint of turbines, roads, power lines, and auxiliary buildings.

While annual per-turbine mortality rates average 2.19 birds or 1.825 outside of California (and the highest recorded per turbine mortality of 7.5 at Buffalo Mountain, Tennessee), there are a number of environmental concerns. One of the key concerns is mortality or other effects on ESA-listed species or Birds of Conservation Concern. There are worries about local or regional population impacts on species such as Golden eagles, other raptors, grassland breeders, and Horned Larks. Cumulative impacts on species at national and regional scales as well around individual projects, especially large ones, are of concern. One concern regarding research to date is that most of the wind projects that have been monitored for bird impacts are in the West. In the eastern US, locating wind turbines along ridge tops and potentially off-shore are both of concern. Finally, growth in the number of wind turbines and their increasing height, have the potential for more avian impacts.

---

[10] 1824 Jefferson Place, NW Washington, DC 20036

Avoidance and direct habitat impacts are also of concern to wildlife conservationists. For example, Prairie Grouse species are affected by habitat fragmentation and have been observed avoiding breeding leks near wind projects. Researchers also have noted direct habitat loss from wind facilities.

A wide variety of bird species have been killed at wind turbine sites. Fatality searches at various wind projects have yielded fatalities of a number of USFWS Birds of Conservation Concern, including particular species of owls, hawks, and other raptors, sparrows, wrens, warblers, and others. At communication towers (*not* wind turbines) Over 90% of all bird species killed are neo-tropical migrants, with 230 species documented as being killed at such towers. Sixty-four of those neo-tropical migrant species are on the USFWS Birds of Management Concern List, meaning that without strong management measures, in the future they may be listed under the Endangered Species Act. In addition, some endangered bird species have been killed.

Findings from studies done on the impact of communication towers on birds offer some lessons on the potential cumulative effects of wind turbines on bird populations. For example, a 29-year study at a single TV tower in Tallahassee, Florida yielded 44,007 birds (representing 186 species) killed. Many of the birds identified in this study were USFWS Birds of Conservation Concern. Another example comes from Eau Claire, Wisconsin where a 38-year study at a single 1,000-foot TV tower documented 121,560 birds killed (representing 123 species), primarily long-distance migrants. Significant numbers such as these led the Director of USFWS to issue a letter to the Chairman of the FCC in 1999, recommending that the FCC prepare a programmatic EIS under NEPA to delineate the extent of bird mortality due to communication towers and to develop mitigation measures. The USFWS Director referenced data that suggest the annual death toll of migratory birds due to communication towers could be from 4 to 40 million. Although communication tower impacts and wind turbine impacts are separate issues, the extent of cumulative impacts at communication towers may be taken as instructive.

There are certain measures that can be taken to prevent/minimize avian and other wildlife impacts at each wind energy project. A thorough review for potential avian mortality and disturbance of critical habitat should be conducted before construction of any new wind energy project. Bird impacts due to habitat fragmentation and any other habitat impacts related to construction and/or operation of a wind facility should be thoroughly evaluated and measures should be taken to prevent/minimize mortality and non-lethal impacts. Projects should be sited on areas with disturbed habitat wherever possible. Sites with major bird attractants (such as Altamont Pass, California) should be avoided. Attention should be paid to impacts on specific species, not just general numbers of kills. The use of guy wires should be avoided. Transmission lines should be placed underground to minimize project footprint. Lighting should be minimized, with only a limited number of towers being lit using only white or red strobes at no more than 24 pulses per minute. Sites should be monitored using scientifically rigorous methods, and data should be published.

Currently, there are a few existing examples of guidelines that make similar recommendations to those listed above:

1) USFWS Interim Guidelines to Avoid and Minimize Wildlife Impacts From Wind Turbines (July 2003);
2) Washington State Department of Fish and Wildlife Wind Power Guidelines (August 2003); and
3) Siting guidelines developed in the State of Kansas.

Ultimately, all energy choices have implications for birds. In 2001, conventional electricity generating power plants produced 36% of the carbon dioxide, 68% of the sulfur dioxide, 38% of the nitrogen dioxide, and 23% of the toxic heavy metals in the US. The US is expected to increase its carbon dioxide emissions by 43.5% between 2001 and 2025. Over 52% of the nation's electricity is produced from coal burning power plants. Mining for fossil fuels like coal can devastate bird habitat – witness the 387,000 acres of Appalachian mature deciduous forests destroyed by mountaintop removal and valley fill operations in West Virginia, Tennessee, Kentucky, and Virginia. This operation is likely to have a massive and permanent impact on the entire suite of Partners in Flight mature forest birds, the most notable of which is the Cerulean Warbler, a species proposed for listing under the ESA. The loss of these Appalachian forests will result in a loss of as many as 191,722 of the global population of about 560,000 Cerulean Warblers. In addition, 1,200 miles of streams have been filled with mining waste. Another 380,000 acres of mountain top removal is projected in the next decade along with 1,000 miles of streams being filled.

Current wind energy generating capacity in the US could prevent the burning of 8.4 million tons of coal at the current utility fuel mix. For each Megawatt of wind energy produced, 2,000 tons of carbon dioxide greenhouse gases are avoided, 10 tons of sulfur dioxide, and 6 tons of nitrogen dioxide. In addition, newer turbines are larger and can produce twenty times more electricity than turbines from the early 1980s.

Thus, if the proper measures are taken to prevent/minimize avian impacts, particularly to ESA-listed and other species of concern, wind energy can be a win-win development for birds and clean, renewable energy for the future.

### *Discussion, Questions and Answers*

*Are there any examples of projects in the Eastern US where the pre-construction criteria discussed in the presentation were adequately met?*

*Response:* I am not familiar with the pre-construction reviews conducted at either the Buffalo Ridge, Tennessee or Mountaineer, West Virginia wind projects or other operating wind projects in the Eastern U.S. Relatively low impacts on birds have been found at Buffalo Ridge and Mountaineer. However, the record number of bats (47.53 per turbine) killed at the Mountaineer site is of concern and indicates that wind energy's impact on bats also needs to be considered, and should be treated as a separate issue. Bat mortality ranges have been low at other facilities, down to as low as 0.7 bats per turbine per year at the Vansycle, Oregon wind project site. This needs to be and is being addressed.

# WHAT CAN WE LEARN FROM DEVELOPED WIND RESOURCE AREAS?

## I. Altamont Wind Resource Area

This session was the first of two intended to examine what existing science tells us about wind turbine impacts at existing wind project sites. This session focused on Altamont Pass Wind Resource Area (WRA), one of the older wind projects in the US. The presenter addressed the following questions: How is avian habitat affected at Altamont WRA, and do birds avoid turbine sites? Are birds being attracted to turbine strings? What factors contribute to direct impacts on birds by wind turbines at Altamont? How do use, behavior, avoidance and other factors affect risk to avian species, and particularly impacts those species listed as threatened, endangered, or of conservation concern, and other state listed species?

### *Bird Fatalities in the Altamont Pass Wind Resource Area: A Case Study, Part I*

by
Carl Thelander, *BioResource Consultants*[11]

The Altamont Pass WRA (APWRA) is located due east of San Francisco on the eastern side of the coastal foothills where they open into California's Central Valley. Wind energy generation began in the APWRA in the mid-1970s. By 1980, a California Energy Commission (CEC) biologist had identified a "bird kill problem" in the APWRA. Attention to the problem grew in the 1980s and by 1990 several studies were initiated. In 1990, more than 4,000 turbines had already been built at the site. A number of studies focused on bird impacts have been conducted at the APWRA since the early 1990s, and researchers continue to try and determine ways to mitigate bird impacts today. In 1998, the National Renewable Energy Laboratory (NREL) funded BioResource Consultants (BRC) for research focusing on bird behaviors and mortality at the APWRA. In 2001, the CEC provided further funding to BioResource Consultants in order to continue and expand its research. Some of the findings of BRC's research will be the focus here.[12]

The goal of BRC's research was to study the relationships between bird behaviors (such as flight, perching, and foraging), and bird fatalities. Part of the aim was to quantify bird fatalities to better understand the scope of the fatality problem, and to develop a large sample size representative of most of the APWRA. The ultimate objective of the research is to develop a quantitative model for the wind industry to use as a tool to help reduce bird

---

[11] P.O. Box 1539 Ojai, CA 93024

[12] This presentation was based on a report prepared by BioResource Consultants for the California Energy Commission (Smallwood and Thelander 2004). Posted (8/10/04) on the Web at: http://www.energy.ca.gov/pier/final_project_reports/500-04-052.html.

fatalities at wind project sites.

There are about 18 different types of turbines in use at APWRA, of which several designs are entirely obsolete and no longer built. Both lattice and pole tower-mounted turbines can be found. In addition, many of the turbines are built in close proximity, arranged as 'strings' and are not very tall. These factors make it difficult for birds to pass through unharmed. Although research at APWRA has been conducted on a variety of turbine types that are no longer being built, information about bird behavior and interaction with turbines at the site may still be instructive. For example, bird behavior with respect to turbines in the APWRA tends to vary according to turbine activity. More turbines operate at the APWRA during the summer as winds increase during the summer. Research has shown that raptors seem to be able to perceive the difference between operating and non-operating turbines.

A set of 1,526 turbines arranged in 182 strings was sampled from March 1998 to September 2002 (Phase I). A second set of 2,538 turbines in 308 strings was sampled from November 2002 to May 2003 (Phase II). A total of 1958 30-minute bird behavioral observation sessions were conducted during Phase I, and another 241 behavioral observation sessions conducted during Phase II. During the second phase, only raptor observations were recorded.

BRC's research between 1998 and 2002 yielded a variety of data regarding numbers of fatalities at APWRA, perching habits and other behavior of various bird species (including raptors), and bird attraction to turbine strings (rows of turbines). It was observed, for example, that more species tend to perch on lattice turbine towers, and for longer periods of time, when the turbines are not operating. It was also shown that some bird species such as Golden eagles, Red-tailed hawks, Northern harriers, Prairie falcons, American kestrels, and Burrowing owls spend far more time flying close to turbines (within 50 m) than would be expected by chance.

Fatality searches were conducted around each of the sampled turbines at least seven times each year. The total number of turbine-related fatalities for both study periods was 1,162, representing about 40 bird species and one bat species. Based on the findings from both study periods, annual fatality estimates for ten species of raptors as well as for all birds combined were projected for the entire APWRA. (This includes the 4,074 turbines surveyed over Phases I and II as well as the 1,326 turbines left unsurveyed.) The low-end of the projected fatality estimates has been adjusted to account for searcher detection bias, while the high-end estimate has been adjusted to account for both searcher detection bias and scavenging rates. For all raptors, the estimated annual number of fatalities in the Altamont Pass WRA ranges from 881.4 to 1300.3 birds. For all birds, the estimate ranges from 1766.5 to 4721.3 birds killed.

The research conducted by BRC yielded a series of key observations that shed light on bird-wind turbine interactions. For most bird species, there is no significant relationship between fatalities and observations of flights within 50 m of turbines. Fatality associations are usually species-specific, so solutions for one species might not serve as solutions for others. BRC research suggests that some birds, ravens for example, only rarely collide with

turbines, while for other species of birds it seems to be a major problem. Thus, simply observing numbers of birds during a pre-construction survey will not necessarily predict fatalities because behavior potentially matters as much as sheer numbers. Risk/danger to birds increases with taller towers, larger rotor diameters, and slow to intermediate tip speeds. Also, tips with lower blade reaches are most deadly to Golden Eagles. The availability of perching spots on turbine towers appears less important than previously believed.

A number of findings specifically illuminated aspects of raptor interaction with wind turbines. Turbines on steeper slopes and in canyons are generally more dangerous to raptors, but ridge crests and peaks within canyons are also dangerous. In much of the APWRA, the presence of rock piles near turbines is associated with greater raptor mortality as raptor prey species (especially rodents) tend to occupy these rock piles. Although a rodent control program did manage to reduce ground squirrel numbers overall, it also increased the degree of clustering around turbines of remaining pocket gophers and desert cottontail rabbits. Thus, the program generally failed to reduce raptor mortality. Wind walls (clusters of turbines of varied heights) appear to be relatively safer for raptors, as research showed that raptors are killed disproportionately by turbines that are relatively less crowded by other turbines. Finally, raptor mortality differs by season, with summer and winter having the highest mortality.

The experience of wind project development at Altamont Pass continues to provide some important lessons for the future of wind power in general. It appears that fewer, taller, and larger-output capacity turbines offer lower risk than do many, smaller, lower-output turbines. Repowering may be the best alternative to solving the bird kill problem in the APWRA. Behavioral observations and activity level studies should precede turbine installation. The data produced by such research can guide turbine siting to avoid or minimize impacts. At APWRA specifically, it seems that a number of fatalities at the site are unavoidable with its current design. Mitigation measures aimed at the operation and maintenance of the existing turbines in the APWRA could potentially reduce bird mortality to some degree, but it appears that they will not prevent them.

## References

Smallwood, Shawn, and Carl Thelander. "Developing Methods to Reduce Bird Mortality in the Altamont Pass Wind Resource Area." Prepared by BioResource Consultants for the California Energy Commission Public Interest Energy Research (PIER) Program, Report #500-04-052. August 2004.

### *Discussion, Questions and Answers*

*Where do the raptors that frequent the APWRA come from?*

*Response:* There have been no detailed movements studies conducted, but it appears that birds tend to move north and south through the WRA when there is a large fall/winter movement of raptors throughout central California, and especially on the margins of the Central Valley. Many red-tail hawks are in the area throughout the year, while eagles

migrate through mostly during the fall and winter.

*What is the status of Burrowing owls at Altamont Pass (and what of the lawsuit focused on that species)?*

*Response:* Burrowing owls continue to breed in active and abandoned ground squirrel colonies, fledging their young just about the time when the summer winds pick up in the WRA. This results in high mortality for fledgling owls. The majority of owl fatalities have been clustered around 30-40 out of 5,400 turbines in the APWRA, and we are proposing some additional research to try to determine why. Several management options are going to be experimented with in the future that focus on the problem of burrowing owl kills.

*Although overall impacts of wind turbines on birds are generally low, there are species such as the Burrowing Owl that are greatly impacted. Shouldn't we be concerned about such species suffering significant cumulative effects over time?*

*Response:* Yes, it may be that the burrowing owl flight behaviors in close proximity to turbines makes them especially susceptible to being killed. Many turbine sites are in grassland/grazing areas that support ground squirrels and, therefore, also burrowing owls. The cumulative effects of killing burrowing owls in the few remaining nesting colonies in the state need to be better understood in terms of their biological significance.

*Could we make comparisons between the impacts of wind power development on birds and other wildlife and the impacts of other types of energy projects such as hydropower?*

*Response:* Yes, to some degree. For example, bird (wildlife) losses per MW of energy produced for each energy source can be compared, regardless of the type of facility used to generate the power. But some difficult assumptions about the direct versus indirect impacts must be made, which often confounds such comparisons. But it is a good idea to fully understand the relative risks of developing different energy sources. Resource economists more than field biologists usually have fun with models that compare such things.

In conclusion, it was noted again that research showed that the most frequently observed species in the APWRA were not the most frequently killed species. Pre-construction studies are valuable, but the value of pre-construction studies does not preclude post-construction monitoring because of behavioral differences among bird species.

## II. Direct Impacts to Birds at New Generation Wind Plants Outside of California

This was the second of two sessions examining the existing scientific findings on wind turbine impacts at existing project sites: mortality, avoidance, direct habitat impacts from terrestrial wind projects, species and numbers killed per turbine rates/per MW generated, impacts to listed threatened and endangered species, to USFWS Birds of Conservation Concern, and to state listed species. This session focused on newer wind project sites

outside of the state of California. The presenter addressed the following questions: What factors contribute to direct impacts on birds by wind turbines? How do use, behavior, avoidance and other factors affect risk to avian species? Are there sufficient data for wind turbines and avian impacts for projects in the Eastern US, especially on ridge tops? In addition, this presentation looked at regional factors that may affect impacts such as habitat use, behavior, and other differences. The state of data about direct wind impacts in different regions was also considered.

### *Bird Fatality and Risk at New Generation Wind Projects*

by
Wally Erickson, *West, Inc.*

Researchers have been conducting bird fatality monitoring at a number of "new generation" US wind projects for several years. New generation wind projects consist of much larger turbines and more turbines than earlier sites, taking advantage of technological advancements made since the 1980s and generating greater quantities of energy. New generation wind plants where standardized fatality monitoring data has been generated include: Vansycle, Oregon; Nine Canyon, Washington; Stateline in Oregon and Washington State; Klondike, Oregon; Foote Creek Rim, Wyoming; Buffalo Ridge, Minnesota; and Mountaineer, West Virigina.

Bird fatality statistics have been reported from several new generation sites.

The Vansycle, Oregon site consists of 38 660-kW turbines, with 47-m rotor diameters and a maximum height of 74 m. The composition of bird fatalities identified during a one-year study at Vansycle showed a total of 10 fatalities representing 7 species. These results came out to an average of 0.6 fatalities per turbine per year (f/t/y) (Erickson et al. 2000).

The Nine Canyon, Washington site consists of 37 1.3-MW turbines, with 62-m rotor diameters and a maximum height of 92 m. Fifteen turbines at the site are lit by red strobe lights. A one-year study at Nine Canyon identified 36 bird fatalities representing 14 species. Seventeen of the fatalities were horned larks, while half of the bird activity observed at the site was horned larks. Approximately 25% of the Nine Canyon fatalities were night migrants (Erickson, Gritski, and Kronner 2003a).

The Stateline wind project consists of 454 660-kW turbines, with rotor diameters of 47 m and a maximum height of 74 m. One hundred-forty turbines are lit with red strobe lights at night. Fatality monitoring, raptor nest monitoring, Burrowing Owl surveys, and a grassland bird displacement study were all conducted at Stateline. The report detailing this work has not been published as of June 2004.

The Klondike, Oregon site consists of 16 1.5-MW turbines, with 65-m rotor diameters and a maximum height of about 100 m. Six turbines at the site are lit by red strobe lights at night. A one-year study at the Klondike site identified 8 bird fatalities representing 7 species (Johnson, Erickson, and White 2003).

At Foote Creek Rim, Wyoming, there are 133 600- and 750-kW turbines with rotor diameters between 42 m and 44 m, and a maximum height of about 74 m. The turbines at the Foote Creek Rim site, which is on Bureau of Land Management land, are not lit. Initially, there was a lot of concern about the potential for Golden Eagle fatalities. The site is a fairly flat tabletop mesa, but with a western rim edge, which was focus of raptor use study (Eagles and Buteos observed in 1999). The developer agreed to place turbines a minimum of 50 m back from the rim edge, which may have resulted in lower fatality rates than expected. A three-and a-half-year study at the site found 122 bird fatalities representing 37 species. Approximately 90% of the fatalities were passerines and 50% may have been night migrants. There were no documented “large” fatality events at Foote Creek Rim, however. On average, the Foote Creek Rim study showed a bird fatality rate of 1.5 per turbine per year (Young et al. 2003).

The Buffalo Ridge, Minnesota site is comprised of 73 300-kW turbines with 33-m rotor diameters and a maximum height of 52.5 m. A four-year study at this site yielded 55 fatalities representing 31 species, with 71% being migrants and just 2% raptors (Johnson et al. 2002). On the Phase I site, no turbines are lit; on the Phase II site, 6 peripheral turbines are lit (2.2 f/t/y); on the Phase III site, every other turbine is lit. Fatality rates ranged from 1 fatality per turbine per year (f/t/y) for Phase I to 4.45 f/t/y for Phase III. (The Phase III f/t/y was heavily influenced by one incident involving 14 birds at two adjacent turbines one night.)

The wind project at Mountaineer, West Virginia has 44 1.5-MW turbines. An approximately seven-month study identified 69 bird fatalities representing 24 species, with 71% being night migrants and 5% raptors or vultures (Kerns and Kerlinger 2004). Other studies include sites at Searsburg, Vermont (Kerlinger 1997), Somerset County, Pennsylvania (Kerlinger 2000), and Algona, Iowa (Demastes and Trainer 2000), each of which reported no fatalities over study periods of 5-9 months. (See slide presentation for further details.)

By integrating the data of these various studies, researchers have been able to reach some general conclusions about wind turbine-bird interactions at new generation wind power projects. For example, at new generation projects in the West, horned larks suffer by far the most fatalities due to collisions with turbines, and have typically been the most abundant species observed during avian use surveys. It also has been shown that bird fatalities tend to occur primarily between April and October, with low numbers in the winter months. Based on computer models (Tucker 1996a and 1996b, Podolsky 2003), comparisons of turbines of various sizes suggest that larger turbines with larger rotor diameters and fewer revolutions per minute may cause fewer bird fatalities for equivalent rotor swept areas. Empirical studies of these hypotheses are lacking.

Based on monitoring data, researchers have been able to develop a bird-turbine collision risk index. The formula is bird fatalities/relative abundance (relative abundance is the population size of a species in a particular region). This measure provides some information on the “significance” of fatalities suffered by specific species.

Fatality monitoring at new generation wind project sites is helping broaden knowledge

about the dynamics of turbine-bird interaction. Most recent studies continue to add to the knowledge base regarding direct and indirect impacts of wind power development to birds and bats. Fatality data provide useful and direct measures of impact that assist in making predictions, especially for proposed projects. It has been found that a large percentage of fatalities at new generation wind plants are passerines, and that avian fatalities peak during migration season.

Comparisons of avian fatality rates to avian use provide some measure of collision risk, and may be useful for identifying individual species or groups of species more or less susceptible to collision. In some cases, the most common fatalities are the most abundant, suggesting in some cases fatality rates are proportional to use. Other species may be considered more or less susceptible because the fatality rates are not in proportion to their abundance. Through these types of risk indices, common ravens and turkey vultures appear to be less susceptible to collision than other large bird species.

Spring migrant fatality rates compared to estimated nighttime radar target passage rates appear very low based on the results of three studies, two in the Pacific Northwest and one in the Midwest. Much caution should be employed in making large generalizationss from these results, due to the many assumptions underlying the calculation of target rates from these and other radar studies.

Finally, theoretical and empirical-based models of comparative risk among turbine structure types may provide useful insight into relative risk to birds between various designs and in comparison to communication towers. For example, the likelihood of a bird getting hit by the rotor blade of a single 1.5 MW, 65-m diameter rotor is smaller than the likelihood of a bird getting hit by a rotor blade when passing through 15 18-m turbines with the same total rotor swept area as the single larger turbine. To facilitate such comparisons, we have started presenting data on a per-rotor swept area basis or MW nameplate capacity rather than a per turbine basis.

On average for all birds, new generation projects outside California have recorded three fatalities per megawatt per year. (California data were excluded because we have yet to see all-bird data corrected for scavenging and detection rates.) For raptors (excluding older turbines in California), the average is 0.04 fatalities per MW/year. For the Stateline (Oregon/Washington) project, fatalities were estimated at 0.01% / target passage rate.

It is also instructive to compare collision risk for different structure types (e.g., guyed meteorological or cell towers and wind turbines). Based on computer models, for a bird with a one-foot wingspan, the likelihood of collision with a 105 m high communications tower having 1.25 total miles of guy wires is three times as great as the likelihood of colliding with a 65-m rotor diameter, 92-m maximum height wind turbine. Basic assumptions in the model include equal avoidance of or attraction to the guyed structure and the wind turbine. Empirical data from a wind energy project in Wyoming corroborated the higher per structure collision risk for a guyed structure compared to a wind turbine for songbirds. These results likely vary, depending on the birds considered (e.g., raptors versus songbirds).

## References

Demastes, J. W. and J. M. Trainer. 2000. Avian risk, fatality, and disturbance at the IDWGP Wind Farm, Algona, Iowa. Final report submitted by University of Northern Iowa, Cedar Falls, IA. 21pp.

Erickson, W. P., G. D. Johnson, M. D. Strickland, and K. Kronner. 2000. Avian and bat mortality associated with the Vansycle Wind Project, Umatilla County, Oregon: 1999 study year. Technical report prepared by WEST, Inc. for Umatilla County Department of Resource Services and Development, Pendleton, Oregon.

_______, B. Gritski, and K. Kronner, 2003a. Nine Canyon Wind Power Project Avian and Bat Monitoring Annual Report. Technical report submitted to Energy Northwest and the Nine Canyon Technical Advisory Committee.

Johnson, G.D., W.P. Erickson, and J. White. 2003. Avian and bat mortality at the Klondike, Oregon Phase I Wind Plant. Technical report prepared for Northwestern Wind Power by WEST, Inc.

_______, W.P. Erickson, M.D. Strickland, M.F. Shepherd, D.A. Shepherd, and S.A. Sarappo. 2003a. Mortality of bats at a large-scale wind power development at Buffalo Ridge, Minnesota. The American Midland Naturalist 150: 332342.

Kerlinger, P. 1997. A study of avian fatalities at the Green Mountain Power Corporations Searsburg, Vermont, windpower facility 1997. Prepared for Vermont Department of Public Service, Green Mountain Power Corporation, National Renewable Energy Laboratory and Vermont Environmental Research Associates. 12pp.

_______. 2000. Personal communication regarding avian mortality data from Ponnequin, Colorado, Somerset Pennsylvania and Searsburg, Vermont.

Kerns, J. and P. Kerlinger. 2004. A study of bird and bat collision fatalities at the Mountaineer Wind Energy Center, Tucker County, West Virginia: annual report for 2003. Technical report prepared by Curry and Kerlinger, LLC. for FPL Energy and Mountaineer Wind Energy Center Technical Review Committee.

Podolsky, R. 2003. Avian Risk of Collision Model. Presentation at the NWCC Biological Significance Workshop, November 17-18, 2003. Washington, DC.

Tucker, V. 1996a. Using a collision model to design safer wind turbine rotors for birds. *Journal cf Solar Energy Engineering.* 118:233-262.

_______. 1996 b. *Ibid.,*118:263-269.

Young, D. P. Jr., G. D. Johnson, W. P. Erickson, M. D. Strickland, R. E. Good, and P. Becker. 2003. Avian and bat mortality associated with the initial phase of the Foote Creek Rim Wind Power Project, Carbon County, Wyoming: November 1998 June 2002. Technical report prepared by WEST, Inc. for Pacific Corp, Inc., SeaWest Windpower Inc., and Bureau of Land Management.

### *Discussion, Questions and Answers*

*How is it that Foote Creek turbines are unlit?* Noting that some of the turbine towers at the Foote Creek Rim site in Wyoming are over 74 m tall, one participant asked how it was that the Federal Aviation Administration (FAA) had exempted the Foote Creek Rim turbines from lighting requirements.

*Response.* The FAA can ask for any tower of any kind anywhere to be lit, regardless of height. However, compliance with such requests are voluntary; the FAA has no authority to make a developer do it. (Local permitting agencies may, however, require compliance with FAA requests as a condition of permitting.) It may be that the FAA did not request lighting at the Foote Creek Rim wind farm because of its remote location.

*Which measure would be more useful, fatalities per MW capacity, rather than by MW hours or kW hours?* It was noted that correlating operating time with fatalities would be useful, but that this type of data is difficult to collect. It was also noted that it is difficult to determine what level of impact is "significant," particularly at the pre-construction stage. For the most part, it has been determined that individual projects will not have biologically significant impacts on bird populations. For example, the apparently high numbers of Horned Lark fatalities at Nine Canyon become less disturbing when one examines the abundance of horned Larks in that region. However, cumulative impacts are a different (and more difficult) question.

# NON-FATALITY AND HABITAT IMPACTS ON BIRDS FROM WIND ENERGY DEVELOPMENT

This session focused on discussion of non-collision impacts of wind energy projects on birds, primarily impacts to habitat. The presentation included information about the impacts of habitat fragmentation, disturbance, and site avoidance from wind turbines, as well as from roads, transmission facilities, and other related construction at wind project sites. Whether birds habituate to the presence of turbines and the influence of regional factors were also addressed.

## *Overview of Non-Collision Related Impacts from Wind Projects*

by
Dale Strickland, *West, Inc.*

There are a variety of direct and indirect, long-term and short-term non-collision impacts that wind projects may have on birds. Direct loss of habitat results from the construction of turbine pads, roads, and substations. Indirect loss of habitat may occur from birds' behavioral responses to development, such as avoiding wind plant facilities and areas surrounding them. Long-term habitat impacts result from the construction of relatively permanent structures that remove habitat for the life of a project and from birds avoiding habitat disturbed by a wind plant and not habituating (i.e., becoming accustomed) to wind plant features. Short-term habitat impacts occur while habitat disturbed temporarily during construction of the wind plant is being restored and/or while birds habituate to the disturbance.

*Direct Habitat Disturbances.* Some estimates as to the extent of direct habitat disturbances from wind project development were drawn from the Foote Creek Rim site in Wyoming and several projects in the Pacific Northwest (e.g., State Line in Washington and Oregon). Temporary impacts from the construction of roads, turbine pads, and substations were 0.4 to 2.6 acres per turbine or 0.6 to 1.7 acres per MW. Long-term impacts from permanent facilities were 0.7 to 1 acres per turbine, or 0.4 to 0.7 acres per MW. The overall magnitude of impacts and the potential for successful reclamation of sites depends on the ecological context and characteristics of the site, the type of turbines being built, and the design of the reclamation plan. For example, a prairie area dominated by tall grass with good moisture has a better chance for reclamation than a cold desert area dominated by sagebrush. Flat sites require less topographic restructuring than rougher terrain, and arranging turbines in compact strings requires less road-building than widely dispersed turbines.

*Displacement Impacts.* Displacement of birds is a potential indirect impact. In Europe wind plant-related displacement effects are considered to have a greater impact on birds than collision mortality. European studies suggest that most displacement involves migrating, resting and foraging birds. Studies have reported displacement effects ranging from 75 m to as far as 800 m away from turbines. In a Denmark study, eiders were found to avoid desirable feeding areas within 100 m of turbines but no population impacts were

detected.

Studies at Buffalo Ridge, Minnesota indicated small-scale displacement of less than 100 meters (Leddy 1999; Johnson et al. 2000). Use by grassland species was significantly lower in plots containing turbines than in plots without turbines. On a broader scale, there was a slight reduction in use of the Buffalo Ridge Wind Resource Area by some species during spring and fall, but no reduction in use during the breeding season. At Stateline (Oregon/Washington), bird use appears to be significantly less within 50 m of turbines. In Wisconsin, there appeared to be no significant displacement of birds from the general area of a wind plant as compared to a reference area (Howe, Evans, and Wolf 2002). Several other Western and Midwestern sites show small-scale impacts. Small scale impacts have been reported in ongoing studies including at the Ponnequin site in Colorado, a site in North Dakota, a site in Montana, and a site at the National Wind Technology Center in Golden Colorado. Habituation may be occurring at the Ponnequin site (Paul Kerlinger, pers. comm.).

In a study of a similar development involving natural gas impact on sagebrush steppe habitat, sagebrush obligates showed a 39%-60% reduction in use within 100 m of roads carrying 10-700 vehicles per day. Sage sparrows showed significant reduction in use along a gas pipeline with no traffic. The horned lark, by contrast, showed a slight increase in use within 100 m of gravel road. Changes can be attributed to traffic, noise, vegetation change and an increase in "edge" habitat (with related predation) (Ingelfinger and Anderson, in preparation).

US Fish and Wildlife Service guidelines suggest a 5-mile impact to Prairie grouse leks (breeding grounds) from wind development. While we could find no data suggesting an impact radius in the published literature on wind development, studies of the impacts of other human disturbances (e.g., construction of houses and roads, oil and natural gas development) on Prairie chickens and Sage grouse indicate that birds do avoid disturbed areas. Prairie chickens seldom nested or raised broods within one mile of an operating coal-fired power plant in Kansas, and seldom nested within a half mile of inhabited homes, well-traveled roads, a compressor station, or within 200 yards of highways or other habitat edge (Robel 2002). For sage grouse, leks within 3 km of development of a gas well showed lower nest initiation rates, with birds traveling twice as far to nest, although nesting success was the same in disturbed and undisturbed areas (Lyon 2000). Sage grouse use was found to increase with distance (up to 600 m) from powerlines (Braun, unpub. data). Greater Sage Grouse and Sagebrush Steppe Ecosystem Management Guidelines[13] suggest avoiding surface occupancy within 1 km of seasonal habitat (e.g., lek, nesting habitat, winter habitat) of sage grouse.

There have been a few specific studies of displacement effects at wind sites. For example, a population of Mountain plovers inhabiting the wind plant site at Foote Creek, Wyoming declined from a mean of 50 during the two years prior to wind plant construction, to a

---

[13] A set of guidelines prepared by the Bureau of Land Management, US Fish and Wildlife Service, US Forest Service, Oregon Department of Fish and Wildlife and Oregon Department of State Lands, August 21, 2000.

mean of 28 in the five years during and after construction. Mountain plover use on a reference area declined from 30 to 9 over the same period of time. The decline in both areas appeared to coincide with a regional decline in Mountain plover abundance (Knopf, pers. comm.).

The only published report of avoidance of wind plants by raptors came out of a study conducted at Buffalo Ridge, Minnesota (Usgaard et al. 1997). This study estimated a nest density on a 261 square-kilometer of land surrounding the wind plant of 5.94/100 square km. Based on that density, researchers predicted that there would be approximately 2 nests found on the 32 square-km wind plant facility site with similar habitat. However, no nests were found on the wind plant site. In contrast, a study of raptors' responses to wind development show a similar number of raptor nests before and after wind plant construction at Montezuma Hills, California (Howell and Noone 1992). At Foote Creek Rim, Wyoming eight Red-tailed hawks, one Great horned owl, and one Golden eagle successfully nested within one mile of the wind plant. A successful Swainson's hawk nest was found within 0.8 km of an Oregon wind plant (Johnson et al. 2003). Finally, there is also anecdotal evidence that raptor use of Altamont Pass WRA may have increased with the installation of wind plant turbines (Orloff and Flannery 1992; AWEA 1995).

Several conclusions can be drawn regarding non-collision impacts of wind projects on birds. First, reduced use or displacement of some birds probably occurs primarily in close proximity to turbines, with the actual distance depending on the species and probably ranging from < 100m to 3 km. There may be a relatively minor reduction in use of WRAs by song birds, primarily during spring and fall, which would not be expected to have population consequences on a regional scale. Direct impacts on habitat have been based on predictions and not empirical measurements. Overall, there is still much uncertainty about the extent of indirect impacts of wind plants, particularly on Prairie grouse. Remaining concerns include habitat fragmentation by roads and the impact of turbines on behavior.

Further research is necessary on a few aspects of non-collision impacts of wind plant facilities on birds. First, more work should be done on the relationship between small-scale and large-scale impacts of wind development. Predictions of direct impact should be evaluated by quantification of actual habitat impacts and correlated with project features and site characteristics. Indirect impacts should be quantified, particularly on Prairie grouse. There should be consideration of the linkage between non-fatality impacts to population dynamics and biological significance. Finally, sites should be monitored to track the progressive (cumulative) spatial impact of wind sites on animal behavior over time using resource selection statistics (Manly et al. 2002).

## References

American Wind Energy Association (AWEA). 1995. Avian interactions with wind energy facilities: a summary. Prepared by Colson & Associates for AWEA, Washington, D.C.

Howe, R.W., W. Evans, and A.T. Wolf. 2002. *Effects of wind turbines on birds and bats in northeastern Wisconsin*. Wisconsin Public Service Corporation, Madison,

Wisconsin.

Howell, J.A., and J. Noone. 1992. *Examination of avian use and mortality at a U.S. Windpower wind energy development site, Solano County, California*. Final Report to Solano County Department of Environmental Management, Fairfield, CA. 41pp.

Ingelfinger, F. and S. Anderson. In Press. Passerine response to roads associated with natural gas extraction in a sagebrush steppe habitat. *Western North American Naturalist*.

Johnson, G.D., W.P. Erickson, M.D. Strickland, M.F. Shepherd, D.A. Shepherd, and S.A. Sarappo. 2002a. *Collision mortality of local and migrant birds at a large-scale wind power development on Buffalo Ridge, Minnesota.* Wildlife Society Bulletin 30:879-887.

Johnson, G.D., W.P. Erickson, and J. White. 2003. *Avian and bat mortality during the first year of operation at the Klondike Phase I Wind Project, Sherman County, Oregon*. Technical report prepared for Northwestern Wind Power and Sherman County Planning Department, Wasco, Oregon.

Leddy, K.L., K.F. Higgins, and D.E. Naugle. 1999. Effects of wind turbines on upland nesting birds in Conservation Reserve Program grasslands. Wilson Bull. 111:100-104.

Lyon, A.G. 2000. *The potential effects of natural gas development on sage grouse (Centrocercus urophasianus) near Pinedale, Wyoming*. M.S Thesis, Department of Zoology and Physiology, May 2000.

Manly, BFJ, LL McDonald, DL Thomas, TL McDonald and WP Erickson. 2002. *Resoruce Selection by animals – statistical design and analysis for field studies*, 2nd Edition. Kluwer Academic Publishers.

Orloff, S. and A. Flannery. 1992. *Wind turbine effects on avian activity, habitat use, and mortality in Altamont Pass and Solano County Wind Resource Areas, 1989-1991*. Final Report to Alameda, Costra Costa and Solano Counties and the California Energy Commission by Biosystems Analysis, Inc., Tiburon, CA.

Robel, R.J. 2002. *Expected impacts on greater prairie-chickens of establishing a wind turbine facility near Rosalia, Kansas*. Report prepared for Zilkha Renewable Energy, 1001 McKinney, Suite 1740, Houston, Texas 77002, September 2002.

Usgaard, R.E., D.E. Naugle, R.G. Osborn, and K.F. Higgins. 1997. “Effects of wind turbines on nesting raptors at Buffalo Ridge in southwestern Minnesota.” *Proceedings of the South Dakota Academy of Science* 76:113-117.

### *Discussion, Questions and Answers*

*Species discussed in the presentation were all western species; is there information on waterfowl or other species in the eastern US?*

*Response:* It was noted that data from offshore sites in Europe do indicate some impact on water birds such as sea ducks. As for the eastern US, there has been little research done on non-collision impacts of wind development in the region. One may assume, however, that if the habitat used by an obligate species is removed, use by that species will decline.

# OFFSHORE WIND

This session addressed the current state of offshore wind energy development. The first presentation summarized selected environmental studies conducted to date at operating offshore wind turbine projects in Denmark and lessons from other offshore wind developments in Europe. Wildlife impacts studies from the Danish sites focused on birds, fish, and mammals. The second presentation provided an update on current permit applications for offshore wind developments in the US, as well as lessons that may be drawn from the European experience.

## *Monitoring Program and Results: Horns Rev and Nysted*

by
Jette Gaarde, *Elsam Engineering*[14]

Denmark started to site offshore wind farms in the 1980s, and is now one of the leading countries in offshore wind installations in Europe. Of 3 GW total electricity consumption, 422 MW (15.9% of consumption) is wind-generated, with another 400 MW planned.

The Danish process to approve construction of offshore wind farms involves several steps, including rigorous pre-construction environmental impact assessment (EIA) and post-construction monitoring. The Danish EIA process involves collection of baseline data, including a description of the proposed site area and evaluation of the possible effects of the wind farm on the environment. (A screening year and year-and-a-half baseline period are used together to provide baseline data for impact assessment purposes.) Post-construction environmental monitoring takes place for two to three years after construction, with annual reports due to the government.

This presentation outlines the Danish siting/EIA process, in the context of the development of Denmark's Horns Rev and Nysted offshore wind projects, developed by Elsam Engineering. In 1998, the Danish government issued a ministerial order for the construction of five wind farms. Sites had to be no more than 12-15 m deep. Protected areas and military exclusion zones were avoided. Three of the five sites originally identified were later dropped, leaving Horns Rev and Nysted. Elsam Engineering's formal application was reviewed, and in 1999, an in-principle approval was issued. The in-principle approval set the preliminary engineering and pre-construction environmental assessment into motion. In 2001, final approval of the projects was obtained after public hearings and government acceptance of Elsam's EIA reports and project proposals.

The Horns Rev site is located 14 km off the western coast of Denmark and consists of 80 2-MW turbines built on a seabed of sand, in water 6.5-13.5 m deep. A monopile foundation design was employed at this site. The Nysted project is located 10 km off the coast and consists of 72 2.3-MW turbines built on a seabed of sand over heavy clay, in

[14] Kraftvaerksvej 53, DK-7000 Fredericia

Rvsd Plan - 00003271

water 6.5-9.5 m deep. A gravitation foundation design was employed at the Nysted site.

Developers gathered baseline information over a period of about a year at each site, and monitored the sites for a variety of potential impacts, including: disturbance effect and risk of collision for birds; impact on mammals (e.g., seals and porpoises); impacts on fish; and impacts on bottom-dwelling flora and fauna. Geomorphology and noise/vibration effects were also monitored. Impact surveys were conducted on the introduction of hardbed habitat (artificial reef effect) and on the farm's visual and socioeconomic significance. Methodologies employed include underwater surveys of hard bottom and fish communities around turbine foundations, aerial surveys of birds and seals, radar studies to count migrating birds, infrared (IR) camera monitoring of birds, and remote video registration of seals.

Seals are of particular concern with respect to Danish offshore wind development as they are protected under an EU habitat directive and the Jutland Wadden Sea, which surrounds Denmark, has a population of 3,500 seals. Ten seals were marked and tracked in order to examine temporary and permanent impacts on the species from the construction phase of the project. Preliminary conclusions indicated that seals travel farther than presumed. There were large seasonal and individual variations. Some of the marked seals moved to German territory.

Porpoises are another mammal of potential concern in waters off Denmark. Previous surveys indicated that the Horns Rev area is one of high density for porpoises, and so an evaluation of the entire area's importance for porpoises was conducted. It was found that porpoise activity decreased in and outside of the wind farm area during the ramming process that is part of the installation phase of the project, but returned to normal levels three to four hours after ramming. Throughout the construction phase, there was a general effect on the behavior of the animal up to 10-15 km from the wind farm. During construction, a pinging device was used to disperse the mammals from the immediate area and thereby mitigate noise impacts. It is not certain how effective these measures are because of the lack of data on potential noise impacts. Studies are still being conducted to determine the possible effects of noise on marine species, particularly porpoises.

The impact of offshore wind power developments on bird species is also of potential concern. The Horns Rev wind farm area is of international importance for the Red- and Black-throated diver, Eider, Common scoter, Common tern, and Sandwich tern. The area also holds large numbers Guillemot, Gulls, and Gannet. Bird impact studies at the Horns Rev wind development examined disturbance impacts on wintering and resting bird species and collision risk for migrating and local species. Research at the site focused on the wind farm area itself, a transect outlining the wind farm 2 km out, and another transect at 4 km out from the actual site boundary.

Disturbance impacts were assessed by estimating the area's importance to birds, and gathering detailed baseline information. Disturbance observations (counts from planes) are made during months where weather permits. By integrating these data an estimate of the potential impacts on wintering and resting birds was made. One species examined was the Common scoter, which may have been displaced by the construction of the turbines.

However, further research is necessary to determine whether their movement might have been a function of natural variation in the feeding ground, or related directly to the wind farm construction. At Horns Rev, bird disturbance studies concluded that Divers and Razorbills seem to move away from the wind farm area during construction (without statistical significance), while Herring Gulls are attracted to the wind farm area (with statistical significance).

Collision investigations also are conducted about once a month, using radar observations (from a transformer station in the NE corner of the array) and visual observation (to detect type of bird). Collision risk studies at Horns Rev involved collecting baseline data for evaluating collision risk and quantifying the risk of collision frequency. The basic categories of bird activity investigated were occurrence (species, number, day/night, where, when); avoidance/attraction; flying height, speed, and direction; size of flock; activity (foraging, transit); and weather. Based on visual and radar observations, it was found that for the most part birds passing through the Horns Rev area were flying north to south. Birds have been observed flying around the wind farm area and some have been seen flying between the turbines. Plans have been made to start vertical radar studies to determine if/how many fly over the site. There were no direct observations of collisions/ fatalities at Horns Rev. However, it is important to remember that because it is an offshore site, it is difficult to identify fatalities by collecting carcasses.

In addition to wind development's impacts on wildlife, the socioeconomic, visual, and noise impacts are also considered by Danish developers. The sociological aspect seeks to determine and explain the preferences of the public. The economic aspect attempts to evaluate the economic consequences of offshore wind turbines in relation to individual preferences. The visual impact of Horns Rev after construction is comparable, if not less than expected, to pre-construction computer-generated visualizations of the view from the coast.

### *What Has the US Wind Industry Learned from the European Example?*

by
Bonnie Ram, *Energetics*[15]

Offshore wind power development is currently under consideration in the United States, with research being conducted by the National Renewable Energy Laboratory (NREL).

NREL is mapping the offshore wind resource along the northeast coastline, investigating the permit process, regulatory requirements, and potential ecological impacts, and evaluating technology pathways for an offshore wind industry in the US. As with onshore wind projects, there are many potential ecological concerns to consider in siting and construction, including potential impacts on: sea mammals, fisheries and avian species; hydrography, coastline, and artificial reefs. Viewshed, socioeconomics, and noise/vibration impacts need to be taken into account, as well as the potential for disturbing radar/radio

[15] 901 D St., SW Suite 100, Washington, DC 20024

communications, navigation and air traffic, and marine archaeology. Logistics and maintenance issues also need to be taken into account, in relation to increased traffic and the potential impact from subsea cables and transmission lines.

Fortunately, developers and regulators in the US have the benefit of drawing on the European offshore experience to date as the US enters into this phase of offshore wind energy development. European offshore wind farms have been in operation since the early 1990s, and there are a variety of lessons to be learned from the approach of European developers and governments to the development of offshore wind facilities.

- Heavily subsidized demonstration projects (essentially public-private partnerships) were very important and provided useful learning. For example, the Danish government has allocated over a million US dollars annually into environmental monitoring of offshore wind projects.
- Preliminary conclusions across European sites are lacking, although a European Community effort comparing findings from 180 sites is underway.
- Good baseline studies are critical for monitoring purposes. The most scientifically rigorous results are obtained with Before-After-Control-Impact (BACI) methodologies. Study designs and results must be peer reviewed.
- Establishing "zones for development" may help developers avoid sensitive ecological areas. For example, the United Kingdom outlines areas suitable for wind development before developers could make proposals. In addition, the European Union designates protected areas and countries must adhere to the designations as they develop wind energy facilities.
- Viewsheds are a controversial aspect of offshore wind development.
- Finally, the European experience demonstrates the effectiveness of a national energy policy comprising both political will and financial incentives (i.e. lawsuits are not typical). The Kyoto agreement has been a key factor motivating offshore wind policy in Europe.

There have been several offshore wind permit applications proposed in different US Army Corps of Engineers (USACE) district offices. However, only one application (in the New England District) is complete and underway. The table below gives an overview of the applications submitted in the US.

Offshore Wind Permit Applications (US)

| Applicant | Project Location | Application Filed | Status |
|---|---|---|---|
| Cape Wind | Nantucket Sound | November 2001 | Draft EIS expected this year |
| Bald Eagle Power | Long Island Sound | May 2002 | The applicant is revising the application |
| Greenlight | Lake Erie | May 2003 | Project on hold |
| Winergy | Plum Island, NY | June 2003 | Incomplete Application |
| Winergy | Smith Island, VA | July 2003 | Application administratively withdrawn |
| Winergy | Asbury Park, NJ | NA | No meeting scheduled |
| Winergy | 4 sites in New Jersey | NA | Pre-application meeting Nov 2002 |
| Winergy | Indian River, Delaware | NA | Pre-application meeting Feb 2003 |
| FPL Energy | Long Island Sound | TBD | Awarded the end of May 2004 |

NREL has been closely tracking two key offshore wind power developments in the US – Cape Wind in Nantucket Sound, MA, and the FPL Energy site off of Long Island, NY. The Cape Wind project would be the first offshore project in the US and would consist of 130 turbines operating at a total capacity of 468 MW. The area covered by the site is about 20 square miles, with turbines located on Horseshoe Shoal, a shallow area in the middle of Nantucket Sound. The draft Environmental Impact Statement (EIS) is expected to be available to the public in 2004. A meteorological tower is collecting wind, wave, and temperature information at the proposed site. Two lawsuits have been filed in relation to the Cape Wind project, dealing with jurisdictional and regulatory authorities of the US Army Corps of Engineers. To learn more about the Cape Wind project go to the USACE website: http://www.nae.usace.army.mil.

In 2002-2003, the Long Island Power Authority (LIPA) and New York State Energy Research and Development Authority (NYSERDA) partnered to identify the best possible site for an offshore wind farm in Long Island Sound. The site identified is a few miles off the coast of Jones Beach. The site would produce as much as 150 MW of power and LIPA, a municipal utility, has guaranteed to enter a purchase power agreement and to build the substation cable. This project is still in the conceptual stage and is early in the public involvement process, but has strong state political support. In May, LIPA selected Florida Power & Light as the developer. To learn more about this offshore wind project, go to www.lioffshorewindenergy.org on the web.

Regulation of offshore wind development in the US presents a rather complex situation

because there is no experience and there are multiple jurisdictions for ocean activities. State boundaries extend three nautical miles off the coast (with the exception of Texas, whose state boundary extends ten miles into the Gulf of Mexico), and the Federal boundary extends to 12 nautical miles. There are many federal agencies and regulations that could potentially come into play when siting and permitting a wind farm. The US Army Corp of Engineers takes the lead in coordinating its section 10 permit and the concurrent National Environmental Protection Act (NEPA) process. One of the primary objectives of the permitting process is public involvement.

In addition to what may be learned from European coordination of environmental studies, US wind developers and regulatory agencies may draw on their own experience with US wind energy development to date. NREL and NWCC workshops with regulators and stakeholders tend to highlight the uncertainties around offshore wind development in areas such as: ecological effects and risk levels; best available data and standards of measurement; environmental benefits; and the issue of multiple government agencies with potential jurisdiction over a project. Market-driven development also requires due diligence from regulators as many applications may be filed, but only some developers actually have the resources and know-how to follow through with project development.

There have been several other lessons learned in recent years about the process of wind development in the US. People with limited knowledge of the technology and/or the marine environment may create an unnecessary fear of offshore wind developments. Therefore it is important to educate the public early and encourage informed debate. Lack of a national energy policy leaves individual agencies to set their own policies, but sustainable development requires interagency coordination. At this point in the US, states are taking the lead on wind power development with Renewables Procurement Standards (RPSs). It is unclear which agency will have jurisdiction (and what decision-making process will be used) regarding offshore energy development on the outer continental shelf. The proposed national energy bill may shift jurisdictional control to the Minerals Management Service, though the US Army Corp of Engineers would still be involved.

In terms of environmental concerns in the US, the history of avian and bat issues as well as public reaction to viewshed impacts are instructive. The "green" image of wind power has been tarnished by incidents of bird fatalities at Altamont Pass in California, though this is a unique development with thousands of turbines. There are also questions about the cumulative effects of wind projects on bird populations and habitat. It is evident that research protocols and peer review of impact studies at wind farms is necessary, and that baseline studies are critical. The collaboration of industry, government, and NGOs to fund wind-bird/bat research has proven effective. Finally, the NIMBY ("not in my backyard") aspect of public perception/opinion may become more prominent as the numbers of wind projects grow.

Future DOE/NREL activities to promote appropriate development of offshore wind resources in the US include:

- Coordination of workshops in 2004 (a proposed technical tutorial for New York regulators; international deep water research and development workshop, validation

of resource maps)

- Technical support for state agencies with offshore wind activities
- Review and analysis of the Cape Wind Draft Environmental Impact Statement
- Technical support for the International Energy Agency proposed offshore annex
- Continued analysis and lessons learned from European environmental studies from installed offshore wind sites.

[A tight schedule precluded time for group discussion of this presentation session.]

# BAT ECOLOGY RELATED TO WIND DEVELOPMENT AND LESSONS LEARNED ABOUT IMPACTS ON BATS FROM WIND DEVELOPMENT

This session shifted the focus of the workshop to the issue of wind energy development's impacts specifically on bats. The presentations discussed lessons that have been learned regarding direct and indirect impacts on bats, and strategies planned to address such issues. Presenters addressed what the existing science demonstrates about land-based wind turbine impacts on bats, including: mortality, avoidance, direct habitat impacts, species and numbers killed, per turbine rates/per MW generated, and impacts on threatened and endangered species. They discussed whether there is sufficient data for wind turbines and bat impacts for projects in the eastern US, especially on ridge tops. Finally, the subject of offshore impacts on bats was briefly addressed, including what lessons have been learned in Europe and how these can be applied in the US.

## *A Review of Bat Impacts at Wind Farms in the US*

by
Greg Johnson, *WEST, Inc.*

Bat collision mortality at wind farms is a definite concern with respect to the ongoing development of wind energy facilities. It is important to note, however, that bat collision is not unique to wind farms. Bats also are known to collide with lighthouses, communication towers, tall buildings, powerlines, and fences. Nevertheless, bat collision mortality at wind plants is a widespread phenomenon, with bat mortality at wind plants often exceeding avian collision mortality. (Between mid-July and mid-September, the number of bat fatalities found at Buffalo Ridge, Minnesota averaged on the order of 175 bats compared with about 10 avian fatalities during the same period.)

Of forty-six species of bats in North America, eleven species have been identified among fatalities at wind plants, although no federally endangered or threatened bats have been found at a US wind farm. Typically, bat mortality involves solitary, tree-roosting bat species such as the silver-haired, hoary and eastern red bats. Hoary bats account for nearly half of all bat fatalities at wind plants. Other species impacted by collisions with wind turbines include the northern long-eared bat, western red bat, Brazilian free-tailed bat, long-eared myotis, and the Seminole bat.

The overall average bat fatality rate for US wind projects is 3.4 fatalities per turbine per year, or 4.6 per MW per year. The highest rates of bat mortality at wind plants have been found in the Eastern US, with one particularly large fatality event occurring at Mountaineer, West Virginia. In all other regions of the US, bat fatality rates are relatively low (see table, below). Generally, bat mortality occurs primarily in the late summer and early fall. Existing data include a summary of 1,628 fatalities, with about 90% occurring from mid-July to the end of September and over 50% of those occurring in August. It has been found that the late summer increase is *not* due to increases in the number of inexperienced juvenile bats. For example, at the Buffalo Ridge site in Minnesota 68% of

the fatalities found were adults. At Stateline, Oregon/Washington, 64% of all bat carcasses found were adults.

Bat Fatality Estimates for the US, by Region

| Region | # Studies | # MW | Fatalities/ Turbine/year | fatalities/ MW/year | ~ Annual Fatalities |
|---|---|---|---|---|---|
| Northwest | 4 | 397 | 1.2 | 1.7 | 675 |
| Rocky Mountains | 2 | 68 | 1.2 | 1.9 | 129 |
| Upper Midwest | 4 | 254 | 1.7 | 2.7 | 686 |
| East | 2 | 68 | 46.3 | 32 | 2,176 |
| Overall | 12 | 787 | 3.4 | 4.6 | 3,620 |

The seasonal timing of high bat fatality rates at wind plants does suggest that migrating bats are involved. For instance, hoary bats, eastern red bats, and silver-haired bats all migrate from mid-July through October. Migratory concentrations of hoary bats have been observed throughout North America in the month of August. In addition, the autumn dispersal of eastern pipistrelle, big brown and little brown bats occurs from the last week of July to mid-October. One possible reason that bat mortality at wind sites is much lower in the spring, as opposed to the fall, is that bats may follow different migration routes in each season and generally have different migration behavior (i.e., leisurely in spring vs. hurried in the fall). For example, in Florida it was observed that the fall migration of hoary bats occurred in waves, but the spring migration was more scattered and less organized.

Other evidence regarding bat mortality at wind energy facilities suggests that fatalities do not involve resident or foraging populations, which by default again points to migrating populations as the key group at risk. With respect to resident populations, research has shown that at Buffalo Ridge, Minnesota, Foote Creek Rim, Wyoming, Wisconsin, and the National Wind Technology Center in Colorado, relatively large populations of bats were documented breeding in close proximity to wind plants when no or few fatalities were documented. Moreover, only 51 of the 1,628 (3.1%) documented bat fatalities across the US have occurred during June and early July when most bats are residing at summer breeding areas.

Studies of bat activity also suggest that fatalities at US wind facilities do not involve foraging bats. For example, a bat activity study conducted in Minnesota found 2 passes per night at turbines compared to 48 passes per night in more suitable habitats such as woodlands and wetlands. Also, no "feeding buzzes" typically made by foraging bats were documented at turbines in Minnesota or Wyoming; however, bats foraging at the top of the turbine hub or higher would not have been detected. Generally, the turbines in the West and Midwest with the highest bat mortality are situated in crop fields, pastures, or short-grass prairies – all of which are habitats not typically used by foraging bats. One study from Sweden did, however, find that bats were foraging near turbines.

Given their finely-tuned echolocation capabilities, it is somewhat of a mystery as to why bats cannot detect wind turbines. For example, bats can navigate through constructed clutter zones made of staggered vertical strands of fine wire, spaced 1 m apart. It has also been demonstrated that captive bats can avoid colliding with moving objects more successfully than stationary ones, presumably because their foraging habits program them to detect moving objects.

So the question remains, why do bats collide with turbines? Several researchers believe that migrating bats may navigate without the use of echolocation. For example, a study conducted in Wyoming suggests that migrating hoary bats do not echolocate (Gruver 2002). Of 20 echolocation calls recorded at turbines and attributed by species, only one was a hoary bat even though this species comprised 88% of the fatalities. (Again, however, migrating hoary bats flying at or above the turbine hub height would not have been detected by the instruments being used in this study.) A study from Minnesota offers contradictory evidence that migrating bats possibly do echolocate, as echolocation activity was found to peak in late July and August, around the beginning of the migration period (Johnson et al. 2003). Generally, evidence suggests that bats depend on vision rather than echolocation for long-distance orientation. Thus, if bats are flying through wind farms by sight only, then causes of bat mortality could be similar to causes of nocturnal avian collision mortality at wind plants.

Another key question regarding bat mortality at wind plants is whether turbines attract bats. Several studies have shown high foraging activity by bats around artificial lights. Lights on turbines may attract moths and other nocturnal insects, thus increasing the probability of bat collisions since bats feed on insects at night. However, several data sets have been examined to date and there has been no correlation between turbine lighting and bat activity or mortality at turbines. For example, at Buffalo Ridge, Minnesota there are 138 turbines and every other one is lit. There have been 171 fatalities found at the site, of which 52% were found at lit turbines and 48% at unlit turbines. Findings at another Minnesota site as well as at Foote Creek Rim, Wyoming, Klondike, Oregon, and Stateline, Oregon/Washington sites similarly seem to indicate that bats are not attracted specifically to lit turbines.

Other possible reasons why bats could be attracted to wind turbines include roosting behavior and noise effects. An older study (Dalquest 1943) reported that migrating hoary bats look for the nearest available tree when daylight approaches, so it may be possible that bats mistake turbines for trees. There have been questions raised regarding whether turbines emit ultrasonic noises that attract bats or "jam" their echolocation frequencies. Bat echolocation devices placed at turbines have not detected any ultrasonic noises, but it should be noted that the detectors used are not capable of picking up ultrasonic noises from the nacelle or higher portions of the turbine. Other bat activity studies from Iowa (Koford 2004) and Sweden (Ahlen 2003) also found that bats were not attracted to turbines. An interesting aspect of this problem is that if bats were simply colliding with a random obstacle (that happened to be a wind turbine), higher mortality would be expected at meteorological towers supported by guy wires. However, searches conducted at six Foote Creek Rim meteorological towers did not bear this out. (None of the 128 bat carcasses, found at Foote Creek Rim, were found near the met towers. Searches conducted at Buffalo

Mountain, Tennessee (Nicholson 2003) and Buffalo Ridge, Minnesota (Johnson et al.2003) also found no dead bats at met towers.

Given the uncertainty that exists regarding wind turbine-bat interaction, there are a number of research questions still to be addressed with respect to the issue. Some of the key research questions to be answered at this point include:

- Are the bat species involved more susceptible than others or is the fatality composition proportional to the abundance of migrating bats?
- At what altitude do migrating bats fly?
- To what extent do migrating bats echolocate?
- Do bats follow linear features such as ridgelines while migrating?
- How can bat migration corridors be identified pre-construction?
- What factors may be related to collisions – weather, fronts, turbine operation?
- What affect does collision mortality have on populations?
- Is there any way to repel bats from wind turbines?
- What can be done to mitigate bat mortality at wind energy facilities?

To address any of these questions thoroughly will require methods and tools (night vision devices, infrared cameras, radar) for documenting bat behavior and collisions — and for helping formulate solutions.

## References

Ahlen, I. 2003. Wind turbines and bats – a pilot study. Final Report. Dnr 5210P-2002-00473, P-nr P20272-1.

Dalquest, W.W. 1943. Seasonal distribution of the hoary bat along the Pacific coast. Murrelet 24:21-24.

Gruver, J.C. 2002. Assessment of bat community structure and roosting habitat preferences for the hoary bat (*Lasiurus cinereus*) near Foote Creek Rim, Wyoming. M.S. thesis, University of Wyoming, Laramie. 149 pp.

Johnson, G.D., M.K. Perlik, W.P. Erickson, M.D. Strickland, D.A. Shepherd, P. Sutherland, Jr. 2003. Bat interactions with wind turbines at the Buffalo Ridge, Minnesota Wind Resource Area: an assessment of bat activity, species composition, and collision mortality. Electric Power Research Institute, Palo Alto, California, and Xcel Energy, Minneapolis, Minnesota. EPRI report #1009178.

Koford, R., A. Jain, G. Zenner, and A. Hancock. 2004. Avian mortality associated with the Top of Iowa Wind Farm: Progress Report, Calendar Year 2003. Iowa Cooperative Fish and Wildlife Research Unit, Iowa State University, Ames, Iowa, 9 pp.

Nicholson, C.P. 2003. Buffalo Mountain Windfarm bird and bat mortality monitoring report: October 2001-September 2002. Tennessee Valley Authority, Knoxville, Tennessee.

## *Wind Power: Bats and Wind Turbines*

by
Thomas H. Kunz
*Center for Ecology and Conservation Biology*
*Boston University*[16]

### PART I: WHAT IS CURRENTLY KNOWN

There are some things we know regarding the interaction between bats and wind turbines, and also a variety of things that are unknown (Johnson et al. 2003; Ahlen 2003). Wind energy is the fastest growing sector of the power industry, with over half of the states in the US possessing developed on-shore wind resource areas and wind power prevalent throughout Europe (Elliott, Schwartz and Scott 2004). Europe has also pioneered offshore wind developments (Pasqualetti, Righter and Gip 2004), with the US currently exploring offshore options.

It is known that bats are being killed by wind turbines and that about 90% of the fatalities are migratory species, with most bat fatalities occurring in late summer and fall (Pasqualetti, Righter and Gip 2004). It is also known that wind turbine sites are concentrated along expected migratory corridors, such as along ridge tops and in open plains (on-shore) and along coastal regions (offshore). Turbines are tall and mostly white, with pronounced blade tip and wake vortices (Petersen and Madsen 2004; Morrison and Sinclair 2004). Rotating turbine blades create motion smear and turbulence (Pasqualetti 2004; Petersen 2004), while rotors and turbine blades produce audible (and possibly ultrasonic) sounds (Morrison and Sinclair 2004).

At present, the short- and long-term quantitative environmental effects of existing turbines have not been adequately assessed (although there are more data on birds than bats) (Ahlen 2003; Morrison 2004). It can be further argued that re-powering of existing turbine sites with larger and more efficient turbines poses an unknown risk on bats (and birds) at sites that have shown little adverse impact to date. There are several outstanding questions regarding the characteristics of wind turbines that should be addressed. Some of the key questions are noted as follows:

- Do wind turbines attract bats? If so, how and when?
- Do wind turbines attract flying insects? If so, how and when?

---

[16] 5 Cummington St., Boston, MA 02215

- Can wind turbines be locked or shut down during bat migration?
- If wind turbines attract bats, can they be modified to reduce impact?
- Can wind turbines be structurally modified to mitigate impacts on bats?

There are also a number of outstanding questions with respect to bats and their behavior that also need be answered, including:

- What are the migratory corridors of bats?
- What sensory cues do insectivorous bats use at night, especially migratory species?
- What time of night or day are bats being killed by wind turbines?
- Do bats collide with turbine blades or with the tower poles?
- How many bats are actually killed by wind turbines?
- What is the feeding behavior of bats in the vicinity of turbines?
- What are the ages of bats killed by wind turbines?
- Is mortality linked to age, sex, or reproductive condition?

I have listed nine hypotheses for testing in an attempt to determine how and why insectivorous bats are being killed by wind turbines: sensory failure, roost attraction, acoustic attraction, insect concentration, food resources, reduced maneuverability, decompression, and light attraction.

- The ***sensory failure hypothesis*** postulates that migrating and feeding bats fail to visually or acoustically detect wind turbines (Ahlen 2003). The smooth cylindrical turbine masts may not be detected by during night migration and it is possible that motion smear associated with rotating turbines (Morrison and Sinclair 2004) also makes it difficult for bats to see turbine blades, if vision is used by bats flying at relatively high altitudes

- The ***roost attraction hypothesis*** asks whether bats are attracted to wind turbines during migration because they are perceived as roost trees (Ahlen 2003). If bats approach a wind turbine tower, as if was a roost place, fatalities may result. This hypothesis is provisionally supported by observations that the greatest number of bats killed at the Mountaineer site in West Virginia was located relatively near the towers (J. Kearn, pers. comm.).

- The ***acoustic attraction hypothesis*** states that blades from some wind turbines emit low frequency sounds that attract bats (Ahlen 2003). If bats are attracted to the sound, and encounter turbine rotors, fatalities may occur.

- The ***insect concentration hypothesis*** employs the following logic. Many flying insects rise in altitude with warm daily air masses; insects become concentrated along high points in the landscape, known as “hill-topping” at night; migrating and foraging bats may use corridors with high insect concentrations and therefore collide with turbines

on ridge tops where insects often concentrate (Ahlen 2003).

- The ***insect entrapment hypothesis*** postulates that flying insects are attracted to the white turbine masts at night and then get trapped in the wake of the downstream vortex. Bats are in turn attracted to the concentrations of insects in the wake and collide with the turbine in the process of trying to feed on the insects. This hypothesis may be most relevant to locally feeding, non-migratory species, rather than migratory species.

- The ***linear corridor hypothesis*** states that many bats follow linear corridors while foraging and during migration, and thus they tend to concentrate in areas where forests have been cut down to create right-of-ways for wind turbine construction and maintenance.

- The ***reduced maneuverability hypothesis*** states that the body mass and wind loading of migrating and prehibernating bats increase during the summer and autumn (Kunz, Wrazen, and Burnett 1998), thus reducing their ability to maneuver in the air and making them less able to avoid wind turbines.

- The ***decompression hypothesis*** states that flying bats are killed by rapid decompression as they encounter the turbulence associated with rotating wind turbines.

- The ***light attraction hypothesis*** states that flying bats are attracted to the flashing lights placed on wind turbines to warn low flying aircraft. Recent evidence suggest that there is no difference in fatality rates at lighted and unlighted wind turbines (Johnson et al. 2003), although additional evaluation is needed using different colors, positions, and flash frequencies.

In addition to testing the above hypotheses, monitoring programs should be conducted both pre- and post-construction, with a focus on identifying species, estimating population trends and demographic variables, and on identifying habitat and environmental variables (Morrison and Sinclair 2004). There are several types of studies that should be thoroughly executed to fully assess the impacts of wind turbines on bats. The siting of turbines and their design characteristics need to be examined. Assessment of insect activity should be carried out and test (wind turbine) and control (no wind turbine) sites. Comprehensive bat fatality assessments need to be conducted at all sites with the use of cutting novel methods (e.g., bat sniffing dogs) and standardized sampling and survey methods (daily and seasonal surveys). Key environmental variables (e.g., moon phase, moon light intensity, cloud cover, air temperature, wind speed and wind direction) should be collected at the altitudes above the ground where flying bats are expected to encounter wind turbines. In turn, these data should be used to develop models of bat fatalities at wind turbine sites.

Monitoring methods should minimally include: ground surveys, acoustic (ultrasound) recordings, spotlighting, night vision imaging, infrared thermal imaging, and radar imaging. Pre-construction assessments should focus on acoustic and radar monitoring, infrared thermal imaging, and insect sampling. Use of mist nets set at ground level is highly questionable for assessing the presence of migrating and feeding bats in the vicinity of wind turbines. In addition to the above mentioned detection devices, post-construction

assessments should incorporate fatality searches and scavenger/decomposition assessment. Proposed protocol criteria and data required for assessing and modeling bat fatalities are outlined below.

### Proposed (Post-Construction) Protocols for Assessing Bat Fatalities at On-Shore Sites

| | |
|---|---|
| Minimum Search Area | Span of wind turbine rotor |
| Frequency of Search | Daily at 1/3 of the sites<br>Weekly at 1/3 of sites<br>None at 1/3 of sites |
| Time of Search | Daytime |
| Consistent Search Effort | One hour per wind turbine |
| Search Path | Circular |
| Search Period | March-November |
| Human Observers | x 2 |
| Use of Trained Dog "Sniffers" | To test human searcher efficiency |

### Data Needed for Assessing and Modeling Bat Fatalities at Wind Turbines

| | |
|---|---|
| Date | Day, month, year |
| Environmental Conditions | e.g., temperature, precipitation, light, etc. |
| Relationship of bat position from turbine | Bearing and distance |
| Species Identification | e.g., forearm length of bats |
| Further specification | Sex, age (juvenile v. adult, based on fused epiphyses) |
| Reproductive condition | e.g., pregnant, lactating, post-lactation, non-reproductive |
| Physical condition | e.g., broken bones, abrasions, decomposition, damage from scavengers |

When assessing bat fatalities, results should be corrected for searcher bias, scavenging/removal bias, crippling/injury bias, and habitat bias.

## PART II: IDEAS FURTHER RESEARCH

In February 2004, Bat Conservation International (BCI), US Fish & Wildlife Service) (USFWS), American Wind Energy Association (AWEA), and National Renewable Energy Laboratory (NREL) sponsored a two-day workshop in Juno Beach, Florida. Hosted by FPL Energy, the Bats and Wind Power Generation Technical Workshop grew out of concern about bats at the Mountaineer, West Virginia site. The workshop brought together bat ecologists and ornithologists, Federal and state government agencies, and people from the wind industry to share information about how wind power affects bats and to identify ideas for better understanding and resolving bat-related issues in wind energy development. In particular, we wanted to learn what had occurred at Mountaineer, what were the significant knowledge gaps, and what are the most helpful tools, technologies, and information-gathering techniques to better understand bat-turbine interactions and quantify the

magnitude of problem. We wanted to figure out what actions to take – both immediate next steps to address problems, near-term priorities. For top ten priorities, we came up with a table with "soundbite" descriptions of what needs to be done, tasks, performers, schedule, costs, and immediate next steps. We tried to develop a seasonal understanding of what needed to be done.

A peer-reviewed paper that raises a variety of wind power-related issues such as bat issues, technology and research protocols is being developed. It is hoped this paper will provide information to researchers, Federal and state agencies, and people in the wind industry – most of whom are expected to contribute to this paper. (It is quite rare to have input from this wide of a range of stakeholders in a peer-reviewed paper.)[17]

There are a variety of points to consider for future work/research on bat monitoring protocols. The importance of temporal and spatial considerations in fatality assessment is of high importance. While night vision devices, including infrared reflectance imaging, requires some light source (for bright moon light or an infrared light source), infrared thermal imaging (which detects heat) can be used independent of ambient light (Frank et al. 2003). This technology can be used to successfully to monitor and census flying bats (Ahlen 2003; Frank et al. 2003). Infrared thermal imaging has the advantage of making it possible to distinguish between birds and bats (Kunz, pers. obs.). Visible spotlighting may be the most cost effective way to do make visual spot checks for activity of bats and insects in the vicinity of wind turbines. Spotlighting should be relatively brief (<30 seconds) to avoid attract insects (and bats) in the beam of light.

Monitoring studies should employ ultrasonic detectors to record sounds produced bats (typically in the range 20 to 100 kHz. However, most ultrasonic detectors have a relatively short range of detection (<30 m) (Pettersson 2004), thus they should be positioned high enough above the ground to detect bats that are likely to encounter turbine towers and rotors. Most small, frequency modulating (FM), echolocating bats have a fairly short range of effectiveness for detecting objects while in flight (typically < 5 m) (Fenton 2004; Pettersson 2004). Marine surveillance radars may be effective at detecting flying targets, but they cannot distinguish birds from bats. Using infrared thermal imaging in conjunction with marine surveillance radar may prove useful in distinguishing bats from birds in radar images. Sticky traps may prove useful for assessing insect activity in the vicinity of wind turbines (Pettersson 2004).

## References

Ahlen, I. 2003. Wind turbines and bats—a pilot study. Final Report Dnr 5210P-2002-00473, P-nr P20272-1, Swedish National Energy Commission, Eskilstuna, Sweden (English translation by I. Ahlen, 5 March 2004).

Cooper, B.A. 1996. Use of radar for wind powered-related avian research, In: 1995

[17] A report on the workshop, produced by Energetics, Inc. (Bob Thresher, Bonnie Ram), will be posted on the NREL avian web page www.nrel.gov/wind/avian_lit.html)

National Avian-Wind Power Planning Proceedings, LGL Ltd, Environmental Research Associates, King City, Ontario, 15 pp.

Elliott, D., M. Schwartz, and G. Scott. 2004. Wind resource base. Pp. 465-479, In: Encyclopedia of Energy, Vol. 6 (C. Cleveland, ed.). Elsevier, Oxford, UK.

Fenton, M.B. 2004. Bat natural history and echolocation. Pp. 2-6, In: Bat Echolocation Research: Tools, Techniques and Analysis (R.M. Brigham, E.K.V. Kalko, G. Jones, S. Parsons, and H.J.G.A. Limpens, eds.). Bat Conservation International, Austin, Texas.

Frank, J.D., T.H. Kunz, J. Horn, C. Cleveland, and S. Petronio. 2003. Advanced infrared detection and image processing for automated bat censusing. Pp. 261-291, In: Infrared Technology and Applications XXIX (B.F. Andresen and G.F, Fulop, eds.). Proceedings of SPIE, 5074.

Johnson, G.D., W.P. Erickson, M.D. Strickland, M.F. Shepherd, D.A. Shepherd, and S.A. Sarappo. 2003. Mortality of bats at a large-scale wind power development at Buffalo Ridge, Minnesota. The American Midland Naturalist, 150: 332-342.

Kunz, T.H., J.A. Wrazen, and C.D. Burnett. 1998. Changes in body mass and body composition in pre-hibernating little brown bats (*Myotis lucifugus*). Ecoscience, 5: 8-17.

Kunz, T.H. 1988. Methods of assessing the availability of prey to insectivorous bats. Pp. 191-210, In: Ecological and Behavioral Methods for the Study of Bats (T.H. Kunz, ed.). Smithsonian Institution Press, Washington, D.C.

Morrison, M.L. and K. Sinclair. 2004. Environmental impacts of wind energy technology. Pp. 435-448, In: Encyclopedia of Energy, Vol. 6 (C. Cleveland, ed.). Elsevier, Oxford, UK.

Pasqualetti, M., R. Righter, and P. Gip. 2004. History of wind energy. Pp. 419-433, In: Encyclopedia of Energy, Vol. 6 (C. Cleveland, ed.). Elsevier, Oxford, UK.

Petersen, E. and P.H. Madsen. 2004. Wind farms. Pp.449-463, In: Encyclopedia of Energy, Vol. 6 (C. Cleveland, ed.). Elsevier, Oxford, UK.

Pettersson, L. 2004. The properties of sound and bat detectors. Pp. 9-12, In: Bat Echolocation Research: Tools, Techniques and Analysis (R.M. Brigham, E.K.V. Kalko, G. Jones, S. Parsons, and H.J.G.A. Limpens, eds.). Bat Conservation International, Austin, Texas.

### *Discussion, Questions and Answers*

*Comment:* FPL Energy first met to discuss bat-wind turbine interactions in December 2003; the Juno Beach workshop was held in February, and now (in May) is gearing up to do a study of fall bat migration at Mountaineer. The $300,000 effort (including funding a full-time bat-wind turbine interactions staff position and bringing technology up to Mountaineer to do study). In terms of birds, it's been very difficult to actually observe the interaction, but hoping to be able to accomplish that at Mountaineer with respect to bats.

*Does the wind industry periodically clean turbine blades, in which case they could be examined for insect remains, which may help inform the insect concentration hypothesis?*
*Response:* Turbines are designed to prevent the collection of dust and insects as much as possible. Rotor blades in the West require more regular cleaning because there is less rainfall.

*Has the airspeed of bats relative to the wind speed in the rotor vortex been examined?* The participant also asked whether insect updraft along ridgelines had been investigated, noting that some of those types of wind currents reverse at night.

*Response:* Existing evidence suggests that insects are drawn up during the day and concentrate on ridges at night.

*Comment:* There have been inconsistent statements made about the range of bats' echolocation abilities.

*Response:* Bat echolocation has been detected as far out as 30 m, but most insectivorous bats that produce frequency modulated (FM) calls typically can only detect small insects within the range of 2-5 m. There is no empirical evidence that bat echolocation has been recorded at distances of 100 m or more.

*Comment:* Research protocols between birds and bats may need to be coordinated.
*Response:* This may be difficult. Bird carcasses are easier to spot than bat carcasses. When a bat dies, it folds up, so that the carcass looks like a small brown blob about the size of man's thumb.

## WHAT DO WE KNOW ABOUT CUMULATIVE OR POPULATION IMPACTS?

This session was structured as a panel discussion concerning the potential cumulative impacts of wind turbines on bird and bat populations over time. Panel members gave brief presentations that touched upon what is currently known, what laws apply, and the usefulness of population modeling. Topics addressed included which sources of modeling should be included in cumulative impacts, comparison of impacts from different modes of energy generation, as well as what research is still needed regarding cumulative impacts of wind energy development on bird and bat populations.

### *Paul Kerlinger, Curry & Kerlinger, LLC*[18]

With respect to permitting on private land, almost all states with state-level permitting processes make permitting conditional on looking at potential significant biological impacts (local, regional or global), especially for declining, threatened, or endangered species. Permit applications often ask about cumulative impacts. By definition, any project will have cumulative impacts. But how do you deal with that? Do you add potential impacts from a given (wind) project to all the impacts from cell towers, traffic, hunting, etc?

The Migratory Bird Treaty Act stipulates that, if you kill any migratory birds, you are at risk of prosecution, even if you have reason to believe that the risk is small.

Population modeling is complex and challenging. If a species population is declining, how many fatalities will it take to push that population over the edge (so to speak)? How many fatalities for a given species or population before you affect a percentage of the population that is biologically significant? Although we lack many of the reproductive and survivorship parameters needed to run such models and it is hard to put confidence intervals on the results, population modeling issues are not insurmountable.

### *Al Manville, U.S. Fish and Wildlife Service*

We know now that, with the exception of Altamont Pass, wind impacts on avian populations appear to be low, based on projects assessed and data publicly released from the West, Midwest, and one project in the East. Wind energy is growing exponentially in the US, which raises concerns – as does the fact that 223 bird species (>26% of the 836 species USFWS is currently tasked by law to manage) are in trouble, and that we don't know the status of about one-third of the birds that we're managing.

We know that probably all birds succumb to human-induced threats. While USFWS can deal substantially with some of these threats – e.g., turbines, communication towers, and power lines – there is not much USFWS is able to do about other threats (such as pesticide

[18] 1734 Susquehannock Drive, P.O. Box 66, McLean, VA 22101

poisoning and global climate change). Raptors are a greater collision concern in the West while songbirds and bats are more of a concern east of the Rocky Mountains. We know that grassland songbirds and prairie grouse – especially those lek-breeding species – are very sensitive to structures, disturbance, and habitat fragmentation. All prairie grouse are declining and some are in very serious shape. The current edition of *The Wildlife Society Bulletin* provides a detailed discussion of the fate of prairie grouse. We need to look very closely at the heights songbirds migrate particularly in the East, certainly in New York at the Flat Rock Project, based on preliminary findings by Cooper and Mabee (2000). We need to know much more about bird and bat use and migration along and over Appalachian ridge-tops. We know very little about bats, except that their populations are declining and Federally endangered species like the Indiana and Virginia big-eared bats, among others, are in serious trouble.

Regarding the question about what laws currently apply, we must look on both public and private lands. On public lands, Sections 7 and 9 of the Endangered Species Act (ESA) apply, as well as the National Environmental Policy Act (NEPA), the Migratory Bird Treaty Act (MBTA), the Bald and Golden Eagle Protection Act (BGEPA), and Section 404 of the Clean Water Act (CWA; dealing with wetlands) all apply.

On private lands, Sections 9 and 10 of ESA apply, as do MBTA, BGEPA, and Section 404 CWA. Most of these acts address the issues of "takings" and may require permits.

With regard to population modeling, Richard Podolsky's Avian Rate of Collision modeling efforts are of interest and may be helpful in predicting risk from turbine collisions. Granger Hunt's Golden Eagle modeling at Altamont Pass regarding "floater" birds provides some very interesting insights, but raises questions about stability of the Golden Eagle population in the area. Overall, modeling anthropocentric causes of mortality is interesting but not particularly useful since there still are too many unknowns. Models, as such, may therefore not be that reliable.

Regarding the question of sources of mortality to include in cumulative impacts, there are several. Density-independent mortality such as natural catastrophes needs to be factored in. Density-dependent mortality by factors such as stress, starvation, predation, disease, and parasitism must also be included. These two types constitute natural mortality. Human-caused impacts are significant but hard to quantify. For example, anywhere from an estimated 300 million to more than 1 billion birds die per year in the US from structural impacts. Of these, anywhere from 98 to 980 million birds are estimated to strike windows and die each year in the US. Unfortunately, statistics such as these are not particularly useful because the ranges are so large. There is a major bias that must be considered. We are unable to factor behavioral impacts – issues like disturbance, disruption, and avoidance – into models. This is a major shortcoming. We need to work to quantify and factor in these variables if we can. The USFWS will do everything we can to reverse populations trends from human impacts, whether those impacts appear to be large or small, on public or private lands.

Which "straw" will eventually break the camel's back? Which "straws" can we deal with to reverse population trends? Hopefully, wind energy development is not the last straw, but

anywhere we can reverse mortality trends (or keep them low) that will help.

As for comparing impacts from different modes of energy generation – again, there are many unknowns. How do we quantify specific avian and bat impacts from global climate change? Acid precipitation? Mercury contamination? We can estimate bird mortality at oil pits and this issue is being resolved. How can we estimate habitat destruction from open-pit and mountaintop-mining? How can we estimate impacts from burning of fossil fuels?

On the issue of "beyond birds and bats," several thoughts come to mind. We next must address offshore wind issues. Habitat fragmentation is a critically important issue. Habituation is another issue requiring serious consideration. We need to look at the impacts of wind on insects, especially bees and butterflies. We need to address the issue of "good" versus "bad" places to site wind plants. Lastly, we need to seriously consider using an ecosystem approach to the analysis of impacts.

What is needed? More data are needed on bats, including migration routes, behavior, movement, breeding and wintering range, attraction, sonar use, and their population status. USFWS would like the opportunity to review, critique, and comment on consultants' monitoring protocols. We need an accepted definition of "cumulative impacts." Data need to be peer-reviewed and published in credible scientifically journals. The ideal scenario would include peer-reviewed or peer-refereed data published in credible ornithological and mammalian journals.

### References

Cooper, B.A. and T. J. Mabee. 2000. Bird migration near proposed wind turbine sites at Wethersfield and Harrisburg, New York. Unpublished report prepared for Niagara–Mohawk Power Corporation, Syracuse, NY, by ABR, Inc., Forest Grove, OR. 46 pp.

### *Bill Kendall, US Geological Service*[19]

How do we look at biological significance for other species? Ultimately, "biological significance" is in the eye of the beholder. We can consider levels of significance from the individual to family group to local population to breeding/wintering population. Usually, when we talk about "biological significance," we are talking about the latter two levels.

The basic equation for population modeling is:

$$N_{t+1} = N_t + \text{births} + \text{immigrants} - \text{deaths} - \text{emigrants}$$

Habitat disruption can affect mortality as well as reproduction rates. The significance of individual fatalities varies. "Value" factors for an animal include: sex, age, time of year,

[19] This presentation was a short version of a talk given by Bill Kendall and Doug Johnson in Fall, 2003

whether the population in question is at "carrying capacity" (in which case fatalities are not critical) or near "minimum viable population size" (in which case small numbers of individual fatalities may be critical for the population).

Whether population impacts are significant depends on what the management objectives are: To avoid extinction? To maintain a local population? It is important to define the "population" of interest. For example, in the case of the population study of Golden eagle in the Altamont Pass, the focus is limited to Golden eagles in the Altamont.

We cannot look at the impact of wind on birds without looking at it in context of other anthropogenic impacts. And given multiple factors in bird population impacts, which factor do you try to control?

### *Discussion, Questions and Answers*

*Comment/Question:* If there's no uniform definition of what's biologically significant – USFWS has 78 different Ecological Service Field Offices – we can't come up with a uniform vision and a roadmap. Ideally, the wind industry and its proponents would like to look at "build-out" scenarios (achieving the wind energy's potential capacity) and coming up with standards and a vision and a roadmap, as opposed to various agencies operating in a reactive mode.

*Response:* FWS guidance is a work-in-progress, whereas the Bald and Golden Eagle Protection and Migratory Bird Treaty Acts are well-established "strict liability" laws. What we're trying to do, for example, with the electric utility industry is come up with a guidance document for industry – an avian protection plan – to use with respect to avian mortality. Message to the industry is "work with us, provide feedback on our guidance."

*Comment:* We have been trying to deal with cumulative impacts for waste management in New York state, and the state doesn't deal with cumulative impacts very well.

*Response (Paul Kerlinger):* Each state's process is different. You have to look at how they've dealt with similar issues in the past.

*Follow-up on earlier discussion of biological significance: What about trying to set thresholds for birds?* The threshold would depend on each bird's status ("watch list," "sensitive," etc.) – depending on species, a take of x% may be sustainable or it may not. From this you could extrapolate mortality for wind build-out and see what kind of impact you might expect to see.

*Facilitator:* But would such a framework or modeling tool be used just for wind development, or for all kinds of development?

*Comment:* Ornithologists are looking at conservation plans, coming up with goals for different bird populations for individual states for planning purposes.

*Comment:* It is interesting that a panel on biological significance still comes back to

individual project impacts. It's important not to give up on big picture effort, to put project-based impacts in perspective.

*Response (Al Manville):* As I just mentioned, we're working with the electric power line industry to develop voluntary guidance; we're trying to work with the communication tower industry – doing this industry-wide, not just on a project-by-project basis.

Developers are just dealing with the margins; no one is looking at all the cumulative impact, just focusing on the marginal impact, no matter how small.

*Comment*: Salmon recovery in the PNW is a good example of trying to grapple with cumulative effects and biological significance. Look at what Daniel[20] is doing for a model.

*Comment*: If you want to try to establish a policy framework that optimizes energy choices from an environmental perspective, the direction has to come from higher up – e.g., from the state public utility infrastructure as well as at federal level. The trade-offs have to be made transparent.

*Response*: New sources always get regulated more than old sources. Coal and agriculture have and have had a tremendous impact. Bird deaths have driven the pesticide regulatory acts, resulting in a very strong infrastructure for this. It's impressive that the wind industry is here doing this, because nobody is going to change the Mining Act of 1872, but it's a fact of life that wind is being developed under much more stringent conditions.

*Comment/Question*: If we can't model because we don't have enough data inputs, we're left with the "tyranny of small decisions." But if we can determine what the national average is for bird and bat fatalities per turbine or per MW, why even consider building projects that are likely to exceed that average?

*Response*: There are national averages, but there are also regional averages.

*Response*: We know where to build projects that kill fewer v. more birds. (We have less information on bats.)

*Response*: The point is that we can bring down the mortality levels.

*Comment*: "Birds per turbine" is the wrong denominator. Birds (or whatever environmental impact) per unit of energy production is how we should be discussing this, because then the question then becomes how do you reduce environmental impact of energy production – and then you can compare impacts across energy resources.

NWCC has been wrestling with this. "Number of homes served" as a denominator makes it clearest to consumers. Mountaineer project kills one bird per every 105 (or so) homes

---

[20] Daniel Niven, Senior Scientist, Bird Conservation, National Audubon Society USGS Patuxent Wildlife Research Center, Laurel, MD. E-Mail: dniven@audubon.org

served. This helps put things in perspective.

*Comment*: Keep in mind that highly productive organisms like prairie dogs can withstand a lot of fatalities. In such cases, if I want to think about biological significance, I think in terms of habitat rather than fatalities. If we can maintain adequate habitat for resilient species, we don't have to worry about losses in a particular location.

*Response (Al Manville)*: This is a good point; probably the greatest threat to all species is loss of habitat. An example would be the loss of over-wintering habitat for neotropical migratory songbirds in Latin America.

*Response*: We have to be more concerned about long-lived, less productive species.

*Comment:* Dale [Strickland]'s slide emphasizing European concern with habitat is important. Habitat is the real issue, especially for prairie grasslands and lekking areas.

# OBSERVATIONS, INSIGHTS, QUESTIONS FROM DAY 1

Day Two of the Wind Energy and Birds/Bats Workshop began with a group discussion of what participants had learned and new questions raised by Day One's activities. Participants also were given an opportunity to raise issues they would like to discuss later in the day.

## FAA Lighting Requests v. Lighting Requirements

*Comment/Question:* A participant posed a question about turbine lighting at the Foote Creek Rim, Wyoming wind farm, pointing out that it was stated that none of the turbines were lit, even ones over 74 m tall. Towers that tall are normally lit due to Federal Aviation Administration (FAA) demands.

*Response:* The FAA can ask for any tower anywhere to be lit, but the FAA does not have the authority to make a developer do it. Ultimately, lighting towers is a voluntary action. As for Foote Creek Rim, it may have been cleared by FAA without lights because of its remote location.

## Larger Public Policy Picture

*Comment:* There should be some time allotted for discussion of the larger public policy picture around wind energy and bird/bat interaction. Potential funding of federal and/or state laws/programs, for example: technical "fixes" can alleviate some problems, but there is also a need to talk about policy initiatives and public-private funding of initiatives such as that carried out in Denmark.

## Who Should Fund Impact Studies?

*Comment:* There seems to be an inherent conflict of interest if wind energy developers hire the people that do the impact studies, because there is a fine line between doing a rigorous study and pleasing those that hired you. For example, one hypothesis regarding the cause of the large bird kill event at Mountaineer, West Virginia is that sodium vapor lights attracted birds on a foggy night. Although this is just a hypothesis, it is being treated as truth by many. Witness the fact that some participants at this meeting have said that bird fatalities are not a problem along Appalachian ridges. It is not clear [to commenting participant] that that is necessarily the case, yet there are no studies scheduled at Mountaineer in 2004.

*Response:* Research protocols are necessary to avoid conflicts of interest and to develop rigor and legitimacy for wind-bird/bat research.

*Comment/Response:* If USFWS is setting protocols and developers have to pay for the research, then it may be very difficult to contain costs and it could drastically slow the progress of wind development. For example, radar studies cost about $100,000 per year. If three years of radar studies were required, this high cost put take some of the smaller

developers out of the game, making it so only the largest companies could afford to develop wind energy.

*Response:* Studies in new areas should be rigorous three-year studies. However, developers should not have to pay for studies at all; rather, studies should be publicly financed since the energy source would be for the public good.

*Comment [several participants]:* Publicly-funded pre-construction studies would be a good idea, but only if the government could work within developers' timeframes, which is unlikely. Moreover, developers would not want to work with researchers that may jeopardize their integrity and all research would have to be peer-reviewed. Either way, there always tends to be an underlying tension of credibility in public-private partnerships.

*Facilitator:* There is some discord in the room regarding how some previous projects were carried out and that they did not go as hoped. However, there may be ways to learn from an honest appraisal of what could be done differently.

### Consistency, Transparency, Communication, and Trust

*Comment:* Three key things people working on the wind energy and birds/bats issue need to focus on are **consistency** and **transparency**, and **communication** to support the first two. This would require all parties being very clear about what they consider consistency.

*Comment:* Add **trust** to that list. Parties need to work together at the local level, not just at national meetings. Local advisory committees can be formed to look at the science together, as was done (for example) to develop wind project siting guidelines in Washington State.

*Comment:* In Massachusetts there is a collaborative effort to design the study for the Hoosic wind project: what would Fish & Wildlife like to see, what would environmentalists like to see. The collaborative is being paid for out of a trust fund – it would be too expensive to do this for every project – but we are hoping that doing it this once will inform future project studies.

*Comment:* We spend a lot of time looking for all the information that's out there. Even when people put their studies up on their websites, it would be great if there were a clearinghouse for all the information that's available. A single point of contact would be useful. Right now it's all subgroups. NWCC's website has a lot of it, and these big meetings are useful, but there is a need for something ongoing and comprehensive.

*Comment:* Also, it would be nice to have a permanent independent review body. Everything needs to be made public, and everything needs to be peer-reviewed. There should be public funding for this. Developers need to pay for some of it, but we all benefit.

*Comment:* Regarding the need for trust: the National Academy of Sciences has two mottos: "trust but verify;" and "in God we trust, all others must bring data." The Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) is a model. The registrant pays for

studies, but raw data is reviewed by EPA before anything goes forward. The Minerals Management Service offers another model; offshore oil research and development is paid for out of a royalties fund. Wind permitting is largely local, but some issues are not local – bird migration is a good example – and require national policy. Granted, the wind industry doesn't have the money to pay royalties that the oil industry has, but the concept is valid.

*Comment:* The US Fish & Wildlife Service no longer has a research "arm", it's now under US Geological Survey. Not clear how the Service is going to accomplish anything with budget cuts. NGOs need to put pressure on Congress to make something happen (e.g., in the Appalachian ridge). US FWS does not regulate windfarms in any way shape or form. We have no legal authority – we can only make recommendations. We can advise people what the laws are (e.g., MBTA), but we are not a regulatory agency.

*Comment:* All the issues that just came up relate to the **need for public policy**. It is not clear right now what it is we want. Perhaps the NWCC Wildlife Work Group can take this a step further?

*Facilitator:* Keep in mind that the NWCC cannot advocate, only come up with ideas.

# AVIAN MIGRATION AND IMPLICATIONS FOR WIND POWER DEVELOPMENT IN THE EASTERN UNITED STATES

This session was arranged to convey what is known about avian migration, particularly in the eastern US. The first presentation frames the issue of migratory bird interactions with wind energy facilities from an ecological perspective: when, where, and why are migrant bird species vulnerable to wind turbine collision? The second presentation reported on radar studies conducted at wind sites in the eastern US, including Mount Storm, Clipper Wind, and others.

## *Migration Ecology: Issues of Scale and Behavior*

by
Sarah E. S. Mabey, *North Carolina State University*[21]

This presentation aims to provide a picture of bird migration as ecologists see it, taking into account:

- the scale on which migration takes place – and its import for ecology and policy;
- constraints – how weather, geomorphology, landscape, resources, and habitat factors influence the choices that lead to migration patterns;
- what it means to be a migratory bird in a changing world; and,
- consequences of changing world to migratory bird populations.

Migratory birds lead extremely challenging lives when they are in transit, facing new foraging circumstances, predators, and competition on a daily basis. The process of migration is spatially and temporally dynamic, thus the pattern and timing of migration can be highly unpredictable. In effect, predictability is scale-dependent. The broader the spatial and temporal scale (i.e., greater area and longer time-frame), the more predictable migration movements appear. As we scale down to a particular local on a given day or hour, it becomes much more difficult to predict whether migrants will or will not be present. The dynamic nature of bird migration makes it difficult to describe migratory patterns of songbirds in detail, particularly of specific species. Another problem is that much of what is known about certain species is geographically biased because data are only available for the places where researchers work. In fact, the Wilson's Warbler is arguably *the only* neo-tropical migratory songbird for which scientists actually know something about the actual migration routes of sub-populations.

There is a hierarchy of factors that determine the migratory patterns of birds, influencing where and when birds stop, where and when species concentrations occur, species

[21] Department of Zoology, Raleigh, NC 27695-7617

composition, and the distribution of age and sex classes. The hierarchy is arranged according to the degree of control birds have over the factors that influence their migration choices. At the top of the hierarchy is the factor over which birds have the least influence, *weather*. Birds cannot control the weather, but they can and do respond to it. They also cannot control the second factor in the hierarchy, *geomorphology* (landmasses). As birds respond to weather (fronts), moving north in the spring and south in the fall, their choices of where to stop are constrained by geomorphology. Once they make an initial decision about where and when to stop, migrants enter the "landscape level" where their choices are constrained only by the availability (or lack of availability) of habitat and resources within the local landscape.

The stopover site chosen by a migrant is directly related to the hierarchy of constraints that determine the individual bird's range of choices. Based on this understanding of stopover ecology, a number of colleagues and I developed a series of functional definitions for different kinds of stopover sites used by migratory birds (Duncan et al. 2002). A "fire escape" is a stopover site near an ecological barrier such as the Great Lakes or Gulf of Mexico where birds are highly concentrated. The use of such sites is related to bad weather and occurs infrequently under "emergency" conditions. A "convenience store" is a site within a patchy, ecologically unsuitable habitat matrix that is used if nothing better is available within a particular landscape. The "full-service hotel" designation refers to extensive, suitable habitat with diverse resources such as the Great Smoky Mountains. Unfortunately, full-service hotels are becoming increasingly more difficult for birds to locate as habitat is continually being lost to or fragmented by development, reducing birds' choices. Migrants must stop to rest and regain the fat stores that fuel their migratory flights. Habitat suitability impacts birds' migratory behavior as it directly affects the amount of energy and time required to refuel during stopovers. Thus, all of these types of migratory stopover habitats should be considered when making policy and conservation planning decisions.

At present, we do not have a clear understanding of how plastic or static many bird migration behaviors might be. There exist empirical data to support both possibilities. For example, a number of important questions remain open. Are diet shifts opportunistic (plastic) or are they essential for fat deposition (static)? Does orientation of bird flight depend on their physical condition (plastic) or is it genetically determined (static)? Are migrants socially tolerant, sticking together in flocks, or are they territorial and defensive of their resources? It also is not known whether there is rapid evolution of migratory routes or if species can consistently track the changing climate. Recent work has shown that some birds fatten only under certain magnetic field conditions (i.e., at particular latitudes) that exist where the birds prepare to cross an ecological barrier. This means that these birds may not adjust to deteriorating resources at that location by fattening opportunistically when they encounter better resources elsewhere.

We have looked at migration from the perspective of the individual songbird migrant, but what does this all mean for populations? Population models help us understand how resilient species are to a changing world. As we have seen earlier, models for migratory species must begin to include migration events. There are both direct and indirect consequences of avian migration events. Direct consequences include injuries/fatalities

caused by accidents as well as predation (including hunting). Indirect consequences of migration include intra- and inter-species-specific competition and seasonal resource declines. Weather, inexperience and orientation errors can lead to both types of consequences. Some factors that lead to mortality during migration affect populations at a general level. Stochastic (random) events such as hurricanes affect birds of all ages and sexes, but other events may affect young birds more than old birds. For example, young of the year tend to congregate in coastal areas during their first migration and are, therefore, more likely to be seriously affected by coastal development as it presents obstacles during migration. Given that, overall, young birds are more valuable to a population because of their reproductive potential, coastal mortality events could potentially have a significant impact on a bird population.

The key challenge to protecting migrating birds from fatality at wind turbines is that they are a moving target – as individuals and as populations. The intercontinental scale of birds' movement requires scale-appropriate conservation planning. Moreover, because migration is spatially and temporally dynamic, it presents a challenge to traditional conservation paradigms. The demographic consequences of the changing world and its impacts on migratory songbirds will be knowable over time. Until then, protecting migratory birds requires a conservative approach applied at an intercontinental scale.

### References

Duncan et al. 2002. "Protecting stopover sites for forest-dwelling migratory landbirds." The Nature Conservancy, Arlington, VA, unpubl. Report

## *Radar Studies of Nocturnal Migration at Wind Sites in the Eastern US*

by
Brian Cooper, *ABR, Inc.*[22]

Nocturnal radar studies of bird migration are important because most birds (including warblers, tanagers, vireos, orioles, kinglets, thrushes, gnatcatchers, many sparrows, cuckoos, flycatchers, thrashers, and owls) migrate at night and approximately half of all bird mortality at wind turbines involves nocturnal migrants.

There are several types of radar tools available to researchers. NEXRAD (Next Generation Radar) is used by the National Weather Service to measure both precipitation and wind. A Doppler radar system currently deployed at about 150 locations around the US, NEXRAD can also be used to detect birds. This technology provides excellent data for many aspects of migration, but has some limitations for studies of individual wind energy sites: resolution is low (1 km x 1 km); eliminating insect noise data is difficult; there is a lack of low-altitude coverage for many areas (below 500 m); and there is a lack of precise altitude data – making it impossible to calculate passage rates in the zone of exposure to turbines.

---

[22] P.O. Box 249, Forest Grove, OR 97116

Researchers also use marine radar technology, which gives higher resolution and is mobile. These radars can be operated in horizontal surveillance mode to determine traffic rates and general movements/behavior, or operated in vertical mode to obtain flight altitude information. Marine radar studies on avian migration have been carried out at several locations across the US. Work carried out during Fall 2003 at the proposed (as yet undeveloped) Mt. Storm, West Virginia wind energy site (just east of the Mountaineer wind site along the Allegheny Front) offers a good example of the potential findings of avian migration radar studies in the Eastern US.

Mobile (vehicle-mounted) radar labs were set up at five locations within the proposed Mt. Storm wind development. The surveillance radar beam provided coverage over a 1.5-km radius and the vertical radar provided coverage up to ~1.5 km high. Flight altitudes are of interest, because birds flying well over turbine height are not at risk from wind farms. The radar "target" represents one bird. It is possible to distinguish between some species groups such as songbirds and waterfowl, or to distinguish small birds from insects, by their flight speed.

Passage rates varied widely from night to night, as well among sites within a night, but were found to be fairly stable over the course of any given night. Fall observations from the five sampling sites at the Mt. Storm site yielded mean fall nocturnal passage rates of 54-241 targets/km/hour. This is comparable to mean fall nocturnal passage rates (130-242 targets/km/hour) found at three sites in New York State (Cooper and Ritchie 1995); and higher than the fall rates (83-108 targets/km/hour) observed in Minnesota (Day and Byrne 1989 and 1990); or at two western wind sites (27-40 targets/km/hour at a site in South Dakota, and 19-26 targets/km/hour at sites in Oregon [Cooper and Mabee 2004]).

During fall 2003, 16% of targets (birds) were flying at or below turbine height (125 m above ground level) at the central Mt. Storm site. Most targets (birds) passed at an altitude between about 250 m to 750 m agl, with a mean of about 410 m above ground level. Based on temporary checks at the 3-km-range, it was estimated that about 6% of passing birds flew between 1500-3000 m agl. There was substantial among-night variation in flight altitudes but little among-site variation in flight altitudes at the Mt. Storm sites. Altitudes tended to peak in the middle of the night and taper off toward morning. Flight directions recorded at Mt. Storm indicate that birds do not concentrate along the Allegheny Front, but rather that they tend to fly across the ridge.

Using radar data to assess mortality risk for birds at wind developments involves determining passage rates at or below turbine height (i.e. combining passage rate and altitude data). In other words, researchers calculate the number of targets per hour at or below turbine height. This is multiplied by the following factors: the number of migrants per radar "target" (here assumed to be one); the length of the migration season (number of nights); the total number of hours per night; and the width (km of migratory front) of the wind resource area or total rotor swept area of the turbines. For example, applying this formula (using WRA width instead of total rotor swept area) to the Mt. Storm observations yields the following equation:

36 targets/km/h at or below turbine height * 1 migrant/target * 45 nights * 10 hours/night * 10 km migratory front[23]

= 162,000 migrants[24] passing over the Mt. Storm WRA at or below turbine height during the Fall 2003 migration study period.

There are some conclusions that may be drawn and recommendations to make regarding radar studies of avian migration and the potential risk posed to birds by wind developments. It is important point to keep in mind that migrants determined to be at risk *will not* all be killed. In fact, it will most likely be a small proportion that is impacted because many birds will detect and avoid the turbines. To improve wind-bird radar studies, researchers could collect concurrent radar and mortality data to elucidate the relationship between numbers of migrants in the zone of exposure and mortality. Behavioral studies would help to determine the proportion of migrants that detect and avoid wind turbines. Finally, it would help to develop common or comparable metrics to facilitate comparisons among radar studies.

## References

Cooper, B. A., C. B. Johnson, and R. J. Ritchie. 1995b. Bird migration near existing and proposed wind turbine sites in the eastern Lake Ontario region. Unpublished report prepared for Niagara–Mohawk Power Corporation, Syracuse, NY, by ABR, Inc., Forest Grove, OR. 71 pp.

_______, and T. J. Mabee. 2000. Bird migration near proposed wind turbine sites at Wethersfield and Harrisburg, New York. Unpublished report prepared for Niagara–Mohawk Power Corporation, Syracuse, NY, by ABR, Inc., Forest Grove, OR. 46 pp.

Day, R. H., and L. C. Byrne. 1989. Avian research program for the over-the-horizon backscatter central radar system, spring 1989: radar studies of bird migration. Unpublished report prepared for Metcalf & Eddy/Holmes and Narver, Inc., Wakefield, MA by ABR, Inc., Forest Grove, OR. 102 pp.

_______, and L. C. Byrne. 1990. Avian research program for the over-the-horizon backscatter central radar system: radar studies of bird migration, fall 1989. Unpublished report prepared for Metcalf & Eddy/Holmes and Narver, Inc., Wakefield, MA by ABR, Inc., Forest Grove, OR. 111 pp.

Mabee, T. J., and B. A. Cooper. 2004. Nocturnal bird migration in northeastern Oregon and southeastern Washington. Northwestern Naturalist 85: 39-47.

[23] Note that while each radar has a 1.5 km band of detection, this formula extrapolates from radar data to calculate an estimated number of migrants passing over the entire (10 km wide) wind resource area (WRA).
[24] Note that radar data does not distinguish between birds and bats. The only way to distinguish them would be to conduct concurrent surveys using night vision or spotlighting.

## *Discussion, Questions and Answers*

*How do migrating birds use winds? Do they use them to their advantage or simply react to them?*

*Response (S. Mabey):* Most birds will leave a site on a strong tailwind, and tend not to leave in a headwind, but they also will leave at times when there is no wind at all. However, crossing a water body like the Gulf of Mexico may take ten hours, and the winds may change during the crossing. Birds do shift altitudes to take advantage of more favorable winds.

In response to a general question about how the wind industry can make use of the expertise of migration ecologists to help site wind energy developments, participants were referred to the Society for Conservation Biology and The Ornithological Council are good organizations to contact: http://conbio.net/; http://www.nmnh.si.edu/BIRDNET/index.html

*Do researchers correct for wind direction and speed when looking at the concentration of migrants near the Allegheny Front?*

*Response (B. Cooper):* Wind direction and speed were corrected for in the study, in order to calculate actual air speed of radar targets and thus distinguish birds from insects.

Has there been research conducted on birds' nocturnal flight orientation relative to ridgelines at any other sites?

*Response:* There are actually a few such studies under way around the US: near Chatauqua, New York; on a ridge in Idaho; and in western Oregon.[25] Data from the New York and Idaho sites should be available soon. There also is a published paper by Williams et al. (2001, Auk 118:389-403) that describes nocturnal bird movements through a major pass in the northern Appalachians.

*Comment:* Developers have the option of putting stipulations into their contracts to release study results to (or via) NREL.

*Comment/Question:* In the West, results of night radar studies seem generally to be in line with information derived from conventional diurnal observations, at least in terms of predicting avian mortality by major birds groups. What analysis has been done to correlate these two types of data, given the high cost of night radar?

*Response:* At the Mt. Storm site, WEST Inc. compared there daytime visual data with our radar data and found that there was no significant correlation between the two data types. In Europe, some early studies actually found an inverse relationship between the numbers of birds on the ground and radar migration rates from the previous nights. On the other

---

[25] The Chautauqua data are available on the website http://www.chautauquawind.ene.com/avian.htm The other studies are still confidential and have not yet been released.

hand, there is study by Williams et al. (2001, Auk 118:389-403) in the northern Appalachians that found some positive correlations between daytime and nighttime bird movements. There also probably is positive correlation on the Gulf Coast, where big migration nights often are followed by large numbers of migrants on the ground during the day.

*Has post-construction fatality monitoring has been conducted at Mt. Storm to identify a kill ratio against the 162,000 migrants observed passing through the WRA?*

*Response*: Post-construction fatality monitoring has not yet been done at the Mt. Storm site, which does not yet have any turbines in place. Based on Mt. Storm radar radar data from the Fall 2003 and Fall 2003 mortality data from the nearby Mountaineer wind site (i.e., 2.4 birds per turbine per fall season), however, WEST, Inc. calculated that approximately 0.16% of the fall migrants flying at or below turbine height over the WRA at Mountaineer were killed.

*How do birds detect and avoid wind turbines, under what conditions do they not detect and avoid them, and is it possible for manufacturers to incorporate audio cues to make turbines more detectable?*

*Response:* Birds detect and avoid turbines primarily visually, thus poor visibility is probably one factor that makes detection more difficult for them. It has been noted that on moonless nights in Europe resident wintering seaducks made wider swings (than on nights with moonlight) around one wind farm surveyed, although clearly this strategy does not benefit migrating birds that are unfamiliar with the terrain and turbine locations. The presenter did not know anything about the potential for using audio cues.

*What do multi-year pre-construction studies tell state regulators about whether a wind facility will have unacceptable impacts on avian species in order for them to make a permitting decision?*

*Response:* Multi-year studies have shown variation in migration rates from year to year (Mabee and Cooper 2004), but clearly more information is needed to assess the degree of annual variation in rates and flight altitudes that one might expect in general. Regulators have to make decisions based on the best available information to assess nocturnal risk to birds and obviously more years of data would give them more information to make those decisions, but sometimes multi-year studies are cost-prohibitive or time-prohibitive.

*Can bird and bat species be distinguished via analysis of wing beat frequencies when using night radar?*

*Response:* Although there are tracking radars that could do this for some species, the surveillance radar equipment [Brian Cooper] has worked with cannot. However, a combination of radar and visual techniques can be used to help determine the proportion of bats vs. birds in surveillance radar data.

*What are the sample sizes for night radar studies?*

*Response:* The fall studies I summarized today generally were conducted over 45 nights per season, with 6-9 hours of each night monitored. During spring, we typically sample 30-45 nights per season.

*Could the variability observed from night to night possibly be attributed to the fact that radar "targets" included both birds and bats? If so, then what level of confidence can be assigned to this data, given uncertain identity of the targets?*

*Response:* Both birds and bats are included in "targets," with birds being the majority later in the fall season (after early September). Some of the variation in the data could be due to this fact, but it could also be due to a number of other variables. To sort out these variables, it will be necessary to do more visual monitoring to assess the proportion of birds and bats, while concurrently examining the effects of factors such as weather and time of year.

*When will the Clipper study be available?*[26]

*Response:* Results of the radar study of the Clipper Criterion wind site, located along Backbone Ridge north of the Mountaineer site, was originally scheduled to be released to both Clipper Windpower and the public after the facility was operational.

*Response* [Kevin Rackstraw, Clipper Wind]: These reports are done but have not been released. Clipper followed the lead of the other developer working in Maryland [NedWind] in agreeing to additional studies (although theirs were far less extensive), but stipulating that they would not be made available until after the project was operating. The reason [for this stipulation was] that we didn't believe the [studies] would be appropriate for use in micro-siting turbines. We have long since agreed to release the information (dating back to at least the beginning of this year) but the individual interveners in our permit process, with whom we must have an agreement on the issue for legal reasons related to our settlement agreement with them, have not agreed to allow the data to be released. Their reason appears to be a concern that the data from the NedWind site contradicts their assertions about the site and about bird behavior around the site.

---

[26] This question refers to a two-season study (Fall 2003 and Spring 2004) using on-site marine radar and acoustic sampling. The Clipper Criterion wind site is located in Maryland, along Backbone Ridge north of the Mountaineer site in West Virginia.

# WHAT HAVE STUDIES OF COMMUNICATIONS TOWERS SUGGESTED REGARDING THE IMPACT OF GUY WIRES AND LIGHTS ON BIRDS AND BATS?

This presentation outlines lessons that have been learned from research on communications (*not* cell) towers, about the impacts of guy wires and lights on birds and bats as well as other issues.

## *Wind Turbines and Avian Risk: Lessons from Communications Towers*[27]

by
Paul Kerlinger, *Curry & Kerlinger, LLC*[28]

There are three key variables associated with risk to migrating birds at communication towers: height; guy wires; and lighting. First, the height of a tower in relation to the height of migration is important. Secondly, it is the guy wires that support these tall structures that are the primary source/cause of collisions. Third is lighting, which may attract birds when there is fog, low clouds, and/or light rain. Some of these lights are requested by the FAA[29] for air traffic safety purposes, while others are non-FAA lights such as sodium vapor lights and spotlights.

Large-scale avian fatality events occur at communication towers taller than 500 feet, with FAA lights and guy wires. Single and small-scale bird fatality events have occurred at towers less than 500 feet with guy wires and FAA lights.[30] (The presence of sodium vapor and other bright lights seem to be the confounding variable causing fatalities at shorter communication towers.) Large-scale avian fatality events have not occurred at wind turbines, which are mostly less than 300 feet tall, with the newest ones being 300-380 feet. Virtually all collisions at communication towers are with guy wires. To date there have been no studies published that document birds being killed by unguyed meteorological or communication towers. Wind turbines are mostly unguyed, although meteorological towers associated with wind facilities often are guyed. Because of the collision risk associated with guy wires, it is recommended that wind developers build unguyed meteorological towers.

FAA lighting on communication towers has been identified as a key issue in terms of bird impacts. FAA obstruction lights on towers can attract nocturnally migrating birds. In addition, bright lights such as ceilometers, spotlights, sodium vapor lamps, light houses,

---

[27] Note that this presentation discusses impacts from communication towers, not cell towers.
[28] P.O Box 453, Cape May Point, NJ 08212
[29] During an earlier session, it was explained that the FAA has no authority to require lighting, but only to request it. Local permitting authorities may, however, require FAA-requested lights as a condition of permitting.
[30] A new study comparing 475 and 1,000 ft. comm. towers is looking at lighting, guy wires, and height as factors in avian mortality risk (Gehring 2004). Statements about communication towers less than 500 feet in height are based on the author's review of original communication tower studies in literature.

and streetlights can also attract nocturnally migrating birds. The question is whether FAA obstruction lights on wind turbines attract night migrating birds in the way that communication towers lights do. There is evidence that suggests that different types of lighting schemes may differentially attract birds. Flashing lights appear to be less of an attractant than steady-burning lights at night. Whereas the FAA usually requests three flashing red lights and 4-6 steady-burning red sidelights on communication towers 351-700 feet tall, and 5-7 flashing red lights and 9-12 steady-burning lights on communications towers 1,000-1,400 feet tall, wind turbines of any size over 199 feet require only two (side-by-side) red flashing lights, and no steady-burning lights. By contrast, it seems that tall communication towers with steady-burning red lights and guy wires essentially act like large bird nets in the sky.

A “large” fatality event occurred at the Mountaineer, WV wind energy site in late May 2003 when a carcass search study was being conducted (Kerns and Kerlinger 2004). The Mountaineer site has 44 wind turbines along a high ridge; 12 turbines are lit with FAA red strobe lights, and 32 turbines are not lit at all. There is also one guyed and one unguyed meteorological tower. On May 23, 2003, there were about 30 fatalities found at turbines #22, 23, 24 and the nearby substation. The substation at turbine #23 had sodium vapor lamps on it. During the same day, fog in the area caused a 100-car accident on Route 68, demonstrating the severity of the weather. Other turbines at the wind site were not involved, despite having FAA (flashing) lights. Also, almost all the dead birds were found at turbine #23 (the closest to the substation) and at the substation. The lights at the substation were turned off on May 25, 2003, and there were no other major fatality events during the study period. This event suggests that bright sodium-vapor lamps were the cause of the large fatality event at Mountaineer, WV, and that the red flashing lights on the other turbines did not attract birds, despite thick fog.

Similar events have been documented at some communications towers, water towers, and ski lifts. Night migrant carcasses found in searches of unlit and lit turbines at other wind energy sites around the country are presented in the table below.

Night Migrant Carcass Search Findings

| Location | Turbines (lit) | Height | Study period | Migrants found | Reference |
|---|---|---|---|---|---|
| Foote Creek Rim, WY | 69 (0) | 239 ft | 1 year | ~59 | Johnson et al., 2001 |
| Searsburg, VT | 11 (0) | 192 ft | 5 mos. (1 summer; 1 autumn) | no avian fatalities found | Kerlinger, 2002 |
| Vansycle, OR | 38 (11 lit) | 243 ft. | 1 year | ~5 | Erickson et al., 2000 |
| Stateline, OR/WA | 394-399 (111) | 243 ft. | 18 months. | ~28 | Erickson et al., 2003 |
| Ponnequin, CO | 44 (Phase I: 29 incand., ½ w/red blinkers; Phase II: 15 end-of-row turbines with red strobes) | 259 ft. | 5 years | < 5 | Kerlinger et al., unpublished |
| Wisconsin (2 sites) | 31 (3/4 with red strobes) | 292 feet | 3 migration seasons | ~5 | Howe, Evans et al., 2002 |
| Buffalo Ridge, MN | 353 (76 "solid red") | max 249 ft. | 4 yrs' study (3 phases) | ~ 40 (600-700 killed per year); Event: 14 birds found in one night at 2 turbines – one lit, one unlit. | Johnson 2000 |
| Buffalo Mountain, TN | 3 (3 w/white flashing strobes) | 290 feet | 3 years (completed to date) | ~ 8 per turbine per year | Nicholson 2004 (unpub. pers. comm.) |
| Green Mountain, PA | 8 (4 w/red flashing incandesc.) | 295 feet | 1 year | No fatalities found | Kerlinger 2001 (unpub.) |
| Madison, NY | 7 (7 w/red strobes) | 328 feet | 1 year | 3 | Kerlinger 2002 (unpub.) |
| Toronto, Ontario | 1 (1 w/red strobe) | 308 feet (lakefront) | 1 year | No migrants | James and Coady, 2003 |
| Pickering, Ontario | 1 (1 w/red strobe) | 384 feet (near lake and wetland) | 1 year | 2 | James 2002 |

Overall, there have not been any large-scale bird fatality events at wind turbines like those documented at some communications towers. It seems that red flashing FAA lights on wind turbines do not attract birds migrating at night in the way that steady-burning lights do. In addition, turbines are shorter than communications towers that cause large-scale bird mortality. It is not clear whether rotating turbine rotors function as analogues of guy wires in terms of bird mortality.

### Reference

Gehring, J. 2004. Pilot study for Michigan Public Safety Communication System towers. Presentation to U. S. Fish and Wildlife Service Communication Tower Working Group, February 11, 2004.

Kerns, J., and P. Kerlinger. 2004. A study of bird and bat collision fatalities at the Mountaineer Wind Energy Center, Tucker County, West Virginia: Annual report for 2003. Prepared for FPL Energy and Mountaineer Wind Energy Center Technical Review Committee.

## *Discussion, Questions and Answers*

*How is a "large-scale" fatality event defined?*

*Response:* At Mountaineer, "large-scale" refers to an event involving more than seven birds.

*How do fatality rates relate to weather conditions (i.e., cloud ceiling, flight altitudes)?*

*Response [from workshop participant other than the presenter]:* It appears that as flight altitudes go down, fatality rates go up. Ceiling height (weather/clouds) does affect flight altitudes. It is relatively easy to predict major migration nights in the east based on weather conditions and prevailing winds.

*Response [P. Kerlinger]:* It is not necessarily the case that a lower cloud ceiling means lower flight altitudes; for example, radar has sometimes shown that birds fly at higher altitudes in response to fog.

# AVOIDING, MINIMIZING, AND MITIGATING AVIAN AND BAT IMPACTS

This session addressed a variety of questions related to avoiding, minimizing, and mitigating the avian and bat impacts of wind power development, including:

- What has been learned from operating turbines and mitigating impacts where they are unavoidable, such as at Altamont Pass WRA?
- Should there be mitigation measures such as habitat creation or land conservation in places where impacts occur?

Other impact minimization and mitigation approaches discussed included: location and siting evaluations; options for construction and operation of wind facilities; turbine lighting; and the physical alignment/orientation of facilities.

## *Bird Fatalities in the Altamont Pass Wind Resource Area: A Case Study, Part II*

by
Carl Thelander,[31] *BioResource Consultants*

The Altamont Pass Wind Resource Area (APWRA) is located due east of San Francisco on the eastern side of the coastal foothills where they open into California's Central Valley. Wind energy generation began in the APWRA in the mid-1970s. By 1980, a California Energy Commission (CEC) biologist had identified a "bird kill problem" in the APWRA. Attention to the problem grew with the WRA's wind energy development. By 1990, more than 4,000 turbines had already been built at the site, and several studies had been initiated. A number of studies focused on bird impacts have been conducted at the APWRA since the early 1990s, and researchers continue to try and determine ways to mitigate bird impacts today.

In 1998, the National Renewable Energy Laboratory (NREL) funded BioResource Consultants (BRC) for research focusing on bird behaviors and mortality at the APWRA. In 2001, the CEC provided further funding to BioResource Consultants in order to continue and expand its research. BRC's findings were presented in the fifth session of the Wind Energy and Birds/Bats Workshop (page 27 of these proceedings). This chapter focuses on the implications of those findings for reducing bird fatalities at Altamont Pass WRA. Some key questions include: Are bird fatalities unavoidable at APWRA? Can mitigation strategies alone sufficiently reduce bird mortality at APWRA, and if so which ones? What next steps are to be taken?

The goal of BRC's research was to study the relationships between bird behaviors (e.g.,

[31] This presentation was based on a report prepared by BioResource Consultants for the California Energy Commission (Smallwood and Thelander 2004). Posted (8/10/04) on the Web at: http://www.energy.ca.gov/pier/final_project_reports/500-04-052.html.

flight, perching, and foraging) and bird fatalities. Part of the aim was to quantify bird fatalities in order to better understand the scope of the fatality problem, and to develop a large sample size representative of most of the APWRA. The ultimate objective of the research is to develop a quantitative model for the wind industry to use as a tool to help reduce bird fatalities at wind project sites. This model is to be based on relationships identified between bird kills and numerous variables including: landscape features, topography, land use practices, raptor prey species numbers and distribution, turbine types and infrastructure configurations, or any other factors that appear associated with bird fatalities.

A major step toward reducing bird fatalities at any wind energy facility is to identify and understand the causal factors of fatalities. This task is somewhat difficult because collisions with wind turbines are rarely observed directly, and therefore inferences must be drawn from patterns discernable from carcasses found near turbines. BRC's research resulted in sample sizes large enough to reveal relatively robust patterns. Those patterns have resulted in a predictive model based on the causal factors underlying the observed fatalities. The question is what do the number of bird fatalities and their distribution indicate about the underlying causes of mortality, and are there any solutions?

There a few environmental factors (i.e., bird attractants) within APWRA that are potentially underlying causes of bird mortality at the site. It has been found that cattle grazing within the WRA spend a disproportionate amount of their time under the wind turbines. Large concentrations of grasshoppers feed on the cow dung that accumulates near the turbines. These grasshoppers are a major food source for American kestrels and burrowing owls during much of the year (chiefly in the late summer and fall). BRC biologists found the stomachs of some freshly killed red-tailed hawks at WRA filled with grasshoppers as well.

Another environmental dynamic at the APWRA is that construction and maintenance practices around turbines have resulted in a disproportionate number of burrowing mammals present near turbines. Wind energy facilities create many artificial lateral and vertical edges in the landscape – most notably at the base of turbine towers and along access roads and other structures – and these edges tend to be preferred habitat for gophers and other burrowing mammals such as ground squirrels. Gophers and other burrowing mammals are a prey species for raptors. Rock piles created during construction, intended to provide habitat for San Joaquin kit foxes, instead have attracted desert cottontail rabbits, which are a preferred prey species for golden eagles and other large raptors. Raptors are attracted to areas near turbines by these prey species, increasing the raptors' risk of mortality. The lesson to be drawn from these observations is that it may not necessarily be the wind facility or turbine type itself that attracts birds (thereby increasing their mortality), but rather what is happening on the ground in the surrounding ecosystem/landscape. In some instances, it may be possible for the operation and maintenance of the immediate area around turbines to be modified so that it reduces raptor activity near turbines in general.

BRC conducted surveys at selected turbine strings throughout the large (140 sq km) APWRA and developed species-specific fatality data for a large number of APWRA

turbines. Predictions were made as to which turbines pose the greatest risk to certain species (golden eagle, burrowing owl, red-tailed hawk, American kestrel) based on landscape/ topography, and bird behavior. BRC then recorded and mapped where fatalities actually occurred in the APWRA in order to test their predictions and work toward mitigation measures for high-risk turbines.

"High risk" turbine locations within the APWRA display a confluence of risk factors. Accountable Mortality was measured by "teasing out" the percentage of the fatalities attributable to 11 individual factors (of 30-40 considered) which showed statistical significance. Mapping turbine strings where Golden Eagle fatalities occurred, it became apparent that there are a relatively smaller number of turbine strings responsible for most of the eagle deaths. The same exercise can be done for other species (e.g., Burrowing owls). This helps researchers to focus on higher risk strings, then look at other contributing factors. The model predicts where fatalities are most likely to occur, and accurately predicts what turn out to be the (smaller number of) places where the most fatalities are occurring. This kind of information can be used to focus repowering changes where they are most likely to make a positive difference for multiple species.

Several variables were examined to determine the magnitude of increase in a species' mortality due to that variable (i.e. when the feature was present, how much did mortality risk increase). The variables considered included height of lowest blade reach, whether in the wind wall, position in turbine string, location in wind farm, wind turbine congestion, physical relief, whether in canyon, slope grade, edge index, rodent control, and cattle pats at turbines.

There are a number of conclusions to draw from BRC's research regarding bird fatalities and the potential for mitigation at Altamont Pass WRA.

- Danger to birds generally increased with taller towers, larger rotor diameters, and slow-to-intermediate tip speeds.
- Turbines with lower blade reaches were most deadly to Golden eagles.
- Perch availability on towers appears to be a less significant factor in mortality risk than previously believed.
- Turbines on steeper slopes and in canyons were generally more dangerous to raptors, but ridge crests and peaks within canyons were also dangerous.
- The presence of rock piles within turbine laydown areas is associated with greater raptor mortality in certain areas of the APWRA.
- Wind walls (rows of turbines in relatively close proximity) appeared to be relatively safer for raptors than previously assumed. Raptors were killed disproportionately by turbines that were less crowded by other turbines.
- Although the APWRA rodent control program reduced rodent numbers overall, it also increased the degree of clustering around turbines of remaining pocket gophers and desert cottontails and therefore generally failed to reduce raptor mortality.

- Raptor mortality differs by season, with summer and winter having the highest mortality.

It is important to note that fatality associations are usually species-specific, so solutions for one species may not serve as solutions for others. In fact, what benefits one species may increase risk for another. BRC's research suggests that species-specific behavioral observations and activity level studies should precede turbine installation, as these data can guide turbine siting to avoid or minimize avian impacts.

Based on this research, BRC has distilled a series of recommended corrective measures and/or operating practices for Altamont Pass WRA. These recommendations relate to managing use of the area by small mammals which attract birds of prey, and otherwise managing the landscape to avoid attracting birds to turbines.

Discontinue the rodent control program in favor of promoting small mammals away from wind turbines; reduce lateral and vertical edges near wind turbines to discourage small mammals from burrowing near the wind turbines.

- Experiment with range management techniques such as allowing vegetation to grow tall near turbines so that small mammals are less visible to raptors near turbine, and subsequently Burrowing owls may reside farther from turbines.
- Prevent cattle from congregating around wind turbines to reduce the accumulation of cow patties and the accumulation of grasshoppers which serve as a food source for a number of bird species.
- Where they are a problem, move rock piles away from turbines or get rid of them in order to decrease the presence of raptor prey species in the vicinity.

Another set of recommendations for avian impact mitigation are related to the location and configuration of turbines.

- Relocate or decommission turbines located in canyons.
- Isolated turbines should be relocated as part of windwall configurations or as part of clustered groups of wind turbines.
- Remove (or lay down) derelict and non-operating turbines.
- BRC recommends testing the Hodos painting scheme[32] in the field and applying it selectively if it is found to be a useful tool. Turbines at the "edge" of the APWRA and at the end of turbine strings could be modified to divert bird flights (possibly using the Hodos painting scheme if it is proven effective).
- Benign physical structures could be erected to divert birds away from the ends of turbine strings, or the WRA could potentially experiment with strategically placed raptor perches.
- All power poles could be retrofitted to be raptor-safe, following Avian Power Line

[32] William Hodos et al. 2001

Interaction Committee (APLIC) compliance standards.

- Replace the Wildlife Response and Reporting System (WRRS) monitoring program for bird fatalities with one that is more scientifically rigorous and is performed independently.

Since it is likely that on-site mitigation cannot entirely solve the bird kill problem, APWRA's turbine operators should investigate engaging in off-site mitigation measures to compensate for impacts that cannot be avoided on-site. Generally, it is unlikely that all impacts at APWRA can be avoided, but implementing the recommendations outlined here could reduce fatalities as much as 50%, according to BRC's research results.

BRC has outlined a number of steps to be taken for the future of the APWRA based on the research outlined in this presentation.

1. Prioritize and select what appear to be the best fatality reduction techniques for field testing and monitoring. Specific techniques recommended for testing include:
   - placing benign structures (perhaps of several types and settings) at the ends of turbine strings where fatality rates historically have been high;
   - modifying grassland management practices to reduce prey populations or their visibility/vulnerability to raptor predation;
   - manipulating prey population distributions and abundances to increase prey populations further away from turbines;
   - painting turbine blades to increase the visibility of turning rotors (as suggested by William Hodos, et al.).
2. Design controlled experiments to test their effectiveness using the Before-After Control (reference)-Impact (BACI) approach.
3. Decide which bird species to focus mitigation and/or experiments on.
4. Based on the results of these experiments, report on the effectiveness of various techniques and consider widespread application on a case-by-case basis.
5. Design and conduct controlled experiments to determine the effects of the repowering program on bird mortality.

Overall, it appears that repowering the APWRA with larger, taller turbines with greater output capacities will be most effective at reducing bird kills. In designing a monitoring program to compare any changes in bird mortality (especially for raptors) associated with the repowering program at sites with historical fatality data, BRC recommends using the number of fatalities *per MW* per unit of time rather than simply the number of fatalities per turbine per year.[33] The proposed metric, which is described at length in an upcoming BRC

---

[33] Repowering typically results in the replacement of smaller older-model turbines with larger, more productive models, hence the need for an output-based metric rather than simply a per-turbine metric.

paper and report to the CEC,[34] will require gathering output data from turbine operators.

## References

Hodos, William, A. Potocki, T. Storm, and M. Gaffney. "Reduction of Motion Smear to Reduce Avian Collisions with Wind Turbines." In Proceedings of the National Avian-Wind Power Planning Meeting IV, 2001.

Thelander, Carl, and Shawn Smallwood, Ph.D. "Developing Methods to Reduce Bird Mortality in the Altamont Pass Wind Resource Area." Prepared by BioResource Consultants for the California Energy Commission Public Interest Energy Research (PIER) Program, Report #500-04-052. August 2004.

[34] The CEC report can be downloaded from the Web at: http://www.energy.ca.gov/pier/final_project_reports/500-04-052.html.

## *Prevention and Mitigation of Avian Impacts at Wind Power Facilities*

by
Paul Kerlinger, *Curry & Kerlinger, LLC*

Various strategies been employed at wind power facilities around the United States in order to prevent or mitigate the impact of wind turbines on birds.

- In the Midwest and West, it is wise to avoid true grasslands, prairie and some grazing land. These habitats can be lekking (breeding/courtship) areas for species like Lesser and Greater Prairie-Chickens and Sage Grouse, which are declining precipitously. It is best to avoid such areas altogether, as well as avoiding areas designated by professionals as necessary for recovery programs of these species and including buffer areas. Siting turbines on tilled agricultural land would minimize impacts to nesting grassland birds and reduce the displacement of certain key species (prairie songbirds, shorebirds, grouse) while reducing the potential for collision fatalities (e.g., of Upland sandpipers and Horned larks) at wind power projects.

- In Eastern forests, prevention measures should include developing forest management plans in conjunction with wind facility siting to minimize turbine footprint/forest clearing and encourage regrowth of forest (up to a height of about 20-30 feet above ground level) right up to the base of the turbine towers. In forested areas, roads should be kept narrow and regrowth should be encouraged along roadsides. A point to consider is that wind energy development may preclude housing development, which would have greater impact on habitat and wildlife.

There are several other measures that may be taken to prevent avian impacts of wind facilities in any locale. One key prevention measure is avoiding or minimizing lights on turbines, especially steady burning or bright lights such as sodium vapor lights or spotlights. Guy wires contribute significantly to risk and should be avoided entirely on meteorology towers. Towers as high as 700 feet can be built without guy wires, although this is expensive. For 300-400 ft. towers, non-guyed construction is not prohibitively expensive. As a general rule, perch sites should be eliminated from wind facilities. Collection lines should be installed underground and substations insulated per Avian Power Line Interaction Committee (APLIC) standards to avoid collisions, electrocution, and perching. It is possible that building fewer, larger turbines may help prevent bird fatalities as well, but this is not yet fully understood.

Eastern and Midwestern hayfields are prime sites for wind power facilities and also prime nesting areas for grassland birds. Hay mowing kills thousands of bobolinks, savanna sparrows and other species every year and is a preventable source of fatality. Delaying hay

mowing at these sites can reduce fatalities dramatically.[35]

Currently, on-shore turbine towers and their rotors reach up to about 380 feet above ground level. One lingering question is whether there is a threshold height for wind turbines above which night migrating birds will be impacted in much larger numbers. Most migrants fly between 300 and 2,000 feet above ground level, so it is likely that above 400 feet, turbines would impact more night migrants than they do currently. The question of whether there is a meaningful height threshold (with regard to avian impacts) and where that threshold might be set is a question for future consideration.

### *Discussion, Questions and Answers*

*It has been suggested that clearing vegetation around turbine bases creates habitat for prey animals and makes them more visible, thus attracting raptors. However, uncleared vegetation would make monitoring wind facilities for bird and bat impacts more difficult. What is the recommendation?*

*Response:* In the first one to two years after clearing there usually is not much re-growth of vegetation, especially in mountainous areas, which allows monitoring studies to be conducted. Dogs can also be trained to do searches in thick brush if need be.

*Comment:* The bulk of a wind facility's footprint is from roads. Thus, it may be preferable for wind projects to try design/use roads more efficiently and in turn reduce the footprint of turbine sites.

*Comment/Question:* There is a lack of data from Texas and Iowa where there is a lot of wind power development. Have any researchers been assessing bird and bat impacts at those sites?

*Response* [*from workshop participant other than the presenter*]: One small study has been done in Iowa, which will be available soon.[36] In Texas, mortality studies are not required and therefore have not been done.

---

[35] A workshop participant noted that the Natural Resource Conservation Service has arranged payments to farmers to delay mowing until after nestlings fledge, thereby increasing productivity of birds at these sites and offsetting additional fatalities.

[36] This is a reference to a three-season study conducted at three modern turbines near Algona, Iowa. No bird fatalities were found at this site. (Demastes, J. W. and J. M. Trainer. 2000. Avian risk, fatality, and disturbance at the IDWGP Wind Farm, Algona, Iowa. Final report submitted by University of Northern Iowa, Cedar Falls, IA. 21pp.)

# DEVELOPMENT AND APPLICATION OF GUIDELINES FOR SITING, CONSTRUCTING, OPERATING AND MONITORING WIND TURBINES

This session provided a comparison of wind project guidelines developed by the U.S. Fish and Wildlife Service (May 2003) and the Washington State Department of Fish and Wildlife (August 2003). Is there a need or desire for uniform national or state criteria? Can other states learn from Washington State's example, or from the USFWS voluntary guidelines? Should there be uniform requirements/guidelines/check-lists for the siting, operation, monitoring, and mitigation to prevent or minimize avian, bat, and other wildlife impacts?

## *Development and Application of USFWS Guidance for Site Evaluation, Siting, Construction, Operation and Monitoring of Wind Turbines*

by
Albert M. Manville, II, Ph.D., *U.S. Fish and Wildlife Service*[37]

Although wind turbines are not new to the United States (over 1,000 windmills were reported on Cape Cod, Massachusetts, in the late 1800s), the development of large scale "wind farms" or wind plants and their impacts on birds and bats is a relatively recent phenomenon. Compared to the decades of documented impacts of power lines and communication towers on birds and bats, wind farm impacts are certainly recent.

The US Fish and Wildlife Service (USFWS or "the Service") took notice of avian-wind turbine collisions in the late 1980s and early 1990s as a result of events at Altamont Pass Wind Resource Area, California (APWRA). It was estimated that several hundred raptors were being killed each year at APWRA due to turbine blade collisions, guy wire strikes, and electrocutions. While mortality has been somewhat reduced at APWRA, the problem has yet to be resolved at that site. In addition to direct collision threats, concerns began to be raised in the late 1990s about wind plants disturbing and fragmenting habitats and disrupting birds. Breeding grassland songbirds and prairie grouse, particularly lek-breeding prairie grouse (*e.g.,* Greater and Lesser Prairie Chickens and Sage Grouse), all appear to be adversely affected. Studies on habitat impacts are ongoing. More peer-reviewed published research is needed to determine the extent and implications of impacts.

USFWS' involvement in wind power and issues related to its development began with the Service's Office of Law Enforcement in the late 1980s as a result of events at Altamont Pass. In addition to 1980s investigations, USFWS partnered with the wind industry in 1995 when it joined the Avian Subcommittee (now called the Wildlife Work Group) of the National Wind Coordinating Committee (NWCC). In 1997, Al Manville was designated the USFWS representative to NWCC. In 2002, the Service recognized the need for voluntary guidance to assess, rank, site, place, monitor and conduct research pre-and post-

---

[37] 4401 N. Fairfax Dr., Mail Stop MBSP-4107, Arlington, VA 22203

construction at wind power developments. Mr. Manville was tasked to chair the Service's Turbine Siting Working Group – represented by all seven Service Regions and the Washington office – including representatives from Ecological Services, Permits, Law Enforcement, Habitat Conservation, and Migratory Birds. The creation and release of USFWS wind power guidance was fast-tracked as part of the President's National Energy Policy addressing renewable energy, and the Interior Secretary's 2001 Renewable Energy on Public Lands Initiative.

In July 2002, the USFWS Turbine Siting Working Group held a three-day meeting with fifteen Service representatives. The meeting resulted in the creation of draft interim voluntary guidance for wind power development. The guidance was critically reviewed by all Service Regions, later by the Washington Directorate, and finally by the Department of the Interior. The interim voluntary guidance for land-based wind turbines was completed and approved in July 2003, when it was announced in the Federal Register. The complete guidelines can be found at: http://www.fws.gov/r9dhcbfa/windenergy.htm.

There are a variety of reasons why USFWS's guidance on wind development are voluntary rather than regulatory. Given the opportunity, the Service prefers partnerships over a regulatory approach when working with industry. This is how the Service has worked with the electric utility industry since the 1970s (in a partnership formalized in 1989 through the Avian Power Line Interaction Committee [APLIC]) and with the communication tower industry since 1999 (through the Communication Tower Working Group); the same model likely will be used with the commercial and recreational fishing industries in the near future. With respect to the electric utility industry, USFWS helped develop voluntary guidance with APLIC through "suggested practices" for strike and electrocution avoidance (published in 1994 and 1996 respectively). The Service, with feedback from industry and academics, developed voluntary guidance for siting and placement of communication towers in 2000.

The voluntary guidelines[38] are based on the best available science, and will be updated in July 2005 based on comments received from the public and when new information becomes available (with the exception of National Wildlife Refuge policies regarding grassland easements in Region 6, found in Appendix 6 of the USFWS guidance document, pp. 39-44). Comments received on the guidelines will become part of the Service's administrative record. Two public meetings/briefings have been held on the guidelines to date, and the Service anticipates holding others. Much of the guidance is based on studies conducted by, information collected from, and recommendations presented by the NWCC, including input from the American Wind Energy Association (AWEA).[39] General recommendations regarding siting, design, and operations are intended to *suggest* (based on the best available science) the sorts of analyses that should be performed. These are recommendations, *not binding, bright-line rules.*

While the USFWS guidelines are voluntary, there are applicable Federal statutes and

[38] The terms "guidelines," "guidance," and "guidance document" hereafter are used interchangeably.
[39] See Partial List of Literature Reviewed, below.

regulations which the wind industry must obey. These include the Endangered Species Act (ESA), the Migratory Bird Treaty Act (MBTA), and the Bald and Golden Eagle Protection Act (BGEPA), and the regulations applicable to these statutes. With respect to the ESA on public lands or where Federal funding or Federal permits are involved, USFWS strongly recommends that the applicable Federal agency or the turbine company/contractor – if designated as a non-Federal representative – consult with USFWS through Section 7. On private lands, particularly in the East, USFWS suggests contacting the local Ecological Services Office for guidance regarding Sections 9 and 10 of ESA. To avoid problems, it is best to contact the nearest Ecological Services Office at the outset.

The MBTA is a strict liability statute, meaning that *proof of intent* to violate any provision *is not required* to establish that a party is in violation of the law. The killing of any bird is not allowed under the law unless permitted, and the USFWS does *not* issue “incidental” or “accidental take” permits under MBTA. However, on page 2 of the Director’s memo to the Regional Directors, signed May 13, 2003, the guidance does state:

> “While the Act has no provision for allowing unauthorized take, it must be recognized that some birds may be killed at structures such as wind turbines even if all reasonable measures to avoid it are implemented.”[40]

Because of these stipulations, USFWS encourages a pro-active, partnership approach in order to avoid potential problems. BGEPA, like MBTA, is a strict liability statute protecting Bald and Golden Eagles. It is important to contact the nearest Ecological Services Field Office for issues regarding either act.

Migratory birds are a trust responsibility of USFWS. The Service is currently responsible for the conservation and management of 836 species of migratory birds. In 1995, USFWS listed 124 “nongame species of management concern” representing birds whose populations were declining, some precipitously. This list represents an “early warning” system. The next step for species of management concern could be listing as candidates under the ESA, which USFWS would rather avoid. As of 2003, the Service raised the number from 124 to 131 species in the publication, *Birds of Conservation Concern 2002*. This is not good news. In addition, there are 77 endangered and 15 threatened birds listed on the ESA, and these numbers continue to increase. This means that at least a total of 223 of the 836 species of migratory birds in the U.S. are in trouble, while the status of fully one-third of the other species is not known. As a trust agency tasked to protect and manage migratory birds, USFWS must do everything it can to reverse these population trends (the vast majority of which are human-caused), whether impacts appear to be large or small, on public or on private lands. The issue involves cumulative impacts as well, including those from wind farms, communication towers, buildings, automobiles, power lines, and other sources of mortality related to human activity.

Generally speaking, estimated nationwide avian mortality due to wind turbines appears to low with the exception of Altamont Pass. USFWS wants to ensure that impacts stay low.

---

[40] USFWS Director’s memo to Regional Directors introducing the Service’s voluntary land-based wind turbine guidance, May 13, 2003, 2 pp.

Because the wind industry is still in its infancy, the Service hopes to prevent any new problems from developing as the industry and the nation gear up for exponential turbine growth. The bottom line: USFWS encourages the wind industry to work with the Service to help prevent avian and bat impacts, especially as electricity demand (and wind energy development) increases in the US. To make this happen, the industry's review process needs to be transparent, especially concerning the protocols being used to assess wind sites for bird and bat impacts (e.g., Phase I and II risk assessments, and pre- and post-construction monitoring protocols). USFWS and other agencies would like the opportunity to review them as well. This is one reason why USFWS recommended that a professional Federal and/or State biologist be involved in the pre-development review process. USFWS strongly encourages wind energy developers and trade associations to work directly with Robert Willis (of the Division of Habitat Conservation, Arlington, VA, office); Rob Hazelwood (of the Helena, MT, Field Office), Al Manville, and all 78 Ecological Services Field Offices from the outset of the project development process. By working together at the local level to properly site and design wind turbines, we have the potential to reduce loss of migratory bird trust resources and habitats, listed bats, and other listed species by replacing more disruptive forms of energy development with wind energy.

USFWS encourages the wind industry to follow the guidelines USFWS has developed and to conduct scientific research to provide additional information on migratory birds, prairie grouse, grassland songbirds, bats and other species. Specifically, USFWS asks contractors/developers to do the following:

- rank and evaluate each site;
- assess and monitor wildlife impacts;
- perform pre- and post-construction monitoring and mortality studies;
- use USFWS site development recommendations;
- use turbine design and operational recommendations; and
- address research needs.

In a memo to Regional Directors dated April 26, 2004, the USFWS Director noted that these actions

> "should be accomplished through flexible application of our voluntary guidelines based on local conditions, local knowledge, locally applicable scientific data, and technical feasibility (e.g. sufficient wind, lease space, transmission grid access).
>
> Where we recommend collecting 3 years of data prior to construction, this recommendation is *not* intended to be a *strict requirement* in all areas, especially if less time can be expected to yield sufficient data. However, where risk is considered sufficiently high due to variable weather, changing flight paths, and variable migration timing, then 3 years of data may be appropriate."

In other words, three years of pre-construction data is a recommendation, not a requirement.

There are some relatively new and very promising technologies that can be used individually or in tandem to monitor for birds and bats. These technologies include: a) thermal imaging equipment; b) fixed vertical beam radar; c) BIRDRAD (high resolution marine radar); d) WSR-88D (Doppler weather radar); e) acoustic monitoring; f) GIS; and g) GPS. Taken as a whole, these technologies are helping to better assess bird and bat presence, animal behaviors, altitudes of migration, patterns of movement, speed and direction of movement. USFWS reminds researchers that it is important to "ground the truth" by corroborating the findings of any one tool with data from other sources or tools. Despite the number and rigor of avian/bat studies that are conducted, from a wildlife and habitat perspective there are still fundamentally "good" and "bad" places to locate wind turbines. It is USFWS's fear that as the industry grows, more "bad" sites will be considered as "good" ones get developed. The site evaluation guidance developed by USFWS is designed to help make that "good"/"bad" determination and avoid potential problems.

USFWS hopes to achieve a range of goals with the development of the guidance document and the Service's overall involvement with wind the wind industry. The primary goal is to partner with the wind industry and consider developing voluntary avian protection plans (APPs) as is currently being done with the electric utility industry. The Service aims to keep bird and bat mortality low as the industry grows exponentially. It hopes to resolve issues at Altamont Pass and avoid similar scenarios in other locations. USFWS hopes to learn more about and answer questions about bat mortality at wind farms,[41] and to look much more closely at avian and bat migration in the Eastern US, particularly along the Appalachian Mountain ridge-tops. More radar and thermal imagery work are needed, and more replication is suggested. For example, one study found "roughly half the night [bird] migrants flew at altitudes below 125 m, putting them at risk of colliding with 112-m high wind turbines…" at proposed sites in New York (Cooper and Mabee 1999).

Overall, USFWS seeks more cooperation and collaboration from the wind industry from the beginning of development planning processes. The Service would like to see greater transparency incorporated into the industry's review process, especially with respect to research protocols used to assess wind sites for birds and bats during Phase I assessments. If the wind industry is to portray itself as "green," developers need to contact USFWS at the outset, not just as a second thought after a site has been selected, landowner agreement has been reached and a power agreement signed.

Several next steps are planned to develop and promote the guidance. The Service plans to:

- conduct more public workshops;

---

[41] The retrieval of 475 bats at Backbone Mountain, WV (fatalities estimated at 1,900-2,375 for the year 2003) is of concern. The level of mortality at Backbone Mountain has been reassessed by Dr. Merlin Tuttle of Bat Conservation International, indicating that the total number of fatalities could approach 4,000 (Tuttle 2004).

- implement a series of multi-stakeholder workshops (such as the Region 5 [Northeastern US] workshop which took place in September 2003 on Virginia's Eastern Shore) on use of USFWS guidance;
- encourage more dialogue between the wind industry and USFWS Field Offices;
- ask industry to encourage a 5+ year reauthorization of tax credit legislation;
- encourage the industry to continue funding bird and bat research (the industry has spent an impressive $6+ million on research since 1994) and to get their results published in peer-reviewed journals.

The current guidance will be updated in July 2005. USFWS hopes to participate in more meetings like the Wind Energy and Birds/Bats Workshop, and encourages industry members not already involved to engage in the process.

### References

Cooper, Brian A. and Todd J. Mabee. 1999. Bird migration near proposed wind turbine sites at Wethersfield and Harrisburg, New York. Niagara Mohawk Power Corp. draft report. 46 pp.

Tuttle, Merlin. 2004. Wind energy & the threat to bats. *Bats* 22(2):4-5

### Partial List of Literature Reviewed, Portions of Which Used to Develop the Fish & Wildlife Service's Voluntary Wind Turbine Guidance

[*compiled for this presentation by Albert M. Manville, II, Ph.D., Wildlife Biologist, Division of Migratory Bird Management, USFWS, Chair, (FWS) Wind Turbine Siting Working Group*]

American Wind Energy Association. 1995. Windpower '95 Annual Conference and Exhibition of the AWEA, March 26-30, 1995, Proceedings, Washington, DC. AWEA, U.S. Dept. Energy, National Renewable Energy Laboratory, and Edison Electric Inst. 611 pp.

Anderson, R., M. Morrison, K. Sinclair, D. Strickland, H. Davis, and W. Kendall. 1999. Studying wind energy/bird interactions: a guidance document. Metrics and methods for determining or monitoring potential impacts on birds at existing and proposed wind energy sites. Avian Subcommittee, National Wind Coordinating Committee, Washington, DC. 87 pp.

Electric Power Research Institute. 2003. Electric Power Research Institute (EPRI) Workshop on Avian Interactions with Wind Power Structures, October 16-17, 2002, Jackson, WY. Workshop Summary Report. 14 pp.

Erickson, W.P., G.D. Johnson, M.D. Strickland, D.P. Young, Jr., K.J. Sernka, and R.E. Good. 2001. Avian collisions with wind turbines: a summary of existing studies and comparisons of other sources of avian collision mortality in the United States. Western EcoSystems Tech., Inc., Cheyenne, WY. 62 pp.

Erickson, W., G. Johnson, D. Young, D. Strickland, R. Good, M. Bourassa, K. Bay, and K. Sernka. 2002.

Synthesis and comparison of baseline avian and bat use, raptor nesting and mortality information from proposed and existing wind developments. Report for Bonneville Power Administration (BPA), Cheyenne, WY. WEST, Inc. 124 pp.

Harmata, A., K. Podruzny, and J. Zelenak. 1998. Avian use of Norris Hill Wind Resource Area, MT.

Natl. Renewable Energy Labs, Golden, CO. NREL/SR-500-23822 Technical Report. 61 pp. (partial length).

Hunt, G. 1994. A Pilot Golden Eagle Population Project in the Altamont Pass Wind Resource Area, California. Research Report, December 1994. NREL XCG-4-14200. 212 pp.

_____. 2002. Golden eagles in a perilous landscape: predicting the effects of mitigation for wind turbine blade-strike mortality. Public Interest Energy Research/PIER, California Energy Commission Consultant Report, July 2002, P500-02-043F, University CA, Santa Cruz. 51 pp.

Johnson, G.D., D.P. Young, Jr., W.P. Erickson, C.E. Derby, M.D. Strickland, and R.E. Good. 2000. Final Report, Wildlife Monitoring Studies, Seawest Power Project, Carbon County, WY, 1995-1999. WEST, Inc., Cheyenne, WY. 195 pp.

Johnson, G. D., W.P. Erickson, M.D. Strickland, M.F. Sheperd, D.A. Sheperd, and S.A. Sarappo. 2002. Collision mortality of local and migrant birds at a large-scale wind-power development on Buffalo Ridge, MN. Wildl. Soc. Bull. 30(3):879-887.

Kerlinger, P., R. Curry, and R. Ryder. 2000. Ponnequin Wind Energy Project: Reference Site Avian Study, January 1, 1998- December 31, 1998. NREL, Golden, CO. NREL/SR-500-27546. 26 pp.

Manville, A.M., II. 2004. Bird Strikes and Electrocutions at Power Lines, Communication Towers, and Wind Turbines: State of the Art and State of the Science – Next Steps Toward Mitigation. Proceedings 3rd International Partners in Flight Conference, March 20-24, 2002, Asilomar Conference Grounds, CA. USDA Forest Service Gen. Tech. Rep. PSW-GTR-191. 14 pp. (in press).

Morrison, M.L. and K. H. Pollock. 1997. Development of a Practical Modeling Framework for Estimating the Impact of Wind Technology on Bird Populations. National Renewable Energy Laboratory, Golden, CO, November 1997. NREL/SR-440-23088. 27 pp.

National Wind Coordinating Committee. 1995. Proceedings of National Avian-Wind Power Planning Meeting, Denver, CO, July 20-21, 1994. LGL Ltd., King City, Ontario Canada. 145 pp.

_____. 1998. Permitting of wind energy facilities. A handbook. Washington, DC. 59 pp.

_____. 2000. Proceedings of National Avian-Wind Power Meeting Planning Meeting III, San Diego, CA, May 1998. Avian Subcommittee, NWCC, King City, Ontario Canada. 202 pp.

_____. 2001. National Wind Coordinating Committee Planning Meeting IV, Carmel, CA, May 16-17. 105 pp.

_____. 2002. Assessing the economic development impacts of wind power. Final Report. Northwest Economic Associates, Vancouver, WA. 41 pp.

Novem. 2000. The multi-annual programme TWIN-2, "Use of Wind Energy in the Netherlands, Part 2," 1996-2000. 12 pp.

Reynolds, R. and N. Niemuth. 2001. Potential effect of wind turbine presence on numbers of breeding grassland birds and nesting ducks on grassland easement properties in North and South Dakota. USFWS report to Avian Subcommittee, NWCC, June 15, 2001. 6 pp.

Sinclair, K. 2001. Status of avian research at the National Renewable Energy Laboratory. Presented at AWEA's Windpower 2001 Conference, Washington, DC, July 4-7, 2001. 8 pp.

Thelander, C.G., and L. Rugge. 2000. Avian Risk Behavior and Fatalities at the Altamont Wind Resource Area, March 1998 to February 1999. NREL, Golden, CO. NREL/SR-500-27545. 22 pp.

Plus numerous other sources referenced in Literature Cited Section of Guidance.

### *Discussion, Questions and Answers, USFWS Guidelines*

*Noted:* Proceedings from a National Wind Coordinating Committee (NWCC) meeting held to help guide development of the USFWS guidelines will be available on the NWCC website in the near future (www.nationalwind.org). AWEA also has commented on the USFWS guidance and these comments are available for review at www.awea.org.

*Noted:* APLIC is developing research methods and protocols for bat monitoring around power lines. The group is working on developing sensors/markers to put on power lines to deter birds and bats.

*Does the USFWS website present recommendations to developers of coal-fired power plants?*

*Response:* USFWS tried to get involved with the mountaintop mining issue in the past and was ignored. Different energy development pursuits are regulated in disparate ways… i.e., wind power development is being constrained because of bird and bat impacts while

mountaintop mining, while clearly destructive of bird and other wildlife habitat, continues.

*Noted:* People in the wind industry are beginning to understand that USFWS recognizes some of the industry's concerns regarding regulation. Industry people hope to continue working with USFWS.

*Could the presenter say something about the Cuban Bill?*

*Response:* This bill was an extension of tax credit authorization for all energy sectors except wind to five years rather than two.

*How has USFWS prepared its field offices to respond to the inquiries of the wind industry regarding the guidance?*

*Response:* Regional Directors report to the USFWS Director, and all Regional Ecological Services field officers commented on the guidelines before they were published. Part of the guideline development process may be considered an opportunity to educate everyone involved – USFWS, environmentalists, and industry people. USFWS is striving for coordination. All field offices have been provided with the guidelines and were instructed to apply them and get feedback from the wind industry. Additional guidance was sent to field offices based on feedback and questions the Service was receiving. Basically, USFWS is doing its best to develop consistency throughout in the advice it provides with respect to the guidance, but it is a work in progress. The Service Director is encouraging field office people to familiarize themselves with the wind industry, and the Service plans to hold more workshops in the future.

*Given that the guidance has been out for nearly a year as of May 2004, what has the response been to the suggestion of looking at and ranking multiple potential sites?*

*Response:* USFWS has not received much feedback on that point to date. Most comments from the West have been positive, but it is too early to tell for the East. One developer did complain about the recommendation to conduct three years of pre-construction wildlife studies; however, this developer and the state involved have been working on getting the project in question moving for six years.

*How did USFWS come up with its nationwide mortality estimate?*

*Response:* USFWS does not use an estimate, but rather a range – and even if it is off by a couple orders of magnitude, mortality is still significantly less at wind turbines today than it is at communication towers.

*Comment:* More outreach by public utility companies may help direct developers to USFWS sooner than in the past.

*Response:* Yes, this is a good idea.

## *Wind Power in Washington State*

by
Greg Hueckel, *Washington State Department of Fish and Wildlife*[42]

The Washington State Department of Fish and Wildlife (WDFW, or the Department), in consultation with representatives from the wind power industry and environmental groups has developed Wind Power Guidelines that achieve ways to reconcile support for renewable wind power projects with the need to protect wildlife and the State's habitat. These Wind Power Guidelines include innovative provisions that not only protect our native habitats, but also greatly improve habitat value with mitigation expenditures. There is currently little operational experience with wind projects in Washington State, and these Wind Power Guidelines are designed to add important studies and operational knowledge to our understanding of how to site, design, and operate wind projects to avoid and minimize impacts.

These Wind Power Guidelines, which will be used by the Department to shape its comments on wind power projects through the State Environmental Policy Act process, are divided into the following three sections:

1. *Baseline Monitoring Studies for Wind Projects:* calls for pre-project assessments of wind power sites with the goal of avoiding and minimizing bird and bat mortality from turbine strikes; operational monitoring; and a Technical Advisory Committee (TAC) to evaluate impacts and determine if additional measures are needed to address unexpected impacts.
2. *Wind Project Habitat Mitigation (conventional):* steers wind projects toward cropland and developed areas and away from undeveloped native habitat; provides ratios for replacement habitat as mitigation for temporary and permanent wind project impacts; adheres to the principle of no loss of habitat functions and values.
3. *Wind Project Alternative Habitat Mitigation Pilot Program:* creates an innovative option for wind developers (as an alternative to #2) to streamline the mitigation process and ensure that mitigation dollars are spent on acquiring, restoring, and managing strategically important habitat in central and eastern Washington State, where most wind projects are sited. The Alternative Mitigation Program is designed to use public funds for acquisition of the highest value habitat with annual payments from wind developers for stewardship of these lands, greatly increasing the value of mitigation expenditures over those of conventional on-site mitigation.

These Guidelines will be re-evaluated after five years and adaptively altered as needed. They provide wind project applicants with clarity and streamlined processes, require mitigation to not reduce our native wildlife and their habitats, and provide an option to partner with WDFW to protect and improve some of Washington State's most important native habitats.

---

[42] 600 Capitol Way N., Olympia, WA 98501-1091

### References

A complete copy to Washington State's Wind Power Guidelines can be obtained over the internet at: http://wdfw.wa.gov/hab/engineer/windpower/intex.htm

Or by writing to the Washington State Department of Fish and Wildlife at:

Habitat Program
Washington Department of Fish and Wildlife
600 Capitol Way N.
Olympia, WA 98502-1091

## ***Discussion, Questions and Answers***

*How does WDFW determine the footprint that the $55/acre fee is applied to?*

*Response:* It is applied to the actual footprint including roads and tower pads and the buffer around them.

*Comment:* In New Jersey, neither developers nor environmentalists have dealt with state-level guidance yet. Could any other workshop participants comment on the process of developing the Washington State guidelines?

*Response (representative of Washington State Audubon):* Our organization was given a copy of the guidelines to review, but I wish we had been more integrally involved in developing the alternative mitigation guidelines. We did not entirely agree with the guidelines regarding monitoring, and wondered whether research protocols had been peer-reviewed. We would have liked to have seen a minimum of two years (rather than one season) avian use assessments even for "low-risk" areas. In particular, we did not like the fact that if operation monitoring is "unfinanceable" (i.e., cost prohibitive), then it is not required. Basically, Audubon would have liked to have been party to negotiations and the guideline development process, rather than just being given a chance to review something developed by the wind industry and WDFW.

*Response (WDFW):* An Audubon representative was included on the review team.

*What is meant by the term "unfinanceable"? If taking an operating turbine out of operation is not an option, what do you do if you start seeing high fatality levels post-construction?*

*Response:* The industry has said that taking turbines out of operation after they're built is not a viable mitigation option because of the risk of such a possibility would make it impossible (or prohibitively expensive) to get financing for a project. The solution arrived at in Washington State was to list (at the pre-permit stage) options for operational changes that may be implemented to deal with mortality should it appear during post-construction monitoring.

*Comment:* There seems to have been much thought put into the Washington guidelines;

they should be used as a template for other states.

*Has Washington State thought about statewide monitoring/review?*

*Response:* The State is paying for eco-regional studies, but lack of staff is a real constraint. However, WDFW does have a staff biologist who helps developers put together the information they need for the permitting process.

*Comment:* The issue of conducting three years of pre-construction studies keeps coming up, and the idea of a three-year standard goes way back before USFWS guidelines. It is considered important for studying critical high-use habitat areas. However, as has been noted here today, when you have good data another three years worth is not necessary, and where you don't have high risk you don't need three years of studies.

*In Maine it is entirely up to the developer to decide who gets involved in the site assessment process and whether to conduct pre-construction studies. Which is closer to the current norm, Maine or Washington State?*

*Response:* Washington is definitely a leader for this type of regulation, and thus ahead of the norm.

*Might the lack of mitigation demands for disturbed lands motivate developers to disturb an area and then come back later and identify the site for wind development without mitigation requirements?*

*Response:* There is enough trust between parties in Washington State that this is not viewed as a problem.

*Has the allowance of less than one full year of pre-project monitoring as outlined in the guidelines been an issue for concern?*

*Response:* Pre-permit assessment in most current cases in Washington State has involved a review of existing information and contacting WDFW, with at least one year of pre-construction studies and, in some cases where there is a critical season, two years of data for that season.

# DISCUSSION OF RESEARCH NEEDS

The Facilitator asked participants for their overall reaction to the research that has been presented during this workshop. Questions addressed by workshop participants included the following:

- How do you develop trust and confidence in the research?
- What are some of the specific gaps in our understanding of wind energy's impact on birds and bats?
- How do we prioritize and proceed with closing the data/research gaps? How do we "connect the dots" and bring various research and mapping efforts together?
- Given gaps in the data, what are the critical questions we need to answer to make project decisions now? How do we track/influence the policies that will shape wind energy development?

## *How do you develop trust and confidence in the research?*

The first part of the discussion centered on the credibility and accessibility of research being done. Participants considered what guidance is available for protocol development and whether protocols and study results should be peer-reviewed. A peer review requirement raises several issues, including questions of confidentiality for proprietary information, what it takes to get research published, and the importance of timely reporting of research results – including findings of "no significant impact." Participants concluded that the issue is not whether research is peer reviewed, but whether it is a) credible, and b) accessible. (It was noted, however, that the peer review process does provide both credibility and accessibility in a way that no other process does.)

### Guidance available for developing research protocols.

While industry has funded most of the research to date, one participant noted that some of the results we have been looking at come from publicly-funded research (e.g., NREL, CEC), and that the industry-funded research follows largely the same protocols. Another participant cited the NWCC's stakeholder-developed "Methods and Metrics" document (*Studying Wind Energy-Bird Interactions: a Guidance Document*) which was intended to facilitate the comparison of results from different studies. This guidance document is now three years old, and it would be useful to get feedback so that it could be updated.

### Questions and comments related to NWCC's Guidance Document:

1) Are the protocols described in the guidance document applicable to all terrestrial sites?

*Response:* Yes, but not to offshore sites. (See Jette Gaarde's presentation on offshore development in Denmark.)

2) Guidance document could be revised to address offshore research methodologies as well

as new imaging technologies – but the basic research principles apply no matter where you're doing the research.

3) Are people using this document as intended? Are they drawing the correct inferences?

*Response:* The document just provides a toolbox; agencies have to draw the inferences.

### Issue of peer review and the confidentiality and timeliness of research.

One participant noted that Phase I assessment protocols could be reviewed by an independent body (without publication), which also could review the inferences drawn from the results of Phase I studies. Another agreed that it would be helpful to get protocols as well as actual studies peer reviewed. A third pointed out that "we have to be clear about what is meant by peer review. Many documents that are peer-reviewed still wind up in gray literature; we're talking about peer-reviewed literature."

### Confidentiality

With respect to confidentiality, one participant recommended considering the FIFRA process – EPA is dealing with proprietary information. The nature of the chemical is not even revealed to reviewers, yet a technical review committee process can review the science without breaching confidentiality. Other participants said it was best to proceed with caution when engaging the Federal or state governments in the review of proprietary information.

### The research may be valid, but is it publishable?

The question was raised whether the kind of work being presented here would qualify to get into peer-reviewed scientific journals, or whether "we have to look for a different venue for "applied" science studies." *Response:* There are many high quality journals (e.g., Ecological Applications) that publish applied research.

Reports that are useful to industry may not meet article standards, noted one research consultant. "Those of us who publish long reports have an obligation to summarize the information in a series of publishable reports, and go the publication/peer review route." Another consultant observed that it takes a long time to get a research article published. "When we do a monitoring study, we try to get the information out there as soon as possible. [Researchers] may need to do three to four sites before [they] can get the information into a scientific journal."

A participant with experience both as a research consultant and as an associate journal editor acknowledged that "an awful lot of what we do is not publishable… But we do have to start publishing in refereed journals." However, as a consultant, he and his staff can't afford to make publication (as opposed to billable work) their focus. "We're not in the academic arena, so it is problematic."

### How do we reconcile the need for review with the need for timely decision-

### making?

When it comes to wind energy project developments, timely decision-making is important, sometimes a statutory requirement. One participant emphasized the importance of having access to reports *as they come out*. ("We need to avoid 'paralysis by analysis.'")

*Suggestions:*

1) Some research would add to the scientific knowledge base without necessarily having to be tied to a particular project's development. Night radar monitoring, for example, would be useful to help us learn more about the ratio of flyover rates to mortality data.

2) A common post-construction monitoring practice is to have a Technical Review Committee. Is that an appropriate level of review?

3) A variation on this suggestion was described as "pseudo" peer review by stakeholder committees when permitting requirements create time pressure.

4) It might be useful for this group to establish its own publishing forum.

Other participants followed up on this last idea. One made the point that, while the peer review process takes time, a group of people such as those represented at this Workshop could "certify" research findings and make them accessible. It was suggested that the NWCC could be a central repository for research, providing access to the information, with a review process being conducted in parallel. Such a forum also would enable researchers to publish findings of "no significant impact," which might be of legitimate interest to the industry, agencies, and environmental groups, but not to scientific journal editors. (One consultant noted that an article which reported an absence of fatalities at Vansycle Ridge was rejected as not having a sample size large enough.)

One participant noted that the two main issues are credibility and accessibility – both of which are necessary. "We need to think creatively as a community about how to provide credibility for a body of work, an agreed-upon process for conferring credibility." Because accessibility is sometimes at odds with getting stuff published in peer-reviewed literature, this participant suggested various other outlets, including Web-related activities, access to technical reports with associated databases (e.g., via NREL), etc. A "technical working group" of half-a-dozen qualified individuals (perhaps set up by a group such as was gathered for this workshop) could perform the function of a peer review committee. It was suggested that the committee could even publish the review comments, allowing the work itself to be presented as it is.

Another participant summed up this discussion by noting that "peer review is just a tool to make sure you have good science. Good science, not peer review, is what we really care about."

### What are some of the specific gaps in our understanding of wind energy's impact on birds and bats?

This question yielded a wide range of responses.

*How do birds detect turbines?* There is a presumption is that it's visual, but do they use sound? Under what conditions do birds not detect turbines? Are there things that can be done to make sounds that would help birds avoid turbines?

*When during the night do fatalities occur?* Do they occur early, when birds are leaving habitat, during mid-stream, or when birds are putting down? Need to know more about the impact of weather and how birds interact with lights and objects.

*Responses:* 1) We need to collect concurrent information on weather, and passage rates in zone of exposure and mortality. That will help us to predict weather impact. 2) Diurnal use should also be collected concurrently.

*Are bigger turbines necessarily better for birds and bats? What about lighting?* Look at Podolsky's Avian Risk of Collision (ARC) model determining risk of birds flying through different rotor swept areas. We can expect to get more definitive answers about red strobe lights from Paul Kerlinger's Michigan study and from other studies; this will be very valuable.

*Studies of grouse are needed.* Two participants underscored this point, citing the need to look at prairie grouse in particular, look at the impact of human activity on grasslands, other grouse habitat impact.

*We need to know more about cumulative effects of wind farm development.*

1) Can we start to model what would happen to bird and bat populations if we were to start building out wind energy potential?

2) We should look at wind energy's cumulative effects in the larger context – i.e., the impact on wildlife of all power generation technologies.

*Information about migration patterns means looking at the bigger picture.*

Some research requires a more proactive statewide approach, as opposed to project-specific studies. For example, it would be useful to the wind industry and consultants, as well as to wildlife and permitting agencies, to learn more about avian-wind interactions in the context of migratory behavior (e.g., use of stopover habitat). Such information would help agencies know what additional sitework needs to be done for a given project. People are already working on this (e.g., the US Geological Survey's science support program), we need to help pull this together. The National Fish & Wildlife Foundation's state wildlife program grant is another example (see www.nfwf.org).

*We need more controlled experiments.*

Example of an experiment to test the effect of lighting on bird impacts, where a controlled experiment was actually built in to a project.

*Offshore and coastal wind development should be studied.*

Rvsd Plan - 00003333

We need to learn about the impact of offshore wind energy facility construction and operation on whales, how artificial reefs would affect marine wildlife, etc.
So little is known about the coast (e.g., coastal Texas). It would be good to see some research on coastal sites.

### Other Areas of Research on Which to Focus:

- We need more data from the Eastern US, especially about birds' use of ridges, passes, gaps.
- Bats – Don't forget the Bat Conservation International (BCI) research needs that have been identified.
- Crippling events and other "hidden" impacts – In the case of pesticides, for every bird that's killed, at least one is sub-fatally impacted. We don't seem to be measuring this for wind impacts, because it's hidden. (Also, what about the impact of electro-magnetic fields on birds?)
- We don't know that much about HOW birds and bats are being killed. Are they running into towers? Running into blades? Guy wires?

### *How do we prioritize and proceed with closing the data/research gaps?*

How do we "connect the dots" and bring various research and mapping efforts together?

Noting that "this is an ongoing process," one participant suggested that, rather than have workshop participants vote on research priorities, it might be better to set up an ongoing committee that tracks research priorities.

Referring again to the issue of who funds the research, a participant argued for working to get Federal and state governments to partner with industry to help close some of these research gaps.

### Who connects the dots?

Another participant suggested that we might be able to "get smarter sooner" by looking at existing sources of data and how they might be tied together. With respect to the Appalachian ridges, for example, there are NEXRAD stations with data concurrent with radar studies that we've done already; if we can figure out how to "tie the data together," maybe we can learn what we need to know without doing another year of radar studies." This idea was greeted with enthusiasm, although one researcher noted that the NEXRAD technology has severe limitations for detecting birds, particularly in mountainous areas; it is more useful along coastal areas.

The Workshop Facilitator noted that people are starting use GIS to map bird migration and wind resource information in some parts of the country. "The question is, who connects the dots?"

One approach has been to map "areas of concern" – geographic areas where development either should not take place, or would require careful pre-development study to assess risk.

Yet focusing on "areas of concern" tends to be a somewhat piecemeal approach, and some environmentalists would argue for a more proactive approach.

Audubon has introduced the "important bird areas" (IBA) concept at the state, national, and continental levels. Forty-six states have IBA work ongoing, and some 5800 IBAs have so far been identified in this country. The National Audubon Society will be able to put together a national picture in a few years, which will help developers plan and also bring stakeholders together on the ground. (In a similar vein, the state of Pennsylvania has started implementing IMAs – Important Mammal Areas – and other states are thinking of establishing them as well.)

There are a number of people using NEXRAD to create regional maps as well as bird migration traffic maps for the entire US (maps showing density and direction of movement). There is a proposal in to the National Oceanic and Atmospheric Administration (NOAA) to develop a spatial model that looks at all the risk factors to migratory birds.

A participant representing The Nature Conservancy reported that the Conservancy has invested a lot in "biodiversity areas" but that "we don't have a good handle on bird and bat 'fly-ways' or movement corridors. It isn't the wind industry's job to do this, but we need to close that gap."

The group concluded that it is the NGOs that are taking the lead in coming up with the information—e.g., population numbers from IBA programs, the Natural Heritage Program (now NatureServe), the Nature Conservancy's biodiversity programs. These are the dots that need to be connected, and a lot of that information is starting to come together.

### *What are the Critical Questions We Need to Answer?*

Given gaps in the data, what are the critical questions we need to answer to make project decisions now? How do we track/influence the policies that will shape wind energy development?

Noting that "we'll probably never have all the information we need," a participant asked, "How do we react to wind development decisions that need to be made, given that there are and will always be gaps? What is an acceptable risk? Is it the same for all species? What are the questions we need answered to make project decisions?"

Another participant reminded the group that, from the industry's standpoint, the question of bird and bat mortality is just one of the risks to be considered. How do we balance the need to assess the potential risk to birds and bats with developers' need to "cap" or somehow manage the risk of having to shut down turbines once they are up and operating?

#### Areas of agreement

Workshop participants agreed that, among the human activity-related threats to birds and bats, wind energy is at the margin. Nevertheless, it is important to understand where on the

margin it is. Other areas of agreement included:

- Need to address site selection criteria as well as guidance on site development.
- Need to be prepared with reasonable, practical protocols for studying proposed offshore sites.
- Research information needs to be both credible and readily available.
- Both habitat loss and mortality matter.
- There is a need for tools, techniques, metrics to address bats
- Do we need to develop a national strategy?

# CONCLUDING OBSERVATIONS AND NEXT STEPS

The Workshop concluded with a discussion led off by David Blockstein of the National Council for Science and Environment. Facilitator Abby Arnold then asked Workshop participants to brainstorm suggestions for next steps.

## *Concluding Observations*

Discussion led by David E. Blockstein, Ph.D.
*National Council for Science and Environment*

### Reconciling wind energy development with minimizing impact on birds and bats: a tractable problem

Dr. Blockstein began the discussion by offering some observations about the state of conversation and collaboration among the participants of the Wind Energy and Birds/Bats Workshop. Having commended the participants on engaging in this process, and having noted that all aspects of the issue were represented and that everyone seemed committed to working together in good faith, Dr. Blockstein observed that the group seems to be at a good point because there has been some development of wind energy that has allowed an assessment of its potential and its potential problems. Where research has been done, it generally has been conducted carefully. He noted that, even at places such as Altamont Pass and Mountaineer where excessive mortality has occurred, it appears to be related to specific turbines. Thus with additional analysis, the community may be able to pinpoint causes of avian mortality at Altamont Pass and Mountaineer and thus be able to determine ways to prevent future incidents there and elsewhere. Given these observations, Dr. Blockstein expressed the opinion that the challenge of how to move forward with wind power development while minimizing impacts on birds, bats and other wildlife is "very tractable."

### How do we create a process to do move the science forward in a productive way?

Dr. Blockstein suggested an alternative approach to simply prioritizing the list of research needs brainstormed by the group. The National Council for Science and Environment (NCSE) received funds in 2001 to put together a National Commission on Science for Sustainable Forestry (NCSSF). NCSSF is a results-oriented program with a mandate to provide practical information and approaches that serve the needs of forest managers, practitioners and policymakers. The program's mission is to improve the scientific basis for the development, implementation, and evaluation of sustainable forestry in the United States. This commission consists of a science panel as well as a stakeholder panel including a State forester and representatives of the US Forest Service, industry, and environmental NGOs. Dr. Blockstein noted that the group has been able to identify the key issues around sustainable forestry and the state of science to date, and to make a plan for what can practically be done to improve sustainable forestry within a five-year time frame. The Commission has received foundation funding that it has re-granted on a peer-reviewed basis to research, synthesis and tool-development projects with a goal of providing the

knowledge to improve management on the ground (see www.ncse.org/ncssf).

Dr. Blockstein emphasized that he was not implying that this example was a perfect analogue for the challenge facing the wind/avian parties. His primary point was that workshop participants had already come together as individuals, and that they may want to work on formalizing their relationship – perhaps by creating a partnership to meet the research needs discussed and to move forward to provide the basis for wind energy that does not cause problems for wildlife.

Facilitator Abby Arnold noted that the NWCC Wildlife Workgroup provides some of the role that Dr. Blockstein described. However, she said it may need to be more formalized and that environmentalists should be more involved than they are at the moment. Nevertheless, the NWCC Wildlife Workgroup could provide the framework for doing this although research funding would have to be sought via other avenues.

## *Next Steps*

Brainstorming Session led by Abby Arnold,
*RESOLVE, Inc.*

THE FOLLOWING IDEAS WERE SUGGESTED BY PARTICIPANTS AS FOLLOW-UP ACTIONS TO CARRY FORWARD THE WORK PRESENTED AND DISCUSSED AT THE WIND ENERGY BIRDS/BATS WORKSHOP.

- Synthesize existing research/information.
- Synthesize "on-the-ground"/cutting edge and new research/information.
- Develop communication tools for the field/issue area.
- Organize a meeting with state wildlife departments and regulatory agencies.
- Potentially use NWCC Wildlife Workgroup as a platform to launch a more formalized internal organization process around the Wind-Birds/Bats issue:
- Flesh out and define parameters of research questions;
- Conduct analysis of gaps in research funding;
- Conduct analysis of state (and possibly county) level permitting policies/regulations to gain understanding of current wind power landscape; and
- Examine/analyze NGO policies to determine which organizations should work together on mapping.
- Recruit new members for the NWCC Wildlife Workgroup.
- Determine how funds will be generated to carry out future research, either by workshop participants or by a potential NWCC-affiliated group. Identify funding sources for this endeavor.
- What can this group do to influence, modify, or create state or national law and policies regarding the development of wind power facilities?

- Facilitate interstate communication on wind-bird/bat issues between State agencies (wildlife, utility, regulatory).

WIND ENERGY & BIRDS/BATS WORKSHOP PROCEEDINGS 107

Rvsd Plan - 00003339

# APPENDIX A: RESEARCH TOPICS

**General Tasks:**

- Review and update NWCC methods and metrics document.
    - Add Offshore?
    - Add Newer Technologies?
- Work on gaining consensus regarding peer review protocols for monitoring studies.
    - What kind of "peer review" is appropriate, credible, feasible?
        - Type
            - Methods and Protocols
            - Site Specific research
            - Long–term questions
        - Location
            - Journals
            - Web (NREL, NWCC, elsewhere?)
    - Look to other models such as FIFRA.

**Existing Science Gaps and Research Questions for the Future:**

- Are newer bigger breeds of turbines "safer" for birds and bats than older smaller turbines?
- How do birds detect turbines?
- How/Why do birds not detect turbines?
- Are there technological ways to help birds detect turbines?
- When during the night do fatalities occur: leaving, in route, putting down?
- How does weather, especially low ceilings, affect birds?
- What models are available and how can they help predict risk (e.g., Richard Podolsky's Avian Risk of Collision model)?
- What is the relationship between nocturnal passage rates at or below turbine heights, weather, diurnal use and bird mortality at turbines?
- Direct and indirect human impacts on habitat for grassland Prairie Grouse.
- What are the cumulative effects of windows, buildings and other man-made structures on bird/bat populations? How are bird/bat populations defined?

- What are the cumulative effects of wind development on bird/bat populations?
- What is the overall impact of all power generation technologies on wildlife?
- Initiate proactive state-wide survey efforts.
- Develop more controlled experiments on aspects such as turbine lighting and mitigation measures.
- Determining impacts of offshore wind farm construction (before, during and after) on whales, migrating songbirds, and bats. What is the effect of artificial reefs?
- Analyze gaps in research funding. Which issues are being funded and how much is being spent by various entities/institutions?
  - Private
  - Federal: FWS, USGS, DOE, NOAA
  - States
- How can we compress time frame of research and still produce accurate results?
- Who can help connect the dots between developments and "areas of concern"?
  - NGOs, Natural Heritage, State with TNC (diversity mapping), States, Federal Gov.… overlaying maps?
- Develop "red, yellow, green" areas for development at regional level.
- Where are the "important bird areas"? Where are the "important bat areas"?
- Where are the fly-ways for birds and bats?
- Need data on diurnal and nocturnal use of ridges, passes, notches. Need data on the same geographic features under different weather scenarios.
- What is an acceptable risk in terms of bird and bat mortality? When is an estimate suitable?
- Follow-up with BCI bat research.
- What is the risk cap for shutting down turbines and still being financially viable?
- How do we measure "hidden" events (i.e. Injury/crippling of birds/bats).
- Is there a magnetic field around the grid of a wind farm and will it impact birds/bats?
- We need to gather more data around the coasts. What are the risks and how should they be assessed?
- How exactly are birds and bats being killed?
- Develop Risk Assessment model.

## APPENDIX B: MEETING PARTICIPANTS

Brenda Aird
Renewable Energy Ombudsman
U.S. Department of Interior Lands & Minerals
1849 C St, NW - MS 7328
Washington, DC 20240
Phone: 202/208-4114
Fax: 202/208-3144
E-Mail: brenda_aird@blm.gov

Jessica Almy
Wildlife Advocate
The Humane Society of the United States
Cape Wildlife Center
185 Meadow Lane
W. Barnstable, MA 02668
Phone: 508/362-0111
Fax: 508/362-0268
E-Mail: jalmy@hsus.org

Dick Anderson
Wildlife Biologists
California Energy Commission
1516 Ninth St
Sacramento, CA 95814
Phone: 916/654-4166
Fax: 916/951-8868
E-Mail: danderso@energy.state.ca.us; danderson@cal.net

Matthew Banks
Program Officer
World Wildlife Fund
1240 24th Street, N.W.
Washington, DC 20037
Phone: 202/778-9689
Fax: 202/331-2391
E-Mail: matthew.banks@wwfus.org

David E. Blockstein, Ph.D.
Senior Scientist
National Council for Science and the Environment
1707 H Street, NW, Suite 200
Washington, DC 20006
Phone: 202/530-5810
Fax: 202/628-4311
E-Mail: David@NCSEonline.org

Dan Boone
Coalition for Responsible Wind Power
8111 Chestnut Avenue
Bowie, MD 20715-4521
Phone: 301/704-5632
E-Mail: ddanboone@yahoo.com

Fred Bova
VP Project Development
Catamount Energy Corporation
71 Allen Street, Suite 101
Rutland, VT 05701
Phone: 802/772-6885
Fax: 802/772-6799
E-Mail: fbova@catenergy.com

Gwen Brewer
Science Program Manager
Maryland Natural Heritage Program- MD DNR
580 Taylor Ave., E-1
Annapolis, MD 21401
Phone: 410/260-8558
Fax: 410/260-8596
E-Mail: gbrewer@dnr.state.md.us

John Bridges
Corporate Service Office
Western Area Power Administration
12155 W. Alameda Parkway
P.O. Box 281213
Lakewood, CO 80228-8213
Phone: 720/962-8255
E-Mail: bridges@wapa.gov

Kristen Burke
Project Manager Renewable Energy
Massachusetts Technology Collaborative
75 North Drive
Westborough, MA 01581
75 North Drive
Westborough, MA 01581
Phone: 508/870-0312
Fax: 508/898-2275
E-Mail: burke@masstech.org

Nina Carter
Policy Director
Washington State Audubon
P.O. Box 462
Olympia, WA 98507-0462
Phone: 360/786-8020 x208
E-Mail: ncarter@audubon.org

Ed Clark
Manager, Project Engineering
PPM Energy
1125 NW Couch, Suite 700
Portland, OR 97209
Phone: 503/796-7157
Fax: 503/796-6906
E-Mail: ed.clark@ppmenergy.com

Alison Cole
Development Manager
Shell Wind
Shell Centre
York Road
London, UK SE1 7NA
Phone: 44 207 934 2015
Fax: 44 207 934 7268
E-Mail: alison.cole@shell.com

Brian Cooper
Senior Scientist
ABR, Inc. Environmental Research & Services
P.O. Box 249
Forest Grove, OR 97116
Phone: 503/359-7525
Fax: 503/359-8875
E-Mail: bcooper@abrinc.com

Margaret Cuccuini
Environmental Specialist
New Jersey Department of
Environmental Protection
501 East State Street
Trenton, NJ 08625
Phone: 609/292-1830
Fax: 609/292-8115
E-Mail: margaret.cuccuini@dep.state.nj.us

Dick Curry
Partner
Curry & Kerlinger
1734 Susquehannock Drive
P.O. Box 66
McLean, VA 22101
Phone: 703/821-1404
Fax: 703/821-1366
E-Mail: RCA1817@aol.com

Amiee Delach
Senior Program Associate, Species
Conservation
Defenders of Wildlife
1130 17th Street, N.W.
Washington, DC 20036-4604
Phone: 202/772-0271
Fax: 202/682-1331
E-Mail: adelach@defenders.org

Jeff Deyette
Union of Concerned Scientists
Two Brattle Square
Cambridge, MA 02238-9105
Phone: 617/547-5552
E-Mail: jdeyette@ucsusa.org

Sam Enfield
Vice President of Development
Atlantic Renewable Energy Corporation
22170 Dickerson School Road
Dickerson, MD 20842-8926
Phone: 301/407-0424
Fax: 301/349-2393
E-Mail: sam.enfield@atlantic-renewable.com

Wally Erickson
Biometrician/Project Manager
Western EcoSystems Technology
2003 Central Ave.
Cheyenne, WY 82001
Phone: 307/634-1756
Fax: 307/637-6981
E-Mail: werickson@west-inc.com

Colleen Fahey
Wildlife Conservation Program
National Wildlife Federation
1400 16th Street, NW, Suite 501
Washington, DC 20036
Phone: 202/797-6621
E-Mail: fahey@nwf.org

David Fischer
Director of Government Relations
American Bird Conservancy
1834 Jefferson Place, NW
Washingon, DC 20036
E-Mail: dbfischer@starpower.net

Larisa Ford
Corpus Christi Ecological Services
Field Office
U.S. Fish and Wildlife Service
Texas A&M University, Corpus Christi
6300 Ocean Dr
Box 338
Corpus Christi, TX 78412
Phone: 361/944-9005
Fax: 361/944-8262
E-Mail: larisa_ford@fws.gov

Michael Fry
Senior Managing Scientist
Stratus Consulting
1881 Ninth Street, Suite 201
Boulder, CO 80302
Phone: 303/381-8000
Fax: 303/381-8200
E-Mail: mfry@stratusconsulting.com

Jette Gaarde
Elsam Engineering
Kraftvaerksvej 53
DK-7000 Fredericia
Phone: 45 7923 3333
Fax: 45 7556 4477
E-Mail: jkg@elsam-eng.com

Mike Gannon
Associate Professor
The Pennsylvania State University
Department of Biology
Altoona College
3000 Ivyside Park
Altoona, PA 16601-3760
Phone: 814/949-5210
Fax: 814/949-5435
E-Mail: mrg5@psu.edu

Anne Georges
National Audubon Society
1150 Connecticut Ave, NW, Suite 600
Washington, DC 20036
Phone: 202/861-2242 x3028
E-Mail: ageorges@audubon.org

Dave Golden
Senior Biologist
New Jersey Division of Fish and
Wildlife
Endangered and Nongame Species
Program
2201 County Route 631
Woodbine, NJ 08270
Phone: 609/628-2103
Fax: 609/628-2734
E-Mail: dgolden@gtc3.com

Tom Gray
Deputy Executive Director
American Wind Energy Association
PO Box 1008
175 Kerwin Hill Rd.
Norwich, VT 05055
Phone: 802/649-2112
Fax: 802/649-2113
E-Mail: tomgray@igc.org

Jeremy Hatch
Associate Professor- Department of
Biology
University of Massachusetts-Boston
100 Morrissey Blvd
Boston, MA 02125
Phone: 617/287-6615
Fax: 617/287-6650
E-Mail: jeremy.hatch@umb.edu

Joy Hester
Executive Director
Houston Audubon Society
440 Wilchester
Houston, TX 77079
Phone: 713/932-1639
E-Mail: jhester@houstonaudubon.org

Bill Hopwood
CEO
Hopwood Inc.
46 High St
Camden, ME 04843
Phone: 207/230-1111
Fax: 207/230-0200
E-Mail: HopwoodB@aol.com

Greg Hueckel
Assistant Director Habitat Program
Washington State Department of Fish
    and Wildlife
600 Capitol Way N.
Olympia, WA 98501-1091
Phone: 360/902-2416
E-Mail: HUECKGJH@dfw.wa.gov

Laurie Jodziewicz
Communications & Policy Specialist
American Wind Energy Association
122 C Street, N.W., Suite 380
Washington, DC 20001
Phone: 202/383-2516
Fax: 202/3832505
E-Mail: ljodziewicz@awea.org

Betsy Johnson
Chair
Maryland Sierra Club
4413 Ridge St
Chevy Chase, MD 20815
Phone: 301/656-4948
E-Mail: besty_johnson@comcast.net

Greg Johnson
Western Ecosystems Technology
2003 Central Avenue
Cheyenne, WY 82001
Phone: 307/634-1756
Fax: 307-637-6981
E-Mail: gjohnson@west-inc.com

Scott Johnston
U.S. Fish and Wildlife Service
Division of Migratory Birds
300 Westgate Center Drive
Hadley, MA 01035
E-Mail: Scott_Johnston@fws.gov

Jody Jones
Wildlife Ecologist
Maine Audubon Society
20 Gilsland Farm Road
Falmouth, ME 04105
Phone: 207/781-2330x226
Fax: 207/781-0974
E-Mail: jjones@maineaudubon.org

Matt Kearns
Tetra Tech FW
133 Federal Street, 6th Floor
Boston, MA 02110
Phone: 617/457-8205
E-Mail: MKearns@ttfwi.com

*Bill Kendall*
USGS Biological Resources Discipline
11510 American Holly Drive
Laurel, MD 20708-4019
Phone: 301/497-5868
Fax: 301/497-5666
E: william_kendall@usgs.gov

Caroline Kennedy
Director of Special Projects, Species Conservation
Defenders of Wildlife
1130 17th Street, N.W.
Washington, DC 20036
Phone: 202/682-9400
Fax: 202/463-3074
E-Mail: ckennedy@defenders.org

Paul Kerlinger
Principal
Curry & Kerlinger
P.O. Box 453
Cape May Point, NJ 08212
Phone: 609/884-2842
Fax: 609/884-4569
E-Mail: pkerlinger@snip.net

Jessica Kerns
Ph.D. Student
Appalachian Laboratory, University of Marlyand
Center for Environmental Science
Frostburg, MD 21532
Phone: 301/689-7178
E-Mail: jkerns@al.umces.edu

Karen Kronner
Northwest Wildlife Consultants Services, Inc.
815 NW 4th St
Pendleton, OR 98620
Phone: 541/278-2987
Fax: 541/278-2986
E-Mail: kronner@oregontrail.net

Tom Kunz
Director Center for Ecology and Conservation Biology
Boston University
5 Cummington Street
Boston, MA 02215
Phone: 617/353-2474
Fax: 617/353-5383
E-Mail: kunz@bu.edu

Jim Lindsay
General Counsel Environmental Services
FPL Energy
700 Universe Bvd
Juno Beach, FL 33408
Phone: 561/691-7032
E-Mail: Jim_Lindsay@fpl.com

Andy Linehan
Vice President, Portland Area Manager
CH2M Hill
825 NE Multnomah
Suite 1300
Portland, OR 97232
Phone: 503/235-5022 x4230
E-Mail: alinehan@ch2m.com

Sarah Mabey
Post-Doctorate
North Carolina State University
Department of Zoology
Raleigh, NC 27695-7617
Phone: 919/513-0506
E-Mail: semabey@ncsu.edu

Al Manville
Office of Migratory Bird Management
U.S. Fish and Wildlife Service
4401 N. Fairfax Drive - Suite 634
Arlington, VA 22203
Phone: 703/358-1963
Fax: 703/358-2272
E-Mail: Albert_Manville@fws.gov

Mary Marsh
President
Maryland Conservation Council
495 Bay Green Drive
Arnold, MD 21012
Phone: 410/757-5913
E-Mail: mmarsh@cleanbus.net

Dave Mehlman
Director of Conservation Programs
The Nature Conservancy
Migratory Bird Program
1303 Rio Grande Blvd., N.W., Suite 5
Albuquerque, NM 87104
Phone: 505/244-0535
Fax: 505/244-0512
E-Mail: dmehlman@tnc.org

Lucile Miller
Education Committee Chair
Valley Conservation Council
17 Barristers Row
Staunton, VA 24401
Phone: 434/296-1308
E-Mail: lucilemiller@mac.com

Jim Mosher
Executive Director
North American Grouse Partnership
P.O. Box 408
Williamsport, MD 21795
Phone: 301/466-7465
Fax: 301/223-1533
E-Mail: jim.mosher@grousepartners.org

Jerome Niessen
NedPower US LLC
5160 Parkstone Drive, Suite 260
Chantilly, VA 20151
Phone: 540/675-3904
Fax: 540/675-3932
E-Mail: HNiessen@nedpower.com

Daniel Niven
Senior Scientist, Bird Conservation
National Audubon Society
USGS Patuxent Wildlife Research Center
12100 American Holly Drive
Laurel, MD 20709-4039
Phone: 301/497-5846
Fax: 301/497-5545
E-Mail: dniven@audubon.org

Elizabeth Panella
Energy and Air Department
Natural Resources Defense Council
40 W. 20th St
New York, NY 10011
Phone: 212/727-4419
E-Mail: epanella@nrdc.org

Katharine Parsons
Manomet Conservation Center
81 Stage Point Road
P.O Box 1770
Manomet, MA 02345
Phone: 508/224-6521
E-Mail: parsonsk@manomet.org

Ellen Paul
Executive Director
Ornithological Council
8722 Preston Place
Chevy Chase, MD 20815
Phone: 301.986.8568
Fax: 301/986-5205
E-Mail: ellen.paul@verizon.net

Simon Perkins
Field Orinthologist
Massachusetts Audubon Society
208 South Great Road
Lincoln, MA 01773-4816
Phone: 781/259-2148
Fax: 781/259-1040
E-Mail: sperkins@massaudubon.org

Richard Piper
Environmental Manager
FPL Energy
700 Universe Blvd.
Juno Beach, FL 33408-2683
Phone: 561/691-7058
Fax: 561/691-7070
E-Mail: rich_piper@fpl.com

Kevin Rackstraw
Eastern Regional Leader
Clipper Wind
6500 Pyle Rd.
Bethesda, MD 20817
Phone: 301/263-0028
Fax: 301/263-0042
E-Mail: krackstraw@clipperwind.com

Bonnie Ram
VP Environmental Programs
Energetics
901 D St, SW, Suite 100
Washington, DC 20024
Phone: 202/479-2748 x112
Fax: 202/479-0154
E-Mail: bram@energeticsinc.com

Russ Romme
Director Natural Resources Management
BHE Environmental
11733 Chesterdale Rd
Cincinnati, OH 45246
Phone: 513/326-1500
Fax: 513/326-1178
E-Mail: rromme@bheenv.com

Robert Roy
Senior Project Manager
Woodlot Alternatives, Inc.
30 Park Drive
Topsham, MA 04086
Phone: 207/729-1199
Fax: 207/729-2715
E-Mail: broy@woodlotalt.com

Emily Rusch
Energy Advocate
New Jersey Public Interest Research Group
11 N Willow St
Trenton, NJ 08608
Phone: 609/394-8155 x307
Fax: 609/989-9013
E-Mail: erusch@njpirg.org

Jean-Pierre Savard
Research Scientist
Canadian Wildlife Service, Environment Canada
1141 Route de l'Eglise
P.O. Box 10100
Sainte-Foy Quebec, Canada G1V 4H5
Phone: 418.648.3500
Fax: 418.649.6475
E-Mail: jean-pierre.savard@ec.gc.ca

Steve Sheffield
Affiliate Professor
George Mason University
Environmental Science Policy
4400 University Drive
Fairfax, VA 22030
Phone: 301/593-6251
E-Mail: srsheffield@att.net

John Sherwell
Maryland Department of Natural Resources
Tawes Building B-3
Annapolis, MD 21401
Phone: 410/260-8667
E-Mail: jsherwell@dnr.state.md.us

Mark Sinclair
Vice President
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Phone: 802/223-5992
Fax: 802/223-0060
E-Mail: msinclair@clf.org

Adam Sokolski
Energy Associate
Izaak Walton League Midwest Office
1619 Dayton Avenue, Suite 202
St. Paul, MN 55104
Phone: 651/649-1446
E-Mail: asokolski@iwla.org

Eric Stiles
Vice President for Conservation and Stewardship
New Jersey Audubon Society
PO Box 693
11 Hardscrabble Road
Bernardsville, NJ 07924
Phone: 908/766-5787 x13
Fax: 908/766-7775
E-Mail: estiles@njaudubon.org

Dale Strickland
Vice President and Senior Ecologist
Western EcoSystems Technology
2003 Central Avenue
Cheyenne, WY 82003
Phone: 307/634-1756
Fax: 307/637-6981
E-Mail: dstrickland@west-inc.com

Carl Thelander
BioResource Consultants
P.O. Box 1539
Ojai, CA 93024
Phone: 805/646-3932
Fax: 805/646-3870
E-Mail: carl@BioRC.com

Bob Thresher
Director
National Wind Technology Center
1617 Cole Blvd.
Golden, CO 80401
Phone: 303/384-6922
Fax: 303/384-6999
E-Mail: robert_thresher@nrel.gov

Michael Totten
Senior Director, Climate and Water Programs
Conservation International
1919 M Street NW, 5th floor
Washington, DC 20036
Phone: 202/912-1757
E-Mail: m.totten@celb.org

Steve Ugoretz
Bureau of Integrated Science Services (SS/7)
Wisconsin Department of Natural Resources
P.O. Box 7921
Madison, WI 53707-7921
Phone: 608/266-6673
Fax: 608/267-7559
E-Mail: ugores@dnr.state.wi.us

Dave VanLuvanee
New Jersey Office of Clean Energy
New Jersey Board of Public Utilities
P.O. Box 350
44 South Clinton Avenue
Trenton, NJ 08625
Phone: 609/777-3342
Fax: 609/777-3336
E-Mail: david.vanluvanee@bpu.state.nj.us

Carol Wasserman
Director, Regulatory Strategies
ESS Group
Boston, MA
Phone: 781/489-1124
Fax: 781/431-7434
E-Mail: cwasserman@essgroup.com

Neal Wilkins
Project Manager
Synergics Energy Services, LLC
Synergics Centre
191 Main Street
Annapolis, MD 21401
Phone: 410/268-8820
Fax: 410/269-1530
E-Mail: nwilkins@synergics.com

Robert Willis
Fish and Wildlife Biologist
U.S. Fish and Wildlife Service
4401 N. Fairfax Drive, Suite 400
Arlington, VA 22203
Phone: 703/358-2183
Fax: 703/358-1869
E-Mail: robert_willis@fws.gov

Gerald Winegrad
Vice President for Policy
American Bird Conservancy
1834 Jefferson Place, N.W.
Washington, DC 20036
Phone: 410/280-8956
Fax: 202/452-1535
E-Mail: gww@abcbirds.org

Terry Yonker
President
Marine Services Diversified, LLC
139 Jackson Street
Youngstown, NY 14174-1003
Phone: 716/745-9129
E-Mail: TerryYonker@cs.com

**RESOLVE Staff**

Abby Arnold
Senior Mediator and Vice President
RESOLVE
1255 23rd Street, NW, Suite 275
Washington, DC 20037
Phone: 202/965-6218
Fax: 202/338-1264
E-Mail: aarnold@resolv.org

Rachel Permut
Outreach Associate
RESOLVE
1255 23rd Street, NW, Suite 275
Washington, DC 20037
Phone: 202/965-6387
Fax: 202/338-1264
E-Mail: rpermut@resolv.org

Brad Spangler
Associate
RESOLVE
1255 23rd Street, NW, Suite 275
Washington, DC 20037
Phone: 202/965-6214
Fax: 202/338-1264
E-Mail: bspangler@resolv.org

**Consultant – Proceedings Editor**

Susan Savitts Schwartz
Proceedings Editor
Consultant
3257 N Mount Curve Ave.
Altadena, CA 91001
Phone: 626/345-0307
E-Mail: ssavitts@pacbell.net

# APPENDIX C: WORKSHOP AGENDA

The following is the draft agenda circulated before the workshop and accepted by the attendees at the beginning of the workshop.

***Tuesday May 18, 2004***

**7:30-8:15 am** **Registration**

**8:15-8:40** **Introductions**
[Tom Gray, American Wind Energy Association and Gerald Winegrad, American Bird Conservancy]
- What are the questions that bring us to this meeting?

**8:40-8:50** **Review Purpose of Meeting, Agenda, Ground Rules**
[Abby Arnold, RESOLVE]
- Purpose of meeting
- Review agenda
- Review ground rules for meeting discussions

**8:50-9:40** **Wind Industry Project Development**
[Tom Gray, American Wind Energy Association and Sam Enfield, Atlantic Renewable Energy Corporation]
*Presentations 8:50-9:25*
- State of the Wind Industry in 2004 and projected development: Where are turbines operating and planned?
- Criteria which determine qualifications of candidate sites
- Project and turbine design features influencing avian risk

*Questions and Answers 9:25-9:40*

**9:40-10:45** **Pre-Development Project Risk Assessment**
[Andy Linehan, CH2MHill and Dick Curry, Curry & Kerlinger]
*Presentations 9:40-10:30*
- Practices and methodologies for assessing risk to birds and bats at candidate project sites.
- Examples of predevelopment siting evaluation requirements set by states or federal agencies.

*Questions and Answers 10:30-10:45*

**10:45-11:05** **BREAK**

**11:05-12:00pm** **Monitoring Wind Turbine Project Sites for Avian Impacts.**
[Wally Erickson, West, Inc.]
*Presentation 11:05-11:35*

- How many existing wind energy projects are or have been monitored for avian impacts? Are there case examples of requirements for such monitoring? Options for how to design and implement scientifically sound monitoring programs for avian mortality--how is monitoring conducted (frequency, duration, time of year), and are results made public?
- Metrics for measuring impacts.

*Questions and Answers 11:35-12:00*

**12:00-12:30** **LUNCH**

**12:30-1:00Lunch Speaker and Discussion: Why Avian Impacts Are A Concern In Wind Energy Development.**
[Gerald Winegrad, American Bird Conservancy]

**1:00-1:45** **What Can We Learn From Areas That Have Been Developed I Altamont Wind Resource Area**
[Carl Thelander, BioResource Consultants]
*Presentation 1:00-1:30*

- What does the existing science tell us about wind turbine impacts to birds at Altamont: mortality, avoidance, direct habitat impacts from terrestrial wind projects, species and numbers killed, per turbine rates/per MW generated, impacts to listed T& E species and U.S. FWS Birds of Conservation Concern, and California listed species?
- How is avian habitat affected at Altamont, and do birds avoid turbine sites? Are birds being attracted to turbine strings?
- What factors contribute to direct impacts on birds by wind turbines at Altamont? How do use, behavior, avoidance and other factors affect risk?

*Questions and Answers 1:30-1:45*

**1:45-2:30** **What We Can Learn From Areas that Have Been Developed II Direct Impacts to Birds at New Generation Wind Plants Outside of California**

[Wally Erickson, West, Inc.]

*Presentation 1:45-2:15*

- What does the existing science tell us about land-based wind turbine impacts to birds outside of California: mortality, avoidance, direct habitat impacts from terrestrial wind projects, species and numbers killed, per turbine rates/per MW generated, impacts to listed T& E species and U.S. FWS Birds of Conservation Concern, and state listed species?
- What factors contribute to direct impacts on birds by wind turbines? How do use, behavior, avoidance and other factors affect risk?
- Are there sufficient data for wind turbines and avian impacts for projects in the eastern U.S., especially on ridge tops?
- Regional Factors Affecting Impacts (California, Northwest, Mid-west, East)
    - Habitat, use, behavior, and other differences.
    - State of data about direct wind impact on birds in different regions.

*Questions and Answers 2:15-2:30*

**2:30-3:15** **Indirect (non-fatality) and Habitat Impacts on Birds from Wind Development**

[Dale Strickland, West, Inc]

*Presentation 2:30-3:00*

- How is avian habitat affected, and do birds avoid turbine sites?
- Discussion of impacts from habitat fragmentation, disturbance, and site avoidance from wind turbines, roads, transmission facilities, and other related construction.
- How is avian habitat affected, and do birds avoid turbine sites?
- Do birds habituate to the presence of turbines?
- Regional Factors Affecting Indirect Impacts (California, Northwest, Mid-west, East)
    - Habitat, use, behavior, and other differences.
        - State of data about indirect wind impact on birds in different regions
        - Species specific differences

*Questions and Answers 3:00-3:15*

**3:15-3:30** **BREAK**

**3:30-4:30** **Offshore Wind**

[Jette Gaarde, Elsam Engineering and Bonnie Ram, Energetics]

*Presentations 3:30-4:15*

- Summary of existing studies from operating wind turbine projects in Denmark, including birds, fish and mammals; Lessons from offshore developments in Europe
- Brief update on current permit applications in the US for offshore wind projects; Lessons in Europe that may be applied in the US

*Questions and Answers 4:15-4:30*

**4:30-5:45** **Bat Ecology Related to Wind Development and Lessons Learned About Impacts on Bats from Wind Development**

[Tom Kunz, Boston University and Greg Johnson, West, Inc.]

*Presentations 4:30-5:30*

- Lessons learned about direct and indirect impacts on bats.
- What is planned to address these issues?
- What does the existing science tell us about land-based wind turbine impacts to bats: mortality, avoidance, direct habitat impacts from terrestrial wind projects, species and numbers killed, per turbine rates/per MW generated impacts to listed T& E species?
- Is there sufficient data for wind turbines and bat impacts for projects in the eastern U.S., especially on ridge tops?
- What does the existing science tell us about off-shore wind turbine impacts to bats: mortality, avoidance, direct habitat impacts from off-shore European wind projects? What lessons learned in Europe can be applied to the U.S.

*Questions and Answers 5:30-5:45*

**5:45-6:30** **What Do We Know About Cumulative or Population Impacts?**

[Paul Kerlinger, Curry & Kerlinger, Al Manville, U.S. Fish and Wildlife Service, Bill Kendall, U.S. Geological Service]

*Presentations 5:45-6:00*

- What is currently known?
- What laws apply?
- Usefulness of population modeling
- What sources of mortality should be included in cumulative impacts?
- Comparison of impacts from different modes of energy generation
- Beyond birds and bats
- What is needed?

*Questions and Answers 6:00-6:30*

**6:30-8:00** ADJOURN TO RECEPTION/DINNER

***Wednesday May 19, 2004***

**8:30-9:15am** **Observations, Insights, Questions from Day One**
[Abby Arnold, RESOLVE, facilitated group discussion]

**9:15-10:15** **Avian Migration and Implications for Wind Power Development in the Eastern U.S.**
[Sarah Mabey, North Carolina State University and Brian Cooper, ABR, Inc.]
*Presentations 9:15-10:00*

- What do we know about avian migration, particularly in the Eastern U.S.?
- Summary of radar studies at wind sites in the Eastern U.S.
  - Mount Storm
  - Clipper Wind
  - Others

*Questions and Answers 10:00-10:15*

**10:15-10:45** **What Have Studies of Communications Towers Suggested Regarding the Impact of Guy Wires and Lights on Birds and Bats?**
[Paul Kerlinger, Curry & Kerlinger]
*Presentation 10:15-10:30*

- Lessons learned from communication towers about guy wire and light impacts on birds and bats and other issues.

*Questions and Answers: 10:30-10:45*

**10:45-12:15pm** **Avoiding, Minimizing, and Mitigating Avian and Bat Impacts**
[Carl Thelander, BioResource Consultants, Paul Kerlinger, Curry & Kerlinger]
*Presentations 10:45-12:00*

- What Have We Learned About:
  - Location/Siting Evaluations to Minimize Avian and Bat Impacts
  - Construction and Operation
  - Lighting
  - Alignment of facilities
- What Have We Learned From Operating Turbines and Mitigation Of Impacts Where Unavoidable: Altamont Experience?
- Where Impacts Occur, Should There Be Mitigation Measures Such As Habitat Creation, Land Conservation, etc.

*Questions and Answers 12:00-12:15*

**12:15-1:30** LUNCH

**1:30-2:30** **Development and Application of Guidelines for Siting, Constructing, Operating and Monitoring Wind Turbines**
[Al Manville, US Fish and Wildlife Service and Greg Hueckel WA Department of Fish and Wildlife]
*Presentations: 1:30-2:15*
- An examination and comparison of the U.S. FWS Voluntary Guidelines (May 2003) and the Washington Department of Fish and Wildlife Guidelines (August 2003) for wind projects.
- Is there a need or desire for uniform national or state criteria? Should there be uniform requirements/guidelines/check-lists for the siting, operation, monitoring, and mitigation to prevent/minimize avian, bat and other wildlife impacts? Why or why not?

*Questions and Discussion 2:15-2:30*

**2:30-2:45** BREAK

**2:45-5:00** **Outstanding Research Needs**
[Tom Kunz, Boston University and Group Discussion]
- What are the outstanding research needs that need to be addressed?
- Is there a need for continued sharing on information/research on wind energy and avian and bat impacts? How should we continue this dialogue?

**5:00-5:30** **Break for Good Food and Beverages**

**5:30-6:30** **Summation**
Where can we agree?
- What are the avian and bat impacts from wind energy?
- What can be done to prevent or at least minimize avian and bat impacts from wind energy
- What are remaining issues to be resolved or addressed?
    - How do we propose to address these issues?

**6:30-7:00** **Next Steps**
- In light of the discussion throughout the two days, are there items we should pursue collectively?
- What are the NWCC plans for additional collaborative work and where do the issues we have discussed fit in?

**7:00pm** ADJOURN MEETING

# Modernizing Federal Forest Management To Mitigate and Prepare for Climate Disruption:

## Science-based Recommendations to The Obama Administration in Response to The President's November 1, 2013 Executive Order: *Preparing the United States for the Impacts of Climate Change*

**Email: forestcarbon@trig-cli.org**
**Website: www.forestcc.org**

**Contacts:**

**Bob Doppelt, Executive Director, The Resource Innovation Group and Co-Chair FFCC**
**Ernie Niemi, Economist with Natural Resource Economics Inc. and Co-Chair FFCC**
**Jim Furnish, Former Deputy Chief of the Forest Service and Senior Advisor to the FFCC**



# Modernizing Federal Forest Management To Mitigate and Prepare For Climate Disruption

**Science-based Recommendations to The Obama Administration in Response to The President's November 1, 2013 Executive Order:**
***Preparing the United States for the Impacts of Climate Change***

The Federal Forest Carbon Coalition (FFCC) is a first-of-a-kind consortium of national, regional, and local organizations that believe the management of federal forests must be reoriented and modernized to emphasize stabilizing the climate and preparing for climate change and other natural disturbances. FFCC members are focused on forests, biodiversity, fisheries, rivers, faith and spirituality, Native American treaty rights, youth, rural communities, and climate disruption.

In this document, the FFCC members listed on page 5 offer recommendations on the policies, programs, regulations, and practices that the Departments of Interior and Agriculture and other federal forest management agencies should adopt to meet the goals of President Obama's Climate Action Plan of June 2013, and the requirements of President Obama's Executive Order 13653, of November 1, 2013: *Preparing the United States for the Impacts of Climate Change*. The FFCC's recommendations specifically focus on the EO's dual requirements that federal agencies: a) "...complete an inventory and assessment of proposed and completed changes to their land- and water-related policies, programs, and regulations necessary to make the Nation's watersheds, natural resources, and ecosystems, and the communities and economies that depend on them, more resilient in the face of a changing climate..."; and b) "...focus on program and policy adjustments that promote the dual goals of greater climate resilience and carbon sequestration, or other reductions to the sources of climate change."

The FFCC commends President Obama for issuing the Executive Order. It is very timely because federal forests can and must play an important role in responding to the urgent needs—described in this year's reports from the U.S. National Academy of Sciences, the Intergovernmental Panel on Climate Change, and the National Climate Assessment—for (i) large and rapid reductions in greenhouse gas emissions to prevent runaway climate disruption and (ii) increased resilience to climate impacts. Federal agencies have taken some positive steps to address these needs by, for example, quantifying some carbon stocks and analyzing changes in carbon held in federal forests. However, assessing carbon is not sufficient. The agencies must quickly and definitively elevate their efforts to the scale of the climate crisis by amending existing policies, programs, and regulations and adopting new ones to reduce the sources of climate change and increase resilience to climate and other natural disturbances, as the President's Executive Order requires.

The necessity for new forest-management regimes to satisfy the requirements expressed in the President's Executive Order is also great because most of the policies, programs and regulations that shape the management of federal forests were adopted well before the risks of runaway climate change were so well understood. Consequently, many either offer little direction for how federal agencies should manage forests to minimize the release of carbon emissions and prepare for climate impacts, or promote activities that produce the opposite effects, contrary to the goals of the President's Executive Order. In addition, many of the tools used by, as well as the training and expertise of most of the personnel of federal forest management agencies, reflect conditions that existed prior to today's understanding of the climate crisis. This has led many agencies to apply timber management principles and practices to carbon management, when in fact they are very different issues that require a different mindset, goals, policies, regulations, programs, and management tools.

Similarly, many commercial, recreational, and other uses of federal forests were established before the risks of runaway climate disruption became well-known. Consequently, many uses and practices often exacerbate rather than diminish these risks. For the sake of the current and all future generations, it is essential to rapidly modernize the way federal forests are managed and utilized to reduce the profound ecological, economic, and social risks associated with uncontrolled climate disruption.

The FFCC recommendations are framed around six interrelated goals that we believe offer an appropriate set of organizing principles for modernizing federal forest management in an era of climate change, now and in the future. We believe these goals and principles are fully consistent with the suite of existing laws that govern federal forest management:

I. Recognize carbon as a significant public resource and establish carbon and climate change-centered goals for all decisions affecting federal forest management.
II. Maintain the existing stocks of carbon on federal forests, including carbon in live and dead materials, above and below ground.
III. Increase the amount of carbon stored on federal forests.
IV. Enhance, consistent with goals I, II, and III, the resilience of federal forests to climate change-related and other natural disturbances.
V. Generate social, economic, and ecological co-benefits consistent with goals I, II, III, and IV.
VI. Fully account for the benefits and costs of any decreases or increases in atmospheric carbon dioxide and other greenhouse gases in all forest-related policies, programs, regulations, and development proposals.

The FFCC encourages CEQ and OMB to use our recommendations to evaluate the proposals put forward by the Departments of Interior and Agriculture, and all other federal forest management agencies. Whenever an agency's proposals differ from the FFCC's recommendations, the FFCC recommends that CEQ and OMB require the agencies to produce comprehensive, transparent scientific and economic analysis demonstrating the validity of and factual basis for their alternative approach. These steps will lay a solid science-based foundation for accomplishing the President's substantive objectives of reducing the risk of runaway climate change, and will also help establish the leadership of the President and the Executive Branch globally in addressing the climate crisis.

## Summary of FFCC Recommendations

The FFCC recommends that The White House and all federal forest management agencies adopt the following goals, policies, regulations, and practices:

**Goal I: Recognize Carbon As A Significant Public Resource and Establish Carbon and Climate Change-Centered Goals For All Decisions Affecting Federal Forest Management.**

**Goal II: Maintain the Existing Stocks of Carbon on Federal Forests, Including Carbon in Live and Dead Materials, Above and Below Ground**

Specific Recommendations:

A. Permanently withdraw high-biomass forested areas nationwide from further commercial timber harvest and other development activities.

B. Authorize commercial timber harvest and other development activities in other mature forests only when analysis shows the carbon benefits exceed the full costs over the mid-term (i.e. 20-40 years).

C. Establish in planning rules a requirement to designate and conserve forested areas with higher than average carbon biomass.

**Goal III: Increase the Amount of Carbon Stored on Federal Forests**

Specific Recommendations:

A. Prevent management activities, including but not limited to timber harvests that would reduce increases in carbon stocks on a federal forest.

B. Increase the carbon stored on federal forests by reducing human disturbances.

**Goal IV: Enhance, Consistent with Goals I, II, and III, The Resilience Of Federal Forests To Climate Change-Related and Other Natural Disturbances**

Specific Recommendations:

A. Use principles of conservation biology as the basis for increasing the resilience of federal forests, including restoration of more natural fire regimes in mesic and xeric forests, away from human habitation and infrastructure.

B. Where needed, prioritize forest thinning in the immediate vicinity of human habitation and infrastructure and avoid thinning elsewhere unless analysis shows net carbon benefits, over the mid-term (i.e. 20-40 years).

C. Prohibit the burning and salvage logging of dead wood in high biomass and mature forests.

D. Place a 5-year moratorium on new leases for fracking for oil and natural gas on federal forests to allow for an assessment of hydrofracking consequences and the values at risk on our national forests.

E. Deny proposals to extract biomass for energy or to harvest timber for wood products unless analysis shows net carbon benefits over the mid-term (i.e. 20-40 years).

F. Significantly reduce carbon emissions generated by the use of fossil fuels in forest-related activities.

**Goal V: Generate Social, Economic, and Ecological Co-Benefits Consistent With Goals I, II, III, and IV.**

Specific Recommendations:

A. Increase the supply of ecosystem services compatible with storing carbon on federal forests.

B. Promote carbon-conservation and restoration jobs consistent with climate and ecological goals.

C. Realign forest-related payments to local governments to reflect the direct value of storing carbon and the value of the co-benefits of other ecosystem services provided by forests.

**Goal VI: Fully Account For The Benefits and Costs of Any Decreases or Increases in Atmospheric Carbon and Other Greenhouse Gasses In All Forest-related Policies, Programs, Regulations, and Practices.**

Specific Recommendations:

A. Publicly and consistently highlight the need to alter federal forest policies and management to reduce the risks of climate change.

B. Invest in and build the capacity of federal forest management agencies to understand the science and manage for carbon storage and climate resilience.

C. Require scientific, comprehensive, transparent analysis of the ecological, social, and economic costs of changes in carbon due to all management activities before approval.

**FFCC Member Organizations Endorsing These Recommendations**

Southeast Alaska Conservation Council
Natural Resources Defense Council
Interfaith Moral Action on Climate
Kids Vs. Global Warming/I Matter
Virginia Forest Watch
American Bird Conservancy
Geos Institute
Great Old Broads for Wilderness
Colorado Mountain Club
Oregon Wild
The Resource Innovation Group
National Sierra Club
Glacier Climate Action
Conservation Northwest
North Cascades Conservation Council
Klamath-Siskiyou Wildlands Center
Southern Oregon Climate Action Now
Los Padres ForestWatch
The Coast Range Association
The Tribal Environmental Policy Center
Klamath Forest Alliance
Epic-Environmental Protection Information Center
High Country Conservation Advocates
Western Watersheds Project
Center for Rural Affairs
RESTORE: The North Woods
Swan View Coalition
Umpqua Watersheds
South Umpqua Rural Community Partnership (SURCP)
Pacific Rivers Council
Mid Klamath Watershed Council
Cascadia Wildlands
Utah Rivers Council
The Clinch Coalition
Hells Canyon Preservation Council
Rock Creek Alliance
Save Our Cabinets
The Wildlife Center
Golden Eagle Audubon Society
WildEarth Guardians
Forests Forever
Sheep Mountain Alliance
San Luis Valley Ecosystem Council
Western Colorado Congress
Snowriders International
EcoFlight



# Modernizing Federal Forest Management To Mitigate and Prepare For Climate Disruption

## Detailed Recommendations to The Obama Administration From The Federal Forest Carbon Coalition

## Goal I: Recognize Carbon as a Significant Public Resource and Establish Carbon and Climate Change-Centered Goals for All Decisions Affecting Federal Forest Management.

Recent reports by the National Academy of Science, Intergovernmental Panel on Climate Change, and the U.S. Global Change Research Program make clear that climate change is already having significant impacts in the U.S., and that major rapid changes are needed to reduce the risks of runaway climate change. Because federal forests store large amounts of carbon, and managerial decisions for these forests can determine how well they continue to play this vital role, all federal forest management agencies should be required to recognize carbon as a significant public resource and adopt clear carbon and climate change-centered goals.

The FFCC therefore recommends that the Departments of Interior and Agriculture and all other federal forest management agencies adopt goals to maintain existing carbon stocks while also increasing carbon stored, especially where it is harmonious with other multiple-use objectives, such as clean water, high quality habitat for fish & wildlife, recreation, and scenic values. These goals should direct forest management agencies to do whatever is possible to harmonize carbon storage and climate resilience, resolving conflict in favor of carbon storage because uncontrollable climate change will overwhelm resilience measures while causing devastating impacts for all of humanity, now and in the future.

## Goal II: Maintain the Existing Stocks of Carbon on Federal Forests, Including Carbon In Live and Dead Materials, Above and Below Ground

### A. Permanently Withdraw High-Biomass Forested Areas Nationwide From Further Commercial Timber Harvest and Other Development Activities.

Runaway climate change will eventually devastate the U.S. and global economy and diminish the resilience of federal forests. To reduce these risks, quick and decisive action is needed to prevent, whenever feasible, the release of carbon into the atmosphere. Federal forests must be a core element of this action. The National Forests, alone, currently hold more than 10 billion metric tonnes of carbon. Research suggests that, if managed appropriately, the nation's terrestrial ecosystems could offset as much as 40% of these emissions.[1] While this total includes agricultural and other lands, the FFCC will limit its recommendations to federal forests.

***A vital, early action needed to reduce carbon emissions is to prevent, whenever feasible, the release of stored carbon on federal forests.*** The largest amount of carbon on federal forests is found in high-biomass forests, as defined by Krankina et al.[2] Protecting high-biomass forest areas is an essential starting point for any scientifically credible forest response to the President's Executive Order 13653.

The FFCC specifically recommends that all federal forest management agencies immediately withdraw all high-biomass forests on federal lands from further commercial timber harvest, road building, post-fire logging, and other development activities. Agencies should use the definition and process described by Krankina et al. to identify these areas.[3]

### B. Authorize Commercial Timber Harvest and Other Development Activities in Other Mature Forests Only When Analysis Shows The Carbon Benefits Exceed the Full Costs over the mid-term (i.e. 20-40 years).

Mature forested areas, as defined by federal forest management agencies, also provide opportunities for maintaining carbon stocks on federal lands. The release of carbon from these areas must also be avoided. The FFCC therefore recommends that commercial harvest, road building, and other development activities should be avoided in moist mature forests, and authorized in other forests only after federal agencies have completed scientific, comprehensive, transparent analysis that shows that the carbon benefits of the activities substantially exceed the costs.

Two recent publications illustrate an approach for estimating the economic value of the carbon stored or emitted under forest-management alternatives. One publication estimates the social cost of carbon, i.e., the value of the economic damage that will result from the emission of one metric tonne of carbon dioxide or, conversely, the value of the damage that

will be prevented by sequestering the same amount.[4] The mid-level estimates range from about $33 in 2015 to $71 in 2050 (2007 dollars).

The second publication, by forest scientists at Oregon State University, estimates the amount of carbon dioxide that would be emitted or sequestered under forest-management alternatives for federal lands managed by the Northwest Forest Plan (NWFP).[5] This research traced carbon stores on these lands from 1960 until the adoption of the NWFP in 1993, and then projected carbon stores under five alternatives: industrial logging with 60-year rotations, logging with 120-year rotations, logging with 200-year rotations, conservation with the thinning and fire-management currently allowed by the NWFP, and conservation with current level of thinning and restoration of historical fire regimes. The researchers did not assess an alternative with no thinning. The modeling found that, through 2100, the first of the alternatives (60-year rotations) would convert the greatest amount of forest carbon to atmospheric carbon dioxide, and the last of the alternatives (thinning and fire restoration) would store the most carbon.

The graph below shows the annual results for lands in Oregon, measured in Mg of carbon per hectare per year. These results, converted to the equivalent annual metric tonnes of carbon dioxide emitted or sequestered and multiplied by the social cost of carbon for each year, can support a comparison of the carbon-related social costs, or benefits, of one alternative versus another.



Source: Krankina, et al. (2012 p. 176).

Such a comparison would provide only an initial estimate of the carbon-related costs or benefits of one alternative relative to another. Additional consideration should be given to accounting for, even if qualitatively, major sources of uncertainty in the analysis. The analysis also should transparently account for other effects, such as the value of each alternative's effects on clean water, habitat, and other co-benefits of carbon stored by federal forests, as well as for effects not included in the estimates of the social cost of carbon. These include effects, like those associated with the acidification of freshwater and seawater resulting from rising atmospheric carbon dioxide levels, that cannot be monetized with currently available information.

**C. Establish in Planning Rules a Process to Classify, Designate, and Conserve Forested Areas With High Carbon Stocks.**

The growing risks of runaway climate change mean that the long-term conservation of forested areas with high carbon stocks must become a top priority for federal forest management agencies.

FFCC therefore recommends that a process be initiated to incorporate into planning rules a new land use classification that leads to the designation and permanent conservation of forested areas with high carbon stocks. The FFCC also recommends that a formal process be established to define the criteria that will be used to determine such classifications and to nominate forest areas that satisfy these criteria. While the criteria are being established, the FFCC recommends using levels above regional forest biomass averages for specific forest types to determine relative significance of carbon stores because similar techniques have been used in the literature (Krankina et al. in press). [6]

Establishing a new classification for the conservation of forested areas with high carbon stocks is consistent with both the National Forest Management Act (NFMA) and the Federal Land Policy and Management Act (FLPMA). The NFMA language (16 U.S.C. § 1603) states, for example, that "the Secretary of Agriculture shall develop and maintain on a continuing basis a comprehensive and appropriately detailed inventory of all National Forest System lands and renewable resources. This inventory shall be kept current so as to *reflect changes in conditions and identify new and emerging resources and values*" (italics added). The emergence of climate change certainly reflects new conditions and scientists have identified high-biomass forests as an incredibly important emerging resource and value.

## Goal III: Increase the Amount of Carbon Stored In Federal Forests

**A. Prevent management activities, including but not limited to timber harvests that would reduce increases in carbon stocks on a federal forest.**

The FFCC strongly believes that federal forest management agencies must adopt policies, programs, regulations, and practices to increase carbon sequestration on federal forests through practices while *also* maintaining the existing stocks of carbon. In other words, actions to accelerate the sequestration of carbon from the atmosphere must not increase the release of carbon currently stored in the trees and soils of federal forests.

A starting point for achieving this goal is to prevent deforestation from development activities, unsustainable timber harvests, and other actions that would degrade a forest's ability to sequester and store carbon. The FFCC therefore recommends that policies, programs, and regulations be adopted to prevent deforestation resulting from road building, energy production, and other development activities, as well as the conversion of forests to pasture, or scrub lands. The FFCC opposes policies and projects that would reduce a forest's capacity to sequester and store carbon.

**B. Increase the carbon stored on federal forests by reducing human disturbances.**

Older forests sequester and store additional carbon as they age. Thus, increasing rotation ages and lengthening the interval between commercial timber harvests will, over time, increase carbon stored in forests. By contrast, harvesting trees in short rotations generally reduces the amount of carbon held in a forest, especially when fully accounting for the damage to soils and biodiversity often created by heavy equipment and the emissions generated by the equipment and other practices associated with commercial timber harvest. [7]

The FFCC therefore recommends that federal forest management agencies increase forest growth by reducing both the frequency and intensity of human disturbances. This will also increase the resilience of federal forests to climate and other natural disturbances by increasing the diversity of vegetation and age classifications. In addition, longer rotations will significantly enhance ecological co-benefits such as habitat diversity and cleaner supplies of water and reduced risk of landslides and flooding for downstream agricultural and urban uses.

## <u>Goal IV</u>: Enhance, Consistent with Goals I, II, and III, The Resilience of Federal Forests to Climate Change-Related and Other Natural Disturbances.

---

### A. Use Principles of Conservation Biology, Including Restoration of More Natural Fire Regimes in Mesic and Xeric Forests, As the Basis for Building the Resilience of Federal Forests

*Conservation biology is a "mission-oriented crisis" multidisciplinary science that has developed to address the loss of biological diversity (Soulé 1986)*

Climate change presents a new set of challenges for federal forests that traditional forest-management principles and practices do not adequately address. For example, respected conservation biologist Reed Noss states:

> *"Among the land-use and management practices likely to maintain forest biodiversity and ecological functions during climate change are (1) representing forest types across environmental gradients in reserves; (2) protecting climatic refugia at multiple scales; (3) protecting primary forests; (4) avoiding fragmentation and providing connectivity, especially parallel to climatic gradients; (5) providing buffer zones for adjustment of reserve boundaries; (6) practicing low-intensity forestry and preventing conversion of natural forests to plantations; (7) maintaining natural fire regimes; (8) maintaining diverse gene pools; and (9) identifying and protecting functional groups and keystone species. Good forest management in a time of rapidly changing climate differs little from good forest management under more static conditions, but there is increased emphasis on protecting climatic refugia and providing connectivity."* [8]

Similarly, recommendations made by the Climate Leadership Initiative at the University of Oregon in its 2008 *Framework for Integrative Preparation Planning* include [9]:

- *Reduce anthropogenic stress in anticipation of increased climate stress, which means less logging, less roads, less weeds, etc.*
- *In the face of uncertainty, "no regrets" decisions are preferable.*
- *Maintain diversity of native species, genes, and ecosystem composition and structure.*
- *Maintain self-organized ecosystem resilience and resistance.*
- *Maintain natural disturbance regimes such as recurrent wild fire and flood plain inundation.*
- *Maintain connectivity for wildlife interaction with food supply and migration to more suitable habitat under new climate conditions.*
- *Complementarity – this concept captures the co-benefits that climate change preparation strategies will create by improving wildlife habitat, biodiversity, water quality, carbon storage, scenic values, and other "ecosystem services."*
- *Equity should be adhered to across generations, among human communities and between human and natural systems.*

- *Humility requires recognizing that interventions to prepare ecosystems for climate change should be informed, limited, and strategic.*
- *Abundance and redundancy will spread the risks of habitat loss due to climate change spatially across landscapes.*

In many cases these principles conflict with traditional approaches to federal forest management. However, the risks of runaway climate change are large and growing. The FFCC therefore recommends that all federal forest-management agencies use the principles stated above, and other principles and strategies of conservation biology, as the basis for efforts to build the resilience of federal forests nationwide to climate change-related and other natural disturbances.

**B. Where Needed, Focus Fire-Related Forest Thinning in the Immediate Vicinity of Human Habitation and Infrastructure and Avoid Thinning Elsewhere Unless Analysis Shows Net Carbon Benefits over the Mid-term (20-40 years).**

The FFCC recognizes that on-going and expected future changes in climate will continue to increase the risk of disturbances, such as fire and insect infestation, or as more intense droughts and other changes in growing conditions retard the growth of or kill trees. Species distribution shifts are also likely in response to climate change over decades to centuries. In addition, the FFCC recognizes the hazards of wildfires for communities and essential built infrastructure, and that members of the public often have a visceral reaction to wildfire, especially when a fire threatens their lives or property.

However, it is important to remember that fire has in the past and continues today to play a major role in maintaining forest diversity and resilience. While recent studies have shown an increase in the onset and length of the fire season, and in the extent of wildfires in certain places, some research suggests that in most locations there is an overall deficit in wildfire compared to historical conditions.[10] In addition, as climate becomes more of a top-down driver of fire behavior, thinning will become less effective and will require increasing effort over large landscapes, thereby increasing carbon emissions above the level released by even severe fire.

The FFCC therefore recommends that, as much as possible, a goal of federal forest-management agencies should be to avoid interfering with the return of more natural forest fire regimes. The FFCC also recommends that, when it is needed, forest thinning aimed at reducing the risk of wildfire be limited to the immediate vicinity of structures inhabited by people, and to critical built infrastructure where concerns about human safety and economic risk are greatest, reduced fuel loads are shown to impact the survival of structures and infrastructure, and thinning treatments can be readily maintained.

A growing body of research has raised significant questions about the need for and the carbon implications of, thinning treatments. A good summary of some of these questions is provided below. It is excerpted from "Wildland fire emissions, carbon, and climate: Seeing the forest and the trees – A cross-scale assessment of wildfire and carbon dynamics in fire-

prone, forested ecosystems" recently published in the *Journal Forest Ecology and Management* [11]:

> "The stochastic and variable nature of fires, the relatively fine scale over which fuels treatments are implemented, and potentially high carbon costs to implement them suggest that fuel treatments are not an effective method for protecting carbon stocks at a stand level (Reinhardt et al., 2008; Reinhardt and Holsinger, 2010). For example, in fire-prone forests of the western US, because of the relative rarity of large wildfires and limited spatial scale of treatments, most treated areas will not be exposed to wildfire within the 10–25 year life expectancy of the treatment (Rhodes and Baker, 2008; Campbell et al., 2012; North et al., 2012). Further, some studies show that the difference in carbon emissions between low-severity and high-severity fire is small when scaled across an entire wildfire because consumption of fine surface fuels associated with low-severity fire occurs across broad spatial extents, while consumption of standing fuels associated with high-severity fires occurs in small patches within the larger wildfire perimeter (Campbell et al., 2012). Fuel treatments designed to reduce wildfire severity and wildfire-related carbon emissions have carbon costs in the form of fossil fuel emissions from harvesting activities, transportation of removed material, and milling waste (North et al., 2009). In addition, because probability of fire increases with time since fire, fires cannot be excluded indefinitely from fire-prone forests, and large surface and ladder fuel loads associated with long-unburned stands are more likely to result in high-severity wildfires and large carbon releases (Peterson et al., 2005; Stephens et al., 2009a). High carbon stocks resulting from fire exclusion and in-growth, particularly in forests adapted to frequent fire, are unlikely to be sustainable (Hurteau et al., 2011).
>
> "Fires confer ecological benefits that may (e.g., nutrient release and redistribution and stimulation of plant growth, increased productivity in soil systems from decomposition of burned material, initiation of vegetation succession and forest regeneration, increased availability of resources for surviving trees) or may not (e.g., increased plant species richness, creation of critical wildlife habitat, biodiversity and heterogeneity) be directly measurable in units of carbon (Habeck and Mutch, 1973; Boerner, 1982; Delong and Tanner, 1996; Hirsch et al., 2001; Saab et al., 2004; Turner et al., 2004; Hutto, 2008; Keane et al., 2009; Schoennagel et al., 2009). In addition, suppression of wildfires in fire-prone landscapes, while initially increasing forest carbon density (Canadell and Raupach, 2008), may increase vulnerability of systems to transformation; i.e., reduce resistance (Walker et al., 2004; Briske et al., 2006; Pausas and Keeley, 2009). Because of inherent difficulties in tracking long-term benefits of treatments, recent papers have suggested that we should question not *how* forests can be managed for carbon, but *whether* they can be managed for carbon, especially using current management practices (Mitchell et al., 2009; Campbell et al., 2012; Bowman et al., 2013)."

Because scientific questions that have been raised about the degree to which forests in many regions of the nation are actually outside of their natural fire regime, and because questions have been raised about efficacy of forest thinning as a tool to reduce the risks of wildfire and associated loss of carbon, the FFCC recommends that fire-related thinning on federal forests be limited to the structure/infrastructure zone described above, with the goal of reducing the risks of fire to people, structures, and infrastructure and to areas where, and to the extent, clearly needed to preserve critical habitats or ecosystem components.

### C. Prohibit The Burning and Salvage Logging of Dead Wood in High Biomass and Mature Forests

While it is often assumed that salvage logging provides ecological benefits, significant scientific questions have been raised about the efficacy of this practice. For example, it is often assumed that salvage logging focuses only on dead trees. In practice, however, salvage logging typically includes harvesting live green trees as well, which reduces carbon stored on federal lands. It is often wrongly assumed that burned or other dead trees do not store significant carbon for long periods of time. In addition, carbon emissions are generated from harvesting equipment, transportation of material, milling, and wood waste.[12] Due to the heavy equipment used, salvage logging also often damages or kills native seedlings, compacts and disturbs soils, releases sediment into streams, and produces other impacts that reduce the resilience of forests.[13]

The replanting and establishment of forest monocultures also typically follow salvage logging. This results in conditions that are less resilient to climate change-related and other natural disturbances. Complex native forests that develop naturally after disturbance are more resilient to climate change and much more biodiverse than simplified plantations.[14]

In addition, scientific questions have been raised about the effectiveness of salvage logging as a fuel reduction strategy because evidence indicates that it often makes forests more prone to damage in subsequent fires. [15] For example, the 2014 report by the Intergovernmental Panel on Climate Change states that [16]:

> ... [*R*]*educing emissions from deforestation and degradation may also yield co-benefits for adaptation by maintaining biodiversity and other ecosystem goods and services, while plantations, if they reduce biological diversity may diminish adaptive capacity to climate change (e.g., (Chum et al., 2011). Primary forests tend to be more resilient to climate change and other human induced environmental changes than secondary forests and plantations (Thompson et al., 2009). The impact of plantations on the carbon balance is dependent on the land use system they replace, while plantation forests are often monospecies stands, they may be more vulnerable to climatic change (see IPCC WGII Chapter 4) ... Adaptation measures in return may help maintain the mitigation potential of land use systems. For example, projects that prevent fires and restore degraded forest ecosystems also prevent release of GHGs and enhance carbon stocks (CBD and GiZ, 2011). ... Forest and biodiversity conservation, protected area formation, and mixed species forestry based afforestation are practices that can help to maintain or enhance carbon stocks, while also providing adaptation options to enhance resilience of forest ecosystems to climate change* (Ravindranath, 2007)...

For these reasons, the FFCC recommends that salvage logging be prohibited in high-biomass forest areas, and allowed in other forests only after a comprehensive, transparent assessment shows a high likelihood that the carbon benefits of the proposed project substantially outweigh the costs. Such an outcome might be possible, for example, where salvage logging can be accomplished using horse logging or other reduced-impact techniques with low carbon emissions, and short hauls to a mill.

In addition, the FFCC recommends prohibiting the purposeful combustion of dead wood (slash burning) in high-biomass areas of federal forests.

**D. Place a 5-Year Moratorium on New Leases for Fracking for Oil and Natural Gas On Federal Forests To Allow For An Assessment Of Hydrofracking Consequences And The Values At Risk On Our National Forests**

The FFCC recommends that a 5-year moratorium be established on new leases and renewal of dormant leases for the purpose of fracking for oil and natural gas on federal forests to allow for an assessment of hydrofracking consequences and the values at risk on our national forests.  When a lease has already been executed the FFCC recommends that every possible method be used to monitor the project and to minimize the ecological impacts to the extent possible.

Existing laws and policies provide sufficient foundation for this recommendation. U.S. Forest Service policy states that withdrawing lands from mineral leasing shall be requested only in circumstances where there are *sensitive, unique surface resources that cannot be adequately protected under current public laws and federal regulations.* For example, areas within limits of incorporated cities or wilderness areas are closed to leasing. The Federal Government's Mining and Minerals Policy of 1970 states that the Forest Service is directed to provide commodities for current and future generations while continuing to *sustain the long-term health and biodiversity of ecosystems.* The Federal Land Policy and Management Act of October 21, 1976 requires that public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and *atmospheric, water resource*, and archeological values; that, where appropriate, *will preserve and protect certain public lands in their natural condition*; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use.
The FFCC believes these requirements provide sufficient cause--and authority--to prohibit future leases for fossil fuel extraction on federal forests.

In addition, the natural gas and oil generated by fracking on federal forests constitutes only a tiny fraction of the energy used in the U.S. However, the risks to the climate, ecosystems, and biodiversity as well as the resilience of federal forests to climate related and other natural disturbances resulting from fracking are great.  The Obama Administration will demonstrate its commitment to maintaining the health and resilience of federal forests and addressing the climate crisis by prohibiting new leases and the renewal of dormant leases for fracking for natural gas.

**E. Deny Proposals to Extract Biomass for Energy or to Harvest Timber for Wood Products Unless Analysis Shows Net Carbon Benefits over the Mid-term (20-40 years).**

The Obama Administration has voiced a great deal of support for the idea of forest biomass as a source of energy that generates fewer greenhouse gas emissions than fossil fuels while

also providing jobs and income. Similarly, claims have been made that the use of wood for construction materials leads to lower carbon emissions than the use of aluminum and steel. However, many scientific questions have been raised about the validity of both claims and both run the risk of reducing the resilience of federal forests.
The FFCC therefore recommends that scientific, comprehensive, transparent analysis of proposed biomass energy development and timber harvest projects intended to provide wood for construction be completed before any such proposals are approved. The assessments should unequivocally show that the carbon benefits of the proposed projects substantially outweigh the costs over the mid-term (i.e. 20-40 years).

In concept, harvesting and burning wood derived from certain forests as a source of energy could reduce fossil fuel emissions. Similarly, in concept, using wood in construction could lead to increased carbon stores. However, research has not substantiated these claims. To the contrary, a synthesis of research concluded that the benefits of logging forests for biomass energy or to substitute for other construction materials could be more than offset by reductions in stored forest carbon.[17]

In addition, the carbon benefits of biomass energy would accrue only if it actually substitutes for fossil fuels. When the regional electrical grid already contains substantial amounts of clean renewable energy (e.g. wind, solar), or when biomass energy is merely added on to energy generated by fossil fuels rather than substituting for it, the carbon benefits would be small to none. [18] In addition, incentives for and investment in current, inherently inefficient wood burning technologies detracts from development of much-needed advanced clean energy sources.

The risks of runaway climate change are now so great that the White House and federal forest management agencies should take a precautionary approach and make every effort to avoid mistakes that lead to the release of more carbon from federal forests. For this reason the FFCC recommends that biomass energy proposals and timber harvest for wood product proposals be approved only if compelling evidence is provided on a case-by-case basis through comprehensive verifiable scientific assessments that the projects generate net climate and ecological benefits over 20-40 years.

### F. Significantly Reduce Emissions Generated By The Use of Fossil Fuels In Forest-Related Activities

The FFCC recommends that fossil fuels used by federal forest managers, timber operators, recreational users, tourists, and others in conjunction with commercial and non-commercial activities on federal forests be substantially reduced. The combustion of fossil fuels associated with management, commercial, and noncommercial activities on federal lands contributes to climate disruption that increases the risk of large scale natural disturbances that undermine the resilience of federal forests. In addition, the greenhouse gas emissions generated by long transportation distances often associated with wood and pulp industries contribute to climate disruption and thus add greater risks to federal forests.[19] The FFCC therefore believes that the social costs of carbon resulting from

management, commercial, and noncommercial activities on federal forests should be assessed through scientific, comprehensive, transparent analysis. Emissions should then be minimized by policies requiring a reduction in the use of vehicles and heavy equipment, a shift to clean, renewable fuels, the use of public transportation for recreation and other noncommercial purposes, and other similar strategies.

## Goal V: Generate Social, Economic, and Ecological Benefits Consistent With the Goals I, II, III, and IV

### A. Increase the Supply of Ecosystem Services Compatible with Storing Carbon on Federal Forests

*Healthy forest ecosystems are ecological life-support systems. Forests provide a full suite of goods and services that are vital to human health and livelihood, natural assets we call* ***ecosystem services.***[20]

The FFCC recommends that federal forest-management agencies acknowledge that the storage of carbon on federal forests provides multiple ecosystem services vital to human health and livelihood, and use their efforts to conserve and increase carbon stores to optimize the supply of compatible ecosystem services. Maintaining existing stocks of carbon, increasing carbon sequestration, and maintaining or enhancing the resilience of federal forests will have positive social and economic co-benefits by increasing the supply of the many critical ecosystem services associated mainly with federal forests. For example, conserving forests and forested areas with high carbon values can generate numerous co-benefits, such as habitat for wildlife, soil productivity, pollination, and clean water. [21] Improvements in the quality of river water by protecting high biomass watersheds, for instance, can increase the value of water flowing from federal lands to communities downstream. Reforesting areas that were at one time naturally covered with trees but can be proven to not be naturally regenerating on their own can prevent erosion and reduce the risk of floods that affect ecosystems and communities downstream.

### B. Promote Carbon-Conservation and Restoration Jobs Consistent With Climate and Ecological Goals

The FFCC recommends that rural economic and community development policies and programs be amended or adopted to expand and capitalize on opportunities to generate jobs and other economic benefits associated with conserving and restoring the carbon stored by federal forests. Most of these opportunities stem from the need to restore the ability of federal forests to generate the ecological, social, and economic co-benefits associated with carbon stores. These opportunities include, but are not limited to jobs associated with outdoor recreation, wildlife-viewing, fishing, tourism, stream restoration, and fisheries restoration on federal forests. The FFCC suggests that the Small Business Administration, the Economic Development Administration, and other rural development agencies investigate the possibility of using programs like the Business and Industry Guaranteed Loan Program and the Rural Economic Development Loan and Grant Program, and others, to achieve these ends.

In some cases activities that maintain existing pools of carbon, increase stored carbon, and build the resilience of federal forests to climate and other disturbances might reduce timber harvest jobs. If this occurs, the White House, Departments of Interior and

Agriculture, and all other federal forest management agencies should acknowledge that these activities generate economic and social benefits for families, businesses, and communities locally, nationally, and globally, now and in the future. Rather than continuing to support logging and associated jobs that contribute to climate disruption, programs should be established to temporarily support timber workers financially and in other ways (e.g. retraining assistance) to help them make the transition to industries and jobs that are consistent with the goals of the President's EO and the recommendations found in this document.

**C. Realign Forest-Related Payments to Local Governments to Reflect the Direct Value of Storing Carbon and the Value of the Co-Benefits Of Other Ecosystem Services Provided by Forests**

Local governments containing or adjacent to federal forests have, in recent years, received payments of about $400-600 million through three programs. One entails the sharing of revenue derived from the sale of timber and other resources. The Secure Rural Schools and Community Self-Determination Act (SRS) provides money to rural counties and schools affected by declines in timber-sale revenues. Payments in Lieu of Taxes (PILT) help offset losses in property taxes due to non-taxable Federal lands within their boundaries. These payments provide a significant portion of the budget resources for many local governments, but high variability in the levels of payment, and uncertainty about whether or not they will materialize at all, can disrupt the provision of local services. The structure of the payments to counties also creates incentives for local governments and residents to call for a commodity-based approach for managing federal forests, even if the overall costs to Americans as a whole outweigh the benefits.

The FFCC therefore recommends that, if forest-related payments to counties continue, they should reflect the new emphasis on storing carbon on federal forests as well as the provision of other ecological services generated by forests. Specifically, the FFCC recommends that the Executive Branch draft and work diligently to secure the passage of legislation that would modify forest-related payments to local governments so they reflect the value of the services federal forests provide all Americans by storing carbon that if released into the atmosphere would cause harm locally, nationally (and globally) for centuries to come, and by generating the numerous other ecological co-benefits that accompany carbon storage such as habitat improvements for fisheries and other forms of biodiversity, enhanced water quality and quantity for downstream users, reduced risks of landslides and siltation, and more.

This value is large. For example, the mid-level estimate by the Interagency Working Group on the Social Cost of Carbon of the monetizable damage from the emission of carbon dioxide is about $50 (in current dollars) per metric tonne over the next few years. This amount suggests that, if the 10 billion metric tonnes of carbon currently stored on national forests were emitted to the atmosphere, the monetizable damage would total about $2 trillion. If even one percent of the carbon stored on federal forests were released into the

atmosphere each year the annual monetizable damage would be around $20 billion. Managing federal forests to hold onto the stored carbon helps prevent this damage. Further advantages would materialize from managing them to store additional amounts of carbon. Moreover, this number does not reflect many types of damage from carbon dioxide emissions, such as those associated with acidification of freshwater and seawater, nor does it incorporate the value of co-benefits, such as improvements in water quality, habitat, and recreational opportunities in mature and old-growth forests.

Basing forest-related payments to counties on the value of the services all Americans receive from stored carbon and its co-benefits, would have several advantages over the current system. It would better reflect the true value of the federal forests and the importance of managing them to optimize their value. It also would provide more stable payments, insofar as the value of stored carbon and its co-benefits likely will not experience the fluctuations associated with the commodities underlying current payments.

## Goal VI: Fully Account For The Benefits and Costs of Any Decreases or Increases In Atmospheric Carbon and Other Greenhouse Gasses In All Forest-related Policies, Programs, Regulations and Development Proposals.

### A. Publicly and Consistently Highlight the Need to Alter Federal Forest Policies and Management To Reduce The Risks of Climate Change.

The President's Executive Order 13653 states that the federal government must focus on program and policy adjustments that promote the interlinked goals of greater climate resilience and reductions to the sources of climate change. At present, achieving these goals will be difficult because few members of the general public, community leaders, forest users, or elected officials understand the critical role that forests in general, and U.S. federal forest in particular, can and must play in regulating the climate. Even many federal forest management agencies today believe they are responsible for developing alternatives that address goals for timber, listed species, water supplies, and recreation, while only "analyzing" the effects on climate change. Many agencies do not believe they have a responsibility to reduce the sources of climate change by protecting existing stocks of carbon, or manage for other goals described in this document.

To meet the twin goals of reduce the sources of climate change and improve the nation's resilience to climate change described in President Obama's Executive Order, the FFCC therefore recommends that CEQ and all federal forest management agencies make it a top priority to continually apprise forest users, communities, elected officials, and all federal forest management agency personnel about the need to fully account for the social costs of carbon in all practices, programs, regulations and policies. In addition, a relentless education program should be instituted to let the public, commercial, and recreational interests know that many long-standing federal forest policies, programs, regulations, policies and uses must be altered to address the recommendations described in this report and respond to the climate crisis by leaving as much carbon as possible in the ground and in the foliage.

### B. Invest In and Build The Capacity Of Federal Forest Management Agencies To Understand The Science And Manage For Carbon Storage and Climate Resilience

For over a century scientists have known that additional atmospheric greenhouse gasses would alter the Earth's climate. However, definitive evidence of serious human-induced climate change has emerged in just the past few decades. Consequently, the Departments of Interior and Agriculture and other federal forest management agencies are in step learning curves about how to manage for carbon and climate disturbances. The agencies have a few scientists that truly understand carbon management. However, most agency scientists as well as management and field personnel do not have the training or expertise in this field. As a result, many federal forest management agencies are applying knowledge and

practices applicable for timber production to carbon management, as if they were the same thing. They are not, and the failure to grasp this and do what is needed to change the situation is likely to produce very serious ecological, social, and economic consequences.

The FFCC recommends that the White House make a concerted effort to build the capacity of all federal forest management agencies to thoroughly understand the issues and develop tools to conserve existing carbon stocks while increasing carbon storage and achieve the other goals described in this document.

An immediate step the Obama Administration can take is to organize scientific symposiums where federal agency scientists join with scientists from academic and non-profits with expertise in forest carbon to present and debate research with the goal of ensuring that the best and most recent science drives federal forest management. This action is urgently needed because major discrepancies exist between the science used by many federal forest agencies—as well as much of the science described in the forest chapter of the National Climate Assessment--and the scientific research on forest carbon management emerging from academic and non-profit researchers. In addition, in response to the risks of wildfire some federal agencies are proposing large-scale forest thinning projects, even though emerging scientific research indicates they are likely to be counterproductive. The Obama Administration can demonstrate its commitment to using sound science to respond to the climate crisis by rapidly convening symposiums to close the gap between the best-available science and ongoing forest management.

In the mid- and longer term, in addition to new policies, programs, and regulations, building capacity will require significant investments in new tools, substantial education and retraining to help existing agency personnel become carbon literate, and the hiring of many new employees with expertise in forest carbon conservation and management.

### C. Require Scientific, Comprehensive, Transparent Analysis of the Carbon Costs of Management Activities Before Approval

Many of the recommendations described in this document include a call for comprehensive, transparent assessments of the full carbon costs and benefits of policies, programs, regulations and practices. Too often, commercial timber harvest, road building, and other development proposals as well as ill-informed restoration projects are approved because they are assumed to have little to no effect on forest carbon.

The FFCC therefore recommends that the White House, Departments of Interior and Agriculture, and other agencies adopt a precautionary policy and require, as part of NEPA and other policies, that comprehensive, transparent analysis of the full carbon costs and benefits of forest-related policies, programs, regulations, and development proposals be completed before they are approved. This analysis should compare the proposed action against others, including another without it, comprehensively account for the action's annual net effects on atmospheric carbon dioxide (or other greenhouse gases), and describe the social costs (benefits) associated with any annual increase (decrease) in

atmospheric carbon dioxide. This description should estimate the present value of the monetizable social costs and benefits of each scenario using the estimates of the Interagency Working Group on Social Cost of Carbon,[22] provide a detailed, qualitative descriptions of costs and benefits that cannot be monetized, and clearly assess the risks if costs turn out to be higher than expected.

Each analysis should reflect the best available science regarding the ecological, social, and economic effects of carbon emitted from or sequestered by federal forests, select proper baseline and systems boundaries, include the social costs of carbon as determined by the Office of Management and Budget or other sources, and compare the effects "with and without" management activities such as timber harvest rather than "before or after" they are implemented (i.e. quantify not only how much carbon currently exists and how much additional carbon could be add in the absence of timber harvest and other management activities).

The economic values at stake are large. For example, the mid-level estimate of the monetizable damage from the emission of carbon dioxide is about $50 per metric tonne over the next few years. This amount suggests that, if the 10 billion metric tonnes of carbon currently stored on national forests were emitted to the atmosphere, the monetizable damage would total about $2 trillion. If even one tenth of the carbon held on federal forests is released into the atmosphere that damage would be in the range of $200 billion. Managing federal forests to hold onto the stored carbon helps prevent this damage. Further advantages would materialize from managing them to store additional amounts of carbon. Moreover, this number does not reflect many types of damage from carbon dioxide emissions, such as those associated with acidification of freshwater and seawater, nor does it incorporate the value of co-benefits, such as improvements in water quality, habitat, and recreational opportunities in mature and old-growth forests.
Estimates of the monetizable social costs of carbon are available from the Interagency Working Group on Social Cost of Carbon, United States Government. 2013. *Technical Support Document: -Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis - Under Executive Order 12866*.[23] Assessments should also acknowledge the importance of social costs of carbon dioxide emissions that have not yet been monetized, such as the costs associated with acidification of freshwater and seawater.

## Footnotes

1 U.S. Forest Service, Forest Inventory and Analysis National Program. 2013. "Total Carbon Storage in U.S. Forests by State and Ownership Group." http://www.fia.fs.fed.us/Forest%20Carbon/methods/docs/Total%20forest%20carbon20130717.xlsx; McKinley, D.C., M.G. Ryan, M.E. Harmon, R.A. Birdsey, et al. 2011. "A Synthesis of Current Knowledge on Forests and Carbon Storage in the United States." *Ecological Applications*. 21(6): 1902–1924. An earlier version available here: http://www.esa.org/esa/wp-content/uploads/2013/03/issue13.pdf; and Xiao, J., Q. Zhuang, B.E. Law, D.D. Baldocchi, et al. 2011. "Assessing Net Carbon Exchange of U.S. Terrestrial Ecosystems by Integrating Eddy Covariance Flux Measurements and Satellite Observations." *Agricultural and Forest Meteorology*. 151(1): 60-69. http://www.sciencedirect.com/science/article/pii/S0168192310002479

2 Krankina, O.N., D.A. DellaSalla, J. Leonard, M. Yatskov. (In Press). "High-Biomass Forests of the Pacific Northwest: Who Manages them and How Much is Protected?" Corresponding author is Olga N. Krankina: olga.krankina@oregonstate.edu; Found at: http://www.theresourceinnovationgroup.org/storage/ffcc/HighBiomassForestsPacNWkrankinaDraft2014.pdf

3 Ibid.

4 Interagency Working Group on Social Cost of Carbon, United States Government. 2013. Technical Support Document: -Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis - Under Executive Order 12866.

5 Krankina, O.N, M.E. Harmon, F. Schnekenburger, and C.A. Sierra. 2012. "Carbon balance on federal forest lands of Western Oregon and Washington: The impact of the Northwest Forest Plan." *Forest Ecology and Management*. 286: 171-182.

6 Krankina, O.N., D.A. DellaSalla, J. Leonard, M. Yatskov. (In Press). "High-Biomass Forests of the Pacific Northwest: Who Manages them and How Much is Protected?" Corresponding author is Olga N. Krankina: olga.krankina@oregonstate.edu; Found at: http://www.theresourceinnovationgroup.org/storage/ffcc/HighBiomassForestsPacNWkrankinaDraft2014.pdf

7 Ibid.

8 Noss, R.F. 2001. "Beyond Kyoto: Forest Management in a Time of Rapid Climate Change. Conservation Biology." 15 (3), 578–590. http://onlinelibrary.wiley.com/doi/10.1046/j.1523-1739.2001.015003578.x/abstract

9 Climate Leadership Initiative. 2008. *Preparing the Pacific Northwest for Climate Change — A Framework for Integrative Preparation Planning for Natural, Human, Built and Economic Systems*. Institute for a Sustainable Environment. University of Oregon. http://www.theresourceinnovationgroup.org/storage/Preparing_PacNW_for_ClimateChange_4-2-08.pdf

10 Odion, D.C., C. T. Hanson, A. Arsenault, W. L. Baker, D. A. DellaSala, R. L.Hutto, W. Klenner, M. A. Moritz, R. L. Sherriff, T. T. Veblen, and M. A. Williams. 2014. "Examining historical and current mixed-severity fire regimes in ponderosa pine and mixed-conifer forests of western North America." *PlosOne*. 9:1-14.

11 Loehman. R., Reinhardt. E., and Riley K. 2014. "Wildland fire emissions, carbon, and climate: Seeing the forest and the trees – A cross-scale assessment of wildfire and carbon dynamics in fire-prone, forested ecosystems." *Forest Ecology and Management*. 317: 9–19.; Mitchell, S.R., M.E. Harmon, and E.B. O'Connell. 2009. "Forest fuel reduction alters fire severity and long-term carbon storage in three Pacific Northwest ecosystems." *Ecological Applications*. 19(3): 643–655. http://www.fs.fed.us/pnw/pubs/journals/pnw_2009_mitchell001.pdf; Campbell, J.L., M.E. Harmon, and S.R. Mitchell. 2011. "Can fuel-reduction treatments really increase forest carbon storage in the western US by reducing future fire emissions?" *Frontiers in Ecology and the Environment*. 10(2): 83-90. doi:10.1890/110057. http://scholarsarchive.library.oregonstate.edu/xmlui/bitstream/handle/1957/26174/CampbellJohn.Forestry.CanFuelReductionTreatments.pdf

12 North, M., M. Hurteau, and J. Innes. 2009. "Fire suppression and fuels treatment effects on mixed-conifer caron stocks and emissions." *Ecological Applications*. 19(6): 1385-1396.

13 Donato, D.C., J.L. Campbell, and J.F. Franklin. 2012. "Multiple successional pathways and precocity in forest development: can some forests be born complex?" *Journal of Vegetation Science*. 23: 576-584.

14 Ibid.; and Swanson, M.E., J. F. Franklin, R.L. Beschta, C. M. Crisafulli, D.A. DellaSala, R.L. Hutto, D. B. Lindenmayer, and F. J. Swanson. 2011. "The forgotten stage of forest succession: early-successional ecosystems on forested sites." *Frontiers in Ecology and the Environment*. 9(2):117-125. doi:10.1890/090157.

15 See Thompson, J.R., T.A. Spies, and L.M. Ganio. 2007. "Reburn severity in managed and unmanaged vegetation in a large wildfire." *Proceedings of the* National Academy of Sciences. PNAS published online Jun 11, 2007. http://www.fs.fed.us/pnw/pubs/journals/pnw_2007_thompson001.pdf; and Donato, D.C., J.B. Fontaine, J.L. Campbell, W.D. Robinson, J.B. Kauffman, B.E. Law. 2006. "Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk." Science. 311(5759): 352. doi:10.1126/science.1122855.

16 IPCC AR5, Working Group III, Mitigation of Climate Change. 2014. "Chapter 11 Agriculture, Forestry and Other Land Use (AFOLU) (Final Draft 2014)." *IPCC*. pp 46-47. http://report.mitigation2014.org/drafts/final-draft-postplenary/ipcc_wg3_ar5_final-draft_postplenary_chapter11.pdf

17 McKinley, D.C., M.G. Ryan, M.E. Harmon, R.A. Birdsey, et al. 2011. "A Synthesis of Current Knowledge on Forests and Carbon Storage in the United States." *Ecological Applications*. 21(6): 1902–1924. An earlier version available here: http://www.esa.org/esa/wp-content/uploads/2013/03/issue13.pdf; Law, B.E. & M.E. Harmon. 2011. "Forest sector carbon management, measurement and verification, and discussion of policy related to mitigation and adaptation of forests to climate change." *Carbon Management*. 2(1). http://terraweb.forestry.oregonstate.edu/pubs/lawharmon2011.pdf; Shafer, S.L., M.E. Harmon, R.P.

Neilson, R. Seidl, B. St. Clair, A. Yost. 2010. "Chapter 5: The Potential Effects of Climate Change on Oregon's Vegetation." From: Oregon Climate Change Research Institute. Oregon Climate Assessment Report,K.D. Dello and P.W.Mote (eds). College of Oceanic and Atmospheric Sciences, Oregon State University, Corvallis, OR. http://occri.net/wp-content/uploads/2011/04/chapter5ocar.pdf; Sathre, R. and J. O'Connor. 2010. A Synthesis of Research on Wood Products and Greenhouse Gas Impacts, 2nd Edition. Vancouver, B.C. FPInnovations. 117pp. (Technical Report TR-19R). http://www.woodworks.org/wp-content/uploads/FPI-Greenhouse-Gas.pdf

18 McKechnie, J., S. Colombo, and H. MacLean. 2010. "Forest carbon or forest bioenergy? Assessing trade-offs in GHG mitigation." Woody Biomass Energy Research Symposium, Vermont, April 28-30. http://www.uvm.edu/~cfcm/symposium/PDFs/McKenchnie.pdf; Manomet Center for Conservation Sciences. 2010. Massachusetts Biomass Sustainability and Carbon Policy Study: Report to the Commonwealth of Massachusetts Department of Energy Resources. Walker, T. (Ed.). Contributors: Cardellichio, P., Colnes, A., Gunn, J., Kittler, B., Perschel, R., Recchia, C., Saah, D., and Walker, T. Natural Capital Initiative Report NCI-2010-03. Brunswick, Maine. http://web.archive.org/web/20100703171346/http://www.mass.gov/Eoeea/docs/doer/renewables/biomass/Manomet_Biomass_Report_Full_LoRez.pdf; Mitchell, S.R., M.E. Harmon, K.E.B. O'Connell. 2012. "Carbon debt and carbon sequestration parity in forest bioenergy production." *Global Change Biology: Bioenergy*. doi: 10.1111/j.1757-1707.2012.01173.x http://ncfp.files.wordpress.com/2012/05/carbon-debt-paper.pdf

19 Gower, S.T, A. McKeon-Ruediger, A. Reitter, M. Bradley, D.J. Refkin, R. Tollefson, F.J. Souba Jr., A. Taup, L. Embury-Williams, S. Schiavone, J. Weinbauer, A.C. Janetos, and R. Jarvis. 2006. "Following the Paper Trail: The Impact of Magazine and Dimensional Lumber Production on Greenhouse Gas Emissions, A Case Study." *The Heinz Center*.

20 U.S. Forest Service. No date. "Ecosystem Services." http://www.fs.fed.us/ecosystemservices/.

21 Brandt, P., D.J. Abson, D.A. DellaSala, R. Feller, and H. von Wehrden. 2014. "Multifunctionality and biodiversity: Ecosystem services in temperate rainforests of the Pacific Northwest, USA." *Biological Conservation.* 169: 362–371.

22 Interagency Working Group on Social Cost of Carbon, United States Government. 2013. Technical Support Document: -Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis - Under Executive Order 12866.

23 Interagency Working Group on Social Cost of Carbon, United States Government. 2013. Technical Support Document: - Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis - Under Executive Order 12866. Updated to 2013 dollars.



Río Grande National Forest Supervisor's Office
Attn: Forest Plan Revision
1803 W. Highway 160
Monte Vista, CO 81144

**RE: Public Comment for The Rio Grande National Forest Plan: Proposed Action, September 2016**

Dear Mr. Mike Blakeman and Ms. Erin Minks:

Conejos Clean Water (CCW) thanks the Río Grande National Forest (RGNF) and the United States Department of Agriculture (USDA) for the opportunity to comment on the Scope of Analysis for the Río Grande Forest Plan.

Please accept this as a formal statement of concerns and recommendation from CCW related to the plan. CCW is a 501(c)(3) non-profit citizens' group, based in Antonito, Colorado, that is incorporated under the laws of the State of Colorado.

CCW attended the informal meetings the past twelve months hosted by the RGNF. Please accept these substantive comments and incorporate into the draft forest plan for further public input.

Thank you for your careful consideration of CCW's concerns and recommendations. Please keep us informed of any upcoming public meetings. We can be reach via email at info@cccwater.org or via phone at 719.580.0920.

Respectfully submitted,

CCW Forest Planning Committee

| *Reyes Garcia* | [signature] | [signature] |
|---|---|---|
| Reyes Garcia<br>CCW Board Chair | Maury Grimm<br>CCW Board Treasurer | Andrea T. Guajardo<br>CCW Board Secretary |

Encl: (1) Conejos Clean Water Comments on The Rio Grande National Forest Plan: Proposed Action, September 2016

cc:
Larry Crowder – State Senator
Ed Vigil- State Representative
Brenda Felmlee– Representative for U.S. Congressman Scott Tipton
Charlotte Bobicki – Representative for U.S. Senator Michael Bennet
Cathy Garcia – Representative for U.S. Senator Cory Gardner
Steve McCarroll – Conejos County Commissioner Board Chair

# Conejos Clean Water Comments on The Rio Grande National Forest Plan: Proposed Action

**September 2016**

**The mission of Conejos Clean Water is to build public awareness and encourage advocacy and education around environmental, social, economic, and food justice issues in the Conejos Land Grant Region.**

Conejos Clean Water
304 River Street
P.O. Box 153
Antonito, CO 81120

**Phone:** 719.580.9280
**Mobile:** 719.580.0740

Enclosure (1)

**Background of Conejos Clean Water and Relationship to Affected Environment**

Conejos Clean Water's (CCW) relationship to the affected environment is associated to the long tenure of human habitation in the region. In June of 2010, concerned citizens incorporated into a Colorado non-profit organization called Conejos County Clean Water, Inc. CCW incorporated to promote awareness around health and environmental issues that affect residents in Conejos County, as a vehicle for protecting public health, and to responsibly manage natural resources. CCW is comprised of ranchers, teachers, small business owners, and concerned citizens. Since incorporating, we not do business as CCW, have a nine-member Board of Directors, and over 402 general members. We have expanded our mission to build public awareness and encourage advocacy and education around environmental, social, economic, and food justice issues in the Conejos Land Grant Region, which encompasses present day Conejos, Alamosa, Rio Grande, and Saguache Counties.

The San Luis Valley (SLV; the Valley) in south central Colorado is one of the largest sub-alpine Valleys in the world, encompassing over 8,100 square miles. Hemmed in on the west by the San Juan Mountains, and on the east by the Sangre de Cristo Mountains, the SLV ranges in elevation from 7,000 to over 14,000 feet, and contains the headwaters of the Rio Grande River. The Rio Grande River rises in the San Juan Mountains to the west of the SLV, flows south into New Mexico and Texas and empties into the Gulf of Mexico.

The SLV has many unique biological features, including areas identified as Natural Heritage areas, and is home to six endemic insect species.

The SLV is 122 miles long and 74 miles wide. This largely agrarian and ranching community has a relatively stable population. Many of the residents are eighth-generation. The oldest Catholic parish in Colorado, Nuestra Senora de Guadalupe (Our Lady of Guadalupe) lies at the southern end of Conejos County. Conejos County and Alamosa County are part of the Sangre de Cristo National Heritage Area (NHA). About fifty-eight percent (58%) of Conejos County's population is of Indo Hispano heritage, and pride in that heritage is evident in everything from the names of the rivers, mountains, and towns, to the local Spanish/English radio station. The median household income is less than half the national average at $37,357.

The SLV is known for its potatoes and alfalfa, and grows barley, lettuce, wheat, peas, quinoa, and spring grains. It has been a farming and ranching community for over 150 years, and many residents work in agriculture, following in the footsteps of their parents and grandparents. Many of the farmers and ranchers still practice traditional methods. The SLV is the highest irrigated mountain plateau in the world with about 7,000 high capacity wells, over half of which are irrigation wells.

The SLV contains over 5 million acres, of which 3.1 million acres—about 59 percent—are publicly owned (Forest Service, BLM, Fish & Wildlife Service, National Park Service, or state). This land control configuration creates an important

relationship between the public and private sectors regarding air and water quality issues, and water and groundwater quantity issues, in the SLV.

**Purpose and Need for Action**

CCW recognizes this is a National Forest Management Act (NFMA) and understands the USDA aims to formulate a plan to manage the Rio Grande National Forest, respectfully submitting the following comments and recommendations for consideration.

**Ecological Resources**

Under the Strategic Domain, in all the Desired Conditions of Ecological Resources (**Biological Diversity, Air, Timber Resources, Range Vegetation, Noxious Weeds, Water and Aquatic Resources, Soils a**nd **Special Forest Products**), there is not one mention of livestock management nor logging's potential impacts on the Forest's Ecological Resources and to meet the Desired Conditions of the most important aspects of our National Forests.

CCW recommends this section address livestock management/reduction by prohibiting over-lot grading—promoting conservation of existing soils and vegetation—using dust inhibitors on open ground, and evaluating potential wildfire and logging impacts and benefits for forest and soil health. In addition, CCW recommends installing PM2.5 air monitors on the southeastern most inlet to the SLV to monitor contaminant in migration to the SLV to achieve the Desired Conditions.

In our region, the Mexican spotted owl (Strix occidentalis lucida) can be endangered by logging. In addition, the large rigs traveling up and down the Forest Service roads cause siltation in the streams and increase the invasibility of Noxious Weeds, decreasing Biological Diversity and Range Vegetation.[1]

In the Rio Grande National Forest – Assessment 5 At-risk Species – Executive Summary it states that the riparian damage done in the forest is attributed to Moose. In 2013, there were estimated 2300 Moose in Colorado, up 35% over two years. If that growth continued, the moose population for the entire state of Colorado would be around 8000. In Grand Mesa, one of the release areas, "Only 3% of locations [of Moose] since 2005 have been in willow or riparian areas."[2] It is unknown how many Moose inhabit the Rio Grande National Forest, but obviously, a study needs to be done. CCW is certain the riparian damage seen in the RGNF is mostly due to cattle, and their numbers most likely exceed 8000 head.

An Oregon study found that, "By dispersing seeds into and throughout communities, livestock facilitate invasion of entire landscapes.... In addition, range developments such as water tanks and ponds, and the roads constructed to access them, act as loci for weed spread. These disturbed sites are highly invasible and act as conduits for invasion into surrounding communities. Given that livestock graze 70% of the land area of the West… and carry viable seeds for as long as ten days, they are undoubtedly major vectors of nonindigenous plant seeds." The article concludes, "Preferential grazing of native plant species over non-indigenous species by livestock, combined with livestock's disturbances of soils, microbiotic crusts, mycorrhizae, nutrients, and fire cycles, will likely keep these communities open to invasion and prevent community recovery. Not until plant communities and soils are allowed to recover their natural defenses such as healthy, deep-rooted native plants and intact microbiotic crusts will the spread and dominance of nonindigenous weeds in the American West be reduced or reversed."[3]

Thirty-one backcountry lakes and streams were selected in a study in California "that would stratify the risk based on use by backpackers, pack animals, commercial grazing animals, or natural unaffected wilderness areas." The study

found that coliform bacteria was detected "in 14 of 31 sites (45%). Eight sites had high levels of coliforms. All 8 of these sites correlated with heavy human use or commercial grazing. Coliforms were identified as Escherichia coli. In addition, 1 sample contained Yersinia entercolitica. All samples contained expected amounts of normal aquatic bacteria, including Pseudomonas spp, Rahnella aquatilis, Serratia spp, and other nonpathogenic species of Yersinia in concentrations of 600 to 10 000 colony-forming units per 100 mL. The study concluded that "coliform bacteria were found at nearly half of the sampling sites. High coliform levels correlated with high-impact human use or cattle grazing."[4]

Regarding soil, "Cows are important agents of geomorphological change. On the uplands, heavy grazing compacts the soil, reduces infiltration, increases runoff, and increases erosion and sediment yield. However, light and moderate grazing have effects that are much less significant. In riparian zones, grazing decreases erosional resistance by reducing vegetation and exposing more vulnerable substrate. Trampling directly erodes banks, thus increasing turbulence and consequent erosion." [5]

CCW would also like to let the USDA know that soils in the area are shallow. Some residents experience sand and dust blowing around and near the forest. CCW maintains that soil health is of utmost importance in the SLV. Additional recommendations regarding soils are as follows;

- Prohibit a loss of remaining soil structure by using advanced soil structure by using advanced soil mitigation techniques including carbon-capture mechanisms.

- Prohibit typical over-lot grading (100% soil disturbance) and promote conservation of intact patches, stabilizing disturbances immediately, and conserving and reusing topsoil materials immediately.

- Study wind, sand and dust deposits from the forest and access the negative impacts on the agrarian community.

- Promote livestock grazing that mimics ancient herds to replenish low lying grasslands that sequester carbon.

Some of the plants collected for human use are also consumed by birds, wild ungulates and livestock. "Data from southern Colorado on overlap between summer cattle diets and winter-spring diets of 3 wild ungulates indicate dietary overlap of 52% for cattle and elk as opposed to 25% for cattle and mule deer and 18% for cattle and pronghorn (Bailey and Cooperrider 1982)."[6]

For example, up the Los Pinos, Road 118, Elderberry (*Sambucus spp*) thrives and is considered to have edible berries as well. It "is a useful range plant for domestic livestock but is not equally palatable during all seasons. It usually receives limited browsing in the spring and to a much greater extent in the late summer and

fall."[7] Along the roadside in 2016, which is not inhabited by Elk when the cattle are ranging, the berries of *Sambucus racemosa* were completely consumed.

Elderberry often inhabits riparian zones, "Livestock grazing can alter vegetative structure and composition of riparian habitat. Overgrazing by livestock and big game frequently changes plant species composition and growth form, density of stands, vigor, seed production of plants, and insect production."[7] *Valeriana acutiloba* is a medicinal plant that can be found mostly in riparian areas and in stream beds in the Rio Grande National Forest. "Both cattle and sheep are very fond of valerian at nearly any time during the summer.... Early in the season the flowers, leaves, and lower portion of the stem are consumed; later in the summer only the flowers and leaves are eaten.8 Again, along the streambeds adjacent to road 118, Valerian was often found with flower heads bitten off and the riparian area trampled and pugged by cow hooves.

Of note, in the study on Oshá (*Ligusticum porteri)*,[9] "livestock, particularly sheep, and big game make considerable use of this species in spring and summer. It is highly sought out at all dates (Hermann 1966; Kufeld and others 1973; USDA Forest Service 1937). Seeded areas should not be grazed for at least 2 years following planting. Established stands should be allowed to produce seed periodically, as reproduction is entirely from seed." [10] In the Research Natural Area on Road 118 and surrounding areas, although it appeared that the Oshá was rarely foraged, neither by cattle or wildlife, having cattle in the RNA may be impacting monitoring.

1 Livestock Impacts on Riparian Ecosystems and Streamside Management Implications... A Review, J. Boone Kauffman and W. C. Krueger Journal of Range Management Vol. 37, No. 5 (Sep., 1984)
2 http://cpw.state.co.us/learn/Pages/MooseReintroductionProgram.aspx
3"Livestock Grazing and Weed Invasions in the Arid West" by A. Joy Belsky Ph.D. and Jonathan L. Gelbard April 2000 A SCIENTIFIC REPORT PUBLISHED BY THE OREGON NATURAL DESERT ASSOCIATION
4"Coliform and Pathologic Bacteria in Sierra Nevada National Forest Wilderness Area Lakes and Streams" Robert W. Derlet, MD; James R. Carlson, PhD; Mikla N. Noponen, MD From the Departments of Internal Medicine (Dr Derlet), Pathology, and Medical Microbiology Lab (Dr Carlson), University of California, Davis, School of Medicine, Sacramento, CA; and US Indian Health Service, Tuolumne County, CA (Dr Noponen)
5 "The cow as a geomorphic agent — A critical review"--Stanley W. Trimble, Alexandra C. Mendel
6 FORAGE ALLOCATION FOR ELK AND CATTLE, ALLEN Y. COOPERRIDER, Wildlife Biologist, U.S. Bureau of Land Management,
Denver Service Center (D-470). Building 50, DFC, Denver, CO
7 https://plants.usda.gov/plantguide/pdf/cs_sanic4.pdf
8 USDA Bulletin 545, IMPORTANT RANGE PLANTS: THEIR LIFE HISTORY AND FORAGE VALUE. By Arthur W. Sampson, Plant Ecologist, Forest Service. October 18, 1917
9 http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd480528.pdf
10 http://www.fs.fed.us/rm/pubs/rmrs_gtr136_2/rmrs_gtr136_2_425_466.pdf

**Social Resources**

Under the Strategic Domain, Desired Conditions for Social Resources, Research Natural Areas, the Forest Plan Revision states:

Several Research Natural Areas (RNAs) represent a variety of ecosystems in the Sangre de Cristo and San Juan Mountains. Ecosystems represented are typical plant associations that occur on the Forest, from the lowest elevations up through the alpine zone.

CCW recommends this section address invasive weed management/reduction, recreational use, educational use, livestock grazing and logging impacts—as noted in Ecological Resources above—as additional means to achieve the Desired Conditions.

"The prime consideration for managing RNAs is preserving natural conditions and processes. RNAs are protected against human activities that directly or indirectly modify their ecological integrity: they may serve as controls for manipulative research elsewhere.

The National Forest where the RNA is located has direct responsibility for on-the-ground management activities in the RNA (granting access, maintaining gates, fencing, signage, etc.) Research, observation, and educational uses of the RNA are the responsibility of the US Forest Service Rocky Mountain Research Station within their 12-state territory.

The overall goal of RNA management is to maintain the full suite of ecological processes associated with the natural communities and conditions for which the RNA was designed to protect. Attention is being placed on restoration of natural processes such as fire, and control of invasive alien species which alter the composition and functioning of natural communities."[1]

"Research natural areas are permanently protected and maintained in natural conditions for the purposes of conserving biological diversity, conducting non-manipulative research and monitoring, and fostering education. Research natural areas are managed to maintain the natural features for which they were established and to maintain natural processes."[2]

1 http://www.fs.fed.us/rmrs/about-rnas

2 http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd489288.pdf

**General Infrastructure**

In the draft Rio Grande National Forest Plan revision for **Reservoirs and Ponds Drinking Water** and **Waste Water**

CCW recommends that in the Objectives section of the Plan revision, a high priority and proactive approach needs to be in place to restore/enhance riparian areas, with specific measurements and milestones to include livestock management, to address and achieve not only the Forest Wide Desired Conditions for Ecological Resources but the Forest Wide Goals.

In a report from Wildlands Defense, it was found that "nearly all surface waters in the West are fouled with livestock wastes that produce harmful waterborne bacteria and protozoa such as Giardia." [1]

And, a 1998 GAO report found that "...widespread repetition of the successful riparian area improvements is not likely in the foreseeable future for two primary reasons. First, while.... the Forest Service have issued policy statements that endorse restoration of riparian areas, both agencies-because of budgetary restrictions-have substantially reduced the number of skilled staff essential to carrying out these policies. Second, some of the field staff, especially at BLM, believe that if their proposed actions for restoring riparian areas are opposed by ranchers, managers will not support the field staff. Until these staffing and institutional barriers are overcome, the pace of riparian area improvements is likely to be slow." It was recommended in the report that "[The] Forest Service should take several steps to enhance their riparian area improvement efforts, including establishing measurable goals for miles of riparian areas to be restored and measuring progress made toward those goals." [2]

**Roads:** The road system continues to serve as adequate access for the public to enjoy the Forest. Road construction is limited, and the amount of reconstruction has decreased. Road closure is emphasized in some areas to enhance wildlife habitat, soil, and water resources.

CCW recommends the Objectives section of the Plan revision address a method to measure and control siltation caused by heavy logging equipment to achieve not only the Forest Wide Desired Conditions for Ecological Resources but the Forest Wide Goals.

1 (Suk, T., J. L. Riggs, B. C. Nelson. 1986. Water contamination with giardia in backcountry areas in Proc. of the National Wilderness Conference. Gen. Tech. Rep. INT-212. USDA-Forest Service, Intermountain Res. Stn. Ogden, UT: 237-239). In addition, "Livestock grazing is the single largest contributor to non-point source pollution in New Mexico, accounting for approximately 15 percent of the water quality impairments statewide. (J. Rankin. Plan to take better care of water quality is earning accolades; conservationists disagree. Albuquerque Journal (May 15, 2005)).
2 "PUBLIC RANGELANDS: Some Riparian Areas Restored but Widespread Improvement Will Be Slow" http://archive.gao.gov/d16t6/136218.pdf. (n.d.).

**Natural History and Cultural Resources Management From the Perspective of Environmental Justice**

In the section of the 20-Year Plan Revision for the Rio Grande National Forest (RGNF) entitled "Needs for Change" (Version 7, July 2016), Assessment 13: "Social, Cultural and Economic Resources," there is a quote from interviewee Dennis Lopez, who "stressed the need to identify land grant descendants [in order] to provide them with special use permits." The "need" Mr. Lopez—a multi-generational native of the village of Capulin and a universally recognized as a preeminent cultural historian of the SLV—emphasized in the interview accurately and in very few words focused attention on one of the most deep-rooted yet unfulfilled aspirations of residents of the San Luis Valley who are, indeed, those "descendants."[1]

Because the region served by CCW is defined by the domain encompassed within the Conejos Land Grant in accordance with which Mexico authorized the first SLV settlements on the west side of the Rio Grande, and because CCW exists in large measure to articulate and fulfill the requirements of environmental justice, our officers believe the need expressed by Mr. Lopez must serve as a framework for conceptualizing in ideal terms how the RGNF serves the needs of those who make use of the RGNF for subsistence purposes.

In general, this framework recognizes the need for continuation of traditional livestock grazing patterns consistent with the natural principle of transhumanism, which also establishes the seasonal and cultural work patterns practiced by Indo-Hispano ranchers. But this framework also, at least implicitly, acknowledges the origination of traditional subsistence practices of transhumanism in the principle of communal land tenure in contrast to private ownership. Thus, the issuance by the RGNF of the kind of "special use permits" Mr. Lopez recommended would tend not only to ensure the continuance of Indo-Hispano ranching traditions but would hopefully also tend to ensure the survival, within generations of families, of cultural traditions that promote healthy, life-sustaining interaction with the natural world.

Within this framework of offering "special use permits" to descendants of the original land grantees, allocation of permits for livestock grazing especially—but also for woodcutting, hunting, fishing and other subsistence practices—would re-enforce the cultural practices that prove to be the most desirable in terms of fostering overall ecosystem health within multiple-use areas of the forest.

It must be noted that because the rationale for offering "special permits" that allow these "descendants" to operate in these multiple use areas rests on principles of both natural (ecosystem) and cultural health and sustainability, proposals to create wilderness areas should not supersede the prioritizations of use outlined and recommended above.

As a sidebar, we also recommend that the RGNF increase the number of roads that would be used for domestic wood-cutting by locals since it has been brought to our attention that at present motorized access to the wood-gathering areas is becoming more and more inadequate. Please keep in mind the protective

measures we outlined in Infrastructure above while accommodating the need by locals to utilize and access existing and new roads.

1 http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd480528.pdf

## Conclusion

Conejos Clean Water, as an environmental, social and economic justice organization serving the Conejos Land Grant Region, recognizes the cultural, heritage and socioeconomic importance of our forests and public lands to the San Luis Valley communities.

Technologies have changed and are changing. Use of the forest resources continue to grow as population increases and the potential and far-reaching effects of climate change are just now being realized.

Within that context, we are urging a balanced approach, one that recognizes the human impact on these resources—the causes of water, air, soil and the degradation of biological diversity—not just the symptoms.

**From:** Brady Van Matre
**To:** FS-RGNF forest plan
**Subject:** Rio Grande Travel Plan
**Date:** Tuesday, September 27, 2016 12:25:00 PM

Dear Forest Service,

In your considerations for the forest travel plan, please keep as mush multi-use single track and jeep road open as possible. Motorized recreation has been marginalized enough in this state, we have plenty of wilderness and no motorized land available for those who cannot share access with other user groups, but not near enough public access off road opportunities. Please keep our trails open.

Sincerely,
Brady Van Matre

Van Matre Construction, L.L.C.
(303) 668-2222 (mobile)
(303) 664-1264 (office)
104 E Simpson St
Lafayette, CO 80026
brady1@vanmatreconstruction.com

| | |
|---|---|
| **From:** | CTVA Action Committee |
| **To:** | FS-RGNF forest plan |
| **Cc:** | ctva_action@q.com |
| **Subject:** | CTVA Comments for the Rio Grande Forest Plan EIS |
| **Date:** | Wednesday, October 12, 2016 7:57:32 PM |
| **Attachments:** | CTVA Comments Rio Grande Forest Plan 10 12 2016.pdf |

We have assembled the following information and issues from our members and other motorized recreationists for the project record. We appreciate the opportunity to provide our comments for the Rio Grande Forest Plan EIS. We enjoy riding our OHVs on primitive trails and roads on all multiple-use land managed by the Rio Grande National Forest. Forest Service managed land provides a significant source of these OHV recreational opportunities.

Thank you for considering our comments.

Sincerely,

/s/ CTVA Action Committee on behalf of our 240 members and their families and friends

Capital Trail Vehicle Association (CTVA)[1]
P.O. Box 5295
Helena, MT 59604-5295

---

[1] CTVA is also a member of Montana Trail Vehicle Riders Association (mtvra.com), Blue Ribbon Coalition (sharetrails.org), and New Mexico Off highway Vehicle Alliance (nmohva.org),. Individual memberships in the American Motorcycle Association (ama-cycle.org), Citizens for Balanced Use (citizensforbalanceduse.com), Families for Outdoor Recreation (ffor.org), Montana 4X4 Association, Inc. (m4x4a.org), Montana Multiple Use Association (montanamua.org), Snowmobile Alliance of Western States (snowmobile-alliance.org), Treasure State Alliance, and United Four Wheel Drive Association (ufwda.org)

**From:** Zach Neal
**To:** FS-RGNF forest plan
**Subject:** Rio Grande Forest Revision
**Date:** Wednesday, October 12, 2016 7:03:59 PM

To whom it may concern,

My name is Zach Neal and I have been coming to Creede and the Rio Grande National forest for my entire life. Since I was a kid I remember hiking with my family and friends on the trails surrounding our cabin. I was in town this past week and caught wind of the potential changes that are up for discussion regarding the mountains and areas surrounding this town. It caught me off guard to hear that there was even discussion about changing something that has been right for so many years. For generations in my family people have visited and loved every second of their time spent here. No one has ever rendered the idea of that maybe the forest and natural area should change. No one has ever said I would like to not be able to hike across that mountain or venture down to that river. This place is truly magical and a special place to so many that have come across it. I want to keep this place sacred as it should be kept. I want to bring my grandkids here in 50 years and tell them that this is how it was when I was their age. Not tell them that in my day, you could hike and explore as far as the eye can see, and then have to explain why no one is allowed on those trails or anymore or in those woods right across from the cabin. I wanted to express my feelings and let everyone who this may concern know that there is no reason to fix what isn't broke. This valley and the people that live here and visit here cherish it and love nature and everything that comes with it. We want to keep this place timeless and keep it the way is has been for generations before and for generations to come. I hope this helps and I hope this doesn't fall onto deaf ears. Please don't change rules and regulations of a place that doesn't require changing. Creede and the mountains that surround it are special to me and have been apart of my life for as long as I remember. I one day would like to share this with all of my family and pass it down for generations long after me. Thank you for your time.

**From:** Travis
**To:** FS-RGNF forest plan
**Subject:** Forest Plan Revision
**Date:** Thursday, October 13, 2016 9:38:33 AM

Comments: I support the needed change B3 to allow for more adaptive management, I support B4 management approaches that consider local values and partnership opportunities, I support B5, I do not support any additional Wilderness, I do not support any Wild and Scenic designations, I fully support the the 2012 Planning Rule approach! Respectfully Travis Smith

Sent from my iPhone

**From:** Laughlin - DNR, Amy
**To:** FS-RGNF forest plan
**Cc:** Linda Bassi; Suzanne Sellers - DNR
**Subject:** Scoping Materials_CWCB Instream Flow Files
**Date:** Friday, October 21, 2016 11:24:43 AM
**Attachments:** CWCB_ISF_Rio_Grande_NF.dbf
CWCB_ISF_Rio_Grande_NF.prj
CWCB_ISF_Rio_Grande_NF.sbn
CWCB_ISF_Rio_Grande_NF.sbx
CWCB_ISF_Rio_Grande_NF.shp
CWCB_ISF_Rio_Grande_NF.shp.xml
CWCB_ISF_Rio_Grande_NF.shx

---

Hello,

The Department of Natural Resources, including the Colorado Water Conservation Board, submits the attached shapefiles for the CWCB instream flow reaches that intersect any part of the Rio Grande National Forest.

Please let me know if you have any questions.

Best,
Amy

--
**Amy Laughlin**
**Policy Advisor**
Executive Directors Office

P 303.866.3311 x 8671 | F 303.866.2115 | C 720.662.4778
1313 Sherman Street, Room 718, Denver, CO 80203
amy.laughlin@state.co.us | www.colorado.gov/DNR



United States Department of the Interior

NATIONAL PARK SERVICE

National Trails Intermountain Region
324 South State Street, Suite 200
Salt Lake City, Utah 84111



IN REPLY REFER TO: Revision of the Land Management Plan for the Rio Grande National Forest, Colorado

October 24, 2016

Erin Minks
Forest Planner
Rio Grande National Forest's Supervisor's Office
Attn: Forest Plan Revision
1803 W. Highway 160
Monte Vista, CO 81144

Dear Ms. Minks,

Thank you for the notice of intent that you are preparing to revise the Rio Grande National Forest Plan. Based on the information provided on the project website it would appear that the Old Spanish National Historic Trail is located within the northeast portion of the project area. As the federal co-administrators (alongside the Bureau of Land Management) we would like to request consulting party status in the forest plan revision process.

Please don't hesitate to contact me should you need clarification or additional information. I can be reached via phone (801-741-1012 ext 115), email (jill_jensen@nps.gov) or the address listed above for future notices regarding this project.

Sincerely,

Jill Jensen
Archaeologist

Cc:
Rob Sweeten, Co-administrator Old Spanish National Historic Trail
Bureau of Land Management
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT 84101-1345



American Rivers
Rivers Connect Us

October 25, 2016

Rio Grande National Forest
Forest Plan Revision
1803 U.S. Highway 150
Monte Vista, Colorado 81132

To: Rio Grande National Forest Supervisor's Office
**Attention: Forest Plan Revision**

American Rivers is pleased to submit the following comments on the Rio Grande National Forest Plan revision.

**Qualifications and interest**

*American Rivers*, its partner organizations, and their members have carefully researched both the field and documented values of free-flowing rivers across the Rio Grande National Forest. They also are readily available to discuss and clarify the comments below, regarding management protections for potential wild & scenic rivers (w&s), and to provide other assistance and information as may be useful to you.

**Legal and procedural requirements**

The 2012 forest planning rule requires the forest to the eligibility of free-flowing streams for potential inclusion in the *National Wild & Scenic Rivers System*. A river is eligible if it is free-flowing and has at least one river-related outstandingly remarkable value of national or regional significance (ORVs). Segments found eligible must include a preliminary classification (wild, scenic, or recreational; 16 U. S. C. 1273(b), FSH 1909.12 section 82.8).

Chapter 80 of Forest Service Handbook (FSH) 1909.12 provides detailed guidance on the required inventory of eligible rivers and on interim management of those rivers to protect their ORVs and free-flowing nature. The forest is required to inventory all rivers named on a standard USGs 7.5-minute quadrangle map to determine and document their eligibility. In doing so, the forest must provide opportunities for public participation and utilize the best available scientific information. The plan must provide plan components—including standards and guidelines—for all eligible river corridors "to protect the values that provide the basis for their suitability for inclusion" in the w&s rivers system. Projects and activities must not adversely modify eligible rivers' free-flowing character, must protect their ORVs, and must maintain their preliminary classification of wild, scenic, or recreational.

We are very pleased to see that additional segments will be considered, ones that were not studied for the previous plan revision, and nine segments on the Baca Tract, which the RGNF acquired since the last revision. Streams for which conditions have changed

should also be identified and considered for eligibility, along with streams with unique ecological features as noted below. (See FHS 1909.12, section 82.2.)

Four to five miles of tributaries to the Rio De Los Pinos are found w&s eligible in the Carson National Forest Plan, Environmental Assessment for Amendment 11, Appendix B at 20[1], including the Osier Fork from its boundary with the Tierra Amarilla Grant to the Colorado state line. The Osier Fork enters the Rio de los Pinos in Colorado, and the Colorado length of that stream should be evaluated for eligibility.

Segments referenced above have numerous outstandingly remarkable values. Ibid. It is likely that these values also occur along the portions of these rives in Colorado.

The forest should similarly review wild & scenic assessments and management in the context of similar actions and provisions already undertaken by adjacent federal land-management agencies including segments of streams shared with the forest.

Also, the forest should review existing streamflow protections provided by the State of Colorado *Stream and Lake Protection Program* (instream flow water rights), and consider for wild & scenic eligibility streams included in that program. State instream flow water rights also provide new opportunities for federal-state cooperation, complementing and justifying w&s eligibility findings. Specific state-protected streams that should be considered or retained for w&s eligibility include:

- Alamosa River headwaters
- Alder Creek
- Bear Creek
- Beaver Creek
- Cross Creek
- East Fork Pinos Creek
- Elk Creek
- El Rito Azul
- Embargo Creek
- John's Creek
- Lake Fork Conejos River
- Lost Mine Creek
- Middle Fork Conejos River

[1] This amendment was approved January 26, 2002.

- Middle Fork Saguache Creek
- North Fork Conejos River
- North Fork Saguache Creek
- Pinos Creek
- Saguache Creek
- South Fork Camero Creek
- South Fork Saguache Creek
- Treasure Creek
- Wannamaker Creek
- West Alder Creek
- West Fork Pinos Creek

In addition, the forest should again review the 300+ river segments first inventoried in preparation of the 1996 L&RMP using at least two screens: a) investigation of potential changed circumstances that could not make select segments w&s eligible, and b) reconsideration of river values and river corridor values in the context of current regional and national array of river-related natural values. Streams of particular interest include Lake Fork Conejos River, South Fork Conejos River, and Rio Grande River additional segments (including the segment from Stony Pass to Rio Grande Reservoir, portions of which are within the Weminuche Wilderness).

River segments identified in the 1996 plan as eligible, including the six segments eligible for wild designation[2], must be retained as eligible.

All eligible segments must be managed to retain their eligibility. See 219.10(b)(1)(v).

The revised plan should correct management prescription errors applied, in the 1996 plan, to wild & scenic-eligible Saguache Creek, which was classified as w&s wild. While other wild-classification eligible streams are currently managed under 1.5 *Eligible Wild River*, seven miles of Saguache Creek are managed under 3.4 *Eligible Scenic River*. This discrepancy in management prescriptions has consequences relative to mineral withdrawal, oil & gas leasing, ROS, motorized travel, and roadless status (including distinction between upper and lower tier roadless). The new plan should affirm the wild classification of eligible Saguache Creek and correspondingly adjust protective prescriptions accordingly.

Related, the plan should ensure that all eligible streams and corridors are consistently categorized and managed to highest available prescriptions. Further, the forest should

[2] See 1996 Forest Plan at IV- 8.

affirm existing eligibility study classifications and ORVs and, where appropriate, recommend upgrades to classifications and the list of identified ORVs.

In keeping with the planning rule requirement to consider best available scientific information, review connections to key species and plant communities, as provided by *Colorado Natural Areas Program, Natural Heritage Program, Rocky Mountain Wild*, among others.

The *Colorado Natural Heritage Program* (CNHP) published, in April 2016, a relevant report, *Fen Mapping in Rio Grande National Forest*. That report defines fens as ground-water fed wetlands that typically support sedges and low stature shrubs, and identifies potential fen areas within the forest, including a total of 2,532 likely fen areas in the forest. The report highlights in particular three watersheds with very high numbers of likely fens: Elk Creek; Headwaters of Alamosa River; Ute Creek.

While these fens rely most directly on groundwater, the interplay between groundwater and surface flows in streams is likely enough that nearby streams should be carefully studied for protection as part of the forest's fen assessment. Specifically, the following streams should be considered or retained for wild & scenic eligibility (or, if currently eligible, should retain that eligibility), focusing on the possible ORVs of fens and related plant communities:

*Elk Creek watershed*

• Elk Creek

• Rio Colorado

• South Elk Creek

*Alamosa River Headwaters*

• Bitter Creek

• Cascade Creek

• Cataract Creek

• Iron Creek

• Gold Creek

• Prospect Creek

• Treasure Creek

*Ute Creek watershed*

- East Ute Creek
- Middle Ute Creek
- West Ute Creek
- Ute Creek

The CNHP also published, in October 2012, a report entitled *Assessment cf Wetland Condition on the Rio Grande National Forest*. That report generally found the condition of sampled wetlands in the forest to be excellent to good, including 30 sampled riparian shrublands. Those riparian wetlands support a variety of willow types and mountain alder, varying with elevation. Highest concentrations of wetlands are in alpine and sub-alpine zones.

The following alpine streams should be studied or retained for wild & scenic eligibility (or, if currently eligible, should retain that eligibility), focusing on stream-supported wetlands and the plant communities they support in order to recognize and protect those values:

- Benito Creek
- Halfmoon Creek
- Machin Creek
- Headwaters Middle Fork Saguache Creek
- Headwaters South Fork Saguache Creek
- Spring Creek
- Twin Peaks Creek
- Wannamaker Creek
- Whale Creek
- Adams Fork
- North Fork (Conejos)
- Middle Fork (Conejos)
- Rito Azul
- Mesa Creek
- Rito Hondo
- Spring Creek
- Willow Creek

- Bear Creek

- Pole Creek

- Rio Grande above Rio Grande Reservoir

- West Fork Pole Creek

When considering streams for wild & scenic eligibility study, the forest should reference CNHP listings of riparian-dependent rare plants in the vicinity. For RGNF, these may include Barneby's fever-few, blue-eyed grass, Bodin milkvetch, broadfruit, bur-reed, Colorado watercress, marsh-meadow Indian-paintbrush, mud sedge, slender spiderflower, small-winged sedge.

The forest should also use data and analyses prepared by CNHP for *Potential Conservation Areas* location within the forest, including reports entitled Adams Fork of Conejos River, Baca Grande and Reserve, Conejos River at Platoro, Conejos River at Spectacle Lake, Conejos River Springs, El Rito Azul, Elephant Rocks, Great Sand Dunes, Pole Creek, Ra Jadero Canyons, Rio Grande at Pole Creek Mountain, Rito Hondo Creek, Saguache Creek, Sangre de Cristo Creek, Sangres Alluvial Fan, South Fork of the Conejos River and Hansen Creek, Upper Medano Creek, Upper Pole Creek, and Zapata Falls.

The forest should also evaluate for w&s eligibility streams that contain Rio Grande cutthroat trout, or that once contained that fish, or that contain habitat suitable to assisting with that fish's recovery. Additional information for this purpose is available in the *Rio Grande Cutthroat Trout Conservation Strategy* 2013, and the *Conservation Agreement for Rio Grande Cutthroat Trout* 2013, both prepared in cooperation among the states of Colorado and New Mexico and the U.S. Forest Service.

Thank you very much for your careful consideration of these comments.

Sincerely,

Matt Rice
Director, Colorado River Basin Program
American Rivers
1536 Wynkoop St, Denver, CO 80202
303-454-3395
mrice@americanrivers.org

1101 14th Street, NW | Suite 1400 | Washington, DC 20005-5637 | phone 202.347.7550 | fax 202.347.9240 | AmericanRivers.org
Rvsd Plan - 00003410

1101 14th Street, NW | Suite 1400 | Washington, DC 20005-5637 | phone 202.347.7550 | fax 202.347.9240 | AmericanRivers.org
Rvsd Plan - 00003411

OCT 27 2016

Montrose Forest Products, LLC
P.O. Box 1149, Montrose, CO 81402 T: (970) 249-0812

October 25, 2016

Mr. Dan Dallas, Forest Supervisor
Rio Grande National Forest
1803 W. Highway 160
Monte Vista, CO 81144

SUBJECT: RGNF Forest Plan Proposed Action Comments

Dear Mr. Dallas:

Montrose Forest Products, LLC has been very involved with the Rio Grande National Forest Plan Revision including participating in meetings during the assessment, wilderness evaluation, and development of the proposed action. Recognizing the importance of providing useful comments for the Proposed Action, we hereby submit the following:

**Objectives and Desired Conditions**
First, we appreciate the desire to increase the emphasis on Objectives and Desired Conditions, rather than primarily focusing on Standards and Guidelines. We feel that an over-emphasis on Standards and Guidelines won't necessarily allow for flexibility over the long-term and may not achieve the desired conditions. But, as the draft EIS and draft revised plan are developed, we would like to see not only the desired conditions, but also an explanation of the mechanisms that will be used to achieve them over time.

**Forest-wide Goals**
Overall, we are very supportive of the three primary goals listed in the Proposed Action.

With regards to Goal #1, we would like to see additional language included that discusses management. In order to protect and restore watershed health, water resources, and the systems that rely on them, many parts of the forest will need active management. Using the word "protect" without a discussion on the need for management may lead to some confusion with the public. We recommend inserting language on the number of watersheds that are currently threatened due to high fire danger, insects and disease, etc., with a follow up that explains the role of management in achieving restoration.

Concerning Goal #2, we are very supportive and appreciate the language describing the need to "aggressively diversify age classes and structure, seral stage, and habitat classes" to provide a wide variety of benefits. That being said, we are concerned that achieving the

desired conditions laid out in Goal #2 may be difficult given the limitations with the Southern Rockies Lynx Amendment, thus our comments on Lynx on page 6 of this letter.

Given that Goal #3 is to "actively contribute to social and economic sustainability," we recommend the following language be inserted:

- Provide a predictable supply of forest products over time that 1) helps maintain or create processing capacity and infrastructure in local communities and 2) is consistent with achieving desired conditions on national forest lands.

**Forest-wide Desired Conditions**

- Biological Diversity – we can support the language in the first paragraph regarding "disturbance frequencies similar to those that result from natural disturbances" for many areas of the RGNF, but not for suited timberlands. One size does not fit all, and we recommend that you go into considerably more detail on forestwide desired conditions to distinguish between desired conditions for suited timberlands and other lands. Specifically, we recommend that you identify desired conditions for habitat, structure, and pattern for suited timberlands.
- Timber Resources – rather than saying the forest is "capable" of sustaining timber harvest, we recommend you say it ***will be*** managed to provide sustained timber harvest where appropriate. With regards to "some harvest operations are designed to mimic natural disturbance events or processes," we do not agree that managing suited timberlands to "mimic natural disturbances" is appropriate. Below are some specific desired conditions we recommend for the timber resources:
    - The removal of wood products (sawtimber, roundwood, firewood, etc.) and other forest products (Christmas trees, pine cones, greenery, etc.) contributes to ecological, social, and/or economic sustainability and associated desired conditions. A mix of timber products responsive to existing, new, and changing markets is provided.
    - Lands identified as suitable for timber production have a regularly scheduled timber harvest program. Where appropriate, thinning or other types of stand treatments are used to increase tree growth and create additional growing space for the desirable tree species, to address forest resilience objectives, and reduce mortality and fuel loading. Lands are adequately restocked within 5 years of final regeneration harvest, following a site-specific silvicultural prescription.
- Fire – we do not agree with the statement "the role of fire in ecosystem dynamics is recognized and sponsored" with regard to suitable timberlands. We recommend full suppression objective for fires on suitable timberlands. Specifically, we desire initial response to wildfires generally favors suppression to protect suited timberlands, including aggressive initial attack to keep fires as small as possible and strategies and tactics to minimize fires burning into the area.

**Objectives**
As mentioned above, we are very supportive of the concept of Objectives and Desired Conditions. While we recognize that the list provided on page 13 is not yet complete, we recommend the following objective for timber:

- Forest products produced from the Rio Grande NF average at least 50,000 ccf annually for the first decade.

Additionally, we propose the following strategies to help achieve this objective:

- Prioritize harvest of trees killed by the spruce beetle epidemic.
- Offer a mix of forest product size, species, and quality that will maintain or increase forest products companies' capacity to utilize products from the Rio Grande NF.
- When possible, integrate the timber and fuels programs to meet overlapping or common goals.
- As the merchantability of trees killed by spruce bark beetles declines, supplement sale of dead trees with sale of green trees.

**Geographic Areas**
We feel that having both geographic areas and management areas is redundant and is just making extra work in the process. We think just having management areas would be better, and less confusing.

**Fire Management Zones**
While we agree with the use of fire for resource benefit in theory, we are very concerned about burning up suitable timber acres that fall under the Restoration and Protection Zone (FRB-RP). We recommend that this section should include more detail with regards to management processes on suitable timber acres. With only 17% of the forest being suitable, we definitely do not want to see acres go up in smoke for "resource benefit."

**General Forest Geographic Area**
First, we recommend breaking this section into two sections: General Forest, and Suitable Timber Acres. This distinction is very important and the language within each section should discuss the differences.

For the suitable timber acres, we feel strongly that the highest priority/objective for these acres should be timber output. That being said, we feel that stating or implying that vegetation management is for wood production ***or*** to benefit other resources is a false premise. It is very possible to have wood production ***and*** benefits to other resources. Rather than using the word "sustainable" in this section, we recommend including the language from FSH 1909.12 – Chapter 60 that explains the legalities of timber harvest on National Forest Lands. "Sustainable" is over-used and poorly understood and given the current level of mortality, we feel it is best to not use this word. Additionally, we recommend this section include a transition plan for when the forest moves from salvage to harvest green timber. It is important that this forest plan includes a transition plan in order to maintain industry. Furthermore, given that the level of mortality will be a moving target until the epidemic is over, we would prefer not to see a specific time frame discussed

(10 years), but rather a range. Ideally, the revised Forest Plan would outline a timber sale program that maximizes harvest levels now while the material is still valuable, while recognizing that forest harvest levels will decrease in the long-term.

Also, we are not comfortable with the statement "the Forest plans to continue to salvage harvest at approximately the same levels." We would rather that the revised forest plan and DEIS acknowledges their current capacity while including language that would allow salvage harvest at higher levels if opportunities arise.

**Management Areas**

First, we found this section to be a little confusing and not well arranged. To make the table easier to understand, we recommend the following:

- Locating Table 1.4 at the start of this section.
- Put the different management area discussions in chronological order.
- Rather than having 4 different categories for timber related activities, we suggest:
    - Suited Timberlands
    - Timber Harvesting Allowed

Furthermore, Management Area 3.3 is discussed in the text, but does not show up on Table 1.4. Also, Management Area 3.5 and 3.6 should show that timber harvesting is allowed, and Management Area 4.4 should show that TSI is allowed. Finally, we recommend adding language to the Management Areas that allow timber harvesting to make that clear.

**5.13 - Forest Products**

While we are supportive of most of the language found within Management Area 5.13, we are concerned that statements such as "full range of activities" and "all succession stages are represented" portrays a false picture given the current limitations of the SRLA. We are very concerned that a full range of activities, as well as achieve a diversity of ages, densities, and sizes, will not be possible due to the SRLA. Again, see our Lynx comments on page 6.

Furthermore, we are concerned by the last two sentences in the second paragraph regarding old growth and mature stands. Given that only 17% of the RGNF is suited timberlands in the current forest plan, we generally recommend that forestwide old growth objectives be achieved outside the suited timberlands. We don't understand the intent of the last sentence in that paragraph or how it will be incorporated into forest plan direction, therefore, we recommend that sentence be deleted.

Finally, we recommend the following desired conditions be incorporated into this management area:

- The area provides scheduled wood fiber production, including sawtimber, posts and poles, and firewood. Disturbed areas are evident across the landscape and vary in size and shape.
- The age class of stands is evenly distributed within the normal rotation age.

- On suited timberlands, commercially valuable timber products are produced by maintaining acceptable stocking levels and rates of growth, as well as favoring commercial tree species.
- Lands in this management area are managed with a strong multiple use emphasis.
- A variety of silvicultural techniques and harvest systems are used to restore ecological function, structure, and composition, and provide products and services. Silvicultural treatments and prescribed fire are used to meet multiple resource objectives, as well as to achieve and maintain vegetation conditions and desired fuel levels to reduce the threat to key values from wildfire.
- A variety of cover types are represented, with commercial species given priority.
- Desired Snags – in areas where timber harvest or other management activity is implemented, an average of 2-3 snags greater than 10" dbh averaged over 1,000 acres.
- Desired Coarse Woody Debris – 15 to 20 tons per acres of coarse woody debris over 6" in diameter in areas where timber harvest or other management activity is implemented.

**Standards and Guidelines**
We recommend removing the "timber removal on a sustained yield basis" because we do not support that restriction/requirement given the current forest condition and high level of mortality.

**Adaptive Management Domain**
In the third paragraph, after "Administrative Change," we recommending the following language: "Other changes may require a forest plan amendment. Any changes would be done in compliance...."

**Process Related Comments**
The following two sections, while related to the Proposed Action, are primarily comments related to the forest plan revision process.  We are very concerned how Species of Conservation Concern and Canada lynx are being dealt with during the revision process.

**Species of Conservation Concern**

As we commented in our April 18, 2016 letter, according to the 2012 Planning Rule, Species of Conservation Concern are: "a species, other than federally recognized threatened, endangered, proposed, or candidate species, that is known to occur in the plan area and for which the regional forester has determined that the best available scientific information indicates substantial concern about the species capability to persist over the long-term in the plan area."

As we further commented, the rationale for many of the species on the draft list of RGNF SCCs was inadequate to include many of those species on the list of Draft RGNF SCCs. Based on the information provided to date by the RGNF and the Regional Office, we find that to still be true.  For example:

-Northern Goshawk – the rationale for inclusion as an SCC discusses "uncertainty", but not "substantial concern" about capability to persist over the long-term in the plan area.

-American Marten - the rationale for inclusion as an SCC discusses "uncertainty", but not "substantial concern" about capability to persist over the long-term in the plan area.

-Wahatoya Creek larkspur – according to the rationale for inclusion as an SCC, this plant is not documented in the plan area. Further, there is no finding of "substantial concern" about capability to persist over the long-term in the plan area.

-King's campion - according to the rationale for inclusion as an SCC, there is only one record of occurrence on the RGNF and that was from 1995; further, there is a comment that the occurrence on the RGNF "may be a peripheral occurrence." Finally, there is no finding of "substantial concern" about capability to persist over the long-term in the plan area.

Conceptually, we agree with removal of species "not known to occur" or "lack of substantial concern for persistence" on the RGNF as discussed on page 6 of the Regional Forester's August 17, 2016 letter. Based on information released to date by the RGNF and the Regional Office, we believe there are additional species that should be removed for those same reasons, and we request that that be done prior to analysis and release of the DEIS and draft revised plan.

We are very concerned by the sentence in the second paragraph on page 6 of the Regional Forster's August 17, 2016 SCC letter stating that there were no public comments on the SCC list other than the comments from Defenders of Wildlife. That's not accurate. IFA's April 18, 2016 letter also addressed SCCs, but apparently did not receive the same consideration as the comments from the Defenders of Wildlife. Therefore, we request that the RGNF and the Regional Office review and give IFA's comments on SCCs the same consideration as the comments from Defenders of Wildlife.

We respectfully request additional information that has been developed regarding "presence" or "substantial concern" since the Assessment, as well as explanations for adding/deleting species from the SCC list.

**Lynx**
As we discussed in our February 3, 2016 letter, the SRLA Record of Decision requires the Forest Service to review and reconsider the direction in the SRLA when the forest plans for each of the affected national forests is revised. We view the revision of the RGNF forest plan as an opportunity to consider what has been learned since the SRLA was approved, and, using that information, to update the lynx direction in the revised forest plan. We are especially concerned about the costs of all the "accounting" requirements for LAUs and acres required by the SRLA and the restrictions on implementing "a full range of

silvicultural treatments" contained in the SRLA. We are very disappointed that the Proposed Action neither acknowledges nor addresses the restrictions and requirements of the SRLA, and appears to ignore the requirement to "review and reconsider" the SRLA direction during the forest plan revision. Again, we refer you to our recommendations in the February 3, 2016 letter. In particular, we recommend that you analyze to what extent can lynx habitat needs can be satisfied through the "coarse filter" using some combination of Objectives and Desired Conditions to achieve lynx habitat needs.

We appreciate your consideration of these comments and suggestions as you move forward with the Forest Plan Revision process. I would be happy to discuss these comments if you have any questions.

Sincerely,
MONTROSE FOREST PRODUCTS, LLC

Normand Birtcher
Resource Forester



CDA
CO
COLORADO
Department of Agriculture

October 26, 2016

Mr. Dan Dallas, Forest Supervisor
Rio Grande National Forest
1803 W. Highway 160
Monte Vista, CO 81144

Dear Mr. Dallas:

The Colorado Department of Agriculture (CDA) submits the following comments regarding the Rio Grande National Forest Plan Proposed Action (PA).

CDA's mission is to strengthen and advance Colorado agriculture; promote a safe, high quality, and sustainable food supply; and protect consumers, the environment, and natural resources. The agriculture industry contributed $7.5 billion in cash receipts to the Colorado economy in 2014.[1] With our commitment to Colorado's agriculture industry in mind, we offer the following comments regarding the PA.

CDA supports management of National Forest System (NFS) lands under the principles of multiple use and sustained yield as congressionally mandated by the Multiple-Use and Sustained-Yield Act of 1960[2] and further codified by the National Forest Management Act of 1976[3] (NFMA). NFMA provides clear direction regarding the equality of multiple uses, *"...provide for multiple use and sustained yield of the products and services obtained therefrom in accordance with the Multiple-Use Sustained-Yield Act of 1960, and in particular, include coordination of outdoor recreation, range, timber, watershed, wildlife and fish, and wilderness...."*[4] Coordinate is defined as equal in rank, quality, or significance[5]. Through NFMA it is clear Congress intended that NFS planning coordinate and consider each of the listed multiple uses equally.

The PA provides desired conditions from the 1996 forest plan that specifically include management for a variety of different recreation types, timber harvest, healthy watersheds, habitat for wildlife and fish, and wilderness. The description for range is relegated to the desired

[1] National Agricultural Statistics Service, Colorado Field Office, Colorado Agricultural Statistics 2015. Online: https://www.nass.usda.gov/Statistics_by_State/Colorado/Publications/Annual_Statistical_Bulletin/index.php
[2] 16 USC §528-531
[3] 16 USC §1601-1614
[4] 16 USC §1604(e)(1)
[5] http://www.merriam-webster.com/dictionary/coordinate

305 Interlocken Parkway, Broomfield, CO 80021 P 303.869.9000 F 303.466.2867
www.colorado.gov/ag



seral stages for vegetation with no mention of commercial livestock grazing. CDA proposes a desired condition for range similar to that of timber resources as follows:

> *"Herbaceous vegetation is capable of sustaining livestock grazing for the benefit of local communities while also helping to achieve other desired conditions."*

As the PA is developed into a draft forest plan, goals, objectives, and guidelines specific to livestock grazing will need to be established and included.

The PA includes four geographic areas: general forest, primitive wilderness, roadless, and specially designated. Geographic areas are comprised of different management areas that each have a different emphasis and direction. Table 1.4 Allowable activities in the proposed Management Areas, page 34 in the PA, indicates authorized grazing is allowed in all management areas except 2.2 Research Natural Areas and 8.22 Ski-based Resorts. The exclusion of grazing for management area 2.2 indicated in Table 1.4 contradicts the text on page 25 where the PA states, *"Livestock grazing is an appropriate and authorized use when it is not in direct conflict with resources values that prompted establishment of the area."* Table 1.4 should be corrected to acknowledge the importance of livestock grazing in Research Natural Areas. Additionally, CDA advances that livestock grazing should not be completely excluded from Management Area 8.22 or any other management area because of the utility of livestock grazing as a vegetation management tool.

Desired conditions described for noxious weeds are not stated in terms of what the desired condition is that the forest is trying to achieve. Desired conditions should be consistent with CDA's Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act[6] for List A and List B species, which describes specific management rules for each noxious weed species and is updated annually.

Goals, objectives, and guidelines established for noxious weeds in the draft forest plan should include significant, quantifiable reductions in population sizes, geographic extent, and impact of List A and List B noxious weed species on NFS lands. There should also be provisions to include the use of state-approved biological control agents as one of the tools available to manage noxious weeds and requirements for interagency coordination with CDA and county weed managers on noxious weed inventories, data sharing, technology transfer, treatment applications, and monitoring. Geographic and management area descriptions should provide guidance for how noxious weeds will be managed within a specific area, unless it is explicitly stated elsewhere that this is a forest-wide management direction.

CDA supports science based natural resource management that maintains healthy watersheds and provides for multiple uses. This management regime would help achieve the stated goals of watershed health, sustainable ecosystems, and social and economic contributions of the forest to surrounding communities. It is important that standards and guidelines be developed to coordinate these goals and not prioritize them.

---

[6] 8 CCR 1206.2

Thank you for the opportunity to provide input on this important matter. Please continue to keep us informed about the Rio Grande National Forest Plan Revision so that we can remain engaged in this important process. Contact Mr. Les Owen at 303-869-9032 or les.owen@state.co.us for questions about these comments.

Sincerely,

Don Brown
Commissioner

October 26, 2016
Dan Dallas
Forest Supervisor
Rio Grande National Forest

RE: Public Comment on Revision of Rio Grande Forest Plan

Dear Supervisor Dallas,

Thank you for the opportunity to comment on the proposed project on the Rio Grande National Forest. We are happy to assist you with this process and help you strive for the highest quality outcome possible.

**The Continental Divide Trail Coalition (CDTC)** was formed to work with the federal land management agencies in the completion, management and protection of the Continental Divide National Scenic Trail (CDNST). The CDTC is a 501(c)(3) nonprofit organization with 2000 members nationwide. To date, CDTC has been successful in coordinating volunteer stewardship to improve and complete the CDT, building positive relationships with the federal land managers and local trail focused groups, organizing special events to help educate the Public about the CDT, implementing an Adopt-A-Trail and Gateway Community Program, and encouraging Congress to continue to appropriate $5 million in funding specific for the CDT in the Forest Service budget. In May, 2014, CDTC signed a Memorandum of Understanding to establish our role as a national organization working in partnership with the US Forest Service on behalf of the Continental Divide National Scenic Trail.

**Background**

**The Continental Divide National Scenic Trail** (CDNST) was designated by Congress in 1978 as a unit of the National Trails System. The 3,100 mile CDNST traverses the Continental Divide between Mexico and Canada. It travels through 25 National Forests, 21 Wilderness areas, 3 National Parks, 1 National Monument, 8 BLM resource areas and through the states of Montana, Idaho, Wyoming, Colorado and New Mexico. The vision for the CDNST is a primitive and challenging backcountry trail for the hiker and horseman on or near the Continental Divide to provide people with the opportunity to experience the unique and incredibly scenic qualities of the area.

National Scenic Trails, like the CDNST, are created to conserve the nationally significant scenic, historic, natural and cultural qualities of the area. In addition, these trails are designed for recreation and the enjoyment of these very special places.

The CDT Experience is defined in the Continental Divide National Scenic Trail Study Report as an "intimate one, where one can walk or ride horseback across vast fields of wildflowers and contemplate a story dating from the dawn of earth's history…along the way the tranquility of the alpine meadows, verdent forests and semi—desert landscape overwhelms anyone who passes that way. The Trail would provide the traveler his best encounter with the Continental Divide—

its serenity and pure air—and would supply for every trail traveler some of the world's most sublime scenes." (Study Report; page 18)

**CDNST Comprehensive Plan Direction:**

The CDNST Comprehensive Plan was set forth as policy in 2009. This policy direction is the implementation of the National Trails System Act and is the over-arching policy that should be incorporated into Forest Plan direction and project proposal evaluation. CDTC has identified a need for change in the Rio Grande Forest Plan to incorporate the direction as stated in the 2009 CDNST Comprehensive Plan to achieve the desired condition of the CDNST. This includes incorporation of FSM 2353.42 and 2353.44b.

General comments regarding the Rio Grande Forest Plan Assessment Report:

1. There is a need to reconsider the overall management and direction in the Rio Grande Forest Plan for the CDNST.
2. There is a need to review new uses allowed along the CDNST route in order to prevent substantial interference to the nature and purpose for which the Trail was created. This would include the establishment of monitoring programs and LAC type management actions prior to allowing any new uses, to ensure the Nature and Purpose for which the Trail was created are not negatively impacted by such uses.
3. There is a need to establish and incorporate a monitoring program (consistent with the CDNST Comprehensive Plan) for the CDNST that addresses uses and carrying capacity of the Trail and its corridor.
4. There is a need to update and incorporate the Scenery Management System for the forest with specific consideration of the existing and high potential route segments for the CDNST, specifically in the Cochetopa Hills.
5. There is a need to review the inclusion and support of volunteer stewards and youth corps partners in the management, maintenance, and construction of the CDNST in the Rio Grande National Forest.
6. There is a need to ensure identification, provision, development, and access to water resources for users along the CDNST in the Rio Grande National Forest.
7. There is a need to update the Recreation Opportunity Spectrum classifications and adjust the total acres in each class in the revised forest plan specifically for the CDNST across the forest.
8. There is a need for a clear and explicit direction statement that describes forest policy on the inclusion of recreational use on the CDNST.
9. There is a need to provide forest direction on the management of snowmobiles/over-snow vehicles
10. There is a need for an inventory of existing CDNST trailheads and access points to ensure that appropriate access to the CDNST is provided. This includes the development of consistent Trailhead design across all Rio Grande Forest Areas across which the CDNST Corridor traverses.
11. There is a need to address the CDNST as a Corridor and special designation area in the revised forest plan and reflect the corridor on maps and Forest information resources.
12. There is a need to address permitting for large and/or recurring special /recreational events, including competitive events and shuttle services along the CDNST Corridor.

This should include evaluation of the carrying capacity of the Trail Corridor to sustain such uses and their impacts to the nature and purposes for which the CDNST was created.

13. There is a need to update and address existing and proposed energy and utility developments, as well as extraction activities along the CDNST Corridor in the Rio Grande National Forest.
14. There is a need to include a management for the CDT as specified by the new Forest Plan Component Document recently approved by the USFS guiding management f the CDT across all US Forest Service Units.
15. There is a need for the preparation of a unit plan that will establish the Trail Class, Managed Uses, Designed Uses, and Design Parameters, as well as uses that are prohibited, on trail segments.
16. There is a need to relocate the CDNST off of roads and ensure the intent of the 2009 Comprehensive Plan direction is met. CDTC encourages the following factors be included in this process:

    a. It is the intention of Congress for the Continental Divide National Scenic Trail to be a primitive and challenging non-motorized trail traversing the Continental Divide from Canada to Mexico.
    b. New CDNST construction should link to existing non-motorized segments of trail, or a plan should be in place to address the motorized uses on either end in the near future in order to meet the intent of the CDNST as a non-motorized trail.
    c. All agencies should plan and construct the CDNST to include the following characteristics:
        - Built to a non-motorized standard – Fully accessible for foot and equestrian use. Portions accessible for mountain bikes where appropriate and consistent with Unit Plan direction
        - Challenging – Requiring a need for self-reliance and backcountry skills.
        - Located through the most primitive, diverse and undeveloped landscapes on or near the Continental Divide.
        - Accesses or is routed near nationally significant scenic, historic, cultural and natural features.
        - Allows for an opportunity to view dramatic or unique scenery.
        - Allows for an opportunity to view wildlife.
        - Provides appropriate access to water sources.
        - Developed to the most simple, yet high quality standard.

Thank you for the opportunity to comment and participate in the ongoing process to revise the Rio Grande Forest Plan. We look forward to working with the entire Forest staff and ensuring the CDNST remains a high quality recreational resource across the Rio Grande National Forest.

Sincerely,

*Teresa Ana Martinez /s/*

Teresa Ana Martinez
CDTC Director

Continental Divide Trail Coalition
October 2016
cc: Brenda Yankoviak, Acting CDNST Program Administrator; Jim Wolf, Director Continental
DIivde Trail Society

enclosures: USFS CDT Plan Components, Communication Plan and Regional Forester Letter



October 26, 2016

Mr. Dan Dallas, Forest Supervisor
Rio Grande National Forest
1803 W. Highway 160
Monte Vista, CO 81144

Dear Mr. Dallas:

The Colorado Department of Agriculture (CDA) submits the following comments regarding the Rio Grande National Forest Plan Proposed Action (PA).

CDA's mission is to strengthen and advance Colorado agriculture; promote a safe, high quality, and sustainable food supply; and protect consumers, the environment, and natural resources. The agriculture industry contributed $7.5 billion in cash receipts to the Colorado economy in 2014.[1] With our commitment to Colorado's agriculture industry in mind, we offer the following comments regarding the PA.

CDA supports management of National Forest System (NFS) lands under the principles of multiple use and sustained yield as congressionally mandated by the Multiple-Use and Sustained-Yield Act of 1960[2] and further codified by the National Forest Management Act of 1976[3] (NFMA). NFMA provides clear direction regarding the equality of multiple uses, *"...provide for multiple use and sustained yield of the products and services obtained therefrom in accordance with the Multiple-Use Sustained-Yield Act of 1960, and in particular, include coordination of outdoor recreation, range, timber, watershed, wildlife and fish, and wilderness...."*[4] Coordinate is defined as equal in rank, quality, or significance[5]. Through NFMA it is clear Congress intended that NFS planning coordinate and consider each of the listed multiple uses equally.

The PA provides desired conditions from the 1996 forest plan that specifically include management for a variety of different recreation types, timber harvest, healthy watersheds, habitat for wildlife and fish, and wilderness. The description for range is relegated to the desired

---

[1] National Agricultural Statistics Service, Colorado Field Office, Colorado Agricultural Statistics 2015. Online: https://www.nass.usda.gov/Statistics_by_State/Colorado/Publications/Annual_Statistical_Bulletin/index.php
[2] 16 USC §528-531
[3] 16 USC §1601-1614
[4] 16 USC §1604(e)(1)
[5] http://www.merriam-webster.com/dictionary/coordinate

305 Interlocken Parkway, Broomfield, CO 80021 P 303.869.9000 F 303.466.2867
www.colorado.gov/ag

seral stages for vegetation with no mention of commercial livestock grazing. CDA proposes a desired condition for range similar to that of timber resources as follows:

> *"Herbaceous vegetation is capable of sustaining livestock grazing for the benefit of local communities while also helping to achieve other desired conditions."*

As the PA is developed into a draft forest plan, goals, objectives, and guidelines specific to livestock grazing will need to be established and included.

The PA includes four geographic areas: general forest, primitive wilderness, roadless, and specially designated. Geographic areas are comprised of different management areas that each have a different emphasis and direction. Table 1.4 Allowable activities in the proposed Management Areas, page 34 in the PA, indicates authorized grazing is allowed in all management areas except 2.2 Research Natural Areas and 8.22 Ski-based Resorts. The exclusion of grazing for management area 2.2 indicated in Table 1.4 contradicts the text on page 25 where the PA states, *"Livestock grazing is an appropriate and authorized use when it is not in direct conflict with resources values that prompted establishment of the area."* Table 1.4 should be corrected to acknowledge the importance of livestock grazing in Research Natural Areas. Additionally, CDA advances that livestock grazing should not be completely excluded from Management Area 8.22 or any other management area because of the utility of livestock grazing as a vegetation management tool.

Desired conditions described for noxious weeds are not stated in terms of what the desired condition is that the forest is trying to achieve. Desired conditions should be consistent with CDA's Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act[6] for List A and List B species, which describes specific management rules for each noxious weed species and is updated annually.

Goals, objectives, and guidelines established for noxious weeds in the draft forest plan should include significant, quantifiable reductions in population sizes, geographic extent, and impact of List A and List B noxious weed species on NFS lands. There should also be provisions to include the use of state-approved biological control agents as one of the tools available to manage noxious weeds and requirements for interagency coordination with CDA and county weed managers on noxious weed inventories, data sharing, technology transfer, treatment applications, and monitoring. Geographic and management area descriptions should provide guidance for how noxious weeds will be managed within a specific area, unless it is explicitly stated elsewhere that this is a forest-wide management direction.

CDA supports science based natural resource management that maintains healthy watersheds and provides for multiple uses. This management regime would help achieve the stated goals of watershed health, sustainable ecosystems, and social and economic contributions of the forest to surrounding communities. It is important that standards and guidelines be developed to coordinate these goals and not prioritize them.

[6] 8 CCR 1206.2

Rio Grande Proposed Action
Page 3
October 26, 2016

Thank you for the opportunity to provide input on this important matter. Please continue to keep us informed about the Rio Grande National Forest Plan Revision so that we can remain engaged in this important process. Contact Mr. Les Owen at 303-869-9032 or les.owen@state.co.us for questions about these comments.

Sincerely,

Don Brown
Commissioner

Rvsd Plan - 00003428

October 27, 2016

Rio Grande National Forest's Supervisor's Office
Attn: Forest Plan Revision
1803 W. Highway 160
Monte Vista, CO 81144

Via e-mail: *rgnf_forest_plan@fs.fed.us*

Re: Conservation Recommendations to the Rio Grande National Forest for Consideration in the Land Management Plan Revision

Dear Forest Plan Revision Team:

The undersigned organizations are pleased to submit to the Forest Service a recommendation for consideration in one or more alternatives in the Environmental Impact Statement (EIS) for the Rio Grande National Forest Land Management Plan revision.

We recommend that the Rio Grande National Forest identify some form of special management in the Plan Revision to facilitate landscape connectivity for wildlife for the following two areas: the Spruce Hole/Osier/Toltec Landscape and Wolf Creek Pass Linkage Area. The Spruce Hole/Osier/Toltec Landscape contains 39,500 acres of the Rio Grande National Forest. It is bounded on the north by the Conejos River as well as Highway 17, which also creates the western boundary. For the purposes here, the southern boundary is the Colorado-New Mexico state line where the Rio Grande National Forest meets the Carson National Forest. The Wolf Creek Pass Linkage Area is bounded on either side of Highway 160 eastern approach to Wolf Creek Pass by major watershed and topographic divides. It includes about 22,300 acres on the Rio Grande National Forest, and there are additional lands on the adjacent San Juan National Forest.

Strategies that seek to maintain or restore connectivity between protected or otherwise intact natural areas are now considered critical to biodiversity conservation (Hilty et al. 2006, Miller & Hobbs 2002, Taylor et al. 2006). The recently completed (and approved) Colorado State Wildlife Action Plan (SWAP) identifies 159 Species of Greatest Conservation Need, which includes 55 Tier 1 Species. The following Tier 1 SWAP species are also listed in the RGNF Draft Assessment 5 as species of conservation concern (in addition to the federally listed species): Rio Grande cutthroat trout, Rio Grande chub, Rio Grande sucker, Boreal toad, Northern leopard frog, Golden eagle, Southern white-tailed ptarmigan, Gunnison prairie dog, wolverine, and Townsend's big-eared bat.

The Rio Grande National Forest also provides very important migration corridors for big game species (elk, mule deer and bighorn sheep) that are considered "important species" in the Draft Assessment 5. We appreciate and concur with the statements in the Draft Assessment 5 that their corridors are

important and must be managed and that mule deer and elk are among the nine management indicator species.

Properly designed networks of wildlife linkage areas represent a key strategy to mitigate the negative impacts of habitat fragmentation and help wildlife species adapt to climate change. Conservation scientists have now long agreed that "the preponderance of evidence is that corridors almost certainly facilitate travel by many species" (Beier and Noss 1998). Many analytical frameworks for prioritizing specific habitat corridors that require preserved landscape connectivity have been formulated (e.g., Bunn et al. 2000, Compton et al. 2007, Carroll et al. 2011, McRae et al. 2008, Walker & Craighead 1997), and this area of conservation science continues to undergo intense growth. Although the particulars of wildlife response to climate change are largely unknown (Root 2003, Travis 2003, Jarema et al. 2009), establishment of landscape connectivity via corridors is the most frequently cited strategy for combating the impacts of climate change on biodiversity (Heller & Zavaleta 2009).

The substantive requirements of the 2012 Planning Rule require the Forest Service to include plan direction, incorporating standards and guidelines, to maintain and restore connectivity. 36 C.F.R. § 219.8(a). In fact, managing for connectivity is a required element in three principal sections of the rule: sustainability (219.8(a)(1)), species diversity (219.9(a)(1)), and multiple uses (219.10(a)(1)). Designing, designating and protecting wildlife corridors and linkage areas should be an important dimension of Forest Service land planning to mitigate the compounding and simultaneous impacts of habitat fragmentation and climate change. Identifying some form of special management in the Plan Revision to facilitate landscape connectivity for wildlife in the Wolf Creek Linkage Area and Spruce Hole/Osler/Toltec Landscape will help ensure the Rio Grande National Forest complies with planning rule's substantive requirement to provide for connectivity.

Please contact us if you have any questions.

Sincerely,

Suzanne O'Neill
Executive Director
Colorado Wildlife Federation

Brian Kurzel
Regional Executive Director - Rocky Mountain Regional Center
National  Wildlife Federation

Literature Cited

Beier, P. and Noss, R.F. 1998. Do habitat corridors provide connectivity? Conservation Biology. 12(6): 1241-1252.

Bunn, A. G., D. L. Urban, and T. H. Keitt. 2000. Landscape connectivity: A conservation application of graph theory. Journal of Environmental Management **59**:265-278.

Carroll, C., B. H. McRae, and A. Brookes. 2011. Use of linkage mapping and centrality analysis across habitat gradients to conserve connectivity of gray wolf populations in Western North America. Conservation Biology **26**:78-87.

Compton, B. W., K. McGarigal, S. A. Cushman, and L. R. Gamble. 2007. A resistant-kernel model of connectivity for amphibians that breed in vernal pools. Conservation Biology **21**:788-799.

Heller N. E., E. S. Zavaleta. 2009. Biodiversity management in the face of climate change: A review of 22 years of recommendations. Biological Conservation 142-1: 14–32.

Hilty, J. A., W. Z. Lidicker, and A. M. Merenlender 2006. Corridor Ecology: The Science and Practice of Linking Landscapes for Biodiversity Conservation. Island Press, Washington, D.C.

Jarema, S.I., et al. 2009. Variation in abundance across a species' range predicts climate change responses in the range interior will exceed those at the edge: a case study with North American beaver. Global Change Biology 15: 508-522.

McRae, B. H., B. G. Dickson, T. H. Keitt, and V. B. Shah. 2008. Using circuit theory to model connectivity in ecology, evolution, and conservation. Ecology **89**:2712-2724.

Miller, J. R., and R. J. Hobbs. 2002. Conservation where people live and work. Conservation Biology **16**:330-337.

Root, T.L. et al. 2003. Fingerprints of global warming on wild animals and plants. Nature 421:57-60.

Taylor, P. D., L. Fahrig, and K. A. With. 2006. Landscape connectivity: a return to the basics in K. R. Crooks, and M. A. Sanjayan, editors. Connectivity Conservation. Cambridge University Press, Cambridge, UK.

Travis, J.M.J. 2003. Climate change and habitat destruction: a deadly anthropogenic cocktail. Proceedings of the Royal Society of Biological Sciences. 270: 467-473.

Walker, R. S., and L. Craighead. 1997. Analyzing wildlife movement corridors in Montana using GIS. Proceedings of the 1997 International ESRI Users Conference. Environmental Sciences Research Institute, Redlands, California.



October 27, 2016

Mr. Dan Dallas
Rio Grande National Forest
1803 W. Highway 160
Monte Vista, CO 81144

The Southern Rockies Lynx Amendment (SLRA) requires review when a forest plan is revised. As the Rio Grande National Forest (RGNF) goes through the plan revision process we would suggest consideration of several factors and to the extent discretion is allowed, make land management decisions based on the best scientifically defensible data available.

1. Lynx were reintroduced in about the year 2000, with the support and permission of private land owners and under the watchful eye of many who wondered how things would turn out. Future efforts to reintroduce species that have disappeared from this area may depend on the experience with Lynx. The SRLA is one outcome that has affected that experience. A healthy forest and healthy watershed seams to provide the best natural habitat for Lynx and its primary food source, the Snowshoe Hare. Public acceptance and public support seams to provide the best climate for success of this and future efforts of this type. By comparison, Elk were reintroduced many years ago with very little change to forest management. The outcome has been tremendously successful.

2. Considering that about 52% of the RGNF is in either Wilderness or Roadless Area designation and is for the most part completely natural habitat and also in the higher elevations preferred by Lynx and Snowshoe Hare populations, and considering that in Canada and other areas north of the RGNF Lynx and Snowshoe Hare populations are significantly higher per acre in areas that have smaller percentages of "natural habitat", the question becomes, "How much should be sacrificed for this species that disappeared from the area once and has now been reintroduced?" We would encourage management decisions to be made based on the overall health of the forest and the watershed while providing reasonable use of the forest.

3. We consider biodiversity to be an indicator of forest health. We encourage the forest managers to incorporate flexibility into the forest plan that will allow for implementation of management tools that can be responsive to new information as it becomes available and when unforeseen changes to forest conditions occur, while allowing for long term sustainable economic endeavors using forest products and recreation.

Thanks for your consideration

Zeke Ward

Zeke Ward, Executive Director
Rio Grande Watershed Emergency Action Coordination Team
zeke@rweact.org
719-480-1813



October 27, 2016

Mr. Dan Dallas
Rio Grande National Forest
1803 W. Highway 160
Monte Vista, CO 81144

The Rio Grande Watershed Emergency Action Coordination Team, (RWEACT), brings together local, state, and federal agencies, organizations, and individuals to develop an effective, coordinated approach for immediate actions addressing fire-caused hazards resulting in the protection of human life, property, and the natural health of the Rio Grande watershed and its environment. In commenting on the proposed forest plan revision it is our intention to continue the commitment to partnerships developed in response to a devastating fire and engage in collaborative efforts to future actions of benefit to us all. We acknowledge decision making authority rests entirely with the forest managers and we express our appreciation for being invited to participate in the process and exchange information and ideas.

We have already submitted our comments on the "Need for Change" document and only wish to point out the document is well crafted and much effort was expended to reflect issues brought by the public and the difficulty presented by competing interests was overcome to the extent possible. This document is the principal driver for the rest of the process. Our principal interest is in pursuing watershed health by protecting it where healthy conditions exist and restoring to the extent possible where degradation has occurred. We encourage incorporating into the plan the greatest flexibility to employ management practices with a view to long term results in the face of changing conditions.

The process for creating inventories for Wilderness designation, Roadless designation, and Wild and Scenic designation was largely dictated by policy at the federal level. I think we all agree that the forest managers followed the guidelines and were very thorough in developing the inventories. As we go through the assessment and evaluation of these inventories we would encourage taking into consideration all of the consequences that will result from these designations. Having the greatest possible variety of management options is preferable to taking those options out of play with severely limiting use designations. Certainly Wilderness and Roadless areas have value but the question becomes, "How much of the forest should be Wilderness?"

The 3 Forest-wide goals are very well stated and we are completely in agreement. The reference in Goal 1 to the National Forest Reserve Act of 1891 is as relevant today as it was then. President Roosevelt stated many times, "The forests must be preserved and managed for all the people for all time." Protecting and restoring watershed health and water resources is entirely consistent with that statement. The key words in Goal 2 are, "… sustainable, resilient… ." In Goal 3, "…social and economic stability…connect citizens to the land…", these are primary components of the mission of RWEACT.

Under Forest-wide Desired Conditions we are generally in agreement with some noteworthy exceptions. Under the heading of Biological diversity our preference would be to engage in voluntary efforts to promote Habitat Conservation Plans and avoid compliance issues with the Endangered Species Act. With the Wild and Scenic Rivers the "outstandingly remarkable" definition is very broad and too subjective and this designation could limit watershed restoration efforts

and conflict with water rights and irrigation practices. Again it is understood that these policies come from the federal level and the hope is that there is some discretion that can emerge in analysis and evaluation.

Finally it is our experience that collaboration and cooperation generally produces better outcomes than adversarial processes. It is our desire to continue this partnership with the Forest Service and assist in ways that are appropriate and productive.

Thanks for your consideration

Zeke Ward

Zeke Ward, Executive Director,
Rio Grande Emergency Action Coordination Team
zeke@rweact.org
719-480-1813

**TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.**
HEADQUARTERS: P.O. BOX 33695 DENVER, COLORADO 80233-0695 303-452-6111

October 27, 2016

U.S. Department of Agriculture
Rio Grande National Forest Supervisor's Office
Attention: Forest Plan Revision
1803 West Highway 160
Monte Vista, CO 81144

RE: Notice of Intent to prepare an Environmental Impact Statement for the Revision of the Land Management Plan for the Rio Grande National Forest

Dear Forest Supervisor:

Tri-State Generation and Transmission Association, Inc. (Tri-State) appreciates the opportunity to submit the following scoping comments associated with the Forest Service's (FS), Rio Grande National Forest's proposed Revision of the Land Management Plan (LMP) and associated Environmental Impact Statement (EIS).

Tri-State is a not-for-profit wholesale electric power supplier to 43 not-for-profit member electric distribution cooperatives and public power districts, which serve over one million customers in an approximately 200,000 square-mile territory, largely in rural Colorado, Nebraska, New Mexico and Wyoming. Tri-State's transmission system includes nearly 5,600 miles of high-voltage transmission lines, and an extensive network of substations, telecommunications facilities, maintenance centers and field offices that help us control and maintain a reliable and secure electric power delivery system. Tri-State's owned and contracted portfolio of electric energy is derived from a mix of coal, natural gas, oil, hydroelectric, wind and solar located throughout its four-state member service territory. Tri-State owns and operates power plants in Colorado and New Mexico, and receives a share of power from plants in Arizona, New Mexico, and Wyoming. Tri-State owns and operates coal mines in Colorado and separately holds financial interest in other mines in Colorado and Wyoming that produce coal for our various coal-fired power plants.

Tri-State is one of several owners in a telecommunication facility within the Rio Grande National Forest (RGNF). We currently utilize Forest Road 630 along with several other public roads to access the Agua Ramon Mountain telecommunication site for operations and maintenance purposes (See Attachment 1). It is critical to Tri-State that access to our existing facility is accommodated in the LMP revision process in order for us to respond to communication and electrical related emergencies/outages and to perform routine operation and maintenance activities. Motorized vehicle access to and maintenance of telecommunication facilities is crucial to Tri-State's ability to comply with the reliability standards promulgated by the North American Electric Reliability Council.

*AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER*
A Touchstone Energy® Cooperative

CRAIG STATION
P.O. BOX 1307
CRAIG, CO 81626-1307
970-824-4411

ESCALANTE STATION
P.O. BOX 577
PREWITT, NM 87045
505-972-5200

NUCLA STATION
P.O. BOX 698
NUCLA, CO 81424-0698
970-864-7316

Rvsd Plan - 00003436



Tri-State's electric power delivery system, including telecommunication sites, is critical to the general public's welfare. Any short-term, intermittent loss of electric power delivery or communications could result in significant and catastrophic hazards affecting public health and safety. Loss of life, property, or natural resource values can also occur as a secondary effect of power delivery system failure. Continuous, safe, reliable delivery of power to end-users is a critical function in our society and maintaining safe and permanent access to this infrastructure is a key component to maintaining this system reliability.

Tri-State submits these scoping comments requesting that the FS analysis in the EIS includes our existing infrastructure and associated access as part of the affected environment and that the EIS evaluate potential economic and/or public safety consequences from potential LMP revisions. Our overall hope is that the final LMP revisions will have no effect on our ability to operate and access the existing Agua Ramon Mountain site. If system or non-system access roads we currently use may be closed and/or restricted, we further request that the FS consider an alternative whereby the type of motorized vehicle use conducted by Tri-State and similar electric and telecommunication companies that may share use of the above-mentioned infrastructure, be specifically allowed.

Tri-State appreciates the opportunity to provide scoping comments on the proposed LMP revision process and EIS. As the alternatives are further developed and refined, Tri-State would be happy to further engage with the FS to discuss the maintenance of our access needs where relevant to the proposed action. Should you have any questions about these comments, please contact Chris Reichard at (303) 452-6111.

Sincerely,

Barbara Walz by Thomas G. Wos

Barbara A. Walz
Senior Vice President
Policy and Compliance
Chief Compliance Officer

BAW:CR:dbr

Attachment 1: Location of the Agua Ramon Mountain telecommunication facility and access roads



Agua Ramon Mountain
NF-630
County Road 63
County Road 15
County Road 18
Expedition Dr
W Pfieffer Loop
Anaconda Ditch
Meadow Ditch
Minor Ditch
Pfieffer Pkwy
El Dorado Ln
San Luis and Rio Grande
Elk Ridge Trl
Deer Creek Rd
Hubbards Trl
Farnsworth Rd
Toquima Dr
Mohee Rd
Rio Grande Rd
Rio Grande Dr
Sioux Trl
Navajo Rd
Owhi Rd
Valley View Rd
160
Tri-State Generation and Transmission
Agua Ramon Mountain Telecommunication Site & Access Roads
Telecommunication Site
Access Route
U.S. Highway
Forest Service (USFS) Land
0 0.25 0.5 1 Miles
Updated By: kevrop
Updated: 10/27/2016
This map includes confidential information of Tri-State and third parties. The GIS data and maps may not be disclosed to any third party. The user agrees to keep this information confidential and not disclose it to third parties. If you have any questions regarding this, please contact the Tri-State legal department. GIS data and maps available to Tri-State Generation and Transmission Association employees are provided as general information to aid Tri-State transmission maintenance. No user of Tri-State's GIS data and maps may sell any portion of the information provided therein. Tri-State makes no warrantee regarding accuracy or completeness of the data and maps. Users shall rely only upon proper field verification of Tri-State GIS data.
Rio Grande NF
285
84
TRI-STATE
Geographic Information Systems

Rvsd Plan - 00003438

Document Path: \\hqstore\geostore\Products\LandsEnv\RioGrande\Maps\MXD\AOI_RioGrandeNF_TelecomAccess_8_5x11.mxd



October 28, 2016

Rio Grande National Forest's Supervisor's Office
Attn: Forest Plan Revision
1803 W. Highway 160
Monte Vista, CO 81144

Via e-mail: *rgnf_forest_plan@fs.fed.us*

**RE: Scoping Comments on the Rio Grande National Forest Plan Revision**

Dear Forest Plan Revision Team:

Please accept these comments from the Chama Peak Land Alliance ("CPLA") on the Rio Grande National Forest Plan revision. The Chama Peak Land Alliance is a diverse group of conservation-minded landowners committed to embracing and practicing responsible land, water and wildlife stewardship in southern Colorado and northern New Mexico for the benefit of our tri-cultural heritage and for generations to come. Our landowners responsibly manage and cooperate with partners on 1.4 million acres of land, with a vision of creating a continuous, intact landscape being managed with conservation in mind.

We support environmentally responsible and sustainable resource management that ensures a thoughtful and holistic approach to provide healthy, diversified and sustainable ecosystems, economies, and wildlife populations. CPLA engages in a wide variety of efforts to improve land management so that headwater forests, streams, wildlife and other natural resources will flourish.

A fundamental tenet of our work is protecting and restoring landscape-scale connectivity. Our goal is to work across 1.4 million acres of private, public, tribal, and state lands to create a connected landscape for the benefit of a multitude of species, and to provide a strong and healthy outdoor environment to support our rural economy and agricultural way of life.

Habitat connectivity and wildlife corridors allow wildlife to move across jurisdictions and are critical to the viability of many species, including mule deer and elk. Game species, in particular, are an important economic driver for many of our communities in northern New Mexico. Keystone species such as Canada lynx and bear also need habitat connectivity to move from summer to winter grounds as well as to ensure ecological balance and healthy landscapes.

1309 East Third Ave. #8 | Durango, CO 81301
chamapeak@gmail.com | www.chamapeak.org | 1-888-445-7708

With the added stress of climate change, habitat connectivity becomes even more critical. Climate change poses a risk to the forest's ecosystem integrity and may obstruct habitat corridors, creating a need to manage the forest to allow for species migration. Intact ecological zones connected to each other can buffer these changes and allow species to adapt to changing conditions in order to maintain continuous wildlife habitat.

As such, we would like to provide comments on the scope of the Rio Grande National Forest Plan that focuses on: 1) identifying and protecting wildlife corridors, and 2) utilizing the best available science to identify those corridors.

Implementation of these two goals will require analyzing alternatives that establish wildlife corridors to provide for connectivity based on the best available science; adopting standards and guidelines to ensure permeability is maintained; and coordinating with landowners, tribes, conservation non-profits, and other state and federal agencies when planning for connectivity.

We would especially like to see connectivity among the national forests as a goal of the plan. Since the Carson and Santa Fe National Forests in New Mexico are both undergoing plan revisions, it is ideal timing to coordinate between forests and this will be key to maintaining connectivity across jurisdictions and across Forest Service regions.

In terms of using the best available science, we would like to bring the following data sources to your attention:

- A study by Tom Watts[1] that compiles connectivity data for mule deer and elk in southern Colorado and northern New Mexico (this study is being updated with new information and will be available in the fall of 2016);
- A map made by the Chama Peak Land Alliance compiling existing wildlife corridors in the CPLA region (please see page 3) and displays the cross-jurisdictional nature of wildlife movement, even between national forests; and
- The New Mexico Natural Heritage Program[2] wildlife corridors report entitled "Wildlife Doorways," that was just published in March of this year.

Thank you for your time and consideration. Please don't hesitate to contact me with any questions or comments about our thoughts on the plan revision.

Sincerely,

Monique DiGiorgio, Executive Director
970-335-8174 | chamapeak@gmail.com

[1] Watts, Tom. November 2014. A COMPILATION OF MULE DEER AND ELK POPULATION DATA FOR THE SAN JUAN/CHAMA BASIN. Online at http://www.chamapeak.org/pdf/Watts_FINAL%20REPORT-2014.pdf

[2] Natural Heritage New Mexico. Wildlife Doorways. March 2016.

1309 East Third Ave. #8 | Durango, CO 81301
chamapeak@gmail.com | www.chamapeak.org | 1-888-445-7708

**WILDLIFE MIGRATION OF MULE DEER AND ELK IN THE CPLA REGION**

*GIS data was collected from the Southern Ute Indian Tribe, Jicarilla Apache Nation, and Chama Peak Land Alliance, and is available upon request.*

1309 East Third Ave. #8 | Durango, CO 81301
chamapeak@gmail.com | www.chamapeak.org | 1-888-445-7708



**Intermountain Forest Association**
2218 Jackson Blvd, Ste 10, Rapid City, SD 57702
605-341-0875 Fax 605-341-8651

October 28, 2016

Mr. Dan Dallas
Rio Grande NF
1803 W. Highway 160
Monte Vista, CO 81144

Dear Mr. Dallas:

Following are comments from the Intermountain Forest Association on the Proposed Action for the revision of the Rio Grande NF Forest Plan:

**Objectives and Desired Conditions**

First, we support an increased emphasis on Objectives and Desired Conditions over Standards and Guidelines. We feel that an over-emphasis on Standards and Guidelines won't necessarily allow for flexibility over the long-term and may not lead to achievement of the desired conditions. As the draft EIS and draft revised plan are developed, we would like to see not only the desired conditions, but also an explanation of the mechanisms that will be used to achieve them over time.

**Forest-wide Goals**

Overall, we support the three primary goals listed in the Proposed Action, with the following modifications of the detailed discussion:

With regards to Goal #1, we would like to see additional language included that discusses management. In order to protect and restore watershed health, water resources, and the systems that rely on them, many parts of the forest will need active management. Using the word "protect" without a discussion on the need for management may lead to some confusion. We recommend inserting discussion about the number of watersheds that are currently threatened due to high fire danger, insects and disease, etc., with a follow up that explains the role of management in restoration.

Concerning Goal #2, we support and appreciate the language describing the need to "aggressively diversify age classes and structure, seral stage, and habitat classes" to provide a wide variety of benefits. However, we are concerned that achieving the desired

conditions laid out in Goal #2 may be difficult given the limitations with the Southern Rockies Lynx Amendment, thus our comments about Lynx on page 6 of this letter.

Given that Goal #3 is to "actively contribute to social and economic sustainability," we recommend the following language be inserted:

- Provide a predictable supply of forest products over time that 1) helps maintain or create processing capacity and infrastructure in local communities and 2) is consistent with achieving desired conditions on national forest lands.

**Forest-wide Desired Conditions**

- Biological Diversity – we can support the language in the first paragraph regarding "disturbance frequencies similar to those that result from natural disturbances" for many areas of the RGNF, but not for suited timberlands. One size does not fit all, and we recommend that you go into considerably more detail on forestwide desired conditions to distinguish between desired conditions for suited timberlands and other lands. We specifically recommend that you identify desired conditions for habitat, structure, and pattern for suited timberlands.
- Timber Resources – rather than stating that "the vegetative structure on the RGNF is "capable" of sustaining timber harvest", we recommend stating that "the vegetative structure on the RGNF ***will be*** managed for desired conditions and timber harvest." With regards to "some harvest operations are designed to mimic natural disturbance events or processes," we don't generally agree that managing suited timberlands to "mimic natural disturbances" is appropriate. Following are some additional desired conditions we recommend for Timber Resources:
    - The removal of wood products (sawtimber, roundwood, firewood, etc.) and other forest products (Christmas trees, pine cones, greenery, etc.) contributes to ecological, social, and/or economic sustainability and moves the forest toward desired conditions. A mix of timber products responsive to existing, new, and changing markets is provided.
    - Lands identified as suitable for timber production have a regularly scheduled timber harvest program. Where appropriate, thinning or other types of stand treatments are used to increase tree growth and create additional growing space for the desirable tree species, to address forest resilience objectives, and reduce mortality and fuel loading. Lands are adequately restocked within 5 years of final regeneration harvest, following a site-specific silvicultural prescription.
- Fire – we do not agree with the statement "the role of fire in ecosystem dynamics is recognized and sponsored" with regard to suitable timberlands. We recommend full suppression objective for fires on suitable timberlands. Specifically, we recommend that initial response to wildfires would generally favor suppression to protect suited timberlands, including aggressive initial attack to keep fires as small as possible and strategies and tactics to minimize fires burning into the area.

**Objectives**

As mentioned above, we support an increased emphasis on Objectives and Desired Conditions. We recommend the following Objective for Forest Products:

- Forest products produced from the Rio Grande NF average at least 50,000 ccf annually for the first decade.

Additionally, we propose the following strategies to help achieve this objective:

- Prioritize harvest of trees killed by the spruce beetle epidemic.
- Offer a mix of forest product size, species, and quality that will maintain or increase forest products companies' capacity to utilize products from the Rio Grande NF.
- When possible, integrate the timber and fuels programs to meet overlapping or common goals.
- As the merchantability of trees killed by spruce bark beetles declines, supplement sale of dead trees with sale of green trees.

**Geographic Areas**

We feel that having both geographic areas and management areas is redundant and is just making extra work in the process. We think just having management areas would be better, and less confusing.

**Fire Management Zones**

While we agree with the use of fire for resource benefit in theory, we are very concerned about burning up suitable timber acres that fall under the Restoration and Protection Zone (FRB-RP). We recommend that this section include more detail with regards to management processes on suitable timber acres. With only 17% of the RGNF being suitable, we definitely do not want to see acres go up in smoke for "resource benefit."

**General Forest Geographic Area**

First, we recommend breaking this section into two sections: General Forest, and Suitable Timberlands. This distinction is very important and the language within each section should discuss the differences.

For the suitable timberlands, we feel strongly that the highest priority/objective for these acres should be timber management and outputs. Implying that vegetation management is for wood production ***or*** to benefit other resources is a false premise; we recommend management for wood production ***and*** benefits to other resources.

Rather than using the word "sustainable" in this section, we recommend summarizing the language from FSH 1909.12 – Chapter 60 that explains the legalities of timber harvest on National Forest Lands. Given the current level of mortality on the RGNF, a discussion of "sustainable" in the traditional sense of "non-declining even flow" just doesn't fit. We also recommend a discussion about a transition from salvage to harvest of green timber as the dead trees lose merchantability. It is important that the revised forest plan include a transition plan to maintain forest industry infrastructure. Ideally, the revised Forest Plan

would outline a timber sale program that maximizes harvest levels now while the material can still be utilized for sawtimber, while recognizing that forest harvest levels will decrease in the long-term.

Finally, we are uncomfortable with the statement "the Forest plans to continue to salvage harvest at approximately the same levels." We would rather that the revised forest plan and DEIS acknowledges their current capacity while including language that would allow salvage harvest at higher levels if opportunities arise.

**Management Areas**
First, we found this section to be a little confusing. To make the section easier to understand, we recommend the following:
- Locating Table 1.4 at the start of this section.
- Put the different management area discussions in chronological order.
- Rather than having 4 different categories for timber related activities, we suggest:
  - Suited Timberlands
  - Timber Harvesting Allowed

Furthermore, Management Area 3.3 is discussed in the text, but does not show up in Table 1.4. Also, Management Area 3.5 and 3.6 should show that timber harvesting is allowed, and Management Area 4.4 should show that TSI is allowed. Finally, we recommend adding language to the Management Areas that allow timber harvesting to make that clear.

**5.13 – Forest Products**
While we are supportive of most of the language found within Management Area 5.13, we are concerned that statements such as "full range of activities" and "all succession stages are represented" portray a false picture given the current limitations of the SRLA. We are very concerned that a full range of activities, as well as achieve a diversity of ages, densities, and sizes, will not be possible due to the SRLA. Again, see our Lynx comments on page 6.

Furthermore, we are concerned by the last two sentences in the second paragraph regarding old growth and mature stands. Given that only 17% of the RGNF is suited timberlands in the current forest plan, we generally recommend that forestwide old growth objectives be achieved outside the suited timberlands. We don't understand the intent of the last sentence in that paragraph or how it will be incorporated into forest plan direction, therefore, we recommend that sentence be deleted.

Finally, we recommend the following desired conditions be incorporated into this management area:

- The area provides scheduled wood fiber production, including sawtimber, posts and poles, and firewood. Disturbed areas are evident across the landscape and vary in size and shape.
- The age class of stands is evenly distributed within the normal rotation age.

- On suited timberlands, commercially valuable timber products are produced by maintaining acceptable stocking levels and rates of growth, as well as favoring commercial tree species.
- Lands in this management area are managed with a strong multiple use emphasis.
- A variety of silvicultural techniques and harvest systems are used to restore ecological function, structure, and composition, and provide products and services. Silvicultural treatments and prescribed fire are used to meet multiple resource objectives, as well as to achieve and maintain vegetation conditions and desired fuel levels to reduce the threat to key values from wildfire.
- A variety of cover types are represented, with commercial species given priority.
- Desired Snags – in areas where timber harvest or other management activity is implemented, an average of 2-3 snags greater than 10" dbh averaged over 1,000 acres.
- Desired Coarse Woody Debris – 15 to 20 tons per acres of coarse woody debris over 6" in diameter in areas where timber harvest or other management activity is implemented.

**Standards and Guidelines**
We recommend removing "timber removal on a sustained yield basis" because that restriction/requirement doesn't seem applicable given the very high proportion of dead trees on the RGNF.

**Adaptive Management Domain**
In the third paragraph, after "Administrative Change," we recommending the following language: "Other changes may require a forest plan amendment. Any changes would be done in compliance…."

**Process Related Comments**
The following two sections, while related to the Proposed Action, are primarily comments related to the forest plan revision process. We are very concerned how Species of Conservation Concern and Canada lynx are being dealt with during the revision process.

**Species of Conservation Concern**

As we commented in our April 18, 2016 letter, according to the 2012 Planning Rule, Species of Conservation Concern are: "a species, other than federally recognized threatened, endangered, proposed, or candidate species, that is <u>known to occur in the plan area</u> and for which the regional forester has determined that the <u>best available scientific information indicates substantial concern about the species capability to persist over the long-term in the plan area</u>."

As we further commented, the rationale for many of the species on the draft list of RGNF SCCs was inadequate to include many of those species on the list of Draft RGNF SCCs. Based on the information provided to date by the RGNF and the Regional Office, we find that to still be true. For example:

-Northern Goshawk – the rationale for inclusion as an SCC discusses "uncertainty", but not "substantial concern" about capability to persist over the long-term in the plan area.  Further, there are no references to Best Available Scientific Information.

-American Marten - the rationale for inclusion as an SCC discusses "uncertainty", but not "substantial concern" about capability to persist over the long-term in the plan area.  Further, there are no references to Best Available Scientific Information.

-Wahatoya Creek larkspur – according to the rationale for inclusion as an SCC, this plant is not documented in the plan area.  Further, there is no finding of "substantial concern" about capability to persist over the long-term in the plan area.

-King's campion - according to the rationale for inclusion as an SCC, there is only one record of occurrence on the RGNF and that was from 1995; further, there is a comment that the occurrence on the RGNF "may be a peripheral occurrence." Finally, there is no finding of "substantial concern" about capability to persist over the long-term in the plan area.

We generally agree with removal of 26 (unidentified) species that are "not known to occur" or for which there is "lack of substantial concern for persistence" on the RGNF as discussed on page 6 of the Regional Forester's August 17, 2016 letter.  Based on information released to date by the RGNF and the Regional Office, we believe there are additional species that should be removed for those same reasons, and we request that that be done prior to analysis and release of the DEIS and draft revised plan.

We are very concerned by the sentence in the second paragraph on page 6 of the Regional Forster's August 17, 2016 SCC letter stating that there were no public comments on the SCC list other than the comments from Defenders of Wildlife.  That's not accurate.  IFA's April 18, 2016 letter also addressed SCCs, but apparently did not receive the same consideration as the comments from the Defenders of Wildlife.   Therefore, we request that the RGNF and the Regional Office review and give IFA's comments on SCCs the same consideration as the comments from Defenders of Wildlife.

We respectfully request additional information that has been developed regarding "presence" or "substantial concern" since the Assessment, as well as explanations for adding/deleting species from the SCC list.

**Lynx**
As we discussed in our February 3, 2016 letter, the SRLA Record of Decision requires the Forest Service to review and reconsider the direction in the SRLA when the forest plans for each of the affected national forests is revised.  We view the revision of the RGNF forest plan as an opportunity to consider what has been learned since the SRLA was approved, and, using that information, to update the lynx direction in the revised forest plan.
We are especially concerned about the costs of all the "accounting" requirements for LAUs and acres required by the SRLA and the restrictions on implementing "a full range of

silvicultural treatments", including timber harvest, contained in the SRLA.  We are very disappointed that the Proposed Action neither acknowledges nor addresses the restrictions and requirements of the SRLA, and appears to ignore the requirement to "review and reconsider" the SRLA direction during the forest plan revision.  Again, we refer you to our recommendations in the February 3, 2016 letter.  In particular, we recommend that you analyze to what extent can lynx habitat needs can be satisfied through the "coarse filter" using some combination of Objectives and Desired Conditions to achieve lynx habitat needs.

Thank you for your consideration.  We would be happy to discuss these comments and recommendations with you at your convenience.

Sincerely,

*Thomas A. Troxel*

Thomas A. Troxel
Executive Director

Map Locator

**CHAMA BASIN WATERSHED PROTECTION AREA**

**Proposed Designated Area**
**Rio Grande National Forest** **22,900 acres**
**Conejos Peak Ranger District**

***General Description***

Chama Basin is a large, intact roadless area that encompasses the entirety of the Chama River's headwaters not already included within the South San Juan Wilderness. The Chama River is the largest source of municipal water supply for the majority of New Mexico's urban population. Vast tracts of aspen cover much of the basin, and the Rio Chama at its center is a healthy montane riparian forest of willow, cottonwood, and alder.

Chama Basin has been the focus of prior management actions to enhance its value as an intact and undisturbed headwaters watershed. In 2011, the Rio Grande NF completed acquisition of the mineral rights, consolidating surface and mineral estates under federal jurisdiction and thereby assuring compatible management. Chama Basin has previously been evaluated as possessing high potential for oil and gas resources. Federal ownership of the mineral estate allows complete discretion to the Forest Service about future mineral leasing.

***Watershed values***

The proposed Chama Basin Watershed Protection Area consists primarily of the 21,600-acre Chama Basin Colorado Roadless Area, which is primarily an Upper Tier area. The area is managed for both non-motorized and motorized recreation, and cattle and sheep grazing occurs. The basin is a compact, confined watershed bounded on three sides by high ridges and escarpments, with only a single road providing access to the southern edge of the basin. (USDA Forest Service Colorado Roadless Rule, 2012)

The uppermost headwaters of the East Fork of the Rio Chama are situated in the adjacent, upstream South San Juan Wilderness. The uppermost headwaters of the West Fork arise within the adjacent, upstream Banded Peak Ranch, which is managed compatibly for watershed protection under a conservation easement.

Over 10 miles of streams within Chama Basin have been determined eligible for inclusion with the Wild and Scenic Rivers System. These include both the East Fork and West Fork of the Rio Chama, as well as 5 miles of Archuleta Creek. The streams were categorized under the Scenic classification, even though the entirety of these segments is inaccessible by road. The 4-5 miles of the Rio Chama mainstem should similarly be recognized as eligible for inclusion as a scenic river. (Rio Grande LRMP FEIS, 1996)

***Wildlife and Botanical Values***

The area sees high use by lynx, a threatened species. Boreal owl and goshawk, two sensitive species, have been documented in the area. Bald eagles use the area in the summer.

The Rio Chama Potential Conservation Area identified by Colorado Natural Heritage Program is entirely contained within the proposed watershed protection area. The Rio Chama PCA is a 191-acre site of High Biodiversity Significance identified for its montane riparian forest. The basin's broad floodplain has large amounts of alluvium, abandoned river channels, and downed logs that create a very dynamic, active riparian system. Biodiversity elements of specific interest include mountain willow (*Salix monticola)/*mesic graminoid montane riparian willow carr, and a narrowleaf cottonwood/thinleaf alder (*Populus angustifolia/Alnus incana*) montane riparian forest. (CHNP Potential Conservation Area Report, 2015)

***Boundary, Size, and Access***

The proposed Chama Basin Watershed Protection Area is a well-defined and confined watershed. The watershed protection area encompasses 22,900 acres, of which about 21,600 acres is an Upper Tier Colorado Roadless Area. The western rim and eastern rim of the area are the watershed divides. The northern boundary is the national forest boundary or the wilderness boundary, with the uppermost mile or two of the West Fork and East Fork located within adjacent conserved private land (Banded Peak Ranch) or adjacent designated wilderness (South San Juan). The southern boundary is the national forest boundary. Forest Road 121 provides access to the southern, lower reaches of the Rio Chama at the forest boundary. A system of motorized trails (Archuleta Creek and West Fork) and non-motorized trails (Rio Chama and East Fork) provide access to the area's interior.

***Proposed Management***

Specific management direction is proposed to ensure primacy of watershed protection as follows:

- The Chama Basin Watershed Protection Area must be found unsuitable for oil and gas leasing and mineral material sales, and made discretionary no lease for watershed protection purposes. The area also needs to be withdrawn from mineral entry.

- Management direction must include prohibition on road construction and limitations on tree removal consistent with Upper Tier management prescribed by the Colorado Roadless Rule, 36 CFR Part 294.43(b), 294.42(b).

- Motorized and mechanized vehicle use can only occur on designated routes that are located and managed to minimize impacts to watershed values. Best management practices are in place on all access routes and monitored regularly to ensure effectiveness.

- Eligible Wild and Scenic Rivers must be managed to preserve their eligibility for designation under the Wild and Scenic Rivers Act. Management direction must include no new roads or expanded motorized access, no water impoundments or diversions, no mineral leasing or extraction, and no new surface disturbing activities.
  - The classification of the East Fork of the Rio Chama should be changed to Wild to reflect its condition as a primitive watershed inaccessible by motorized access.
  - The Rio Chama mainstem, from the confluence of the two forks downstream to the national forest boundary, should additionally be identified as an eligible river under the Scenic or Recreational classification.

- Develop an interpretive program for the area that educates visitors on the special character and watershed values of the area.

***Information Resources***

| Topic | Data Source |
|---|---|
| Biodiversity | CHNP PCA Report, 2015 |
| Roadless area | USDA Forest Service Colorado Roadless Rule, 2012 |
| Wild and Scenic Rivers | Rio Grande LRMP Final EIS, 1996 |

Chama Basin Watershed Protection Area
South San Juan Wilderness
Chama Basin Roadless Area
Chama Basin Watershed Protection Area
Cumbres Roadless Area
Jarosa Peak
Banded Peak
Chama Peak
West Fork Rio Chama
Archuleta Creek
Iron Creek
Fall Creek
Beaver Creek
East Fork Navajo River
Aspen Creek
Indian Creek
Big Muddy Creek
Skeeter Creek
Navajo River
Headache Creek
We Creek
Little Muddy Creek
Bear Creek
Sheep Creek
Sixto Creek
Rio Chama
Rio de los Pinos
Wolf Creek
Map Locator
ROCKY MOUNTAIN WILD
Data Sources: BLM, CDOT, CPW, SRCA, USFS, USGS, wilderness.net
Map Prepared By: Alison Gallensky Rocky Mountain Wild
10/5/2016 16-122 v6
0 1 2 Miles
Legend
Summit
RGNF District
City
Major Road
USFS Road
USFS Trail
Existing Special Interest Area
Lake/Pond
Stream/River
Recommended Designated Area
Designated Wilderness
Roadless Area
Land Ownership
USFS
BLM
NPS
State
Other Public
Private/Tribe

October 28, 2016

Rio Grande National Forest
Forest Plan Revision
1803 W. Highway 160
Monte Vista, CO 81132

RE:  Proposed Action

To Whom it May Concern,

With this letter and attachments, Cumbres Nordic Adventures LLC, and owners
Mary Ann DeBoer and Patrick Hogan are submitting comments concerning the Rio
Grande National Forest's Proposed Action.

We own and operate the Spruce Hole Yurt on the Conejos District and live in Chama,
New Mexico.  Mary Ann is president of the Chama Valley Outdoor Club, and the Race
Director for the Chama Chile Ski Classic, which operates under a special use permit
with the RGNF.  Mary Ann is also a member of the New Mexico Cross Country Ski
Club.  We are both members of Chama Peak Land Alliance and the San Luis Valley
Ecosystem Council.

We will be commenting on the following areas and topics:

1.  Spruce Hole Area
2.  Winter Recreation and the new Over Snow Vehicle rule and regulations
3.  Cumbres/LaManga Winter Recreation Plan
4.  Chama Basin watershed
5.  Wildlife corridor between the Rio Grande NF and the Carson NF
6.  Continental Divide Trail and Cumbres & Toltec Railroad Special Interest
    Areas
7.  Wolf Creek Pass Linkage Landscape Zoological Area proposed designated
    area

**Spruce Hole Area**

We are pleased that lands west of the Spruce Hole road are in a roadless and upper
tier roadless designation in the Proposed Action plan.  This area is important habitat
for lynx and other wildlife.  We often see snowshoe hares, weasels, martens, fox, and
bear near the yurt, and we also see lynx tracks in the area and up on Pinrealosa
ridge.

**Winter Recreation & OSV Rules**

We were happy to see that the Forest Service will be re-evaluating forest land
suitability for over the snow vehicle use (RGNF Need for Change A1).  To locate
lands that are suitable for OSV use, it will be important to identify areas that:

1. Minimize damage to soil, watershed, vegetation, and other public land resources,
2. Minimize harassment of wildlife or significant disruption of wildlife habitat, and
3. Reduce conflicts between motorized use and other existing or proposed recreational uses

Here is a list of criteria to consider when evaluating lands for OSV suitability that will help minimize damage to the environment and reduce user conflicts. These criteria are included in the report "Snowmobile Best Management Practices for Forest Service Travel Planning, April 2015", published by the Winter Wildlands Alliance. It has been peer reviewed and appeared in the Journal of Conservation Planning, 2016, Volume 12:1-28. We recommend that you use this information when developing suitability criteria and have attached a copy of the "Snowmobile Best Management Practices".

*Recreation and Social Considerations*

1. Identify as unsuitable for OSV use, areas where recreational conflict may occur. These include areas that are popular or historically used by cross-country skiers and snowshoers, areas around backcountry yurts or huts, and popular backcountry ski slopes, in order to maintain quiet use areas.
2. Locate OSV areas outside proposed Wilderness Areas, Wilderness Study Areas and Research Natural Areas
3. Locate OSV suitable areas that have easily enforceable boundaries using topographic (like a drainage or ridgetop) or geographic (like one side of a road or another) boundaries.
4. Locate OSV suitable areas where they do not bisect non-motorized areas.
5. Ensure that non-motorized areas and trails that are accessible to skiers, snowshoers and other quiet users, are deemed unsuitable for OSV use, especially in areas where there are few non-motorized opportunities. These include areas that are close to plowed access points and trailheads, in contiguous non-motorized blocks, in both front-country and back-country settings and in areas sheltered from noise from motorized areas. Snowmobiles can travel long distances away from trailheads and plowed access roads, but skiers and snowshoers are generally day users, often traveling no more than 3 to 5 miles (6-10 miles roundtrip) away from a trailhead, unless they are traveling hut to hut (or yurt to yurt).

*Wildlife Considerations:*

1. Identify areas as unsuitable for OSV travel where there is potential for snowmobile disturbance of key wildlife such as lynx or bighorn sheep.
2. Maintain large un-fragmented, undisturbed and connected blocks of forestland and alpine habitat, and important wildlife corridors, as unsuitable for OSV.
3. Identify OSV suitable areas in areas that are bounded by natural features (topography and natural vegetation cover) to provide visual and acoustic barriers, and to ensure that secure habitat is maintained for wildlife.

*Water Quality, Soils and Vegetation Considerations:*

- OSV suitability should also include temporal restrictions (season opening and closure) and snow depth requirements in order to protect water quality, soils and vegetation. Require a minimum snow depth of at least 18 inches for off-trail use and a minimum snow depth of 12 inches for groomed trails. When evaluating lands for OSV suitability, consider the dates that snowmobiles use an area and/or if an area receives adequate snowfall to maintain minimum snow depths.

2. Restrict snowmobile use on wetlands, riparian areas and sensitive meadows

**Cumbres/LaManga Winter Recreation Plan and Voluntary Separation Program**

It is our understanding that Winter Travel Management will not take place until after the Forest Plan is completed, which could be 2 to 3 years from now. We are really concerned about this, because the **current** Cumbres/LaManaga Winter Recreation Plan and Voluntary Separation program that is in place is **not** working very well for many of the skier/quiet use winter recreation areas that are in the plan and on the map. **It is important that pro-active management of the current Cumbres & LaManga Winter Recreation program takes place to preserve the few accessible winter skier/quiet use areas that remain.**

Better management and signage to improve the current Winter Recreation Plan will help with future Winter Travel Management planning, by getting everyone used to the idea that there are motorized, snowmobile and non-motorized, quiet use areas, even though the current plan is voluntary.

The following is a summary of what is happening in each skier/quiet use area that are on the Winter Recreation Plan and what we think needs to be done in the next 2 to 3 years to make the voluntary separation plan work better to preserve some of these quiet use areas.

The following areas are on the Cumbres & LaManga Winter Recreation brochure and map, which is attached for your reference.

- *North of Red Lake Road (FSR114) & Grouse Creek Yurt:* This area is designated as a skier/quiet use area and the area south of FSR114 is designated as a mixed use (snowmobiles and skiers) area. The area north of FSR 114 has significant snowmobile use, and it seems that there is no regard for the quiet use designation. The kiosk and map posted on Hwy. 17 has not helped to keep snowmobiles out of this area, because usually only skiers see the map and not the snowmobilers. Overall, this is a very difficult area to manage without extra maps and signs.
  ***Recommendations:*** Post signs at the beginning of the road that show the road as a division between the skiing/quiet use area and mixed use area. For instance, "Skiers, Right of Road" and "All Users, Left of Road". Since the

south side of the FSR 114 is a mixed use area, and an area where skiers follow a trail to the Grouse Creek Yurt, it is important that this area remain open to skiers. Placing the Winter Recreation map at the beginning of FSR 114, would help to educate snowmobilers about the voluntary separation plan.

In the future, the Grouse Creek area and FSR 114 should become all quiet use and non-motorized. It will be easier to manage this way.

- *Neff Mountain*: Snowmobile use in and near Neff Mountain and Neff Mountain yurt is increasing. Instead of going in at the trailhead by the highway, snowmobiles access FSR 116 from the private land in Los Pinos and then travel onto the road and continue towards Trujillo Meadows. Once they are on FSR 116, they also go off the road into the skier/quiet use area, especially in areas where the road crosses open meadows.

  They are also accessing the area around Neff Mountain yurt, on a closed road (just off of FSR 116) and through a broken gate. This gate had a "road closed" sign on it, which discouraged snowmobiles from entering until it was covered by snow. But now the gate is no longer visible at any time during the winter because it is broken. The gate used to discourage snowmobiles from going to the yurt and Neff Mountain bowl (a popular area for backcountry, telemark and alpine touring skiers). In recent years, though, snowmobiles have even been seen above and below the Neff Mountain bowl and occasionally they have ridden through the bowl itself.

  On the winter recreation map, FSR 116 marks the north boundary of the Neff Mountain skier/quiet use area. On the map, it appears that this road was meant to be a part of the skier/quiet use area, since it borders lands that are not identified as either skier/quiet use or snowmobile use.

  Historically, FSR 116 was used by skiers & snowshoers, and was designated as a road for skiers to use in the original voluntary separation program promoted by Carlos Pinto, District Ranger for the Conejos District in the late 1990's (see attached copy of this plan). The owner of the Neff Mountain yurt would like to see the road and access to the yurt become non-motorized again.

  ***Recommendations:*** Be clear about the boundaries of the Neff Mountain area for skiers/quiet use. Place signs at the highway and at the other end (coming off of Trujillo meadows) of FSR 116 that say "Skiers Use this Road". Place a tall fence, a string of banners and/or signs to mark the boundary of the skier/quiet use area, at the places on FSR 116 where snowmobiles access the road off of the private land in the Los Pinos area.

  Place signs along the FSR 116 to mark the boundary of the skier/quiet use area, especially where the road crosses open meadows, to discourage those snowmobilers who do end up on the road accidently or purposely.

  Fix the gate and re-establish the road closure and sign, on the road that goes off of FSR 116 to the Neff Mountain yurt and bowl areas.

- *Spruce Hole:* Historically, Spruce Hole has also been an area for skiers and quiet use. Road 108 into Spruce Hole, was part of the original voluntary separation program promoted by Carlos Pinto, District Ranger in the late 1990's and early 2000's.

  This is one of the few areas where snowmobiles generally stay out. It has become very popular with skiers and our yurt business has grown in the last couple of years. Some of our customers tell us that this is the only place where they can get away from snowmobiles and find peace and quiet. Spruce Hole is geographically separated from other winter recreation areas, which is one reason why it has been successful as a skier/quiet use area. There is a sign on the kiosk at the trailhead that says "Skiers Use this Road", which we think has been very helpful in keeping snowmobiles out of the area last season. Another reason we think that snowmobiles have stayed out, is that the parking area is usually not large enough to turn a trailer around in. Occasionally, snowmobiles will travel up FSR 108, and even more rarely do they travel on the road (FSR 108A) past the yurt, which is closed with a gate and a "Road Closed" sign. Last year, though, the gate was damaged by wood cutters.

  Occasionally, snowmobiles also travel up and over Pinrealosa ridge into the Spruce Hole area.

  ***Recommendation:*** Continue to manage this area as a skier/quiet use area. It is working fairly well. Fix the gate with the "Road Closed" sign on FSR 108A. Monitor snowmobile use during and after the logging that is scheduled for the next two years in the Spruce Hole area.

  A simple chain link gate at the beginning of FSR 108 by the highway, to discourage motorized traffic, could be helpful.

- *Flat Mountain & Trujillo Meadows:* The area around Trujillo Meadows yurt is constantly being used by snowmobiles, while the area around Flat Mountain Yurt has fewer snowmobiles, most likely due to the private land that is between the yurt and a mixed use area. There appear to be no geographic or topographic features that keep the Flat Mountain/Trujillo Meadows skier/quiet use area separated from the mixed (motorized & non-motorized) area. The area is separated by a straight line on a map only.

  ***Recommendations:*** To encourage non-motorized use of this ski/quiet use area, the Forest Service needs to sign the boundaries of the area, especially on the FSR 118.1C where the boundary crosses the road.

- *Tanglefoot Curve Railroad Area:* This skier/quiet use designated area is south of Hwy. 17 and follows the Railroad tracks along "Tanglefoot Curve". This area is heavily used by snowmobiles and the "skier/quiet use" designation on the maps has been useless. Many skiers, though, still enjoy skiing in this area.

***Recommendations:*** Signs should be put up that say "Skiers Use Tracks" or signs should be put up along the boundary of the area that say "Skiers Use this Area". Even though this area is used heavily by snowmobiles, signage like this will alert the snowmobilers that skiers are in the area.

- *Race Site (Below Windy Point):* This area is the site of the Chama Chile Ski Classic. It has been designated as a Quiet Use area and has been closed to winter motorized traffic for a period of 5 years, beginning the 2014/2015 season. This area is generally free of snowmobiles except when trails are being groomed for the Chama Chile Ski Classic. Snowmobiles occasionally come in from the private land on the south side of Hwy. 17 by way of the railroad tracks. Snowmobiles also come in over the top of the ridge on the north and western end of this area, or by the railroad tracks coming down off Cumbres Pass.
  ***Recommendations:*** Extend the motorized closure of this area, beyond 5 years, and keep it as a non-motorized winter use area until the Winter Travel Management planning is completed. Continue to post no snowmobile signs (snowmobile with a red slash) at the parking area kiosk and fence. In addition, post no snowmobile signs alongside the railroad tracks where the tracks come in off of Hwy. 17 and where they come into the area from the top of Cumbres Pass.

**<u>Chama Basin Watershed</u>**

We would like to support the establishment of the Chama Basin area as a Watershed Protection Area (Specially Designated Area) as proposed by the San Luis Valley Ecosystem Council and the Wilderness Society.

First we would like to thank the Forest Service for acquiring the oil and gas, and mineral rights under the Chama Basin in 2011. This was a very important acquisition for the long-term protection of this watershed and the water it provides to the people in the state of New Mexico, from Chama all the way down to Albuquerque.

In addition, this area is part of a greater landscape that is connected to large parcels of private land that are managed for their wildlife values under conservation easements or plans. The broader landscape includes the Edward Sargent's State Wildlife area to the south, which is a calving area for elk in the spring.

Please consider the following recommendations for this area:

*Now that the Forest Service owns the minerals rights, make the surface management congruent with the minerals management. This area must be found unsuitable for oil and gas leasing and mineral material sales, in order to protect the water resources.

*Work with adjacent private land owners to manage the watershed appropriately and the regional landscape for wildlife and ecosystem health.

*Since the Forest Service has already designated this area as an Upper Tier Roadless area, fire management should be in fire management zone FRB-M or a Maintenance Zone (pg. 15, Proposed Action).  We support this type of fire management since it will be important to manage it to avoid a catastrophic fire in a watershed area.  We do not support any additional road building in this area, though.

**Spruce Hole/Osier/Toltec  Landscape Connectivity Zoological Area:**

We are in favor of the establishment of the Spruce Hole/Osier/Toltec Zoological Area as a specially designated area on the RGNF, as proposed by the San Luis Valley Ecosystem Council and the Wilderness Society (see attachment).  This proposed wildlife corridor connects to lands on the Carson National Forest and then onto the Rio Grande Del Norte National Monument to potentially create a larger landscape to benefit wildlife into the future.   Similar corridor and land connection proposals have been made by New Mexico citizens, to the Carson National Forest and the Rio Grande del Norte National Monument.

It is critical that the Rio Grande National Forest coordinate and work with Carson National Forest and the Rio Grande Del Norte National Monument to protect landscapes across state and jurisdictional lines to protect crucial connected habitat for large game species and carnivores, including the big horn sheep and lynx, which are protected species.

A vision for this landscape is outlined in the document – Wildlife Doorways: Supporting Wildlife Habitat Connectivity Across Borders in the Upper Rio Grande Watershed, written by Esteban Muldavin and Rayo McCollough from the Natural Heritage New Mexico program and the Biology Department and Museum of Southwestern Biology at the University of New Mexico, March 2016.  Muldavin and McCollough have identified an area they call the "Northern Taos Plateau" that includes the proposed  Spruce Hole/Osier/Toltec Zoological Area and connected areas to the south and west on the Carson National Forest and the Rio Grande del Norte National Monument.  Togther, these areas represent a variety of landscapes and elevations, and habitat for the movement of wildlife.  In addition, these areas protect widely diverse habitats and ecosystems.

**Continental Divide Trail & Toltec Railroad Special Interest**

We support the Forest Services designation of the CDT trail and the Cumbres and Toltec Scenic Railroad as a Special Interest Area.   Both the Continental Divide Trail and the Cumbres and Toltec Scenic Railroad are important to the tourist-based economy of Chama, NM.  Chama is a gateway community for the CDT trail and many thru hikers stop in Chama to rest, buy food and stay overnight.  The Forest Service has worked with the Cumbres & Toltec RR in the past to mitigate fire danger, while keeping the RR running.

**Wolf Creek Pass Linkage Landscape Zoological Area**

We are in favor of the establishment of the Wolf Creek Pass Linkage Landscape Zoological Area as a specially designated area on the RGNF, as proposed by the San Luis Valley Ecosystem Council and the Wilderness Society (see attachment). We recognize the importance of protecting large, landscapes as habitat connections for lynx and other wildlife.

Thank you for the opportunity to participate in the Forest Planning process. We look forward to continued involvement with the Rio Grande National Forest.

Sincerely,

Mary Ann DeBoer

Patrick S. Hogan

Cumbres Nordic Adventures, LLC
Spruce Hole Yurt
HC 75, Box 66
Chama, NM 87520
575-756-2294 home
575-756-2746 mobile
spruceholeyurt@gmail.com
www.yurtsogood.com

Literature & Information Cited:

Switalski, A. 2016. Snowmobile Best Management Practices for Forest Service Travel Planning: A Comprehensive Literature Review and Recommendations for Management – *Introduction to Snowmobile Management and Policy*. Journal of Conservation Planning. 12: 1-7.

Switalski, A. 2016. Snowmobile Best Management Practices for Forest Service Travel Planning: A Comprehensive Literature Review and Recommendations for Management – *Water Quality, Soils, and Vegetation*. Journal of Conservation Planning. 12: 8-12.

Switalski, A. 2016. Snowmobile Best Management Practices for Forest Service Travel Planning: A Comprehensive Literature Review and Recommendations for Management – *Wildlife*. Journal of Conservation Planning. 13-20.

Switalski, A. 2016. Snowmobile Best Management Practices for Forest Service Travel Planning: A Comprehensive Literature Review and Recommendations for Management – *Winter Recreational Use Conflict*. Journal of Conservation Planning. 12: 21-28.

Cumbres & LaManga Winter Recreation brochure & map, Rio Grande National Forest

Let's Work Together, Winter Recreation Voluntary Separation Program Flyer and Map, Carlos Pinto, District Ranger, Conejos Peak Ranger District

Spruce Hole/Osier/Toltec Landscape Connectivity Zoological Area, Proposed Designated Special Interest Area

Chama Basin Watershed Protection Area, Proposed Designated Area

Wolf Creek Pass Linkage Landscape Zoological Area, Proposed Designated Area

Wildlife Doorways:  Supporting Wildlife Habitat Connectivity Across Borders in the Upper Rio Grande Watershed, by Esteban Muldavin and Rayo McCollough, Natural Heritage New Mexico, Biology Department and Museum of Southwestern Biology at the University of New Mexico, March 2016.

**SPRUCE HOLE/OSIER/TOLTEC LANDSCAPE CONNECTIVITY ZOOLOGICAL AREA**

**Proposed Designated Special Interest Area**
**Rio Grande National Forest** **39,500 acres**
**Conejos Peak Ranger District**

---

***General Description***

Restoring and maintaining wildlife habitat connectivity within and beyond the National Forest is vital for allowing wildlife to migrate, and recover wide-ranging carnivore populations. Connectivity is especially important in the face of climate change because it enables species that are already stressed to move more easily through the landscape. The proposed corridor provides crucial connected habitat for large game species including mule deer, elk, pronghorn, and Rocky Mountain bighorn sheep as well as large carnivores such as Canada lynx, mountain lions, and black bears. The Rocky Mountain bighorn sheep is a Species of Conservation Concern (SCC), and the Canada lynx is protected as threatened under the U.S. Endangered Species Act. The proposed corridor connects to a similar proposal made by New Mexico citizens to the Carson National Forest and the Rio Grande del Norte National Monument. Through an "all lands" approach to coordination, the Forest Service and partners have a unique and inspiring opportunity to establish a landscape-scale linkage that can benefit wildlife on into the future.

***Wildlife Habitat Connectivity Values***

The proposed connectivity zoological area is a key movement path for wide-ranging species between southern Colorado and Northern New Mexico. Natural Heritage New Mexico identified this area as the northern reach of the Northern Taos Plateau Wildlife Movement Focal Area that spans through the RGNF, Carson National Forest, and the Rio Grande del Norte National Monument that is managed by the Bureau of Land Management (Muldavin and McCollough 2016). Mule deer and elk migrate through the area, and Rocky Mountain bighorn sheep make seasonal shifts to summering and wintering habitat there.

A newly released Canada lynx explores his new home in the Rio Grande National Forest. © Richard Reading

Protecting remaining intact habitat large enough to allow freedom of movement for these iconic species has never been more important. Habitat loss, deterioration, and fragmentation

have caused Colorado's mule deer population to decline. This is cause for concern, because significant numbers of families, particularly in the local area, rely on the species for food. Disease and habitat loss have put Colorado's bighorn population in jeopardy. Designation of the corridor as Zoological Area would help maintain and restore ecological conditions necessary for bighorn to persist in the Forest and beyond the plan area.

Canada lynx have used this corridor since they were reintroduced by Colorado Parks and Wildlife in 1999. Having an established population of lynx back in Colorado is a source of pride for all wildlife lovers in the state. Protecting linkages for lynx is incredibly important for their long-term viability, and especially now following the large spruce bark beetle outbreak on the forest. Lynx are stressed by climate change, timber harvesting, roads, and winter recreation. Establishing the corridor will reduce some of these stresses on lynx.

***Additional Biodiversity Values***

Managing the Spruce Hole/Osier/Toltec Landscape Connectivity Zoological Area to maintain and restore habitat connectivity would benefit an array of at-risk and special interest species along with those identified above. Several RGNF SCCs are likely to occur in the area including boreal owl, peregrine falcon, Brewer's sparrow, flammulated owl, golden eagle, olive-sided flycatcher, bald eagle, Rio Grande cutthroat trout, Gunnison's prairie dog, among others, Ripley's milkvetch, slender cliffbreak, Plumber's cliff fern, Colorado divide whitlow grass, and many flowered gilia. The area may provide recovery habitat for federally protected species such as Mexican spotted owl, Southwestern willow flycatcher, yellow-billed cuckoo, and New Mexico meadow jumping mouse. Some of the migratory birds that likely use habitats in the area on a seasonal basis include ferruginous hawks (though some are non-migratory), black swifts, sage sparrows, burrowing owls, Cassin's finches, Grace's warblers, Gray vireos, juniper titmouse, Lewis's woodpeckers, loggerhead shrikes, long-billed curlews, mountain plovers, pinyon jays, and Virginia's warblers.

Three Colorado Natural Heritage Program Potential Conservation Areas (PCAs) overlap with proposed connectivity zoological area. These include the Cascade Creek PCA at Osier and Osier Creek PCA, which were identified for Rio Grande cutthroat trout habitat, and the Rito Hondo Creek PCA, identified for its occurrences of Ripley's milkvetch.

The proposed connectivity zoological area overlaps the Spruce Hole – Sheep Creek Upper Tier Roadless Area which contains over 3,000 additional acres of ecosystems types that are not well represented in the Forest's designated protected areas system. Under-represented ecosystems include grasslands and dry mixed conifer forest (The Wilderness Society, 2016).

***Boundary, Size, and Access***

The Spruce Hole/Osier/Toltec Landscape Connectivity Zoological Area contains 39,500 acres of the Rio Grande National Forest. It is bounded on the north by the Conejos River as well as Highway 17, which also creates the western boundary. For the purposes here, the southern boundary is the

Colorado-New Mexico state line where the Rio Grande National Forest meets the Carson National Forest. Of course, this political boundary does not demarcate where wildlife movement stops, and a shared management strategy for maintaining and restoring habitat connectivity between the Forests is encouraged.

***Proposed Management***

The Spruce Hole/Osier/Toltec Landscape Connectivity Zoological Area is proposed for designation in order to enhance landscape-level habitat connectivity for large game and large carnivores, such as Canada lynx. Specific management direction includes:

- Management actions should be driven by the primary need to ensure continued or enhanced habitat connectivity and viability of the zoological area for wildlife movement.
- Activities currently authorized by the agency in this zoological area shall coexist with wildlife movement, migration and dispersal. Changes to current activities and infrastructure may be required if found incompatible with the area’s wildlife values.
- Where possible, augment wildlife values through purchase from willing sellers, exchange, transfer or donation of additional acreage of crucial wildlife habitat for their migration, movement and dispersal. Acquired lands are to be managed consistent with the corridor’s standards and guidelines.
- Winter, including over-snow vehicle use, and summer recreation activities should conform to best available scientific knowledge for mitigating impacts to at-risk and other sensitive wildlife species.
- Do not authorize new permanent roads within the corridor in order to maintain unfragmented habitat for wildlife migration and dispersal.
- Establish road and motorized trail density standards within the management area to conform to the best scientific recommendations, generally less than one mile per square mile (Lyon 1979; Van Dyke et al. 1986a, b; Fox 1989; Trombulak and Frissell 2000; Reed et al. 1996; Strittholt and DellaSala 2001; Davidson et al. 1996). Ensure that there will be no net increases in densities above a scientific credible threshold. If these densities do not exist today, the Forest Service will develop a strategy to achieve them.
- All temporary roads are removed and the lands and waters on which they were located are restored to natural conditions within one year of the termination of the purpose for which they were established.
- Decommission and reclaim unauthorized routes and unneeded system roads.

- Establish and implement in a timely manner mitigation standards for existing roads and Highway 17 to facilitate movement of wildlife including a reduction in mortality of wildlife from vehicle collisions (modified from BLM 2012: 2-55). Coordinate with CDOT on planning and projects.

- Limit disturbance footprint resulting from vegetation management activities within the corridor spatially and temporally (e.g., establish maximum width and acres of any one ground disturbance, and limit total acreage of ground disturbance at any one time)

- Minimize fencing for livestock and make all fences wildlife friendly. Coordinate with permittees to identify fencing that is not critical for livestock operations; fencing that is not critical for livestock operations and that is impeding wildlife movement is removed. Any new livestock fencing that is installed should be constructed in a manner that will minimize disruption to wildlife movement, taking into consideration seasonal migration and water resources.

- Preclude the granting of new right-of-ways for energy development that would negatively impact wildlife, their habitat and its connectivity.

- Withdraw the corridor from location and entry under the Mining Law, subject to valid existing rights.

- Access to inholdings must be maintained at no greater than current standards, and reduced or avoided entirely if possible.

- The Connectivity Zoological Area must be discretionary no oil and gas leasing, although there is low likelihood of oil and gas occurrence in this location. It should be withdrawn from mineral entry.

***Information Resources***

| Topic or Data | Data Source |
|---|---|
| wildlife movement and wildlife connectivity opportunity data | Muldavin, E. and R. McCollough. 2016. Wildlife Doorways: Supporting Wildlife Habitat Connectivity Across Borders in the Upper Rio Grande Watershed. Natural Heritage New Mexico and University of New Mexico. March.<br>Center for Native Ecosystems. 2006. Linking Colorado's Landscapes Species Movement Arrows. https://databasin.org/datasets/16d4904566f7446e99768175af07b1e5. |
| Ecosystem representation | The Wilderness Society, 2016. Ecosystem Representation Report. Attached as Appendix 2 to letter submitted by The Wilderness Society et al on September 6, 2016 on the Wilderness evaluation preliminary report. |
| Wildlife, general | Forest Service. 2016. List of Species of Conservation Concern for the Rio Grande National Forest. Rocky Mountain Region. August 17.<br>NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. http://explorer.natureserve.org.<br>NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. http://explorer.natureserve.org.<br>U.S. Fish and Wildlife Service. Information for Planning and Conservation (IPaC). https://ecos.fws.gov/ipac/. |
| CNHP Potential Conservation Areas | Colorado Natural Heritage Program. CNHP Potential Conservation Areas Reports. http://www.cnhp.colostate.edu/download/gis/pca_reports.asp#c. |
| Colorado human population | Svaldi, Aldo. 2015. Colorado's population jumped by 101,000 in 12 months. Denver Post. June 13: http://www.denverpost.com/2015/12/22/colorados-population-jumped-by-101000-in-12-months-2/. |
| mule deer and elk wildlife movement data | Big Game Movement, NM Dept. of Game & Fish |
| | Elk Migration Patterns, CO Parks and Wildlife 2014 |
| | Mule Deer Migration Patterns, CO Parks and Wildlife 2014 |
| | Elk Linkage Modeled Southern, Rockies Ecosystem Project/Center for Native Ecosystems 2009 |
| | Colorado Parks and Wildlife. The Story of Colorado's Mule Deer. https://cpw.state.co.us/Documents/MuleDeer/ColoradosMuleDeerStory.pdf. |
| Rocky Mountain bighorn sheep | Bighorn Overall Range, CO Parks and Wildlife 2014 |
| | Bighorn Severe Winter Range, CO Parks and Wildlife 2014 |
| | Bighorn Summer Concentration Area, CO Parks and Wildlife 2014 |
| pronghorn | Pronghorn Overall Range, CO Parks and Wildlife 2014 |
| Canada lynx | Lynx Denning and Winter Habitats, SW CO U.S. Forest Service |
| | Lynx Habitat Other, SW CO U.S. Forest Service |
| | Lynx Potential Habitat, CO Parks and Wildlife 2014 |
| | Lynx Linkage Modeled, Southern Rockies Ecosystem Project/Center for Native Ecosystems 2009 |
| mountain lion | Mountain Lion Overall Range, CO Parks and Wildlife 2014 |
| black bear | Black Bear Fall Concentration, CO Parks and Wildlife 2014 |
| wolf | All Species Movement Arrows, Southern Rockies Ecosystem Project |
| peregrine falcon nesting | Colorado Natural Heritage Program 2014 |
| | Colorado Oil and Gas Conservation Commission 2008 |
| | Colorado Parks and Wildlife 2014 |
| Gunnison's prairie dog | Gunnison's Prairie Dog Overall Range, CO Parks and Wildlife 2014 |
| Brazilian free-tailed bat | Overall Range, CO Parks and Wildlife 2014 |
| Rio Grande cutthroat trout | Colorado Natural Heritage Program |

| | |
|---|---|
| Route density standards | Davidson, Diane W., William D. Newmark, Jack W. Sites, Jr., Dennis K. Shiozawa, Eric A. Rickart, Kimball T. Harper, and Robert B. Keiter. 1996. Selecting Wilderness Areas to Conserve Utah's Biological Diversity. *Great Basin Naturalist* 56(2):95-118. |
| | Forest Service. 2008. Southern Rockies Lynx Management Direction, Final Environmental Impact Statement Volume 1. |
| | Fox, R.A. 1989. Mule Deer (Odocoileus hemionus) Home Range and Habitat Use in an Energy-Impacted Area of the North Dakota Badlands. Masters Thesis, University of North Dakota. Grand Forks, ND. |
| | Lyon, L. J. 1979. "Habitat Effectiveness for Elk as Influenced by Roads and Cover." *Journal of Forestry*, October, 658-660. |
| | Stritthold, J.R., and D.A. DellaSala. 2001. Importance of Roadless Areas in Biodiversity Conservation in Forested Ecosystems: A Case Study—Kalmath-Siskiyou Ecoregion, U.S.A. *Conservation Biology* 15(6):1742-1754. |
| | Trumbulak, S.C., and C.A. Frissell. 2000. Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities. *Conservation Biology* 14(1):18-26. |
| | VanDyke, F. G., Brocke, R. H., Shaw, H. G., Ackerman, B. B., Hemker, T. P., and Lindzey, F. G. (1986b). Reactions of Mountain Lions to Logging and Human Activity. *Journal of Wildlife Management*. 50(1): 95-102. |
| | VanDyke, F. G., Brocke, R. H., and Shaw, H. G. (1986a). Use of Road Track Counts as Indices of Mountain Lion Presence. *Journal of wildlife Management*. 50(1):102-109. |

Spruce Hole/Osier/Toltec Landscape Connectivity Area
South San Juan Wilderness
Black Mountain
Flat Top
Alamaditas Mesa
McIntyre Peak
Spruce Hole/Osier/Toltec Landscape Connectivity Area
Los Mogotes
Jarosa Peak
Pinorealosa Mountain
Neff Mountain
Osier Mountain
Oser Mesa
Cruces Basin
Cruces Basin
Cruces Basin Wilderness
Map Locator
ROCKY MOUNTAIN WILD
Data Sources: BLM, CDOT, CPW, SRCA, USFS, USGS, wilderness.net
Map Prepared By: Alison Gallensky Rocky Mountain Wild
10/20/2016 16-122 v8
0 1 2 Miles
Legend
Summit
RGNF District
City
Major Road
USFS Road
USFS Trail
Railroad
Existing Special Interest Area
Lake/Pond
Stream/River
Recommended Designated Area
Designated Wilderness
Roadless Area
Land Ownership
USFS
BLM
NPS
State
Other Public
Private/Tribe

Map Locator

**WOLF CREEK PASS LINKAGE LANDSCAPE ZOOLOGICAL AREA**

**Proposed Designated Area**
**Rio Grande National Forest** **22,300 acres**
**Divide Ranger District**

***General Description***

The Wolf Creek Pass Linkage Zoological Area is the most important wildlife linkage zone in the San Juan Mountains. It is situated in the very heart of the San Juan Core Area for lynx, which comprises the core reintroduction area and the most expansive lynx habitat in the Southern Rockies. The Wolf Creek Pass linkage has been frequently utilized by lynx, and presumably may be important for other species such as pine marten, boreal owl, and wolverine in the future.

The proposed Zoological Area includes the most complex management landscape on the Rio Grande National Forest. Much of the area has experienced severe mortality from spruce beetle, and the largest wildfires in the recent history of the San Juan Mountains have occurred in close proximity. The linkage area includes designated wilderness, Colorado Roadless Areas, and the Continental Divide National Scenic Trail, but it also incorporates a permitted ski area, a busy highway corridor, private inholdings, water impoundments, high recreation use both winter and summer, and past and present timber harvests. Moreover, the viability of the linkage area will be tested in the future by rapidly changing habitat conditions. The combination of spruce beetle epidemic, large intense wildfires, and climate change will impose new stresses in this area.

A Zoological Area designation will focus the needed management attention on this crucial landscape for wildlife and landscape connectivity and emphasize the priority of juggling many competing human activities in order to preserve the viability of the linkage. The area was originally identified in the Southern Rockies Lynx Management Direction as a "lynx linkage area," which are "areas of movement opportunity" and "can be maintained or lost by management activities." (Forest Service 2008 at Appendix D)

***Linkage values***

The Forest Service has previously succinctly defined the critical significance to lynx of the Wolf Creek Pass linkage:

> Lynx are heavily using the Wolf Creek Pass Lynx Linkage area as a dispersal corridor and the viability of this linkage is important to the recovery of lynx in Colorado. The linkage spans a forested swath over the Continental Divide between large blocks of highly effective subalpine habitat. Lynx denning and established home ranges have been identified to the north and south of the Wolf Creek Pass Lynx Linkage. The linkage is part of the Colorado Division of Wildlife's "Core Research Area" in the San Juan Mountains, recognized as the largest continuous block of high quality lynx habitat in the state and where the CDOW focused their 10-year lynx monitoring and research efforts. (Village at Wolf Creek FEIS, 2014)

Managers concur that maintaining landscape-level habitat connectivity may be paramount to maintaining a viable population because of the patchy, discontinuous distribution of lynx habitat in the Southern Rockies Ecosystem. For that reason, landscape linkages must be available to allow lynx movements between adjacent mountain ranges. Linkage areas are areas of movement opportunities. They exist on the landscape and can be maintained or lost by management activities or developments. (Village at Wolf Creek FEIS 2014; Southern Rockies Lynx Amendment 2008)

The Wolf Creek Pass Linkage Zoological Area includes significant portions of two Colorado Roadless Areas, both managed as Upper Tier. A portion of the Trout Mountain-Elk Mountain roadless area is located immediately north of Highway 160, and the western half of the Fox Mountain roadless area is incorporated within the southern half of the linkage area.

The Continental Divide National Scenic Trail corridor defines the southern border of the linkage area. The trail corridor is managed to provide high-quality scenic, primitive hiking and equestrian opportunities. (Forest Service Manual 2350, 2009)

Two Potential Conservation Areas identified by the Colorado Natural Heritage Program are located largely within the Wolf Creek Pass Landscape Linkage Special Interest Area boundary. The Haven of the Reflected Moonwort PCA is in the subalpine zone near the Continental Divide. It is ranked as High Biodiversity Significance for its occurrences of the moonwort family. The Pass Creek at South Fork Rio Grande PCA is ranked as a Moderate Biodiversity Significance site owing to an historic Rio Grande cutthroat trout population. (CHNP PCA Reports, 2015)

***Boundary, Size, and Access***

The proposed Wolf Creek Pass Linkage Zoological Area is bounded on either side of Highway 160 eastern approach to Wolf Creek Pass by major watershed and topographic divides. It includes about 22,300 acres on the Rio Grande National Forest, and there are additional lands

on the adjacent San Juan National Forest.

***Proposed Management***

The Wolf Creek Pass Linkage Zoological Area is proposed for designation in order to ensure its conservation as a landscape-level habitat connectivity for lynx and other wildlife. Specific management direction includes:

- Management actions must be driven by the primary need to ensure continued or enhanced habitat connectivity and viability of the linkage area for wildlife movement.
- The Wolf Creek Pass Linkage Zoological Area must be discretionary no oil and gas leasing, although there is low likelihood of oil and gas occurrence in this location. It should be withdrawn from mineral entry.
- Management direction must include prohibition on road construction and limitations on tree removal for the two roadless areas consistent with Upper Tier management prescribed by the Colorado Roadless Rule, 36 CFR Part 294 Subpart D.
- Do not authorize new permanent roads within the corridor in order to maintain unfragmented habitat for wildlife migration and dispersal.
- Decommission and reclaim unauthorized routes and unneeded system roads.
- Establish road and motorized trail density standards within the management area to conform to the best scientific recommendations, generally less than one mile per square mile (Lyon 1979; Van Dyke et al. 1986a, b; Fox 1989; Trombulak and Frissell 2000; Reed et al. 1996; Strittholt and DellaSala 2001; Davidson et al. 1996). Ensure that there will be no net increases in densities above a scientific credible threshold. If these densities do not exist today, the Forest Service will develop a strategy to achieve them.
- All temporary roads are removed and the lands and waters on which they were located are restored to natural conditions within one year of the termination of the purpose for which they were established.
- Establish and implement in a timely manner mitigation standards for existing roads and Highway 160 to facilitate movement of wildlife including a reduction in mortality of wildlife from vehicle collisions (modified from BLM 2012:2-55). Coordinate with CDOT on planning and projects.
- Limit disturbance footprint resulting from vegetation management activities within the corridor spatially and temporally (e.g., establish maximum width and acres of any one ground disturbance, and limit total acreage of ground disturbance at any one time)

- Winter and summer recreation activities must conform to best available scientific knowledge for mitigating impacts to lynx and other sensitive wildlife species, and, if necessary be limited spatially and/or temporally.

- Changes in operation or permit boundaries of Wolf Creek Ski Area must be designed to avoid new impacts to use of linkage corridor.

- Access to inholdings and new recreation developments must be maintained at no greater than current standards, and reduced or avoided entirely if possible.

- Coordinate with grazing permittees to identify fencing that is not critical for livestock operations. Fencing that is not critical for livestock operations and that is impeding wildlife movement is removed. Any new livestock fencing that is installed should be constructed in a manner that will minimize disruption to wildlife movement, taking into consideration seasonal migration and water resources.

*Information Resources*

| Topic | Data Source |
|---|---|
| Lynx | Village at Wolf Creek FEIS, 2014 |
| Biodiversity | CHNP PCA Report, 2015 |
| Roadless area | USDA Forest Service Colorado Roadless Rule, 2012 |
| Wildlife crossings | Bureau of Land Management. 2012a [BLM]. Lower Sonoran and Sonoran National Monument Proposed Resource Management Plan and Final Environmental Statement. June 2012. https://www.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage¤tPageId=21457. Accessed 04/11/2016. |
| Route density standards | Davidson, Diane W., William D. Newmark, Jack W. Sites, Jr., Dennis K. Shiozawa, Eric A. Rickart, Kimball T. Harper, and Robert B. Keiter. 1996. Selecting Wilderness Areas to Conserve Utah's Biological Diversity. *Great Basin Naturalist* 56(2):95-118. |
| | Forest Service. 2008. Southern Rockies Lynx Management Direction, Final Environmental Impact Statement Volume 1. |
| | Fox, R.A. 1989. Mule Deer (Odocoileus hemionus) Home Range and Habitat Use in an Energy-Impacted Area of the North Dakota Badlands. Masters Thesis, University of North Dakota. Grand Forks, ND. |
| | Lyon, L. J. 1979. "Habitat Effectiveness for Elk as Influenced by Roads and Cover." *Journal of Forestry*, October, 658-660. |
| | Stritthold, J.R., and D.A. DellaSala. 2001. Importance of Roadless Areas in Biodiversity Conservation in Forested Ecosystems: A Case Study—Kalmath-Siskiyou Ecoregion, U.S.A. *Conservation Biology* 15(6):1742-1754. |
| | Trumbulak, S.C., and C.A. Frissell. 2000. Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities. *Conservation Biology* 14(1):18-26. |
| | VanDyke, F. G., Brocke, R. H., Shaw, H. G., Ackerman, B. B., Hemker, T. P., and Lindzey, F. G. (1986b). Reactions of Mountain Lions to Logging and Human Activity. *Journal of Wildlife* |

| | |
|---|---|
| | *Management*. 50(1): 95-102. |
| | VanDyke, F. G., Brocke, R. H., and Shaw, H. G. (1986a). Use of Road Track Counts as Indices of Mountain Lion Presence. *Journal of wildlife Management*. 50(1):102-109. |

Wolf Creek Pass Landscape Linkage Area
Trout Mountain
South Fork
Fisher Mountain
Trout Mountain / Elk Mountain
Roadless Area
Beautiful Mountain
Goodrich Peak
Metroz Mountain
Beaver Mountain
Roadless Area
Tie Hill
Table Mountain
Grouse Mountain
Beaver Mountain
Tewksberry
Roadless Area
Cattle Mountain
Weminuche
Wilderness
Sawtooth Mountain
Demijohn Peak
Mount Hope
Ribbon Mesa
Heart Mountain
Wolf Creek
Pass Landscape
Linkage Area
Fox Mountain
Handkerchief Mesa
Sheep Mountain
Treasure Mountain
Alberta Peak
North Mountain
Treasure Mountain
Roadless Area
Turkey Creek
Roadless Area
Sliderock Mountain
Indian Head
South San Juan
Wilderness
South San Juan Adjacent
Roadless Area
Long Trek Mountain
Lookout Mountain
Prospect Mountain
Map Locator
ROCKY MOUNTAIN WILD
Data Sources: BLM, CDOT, CPW, SRCA, USFS, USGS, wilderness.net
Map Prepared By: Alison Gallensky
Rocky Mountain Wild
10/5/2016 16-122 v6
0 1 2 Miles
Legend
Summit
RGNF District
City
Major Road
USFS Road
USFS Trail
Existing Special Interest Area
Lake/Pond
Stream/River
Recommended Designated Area
Designated Wilderness
Roadless Area
Land Ownership
USFS
BLM
NPS
State
Other Public
Private/Tribe

Rio Grande Water Conservation District
8805 Independence Way • Alamosa, Colorado 81101
Phone: (719) 589-6301 • Fax: (719) 589-4331
*Protecting & Conserving San Luis Valley Water*

October 28, 2016

SENT VIA EMAIL

Mr. Dan Dallas
Rio Grande National Forest
Attn: Forest Plan Revision
rgnf_forest_plan@fs.fed.us

**Re: Revisions to Rio Grande National Forest Plan**

Dear Mr. Dallas,

Pursuant to the public notice published on September 12, 2016 in the Federal Register, the Rio Grande Water Conservation District ("RGWCD" or "District") respectfully submits the following comments on the potential revisions to the Forest Plan for the Rio Grande National Forest.

The Colorado General Assembly created the Rio Grande Water Conservation District ("RGWCD" or "District") in 1967. §§ 37-48-101 – 195, C.R.S. In creating the District, the General Assembly declared that because the conservation of the water of the Rio Grande and its tributaries for beneficial use and the construction of reservoirs, ditches, and works for such purposes are of vital importance to the growth and development of the entire area and the welfare of all its inhabitants and that, to promote the health and general welfare of the State of Colorado an appropriate agency for the conservation, use and development of the water resources of the Rio Grande and its tributaries should be established and given such powers as may be necessary to safeguard for Colorado all waters to which the state of Colorado is equitably entitled. § 37-48-101, C.R.S. In furtherance of the General Assembly's charge, the District has long worked to protect and conserve the waters of the Rio Grande basin for current and future water users, including individuals, entities and government agencies. The District also has a long history of cooperation and collaboration with Federal Agencies to the benefit of both the people of the San Luis Valley and the Agencies.

As stated in previous comments, the RGWCD urges you to not modify any of the provisions of the current Forest Plan that relate to water, water resources or water rights. The Rio Grande National Forest is in the unique position of having been granted a comprehensive decree for Federal Reserved rights to meet the purposes of the National Forest reservation in a case entitled "Concerning the Application for Water Rights of the United States of America,

Case No. 81CW183 (Consolidated), Findings of Fact, Conclusions of Law, Judgment and Decree (March 30, 2000)." The Forest Service has acknowledged the importance of the 81CW183 decree and the benefits it provides to the Forest. *See* Rio Grande National Forest, An Update to the Biological Assessment and Biological Evaluation of the 1996 Rio Grande National Forest Revised Land and Resource Management Plan in Support of the Proposed Environmental Assessment to add MIS (April 2003) at p.44. Upsetting this settlement of the United States' claims to water by attempting to take additional actions regarding the water resources within the Forest will not help the Forest Service or the resources of the Forest itself, and will likely result in long-term harm to those same values.

As you are aware, in 1979 the United States Department of Agriculture and the Department of Justice, after being properly served pursuant to the McCarran Amendment, 43 U.S.C. § 666, filed for all existing claims for reserved water rights for National Forest purposes within Water Division No. 3. Although numerous water users and groups, including the RGWCD, filed statements of opposition opposing these claims, the parties worked diligently over many years to achieve a settlement that decreed water rights to the Forest Service. This result is in marked contrast to other areas in Colorado and the Western United States where opposition to Forest Service claims has resulted in court rulings denying many of the Forest Service's claims. The Forest Service should recognize and be cognizant of this record of collaboration, unique to the San Luis Valley, that allowed the Forest Service to acquire Reserved water rights with the cooperation of the water users of the Valley; to upset that long-standing collaborative effort at this point would be a grave mistake.

First, revisions to the Forest Plan in the area of water resources or water rights is not necessary as the 81CW183 Decree fulfills the Forest Purposes. In that case the parties agreed and the Court decreed that:

> the quantities of water decreed to the United States herein are <u>fully sufficient to fulfill any and all federal reserved instream flow</u> water rights under existing federal law and all appropriative instream flow water rights that the United States may be entitled to for the Gunnison and Rio Grande National Forest within Colorado Water Division No. 3....Except as provided in Paragraph 24.d., <u>the United States agrees that, in the future, it will not claim additional appropriative instream flow water rights</u>, in Colorado Water Division No. 3 for National Forest purposes.

81CW183 Decree, ¶ 14 (emphasis added). Further:

> [o]n the basis of existing information as of the date of this decree and subject to paragraph 34 below, the signatories to this decree agree that the instream flows decreed to the United States herein also satisfy fully any need for instream flows in the Gunnison and Rio Grande National Forests in Water Division No. 3 for:
>
> a. maintaining, improving, protecting and minimizing damage to the following:
>
> (1) Riparian ecosystems, which includes stream dependent wetlands;
>
> (2) The natural physical function of stream channels;

(3) Viable and diverse populations of fish and wildlife, including all habitat necessary for such populations;
(4) Scenic and aesthetic conditions and values;
(5) Public opportunities for outdoor recreation;
(6) Soil conservation and preservation of quality of soil resources;
b. Range uses; and
c. Prevention and control of forest fires.

81CW183 Decree, ¶ 16.

Under these terms of the Decree, the Forest Service has already agreed that the Federal Reserved Water Rights decreed therein satisfy all purposes of the Forest reservation. The District is not aware of any changes in Federal law or policy since the entry of the Decree that would require the Forest Service to attempt to change the water resources portion of Forest Plan to meet those changes in policy or law. To do so without the specific and unambiguous Congressional requirement could result in the loss of both the decreed water rights as well as the good relationships the Forest Service has built up with the water users of the Valley over the past decades.

Second, attempting to revise the Forest Plan to seek to acquire more than is provided for in the 81CW183 Decree will only serve to break down the long-standing spirit of cooperation between the Forest Service and the water users of the San Luis Valley. Water is a very contentious issue across the Western United States, as the Forest Service has experienced first-hand many times. Even without the participation or claims of a federal agency, disputes over water can use up resources that could be better allocated elsewhere and engender bad blood for years, if not generations. Despite this long-standing "tradition" of fighting over water, the Forest Service and the water users of Valley were able to come together and find a solution to protect the forest and assure the Forest Service met its statutory mandates while preserving the rights and reasonable expectations of the Valley's water users. This was not easy to accomplish and, in fact, it was a long and hard road to reach the agreement embodied in the 81CW183 Decree. It is likely this agreement would not have occurred without the good relationship between the Forest Service, the District and the water users. The Decree was reached because of the trust that had been built up; trust that was hard won over the years and continues through this day. The Forest Service and the Valley enjoy a relationship that may be unique throughout the west – one of mutual trust and respect. However, if the Forest Service were to renege on any portion of the agreement that resulted in the 81CW183 Decree, that trust would likely be irreparably damaged. The RGWCD considers the Forest Service to be a great partner in protecting the water resources and the water users of the San Luis Valley and does not want to see that partnership damaged by an attempt by the Forest Service to take any actions that would be at variance with the express terms of the 81CW183 Decree.

Third, as a practical matter, changing the Forest Plan will not result in any additional flows within the Forest itself or provide any additional flows to the values or resources downstream of the Forest Boundary. The National Forests within Water Division No. 3 are located high above the vast majority of water users within the San Luis Valley. The very limited number of non-federal water rights at, or above, the Forest boundary have already been recognized and the existence of these structures embodied in the stipulation to 81CW183. The