percent of Unit 1). All 4 landowners completed lynx plans using guidelines in the Service's *Canada lynx management guidelines for Maine* (McCollough 2007, entire). NRCS contracts with the landowners last for 10 years and these contracts expired in 2016 and 2017. The HFRP described an opportunity for enrollees to apply for Safe Harbor Agreements when their contracts expired, although none have yet indicated an interest in doing so. Management plans were written for a 70-year period; therefore, some landowners may continue voluntary lynx management activities. Many private landowners in Maine are enrolled in forest certification programs; the Sustainable Forestry Initiative (SFI) and Forest Stewardship Council (FSC). Both programs require landowners to protect endangered species and their habitats. Maine has more than 40,500 km$^2$ (15,625 mi$^2$) of certified forestland; more than any other state[9]. It is uncertain how certified landowners address lynx management. About 10,117 km$^2$ (3,906 mi$^2$; 35 percent of Unit 1) of private lands in northern Maine are under "working woodland" conservation easements[10]; although these covenants do not require specific management practices or outcomes beyond sustainable forestry, they do ensure that conversions to other land uses will never occur (MDIFW 2017, p. 2). In the past Maine private forest landowners have expressed interest in long-term commitments to lynx management plans, but to our knowledge, there are no private landowners in Maine who have committed to long-term or permanent protection and creation of lynx habitat according to the Service's lynx management guidelines or the LCAS.

State lands include Baxter State Park (809 km$^2$ [312 mi$^2$; about 3 percent of Unit 1]) and the various lots owned and managed by the Maine Bureau of Parks and Lands (MBPL). Most of Baxter State Park is managed as wilderness area, and lynx sightings in the Park are rare, probably because most of the park is mature forest that does not support high hare densities. MBPL integrated resource policy requires that it promote the conservation of Federally-listed species. To our knowledge, with one exception, MBPL has not developed any lynx-specific management plans. However, the mitigation for the MDIFW's incidental take permit for trapping requires the maintenance, enhancement and creation of lynx habitat on about 28 percent of the MBPL's 89-km$^2$ (34-mi$^2$) Seboomook habitat management unit during a 15-year period, with those habitats likely available to lynx beyond that time.

*Unit 2: Northeastern Minnesota* - State and private lands constitute about 36 percent and 16 percent, respectively, of this SSA unit. The MNDNR Division of Forestry regulates timber harvest and management on State and private lands. Under the Sustainable Forest Resources Act of 1995 (revised most recently in 2014 [MNFRC 2014, p. 1]), the Minnesota Forest Resources Council (MNFRC) has developed voluntary guidelines for site-level timber harvesting and forest management (MNFRC 2012, p. 1) that are intended for private and State landowners and include some general recommendations for wildlife including lynx. However, because they are voluntary, the extent to which these guidelines benefit lynx is uncertain (see sections 4.2.2 and 5.2.2 below).

---

[9] http://nsrcforest.org/sites/default/files/uploads/seymoursherwood13full.pdf, accessed 7.27.2017
[10] http://web.colby.edu/stateofmaine2012/state-of-large-landscape-conservation-in-maine/, accessed 8.18.2016.

63

*Unit 3: Northwestern Montana/Northeastern Idaho* - State and private lands constitute about 4 percent and 8 percent, respectively, of this SSA unit and almost all are in the Montana portion of the unit. The Montana Department of Natural Resources and Conservation (MTDNRC) administers several laws pertaining to forest practices on State and private lands. These laws are intended to protect streamside management zones, reduce fire hazards, and provide BMPs to minimize non-point source water pollution[11]. Although these laws may provide indirect benefits to lynx and other wildlife, they do not include specific measures to conserve or avoid impacts to lynx habitats. However, the MTDNRC and the Service collaborated on a multi-species habitat conservation plan (HCP) for forested State Trust lands that includes a Lynx Conservation Strategy to minimize impacts of forest management activities on lynx and describes conservation commitments that are based on recent information from lynx research in Montana (USFWS 2104, pp. 22-23; 79 FR 54835-54837). This HCP covers about 64 percent of the State lands in this SSA unit, regulates activities primarily associated with commercial forest management to conserve lynx foraging, denning, and connectivity habitats, and includes a 50-year commitment (79 FR 54835-54836). Additional details on this HCP and other programs for conserving lynx habitats on State and private lands in this unit are provided in section 4.2.3 below.

*Unit 4: North-central Washington* - State and private lands constitute about 8 percent and 0.3 percent, respectively, of this SSA unit and most are State Trust lands in the Loomis State Forest, which accounts for all 426 $km^2$ (164 $mi^2$) of State lands in this unit. The Washington Department of Natural Resources (WADNR) administers rules guiding forest practices, such as timber harvests and road building, on State, private, and tribal forests in Washington. The Forest Practices Board, an independent State agency, adopts forest practices rules to protect water quality, fish habitat, other public resources and guide DNR's permitting process for timber harvests and other forest practices statewide. The WADNR developed a Lynx Habitat Management Plan (LHMP) for WDNR-managed lands distributed throughout north-central and northeastern Washington in areas delineated as Lynx Management Zones in the Washington State Lynx Recovery Plan (Stinson 2001, entire; Washington DNR 2006, entire). The WADNR LHMP guides timber harvest and other vegetation management on these lands, including the part of the Loomis State Forest that occurs in this unit, with the goal of creating and preserving quality lynx habitat through its forest management activities. Additional information on the LHMP is provided in sections 4.2.4 and 5.2.4 below.

*Unit 5: GYA* - State and private lands constitute about 0.3 percent and just over 2 percent, respectively, of this SSA unit and, combined, likely have little influence on lynx population persistence. Forestry regulations for the Montana portion of this unit are described above. In the Wyoming portion, the Wyoming State Forestry Division is responsible for the management of forested trust land across the state, including timber management and harvest, for long term forest health and productivity. Although the Division's programs may provide some indirect benefits to lynx, they do not include species- or habitat-specific regulations or conservation measures.

---

[11] http://dnrc.mt.gov/divisions/forestry/forestry-assistance/forest-practices, accessed 7.18.2016.

Rvsd Plan - 00003852

_Unit 6: Western Colorado_ - State and private lands constitute about 0.6 percent and over 9 percent, respectively, of this SSA unit. The Colorado Department of Natural Resources and the State Division of Forestry oversee forest management activities on State and private lands in Colorado.

Tribal Management: Tribal lands contribute 1,408 km$^2$ (544 mi$^2$; just over 1 percent) of lynx habitat to the geographic units evaluated in this SSA. This includes lands of the Passamaquoddy Tribe and the Penobscot Indian Nation in Maine (248 km$^2$ [96 mi$^2$] in Unit 1), Grand Portage Band of Lake Superior Chippewa in Minnesota (202 km$^2$ [78 mi$^2$] in Unit 2), and the Confederated Salish and Kootenai Tribes of the Flathead Nation - Flathead Reservation in Montana (958 km$^2$ [370 mi$^2$] in Unit 3). Tribal management of these lands is expected to benefit lynx and lynx habitats. No tribal lands occur within SSA units 4, 5, or 6.

_Unit 1: Northern Maine_ - Tribal lands represent less than 1 percent of this unit. The Passamaquoddy Tribe has lands enrolled in the Healthy Forest Reserve Program, described above. The Passamaquoddy Tribe's stated environmental mission is "...to protect the environment and conserve natural resources within all Passamaquoddy lands, waters, and the air we share" (Passamaquoddy Tribe 2014, entire). That of the Penobscot Indian Nation Department of Natural Resources is "...to manage, develop and protect the Penobscot Nation's natural resources in a sustainable manner that protects and enhances the cultural integrity of the Tribe" (Penobscot Indian Nation 2014, entire). Hunting, trapping or possessing lynx are prohibited in accordance with the Penobscot Indian Nation Chapter VII Inland Fish and Game Regulations – Section 204 (Penobscot Indian Nation 2012, p. 15). Tribal lands of the Aroostook Band of Micmac Indians and Houlton Band of Maliseet Indians occur immediately adjacent to this unit and lynx are thought to occupy both areas occasionally.

_Unit 2: Northeastern Minnesota_ - Tribal lands of the Grand Portage Indian Reservation and the Bois Forte Indian Reservation—Vermillion Lake District represent 1 percent of this SSA unit. The Grand Portage Band of Chippewa has been actively working on lynx conservation since 2004. In October 2007, the Band hosted an international conference on lynx research and conservation where more than 50 researchers from the United States and Canada presented results of research on lynx diet, habitat, and management. Additionally, on-reservation timber sales and harvest practices follow an integrated management plan for priority wildlife management, sustainable economic development, and recreational uses. The Band's timber management practices benefit populations of snowshoe hares, the lynx's primary prey (Deschampe 2008, entire).

_Unit 3: Northwestern Montana/Northeastern Idaho_ - Tribal lands of the Confederated Salish and Kootenai Tribes of the Flathead Nation, Flathead Reservation represent nearly 4 percent of this SSA unit. The mission statement of the Tribes' Fish, Wildlife, Recreation and Conservation Division is "...to protect and enhance the fish, wildlife, and wildland resources of the Tribes for continued use by the generations of today and tomorrow" (Confederated Salish and Kootenai Tribes 2014a, entire). An objective of the Tribes' Tribal Wildlife Management Program Plan is to ". . . develop and implement habitat management guidelines for Canadian lynx in coordination

65

with the Forestry Department as specified in the Forest Management Plan'' (Confederated Salish and Kootenai Tribes. 2014b, p. 5). The Forest Management Plan states that ''Standards for lynx management and habitat protection are set forth in the Canada Lynx Conservation Assessment and Strategy. This strategy guides land management activity in lynx foraging and denning habitat. Lynx occurrence and populations will continue to be monitored on the Reservation'' (Confederated Salish and Kootenai Tribes 2000, p. 285).

In summary, a variety of State wildlife and forestry regulations and conservation efforts, along with Tribal resource management objectives, influence activities in lynx habitats across the range of the DPS. While many of these clearly benefit lynx habitats and likely contribute to the persistence of resident populations, uncertainty remains regarding the effectiveness of some regulations and voluntary programs or measures in maintaining or restoring lynx habitats. This may be especially important with regard to timber management regulations and programs on private lands, which constitute the majority of lands in the Northern Maine geographic unit and a substantial amount of the Northeastern Minnesota unit.

## 3.2 Climate Change

''Climate'' refers to the mean and variability of different types of weather conditions over time, with 30 years being a typical period for such measurements (IPCC 2007, p. 78; IPCC 2014b, pp. 119-120). The term ''climate change'' thus refers to a change in climate that can be identified statistically by changes in the mean and/or variability of 1 or more measures of climate (e.g., temperature or precipitation) that persists for decades or longer, whether the change is a result of natural variability, human activity, or both (IPCC 2014a, p. 5). Various types of changes in climate can have direct or indirect effects on species. These effects may be positive, neutral, or negative, and they may change over time, depending on the species and other relevant considerations, such as the effects of interactions of climate with other variables (e.g., habitat fragmentation; IPCC 2007, pp. 8–14, 18–19; Melillo *et al*. 2014, p. 12).

In 2014, the International Panel on Climate Change (IPCC) released its Fifth Assessment Report (AR5), which represents the current scientific consensus on global and regional climate change and the best synthesis of scientific data available in this rapidly changing field. The AR5 largely reaffirms the conclusions of previous reports that the global climate is warming at an accelerating rate and that this warming is largely the result of human activities and the associated release of carbon dioxide and other greenhouse gases into the atmosphere (IPCC 2014a, entire). The report concludes that the strongest and most comprehensive evidence of the impacts of climate change is in natural systems, where many species have responded by shifting their geographic ranges, seasonal activities, migration patterns, abundances, and species interactions (IPCC 2014a, p. 4). It also concludes that projected climate change during and beyond the 21st Century will likely increase extinction risk for many terrestrial and freshwater species (IPCC 2014a, pp. 14–15).

Globally, annual average temperature increased by 0.61°C (1.1°F; range = -0.53° to +2.50°C [-0.95° to +4.5°F]) from 1850-1900 to 1986-2005 (IPCC 2014a, pp. 10-11). Greenhouse gas

66

emissions are increasing and tracking levels predicted by models for high emissions scenarios (e.g., RCP 8.5; Hartmann *et al.* 2013, p. 180, 187-189; Peters *et al.* 2013, entire; Friedlingstein *et al.* 2014, p. 709, 712; Fuss *et al.* 2014, p. 851). Analysis of paleoclimate data indicates 20th century warming is likely to have been the largest of any century within the last 1,000 years (Folland *et al.* 2001, pp. 99-101). These changes are predicted to continue and accelerate under future climate scenarios (Hall and Fagre 2003, fig. 7; Peters *et al.* 2013, entire, fig. 1). The IPCC projects that mean surface temperature will likely increase globally by 0.4° - 2.6°C (0.7° - 4.7°F) by mid-century and 0.3° - 4.8°C (0.5° - 8.6°F) by the end of this century relative to the 1986-2005 period (IPCC 2104b, p. 60). Rogelj *et al.* (2012, entire, table 1) concluded that the change in global mean surface temperature at equilibrium by 2100 has a greater than 95 percent probability of increasing more than 1.5°C (2.7°F), a 76 percent probability of increasing 2° - 4.5°C (3.6° - 8°F), and a 14 percent probability of exceeding 4.5°C (8°F).

In North America, climate history and projections from regional climate models corroborate global models, and indicate that both eastern and western North America, including all portions of the lynx DPS, have warmed in the last century and are likely to warm by 1° to 3°C (1.8° to 5.4°F) by the year 2050 (Christensen *et al.* 2007, p. 889; IPCC 2014a, pp. 23, 31; Romero-Lankao *et al.* 2014, pp. 1452-1454) and by 1.7° to 5.6°C (3° to 10°F) by the end of this century (Melillo *et al.* 2014, p. 8). The greatest increases in winter surface air temperatures in North American are projected in the interior of Canada, but large increases (in the range of 3.9°C [7°F]) are also expected in the northern contiguous United States by 2051 to 2060 (NOAA 2007[12], entire). To date, the observed and predicted increases in surface temperatures have been greater in the Northern Rocky Mountains and the Northeast (much of the lynx DPS) than elsewhere in the contiguous United States (Romero-Lankao *et al.* 2014, pp. 1453-1454; Lynx SSA Team 2016a, pp. 14-15). For example, in the Northern Rockies at Glacier National Park, mean summer temperatures increased 1.7°C (3.0°F) between 1910 and 1980, resulting in lower snowpack, earlier spring melt, and distributional shifts in vegetation (Hall and Fagre 2003, pp. 134–139; Fagre 2005, pp. 4–9). Observed impacts attributable to climate change that may affect lynx habitats and populations include upslope and northward shifts in species distributions across multiple taxa, decreases in snow cover and duration, and increased wildfire and insect activity in boreal and subarctic conifer forests of Canada and the western United States (Vaughan *et al.* 2013, pp. 358-360; Georgakakos *et al.* 2014, p. 72; Groffman *et al.* 2014, pp. 200-205; IPCC 2014a, p. 31; Joyce *et al.* 2014, pp. 176-179; Melillo *et al.* 2014, p. 17; Romero-Lankao *et al.* 2014, pp. 1456, 1458-1461).

When we listed the DPS in 2000, the Service determined there was no evidence that global warming was a threat to lynx (65 FR 16068-16069). In 2003, we concluded that the information available regarding the potential impact of climate change on lynx was speculative and did not demonstrate a threat to lynx (68 FR 40083, 40098). In the 2005 recovery outline, we acknowledged that continued climate warming was likely to negatively affect the boreal forest ecosystem for which lynx are highly adapted, eventually causing it to recede north and/or to higher, colder elevations, potentially resulting in a substantial future reduction or even

---

[12] https://www.gfdl.noaa.gov/wp-content/uploads/files/research/climate-change/gfdlhighlight_vol1n6.pdf last accessed 7.27.2017.

elimination of lynx habitats from the contiguous United States (USFWS 2005, pp. 11, 14). In the 2009 and 2014 revised critical habitat designations, the Service acknowledged that new science suggested that climate change may pose a significant risk to the future conservation of the lynx DPS (74 FR 8617, 8621; 79 FR 54811).

There is growing scientific evidence of accelerated athropogenically-influenced global climate warming during the 20th and early 21st centuries and little doubt among climatologists that this warming will continue and may increase in the future (Hansen *et al.* 2006, entire; IPCC 2014a, entire). Because the lynx is a cold-climate and snow-adapted habitat and prey specialist, there is general agreement that the species is vulnerable (highly sensitive, broadly exposed, and with limited adaptive capacity to respond favorably; therefore, predisposed to be adversely affected [IPCC 2014a, p. 5]) to climate warming and that the anticipated effects of continued warming will be adverse (not beneficial) for lynx, especially at the southern periphery of its range. Therefore, lynx biologists now identify climate change as the factor most likely to influence long-term resiliency of the DPS (Lynx SSA Team 2016a, pp. 14, 17, 19, 21-22, 35-47, 50, 53-57; ILBT 2013, pp. 43, 48, 53, 55, 63, 66, 69-71, 98).

Continued climate warming is expected to diminish boreal forest habitats and snow conditions at the southern edge of the range (all of the DPS range) that are, in some places, already patchily-distributed and perhaps only marginally capable of supporting resident lynx. Climate models project reductions in the extent of boreal forest habitats and snow conditions thought necessary to support lynx throughout the DPS, with both features predicted to migrate northward in latitude and to higher elevations (where possible; Sturm *et al.* 2001, pp. 342-342; Carroll 2007, pp. 1099-1102; Danby and Hik 2007, pp. 360-362; Gonzalez *et al.* 2007, entire; Gonzalez *et al.* 2010, pp. 761-766; McKelvey *et al.* 2011, entire; Johnston *et al.* 2012, pp. 8-11; ILBT 2013, p. 69; Koen *et al.* 2015. p. 528;). This would result in fewer, smaller, and more fragmented and isolated areas capable of supporting resident lynx and therefore smaller and more isolated lynx populations that would be more vulnerable to stochastic environmental and demographic events and genetic drift (Carroll 2007, pp. 1099–1100; Johnston *et al.* 2012, p. 11; 79 FR 54811; Schwartz 2017, pp. 4-5). Climate change has also been linked to increases in wildfire and forest insect activities in North America (Joyce *et al.* 2014, pp. 177-179; Romero-Lankao *et al.* 2014, pp. 1459-1461); two important components of boreal forest disturbance and, therefore, lynx habitat quality, quantity, and distribution. It also may affect other factors that could influence the future health of lynx populations in the DPS, such as hare/lynx cycles in Canada, disease transmission, and parasites.

Although projected climate warming is expected to reduce the future distribution and number of lynx in the DPS, there remains substantial uncertainty about the timing, rate, magnitude, and extent of potential impacts that may affect lynx populations in the DPS and how (and when) those populations may respond to increasing tempreatures and altered precipitation patterns and disturbance regimes. Despite these uncertainties, specific effects of climate warming on lynx, hares, and their habitats in the DPS range that are occurring or can be reasonably anticipated include: 1) northward and upslope contraction of boreal spruce-fir forest types, 2) northward and upslope contraction of snow conditions believed to favor lynx over other terrestrial hare

Rvsd Plan - 00003856

predators, 3) reduced hare populations and densities, and 4) changes in the frequency, pattern, and intensity of forest disturbance events. Other potential effects of projected warming include: 5) reduced gene flow between Canadian and DPS lynx populations, 6) changes in the periodicity and amplitude of northern hare cycles, which could result in reduced lynx immigration to the DPS from Canada, and 7) increased or novel diseases and parasites. Each of these factors is discussed in more detail below.

_Northward and Upslope Contraction of Boreal Spruce-fir Forest Types_ – Historically, boreal forest (lynx habitat) distribution in the contiguous United States has changed dramatically in response to changes in climatic conditions. It nearly disappeared from the Northeast 1,000 years ago during the interglacial warming period, then returned south into New England only in the past few centuries during the "Little Ice Age" (DeHayes _et al._ 2000, entire; Schauffler and Jacobson 2002, entire; also see 5.2.1). In the West during prehistorical periods of warmer climate, the alpine treeline ecotone (upper elevation of lynx boreal habitat) and deciduous-boreal forest ecotone (lower elevation of lynx boreal habitat) readily moved upslope in both the Northern and Southern Rockies (Legg and Baker 1980, pp. 331-332; Kearney and Luckman 1983, pp. 783-784). Boreal forest was likely continuous from the Canadian border south through the Southern Rockies of Colorado and northern New Mexico until the climate began warming and drying beginning about 15,000 years ago. That warming caused a northward and upslope retreat of the boreal zone to its current distribution, which has resulted in a naturally patchy distribution of boreal forest in the western United States that has remained relatively stable for the past 3,000 years (ILBT 2013, p. 50), with some patches largely isolated from more contiguous areas of boreal forest to the north.

Now, projected temperature increases and changes in precipitation patterns are expected to again shift the distribution of northern hemisphere ecosystems northward and up mountain slopes (McDonald and Brown 1992, pp. 411–412; Danby and Hik 2007, pp. 358–359; IPCC 2014a, pp. 3, 24-29; Groffman _et al._ 2014, p. 200). On a global or continental scale, there is general agreement that temperature is a primary determinant of treeline (Decker and Fink 2014, p. 122). Based on historical evidence, treeline is generally expected to migrate to higher elevations as temperatures warm, as permitted by local microsite conditions, although there may be a lag time in some mountain ranges (Smith _et al._ 2003, entire; Richardson and Friedland 2009, pp. 7-8, 15-16; Grafius _et al._ 2012, entire; Decker and Fink 2014, p. 67). McKenney _et al._ (2007, entire) predicted that the ranges of North American tree species will likely decrease, on average, by 12 percent and will shift northward by 700 km (435 mi) during this century. Several authors have also suggested that grasslands, aspen (_Populus_ spp.) parklands, and temperate forest will expand northward, resulting in decreases in some areas that are currently boreal forest (Rizzo and Wiken 1992, p. 50; Starfield and Chapin 1996, entire; Rupp _et al._ 2000, entire; Galatowitsch _et al._ 2009, pp. 2015-2018), which could further fragment spruce-fir habitat (Iverson _et al._ 2008, p. 404; Tang and Beckage 2010, pp. 152-156; Rustad _et al._ 2012, p. 15; Simons-Legaard _et al._ 2016, p. 5). Thus, projected future warming is expected to cause another northward and upslope contraction of boreal forest in some parts of the contiguous United States (and in Canada; Groffman _et al._ 2014, p. 200), likely with negative

Rvsd Plan - 00003857

consequences for both lynx and snowshoe hare populations in the DPS and in southern Canada (Gonzalez *et al.* 2007, entire).

Some predicted changes to the boreal forest are already occurring, and much of the climate-induced change is occurring faster than originally predicted, suggesting rapid change as opposed to slow linear change (Soja *et al.* 2007, pp. 5-6; Settele *et al.* 2014, pp. 303-305). Globally, temperatures are increasing and snowfall is declining at the fastest rates in the high-latitude boreal forests of Canada and Eurasia (IPCC 2007, pp. 9, 52, 72), and climate models agree that winter warming across the circumboreal region will likely exceed 40 percent above the global mean winter warming (Soja *et al.* 2007, p. 4). Higher summer temperatures are thought to limit the distribution of boreal spruce-fir forests, which also are believed to be more sensitive to drought than other forests (Iverson and Prasad 2001, pp.192–196; Lenton *et al.* 2008, pp. 1788, 1791). In fact, over the past century, northward and upward (in elevation) biome shifts (the replacement at a location of one suite of species by another) in boreal ecosystems have been detected in numerous locations (Settele *et al.* 2014, pp. 278-279). Several studies (Joos *et al.* 2001, entire; Lucht *et al.* 2006, entire) suggest a temperature-increase threshold for boreal forest dieback of about 3°C (5.4°F), and some boreal forests are experiencing increases in tree mortality (Peng *et al.* 2011, entire). For example, widespread mortality and reduced growth in red spruce (*Picea rubens*; a component of lynx habitat in Unit 1) in the Northeastern United States in the 1960s to 1980s were believed to be linked to climate stress (McLaughlin *et al.* 1987, p. 501; Johnson *et al.* 1988, p. 5373).

Although increased precipitation is expected in the boreal region of Canada, particularly during the winter, it may be offset by increases in summer drought, heat stress, and evapotranspiration (Stocks *et al.* 1998, entire). Lienard *et al.* (2016, p. 7) conclude that spruce-fir forest types in New England, the Northern Great Plains, and higher elevations in the Rockies are vulnerable to drought-related stress from climate change during the next century. Nonetheless, Decker and Fink (2014, pp. 66-69) concluded that spruce-fir habitats in Colorado are only moderately vulnerable to the effects of climate change by mid-century under a moderate emissions scenario. Similarly, Keane *et al.* (*in press*, p. 209) concluded that while subalpine fir (*Abies lasiocarpa*; a major component of lynx habitats in western geographic units [3, 4, 5, and 6]) is likely to shift in distribution in the Northern Rockies, gains (expansion) will likely balance losses (contraction). They also concluded that Engelmann spruce (*Picea engelmanii*; also a major component of the 4 western geographic units), though highly sensitive to climate warming, will likely persist on the Northern Rockies landscape (Keane *et al. in press*, p. 213).

Upslope migration of boreal forest could occur either gradually or as a series of scattered, rapid advances as climate thresholds are crossed (Kupfer and Cairns 1996, p. 259-261) and may be limited by high winds, desiccation, and soil depths not conducive to conifer colonization. At lower elevations, the upslope movement of the deciduous-boreal ecotone is limited by excessively cold winter temperatures (generally -40°C [-40°F]), moisture (cloud, fog line), and acidic soils (Kupfer and Cairns 1996, p. 263-264). Boreal treelines in Scandinavia moved upslope an average of 40 meters (m; 131 feet [ft]), but in some locations up to 100 m (328 ft), during a recent 50-year period of warming (Kullman 1990, entire). In the Yukon, upslope

70

Rvsd Plan - 00003858

migration of spruce-fir seemed to be triggered by climate thresholds and was characterized by slow, gradual change followed by rapid advances (Danby and Hik 2007, p. 361). In Vermont, the northern hardwood-boreal ecotone moved upslope 91-119 m (299-390 ft) between 1962 and 2005 consistent with rapidly increasing cloud ceilings in the Northeast, which is believed to be closely associated with this ecotone transition (Beckage *et al.* 2008, pp. 4200-4201). Overall, the rate at which boreal forest could retreat upslope is highly speculative depending on how climate change may affect complex moisture and temperature regimes, and there could be a lag time before these community types shift (Kupfer and Cairns 1996, p. 268).

In summary, climate change is expected to further fragment boreal forest in southern Canada (Hogg 1994, entire) and in the contiguous United States, potentially reducing connectivity between lynx populations at the southern periphery of the species' range. As temperatures increase, lynx and hare habitats and, therefore, lynx distribution, are likely to recede northward and shift upward in elevation within its currently occupied range (Gonzalez *et al.* 2007, pp. 7, 13–14, 19; Beckage *et al.* 2008, entire; Jacobson *et al.* 2009, pp. 26–27, 30–31; Vashon *et al.* 2012, pp. 60, 64; ILBT 2013, p. 69). In the contiguous United States, researchers expect that lynx in mountainous habitat will, to some extent, track climate changes by using higher elevations on mountain slopes, assuming that vegetation communities supportive of lynx and hare habitats also move upslope with temperature and precipitation shifts (Gonzalez *et al.* 2007, p. 7). However, some areas of the DPS (e.g., Maine, Minnesota) lack such potential elevational refugia (Carroll 2007, pp. 1098-1102). Under a suite of emissions and climate change scenarios, boreal spruce-fir forests (lynx habitats) are projected to diminish dramatically and, under higher emissions scenarios, could largely or completely disappear from much of the DPS range by the end of this century (e.g., in Maine and Minnesota [Iverson and Prasad 2001, pp. 186, 195-196; Iverson *et al.* 2008, pp. 400, 403; Galatowitsch *et al.* 2009, pp. 2015-2016] and in the Rocky and Cascade Mountains in the west [Gonzalez *et al.* 2007, pp. 15-18; Johnston *et al.* 2012, pp. 6–13]). Under these scenarios and combined with projected impacts to snow conditions (see below), lynx populations would be anticipated to decline accordingly, with the potential loss of some DPS populations by the end of the century (Carroll 2007, pp. 1098–1102; Johnston *et al.* 2012, pp. 7-13). Although there remains much uncertainty regarding the timing, rate, and extent of modeled changes, ultimately, future northward and upslope contraction of lynx habitat in the DPS would likely result in fewer, smaller, and more isolated lynx populations that would be at increasing risk of extirpation resulting from demographic or environmental stochasiticty or genetic drift.

*Northward and Upslope Contraction of Snow* - As described above (section 2.2), the lynx's long limbs, large feet, and low foot-loading are believed to give it an advantage in snowy conditions over terrestrial competitors and predators. Although specific snow requirements for lynx (amount/depth, quality, persistence) have not been quantified throughout the DPS range, climate warming is diminishing snow conditions in the contiguous United States. Warmer winter temperatures are reducing snow cover extent and duration and altering snow structure via a combination of a higher proportion of precipitation falling as rain, more winter thaw-freeze events, higher rates of snowmelt during winter, and earlier spring melt and runoff (Hamlet and Lettenmaier 1999, p. 1609; Brown 2000, p. 2347; Hoving 2001, pp. 73–75; Mote 2003a, p. 3–1;

Rvsd Plan - 00003859

Christensen *et al*. 2004, p.347; Knowles *et al*. 2006, pp. 4548–4549; Mote *et al*. 2008, entire; Pierce *et al*. 2008, entire; Abatzoglou 2011, entire; Vaughn *et al*. 2013, pp. 358-359; Georgakakos *et al*. 2014, pp. 71-85). These trends are expected to continue with projected future climate warming (Hamlet and Lettenmaier 1999, p. 1611; Christensen *et al*. 2004, p. 347; Mote *et al*. 2005, p. 48; Christensen *et al*. 2007, p. 850; McKelvey *et al*. 2011, pp. 2887-2896; IPCC 2014b, p. 62). The IPCC projects that spring snow cover in the Northern Hemisphere is likely to decrease by 7-25 percent by the end of this century (IPCC 2014b, p. 62) and that ''snow season length and snow depth are very likely to decrease in most of North America except in the northernmost part of Canada where maximum snow depth is likely to increase'' (Christensen *et al*. 2007, p. 850). Because lynx occurrence is correlated with prolonged periods of deep, fluffy snow, current lynx habitats would be expected to decline in value for lynx with decreases in snow condition and duration (Hoving 2001, p. 73; Carroll 2007, pp. 1100-1103; Gonzalez *et al*. 2007, entire).

Warming in recent decades corresponded to a substantial decline in snow cover duration in North America, particularly in the mountains of the western United States (Mote *et al*. 2005, pp. 47-48; Kapnick and Hall 2012, entire). These areas have historically been snow-covered from November through March, but the length of snowfall-conducive temperatures over many western mountain ranges could be reduced from about 5 months to about 3 months (December-February) by mid-century (Klos *et al*. 2014, p. 4566). Spring snowpack has already declined in many parts of the Rockies, especially since the mid-20[th] century, despite overall increases in winter precipitation in many places (Mote *et al*. 2005, entire; Scalzitti *et al*. 2016, pp. 5367-5368). The recent rate of decline in the snowpack of the Northern Rockies is unprecedented in the last 1,000 years (Pederson *et al*. 2011, entire), and some mountainous regions appear to be warming faster than global land averages (Rangwalla and Miller 2012, entire). However, Oyler *et al*. (2015, entire) showed that systematic errors in temperature measurements at some Snow Telemetry (SNOTEL) sites resulted in the artificial amplification of mountain climate trends. In particular, during late spring the commonly used climate datasets (PRISM and Daymet) show elevation increases of 274 m (899 ft) and 487 m (1,598 ft), respectively, in minimum (snow-inducing) temperatures, while data with the systematic errors corrected show a statistically nonsignificant change of 66 m (217 ft; IDFG 2017a, p. 6). Nonetheless, the western United States has clearly warmed over the latter half of the 20th century, and this trend is very likely to continue into the future.

Estimating trends in snowpack is challenging because the high variability in snowpack dynamics and microsite variations due to canopy cover, aspect, and elevation are not well-reflected in observation records (Hubbart *et al*. 2015, pp. 885-892; Rasouli *et al*. 2015, pp. 3937-3938; Painter *et al*. 2016, p. 149; IDFG 2017a, p. 7). Nonetheless, snowpack losses have been documented and will likely continue and could even accelerate in the future (Hamlet and Lettenmaier 1999, entire; Payne *et al*. 2004, entire; McKelvey *et al*. 2011, entire; Kapnick and Hall 2012, pp. 14-16; Ashfaq *et al*. 2013, entire; Lute *et al*. 2015, 969-971), with faster losses likely in milder climates like the Cascades and the slowest losses in the high peaks of the Northern Rockies and Southern Sierras. For every 1°C (1.8°F) increase in temperature, snowline is projected to retreat upslope about 150 m (492 ft) in elevation (Beniston 2016, p.

72

106). In the West, areas of contiguous spring snow cover are projected to become smaller and more isolated throughout the Columbia, Upper Missouri, and Upper Colorado Basins, with greatest losses at the southern periphery (McKelvey et al. 2011, pp. 2892-2896). Snow accumulation and duration are also expected to continue to decline generally in the central and eastern portion of the lynx DPS range (Christensen et al. 2007, p. 891; Burns et al. 2009, p. 31; Moen in Lynx SSA Team 2016, p. 19). Similarly, because of diminishing snow resources, potential lynx habitat is diminishing in the northern Appalachians and small areas in the Canadian Maritime Provinces (Carroll 2007, p. 1093). An analysis of recent and potential future snow cover under a range of IPCC climate scenarios suggests that snow conditions correlated with historical lynx occurrence records could decline by 10-20 percent across the continental United States and Canada and by 46-84 percent in the contiguous United States by the end of the century (Gonzalez et al. 2007, pp. 4, 7, 12-14).

Across North America, a significant increase in the proportion of winter precipitation falling as rain rather than snow has also contributed to reduced depth and persistence of winter snowpack (Brown 2000, pp. 2347-2354; Dyer and Mote 2006, entire; Georgakakos et al. 2014, pp. 71-72) and increased snow density (Hodgkins and Dudley 2006, entire). Because winter temperatures have increased disproportionately, especially in the coldest northern tier states (Tebaldi et al. 2013, entire), the amount of winter precipitation falling as rain instead of snow has also increased throughout the DPS (Huntington et al. 2004, entire; Knowles et al. 2006, entire; Feng and Hu 2007, entire). If greenhouse gas emissions continue at the current rate, by 2100, the elevation above which it snows and below which it rains could climb as much as 244 m (800 ft) in the Colorado Rockies and by 423 m (1,400 ft) in the Rockies of Idaho and Wyoming, with the snow line projected to rise by an average of 290 m (950 ft) across 6 Western mountain regions (Scalzitti et al. 2016, p. 1564).

Shifts in the timing of the initiation of spring runoff toward earlier dates in western North America are also well documented (Hamlet and Lettenmaier 1999, p. 1609; Brown 2000, p. 2347; Cayan et al. 2001, pp. 409–410; Christensen et al. 2004, p. 347; Mote et al. 2005, p. 41; Knowles et al. 2006, p. 4554). In addition, a feedback (albedo) effect is likely to amplify regional warming and accelerate the rate of loss of snow cover because of the reflective nature of snow and the relative heat-absorbing properties of non-snow-covered ground (Vaughan et al. 2013, pp. 321, 358-361). This feedback effect causes the greatest warming to occur at the interface of snow-covered and exposed areas, increasing the rate at which melting occurs in spring (Groisman et al. 1994a, pp. 1637–1648; Groisman et al. 1994b, pp. 198–200). This effect has shifted the average date of peak snowmelt 3 weeks earlier in spring in the Intermountain West (Fagre 2005, p. 4). This albedo effect is further exacerbated by atmospheric soot and desert dust on the snow surface (Painter et al. 2007, entire; Qian et al. 2009, entire) and fire-darkened landscapes (Amiro et al. 2006, pp. 47-49).

Warming and more frequent winter rains and thaws are also contributing to changes in snowpack structure; namely replacing deep, unconsolidated snow with harder, crustier snow. These snow conditions are expected to occur at higher latitudes (Callaghan et al. 2011, entire) and higher elevations in the Rockies (Abatzoglou 2011, pp. 1138-1141). As winter temperatures

73

rise above freezing more often, rain on snow events and winter thaws become more common, causing changes in snowpack structure, including larger grain size, basal ice layers, depth hoar (weak layers in the snowpack), and slip planes (crusts and ice layers within the snowpack; Callaghan *et al.* 2011, p. 23). The frequency of winter warm spells is correlated to the hardness of the snow surface and sinking depth, which may influence the hunting efficiency of terrestrial hare predators (Murray and Boutin 1991, entire; Murray *et al.* 1994, p. 1450; 1995, p. 1209; Stenseth *et al.* 2004, p. 10633), potentially reducing the competitive advantage lynx are believed to have over some potential competitors (Pozzanghera *et al.* 2016, pp. 698, 703). These various forms of snow compaction and structure within the snowpack could give a competitive advantage to other terrestrial predators/competitors with higher foot-loading that would normally have difficulty traveling and hunting efficiently in deep, unconsolidated snow (Murray and Boutin 1991, entire; Murray *et al.* 1994, p. 1450; Kolbe *et al.* 2007, p. 1409).

The bobcat is the closest related species to lynx in North America, and bobcats occur within or immediately adjacent to all areas occupied by resident lynx populations in the DPS. Bobcats may outcompete or displaces lynx in some areas where the 2 species overlap, at both broad (Peers *et al.* 2013, entire) and local (Parker *et al.* 1983; Robinson 2006, pp. 120-129) geographic scales. In some areas of sympatry, lynx may be displaced to habitats of inferior quality, which could limit survival and productivity at the southern edge of their range (Robinson 2006, pp. 120; Peers *et al.* 2013, entire). Snow depth, consistency, and persistence likely mediate competition between the 2 species (Peers *et al.* 2012, pp. 4-9). Because of their higher foot-loading, bobcats likely hunt less efficiently than lynx in deep, unconsolidated snows (Hoving *et al.* 2005, entire; Krohn *et al.* 2005, pp. 122-129), which appear to limit bobcat mobility and distribution (Litvaitis *et al.* 1986, p. 116). Considering recent and projected future changes in snow conditions described above, stable or increasing bobcat populations in the DPS range (Roberts and Crimmins 2010, p. 170), and the predicted northward expansion of bobcats into areas currently occupied by lynx (Anderson and Lovallo 2003, p. 758; Lavoie *et al.* 2009, pp. 873-874; Roberts and Crimmins 2010, p. 172), lynx may experience increased competition and displacement by bobcats, which could influence lynx distribution and persistence at the southern edge of their range (in all DPS geographic units and in southern Canada).

Loss of favorable snow conditions could also result in increased lynx-bobcat hybridization. Thus far, hybridization has been documented in places (Minnesota, Maine, and New Brunswick) where low topographic relief and variability in winter severity may allow more interaction between the 2 species during the breeding season (Schwartz *et al.* 2004, entire; Homyack *et al.* 2008, entire; ILBT 2013, p. 34). The effects of hybridization on lynx populations in the DPS are uncertain, but it is not currently thought to be a substantial threat (Schwartz *in* Lynx SSA Team 2016a, p. 13). The hybridization rate is currently low (0.24 percent) but it could increase as bobcat populations are expected to move north with continued climate warming and related loss of snow conditions favoring lynx (Murray *et al.* 2008, p. 1465; Koen *et al.* 2015, p. 528). However, because lynx also are expected to shift northward with receding habitat conditions, it is possible that the zone of overlap between lynx and bobcats will shift northward but not increase in size, in which case an increase in hybridization rate would not be expected.

74

Although high-elevation areas in the western part of the DPS range (geographic units 3-6) may provide future snow refugia for lynx (Lynx SSA Team 2016a, p. 45), these areas will likely also be affected by continued climate warming, with lynx habitat distribution decreasing and isolation increasing as it moves upslope. Because recent and current rates of climate warming are much faster than occurred historically, it is possible that in these areas snow conditions favorable for lynx may move upslope at a faster rate than boreal forest vegetation, creating a mismatch of these lynx habitat elements. Thus, although it is possible that boreal forest vegetation may persist for some time, snow conditions thought to favor lynx could retreat upslope, potentially precluding lynx use of those boreal habitats and instead favoring potential competitors such as bobcats and coyotes.

_Reduced Hare Populations and Densities_ – Climate change has also been linked to changes in the distribution of snowshoe hares in some parts of the southern edge of their range (Diefenbach _et al_. 2016, entire; Sultaire _et al_. 2016a, entire; 2016b, pp. 900-904). In Wisconsin, snowshoe hare range has contracted northward an average of 8.7 km (5.4 mi) per decade (1980-2014) and is projected to continue to recede northward with continued climate warming (Sultaire _et al_. 2016a, pp. 6-7). The authors concluded that loss of snow now contributes more than loss of habitat in determining the range of snowshoe hares in central Wisconsin (Sultaire _et al_. 2016a, entire). In Pennsylvania from 1983 to 2011, hare range contracted toward the coldest and snowiest areas in the northeastern and northwestern parts of the state, and continued warming may threaten the species' viability there (Diefenbach _et al_. 2016, entire). These 2 studies were of hare populations that do not now and apparently have not historically supported resident lynx populations, but similar contractions could occur in the future among hare populations within the range of resident lynx in the DPS.

Climate change also may affect hare populations in other ways, especially at the southern extent of its range in the DPS and in parts of southern Canada. As described above, changing snow conditions may influence lynx hunting behavior and effectiveness. For example, hard-packed snow is reported to be associated with a higher kill rate of hares by lynx and coyotes compared to soft snow (Buskirk _et al_. 2000a, p. 94; Stenseth _et al_. 2004, p. 10633). Consistently higher kill rates could generate numeric responses (population increases) by lynx and other hare predators (Hone _et al_. 2011, p. 420) that could drive hare populations to lower levels (Stenseth _et al_. 2004, p. 10633). Terrestrial hare predators are generally more diverse at the southern edge of the lynx range than in its core (Murray _et al_. 2008, pp. 1464-1465), and snow conditions that are projected to decreasingly favor lynx and increasingly favor less specialized predators (i.e., those with lower foot-loading) would be expected to result in increased predation on hares in some parts of their southern range.

Climate change is also projected to cause increases in annual precipitation and extreme precitpitation events as well as hotter summers and increasing drought across most of North America (Romero-Lankao 2014, pp. 1452-1456). Because the second litters of snowshoe hares have lower survival in wet summers (Meslow and Keith 1971, entire), increased precipitation may reduce hare numbers. However, because hares have 2 to 4 litters per summer, there is opportunity for compensatory survival of later litters if one is affected by weather (Krebs _et al_.

75

2014, p. 1043). Decreased hare survival may also be expected during prolonged hot, dry summer conditions. Conversely, in dry western forests, increased precipitation may result in more herbaceous forage and cover, which may promote hare survival and reproduction (Ivan *et al.* 2014, p. 590). Thus, climate change may have both positive and negative effects on hares.

The shorter duration and diminished snow cover in the DPS range is also causing an increasingly pronounced mismatch in the timing of hare color change that may reduce hare survival and result in population declines by the end of the century (Mills *et al.* 2013, entire; Zimova *et al.* 2014, entire; 2016, entire). Under a high emissions scenario, projected decreases in snowpack duration by as much as 4 weeks at mid-century and 8 weeks by the end of the century (Mills *et al.* 2013, p. 7362; Zimova *et al.* 2016, p. 304) could have population-level effects on hares at the southern edge of their range (Zimova *et al.* 2016, pp. 304-305). Hares exhibit plasticity in the rate at which they can molt from white to brown in the spring, but not in the initiation date of color change or the fall transition from brown to white (Mills *et al.* 2013, pp. 7362-7363). Hares do not seem to compensate for mismatched color by changing their behavior related to concealment, thus predisposing them to predation (Zimova *et al.* 2014, pp. 5-7). There is wide variability in the timing of pelage change by individual hares within populations, and "mismatched" hares experience increased mortality rates (Zimova *et al.* 2016, p. 302). Under high emission scenarios, hare survival could decline by 11 percent by mid-century and by 23 percent by late century (Zimova *et al.* 2016, p. 304). Lower survival could result in moderate (under a medium-low emissions scenario) to steep (high emissions scenario) declines in hare populations by late century (Zimova *et al.* 2016, p. 304).

This phenotypic color mismatch resulting in reduced hare survival, in conjunction with warming temperatures and decreased snow cover duration, is suspected of contributing to northward contractions of the snowshoe hare range in Wisconsin (Sultaire *et al.* 2016a, entire; 2016b, p. 902) and Pennsylvania (Diefenbach *et al.* 2016, p. 245). It is also possible that this phenological mismatch may affect hare cycles (Zimova *et al.* 2016, p. 305). The northward contraction of hares in Wisconsin over the past 3 decades occurred concurrently with a dampening of hare population cycles (Sultaire *et al.* 2016a, p. 7).

Although increased color mismatch and associated reduced survival have the potential to result in hare population declines as described above, natural selection acting on the wide individual variation in molt phenology might enable evolutionary adaptation/rescue (Zimova *et al.* 2016, p. 305) and the color mismatch should be corrected over time by strong natural selection pressure (ILBT 2013, p. 71; Moen 2017, p. 5). Such selection pressure may explain why snowshoe hares in some parts of the southern periphery of the range do not undergo pelage change in areas with no or little snow cover (e.g., in the Pacific Northwest; Dalquest 1942, pp. 167, 174-175; Nagorsen 1983, entire) or undergo only partial change to white in winter (in Pennsylvania; Gigliotti 2016, pp. 72, 89). However, with projected accelerated climate warming, it is uncertain whether adaptation via natural selection will be able to keep pace with rapid declines in snow cover duration at the southern edge of the snowshoe hare range (Sultaire *et al.* 2016a, p. 6).

76

*Changes in the Frequency, Pattern, and Intensity of Disturbance Events* - The distribution, amount, and composition of lynx habitat could be rapidly and dramatically altered by an increasing occurrence and persistence of drought, along with associated outbreaks of insects and pathogens, wind and ice storms, and wildfires (ILBT 2013, p. 70). All of these factors are potentially interrelated with multiple feedback mechanisms, and some have a cascading effect (Dale *et al*. 2001, p. 729). For example, drought can weaken trees, increasing their vulnerability to insects and pathogens. Insects and pathogens can create dead trees or increase fuel loads, potentially increasing the risk and intensity of fire. The boreal forest is a complex and variable system, and these effects are expected to vary in time and space and may interact. These interactions may appear slowly and be difficult to detect because of the typically long life spans of trees, or they may be manifested quickly after a catastrophic perturbation to the forest.

Drought and heat stress have already affected temperate and boreal forests (Allen *et al*. 2010, entire; Settele *et al*. 2014, p. 6), particularly in the West (geographic units 3-6), where tree mortality rates have increased rapidly in recent decades (van Mantgem *et al*. 2009, entire; Garfin *et al*. 2014, p. 464, 484; Joyce *et al*. 2014, p. 177-179; Mote *et al*. 2014, p. 495-496; Wade *et al*. 2017, p. 166). Increasing growing-season temperature is expected to increase episodic drought duration and/or intensity, which could increase evaporative demand, triggering moisture stress and increased forest vulnerability to periodic widespread regional mortality events (Joye *et al*. 2014, p. 179). Although much of the United States has experienced an increase in prolonged periods of excessively high temperatures and more severe droughts over the past 50 years (Melillo *et al*. 2014, p. 15), thus far it is not possible to attribute changes in North American drought frequency to anthropogenic climate change (Romero-Lankao *et al*. 2014, p. 1456). Nonetheless, some regional trends are apparent. For example, the drought over the last decade in the western United States suggests the driest conditions in 800 years based on tree ring data (Walsh *et al*. 2014, p. 38). Drought is projected to increase in much of the West by the middle and end of this century, including lynx geographic units 5 (GYA) and 6 (Western Colorado; Walsh *et al*. 2014, p. 41, fig. 2.22). Drought conditions are also expected to increase in the Northeast (which includes Unit 1 in Maine; Horton *et al*. 2014, p. 374), Midwest (which includes Unit 2 in Minnesota; Pryor *et al*. 2014, p. 425-426), Great Plains (which includes Unit 3 in western Montana; Shafer *et al*. 2014, p. 442); Northwest (which includes Unit 4 in Washington; Mote *et al*. 2014, p. 495), and Southwest (which includes Unit 6 in Colorado; Garfin *et al*. 2014, pp. 464-465, 468), with drought severity also expected to increase in Montana (Wade *et al*. 2017, pp. 155, 158-164). Increasing drought frequency and intensity are related to increased wildfire and forest insect activity in North America, including throughout much of the DPS range, with these trends expected to continue into the future (Groffman *et al*. 2014, pp. 203, 218; Joyce *et al*. 2014, pp. 176-178, 182; Melillo *et al*. 2014, pp. 9, 17; Romero-Lankao *et al*. 2014, pp. 1448, 1460-1461, 1477).

Wildfire frequency is increasing in boreal forests of North America, and extended fire seasons and increases in the total area burned are anticipated to continue in the western United States with continued climate warming (McKenzie *et al*. 2004, entire; Westerling *et al*. 2006, entire; Romero-Lankao *et al*. 2014, pp. 1447, 1461; Westerling 2016, entire). Evaluating wildfire patterns in the western United States from 1970-2012, Westerling (2016, pp. 5-10) found rapid

77

and dramatic increases in the frequency of large fires, wildfire durations, and the length of the wildfire season beginning in the mid-1980s. Mesic middle- and high-elevation forest types (such as lodgepole pine [*Pinus contorta*] and spruce-fir; i.e., lynx habitats) in the Northern Rockies experienced the greatest increases. Increased spring and summer temperatures and an earlier spring snowmelt strongly influenced large wildfires, suggesting that climate is the primary driver of these changes rather than fire exclusion (suppression), which appears to have had little impact on natural fire regimes of these higher-elevation forest types in this area (ILBT 2013, p. 70). Montana and Wyoming may be acutely sensitive to climate change and, even for a very mild climate-warming scenario, the area burned in the West could roughly double by the end of the century (McKenzie et al. 2004, p. 897). Increases are most likely in dry forests with high-frequency and low-intensity fire regimes (which typically do not provide lynx habitat); in areas of moderate fire frequency and intensity and areas of low frequency and high intensity fires regimes, habitat conditions for lynx may improve (McKenzie *et al.* 2004, p. 899). In contrast, climate change is increasing precipitation in boreal forest regions of eastern North America, which has reduced wildfire frequency (Bergeron *et al.* 2001, p. 388).

Under multiple climate scenarios, large increases in fire frequency are expected for boreal forests in central and western Canada, and reduced frequency in eastern Canada - a situation that reflects past Paleoclimates that were warmer than the present (Flannigan *et al.* 2001, pp. 860-862). Increased fire frequency at the grassland – aspen parkland – boreal forest transition in western Canada may hasten the conversion of boreal forest to aspen parkland and aspen parkland to grassland (Flannigan *et al.* 2001, p. 860-861), which could affect connectivity and gene flow in lynx populations. In the DPS range, large wildfires in north-central Washington (Unit 4) have reduced lynx habitat by 35-40 percent over the past 25 years (see section 4.2.4 below). Large wildfires have also occurred recently in lynx habitats in Units 2, 3, 5 and 6, though impacts to resident populations in those units have not been documented, estimated, or modeled.

Warming and drought are also likely affecting the frequency and intensity of some eruptive boreal forest insect pests and pathogens that affect disturbance patterns in spruce-fir forests (Volney and Fleming 2000, entire; Gray 2008, entire; Groffman *et al.* 2014, p. 203; Joyce *et al.* 2014, pp. 176-178; Melillo *et al.* 2014, p. 17). For example, native bark beetles, such as the spruce beetle (*Dendroctonus rufipennis*) and mountain pine beetle (*Dendroctonus ponderosae*), are key agents of change in coniferous forest ecosystems in western North America and have recently defoliated millions of hectares – among the largest and most severe outbreaks in recorded history (Bentz 2009, entire; USFS 2014, entire; Ivan *in* Lynx SSA Team 2016a, p. 23). Drought-stressed conifers have increased vulnerability to insect attack. Warmer springs also could increase the frequency and duration of wildfires, which in turn could increase vulnerability of surviving trees to bark beetle attack (Westerling *et al.* 2006; Bentz *et al.* 2010, p. 611; ILBT 2013, p. 70). Increasing temperatures and forest homogeneity could create conditions favorable for bark beetle outbreaks that exceed natural disturbance thresholds, perhaps increasing the likelihood of additional outbreaks in the resulting large areas of even-aged forests (Raffa *et al.* 2008, p. 512; ILBT 2013, p. 70). By the end of the century, changes in temperatures across the boreal forests of western North America may cause markedly high probability of outbreak of

78

these species (Bentz *et al.* 2010. pp. 607, 609). In contrast, the range of the spruce budworm, a major pest of spruce-fir ecosystems in eastern North America, is expected to shift northward, potentially reducing vulnerability of spruce-fir forests in Maine and Minnesota (Regniere *et al.* 2012, entire).

Climate change has also been implicated in increases in severe weather events. For example, in January, 1998 a severe ice storm extensively damaged the canopy of many northeastern United States and eastern Canadian forests, causing moderate to severe forest damage to over 40,000 km$^2$ (15,444 mi$^2$) in the Northeast United States and southern Quebec (Jones and Mulhern 1998, p. 19; Irland 2000, entire; Millward and Kraft 2004, entire). Ice storm damage to stands can range from light and patchy to total breakage of all mature stems over extensive areas (Irland 2000, entire). Similarly, in 1999, a derecho (severe wind-and hail-producing thunderstorm; Frelich *in* Lynx SSA Team 2016, p. 14) uprooted and snapped off trees in a 48 km- (30 mi-) long by 6-19 km- (4-12 mi-) wide swath of boreal forest in Unit 2 that impacted over 1,930 km$^2$ (745 mi$^2$)[13] of lynx habitat. It is uncertain how climate change may affect the frequency, intensity, location, and extent of ice storms and derechos; however, atmospheric warming will most likely shift the locations of prevailing ice storms northward.

In summary, natural disturbances (wildfire, forest insect outbreaks, and storms) are essential components of lynx habitats that historically have maintained the mosaic of forest stand seral stages and distriiubtions that benefit lynx. Although these events may diminish lynx and hare habitats by removing forest cover, these impacts are typically temporary, and affected areas typically regenerate into the dense, young conifer stands that are associated with high hare and lynx densities throughout both species' ranges, including in the DPS. However, climate-mediated increases in the frequency, size, and intensity of these events may result in larger proportions of lynx habitats in a temporarily-unfavorable condition that occurs immediately post-disturbance and which may last for 10-40 years or more, depending on the nature of the disturbance and a suite of local climatic, topographical, and soil conditions. Such changes to historical disturbance regimes could affect a number of lynx demographic variables (e.g., distribution, density, survival, productivity) that influence population resiliency and, therefore, the likelihood that populations will persist on the landscape. For example, increased wildfire frequency, size, and intensity has affected over a third of the lynx habitat in Unit 4 over the past 25 years, resulting in increased lynx home ranges size and, therefore, lower density, likely reducing the population's resiliency compared to historical conditions (see sections 4.2.4 and 5.2.4, below).

*Reduced Gene Flow between Canadian and DPS Lynx Populations* - Koen *et al.* (2014a, entire) found that relatively lower neutral genetic diversity, lower allelic richness, and higher genetic differentiation among lynx at the trailing (southern) range edge in Ontario were correlated with high winter temperatures, low snow depth, and a low proportion of suitable habitat since the 1970s. The authors hypothesized that continued climate warming would increasingly create these unsuitable environmental conditions for lynx (e.g., milder winters with reduced snow quality, declining and fragmented boreal forest), at the trailing (southern) edge of the range. The

---

[13] https://en.wikipedia.org/wiki/Boundary_Waters%E2%80%93Canadian_derecho

Rvsd Plan - 00003867

authors surmised that genetic structuring in southern lynx populations could be caused by a northward shift in optimal conditions, potentially resulting in isolation and extirpation of lynx populations at the trailing edge of their range or climate-induced changes in the distributions of snowshoe hare or bobcats causing lynx to shift northward. Lynx with the greatest allelic richness were found in areas with the deepest snow in the core of their range in northern Ontario (Koen *et al.* 2014a, p. 758). The authors concluded that climate warming has reduced gene flow at the receding (southern) edge of the lynx's range, and that southward gene flow from Canada into threatened United States (DPS) populations is unlikely (Koen *et al.* 2014a, p. 760). Stenseth *et al.* (2004, entire) documented population and genetic structuring in the lynx populations east and west of Hudson Bay based on differences in snow conditions on either side of this divide. This may be explained by the reluctance of lynx to disperse between areas having different snow regimes and snow quality. Snow conditions may be the key factor in the spatial, ecological, and genetic structuring of Canada lynx (Stenseth *et al.* 2004, pp. 10633-10644).

Climate warming is expected to cause increased isolation of southern lynx populations, which could reduce gene flow by reducing connectivity between populations. For example, gene flow between lynx populations in Maine, New Brunswick, and eastern Quebec and more northern populations in Canada depends on an ice bridge for dispersal across the St. Lawrence River. Although some lynx currently cross the river, Koen *et al.* (2014a, entire) found genetic structuring on either side of the river. Thus, the river already restricts gene flow. Climate-induced deteriorating ice conditions on the St. Lawrence River could further restrict gene flow between lynx populations north and south of the river (Koen *et al.* 2015, p. 528). Between 1969 and 2002 there was a 20 to 40 percent reduction in sea-ice cover during the spring thaw in the Gulf of the St. Lawrence (Johnston *et al.* 2005, pp. 214-215). Conversely, reduced ice on the St. Lawrence may prevent bobcats from dispersing northward into lynx areas in central Quebec (Koen *et al.* 2015, p. 528).

The potential for genetic drift among DPS populations would be expected to increase at some point in the future if lynx and hare habitats shift northward and upslope, as projected with continued climate warming, resulting in reduced connectivity and gene flow among smaller and more isolated lynx populations at the periphery of the range. This would result in (1) smaller and more distant potential source populations in the southern Canadian provinces, reducing the likelihood and number of immigrant lynx reaching DPS populations, and (2) smaller effective population sizes (the size of an ideal population [i.e., one that meets all the Hardy-Weinberg assumptions] that would lose heterozygosity at a rate equal to that of the observed population) among DPS populations, making them more vulnerable to drift, the consequences of which could include lower survival and reproduction rates and loss of adaptive potential (Schwartz 2017, pp. 4-5).

*Changes in the Periodicity and Amplitude of Northern Hare Cycles* - Climate change is altering large-scale climate systems such as the North Atlantic Oscillation (NAO), Southern Oscillation, Pacific North American Index, and North Pacific Index which, in turn, affect patterns of temperature and snow in North America (Stenseth *et al.* 2003, entire). Climate change-induced disruptions are believed to have caused or contributed to the collapse of cycles in some voles

80

(*Microtus* and *Myodes* spp.) in northern Europe (Cornulier *et al*. 2013, entire) and lemmings in northern Finland (Ims *et al*. 2008, pp. 81, 84). The collapse of cycles in some herbivores with high-amplitude population cycles also would imply collapses of important ecosystem functions such as pulsed flows of resources and disturbances throughout the ecosystem, including declines in predator communities (Schmitz *et al*. 2003, p. 1202; Ims *et al*. 2008, p. 85).

A common denominator of cycles that exhibit spatial gradients, such as the more pronounced snowshoe hare cycles in the northern part of its North American range, is that the cycles seem to fade as winters become shorter (Ims *et al*. 2008, p. 81). Therefore, climate has also been hypothesized to influence snowshoe hare and lynx population cycles and synchrony (Hone *et al*. 2011, entire; Krebs 2011, pp. 484-488; Yan *et al*. 2013, entire). Hone *et al*. (2011, pp. 423-424) concluded that the NAO influenced both hare and lynx numbers and could dampen cycle oscillations. Yan *et al*. (2013 ,p. 3269) concluded that climate forcing is not only essential in producing sustained cycles, but also in modifying cycle intervals, and that greatly reduced lynx fur harvests in Canada beginning in the mid-1980s may be linked to climate warming. However, climate data analyzed by Krebs *et al*. (2013, pp. 566-572; 2014, pp. 1042-1043, 1046-1047) failed to explain changes in hare cycle synchrony documented in Alaska and western Canada beginning in about 1995. The authors rejected the hypothesis that climatic variation was correlated with hare-cycle amplitude in their study areas (Krebs *et al*. 2014, p. 1047), and their analyses did not support concern about collapsing population cycles hypothesized by Ims *et al*. (2008, entire).

Nonetheless, changes in large-scale climate systems have already influenced the climate and snow conditions throughout the geographic range of the lynx in North America (Stenseth *et al*. 1999, entire; Brown 2000, pp. 2347-2354; Krebs *et al*. 2001, p. 34; Stenseth *et al*. 2004, entire). If climate warming produces more pronounced troughs in hare abundance cycles in the interior of Canada, lynx populations would be expected to decline, though local extinction seems unlikely (Hone *et al*. 2011, p. 424). The potential for diminished lynx populations in Canada is a concern because periodic emigration from Canada is believed to influence the demographic and genetic health of lynx populations in the DPS (McKelvey *et al*. 2000a, pp. 232-242; 2000b, pp. 32-34; Schwartz *et al*. 2002, entire; USFWS 2005, p. 2; ILBT 2013, pp. 34, 42, 47, 54, 60, 65; Squires *et al*. 2013, p. 187; 79 FR 54789, 68 FR 40091, 40097-40100). Recent lower-amplitude hare cycles in southern Canada likely resulted in lower-amplitude lynx cycles as well, possibly resulting in muted irruptions with fewer dispersing lynx emigrating from Canada into the DPS. If these reduced cycles persist, they could result in reduced demographic support and gene flow into the DPS, both of which could influence the health and persistence of resident lynx populations in the DPS.

*Increased or Novel Diseases and Parasites* - Climate change can increase the distribution and transmission of parasites and pathogens and alter vectors, hosts, and host-susceptibility to disease. With continued warming, some species are predicted to experience more frequent or severe disease impacts with warming while others may be relieved of pathogens (Daszak *et al*. 2000, p. 444; Harvell *et al*. 2002, entire; Brooks and Hoberg 2007, entire; Harvell *et al*. 2009, entire). Climate change is likely to cause changes to the geographic range and incidence of

Rvsd Plan - 00003869

insect and tick-borne diseases (Daszak *et al.* 2000, entire). No apparent climate-influenced parasites or diseases have been identified that would be expected to broadly affect lynx or snowshoe hare populations, but several lynx experts believed this is difficult to predict and remains a possibility (Lynx SSA Team 2016a, pp. 27, 37-39). A few pathogens have been documented in lynx in the DPS. For example, plague, a flea-borne disease caused by the bacterium *Yersinia pestis*, which is not native to North America, was reported for the first time in lynx in Colorado (Wild *et al.* 2006, entire). Pneumonic plague appeared to be the direct or indirect cause of death of 6 lynx released in Colorado between 2000 and 2003. When translocated from Canada and Alaska, none of the lynx had antibody titers to *Y. pestis*; it appears likely that lynx were exposed to plague by infected prey after their release in Colorado. Exposure of some lynx to feline parvovirus was detected in 6 areas in western North America (Montana-Alaska; Biek *et al.* 2002, entire). *Troglostongylus wilsoni* is a nematode that infects the lungs of lynx and bobcats (Sarmiento and Stough 1956, entire; Van Zyll de Jong 1966, entire; Kumar 1974, entire; and Reichard *et al.* 2004, entire) and was detected in Maine lynx (Vashon *et al.* 2012, p. 24). Lynx with heavy infestations have difficulty breathing and succumb to starvation, as occurred with several Maine lynx (Vashon *et al.* 2012, p. 24). Davidson *et al.* (2011, p. 242) hypothesized that toxoplasmosis could spread northward into lynx populations with changing climate and expanding ranges of humans and feral cats, cougars, and bobcats.

*Summary* – Well-documented climate warming over the past half-century has probably already had some impacts on lynx habitats in the DPS range, and such impacts are likely to continue and perhaps increase in the future. However, there currently is no clear evidence that climate change has had population-level effects within the DPS range or reduced the ability of habitats within the DPS range to support persistent resident lynx populations. However, such impacts would be difficult to detect and document, and lynx habitats in much of the DPS range are naturally highly-fragmented and many appear to support hare densities only marginally capable of supporting persistent lynx populations. Therefore, even relatively minor climate-mediated impacts to boreal forest habitats and snow conditions, especially to winter hare and lynx foraging habitats, may strongly influence lynx persistence in some parts of the DPS range.

Although the rates of change and magnitudes of effects of climate warming are difficult to predict, climate models agree that lynx habitat and populations are likely to decline in the future, particularly at the southern margin of the range (Carroll 2007, pp. 1098–1102; Gonzalez *et al.* 2007, entire; Peers *et al.* 2014, pp. 1129-1134) and may disappear completely or nearly so from parts of the DPS range by the end of this century or sooner, depending on the intensity of greenhouse gas emissions (Galatowitsch *et al.* 2009, pp. 2015-2017; Johnston *et al.* 2012, pp. 6–13). Remaining lynx populations in the DPS range will likely be smaller than at present and, because of small population size and increased isolation, they will likely be more vulnerable to stochastic environmental and demographic events (Carroll 2007, pp. 1100–1103) and to genetic drift (Schwartz 2017, pp. 4-5).

In addition to the factors discussed above, synergistic effects between them and other stressors (e.g., forest management, trapping, development) may intensify their impacts (Carroll 2007, entire) and could further reduce and isolate lynx populations within the DPS and reduce

Rvsd Plan - 00003870

connectivity between Canadian and DPS lynx populations and habitats. Declining boreal forests and snow conditions, increasing drought and fire, and increasing scale of forest insect outbreaks are currently believed to be the most important stressors for lynx in the DPS, but it is possible that other pathways are, or may also become, important. Potential climate-mediated changes in habitat, prey base, and competitor guild, along with ongoing habitat loss and fragmentation, has led some authors to question whether lynx will be able to adapt to such changes and persist at the southern periphery of the species' range (Murray *et al.* 2008, p. 1469). Largely because of the likely consequences of projected continued climate warming, lynx experts expect a decreasing likelihood that resident lynx populations will continue to persist in the future in the 5 geographic units that currently support them (Lynx SSA Team 2016a, pp. 35-47; see ch. 5, below). However, despite concerns about the long-term persistence of DPS populations, experts projected that resident lynx populations are very likely to persist in all 5 geographic units that currently support them in the near-term (year 2025) and mid-term (2050), and uncertainty was great regarding predicitons beyond that time frame.

## 3.3 Vegetation Management

Vegetation (i.e., timber) management is the most prevalent land use throughout the lynx DPS range and can have beneficial, neutral, or adverse effects on lynx and snowshoe hare habitats and populations (65 FR 16071; 68 FR 40083; ILBT 2013, p. 71). Vegetation management affects stand age, structure, composition, and arrangement on the landscape, which are important elements of lynx and hare habitat (ILBT 2013, p. 71). Timber harvest can create, restore, and maintain lynx and hare habitats, but it and related silvicultural activites (e.g., precommercial and commercial thinning, fuels management, fire suppression) can also diminish (often temporarily) habitat quality, quantity, and distribution; alter natural disturbance regimes; and preclude attainment of the dense horizontal cover that provides high-quality hare and lynx habitat (see section 2.2). The Service listed the lynx DPS under the ESA because of the potential for such activities to adversely affect lynx habitats and populations and the absence of measures to guide them for lynx conservation on Federal lands (68 FR 40076-40101).

At the home range scale, lynx throughout the DPS range consistently occupy landscapes having the greatest snowshoe hare densities. Although forest types and the effects of forest (vegetation) management vary geographically, hare abundance throughout the DPS range is strongly correlated with a single common denominator - dense horizontal cover at ground and snow level. Such cover provides hares with a source of browse, protects them from predation, and is the most important forest structural characteristics for hares throughout their range (Ferron and Ouellet 1992, pp. 2180-2182; Wolfe *et al.* 1982, pp. 665-670; Litvaitis *et al.* 1985, entire). Hare density is directly and positively correlated with stem density (Litvaitis *et al.* 1985, p. 870; Sullivan and Sullivan 1988, pp. 803-804; Koehler 1990b, entire; Thomas *et al.* 1997, pp. 24-50; Homyack *et al.* 2006, pp. 76-79; Robinson 2006, pp. 5-37, 67-75; Scott 2009, pp. 58-93; Fuller and Harrison 2013, pp.4-6), and softwood (e.g., spruce-fir) has about 3 times more cover value than hardwoods (Litvaitis *et al.* 1985, p. 870). Young (10-40 years post-disturbance) regenerating spruce-fir forests provide optimal cover and high hare densities throughtout the DPS range, and seral lodgepole pine and mature multi-storied spruce-fir stands may also

Rvsd Plan - 00003871

provide such conditions in the western part of the DPS range (Koehler and Brittell 1990, p. 10; Hoving *et al.* 2004, p. 290; Maletzke *et al.* 2008 p. 1477; Squires *et al.* 2010, pp. 1648, 1653–1656; McCann and Moen 2011, pp. 513-515; Berg *et al.* 2012, pp. 1483-1487; Holbrook *et al.* 2017, entire). Therefore, vegetation management practices that promote high stem density and dense horizontal cover can increase snowshoe hare densities (Conroy *et al.* 1979 pp. 684-689; Wolff 1980, pp. 115-128; Parker *et al.* 1983, pp. 783-785; Livaitis *et al.* 1985, p. 872; Monthey 1986, entire; Koehler 1990a, pp. 848-850, 1990b, entire; Robinson 2006, pp. 31-36, 62-75, 119-129; Fuller *et al.* 2007, entire; Homyack *et al.* 2007, entire; Scott 2009, pp. 8--92; McCann and Moen 2011, pp. 513-515), while forest practices that reduce dense understory generally reduce habitat quality for hares and lynx.

Historically, the dominant natural disturbance processes that created young, regenerating conifer forest conducive to hares and lynx were wildfire, insect and disease outbreaks, and wind events (Kilgore and Heinselman 1990, entire; Heinselman 1996, entire; Veblen *et al.* 1998, entire; Agee 2000, entire; Seymour *et al.* 2002, entire; Lorimer and White 2003, entire). After disturbances, forests generally develop through several stages described by Oliver (1980, pp. 155-161) as "stand initiation," "stem exclusion," "understory reinitiation," and "old growth." Stand dynamics, particularly within-stand competition for light, nutrients, and space, determine how forests grow and respond to intentional manipulations and natural disturbances (Oliver and Larson 1996, entire). The frequency and severity of disturbances have a large role in determining which tree species will dominate in a stand after the disturbance event. Snowshoe hare and lynx habitat are created during the stand initiation stage, after the young trees have established and grown tall enough (1-3 m (3-10 ft) to protrude above the snow and provide adequate horizontal cover. During the stem exclusion stage (when trees reach about 10 m [33 ft], depending on tree species) the tree crowns lift and lower branches self-prune, thus reducing the live horizontal branches providing food and cover for snowshoe hares. In the old growth stage, understory may re-develop (e.g., in forest gaps where mature trees die or fall down) and food and cover may again become available to support snowshoe hares.

Traditionally, commercial timber management of conifer forests has used a variety of silvicultural techniques (plantations, herbicide application, precommercial and commercial thinning, group selection, fuels management, and salvage and regeneration harvest) to (1) reduce tree density, promote tree growth, and select for desired species in young regenerating forests; (2) improve growth and vigor of mature trees; (3) reduce vulnerability of commercially-valuable trees to insects, disease, and fire; and (4) harvest forest products (ILBT 2013, p. 71). Just as the timing and intensity of a natural disturbance event affects the composition of the succeeding forest, the season, climate, machinery, and type of final harvest (e.g., clearcut v. partial harvest) all have a role in determining the species composition and health of the next crop of trees following management activities. Although some timber management practices may mimic natural disturbance processes, others, such as herbicide use and plantations, do not have natural analogues. Timber harvest may differ from natural disturbances in ways that may affect lynx and hare habitats, including (ILBT 2013, pp. 71-72):

84

- Removing most standing biomass, especially larger size classes of trees, and downed logs, which alters microsite conditions and nutrient cycling;
- Creating smaller, more dispersed patches and concentrating harvest at lower elevations in mountainous regions and on more nutrient rich soils, resulting in habitat fragmentation;
- Causing soil disturbance and compaction by heavy equipment, which may result in increased water runoff and slower tree growth at the site; or
- Giving a competitive advantage to commercially-valuable tree species and reducing the structural complexity of the forest through the application of harvest, planting, thinning, and herbicide treatments.

Therefore, vegetation management may or may not be compatible with creating, maintaining, or restoring habitats capable of supporting hares and lynx, depending on the extent to which conservation awareness and measures guide management. Vegetation management can provide snowshoe hare habitat by creating additional early-successional forest conditions in areas that are capable of, but not currently providing, dense horizontal cover; designing the appropriate size, shape and temporal pattern of treatment units (mimicking patterns created and maintained by natural disturbance regimes); retaining coarse woody debris; maintaining high stem densities in regenerated forests; and maintaining connectivity and dispersal habitat (Koehler and Brittell 1990, pp. 11-12; Homyack *et al.* 2004, pp. 141-142; Bull *et al.* 2005, entire; Fuller and Harrison 2005, p. 719). However, forest management can also diminish lynx and hare habitats by removing cover, altering natural disturbance patterns and regimes, creating unnaturally large or continuous openings, fragmenting habitat, and eliminating connectivity/dispersal habitats. Roads associated with forest management also fragment habitat and can increase access by competing predators and humans, both potentially affecting lynx habitats and populations.

*Forest Products Markets* - North America is the world's leading producer and consumer of wood products. Therefore, worldwide trends in forest products markets greatly affect forest management decisions, which may influence the amount and quality of lynx habitat in the DPS. Globalization of manufacturing and expanded use of electronic media have reduced demand in pulp and paper since the late 1990s, and the collapse of housing construction, which deepened with the recession of 2007-2009, has contributed to declines in United States wood products output. In recent years, the nation's forest products industry experienced a downturn in output levels not seen in decades, with considerable declines in timber harvest, mill numbers, and wood consumption since 2000, and employment losses in the hundreds of thousands (Woodall *et al.* 2011, p. 595).

Forest management decisions (e.g., to focus on hardwood or softwood production) can change dramatically in response to unpredictable and changing forest products markets. Lynx occur in forests dominated by softwood conifers; therefore, management related to softwood production and harvest has the greatest potential to affect lynx populations in the DPS range. Because they depend on demand for paper and housing, markets for softwood products are affected by economic factors that are difficult to predict and are therefore particularly volatile. For example,

Rvsd Plan - 00003873

the western United States, a major softwood lumber producing region, was particularly hard hit by the recession and housing collapse - forest industry employment dropped by 30 percent (nearly 80,000 workers) and annual output value fell by more than 25 percent (Keegan *et al.* 2011). Under depressed markets, landowners may reduce harvests, which may be to the detriment of lynx in some parts of the DPS (e.g., Maine and Minnesota), but to their benefit in others (the western part of the range). Likewise, rapidly expanding (recovering) softwood markets could lead to rapid and extensive harvest, with potential benefits or detriment to DPS populations, depending on local cicumstances and landscape habitat conditions.

Despite depressed markets, one area of increasing interest is bioenergy production. Rising energy costs and growing concerns over global climate change have increased interest in bioenergy production, and the United States Energy Independence and Security Act (2007) mandates a 5-fold increase in biofuel production (Benjamin *et al.* 2009, p. 125). The wood pellet sector is expected to grow, although woody biomass is typically the lowest value wood commodity sold from the forest. Thus, it is questionable whether wood energy revenues would be enough to sustain forest investments and forest management into the future (Woodall *et al.* 2011, p. 601) and, therefore, potential impacts or benefits to lynx habitats and populations are uncertain.

Although management of State and Federal forest lands has been relatively stable in recent decades, management and ownership of private forest lands have been comparatively unstable. This has resulted in substantial shifts in forest management strategies, outcomes, and products. For example, in the last 2 decades in Maine, where nearly all the lynx critical habitat is on private land, about 96,315 km$^2$ (37,187 mi$^2$; 80 percent) of commercial timber lands in the "northern forest" (Adirondacks to northern Maine) were sold to many different kinds of financial groups (Hagan *et al.* 2005). These groups have short-term investment goals and their management objectives differ from traditional commercial timber operations, resulting in changes to traditional harvest practices. Whereas the previous large commercial timber landowners focused on the forest land base as a supply for their manufacturing facilities, the new Timber Investment Management Organizations (TIMOs) and Real Estate Investment Trusts (REITs) focus on maximizing return on their investment (Jin and Sader 2006, p. 178). Initially, the effects of ownership changes were uncertain (McWilliams *et al.* 2005), but an evaluation of harvesting in the last decade indicates these landowners increased harvest rates, shortened rotation times, and shifted to managing and harvesting hardwood tree species (Jin and Sader 2006, p. 183-185). On one hand, these trends in private lands management in Maine may make lynx conservation more difficult to achieve because short-term landowners may be less interested in long-term commitments. On the other hand, some easement owners may have an incentive to manage for lynx to meet forest certification requirements.

The extensive sale of private forestlands initiated the growth of conservation easements in this region (deGooyer and Capen 2004; Lilieholm *et al.* 2010). Conservation land as a percentage of Maine's State area increased from less than 5 percent in 1987 to approximately 19 percent by 2012 (Beck *et al.* 2012, p. 15). Conservation easements restrict development but usually do not affect forest management; neither do they typically require management for lynx and other rare

86

species. Some private forestlands were sold to State and Federal agencies and conservation interests. For example, in recent years The Nature Conservancy purchased over 125,000 ha (310,000 ac) of private forestland in Montana and nearly 75,000 ha (185,000 ac) of private forestland in northern Maine. Lands in conservation ownership are more likely to be managed to benefit hares and lynx.

Finally, future trends in forest management will likely be affected by climate change (Irland *et al.* 2001, entire). Many models have been developed to project how United States timber production and markets may adapt to climate change (e.g., Joyce *et al.* 1995; Burton *et al.* 1998; Sohngen and Mendelsohn 1998; Perez-Garcia *et al.* 2002). Economic models predict that with continued climate warming, total United States timber inventories will increase, timber harvest will increase, and product prices will decrease relative to an assumed stable climate. Some models predict that consumers will gain from climate change while landowners in some regions will lose. The forest industry will likely adapt to climate change in many ways including using alternate tree species in manufacturing, shifts to geographic regions of the country with economic advantages in timber growth, and increasing forest plantations with new species that are favorably adapted to the new climate and markets. Many strategies have been evaluated to increase the quantity of carbon stored in North American forests (Irland *et al.* 2001) including discontinuing or greatly reducing harvest in some forests to build carbon reserves, increased recycling to reduce use of forest products, converting agricultural lands to forests, and substituting wood products for more energy-intensive products. Increased atmospheric carbon will increase forest growth slightly, except for softwood (Irland *et al.* 2001, p. 757-758). Sawtimber production, which sequesters more carbon, is expected to increase (Irland *et al.* 2001, p. 758). Expanding landscapes with older growth conifer forest to sequester carbon could benefit lynx in the West and be to the detriment of lynx in the East.

*Reduced Quality of Hare Habitat* - Throughout the lynx DPS, some vegetation management practices, especially thinning in young, dense regeneration; reducing overstory canopy in mature multi-story spruce-fir forests (in the West); and partial harvesting (in northern Maine) reduce the quality of boreal forest habitats for snowshoe hares and lynx. The probability of lynx occupancy of a potential home range is sensitive to small changes in average hare density (Simons 2009, pp. 89-110; Simons-Legaard *et al.* 2013, pp. 572-576). Below a threshold of about 0.5 hares/ha (0.2 hares/ac), declines in hare abundance, whether from natural population fluctuations (hare cycles) or habitat loss or fragmentation from detrimental forest practices, development, or other anthropogenic incluences could be sufficient to diminish landscape carrying capacity for lynx (Scott 2009, p. 118). Such declines could result in reduced productivity (Slough and Mowat 1996, pp. 953-956), cause lynx to increase home range sizes (Scott 2009, p. 120; Ward and Krebs 1985, entire; Mowat *et al.* 2000, pp. 276-280) or, in extreme cases, to abandon their home range or cause mortality (Ward and Krebs 1985, p. 2819; Slough and Mowat 1996, pp. 956-957).

Thinning of young, dense sapling stage conifers (precommercial thinning) is a forest management practice used widely throughout the DPS to increase the growth and value of selected trees and to reduce the time to maturity of a stand of trees. Precommercial thinning

Rvsd Plan - 00003875

removes competing trees of the same species or shrubs and trees of other species (Daniel *et al.* 1979; Homyack *et al.* 2005, 2007). The effects of precommercial thinning are summarized in the revised Lynx Conservation Assessment and Strategy (ILBT 2013, pp. 72-73):

> *Reducing the density of sapling-sized conifers in young regenerating forests to increase the growth of certain selected trees promotes more homogeneous patches and reduces the amount and density of horizontal cover, which is needed to sustain snowshoe hares (Sullivan and Sullivan 1988, Hodges 2000b, Griffin and Mills 2004, Ausband and Baty 2005, Griffin and Mills 2007, Homyack et al. 2007, Ellsworth 2009). Hares reach highest densities in stands with stem densities ranging from 4,600–33,210 stems/ha (1,862– 13,445 stems/ac)(Wolff 1980, Parker 1984, Litvaitis et al. 1985, Monthey 1986, Parker 1986, Koehler 1990a, Griffin 2004, Fuller and Harrison 2005, Robinson 2006, Scott 2009), whereas thinned stands have densities of 2990 (6-foot spacing) to 1,682 (8-foot spacing) stems/ha (Pitt and Lanteigne 2008, p. 593). Precommercial thinning has been shown to reduce hare numbers by as much as 2- and 3-fold (Griffin and Mills 2004, 2007; Homyack et al. 2007) because of reduced cover and decreased availability of browse. Griffin and Mills (2007) reported that, if their results were representative, the practice of precommercial thinning could significantly reduce snowshoe hare populations across the range of lynx.*

> *There are anecdotal examples of precommercially thinned stands that subsequently "filled in" with understory trees. Some have suggested this could be a technique to extend the time that understory trees and low limbs provide the dense horizontal cover that constitutes snowshoe hare habitat. The duration between time of thinning and regrowth to a height providing winter snowshoe hare habitat would likely vary by tree species, each having different regenerative capacities that could be influenced by a variety of local factors (e.g., topographic relief, moisture, and mineral and organic content of the soil; Baumgartner et al. 1984, Koch 1996). Bull et al. (2005) reported that the slash and coarse woody debris remaining after precommercial thinning provided both forage and cover for snowshoe hares up to a year following treatment. However, Homyack et al. (2007) found that snowshoe hare densities were reduced following precommercial thinning for 1–11 years post-thinning. They further suggested that after precommercial thinning, the stands did not regain the structural complexity in the understory that would be needed to support pre-treatment snowshoe hare densities. At this time, no other data are available to quantify the re-establishment of snowshoe hare habitat and over what time period, or the response by snowshoe hares, as compared with sites that were not precommercially thinned, so this remains an unproven management technique. As an alternative to standard precommercial thinning (i.e., complete thinning resulting in a homogeneous patch), Griffin and Mills (2007) suggested retaining at least 20 percent of the patch in untreated clumps of about ¼ ha (½ ac), which would maintain hare habitat in the short term. However, Lewis et al. (2011) found that landscapes with patches of high-quality habitat surrounded by similar vegetation supported more hares than did more fragmented landscapes composed of high-quality*

88

*patches in a matrix of poorer-quality habitat. Further long-term studies of modified thinning methods are needed.*

Abele *et al.* (2013, entire) also found that precommercial thinning reduced hare abundance in western Oregon but did not affect individual hare survival or activity patterns. Because of documented adverse effects of precommercial thinning to snowshoe hares and lynx, in 2007 and 2008 the USFS amended Forest Plans to incorporate management that would conserve lynx, including direction that prohibited precommercial thinning in most lynx foraging habitat (USFS 2007, pp. 8, 11-14, 36; USFS 2008a, pp. 6-9, 23-26). However, precommercial thinning is not regulated on private forest lands throughout the remainder of the DPS.

Particularly in western forest systems, uneven-aged management (single tree, partial harvest, and small group selection) can be used in stands with poorly developed understories, but which have the potential to develop dense horizontal cover. In such stands, removing some large trees can create openings in the canopy that mimic natural gap dynamics and maintain or stimulate multi-story attributes (ILBT 2013, p. 73). However, creation of large openings may discourage use by lynx (Koehler 1990a; von Kienast 2003; Maletzke 2004; Squires *et al.* 2010; ILBT 2013, p. 73), at least temporarily. Removing larger trees from mature multi-story stands to reduce competition and increase tree growth or resistance to forest insects may degrade lynx winter habitat by reducing horizontal cover (Robinson 2006; Koehler *et al.* 2008, Squires *et al.* 2010). Similarly, removing understory trees from mature multi-story stands also reduces dense horizontal cover, reducing winter habitat quality for both hares and lynx (ILBT 2013, p. 73).

In eastern forests, partial harvesting practices diminish (compared to regeneration following large-scale clear-cutting) the development of large patches of dense horizontal cover for snowshoe hares (Simons-Legaard *et al.* 2016, pp. 7-8). Partial harvesting broadly describes many methods of removing a portion of the overstory trees from a forest stand. Partial harvesting includes selective cuts, shelterwood cuts, and uneven-aged management. Partial harvest may be "light" (e.g., < 10 percent of trees removed) to "heavy" (e.g., 90 percent of trees removed). Since passage of the Maine Forest Practices Act in 1989, various forms of partial harvesting have replaced clearcutting as the predominant form of forest management in northern Maine (Sader *et al.* 2003, entire). In recent years, almost 172,000 ha (425,000 ac) of Maine forest are harvested annually and 96 percent of this land is partially harvested (Maine Forest Service 2016). After 28 years of extensive partial harvests, much of the northern Maine landscape has been influenced by this form of forestry, and will continue to be into the future. The popularity of this form of harvesting extends beyond Maine. From the mid-1980s to mid-1990s, partial harvesting comprised 62 percent of the harvest in the United States, and clearcuts comprised the other 38 percent. Partially harvested stands result in a wide range of residual stand conditions, but many have lower conifer stem densities and higher hardwood density than regenerating clearcuts (Robinson 2006). On average, partially harvested stands in Maine supported about 50 percent of the hare densities observed in regenerating clearcuts (Robinson 2006; Harrison *et al.* 2016 p. 55; also see sections 4.2.1 and 5.2.1, below).

Rvsd Plan - 00003877

Shelterwood harvesting (sometimes referred to as overstory removal) is a form of even-aged management most frequently used in hardwood and mixedwood stands in Maine (Rolek 2016, *unpubl. data*, Maine Cooperative Fish and Wildlife Research Unit), but also in spruce and fir stands (Pothier and Prevost 2008, entire). Shelterwood harvests that occur in predominantly softwood stands contribute to landscape hare densities to support lynx; however, hare density in regenerating shelterwood stands was only about half that of regenerating clearcut and herbicide-treated stands (D. Harrison, Univ. Maine, *pers. comm.* and *unpubl. data*; Harrison *et al.* 2016, p. 55). Regenerating shelterwood harvests in softwood stands are less likely to support higher landscape hare densities because they are most often done in small patches to avoid problems with windthrow, especially in wet soils (D. Harrison, Univ. Maine, *pers. comm.*). As much as 30 to 40 percent of the advanced regeneration may be damaged from repeated entries by machinery to remove the overstory (R. Seymour, Univ.Maine, *pers. comm.*). Finally, because subsequent overstory removal occurs about 15 years after the initial entry, some of the dense understory is damaged just as the stand develops conditions to support higher hare densities. The damage to the understory not only reduces the quality of the habitat for hares, but also cuts short the duration that the stand produces high-quality hare habitat.

Fuels treatment and biomass removal projects also may reduce hare and lynx habitat quality. Fuels treatment projects are typically designed to remove understory biomass and reduce stem density in forests that are outside their historical range of variability, and to clear fuels adjacent to human developments for safety or to protect investments (ILBT 2013, p. 74). Removing or reducing the understory and ladder fuels to meet those objectives reduces horizontal cover important to snowshoe hares and thus diminishes lynx habitat quality (ILBT 2013, p. 74). In the West, most of these projects occur in dry, lower-elevation forests where past fire suppression has resulted in unnatural fuel build-ups; however, these are not lynx habitat. In the Great Lakes Region, prescribed burning to reduce fuels and mimic a more natural fire regime in lynx habitat causes a short-term (10–30 years) impact on snowshoe hare habitat (ILBT 2013, p. 75). Biomass removal for energy production targets the removal of dead trees, logging slash, and small-diameter trees and shrubs. Biomass removal is similar to fuels treatments in reducing cover and habitat for snowshoe hares (ILBT 2013, p. 75).

*Loss, Degradation, and Fragmentation of Boreal Forest Habitat* - Forest management rarely results in conversion of lands to non-forest. In fact, forested landscapes have increased in some parts of the DPS (especially in the Northeast) because of farm abandonment and recolonization by second-growth forest. However, some forms of forest management such as selective harvesting and fire suppression can (intentionally or unintentionally) alter tree species composition away from boreal forest types that support snowshoe hares and lynx. Similarly, lack of forest management can alter tree species composition (Trani *et al.* 2001, pp. 415-417). Other stressors, such as insect outbreaks and climate change, can work in synergy with forest management to reduce boreal forest. For example, in northern New England clearcutting sometimes leads to drying of the forest floor and consequent heavy mortality in spruce and fir regeneration and increased light levels that increase hardwood competition (White and Cogbill *in* Eagar and Adams 2012, p. 32).

90

Plantations can convert native forest communities into monocultures of a native or exotic tree species that may lack hardwood browse for snowshoe hare. Cutting rotations can be reduced by half through mechanical site preparation, planting, and suppression of hardwood competition. Conifer stem densities in plantations range from 800-5,000 stems/ha and may support relatively low populations of snowshoe hares because of the initial wide spacing of trees (Bellefeuille *et al.* 2001, p. 44). Hare densities in plantations may increase after trees reach the sapling stage and branches intermingle at the ground level, creating horizontal cover if the lateral branches are not pruned (Parker 1984, p. 163; Parker 1986 p. 160; Roy *et al.* 2010, p. 285). However, the period of time that spruce plantations may support high hare densities in Maine and eastern Canada may be relatively short (10 to 17 years post-harvest) compared to regenerating softwood clearcuts (15-35 years post-harvest; Simons-Legaard *et al.* 2013, p. 569).

Under certain forest stand conditions, herbicide treatment may have long-term effects on stand composition and structure (MacLean and Morgan 1983; Daggett 2003), thus potentially reducing food, cover, and habitat for hares (Borrecco 1976; Bellefeuille *et al.* 2001, p. 43; Thompson *et al.* 2003 p. 462). Understory deciduous stems were lacking in stands treated with herbicide (Homyack *et al.* 2004). Although herbicide treatments reportedly do not directly affect survival, fecundity, or other demographic parameters of snowshoe hares (Sullivan 1996), treatments have indirect effects on hares via changes in vegetative cover and browse (Homyack *et al.* 2005, p. 10). In Norway, hare use of plantations was reduced up to 10 years after herbicide application (Hjeljord *et al.* 1988).

Forest management can fragment and isolate patches of high-quality hare habitat (Simons-Legaard *et al.* 2016). Fragmentation of the already naturally patchy pattern of lynx habitat in much of the contiguous United States can affect lynx by reducing their prey base and increasing the energetic costs of using habitat within their home ranges. Buskirk *et al.* (2000a) identified direct effects of fragmentation on lynx to include creation of openings that potentially increase access by competing carnivores, increasing the edge between early-successional habitat and other habitats, and changes in the structural complexities and amounts of seral forests within the landscape. At some point, landscape-scale fragmentation from forest management can make patches of foraging habitat too small and too distant from each other to be effectively accessed by lynx as part of their home range. For example, in Maine the proliferation of partial harvesting will actually increase the patches of high-quality hare habitat by 57 percent, but the average size of patches will be diminished by 87 percent, and patches will become more isolated (Simons-Legaard *et al.* 2016, pp. 5-6).

*Changes in Frequency and Pattern of Disturbance Events* - Prior to European settlement, the dominant natural disturbance processes that created early-successional stages within the range of the lynx were wildfire, insect and disease outbreaks, and wind events (Kilgore and Heinselman 1990; Veblen *et al.* 1994; Heinselman 1996; Agee 2000; Seymour *et al.* 2002; Lorimer and White 2003). In the DPS range, fire was more important in the West and Great Lakes areas and less a factor in the Northeast, where insects and wind events predominated. Today, natural disturbances, especially fire and insect outbreaks, remain the predominant forms of disturbance in boreal forests throughout much of the lynx's range, including the western

91

contiguous United States, where they also influence and interact with forest management. However, forest management (i.e., timber harvest) is an important disturbance agent in some boreal forest types in the DPS range and, in some instances has greatly altered the natural disturbance regime. For example, prior to logging, the Acadian forest in Maine and eastern Canada likely exhibited forest gap dynamics similar to some parts of the West today, and true stand-replacing disturbances were quite uncommon with recurrence intervals of hundreds to thousands of years. After several centuries of forest management, stand age structures in the Acadian forest have become simplified, and commercial timber rotations (harvesting schedules) are a fraction (15 to 40 percent) of the lifespan of boreal tree species (Seymour 2002). Although the prevalence of these younger even-aged forest stands on the landscape may benefit hares and lynx in Maine, forestry has shifted the species composition of Maine's forest to tree species favored by frequent harvest disturbance, such as red maple (*Acer rubrum*), paper birch (*Betula papyrifera*), aspen (big-toothed [*Populus grandidentata*] and quaking [*P. tremuloides*]), and balsam fir (*Abies balsamea*).

## 3.4 Wildland Fire Management

Wildfire is a natural and essential component of boreal and montane forests that plays an important role, along with forest insects and other disturbance factors, in creating and maintaining the shifting mosaic of stand ages and forest structure across large boreal landscapes that provide snowshoe hare and lynx habitats (Agee 2000, p. 47; Ruediger *et al.* 2000, pp. 1-3, 2-5, 7-6; ILBT 2013, p. 75). Wildfire creates and maintains lynx habitats by providing periodic vegetation disturbances that result in the spatial and temporal distribution of early-successional forest stands or patches within older stands featuring dense horizontal cover at ground and snow level. These stands/patches provide high-quality hare foraging habitat and typically support high hare densities, which in turn provide high-quality lynx foraging habitat. They are generated by (1) high-intensity, stand-replacing fires that result initially in removal of all or most vegetation, followed by regeneration of dense horizontal cover, or (2) low- or moderate-intensity fires that stimulate understory development in older stands without killing all the overstory, resulting in patches of dense horizontal cover within multi-story stands (Agee 2000, p. 53; Ruediger *et al.* 2000, p. 7-6). These habitats become most favorable for hares and lynx when regenerating conifers grow tall enough to protrude above the snow, providing cover and food for hares throughout the winter (ILBT 2013, pp. 10-12). They remain important as winter foraging habitat, which may be the most limiting habitat for lynx (Squires *et al.* 2010, p. 1656; ILBT 2013, pp. 17, 27), until they reach the stem-exclusion structural stage and self-pruning results in the loss of dense horizontal cover above the snow, or until another disturbance resets them to the stand-initiation structural stage (Agee 2000, pp. 62-71; Ruediger *et al.* 2000, p. 1-3; ILBT 2013, p. 27). The length of time to achieve favorable hare and lynx habitat after fire (or other vegetation disturbance) and the duration for which those conditions persist vary across the lynx range depending on soil and vegetation potential, temperature and precipitation patterns, topography, fire intensity, and perhaps other local conditions (Agee 2000, pp. 62-71; Ruediger *et al.* 2000, p. 2-5; ILBT 2013, pp. 27-29, 75). Generally, regenerating forests in the DPS range may begin providing winter hare habitat within 10-20 years after fire or other disturbance, with favorable conditions persisting for 20-30 years after that (Koehler and Aubry 1994, pp. 86-87;

92

Agee 2000, pp. 67-71; Fuller *et al.* 2007, p. 1985; McCann and Moen 2011, p. 515; Vashon *et al.* 2012, p. 15; ILBT 2013, pp. 28-29), although it may take longer, perhaps 35-40 years, for lynx habitat to recover in some parts of the range (e.g., Maletzke *in* Lynx SSA 2016a, p. 21).

Fire frequencies, sizes, intensities, and return intervals also vary across the range of the lynx and depend on local vegetation communities, climatic conditions, and topography (Agee 2000, pp. 47-56; Ruediger *et al.* 2000, p. 4-8; ILBT 2013, pp. 75-76). In lynx habitats, fire intensity is typically high and fire return intervals long but variable, with large areas affected by infrequent stand-replacing fires and, in mixed fire regimes, moderate- or low-intensity fires in the intervals between stand-replacing events (Agee 2000, pp. 49-54; Ruediger *et al.* 2000, pp. 4-8, 7-6). Within the DPS range, fire return intervals in the Great Lakes Region appear similar to those in the core of the lynx's range in the Canadian and Alaskan taiga (roughly 50-150 years), with longer return intervals in Western (150-300 years) and Northeastern (up to 500 years) forests (Agee 2000, pp. 52-53; ILBT 2013, pp. 75-76). Despite these long intervals, fire is the dominant natural disturbance mechanism in lynx habitats in the DPS range except in the Northeast, where insects and wind are more important (Agee 2000, p. 53).

Current Federal wildland fire management policy recognizes fire as a natural ecological process essential to the health and resilience of some forest systems, and it attempts to balance the ecological, social, and legal aspects of wildfire (USDA and USDI 2009, p. 6). However, the prior history of fire response was largely one of active suppression for most of the last century (Zimmerman and Bunnell 2000, p. 288; USDI *et al.* 2001, p. 1-1; USDA and USDI 2003, p. 3; 68 FR 40092; Calkin *et al.* 2015, pp. 1-3) which, combined with other land-use practices, dramatically altered fire regimes in some places and created conditions prone to larger and more severe fires (USDI *et al.* 2001, p. 1-2). Because of (1) fire's important role in creating and maintaining high-quality early-successional hare habitat in most lynx habitats in the contiguous United States, (2) the potential for fire suppression to alter this dynamic to the detriment of hares and lynx, and (3) the limited ability of land managers (at that time) to use fire to benefit hares and lynx, wildland fire management was identified as a "Lynx Risk Factor Affecting Lynx Productivity" (Ruediger *et al.* 2000, pp. 2-5, 5-2). To address these concerns, the authors developed objectives, standards, and guidelines for Federal land managers to restore fire's role in maintaining lynx habitats, attempt to mimic historical natural fire regimes, and integrate lynx habitat objectives into fire management plans (Ruediger *et al.* 2000, pp. 7-6 - 7-8). They also directed Federal land managers to evaluate whether fire suppression or other management practices had altered fire regimes and ecosystem function in potential lynx habitats and, where so, to use fire (naturally ignited fires or prescribed burns) as a tool to restore and maintain lynx habitat by creating or regenerating snowshoe hare habitat (Ruediger *et al.* 2000, p. 7-7).

In its 2000 listing rule and 2003 remanded determination, the Service recognized the potential for fire suppression to adversely affect lynx and hare habitats at local and regional scales, particularly in the Great Lakes Region, where fire suppression policies across land ownerships likely prevented fire from assuming its natural role in creating a landscape mosaic of vegetation communities and age classes (65 FR 16076; 68 FR 40095). In the Northeast, the Service concluded that the very long fire return intervals and maritime influence in lynx forest types

93

indicated that fire did not historically play a significant role in creating or maintaining lynx and hare habitats and thus fire suppression was unlikely to have affected lynx habitat (68 FR 40094). In the West, the Service concluded that the effects of fire suppression were likely lower in lynx forest types because of their typically long fire return intervals compared to lower and drier forest types (65 FR 16074; 68 FR 40093-94). Overall, the Service concluded that fire suppression did not represent a threat to lynx in the Northeast and was a low-magnitude threat in the Great Lakes, Southern Rockies, and Northern Rockies/Cascades (65 FR 16075-16076; 68 FR 40093-40098).

In response to the guidance provided in the LCAS, the USFS, when developing the NRLMD and the SRLA to amend forest plans to address lynx conservation (see 3.1.1), evaluated whether fire suppression had adversely affected potential lynx habitats on national forests in the Northern and Southern Rockies. The USFS concluded that many forests in potential lynx habitat are in Condition Class 1, which means they have not missed a fire cycle because large, stand-replacing fire only occurs every 100 to 200 years; the long fire return interval has not been affected to any large degree by more recent fire suppression as is the case in drier forests with short fire return intervals; and they are close to historical conditions (USFS 2007, pp. 18, 20; USFS 2008a, p. 11). In addition to the national forests covered by the NRLMD and SRLA (all national forests in the Northwestern Montana/Northeastern Idaho, GYA, and Western Colorado geographical units), the Superior National Forest, which accounts for 45 percent of the Northeastern Minnesota unit, revised its forest plan to adopt lynx conservation measures consistent with the LCAS (USFS 2004a, Appendix E). The Okanogan-Wenatchee National Forest in the North- central Washington unit is currently revising its management plan and continues to manage for lynx conservation in accordance with the LCAS, including direction to restore fire to its natural ecological role and to use it as a tool to restore and maintain hare and lynx habitats.

As described above in section 3.1.1, current Federal management on most USFS and BLM lands, in accordance with formally revised or amended management plans, includes limits on the proportion of lynx habitat within LAUs that can be in an unsuitable condition at any given time, including such conditions, usually temporary, created by wildfire. Although some exemptions and exceptions to these limits are permitted for activities to reduce fire risks to communities and infrastructure in the wildland-urban interface (WUI) or to achieve other resource benefits, even these potential impacts are limited on the larger landscape scale (USFWS 2007, p. 7). These conservation measures and the direction to use fire management (as well as timber harvest/vegetation management) as a tool to restore hare and lynx habitats and return to natural temporal and spatial patterns of fire disturbance, which were not in place when the DPS was listed, likely further reduce what we even then considered the low potential threat to lynx of past fire suppression activities. Based on the information above, we conclude that fire suppression and other fire management activities have not substantially impacted lynx and hare habitats in the DPS range and are unlikely to do so in the future.

However, warming temperatures attributed to climate change are reducing snowpack, causing earlier snowmelt and longer and more extensive droughts, resulting in longer wildfire seasons

and increased fire frequency, size, and intensity in boreal forests of the north and in boreal and montane forests in some parts of the DPS range (Weber and Flannigan 1997, entire; Stocks *et al.* 1998, entire; Gillett *et al.* 2004, entire; Kasischke and Turetsky 2006, entire; Soja *et al.* 2007, entire; Pierce *et al.* 2008, entire; Flannigan *et al.* 2009, entire; Krawchuk *et al.* 2009, entire; Le Goff *et al.* 2009, entire; Bergeron *et al.* 2010, entire; Salathe *et al.* 2010, entire; Abatzoglou 2011, entire; McKelvey *et al.* 2011, entire; Abatzoglou and Kolden 2013, entire; Pederson *et al.* 2013, p. 1815; Price *et al.* 2013, pp. 342-343, 352-354; Barbero *et al.* 2014, entire; Trenberth *et al.* 2014, entire; Barbero *et al.* 2015, entire; Jolly *et al.* 2015, entire; Lute *et al.* 2015, entire; USEPA 2015, entire; Lienard *et al.* 2016, entire; Littell *et al.* 2016, entire; Westerling 2016, entire; see also section 3.2 above). Increases in fire frequency and size have the potential to adversely affect lynx and hare habitats in the DPS range by rapidly converting large areas to the temporarily unsuitable stand-initiation successional stage, thus reducing the amount and altering the distribution of higher-quality habitats (ILBT 2013, p. 70). Although this would likely be a temporary impact, with burned areas subsequently regenerating into higher-quality habitat, it would likely reduce landscape-level hare densities and therefore lynx numbers, potentially compromising an area's ability to support a resident lynx population until burned habitats recover.

Because lynx habitats are naturally patchily-distributed and landscape-level hare densities already naturally marginal in many parts of the DPS range, it is possible that very large wildfires or many fires over a short time period could, perhaps in concert with other influencing factors, cause a shift in habitats in a given area from just barely capable of supporting a resident lynx population to no longer capable of doing so, resulting in extirpation. For example, as described in sections 2.3.2.2 and 4.2.4, large fires in Unit 4 during the past few decades have burned over a third of lynx habitat (Lewis 2016, pp. 4-6), increasing lynx home range size and reducing carrying capacity (Maletzke *in* Lynx SSA 2016, p. 21). If additional large fires occur in this unit before previously burned areas recover (10-40 years post-burn), carrying capacity and the lynx population would likely decline, further reducing the likelihood that resident lynx will persist (Lewis 2016, pp. 5-6; Lynx SSA Team 2016a, p. 44; also see sections 4.2.4 and 5.2.4). The loss of habitat resulting from these fires and its potential demographic impacts on the State's only resident lynx population contributed substantially to the WADFW's recent recommendation, and the State Fish and Wildlife Commission's decision, to uplist lynx from threatened to endangered under its State Endangered Species Program (Lewis 2016, entire; WAFWC 2016, p.3).

Wildfire frequency, size, and intensity have also increased in the Northwestern Montana/ Northeastern Idaho geographic unit, where about 4,172 km$^2$ (1,611 mi$^2$; over 15 percent of the unit) have burned in western Montana from 2000-2013 (Squires *in* Lynx SSA Team 2016a, p. 20). Large fires have also impacted lynx habitat in the Western Colorado geographic unit, where fire size, frequency, and intensity are expected to increase with climate change (Ivan *in* Lynx SSA Team 2016a, p. 23). As mentioned in section 2.3.2.2, large areas of the GYA unit were burned by the extensive wildfires of 1988. The extent to which those fires may have diminished lynx and hare habitats and contributed to the recent absence of resident lynx is uncertain, as is the potential for those burned areas to support high hare densities and resident lynx in the future. However, some burned areas may soon develop the dense horizontal conifer structure

95

favorable for hares and therefore for lynx foraging habitat, perhaps increasing the likelihood that they may support resident lynx in the near future.

Fire suppression was in the past thought to be a potential risk factor for lynx in the DPS range. However, given the trends discussed above and the likely continued increase in future fire activity related to projected continued climate warming, it may be necessary to reconsider whether fire suppression in some lynx habitats could benefit lynx by reducing the potential for extirpation of lynx populations, especially in places already affected by increased fire activity and those that are naturally only marginally capable of supporting resident lynx.

# 3.5 Habitat Loss and Fragmentation

Habitat loss for lynx is, generally, the conversion of boreal forest to another land use or vegetative cover. Fragmentation, which may involve permanent or temporary habitat loss, has been variously defined to describe a reduction of total area, increased isolation of patches, and reduced connectedness among patches of natural vegetation (Rolstad 1991; ILBT 2013, p. 76). "Patchiness" is sometimes used to refer to natural processes (Buskirk *et al.* 2000a, p. 85), whereas "fragmentation" refers to anthropogenic disruption of natural patterns. Boreal forest habitats in most parts of the DPS range are naturally patchy (ILBT 2013, p. 76) and marginal for both snowshoe hares and lynx compared to the northern cores of both species' ranges. In the northern contiguous United States, boreal forest transitions to various types of northern hardwood forest in the Northeast and Great Lakes Region and to drier, more temperate montane forests in the West. The transitional nature of the boreal forest at its southern extent is believed (along with competition from other hare predators) to limit the numbers of both hares and lynx, preventing either from achieving densities comparable to those regularly achieved (except during the low of the hare population cycle) in the classic boreal forests in the cores of both species' ranges in Canada and Alaska (Wolff 1980, pp. 123–128; Buehler and Keith 1982, pp. 24, 28; Koehler 1990a, p. 849; Koehler and Aubry 1994, p. 84; 79 FR 54790).

Forest loss and fragmentation are relatively low in the DPS range compared to other forested regions in the United States (Heilman *et al.* 2002, p. 416). Since 2000 in the western United States, land uses associated with residential development, roads, and highway traffic have resulted in a 4.5 percent (20,000 km$^2$ [7,722 mi$^2$]) loss in forest area, and continued expansion of residential development will likely reduce forested patches by another 1.2 percent percent by 2030 (Theobold *et al.* 2011, entire). Human-caused fragmentation in the forested western landscape resulted in a decline of weighted mean patch size from roughly 35,000 km$^2$ (13,514 mi$^2$) to 3,200 km$^2$ (1,236 mi$^2$) from natural to current conditions, but models predict relatively small declines in the size of forested patches over the next 30 years (Theobold *et al.* 2011, p. 2451). In the eastern United States, nearly half or more of the natural forest was cleared in the past 3 centuries, but as agriculture and settlement relocated westward and some eastern farmlands were abandoned, eastern forest cover rebounded (Williams 1989; Smith *et al.* 2005). Similarly, a large portion of Minnesota's forests was cleared in the last century and, although overall forest cover has rebounded, the forested area in northern Minnesota has decreased 4 percent since 1977 (Miles *et al.* 2007, p. 22). Future trends portend increased human population

96

and declining forestland in the United States (Haynes 2003), but whether and to what extent forest conversion will affect boreal forest habitat in the DPS is uncertain.

*Effects of Fragmentation* - Canada lynx seem to be flexible in their response to habitat fragmentation, whereas closely related species, such as bobcats and Iberian lynx, are sensitive to habitat fragmentation (Ferreras 2001; Crooks 2002). In southern Ontario, Hornseth *et al.* (2014, pp. 8-9) demonstrated that lynx exhibited a wide range of responses to habitat alteration. In general, lynx responded most positively to areas having greater than 50 percent suitable habitat and generally avoided areas having less than 30 percent suitable habitat. However, lynx showed no sensitivity to the degree of forest fragmentation in areas of high or low suitable habitat.

In the DPS range, lynx achieve highest densities in landscapes having a high percentage of large, contiguous patches of high-quality hare habitat (Simons 2009; Simons-Legaard *et al.* 2013). Throughout the DPS range, landscapes with more contiguous boreal forest habitat support more snowshoe hares than fragmented landscapes, and lynx select habitats that improve their foraging opportunities (Moen *et al.* 2008; Vashon *et al.* 2008a; Simons 2009; Fuller and Harrison 2010; Squires *et al.* 2010; Lewis *et al.* 2011, p. 565; ILBT 2013, p. 77). During winter, coarse-scale habitat selection by lynx in Maine maximized their access to snowshoe hares (Fuller and Harrison 2010; ILBT 2013, p. 77). In Montana, lynx similarly selected habitat patches that supported snowshoe hares and in winter avoided recent clearcuts or other open patches (Squires *et al.* 2010; ILBT 2013, p. 77). Several other studies documented lynx avoidance of large openings, especially during winter, probably because such habitats are rarely used by hares and would not, therefore, attract foraging lynx (Koehler 1990a; Mowat *et al.* 2000; von Kienast 2003; Maletzke 2004; Squires and Ruggiero 2007; ILBT 2013, p. 77). Koehler (1990a) suggested that lynx movements and habitat use patterns could be altered temporarily by vegetation management that creates large distances (> 100 m [328 ft]) to forested cover (ILBT 2013, p. 77).

Throughout the northern part of their range, snowshoe hares are found in vast areas of boreal forest interspersed with occasional bogs and fens and water that are less preferred. Conversely, southern hare populations (including most in the DPS range) occur primarily in insular patches of suitable habitat set amidst large areas of less-preferred habitats (Wolff 1980; Keith *et al.* 1993). This disparity has led a number of biologists to speculate that habitat fragmentation ultimately may be responsible for the non-cycling nature of snowshoe hare populations in southern Canada and the northern contiguous United States (Dolbeer and Clark 1975; Buehler and Keith 1982; Keith *et al.* 1993; Strohm and Tyson 2009). Wolff (1980, 1981) described the mechanism by which a fragmented habitat might dampen or eliminate cyclic population fluctuations. The patchy distribution and generally lower densities of hares in many parts of the contiguous United States require lynx in most areas of the DPS range to maintain larger home ranges than lynx in the core of the species' range (Mowat *et al.* 2000, pp. 265, 277–278). Larger home ranges likely require more energy output associated with greater foraging effort to acquire adequate food (Apps 2000, p. 364) and may expose lynx to increased risk of predation and

97

other mortality factors such as roads and trapping. At some point, landscape hare densities become too low, making some areas incapable of supporting lynx.

Snow, also an important component of lynx habitat (79 FR 54809), can be patchily-distributed, variable and unpredictable from year to year, and affected by local topography, water bodies, and climate gradients. Snow depth (Hoving *et al.* 2005; Peers *et al.* 2013, entire) and persistence (Gonzalez *et al.* 2007) are believed to give lynx a competitive advantage over generalist predators in the contiguous United States. The snow environment in much of the DPS range is patchy and marginal in both space and time for snowshoe hares and lynx. Too little snow or crusting conditions may favor potential competitors and predators like bobcat, fisher, and coyotes. High elevations may provide snow conditions that favor lynx, whereas lower elevations may favor conditions for competitors. Snow conditions that provide lynx a competitive advantage over other terrestrial hare predators are most consistent in the high-elevation regions of the western United States, although snow alone does not constitute lynx habitat (i.e., many places receive sufficient snow but lack other features lynx need, typically adequate hare densities). Lynx likely have a competitive advantage at higher elevations in the DPS in the winter, but not in summer months when potential competitors have increased access to all habitats. Snow conditions are less consistent in the East. For example, lake-effect snow from Lake Superior can increase snow depth and duration in northeastern Minnesota in some years but not in others. The Gulf of Maine has the reverse effect, and its warming influence reduces snow depth and duration inland. Distribution models by Hoving (2001, p. 74) indicate that eastern Maine has extensive areas of boreal forest, but they do not achieve snowfall conditions associated with lynx presence in other parts of the state, and lynx are rarely found there.

Naturally patchy forests and those fragmented by humans may exacerbate competition between lynx and other predators (Buskirk *et al.* 2000a, entire). Forest patchiness, fragmentation, and competition are strongly linked because vegetation mosaics in landscapes provide high-quality environments for generalist species such as the bobcat, red fox, and coyote (Goodrich and Buskirk 1995; Buskirk *et al.* 2000a, p. 84), and generalist predators tend to dominate the predator guild in patchy or fragmented landscapes (Oehler and Litvaitis 1996). Hares fluctuate less dramatically in the southern part of the lynx range, thus there is more competition for a limited resource and exploitation competition could be inflicted by generalists (e.g., coyotes) and other predators (Buskirk *et al.* 2000a, p. 95). Snowshoe hares in the south are concentrated in isolated patches of suitable habitat and subject to predation by a suite of generalist predators (e.g., Litvaitis *et al.* 1985; Sievert and Keith 1985; Keith *et al.* 1993; Cox *et al.* 1997). Keith *et al.* (1993) found that an extremely high predation rate on hares living in high-quality habitats seemed to be driving the changes in distribution and abundance in a snowshoe hare population in Wisconsin, rather than predation on naturally dispersing individuals. In that study, predation pressure on hare populations occupying small (< 7 ha [< 17 ac]) patches of preferred habitat was so severe that 3 of the 5 populations under investigation were extirpated in the course of the 3-year study. Fragmentation exacerbates the effect of predation by allowing carnivores to concentrate their hunting efforts on small patches of habitat used by their preferred prey instead of preying disproportionately on dispersing individuals (Wirsing *et al.* 2002, p. 170). In predator-

98

rich landscapes characteristic of the DPS, this can result in intense predation and competition for a limited prey resource.

Landscape features further fragment hare and lynx habitat. In the western geographic units, potentially suitable boreal forests and appropriate snow conditions occur in relatively narrow elevational bands in the Cascade and Northern and Southern Rocky Mountains (McKelvey *et al.* 2000a, pp. 243-246). Thus, lynx habitats are naturally fragmented by topography and vegetation gradients. These "islands" of habitat can be extensive (e.g., the Okanagan in Washington or most of northwestern Montana) or smaller and relatively isolated (e.g., the Garnet Range in western Montana) depending on topography and precipitation patterns. Some of these areas of boreal forest are separated by unsuitable habitats in the low valleys (e.g., sage flats, urban corridors, agricultural lands) or by snow regimes (e.g. snow shadows) that may discourage lynx dispersal between habitat patches (although verifed records of lynx in many parts of the contiguous United States and long-distance dispersal of lynx released in Colorado demonstrate that lynx at least occasionally navigate such habitats). In some western parts of the DPS range, lynx habitat is also fragmented by rugged, high elevation terrain (Carroll *et al.* 2001, p. 976). In most areas of the DPS, including Maine and Minnesota where there is little topography, lynx travel through a "matrix" of less suitable forested areas as they move between areas of higher-quality habitat. Large rivers are unlikely to fragment habitat as lynx readily swim across large bodies of water (Feierabend and Kielland 2014, entire) or cross them on ice in the winter (Koen *et al.* 2015).

As described above, both lynx and hares are influenced by the spatial arrangement of preferred habitat. Lynx populations are clearly most viable in areas having extensive and relatively unfragmented boreal forest habitats with large patches of high-quality foraging (hare) habitat and persistent deep, unconsolidated snow. Similarly, individual lynx have the smallest home ranges and greatest survival and productivity in landscapes that have extensive, large patches of habitat in combination with deep, fluffy snow. The factors described above create a naturally patchy distribution of high-quality lynx habitat thoughout much of the DPS range, resulting in generally lower reproductive output and a more tenuous conservation status for lynx in many parts of the DPS relative to those in Canada and Alaska (Buskirk *et al.* 2000a, p. 95). Thus, human activities, described below, that increase boreal forest fragmentation may further reduce the quality of lynx habitat that is already naturally marginal thoughout much of the DPS range, perhaps reducing the likelihood that resident lynx populations will persist.

*Anthropogenic Sources of Fragmentation* - Human activities can exacerbate the naturally-patchy habitat that is typical throughout much of the DPS range. Anthropogenic activities such as forest management, development, and highways alter natural landscape patterns. They cumulatively can reduce the total area of habitat, diminish the quality of habitat, increase the isolation of habitat patches, and impair the ability of lynx and other wildlife to effectively move between patches of habitat. Anthropogenic fragmentation may be permanent, for example by converting forest habitat to residential, industrial, or agricultural purposes, or temporary, for example by conducting forest management but allowing trees and shrubs to regrow. Habitat

Rvsd Plan - 00003887

fragmentation (both natural and anthropogenic) increases the risk of extirpation of small lynx populations.

Human-caused fragmentation of the already naturally patchy pattern of lynx habitat in the contiguous United States can affect lynx by reducing their prey base and increasing the energetic costs of using habitat within their home ranges. Buskirk *et al.* (2000a) identified direct effects of fragmentation on lynx to include creation of openings that potentially increase access by competing carnivores, increasing the edge between early-successional habitat and other habitats, and changes in the structural complexities and amounts of seral forests within the landscape. At some point, landscape-scale fragmentation can make patches of foraging habitat too small and too distant from each other to be effectively accessed by lynx as part of their home range. Maintaining a mosaic of large (> 40 ha [100 ac]) patches of young to old stands in patterns that are representative of natural ecological processes and disturbance regimes would be conducive to long-term conservation of lynx (ILBT 2013, p. 77).

Roads, development, climate change, and forest management fragment snowshoe hare and lynx habitat in the DPS. We know little about how hare and lynx respond to these anthropomorphic changes to their habitat, which requires additional research (Murray *et al.* 2008, p. 1464; Squires *et al.* 2013, p. 194). In the next decades, southern lynx populations will likely incur further habitat loss and fragmentation from these and other factors. Changes in habitat, prey base, and perhaps competitor guild will likely impact lynx populations in the DPS and in southern Canada.

*Roads* - Paved highways fragment lynx habitat. They surround large areas of lynx habitat in Minnesota and northern Maine. In the West, they typically follow natural features such as rivers, valleys, and mountain passes that may have high value for lynx in providing habitat or connectivity. Nonetheless, the density of paved roads is generally low in most lynx habitat in the DPS range. Various studies have documented lynx crossing highways. A male lynx in western Wyoming was documented to have successfully crossed several 2-lane highways during exploratory movements (Squires and Oakleaf 2005). However, in Alberta, Canada, high road densities, human activity, and associated developments appeared to reduce the habitat quality based on decreased occupancy by lynx (Bayne *et al.* 2008). Apps *et al.* (2007) found lynx were 13 times less likely to cross the Trans-Canada Highway (a 4-lane highway) relative to random expectation, but only 2.2 and 3.1 times less likely to cross smaller 2-lane highways (93 and 1A, respectively). In southeastern British Columbia, lynx avoided crossing highways within their home ranges (Apps, 2000). Squires *et al.* 2013 (p. 194) documented 44 radio-collared lynx with home ranges within an 8 km buffer of 2-lane highways; however, only 12 of these individuals crossed the highway. Paved highways also pose a risk of direct mortality to lynx and may inhibit lynx movement between previously connected habitats. If lynx avoid crossing some highways, this could lead to a loss of effective habitat within a home range and reduced interaction within a local population (Apps *et al.* 2007). Lynx and other carnivores may avoid using habitat adjacent to highways, or become intimidated by highway traffic when attempting to cross (Gibeau and Heuer 1996; Forman and Alexander 1998).

Rvsd Plan - 00003888

Carnivores are especially vulnerable to highway-caused mortality in areas with dense and high traffic volume roadways (Clevenger *et al.* 2001). As the standard of roads increases from single-lane gravel to 2-lane or 4-lane highways, traffic volumes and the degree of impact are expected to increase. Walpole *et al.* (2012, p. 770) found that small logging roads with low traffic volume had no effect on lynx distribution, and lynx in Nova Scotia followed road edges for considerable distances (Parker 1981, p. 229). In Maine, lynx occasionally travel on unplowed logging roads during winter, but these roads and their associated edge habitat were selected against within home ranges (Fuller *et al.* 2007, p. 1983). Lynx killed fewer hares near logging roads in Maine likely because hare density was lower there than in adjacent un-roaded habitats (Fuller *et al.* 2007, p. 1985; Fuller and Harrison 2010, p. 1274) or possibly because of increased potential for interactions with generalist competitors suchs as coyotes (Fuller *et al.* 2007, p. 1985). In Minnesota, Moen *et al.* (2010b) found that lynx selected for roads during long-distance movements. Although roads may not be essential to these movements, lynx appeared to benefit energetically from the use of these linear features. Squires *et al.* (2008) reported that lynx denned farther from all roads compared to random expectation.

Four-lane highways, such as the interstate highway system, commonly have fences on both sides, service roads, parallel railroads or power lines, and impediments like "Jersey barriers" that make successful crossing more difficult, or impossible, for wildlife (ILBT 2013, p. 78). Alexander *et al.* (2005) suggested traffic volumes between 3,000 and 5,000 vehicles per day may be the threshold above which successful crossings by carnivores are impeded. In Colorado, lynx successfully and repeatedly crossed major highways, including I-70 (Ivan 2011c; 2011d; 2012). Colorado lynx crossed 2-lane highways an average of 0.6 times per day and more frequently during dusk and at night when traffic volume was lower (Baigas *et al.* 2017, p. 204). They also crossed 4-lane highways (I-70), especially in forested areas under large, elevated bridges that spanned streams (Baigas *et al.* 2017, p. 204).

Between 2000 and 2015, 54 lynx were reported to have been killed on roads (both paved and unpaved) in Maine (Vashon, MDIFW, *unpubl. data*), 9 in Minnesota (and 2 hit by trains; USFWS 2016b, *unpubl. data*), 1 in Idaho, and 5 in Montana (USFWS 2016c, *unpubl. data*). Between 1995 and 2011, 15 lynx were reported killed on British Columbia highways (British Columbia Wildlife Accident Reporting System 2012, as cited in ILBT 2013, p. 78). Most of these mortalities are on higher-speed paved highways. However, in Maine, about 41 percent (22 of 54) were killed on dirt logging roads with low traffic volumes and lower speed limits. In Minnesota, 2 lynx were killed on backcountry railroads and 2 on unpaved forest roads. Backcountry roads also provide human access into lynx habitat where incidental trapping or illegal shooting can occur.

Translocated lynx may be more vulnerable to road mortality than resident lynx (Brocke *et al.* 1991, p. 308), because they often move extensively after their release and are unfamiliar with their surroundings (ILBT 2013, p. 78). In the Adirondack Mountains of New York, an attempt to reintroduce lynx failed and 18 of 37 documented mortalities (among 83 lynx released over 3 years; Brocke *et al.* 1993, p. 1) were attributed to road kills (Brocke *et al.* 1991, p. 308; ILBT 2013, p. 78). Over a 7-year period in Colorado, 13 of 102 documented mortalities of translocated lynx were the result of vehicle collisions on highways (Devineau *et al.* 2010, p.

101

528). Traffic volumes on those Colorado highways were estimated to range from about 2,300 to > 25,000 vehicles per day (USFWS 2016c, *unpubl. data*, p. 1).

In summary, roads of all sizes may have direct (e.g., habitat loss and fragmentation, vehicle collisions) as well as indirect effects to lynx. The latter may include increasing human access, potentially resulting in increased incidental trapping and illegal shooting; creating edge habitats that may promote co-occurrence with potential competitors like coyotes and bobcats (Bayne *et al.* 2008, p. 1195); reducing prey densities; and influencing lynx behavior, both detrimentally (avoidance) and beneficially (energetic savings during long-distance movements). Although potential adverse impacts of roads in lynx habitats likely outweigh any potential benefits, thus far population-level impacts of roads have not been demonstrated among DPS lynx populations.

*Vegetation Management* - As described above in section 3.3, forest management can further fragment boreal forest in the northern contiguous United States, potentially affecting habitat suitability for both snowshoe hares and lynx. Large-scale forest fragmentation or maturation can be detrimental to snowshoe hares because both can cause hares to become increasingly restricted to remaining small patches with adequate cover, where higher predation rates from a variety of carnivores tend to increase local hare extinction risk (Wolff 1981; Keith *et al.* 1993; Wirsing *et al.* 2002; see also Barbour and Litvaitis 1993, entire). Although forest management can benefit lynx if it creates, maintains, or restores a shifting mosaic of high-quality habitat, it can also be detrimental if it fragments habitat into small, widely-spaced parcels. Changes to vegetation structure can influence lynx movements; in Montana, fragmentation from forest thinning decreased the probability of lynx movements across the forested landscape (Squires *et al.* 2013, p. 192). Lynx in the Northern Rockies also seem sensitive to changes in forest structure and avoid large forest openings like recent clearcuts and thinned areas, particularly in winter (Koehler, 1990a; Squires *et al.* 2010). Modeling in Maine suggests that the shift from clear-cutting to partial harvesting will likely increase the number of patches of high-quality hare habitat but greatly reduce the size of patches and increase their isolation (Simons-Legaard *et al.* 2016, pp. 5-6), thus diminishing landscape habitat quality for lynx. See section 3.3 for further discussion of vegetation management as a potential source of habitat fragmentation.

*Residential and Commercial Development* - Residential and commercial development is increasing on private forest lands. Increased traffic and urbanization are projected for the Northern Rockies (Hansen *et al.* 2002) and Maine (also see section 5.2.1). It is uncertain to what degree lynx can tolerate habitat fragmentation from roads and clearing forest for development, and how human and pet activity associated with development may affect lynx use of habitats. Some anecdotal information suggests that lynx are quite tolerant of humans, although given differences in individuals and contexts, a variety of behavioral responses to human presence may be expected (Staples 1995, Mowat *et al.* 2000). The degree to which residential development and associated roads reduce connectivity of mesocarnivore populations (including lynx) likely depends on the physical design of highway improvements, the surrounding environmental features, the density of increased urbanization, and the increased traffic volume (Clevenger and Waltho, 2005; Grilo *et al.* 2009).

102

Ski area development also results in permanent habitat loss and fragmentation. One ski run is often separated from the next only by small inter-trail forest islands. Ski runs often are intermixed with other open areas such as open or gladed bowls, rock outcrops, or barren tundra ridges. Ski resorts that are built or expanded in lynx habitat may impact lynx by removing forest cover, reducing the snowshoe hare prey base, and creating or increasing human disturbance in or near linkage areas. There is limited information on lynx behavior and habitat use in and around ski areas. Lynx have been known to incorporate smaller ski resorts within their home ranges, but may not utilize the large resorts. Preliminary information from an ongoing study in Colorado suggests that some recreational use may be compatible, but lynx may avoid some areas with concentrated recreation use. In some areas, lynx habitat may be limited and concentrated in the ski area development footprint (ILBT 2013, p. 55). More than 50 ski areas exist throughout the range of the lynx in the contiguous United States (ILBT 2013, pp. 82-83). Most ski areas are located on north-facing slopes, where ample snow conditions provide for extended ski/snowboard recreational seasons. In the western states, many of these landscapes feature spruce-fir forests. While ski resorts occupy a small proportion of the landscape, spruce-fir forests provide important habitat for snowshoe hares and lynx at the southern extent of their range. In winter, alpine and Nordic skiing and snowboarding are the primary uses. Most of these resorts offer year-round recreation, with summer activities typically including hiking and mountain biking. Despite concerns regarding ski-area impacts to lynx, they have affected only a tiny fraction of potential lynx habitats in the DPS range, and no population-level effects of ski areas or related recreation activities have been demonstrated for DPS lynx populations.

*Mineral Extraction* – Mining and oil and gas exploration and production activities occur primarily within the western units of the DPS although there is increased interest in mining in the Minnesota and Maine units. Lynx habitats may be lost and fragmented as a result of mining, similar to other development: loss of boreal forest; construction of roads, railroads, and transmission lines; and increased human access and disturbance where lynx occur. In the West, for example in the Wyoming Range (Unit 5), extensive oil and coal bed methane development can affect large areas of landscape (e.g., 1 well per 2-4 ha (5-10 ac) and could diminish potential lynx habitat in some areas. Open pit and subsurface mines can affect from tens to thousands of hectares of habitat. To reduce effects of mineral development, land exchanges are sometimes implemented to consolidate private land ownership of the surface above a deposit to be mined. Depending on the lands exchanged, this could retain lynx habitat in public ownership. Surface deposits of minerals and gravel for forest road construction are excavated within some lynx areas and vary from a single truck load to tens of acres. Although mining and oil and gas development can result in loss and fragmentation of lynx habitats, thus far, effects to DPS lynx populations have not been demonstrated.

*Wind Energy* - Wind energy development and associated transmission lines are increasing across the nation and could affect lynx habitats. Facilities are often located on ridge tops or other areas exposed to consistent wind. Construction of wind facilities, including access roads, clearing for turbines, and transmission lines, may result in loss of lynx habitat and increased fragmentation from permanent forest clearings. Noise and human activity associated with the construction and operation of wind facilities could disturb or displace lynx from important

Rvsd Plan - 00003891

habitats. Effects would likely continue through the life of the project, which may exceed 20 years. Wind energy development has occured in some parts of the lynx DPS but has effected relatively small amounts of lynx habitat. Despite being a potential source of additional habitat loss and fragmentation, there is no information to suggest that wind energy development has had population-level effects on lynx in the DPS range.

*Utility Corridors* - Utility corridors contain developments such as overhead or buried powerlines and gas pipelines, and often are located within or adjacent to existing road rights-of-way. Utility corridors potentially could have short- or long-term impacts to lynx habitats, depending on location, type, vegetation clearing standards, and frequency of maintenance. Those that are extensively cleared of vegetation and maintained in grass or herbaceous vegetation likely equate to a permanent habitat loss. When associated with highways and railroads, utility corridors may further widen rights-of-way. Utility corridors can facilitate human access into previously remote areas potentially exposing lynx to increased trapping, illegal shooting, or other human disturbance. In most instances, naturally-vegetated utility corridors are less than 300 m (984 ft) wide and would not be expected to block lynx movements. Despite being a potential source of additional habitat loss and fragmentation, there is no information to suggest that impacts from utilitiy corridors have had population-level effects on lynx in the DPS range.

*Agriculture* - Agricultural activity currently is not expanding in lynx habitat areas and has decreased in some parts of the DPS range. For example, the amount of farmland in northern Maine has declined by over 75 percent, from over 1.2 million ha (3 million ac) in the late 1800s, to about 283,000 ha (700,000 ac) early this century (Ahn *et al.* 2002, p. 8). Most of the current farming is in northeastern Maine, where it fragments the forested landscape corridor between core habitats in northern Maine and western New Brunswick. However, lynx have been documented dispersing through this landscape (J. Vashon, Maine Department of Inland Fisheries and Wildlife, *unpubl. data*). Forest clearing for agriculture also may have contributed (along with increasing road densities and an expansion in coyote distribution) to the recent contraction in the southern part of lynx range in eastern Alberta (Bayne *et al.* 2008, p. 1195). Overall, agricultural activities occur at very low levels within potential lynx habitats in the DPS range, and no impacts to DPS lynx populations have been demonstrated.

*Habitat Loss and Fragmentation in Corridor Areas Connecting Lynx Populations in the DPS with Adjacent Populations in Canada* - Lynx conservation in the contiguous United States is thought to depend in part on maintaining connectivity with habitat areas and lynx populations in Canada. Maintaining connectivity for lynx may become increasingly difficult because of climate change and other anthropogenic influences, as evidenced by reduced connectivity for other boreal species (van Oort *et al.* 2011). Potential corridors have been identified in the northern Rockies (Squires *et al.* 2013, entire). There are likely broad forested corridors with suitable dispersal habitat connecting core habitats in Maine to southern Quebec and northern New Brunswick, and northern Minnesota to southern Ontario. Given the perceived importance of lynx immigration from Canada to the persistence of the DPS (FR 68 40076– 40101; Squires *et al.* 2013, p. 187), roads and other forms of habitat loss and fragmentation that may impede lynx movements in the border regions of Canada and the United States are of concern.

Rvsd Plan - 00003892

<u>Summary</u> - Although lynx responses to forest management and forest roads are relatively well understood (e.g., Simons-Legaard *et al.* 2016, entire; sections above), their response to other human activity and types of development remain poorly understood. Nearly all studies of lynx in North America occurred in remote areas where human activity and development are minimal. In more developed areas of the DPS range, lynx may have to balance selection for prey density against mortality risk from humans. For example, in a developed landscape in Norway, Eurasian lynx demonstrated a trade-off in habitat selection, avoiding areas near human development despite high prey (roe deer, *Capreolus capreolus*) densities, and instead selecting areas with intermediate prey abundance and lower levels of human disturbance (Basille *et al*. 2009, pp. 687-690). Their occurrence in areas having intermediate human occupancy (Basille *et al*. 2009, p. 687) confirms their ability to live in relatively human-modified habitats. Because lynx and snowshoe hares in North America are not typically associated with human development, it is uncertain whether Canada lynx would make similar trade-offs between prey density and risks associated human activity.

Overall, most lynx habitats in the DPS range are naturally fragmented, which limits the abundance and density of both hares and lynx. The largest source of anthropogenic fragmentation throughout the DPS range is vegetation management (timber harvest and related silvicultural treatments), which has thus far benefitted lynx in northern Maine by creating optimal hare (and thus lynx foraging) habitat. In other geographic units, there have likely been localized adverse (and potentially some beneficial) impacts of vegetation management to lynx habitats and perhaps individual lynx. However, we find no evidence that habitat loss and fragmentation from forest management or other anthropogenic activites have had population-level negative consequences for resident lynx in the DPS range or resulted in extirpation of lynx from areas that previously supported persistent resident populations. That said, many parts of the DPS range seem naturally only marginally capable of supporting resident lynx populations, and it is possible that relatively low levels of anthropogenic habitat loss and fragmentation, in addition to natural fragmentation, could diminish landscape-level hare densities to the point that resident lynx populations may be unable to persist.

# Chapter 4: Current Conditions

In this chapter, we present our understanding, based on the best available scientific information, including the professional judgment and opinions of lynx experts, of the current status of the lynx DPS in terms of redundancy, representation, and resiliency. We then provide brief summaries of the current conditions in each geographic unit, followed by a more detailed evaluation of the status of lynx populations and habitats and the factors currently believed to influence them in each unit. Where appropriate, we compare our current understanding to what was known or believed when the DPS was listed under the ESA in 2000 and to our understanding of historical conditions.

Rvsd Plan - 00003893

# 4.1 Summary of Current Conditions DPS-wide

Because of the limitations and uncertainty in the historical records of lynx occurrence in the contiguous United States (described above in section 2.3.2.1), it is difficult to compare the current distribution and status of resident lynx populations in the DPS with what may have been the historical condition (but see evaluation in section 2.3.2.2). However, research and surveys over the last 2 decades have significantly improved our understanding of the current distribution, habitats, and the status of resident populations compared to what was known when the DPS was listed in 2000. For example, although we knew there were some resident lynx in Maine (Unit 1), we lacked information on the quality and distribution of lynx and hare habitats and the potential number of lynx. We now know this unit currently has large areas of high-quality habitat created by the regeneration of areas of extensive clear-cutting in the 1970s and 1980s in response to a large spruce budworm outbreak, that there are probably more lynx in Maine now than was likely under historical natural disturbance regimes and habitat distributions, and that currently this unit probably supports the largest resident lynx population in the DPS. Similarly, when the DPS was listed, we were uncertain whether Minnesota (Unit 2) supported a resident population. We now know that a persistent population occupies the northeastern corner of the state. Research also suggests that lynx and habitats in the western United States (Units 3, 4, 5, and 6) are naturally less abundant and more patchily-distributed than was thought at the time of listing, and several areas thought to have historically supported small resident populations currently do not (the GYA [Unit 5], the Garnet Mountains in western Montana [Unit 3], and the Kettle Mountains of northeastern Washington). We also know that recent extensive wildfires in north-central Washington (Unit 4) have substantially reduced (probably temporarily) the amount of high-quality lynx habitat and likely caused a decline in lynx numbers there. Finally, as a result of the release of 218 Canadian and Alaskan lynx from 1999-2006 and the subsequent survival and reproduction of some of these lynx and some of their offspring, resident lynx currently occupy parts of western Colorado (Unit 6), although the current number of lynx there is uncertain.

With regard to redundancy, defined as the ability of the DPS to withstand catastrophic events, we find that the current broad distribution of resident lynx populations in large, geographically discrete areas makes the DPS invulnerable to extirpation caused by a single catastrophic event. The DPS range currently spans the northern contiguous states from Maine to Washington and south along the Rocky Mountains to southern Colorado. Resident breeding lynx populations currently occupy 5 of the 6 geographic units (all but the GYA; fig. 1). Of the 5 occupied units, 4 are larger than 20,000 km$^2$ (7,722 mi$^2$), and the other (North-central Washington) is over 5,000 km$^2$ (1,931 mi$^2$; see tables 2 and 3). Our analyses and lynx expert imput indicate no single catastrophic event that could result in the functional extirpation (loss of the ability to support resident lynx populations) of the entire DPS and, further, no or a very low likelihood of functional extirpation of any of the individual geographic units caused by a single catastrophic event (Lynx SSA Team 2016a, p. 56).

Because we lack evidence that resident lynx populations have been lost from any other large geographic areas in the contiguous United States, it also seems that redundancy in the DPS

106

Rvsd Plan - 00003894

has not been meaningfully diminished from historical levels. That is, the loss of resident lynx populations in the DPS, to the extent suggested by verified historical records, was likely in areas peripheral to the geographic units that currently support resident lynx (e.g., northern New Hampshire [McKelvey *et al.* 2000a, pp. 212-214], the Kettle/Wedge area of northeastern Washington [Koehler et al. 2008, p. 1523; Lewis 2016, pp. 1-2], Isle Royale in Lake Superior [Licht *et al.* 2015, entire]). Any small populations that were lost were not in large, discrete geographic units that would have represented substantially greater redundancy in the contiguous United States. The implications of the potential recent loss of resident lynx in the GYA for the redundancy of the DPS are unclear. The historical record and recent research show that the GYA has supported resident lynx. However, it is unclear whether the area consistently supported a resident breeding population over time or whether it naturally supported resident lynx only some of the time ("winked on" in a metapopulation sense) when habitat conditions and hare densities were favorable, and at other times, when habitats and hare densities were less favorable, it did not support resident lynx ("winked off" in a metapopulation sense). Given the protected conservation status of millions of acres in the GYA unit (Yellowstone and Grand Teton national parks; all or parts of the Absaroka-Beartooth, Bridger, Gros Ventre, Lee Metcalf, Northern Absaroka, Teton, and Washakie Wildernesses), its apparent recent inability to support resident lynx may be a reflection of naturally marginal and patchy habitats and relatively low hare abundance in much of the unit, resulting in only an intermittent ability of this unit to support resident lynx. If so, the contribution of the GYA to redundancy within the DPS is questionable.

Representation, defined as the ability of the DPS to adapt to changing environmental conditions, is characterized by the breadth of genetic and ecological diversity within and among populations (Lynx SSA Team 2016a, p. 25). Lynx experts and geneticists indicated high rates of dispersal and gene flow and, therefore, generally low levels of genetic differentiation across most of the species' range, including the DPS (Lynx SSA Team 2016a, pp. 12-14, 55-56). Although hybridization with bobcats has been documented in the DPS (in Maine and Minnesota), it is not considered a substantial current threat to the DPS (Lynx SSA Team 2016a, p. 13). Further, despite differences in forest community types and other habitat parameters (e.g., topography and elevations) lynx across the range of the DPS occupy a similarly narrow and specialized ecological niche defined by specific vegetation structure, snow conditions, and the abundance of a single prey species. Therefore, lynx likely have little ability to adapt to changing environmental conditions (i.e., shift to other forest habitats, snow conditions, or primary prey species). However, although some small populations may have become extirpated recently, resident lynx in the DPS remain broadly distributed across the range of ecological settings that seems to have supported them historically in the contiguous United States. Because there are no indications of current threats to the genetic health or adaptive capacity of lynx populations in the DPS, we find that the current level of representation does not appear to represent a decrease from historical conditions.

Resiliency, the ability to withstand stochastic disturbance events, is currently exhibited in the lynx DPS by the persistence of individual lynx populations and their broad distribution across the geographic scope of the DPS. However, because we lack reliable estimates of the sizes and trends of most lynx populations in the DPS, we are unable to use these parameters to evaluate

Rvsd Plan - 00003895

the current resiliency of individual populations or geographic units. Although some demographic data (survival, reproductive rates) are available for each geographic unit (see table 4), they were collected using different methods, at different times, and for different intervals, and possibly at different points in hare population cycles or fluctuations and, therefore, do not provide a consistent measure of resiliency. Efforts to understand resiliency within the DPS are also confounded by the metapopulation structure thought to govern lynx populations at the southern margin of their continental range, which suggests that some populations may be naturally ephemeral (i.e., "winked on" when conditions are favorable; "winked off" when conditions are not favorable). The related uncertainty about the extent to which DPS populations may rely on cyclic immigration of lynx from Canada during population irruptions and the ambiguity in the historical record that limits our understanding of the relative persistence of lynx in various geographical areas also limit our ability to characterize, rank, or model the relative contribution of each geographic area to the resiliency of the DPS.

Despite uncertainties and data deficiencies, qualitative factors provide some hints about current relative resiliency among some geographic areas or parts of them. For example, in Maine, lynx have demonstrated resiliency by responding positively to substantial anthropogenic increases in the amount and distribution of high-quality foraging habitat. Conversely, the current apparent absence of resident lynx in the GYA (Unit 5) and in the Garnet Mountains of Unit 3 may indicate the lower level of resiliency expected among small and relatively more isolated populations. The persistence of lynx in north-central Washington (Unit 4) despite the substantial recent wildfire-mediated loss of habitat suggests resiliency in that population; however, the post-fires increase in home range size and likely decrease in lynx numbers may indicate the population is currently less resilient (less able to persist if additional or similar habitat losses occur) than it was previously. Overall, the apparent long-term (historical and current) persistence of resident lynx populations in at least 4 of the 6 geographic units (Units 1-4), and the absence of reliable information indicating that the current distribution and relative abundance of resident lynx are substantially reduced from historical conditions, suggest historical and recent resiliency of lynx populations in the DPS.

In summary, the lynx DPS currently exhibits redundancy sufficient to preclude extirpation as a result of catastrophic events. The genetic health and ecological diversity expressed across the DPS range likewise suggest the recent and current maintenance of representation. The long-term persistence and broad geographical distribution of lynx populations in 4 of the 6 geographic units also suggests historical and recent resiliency in the DPS, although the potential recent extirpation of several small populations may be an indication of declining resiliency in those places.

## 4.1.1 Summaries of Current Conditions in Each Geographic Unit

Unit 1 - Northern Maine:  This geographic unit encompasses the northern hardwood and spruce-fir (Acadian) forest in roughly the northern half of Maine. Resident lynx in this unit represent the southern periphery of a larger and highly resilient population (Harrison 2017, p. 3) that also occupies southern Quebec (where trapping is legal) and northern New Brunswick

Rvsd Plan - 00003896

(where lynx are a provincially-endangered species and harvest is prohibited). Although the actual number of resident lynx in this unit is unknown, the MDIFW believes this unit currently may be capable of supporting 750-1,000 lynx based on estimates of habitat distribution and lynx home range sizes (Vashon *et al.* 2012, pp. 87-91), which would make it the largest population in the DPS. This is many more resident lynx than likely occurred historically and many more than were suspected to occur in this unit when the DPS was listed, and it is the result of extensive clearcutting and herbicide application to salvage spruce-fir and encourage softwood regeneration following a severe spruce budworm outbreak in the 1970s and 1980s (Hoving *et al.* 2004; Vashon *et al.* 2008b; Simons 2009, pp. 122-165). Those past treatments have created the current extensive distribution of young, regenerating softwood stands that provide optimal hare foraging habitat. Lynx responded to these conditions with high survival and reproduction, small home ranges, and the highest densities documented in the DPS. Historically, under a more natural disturbance regime, Maine typically had a greater proportion of mature forest and, therefore a patchier distribution of high-quality habitat that likely supported a smaller lynx population that may have been more dependent on immigration from Canada. State forestry regulations passed in 1989 caused landowners to shift to various forms of partial harvesting that have resulted in lower landscape hare densities across much of the unit. Hare populations do not seem to cycle in this region, but hare density estimates from 2008-2015 declined by over 50 percent compared to estimates from 2001-2006. Reproduction and adult survival declined in the low-hare environment after 2006, although kitten survival remained high. Unlike other DPS units, lynx habitat in northern Maine occurs nearly entirely on private, industrial forest lands, most of which lack long-term commitments to lynx management. The majority of private lands in this unit are now owned by investment companies seeking to diversify income from their investments, which could result in forest practices less likely to maintain or conserve hare and lynx habitat. Other potential stressors to lynx in this unit include incidental trapping, road mortality, large-scale wind energy development, residential and resort development, and parcelization of forestlands from rapid turnover in investment company landowners. Another spruce budworm outbreak may be imminent, and forestry response by investment landowners is uncertain. Climate change is a concern because average annual snowfall and duration are currently at the minimum thresholds believed necessary to give lynx a competitive advantage over bobcats and other mesocarnivores. Although lynx regularly occur outside this unit in southeastern and southwestern Maine, and small numbers of reproducing lynx have also been documented recently in northern New Hampshire and northern Vermont, the ability of some of these peripheral areas to support persistent breeding populations is questionable. However, recent telemetry data in Maine suggest that resident lynx are expanding both east and south of the Northern Maine Geographic Unit, with home range maintenance and reproduction documented in both areas, which previously were considered outside the area capable of supporting resident lynx (Vashon 2017, *pers. comm.*).

Unit 2 - Northeastern Minnesota:  This geographic unit contains a mix of upland conifer and hardwood interspersed with lowland conifer, alder (*Alnus* spp.) or willow (*Salix* spp.) shrub swamps, and black spruce (*Picea mariana*) or tamarack (*Larix laricina*) bogs. Despite uncertainty when the DPS was listed, it has become apparent that a reproducing resident population of roughly 50 to 200 lynx exists in northeastern Minnesota. This unit is directly

Rvsd Plan - 00003897

connected to lynx habitats and populations in Canada, and lynx in this unit likely represent the southern extent of a larger cross-border population, most of which occurs in Ontario, where trapping of lynx is legal. Lynx in Minnesota select regenerating forest dominated by conifer with extensive forest edge; lynx beds (resting and hunting) and kill sites are associated with regenerating and mixed forest (Burdett 2008, p. 57). Hare densities in parts of northeastern Minnesota appear to be sufficient to support a viable lynx population and are highest in regenerating forests (McCann and Moen 2011, p. 513). The Superior National Forest continues to manage lynx habitats in accordance with its 2004 Forest Plan, which includes measures to minimize several risk factors and promote lynx conservation on the forest. Management of lynx habitat on State and private lands is voluntary and lacks long-term commitments to lynx management. Factors affecting current conditions in this unit primarily include forestry management, roads, and incidental trapping; other factors that could potentially impact resident lynx in this unit include mining development, snow compaction related to winter recreation, competition with bobcats, and lynx-bobcat hybridization. Since 2000, 45 lynx mortalities have been documented in Minnesota from unknown causes (16), incidental trapping (11), vehicle collisions (9 on roads and 2 on railroads), and illegal shooting (7). Six lynx radio-collared in Minnesota died after traveling north into Ontario, 4 from legal trapping/hunting, and 2 from unknown causes; some of these mortalities occurred years after the lynx was last located in Minnesota, indicating survival of Minnesota lynx in Ontario for extended periods is possible.

Unit 3 - Northwestern Montana/Northeastern Idaho:  The historical and current sizes of the resident lynx population in this unit are unknown, but it is thought currently to be capable of supporting 200-300 lynx home ranges. Habitats capable of supporting resident lynx in this unit are naturally patchier and less-broadly distributed (Squires *et al.* 2006a, pp. 46-47; Squires *et al.* 2013, p. 191), and lynx therefore naturally rarer, than was thought when the DPS was listed (ILBT 2013, p. 23; Jackson *in* Lynx SSA Team 2016a, p. 12). Minor genetic differences suggest 3 subpopulations in the northwest (Purcell Mountains), central (Seeley Lake), and southern (Garnet Mountains) parts of the unit. No lynx were detected in the Garnet Range from 2011 to 2015, prompting concerns about the potential loss of the small resident population (perhaps 7-10 lynx) documented there in the mid-1980s and again recently from 2002 to 2010. However, whether this absence indicates the extirpation of a previously persistent resident population or the temporary loss of an historically ephemeral population is uncertain. A single lynx was verified in the Garnet Range in February 2016, indicating that natural recolonization of the area is possible; however, subsequent surveys have failed to detect that lynx or other lynx, and there currently remains no evidence of lynx residency in this mountain range (Lieberg 2017, *pers. comm.*). Most (about 90 percent) of this unit is managed to conserve and restore lynx and hare habitats, including on Federal, State, Tribal, and some private lands. Past timber harvest and associated management (e.g., thinning, road construction, fire suppression) appear to have had localized impacts but not to have diminished the unit's ability to support resident lynx, with habitats in the Garnet Range being a possible exception (see 4.2.3 below). The size, frequency, and intensity of wildfires in this unit have increased over the past several decades, likely in response to climate warming, but population-level impacts to lynx have not been documented. Whether (and if so to what extent) other climate-mediated factors have influenced the current condition of lynx populations or habitats in this unit are also unknown. Regulations prohibit lynx

110

trapping and require measures to reduce the likelihood of trapping lynx incidentally when legally trapping other species. Hare densities have not been estimated broadly throughout the unit but appear to be low or marginal even in what is considered the highest-quality habitat, suggesting that even small decreases in habitat quality/hare densities could influence its continued ability to support resident lynx. The role of past and recent immigration in maintaining the demographic and genetic health of current lynx populations in this unit is unknown, but peaks in cyclic lynx numbers in Canada have declined, especially when compared to the unprecedented irruptions of the early 1960s and 1970s, and there is no evidence of significant immigration into this unit since then.

<u>Unit 4 – North-central Washington</u>: This geographic unit encompasses extensive boreal forest vegetation types and is directly connected to lynx habitats and populations in British Columbia. It represents about 58 percent of the Okanogan Lynx Mangagement Zone (LMZ) designated by the WADNR. Historical and current resident lynx numbers in northern Washington are unknown, but recent habitat and home range analyses for the larger Okanogan LMZ (summarized in Lewis 2016) suggest that this geographic unit may have been capable of supporting about 50 lynx prior to extensive wildfires over the past 2-3 decades (85-90 lynx in the entire LMZ). Those fires affected over a third of the LMZ, led to increased home range size, and may have reduced the carrying capacity of this unit to perhaps 30 lynx currently (50-55 in the entire LMZ). Additional extensive wildfire activity in the northern part of this unit in 2017 may result in further reduction of carrying capacity. The recent increases in wildfire frequency, size, and intensity in lynx habitat in this unit may have been influenced by climate change (Westerling *et al.* 2006, pp. 942-943). Burned habitats are expected to regenerate back into suitable lynx habitat, but this may take 10-40 years. However, additional wildfire activity in this unit before previously burned areas recover could substantially reduce the viability of the lynx population in this geographic unit (see section 5.2.4). Because of these habitat impacts and remaining stressors to lynx, the Washington Department of Fish and Wildlife recently submitted, and the State Fish and Wildlife Commission adopted, a proposal to uplist lynx from threatened to endangered within the State. Hare densities in Washington are generally at the low end of the range thought necessary to support lynx persistence. The Okanogan-Wenatchee and Colville National Forests, which administer more than 90 percent of lynx habitat in Washington, continue to manage in accordance with the LCAS. Additionally, the WADNR, which manages approximately 4 percent of lynx habitat in Washington, developed a Lynx Habitat Management Plan in 1996, which was updated in 2006 and is also largely based on the LCAS. The Kettle Range to the east of this unit was suspected to have supported a small (likely fewer than 20 individuals) resident population until about 30 years ago when over-trapping compounded by habitat changes may have resulted in its extirpation (Stinson 2001, p. 13; Koehler *et al.* 2008, p.1523). Potential impediments to lynx movement between the Kettle Range and the Cascades and British Columbia may make natural recolonization of the Kettle Range unlikely.

<u>Unit 5 - Greater Yellowstone Area (GYA)</u>:  There are no reliable estimates of current or historical lynx numbers in this unit but, given its naturally-fragmented potential habitat, generally low hare densities, and the paucity of verified records, it appears unlikely this unit ever supported a large resident population, and it is possible that this unit historically supported resident lynx only

111

ephemerally. No lynx have been verified in this unit since 2010, but whether this indicates the extirpation of a small but previously persistent resident population or the temporary loss of an historically ephemeral population is uncertain. Over 97 percent of this unit consists of Federal lands that are currently managed to conserve and restore lynx and hare habitats. Past timber harvest and associated management (thinning, road construction, fire suppression) appear to have had localized impacts but not to have diminished the unit's ability to support resident lynx. The size and intensity of wildfires have increased over the past several decades, predominantly in the northern half of the unit (including the large fires of 1988 in Yellowstone National Park) and likely in response to climate warming, but impacts to lynx are uncertain. Whether (and if so to what extent) other climate-mediated factors have influenced the current condition of lynx populations or habitats in this unit are also unknown. Snow conditions currently appear to be adequate, with most of this geographic unit modeled to have a 95 percent probability of providing snow cover conditions supportive of lynx presence (Gonzalez *et al.* 2007, p. 12). Hare densities were very low in most of Yellowstone National Park but high in parts of the Bridger-Teton National Forest in the southern half of the unit. The role of past and recent immigration in maintaining the demographic and genetic health of lynx populations in this unit is unknown. This unit lacks direct connectivity to other lynx populations, and there is only anecdotal evidence that irruptions of lynx from Canada resulted historically in immigration into this unit. At least 9 lynx released in Colorado dispersed northward into this unit and some temporarily occupied home ranges in areas used previously by native resident lynx, but there is no evidence of long-term occupancy or reproduction by these lynx.

Unit 6 - Western Colorado:  The current and historical numbers of resident lynx numbers in this unit are unknown, but CPW lynx biologists believe it currently could support 100-250 lynx as a result of the 1999-2006 release of 218 lynx from Canada and Alaska. Released lynx had high survival but the proportion of females producing kittens and kitten survival were low. This unit is not directly connected to lynx populations in Canada, and it does not appear to have received immigrant lynx during the historicaly large irruptions of the early 1960s and early 1970s. Since 1996, 2 unprecedentledly large bark beetle epidemics have affected about 16,200 km$^2$ (6,255 mi$^2$) of spruce-fir and lodgepole pine forests in Colorado, including much of the lynx habitat in this unit. Additionally, the 2013 West Fork Complex fire impacted more than 400 km$^2$ (154 mi$^2$) of lynx habitat in the San Juan Mountains. Beetle outbreaks do not appear to have negatively impacted hares, and hare numbers may increase in affected areas as succession progresses; however, they have negatively impacted red squirrels, an important alternate prey species for lynx in this unit. Areas affected by beetles that contained multi-story stand conditions likely continue to provide habitat to support snowshoe hares and lynx. Areas affected by fire may require 20 years or more, and in some areas considerably longer, to recover to a point where the stands will again support snowshoe hares. Large-scale monitoring efforts in the San Juans documented continued lynx occupancy during 2010-11, 2014-15, and 2015-2016, and it is reasonably likely that lynx continue to occur in all national forests within the State of Colorado. Snowshoe hare habitat is naturally patchily-distributed in this geographic unit, which limits hare abundance. Because the majority (90 percent) of potential lynx habitat in Colorado is under Federal land management, actions occurring on other ownerships are unlikely to result in significant impacts to lynx habitat within this unit. The USFS manages over 85 percent of the

112

lynx habitat in this unit, providing conservation through the SRLA. However, regulatory mechanisms for the conservation of lynx are lacking on approximately 3,159 km$^2$ (1,220 mi$^2$; over 12 percent) of this unit, including lynx habitats on some BLM and some non-Federal lands.

Table 4. Summary of current conditions in 6 geographic units within the DPS range[1].

| | Unit 1 - Northern ME | Unit 2 - Northeastern MN | Unit 3 - Northwestern MT, Northeastern ID | Unit 4 - North-central WA | Unit 5 - Greater Yellowstone Area | Unit 6 - Western CO |
|---|---|---|---|---|---|---|
| Unit Size (km$^2$) | 28,909 | 21,101 | 26,997 | 5,176 | 23,687 | 25,294 |
| Percent of Unit in Conservation Ownership (i.e., Federal, State, Tribal, Other Conservation Org.) | 10 - 15 | 75 - 90 | > 95 | > 90 | > 95 | > 90 |
| Connectivity to Lynx Populations/ Habitats in Canada | Directly connected to lynx habitats/ populations in s. Quebec and n. New Brunswick; evidence of natural movement, but rates of immigration/ emigration unknown | Directly connected to lynx habitats/ populations in s. Ontario; evidence of natural movement, but rates of immigration/ emigration unknown | Directly connected to lynx habitats/ populations in s. Alberta and s. British Columbia; evidence of natural movement, but rates of immigration/ emigration unknown | Directly connected to lynx habitats/ populations in s. British Columbia; evidence of natural movement, but rates of immigration/ emigration unknown | No direct connection; rates of immigration/ emigration unknown | No direct connection; rates of immigration/ emigration unknown; long-distance dispersal (emigration) documented to many western states and to Canada |
| Home Range Size (Adult Female, km$^2$) | 25-33 | 17 - 21 | 43 - 115 | 37 - 91 | 50 (1 female, 3 years) | 75 |
| Productivity – Percent Females with Kittens | 89% (high hares); 30% (low hares); | 100% | 83% (Purcells); 61% (Seeley Lake) | 100% (2 females) | Few data | 24% |
| Productivity - Litter Size | 2.74 (high hares); 2.25 (low hares) | 3.3 | 2.95 (Purcells); 2.24 (Seeley Lake) | 2.25 (2 females) | 3.0 (1 female, 2 years) | 2.75 |
| Average Annual Adult Survival Rate | 0.80 (high hares); 0.71 (low hares) | 0.75 - 1.00 | 0.85 (Purcells); 0.75 (Seeley Lake) | 0.86 | Few data | 0.93 (In Core Release Area [CRA]); 0.82 (out of CRA) |
| Kitten Survival Rate | 0.78 (high hares); 0.89 (low hares) | No estimate; recruitment thought low | 0.58 (Seeley Lake) | 0.12 (7 of 8 kittens died in 1st year) | No estimate; no evidence of kitten survival to independence | 0.23 |
| Lambda (Annual Rate of Population Change) | 1.05 (1.16, high hares, 6 yrs; 0.88,low hares, 4 yrs) | No estimate | 1.16 (Purcells, 4 yrs); 0.92 (Seeley Lake, 8 yrs) | No estimate | No estimate | 0.93 - 1.08 |

[1]Estimators used to calculate home range size are provided in table 3.

## 4.2 Current Conditions - Detailed Descriptions by Geographic Unit

### 4.2.1 Unit 1 - Northern Maine

Unit Description: This geographic unit encompasses approximately 28,909 km$^2$ (11,162 mi$^2$) of northern hardwood and spruce-fir forest (the Acadian forest) in northern Maine that has been designated as critical habitat for lynx (79 FR 54823-54828). Land ownership in this unit is about 90 percent private, 7 percent State (primarily Baxter State Park), 1 percent Federal (the newly-designated Katahdin Woods and Waters National Monument and Appalachian Trail Corridor), and 1 percent Tribal (Passamaquoddy Tribe, Penobscot Indian Nation). Almost all private lands are intensively managed for commercial forest (timber and pulp) products. This unit is directly connected to lynx habitats and populations in southern Quebec and northern New Brunswick. Lynx in this unit represent the southern extent of a larger cross-border population, most of which

113

occurs in the Gaspe region of southern Quebec and northern New Brunswick (Ray *et al.* 2002, pp. 17-20) and which is geographically isolated by the St. Lawrence River from lynx populations in central Quebec (120 km [75 mi] north of Maine). Lynx populations in Maine and eastern Canada are also geographically isolated from other lynx populations on the island of Newfoundland (900 km [559 mi] northeast of Maine), and on Cape Breton Island, Nova Scotia (650 km [404 mi] east of Maine; Koen *et al.* 2015, entire; Prentice *et al.* 2017, entire). Lynx in Maine are also isolated from other DPS populations, the closest of which is in northeastern Minnesota, about 1,610 km (1,000 mi) west of this unit.

Lynx regularly occur outside this unit and recently have been documented in smaller areas of similar habitat in southeastern and southwestern Maine, northern New Hampshire, and the northeastern corner of Vermont (see below). Occasional lynx reproduction has been documented recently in New Hampshire and Vermont, but these areas are not thought to support persistent breeding populations and are likely incapable of doing so (see below). Climate in this region is characterized by warm summers and some of the coldest temperatures and highest snowfalls in the eastern United States; a function of latitude, elevation, and distance from the ocean. The average terrain rises in northern Maine to 305-457 m (1,000-1,500 ft) with mountain peaks, particularly in western Maine, northern New Hampshire, and Vermont, from 914-1,524 m (3,000-5,000 ft). Average annual precipitation is currently 104 cm (41 in), with greatest precipitation in winter in the form of snow (average total snowfall is 228-280 cm (90 - 110 in), with higher amounts at the highest elevations. Snow duration is about 5 months (mid-November through mid-April).

*New Hampshire* - Potential habitat in northern New Hampshire is limited (Hoving 2001, p. 59), and the few habitat patches that support lynx in New Hampshire are much smaller than those in northern Maine (Litvaitis and Tash 2005, fig. 2 and p. A–298; Robinson 2006, fig. 3.3, p. 99). Hoving estimated approximately 1,000 km$^2$ (386 mi$^2$) of potential habitat having a greater than 50 percent probability of being occupied by lynx (68 FR 40086). Litvaitis and Tash (2005, p. A–298) estimated that New Hampshire contains about 888 km$^2$ (343 mi$^2$) of potential Canada lynx habitat. Historical lynx occurrence in New Hampshire included Coos and northern Carroll and Grafton counties (i.e., White Mountain National Forest; Siegler and Jorgensen 1971: Silver 1974: Hoving *et al.* 2003). The majority of lynx records in northern New Hampshire over the past 10 years have occurred in the vicinity of Pittsburg on the 101-km$^2$ (39-mi$^2$) Connecticut Lakes Natural Area (CLNA), which is owned and managed by New Hampshire Fish and Game, and on surrounding habitat owned and managed by the Connecticut Lakes Timber Company under a conservation easement held by the State (Kilborn 2015, App. A, pp. 42-43). The CLNA, under a conservation easement, includes a 61-km$^2$ (23-mi$^2$) area that will be allowed to mature to a climax forest type which is contained within what is considered core lynx habitat. The area will potentially provide good denning habitat but will likely restrict the amount of snowshoe hare habitat in the foreseeable future. Current conditions are in a transition state, and portions of the core area currently support higher densities of snowshoe hare because of past forest management (Kilborn 2015, App. A pp. 42-43). Regional-scale modeling suggests that a high component of deciduous forest and insufficient snow conditions in New Hampshire make it

114

unlikely to support a persistent, viable lynx population over time (Hoving *et al.* 2005, pp. 739, 749).

*Vermont* – Recent modeling indicates that the Nulhegan River Basin contains Vermont's best lynx habitat (Farrell 2012). The 530-km$^2$ (205-mi$^2$) area is approximately 20 percent Federal (Nulhegan National Wildlife Refuge), 17 percent State (Vermont Department of Natural Resources), and 63 percent private commercial timber lands (with conservation easement). Vermont does not appear to have historically supported a persistent resident lynx population and, despite several recent verified records of lynx presence and evidence of limited reproduction (see section 2.3.2.2), it is unlikely to do so in the future because of the patchy and limited amount of potential habitat, climate change (decreasing snow), trends toward hardwood management, and increasing human disturbance (Vermont Fish and Wildlife 2015, Appendix A5 p. 127).

Habitat Description:  Most lynx occurrence records in this unit are found within the broadly described "Mixed Forest-Coniferous Forest-Tundra" cover type (68 FR 40086). This habitat type occurs along the northern Appalachian Mountain range from southeastern Quebec, northern New Brunswick, and northern and western Maine, south through northern New Hampshire. This area is part of the Acadian Forest Region (Rowe 1972, p. 112-129) representing a transition between northern boreal spruce and balsam fir and southern temperate deciduous forests (Seymour and Hunter 1992, pp. 3-4). This forest type becomes naturally fragmented and begins to diminish to the south and west, with a disjunct segment running north-south through Vermont and a patch in the Adirondacks of northern New York (McKelvey *et al.* 2000a, pp. 248-250). Patches of boreal forest in New Hampshire, Vermont, and New York are more highly fragmented and smaller than in northern Maine. These more southerly forests also contain a higher proportion of northern hardwood and are believed to lack an adequate conifer component needed to produce sufficient snowshoe hare densities to consistently support resident lynx populations (Hoving *et al.* 2005, p. 749; Carroll 2007, p. 1100). Northern Maine is characterized by low-relief, hilly terrain, but with some higher elevations in the Katahdin Highlands and in western Maine. Higher elevations support a predominantly coniferous forest (white, red, and black spruce; balsam fir; eastern white pine [*Pinus strobus*]) intermixed with northern hardwoods (red maple, aspen, paper [white] birch, sugar maple [*Acer saccharum*], beech [*Fagus* spp.], and yellow birch [*Betula alleghaniensis*]). Lowland areas include spruce-fir flats interspersed with peatlands (black spruce, tamarack).

In this unit, lynx are most strongly associated with stands of regenerating sapling spruce-fir forest supporting high hare densities (Homyack 2003, p. 53; Fuller and Harrison 2005, p. 716, Vashon *et al.* 2008b, p. 1492; Scott 2009, pp. 24, 32, 36-44). Most current high-quality stands in this unit are the result of landscape-level clearcutting in the 1970s and 1980s (see Habitat Status, below). Regenerating stands used by lynx typically develop 15-30 years after timber harvest (Hoving *et al.* 2004, p. 291) or other disturbance (e.g., periodic spruce budworm defoliation), are characterized by high stem density and dense horizontal cover within 1 m (3 ft) of the ground (Robinson 2006 pp. 26-36, Scott 2009, pp. 81-93; Fuller and Harrison 2010, p.

115

1276-1278; Vashon *et al.* 2012, p. 15), and support the highest snowshoe hare densities (Homyack 2003, p. 63; Fuller and Harrison 2005, pp. 716, 719; Vashon *et al.* 2005a, pp. 10–11).

At the stand scale, lynx in northwestern Maine selected older (11- to 26-year-old), tall (4.6- to 7.3-m [15- to 24-ft]) softwood-dominated (spruce and fir) regenerating clearcut stands, adjacent older (11- to 21-year-old) partially harvested stands in close proximity to clearcut stands (Fuller *et al.* 2007, pp. 1980, 1983–1985), and mature conifer stands (Simons-Legaard *et al.* 2013, p. 568) where hares are more accessible. During winter, lynx primarily selected tall (4.4–7.3 m [15–24 ft]) regenerating clearcuts and established partially harvested stands that were 11–21 years post-harvest (Fuller *et al.* 2007, pp. 1984-1985). Lynx selected against mature second-growth stands (> 40 years old), short (3.4–4.3 m [11–14 ft]) regenerating clear-cut or partially harvested stands < 10 years post-harvest, and roads and road edges (Fuller *et al.* 2007, pp. 1980, 1983-1985). Research of year-round habitat use yielded similar results, with lynx preferentially using conifer-dominated sapling stands that were 3.4–7.3 m (11–24 ft) in height and supported high densities of snowshoe hares (Vashon *et al.* 2008b, pp. 1492-1495). At the home range scale, lynx select landscapes having extensive regenerating conifer forest, but also with some mature conifer forest (Simons-Legaard *et al.* 2013, pp. 572–573). Lynx tended to forage in areas with intermediate to high hare densities, where hares were more accessible to lynx compared to the densest (short regenerating) stands (Fuller and Harrison 2010, pp. 1276-1278). Lynx may select partially harvested and mature conifer stands in close proximity to clearcut stands because of increased ease of travel and access to hares along the extensive edges of the densest, high-quality (regenerating clear-cut) hare habitats (Simons-Legaard *et al.* 2013, p. 574). Lynx are more likely to occur in large landscapes having a high percentage (> 27 percent) of regenerating forest, and less likely to occur in landscapes with very recent clearcuts or extensive partial harvest (Hoving *et al.* 2004, pp. 291–292; Simons-Legaard *et al.* 2013, entire).

Denning habitat included various types of coarse woody debris including blowdown, deadfalls, and root wads. In northern Maine, nearly half (12 of 26) of natal dens occurred in conifer-dominated sapling stands, and 6 dens were found in mature or mixed multi-story forest stands dominated by conifers (Organ *et al.* 2008, pp. 1515-1517).

In general, landscape scale and home range scale habitat selection by lynx on commercial forest lands reinforces the importance of dense regenerating conifer forest along with a component of mature conifers (Hoving *et al.* 2004, p. 286; Vashon *et al.* 2008b, pp. 1494-1495; Simons 2009, pp. 64-110; Simons-Legaard *et al.* 2013, p. 568). Simons-Legaard *et al.* (2013, p. 573) found the probability of lynx occurrence was > 50 percent where landscape hare densities were > 0.74 hares/ha (0.39 hares/ac) and there was > 10 percent mature conifer forest. No lynx maintained home ranges in landscapes with hare densities < 0.5 hares/ha (0.2 hares/ac). At a landscape scale, lynx habitat selection did not differ between sexes; however, at a home range scale, males tended to use more mature forest dominated by conifers than females, and both male and female lynx tended to avoid mature forests that had a high deciduous component (Vashon *et al.* 2008b, pp. 1492-1493). Based on these observations, Simons-Legaard *et al.* (2013, pp. 574-576) recommended maintaining landscape hare densities of > 0.5 hares/ha (0.2

116

hares/ac) and a minimum of 27 percent high-quality hare habitat within 100-km$^2$ areas to conserve lynx.

Habitat Status:  As elsewhere in the DPS, boreal spruce-fir forest habitats in the Northern Maine Unit are naturally patchily-distributed and intermixed with northern hardwoods, riparian areas, and peatlands. USFS forest inventory data indicate that over 16,000 km$^2$ (6,178 mi$^2$) of forestland are classified as spruce-fir in Aroostook, Penobscot, Piscataquis, and Somerset Counties in northern Maine (McWilliams *et al.* 2005, p. 122), although not all of this forest type is in areas occupied by lynx. Currently, most of the high-quality hare and lynx habitat in northern Maine is the result of extensive landscape-scale clearcut timber harvesting in response to a spruce budworm outbreak in the 1970s–1980s (Hoving *et al.* 2004, p. 291; Simons 2009, pp. 64, 218). Many of these clearcuts were also treated with herbicides to promote conifer regeneration by suppressing deciduous tree species. After salvage harvest of the affected trees, a portion of the area was sprayed with herbicide to reduce deciduous competition (Scott 2009, pp. 7, 14). The resulting vegetation was dominated by balsam fir and red or black spruce (Scott 2009, p. 60). This created favorable habitat conditions for snowshoe hares and lynx. Habitat conditions for hares and lynx in the unit improved from the late-1980s to present, benefitting from stand-replacing salvage harvests during the last budworm outbreak (Simons 2009, pp. 122-229; Simons-Legaard *et al.* 2016, entire). During this time period, the percentage of forestland with an average landscape hare density greater than 0.5 hares/ha (0.2 hares/ac) increased 400 percent (Simons-Legaard *et al.* 2016, p. 7). Both the current amount of high-quality habitat and the lynx population in Maine are likely larger than occurred prior to European settlement, when a relatively smaller proportion of the forest was typically in an early successional stage (Lorimer 1977, entire; Vashon *et al.* 2012, pp. 45, 56).

In the Northeast prior to European settlement, lynx habitat was created and maintained by frequent, small-scale forest gap dynamic events and infrequent, large-scale stand-replacing forest disturbances (Seymour *et al.* 2002, pp. 359-365; Lorimer and White 2003, pp. 54-58). Historically, the natural disturbance regime (fires, windthrow, insect outbreaks) resulted in smaller, more frequent disturbances and long intervals between larger disturbances; thus, high-quality lynx foraging habitat in northern Maine was probably typically much less abundant and less broadly-distributed than it is today. Large, stand-replacing events (fire, wind and ice storms, insect outbreaks) are rare (intervals of several hundred to several thousand years) and highly variable in size (Seymour *et al.* 2002, entire; Lorimer and White 2003, pp. 50, 54, 59). Spruce budworm, spruce beetle, beech bark disease, and sugar maple defoliators have been important influences affecting forest landscape patterns (McNab and Avers 1994, Chapter 14). The frequency and intensity of spruce budworm outbreaks, the most likely insect to affect lynx habitat, have been highly variable in Maine and eastern Canada in recent centuries (Blais 1983, entire). Although, high-elevation boreal forests often exhibit dense, regenerating conifer (resulting from a wind-throw phenomenon known as fir-waves [Sprugel 1976, entire]), hare densities are believed to be low in these areas (Siren *et al.* 2015, entire). In this geographic area, wildfire is less significant as a natural agent of disturbance. The typical fire regime is infrequent surface fires in the dormant season in the hardwood forests, and slightly more frequent but long-interval fires in conifer forests (Kilgore and Heinselman 1990, entire; Seymour

117

*et al.* 2002, pp. 359-365, Lorimer and White 2003, p. 59). For the past several decades, early successional forests and lynx habitat in northern Maine, New Brunswick, and southern Quebec have been created almost exclusively by forest management (Lorimer and White 2003, pp. 42-43).

In a roughly 14,500-km$^2$ (5,598-mi$^2$) area in northern Maine (about half of the Northern Maine geographic unit), Simons-Legaard (2016, p. 9-10) estimated that 3,845 km$^2$ (1,485 mi$^2$; nearly 27 percent) of the forested landscape was comprised of spruce-fir in a young, regenerating stand condition that provide high-quality hare habitat. This habitat is similar to, and contiguous with, forested areas in Quebec and New Brunswick that support lynx (Hoving *et al.* 2005, pp. 740-741). The current range of lynx in this unit is associated with areas of deep snowfall, extensive forested landscapes, and areas having a high proportion of regenerating conifer-dominated forest that had previously been clearcut and treated with herbicides to suppress hardwoods (Homyack 2003, p. 2; Hoving *et al.* 2004, p. 287).

Snowshoe hare populations in Maine do not seem to cycle at 10-year intervals, but they have experienced a period of higher (1995-2005) and lower (2006 to present) densities (Scott 2009, pp. 1-44; Vashon *et al.* 2012, p. 14; Harrison *et al.* 2016, entire). Prior to 2006, several estimates of hare densities in the highest-quality regenerating conifer or mixed forest averaged 1.9 to 2.1 hares/ha (0.8 to 0.9 hares/ac; Homyack *et al.* 2007, p. 8; Robinson 2006, p. 26). After 2006, hare densities declined by about half in all stand types and have remained at these lower levels (Scott 2009, p. 109; D. Harrison, Univ. Maine, *unpubl. data*). Similar trends were observed in the Gaspe Region of Quebec (Assells *et al.* 2007, entire). In New Hampshire in 1990, hare densities in dense, regenerating spruce-fir stands were about 0.5 hares/ha (0.2 hares/ac) at low and high elevations (Brocke *et al.* 1993, p. 61). More recently, Siren *et al.* (2015) reported lower densities in New Hampshire (0.25 to 0.36 hares/ha [0.1 to 0.15 hares/ac]) that are unlikely to support lynx persistence in both montane and lowland spruce-fir. Densities in high elevation areas (krumholtz, stunted spruce-fir) were only 0.19 to 0.28 hares/ha (0.08 to 0.11 hares/ac), also unlikely to support lynx persistence. Comparable hare density data are not available for Vermont.

Currently, the amount and distribution of high-quality habitat are likely at historically high levels, but this habitat has peaked and high-quality lynx habitat is projected to decline in the near future (Simons-Legaard *et al.* 2016, pp. 140-163, 202-218). In response to the widespread clearcutting in the 1970s and 1980s, Maine passed the Forest Practices Act in 1989, which regulated clearcutting. Since then, various forms of partial harvesting have replaced clearcutting as the predominant form of forest management in northern Maine. Partially harvested stands (e.g., selection harvest, shelterwood harvest, overstory removal) have a wide range of residual stand conditions, but many have lower conifer stem densities and higher hardwood density than regenerating clearcuts (Robinson 2006, p. 29). On average, partially harvested stands support about 50 percent of the hare densities observed in regenerating clearcuts (Robinson 2006, p. 26-27). Over 95 percent of cutting that occurs now in northern Maine is partial harvesting compared to 59 percent in 1988 (Scott 2009, p. 8; Simons 2009, pp.45-47, 69-71; Simons-Legaard *et al.* 2013). This new cutting regime results in lower landscape densities of snowshoe

118

hares (Fuller 1999; Homyack 2003; Robinson 2006; Scott 2009). Another consequence of partial harvesting is that a much greater acreage needs to be cut annually to attain similar harvest volume (as compared to clearcutting). Annual harvest rates have increased from about 40,000 ha (100,000 acres) per year (before the Forest Practices Act) to over 200,000 ha (500,000 acres) per year (after the Act). Thus, 28 years after the Maine Forest Practices Act, much of the forested landscape in northern Maine has been partially harvested.

Unlike Federal lands, there is no requirement that private landowners comply with lynx management guidelines, and a Federal nexus for review of forestry projects rarely exists. Furthermore, there continues to be high turnover in forest land ownership (Hagan *et al.* 2005; Ippoliti and Nadeau-Drillen 2006) and little funding to provide incentives or to work with private landowners. As of 2005, there were 23 landowners in northern Maine with land holdings in excess of 40,000 ha (100,000 ac) including the State, Federal government (White Mountain National Forest south of lynx range), a conservation group (The Nature Conservancy), 2 tribes (Penobscot Indian Nation and Passamaquoddy Tribe with much land south of lynx range) and 18 private forest landowners (Ippoliti and Nadeau-Drillen 2006, p. 13).

Although long-term, binding land management commitments are generally lacking in the northern Maine unit, several landowners have made short-term commitments to conserving lynx habitat. In 2003, Congress passed the Healthy Forest Restoration Act. Title V of this Act designates a Healthy Forest Reserve Program (HFRP) with objectives to: (1) promote the recovery of threatened and endangered species, (2) improve biodiversity, and (3) enhance carbon sequestration. In 2006, Congress provided the first funding for the HFRP, and Maine, was 1 of several pilot States to receive funding through its Natural Resources Conservation Service (NRCS) State office. Based on a successful pilot program, in 2008, the HFRP was reauthorized as part of the Farm Bill, and in 2010, NRCS published a final rule in the Federal Register (75 FR 6539) amending regulations for the HFRP based on provisions amended by the bill. In 2006 and 2007, the NRCS offered the HFRP to landowners in the proposed Canada lynx critical habitat unit in Maine to promote development of Canada lynx forest management plans. Since that time 4 private landowners, The Nature Conservancy, the Passamaquoddy Tribe, Merriweather LLC, and Katahdin Forestlands successfully enrolled in the program. Collectively, these land ownerships comprised 2,443 km$^2$ (943 mi$^2$), or 9.3 percent of the total designated critical habitat in northern Maine in 2014 (79 FR 54828).

The NRCS required that lynx forest management plans must be based on the Service's "Canada Lynx Habitat Management Guidelines for Maine" (McCollough 2007, entire). These guidelines were developed from the best available science on lynx management for Maine. The guidelines required maintenance of landscapes having hare densities that support reproducing lynx populations. Notably, HFRP forest management plans provided a net conservation benefit for lynx, which was achieved by employing the lynx guidelines, identifying baseline habitat conditions, and meeting NRCS standards for forest plans. Plans met NRCS HFRP criteria and guidelines and complied with numerous environmental standards. Plans were reviewed and approved by the NRCS with assistance from the Service.

119

Unlike lynx forest plans on Federal lands, HFRP plans lack long term commitments beyond an initial 10-year contract period, after which longer-term commitments to lynx management are voluntary. Plans were prepared for a forest rotation (70 years) and include a decade-by-decade assessment of the location and anticipated condition of lynx habitat on the ownership. Some landowners developed plans exclusively for lynx, and others combined lynx management (umbrella species for young forest) with American marten (umbrella species for mature forest) and other biodiversity objectives. All 4 plans have been completed although contracts with NRCS expired as of 2017. Landowners have the option to convert HFRP contracts into Safe Harbor Agreements or other agreements to provide regulatory assurances, however, at this time this option has not been explored with landowners.

Many large private forest landowners in the northern Maine unit could potentially include lynx management as part of endangered species management required by forest certification programs. For example, The Nature Conservancy land enrolled in the HFRP is also enrolled in the Forest Stewardship Council (FSC) forest certification program. Other landowners are certified under the Sustainable Forestry Initiative (SFI). Both certification programs require protection of threatened and endangered species (FSC 2010, pp. 24, 27; SFI 2015, pp. 6-7). However, certification programs are also voluntary and may not include long-term commitments. Few certified landowners have consulted with the Service on forest management for lynx. In addition, "working woodland" easements now encompass > 10,000 km$^2$ (3,861 mi$^2$) across northern Maine; although these covenants do not require specific management practices or outcomes beyond sustainable forestry, they do ensure that conversions to other land uses will never occur (MDIFW 2017, p. 2).

Lynx Status:  Historically, Maine seems to have consistently had a breeding population of lynx. Early written accounts did not consistently distinguish bobcats from lynx (Hoving 2001). Prior to 1939, lynx observations were based largely on written accounts of lynx from museum records, journals, and periodicals (Vashon *et al.* 2012, p. 56). Hoving *et al.* (2003, pp. 368-369) compiled 118 lynx occurrence records (509 individual lynx) from 1833-1999, which suggest that lynx were widespread throughout the state except for the coastal areas. These records included 39 kittens representing at least 21 litters, primarily in northern and western Maine, from 1864-1999 (Hoving *et al.* 2003, p. 371). Populations apparently fluctuated, and in some years 200-300 lynx were harvested in Maine (Hoving *et al.* 2003, pp. 373-374). Lynx were later documented in winter snow track surveys conducted by MDIFW during 1994-1998 (Vashon *et al.* 2012, p. 56).

When the DPS was listed, lynx were known to be present in northern Maine but little was known about their distribution, population size and trend, snowshoe hare populations, and relationships to forest management. Since then, research from the MDIFW (Vashon *et al.* 2008a, entire; 2008b, entire; and 2012, entire) and the University of Maine (Hoving *et al.* 2003, entire; Hoving *et al.* 2004, entire; Hoving *et al.* 2005, entire; Homyack *et al.* 2005, entire; Homyack *et al.* 2007, entire; Homyack *et al.* 2006, entire; Fuller *et al.* 2007, entire; Fuller *et al.* 2004, entire; Fuller and Harrison 2005, entire; Simons-Legaard *et al.* 2013, entire; Simons-Legaard *et al.* 2016, entire) have greatly increased our knowledge. Snow track surveys and confirmed occurrence records document that lynx occur throughout northern Maine and in small, isolated pockets in western

120

and eastern Maine (Vashon *et al*. 2012, pp. 10, 12, 59), and small numbers of lynx have also been documented recently in northern New Hampshire (Siren 2014b, pp. 7-16), and Vermont (Bernier 2015, entire). Population size and trend are still uncertain in northern Maine, and persistence in New Hampshire and Vermont remain questionable.

This geographic unit is part of a larger, contiguous lynx population that extends into northern New Brunswick and the Gaspe region of southern Quebec. Extensive areas of contiguous forestland in this region provide high connectivity between populations in Maine and Canada. Lynx populations in adjacent southern Quebec may exhibit cyclic populations (Ray *et al*. 2002, entire), but obvious immigration of large numbers of lynx into Maine associated with hare cycles (if they occur) has not been documented (Hoving *et al*. 2003, pp. 373-374). Although potential lynx habitat in New Hampshire and Vermont is fragmented, there is near contiguous forest and connectivity for lynx movement between these areas and habitats in northern Maine (Farrell 2013, *pers. comm*.; 79 FR 54821). Areas of recent lynx breeding in New Hampshire and Vermont are not directly connected to Canadian populations, but they are connected to the larger population in northern Maine via habitat corridors in western Maine.

Lynx in the Northern Maine Unit and adjacent populations in southern Quebec and northern New Brunswick are separated from lynx populations in the interior of Canada. The St. Lawrence River restricts lynx dispersal and demographically isolates this population from those in northern Quebec, Labrador, and Ontario (Prentice *et al*. 2017, entire). However, sufficient numbers of individuals apparently cross the river on the ice each generation to prevent genetic drift of this population (Koen *et al*. 2015, enitre; Prentice *et al*. 2017, entire).

When the DPS was listed, the Northern Maine Unit was not believed to contribute significantly to its persistence. However, we now believe that the extensive young, regenerating spruce-fir habitat created by large-scale clearcutting in the 1970s and 1980s may currently support the largest lynx population in the DPS (Vashon *et al*. 2012, pp. 58-59, Appendix IV; Vashon *in* Lynx SSA Team 2016a, p. 18). Habitat in northern Maine supported lynx densities in a localized area of high-quality habitat that was substantially greater than densities elsewhere in the DPS (ILBT 2013, p. 23). In 2003 when hare populations were high, lynx density (juveniles and adults) in one of Maine's highest-quality habitats was estimated to be 9.2-13.0 lynx/100 km$^2$ (Vashon *et al*. 2008a, Vashon *et al*. 2012, p. 15). At about the same time, the density of lynx in nearby Gaspe Peninsula, Quebec was estimated to be 10 lynx/100 km$^2$ (Ray *et al*. 2002). These densities are intermediate to those in Canada during the high (17-45/100 km$^2$) and low periods (2.3-3.0/100 km$^2$) of the lynx-hare cycle (Poole 1994, Slough and Mowat 1996, O'Donaghue *et al*. 1997). Simons (2009, p. 102) estimated that habitat on a 14,407-km$^2$ (5,563-mi$^2$) study area (about half of the geographic unit) in northern Maine could potentially support a population of 236 to 355 adult lynx, and Vashon *et al*. (2012, pp. 58-59 and Appendix IV) estimated the potential for a population of 750 to 1,000 adult lynx in all of northern Maine in 2006. The actual number of lynx, however, is unknown because there are no methods available to count individuals over such a large geographic area.

Rvsd Plan - 00003909

Lynx seem to have maintained a similar distribution throughout northern Maine since the 1970s, and are found primarily north of Moosehead Lake and west of Interstate 95, with scattered pockets in western and eastern Maine (Hoving *et al*. 2003, p. 369; Vashon *et al*. 2012, pp. 10-12.)  Resident lynx in small pockets of habitat outside of the core range in Maine (including New Hampshire and Vermont) may occur only ephemerally, winking on an off over time as would be expected at the periphery of the range of a metapopulation structure, and as suspected for other lynx populations at the periphery of the range (McKelvey *et al*. 2000b, pp. 25-31; Apps 2007, pp. 81, 95-104). From 1995-1998 and 2003-2008, the MDIFW conducted snow track surveys in 66 townships to document the distribution of lynx and to inform habitat modeling at the University of Maine (Vashon *et al*. 2012, p. 91). Modeled areas of potential lynx habitat were well-distributed throughout northern Maine in the early 2000s (Simons-Legaard *et al*. 2016, entire).

Lynx populations in New Hampshire and Vermont may consist of only a few animals and they may be ephemeral, although breeding has been documented in both locations in recent years. Most historical lynx records from New Hampshire are from trapping records from the 1930s to the 1960s (Brocke *et al*. 1993, pp. 71-74; McKelvey *et al*. 2000a, pp. 212-214). There were only 2 records in the 1990s. In 2003, the Service determined that, despite a lack of breeding records, a small resident population likely occurred historically in New Hampshire but no longer exists (68 FR 40087). Lynx were detected in northern New Hampshire in 2006 and have occurred there annually since then (Siren 2014b, pp. 53, 55). In 2011, 4 lynx kittens were observed in Pittsburg and were considered evidence of breeding in New Hampshire (Kilborn 2015, Appendix A, p.44). There were only 4 historical records of lynx in Vermont prior to 2003. Since then, 9 lynx sightings have been confirmed, and reproduction was confirmed in 2012 in the Nulhegan Basin when the tracks of 3 lynx, a presumed family group, were observed travelling together in late February (Vermont Fish and Wildlife 2015, Appendix A5, p. 126). Since 2012, more intensive surveys in Vermont have resulted in only a single photograph of a lynx in 2014 (Bernier 2015, pp. 1-3; Bernier 2016, *pers. comm*.). Landscape hare densities are marginal in these areas; 0.52 hares/ha (range 0.12-0.58 hares/ha) in the Nulhegan Basin of Vermont and 0.12-0.23 hares/ha in the White Mountain National Forest (Siren 2017, pp. 13, 23, 24), which may explain why lynx rarely occur.

Maine lynx had spatial and demographic parameters similar to some northern populations during the cyclic high in the snowshoe hare cycle (Brand *et al*. 1976, Parker *et al*. 1983, O'Donaghue *et al*. 1997). From 1999 to 2011, biologists with the MDIFW trapped and radio-marked 85 lynx in northern Maine and documented lynx movements and home range (Vashon *et al* 2008a, entire; Mallet 2014, pp. 69-93), resource use (Vashon *et al*. 2008b, entire), survival (Vashon *et al*. 2012, pp. 18-21), productivity (Vashon *et al*. 2012, pp. 17-19), and other aspects of their life history (Vashon *et al*. 2012, entire). During the period when snowshoe hare populations were highest (2000-2006), Maine lynx had among the highest reproductive rates in the DPS (89 percent of adult females produced litters, average litter size was 2.74, and kitten survival was 78 percent) (Vashon *et al*. 2012, pp. 18-21). During the current (2006-present) period of lower hare density, only 30 percent of females had litters and average litter size was smaller (2.25), but kitten survival rate remained high, and was actually somewhat higher during the lower hare years (89 percent from 2006-2010, compared to 78 percent from 1999-2005;

122

Vashon *et al.* 2012, p. 21, table 1.5). Maine lynx have among the smallest home ranges documented in the DPS (Vashon *et al.* 2008a, p. 1482; ILBT 2013, p. 24; also see tables 3 and 4). Home range sizes were similar during periods of higher and lower hare density (Mallett 2014). Lynx populations likely increased during the period of high hare density (lambda [λ] = 1.16) and declined during periods of low hare density (λ = 0.88; USFWS, Vortex 10, deterministic population simulation 2016; demographic data from Vashon *et al.* 2012, pp. 17-21).

In summary, Maine lynx and hare habitats are believed currently to be at historical highs as a result of forest regeneration following widespread clearcutting in the 1970s and 1980s and subsequent use of herbicides to suppress hardwoods in response to a spruce budworm outbreak (Hoving *et al.* 2004; Vashon *et al.* 2008b). In the Northeast prior to European settlement, lynx habitat was created and maintained by small-scale, frequent forest gap dynamic events and large-scale, infrequent (stand-replacing) forest disturbances (Seymour *et al.* 2002; Lorimer and White 2003). Historically, lynx distribution was patchy, and lynx populations likely fluctuated and may have been more dependent on immigration from Canada. At multiple scales, lynx in Maine select extensive areas of regenerating, dense (7,000 – 14,000 stems/ha) spruce-fir stands 15 to 35 years after clearcut, other even-aged harvest, or natural disturbance (Hoving *et al.* 2005; Fuller *et al.* 2007; Vashon *et al.* 2008b; Simons-Legaard *et al.* 2013). The unnaturally high amount of high-quality lynx habitat in this unit is expected to decline by 2030 because of changing forest practices, before stabilizing or increasing again by 2060 (Simons-Legaard 2016, p. 10, fig. 8; Simons-Legaard *et al.* 2016; see 5.2.1, below).

<u>Factors Affecting Current Conditions</u>

*Regulatory Mechanisms* - In response to public concern about widespread clearcutting in northern Maine (described above), in 1989 the Maine Legislature passed the Maine Forest Practices Act (MFPA). The MFPA regulates maximum size of clearcuts (about 100 ha [250 ac]), separation zones between clearcuts, harvest plans, and notification to the Maine Forest Service. Clearcuts are not banned, but require varying levels of State permits depending on their size. As a result of these regulatory requirements, clearcuts have declined substantially in annual number and acreage and have been replaced by various forms of partial harvesting (Sader *et al.* 2003, p. 349-350; McWilliams *et al.* 2005, p. 35; Legaard *et al.* 2015, pp. 14-21). Following passage of the MFPA, the percentage of acreage clearcut annually in Maine declined from 44 percent of annual harvest in 1989 to < 5 percent in 2004 (Simons 2009, pp. 45-46; Legaard *et al.* 2015, p. 18). The average size of clearcuts has been reduced from > 50 ha (125 ac; Maine Forest Service 1995, entire) to < 10 ha (25 ac; Maine Forest Service 2003, entire; 2005, entire; 2007, entire). Currently, partial harvesting comprises about 94 percent of acres cut annually in Maine (Simons 2009, p. 50). Although total timber volume harvested has changed relatively little, landowners must partial harvest about twice as many acres to harvest the same volume of wood annually that they would with clearcutting (Legaard *et al.* 2016, p. 18). Thus, the annual forest area harvested in Maine has increased from about 100,000 ha (250,000 ac) pre-MFPA to 223,000 ha (550,000 ac) post-MFPA (McWilliams *et al.* 2003, p. 35).

123

Currently, 28 years after implementing the MFPA, much of the 4 million-ha (10 million-ac) northern Maine landscape has been partially harvested (Legaard *et al*. 2016, p. 16) – some areas on multiple occasions. The partial harvests that replaced clearcuts include a variety of silvicultural treatments, including both even-aged (e.g., shelterwood) and uneven-aged (e.g., selection) management that result in a wide range of residual stand conditions (Robinson 2006, pp. 5-37), which have important implications for lynx conservation. Snowshoe hare densities in partially harvested forests are on average about 50 percent lower (but range from 20 to 90 percent lower) than in regenerating conifer stands created by clearcutting (Robinson 2006, pp. 5-37; Scott 2009, p. 109; Simons 2009, p. 83), thus reducing landscape hare density and, thererofe, lynx habitat quality in this unit (Simons 2009, pp. 206, 209, 217; Simons-Legaard *et al*. 2016, p. 7-8; Simons-Legaard 2016, entire). Landscape level hare densities have declined with extensive partial harvesting and aging of the spruce budworm-era clearcuts, and future declines are anticipated (Simons-Legaard *et al*. 2016, 9-10; also see section 5.2.1).

*Climate Change* - Climate change is affecting temperature, snow, and precipitation patterns in the Northeast at rates faster than expected (Rustad *et al*. 2012, p. 6). Rapid winter warming in recent decades is believed to be influenced by an albedo effect caused by the reduced persistence of snow in winter (Hayhoe *et al*. 2006). Average winter temperatures are increasing 0.42° - 0.46°C/decade (0.76° - 0.83 °F/decade) with the greatest warming occurring in the winter months, especially January and February (Burakowski *et al*. 2008). Under mid- to high-emissions scenarios, average mean temperatures in northern Maine are projected to increase by 6.7° - 7.8°C (12° - 14°F) by 2080-2099 relative to 1971-2000 (Galbraith *et al*. 2013, p. 43). Under a higher emissions scenario, snow covered days in northern Maine (from December to February) could decrease from 30 days per month observed from 1961-1990 to about 18-20 days per month in 2070-2099 (Galbraith *et al*. 2013, p. 49). Climate warming may have already affected lynx habitat in this unit by reducing the distribution of favorable snow conditions and boreal forest vegetation, and it is likely to continue to do so in the future (see section 5.2.1).

*Snow Duration, Depth, and Quality* - As noted in chapter 2, records of lynx occurrence are correlated with areas that regularly have at least 4 months (120 days) of continuous snow coverage (Gonzalez *et al*. 2007, p. 7). Snow cover days in northern New England (1965-2005) ranged from 60-121 days and declined an average of 3.6 days/decade from 1965-2005 (Burakowski *et al*. 2008). Snow duration declined by 16 days in the Northeast from 1970 to 2001 (Wake 2005) and is expected to diminish another 2 weeks in Maine by mid-century (Fernandez *et al*. 2015). Thus, average conditions in Maine are currently at or below the snow cover duration correlated with historical lynx occurrence records. Similarly, the largest decreases in snow depth observed in Canada in the last 6 decades have occurred in the lower St. Lawrence Valley, immediately north of Maine (Brown and Braaten 1998, pp. 48-52).

Lynx in the northeastern United States and eastern Canada occur where average annual snowfall typically exceeds 270 cm/yr (106 in/yr; Hoving *et al*. 2005), which defines the distribution of lynx (to the north) and bobcat (to the south) in this region (Hoving *et al*. 2005; Carroll 2007; Peers *et al*. 2013). Average annual snow depth at all 5 NOAA weather stations within the range of the lynx in northern Maine (1981-2010) was below this threshold and ranged

Rvsd Plan - 00003912

from 228-263 cm (90-104 in; NOAA 2011[14]). In the last 50 years, 18 of 23 snow sampling sites in and near Maine experienced reduced depth of snowpack (Hodgkins and Dudley 2006). Snow depth in New England (1965-2005) declined an average of 4.6 cm/decade (1.8 in/decade; Burakowski *et al.* 2008). Thus, average annual snowfall in Maine is currently at or below depths associated historically with lynx presence, and further declines could reduce the likelihood that resident lynx will persist in this unit (Hoving *et al.* 2005).

As noted in chapter 2, deep, unconsolidated and persistent snow is thought to provide lynx with a competitive advantage over other terrestrial hare predators and gives snowshoe hares the ability to reach winter browse. Snow quality ("fluffiness") has deteriorated and snow density has increased in the Northeast. Unlike other units, annual precipitation in Maine is increasing because of climate change, but primarily as rain (Siren *in* Lynx SSA SSA Team 2016a, p. 15; Fernandez *et al.* 2015), and especially rain on snow events in winter in northern Maine (Huntington *et al.* 2004; Deser *et al.* 2014; Fernandez *et al.* 2015). Snow density and compaction and crust conditions (caused by wet, heavy snow or rain on snow events in winter) have increased in northern New England (Dudley and Hodgkins 2002; Huntington *et al.* 2004; Huntington 2005; Hodgkins and Dudley 2006) and southern Canada (Karl *et al.* 1993).

*Vegetation Management* - The effects of forest management on foraging and denning habitat for lynx in northern Maine are discussed in the Habitat Description, Habitat Status, and Regulatory Mechanisms sections above. As described there, past vegetation management in the form of landscape-level clearcutting (sometimes followed by herbicide application to promote softwood regeneration) of budworm impacted forests is responsible for the current historically high amount of high-quality hare (and therefore lynx forgaing) habitat in this unit. The amount of high-quality habitat created by these densely-regenerating stands probably peaked in the late 1990s – early 2000s and is expected to decline over the next several decades (see section 5.2.1).

*Wildland Fire Management* - Although fire is frequent in many boreal forest regions, it is not a stressor for lynx in northern Maine and likely played a minimal role historically in creating and maintaining lynx and hare habitats. Annual precipitation is comparatively greater in this unit than others, and conditions for large fires occur infrequently. The fire regime in this unit is one of infrequent (50- to 200-year interval) and generally small (several acres) surface fires in the dormant season. Large (up to 32,375 ha [about 80,000 ac]) stand-replacing fires are rare and occur at a less frequent interval (800 to 9,000 years; Seymour *et al.* 2002, p. 360). In contrast, spruce budworm outbreaks cause stand-replacement over large areas every 100–250 years (Cogbill, 1985).

*Habitat Fragmentation* - Habitat fragmentation (smaller and more isolated patches of high-quality hare habitat) caused by current forest practices in northern Maine is discussed in the Habitat Description and Habitat Status sections above.

---

[14] http://www.ncdc.noaa.gov/oa/climate/normals/usnormals.html, https://www.currentresults.com/Weather/Maine/annual-snowfall.php, last accessed 3.31.2016.

Rvsd Plan - 00003913

*Other Factors: Trapping* - This unit is directly connected to lynx habitats and populations in southern Quebec, where trapping of lynx is legal. In areas where lynx are trapped for furs (Canada and Alaska), trapping can be additive to other sources of mortality and have population-level effects (Brand and Keith 1979; Koehler and Aubry 1994). Thus, harvest regulations for lynx are modified (e.g., lynx quotas per trapper are reduced) when hare and lynx populations are low (Bailey *et al.* 1986). About 400 lynx are trapped and killed annually in Quebec south of the St. Lawrence River[15]. Several lynx that were captured and radio-marked in northern Maine were subsequently trapped in southern Quebec (Vashon *et al.* 2012).

Lynx trapping and hunting seasons were closed in Maine in 1967 (Vashon *et al.* 2012, p. 28) and also in New Hampshire and Vermont for decades prior to the DPS being listed under the ESA. In 2014, the MDIFW worked with the Service to develop an *Incidental Take Plan for Maine's Trapping Program* (MDIFW 2014, entire; 2015a as amended, entire) and obtained a permit from the Service for lynx trapped incidental to other furbearer trapping in Maine (see section 3.1.2). Trapping injury and mortality are not believed to have a population-level effect on lynx in northern Maine and adjacent Canada when lynx may be at historically high numbers, but increased, targeted lynx trapping in southern Quebec could have a synergistic and negative effect if hare and lynx populations decline, habitat declines, or climate change further stresses lynx (Slough and Mowatt 1996; Carroll 2007, pp. 1099-1103). Carroll (2007, pp. 1099-1103) modeled lynx populations in this unit and demonstrated that increased trapping pressure in Quebec could, combined with projected clmate warming and associated snow loss, have a negative effect on protected lynx populations in Maine and New Brunswick.

*Wind Power Development* - Interest in wind energy development has increased in northern and western Maine, and such development could impact high- and low-elevation spruce-fir habitats (Whitman *et al.* 2013). Maine has experienced a rapid increase in wind energy development[16], and there is increased interest in placing developments on private lands in unpopulated areas in northern Maine, New Hampshire, and Vermont. Wind energy is an increasingly appealing source of income for investment companies and other landowners who own forestland in the northern Maine unit. As of 2016, at least 11 wind projects have been proposed in northern and western Maine and 5 projects are in operation; 2 have been proposed in northern New Hampshire and 2 are in operation; and 3 have been proposed for northeast Vermont and 2 are in operation or under construction. Maine's 2 largest wind projects (combined over 250 turbines covering 932 $km^2$ [360 $mi^2$]) are proposed entirely within Maine's designated lynx critical habitat. Although impacts of wind energy projects on lynx, hares, and their habitats have not been demonstrated, potential effects include loss and fragmentation of habitat from turbines, roads, and transmission lines, and disturbance or displacement of resident lynx. Road construction could further fragment habitat and increase access, potentially increasing vehicle collisions with lynx and other sources of mortality, including incidental trapping or illegal shooting (also see 5.2.1).

---

[15] http://mffp.gouv.qc.ca/english/wildlife/statistics/index.jsp, last accessed 5.19.2016.
[16] http://www.eia.gov/electricity/data/browser, last accessed 8.2.2016.

126

*Changing Land Ownership and Development* - Until recently, the northern Maine unit was largely undeveloped and owned primarily by about a dozen large, commercial timber interests, but land ownership patterns have changed dramatically in the last 15 years (Ippoliti and Nadeau-Drillen 2006). Large tracts of land have been sold, lumber and pulp mills shut down, and much of the area has been sold to investment-oriented owners. Some of these new landowners are seeking diversified financial returns on their investment, including developing residential housing, second homes, and resorts. At various times in the past, 2 large residential and resort areas have been proposed on forestlands within designated lynx critical habitat in this unit. Both projects, if eventually built as previously-planned, could result in the development of several thousand acres of potential lynx habitat, but would be mitigated by substantial (100,000s of acres) conservation easements on surrounding forestland. Also, a private landowner recently purchased and donated 354 km$^2$ (137 mi$^2$) within designated lynx critical habitat that was subsequently designated as the Katahdin Woods and Waters National Monument. This area currently has a legacy of young regenerating spruce-fir habitat from previous commercial timber harvest, but its new monument designation will limit future forest management activities (timber harvest or other vegetation management) that could benefit lynx. In addition, the Nature Conservancy continues forest management on about half of its 750-km$^2$ (290-mi$^2$) ownership in this unit, including managing part of the area for lynx.

Construction or expansion of developed areas such as residential areas and resorts and smaller recreational sites like Nordic ski huts or campgrounds may directly remove forest cover. Such habitat alteration and associated human recreation in lynx habitat could result in a more fragmented landscape and localized decreases in prey availability, and could affect lynx movements within home ranges or displace lynx from high-quality habitats. As with energy development, road and highway construction often associated with residential and recreational development can further fragment habitat and, with associated increases in traffic volumes and/or speeds and human access, can increases the likelihood of lynx mortality and injury from vehicle collisons and incidental or illegal trapping or hunting.

In summary, lynx were historically and are currently widespread throughout northern Maine, and they currently occur (and probably occurred historically) as small resident or ephemeral populations in small patches of habitat outside this geographic unit in eastern and western Maine, northern New Hampshire, and northern Vermont. According to MDIFW, habitat in northern Maine may currently support a potential population of 750 to 1,000 lynx. High-quality habitat created by extensive clearcutting 30 to 40 years ago is peaking and is projected to decline by 50 percent in the next 15 to 20 years (Simons-Legaard 2016, pp. 10-18; also see section 5.2.1). Hare densities declined by 50 percent in this unit starting in about 2006 and have remained at lower levels, and future hare fluctuations or cycles are uncertain. Recent history demonstrates that some forms of forest management have the potential to create or increase lynx habitat. However, forest practices have shifted to partial harvesting, which is less likely to create large areas of lynx habitat or maintain the current historically broad distribution of high-quality habitat generated by previous landscape-level clear-cutting. Additionally, private landowners who previously entered into commitments to manage for lynx conservation have not renewed those commitments (although the habitat will remain viable for lynx for some time).

127

Land ownership has also changed in northern Maine, and the majority of lands are owned now by investment companies that often wish to diversify income from their investments, which could result in forest practices inconsistent with lynx habitat conservation. Without long-term, binding land management commitments in this unit, there is no guarantee that the current historically high amount of lynx habitat will be maintained by future forest managment practices on private lands. The greatest stressors to resident lynx in this unit are habitat loss (as a result of the shift in forest management from clearcutting to partial harvesting resulting in lower landscape hare densities), lack of forest planning for lynx, and projected continued climate warming (diminishing snow depth, quality and duration; transition from spruce-fir to northern hardwood forests; potential increased competition from bobcats and fishers; and increased future isolation of lynx in this unit and southeastern Canada because of diminishing ice conditions on the St. Lawrence River/Seaway).

## 4.2.2 Unit 2 - Northeastern Minnesota

Unit Description:  This geographic unit encompasses approximately 21,100 km$^2$ (8,147 mi$^2$) in northeastern Minnesota. It includes the area designated as critical habitat in 2014 (79 FR 54782) and an additional relatively small area of tribal land that was excluded from critical habitat. Land ownership in this unit is about 47 percent Federal (primarily USFS, with some NPS and BLM land); 36 percent State; 16 percent private; and 1 percent Tribal (Grand Portage Reservation; see table 2). This unit includes most of Superior National Forest (SNF; including the Boundary Waters Canoe Area Wilderness [BWCAW]) and Voyageurs National Park. This unit is directly connected to lynx habitats and populations in Canada, and lynx in this unit likely represent the southern extent of a larger cross-border population, most of which occurs in Ontario. Relative to other DPS lynx populations, this unit is about 1,610 km (1,000 mi) west of the Northern Maine geographic unit and about 1,480 km (920 mi) east of the Northwest Montana/Northeast Idaho Unit.

Habitat Description:  In Minnesota, most lynx occurrences are associated with the Mixed Deciduous/Conifer Forest (McKelvey *et al.* 2000a, pp. 246, 248) within the Laurentian Mixed Forest Province (McNab *et al.* 2007, p. 5). Most of this province is characterized by low-relief hilly landscapes with glacial features and an elevation from sea level to 730 m (2,400 ft), including many lakes and rivers. This unit contains a mix of upland conifer and hardwood interspersed with lowland conifer, alder or willow shrub swamps and black spruce or tamarack bogs. Coniferous and mixed-coniferous/deciduous vegetation types are dominated by balsam fir; black and white spruce (*Picea glauca*); northern white cedar (*Thuja occidentalis*); Jack (*Pinus banksiana*), white, and red (*Pinus resinosa*) pine; eastern hemlock (*Tsuga canadensis*); and tamarack; mixed with aspen and paper birch (Burdett 2008, p.5; McCann and Moen 2011, p. 510). Burdett (2008, p. 57) reported that lynx in Minnesota selected regenerating forest, dominated by conifer with extensive forest edge, and that lynx beds (resting and hunting) and kill sites were associated with regenerating and mixed forest. McCann and Moen (2011, p. 513) found snowshoe hare densities were highest in regenerating forests. Female lynx selected large woody debris and dense horizontal cover in lowland conifer cover for denning in northern

128

Minnesota (Moen *et al.* 2008a, p. 1510), but other cover types were used if recent blowdowns were present (Moen and Burdett 2009, p. 5).

Snowshoe hare habitat in Minnesota primarily consists of conifer forests with dense low-growing understories, lowland shrub, and conifer bogs. Conifer bogs or lowland conifer forests may be especially important during declines in hare abundance by acting as refugia for hares. Early regenerating or pole-sized stands are not used as much as in other portions of their range, although older regeneration stands were used frequently in Minnesota (McCann 2006, p. 45). Sapling-sized aspen adjacent to conifer cover may also provide functional snowshoe hare habitat. In northeastern Minnesota, edge habitats and regenerating conifer stands appeared to be important for snowshoe hare populations (Burdett 2008, p. 58; McCann 2006, p. 45), as were dense habitats containing balsam fir, white spruce, and cedar (Fuller and Heisey 1986, p. 263). Recent research indicates that the red squirrel is not an important prey species for lynx in northeastern Minnesota (Burdett 2008, p. 62; Hanson and Moen 2008, p. 9).

Average annual snowfall in this unit ranges from about 180 cm (71 in) in the northwestern part of the unit near International Falls, to 219 cm (86 in) in Duluth, on the southern end of the unit, to 228 cm (90 in) in Tofte, near the lake shore on the far eastern-central part of the unit and in Isabella, near the center of the unit, to 107 cm (42 in) in Grand Portage, at the northeastern tip of the unit. More snow is produced along Lake Superior, because of the lake effect[17].

<u>Habitat Status</u>:  Friedman and Reich (2005, p. 732) conducted a spatially explicit forest composition change analysis on a 3.2 million-ha study area in northeastern Minnesota, which was based on General Land Office Survey records from the late 1800s and the 1990 USFS Inventory and Analysis Survey. The study documents altered forest tree species abundance, proportional basal area, and spatial distribution patterns. The proportionally most abundant species in northeastern Minnesota shifted from the presettlement period (spruce, 21 percent; tamarack, 15 percent; and paper birch, 15 percent) to aspen (30 percent), spruce (16 percent), and balsam fir (16 percent) in 1990. White pine declined from 20 percent to 5 percent basal area dominance, birch from 16 percent to 13 percent, spruce 14 percent to 9 percent, and tamarack from 12 percent to 2 percent, while aspen increased from 8 percent to 35 percent basal area dominance.

The SNF continues to manage in accordance with its 2004 Forest Land and Resource Management Plan (USFS 2004a, entire). The Forest Plan emphasizes providing sustainable amounts of timber, maintaining or enhancing biodiversity, contributing to economic and social needs of the community, and managing in an environmentally sound manner to produce goods and services that provide for long-term public benefits. The Plan includes many objectives, standards, and guidelines for the protection of lynx and enhancement of lynx habitat (USFS 2004a, Appendix E) that are based on recommendations in the 2000 LCAS (Ruediger *et al.* 2000, entire). LAUs were delineated on the SNF in 2000 as the smallest landscape scale on which to analyze effects to lynx. The boundaries have remained in place since that time to allow for long term analysis of project effects. However, the SNF Plan proposed several changes of

---

[17] https://snowfall.weatherdb.com/d/a/Minnesota; accessed 4/25/2016.

Rvsd Plan - 00003917

current LAU boundaries, such as adding LAUs to the Virginia Management Unit of the Laurentian Ranger District, and designating the BWCAW a lynx refugium.

Hare density in parts of northeastern Minnesota appears to be sufficient to support a viable lynx population (Moen *et al.* 2008a, p. 1512), with stand-level densities ranging from 0.3–2.0 hares/ha (0.12–0.8 hares/ac; McCann 2006, p. 17). Hare populations in northeastern Minnesota appear to be patchily-distributed, but are most consistently abundant in 10-30 year old regenerating forests (McCann 2006, p.45). Pellet count data prior to the 1990s show evidence of density fluctuations of snowshoe hare populations occupying Minnesota (Fuller and Heisey 1986, pp. 262-263), but these fluctuations were not observed during the 1990s (Hodges 2000a, p. 172).

This unit is directly connected to lynx habitats and populations in southern Ontario, where trapping of lynx is legal. Habitat connectivity within and between portions of northeastern Minnesota and Canada appears functional based on radio-telemetry data that have documented lynx movements in both directions between Minnesota and Ontario (Burdett *et al.* 2007, p. 458; Moen 2009, pp. 4-6; Moen *et al.* 2010b, p. 5).

Lynx Status:  When the DPS was listed, it was uncertain whether a resident lynx population occurred in Minnesota. However, we now know that a reproducing resident population has persisted in Unit 2 since the DPS was listed. Moen *et al.* (2008b, p. 30) estimated a likely maximum (all available habitat occupied) number of 190-250 resident lynx in this unit, and Moen (*in* Lynx SSA Team 2016a, p. 39) recently suggested that the resident population likely fluctuates from about 50 to 200 lynx. A more precise estimate of resident population size is not available.

Average home range sizes in Minnesota were first reported as 194 km$^2$ (75 mi$^2$) for males and 87 km$^2$ (34 mi$^2$) for females (Mech 1980, p. 263). Later radio-telemetry data showed that males had much larger average home range sizes (267 km$^2$ [103 mi$^2$]) than females (21 km$^2$ [8 mi$^2$]), and that females with kittens had the smallest home ranges (Burdett *et al.* 2007, pp. 460-461). A study of radio-collared lynx in Minnesota documented approximately 40 percent of male and female lynx making long distance movements outside of their home ranges and into southern Ontario (Moen *et al.* 2010b, p. 17). Among lynx that made long-distance movements, females tended to move 100-200 km (62-124 mi) and did not return to their original home ranges in Minnesota, while males moved 50-80 km (31-49 mi) back and forth between Ontario and Minnesota (Moen *et al.* 2010b, p. 17).

The SNF and others have identified 268 unique individual lynx (48 percent female, 51 percent male) from DNA samples taken since 2000 (Catton *et al.* 2015, p. 1). This study also documented lynx hybridization with bobcat and identified 13 unique individual lynx-bobcat hybrids (5 Female, 8 Male; Catton *et al.* 2015, p. 1). The DNA analyses also showed persistence of individual lynx in Minnesota of 2 years (N = 27 lynx), 3 years (N = 11), 4 years (N = 5), 5 years (N = 6), and 1 female lynx tracked for over 5 years, who produced 7 kittens in Minnesota (Catton *et al.* 2015, pp. 3-5).

130

Since 2000, the Service has documented 45 lynx mortalities in Minnesota including 16 that died of unknown causes, 11 that died after being incidentally captured in traps set for other species, 9 that were hit by vehicles on roads, 7 that were illegally shot, and 2 that were hit by trains (USFWS 2016b, *unpubl. data*). In addition to the 11 trapping mortalities, another 15 lynx were documented to have been incidentally trapped but released alive. The documented incidents largely occurred during legal trapping that targeted bobcat, coyote, fox, and marten, and involved a variety of traps including foot-holds, body gripping traps, and snares. Other lynx may have been incidentally trapped but not reported. Additionally, lynx emigrating from Minnesota to Ontario are exposed to legal trapping and shooting in accordance with regulated harvest in Canada. At least a third of lynx radio-collared in Minnesota spent time in Ontario; 4 radio-collared lynx were legally harvested (trapped) in Canada between 2003 and 2010, and 2 died in Ontario of unknown causes (USFWS 2016b, *unpubl. data*). Some of these mortalities occurred years after the lynx was last located in Minnesota, indicating, along with evidence of lynx returning to Minnesota after dispersing to Ontario, that survival of Minnesota lynx in Ontario for extended periods is possible (Moen 2009, pp. 2-3, 10-13). Minnesota has relatively high forest road and highway densities that intersect lynx habitat and several radio-collared lynx in Minnesota inhabited home ranges that were bisected by highways.

Factors Affecting Current Conditions

Identified factors potentially affecting current conditions for lynx in Minnesota include reduction in habitat quality or quantity, habitat fragmentation, climate change, increased access for competing hare predators, and human-caused mortality. The SNF is currently implementing the 2004 SNF Plan (USFS 2004a, entire), which has direction based on the LCAS (Ruediger et al. 2000, entire) and the Canada Lynx Conservation Agreement (CA) between the Forest Service and the Service (USFS and USFWS 2000, entire), for all forest activities that occur within LAUs. Active management of forest lands can create, maintain, and restore lynx habitat, and the SNF has a long-term commitment for doing so; however, private landowners do not. Under the Sustainable Forest Resource Act of 1995, the Minnesota Forest Resources Council (MNFRC) has developed guidelines for site-level timber harvesting and forest management (MNFRC 2012, p. 1); these voluntary guidelines are intended for private and State landowners and include some general recommendations for wildlife including lynx. The implementation of the MNFRC guidelines is monitored annually (e.g., MNDNR 2016b, p. 2). Thus, the several risk factors are being minimized and managed to promote the conservation of lynx within the SNF, however implementation of the guidelines on privately owned lands is voluntary.

Activities that change forest structure can affect habitat quantity and quality for lynx and snowshoe hares, their primary prey source. Thinning and other timber management practices that reduce stem density and downed material and promote more open, mature stands can reduce habitat quality and quantity. Throughout the SNF and northern Minnesota, human activities have reduced connectivity between patches of suitable lynx habitat. Development for residential and commercial uses, as well as roads, railroads, and utility corridors have all interrupted linkage corridors. Mineral exploration and development is increasing in portions of

131

Minnesota, particularly for hard rock (non-ferrous) minerals. Some of the area of interest for minerals overlaps with lynx habitat in northeastern Minnesota. Mineral exploration may result in short-term displacement of lynx. Mining activities and associated development may result in an irreversible loss of habitat or increased mortality risk. The specific effects to lynx and their habitat will depend on the scale and type of each project.

Roads are a factor in human-caused lynx mortality where they provide access to areas where lynx occur, increasing the risk of negative interactions between people and lynx. Throughout the SNF outside the BWCAW, high and low standard roads bisect many areas that provide potential or suitable lynx habitat. Additionally, bobcat harvest in northeastern Minnesota has been increasing over the last decade (Erb 2012, unpaginated), although it is still very rare in the area occupied by resident lynx in this unit. Where lynx and bobcat overlap, there is potential for accidental shooting and increased incidental trapping of lynx.

Winter road use, snowmobiling, cross country skiing, and dog sledding all increase the amount and distribution of compacted snow conditions, which may increase access by potential lynx competitors or predators to snowy areas from which they may otherwise be excluded (ILBT 2013, pp. 80-82). However, results of research on whether these activities result in increased competition or predation are ambiguous (ILBT 2013, p. 81) and impacts, therefore, are uncertain. Outside the BWCAW, snowmobile activity is extensive and increasing significantly. The SNF has 1,135 km (705 mi) of snowmobile trails and 2,514 km (1,562 mi) occur on all ownerships within the National Forest boundary (USFS 2011a, p. 38). Advances in snowmobile capabilities have raised concerns about intrusion and snow compaction in areas previously not vulnerable to high levels of snowmobile use. In addition, new road construction in lynx habitat has made more areas accessible during winter. These routes could be used by snowmobiles even if new roads are designated as closed to motorized public travel during other seasons. The SNF has 3,101 km (1,927 mi) of low standard roads and 254 km (158 mi) of temporary roads (USFS 2011a, p. 38). Increases in these activities have the potential to reduce the competitive advantage lynx are believed to have in areas that typically receive deep, persistent, unconsolidated snows.

As described in Chapter 2, lynx are adapted for surviving in areas that have cold winters with deep, fluffy snow, where they are thought to outcompete potential competitors such as bobcats, coyotes, and wolves. The geographical distribution of bobcat harvest in Minnesota has remained relatively static with a lack of harvest in the Arrowhead Region of Minnesota (the region encompassed by Cook, Lake, and St. Louis counties in northeastern Minnesota; Erb 2009 cited in Kapfer 2012, p. 16; Erb 2012, unpaginated) and annual snow track and scent stations surveys support the conclusion that bobcats are as rare in the Arrowhead Region as harvest indicates (MNDNR, *unpubl. data*, cited in Kapfer 2012, p. 23). However, this may change with decreased snow conditions predicted to result from continued climate warming (Kapfer 2012, p. 25; see section 5.2.2). Bobcat and coyote populations already appear to be increasing in Minnesota (Erb 2014, p. 40). If snow depth and duration decrease in the Arrowhead Region as projected by climate models, deer mortality may be reduced; this could increase bobcat densities and facilitate bobcat expansion into northeastern Minnesota (Kapfer

132

2012, p. 25), potentially increasing bobcat-lynx hybridization (Koen *et al.* 2014b, p. 113). According to annual track surveys, wolf populations in Minnesota are currently stable (Erb 2014, p. 40); however, similar to bobcat, wolf populations may increase with changing snow conditions and prey availability as influenced by climate change.

In summary, although lynx residency in the unit was uncertain when the DPS was listed, we now understand that it supports a persistent resident population that is thought to fluctuate from 50-200 individuals, likely in response to hare population changes that affect lynx survival, productivity, and recruitment. We have no evidence to suggest that this area historically supported a larger population or a broader distribution of habitat capable of supporting persistent lynx occupany. Although recent research has improved our understanding of lynx distribution, habitat requirements, dispersal, and some demographic parameters in this unit, we still lack information on kitten survival, recruitment, and the influence of immigration and emigration on population persistence.

## 4.2.3 Unit 3 - Northwestern Montana/Northeastern Idaho

Unit Description:  This geographic unit includes the parts of northwestern Montana and northeastern Idaho the Service designated as critical habitat for lynx in 2014 and some Tribal and State lands that were excluded from that designation (79 FR 54825). It encompasses approximately 27,000 km$^2$ (10,424 mi$^2$) in portions of Boundary County in Idaho and Flathead, Glacier, Granite, Lake, Lewis and Clark, Lincoln, Missoula, Pondera, Powell and Teton Counties in Montana. Ownership in this unit is 84 percent Federal (USFS, NPS, and BLM); 8 percent private; 4 percent State; and 4 percent Tribal. Most Federal lands in this unit (82 percent) are on national forests managed by the USFS; with NPS (16 percent) and BLM (almost 2 percent) contributing most of the remainder. This unit includes most of Glacier National Park and parts of the Flathead, Helena, Idaho Panhandle, Kootenai, Lewis and Clark, and Lolo National Forests, the BLM's Garnet Resource Area, and the Confederated Salish and Kootenai Tribes Flathead Reservation. It also includes (from northwest to southeast) all or parts of the Purcell, Cabinet, Salish, Whitefish, Lewis, Flathead, Swan, and Garnet mountain ranges. Several areas adjacent to this unit are known or thought to support a small number of resident lynx, at least intermittently, including the southern Selkirk Mountains of northern Idaho and northeastern Washington and the western Cabinet Mountains of northern Idaho (USFS 2015a, pp. 9-10; Lucid 2016, pp. 7-11; Lucid *et al.* 2016, pp. 158-160; IDFG 2017, pp. 2-5), and a small area of the Helena National Forest just south of MacDonald Pass, between Helena and Missoula (Gehman *et al.* 2011, p. 21). This unit is directly connected to lynx habitats and populations in Canada, and lynx in this unit may represent the southern extent of a larger cross-border population that also occurs in southwestern Alberta and southeastern British Columbia. Relative to other DPS lynx populations, this unit is about 200 km (125 mi) east of the north-central Washington unit, about 145 km (90 mi) northwest of the GYA, and about 1,480 km (920 mi) west of the Northeastern Minnesota geographic unit.

Habitat Description:  In the Northern Rocky Mountains, most lynx occurrences are associated with the Rocky Mountain Conifer Forest or Western Spruce-Fir Forest vegetative classes

Rvsd Plan - 00003921

(Kuchler 1964, p. 4; McKelvey *et al.* 2000a, p. 246) at elevations ranging from 1,250 m (4,100 ft) to 2,500 m (8,200 ft; Aubry *et al.* 2000, pp. 378–380; McKelvey *et al.* 2000a, pp. 243–245). The dominant vegetation that constitutes lynx habitat in these areas is subalpine fir, Engelmann spruce and lodgepole pine (Aubry *et al.* 2000, p. 379; Ruediger *et al.* 2000, pp. 4-8 - 4-10). Within these vegetation types, lynx appear to prefer areas of moderate to gentle topographic relief (Koehler and Aubry 1994, p. 86; Apps 2000, p. 352; Squires *et al.* 2013, pp. 187, 191). Lynx use large landscapes that include a temporally- and spatially-shifting mosaic of forest age classes, where natural or anthropogenic disturbances may reset forest succession (ILBT 2013, p. 28). Early successional stages that often provide dense horizontal cover at ground/snow level and support high hare densities (Griffin 2004, pp. 53-54, 70; Squires *et al.* 2010, pp. 1654-1656) may be created and maintained by natural disturbance processes including wildfire, insect infestations, tree diseases, and wind events (ILBT 2013, p. 28). Timber harvest, other silvicultural treatments, wildfire management, or other vegetation management, which may be beneficial, benign, or adverse to lynx and hare habitats depending on prescription, extent, and implementation, can also influence the amount and distribution of early successional stands (Agee 2000, p. 39; ILBT 2013, pp. 28, 71-76). Likewise, natural disturbance regimes and forest management can also influence the amount and distribution of mature multi-story spruce-fir stands, which can include dense horizontal structure, support high hare densities (Griffin 2004, pp. 53-54, 70; Squires and Ruggiero 2007, pp. 313-314; Berg *et al.* 2012, pp. 1483-1485), and provide preferred winter foraging habitat for lynx (Squires *et al.* 2010, pp. 1653-1657).

In northwestern Montana, lynx generally occur in mid-elevation (1,260 – 2,355 m [4,130 – 7,730 ft]) moist subalpine mixed-conifer forests dominated by Engelmann spruce and subalpine fir and including Douglas-fir, western larch (*Larix occidentalis*), and lodgepole pine (Squires *et al.* 2010, pp. 1653-1654). Lynx home ranges occur in areas with low surface roughness (i.e., low topographic relief; gently-sloping to moderately-steep terrain), high canopy cover indices, and little open grassland (Squires *et al.* 2013, p. 191). These lynx habitats occur below the alpine zone and above drier, more open forest types (e.g., ponderosa pine and dry Douglas-fir/western larch/lodgepole pine) that do not provide lynx habitat (Agee 2000, p. 42; Berg 2009, p. 20; Squires *et al.* 2010, p. 1655). As elsewhere in the western portion of the DPS, this elevational pattern contributes, along with the transition from boreal to more temperate forests, to a naturally patchier, more fragmented distribution of lynx habitat than in the continuous boreal forest landscape in the core of the lynx's North American range in northern Canada and interior Alaska (65 FR 16052-53; 68 FR 40089; Squires *et al.* 2006[a], pp. 46-47; ILBT 2013, pp. 76-77; Squires *et al.* 2013, p. 191; 78 FR 59438). Squires *et al.* (2013, pp. 187-189) used telemetry data to model the distribution of probable lynx habitat in a 36,096-km$^2$ (13,937-mi$^2$) study area that completely overlaps this geographic unit. Their results indicate that much of the area has a low to moderate probability of selection by lynx, and that the areas with higher selection probabilities are relatively small and patchily- but widely-distributed throughout the unit and are separated by intervening areas of low probability of lynx use (Squires *et al.* 2013; see fig. 1(a), p. 189). Holbrook *et al.* (2017, entire) recently corroborated this result. This patchy distribution of high-quality habitats interspersed with areas of low-quality or non-habitat results in naturally lower densities of both snowshoe hares and lynx than those typical (except durig hare cycle lows) in the continuous boreal forests of northern Canada and Alaska (Wolff 1980, pp. 123–128;

Rvsd Plan - 00003922

Buehler and Keith 1982, pp. 24, 28; Koehler 1990a, p. 849; Koehler and Aubry 1994, p. 84; Aubry *et al.* 2000, pp. 373–375, 382, 394).

In this unit, female and male lynx exhibit strong selection for advanced (25- to 40-year-old) regenerating spruce-fir stands in both winter and summer and at all levels of proportional availability (ranging from about 5 to 40 percent) of this stand type on the landscape (Holbrook *et al.* 2017, pp. 10-18 and fig. 6). In winter, females and males both preferentially use mature multi-story spruce-fir stands with dense horizontal cover, particularly when it is less available, proportionally, on the landscape, and they avoid clearcuts and large forest openings (Squires *et al.* 2010, pp. 1648, 1653–1656; Holbrook *et al.* 2017, pp. 10-18 and fig. 6). In summer, lynx also select young stands with dense spruce-fir saplings, avoid mature forest, do not appear to avoid openings as in winter, and use slightly higher elevations (Squires *et al.* 2010, pp. 1648, 1653–1656; Holbrook *et al.* 2017, pp. 13, 18). Both mature multi-story and young regenerating stands provide dense horizontal structure at ground/snow level, which supports higher snowshoe hare densities than more open young or mature forests. In the central (Seeley Lake study area) part of this unit, during an apparent regional hare decline in 1999-2001, summer hare densities were highest (up to 1.4 hares/ha [0.6 hares/ac] in 1 study area) in dense young stands, and winter densities were highest (up to 1.8 hares/ha [0.7 hares/ac] in 1 study area) in dense mature stands (Griffin and Mills 2009, pp. 1492-1496). Over a longer interval (1999-2003) when hare populations in this area were thought to be stable, mean summer and winter hare densities, respectively, were 0.34 and 0.53 hares/ha (0.14 and 0.21 hares/ac) in dense mature stands and 0.64 and 0.47 hares/ha (0.26 and 0.19 hares/ac) in dense young stands – habitats selected by lynx, compared to 0.18 and 0.20 hares/ha (0.07 and 0.08 hares/ac) in open mature stands and 0.18 and 0.12 hares/ha (0.07 and 0.05 hares/ac) in open young stands that lynx did not select (Squires and Ruggiero 2007, pp. 313-314). Even the relatively higher hare densities in the dense young and dense mature stands only marginally achieve the threshold density of 0.5 hares/ha (0.2 hares/ac) thought necessary to support lynx within home ranges (Ruggiero *et al.* 2000b, pp. 446–447; ILBT 2013, pp. 24, 26, 90; also see section 2.2.1). Nonetheless, hares accounted for 96 percent of the biomass in lynx diets in this unit based on evidence at kill sites (Squires and Ruggiero 2007, pp. 310-313), suggesting that even small declines in landscape-level hare densities could reduce the ability of habitats in this unit to support resident lynx (Squires *et al.* 2010, p. 1656).

Lynx in this unit generally den in mature spruce-fir forests among downed logs or root wads of wind-thrown trees in areas with abundant coarse woody debris and dense understories with high horizontal cover in the immediate areas around dens (Squires *et al.* 2004a, table 3; Squires *et al.* 2008, pp. 1497, 1501–1505). Dens are located farther from forest edges than random expectation are few occur in young regenerating or thinned stands with discontinuous canopies (Squires *et al.* 2008, p. 1497).

Average annual snowfall in this unit ranges from about 142 cm (56 in) in the Kalispell/Whitefish/ West Glacier area of northwestern Montana to 183 cm (72 in) in Nordman in northern Idaho, to 216 cm (85 in) in Lincoln, Montana, near the southern end of the unit, to 259 cm (102 in) in Rexford, Montana near the Canada-United States border, to 345 cm (136 in) in Seeley Lake,

135

Montana, in the central part of the unit, with most snow falling from November to March in each place[18].

Habitat Status: Most lynx habitat in this unit is currently designated as critical habitat in accordance with the ESA. Over 84 percent (22,761 km$^2$ [8,788 mi$^2$]) of this unit is in Federal ownership, including 18,695 km$^2$ (7,218 mi$^2$) in national forests under USFS management, 3,658 km$^2$ (1,412 mi$^2$) in Glacier National Park managed by NPS, and 397 km$^2$ (153 mi$^2$) managed by BLM in its Garnet Resource Area. As described above, potential lynx habitat in this unit is patchily-distributed and interspersed with areas of non-habitat (matrix). Among the 6 national forests that contribute lands to this geographic unit, potential lynx habitat was mapped on about 54 percent of the total national forest area (both inside and outside this SSA unit; USFWS 2007, pp. 32, 95, 122-123). In Glacier National Park, 2,976 km$^2$ (1,149 mi$^2$; about 73 percent of the park) is considered "lynx forest types" (65 FR 16073), but only 1,103 km$^2$ (426 mi$^2$; 27 percent of the park, 37 percent of lynx forest types) is estimated to be lynx habitat (68 FR 40086, 40089). In the Garnet Resource Area, the BLM designated 5 LAUs (which approximate a lynx home range) covering 947 km$^2$ (366 mi$^2$), of which, 574 km$^2$ (222 mi$^2$; about 61 percent) was mapped as lynx habitat (Sparks 2016a, *pers. comm.*).

Federal lands are managed as either "developmental" or "nondevelopmental" land use allocations (68 FR 40093). Lands in developmental allocations are managed for multiple uses, such as recreation and timber harvest, some of which may conflict with lynx conservation. Management within non-developmental allocations focuses on the maintenance of natural ecological processes, or conservation of rare ecological settings or components, and these areas include wilderness, roadless, and semi-primitive non-motorized areas (USFWS 2007, pp. 33, 77). Timber harvest, road construction, and fire suppression typically do not occur or are very limited in lands managed in non-developmental allocations.

In this SSA unit, almost 46 percent of the Federal land and 40 percent of the entire unit is in designated wilderness or National Park land. This includes (in addition to Glacier National Park) the 6,297-km$^2$ (2,431-mi$^2$) Bob Marshall Wilderness Complex (Bob Marshall, Great Bear, and Scapegoat wilderness areas) on the Flathead, Lewis and Clark, Helena and Lolo National Forests; the 302-km$^2$ (117-mi$^2$) Mission Mountain Wilderness on the Flathead National Forest; the 139-km$^2$ (54-mi$^2$) Rattlesnake Wilderness Area on the Lolo National Forest; and the 371-km$^2$ (143-mi$^2$) Mission Mountain Tribal Wilderness on the Flathead Reservation. Management of NPS lands and both national forest and Tribal wilderness areas provides land-use restrictions that are likely beneficial to lynx (65 FR 16073; USFWS 2014, pp. 28-29; 79 FR 54831), and adverse effects of management activities on lynx habitats in these areas are unlikely. Among the 6 national forests that contribute to this unit, 56 percent of potential lynx habitat is in designated wilderness or roadless areas (USFWS 2007, p. 34).

Much of the remaining USFS lands and the BLM lands have developmental land-use allocations where some management activities have the potential to impact lynx or its habitat. However, as described above in section 3.1.1, USFS lands in this unit are managed in accordance with the

---

[18] https://snowfall.weatherdb.com/d/a/Montana; accessed 4.2.2016.

NRLMD, which formally amended all forest plans to adopt and implement lynx conservation measures (USFS 2007, pp. 8-30 and Attachment 1, pp. 1-9) that were developed based on the scientific findings and recommendations of the LCAS (Ruediger *et al.* 2000, pp. pp. 7-1 - 7-18). Similarly, the BLM in 2004 amended the Resource Management Plan (RMP) for the Garnet Resource Area to incorporate the conservation measures identified in the LCAS (BLM 2004a, 2004b, entire; Sparks 2016b, *pers. comm.*). Both documents provide guidance on the kinds of activities that can and cannot be implemented in important lynx habitats and thresholds for the proportions of lynx habitat in LAUs that can be in an unsuitable state at any given time and how much can be converted from suitable to (temporarily) unsuitable over particular time frames. Implementation of these plans has likely benefitted lynx by providing a consistently applied framework for conserving and restoring important hare and lynx habitats.

Habitat status on private lands, which account for about 8 percent of lands in this unit (2,172 km$^2$ [839 mi$^2$]), is governed by some Federal and State regulations and by a number of private-public conservation partnerships and State agency efforts. As described in section 3.1, some Federal and State regulations guide some activities on private lands, including the ESA's prohibition on take of listed species, and State regulations governing trapping and timber management. In addition to these protections, there have been several other notable lynx conservation achievements on private lands in this unit since the DPS was listed. Two of these, the Clearwater-Blackfoot Project and the Montana Legacy Project, are multi-partner and community efforts led by The Nature Conservancy in Montana to purchase large tracts of private commercial timberlands, conveying some to the State of Montana and the USFS for conservation management, and acquiring conservation easements on others (TNC 2016a, 2016b, 2016c, entire). These land acquisitions have resulted in protection of roughly 673 km$^2$ (260 mi$^2$) of important lynx habitat within this SSA unit and another 583 km$^2$ (225 mi$^2$) just to the south and west that may occasionally or temporarily support lynx or provide dispersal habitat. Additionally, the MTFWP has acquired fee title or conservation agreements on 3,096 km$^2$ (1,195 mi$^2$) of private lands in western Montana, including 162 km$^2$ (63 mi$^2$) in designated lynx critical habitat in this SSA unit, with ongoing efforts on another 106 km$^2$ (41 mi$^2$) in the northwest part of the unit (MTFWP 2016, pp. 1, 3).

In addition to the MTFWP's efforts to acquire private lands and protect them through fee title or conservation agreement, the State of Montana has also worked to protect lynx habitat on State-owned lands, which account for about 4 percent of the lands in this unit (1,106 km$^2$ [427 mi$^2$]). As described above in section 3.1.2, the MTDNRC worked closely with the Service to develop the *State of Montana Department of Natural Resources and Conservation Forested State Trust Lands Habitat Conservation Plan* (MTDNRC HCP; MTDNRC and USFWS 2010a, 2010b, 2010c, entire); a multi-species HCP that focuses primarily on commercial forest management. The HCP includes a Lynx Conservation Strategy that minimizes impacts of forest management activities on lynx, describes conservation commitments that are based on recent information from lynx research in Montana, and commits to active lynx monitoring and adaptive management programs. The HCP covers about 2,220 km$^2$ (857 mi$^2$) of forested State trust lands in western Montana, including 703 km$^2$ (271 mi$^2$) within this SSA geographic unit (about 64 percent of State lands in this unit). The goal of the HCP's Lynx Conservation Strategy is to

137

support Federal lynx conservation efforts by managing for habitat elements important to lynx and their prey that contribute to the landscape-scale occurrence of lynx. Specific objectives to achieve this goal include protecting den sites and potential denning habitat, mapping and maintaining lynx foraging habitats and limiting the spatial and temporal scope of their conversion to unsuitable conditions from forest management activities, and providing for habitat connectivity (MTDNRC and USFWS 2010b, pp. 2-45 - 2-61). The HCP was finalized and permitted by the Service in 2011, and includes a 50-year commitment by the State to manage for lynx conservation on these lands (79 FR 54835-37).

Tribal lands of the Flathead Reservation account for almost 4 percent of this unit. In addition to the Tribe's approach to lynx management described in section 3.1.2, most lynx and lynx habitat on the reservation occur in areas with formal protective status, including: (1) The long-designated Mission Mountains and Rattlesnake Tribal Wilderness Areas, which are largely roadless and managed for wilderness qualities; (2) the South Fork/Jocko Primitive Area, which is open to use only by Tribe members and in which commercial timber harvest is prohibited; and (3) the Nine-mile Divide country, which is marginal in terms of lynx habitat, but which is also partly roadless (Courville 2014, *pers. comm.*; 79 FR 54831).

As elsewhere in the DPS, winter foraging habitat is thought to be the most limiting habitat for lynx in this unit (Squires *et al.* 2010, p. 1656; ILBT 2013, pp. 20, 27). As described above, lynx selected mature multi-story stands with dense horizontal structure and relatively higher winter hare densities (Squires *et al.* 2010, pp. 1648, 1653–1656). Because of this preference, the Forest Service in the NRLMD adopted a vegetation management standard (VEG S6) that precludes all vegetation management activities that could reduce winter snowshoe hare habitat in multi-story forests, not just precommercial thinning as recommended in the LCAS (USFS 2007, pp. 13-14). Also as elsewhere (Moen *et al.* 2008a, p. 1512; Organ *et al.* 2008, pp. 1514, 1516–1517, ILBT 2013, p. 30; 79 FR 54790), denning habitat is not thought to be a limiting factor for lynx in this unit (Squires *et al.* 2008, p. 1505). Nonetheless, the NRLMD includes guidance to ensure adequate denning habitat remains well distributed in LAUs and, therefore, across the larger landscape and to design projects to create or retain coarse woody debris in areas where denning habitat may be lacking (USFS 2007, p. 17). Snow conditions in this unit also appear to remain suitable to allow lynx to outcompete other terrestrial hare predators. Gonzalez *et al.* (2007, pp. 4-7) compared the highest-precision lynx occurrence data in the contiguous United States from 1966-1998 with snow-cover data available for those locations and concluded that lynx require nearly continuous snow cover from December through March. The authors modeled snow suitability across North America, showing that this geographic unit currently has a 90-95 percent probability of providing snow cover consistent with historical lynx occurrence records (Gonzalez *et al.* 2007, p. 12).

Overall, although naturally fragmented and patchily-distributed, lynx habitat in this geographic unit appears to be largely intact relative to historical conditions and disturbance regimes, with only a small proportion apparently impacted by past management (timber harvest and precommercial thinning) activities (65 FR 16072). Despite some likely localized impacts of past timber management and infrastructure (e.g., highway) development and evidence of minor

138

genetic differentiation among lynx subpopulations (see *Lynx Status*, below), past management activities do not appear to have diminished this unit's ability to support resident lynx or to have created barriers to lynx movement, or to have had other landscape- or population-level effects.

A possible exception may be in the Garnet Mountains, which are known to have supported a small number of resident lynx in the 1980s and recently from 2002-2010, but where more recent surveys and research trapping efforts failed to detect lynx from 2011 to 2015 before a single lynx was verified in 2016 (Squires *in* Lynx SSA Team 2016a, p. 20; Lieberg 2017, *pers. comm.;* also see Lynx Status, below). This small and relatively isolated island of lynx habitat (Squires 2014, p. 4) at the southern end of this unit is thought to be capable of supporting 7-10 lynx home ranges (Squires 2016, *pers. comm.*). The BLM (2004, pp. 4-5) contrasted current and historical distributions of lynx habitats in the Garnets and found that early-successional stands (future hare and lynx foraging habitats) were at 25-50 percent of the historical condition in lower-elevation (1,370-1,830 m [4,500-6,000 ft]) lynx habitats, and 10-30 percent in higher-elevation (1,675-2,130 m [5,500-7,000 ft]) habitats. Late-successional (mature multi-story) stands (25-75 percent of historical condition) and large (> 100 ha [250 ac]) patches (25-50 percent of historical condition) were also underrepresented at lower elevations, but at higher elevations, these 2 stand types exceeded 200 percent and 100 percent of historical conditions, respectively. Lower elevation habitats were fragmented by roads and past management practices (i.e., timber harvest), while higher-elevation habitat patterns were attributed to the absence of disturbance, including fire (BLM 2004, p. 5), though fire absence was not attributed to suppression.

As discussed for the GYA in section 2.3.2.2, whether the recent absence of resident lynx in the Garnets represents the extirpation of a previously-persistent small population (and, therefore, a contraction in the range of resident lynx in this unit) or a temporary "winking off" of a naturally ephemeral small peripheral population, as might be expected in a mainland-island metapopulation structure, is uncertain and perhaps irresolvable. If residency was intermittent or ephemeral historically, the current absence of resident lynx might be a natural condition related to the area's naturally fragmented habitats and generally low hare densities - i.e., it may naturally be capable of supporting resident lynx only intermittently when habitat conditions and hare densities are optimal. If so, future intermittent lynx occupancy would be expected, but only if lynx dispersing from a source population immigrate to the Garnets when habitat conditions and hare densities return to more favorable levels. Conversely, if the Garnets historically supported a small but persistent population that was recently extirpated, it may suggest that the alteration of the historical distribution of some habitats in some parts of the range, described above, was enough to shift the quality of the area's habitat from capable of supporting a small resident population to no longer capable of doing so.

In summary, almost all lands in this unit are managed to conserve lynx and hare habitats in accordance with Federal, State, and Tribal regulations and management direction, conservation easements, and an approved HCP. Much of the area consists of designated Federal and Tribal wilderness areas and other nondevelopmental land use allocations, where management activities with the potential to adversely affect lynx generally do not occur. On lands with development allocations, USFS, BLM, and State management are based on plans that

Rvsd Plan - 00003927

incorporate the conservation guidance identified in the LCAS as informed by more recently available scientific information. The State and TNC, working with other conservation partners, have bought or acquired conservation easements on large tracts of high-quality private lands in the unit that are known or suspected to be occupied by resident lynx. These efforts and management across multiple ownerships likely preclude landscape-level management-related adverse impacts to the vast majority of existing lynx and hare habitats in this unit. Nonetheless, past management activities that occurred prior to implementation of current regulations and other conservation efforts may exert continuing influence on current habitat quality in some places, as described above for the Garnet Mountains. Because lynx habitats in this unit, like most other areas of the DPS range, are naturally highly-fragmented, and most have hare densities that barely meet the 0.5 hares/ha (0.2 hares/ac) threshold thought necessary to support resident lynx, relatively minor impacts, especially to hare and lynx foraging habitats, may strongly influence lynx persistence in some parts of this unit.

Lynx Status:  There are no reliable estimates of the historical or current number of resident lynx in this unit although, as described in section 2.3.2.2 above, it is thought to be capable of supporting perhaps 200-300 lynx (Squires *in* Lynx SSA Team 2016a, p. 41). This is substantially fewer than previous estimates of more than 1,000 lynx, which were based on a habitat area/ density index and broad assumptions regarding habitat suitability and lynx distribution (65 FR 16058) that are not supported by current understanding of lynx habitat requirements and current or historic habitat availability in this unit. That is, based on our understanding of lynx habitat and its current and historical distriubtution, it is very unlikely that this unit and surrounding areas were ever (recently or historically) capable of supporting 1,000 resident lynx. As described above, habitats capable of supporting resident lynx in this unit are (and also were historically) naturally patchier and less-broadly distributed (Squires *et al.* 2006a, pp. 46-47; Squires *et al.* 2013, p. 191), and lynx therefore naturally rarer, than was thought at the time of listing (ILBT 2013, p. 23; Jackson *in* Lynx SSA Team 2016a, p. 12). Although the exact distribution of resident lynx remains uncertain, this unit has a long and continuous history of lynx occurrence and evidence of reproduction (McKelvey *et al.* 2000a, pp. 224-225; Squires and Laurion 2000, pp. 346-348; Squires *et al.* 2008, entire; Squires *et al.* 2013, entire; ILBT 2013, p. 57; 65 FR 16058; 68 FR 40090; 74 FR 8643; 79 FR 54825). Genetic analyses revealed minor fine-scale genetic sub-structuring among lynx subpopulations in the southern (Garnet Mountains), central (Seeley Lake), and northern (Purcell Mountains) parts of this unit, suggesting limited interaction among lynx in those areas (Schwartz *in* Lynx SSA Team 2016a, p. 12 and Appendix 5; Squires *in* Lynx SSA Team 2016a, p. 20). Lynx in this unit likely represent the southern periphery of a larger population in southwestern Alberta and southeastern British Columbia, but the extent to which lynx persistence in this area may rely on immigration from Canada is unknown, and there is no indication of substantial immigration (irruptions) of lynx from Canada into this unit after the 1980s (Squires *in* Lynx SSA Team 2016a, p. 20).

From 1998 to 2007, researchers with the Forest Service's Rocky Mountain Research Station (RMRS) in Missoula trapped and radio-marked 175 lynx in northwestern Montana and collected nearly 170,000 GPS and over 3,000 VHS telemetry locations documenting lynx movements, resource use, survival, and productivity (Squires *in* Lynx SSA Team 2016a, p. 20). From 1999-

140

2007, litter sizes averaged 2.24 kittens/litter (N = 33) in the Seeley Lake area and from 2003-2007, 2.95 kittens/litter (N = 22) in the Purcell Mountains. In Seeley Lake, 61 percent of breeding-age females (N = 52) produced kittens; in the Purcells, 83 percent of females (N = 28) produced kittens. Recent research (Kosterman 2014, entire) suggests that the probability that a female produces a litter and initial litter size are correlated positively with mature forest connectivity and negatively with fragmentation in female home ranges (Squires in Lynx SSA Team 2016a, p. 20 and Appendix A). Annual survival rates for subadult and adult female lynx were 0.52 and 0.75, respectively, in Seeley Lake, and 0.68 and 0.85, respectively, in the Purcells. Kitten survival rate was 0.58 in Seeley Lake (Kosterman 2014, pp. 13, 30). There was no evidence of cyclicity in these vital rates, and no indication of substantial immigration of lynx into these study areas from Canada. Starvation, predation by cougars, and human-caused deaths each accounted for roughly one-third of documented sources of lynx mortality. Population viability analyses yielded population growth rates (λ) of 0.92 for the Seeley Lake area (i.e., declining population trend, 1999-2007) and 1.16 for the Purcells (increasing trend, 2003-2007). However, as described in section 2.2.2, estimates of λ in a cyclic Canadian population of lynx ranged from 2.03 (annual doubling) when hares were abundant to 0.10 (order of magnitude decline) after hare populations crashed (Slough and Mowat 1996, p. 952, table 4), and the natural range in λ that would be expected among peripheral, isolated, or semi-isolated and non-cyclic or weakly-cyclic lynx populations in the DPS versus those that would signal long-term population decline or instability is unknown. Also as noted above, estimates of λ in this unit assumed no immigration, which is a questionable assumption, and only low numbers of immigrants (less than 1 female/yr on average for a hypothetical population of 100 lynx) would be needed to provide population stability or even growth (Schwartz 2017, p. 4).

As described above, lynx distribution in this unit may have contracted with the recent apparent disappearance of resident lynx from the Garnet Mountains in the southern part of the unit. This area is thought to have habitat capable of supporting 7-10 lynx home ranges (Squires 2016, pers. comm.). As described in section 2.3.2.2 and above, whether the recent absence of lynx from this part of the unit represents the extirpation of a small but previously persistent population (and, therefore, a permanent contraction of lynx distribution in this unit) or the temporary "winking off" of a peripheral subpopulation that may become "winked on" again in the future is unknown. On February 2, 2016, a single lynx was detected via snow-track survey and verified via DNA analysis in the Garnet Range in the area previously occupied by resident lynx, demonstrating that natural recolonization of this area by dispersing lynx is possible. However, this recent record appears to have been of a dispersing/transient individual because subsequent surveys have not revealed additional detections of that lynx or any other lynx in the area, and there currently remains no evidence of lynx residency in this mountain range (Lieberg 2017, pers. comm.).

Snow-tracking, hair-snare, and camera-trap surveys in other parts of this unit since the DPS was listed continued to detect lynx on the Flathead, Helena, Idaho Panhandle, Kootenai, Lewis and Clark, and Lolo National Forests (USFS 2015a, pp. 9-27). On the Flathead, the RMRS trapped and radio-marked 7 lynx (3 females, 4 males) in the Flathead River watershed from 2010-2015, and surveys detected lynx in several other areas including the Salish Mountains, the

Rvsd Plan - 00003929

area just south of Glacier National Park, and in the vicinity of Hungry Horse Reservoir (USFS 2015a, pp. 10-11). The Swan Lake District in the southern part of the Flathead, along with the Seeley Lake District of the Lolo National Forest and the Lincoln District of the Helena National Forest, is part of the 6,070-km$^2$ (2,344-mi$^2$) Southwestern Crown of the Continent, which was intensively surveyed from 2012-2014 by the Southwestern Crown Carnivore Monitoring Team (SCCMT 2014, entire). The SCCMT conducted snow track surveys and used hair snares, bait stations, and camera traps to detect lynx in 36 of the 82, 8 x 8 km (5 x 5 mi) grid cells they surveyed (SCCMT 2014, pp. 3, 17-20). The surveys resulted in collection of DNA that allowed identification of 18 individual lynx (5 females, 13 males), 13 of which were new to regional lynx databases (SCCMT 2014, pp. 3, 17-20), indicating recruitment of new individuals into this population, or immigration, or a combination of the 2.

On the Helena National Forest, few lynx have been detected outside the Lincoln District/ Southwestern Crown area described above. In the south MacDonald Pass area, just south of this SSA unit and south of designated critical habitat, an individual male lynx was verified by DNA evidence over 4 winters (2007-2011), and an individual female was verified in the same area in the winter of 2008-2009 (Gehman *et al.* 2011, p. 21; USFS 2015a, p. 27). Other surveys on the Helena National Forest failed to detect lynx in the disjunct Big Belt and Elkhorn Mountains, although telemetry data indicated that 3 lynx released in Colorado passed through the Big Belts in 2004-2006 (USFS 2015a, pp. 26-27). Likewise, during snow tracking surveys on the Lolo National Forest in 2010-2011 (prior to the Southwestern Crown monitoring described above), lynx were also confirmed on the Seeley Lake District in the eastern part of the forest, but no lynx were documented on the Missoula or Ninemile districts, nor on the Superior and Plains/Thompson Falls districts in the western part of the forest (USFS 2015a, pp. 12-14). The USFS concluded that lynx presence in districts other than Seeley Lake is extremely rare and likely represents occasional dispersing lynx (USFS 2015a, p. 21).

On the Kootenai National Forest, RMRS research trapping and telemetry efforts continued to document the long-term presence of lynx from 2003-2012 (USFS 2015a, p. 10). On the Lewis and Clark National Forest, lynx are considered "still present" in the Rocky Mountain Front portion of the forest, which is within this geographic unit and designated critical habitat, and snow track surveys from 2010-2013 in the disjunct Little Belt and Crazy Mountains documented the continued absence of resident lynx in those ranges (USFS 2015a, pp. 25, 27-34). In Idaho, surveys in 2006-2007 by the Coeur d'Alene Tribe recorded 1 lynx detection in the Coeur d'Alene Mountains and 1 in the Saint Joe Mountains (Albrecht and Heusser 2009, entire). On the Idaho Panhandle National Forest, Multi-species Baseline Initiative (MBI) surveys in 2010-2014 detected 5 individual lynx (2 males, 3 females): 1 male in the Selkirk Mountains; 1 male and 2 females in the Purcell Mountains (and another 18 detections not identifiable to individual), and 1 female in the West Cabinet Mountains (Lucid *et al.* 2016, pp. 158-160). All detections were within 50 km (31 mi) of the Canada border, 3 detections were of incidentally-trapped lynx (2 in the West Cabinets released unharmed [1 with a radio collar] and 1 in the Purcells that died), and no lynx were detected in the Coeur d'Alene or Saint Joe Mountains (Lucid *et al.* 2016, p. 180). MBI follow-up surveys in 2015-2016 targeting areas where lynx were detected in 2010-2014 resulted in 89 lynx detections representing a minimum of 6 individual lynx; 1 in the Selkirks, 4 in

142

the Purcells (including camera images of an adult traveling with 2 young and later on the same camera an adult traveling with 1 juvenile), and 1 in the West Cabinets (IDFG 2017a, p. 5). No lynx were detected in the Saint Joe Mountains.

In summary, although the number of lynx in this geographic unit is uncertain, resident lynx appear to remain broadly distributed throughout much of the unit as evidenced by continued documentation of lynx in the research surveys described above. Genetic analyses and snow and camera surveys have verified continued reproduction and recruitment among lynx populations in this unit and also suggest some immigration may be occurring. The recent apparent absence of resident lynx in Garnet Mountains may indicate extirpation of a small resident population and a contraction in lynx distribution in the southern part of the unit, or it may reflect natural source-sink dynamics of a naturally ephemeral peripheral population in a mainland-island metapopulation structure. Lynx are rarely detected on surveys on other national forests (or parts of those above) that are outside but adjacent to this geographic unit (Patton 2006, entire; USFS 2105a, pp. 1-9, 25-34), suggesting that these areas lack the habitat features and/or landscape-level hare densities necessary to support resident lynx populations (79 FR 54818-54820).

Factors Affecting Current Conditions

*Regulatory Mechanisms* - Federal management activities (especially timber harvest and precommercial thinning, perhaps fire suppression) that occurred prior to listing and before implementation of current Federal regulatory mechanisms likely impacted some lynx habitats by altering the distribution and quality of hare habitats. However, because these activities occurred in low proportions of lynx habitat on Federal lands and impacts appear to have been localized, they were deemed a low-level threat to lynx at the time of listing (65 FR 16072-16076; 68 FR 40091-40095). Nonetheless, past Federal management activities may continue to influence the current quality and distribution of lynx habitats in some parts of this unit. For example, as described above in *Habitat Status* and *Lynx Status*, past timber harvest/management and associated road construction may have fragmented, reduced the amount, and altered the distribution of lynx habitats in the Garnet Mountains, perhaps contributing to the apparent recent loss of that area's ability to support resident lynx.

Currently, as described above and in section 3.1, all Federal and Tribal lands, most State lands, and large blocks of private or formerly-private land in this unit are managed for the conservation of lynx habitats, and much of the unit is in designated wilderness or other nondevelopmental land-use allocations. Regulatory mechanisms and conservation measures associated with these management strategies are intended to conserve and restore lynx and hare habitats across large landscapes and multiple ownerships. Although their effectiveness has not been quantitatively evaluated, and despite the potential extirpation of a small population in the Garnets, lynx habitats and resident lynx appear to remain well distributed throughout most of this unit.

Rvsd Plan - 00003931

Other regulations prohibit lynx trapping and require measures to reduce the likelihood of trapping lynx incidentally when legally trapping other species. Since the DPS was listed in 2000, 16 lynx are documented to have been incidentally trapped in Montana, with 13 of those occurring before 2008, when more protective regulations (e.g., lethal snares prohibited for bobcat sets, leaning pole sets limited to < 4" pole that must be 48" above ground for marten, fisher, and wolverine) were put in place (MTFWP 2016, pp. 5-10). Of the 16, 8 were released uninjured, 1 was released with an injury, and 7 were killed; all incidences of mortality occurred prior to 2008 and prior to the implementation of the more protective regulations (MTFWP 2016, p. 5). In Idaho, in addition to the 3 lynx incidentally trapped on the Idaho Panhandle National Forest from 2012-2014 (described above under *Lynx Status*), 1 other lynx was incidentally trapped in 2012 on the Salmon-Challis National Forest further south.

Although lynx are legally trapped in Canada adjacent to this unit in southern Alberta and southern British Columbia, trapping there is managed through regulated seasons and harvest levels, which are adjusted to avoid overexploitation, especially during the low phase of the hare-lynx population cycle (Environment Canada 2014, entire; Vashon 2015, pp. 5-6). Lynx harvest in Alberta varied from about 4,000 to 14,000 annually in the late 1970s and early 1980s, but declined to fewer than 2,000 for most years from 1984-2000, and restrictive quotas and season closures were implemented beginning in the late 1980s (Poole and Mowat 2001, pp. 16, 28). Similarly, harvests in British Columbia peaked at over 12,000 in the early 1960s and over 8,000 in the early 1970s, then declined to fewer than 2,000 for most years from the mid-1980s until the year 2000 (Hatler and Beal 2003, p. 2). Whether (and if so to what extent) trapping in Canada may influence lynx dispersal across the border and into this geographic unit is unknown; however, such dispersal was documented historically when harvest levels in Canada were much higher than under current management.

*Climate Change -* As elsewhere, increased temperatures, reduced snowpack, earlier snowmelt, and increased drought leading to increased fire all have been documented in this geographic unit (e.g., Hall and Fagre 2003, entire; Mote 2003b, entire; Fagre 2005, entire; Knowles *et al.* 2006, entire; Harvey *et al.* 2016, entire; Siren *in* Lynx SSA Team 2016a, pp. 14-15; Squires *in* Lynx SSA 2016, p. 20; Westerling 2016, entire). A number of potential impacts to lynx have been described, and climate projections suggest these impacts are likely to result in future loss and increased fragmentation and isolation of lynx and hare habitats and declining lynx populations in the DPS (Carroll 2007, entire; Gonzalez *et al.* 2007, entire; ILBT 2013, pp. 69-71; 79 FR 54810-54811; Lawler and Wilsey *in* Lynx SSA Team 2016a, pp. 15-16; Siren *in* Lynx SSA Team 2016a, p. 15; see also sections 3.2, and 5.2.3). Although climate change has probably already had some impact on lynx habitats in this geographic unit, and such impacts are likely to continue to occur, there currently is no evidence that climate change has had population-level effects or has reduced the unit's current ability to support persistent resident lynx populations. However, such impacts would be difficult to document and, as described under *Habitat Status*, above, lynx habitats in this unit are naturally highly-fragmented and hare densities, even in areas considered high-quality habitat for this DSP unit, often appear to barely meet the 0.5 hares/ha (0.2 hares/ac) threshold thought necessary to support resident lynx.

144

Therefore, even relatively minor impacts, especially to hare and lynx foraging habitats, may strongly influence lynx persistence in some parts of this unit.

Modeling vegetation and snow suitability for lynx across North America, Gonzalez *et al.* (2007, pp. 12, 15) indicated that boreal and temperate conifer forest biomes were broadly distributed across this geographic unit and that snow conditions suitable for lynx occurred with 90-95 percent probability from 1961-1990. (Future conditions based on this modeling are described in section 5.2.3). As described in section 3.2, climate change has also been implicated in recent increases in the frequency and intensity of outbreaks of boreal forest insect pests, with warmer winters resulting in increased insect survival and drought increasing conifer vulnerability to insects. This trend is expected to continue through the end of the century with continued climate warming (Bentz *et al.* 2010. pp. 607, 609). Although insect outbreaks have affected some parts of the DPS, no major outbreaks have been documented in lynx habitats in this unit (Lynx SSA Team 2016a, p. 41).

*Vegetation Management* - As elsewhere in the DPS range, timber harvest and related vegetation management (precommercial thinning and other silvicultural techniques designed to optimize forest products outputs; ILBT 2013, pp. 71-72) are the dominant land uses potentially affecting lynx habitats in this unit (68 FR 40075, 40092; 79 FR 54825). As described in section 3.3, these activities can reduce hare and lynx habitats by reducing horizontal cover and altering natural disturbance regimes and forest successional patterns. In this unit, precommercial thinning was shown to reduce short-term hare abundance (Griffin and Mills 2007, entire) and appeared to influence lynx movements (Squires *et al.* 2013, p. 192-194), and lynx rarely traveled across recent clearcuts or other large openings, especially in winter (Squires *et al.* 2010, p. 1654; ILBT 2013, p. 77). However, as described under *Habitat Status*, above, these activities on Federal lands, which account for most of the lands in this unit, occur only on lands with developmental allocations and historically appear to have impacted only a small proportion of potential lynx habitats in this unit (65 FR 16072; 68 FR 40093). Additionally, timber harvest levels on Federal lands in the West, including the Northern Rockies, and specifically with regard to "lynx forest types," had declined consistently and dramatically for a decade or longer prior to the DPS being listed (68 FR 40093), and have remained at levels much lower than those from most of the previous century. Despite some likely localized impacts, past vegetation management does not appear to have broadly diminished this unit's ability to support resident lynx, although, as described above, it may have contributed to the current absence of a small number of resident lynx from the Garnet Mountains. Also as described above, current vegetation management in this unit on all Federal, most State and Tribal, and some private lands, is conducted in accordance with formally amended USFS and BLM management plans, an approved State HCP, Tribal regulations, and conservation easements designed to avoid or minimize impacts to lynx habitats, especially important hare and lynx winter foraging habitats.

*Wildland Fire Management* - As described above in section 3.4, wildfire suppression in this unit, as elsewhere in the West, has likely had little impact on lynx habitats (65 FR 16074; 68 FR 40093-94; USFS 2007, pp. 18, 20; USFS 2008a, p. 11; ILBT 2013, p. 76). Also as described in that section, wildfire frequency, size, and intensity have increased in this geographic unit, where

145

about 15 percent (4,172 km$^2$ [1,611 mi$^2$]) of the forest area in this unit burned from 2000-2013 (Squires *in* Lynx SSA Team 2016a, p. 20), likely in response to climate warming and related increases in drought conditions (e.g., Harvey *et al.* 2016, entire; Westerling 2016, entire). During the 2017 fire season alone, roughly 1,150 km$^2$ (444 mi$^2$; over 4 percent of the unit) burned, including the Rice Ridge and Reef fires, which together burned over 690 km$^2$ (267 mi$^2$) in the core of the Seeley Lake population's habitat and the site of long-term lynx research by the RMRS.[19] Although these fires likely have reduced or will reduce lynx carrying capacity in some parts of this geographic unit, we expect such impacts to be temporary, with burned areas regenerating into high-quality lynx and hare habitats 20-40 years post-fire. Thus far, we are aware of no evidence that increased fire activity has permanently reduced lynx populations or diminished this geographic unit's ability to support resident lynx. However, with climate-driven elevated wildfire activity projected to continue into the future, such impacts are possible, depending on the location, timing, and extent of future fires (see section 5.2.3, below).

*Habitat Loss and Fragmentation* - As described above, the dominant land use in this unit, and that most likely to result in habitat loss and fragmentation, is timber harvest and associated vegetation management (e.g., precommercial thinning) and road construction. In the Northern Rocky Mountains, the forests upon which lynx depend have had less timber harvest, road construction, and have been modified much less than other drier forests (65 FR 16073), and these activities appear not to have had population-level impacts on lynx or to have measurably reduced the ability of this geographic unit to support resident lynx (with the possible exception of the Garnet Mountains). Few highways intersect lynx habitats in the Northern Rockies (ILBT 2013, p. 63) and there are few records of lynx killed by vehicle collisions in Montana (5) and Idaho (1; USFWS 2016c; MTFWP *unpubl. data*). Other potential sources of habitat loss and fragmentation include recreation, minerals/energy development, and backcountry roads and trails; these are all considered second tier anthropogenic influences (ILBT 2013, pp. 78-85) that are unlikely to exert population-level influences, despite potential impacts to individual lynx.

*Other Factors - Connectivity/Immigration* - As elsewhere in the range of the DPS, resident lynx populations in this geographic unit are thought to be influenced by connectivity with, and immigration of lynx from, populations in Canada (see section 2.2). However, whether, and if so to what the extent, the persistence of populations in this geographic unit may depend on regular or intermittent immigration of lynx from Canada remains uncertain, and historic, recent, and current immigration rates are unknown. This unit is directly connected to lynx habitats and populations in southwestern Alberta and southeastern British Columbia, where lynx habitats are also (like Montana and Idaho) patchily-distributed and generally support low hare densities, and where some lynx populations may be ephemeral and the persistence of others reliant on periodic immigration (Apps 2007, pp. 81, 95-104). Additionally, connectivity between this geographic unit and lynx habitats and populations in southern Alberta and southern British Columbia may be facilitated by only a few predicted corridors that extend south from the international border (Squires *et al*. 2013, pp. 187, 191-193).

---

[19] https://inciweb.nwcg.gov/state/27/0/

Rvsd Plan - 00003934

Although lynx occurrence and harvest records in this geographic unit reflect the unprecedented irruptions of lynx from Canada into the northern contiguous United States in the early 1960s and early 1970s (McKelvey *et al.* 2000a, pp. 224-226, 232-242), there is no evidence of irruptions of lynx into this unit after the 1980s (Squires *in* Lynx SSA Team 2016a, p. 20). This is supported by lynx trapping records from Canada, which suggest that the magnitude of lynx population cycles in Alberta and British Columbia dampened dramatically after the early 1980s (McKelvey *et al.* 2000a, p. 226; Poole and Mowat 2001, p. 28; Hatler and Beal 2003, p. 2; Bowman *in* Lynx SSA Team 2016a, p. 13; also see Appendix 5, 2015 10 13 - 5, pp. 4-5[20]).

A number of climate-mediated factors have been suggested as contributing to changes in the periodicity and amplitude of northern lynx and hare population cycles (see section 3.2), which would be expected to alter the timing and magnitude of irruptions of lynx from Canada into the contiguous United States. If lynx populations in this unit rely on immigration from Canada which is no longer occurring or has been substantially reduced relative to historical conditions, population declines and a reduced likelihood of persistence among resident populations would be expected. Although the extent to which this factor has influenced the current condition of lynx populations in this unit is unknown, the population growth rate estimated for the Seeley Lake area ($\lambda$ = 0.92, declining trend 1999-2007; Squires *in* Lynx SSA Team 2016a, p. 20) may reflect a gradual decline of a resident lynx population that needs but is not receiving adequate immigration. In contrast, the growth rate estimated for the lynx population in the Purcell Mountains in the northwestern part of this unit ($\lambda$ = 1.16, increasing trend 2003-2007; Squires *in* Lynx SSA Team 2016a, p. 20) suggests that the level of immigration, if necessary for demographic stability, has been adequate or that productivity and recruitment have been high enough to offset potentially diminished immigration. It is also possible that, despite the documented historical intermittent (cyclic) influxes of lynx from Canada into lynx populations in this geographic unit, immigration does not contribute meaningfully to the demographic stability of these populations. If that is the case, the estimated growth rates suggest that recruitment has failed to offset mortality in the Seeley Lake population but that it has more than done so in the Purcell Mountains population. However, Schwartz (2017, p. 4) noted that very low immigration rates (less than 1 female/year on average for a theoretical population of 100 lynx) could provide population stability or even growth, suggesting that the Seeley Lake population and perhaps other DPS populations are probably being sustained by low levels of undetected immigration. The growth rate estimates presented above assumed no immigration.

## 4.2.4 Unit 4 - North-central Washington

Unit Description: This geographic unit is located on the eastern side of the northern Cascade Mountain Range of north-central Washington in portions of Chelan and Okanogan Counties. It includes mostly Okanogan-Wenatchee National Forest lands as well as BLM lands in the Spokane District that were designated as critical habitat for lynx in 2014 (79 FR 54825). The unit also includes State Forest lands (portion of the Loomis State Forest) that were excluded from

---

[20] https://www.fws.gov/mountain-prairie/es/species/mammals/lynx/SSA2016/Appendices/Appendix%205%20Presentation%20PDFs/2015%2010%2013%20-%205%20-%20Bowman%20Lynx%20Southern%20Canada.pdf.

Rvsd Plan - 00003935

designation as critical habitat (79 FR 54825). It encompasses approximately 5,176 km$^2$ (1,988 mi$^2$), with ownership that is 91.5 percent Federal (USFS, BLM), 8.2 percent State, and 0.3 percent private lands; there are no Tribal lands in this unit. This unit is about 200 km (125 mi) west of the Northern Montana/Northeastern Idaho geographic unit. This area was occupied by resident lynx when the DPS was listed and remains occupied currently. Evidence from recent research and DNA analysis shows lynx distributed within this unit, and breeding has been documented. Although researchers have fewer records in the portion of the unit south of Highway 20, this area contains boreal forest habitat and is thought to support resident lynx. Further, it is contiguous with lynx habitat north of Highway 20, particularly in winter when deep snows close Highway 20. The northern portion of the unit adjacent to the Canada border also appears to support few recent lynx records; however, it is designated wilderness and access to survey this area is difficult. This northern portion contains extensive boreal forest vegetation types and also likely supports resident lynx. Additionally, lynx populations exist in British Columbia directly north of this unit.

This geographic unit represents 58 percent of the 8,923-km$^2$ (3,445-mi$^2$) Okanogan Lynx Management Zone (LMZ) identified by the WADFW (Stinson 2001, p. 16). Five smaller and relatively disjunct LMZs to the east of this geographic unit (Vulcan-Tunk, Kettle Range, The Wedge, Little Pend Oreille, and Salmo Priest) combined represent another 3,656 km$^2$ (1,412 mi$^2$) of potential lynx habitat known or thought to have historically and perhaps recently supported a small number of lynx, at least intermittently. Among these, the Kettle Range LMZ was thought to support a small (likely fewer than 20 individuals) resident lynx population as recently as the late 1970s that may have been extirpated as a result of overharvest compounded by habitat changes (Stinson 2001, pp. 14-16; Koehler *et al.* 2008, p.1523; see Lynx Status, below).

Habitat Description:  In the northern Cascades most lynx occurrences are associated with the Rocky Mountain Conifer Forest (Aubry *et al.* 2000, p. 379; McKelvey *et al.* 2000a, p. 246) at elevations between 1,400 m (4,593 ft) and 2,150 m (7,053 ft; McKelvey *et al.* 2000d, p. 322; Stinson 2001, p. 9). Within this area lynx primarily use forests dominated by Engelmann spruce, subalpine fir, or lodgepole pine on mild to moderate slopes (< 30°), and avoid Douglas-fir and ponderosa pine forests, forest openings, recently burned areas with sparse canopy and understory cover (< 10 percent), low elevations [less than 915 m (3,000 ft)], and steep slopes (> 30°; Koehler *et al.* 2008, pp. 1518, 1521; Maletzke 2004, pp. 16-17). Similar to the Northern Rocky Mountains, lynx habitat in the North Cascades is naturally fragmented (Koehler *et al.* 2008, p. 1523). As in other boreal forest systrems, fires and insect outbreaks are major drivers of disturbance in this unit, but other factors, including wind and tree diseases, also contribute to natural disturbance regimes (Agee 2000, p. 47). Fire return intervals in the North Cascades range between approximately 100 to 250 years (Agee 2000, p. 50). Average annual snowfall is consistent throughout this unit and is approximately 291 cm (115 in)[21].

Walker (2005, p. 20) estimated an average snowshoe hare density of 0.89 hares/ha (0.36 hares/ac) with a range of 0.03 to 4.85 hares/ha (0.01 to 1.94 hares/ac) in the North Cascades.

---

[21] https://snowfall.weatherdb.com/d/a/Washington; accessed 4.27.2016.

The WADNR estimated snowshoe hare densities between 0.3 and 0.7 hares/ha (0.1 and 0.3 hares/ac) on the Loomis State Forest (WADNR 2006, p. 87). Koehler (1990a, p. 848) found snowshoe hares were the primary prey of lynx in the North Cascades, occurring in 23 of 29 (79 percent) lynx scats examined. The remains of red squirrels were identified in 24 percent of scats, which also included remains of other species including deer and mice. Similarly, Von Kienast (2003, p. 39) found snowshoe hares in 87 percent (40 of 46) of lynx scats in the North Cascades, while red squirrels were identified in 28 percent of scats.

Habitat Status: Lynx habitat in this geographic unit has been reduced and fragmented by multiple large wildfires over the past several decades that have likely caused a reduction, perhaps temporary, in the number of resident lynx in the unit (Lewis 2016, pp. 4-6; Lyons *et al*. 2016, entire; Maletzke *in* Lynx SSA Team 2016a, p. 21; see Lynx Status below). Several wildfires affected lynx habitat in the North Cascades during the middle 1990s and early 2000s: 1994 Whiteface Burn (15.5 $km^2$ [6 $mi^2$]); 1994 Thunder Mountain Fire (36.9 $km^2$ [14.2 $mi^2$]); 2001 Thirty-Mile Fire (25.7 $km^2$ [9.9 $mi^2$]); and 2001 Farewell Fire (323 $km^2$ [125 $mi^2$]; Vanbianchi 2015, p. 23). Subsequent to those fires and incorporating research on lynx habitat use, Koehler *et al*. (2008, p. 1522) estimated that the Okanogan LMZ (including this geographic unit) contained approximately 2,411 $km^2$ (930 $mi^2$) of suitable lynx habitat, and that the other 5 LMZs in the northeastern corner of the state, combined, contained an additional 1,381 $km^2$ (533 $mi^2$) of suitable habitat. More recent wildfires, including the 2006 Tripod Fire (706 $km^2$ [273 $mi^2$]; Vanbianchi 2015, p. 23), have affected approximately 1,000 $km^2$ (386 $mi^2$) of lynx habitat in the Okanogan LMZ (Maletzke *in* Lynx SSA Team 2016a, p. 21), and the Diamond Creek fire burned another 393 $km^2$ (152 $mi^2$) in the northern part of this unit during July-October 2017, along with another 126 $km^2$ (49 $mi^2$) across the border in southern British Columbia[22].

Recently, Lewis (2016, pp. 4-6, fig. 3, table 2) estimated that about a third (3,130 $km^2$ [1,209 $mi^2$]) of the total forested area in the Okanogan LMZ burned from 1992 to 2015, and that the amount of suitable lynx habitat in the LMZ similarly declined by 37 percent, from 2,581 $km^2$ (997 $mi^2$) in 1996 to 1,630 $km^2$ (629 $mi^2$) in 2014. In the Kettle Range, Lyons *et al*. (2016, p. 5) estimated that about 11 percent (360 $km^2$ [139 $mi^2$]) of the LMZ burned from 2000 to 2015, and Lewis (2016, p. 6) estimated that the amount of suitable lynx habitat in the LMZ declined by about 7 percent, from 404 $km^2$ (156 $mi^2$) in 1996 to 376 $km^2$ (145 $mi^2$) in 2014. Cumulatively, Lewis (2016, p. 6) estimated that suitable lynx habitat in north-central and northeastern LMZs in Washington declined by 26 percent, from 3,770 $km^2$ (1,456 $mi^2$) in 1996 to 2,790 $km^2$ (1,077 $mi^2$) in 2014, with 97 percent of the losses occurring in the Okanogan LMZ and attributable to large wildfires over the past 25 years. This estimate does not include impacts of the 2017 Diamond Creek wildfire described above. These burned areas are expected to regenerate back into suitable lynx habitat, but it may take 10 to 40 years for that to occur (Lewis 2016, p. 5; Maletzke *in* Lynx SSA Team 2016a, p. 21), during which time the resident lynx population in this geographic unit will likely be at increased risk of stochastic demographic, genetic, and environmental effects.

---

[22] https://inciweb.nwcg.gov/incident/5409/, accessed 10/25/2017.

Rvsd Plan - 00003937

As it is throughout the DPS range, maintaining connectivity with Canada is believed to be important to the conservation of resident lynx in this geographic unit (ILBT 2013, p. 65). Singleton *et al.* (2002, p. 46) reported broad landscape permeability for lynx between the northern Cascades and the Thompson River watershed in British Columbia. With no known barriers and lynx dispersal from this unit into Canada recently documented, connectivity with lynx populations and habitats in Canada currently appears functional (ILBT 2013, p. 65). Outside of this geographic unit, lynx habitat in the Kettle Range and the other northeastern LMZs is limited in size and potentially capable of supporting only a few lynx. Koehler *et al.* (2008, p. 1523) estimated the Kettle Range could support 10 to 23 lynx based upon a lynx density of 2.3 lynx/100km$^2$ and 400 km$^2$ (154 mi$^2$) to 987 km$^2$ (381 mi$^2$) of lynx habitat. However, that lynx density estimate was derived from research conducted in the Cascade Range within a large area of contiguous, high-quality habitat (Koehler 1990a, pp. 845, 847). Lynx habitat in the Kettle Range is much smaller and likely more fragmented, and may not be capable of supporting a similar density. The Kettle Range is also somewhat isolated from other lynx habitats in Washington and British Columbia. The Kettle Range is separated from the Cascades in Washington by low elevation valleys dominated by shrub-steppe and Douglas-fir and ponderosa pine forests (Koehler *et al.* 2008, p. 1523), and from British Columbia by the Kettle River Valley (Stinson 2001, p. 20) and a major highway corridor with associated wildlife fencing in British Columbia (Koehler *et al.* 2008, p. 1523). These natural topographic and anthropogenic features may impede lynx movement between the Kettle Range and the Cascades and British Columbia, perhaps reducing the likelihood of natural recolonization and re-establishment of a resident breeding population in the Kettle Range.

Lynx Status:  In Washington, there is little information on the status of lynx prior to the early 1960s (Stinson 2001, p. 13) because lynx trapping records were not maintained in Washington prior to 1961. From 1960 to 1991 a total of 234 lynx was harvested in Washington, with the most (35 percent) lynx trapped in Ferry County, followed by Okanogan (23 percent) and Stevens (10 percent) counties (Stinson 2001, p. 13). Lynx were trapped relatively consistently in the Kettle Range in the 1960s, 1970s, and 1980s, with  a total of 81 lynx harvested from 1961 through 1986 (Stinson 2001, p. 63). Beginning in 1978, trapping seasons for lynx in Washington were reduced to 1 month. In 1987 a restricted permit system was implemented, and in 1990 a statewide closure on lynx trapping was implemented (USFWS 2008a, p. 2). In 1993, lynx were classified by the Washington Fish and Wildlife Commission as a State threatened species (Stinson 2001, p. 22). In 2001, the WADFW considered lynx to be present in the Okanogan, Kettle Range, Little Pend Oreille, and Salmon-Priest LMZs; at that time lynx had not been detected in the Wedge LMZ since 1987 nor the Vulcan-Tunk LMZ since 1990 (Stinson 2001, p.15). In its October, 2016, *Periodic Status Review for the Lynx*, the WADFW recommended that the Washington Fish and Wildlife Commission uplist the lynx from a State threatened to a State endangered species because of: 1) observed range contraction in Washington following protection efforts; 2) the substantial loss of habitat in the last 20 years; and 3) the ongoing and anticipated threats to lynx population persistence (Lewis 2016, pp. iii; WADFW 2016, entire). In December, 2016, the Commission approved WADFW's review and adopted its recommendation to uplist lynx to endangered (WAFWC 2016, p. 3).

As elsewhere in the DPS, there are no reliable historical or current estimates of the number of resident lynx in this geographic unit. In 2001, based on data collected from lynx telemetry studies conducted in the Cascade Range during the 1980's, the WADFW estimated that Washington contained approximately 12,579 km$^2$ (4,857 mi$^2$) of potential lynx habitat which it felt could theoretically support up to 238 lynx, including up to 149 lynx in the Okanogan LMZ (based on a lynx density of 2.5 lynx/100 km$^2$; Stinson 2001, p. 16). However, based on professional opinions of individuals knowledgeable about lynx and lynx habitat and on surveys conducted as of 2000, the WADFW concluded that the State's lynx population almost certainly numbered fewer than 200 and perhaps fewer than 100 lynx at that time (Stinson 2001, p. 16). Koehler *et al.* (2008, p. 1523) later estimated there was approximately 3,800 km$^2$ (1,467 mi$^2$) of suitable lynx habitat in Washington's 6 LMZs, potentially capable of supporting up to 87 resident lynx. This revised estimate of potential carrying capacity was based on a study investigating lynx habitat use in the Okanogan from 2002 to 2004, and used a lynx density estimate of 2.3 lynx/100 km$^2$ derived from a radio-telemetry study of lynx in the Cascades from 1985-1987 (Koehler 1990a, pp. 845-847). However, the study area from which the 2.3 lynx/100 km$^2$ density estimate reported by Koehler (1990a, p.847) was derived is located in an area of the northern Cascades known as the "Meadows". During the time of Koehler's study, the Meadows provided some of the best lynx habitat in Washington, whereas most other potential lynx habitat in Washington is lower in elevation and more highly fragmented (Walker 2005, pp. 3, 6). Thus, the lynx densities Koehler observed in his study area in the Meadows may not be applicable to other areas of potential lynx habitat in Washington, because as habitat becomes more fragmented and isolated, the carrying capacity for lynx likely declines. Therefore, applying Koehler's estimated density uniformly throughout Washington would likely overestimate the number of resident lynx potentially supported in Washington.

More recently, Lewis (2016, pp. 5-6) estimated that wildfires over the last several decades (see Habitat Status section above) have reduced the carrying capacity of the Okanogan LMZ by 37 percent, from 43 females (86 total lynx assuming similar numbers of males and females) in 1996 to 27 females (54 total lynx) in 2014. The author estimated a minor decline in carrying capacity in the Kettle Range LMZ from 8 females (16 total lynx) in 1996 to 7 females (14 total lynx) in 2014. Overall, Lewis (2016, p. 6) estimated that suitable lynx habitat in north-central and northeastern LMZs in Washington declined by 26 percent from 1996 to 2014, with most of the losses resulting from large wildfires in the Okanogan LMZ, and that lynx carrying capacity in the State declined by 29 percent from 58 females (116 total lynx) to 41 females (82 total lynx) over that time period. However, considering a dramatic increase in female home range size (from about 39 km$^2$ [15 mi$^2$] during 1990-2002 to 91 km$^2$ [35 mi$^2$] by 2014), likely a result of fire-driven habitat loss and fragmentation, Maletzke (*in* Lynx SSA Team 2016a, p. 21) suggested that the carrying capacity of the Okanogan LMZ alone, which encompasses this geographic unit, may have declined from 90-115 females (180-230 total resident lynx) to as few as 27 females (54 total resident lynx) currently. Maletzke's estimate suggests a much larger (70 to 77 percent) potential decline in carrying capacity in this LMZ and, therefore, in the North-central Washington geographic unit. Because of these habitat impacts, limited demographic information, and remaining uncertainties (e.g., immigration/emigration rates, changes in snowpack, disease, lynx population status and impacts of trapping in southern British Columbia, and habitat corridor

151

stability between British Columbia and this unit; WADFW 2017, p. 3),the Washington Department of Fish and Wildlife recently submitted, and the State Fish and Wildlife Commission adopted, a proposal to uplist lynx from threatened to endangered within the State.

From 1985 to 1987, Koehler (1990a, entire) monitored the movements of 5 adult male and 2 adult female radio-collared lynx in the Cascades of north-central Washington. Results of the study indicated average female home range size was 39 km$^2$ (15 mi$^2$) and average male home range size was 69 km$^2$ (27 mi$^2$). Based on occupancy of the 640 km$^2$ study area by 15 adult lynx, adult lynx density was estimated to be 2.3 adults/100 km$^2$. Annual adult survival rates of the radio-collared lynx were 0.73 in 1986 and 1.00 in 1987, and kitten mortality was high at 88 percent with only 1 of 8 known kittens surviving its first year (Koehler 1990a, p. 847).

Factors Affecting Current Condition

Within Washington, the vast majority of lynx habitat is administered by the Okanogan-Wenatchee (OWNF) and Colville (CNF) National Forests. The North Cascades (i.e., the Okanogan LMZ in north-central Washington), which supports the only known, long-term persistent lynx breeding population in Washington, and within which critical habitat was designated for lynx in 2014 (79 FR 54782), is administered by the OWNF. Subsequent to listing lynx under the ESA, the Forest Service entered into a Conservation Agreement (CA) with the Service in 2000 (USFS and USFWS 2000, entire), which was revised and extended in 2006 (USFS and USFWS 2006, entire). The CA committed the OWNF and CNF to use the Lynx Conservation Assessment and Strategy (LCAS) for management of lynx and its habitat on their ownerships, and will remain in place until the forests amend or revise their individual LRMPs.

In Washington, and the north Cascades specifically, it appears that the single threat for which lynx were listed under the ESA (i.e., inadequacy of Federal regulatory mechanisms) has largely been addressed through the development of the LCAS, and CA between the USFS and Service, which commits the USFS, specifically for Washington the OWNF and CNF, to use the LCAS in the management of lynx habitat on National Forest System lands and when designing and implementing projects within LAUs.

The WADNR manages approximately 4 percent of the lynx habitat within portions of each of the delineated LMZs (WADNR 2006, p.9) in Washington State, including the Loomis State Forest that is located in the north Cascades within the Okanogan LMZ. In 1996, the WADNR developed and implemented a Lynx Habitat Management Plan (1996 Lynx Plan) in response to listing of the lynx as a State threatened species by Washington State (WADNR 1996, entire). After the DPS was Federally listed as threatened, the WADNR in 2006 modified its Lynx Habitat Management Plan to incorporate new science and management standards and guidelines to avoid the incidental take of lynx in accordance with the ESA (WADNR 2006, entire). These standards and guidelines address maintenance of lynx denning and foraging habitat, as well as habitat connectivity within and between LAUs and lynx populations within Washington (i.e., LMZs) and Canada.

Rvsd Plan - 00003940

For example, the WADNR 2006 Lynx Plan includes, among other things: (1) Encouraging genetic integrity at the species level by preventing bottlenecks between British Columbia and Washington by limiting size and shape of temporary non-habitat along the border and maintaining major routes of dispersal between British Columbia and Washington; (2) Maintaining connectivity between subpopulations by maintaining dispersal routes between and within zones and arranging timber harvest activities that result in temporary non-habitat patches among watersheds so that connectivity is maintained within each zone; (3) Maintaining the integrity of requisite habitat types within individual home ranges by maintaining connectivity between and integrity within home ranges used by individuals and/or family groups; and (4) Providing a diversity of successional stages within each LAU and connecting denning sites and foraging sites with forested cover without isolating them with open areas by prolonging the persistence of snowshoe hare habitat and retaining coarse woody debris for denning sites. The 2006 Lynx Plan also describes how WADNR will monitor and evaluate the implementation and effectiveness of the plan. The WADNR has been managing for lynx for almost 2 decades, and the Service has concluded that the management strategies implemented are effective. In the 2014 final revised critical habitat designation, we determined that the benefits of excluding lands managed in accordance with the WADNR 2006 Lynx Plan outweighed the benefits of including them in the designation, and that doing so would not result in extinction of the species (extirpation of the DPS; 79 FR 54834–54835).

In summary, recent wildfires have, perhaps temporarily, eliminated or reduced the quality of over 40 percent of the higher-quality lynx habitat within the North Cascades (Lewis 2016, pp 4-6; Maletzke *in* Lynx SSA Team 2016a, p. 21), which has reduced lynx carrying capacity and significantly affected the status of and current viability of the lynx population within this geographic unit. This geographic unit likely supports fewer resident lynx currently than it did historically, making the current, smaller population more vulnerable to environmental, demographic, and genetic stochasticity and to large catastrophic events (Lewis 2016, p. 5). Recent wildfire severity, extent, and intensity in lynx habitat within this geographic unit may have been influenced by climate change (Westerling *et al.* 2006, pp. 942-943), and as discussed in chapter 5, climate change may similarly affect the future viability of lynx within this geographic unit.

## 4.2.5 Unit 5 - Greater Yellowstone Area

Unit Description:  This geographic unit includes the parts of southwestern Montana and northwestern Wyoming the Service designated as critical habitat (Unit 5) for lynx in 2014 (79 FR 54825-54826). It encompasses approximately 23,691 km$^2$ (9,147 mi$^2$) in portions of Carbon, Gallatin, Park, Stillwater, and Sweetgrass Counties in Montana; and Fremont, Lincoln, Park, Sublette, and Teton Counties in Wyoming, with ownership that is 97.5 percent Federal (USFS, NPS, and BLM); 2.2 percent private; and 0.3 percent State. This unit includes parts of Grand Teton and Yellowstone national parks and the Bridger-Teton, Custer-Gallatin, and Shoshone National Forests, and lands managed by the BLM's Kemmerer and Pinedale Districts. It includes parts of the Absaroka, Beartooth, Gallatin, Gros Ventre, Salt River, Teton, Wind River, and Wyoming mountain ranges. This unit is not directly connected to lynx habitats and

Rvsd Plan - 00003941

populations in Canada or to other DPS populations, although lynx dispersing from the north likely arrived intermittently into the area historically and, more recently, some lynx released into Colorado traveled into and through this unit (Devineau et al. 2010, p. 526; Ivan 2017, entire; details below). Relative to other DPS lynx populations, this unit is about 145 km (90 mi) southeast of the Northwestern Montana/Northeastern Idaho unit, and roughly 400 km (250 mi) northwest of the Western Colorado geographic unit.

Habitat Description:  In northwestern Wyoming and the GYA, lynx are generally associated with Engelmann spruce-subalpine fir and lodgepole pine of the Rocky Mountain Conifer Forest vegetation class, as described above (Section 4.2.3) for northwestern Montana, although these habitats, and thus lynx, typically occur at higher elevations (2,000-3,000 m [6,550-9,850 ft]) in the GYA (McKelvey et al. 2000a, p. 245; ILBT 2013, p. 60). Potential lynx habitat in much of the GYA is naturally marginal (patchier and composed in many places of drier forest types), with fewer shrubs and a more open understory, and generally very low to marginal hare densities, resulting in a spatially-limited distribution of lynx with large home ranges (Squires et al. 2003, pp. 5, 12-13; 68 FR 40090; 71 FR 66010, 66029; 74 FR 8624, 8643–8644; Hodges et al. 2009, entire; Berg and Gese 2010, p. 1750; 79 FR 54796; Lynx SSA Team 2016a, p. 45). Among the 3 national forests that contribute lands to this geographic unit, potential lynx habitat was mapped on about 42 percent of the total national forest area (both inside and outside this unit; USFWS 2007, pp. 32, 95, 122-123).

In Yellowstone National Park, 7,732 km$^2$ (2,985 mi$^2$; about 86 percent of the park) is considered "lynx forest types" (65 FR 16073), but only 2,784 km$^2$ (1,075 mi$^2$; 31 percent of the park, 36 percent of lynx forest types) is estimated to be potential lynx habitat (68 FR 40086). However, hares were completely absent from more than 36 percent of surveyed stands in Yellowstone National Park, and 96 percent had estimated hare densities below the 0.5 hare/ha threshold thought necessary to support resident lynx (Hodges et al. 2009, pp. 870, 873-877). In contrast, estimated hare densities were ≥ 0.48 hares/ha (0.19 hares/ac) in all surveyed stands on the Bridger-Teton National Forest in the southern portion of the GYA, with highest densities (1.7 hares/ha [0.69 hares/ac]) in 30-70-year-old regenerating lodgepole pine stands with dense horizontal cover, and densities of 1.2-1.6 hares/ha (0.49-0.65 hares/ac) in mature multi-story spruce-fir and mixed spruce-fir (containing aspen or lodgepole pine) stands (Berg et al. 2012, p. 1483). In the central Wyoming Range in the southern part of this unit, hare tracks were more abundant in seral aspen stands with a significant spruce-subalpine fir component than in aspen stands with little or no spruce-fir, and hares appeared to be absent from pure aspen stands except where they bordered spruce-fir areas (Endeavor Wildlife Research 2009, p. 4). The only lynx den sites described for this unit (the natal den and a subsequent maternal den of 1 female in 1998) occurred in a mature subalpine fir-lodgepole pine forest in the Wyoming Range, where coarse woody debris and high sapling density provided dense horizontal cover (Squires and Laurion 2000, pp. 346-347).

Average annual snowfall in this unit ranges from about 127 cm (50 in) in Bozeman and 556 cm (219 in) in West Yellowstone, Montana, on the northern and northwestern peripheries of the unit, respectively, to 280-310 cm (110-122 in) in Alpine, Dubois, and Jackson, WY near the central and southern peripheries, with most snow falling from November to March in each

Rvsd Plan - 00003942

place[23]. In potential lynx habitats on the Bridger-Teton National Forest in the southern half of this unit, deep snow persisted from late October through May (Berg *et al.* 2012, p. 1481).

Habitat Status:  Potential lynx habitats in this unit are currently designated as critical habitat in accordance with the ESA. Over 97 percent (23,109 km$^2$ [8,922 mi$^2$]) of this unit is in Federal ownership, including 18,877 km$^2$ (7,292 mi$^2$) in national forests under USFS management, 3,944 km$^2$ (1,523 mi$^2$) in national parks managed by NPS, and 271 km$^2$ (105 mi$^2$) managed by BLM. As described above in section 3.1.1, USFS lands in this unit are managed in accordance with the NRLMD, which formally amended all forest plans to adopt and implement lynx conservation measures (USFS 2007, pp. 8-30 and Attachment 1, pp. 1-9) that were developed based on the scientific findings and recommendations of the LCAS (Ruediger *et al.* 2000, pp. pp. 7-1 - 7-18). Similarly, the BLM in 2008 and 2010 revised its RMPs for the Pinedale and Kemmerer districts, respectively, to include conservation measures and BMPs for lynx based on the LCAS (BLM 2008, pp. A18-10 - A18-15; BLM 2010, pp. A-9 - A-12). On lands with developmental land-use allocations, these amended forest plans and the revised BLM RMPs provide guidance on the kinds of activities that can and cannot be implemented in important lynx habitats and thresholds for the proportions of lynx habitat in LAUs that can be in an unsuitable state at any given time and how much can be converted from suitable to (temporarily) unsuitable over particular time frames. Implementation of these plans has likely benefitted lynx by providing a consistently-applied framework for conserving and restoring important hare and lynx habitats.

As elsewhere in the DPS (Squires *et al.* 2010, p. 1656; ILBT 2013, pp. 20, 27), winter foraging habitat is likely the most limiting habitat for lynx in this unit, and denning habitat is not thought to be limiting. Standards, guidelines and BMPs in the NRLMD and in revised BLM plans restrict vegetation management activities that could reduce winter snowshoe hare habitat and direct the creation or retention of coarse woody debris in areas where denning habitat may be lacking (USFS 2007, Attachment 1, pp. 2-5; BLM 2008, pp. A18-10 - A18-15; BLM 2010, pp. A-9 - A-12). Snow conditions in this unit also appear to remain suitable to allow lynx to outcompete other terrestrial hare predators. Gonzalez *et al.* (2007, pp. 4-7) modeled snow suitability across North America, showing that most of this geographic unit has a 95 percent probability of providing snow cover conditions consistent with historical lynx occurrence records (Gonzalez *et al.* 2007, p. 12).

This unit includes substantial areas in nondevelopmental land-use allocations, including (in addition to Yellowstone and Grand Teton national parks) the Absaroka-Beartooth, Bridger, Gros Ventre, Lee Metcalf, Northern Absaroka, Teton, and Washakie designated wilderness areas. Among the 3 national forests that contribute to this unit, 75 percent of potential lynx habitat is in designated wilderness or roadless areas (USFWS 2007, p. 34). Management activities in these areas are unlikely to adversely impact lynx and hare habitats. Large parts of Yellowstone National Park burned in the extensive wildfires of 1988. Although the extent to which those fires may have impacted potential lynx habitats is uncertain, some of the burned areas may soon reach a stage of regeneration capable of supporting increased densities of hares, perhaps

---

[23] https://snowfall.weatherdb.com/d/a/Montana; accessed 8.17.2016.

Rvsd Plan - 00003943

increasing the likelihood that lynx could reestablish and maintain home ranges in some parts of the park (Lynx SSA Team 2016a, p. 45). Because non-Federal lands make up less than 3 percent of lynx habitats in this unit, it is unlikely that activities on those lands have impacted lynx populations or meaningfully influenced the unit's current capacity to support resident lynx.

Overall, although naturally fragmented and patchily-distributed, potential lynx habitat in this geographic unit appears to be largely intact relative to historical conditions and disturbance regimes, with only a small proportion apparently impacted by past management (timber harvest and precommercial thinning) activities (65 FR 16072). Despite some likely localized impacts of past timber management and infrastructure (e.g., highway, railroad) development, past management activities do not appear to have diminished this unit's ability to support resident lynx or to have created barriers to lynx movement, or to have had other landscape- or population-level effects.

In summary, much of this geographic unit occurs in national parks, designated wilderness and roadless areas, or other nondevelopmental land-use allocations, where management activities with the potential to adversely affect lynx habitat generally do not occur. Almost all lands with developmental land-use allocations in this unit are managed by the USFS to conserve and maintain lynx and hare habitats under management plans that were formally revised in 2007 in accordance with the NRLMD and based on the scientific findings and conservation recommendations of the LCAS. A small proportion of lands with developmental allocations occurs on BLM lands where management plans also were revised recently (2008 and 2010) to adopt conservation measures identified in the LCAS. Implementation of these USFS and BLM plans likely precludes landscape-level management-related adverse impacts to the vast majority of existing lynx and hare habitats in this unit. Nonetheless, past management activities that occurred prior to implementation of current regulations and other conservation efforts may exert continuing influence on current habitat quality in some places. Additionally, because lynx habitats in this unit are naturally highly-fragmented and, in most places, support low landscape-level hare densities, relatively minor impacts, especially to hare and lynx winter foraging habitats, may strongly influence lynx persistence in some parts of this unit.

Lynx Status:  There are no reliable estimates of the historical or current number of resident lynx in this unit. As described in section 2.3.2.2 above, the historical record and recent research show that the GYA has supported resident lynx at least occasionally, but it is unclear whether the area consistently supported a persistent resident population over time or whether it naturally supported resident lynx only intermittently. Most historical and recent verified lynx records are from the southern portion of this unit in the Gros Ventre, Salt River, Wind River, and Wyoming mountain ranges in the Bridger-Teton National Forest. Reeve *et al.* (1986a, entire; 1986b, entire), who compiled all lynx records state-wide in Wyoming from 1856-1986, reported 22 verified ("certain") records and over 200 unverified ("probable") records based on trapping reports and observations of animals or tracks (Reeve *et al.* 1986a, pp. 64-70. Most records were from the northwestern corner of the State (Reeve *et al.* 1986a, pp. 28-29; 1986b, pp. 6-9), which overlaps much of the GYA geographic unit. McKelvey *et al.* (2000a, pp. 229-230) reported 30 verified records for Wyoming, including those in Reeve *et al.* as well as 2 resident lynx, a male

156

and a female, who were trapped, radio-marked, and monitored in the Wyoming Range over several years beginning in 1996 and who produced 6 kittens over 2 years. The female had 4 kittens in 1998 and 2 in 1999, though none of the kittens survived to independence, and the female died of starvation in March 2000 (Squires and Laurion 2000, p. 346; Squires *et al.* 2001, pp. 9, 26). The female's home range averaged 50 km$^2$ (19 mi$^2$) over the 3 years she was monitored, and the male's averaged 824 km$^2$ (318 mi$^2$) over 5 years (Squires *et al.* 2003, pp. 12-13). The male also made multiple long-distance exploratory movements (up to 728 km [452 mi], including multiple highway crossings) over 3 successive years (Squires *et al.* 2003, pp. 13-16; Squires and Oakleaf 2005, entire).

As described in section 2.3.2.2, several sources reported accounts of numerous lynx being trapped in the Wyoming Range in the early 1970s. However, nearly all these records are unverified and the various anecdotal reports provide conflicting numbers and years in which lynx were purportedly trapped. These conflicting anecdotal reports illustrate compellingly why only verified records are appropriate for evaluating historical lynx distribution (McKelvey *et al.* 2000a, pp. 208-210; 2008, pp. 553-554). Even if these anecdotal records were accurate, the large numbers of lynx reported in the early 1970s correspond to the second of 2 well-documented and unprecedentedly large irruptions of lynx from Canada into the northern contiguous United States, when dispersing/transient lynx occurred temporarily in many parts of the DPS range (McKelvey *et al.* 2000a, pp. 232-242). That the sudden increase in lynx suggested by these anecdotal records would have reflected a pulse of dispersing lynx associated with that large irruption is more plausible than the notion that a previously undocumented resident lynx population suddenly and simultaneously became vulnerable to trapping in only a handful of winters.

Other surveys, however, resulted in verified detections of a small number of lynx in the southern portion of this unit from 1999-2009, with records most consistent in the Wyoming Range, Togwotee Pass, Union Pass, the Bondurant Corridor, and in the Gros Ventre Range (Squires *et al.* 2001, pp. 9-14; Squires *et al.* 2003, pp. 9-11, 29-31; Endeavor Wildlife Research 2008, 2009, entire; Berg 2016, *pers. comm.*; Squires *in* Lynx SSA Team 2016a, pp. 20-21). At least 9 radio-marked lynx released in Colorado subsequently moved into or through the GYA unit from 1999-2010, with locations of several of these lynx concentrated in areas used previously by the native male and female described above (Devineau *et al.* 2010, p. 526; Hanvey 2016, *pers. comm.*; Ivan 2017, entire). In winter 2004-05, a male and female, both released in Colorado in spring 2004, occupied overlapping areas on the east side of the Wyoming Range (Ivan 2017, p. 3, figs. 20, 24). During the 2006 breeding season, a male and a female, both also released in Colorado in 2004, occupied overlapping areas farther north near Pinnacle Buttes along Highway 287 (Ivan 2017, p. 3, figs. 21, 23). However, there is no evidence that either of these pairs bred or that either female denned or produced kittens (Ivan 2017, p. 3). On the Shoshone National Forest in the northeastern part of this unit, analysis of DNA collected during winter surveys confirmed 7 lynx snow tracks in winter 2005/06 and a single track in 2006/07 (Endeavor Wildlife Research 2008, p. 2; Berg 2016, *pers. comm.*). Overall, during the 4 winters of 2004-05 through 2007-08, 26 snow tracks on the Bridger-Teton and Shoshone National Forests were confirmed by DNA analyses to be from 5 individual lynx (3 males, 2 females). One of the males had

157

previously been documented in Yellowstone National Park (see below). The other 2 males and both females were lynx that had been released in Colorado (Pilgrim 2016, *pers. comm.*).

Verified records of lynx are less common elsewhere in this unit, including in Yellowstone and Grand Teton national parks and the Custer-Gallatin National Forest. There were no verified records of lynx in Yellowstone National Park from 1920-1999 (McKelvey *et al.* 2000a, p. 230); however, surveys in 2001-2004 documented at least 3 individual lynx, including 2 kittens, in the eastern part of the park (Murphy *et al.* 2006, entire). On the Custer-Gallatin National Forest in Montana in the northern part of the unit, a single female was detected over 6 consecutive winters (2003/2004 - 2008/2009) but not subsequently (Gehman *et al.* 2010, pp. 2-4), and it appears that she did not encounter a male or produce kittens during the 6 years she was detected (Gehman *et al.* 2010, p. 4).

Recent surveys and research-related trapping efforts have failed to detect lynx in this unit after 2010 (79 FR 54791; Squires *in* Lynx SSA Team 2016a, pp. 20-21, 45; Hanvey 2016, *pers. comm.*). As discussed above and in section 2.3.2.2, it is uncertain whether this unit historically supported a small but persistent resident population that was recently extirpated, or if it historically and recently supported resident lynx only intermittently. Given the protected conservation status of millions of acres in this unit, its apparent recent inability to support resident lynx may be a reflection of naturally marginal and patchy habitats and relatively low hare abundance in much of the unit, resulting in only an intermittent ability of this unit to support resident lynx (Lynx SSA Team 2016a, p. 57). Conversely, the characteristics described above suggest that relatively small impacts could shift potential habitats in this unit from just barely able to support a persistent resident population to incapable of doing so. Further, the available evidence suggests that if this unit did support a persistent population, it was very likely a very small one, which would be more vulnerable to extirpation as a result of demographic, environmental, and genetic stochasticity, catastrophic events (McKelvey *et al.* 2000b, pp. 23-29), or a combination of these factors.

<u>Factors Affecting Current Conditions</u>

*Regulatory Mechanisms* - As described above for Unit 3, Federal management activities (e.g., timber harvest and precommercial thinning, perhaps fire suppression) that occurred prior to listing and before implementation of current Federal regulatory mechanisms likely impacted some lynx by altering the distribution and quality of hare and lynx habitats. However, because these activities occurred in low proportions of lynx habitat on Federal lands and impacts appear to have been localized, they were deemed a low-level to threat to lynx at the time of listing (65 FR 16072-16076; 68 FR 40091-40095). Nonetheless, past Federal management activities may continue to influence the current quality and distribution of lynx habitats in some parts of this unit. Current regulatory mechanisms and conservation measures associated with recently amended or revised Federal management plans are intended to conserve and restore lynx and hare habitats across large landscapes. Although their effectiveness has not been quantitatively evaluated, they have almost certainly reduced significantly the potential for adverse management-related impacts to lynx habitats in this unit.

Rvsd Plan - 00003946

Lynx trapping has been prohibited in Wyoming since 1973 (79 FR 54794) and in Montana since 1999 (MTFWP 2016, p. 7) and, as described in section 3.1.2, both states require measures to reduce the likelihood of trapping lynx incidentally when legally trapping other species. Since the DPS was listed in 2000, no lynx are documented to have been incidentally trapped in the Montana portion of this unit (MTFWP 2016, pp. 5-10) and we are aware of no incidental captures in northwestern Wyoming since listing.

*Climate Change* - As elsewhere, increased temperatures, reduced snowpack, earlier snowmelt, and increased drought leading to increased fire all have been documented in this geographic unit (e.g., Mote *et al.* 2005, entire; Pederson *et al.* 2013, entire; Riley *et al.* 2013, entire; Dennison *et al.* 2014, entire; USEPA 2015, entire; Harvey *et al.* 2016, entire; Siren *in* Lynx SSA Team 2016a, pp. 14-15; Westerling 2016, entire). A number of potential impacts to lynx have been described, and climate projections suggest these impacts are likely to result in future loss and increased fragmentation and isolation of lynx and hare habitats and declining lynx populations in the DPS (Carroll 2007, entire; Gonzalez *et al.* 2007, entire; ILBT 2013, pp. 69-71; 79 FR 54810-54811; Lawler and Wilsey *in* Lynx SSA Team 2016a, pp. 15-16; Siren *in* Lynx SSA Team 2016a, p. 15; see also sections 3.2, and 5.2.3). Although climate change has probably already had some impact on lynx habitats in this geographic unit, and such impacts are likely to continue to occur, there currently is no evidence that climate change has had population-level effects or has reduced the ability of this unit to support persistent resident lynx populations. However, such impacts would be difficult to document and, as described under *Habitat Status*, above, lynx habitats in this unit are naturally highly-fragmented and hare densities low in some places. Therefore, relatively minor impacts, especially to hare and lynx foraging habitats, may strongly influence lynx persistence in some parts of this unit.

Modeling vegetation and snow suitability for lynx across North America, Gonzalez *et al.* (2007, pp. 12, 15) indicated that boreal and temperate conifer forest biomes were broadly distributed across this geographic unit and that snow conditions suitable for lynx occurred with 95 percent probability from 1961-1990. (Future conditions based on this modeling are described in section 5.2.5). As described in section 3.2, climate change has also been implicated in recent increases in the frequency and intensity of outbreaks of boreal forest insect pests, with warmer winters resulting in increased insect survival and drought increasing conifer vulnerability to insects. This trend is expected to continue through the end of the century with continued climate warming (Bentz *et al.* 2010. pp. 607, 609).

*Vegetation Management* - The influence of vegetation management on the current condition of lynx and habitats in this unit is described above under Habitat Status and *Regulatory Mechanisms*, above.

*Wildland Fire Management* - As described above in section 3.4, wildfire suppression in this unit, as elsewhere in the West, has likely had little impact on lynx habitats (65 FR 16074; 68 FR 40093-94; USFS 2007, pp. 18, 20; USFS 2008a, p. 11; ILBT 2013, p. 76). Also as described in that section, wildfire frequency, size, and intensity have increased in this geographic unit, likely in response to climate warming and related increases in drought conditions (e.g., Dennison *et al.* 2014, entire; Harvey *et al.* 2016, entire; Westerling 2016, entire), with most large, stand-

159

replacing fires having occurred in the northern part of the unit, in Yellowstone National Park (see Harvey *et al.* 2016, fig. 1). Despite this increase, we are aware of no evidence that increased fire activity in the unit has thus far impacted resident lynx populations or reduced this unit's ability to continue to support resident lynx.

*Habitat Loss and Fragmentation* - As described above, the dominant land use in this unit, and that most likely to result in habitat loss and fragmentation, is timber harvest and associated vegetation management (e.g., precommercial thinning) and road construction on lands with developmental allocations. Much of this unit occurs in national parks, designated wilderness and roadless areas, or other nondevelopmental allocations. Even in areas with developmental allocations, the moist subalpine forests important to lynx have had less timber harvest and road construction, and have been modified much less than other drier forests (65 FR 16073). These activities appear not to have had population-level impacts on lynx or to have measurably reduced the ability of this geographic unit to support resident lynx. Few highways intersect lynx habitats in the Northern Rockies (ILBT 2013, p. 63) and there are few records of lynx killed by vehicle collisions in Montana (5) and Wyoming (1 [a Colorado-released lynx]; USFWS 2016c). Other potential sources of habitat loss and fragmentation include recreation, minerals/energy development, and backcountry roads and trails; these are all considered second tier anthropogenic influences (ILBT 2013, pp. 78-85) that are unlikely to exert population-level influences, despite potential impacts to individual lynx.

*Other Factors - Connectivity/Immigration* - As elsewhere in the range of the DPS, resident lynx populations in this geographic unit are thought to be influenced by connectivity with, and immigration of lynx from, populations in Canada (see section 2.2). However, whether, and if so to what the extent, the persistence of populations in this geographic unit may depend on regular or intermittent immigration of lynx from Canada remains uncertain, and historic, recent, and current immigration rates are unknown. Although this unit is not directly connected to lynx habitats and populations in Canada or elsewhere in the contiguous United States, no barriers to lynx dispersal from the north have been identified, and 9 lynx released in Colorado are known to have dispersed northward into and through this unit (Devineau *et al.* 2010, p. 526; Ivan 2017, entire), demonstrating that dispersal between the southern and northern Rockies is possible. As described above in Lynx Status, the large number of lynx reportedly trapped from a small area of the Wyoming Range in the early 1970s (Squires and Laurion 2000, p. 338) may suggest dispersers associated with the irruption of many lynx from Canada into the northern contiguous United States documented at that time (McKelvey *et al.* 2000a, pp. 235-242). No subsequent pulses of lynx dispersing from the north have been documented, and lynx trapping records suggest that the magnitude of lynx populations cycles in Alberta and British Columbia, the most likely source of lynx dispersing southward into this unit, dampened dramatically after the early 1980s (McKelvey *et al.* 2000a, p. 226; Bowman *in* Lynx SSA Team 2016a, p. 13; also see Appendix 5, 2015 10 13 - 5, pp. 4-5[24]).

---

[24] https://www.fws.gov/mountain-prairie/es/species/mammals/lynx/SSA2016/Appendices/Appendix%205%20Presentation%20PDFs/2015%2010%2013%20-%205%20-%20Bowman%20Lynx%20Southern%20Canada.pdf.

As described in section 3.2, a number of climate-mediated factors have been suggested as contributing to changes in the periodicity and amplitude of northern lynx and hare population cycles, which could alter the timing and magnitude of irruptions of lynx from Canada into the contiguous United States. If lynx populations in this geographic unit rely on immigration from Canada which is no longer occurring or has been substantially reduced relative to historical conditions, population declines and a reduced likelihood of persistence among resident populations would be expected. Although the extent to which this factor has influenced the current condition of lynx populations in this unit is unknown, it is possible that it has contributed to the recent apparent loss of resident lynx from this unit.

## 4.2.6 Unit 6 - Western Colorado

Unit Description - This geographic unit includes parts of the Southern Rocky Mountains of western Colorado. It encompasses approximately 25,294 km$^2$ (9,766 mi$^2$) of potential lynx habitat distributed west of US Interstate 25, with ownership that is 90 percent Federal (85 percent USFS, 3 percent BLM, 2 percent NPS), 9 percent private, and < 1 percent State. When it listed the DPS, the Service identified 26,305 km$^2$ (10,156 mi$^2$) of potential lynx habitat in the Southern Rockies (i.e., western Colorado and south-central Wyoming; [65 FR 16052]). In 2003, we estimated 31,027 km$^2$ (12,419 mi$^2$) of potential habitat within that area (68 FR 40076). Ivan *et al*. (2011e, entire) developed a predictive map of lynx habitat by using telemetry location data collected during CPWs lynx monitoring, and then estimated the amount of habitat associated with a high probability of detecting lynx. Our review of the vegetative characteristics of CPW's predictive map detected large areas of spruce-fir habitats that were excluded by their presentation of the habitat associated with the top 20 percent of predicted use (Ivan 2011e, p. 26). Therefore, we selected the top 30 percent of predicted use areas and the associated habitat to represent the amount of potential lynx habitat in this unit. Our estimate of potential habitat (above) falls between the Ivan *et al*. (2011e, p. 26) estimate (about 18,700 km$^2$ [7,220 mi$^2$]) and the USFS's habitat estimate (30,664 km$^2$ [11,839 mi$^2$]; USFS 2008b, p. 18), while retaining a greater than 60 percent probability of detecting lynx as described by Ivan *et al*. (2011e, pp. 32-33).

We excluded the northwest part of the State, bounded on the south by US Interstate 70 and the east by Colorado State Highway 13, because this area lacks sufficient habitat to support lynx. Small areas of similar potential lynx habitat extend into south-central Wyoming and north-central New Mexico, and some lynx released in Colorado traveled into or through those areas. However, there is no evidence that either area supports resident lynx, and we doubt their ability to do so. This unit is not directly connected to lynx habitats and populations in Canada or to other DPS populations, although lynx dispersing from the north apparently arrived intermittently into the area historically, and long-distance dispersal (emigration) of translocated lynx from this unit to many western states and to Canada have been documented. The Southern Rockies are separated from the rest of the Rocky Mountain chain, and thus from lynx habitat in northwestern Wyoming and further north, by sagebrush and desert shrub communities in the Wyoming Basin and the Red Desert of southern and central Wyoming, and the arid Green and Colorado River plateaus of western Colorado and eastern Utah. Because of extreme topographic relief

161

juxtaposed with highways, residential communities, and other human developments, lynx biologists have identified habitat connectivity as an important consideration for the Southern Rockies (ILBT 2013, p. 54). Relative to other DPS lynx populations, this unit is about 400 km (250 mi) southeast of the GYA geographic unit.

Habitat Description - Lynx habitat in the Southern Rockies occurs within the subalpine and upper montane forest zones, generally above 2,900 m (9,514 ft) elevation (Shenk 2009, p. 10). In the upper elevations of the subalpine zone, forests are typically dominated by subalpine fir and Engelmann spruce. As the subalpine zone transitions to the lower-elevation upper montane zone, spruce-fir forests begin to give way to lodgepole pine and aspen. On cooler, mesic mid-elevation sites, Engelmann spruce may retain dominance, intermixed with aspen, lodgepole pine, and Douglas-fir. Lodgepole pine reaches its southern limits in the central part of the geographic unit, while southwestern white fir occurs only in the San Juan Mountains. The lower montane zone is dominated by ponderosa pine and Douglas-fir, with pines typically dominating on lower, drier, more exposed sites, and Douglas-fir occurring on the more sheltered sites. Lower montane forests do not support snowshoe hares and are seldom used by lynx except during dispersal and exploratory movements.

In this unit, lynx most commonly use mature Engelmann spruce-subalpine fir forests with total canopy cover of 42–65 percent and a conifer understory canopy of 15–20 percent, followed by mixed forests of Engelmann spruce-subalpine fir-aspen (Shenk 2008, p. 15; ILBT 2013, p. 52). Riparian and riparian-mix are the third most-used cover type, with a pattern of increasing use beginning in July, peaking in November, and dropping off in December. Large or medium willow-alder carrs and willow riparian communities provide important habitat for snowshoe hare, grouse, ptarmigan (winter), and other prey species (ILBT 2013, p. 52).

Habitat Status - Snowshoe hare (lynx foraging) habitat is naturally patchily-distributed in the Southern Rocky Mountains (ILBT 2013, p. 54), limiting hare abundance in this geographic unit. Dolbeer and Clark (1975, pp. 535, 539) estimated snowshoe hare density at 0.73 hares/ha (0.3 hares/ac) in Summit County in central Colorado, with the highest densities in mature and late-successional spruce-fir forests. However, this study was conducted in a very limited area and did not sample younger sapling-stage stands (15-40 years post-disturbance) to compare hare densities with those reported for mature and late-successional spruce-fir forests (USFWS 2008b, p. 32). Zahratka and Shenk (2008, pp. 910-911) estimated higher hare densities in mature Engelmann spruce-subalpine fir stands (0.08 to 1.32 hares/ha ([0.03 to 0.5 hares/ac]) than in mature lodgepole pine stands (0.06 to 0.34 hares/ha [0.02 to 0.14 hares/ac]) in Taylor Park, Colorado. In contrast, Ivan *et al*. (2014, p. 587) estimated highest (summer) hare densities in early (20-25 years old) seral lodgepole stands (0.2 to 0.66 hares/ha [0.08 - 0.27 hares/ac]); intermediate densities in mature spruce-fir stands (0.01 to 0.26 hares/ha [0.004 - 0.1 hares/ac]); and lowest densities in mid-seral (40-60 years old) lodgepole stands that had been pre-commercially thinned (0.01 to 0.03 hares/ha [0.004 - 0.01 hares/ac]). Densities were more similar across the 3 forest types during the winter months; however, in all forest types and all seasons, hare densities were < 1.0 hares/ha (< 0.4 hares/ac) and in most cases were < 0.3 hares/ha (< 0.12 hares/ac; Ivan *et al*. 2014, p. 589). In fact, only 1 stand type (early seral

162

lodgepole) in 1 summer (2006) had an estimated density (0.66 ± 0.14 hares/ha [0.27 ± 0.06 hares/ac]) that exceeded the 0.5 hares/ha (0.2 hares/ac) threshold suggested as a minimum needed to support resident lynx over time (Ivan *et al.* 2014, p. 587, fig. 2). The information summarized above suggests that hare densities in this unit are low to marginal compared to units that have historically supported persistent resident lynx populations, and they may be inadequate to support long-term lynx persistence.

Colorado is currently experiencing historically unprecedented bark beetle epidemics in lodgepole pine and spruce-fir forests. By 2015, the spruce beetle outbreak influenced approximately 95 percent of the mature spruce component of the subalpine cover types on the Rio Grande National Forest (Squires *et al.* 2016, *unpubl. report*, p. 1), which contains most of the potential lynx habitat in the San Juan Mountains. Recent statewide sampling, however, indicates that snowshoe hare occupancy is invariant to time since beetle outbreak or severity of the outbreak (Ivan and Seglund 2016, pp. 2, 5), which suggests that the ongoing epidemic will not be catastrophic to lynx in Colorado. However, red squirrels are an important alternate food source in this unit, and occupancy of that species has declined markedly with the beetle epidemic (Ivan and Seglund 2016, pp. 2-3), which may be of some concern during periods when snowshoe hare abundance naturally fluctuates downward.

All USFS land management plans within the unit were amended by the SRLA in 2008 to provide for the conservation of lynx (USFS 2008a, entire; USFWS 2008b, entire). In 2008, the USFS reported that most LAUs on National Forest System lands in the Southern Rockies fell within a range of 3-8 percent in a currently unsuitable condition, with only 1 LAU exceeding the 30 percent unsuitable threshold established in the SRLA (USFS 2008b, p. 19). Currently, the USFS reports that 51 of 202 LAUs (25 percent) exceed the 30 percent unsuitable condition (McDonald 2016, *pers. comm.*). These changes are mostly in response to the ongoing bark beetle infestations and wildfires that have occurred since 2008. No forest management activities have resulted in LAUs exceeding the threshold.

Similarly, since the DPS was listed, all BLM Field Offices (FOs) in Colorado have been conserving lynx discretionarily through application of conservation measures provided in the LCAS (Ruediger *et al.* 2000, entire; ILBT 2013, entire). Three BLM FO plans in Colorado have been amended or revised to conserve lynx following the 2013 LCAS on lands totaling approximately 126 km$^2$ (49 mi$^2$) of potential lynx habitat. One additional FO plan provides conservation measures for timber management actions only, but that FO administers only about 1 km$^2$ (0.39 mi$^2$) of potential lynx habitat. To date, the remaining FOs have not formally amended or revised their plans specifically to provide conservation for lynx. Combined, these plans guide management of approximately 645 km$^2$ (298 mi$^2$; about 2.6 percent of the geographic unit) of potential lynx habitat. Additionally, Rocky Mountain National Park has a fire management plan that includes conservation measures for lynx (Wrigley 2016, *pers. comm.*; Watry 2016, *pers. comm.*), although resident lynx have not been confirmed in the park. We are not aware of any specific lynx conservation strategies guiding activities on non-Federal lands in this geographic unit.

163

Lynx Status - The current number and distribution of resident lynx in Colorado are somewhat uncertain. However, experts suggest there may be 100-250 lynx in this unit, and we believe it is reasonable that lynx continue to occur in all national forests within the State. As of 2007, average annual survival among released lynx was 0.93 ± 0.03 within the study area in the San Juan Mountains and 0.82 ± 0.07 outside the study area boundary (Devineau *et al.* 2010, p. 5). Although 30 percent of known mortalities were due to human causes (being shot or hit by a vehicle; Devineau *et al.* 2010, p. 5), the estimate of survival within the study area was higher than those reported for natural, lightly trapped populations of lynx in the Yukon (0.75–0.90; Slough and Mowat 1996, entire; O'Donoghue *et al.* 1997, p. 155) or in the Northwest Territories (0.90; Poole 1994, p. 612). Successful reproduction, including by third- and fourth-generation offspring of translocated lynx, has been documented (Shenk 2008, p. 2); however, the average proportion of females that produced kittens (24 percent; Ivan *in* Lynx SSA Team 2016a, p. 22) and the kitten survival rate (0.23; Ivan 2016b, *pers. comm.*) were both lower in this geographic unit (during the period of intensive monitoring from 1999-2010) than rates reported for other geographic units where estimates were based on adequate sample sizes (Units 1 and 3; table 4).

The CPW has developed a minimally-invasive, long-term, state-wide monitoring program to track the distribution, stability, and persistence of lynx in Colorado (Ivan 2011e, entire) that may also eventually provide population trend information. As of 2016, this monitoring program detected evidence of recent lynx reproduction via camera captures of kittens accompanying adult females at 3 locations during the 2014-2015 and 2015-2016 monitoring efforts (Ivan *et al.* 2015, p. 1; Odell *et al.* 2016, p. 6). In addition, 38 percent of lynx captured during recent (2010-2015) RMRS research projects in Colorado have been young and/or unmarked cats (Ivan *in* Lynx SSA Team 2016a, p. 17), suggesting continued reproduction within Colorado. However, current reproductive rates are unknown. Finally, despite the large scale and almost complete mortality of the mature spruce component within the core release area of the San Juan Mountains, lynx continue to use and reproduce in the beetle-infested forests (Squires *et al.* 2016, *unpubl. report*, p. 2).

### Factors Affecting Current Conditions

Regulatory mechanisms to conserve lynx habitats in Colorado are largely provided through Forest Service planning documents, as described above under Habitat Status. Because the majority (88 percent) of potential lynx habitat in Colorado is under Federal land management, actions occurring on other ownerships are unlikely to result in significant losses of lynx habitat within Colorado. However, habitat connectivity may be negatively affected by intense recreational use or development in key areas that are important for habitat connectivity, although this isn't a widespread phenomena or threat.

Although bark beetles are native insects and forests in the western United States have experienced regular insect infestations throughout their history, the current bark beetle epidemic is notable for its intensity and extensive geographic range. The causes of this epidemic include: relatively even-aged, dense, and homogenous forest conditions, which are highly susceptible to beetle attack, and which were created by large-scale logging in the late 1800s and subsequent

164

fire suppression efforts; warmer winters as a result of climate change (cold winters typically reduce beetle populations); and a multi-year drought that occurred in the mid-1990s through early 2000s, stressing the trees and making them more susceptible to beetle attack (USFS 2011b, p. 4).

In lodgepole pine forests, a mountain pine beetle epidemic typically kills the entire overstory and results in a stand-replacing disturbance event. In Colorado, more than 13,759 km² (5,312 mi²) have been affected by mountain pine beetle and 6,390 km² (2,467 mi²) have been affected by spruce beetle since 1996 (USFS 2015b, p. 3), a portion of which overlaps potential lynx habitat in this geographic unit. Even-aged mature and "dry" lodgepole pine stands characteristically have depauperate understory vegetation and are not capable of supporting dense populations of snowshoe hares. On moist sites, regeneration of beetle-killed lodgepole pine stands is expected to be relatively rapid (20-30 years), and the new stands will be dominated by a regenerating cohort of lodgepole pine or resprouting aspen. If these newly-established stands grow tall and dense enough to provide horizontal cover above the snow layer, they may produce excellent habitat for snowshoe hares and lynx for several decades, until the crowns again lift above the reach of snowshoe hares.

A spruce beetle epidemic kills the larger-diameter trees and can also result in a stand-replacing disturbance event. Because of the importance of spruce-fir forests for production and survival of snowshoe hares, widespread mortality of mature spruce-fir forests could impact lynx habitat for a long time.

ILBT (2013 p. 57; 61-62) states:

> *Plague, a flea-borne disease caused by the bacterium Yersinia pestis, which is not native to North America, was reported for the first time in lynx in Colorado (Wild et al. 2006). Pneumonic plague appeared to be the direct or indirect cause of death of 6 reintroduced lynx between 2000 and 2003. When translocated from Canada and Alaska, none of the lynx had antibody titers to Y. pestis; it appears likely that lynx were exposed to plague by infected prey after their release in Colorado.*

> *Vehicular collisions are a potentially important cause of mortality for lynx in portions of the southern Rockies. Thirteen of 102 mortalities documented for lynx translocated into Colorado were from vehicle collisions (Devineau et al. 2010). Brocke et al. (1990) suggested that translocated animals might be more vulnerable to highway mortality than resident lynx and this could have been a factor in Colorado at the time of listing. Currently, the majority of lynx mortalities caused by vehicle collision (13 of 16) occurred during the reintroduction period (1999-2006). Since early 2007, one year after the final reintroductions occurred, only 3 hit by vehicle mortalities have been reported, and only two of those occurred in Colorado (Broderdorp unpublished data 2016). A number of highways with high speed and high traffic volume pass through lynx habitat, such as I-70, I-80, US 50, US 550 and US 160. These highways are not a barrier to lynx movement, as repeated successful crossings by radio-telemetered lynx have been*

165

*documented on I-70 and Highways 9, 40, 50, 91, and 114 (Ivan 2011b, c, 2012; J. Squires, personal communication 2012). At this time, it appears that hit by vehicle mortality may be a less significant mortality factor for lynx in Colorado.*

*As compared with other portions of the range of lynx, in Colorado more winter recreation and associated development overlaps with lynx habitat. Preliminary information from a study in Colorado indicates that some winter recreation uses may be compatible, but lynx may avoid some developed ski areas (J. Squires, personal communication 2012). It is possible that ski areas and 4-season resorts may reduce the amount and availability of lynx habitat within localized areas, in part by influencing the distribution or abundance of prey resources within the developed area. However, there is also considerable anecdotal evidence of lynx using ski areas.*

*Leg-hold trapping is currently prohibited under the state constitution of Colorado as a means of predator control or for commercial and recreational trapping. If a landowner can prove that all other non-lethal methods have been ineffective, a 30-day exemption may be granted for depredation cases. Incidental trapping mortality of lynx may be a minor risk during trapping seasons in southern Wyoming and surrounding states.*

*Predator control activities on federal lands, including coyote shooting or trapping, are common throughout most of this geographic area, mostly related to the grazing of domestic sheep. The majority of sheep grazing occurs on arid rangelands, but some grazing does occur during summer at the higher elevations, especially in south-central Colorado. Incidental capture of lynx is possible, but unlikely.*

In summary, there are currently many more resident lynx in this unit than likely occurred historically, and many more than were known or suspected at the time the DPS was listed. There were even fewer verified records in this unit during the last century than in the GYA, and no reliable evidence of a resident breeding population. However, from 1999-2006, 218 Canadian and Alaskan lynx were released into the San Juan Mountains of southwestern Colorado. As a result of the subsequent reproduction of some of the released lynx and some of their offspring over several generations, resident lynx currently occupy this unit. When the DPS was listed in 2000, 27 of 41 radio-marked lynx released in 1999 were still alive. The State of Colorado has concluded that its efforts have established a viable lynx population, and the State's lynx experts suggest this unit may currently support 100-250 resident lynx (Ivan *in* Lynx SSA Team 2016a, p. 47). Recent (2010-2016) snow-tracking and camera surveys in the San Juan Mountains in the southern part of the unit documented evidence of continued lynx residency and reproduction.

# Chapter 5: Future Conditions

In this chapter, we present our assessment of the future condition of the lynx DPS in terms of redundancy, representation, and resiliency. Given the uncertainty about the historical distribution of resident lynx in the contiguous United States and the current lack of reliable

166

estimates of the sizes, trends, and many demographic parameters for most DPS populations, it is difficult to confidently predict the future condition of the DPS or the likelihood that any given geographic unit will support resident lynx in the future. We lack data to build rigorous empirical population models for lynx across the DPS range, and uncertainty regarding the timing and magnitude of potential impacts to lynx from continued climate warming also limits our ability to predict the future condition of the DPS. Therefore, our assessment of the future condition of the DPS is based on our evaluation of the available scientific information regarding the factors identified by the ILBT as the most likely to have population-level impact to lynx in the DPS (ILBT 2013, pp. 68-78) and on the best professional judgments and opinions of lynx experts.

We provide brief summaries of the possible future conditions in each geographic unit, followed by a more detailed evaluation of the factors likely to influence lynx populations and habitats in each unit. We present and summarize the professional judgments and opinions of a panel of 10 lynx experts regarding the factors likely to influence the persistence of resident lynx populations in each of the 6 geographic units. We also present and summarize the experts' projections, based on consideration of those influencing factors, of the probability that each of the geographic units will continue to support resident breeding populations of lynx into the future (at years 2025, 2050, and 2100), and the sources of uncertainty that influenced their confidence in their predictions. Although we did not ask experts to evaluate different specific scenarios (e.g., climate models using different greenhouse gas emissions scenarios), we did ask them to provide the highest and lowest probabilities that each unit would continue to support resident lynx populations in the future, in addition to what they considered the "most likely" probability (see figs. 9-15, below).

Formal elicitation of expert opinion where empirical information is unavailable or inadequate is an appropriate and scientifically supported approach (Morgan 2014, entire). However, we remind readers that the output remains the experts' best professional judgment, which is subjective and, therefore, inherently different than experimentally collected data subjected to rigorous statistical analyses. For purposes of useful and meaningful presentation and comparison among geographic units, it was necessary to combine, quantify, graph, and summarize the qualitative information provided by experts. However, we caution that the results we present below and describe more fully in this chapter should not be interpreted as precise, statistically robust estimates of the probability that resident lynx will persist in the DPS or in any individual geographic unit in the future. Readers should consider the inherent limitations and substantial uncertainties in expert responses, particularly over longer time periods.

After summarizing experts' inputs, we then present our evaluation of the scientific literature regarding how certain anthropogenic factors may influence future conditions for resident lynx in each geographic unit. The factors we consider for each geographic unit include regulatory mechanisms (the factor for which the DPS was originally listed under the ESA) and the anthropogenic influences identified by the Interagency Lynx Biology Team (ILBT) as having the potential for population-level impacts to lynx in the DPS (climate change, vegetation management, wildland fire management, and habitat loss/fragmentation; ILBT 2013, pp. 68-78; see also chapter 3, above). Other factors were also evaluated for some geographic units if the

Core Team member most familiar with that unit felt those factors could pose meaningful, even if less likely, risks to the unit's continued ability to support resident lynx. After considering all of the above, we present our conclusions regarding the future conditions for resident lynx populations in each geographic unit and we discuss the extent to which our conclusions agree with or differ from the projections provided by the lynx expert panel we consulted and, if they differ, why.

Implicit in our evaluation of the future for lynx in the contiguous United States is our recognition and consideration of a possible future in which the DPS is not listed under the ESA. However, given (1) the history of lynx management, research, monitoring, and habitat conservation efforts by State wildlife and natural resource agencies in most states throughout the DPS range; (2) similar efforts by Federal land managers and related formal amendments or revisions to their land management plans to address the threat for which the DPS was listed (the inadequacy of previous regulatory mechanisms); (3) Tribal wildlife conservation efforts and philosophies; and (4) the DPS's listing and consultation history, we do not evaluate the unlikely hypothetical future in which all protections and conservation efforts would disappear if the DPS was not listed. Rather, although some protections could be relaxed (e.g., less stringent analyses of project-related impacts, potential for some states to reinstitute limited trapping harvest), we assume that Federal, State, and Tribal agencies and some private landowners would continue to manage for the conservation of resident lynx populations in those places that can support them in the DPS range. Our evaluation, therefore, considers the possibility of future relaxing of some lynx conservation measures and efforts, but not the complete absence of all protections for lynx. Some of the experts we consulted indicated that their projections assumed the status quo (i.e., continued protections under the ESA and current Federal and State land management policies). Others indicated their projections were not influenced by regulatory considerations but that doing so would not have altered their estimates; they felt that factors influencing lynx persistence on the landscape are independent of ESA listing status (Lynx SSA Team 2016a, p. 52).

As mentioned above, we do not define and evaluate specific and explicit climate change or greenhouse gas emissions scenarios or attempt to quantify differences in DPS viability or the persistence of resident lynx populations in individual geographic units based on differences in the rate and extent of potential impacts associated with projected continued climate warming. This is because of the limited resolution and inherent uncertainty of available climate models and the inadequacy of existing demographic data for projecting lynx population sizes and trends in the DPS over time, including their potential responses to a range of climate-mediated potential future habitat conditions. Therefore, this SSA does not constitute or include a formal climate change vulnerability assessment (Glick *et al.*, editors, 2011, entire) for the lynx DPS. Instead, underlying our evaluation in this SSA is the recognition that the lynx, as a broadly-distributed boreal forest-and snow-associated predator that relies heavily on a single, similarly-specialized prey species, and whose habitats are naturally influenced by climate-mediated disturbance factors (e.g., wildfire, forest insects, wind/ice storms, etc.), is likely highly sensitive and broadly exposed to the impacts of climate change and has limited adaptive capacity to respond to it. Therefore, we (along with the experts we consulted and the ILBT) consider lynx populations in the DPS vulnerable to the projected impacts of continued climate warming. While

168

we recognize that the pace and extent of impacts would be expected to differ under specific emissions or modeling scenarios, the limitations described above preclude us from quantifying those differences and their potential influence on the likelihood that resident lynx will persist in the DPS or in individual geographic units.

## 5.1 Summary of Future Conditions DPS-wide

Overall, our evaluation of the scientific literature and expert input suggests that resident lynx populations are likely to persist in each of the geographic units where they currently occur in the near-term (though year 2025), and in all or most of those units at mid-century (year 2050; see table 1, above, and figs. 9-15, below). Over the longer-term (out to year 2100 and beyond), populations in each of the geographic units and, therefore, in the DPS as a whole, are likely to be smaller and their distributions reduced. These anticipated declines are likely to be most influenced by projected loss and increasing fragmentation and isolation of boreal forests and favorable snow conditions resulting from continued climate warming and related impacts (e.g., increased wildfire and forest insect activity, diminished hare populations; Lynx SSA Team 2016a, p. 58). This outcome seems likely regardless of which climate emissions scenario is used to model future conditions, although the timing, extent, and magnitude of impacts is uncertain and would likely vary by scenario.

In addition to climate change, forest management also has the potential to influence (negatively or positively) hare and lynx habitats in the DPS range. Forest management on private lands that lack lynx conservation commitments may contribute to future declines in the amount and quality of lynx habitats, particularly in Maine and perhaps also in Minnesota (private lands contribute minimally to lynx habitats in the other geographic units – see table 2 in chapter 1). Uncertain future forest ownership and markets for forest products, shifts in silvicultural practices, and development pressures on private lands all may affect the resiliency of future lynx populations in these 2 units. Increased frequency, size, and intensity of wildfires and forest insect outbreaks, both driven by climate warming, are of concern for western geographic units.

Although all 5 geographic units that currently support resident populations (all units except the GYA) are, individually, expected by lynx experts (based on the median of experts' "most likely" persistence probabilities) to continue to do so at 2025 and through 2050, only 1 unit (Northwestern Montana/Northeastern Idaho; Unit 3) had an expert-estimated probability of persistence greater than 50 percent (i.e., persistence more likely than not) by the end of the century (see fig. 12, below). Expert input suggests that all other geographic units individually have a 50 percent or greater probability of functional extirpation (i.e., no longer capable of supporting resident lynx populations) by the end of the century, although all experts expressed substantial uncertainty regarding projections that far into the future (figs. 10, 11, and 13-15, below; also see Lynx SSA Team 2016a, pp. 36-49).

Cumulatively, expert responses suggest a high (about 80 percent) "most-likely" probability that resident lynx populations will persist in all 5 units that currently support them (all units except the GYA) in the near term (year 2025; see fig. 9, column 2; row 2, below). Expert responses

169

similarly suggest a high (80 percent) likelihood that at least 4 of the 5 units will continue to support resident lynx at mid-century, and a cumulative probability just under 50 percent that all 5 will do so (see fig. 9, column 2; row 3, below). Over the longer term, expert responses cumulatively suggest a high (about 85 percent) likelihood that at least 2 of the 5 units will support resident populations at the end of the century; a more than 50 percent likelihood that 3 units will do so; but also a high (> 75 percent) likelihood that resident lynx populations will be functionally extirpated from 2 of the 5 units that currently support them by the end of the century (see fig. 9, column 2, row 4, below; see Cummings, 2016, pp. 6-20 for details on the data and software used to generate figs. 9-15, below). The experts we consulted expect the likelihood that lynx populations will persist to decline in each geographic unit in the future, although uncertainty increases with time from the present, and increases greatly for end-of-century projections (Lynx SSA Team 2016a, pp. 36-49; also see 5.2).



**Figure 9. Summary of lynx experts' predictions regarding the probability of persistence of at least a given number of geographic units given the probability of persistence for each individual geographic unit. The y axis of each grid in figure 9 is the probability that at least the number of geographic units indicated by the x axis of the grid persist. The probability in a bar reaches 1 when there is no probability of fewer geographic units persisting. Moving from top to bottom, the grids show the probabilities by time period (2015 [current at time of expert elicitation], 2025, 2050, and 2100). Moving from left to right the grids show the range of expert responses by summary selection type and probability response. Therefore, looking down a column of grids provides a view of the trend in persistence through time and looking across a row of grids provides a view of the range of uncertainty in expert projections of persistence for a given time period.**

170

Our evaluation generally concurs with the expert input we received. We believe that lynx populations and habitats in the DPS will decline over time largely as a result of continued climate warming and associated impacts, which are likely to exacerbate the potential adverse effects of other factors (e.g., forest management, potential increased competition from other hare predators). We acknowledge that under a "worse case" climate modeling scenario the boreal and subalpine forests and snow conditions associated with lynx occupancy could completely or largely disappear from some units (e.g., Minnesota; Galatowitsch *et al.* 2009, pp. 2015-2016) and be substantially reduced in the remainder before the end of the century. However, we are aware of no climate modeling that suggests the complete disappearance of potential lynx habitat from the entire contiguous United States by the end of the century. Complete loss of lynx habitat is perhaps more likely in the Northern Maine and Northeastern Minnesota units where there is little potential for elevational refugia compared to the more topographically diverse units (3 through 6) in the western United States. Under such a scenario, resident lynx would be unable to persist in some units and would be severely restricted in number and distribution in others, with any remaining resident populations more vulnerable to demographic and environmental stochasticity, genetic drift, and catastrophic events than they are currently.

Conversely, under a "better case" climate scenario (perhaps combined with a "better case" future forest management scenario), it is possible that resident lynx could continue to persist through the end of the century in all 5 geographic units that currently support them. Even under this scenario, however, we would expect smaller population sizes and reduced distributions in each unit resulting from the impacts of even moderate continued climate warming. We are aware of no models that predict climate cooling or climate-mediated improvement in lynx habitat conditions in the contiguous United States over the next century. We cannot quantify the likelihood of either of these extreme scenarios nor improve the accuracy or precision of, or our confidence in, the experts' predictions regarding persistence.

Considering this range of potential future climate conditions, associated uncertainties, and expert input, we conclude that over the short-term (through year 2025), resident lynx populations are very likely to persist in all 5 geographic units that currently support them. We likewise conclude they are likely to persist in the mid-term (through 2050) in all or most geographic units that currently support them, with corresponding maintenance of redundancy and representation, despite reduced lynx numbers and distribution and, therefore, reduced resiliency among all or most populations. Recognizing the high level of uncertainty associated with predications beyond mid-century, we nonetheless conclude it is very unlikely that resident lynx populations will persist through 2100 in all 5 of the geographic units that currently support them. That is, we believe that resident populations will likely persist at the end of the century in 2 or 3 of the 5 units that currently support them, but that resident populations may be functially extirpated from 2 to 3 of the units by then. Even where populations persist, they will be reduced in number and distribution and, therefore, resiliency.

The loss of viable resident lynx populations from 1 or more geographic units would represent reduced future redundancy, representation, and resiliency within the lynx DPS. With regard to

171

Rvsd Plan - 00003959

redundancy, however, our evaluation of the scientific literature and expert input indicates that no individual geographic unit that currently supports resident lynx is vulnerable to extirpation from a single catastrophic event. Given that, we conclude that the DPS as a whole is not vulnerable to extirpation from a catastrophic event (i.e., we find that there is a zero probability that a single catastrophic event could result in extirpation of resident lynx from any of the 5 geographic units that currently support them and, therefore, a zero probability of catastrophic extirpation of the entire DPS). As described above (section 1.3), we do not consider continued anthropogenic climate warming a catastrophic event; rather, we consider it a systemic, ongoing, and pervasive stressor, not a single temporally- and spatially-discrete event. We recognize that a sequence of discrete but spatially-clustered catastrophic events in lynx habitats over a short time could increase the potential for functional extirpation in 1 or more of the individual geographic units (especially the possibility of additional large wildfires in north-central Washington), thereby reducing redundancy within the DPS. However, as long as resident lynx remain geographically well-distributed in 1 or more units within the DPS, extirpation of the DPS from a single catastrophic event is very unlikely.

With regard to representation, although some lynx populations in the DPS units are demographically isolated from each other and the level of interaction between others is uncertain, there seems to be little risk of significant genetic drift. This is because of the currently observed and likely future high level of gene flow across most of the lynx's continental range, the species' well-documented dispersal capability, and the current and likely future connectivity and absence of significant barriers to dispersal between Canada and most DPS geographic units. Based on these factors and expert input, we find that there is no indication that the relatively low level of genetic diversity currently observed among lynx populations is likely to reduce DPS viability in the future (Lynx SSA Team 2016a, p. 51) and no indication that future gene flow is likely to be substantially reduced (79 FR 54793). This information suggests the current and likely future relative genetic health of the DPS. However, as noted in section 2.2, the potential for genetic drift among DPS populations would be expected to increase at some point in the future if lynx and hare habitats shift northward and upslope, as projected with continued climate warming, resulting in reduced connectivity and gene flow among smaller and more isolated lynx populations at the periphery of the range. This would result in (1) smaller and more distant potential source populations, reducing the likelihood and number of immigrant lynx reaching DPS populations, and (2) smaller effective population sizes among DPS populations, making them more vulnerable to drift, the consequences of which could include lower survival and reproduction rates and loss of adaptive potential.

How the potential loss of resident lynx from 1 or more geographic units may affect representation within the DPS in terms of ecological diversity is uncertain. Despite similarities in the fundamental components (vegetation, snow conditions, and hares) that define the ecological niche of lynx DPS-wide, differences in habitats and how lynx use them are apparent. For example, the amount of snow that seems to demarcate a boundary between lynx and bobcat occupancy in Maine (270 cm/yr [106 in/yr]) is almost twice that observed in Minnesota (140 cm/yr [55 in/yr]), and lynx in some parts of the West select mature forest stands, particularly in winter, while in other parts of the DPS, younger regenerating stands are most important. The

172

loss of resident lynx from any of the geographic units could result in the loss of behavioral and potential future genetic adaptations to the climate-mediated changes now occurring and likely to continue into the future at the southern edge of the lynx range. Such potential adaptability to diminished snow conditions, increasingly patchy and isolated boreal forests, and reduced hare abundance may be important to the taxon as a whole faced with a rapidly changing climate.

Because resident lynx populations in all geographic units that currently support them are expected to become smaller and more fragmented and isolated, each geographic unit and the DPS as a whole will be less resilient in the future. Our analyses and expert input suggest that resiliency will likely be sufficient to foster persistence of resident lynx in most units through mid-century but that its declining trajectory over time could result in extirpation of resident populations from 2 to 3 (of 5) units by the end of the century. Projected continued climate warming is expected to exert the greatest influence on the resiliency of individual populations, and thus continued presence of resident lynx in each geographic unit. Climate models project that boreal forests and snow conditions favorable for lynx at the southern periphery of the range will retreat northward and upslope with continued warming, further fragmenting and diminishing the quality of lynx and hare habitat within the DPS. Although uncertainty remains regarding the timing, extent, and biological consequences of such impacts, as habitat conditions decline, hare and lynx reproductive and survival rates are likely to decrease, resulting in population declines in both species. As snow conditions become less favorable, competitors (e.g., coyotes and bobcats) may outcompete and displace lynx. This in turn would reduce lynx abundance and density within populations, making populations more susceptible (i.e., less resilient) to stochastic events.

## 5.1.1 Summaries of Future Conditions in Each Geographic Unit

Unit 1 – Northern Maine:  Although the Northern Maine geographic unit currently has extensive lynx habitat, the amount and distribution of high-quality habitat is projected to decline over the next 2 to 3 decades. Forestry practices, climate change, habitat loss and fragmentation, spruce budworm outbreaks, and development are most likely to drive future hare and lynx habitat in this unit. Lynx habitat and lynx densities are expected to decline by 50 to 60 percent by 2032 in response to aging of the budworm-era clearcuts and the effects of extensive partial harvesting since the 1989 passage of the Maine Forest Practices Act (Simons 2009, pp. 209, 217). In the next few decades, high-quality hare habitat is projected to decline from about 10 percent to 5 percent of the landscape (Simons-Legaard 2016, fig. 8, p. 10), perhaps more in line with likely historical conditions. High-quality habitat patches will likely become more fragmented, smaller, and more isolated, thus making the landscape less suitable for lynx than it currently is. For the next few decades the best habitat (young regenerating stands) will occur in the southern portion of current lynx distribution, where effects of climate change and potential competition with bobcats are likely to be greatest (Simons-Legaard et al. 2016, p. 1267). Absent long-term lynx management agreements, the future of lynx habitat in this unit is uncertain. Wood products markets will likely continue to change and could be affected by interest in carbon sequestration in response to climate change, with potential consequences for forest management in this unit. Recent rapid changes in private forest land ownership are likely to continue and could result in

173

subdivision of large ownerships. Non-forestry land uses (wind energy development, transmission line corridors, residential and resort development, and unmanaged conservation lands) may compete with forest management as the primary future land use. Conservation easements will limit development pressures in some areas and keep some lands as working forest, but forest practices (e.g., partial harvesting, northern hardwood management) may not create new lynx habitat or maintain the current historically high amount of high-quality habitat. Climate change is expected to affect this unit more than some others in the DPS because snow amount and duration already seem to be at thresholds for lynx and there are few potential elevational refugia. In the near term and beyond, snow quantity and quality will likely continue to deteriorate, which could cause lynx range to contract northward.

Our review of the published literature and input from lynx experts lead some members of the SSA Core Team to conclude that lynx could become extirpated from this unit before the end of the century. Climate change, increasing demand for hardwood forest products, a pending spruce budworm outbreak, and frequent forest disturbance all will likely contribute to the trend in the loss of spruce-fir forest and expansion of northern hardwoods, although the timeframe for conversion is uncertain. The lynx experts we consulted indicate the likelihood that resident lynx will persist in this unit will decline to about 50 percent by the end of the century, although there was wide variation and much uncertainty in opinions. After reviewing the scientific literature concerning climate change projections (diminishing snow conditions, lack of elevational refugia), some members of the Core Team were more pessimistic about the future of lynx in Maine than the lynx expert panel. In particular, we observed that there is great uncertainty about the future of forest management and future development on private forest lands. The lack of forest planning for lynx was not perceived or defined as a threat for this area when the DPS was listed. Nonetheless, forest management practices clearly have influenced that amount of high-quality lynx habitat and thus lynx numbers in this unit, and they are likely to continue to influence its population in the future. Currently, there are no long-term management plans in place on most privately-owned forest lands in this unit; State forest regulations have greatly influenced harvesting practices that have reduced landscape hare densities and will likely continue to do so; markets for forest products are depressed; and forest modeling projections (under current harvest scenarios) suggest that habitat will diminish and shift southward in the near term because of post-harvest succession and recede northward over the longer-term because of continued climate warming.

Unit 2 - Northeastern Minnesota:  The direct and indirect effects of climate change are expected to affect lynx into the future in Minnesota. Specifically, boreal conifer forest is projected to contract northward, resulting in increased habitat loss and fragmentation and increased isolation of Minnesota lynx with diminishing forest conditions in southern Ontario. Additionally, the quantity, quality, and duration of snow are projected to decline; potentially resulting in increased competition and hybridization with bobcats as snow conditions favorable to lynx are diminished. The likelihood that resident lynx will persist in this unit is projected to decrease over time with increasing uncertainty through the end of the century, driven in the near term by decreaseing quality, quantity and persistence of snow and over the long term from loss of spruce-fir forests. We expect the SNF will continue to implement lynx conservation measures in accordance with

174

its Forest Plan, thus continuing to minimize several risk factors and promote the conservation of lynx into the future. If the DPS is de-listed, the species would be placed on the Forest's Regional Forester Sensitive Species list for at least 5 years, which would give it a higher priority than other species for monitoring and management during that time. We also expect that MNFRC guidelines will remain in place into the future and that voluntary actions will continue on State and private lands. However, it is unclear on what proportion of State and private lands these voluntary actions will be implemented into the future. Further, these guidelines are generalized for listed species and give no specific direction for lynx. Taking these factors into consideration, median "most likely" probabilities of persistence generated by lynx experts were high for the near- and mid-term (> 95 percent at year 2025; 80 percent at year 2050), but declined to 35 percent (with great uncertainty) by 2100. We concur with the expert panel that resident lynx are likely to persist in this unit at 2025 and 2050. However, after reviewing the scientific literature concerning climate change projections (diminishing snow conditions, loss of boreal forest, lack of elevational refugia, and the potential for increased competition, disease, and insect outbreaks), some members of the SSA Core Team were slightly less optimistic about the long-term future of lynx in Minnesota than the lynx expert panel. The Core Team concluded that the climate-mediated conversion of boreal forest to temperate forest and the loss of favorable snow conditions could occur at a rate and extent that would result in a lower likelihood of persistence than projected by experts, including the possibility that resident lynx could be extirpated from this unit by the end of the century.

Unit 3 - Northwestern Montana/Northeastern Idaho:  As in other units, climate change is projected to reduce the future amount, distribution, and quality of lynx habitat in this unit via northward and upslope contractions of favorable snow and forest vegetation conditions. This would result in increased fragmentation and isolation of habitats and smaller and more isolated lynx populations. Increased wildfire frequency and extent and perhaps other climate-mediated factors (forest insect outbreaks, changes in northern hare/lynx cycles that may influence immigration into this unit) could also reduce future lynx habitats and populations in this unit. Fire- and insect-related habitat losses would likely be temporary, resulting subsequently in improved habitat conditions when impacted areas regenerate the dense vegetative structure conducive to hare abundance. Continued forest management to conserve and maintain the vast majority of lynx habitats in this unit would benefit resident lynx in the future, though it is unlikely to offset the projected adverse consequences of continued climate warming. Lynx experts felt that future extirpation of lynx from this unit from reduced genetic health or a catastrophic event is unlikely. However, the extent to which the future demographic and genetic health of lynx populations in this unit may be influenced by immigration is unknown. Considering the factors above, lynx experts felt this geographic unit has the highest likelihood of continuing to support resident lynx into the future in the near term (year 2025; median probability of persistence > 0.95), at mid-century (median = 0.90), and end-of-century (median = 0.78), despite a declining probability of persistence and greater uncertainty with increasing time from present, as in all units. After reviewing the scientific literature and evaluating the factors that may influence lynx persistence in this unit, we concur with the experts' conclusion that this geographic unit is likely the most secure in the DPS. We conclude that it is very likely to continue to support resident lynx in the short term (through 2025) and through mid-century, although the number of lynx, the

175

amount and distribution of high-quality habitat, and landscape-level hare densities are all likely to decline by mid-century as a result of continued climate warming and associated impacts. We also agree that this unit is more likely than not to support some resident lynx at the end of this century, although at that time we expect lynx numbers and distribution would be substantially reduced from the current condition and would, therefore, be more vulnerable to demographic, environmental, and genetic stochasticity and to catastrophic events, resulting in reduced resiliency.

Unit 4 - North-central Washington:  Over the past 25 years, wildfires have (perhaps temporarily) eliminated or reduced the quality of about a third of lynx habitat within the North Cascades, which has significantly affected the status of and current viability of the lynx population in this geographic unit. As elsewhere, continued climate warming is anticipated to reduce the future quality and distribution of lynx habitat in Washington, potentially further exacerbating the recent losses of lynx habitat from wildfires. Projected warming may increase wildfire frequency and severity, which may result in further losses of lynx habitat. Climate change is also expected to reduce the quantity and quality of snow, potentially resulting in permanent reductions in the quantity and distribution of lynx habitat in this unit. These potential climate-driven reductions of lynx habitat could isolate resident lynx within this unit and reduce connectivity with neighboring lynx populations in the other geographic units and Canada. Continued forest management on both Federal and State lands would benefit lynx populations in Washington but is unlikely to ameliorate the potential negative effects related to climate change. Considering the recent reduction in lynx habitat and the projected impacts of climate change, experts indicated persistence probabilities of 60 to 90 percent (median = 80 percent) over the near-term (year 2025), 30 to 80 percent (median = 70 percent) at mid-century, and less than 50 percent (median = 38 percent) by the end of the century for resident lynx in this geographic unit. After considering the best available scientific information and input from lynx experts, the Core Team is generally in agreement with experts regarding the likelihood of long-term persistence of Canada lynx in this geographic unit. We expect this unit will continue to support a small resident lynx population through mid-century but that its ability to do so beyond then is questionable, and that functional extirpation of lynx from this unit by the end of the century is more likely than not.

Unit 5 - Greater Yellowstone Area (GYA):  As elsewhere, climate change is projected to reduce the future amount, distribution, and quality of lynx habitats in this unit via northward and upslope contractions of favorable snow and forest vegetation conditions. This would result in increased fragmentation and isolation of habitats and smaller and more isolated lynx populations. Because potential habitats in much of this unit already are naturally highly fragmented and perhaps only marginally capable of supporting resident lynx, and because it appears to have never supported more than a small number of residents, its ability to do so in the future is tenuous. Lynx experts felt that the small number of lynx this unit appears capable of supporting and its relative isolation from other lynx populations make it more vulnerable to genetic drift and extirpation from catastrophic events or demographic or environmental stochasticity. However, the extent to which the future demographic and genetic health of lynx populations in this unit may be influenced by immigration is unknown. Increased wildfire frequency and extent and perhaps other climate-mediated factors (forest insect outbreaks, changes in northern hare/lynx cycles

Rvsd Plan - 00003964

that may influence immigration into this unit) could also reduce future lynx habitat in this unit. Continued forest management to conserve and maintain the vast majority of lynx habitats in this unit would benefit resident lynx in the future, though it is unlikely to offset the projected adverse consequences of continued climate warming. Considering the factors above, lynx experts felt this geographic unit has the lowest likelihood of supporting resident lynx into the future in the near term (year 2025; median probability of persistence = 0.52), at mid-century (median = 0.35), and end-of-century (median = 0.15), with a declining likelihood of persistence and greater uncertainty with increasing time from present, as in all units. After reviewing the scientific literature and evaluating the factors that may influence lynx persistence in this unit, we concur with the experts' conclusion that this geographic unit is the least secure in the DPS. We find that conditions for lynx in this unit are naturally marginal, both its historical and current ability to support a persistent resident lynx population are questionable, and that continued climate warming and associated impacts are likely to further diminish its already limited ability to support resident lynx. We conclude, based on the protected status (national park, designated wilderness, and non-developmental land use allocations) of vast areas and climate models that project some areas of adequate vegetation and snow conditions through the end of the century, that this unit may continue to occasionally or intermittently support a small number of resident lynx and some reproduction throughout the remainder of the century. However, we conclude that it is very unlikely to support a persistent resident population over the short-term (through 2025), even less likely that it will do so at mid-century, and it is highly improbable that this geographic unit will support resident lynx by the end-of-century.

Unit 6 - Western Colorado:  Regulatory mechanisms that provide for the conservation of lynx in Colorado consist of State regulations prohibiting unauthorized take of lynx and amendments of USFS and BLM management plans, which limit vegetation management (among other things) covering approximately 85-90 percent of the lynx habitat within this geographic unit and provide guidance to limit habitat fragmentation. Climate change is expected to negatively affect vegetation and influence snow conditions in this unit. The elevation gradient in Colorado may provide refugia from deteriorating snow conditions in the future. Assuming that snow levels will increase in elevation, lynx habitat is likely to become more fragmented by areas that no longer retain appropriate snow conditions and vegetation. However, we anticipate large areas of snow persistence to remain through the end of the century. Wildland fire will likely result in temporarily reduced habitat quality to some extent; however, affected areas are likely to regenerate and provide excellent habitat conditions to support hares and lynx. Given projected climate warming, some areas that currently support snowshoe hare populations may experience vegetation type conversion that may not support snowshoe hares in the future. Considering the factors above, lynx experts felt this geographic unit has a high likelihood of continuing to support resident lynx into the future in the near term (year 2025; median probability of persistence = 0.90) and at mid-century (median = 0.80), and a reasonable likelihood of doing so at end-of-century (median = 0.50), despite a declining probability of persistence and greater uncertainty with increasing time from present, as in all units. This unit would be expected to continue to support resident lynx in the future if survival and reproductive rates similar to those estimated during intensive monitoring are maintained over the long-term. However, given the lack of evidence of historical occupancy by resident populations, the naturally limited and fragmented potential habitat,

177

generally low hare densities, low proportions of females that produce kittens, and low kitten survival rate, along with projected impacts of climate warming on all or most of these paramenters, we are less optimistic than the lynx expert panel regarding the likelihood that this unit will continue to support resident lynx over the long-term.

Table 5, below, summarizes expert predictions of future lynx persistence and Core Team summary of factors thought likely to influence the future resiliency of lynx populations in each geographic unit.

**Table 5. Expert-predicted future (2025, 2050, and 2100) persistence[1] of resident lynx populations in individual geographic units of the Canada lynx DPS and supporting evidence and uncertainties.**

| Geographic Unit | Median lynx expert probability of persistence (%)[2] (range [%])[3] at years 2025, 2050, and 2100 | Key evidence | Uncertainties |
|---|---|---|---|
| Unit 1 | 2025: 96 (80-100)<br><br>2050: 80 (65-95)<br><br>2100: 50 (40-80) | • 50% decline from current habitat projected by 2032; habitat shift to the south edge of current range<br>• Slight recovery of habitat by end of century depending on forestry trends<br>• Continued demographic and genetic connectivity to southern Quebec, New Brunswick populations<br>• Climate models predict deteriorating snow quality, depth and duration; more severe than other units<br>• Little potential elevation refugia | • Future forest management trends and habitat conditions on private forest lands in Maine and Canada<br>• Future shifts in land ownership, forest products markets, and development<br>• Extent and pace of deteriorating snow conditions<br>• Response of hares (pelage mismatch), bobcat, and fisher to changing snow regime<br>• Extent and pace of spruce-fir loss<br>• Future hare population trends<br>• Disease and parasites in lynx<br>• Effects of lynx trapping in Quebec |
| Unit 2 | 2025: 96 (88-100)<br><br>2050: 80 (60-90)<br><br>2100: 35 (10-60) | • Smaller population could be susceptible to stochastic effects<br>• Habitat conditions on SNF will remain stable or improve if managed for softwoods<br>• Continued demographic and genetic connectivity to southern Ontario populations<br>• Climate models predict deteriorating snow quality, depth and duration; loss of boreal forest<br>• Little elevation gradient: lake-effect snow may retain refugia to 2050 but not 2100 | • Future forest management trends and habitat conditions on private forest lands in Minnesota and Ontario<br>• Extent and pace of deteriorating snow conditions<br>• Adequacy of immigration from southwest Ontario<br>• Response of bobcat and fisher to changing snow regime<br>• Rate of spruce-fir decline<br>• Future hare population trends<br>• Disease and parasites in lynx<br>• Effect of lynx-bobcat hybridization |
| Unit 3 | 2025: 98 (95-100)<br><br>2050: 90 (70-100)<br><br>2100: 78 (50-90) | • Some habitat loss from increased wildfire, otherwise habitat should remain stable with USFS/BLM management<br>• Continued demographic and genetic connectivity to southern Alberta and BC populations<br>• Potential elevational refugia<br>• Recent loss of small sub-population in | • Extent and frequency of fire in hare-lynx habitat<br>• Extent and frequency of insect outbreaks<br>• Extent and pace of deteriorating snow conditions<br>• Adequacy of immigration from southern Alberta and BC |

Rvsd Plan - 00003966

| | | | |
|---|---|---|---|
| | | Garnet Range<br>• Increasing fire frequency | • Response of bobcat, cougar, coyote to changing snow regime<br>• Extent and pace of elevational migration of spruce-fir<br>• Mismatch in elevation between appropriate snow regime for lynx and spruce-fir<br>• Future hare population trends |
| Unit 4 | 2025: 80 (60-95)<br><br>2050: 70 (30-80)<br><br>2100: 38 (5-50) | • Habitat and population low because of recent fires; could be susceptible to stochastic effects<br>• Continued demographic and genetic connectivity to southern British Columbia populations<br>• Elevation is not sufficient to provide long-term refugia from deteriorating snow quality, depth, and duration<br>• State uplisted from T to E (2016) | • Extent and frequency of fire in hare-lynx habitat<br>• Extent and frequency of insect outbreaks<br>• Extent and pace of deteriorating snow conditions<br>• Adequacy of immigration from southern BC<br>• Response of bobcat, cougar, coyote to changing snow regime<br>• Extent and pace of elevational migration of spruce-fir<br>• Future hare population trends |
| Unit 5 | 2025: 52 (10-70)<br><br>2050: 35 (15-60)<br><br>2100: 15 (5-50) | • Very low hare densities in much of unit<br>• Habitat should remain stable with USFS, BLM, and NPS management<br>• No direct connectivity with Canada populations; little immigration from DPS populations<br>• Potential elevational refugia<br>• Smaller population could be susceptible to stochastic effects | • Persistent vs. ephemeral historical presence<br>• Adequacy of immigration<br>• Extent and frequency of fire and insect outbreaks<br>• Extent and pace of deteriorating snow conditions<br>• Response of bobcat, cougar, coyote to changing snow regime<br>• Extent and pace of elevational migration of spruce-fir<br>• Future hare population trends<br>• Extent to which high elevation may provide climate and snow refugia |
| Unit 6 | 2025: 90 (60-100)<br><br>2050: 80 (50-85)<br><br>2100: 50 (20-70) | • Habitat loss from increased wildfire and insect outbreaks, otherwise habitat will remain stable with USFS management<br>• Isolation from other lynx populations<br>• Elevation may provide refugia from deteriorating snow quality, depth and duration<br>• Uncertainty about stability of recently-introduced lynx population | • Persistent vs. ephemeral historical presence<br>• Demographic and genetic effects of isolated population<br>• Extent and frequency of fire and insect outbreaks<br>• Extent and pace of deteriorating snow conditions<br>• Response of bobcat, cougar, coyote to changing snow regime<br>• Extent and pace of elevational migration of spruce-fir<br>• Mismatch in elevation between appropriate snow regime for lynx and spruce-fir<br>• Future hare population trends |

[1]We asked 10 recognized lynx experts to provide their estimates of the probability that resident lynx populations or subpopulations would persist in each geographic unit, even if reductions in lynx numbers and distributions were anticipated ( i.e., the probability that resident lynx would *not* be functionally extirpated from the unit).

Rvsd Plan - 00003967

[2]Median "most likely" probabilities of persistence provided by 10 lynx experts for each geographic unit considering the current status of lynx populations and current and likely future stressors to those populations.
 [3]The full range of "most likely" probabilities of persistence provided by the 10 lynx experts.

## 5.2 Future Conditions - Detailed Descriptions by Geographic Unit

In this section, we present and summarize the formally-elicited opinions of a panel of 10 lynx experts regarding the likelihood that each geographic unit will continue to support resident breeding lynx populations into the future (at years 2025, 2050, and 2100), the factors they think will influence lynx persistence, and the sources of uncertainty that influenced their confidence in their predictions. We then present our evaluation of factors that may influence future conditions for resident lynx in each geographic unit, our conclusions regarding future conditions in each geographic unit, and whether our conclusions concur with or differ from projections provided by the lynx expert panel we consulted.

As mentioned above, we remind readers that the text and figures presented here are intended to convey and summarize expert opinions, which are subjective. The graphs we provide are intended to illustrate individual and cumulative expert opinion and uncertainty, and to allow comparsions of projections of possible future lynx persistence among all geographic units. We do not imply, and readers should not infer, that these depictions represent statistically robust, accurate, or precise estimates of the actual likelihood that resident lynx will persist in the DPS or in any individual geographic unit in the future, and readers should consider the inherent limitations and substantial uncertainties in expert responses, particularly over longer time periods. In figures 10-15 below, responses for each lynx expert for each of the 3 probability-of-persistence levels, (i.e., highest, most likely, and lowest probabilities) are represented by the hollow red, filled green, and hollow blue points, respectively. The black X mark is the median of the most likely responses across the experts in each response year. The red, green, and blue dashed lines connect the median of the highest, most likely, and lowest probability-of-persistence responses across the experts in each response year. The edges of the gray areas were defined by the entire range of expert responses, from the largest of the highest-probability responses to the smallest of the lowest-probability responses. The median lines and gray areas are provided as a summarizing visualization to aid comprehension of the experts' responses and their range, and should not be viewed as a substitute for individual responses or presented outside the context of the accompanying discussion. The gray area between red and blue dashed lines can be viewed as the median uncertainty across all 10 experts.

## 5.2.1 Unit 1 - Northern Maine

Expert Projections of Lynx Persistence

All of the experts that we consulted indicated an initially high and subsequently declining likelihood that resident lynx will persist in Maine through the end of the century, with uncertainty (range between lowest and highest estimates) also increasing over time (Lynx SSA Team

Rvsd Plan - 00003968

2016a, pp. 33-36). Climate change was an overriding near- and long-term stressor for lynx expressed by lynx experts.

Increased winter precipitation in the form of rain, reduced snow depth, and reduced snow durations were discussed by the experts. Experts believed that the effects of climate change would continue to increase as a stressor that would reduce lynx populations by mid- to end-of-century. Snow conditions would continue to deteriorate, potentially resulting in increased competition with bobcats and increased predation by fisher. We heard varying prognoses from experts regarding the speed at which climate-induced loss of spruce-fir forest may occur. The scientific literature suggests that loss of spruce-fir could occur relatively quickly in the Northeast, and several experts noted that an increase in northern hardwood composition of the forest is already occurring. One expert provided information that suggests that balsam fir could actually increase in the short-term (over the next few decades), but that the long-term prognosis is not favorable for natural spruce-fir regeneration. Decline or loss of spruce-fir could be accelerated by forest disturbance (e.g., budworm outbreaks or forest management affecting large acreages of lynx habitat annually).

In addition to climate change, lynx experts expressed a number of near-term stressors related to forest management in northern Maine. Land management objectives were uncertain because of frequent changes in private forest land ownership. Experts acknowledged uncertainty concerning the severity of and response by new landowners to future spruce budworm outbreaks. Experts believed that investment landowners are unlikely to respond to future budworm outbreaks as they did in the 1970s-80s (extensive clearcuts, herbicide application). Experts also acknowledged concerns about the effects of the aging of past clearcuts beyond conditions that support high-quality hare and lynx habitat.

Although uncertainty increases with time from the present, experts generally agreed that climate-related loss of favorable snow conditions (amount, consistency, and duration), loss of spruce-fir forest, and potential competition from bobcats would be expected to reduce the likelihood that lynx will persist in this unit. Experts also were uncertain about whether hare numbers would rebound to past higher levels or remain at current lower levels.

Taking all of these factors into consideration, experts provided "most likely" persistence probabilities of 80 to 100 percent (median = 96 percent) in the near-term (year 2025), 65 to 95 percent (median = 80 percent) at mid-century, and 40 to 80 percent (median = 50 percent) at the end of the century (fig. 10). As they did for most other geographic units, all experts indicated an initially high and subsequently decreasing likelihood that resident lynx will persist in this unit, with uncertainty increasing substantially over time.

Rvsd Plan - 00003969



**Figure 10. Lynx expert estimates of the probability that the Northern Maine Geographic Unit will continue to support resident lynx in the future (at years 2025, 2050, and 2100).**

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - As described above (section 4.2.1), past forest management practices (large-scale clearcutting) have created an unnaturally high amount of high-quality hare habitat in this unit, resulting in a resident lynx population that is probably larger than typically occurred historically under natural conditions. Also as described above, a shift in forest management from clearcutting to various forms of partial harvesting that began in 1989 with passage of the Maine Forest Parctices Act (MFPA) is unlikely to maintain or recreate this extensive high-quality habitat. Therefore, we expect lynx habitat and numbers to decline in this unit over the next several decades, perhaps to levels more consistent with likely historical conditions.

If timber harvest continues using methods and at rates similar to those that have predominated since passage of the MFPA (see section 4.2.1), lynx habitat at year 2030 is modeled to decline by about 50 percent from current anthropogenically incluenced high levels (Simons-Legaard 2016, pp. 9-10). Habitat modeling indicates that the maturation of previously clearcut areas will result in a decline in high-quality hare habitat (i.e., lynx foraging habitat) in this unit from 7-12 percent of the landcape in 2010, to about 3-8 percent by year 2030, then increasing to 5-16

182

percent by 2060 (Simons-Legaard 2016, p. 10, fig. 8). After 2030, however, projected outcomes for lynx habitat become more uncertain and depend on assumptions about habitat definitions and harvest rates. Lynx in Maine selected for regenerating, conifer-dominated forest (> 75 percent conifer; Vashon *et al*. 2008b, pp. 1490, 1492-1494). If one defines high-quality lynx habitat as stands having greater than 75 percent spruce-fir, then such habitat will decline by about 50 percent by 2030 and then stabilize or increase slightly through 2060 (Simons-Legaard 2016, pp. 9,16; fig. 8).

The projections above do not consider a nearly 60 percent decline in snowshoe hare densities that has occurred in Maine from a period of high hare density in 2001-2006 (1.8 - 2.2 hares/ha [0.7 – 0.9 hares/ac] in regenerating conifer) to a period of lower hare density in 2008-2015 (0.8 – 1.0 hares/ha [0.3 – 0.4 hares/ac]; Harrison *et al*. 2016, entire). This decline occurred across all forest stand types and across a broad geographic area of Maine (Scott 2009, p. 36; Harrison *et al*. 2016, entire), and a decline in hare density also occurred in the adjacent Gaspe region of southern Quebec (Assells *et al*. 2007 *in* Scott 2009, p. 41-42). Hares remained at these lower densities through 2015 (Harrison *et al*. 2016, p. 55). If future hare populations remain low, then Maine habitats will likely have a lower capacity for supporting resident lynx. How current and likely future hare densities in this unit compare to densities under historical disturbance patterns is unknown.

The habitat projections above also do not consider the effects of future spruce budworm outbreaks. After low levels of infestation for the last 20 years, Maine appears poised for another spruce budworm outbreak. Budworm numbers are increasing toward epidemic levels in southern Quebec and northern New Brunswick.Significant defoliation could occur in Maine in the next few years, and the outbreak may last about a decade (Wagner *et al*. 2015; pp. 12-16). Although research has clearly demonstrated that landowner response to the last outbreak resulted in unintended benefits for lynx from 1 to 3 decades later, our ability to project what effects the next outbreak will have on lynx habitat is limited because land ownership has changed since the last outbreak. To reduce risk from spruce budworm, some financial investment owners may cut younger spruce-fir stands that still support elevated hare densities. Some may be less inclined to intensively manage for spruce-fir and may switch to an emphasis on northern hardwoods. It is unlikely that current landowners will broadly apply pesticides to control spruce budworm or herbicides to promote spruce-fir regeneration after stands are defoliated. The MFPA may constrain clearcutting of infested stands, even with recently-enacted changes intended to reduce the regulatory burden for landowners. Despite these uncertainties, landowner response to the pending budworm outbreak will likely have important implications for the short- and long-term persistence of lynx habitat in northern Maine (Simons-Legaard 2016, pp. 16-17).

Climate Change – Because this geographic unit generally lacks potential elevational refugia (Carroll 2007, p. 1102; Siren *in* Lynx SSA Team 2016a, pp. 15 and experts, p. 37), its lynx population may be more vulnerable to deteriorating snow conditions than populations in the more topographically diverse western units, and changes in snow conditions could further restrict lynx distribution (Hoving 2001, pp. 27-28; Hoving *et al*. 2005, p. 749; Carroll 2007,

183

entire). This unit's only potential elevational refugia under reduced snow scenarios are in the mountains of western Maine, where favorable snow conditions may only persist as very small, isolated "sky islands" that would be unlikely to support lynx. Carroll (2007, entire) modeled the Maine lynx population assuming non-cycling hare populations and snow conditions expected under intermediate to high emissions climate models (Kiehl and Gent 2004, entire). He predicted a 59 percent decline in the lynx population (the non-cycling hare population model) by mid-century because of climate change alone, with larger declines projected from interactions between climate change and other factors (potential increased trapping in Canada and lynx population cycling; Carroll 2007, p. 1100). Wildlife experts in Maine ranked lynx as highly vulnerable to climate change (> 66 percent loss in species range/population and extirpation within 50 to 100 years; Whitman *et al.* 2013, pp. 19, 74).

Climate change is already affecting the Northeast, and the rate of change is faster than expected, with large changes observed since 1970 (Rustad *et al.* 2012 p. 6). Rapid winter warming in recent decades is believed to be exacerbated by an albedo feedback caused by the diminished persistence of snow in winter (Hayhoe *et al.* 2006, p. 25). Average winter temperatures are increasing about 0.4°C/decade (0.8°F/decade) with the greatest warming occurring in the coldest winter months (January-February; Burakowski *et al.* 2008, p. 1). Northeast climate models predict average winter temperature increases of 2.0°C (3.6°F; low emission) to 2.9°C (5.2°F; high emission) by mid-century and 3.1°C (5.6°F; low emissions) to 5.3°C (9.5°F; high emissions) by late century (Notaro *et al.* 2014, p. 6529). The largest increases in temperature are expected in northern Maine (Siren *in* Lynx SSA Team 2016a, Appendix 3; Rawlins *et al.* 2012, p. 9) where temperatures may increase 2.5° to 2.8°C (4.5° to 5.0°F) by 2050 (Fernandez *et al.* 2015, p. 3). In response to climate change, interest in wind development has grown in northern and western Maine, which has the potential to impact high-elevation habitats and potential spruce-fir refugia (Publicover 2013, p. 2).

Gonzalez *et al.* (2007, pp. 12-13 and 15-18) modeled distribution of boreal forest and future snow conditions under 9 different low, medium, and high emission scenarios and predicted reduced probablility of suitable snow (from 95 percent during 1961-1990, to 90 percent predicted for 2071-2100) and very minor changes in forest cover type in Maine by the end of the century. Although there are uncertainties about future climate warming, if projections are accurate, the area capable of supporting resident lynx in Maine could be expected to recede northward and lynx populations to decline substantially in this unit over the next 100 years (Vashon *et al.* (2012, p. 60). If future trends in increasing temperature and decreasing snow occur as projected, then at some time in the future lynx would be unlikely to persist in Maine.

*Snow Duration* - The current average snow duration in Maine is at or below the 4-month snow persistence threshold believed necessary to support lynx (section 4.2.1; Gonzalez *et al.* 2007, p. 7). Snow duration declined by 16 days in the Northeast from 1970 to 2001 (Wake 2005, p. 15) and is expected to diminish by another 2 weeks in Maine by mid-century (Fernandez *et al.* 2015, p. 10). It is projected to decline by 25 percent (low emissions) to 50 percent (high emissions) from current conditions by the end of the century (Hayhoe *et al.* 2006, pp. 21-25). Similarly,

Rvsd Plan - 00003972

Notaro *et al.* (2014, p. 6543) projected an average decrease of 28 days (low emission) to 47 days of snow cover (high emissions) by the end of the century.

*Snow Depth* - The current average annual snowfall in northern Maine is at or below the 270-cm/yr. (106-in/yr) threshold below which lynx are unlikely to occur (Hoving *et al.* 2005, p. 749; section 4.2.1), and it is expected to decline in the future with projected continued climate warming. From 1965-2005, Northeast winter snowfall has decreased by about 4.6 cm/decade (1.8 in/decade), with the greatest decreases occurring in December and February (Burakowski *et al.* 2008, p. 1). By the end of the century, large areas of the Northeast will experience 15-percent (under a low-emissions scenario) to 25-percent (high-emissions scenario) reductions in snowfall (Ning and Bradley 2015, p. 6). Similarly, Notaro *et al.* (2014, p. 6529) concluded that average snowfall in the northeastern United States and southeastern Canada will decline by 59 cm (23 in; 31 percent) under a low-emissions scenario) to 92 cm (36 in; 48 percent) under a high-emissions scenario by the end of the century because a higher proportion of winter precipitation is projected to fall as rain rather than snow. Hayhoe *et al.* 2006, (pp. 22-25) predicted that under moderate and high climate scenarios there would be large reductions in the length of the snow season with < 25-50 percent reductions in the number of snow days by 2070-2099.

*Snow Quality* - Winter precipitation in Maine is projected to increase by 10 to 15 percent by the end of the century (Hayhoe *et al.* 2006, p. 28) with a greater proportion of winter precipitation falling as rain (Huntington *et al.* 2004, entire; Hayhoe *et al.* 2006, p. 23; Ning and Bradley 2015, entire). Snow density and compaction (caused by wet, heavy snow or rain on snow events in winter) will likely continue to increase in the region in the future (Karl *et al.* 1993, entire; Dudley and Hodgkins 2002, pp. 8-10, 19-20; Huntington *et al.* 2004, p. 2632; Huntington 2005, entire; Hodgkins and Dudley 2006, entire).

*Loss of Boreal Forest* - The boreal spruce-fir forest type has come and gone from New England during the post-glacial period. It nearly disappeared from the Northeast during the interglacial warming period 1000 years ago, then moved south into New England only in the past few centuries during the "Little Ice Age" (Schauffler and Jacobson 2002, entire; DeHayes *et al.* 2000, entire). Continued anthropogenic climate warming is projected to cause another northward contraction of spruce-fir forest in the Northeast with potential negative consequences for both lynx and snowshoe hares (Gonzalez *et al.* 2007, entire). Because of its sensitivity to climate and its mobile nature, the spruce-fir forest type in the Northeast, including northern Maine, is projected to decline substantially in response to climate change even under low-emissions scenarios and could disappear completely under higher-emissions scenarios (Iverson and Prasad 2001, pp. 192-193; Prasad *et al.* 2007, entire; Beckage *et al.* 2008, entire; Iverson *et al.* 2008, p. 403; Ollinger *et al.* 2008, p. 17; Jacobson *et al.* 2009, p. 27; Tang and Beckage 2010, entire; Whitman *et al.* 2010, p. 12; Andrews 2016, p. 20). Even under the lowest emissions scenarios, spruce-fir forest would be reduced by the end of the century (Williams and Liebhold 1997, pp. 210-214; Prasad *et al.* 2007, entire; Mohan *et al.* 2009, pp. 221-222), although some spruce-fir may persist at the highest elevations (Tang and Beckage 2010, pp. 148-156) and along the eastern coast (Jacobson *et al.* 2009, pp. 26-29) where cooler conditions

185

would likely persist. Climate change is anticipated to increasingly fragment the boreal forest in northern New England (Iverson *et al.* 2008, pp. 400-405), which would diminish the amount and quality of lynx habitat (Simons 2009, pp. 221-222). Recent shifts of northern hardwoods to higher elevations formerly occupied by boreal forests have also been attributed to regional warming over the last century (Beckage *et al.* 2008, entire).

Spruce (red, black, and white) and balsam fir are the most important boreal forest conifer tree species in the Northeast and will be affected by climate change in different ways. Mechanisms of injury to spruce-fir include winter injury from freeze-thaw cycles, spring drought (because of reduced snowpack), and reduced seed germination (Auclair *et al.* 2010, pp. 694-695). Thus, the range of spruce-fir is limited by summer heat and drought. Mohan *et al.* (2009) projected that the suitable area for balsam fir would be 80 percent lower by 2100 under an average- to high-emissions scenario. In contrast, Ollinger *et al.* (2008, p. 8) projected increasing growth rates for balsam fir and red spruce to mid-century, after which they would decline. Andrews 2016 (p. 53, 104) modeled future climate envelopes for spruce and fir species in Maine under a moderate emissions scenario and predicted northward shifts in these species. The results suggest that areas of suitable climate for these tree species would diminish in northern New England by 2030, white and black spruce would disappear from northern Maine by 2060, and balsam fir and red spruce would dwindle to only a few high altitude locations by 2060. However, suitable habitat for spruce and fir species would remain in northern and coastal highlands of New Brunswick and Cape Breton Island Nova Scotia.

The timescale of the spruce-fir decline in the Northeast is difficult to predict because of the many variables that influence shifting of the forest species composition (emissions scenarios, the long lifespan and slow dispersal rates of trees, frequency of disturbance, competition from advancing hardwoods and invasive tree species, complex interactions with moisture, and synergistic effects with other pollutants). Support for an accelerated decline includes evidence that spruce-fir is already in decline and is being replaced in Maine by northern hardwoods (oak, pine, red maple). Since 1995, the area of forest land classified as the northern hardwoods type in Maine has increased 8.9 percent (by about 2,400 km$^2$ [927 mi$^2$]) and the area in the spruce-fir forest type group has decreased 8.5 percent (1,987 km$^2$ [767 mi$^2$]; McCaskill *et al.* 2016, p. 2). Although forest disturbance often favors northern hardwoods, it may, in some situations, favor balsam fir and help it persist longer in a warming climate (Scheller and Mladenoff 2005, p. 318). A pending spruce budworm outbreak and frequent disturbance from forest management could accelerate conversion to northern hardwoods. Other climate-related forest disturbances (forest pests, diseases) could further accelerate conversion to northern hardwoods (Iverson *et al.* 2008, p. 404).

In contrast, some authors note that trees migrate slowly in response to a changing climate and are long-lived. Therefore, a time lag may occur in shifting forest composition from spruce-fir to northern hardwoods (Mohan *et al.* 2009, p. 221; Zhu *et al.* 2012, pp. 1048-1051). Some northern Maine industrial forest landowners could "adapt" to climate change by intentionally favoring spruce-fir (e.g., by plantations and use of herbicides).

186

Finally, there is uncertainty concerning the influence of climate change on balsam fir, a short-lived, shade-tolerant conifer that dominates much of the understory in the Acadian forest and is an important component of lynx habitat in the Northern Maine Unit. McWilliams *et al.* 2005 (p. 8) noted that balsam fir increased in Maine's forest inventory in the early 2000s because this species seems to respond favorably to frequent disturbance. Forest models projected increases in spruce-fir biomass over the next century because of partial harvesting and periodic budworm outbreaks, but did not take climate change into consideration (Simons-Legaard *et al.* 2013, entire). In contrast, Iverson *et al.* 2008 (p. 400) identified balsam fir as the tree species in Maine most sensitive to a warming climate, and they projected large declines, with only 29 percent (low emissions) to 16 percent (high emissions) persisting by the end of the century. Climate change will influence precipitation and temperature, forest management strategies, and forest disturbance (fire frequency and spruce budworm), all of which will interact in complex ways to influence balsam fir at the southern edge of its range. Carter (1996, pp. 1092-1093), Iverson *et al.* (1999, pp. 400, 403), and Goldblum and Rigg (2005, p. 2714) documented balsam fir growth rates and growth potential would decline under likely climate warming scenarios (about a 2.2°-2.8°C (4°-5°F) temperature increase by the end of the century and reduced snow conditions). Some have projected the extirpation of spruce-fir forest types in the Great Lakes States (Scheller and Mladenoff 2005, entire) and New England (Iverson *et al.* 2008, entire. 403). Balsam fir has prolific seed production following forest disturbance such as harvesting (Seymour 1992, p. 217), and has proliferated under the current climate and forest management regime dominated by partial harvesting (Olson *et al.* 2013, entire). Balsam fir is a relatively short-lived tree (about 100 years), and is unlikely to persist long if climate change affects seed and germinations rates. Given anticipated climate changes, especially early snow melt and low spring precipitation, fir may increase for the next few decades but is unlikely to regenerate in the future Maine forest (Simons-Legaard 2015, *pers. comm.*).

Vegetation Management - Habitat suitable for lynx is expected to decline in the future (see Regulatory Mechanisms section above). By 2020, all of the extensive areas that were clearcut in the 1970s and 1980s will be greater than 35 years of age and no longer likely to support high hare densities. For the foreseeable future, partial harvesting will continue as the primary means of forest management. Although partially harvested forests with well-developed understory structure may provide foraging opportunities via increased prey access (Fuller *et al.* 2007, 1984-1985), snowshoe hare densities are approximately 50 percent less in landscapes dominated by partially harvested stands (Robinson 2006, pp. 5-37; Fuller and Harrison 2010, p. 1276). Thus changing forest management practices have and will continue to reduce landscape hare density possibly below levels that can support lynx.

Sources of uncertainty concerning future habitat conditions in northern Maine include changes in forest policy, timber harvesting methods, changing timberland ownership, response to budworm outbreaks, and timber markets - all of which have occurred in the recent past and will undoubtedly shape forest management in the future (Simons-Legaard *et al.* 2016, p. 8). Currently, the landscape is owned primarily by financial investors who may be less inclined to intensively manage for spruce and fir after the next outbreak of the spruce budworm (Wagner *et al.* 2015, p. 4).

Rvsd Plan - 00003975

The dramatic shift from clearcutting to partial harvesting presents a challenge for lynx conservation in this unit for the next several decades (Legaard *et al.* 2015, p. 21). Lynx habitat is expected to peak and then remain stable through about 2012-2020 and then decline (Simons 2009, pp. 153-165, 202-220; Simons-Legaard *et al.* 2016, p. 6). After 2020, aging of the former clearcuts and extensive partial harvesting are projected to result in a 50 to 65 percent decline in lynx habitat by 2032 (Simons 2009, p. 217). Lynx habitat will decline from about 9.5 percent of the landscape (current condition) to about 5.0 percent of the landscape (Simons-Legaard 2016, fig. 8, p. 10). By 2032, the Northern Maine Unit may support less than half the number of resident lynx that it does today (Simons 2009, pp. 209, 217).

In the future, lynx habitat is projected to become fragmented into smaller, isolated parcels and shift southward into areas currently occupied by bobcats and fishers, where snow conditions are unlikely to favor lynx occupancy (Simons 2009, pp. 153-165; Simons-Legaard *et al.* 2016, pp. 1, 6; Simons-Legaard 2016, p. 8). By 2022, the number of patches of high-quality hare habitat is modeled to increase by 57 percent, but the average size of patches would decline by 87 percent and patches would become more isolated (Simons-Legaard *et al.* 2016, pp. 5-6). The proximity index of high-quality habitat patches is expected decline by 78 percent within lynx home ranges. Although lynx habitat in this geographic unit is currently peaking, fragmentation may diminish its future ability to support as many resident lynx as it does currently (Simons-Legaard *et al.* 2016, p. 8).

Beyond 2030, assumptions concerning future climate change, land ownership, and harvest rates introduce greater uncertainty. The most optimistic forest management models (greatest harvest rates, no climate change, no spruce budworm) project that lynx habitat will likely decline over the next few decades then gradually increase to about 10 percent of the landscape by 2060 (Simons-Legaard 2016, fig. 8, p. 9). Other models (lowest harvest rates, no climate change, no spruce budworm) project about 5 percent of northern Maine will likely have high-quality hare habitat from 2030 to 2060 (Simons-Legaard 2016, fig. 8, p. 9), although the habitat will be much more fragmented and patch sizes will be smaller (Simons-Legaard *et al.* 2016, entire).This could represent a return to conditions similar to those that occurred historically prior to the landscape-scale clearcutting the created the current condition, perhaps resulting in commensurate changes in Maine'slynx population.

A shift toward managing private timberlands as softwood plantations could offset losses in spruce-fir and become a form of adaptation to climate change effects of reducing spruce-fir forest types. Jack pine plantations are extensive in adjacent New Brunswick (Etheridge *et al.* 2005, p. 1966). A forest company that has planted extensive spruce plantations in New Brunswick recently purchased nearly 4,047 km$^2$ (1,563 mi$^2$) of forestland in northern Maine where it is doing the same. Spruce plantations are becoming more common on this ownership in Maine, but not on others. Stand structure and intensive management of plantations are highly variable (e.g., pruning, thinning, herbicide treatments), thus hare densities and use by lynx vary (Roy *et al.* 2010, entire). Hares can achieve higher densities in plantations depending on the amount of lateral (horizontal) cover, but for shorter periods of time; about 10 to 17 years after

188

cutting and planting in New Brunswick (Parker 1984, p. 163) and 15 to 25 years in Quebec (Roy *et al.* 2010, p. 585). This is in contrast to about 15 to 35 years in naturally regenerating spruce-fir stands after harvest (Simons-Legaard *et al.* 2016, p. 4). The future of plantations in the northern Maine unit is uncertain. Most investment landowners have short-term investment horizons and are unlikely to invest in plantations.

Natural stand-replacing disturbances in this unit are rare and infrequent and, other than spruce budworm outbreaks, are unlikely to significantly affect future habitat conditions (Hoving *et al.* 2004, p. 292). At its peak in 1975, budworm affected nearly all of Maine's 8 million acres of spruce and fir with greatest mortality (up to 49 percent) of balsam fir and less for the spruce species (Livingston 1998, pp. 26-27). A very large outbreak has thus far defoliated 60,700 km$^2$ (over 23,000 mi$^2$) of spruce-fir in southern Quebec, immediately north of Maine (Wagner *et al.* 2015, pp. 2-3), and it is projected to expand into northern Maine in 2018-2021, potentially putting much of Maine's 23,472 km$^2$ (9,063 mi$^2$) of spruce-fir stands across the State at risk of defoliation. However, despite the severe defoliation of spruce-fir forests in southern Quebec, some project a weaker outbreak in Maine because spruce and fir trees are younger and less susceptible and there is a higher hardwood component in northern Maine forests (Wagner *et al.* 2015, p. 18-22). A typical outbreak lasts for a decade.

Forest management strategies for addressing the coming budworm outbreak vary and include applying insecticides (although land area sprayed is expected to be small compared to the previous outbreak), pre-emptively cutting mature spruce-fir before defoliation, stopping precommercial and commercial thinning, and salvaging dead and diseased trees (Wagner *et al.* 2015, pp. 38-48). The nature and aggressiveness of forest management response to budworm outbreaks could greatly affect future outcomes for lynx habitat (see section 4.2.1). The next budworm outbreak and subsequent forestry response is a disturbance agent that may accelerate changes in forest composition influenced by climate change, especially toward increased northern hardwood and reduced spruce-fir. The nature of land ownership is greatly changed from the 1970s and 1980s, and landowner response is expected to be diverse depending on their objectives and investment horizons. The pending budworm outbreak cast additional uncertainty on the status of lynx habitat in this geographic unit beyond 2030.

Climate change, forest management and budworm outbreaks will interact to influence the future trajectory of spruce-fir forest in Maine. All 3 variables have yet to be modeled simultaneously (Legaard 2016, *pers. comm.*). Assuming current forest management trends persist to the end of the century, spruce-fir dominated forest is expected to continue to decline (Legaard *et al.* 2013, entire). The combination of budworm-induced mortality and salvage harvesting will have a negative effect on spruce-fir (Legaard *et al.* 2013, entire). However, after a budworm outbreak the biomass and area of mixed-hardwood/softwood forest would be expected to increase through this century primarily because of the proliferation of regenerating balsam fir (see discussion above; Legaard *et al.* 2013). Mixed forests having a high (greater than 50 percent) hardwood component are not believed to support high hare densities (Scott 2009, p. 109) or to be preferred by lynx (Vashon *et al.* 2008b, pp. 1492-1493). It is uncertain whether lynx can adapt to lower landscape hare densities associated with mixed hardwood-softwood forest. They

189

may persist, but at lower densities as they currently do in the western units of the DPS. However, the probability of persistence is further diminished by deteriorating snow conditions and potentially increased populations of bobcats and other competitors.

Wildland Fire Management - Susceptibility of the northern Maine unit to fire may be enhanced by a severe spruce budworm outbreak because of the amount of dead and dying spruce-fir (Stocks 1987, entire), although there were no large fires after the last outbreak. Fire risk is currently very low in this unit and a continuous decrease in fire frequency is predicted with climate change in eastern Canada because of increased precipitation and decreased drought (Bergeron and Flannigan 1995, entire; Flannigan *et al.* 1998, entire). Climate is expected to become more variable (i.e, wider extremes of summer drought and precipitation) during the next century (Gregory & Mitchell 1995, entire; Gregory *et al.* 1997, pp. 684-685), which could create fire conditions in unusually dry years (Flannigan *et al.* 1998, p. 475). Maine's policy is to immediately suppress wildfire, thus large, stand-replacing fires are expected to be infrequent in this region in the future. Notable large fires in Maine include a 1.2 million-ha (3 million-ac) fire in 1825 and an 81,000 ha (200,000-ac) fire in 1947.

Habitat Fragmentation - The future of the 40,470-km$^2$ (15,630-mi$^2$), sparsely populated "North Woods" of Maine is highly uncertain and has been the subject of intense public debate (Baldwin *et al.* 2007, entire). Land use and zoning in the state's "unorganized townships" are the responsibility of the Land Use Planning Commission (LUPC) in the Maine Department of Conservation. The LUPC revised its Comprehensive Land Use Plan (Maine Land Use Regulation Commission 2010, entire), and described principal values in guiding future land management decisions: maintaining working forests, provide for traditional recreational opportunities, protect high-value natural resources, and encourage long-term conservation. The North Woods has long been considered a public resource or "commons," even though privately owned (Judd 2007, p. 9). This land was traditionally owned by a few large timber companies, but since the 1980s there has been turnover in ownership largely by investments companies and subdivision of large parcels (Hagan *et al.* 2005, entire). Financial investors, primarily Real Estate Investment Trusts (REITS) and Timber Investment Management Organizations (TIMOs), focus on maximizing the asset value of timberlands and are increasingly likely to seek revenue from non-timber resources if they generate a higher return. These new owners operate over relatively short (5- to 15-year) time horizons and are willing to consider multiple means of monetizing their asset, including development and real estate sales (Legaard *et al.* 2013, entire). If left unchecked, these pressures may continue to promote dispersed development throughout this region. Parcelization and subdivision has increased, particularly in the southern third of the jurisdiction (Maine Department of Conservation 2010, p. 72-73). The LUPC has limited ability to address stressors on Maine's North Woods, including resale and subdivision trend. This trend is likely to continue into the foreseeable future and will make management of large, forested landscapes for lynx even more difficult.

Historically, development has stayed mostly on the edges of the North Woods jurisdiction with the exception of scattered seasonal dwellings and sporting camps in the interior, but this could change in the future. Between 1971 and 2005, the LUPC permitted 8,136 new dwellings in

190

unorganized townships, increasing the number of residences by 66 percent during this time period (Maine Land Use Regulation Commission 2010, p.80). Between 1971 and 2005, the LUPC also issued 1,353 development permits for new uses scattered throughout the unorganized townships (Maine Land Use Regulation Commission 2010, pp. 97-99), with most (42 percent) being recreational facilities (boat launches, campsites, gatehouses, recreational lodges). Most development has occurred in areas that abut organized communities and near public roads. Within the interior, most development has occurred along lakeshores and other waterfront. However, the amount of hillside and ridge development is growing and this trend is likely to continue (Maine Land Use Regulation Commission 2010, p. 136), which will likely further fragment lynx habitat.

We have an incomplete understanding of the effects of outdoor recreation on lynx and their habitat (ILBT 2013, p. 80). Future trends in outdoor recreation in northern Maine are also uncertain (Vail 2007, entire). A portion of the North Maine Woods is a gated road system that encompasses about 1.4 million ha (3.5 million ac). Visitation by outdoor recreationists is currently about 175,000 per year and declining. Likewise, visitors to Baxter State Park and the Allagash Wilderness Waterway have declined (Vail 2007, p. 107). Aside from a vigorous discussion of the recently-designated Katahdin Woods and Waters National Monument or a master tourism plan for the area (Vail 2007, pp. 112-113), there could be stagnant or declining participation in traditional outdoor recreational activities in the future (Vail 2007, p. 107). Alternately, increased numbers of second homes and resorts could increase visitor numbers in the future. Snowmobiling may be an exception and has risen in popularity in northern Maine, but it too may decline because of declining snow (see section 3.2). The effects of new or expanded downhill ski development on fragmentation of lynx habitat are expected to be minimal. Future trends in outdoor recreation and associated effects on lynx, hares, and their habitat in northern Maine are uncertain.

Within the last 5 years, 2 landowners developed concept plans for rezoning for large-scale development of hundreds of house lots and resort development within designated lynx critical habitat. Under one concept plan, 975 houses and 2 resorts would be constructed on about 14 km$^2$ (5.5 mi$^2$) and a 1,469-km$^2$ (567-mi$^2$) conservation easement would be established. A second concept plan would allow development on about 8 km$^2$ (3 mi$^2$) of land and establishment of a 59-km$^2$ (23-mi$^2$) conservation easement. Although these developments have not been built, they may portend future trends in land use.

Energy production is emerging as a potentially significant economic factor in this unit, with the potential for grid-scale industrial wind and solar power, biomass, biofuels, and other energy sources. Wind energy resources are high within the lynx critical habitat (National Renewable Energy Laboratory 2010[25]), and wind development in the lynx critical habitat are likely to accelerate in the foreseeable future. Two large wind energy projects are being considered in designated lynx critical habitat in this unit; if built, each would cover about 450-650 km$^2$ (180-250 mi$^2$) and become 2 of the largest such projects in Maine. Mining is not a traditional land use

---

[25] http://apps2.eere.energy.gov/wind/windexchange/wind_resource_maps.asp?stateab=mecitation; last accessed 5.25.2016.

191

in this unit, but a large mining operation is being considered within designated lynx critical habitat. Extraction operations for gravel (for road building) are widely-scattered throughout the unit.

The area designated as lynx critical habitat is heavily-roaded, particularly with forestry roads. While accurate numbers are difficult to obtain, approximately 1,500 miles of public roads and over 20,000 miles of private roads exist within unorganized areas of Maine (Maine Department of Conservation 2010). There has been discussion of an east-west limited access highway through northern Maine and extending Interstate 95 north from Houlton to Presque Isle, which, if constructed, would further fragment habitat (Maine Department of Transportation 1999; Beck *et al.* 2012, p. 38).

An increasing area of the designated lynx critical habitat in this unit is likely to be placed under conservation easements that will limit future development and fragmentation of lynx habitat. Maine has the largest amount of land under easement of any state, and there are about 8,094 km$^2$ (3,125 mi$^2$) of conservation easements in lynx habitat in northern Maine (Pidot 2011). Continued expansion of areas under conservation easement is uncertain and will depend on willing landowners and funding available for purchase of easements. Conservation easements often include abandonment of some development rights, but they may allow for wind power development and other land uses that may not be compatible with lynx conservation. Easements in Maine allow forest management, but they rarely prescribe specific management that would benefit lynx and other species of conservation concern. If market conditions continue, trends toward forest certification will likely continue in Maine for the foreseeable future. Currently, 8 million acres are enrolled in Maine by SFI and FSC (Wagner et al. 2016, p. 31). Certification has the potential to address lynx management in the future.

The Core Team believes that all development trends portend increased loss and fragmentation of lynx habitat in the Northern Maine Unit. As habitat is lost and fragmented as a result of development and forest maturation and management, it will become increasingly difficult to influence landscape-scale forest management that could benefit lynx. However, whether (and if so, when) future development may result in population-level impacts to lynx in this unit is uncertain.

Conclusion

After reviewing the scientific literature concerning snow and climate change and acknowledging other potential stresssors unique to this unit (e.g., lack of forest planning for lynx, land ownership turnover, and development pressures), the Core Team believes that lynx habitat and numbers in Maine will diminish substantially in the future. We believe the number of resident lynx in Maine is at an historically (unnaturally) high level and will likely decrease over the next several decades, perhaps to levels more like natural historical conditions, and perhaps (but with increasing uncertainty) to even lower numbers in the more distant future (end of this century). Given current trends (diminishing snow conditions, extensive partial harvesting and fragmentation of spruce-fir forest, possible pelage mismatch for hares, increasing populations of

bobcat and fishers in a lower-snow environment),we believe landscape level hare densities are likely to decline in northern Maine. Extended periods of lower hare numbers would likely reduce the number of lynx and the probability that this unit would continue to support a persistent resident lynx population in the future.

We concur with expert assessments concerning trends in forest management, but we also note that development pressures in northern Maine did not receive much discussion at our expert elicitation workshop. We believe development pressures (residential and commercial development, energy development, transmission lines, roads, mining) may increasingly become competing land uses on private lands in northern Maine. We also expect continued turnover and subdivision of private forest lands in northern Maine, which could accelerate opportunities for non-forestry land uses. Turnover in land ownership has provided opportunities to conserve some areas of the North Maine Woods through purchase of conservation easements and fee title acquisitions, including a new Katahdin Woods and Waters National Monument. However, conservation easements do not fully protect these lands from some kinds of development that could adversely affect lynx and their habitat. For example, many conservation easements allow large-scale, industrial wind power development. We conclude that various forms of development in northern Maine will continue in the future.

The Core Team believeslynx in Maine would be more exposed to potential adverse impacts in a future scenario without Federal listing. The lynx is not State-listed in Maine but it is considered a species of special concern. There is rarely a nexus for Service review of forestry projects under section 7 of the ESA (i.e., no Federal funding or permits are typically required for forest management on private lands). Nevertheless, because of its Federal listing, the Canada lynx are a priority species for planning by Federal, Tribal, State, and private forest landowners. Although few private landowners have thus far made formal commitments to intentionally manage their forests for lynx, by virtue of their Federal listing status they at least consider the possibility of doing so in the future. This is particularly true of landowners who must plan for Federal listed species as a requirement of their enrollment in green certification programs. Without Federal listing, there would be no incentive or motivation for private forest landowners to change the current paradigm of partial harvesting and intentionally engage in forest management to benefit lynx. With current Federal listing, there is a nexus for the Service to review other projects in northern Maine (e.g., Army Corps of Engineers permits for wetland impacts); for new highways, transmission lines, large-scale energy development, mining, and residential and commercial development. Without Federal listing, few of these projects would consider lynx. Critical habitat has been an important consideration in the Federal review of the aforementioned kinds of development projects. Critical habitat also has had a positive influence on land conservation in northern Maine, with land trusts and non-governmental organizations using the lynx and their critical habitat as justification for seeking funds for conservation easements. This justification for habitat protection would no longer be valid if the DPS was not Federally-listed. The Core Team concludes that a future scenario without Federal listing would result in increased habitat loss and fragmentation and would result in reduced justification for habitat protection initiatives in northern Maine.

Rvsd Plan - 00003981

Lynx would be at greater risk without ESA section 9 prohibitions against take. There is currently a closed season on lynx, but it is uncertain whether legal trapping of lynx would resume in Maine if the DPS was not listed. If the DPS was not listed, it is possible that State-managed trapping could resume in this and perhaps other geographic units. We expect that would only occur if scientific evidence strongly suggested the presence of a harvestable surplus of lynx and that harvest quotas would be carefully managed to ensure that the viability of resident lynx populations would not be diminished. If the DPS was not listed, Maine's incidental take permit for trapping would not apply, and it is possible that some protective measures to minimize injury, take, and mortality of lynx could be diminished. Habitat mitigation for lethal take of lynx associated with the Maine trapping HCP also would cease. About 10 lynx have been illegally shot and reported or otherwise discovered since listing. Illegal shooting and non-reporting could increase without Federal protection. We believe several high-profile Federal law enforcement cases have helped to reduce illegal shooting of lynx.

After considering the lynx expert's opinions and the best available scientific information, the Core Team is less optimistic than the experts regarding the long-term (end-of-century) persistence of resident lynx in this unit. All potential stressorss – forest management, climate change, habitat loss and fragmentation, and development – are increasing in frequency, intensity, and extent. The amount of high-quality hare and lynx habitat created by clearcutting in the 1970s and 1980s recently peaked at unprecedented high levels that are unlikely to be achieved again. Because of state law, forest management has shifted dramatically away from clearcutting to many forms of partial harvesting, which on average support less than half the hare densities of regenerating clearcuts. Forest land ownership has, and continues to change, further subdividing private forest lands. Furthermore, hare densities have declined by half and have remained at these lower levels. Lynx habitat in the next few decades will shift south to areas that will be more influenced by climate change and northward range expansion by bobcats. Thus, we conclude that the carrying capacity to support lynx is diminishing, and the lynx population will decline as the quantity and quality of boreal forest habitat declines. There are few commitments by private forest landowners to manage specifically for lynx conservation.

After reviewing the best available scientific information, we believe that climate change will be a significant stressor to lynx in the Maine unit; perhaps more so than expressed by experts. Unlike other units, as snow condition decline there is little potential for elevational refugia for lynx in Maine. Spruce-fir is being replaced by northern hardwoods because of climate change. Frequent forest cutting and disturbance, including a pending spruce budworm outbreak, could accelerate conversion to northern hardwoods. We acknowledge that the rate of spruce-fir decline is uncertain, but note that some of the science reviewed indicates the spruce-fir forest type could nearly disappear from Maine by late-century under both low and high emissions scenarios. Climate change models portend declining snow conditions from low- to high-emissions. Because increases in temperature are thus far tracking high emissions scenarios we are less optimistic for snow conditions that favor lynx by mid- to late-century. In the past decade, interest in development has increased in lynx critical habitat, especially proposals for large-scale residential and resort development and extensive wind energy development that could cover hundreds of square miles. We conclude that these stressors, individually and cumulatively,

194

indicate diminished populations of lynx and their habitat. If these stressors are not abated, we believe that the probability of persistence will be lower by mid-century and that lynx will have a greater likelihood of extirpation by the end of the century than projected by experts.

## 5.2.2 Unit 2 - Northeastern Minnesota

Expert Projections of Lynx Persistence

The experts that we consulted indicated an initially high and subsequently declining probability of persistence of resident lynx in Minnesota, with increasing uncertainty through the end of the century (Lynx SSA Team 2016a, pp. 37-38). Near term drivers of the projected decline were climate-driven reduction in snow quality, quantity, and persistence; potential increased competition from bobcats; and forest insects. Long term drivers were climate-driven loss of spruce-fir forests; further reductions in snow quality, quantity, and persistence; potential competition from bobcats; and potential increases in wildfire activity.

Climate change was primarily associated with loss of boreal forest but also could potentially increase disease or insect outbreaks, and is likely to affect the amount of precipitation falling as good quality snow in the area of the state supporting lynx habitat. We heard varying prognoses from experts on the speed at which climate-induced loss of boreal forest will occur. The scientific literature suggests (and 1 of the climate change experts indicated) that loss of spruce-fir could occur relatively quickly in the Midwest and Northeast (but possibly more slowly elsewhere in the DPS because of potential elevational refugia), and all noted that an increase in northern hardwood composition of the forest is already occurring. Connectivity to lynx in Ontario reduces the likelihood of local extirpation in this geographic unit, but the likelihood would increase if connectivity was to become compromised in the future if habitat recedes northward and becomes increasingly fragmented on both sides of the border, as expected with continued climate warming.

Despite uncertainty, experts generally agreed that climate-related loss of favorable snow conditions (amount, consistency, and duration), loss of boreal forest, and potentially increased bobcat competition and hybridization are likely to reduce the probability of lynx persistence in this unit. Experts expressed uncertainty about the likelihood and severity of future insect outbreaks (and how this could affect future lynx habitat) and the potential introduction and spread of diseases.

Taking all of these factors into consideration, experts provided "most likely" persistence probabilities of 88 to 100 percent (median = 96 percent) in the near-term (year 2025), 60 to 90 percent (median = 80 percent) at mid-century, and 10 to 60 percent (median = 35 percent) at the end of the century (fig. 11). As they did for most other geographic units, all experts indicated an initially high and subsequently decreasing likelihood that resident lynx will persist in this unit, with uncertainty increasing substantially over time.

Rvsd Plan - 00003983



**Figure 11. Lynx expert estimates of the probability that the Northeastern Minnesota Geographic Unit will continue to support resident lynx in the future (at years 2025, 2050, and 2100).**

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - In Minnesota, the vast majority of lynx habitat that supports a long-term persistent lynx breeding population is administered by the SNF. This area includes designated critical habitat (79 FR 54782). The SNF consults with the FWS to consider the effects of any projects on lynx and its critical habitat and is anticipated to do so as long as the species is listed under the ESA. The SNF is currently implementing the 2004 SNF Plan (USFS 2004a, entire), which has direction based on the LCAS (Ruediger et al. 2000, entire) and the Canada Lynx Conservation Agreement (CA) between the Forest Service and the Service (USFS and USFWS 2000, entire), for all forest activities that occur within LAUs. Active management of forest lands can maintain, restore, or create lynx habitat, and the SNF has a long-term commitment to doing so. If the SNF continues to follow vegetation and wildland fire management and other applicable recommendations in accordance with the  LCAS (including consideration of new scientific information as it becomes available) in its Forest Plan, we expect that several risk factors will continue to be minimized and managed to promote the conservation of lynx within the SNF into the future. Management of lynx and its habitat on SNF land will remain in place until the forest amends or revises its LRMP. We expect that management

196

direction for lynx addressing vegetation management, wildland fire management, and habitat fragmentation on National Forest System lands will be incorporated into the revised or amended Forest Plans (LRMPs). Although management of lynx habitat and lynx conservation efforts on the SNF could change in the future if the DPS was not listed, the species would be placed on the Regional Forester's Sensitive Species list for a minimum of 5 years, which gives it a higher priority than other species for monitoring and management during that time.

The Chippewa and the Chequamegon-Nicolet National Forests occur outside the Northeastern Minnesota geographic unit and the area considered to be core lynx habitat (i.e., where lynx are persistent and are reproducing). However, because lynx occasionally occur on these forests, the Forest Plans for both also include direction based on the LCAS and the CA between the Forest Service and the Service for all forest activities that occur within LAUs (USFS 2004b, entire; USFS 2004c, entire). These 2 forests consult with the FWS to consider the effects of any projects on lynx and are anticipated to do so as long as the species is listed under the ESA. It is unclear if lynx habitat management and conservation efforts on these national forests would change if the DPS was not listed in the future.

Additionally, the Minnesota Department of Natural Resources (MNDNR) manages approximately 36 percent of the lynx habitat in this unit, and privately-owned lands make up about 16 percent of the unit. Under the Sustainable Forest Resource Act of 1995 (revised in 2014), the Minnesota Forest Resources Council (MNFRC) has developed guidelines for site-level timber harvesting and forest management (MNFRC 2013, entire; MNFRC 2014, entire). These voluntary guidelines are intended for private and State landowners and include some general recommendations for wildlife but are not specific to lynx (MNFRC 2014, pp. 4-5). It is expected that the MNFRC guidelines will remain in place into the future and that voluntary actions will continue. Private landowners, however, do not have an official commitment to land management. We cannot say with any certainty what proportion of privately owned land will follow those guidelines into the future, because following the guidelines is voluntary. The MNFRC guidelines are less comprehensive and are not specific to lynx, and therefore may not be as beneficial to lynx and lynx habitat as the lynx and hare specific direction followed by the Forests.

The NPS manages Voyageurs National Park, which is also within the Minnesota unit. Voyageurs National Park protects an area of 882 km$^2$, of which 534 km$^2$ (62 percent) is covered by forests and other uplands (Moen *et al.* 2012, p. 348), but does not have lynx specific direction in its management plan (NPS 2002, entire). The National Park consults with the FWS to consider the effects of any projects to lynx (NPS 2002, p. 26) and is anticipated to do so as long as the species is listed under the ESA. Lynx documented on and near Voyageurs National Park are probably transient animals (Moen *et al.* 2012, p. 348).

Approximately 1 percent of the Minnesota unit is managed by the Grand Portage Band of Chippewa, which has been actively working on lynx conservation since 2004. Timber sales and harvest practices on the reservation follow an integrated plan for priority wildlife management, sustainable economic development, and recreational uses. The Band's timber management

197

practices benefit snowshoe hares (Deschampe 2008, entire) and are expected to continue into the future.

In response to a 2008 court ruling, the MNDNR drafted a plan (currently under review by the Service) to minimize the likelihood that lynx would be incidentally trapped during otherwise legal trapping of other furbearers in Minnesota. As described above in section 3.1.2, the MNDNR designated a Lynx Management Zone (LMZ) where it enforces special trapping regulations to minimize the incidental take of lynx (MNDNR 2016a, pp. 53-55). In 2015, the MNDNR als issued emergency trapping rules in the LMZ mandating additional restrictions on the types of traps that may be used (MNDNR 2015, entire) to further reduce the likelihood of incidental take. If the DPS was not listed, we expect that the State would continue efforts to reduce incidental trapping of lynx. Although we consider it unlikely, it is possible that State-managed trapping of lynx could resume in the future if the DPS was not listed.If that were to occur, we assume the State would proceed only after demonstrating the level of harvest the population could sustain and carefully developing, enforcing, and monitoring a strict trapping quota system to ensure that harvest level would not be exceeded.

Climate Change - The direct and indirect effects of climate warming are expected to affect lynx in Minnesota (Siren *in* Lynx SSA Team 2016a, pp. 15 and Moen *in* Lynx SSA Team 2016a, p. 19) and could restrict their future range. As described in section 3.2, new information on regional climate change and potential effects to lynx habitat that has become availalbe since the DPS was listed suggests that lynx distribution and habitat is likely to shift northward in latitude and upward in elevation within its currently occupied range as temperatures increase. Because of its generally flat topography, this geographic unit presents little opportunity for elevational migration of lynx and lynx habitat. Other potential impacts of climate change include (1) diminishing snow depth, quality, and duration, perhaps resulting in increased competition from bobcats, coyotes, and other terrestrial hare predators and increased hybridization with bobcat, (2) conversion of spruce-fir to northern hardwoods, and (3) potential future isolation of resident lynx in this unit because of diminishing forest conditions in southern Ontario.

Gonzalez *et al.* (2007, pp. 8, 12-19) predicted the persistence of boreal forest and historical (1961-1990) snow suitability for lynx (95 percent historical and future probability of suitable snow) in this unit through 2071-2100, and suggested that the SNF could provide a potential refugium for lynx. Notaro *et al.* (2015, pp. 1668-1669) projected changes in lake effect snowfall using downscaled climate models (Abdus Salam International Centre for Theoretical Physics (ICTP) Regional Climate Model version 4 (RegCM4; Elguindi *et al.* 2011 and Giorgi *et al.* 2012 as cited in Notaro *et al.* 2015) for the Great Lakes Basin. Siren (*in* Lynx SSA Team 2016a, p. 15) stated that climate models show an increase in lake effect snow in the eastern Great Lakes until 2050, with a decline later in the century, with an overall decline in the amount and duration of snowpack in the Midwest.

Historical lynx records occurred in areas with at least 4 months (120 days) of continuous snow coverage (Gonzalez *et al.* 2007, p. 7). In northern Minnesota from 1959-1979, the number of days with snow cover ≥ 2.5 cm (1 in) ranged from 130 to 160 days; ≥ 15 cm (6 in), from 85 to

Rvsd Plan - 00003986

130 days; ≥ 30 cm (12 in), from 50 to 100 days; and ≥ 61 cm (24 in), from 10 to 30 days (Kuehnast *et al.* 1982, pp. 7-9). In the future, Notaro *et al.* (2015, p. 1675) projected a general reduction in the frequency of heavy lake-effect snowstorms during the twenty-first century, with the exception of projected mid-century increases around Lake Superior when local air temperatures are expected to remain low enough for precipitation to fall largely in the form of snow. The snow season in the Great Lakes basin is likely to become substantially compressed during the twenty-first century with dramatic increases in rainfall (Notaro *et al.* 2015, pp. 1676-1678). The Minnesota unit may be more vulnerable to snowpack loss due to lack of elevational refugia (Siren *in* Lynx SSA Team 2016a, p. 15).

Normal annual snowfall from 1981-2010 in northeastern Minnesota ranged from 140 to 241 cm/yr (55 to 95 in/yr)[26] and is projected to decline across the Great Lakes Basin in the future (Notaro *et al.* 2015, p. 1675). Snow conditions favorable for lynx (depth, consistency, and persistence) are projected to deteriorate in the Great Lakes Region. Notaro *et al.* (2015, pp. 1671-1674) projected a dramatic decline of Great Lakes ice cover that will become confined to the northern shallow lakeshores during mid-to-late winter by the end of the century. Ultimately, this leads to increased rainfall, not snowfall, as these projected reductions in ice cover and greater dynamically induced wind fetch lead to enhanced lake evaporation and total lake-effect precipitation (Notaro *et al.* 2015, pp. 1674-1678).

Climate change is projected to cause some northward contraction of boreal conifer forest in Minnesota (Gonzalez *et al.* 2007, p. 16, 18), with some potential loss of habitat at the southern portion of lynx habitat in the State but persistence of boreal forest in this geographic unit (Gonzalez *et al.* p. 2007, p. 19). Gonzalez *et al.* (2007, pp. 8, 13) also projected that northeastern Minnesota, including the SNF, would continue to have snow conditions suitable for lynx at the end of the century, and may serve as a refugium for lynx in the Lower 48 States. However, Moen (*in* Lynx SSA Team 2016a, p. 19) questioned this result, noting that the Gonzalez *et al.* model predicted a much larger distribution of suitable snow conditions than the area currently occupied by lynx in Minnesota. Moen presented preliminary snow modeling results that project snow conditions suitable for lynx could shrink significantly by 2055, be limited to extreme northeastern Minnesota by 2070, and could be entirely absent from the state by 2095 (Moen and Catton *in* Lynx SSA Team 2016a, p. 19). Frelich (*in* Lynx SSA 2016, p. 14), concluded that Minnesota could lose the boreal biome completely, possibly within the next 60 to 70 years, with unmitigated climate change. Similarly, Galatowitsch *et al.* (2009, pp. 2015-2016) concluded that the boreal forest of the Northern Superior Uplands (which encompass this geographic unit) will likely be lost by 2069 as a result of warmer summers and more frequent and longer droughts associated with climate change. If a refugium for lynx does persist in this unit in the future, it would likely only consist of the small area in Cook County (the extreme northeastern corner of the unit) with slightly higher elevations (518-701 m [1,700-2,300 ft]) than the majority of the area that is now considered lynx core habitat and would, therefore, support a much smaller number of resident lynx than likely occur in the unit now. Although uncertainties remain, as elsewhere, about the timing and magnitude of future climate-driven impacts, lynx

---

[26] http://www.dnr.state.mn.us/climate/summaries_and_publications/normals_snow_1981_2010.html; accessed 5.24.2016.

Rvsd Plan - 00003987

populations in Minnesota are expected to recede northward and decline over the next century (Lynx SSA Team 2016a, pp. 37-38).

<u>Vegetation Management</u> - Vegetation management similar to that conducted under current Forest Plans will likely continue into the future on Forest Service lands in Minnesota as long as the DPS is listed. These activities include timber harvest (thinning, clear-cutting, shelterwood, partial cut, and uneven-aged cutting); wildlife restoration projects that involve tree cutting, shearing, burning, seeding, and planting; prescribed burning for ecological purposes, hazardous fuel reduction, and site preparation; and mechanical site preparation. If the DPS is de-listed, the species would be placed on the Forest's Regional Forester Sensitive Species list for a minimum of 5 years, which gives it a higher priority than other species for monitoring and management during that time; however, it is unclear what the forest management would entail during or after that period of time.

Vegetation, timber, and minerals management authorized under current Forest Plans in Minnesota have the potential to adversely affect lynx and lynx critical habitat by reducing habitat quality for denning, foraging, and dispersal; disrupting travel, resting, and foraging patterns; disturbing denning females; and reducing habitat quality for lynx prey species, especially snowshoe hares. Depending on the timing, frequency, intensity, extent, amount, or other conditions, impacts may be variable among similar projects. Using the LCAS as a basis, the Forest Plans have incorporated a number of components that would reduce the risk of those impacts into the future. We expect that management direction for lynx addressing vegetation management on National Forest System lands in the future will be incorporated into revised or amended forest plans, using LCAS as a basis. Future Forest Plan revisions will likely maintain broad direction to design and implement vegetation management projects to maintain or restore conditions for lynx foraging and denning habitat and to maintain or improve juxtaposition of required habitat types and connectivity.

Over the long term, the Forest Plan will alter vegetation patterns on the landscape. Suitable hare habitat was predicted to decrease over time with implementation of the Forest Plan, but has actually increased since 2004 (USFWS 2011b, p. 51). Management activities that create unsuitable conditions for hare generally include clear-cut and seed tree harvest, and might include management-ignited fire, mechanical site preparation, salvage harvest, and shelterwood and commercially-thinned harvest, depending on unit size and remaining stand composition and structure. Suitable hare habitat is predicted to remain above the range of natural variation, which is essentially a description of conditions that existed prior to European settlement (1600 – 1900 A.D.) of the area (USFS 2004a, p. 105). Further, unsuitable habitat for lynx would vary only slightly with continued implementation of the Forest Plan and would remain distinctly below the maximum of 15 percent unsuitable in a decade prescribed in the LCAS and incorporated into the Forest Plan. Current (2010) unsuitable habitat levels are below what was predicted in the 2004 (USFWS 2011b, pp. 51-52). Because suitable habitat on National Forest System lands alone is such a high percentage within LAUs and the SNF is the majority landowner within most LAUs, we expect that in the future, the Forest would not approach the LCAS maximum of 30

Rvsd Plan - 00003988

percent of lynx habitat on all ownerships in an unsuitable condition within an LAU at any time, which would be ensured by corresponding guidance in the Forest Plan.

Wildland Fire Management - Unlike the Maine unit, the susceptibility of the Minnesota unit to fire may be reduced by periodic spruce budworm outbreaks. Measurable defoliation from spruce budworms has occurred in Northeastern Minnesota continuously since 1954 and is expected to continue into the future (Russell and Albers 2016, entire). Modeling to evaluate the relative strength of interactions between spruce budworm outbreaks and fire disturbances in the BWCAW showed that budworm disturbance can partially mitigate long-term future fire risk by periodically reducing live ladder fuel within the forest types of the BWCAW but will do little to reverse the compositional trends caused in part by reduced fire rotations there (Sturtevant *et al.* 2012, pp. 1286-1292). The SNF manages for wildfires through preventative measures such as fuels reductions, but does not manage for wildfires in the BWCAW. Natural successional changes and those associated with natural phenomena, such as wildfire or windstorms, are the dominant force in BWCAW ecosystems and are expected to continue to be in the future.

Habitat Fragmentation - Ravenscroft *et al.* (2010, p. 329) considers northeastern Minnesota forest landscape as largely unfragmented. The BWCAW remains intact and contiguous with Canada. Within the SNF, natural disturbances and vegetation management activities make up most of the annual human-caused fragmentation in actively managed portions of the Forest. These areas typically re-vegetate within 3 to 5 years, depending on the forest type and number and type of activities (USFS 2011a, p. 119). The SNF's Forest Plan (USFS 2004a, Appendix E) provides direction on limiting lynx habitat fragmentation and the Forest actively consolidates habitat through land acquisitions and exchanges. The Forest direction limiting habitat fragmentation is expected to continue as long as the DPS is listed.

*Fragmentation, Development, and Human Access* - Throughout the SNF and northern Minnesota, human activities have reduced connectivity between patches of suitable lynx habitat. Development for residential and commercial uses, as well as roads, railroads, and utility corridors have all interrupted linkage corridors. Still, much of the land within the Forest remains undeveloped and lynx habitat remains relatively intact and well connected. This is particularly true on the SNF, which has a "high standard" road density of roughly 0.45 mi/mi$^2$ outside the BWCAW.

Human access to lynx habitat occurs by foot and motorized vehicle, including recreational and off-road motor vehicles (RMVs and ORVs), and generally occurs on trails, low standard roads, and temporary roads developed for management operations, particularly timber harvests, and more recently, minerals exploration. While open, these roads provide access to lynx habitat. As northern Minnesota has become more developed and the human population has increased, the SNF has sustained increased visitation in recent years (USFS 2011a, p. 5) which increases the opportunity for human-lynx encounters, especially by trappers. Lynx are likely to continue to be incidentally trapped at the current rate as a result of continued access via low standard roads and trails on the Forest. Any corridor open to RMVs provides the potential for Forest visitors to incidentally trap, shoot, or collide with lynx. Temporary road construction for minerals

Rvsd Plan - 00003989

exploration projects may contibute significantly to temporary road densities and increase human access during the time the roads are being used. Temporary roads in mineral exploration projects may stay open longer (1-15 years) than those predicted by the Forest Plan EIS for resource management (1-5 years). If these sites are left accessible to the public, then human-lynx conflicts may increase. Additionally, intersections of new roads, closed temporary roads and/or roads open to the public are likely to become parking areas for cars, which would indirectly increase public access. Further, these corridors could increase potential competition through increased snow compaction. Effective road closures, however, may reduce the potential effects to lynx and their habitat.

*Energy and Mineral Development* - Mining (e.g., iron ore and taconite mining) is occurring at several locations in or near the lynx core habitat area in northeastern Minnesota (MNDNR 2016c, entire). Large-scale mining operations on non-Forest land could result in irreversible or irretrievable loss of lynx and hare habitat. Minerals exploration has increased and is occurring at many locations in northeastern Minnesota, which may lead to more large-scale mining projects. Vegetation clearing for minerals exploration projects may have temporary impacts to lynx and hare habitat at drill pad sites, although impacts from pad sites are expected to be minimal and temporary because the foot print of individual drill pads is typically small and the cleared land is expected to re-vegetate. Drill pad site preparation includes vegetation clearing on small patches of land (average of approximately 0.6 ha [1.6 ac]). This cleared land may provide snowshoe hare habitat after it has time to revegetate. Mineral exploration activities use existing Forest roads but also may require construction of new roads and may potentially add a significant number of road miles. Land exchanges associated with  proposed mining sites could result in a loss of lynx and hare habitat under Forest management, but may also result in consolidation or gain of habitat with newly acquired lands (*e.g*, the Forest may able to consolidate lands that they can then manage for lynx). Stone quarry extraction operations are also scattered throughout the unit (MNDNR 2016c, entire) and may impact lynx and hare habitats.

Conclusion

We concur with the expert panel that this unit is very likely to continue to support resident lynx in the near-term (2025) and mid-term (2050). However, after reviewing the scientific literature concerning climate change projections (diminishing snow conditions, northward contraction of boreal forest, lack of elevational refugia, potential for increased competition, disease, and insect outbreaks), some Core Team members were less optimistic about the future of lynx in Minnesota than the lynx expert panel. Depending on future emissions levels, the likelihood that this unit will continue to support resident lynx at the end of the century may be lower than the 35 percent (median most likely) estimate based on expert opinion. The threat for which the lynx was listed, lack of specific conservation direction, associated regulations, and lynx forest management planning has not been addressed on private lands in Minnesota, except through voluntary guidance. There is some uncertainty about the future of forest management and future development on private forest lands in Minnesota and in adjacent lands in Ontario, although there are some basic voluntary management guidelines for private lands in Minnesota. Further, if the DPS is de-listed, there is uncertainty whether the lynx direction on Forest lands would

Rvsd Plan - 00003990

continue into the future. It is projected that habitat will diminish and recede northward over the mid- to longer-term because of continued climate warming. Hybridization and competition with bobcat also may increase with diminishing snow conditions because of continued climate warming, and it is uncertain how insect outbreaks or disease may affect habitat and lynx in this unit.

The Core Team believes the Minnesota lynx populations would be expected to decline more rapidly in a future scenario without Federal listing. The lynx is designated as a species of special concern (MNDNR 2013, p. 2), a less restrictive designation than state threatened or endangered. There is a closed season on lynx, and it is expected that intentional take would continue to be prohibited until the population reached sustainable levels defined by the state. In Minnesota, the large proportion of lynx core area owned by the Forest Service provides a nexus for USFWS review of Forest projects under section 7 of the Endangered Species Act (i.e., there is rarely federal funding spent on forestry and no federal permits required for forest management on private lands), which would be lost post de-listing. Because of their Federal listing, Canada lynx are recognized as a priority species for planning by Federal, Tribal, State, and private forest landowners. Voluntary guidelines that consider the Federal listing status may guide private landowners to consider measures to help conserve listed species in the future. Without Federal listing driving voluntary conservation guidelines, however, there could be reduced incentive for some private forest landowners to intentionally engage in forest management to benefit lynx. With current Federal listing, there is a nexus for the USFWS to review other projects in northeastern Minnesota (e.g., Army Corps of Engineers permits for wetland impacts) for new highways, transmission lines, large-scale energy development, mining, and residential and commercial development. Without Federal-listing, the agencies funding or permitting these projects would not be required to consider impacts to lynx and designated critical habitat. The Core Team concludes that a future scenario without Federal listing would likely result in increased habitat loss and fragmentation and reduced incentive for habitat protection initiatives in northeastern Minnesota.

Lynx would be at greater risk without Endangered Species Act section 9 prohibitions against take. In a future scenario without Federal listing, Minnesota's incidental take planning effort for trapping would become moot, likely resulting in diminished protective measures to minimize injury, take, and mortality of lynx. Even with these prohibitions and protections, incidental trapping of 16 lynx has been reported in Minnesota since listing, resulting in at least 6 mortalities. It is uncertain if lynx would become a legally trapped furbearer in Minnesota if the DPS was not listed (although a legal wolf hunt was reinstated after that species was delisted in Minnesota, so regulated trapping could also be considered for lynx if the DPS was not listed). Seven lynx have been illegally shot and reported or otherwise discovered since listing. Illegal shooting and non-reporting could increase without Federal protection. Education efforts by Federal and State agencies and law enforcement agents may have helped to reduce illegal shooting of lynx in this unit. With a diminished snow regime, populations of bobcats could increase and expand north and eastward into areas currently occupied by lynx. Incidental take of lynx from bobcat trapping and hunting activities would likely increase without Federal listing. Similarly, fisher, fox, and coyote populations may increase in a diminished snow regime in

203

northern Minnesota and trapping would be expected to occur there that could lead to greater incidental take of lynx. We believe that despite a closed hunting and trapping season, incidental take would continue and possibly increase and could become a significant stressor to a population of lynx that could be substantially diminished between mid- and late-century.

After considering the best available scientific information, including the opinions of lynx experts summarized above, the Core Team was less optimistic than the experts about the long-term (end-of-century and beyond) likelihood that resident lynx will persist in this geographic unit. All potential stressors –climate change, habitat loss and fragmentation, mining and development – are increasing in frequency, intensity, and extent. Lynx habitat in the next few decades will likely shift north to areas that will be more influenced by climate change and northward range expansion by bobcats. Thus, we conclude that this unit's ability to support resident lynx will likely diminish in the future, and the lynx population will likely decline as the quantity and quality of boreal forest habitat declines. Although there are voluntary forest management measures to consider listed species on private forest lands, there are no commitments by private forest landowners to manage specifically for lynx conservation. We also believe that climate change will be a significant stressor to lynx in this unit; slightly more so than expressed by most of the experts. Snow depth and duration in the area currently supporting resident lynx are projected to decline significantly by the end of the century, likely to the detriment of both hare and lynx populations. Unlike most other units, as snow condition decline there is little potential for elevational refugia for lynx in Minnesota except, perhaps, a small area of slightly higher elevation in the extreme northeastern corner of the unit. The boreal forest in this unit is already being replaced by northern hardwoods because of climate warming. Frequent forest cutting and disturbance, including a potential insect outbreak, could accelerate conversion to northern hardwoods. We acknowledge that the rate of boreal decline is uncertain, but note that some of the modeling we reviewed suggests that the spruce-fir forest type could nearly disappear from Minnesota by late-century under both low and high emissions scenarios. Climate models also portend declining snow conditions under low- and high-emissions scenarios. Because increases in temperature are thus far tracking high emissions scenarios, we are less optimistic for snow conditions that favor lynx by mid- to late-century. In the past decade, interest in development has increased in lynx critical habitat, especially proposals for large-scale mining developments. Although we expect resident lynx to persist in this unit through 2025 and 2050, we conclude that the stressors described above, individually and cumulatively, could diminish lynx habitat and numbers in this unit. If these stressors are not abated, we believe that resident lynx in this unit will face a slightly greater risk of extirpation by the end of the century than was predicted by lynx experts.

## 5.2.3 Unit 3 - Northwestern Montana/Northeastern Idaho

Expert Projections of Lynx Persistence

When considering the probability that this unit would continue to support resident lynx in the future, experts noted that despite projected losses of favorable forest and snow conditions, climate models project that some boreal forest will persist in this unit and that it will maintain

some areas of suitable snow into the future. Experts also noted that lynx in this unit primarily occupy public lands, which are actively managed for lynx into the future. Experts also considered recent and projected future increases in wildfire frequency, size, and intensity (Lynx SSA Team 2016a, pp. 41-43). Additionally, because of its connectivity to lynx populations and habitats in Canada, its large geographic extent, and the relatively large number and broad distribution of resident lynx it is thought to support, experts felt that future extirpation of lynx from this unit from either reduced genetic health or a catastrophic event is unlikely (Lynx SSA Team 2016a, pp. 25-34).

Overall, experts assigned a higher likelihood of persistence in this unit compared to the other geographic units. Most lynx habitats in this unit occur on Federal lands that are managed for lynx conservation, but 1 expert noted that little has been done to document whether lynx are responding to this management. The recent sale of large tracts of private commercial timberlands in the central part of this unit to The Nature Conservancy has increased protection for lynx via conservation easements managed for lynx. Habitats in some areas should improve in the near future as previously cut or burned areas mature into dense stands. Unlike the Maine and Minnesota geographic units (but similar to most other western units), high elevations in this unit could buffer the effects of climate change by providing for the upslope migration of lynx habitats and snow conditions that climate models predict. However, this would result in even patchier and more isolated islands of habitat in high elevation areas that would be more prone to extirpation from catastrophic or stochastic events. Competition from coyotes and bobcats seem to be less of a concern for this unit.

This unit has unimpeded connectivity with Canada, but some experts questioned whether this geographic unit depends on intermittent immigration of lynx from Canada, and whether the historical lynx population cycles in Canada believed to have fueled such immigration are still occurring or will into the future. There doesn't appear to be much demographic input from recent cycles. There is evidence of lynx from this unit moving north into Canada, but little evidence of demographic interactions among the 3 subpopulations (Purcell Mountains, Seeley Lake, and Garnet Mountains) in this unit. Experts noted that the Garnet Mountains subpopulation at the southern end of this unit may have recently become extirpated (a single lynx was later [February, 2016] confirmed by DNA analysis in this area, suggesting the potential for natural recolonization of this range, but no other lynx were documented during winter 2016/2017).

Discussion among experts indicated that fire was more of a concern for this unit. Increased fire extent and severity or other catastrophic events and small subpopulation effects in separated mountain ranges could affect lynx persistence in the future in some parts of this unit. Fire exclusion in this area for the last 100 years likely resulted in the accumulation of fuels; however, this unit may have a reduced probability of a catastrophic fire over time because of recent changes in management and recent fires that may have reduced fuels. Out to the year 2050 and beyond, some experts felt there may be more pressure on lynx populations in this unit from continued increases in fire extent and severity. Other experts expressed a different opinion of the overall effect of fire in this unit, indicating that it may actually improve habitat over time, and

205

that whether fires improve or degrade habitat depends on the frequency, intensity, size and spatial extent of future fires.

Experts discussed the possibility for increased precipitation and warmer temperatures in this unit because of climate change, and how this might affect lynx habitats. Boreal/subalpine forest may move up in elevation as described above; however, experts expected a shift in forest composition and diminished lynx habitat quality in the future with climate change. It is unknown how much the distribution of dry ponderosa pine (non-habitat for lynx) will increase with climate change, but it is likely to happen at some level. One expert cautioned that some climate modelers estimated that vegetation will lag about 50 years behind the projected changes in temperature and precipitation. Snow levels in lower elevation areas are already decreasing in some areas, which could lead to smaller areas for lynx to use in winter in the future.

Taking all of these factors into consideration, experts provided "most likely" persistence probabilities of 95 to 100 percent (median = 98 percent) in the near-term (year 2025), 70 to 100 percent (median = 90 percent) at mid-century, and 50 to 90 percent (median = 78 percent) at the end of the century (fig. 12). As they did for most other geographic units, all experts indicated an initially high and subsequently decreasing likelihood that resident lynx will persist in this unit, with uncertainty increasing substantially over time.



**Figure 12. Lynx expert estimates of the probability that the Northwestern Montana/Northeastern Idaho Geographic Unit will continue to support resident lynx in the future (at years 2025, 2050, and 2100).**

206

Rvsd Plan - 00003994

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - Federal, State, and Tribal regulations and land management direction could change in the future, but such changes and their potential impacts on lynx populations and habitats are difficult to predict. Because most (84 percent) of this geographic unit consists of Federal lands, the regulations and guidance that govern management of those lands have the greatest potential to influence future lynx habitats and populations in this unit. When Forest Service, Park Service, and BLM management plans are revised or amended, they require opportunities for public participation in accordance with several statutes (e.g., the National Environmental Policy Act [NEPA], National Forest Management Act [NFMA], National Parks and Recreation Act, Federal Land Policy and Management Act [FLPMA]; USFWS 2014 pp. 26-34, also see 3.1). If plan amendments or revisions may affect listed species, management agencies must consult with the Service in accordance with section 7 of the ESA. If in the future the lynx DPS is determined by the Service to no longer warrant listing under the ESA (i.e., if the DPS is removed from the *Federal Lists of Endangered and Threatened Wildlife and Plants*), the ESA requires the Service, in cooperation with the States, to monitor the DPS for a minimum of 5 years to assess its ability to sustain itself without the ESA's protective measures. If, within the designated monitoring period, threats to the DPS change or unforeseen events affect its stability, then the DPS could be relisted or the monitoring period extended. Given these requirements, we expect that future Federal management direction will continue to include regulations and guidance protective of lynx, although specific measures may change as new information becomes available.

We anticipate that future Federal management direction will include continued management of national parks, designated wilderness and roadless areas, and other areas with nondevelopmental land-use allocations to maintain natural ecological processes, which should maintain natural disturbance regimes and landscape-level habitat mosaics to which lynx are adapted (although continued climate warming [see below] may preclude maintenance of historical disturbance and landscape patterns). Regardless of the future listing status of the DPS, these lands will continue to be managed in accordance with the acts described above, as well as the National Park Service Organic Act and the Wilderness Act.

We also expect that Federal management into the future will include continued management of lands with developmental allocations to avoid or minimize potential impacts of vegetation management (timber harvest, thinning, salvage logging, other silvicultural prescriptions), wildland fire management (fire suppression, fuels reduction, prescribed fires), energy exploration and development, recreation, or other management activities with the potential to affect lynx. Current and likely future objectives include (1) managing vegetation to mimic or approximate natural disturbance and succession processes while maintaining habitat components necessary for lynx conservation; (2) providing a mosaic of habitat conditions through time that supports dense horizontal cover, high hare densities, and winter hare habitat in both young regenerating and mature multi-story forest stands; (3) using fire (natural and prescribed) to restore ecological process and maintain or improve lynx habitat, and (4) focusing vegetation management in areas with potential for improving winter hare habitat (BLM 2004a,

207

pp. 2-3; USFS 2007, Attachment 1, p. 2). Although specific standards and guidelines may change as new scientific information and management techniques become available, we anticipate continued Federal management designed to conserve or restore the capacity of the areas that historically or recently supported resident lynx populations, including the Northwestern Montana/Northeastern Idaho Geographic Unit, to continue to do so in the future.

On non-Federal lands (about 16 percent of this unit), as described above (sections 3.1.1 and 4.2.3, Habitat Status), recent acquisitions and conservation easements on some of the private lands in this unit will also reduce the likelihood of future adverse impacts to important lynx habitats. Similarly, the MTDNRC HCP includes a 50-year commitment to manage most (64 percent) State lands in this unit to conserve lynx foraging, denning, and connectivity habitats. Additionally, the Confederated Salish and Kootenai Tribe's objective to manage wildlife and habitats on the Flathead Reservation for future generations (section 3.1.2, Tribal Management) suggests continued management to conserve lynx habitats on Tribal lands.

Given the commitments and management objectives and practices described above, implementation of current and future regulatory mechanisms will likely continue to support conservation and restoration of lynx habitats in this unit and improve the likelihood that it will continue to support resident lynx into the future.

If the DPS was not listed, it is possible that State-managed trapping could resume in this and perhaps other geographic units. We expect that would only occur if scientific evidence strongly suggested the presence of a harvestable surplus of lynx and that harvest quotas would be carefully managed to ensure that the viability of resident lynx populations would not be diminished.

Climate Change - The recent evidence of climate change and the numerous mechanisms by which continued warming may affect future conditions for lynx and the potential consequences for the DPS and specific geographic areas are described in detail in section 3.2. Also, as noted above in section 4.2.3, evidence of warming and related impacts (increased temperatures, reduced snowpack, earlier snowmelt, and increased drought leading to increased fire) have already been documented in the Northern Rocky Mountains, including this geographic unit. Climate projections suggest these impacts are likely to continue and to result in future northward and upslope contractions of the snow conditions and boreal/subalpine vegetation communities that support lynx. This is expected to cause loss and increased fragmentation and isolation of lynx and hare habitats and, therefore, declining and more vulnerable lynx populations in the DPS and in this geographic unit (Carroll 2007, entire; Gonzalez *et al.* 2007, entire; ILBT 2013, pp. 69-71; 79 FR 54810-54811; Lawler and Wilsey *in* Lynx SSA Team 2016a, pp. 15-16; Siren *in* Lynx SSA Team 2016a, p. 15).

Snow conditions in this unit are projected to become less favorable, with an overall decrease in snowpack after mid-century as a result of a shorter snowfall season, fewer days with snowfall, and a lower proportion of winter precipitation in the form of snow (more as rain; Siren *in* Lynx SSA Team 2016a, p. 15). In this unit, the probability of snow conditions comparable to those

Rvsd Plan - 00003996

associated with historical lynx occurrence records is modeled to decline from 90-95 percent from 1961-1990 to 50 percent across much of the unit by the end of this century (years 2071-2100), although some parts of this unit are projected to retain favorable snow conditions (Gonzalez *et al.* 2007, pp. 12-14; Lynx SSA Team 2016a, pp. 15, 41). Tennant *et al.* (2015, pp. 2818-2820) simulated snowpack loss in the Northern Rockies (ID, MT, WY) and predicted that watersheds between 1,000 - 2,000 m (3,281 – 6,562 ft) elevation would experienced the greatest snowpack losses, while those > 2000 m (6,562 ft) would be more resilient to significant warming. Given the greater predicted snowpack persistence at some elevations used by lynx in this unit and the considerable area of potential climate refugia in mountainous terrain (Dobrowski 2011, pp. 1027-1029; Curtis *et al.* 2014, entire; Holden *et al.* 2015, entire; Morelli *et al.* 2016, entire), at least a portion of lynx distribution in this unit is likely resilient to climate-driven losses in snowpack (IDFG 2017a, p. 7).

There will likely be a lag time between the loss of favorable snow conditions and an eventual shift or contraction in vegetative communities (Lynx SSA Team 2016a, pp. 43, 59; also see section 3.2), but continued warming is projected to convert much of the boreal forest in this unit to temperate conifer forest by the end of the century (Gonzalez *et al.* 2007, pp. 15-17). The ability of lynx and hare populations to persist during this lag and to adjust to future habitat distributions is uncertain, but habitat quality, quantity, distribution, and connectivity are expected to decline, likely compromising this unit's future ability to support resident lynx populations.

Climate change has also been linked to increased wildfire size, frequency, and intensity in this geographic unit, and to increased frequency and extent of forest insect outbreaks in other parts of the DPS. These factors are likely to have temporary impacts on future lynx habitat, with regeneration to hare and lynx foraging habitat 20-40 years post-disturbance, depending on local climate, elevation, and topography. However, if extensive areas are affected, the ability of these landscapes to continue supporting resident lynx may be compromised, and lynx populations may be unable to persist until favorable vegetation conditions return. This is especially true where habitats and populations are naturally fragmented and patchily-distributed, and where landscape-level hare densities are already marginal, which appears to be the case for much if not all of this geographic unit.

Climate change has also been implicated in observed declines in the amplitude of northern hare and lynx population cycles (Yan *et al.* 2013, p. 3269). If lynx populations in this geographic unit are influenced (as is suspected) by intermittent immigration from the north, and if climate change diminishes the likelihood of future immigration via muted northern lynx population cycles, the future persistence of resident lynx in this unit is uncertain (see also Other Factors, below).

Given the factors described above, recent and projected future climate warming will likely reduce this geographic unit's ability to continue to support resident lynx into the future. The timing and magnitude of climate-driven impacts are uncertain; however, all are anticipated to adversely affect, and none are expected to benefit, lynx populations in this geographic unit. Climate model uncertainties and resolution limits, combined with our imperfect understanding of

209

historical and current lynx numbers and habitat distributions, preclude quantifying future habitat quality and distribution or lynx population dynamics in this unit. Nonetheless, it appears likely that continued climate warming will reduce future habitat quality and quantity and, therefore, the likelihood that this geographic unit will support resident lynx in the future.

Vegetation Management - Future vegetation management and, therefore, its implications for future lynx habitats and populations in this unit, are closely linked to the current and future regulatory mechanisms described above. As noted, we expect future vegetation management on all Federal and most non-Federal lands in this unit to continue to focus on maintaining and restoring lynx habitats by implementing standards, guidelines, and BMPs based on the best available scientific information. We expect these measures to continue to benefit lynx by limiting detrimental effects of timber harvest, thinning, fuels management, etc., and by encouraging the use of these activities to restore, improve, or create high-quality hare and lynx foraging habitats where feasible.

Wildland Fire Management - As noted in sections 3.4 and 4.2.3, past wildfire management, including fire suppression, does not appear to have altered the historical fire regime in lynx habitats in the western contiguous United States, including this geographic unit. Also as noted there and in sections 3.1.1 and the Regulatory Mechanisms section of this chapter, current Federal management restricts, with few exceptions, fire management (fuels reductions, prescribed fires, etc.) impacts to lynx habitats, and it promotes the use of such activities and wildfire response to conserve and restore lynx and hare habitats. We expect such conservation-focused fire management to continue and, therefore, to benefit lynx rather than to affect them detrimentally in the future.

However, as also noted in section 4.2.3, increased wildfire frequency, size, and intensity have been documented in this geographic unit, and that pattern is anticipated to continue in the future with continued climate warming. Although this increased wildfire activity does not appear to have diminished this unit's current ability to support resident lynx, it could do so in the future depending on the location, timing, and extent of future fires. As described in section 3.4, increases in fire frequency and size could rapidly convert large areas to the temporarily unsuitable stand-initiation successional stage, thus reducing the amount and altering the distribution of higher-quality habitats and potentially compromising this unit's ability to support a resident lynx population until burned habitats recover. Because lynx habitats are naturally patchily-distributed and landscape-level hare densities already marginal in many parts of this unit, it is possible that very large wildfires or many fires over a short time period could shift some parts of this unit from being just barely capable of supporting resident lynx to being incapable of doing so in the future. Although fire suppression was considered a potential risk factor for lynx in the DPS range, given the trends discussed above and the likely continued increase in future fire activity resulting from continued climate warming and drying, it may be necessary to reconsider whether fire suppression in some lynx habitats could benefit lynx by reducing the potential for extirpation of resident populations, especially in places already apparently only marginally capable of supporting them.

Rvsd Plan - 00003998

Habitat Loss/Fragmentation - As described above in section 4.2.3, lynx habitats in this unit are naturally fragmented but otherwise appear to be largely intact relative to historical conditions in most of this geographic unit. Although some localized impacts of past timber harvest and related activities have likely occurred, anthropogenic habitat loss or fragmentation does not appear to have broadly diminished this unit's ability to support resident lynx. Current and probable future management for conservation of lynx habitats suggests that broad-scale habitat loss or fragmentation resulting from timber harvest and other development activities are unlikely. The most likely sources of future habitat loss and fragmentation in this unit are the climate-mediated influences discussed above:  increased wildfire activity and the projected contraction of vegetation and snow conditions favorable for lynx. Increased frequency, size, and severity of forest insect outbreaks, also driven by climate warming, has been documented in other geographic units and could occur in this unit in the future, too, resulting in temporary habitat loss and increased (though also temporary) fragmentation.

Additional highway construction and other transportation developments are likely in this unit, but the future locations, size, and potential impacts of such projects are difficult to predict. We are not currently aware of plans for specific major highway/road projects in this unit that would potentially impact lynx habitats and increase future habitat loss or fragmentation. Other potential sources of future habitat loss and fragmentation include recreation, minerals/energy development, and backcountry roads and trails; these are all considered second tier anthropogenic influences (ILBT 2013, pp. 78-85) that are unlikely to exert population-level influences, despite potential impacts to individual lynx.

Other Factors: *Connectivity/immigration* – As described above and in section 4.2.3, maintaining connectivity between this geographic unit and lynx populations in Canada is thought to be important, although it is uncertain if or to what degree immigration of lynx from Canada is essential to the persistence of lynx in this unit. A number of climate-mediated factors have been suggested as contributing to changes in the periodicity and amplitude of northern lynx and hare population cycles (see section 3.2), which could alter the timing and magnitude of lynx immigration into the contiguous United States from Canada. If lynx populations in this unit rely on immigration from Canada which is no longer occurring or has been substantially reduced relative to historical conditions, population declines and a reduced probability of persistence among resident populations would be expected.

Although the extent to which this factor may influence lynx populations in this unit is unknown, the population growth rate estimated for the Seeley Lake area ($\lambda$ = 0.92, declining trend 1999-2007; Squires *in* Lynx SSA Team 2016a, p. 20) may reflect a gradual decline of a resident lynx population that needs but is not receiving adequate immigration. If this growth rate was applied continuously to a hypothetical resident population of 250 lynx (the midpoint of the range in the number of resident lynx this geographic unit may support based on expert opinion [Lynx SSA Team 2016a, p. 41]), the population would decline to 100 lynx after 11 years, about 50 lynx after 20 years, and roughly 20 individuals after 30 years. Vulnerability to demographic, environmental, and genetic stochasticity would increase as lynx numbers decreased, resulting eventually in an increased likelihood of functional extirpation of lynx from this unit (i.e., a lower

Rvsd Plan - 00003999

probability that the unit would continue to support a persistent resident lynx population). However, Schwartz (2017, p. 4) noted that very low immigration rates (less than 1 female/year on average for a theoretical population of 100 lynx) could provide population stability or even growth, suggesting that the Seeley Lake population and perhaps other DPS populations are probably being sustained by low levels of undetected immigration. Additionally, as noted above, the lynx population in the Purcell Mountains in the northwestern part of this unit was estimated to be increasing (λ = 1.16, 2003-2007; Squires *in* Lynx SSA Team 2016a, p. 20) over the last 4 years of the period for which the Seeley Lake population was estimated to be declining. In the absence of information on historic, recent, and likely future rates of immigration and its contribution to the persistence of lynx populations in this geographic unit, impacts of potentially reduced future immigration are difficult to project and are largely speculative at this time.

Conclusion

After reviewing the scientific literature and evaluating the factors that may influence lynx persistence in this unit, we concur with the experts' conclusion that this geographic unit is likely the most secure in the DPS. We conclude that it is very likely to continue to support resident lynx in the short term (through 2025) and through mid-century, although the number of lynx, the amount and distribution of high-quality habitat, and landscape-level hare densities are all likely to decline by mid-century as a result of continued climate warming and associated impacts. We also agree that this unit is more likely than not to support some resident lynx at the end of this century, although at that time we expect lynx numbers and distribution would be substantially reduced from the current condition and would, therefore, be more vulnerable to demographic, environmental, and genetic stochasticity and to catastrophic events, resulting in diminished resiliency. We acknowledge that under a *status quo* or increasing greenhouse gas emissions scenario the rate of climate-mediated loss, fragmentation, and isolation of habitat could, perhaps in concert with other factors (e.g., continued increases in wildfire size, frequency, and intensity and decrease in or complete loss of immigration from Canada), result in the functional extirpation of resident lynx from this unit before the end of the century. We also acknowledge, however, that there is great uncertainty with all persistence predictions that far into the future.

## 5.2.4 Unit 4 - North-central Washington

Expert Projections of Lynx Persistence

Compared to most other units, expert predicted a lower probability of persistence for this unit over the short term, and then a similar declining trajectory, with increasing uncertainty, by the end of the century, reflecting a more pessimistic outcome for this geographic unit than most other units (Lynx SSA Team 2016a, pp. 43-45). Experts felt that the probability of lynx persistence in this unit could decrease sharply over the next 10-20 years because of extensive recent fires in lynx habitats and the time needed for these areas to regenerate back to good hare/lynx habitat. However, 1 expert predicted an increase in persistence probability by mid-century as habitats impacted by recent large-scale fires regenerate into optimal hare-lynx

Rvsd Plan - 00004000

habitat. After that, the probability could rebound (or decline more slowly) over the longer term as these large areas return to prime habitat providing high hare densities.

Experts agreed that the current small population is likely at greater risk of extirpation because of stochastic events, particularly if large fires in lynx habitat continue to occur in the near future as they have in the recent past. A small population also could be more susceptible to disease, though no diseases have been documented among lynx in this unit. Experts discussed the extent to which small lynx populations could be reduced before they would become highly susceptible to stochastic demographic effects. It was suggested that 15-20 breeding individuals might be the minimum needed to avoid such susceptibility. Unimpeded connectivity between Canada and this unit could allow lynx to repopulate recently burned areas after the habitat recovers. Lynx in this unit are likely the southern portion of a larger population in Canada, not really a separate, isolated small population. Factors that influenced expert persistence probabilities for this unit included fire, habitat loss, and the future loss of favorable snow conditions predicted by climate change models.

Taking these factors into consideration, experts provided "most likely" persistence estimates of 60 to 95 percent (median = 80 percent) in the near-term (year 2025), 30 to 80 percent (median = 70 percent) at mid-century, and 5 to 50 percent (median = 38 percent) at the end of the century (fig. 13). Compared to most other geographic units, experts indicated greater uncertainty regarding short-and mid-term term persistence in this unit but, as for other units, uncertainty was greatest at the end of the century.

213

Rvsd Plan - 00004001



**Figure 13. Lynx expert estimates of the probability that the North-central Washington Geographic Unit will continue to support resident lynx in the future (at years 2025, 2050, and 2100).**

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - As described above (section 4.2.4), regulatory mechanisms currently in place guide forest management in this geographic unit for lynx conservation. We do not anticipate that existing regulatory protections for lynx would diminish appreciably in the future even if the DPS was no longer listed. On USFS lands, we anticipate that either the CA will remain in place (and/or be extended), or the OWNF and CNF will revise or amend their respective LRMPs to incorporate direction for lynx management similar to the formally amended LRMPs that have been implemented on all other national forests in the DPS range (see section 3.1.1). Currently, both the OWNF and CNF are in the process of amending or revising their LRMPs. We expect that management direction for lynx conservation addressing vegetation management, wildland fire management, and habitat fragmentation on National Forest System lands will be incorporated into the revised or amended LRMPs. We expect that both the OWNF and CNF will be required to manage for lynx and their habitat into the future because both forests will have incorporated lynx management direction into their respective LRMPs. We acknowledge that LRMPs can be amended or revised; however, LRMPS are typically in place for 15 years or longer, and the Service, other Federal and State agencies, and the public would have opportunities to comment on any proposed amendments or revisions to LRMPs through

214

the NEPA process. Therefore, we expect that both the OWNF and CNF will continue managing for lynx and their habitat into the future regardless of the DPS's listing status.

On State lands in this unit, the WADNR has committed to implementing its Lynx Habitat Management Plan until lynx are delisted or until 2076, whichever is shorter (WADNR 2006, p. 6). Additionally, the WADNR's internal policies encourage consideration of lynx habitat on lands it manages including participating in efforts to recover and restore endangered and threatened species, providing upland wildlife habitat, and establishing Riparian Management Zones. In accordance with legal obligations specified in the State's Forest Resource Plan, the WADNR will contribute to the future of Washington's lynx population by improving habitat conditions and reducing the likelihood of adverse effects on the habitat it manages (WADNR 2006, p. 6). Therefore, although some protections for lynx could be relaxed in the future if the DPS was not listed under the ESA, we anticipate that both Federal and State regulators would continue to manage for lynx conservation in this geographic unit.

Climate Change –Recent warming likely contributed to recent increases in wilfire activity in this unit and is likely to continue to do so in the future. Westerling *et al.* (2006, pp. 942-943) compiled information on large wildfires in the western United States from 1970-2004 and found that large wildfire activity has increased significantly from the mid-1980s with higher large-wildfire frequency, longer wildfire duration, and longer wildfire seasons. The greatest increases occurred in high elevation forest types including lodgepole pine and spruce fir in the northern Rockies (i.e., lynx habitat). They also found that fire exclusion (suppression) had little impact on natural fire regimes; rather, climate appeared to be the primary driver of increasing wildfire risk.

Koehler's (1990a, p. 847) estimated adult lynx density of 2.3 lynx/100 km$^2$ was obtained in an area supporting high-quality lynx habitat in the Meadows area of north central Washington (at least relative to other lynx habitat in Washington). Much of the lynx habitat in the Meadows was impacted by the recent large, stand replacing fires, resulting in further fragmentation of lynx habitat in the northern Cascades. Thus, the lynx densities Koehler observed in his study area may not be currently supported, because as habitat becomes more fragmented and isolated (i.e., marginal), the carrying capacity for a particular species declines.

As in other units, continued climate warming is projected to cause northward and upward shifts in spruce-fir habitats and snow conditions thought to favor lynx. In addition to potentially affecting fire return intervals, fire severity (intensity, size), and insect outbreaks, climate change is likely to affect the amount of precipitation falling as snow at elevations typically supporting lynx habitat in this geographic unit. Climate change is expected to impact the quantity, quality, and duration of snow in the Cascades. Mote (2003b, pp. 272, 274), who evaluated temperature trends in the Pacific Northwest using data collected by weather stations from 1930 to 1995, determined that the temperature increased in the Pacific Northwest and more precipitation fell in the spring and summer months, especially at elevations below 1,800 m (5,900 ft). Additionally, Mote (2003a, pp. 2-3) determined that an increasing temperature and precipitation trend from 1950 to 2000 is correlated with a 40 percent decrease in the snow water equivalent in the Cascades. Mote *et al.* (2005, p.45) determined that the Cascades are very sensitive to

Rvsd Plan - 00004003

temperature changes, with large increases in temperature potentially resulting in significant declines in snowpack. Corroborating Mote's results, Stoelinga *et al.* (2010, p. 2474) determined that the Cascade snowpack has declined by up to 40 percent in the latter half of the twentieth century, which resulted from increased temperatures. Furthermore, temperatures are predicted to continue increasing by 2° to 5°C (3.6° to 9°F) over the next century and are expected to cause further and accelerated losses in snowpack in the Cascades (Mote *et al.* 2005, p. 48). Continued declines of snowpack in the Cascades through 2025 are predicted to range from 9 percent (Stoelinga *et al.* 2010, p. 2486) to 29 percent (Elsner *et al.* 2010 *cited in* Stoelinga *et al.* 2010, p. 2486), which may also affect lynx densities supported in the Cascades.

Finally, some of the best lynx habitat in this geographic unit occurs on plateaus that may be more vulnerable to impacts of climate change because of the absence of higher elevation areas to which habitats and lynx could migrate in response to climate warming (Lynx SSA Team 2016a, p. 42). Thus, in addition to the recent losses of lynx habitat to large wildfires, coupled with increasing wildfire risk, the potential for the Cascades to support a viable lynx population may be further reduced because of projected climate-mediated decreases in snow quantity and quality. Overall, our review of the published literature on this subject leads the Core Team to conclude that climate change poses the greatest risk to the long-term persistence of lynx in this geographic unit.

<u>Conclusion</u>

After considering the best available scientific information and the opinions of lynx experts summarized above, the Core Team generally agrees with the experts that this geographic unit, like most others, has a relatively high likelihood of continuing to support a resident lynx population over the short-term (2025) and at mid-century (2050), but a lower probablility of doing so, with more uncertainty, by the end of the century (2100). As described above, the potential effects of climate change on the quantity and quality of snow, as well as the projected northward and upslope movement of spruce-fir and subalpine fir forests are likely to result in further fragmentation and reduction of lynx habitat within this geographic unit by the end of the century. More fragmented and smaller habitat patches are likely to support a smaller and more isolated lynx population that will be more vulnerable to stochastic environmental and demographic events. Over the past 25 years, wildfires have reduced lynx habitat in this geographic unit by almost 40 percent and likely reduced its carrying capacity for lynx by a similar amount. Additional future losses of lynx habitat resulting from climate-driven increases in wildfire size, frequency, and intensity may pose the greatest near-term threat to the persistence of this population. Connectivity between this unit and Canada is likely to remain intact in the future. Because lynx are highly mobile and able to traverse large areas of non-lynx habitat, we do not anticipate that climate change, in and of itself, will significantly affect connectivity between this geographic unit and the larger lynx population in southern British Columbia. This connectivity may contribute to maintaining a persistent, albeit smaller, lynx breeding population in this geographic unit into the future.

Rvsd Plan - 00004004

## 5.2.5 Unit 5 - Greater Yellowstone Area

<u>Expert Projections of Lynx Persistence</u>

Current and future factors expressed by experts as influencing probability of persistence for this unit included small population size, forest disease and insect pests, and fire (Lynx SSA Team 2016a, pp. 45-46). Some experts doubt that the GYA unit currently supports a resident breeding population of lynx. Experts indicated that climate models predict that some parts of the GYA unit could provide refugia from climate change impacts because of their high elevations and potential to maintain winter snow levels into the future. Summer conditions in this unit, however, could be drier in the future, resulting in increased fire frequency, extent, and intensity, and additional temporary habitat loss. However, regeneration of these areas and the extensive areas that have burned in the recent past may provide good habitat over the next several decades. Some experts suggested that lynx emigrating to this unit from Colorado could occupy such improved habitats in the near future. Colorado lynx have made exploratory movements into the GYA in summer months, and analysis of available data could improve our understanding of Colorado lynx movement into and use of the GYA. It is possible that lynx from Colorado could maintain lynx in GYA.

Taking these factors into consideration, experts provided "most likely" persistence estimates of 10 to 70 percent (median = 52 percent) in the near-term (year 2025), 15 to 60 percent (median = 35 percent) at mid-century, and 5 to 50 percent (median = 15 percent) at the end of the century (2100; fig. 14). Unlike other units, the expert graphs for this unit were widely variable and had high uncertainty at all time frames. This was the only unit for which most experts believed the current probability of persistence is low (i.e., that it is uncertain whether this area currently supports a resident lynx population). Some experts increased persistence likelihoods into mid-century based on the possibility that large areas impacted by the 1980s-era wildfires may by then regenerate into hare/lynx habitat, and on possible continued dispersal of lynx from Colorado into this unit. Unlike other units, where expert confidence in their predictions was initially high but decreased greatly beyond mid-century, expert uncertainty in this unit was high for all timpe periods and was related to uncertainty about whether resident lynx currently occur in the GYA.

Rvsd Plan - 00004005



**Figure 14. Lynx expert estimates of the probability that the Greater Yellowstone Area Geographic Unit will continue to support resident lynx in the future (at years 2025, 2050, and 2100).**

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - As noted above in section 5.2.3, Federal, State, and Tribal regulations and land management direction could change in the future, but such changes and their potential impacts on lynx populations and habitats are difficult to predict. Federal lands account for over 97 percent of this geographic unit; therefore, regulations and guidance that govern management of those lands have the greatest potential to influence future lynx habitats and populations. Also as described above, revisions or amendments to Federal management plans require opportunities for public participation in accordance with NEPA, NFMA, National Parks and Recreation Act, and FLPMA (USFWS 2014 pp. 26-34; also see 3.1) and consultation with the Service in accordance with section 7 of the ESA. If the DPS is delisted in the future, the ESA requires a minimum of 5 years of monitoring to assess its ability to sustain itself without the ESA's protective measures. If, during that time, threats to the DPS change or unforeseen events affect its stability, then the DPS could be relisted or the monitoring period extended. Given these requirements, we expect that future Federal management direction will continue to include regulations and guidance protective of lynx, although specific measures may change as new information becomes available.

218

We anticipate that future Federal management direction will include continued management of national parks, designated wilderness and roadless areas, and other areas with nondevelopmental land-use allocations to maintain natural ecological processes, which should maintain natural disturbance regimes and landscape-level habitat mosaics to which lynx are adapted (although continued climate warming [see below] may preclude maintenance of historical disturbance and landscape patterns). Regardless of the future listing status of the DPS, these lands will continue to be managed in accordance with the acts described above, as well as the National Park Service Organic Act and the Wilderness Act.

We also expect that Federal management into the future will include continued management of lands with developmental allocations to avoid or minimize potential impacts of vegetation management (timber harvest, thinning, salvage logging, other silvicultural prescriptions), wildland fire management (fire suppression, fuels reduction, prescribed fires), energy exploration and development, recreation, or other management activities with the potential to affect lynx. Current and likely future objectives include (1) managing vegetation to mimic or approximate natural disturbance and succession processes while maintaining habitat components necessary for lynx conservation; (2) providing a mosaic of habitat conditions through time that supports dense horizontal cover, high hare densities, and winter hare habitat in both young regenerating and mature multi-story forest stands; (3) using fire (natural and prescribed) to restore ecological process and maintain or improve lynx habitat, and (4) focusing vegetation management in areas with potential for improving winter hare habitat (USFS 2007, Attachment 1, p. 2; BLM 2008, pp. A18-10 - A18-15; BLM 2010, pp. A-9 - A-12). Although specific standards and guidelines may change as new scientific information and management techniques become available, we anticipate continued Federal management designed to conserve or restore potential lynx habitats in this geographic unit in the future.

Given the commitments and management objectives and practices described above, implementation of current and future regulatory mechanisms will likely continue to support conservation and restoration of lynx habitats in this unit and improve the likelihood that it will support resident lynx into the future. Because non-Federal lands make up such a small proportion of this geographic unit, we believe it is unlikely that regulatory mechanisms on those lands will influence this unit's future ability to support resident lynx.

If the DPS was not listed, State-managed trapping could resume in this geographic unit, as elsewhere. We expect that would occur only if scientific evidence strongly suggested the presence of a harvestable surplus of lynx and that harvest quotas would be carefully managed to ensure that the viability of resident lynx populations would not be diminished.

Climate Change - The recent evidence of climate change and the numerous mechanisms by which continued warming may affect future conditions for lynx and the potential consequences for the DPS and specific geographic areas are described in detail in section 3.2. Also, as noted above in section 4.2.5, evidence of warming and related impacts (increased temperatures, reduced snowpack, earlier snowmelt, and increased drought leading to increased fire) have already been documented in the Northern Rocky Mountains, including this geographic unit.

219

Climate projections suggest these impacts are likely to continue and to result in future northward and upslope contractions in the snow conditions and boreal and subalpine vegetation communities that support lynx. This is expected to cause loss and increased fragmentation and isolation of lynx and hare habitats and, therefore, declining and more vulnerable lynx populations in the DPS and in this geographic unit (Carroll 2007, entire; Gonzalez *et al.* 2007, entire; ILBT 2013, pp. 69-71; 79 FR 54810-54811; Lawler and Wilsey *in* Lynx SSA Team 2016a, pp. 15-16; Siren *in* Lynx SSA Team 2016a, p. 15).

Snow conditions in this unit are projected to become less favorable, with an overall decrease in snowpack after mid-century as a result of a shorter snowfall season, fewer days with snowfall, and a lower proportion of winter precipitation in the form of snow (more as rain; Siren *in* Lynx SSA Team 2016a, p. 15). In this unit, the probability of suitable snow conditions is projected to decline from 90-95 percent from 1961-1990 to 50 percent across much of the unit by the end of this century (years 2071-2100), though some parts of this unit are projected to retain adequate snow (Gonzalez *et al.* 2007, pp. 12-14; Lynx SSA Team 2016a, pp. 15, 46). There will likely be a lag time between the loss of favorable snow conditions and an eventual shift or contraction in vegetative communities (Lynx SSA Team 2016a, pp. 43, 59; also see 3.2), but continued warming is projected to convert much of the boreal forest in this unit to temperate conifer forest by the end of the century (Gonzalez *et al.* 2007, pp. 15-17). The ability of lynx and hare populations to persist during this lag and to adjust to future habitat distributions is uncertain, but habitat quality, quantity, distribution, and connectivity are expected to decline, likely further compromising this unit's ability to support resident lynx populations, which is already questionable.

Climate change has also been linked to increased wildfire size, frequency, and intensity in this geographic unit, including the extensive fires in Yellowstone National Park in 1988, which burned over one-third of the park. Climate warming has also been linked to increased frequency and extent of forest insect outbreaks in other parts of the DPS. These factors are likely to have temporary impacts on lynx habitat, with regeneration to hare and lynx foraging habitat 20-40 years post-disturbance, depending on local climate, elevation, and topography. However, if extensive areas are affected, the ability of landscapes in the GYA to support resident lynx may be further compromised, and resident lynx may be unable to persist until favorable vegetation conditions return. This is especially true where potential habitats are naturally fragmented and patchily-distributed, and where landscape-level hare densities are already marginal, which appears to be the case for much of this geographic unit.

Climate change has also been implicated in observed declines in the amplitude of northern hare and lynx population cycles (Yan *et al.* 2013, p. 3269). If lynx populations in this geographic unit are influenced by intermittent immigration from the north, and if climate change diminishes the likelihood of future immigration via muted northern lynx population cycles, the future persistence of resident lynx in this unit is uncertain (see also Other Factors, below).

Given the factors described above, recent and projected future climate warming will likely further reduce this geographic unit's ability to support resident lynx into the future. The timing and

220

magnitude of climate-driven impacts are uncertain; however, all are anticipated to adversely affect, and none are expected to benefit, lynx and habitats in this geographic unit. Climate model uncertainties and resolution limits, combined with our imperfect understanding of historical and current lynx numbers and habitat distributions, preclude quantifying future habitat quality and distribution or lynx population dynamics in this unit. Nonetheless, it appears likely that continued climate warming will further reduce habitat quality and quantity and, therefore, the likelihood that this geographic unit will support resident lynx in the future.

Vegetation Management - Future vegetation management and, therefore, its implications for future lynx habitats and populations in this unit, are closely linked to the current and future regulatory mechanisms described above. As noted, we expect future vegetation management on all Federal lands in this unit to continue to focus on maintaining and restoring lynx habitats by implementing standards, guidelines, and BMPs based on the best available scientific information. We expect these measures to continue to benefit lynx by limiting detrimental effects of timber harvest, thinning, fuels management, etc., and encouraging the use of these activities to restore, improve, or create high-quality hare and lynx foraging habitats where feasible.

Wildland Fire Management - As noted in sections 3.4 and 4.2.5, past wildfire management, including fire suppression, does not appear to have altered the historical fire regime in lynx habitats in the western contiguous United States, including this geographic unit. Also as noted there and in sections 3.1.1 and the Regulatory Mechanisms section of this chapter, current Federal management restricts, with few exceptions, fire management (fuels reductions, prescribed fires, etc.) impacts to lynx habitats, and it promotes the use of such activities and wildfire response to conserve and restore lynx and hare habitats. We expect such conservation-focused fire management to continue and, therefore, to benefit lynx rather than to affect them detrimentally in the future.

However, as also noted in section 4.2.5, increased wildfire frequency, size, and intensity have been documented in this geographic unit, and that pattern is anticipated to continue in the future with continued climate warming. Although the extent to which increased wildfire activity has impacted this unit's current ability to support resident lynx is uncertain, such impacts may become more likely in the future depending on the timing and extent of future fires. As described in section 3.4, increases in fire frequency and size could rapidly convert large areas to the temporarily unsuitable stand-initiation successional stage, thus reducing the amount and altering the distribution of higher-quality habitats and potentially compromising this unit's ability to support resident lynx until burned habitats recover. Because lynx habitats are naturally patchily-distributed and landscape-level hare densities already marginal in many parts of this unit, it is possible that very large wildfires or many fires over a short time period could cause a shift in some parts of this unit from just barely capable of supporting resident lynx to incapable of doing so in the future. Although fire suppression was considered a potential risk factor for lynx in the DPS range, given the trends discussed above and the likely continued increase in future fire activity resulting from continued climate warming and drying, it may be necessary to reconsider whether fire suppression in some lynx habitats could benefit lynx by reducing the

221

potential for extirpation of resident populations, especially in places already apparently only marginally capable of supporting them.

Habitat Loss/Fragmentation - As described above in section 4.2.5, lynx habitats in this unit are naturally fragmented but otherwise appear to be largely intact relative to historical conditions in most of this geographic unit. Although some localized impacts of past timber harvest and related activities have likely occurred, anthropogenic habitat loss or fragmentation does not appear to have broadly diminished this unit's ability to support resident lynx. Current and probable future management for conservation of lynx habitats suggests that broad-scale habitat loss or fragmentation from timber harvest and other development activities are unlikely. The most likely sources of future habitat loss and fragmentation in this unit are the climate-mediated influences discussed above:  increased wildfire activity and the projected contraction in vegetation and snow conditions favorable for lynx. Increased frequency, size, and severity of forest insect outbreaks, also driven by climate warming, has been documented in other geographic units and could occur in this unit in the future, too, resulting in temporary habitat loss and increased (though also temporary) fragmentation.

Additional highway construction and other transportation developments are likely in this unit, but the future locations, size, and potential impacts of such projects are difficult to predict. We are not currently aware of plans for specific major highway/road projects in this unit that would potentially impact lynx habitats and increase future habitat loss or fragmentation. Other potential sources of future habitat loss and fragmentation include recreation, minerals/energy development, and backcountry roads and trails; these are all considered second tier anthropogenic influences (ILBT 2013, pp. 78-85) that are unlikely to exert population-level influences, despite potential impacts to individual lynx.

Other Factors: *Connectivity/immigration* – This geographic unit is not directly connected to lynx populations in Canada or elsewhere in the DPS range, although lynx released into Colorado have dispersed northward into and through this unit. There is no reliable evidence of intermittent immigration into this unit during past irruptions of lynx from Canada, as has been documented in other parts of the contiguous United States, although anecdotal occurrence reports (see section 2.3.2.2) may suggest a pulse of immigrants in the early 1970s during the second of 2 unprecendented irruptions. Nonetheless, as elsewhere in the DPS, immigration may influence the persistence of resident lynx in this unit. If continued climate warming or other factors further reduce the chances that dispersing lynx will reach this unit and contribute to its demographic and genetic health, either through habitat loss and fragmentation in potential dispersal corridors or declines in the amplitude of northern hare and lynx population cycles, the likelihood that the unit will support resident lynx in the future may also decline. However, as in Unit 3 above, because we lack information of historic, recent, and likely future rates of immigration and its contribution to the persistence of lynx populations in this geographic unit, impacts of potentially reduced future immigration are difficult to project and are largely speculative at this time.

Rvsd Plan - 00004010

Conclusion

After reviewing the scientific literature and evaluating the factors that may influence lynx persistence in this unit, we concur with the experts' conclusion that this geographic unit is the least secure in the DPS. We find that conditions for lynx in this unit are naturally marginal, its historical or current ability to support a persistent resident lynx population are questionable, and continued climate warming and associated impacts are likely to further diminish its already limited ability to support resident lynx. We conclude that it may continue to occasionally or intermittently support a small number of resident lynx and some reproduction over the short term (through 2025), but that it is very unlikely to support a persistent resident population over that time frame, even less likely that it will do so at mid-century (2050), and highly improbable that this geographic unit will support resident lynx by the end-of-century (2100).

## 5.2.6 Unit 6 - Western Colorado

Expert Projections of Lynx Persistence

Some experts indicated that beetle kill and fire could potentially create poor habitat conditions in large areas of this unit by mid-century, but that forest regeneration after these impacts could result in good lynx/hare habitats. Others expressed uncertainty about whether fire and insect impacts would be temporary or permanent, especially considering climate change and the potential for conversion from boreal/subalpine forests to other forest types. Higher-quality lynx habitat in this unit occurs primarily in 2 areas and is patchily-distributed. Lynx in this unit may occur as several smaller, relatively isolated subpopulations, which are likely more vulnerable to stochastic events. This unit's relative isolation may limit exchange with other lynx populations, increasing the likelihood of genetic drift and reducing the chance of demographic rescue or recolonization if lynx in the unit become extirpated. There was discussion about whether ski areas may affect daily movements of lynx, and whether hares may be declining in ski areas. There is some evidence of lynx using ski areas in summer months but avoiding them during the ski season. Two-thirds to three-quarters of the lynx in this unit are in its southern portion in the San Juan Mountains. There is a large area (Weminuche Wilderness) that has not been well surveyed for lynx, so it is possible that lynx also could be using that area.

Taking these factors into consideration, experts provided "most likely" persistence estimates of 60 to 100 percent (median = 90 percent) in the near-term (year 2025), 50 to 85 percent (median = 80 percent) at mid-century (2050), and 20 to 70 percent (median = 50 percent) at the end of the century (2100; fig. 15). Most experts indicated an initially high and subsequently decreasing likelihood that resident lynx will persist in this unit, with uncertainty increasing substantially over time; however, experts also expressed substantial uncertainty over the near- and mid-term.

Rvsd Plan - 00004011



**Figure 15. Expected probability of persistence for the Western Colorado Geographic Unit at present, 2015, and in 2025, 2050 and 2100.**

Service Evaluation of Factors Potentially Influencing Future Conditions

Regulatory Mechanisms - Regulatory mechanisms for the conservation of lynx in the Southern Rockies consist of 7 amended USFS management plans in south-central Wyoming and Colorado. We concluded that the Southern Rockies Lynx Amendment substantively reduced the threat identified for previously inadequate regulatory mechanisms by addressing the major adverse impacts of Forest Service land management on lynx (USFWS 2008b, p. 70-71). Lynx habitat on all other ownerships makes up the remaining 15 percent of potential lynx habitat in Colorado, of which, only 5 percent is in Federal ownership. Other ownerships include state, county, municipal, etc., and private lands. Some BLM resource management plans have not been amended to include conservation specifically for lynx. Lynx habitat on BLM ownership mostly consists of narrow forest extensions connected to larger blocks of habitat on adjacent USFS lands. Generally these extensions are insufficient on their own to support a lynx home range. Additionally, the Gunnison Field Office is the only BLM unit that contains sufficient habitat to map and identify LAUs. The State of Colorado manages lynx as a State endangered species (C.R.S. 33-2-105), prohibiting take of the species with exceptions for protection of human life (C.R.S. 33-6-205) and incidentally during depredation management (not caused by lynx; C.R.S. 33-6-207).

224

Climate Change -In the Southern Rockies, warmer winters, earlier spring snowmelt, and a reduction in the extent of snow cover are expected consequences of climate change (ILBT 2013, p. 61). Using a variety of climate models, McKelvey *et al.* (2011, entire) predicted an overall 40 percent decline in persistent snow, but that snow would persist in large areas late in the 21st century, including the high elevations of Colorado.

"All of the climate models under all representative concentration pathways (RCPs) project that Colorado's climate will warm substantially by 2050. Under RCP 4.5 (medium-low emissions scenario), Colorado's annual temperatures are projected to warm by 1.4° to 2.8°C (2.5° to 5°F) by mid-century relative to the observed 1971–2000 baseline. Under RCP 8.5 (high emissions scenario), Colorado's annual temperatures are projected to warm by 1.9° to 3.6°C (3.5° to 6.5°F) by mid-century. Summers are projected to warm slightly more than winters under both RCPs. Beyond mid-century, the warming trend is projected to continue into the late-21st century under all RCPs except RCP 2.6. By the period centered on 2070 (2055–2084), annual temperatures in Colorado are projected to warm under RCP 4.5 by 1.4° to 3.6°C (2.5° to 6.5°F) relative to the 1971–2000 baseline. Under RCP 8.5, the projected warming is 3.1° to 5.3°C (5.5° to 9.5°F) relative to the 1971–2000 baseline." [Lukas *et al.* 2014, p. 61]

An analysis of projected 21st century temperature trends as a function of elevation in the Northern Hemisphere mid-latitudes from CMIP5 models shows more warming at higher elevations during winter, particularly in the daily minimum temperature (Rangwala *et al.* 2013 [cited in Lukas *et al.* 2014, p. 63]). "However, …, the global climate models do not represent the topography of Colorado very well, so it is difficult to discern whether the warming projected for the higher elevation regions (> 10,000') in the state is substantially different from that projected for lower elevations" (Lukas *et al.* 2014, p. 63).

On average, the climate models indicate a seasonal shift in precipitation for Colorado, with increasing winter precipitation, and in some areas a decrease in late spring precipitation (Lukas *et al.* 2014, p. 65). Although recent climate projections suggest that snow water equivalent (the amount of water held in a given amount of snow) may decline less in Colorado than in other areas of the Southwest, it is nonetheless projected to decline by 26 percent by the end of this century (Garfin *et al.* 2014, p. 466). This will likely translate to a reduction in the areas that will continue to have snow conditions that provide a competitive advantage to lynx over bobcats and other hare predators. Additionally, when specifically modeling potential impacts of climate change on lynx, researchers concluded that potential snow and boreal forest habitat refugia were most likely to occur in the Bridger-Teton National Forest in northwestern Wyoming, the Superior National Forest in northeastern Minnesota, and across western Canada, while high-elevation parts of Colorado are among the areas vulnerable to the loss of potential lynx habitat in the long term (Gonzalez *et al.* 2007, pp. 4, 8). Decker and Fink (2014, pp. 66-69) concluded that spruce-fir habitats in Colorado are only moderately vulnerable to the effects of climate change by mid-century under a moderate emissions scenario. Even if suitable snow conditions persist in Colorado and boreal and subalpine forests move upslope with continued climate warming, the amount of potential lynx habitat, already considered patchy and relatively isolated,

225

will likely decrease, becoming even more patchy and isolated and less capable of supporting lynx populations over time (79 FR 54794-54795).

We believe that continued climate warming will likely result in loss of favorable snow conditions, upslope migration of boreal forests, and increased frequency, size and intensity of wildfires and forest insect outbreaks in this geographic unit. We believe these factors will exacerbate the naturally highly-fragmented distribution of potential lynx habitat in this geographic unit and further diminish what already appear to be marginal hare densities in most of this unit. As a result, we expect this unit's ability to continue to support a resident lynx population will become more tenuous in the future than it is currently and likely was historically.

Vegetation Management - In the past decade, vegetation management within lynx habitat has been predominantly salvage of dead and dying timber caused by a mountain pine beetle infestation in the northern part of the state (generally north of Interstate 70), and a spruce bark beetle infestation south of the interstate. Salvage operations may temporarily impact understory regeneration, if present, reducing the capacity of the stand to support higher snowshoe hare densities. Assuming the existing USFS plans retain their current conservation framework, USFS lands should continue to provide sufficient habitat for lynx through the end of the century. Vegetation management on the small amount of non-Federal ownerships within lynx habitat is unlikely to cause significant concern for lynx conservation in Colorado through the remainder of the century.

Wildland Fire Management - "It is generally acknowledged that in the Southern Rocky Mountains fire suppression has altered historical vegetative patterns. This effect has been most pronounced within vegetation communities where fire regimes are of low intensity or mixed severity. It is generally agreed that spruce-fir habitats have been little affected by fire suppression because the fire regimes within this type tend to be stand-replacing events occurring at long intervals (100+ years). Depending on the moisture regime, large stand-replacing fires within lynx habitat may produce young age class snowshoe hare habitat after approximately 10-30 years. Although this vegetative condition may provide some high-quality snowshoe hare habitat, mature forests are also very important as winter foraging habitat." (USFS 2008b, p. 36).

Habitat Fragmentation - Sources of current habitat fragmentation include high-speed high-volume highways, high mountain valley developments, vegetation management, ski/recreation area development, and wildland fire. Currently, only vegetation management on USFS lands is managed to limit lynx habitat fragmentation. Highways are likely to be expanded to accommodate increasing traffic volume as mountain valley communities continue to develop and expand. While these linear features already exist on the landscape, widening of the cleared right-of-way, as well as lynx behavioral avoidance of highway rights-of-way due to increasing traffic volume reduces available habitat function for lynx. Many ski areas in Colorado are located within lynx habitat and will likely be expanded in the future through permanent removal of vegetation  to create conventional ski runs, reducing tree density and clearing understory vegetation to create glade conditions, which reduces lynx habitat. The magnitude of

226

fragmentation caused by these sources has not been quantified, but is unlikely to remove enough lynx habitat to influence lynx persistence in Colorado.

Conclusion

Based on the best scientific information available, the Core Team is less optimistic than the expert panel about the future of lynx in western Colorado. Our uncertainty stems primarily from the historic record of lynx in Colorado, where evidence of lynx presence is questionable for much of the last century prior to CPW's reintroduction program. In addition, several demographic parameters of this new population (proportion of females that produce kittens and kitten survival), are very low compared to other units (1 and 3) where these parameters have been estimated based on adequate sample sizes. Further, the naturally limited and fragmented habitats and generally low hare densities, which were apparently incapable of supporting persistent resident populations historically, are likely to worsen with continued climate warming. This unit's greater distance and relative isolation from other lynx populations in the DPS and Canada, which may have prevented dispersing lynx from reaching this unit during the unprecedented irruptions from Canada into the northern contiguous United States in the early 1960s and early 1970s, also cast doubt on the likelihood that this unit will receive the demographic and genetic support from the north that is thought to be important to the maintenance of DPS populations. Because of these factors and uncertainties, we doubt that resident lynx will persist in this unit through the end of the century (2100), although we concur with experts that lynx will persist over the short-term (2025) and possibly until mid-century (2050).

We have considered the future of lynx in Colorado in the absence of the protections offered by the ESA. We believe that as long as the current regulatory mechanisms provided by the State of Colorado to prevent take of lynx and the USFS SRLA conservation framework remains in place, lynx are likely protected from take, and their habitat requirements likely met in a significant majority of the potential habitat within the state. Projected future climate warming is likely to result in reduction of available habitat and increased fragmentation resulting in larger areas of non-habitat between habitat blocks. Vegetative changes caused by climate change will likely reduce the amount of habitat in private and BLM ownership due to the anticipated upslope shift in vegetation that supports snowshoe hares and lynx.

The movement capability of lynx is well documented, and lynx in Colorado will likely continue to exploit the available habitat despite gaps between functional habitat blocks. Colorado is isolated from source populations in the northern part of the range relative to the other units, which likely increases the possibility of genetic drift in this unit. Expert elicitation revealed some uncertainty whether ski areas or other development may affect connectivity within the unit. However, the Core Team is less concerned about this particular issue because we cannot foresee the development of barriers that would prevent lynx from accessing available lynx habitat in the future.

Rvsd Plan - 00004015

# Chapter 6: Synthesis

This section synthesizes the needs, current condition, and likely future condition of the Canada lynx in the contiguous United States DPS with respect to the conservation biology principles of representation, redundancy, and resiliency. Its purpose is to provide an understanding of the range-wide status of the DPS that is as clear as possible given irresolvable uncertainties regarding historical distribution and population sizes, as well as uncertainty about current population sizes and trends, other key demographic information (e.g., immigration and recruitment rates and their influence on population stability/persistence), and the timing and magnitude of projected climate-mediated impacts and other long-term stressors.

Species' Needs

Throughout its range, the Canada lynx is a habitat and prey specialist requiring large (hundreds to thousands of square kilometers) boreal forest landscapes with dense horizontal cover and robust populations of its primary prey, the snowshoe hare. Resident lynx populations are generally restricted to areas with abundant hares and long (4+ months) winters with deep, persistent snow, which is believed to confer lynx a seasonal competitive advantage over other terrestrial predators of hares. Lynx in the contiguous United States have ecological requirements similar to those of lynx in Canada and Alaska, and throughout the species' range hare abundance is the primary driver of lynx population dynamics. Recent research in the DPS range supports the hypothesis that hare densities consistently near or above 0.5 hares/ha (0.2 hares/ac) are necessary to support persistent resident lynx populations (see section 2.2.1). However, the DPS is at the southernmost margin of the species' range, where boreal forests transition to temperate conifer and hardwood forests, and where hare abundance and snow conditions generally become less favorable with decreasing latitude. Because of this, habitat is naturally less extensive and generally more fragmented within the DPS range than in the core of the species' range in Canada and Alaska. As a result, lynx in much of the DPS range are naturally less abundant and more patchily-distributed than in the core of the species' range (except during decadal lows in hare population cycles, when both hares and lynx occur temporarily in the north at densities lower than most in the range of the DPS). Maintaining connectivity with lynx populations in Canada is thought to be important to the persistence of DPS populations; however, whether, and if so to what extent, the demographic and/or genetic health of DPS populations relies on periodic immigration from Canadian populations remains uncertain.

Current Conditions and Threats

Resiliency, the ability to withstand stochastic disturbance events, and redundancy, the ability to withstand catastrophic events, are currently exhibited in the lynx DPS by the persistence of individual lynx populations and their broad distribution across the geographic scope of the DPS. Available information indicates that 5 out of 6 geographic units in the DPS (all but the GYA) currently contain resident breeding lynx populations. Although we lack precise historical and

228

current population-size estimates for all of the geographic units, lynx experts familiar with each unit provided their estimates of the number of resident lynx each unit could potentially support.

- Northern Maine (Unit 1) – This unit has likely supported resident lynx since at least the southward re-expansion of boreal spruce-fir forests into the northeastern United States during and following the Little Ice Age (see section 3.2). Currently, northern Maine is thought to support many more resident lynx than likely occurred historically, and many more than was known or suspected at the time the DPS was listed. This unit currently contains an unnaturally-high amount of high-quality hare habitat; the result of dense conifer regeneration following landscape-level clearcutting in the 1970s and 1980s in response to a large spruce budworm outbreak. These dense young regenerating conifer stands are much more extensive than they are thought to have been historically under natural disturbance regimes. However, habitat extent probably peaked in the late 1990s and early 2000s, and habitat quality is projected to decline in these stands over the next few decades as they age beyond 35-40 years post-harvest. This unit currently is thought to support the largest resident population in the DPS; perhaps 750-1,000 individual lynx (Vashon *in* Lynx SSA Team 2016a, p. 18). This geographic unit may also be the source of dispersing lynx that recently recolonized northern New Hampshire as well as several that temporarily established residency in northern Vermont. Some reproduction has been verified recently in both states, although neither was occupied when the DPS was listed, and resident lynx were thought to have been extirpated from New Hampshire.

- Northeastern Minnesota (Unit 2) – This unit supports many more resident lynx than was suspected when the DPS was listed, although how the current population compares to historical conditions is uncertain. When the DPS was listed, it was uncertain whether this unit supported any resident lynx or if historic records were of dispersing lynx associated with cyclic irruptions from Canada. Trapping records indicate strongly cyclic increases in lynx abundance in this unit in the 1930s through 1970s in association with decadal irruptions of lynx dispersing south from Canada. This unit currently supports a resident lynx population thought to number from 50-200 (Moen *in* Lynx SSA Team 2016a, p. 19). There is no information to suggest that this unit historically supported a larger resident population or a more extensive distribution of habitat capable of doing so.

- Northwestern Montana and Northeastern Idaho (Unit 3) – Recent research, monitoring, and habitat mapping refinements indicate that habitats capable of supporting resident lynx in this and other western geographic units are naturally less abundant and more patchily-distributed than was thought when the DPS was listed. For example, earlier estimates that western Montana supported 1,000 or more lynx were based on broad assumptions regarding habitat suitability and lynx distribution that are not supported by current understanding of lynx habitat requirements (see section 4.2.3). Currently, this unit is thought to be capable of supporting 200-300 resident lynx. How the current population compares to historical conditions is uncertain, but we find no evidence that this unit historically supported a larger resident population or a substantially broader distribution of habitat capable of doing so. Lynx habitats in this unit are naturally patchy

229

and fragmented due to topography and elevational and moisture (aspect) constraints. Wildfires have burned over 5,200 km$^2$ (2,008 mi$^2$; nearly 20 percent of the unit) of forest in this unit since 2000, although the amount that occurred in lynx habitat is uncertain. During the 2017 fire season alone, roughly 1,150 km$^2$ (444 mi$^2$; over 4 percent of the unit) burned, including the Rice Ridge and Reef fires, which together burned over 690 km$^2$ (267 mi$^2$) in the core of the Seeley Lake population's habitat[27]. Population-level impacts of these fires have not yet been demonstrated.

- North-central Washington (Unit 4) – Extensive wildfires over the past several decades have (probably temporarily) reduced the amount of high-quality lynx habitat and have likely caused a decline in lynx carrying capacity in this unit from perhaps 50 lynx (based on this unit's proportional contribution to the larger Okanogan LMZ) before the large fires to roughly 30 lynx currently (Lewis 2016, pp. 4-6). The Diamond Creek wildfire burned another large block of lynx habitat in the northern part of this unit in 2017. Because of this, the current number of resident lynx in this unit is likely lower than it was historically and when the DPS was listed. Additional fires in this unit before previously burned areas recover (10-40 years post-burn) would further reduce lynx numbers and make this geographic unit more vulnerable to extirpation. Because of these habitat impacts and remaining stressors to lynx, the Washington Department of Fish and Wildlife recently submitted, and the State Fish and Wildlife Commission adopted, a proposal to uplist lynx from threatened to endangered within the State.

- The Greater Yellowstone Area (GYA, Unit 5) – Based on evaluation of verified historic records, it is uncertain whether this geographic unit historically supported a small but persistent resident population or supported resident lynx only ephemerally. There are very few verified lynx records in the GYA from 1920-1999, but several resident lynx and evidence of reproduction were verified in the late 1990s and early 2000s (around the time the DPS was listed). In addition, at least 9 radio-marked lynx released in Colorado (see below) dispersed northward into or through this unit from 2003-2010, but no lynx have been detected in the GYA since 2010. Most places surveyed in Yellowstone National Park had hare densities clearly too low to support resident lynx. However, parts of the Wyoming Range south of the park, where many historical and most recent occurrences in this unit have been concentrated, had hare densities among the highest documented in the DPS range. No population estimates are available, but expert opinion suggests that this unit may only support 0-10 lynx, and we find no reliable evidence that it once supported a larger or persistent resident population.

- Western Colorado (Unit 6) – There currently are many more resident lynx in this unit than likely occurred historically, and many more than were known or suspected at the time the DPS was listed. There were even fewer verified records in this unit during the last century than in the GYA, and no reliable evidence of a resident breeding population. However, from 1999-2006, 218 Canadian and Alaskan lynx were released into the San

---

[27] https://inciweb.nwcg.gov/state/27/0/

Rvsd Plan - 00004018

Juan Mountains of southwestern Colorado. As a result of the subsequent reproduction of some of the released lynx and some of their offspring over several generations, resident lynx currently occupy this unit. When the DPS was listed in 2000, 27 of 41 lynx released in 1999 were still alive. The State of Colorado has concluded that its efforts have established a viable lynx population, and the State's lynx experts suggest this unit may currently support 100-250 resident lynx (Ivan *in* Lynx SSA Team 2016a, p. 47). Recent snow-tracking and camera surveys in the San Juan Mountains in the southern part of the unit documented evidence of continued lynx residency and reproduction.

The apparent long-term (historical and current) persistence of resident lynx populations in at least 4 of the 6 geographic units (Units 1-4) and the absence of reliable information indicating that the current distribution and relative abundance of resident lynx are substantially reduced from historical conditions suggest the historical and recent resiliency of lynx populations in the DPS. The current resident population in Unit 6 has also demonstrated resiliency thus far. The large sizes and broad geographic distributions of the areas occupied by resident lynx populations likewise indicate historical and current redundancy in the DPS sufficient to preclude the possibility of extirpation from catastrophic events.

Representation, the ability of a species to adapt to changing environmental conditions over time, is characterized by the breadth of genetic and ecological diversity within and among populations (Lynx SSA Team 2016a, p. 25). Information provided by lynx experts and geneticists indicates high rates of dispersal and gene flow and, therefore, generally low levels of genetic differentiation across most of the species' range, including the DPS (Lynx SSA Team 2016a, pp. 12-14, 55-56). Hybridization with bobcats has been documented but is not considered a substantial current threat to the DPS (Lynx SSA Team 2016a, p. 13). Despite differences in forest community types and topographic/elevation settings, lynx across the range of the DPS occupy a similarly narrow and specialized ecological niche defined by specific vegetation structure, snow conditions, and the abundance of a single prey species. Thus, lynx naturally have little ability to adapt to changing environmental conditions (i.e., shift to other forest habitats, snow conditions, or prey species). However, although some small populations may have become extirpated recently, resident lynx in the DPS remain broadly distributed across the range of ecological settings that seems to have supported them historically in the contiguous United States. There are no indications of current threats to the genetic health or adaptive capacity of lynx populations in the DPS, and the current level of representation does not appear to represent a decrease from historical conditions.

The lack of regulations protecting lynx habitat from potential threats on Federal lands at the time of listing has been largely addressed by formal and binding amendments or revisions to most Federal land management plans within the DPS range. Although uncertainty remains about the efficacy of this improved regulatory framework, Federal lands are now being managed specifically to protect and restore lynx habitats, with the goal of supporting continued lynx presence on these lands. Most Federal lands, which constitute 64 percent of lynx habitat evaluated in this SSA, are found in the western United States.

231

Climate change is occurring at a global and, thus, a DPS-wide scale. Climate warming has reduced snow amount, duration, and quality (in terms of conditions thought to be favorable for lynx); it has been linked to increased frequency, size, and severity of wildfires and forest insect outbreaks; and it likely has already resulted in some changes in forest vegetative communities. Climate warming has also been suggested as contributing to changes in the amplitude, periodicity, and synchronicity of northern hare population cycles, which could alter (and perhaps have already altered) the timing and magnitude of lynx dispersal from Canada into the contiguous United States. If lynx populations in the DPS depend on immigration from Canada which is no longer occurring or has been reduced substantially relative to historical conditions, population declines and an increased likelihood of extirpation among resident DPS populations would be expected. However, whether, and if so to what extent, these climate-mediated factors have influenced current lynx numbers, other demographic parameters, and/or habitat quality and distribution is uncertain and has not been quantified across the range of the DPS or in individual geographic units. Despite uncertainty regarding its influence over current conditions for lynx, climate modeling and expert opinion concur that continued climate warming will adversely impact lynx in the DPS at some point in the future (also see *Future Conditions and Threats*, below).

There are other current stressors that are not occurring across the entire DPS range but which affect lynx in 1 or more geographic units. For example, in northern Maine, where most high-quality lynx habitat occurs on private commercial timber lands and is the result of past timber harvest, changes in State forestry regulations (the Maine Forest Practices Act of 1989) that govern private forest management may currently be facilitating decreases in habitat quantity, quality, and distribution, and may result in reduced lynx numbers (also see *Future Conditions and Threats*, below). The lack of binding lynx conservation commitments on most private lands may exacerbate this risk to current lynx habitats in Maine. However, the current amount and distribution of high-quality lynx and hare habitats created in Maine by past timber harvest is thought to be several times higher than the likely natural historical condition. In North-central Washington, recent large-scale wildfires have resulted in the temporary loss of over a third of lynx habitat, likely reducing this unit's current lynx population and potentially compromising its current ability to support a resident population until habitats recover. Increased wildfire activity also has impacted lynx habitats in the other western geographic units (Northwestern Montana/Northeastern Idaho, the GYA, and Western Colorado), but the extent to which it may have influenced the current condition of lynx populations in those units is uncertain.

<u>Future Conditions and Threats</u>

In our future condition analysis, including expert elicitation, we considered three time periods (2025, 2050, and 2100), with greater uncertainty in predicting effects to lynx and lynx habitat the further out we look into the future. Compared to the other time periods, predictions out to 2100 are complicated by considerably higher uncertainty. Overall, our evaluations of the scientific literature and expert input suggest that resident lynx populations in each of the geographic units are likely to be smaller and their distributions reduced in the future. These anticipated declines are most likely to be influenced by projected loss and increasing fragmentation and isolation of

232

boreal forests and favorable snow conditions resulting from continued climate warming and related impacts (e.g., increased wildfire and forest insect activity, diminished hare populations; Lynx SSA Team 2016a, p. 58). Forest management on private lands that lack lynx conservation commitments may also contribute to future declines, particularly in northern Maine. In each geographic unit, the probability that resident lynx populations will persist is expected to decline through the end of the century, with uncertainty about the rate of decline increasing with time from the present. The loss of resident lynx from 1 or more geographic unit would represent reduced future resiliency, redundancy, and representation within the lynx DPS.

The resiliency of lynx populations in individual geographic units is the primary determinant of the future viability of the lynx DPS. Our analyses and expert predictions suggest a declining probability of persistence (loss of resiliency) for each of the geographic units within the DPS throughout the rest of this century (the analysis did not extend beyond 2100). Projected climate warming is expected to exert the greatest influence on the resiliency of individual populations, and thus continued presence of resident lynx in each geographic unit. Climate models project that boreal forests and snow conditions favorable for lynx at the southern periphery of the range will retreat northward and upslope with continued warming, further fragmenting and diminishing the quality of lynx and hare habitat within the DPS. Although uncertainty remains regarding the timing, extent, and biological consequences of such impacts, as habitat conditions decline, hare populations are also likely to decline and lynx mortality rates are likely to increase and reproductive rates decrease. As snow conditions become less favorable, other terrestrial hare predators (e.g., bobcats and coyotes) may outcompete and displace lynx. This in turn would reduce lynx abundance and density within populations, making populations more susceptible to stochastic events.

Here we present future condition analysis summaries for each geographic unit (also see table 1 and figure 2):

- Northern Maine (Unit 1) – We concur with the expert panel that the resident lynx population in this unit is very likely to persist at 2025 and at 2050. Over the longer-term (at 2100), we expect continued climate warming to reduce the amount and quality of lynx habitat in this unit and exacerbate other potential stressors (commercial and energy developments, changing forestry practices and land ownership patterns, etc.), further reducing lynx numbers and decreasing the population's resilience. Some climate models indicate substantial loss of boreal forest and favorable snow conditions under higher emissions scenarios, and this unit generally lacks potential elevational refugia that would support upslope movement of lynx habitats and populations. Therefore, we suggest that the likelihood that this unit will support a resident lynx population at 2100 may be somewhat lower than expert projections, although the timing and extent of future climate-mediated habitat decline is highly uncertain.

- Northeastern Minnesota (Unit 2) – We concur with the expert panel that the resident lynx population in this unit is very likely to persist at 2025 and at 2050. Over the longer-term (at 2100), we expect continued climate warming to reduce the amount and quality of lynx

233

habitat in this unit, likely reducing lynx numbers and decreasing the population's resilience. Under higher emissions scenarios, some climate models project substantial loss of boreal forest and favorable snow conditions in this unit before the end of the century. Like Maine, this unit also lacks potential elevational refugia that would support upslope movement of lynx habitats and populations. Therefore, we suggest that the likelihood that resident lynx will persist in this unit at 2100 may be somewhat lower than expert projections, although the timing and extent of climate-mediated habitat decline is highly uncertain.

- Northwestern Montana and Northeastern Idaho (Unit 3) – We concur with the expert panel that resident lynx are very likely to persist in this unit at years 2025 and 2050, and likely to do so at 2100. Over the longer-term, we expect continued climate warming and associated impacts, perhaps especially increased wildfire activity, to reduce the amount and quality of lynx habitat in this unit, reducing lynx numbers and likely decreasing the population's resilience. Although the timing and extent of climate-mediated habitat decline is highly uncertain and fire-driven habitat loss typically would be temporary, wildfire size, frequency, and intensity have increased in this unit over the past few decades, and this pattern is expected to continue with projected climate warming.

- North-central Washington (Unit 4) – We concur with the expert panel that the resident lynx population in this unit is very likely to persist at years 2025 and 2050. Over the longer-term (2100), we expect continued climate warming to reduce the amount and quality of lynx habitat in this unit, further reducing lynx numbers and likely decreasing the population's resilience. Therefore, we concur with experts that this unit has a relatively lower likelihood of supporting a resident population at 2100, although the timing and extent of climate-mediated habitat decline is highly uncertain.

- The Greater Yellowstone Area (GYA, Unit 5) – Given the uncertainty whether this unit historically or recently supported a persistent resident population and the lack of evidence that it is currently occupied by resident lynx, we concur with experts that it is very unlikely to support a resident population in the future.

- Western Colorado (Unit 6) – We concur with the expert panel that resident lynx in this unit are likely to persist at year 2025. However, given this unit's apparent historical inability to support a persistent resident population, its relative isolation from other lynx populations, its naturally fragmented habitat and generally very low hare densities, and its generally lower proportion of females producing kittens and low kitten survival, we believe it is less likely than expert projections to support a resident population at 2050 or at 2100. It is possible that hare densities will increase over the next several decades as large areas of forest regenerate from recent extensive insect and fire impacts. However, we expect any increase in hares to be temporary and accompanied by a longer-term insect- and fire-driven decrease in red squirrel (an important alternate prey species in this unit) abundance.

234

The loss of resident lynx populations in any geographic units would also reduce the level of redundancy and could diminish representation within the DPS. With regard to redundancy, however, we find that none of the 5 geographic units that currently support resident lynx is vulnerable to extirpation from a single catastrophic event. Given that, we conclude that the DPS as a whole is not vulnerable to extirpation from a catastrophic event. We recognize that a sequence of discrete but spatially-clustered catastrophic events in lynx habitats over a short time could increase the potential for functional extirpation in 1 or more of the individual geographic units (especially the possibility of additional large wildfires in north-central Washington), thereby reducing redundancy within the DPS. However, as long as resident lynx remain geographically well-distributed in 1 or more units within the DPS, extirpation of the DPS from a single catastrophic event is very unlikely.

With regard to representation, although some lynx populations in the DPS units are demographically isolated from each other and the level of interaction between others is uncertain, there seems to be little risk of significant genetic drift. This is because of the currently-observed and likely future high level of gene flow across most of the lynx's continental range, the species' well-documented dispersal capability, the current and likely future absence of significant barriers to dispersal between Canada and the DPS, and continued connectivity between most parts of the DPS and lynx populations in Canada. Furthermore, based on expert input, we conclude that there is no indication that the relatively low level of genetic diversity currently observed among lynx populations is likely to reduce DPS viability in the future (Lynx SSA Team 2016a, p. 51). This information suggests the current and likely future relative genetic health of the DPS. However, the potential for genetic drift would be expected to increase at some point in the future if lynx and hare habitats shift northward and upslope, as projected with continued climate warming, resulting in reduced connectivity and gene flow among smaller and more isolated lynx populations at the periphery of the range (Schwartz 2017, pp. 4-5; also see section 3.2).

How the potential loss of resident lynx from 1 or more geographic units may affect representation within the DPS in terms of ecological diversity is uncertain. Despite similarities in the fundamental components (vegetation, snow conditions, and hares) that define the ecological niche of lynx DPS-wide, differences in habitats and how lynx use them are apparent. For example, snow depth that seems to demarcate a boundary between lynx and bobcat occupancy in Maine (270 cm/yr [106 in/yr]) is almost twice that observed in Minnesota (140 cm/yr [55 in/yr]), and lynx in some parts of the West select mature forest stands, particularly in winter, while in other parts of the DPS, young regenerating stands are most important. The loss of resident lynx from any of the geographic units could result in the loss of behavioral and potential future genetic adaptations to the climate-mediated changes now occurring and likely to continue into the future at the southern edge of the lynx range. Such potential adaptability to diminished snow conditions, increasingly patchy and isolated boreal forests, and reduced hare abundance may be important to the taxon as a whole faced with a rapidly changing climate.

Given the high percentage of Federal land ownership in the West, regulatory commitments that these lands will continue to be managed in accordance with lynx conservation principles, and

235

the existence of potential high-elevation climate refugia to which lynx habitats and some lynx might move, the western geographic units (Units 3-6) may be more likely to support resident lynx longer under projected continued climate warming. Nonetheless, it is unlikely that any management actions can abate the long-term northward and upslope retreat of boreal forests and diminished snow conditions projected by climate models. Further, the size, frequency, and intensity of wildfires and forest insect outbreaks are expected to increase with continued climate warming, particularly in the western portion of the DPS, although we do not anticipate such events in-and-of-themselves are likely to cause the permanent loss of breeding lynx populations in any geographic unit.

Projections of climate-mediated losses of boreal forests and favorable snow conditions suggest impacts to lynx and hare populations throughout the DPS. However, persistence of resident lynx in Maine and Minnesota may be relatively lower than the western geographic units given the smaller percent of Federal lands and the absence of associated regulatory commitments to lynx conservation, and the lack of potential elevational refugia. Additionally, as noted above, changes to regulations governing timber harvest on private forest lands in Maine are unlikely to maintain the current historically-high amount and distribution of good lynx habitat or the current large population of resident lynx. These changes, which may affect over 90 percent of lynx habitats in northern Maine, are projected to result in substantial declines in habitat quality and distribution, and lynx numbers, over the next 10-30 years, primarily through restrictions on clearcutting and the proliferation of partial harvesting. On private forest lands, energy development (wind energy, mining), rapid turnover in ownership and parcelization of forest land, and uncertain forest markets may also reduce the future quality and quantity of lynx habitat.

DPS Viability

Resident lynx populations persisted historically and continue to persist in 4 geographic units (Units 1-4). It is uncertain whether Unit 5 (the GYA) historically supported a small persistent population or if lynx residency was ephemeral; currently, it appears not to support resident lynx. Available evidence suggests that Unit 6 (Colorado) did not historically support persistent lynx presence; however, a resident population has persisted there for more than a decade since the 1999-2006 releases described above. Considering the available information, we find no reliable evidence that the current distribution and relative abundance of resident lynx in the contiguous United States are substantially reduced from historical conditions. This suggests historical and current resiliency among lynx populations in the DPS.

The current broad distribution of resident lynx in large, geographically discrete areas (redundancy) makes the DPS invulnerable to extirpation caused by a single catastrophic event. Because we lack evidence that formerly persistent lynx populations have been lost from any large areas, it also seems that redundancy in the DPS has not been meaningfully diminished from historical levels. In fact, as a result of the current population in Colorado, redundancy in the DPS is likely greater, at least temporarily, now than it was historically.

Rvsd Plan - 00004024

Similarly, resident lynx remain broadly distributed across the range of habitats that has supported them historically, suggesting maintenance of the breadth and diversity of ecological settings occupied within the DPS range (representation). Additionally, observed high rates of dispersal and gene flow and, therefore, generally low levels of genetic differentiation across most of the lynx's range, including the DPS, suggest the past and recent genetic health of lynx populations in the DPS (representation; but see section 2.1). Because there are no indications of significant loss of or current stressors to the genetic health or adaptive capacity of lynx populations in the DPS, we find that the current level of representation within the DPS does not appear to indicate a decrease from historical conditions.

In the future, we expect lynx populations in each geographic unit to become smaller and more patchily-distributed due largely to projected climate-driven losses in habitat quality and quantity and related factors. However, the timing, rate, and extent of habitat decline due to projected climate warming and corresponding effects to lynx populations is highly uncertain. Despite some reduced resiliency, we conclude that resident lynx populations are very likely to persist in all 5 units that currently support them (Units 1-4 and 6) in the near-term (2025) and in all or most of those units at 2050, with corresponding maintenance of redundancy and representation in the DPS over that time span. We and the experts we consulted have low confidence in predicting the likely conditions of DPS populations beyond 2050. That said, smaller, more isolated populations would be less resilient and more vulnerable to demographic and environmental stochasticity and genetic drift and, therefore, at higher risk of extirpation. Although predictions out to 2100 are highly uncertain, it is possible that resident lynx populations could be functionally extirpated from some units by the end of the century. Should future extirpations occur, this would indicate a loss of resiliency, reduced redundancy and representation, and an increased risk of extirpation of the DPS.

Rvsd Plan - 00004025

# Literature Cited

16 USC 1. National Park Service Organic Act Section 1, NPS Mission, as Amended. 5 pp.

16 USC 1131-1136. (1964). Wilderness Act. 6 pp.

16 USC 1600. National Forest Management Act of 1976. 13 pp.

36 CFR 219.22. The overall role of science in planning. http://www.gpo.gov/fdsys/pkg/CFR-2011-title36-vol2/pdf/CFR-2011-title36-vol2-sec219-22.pdf.

62 FR 28653. Endangered and Threatened Wildlife and Plants; 12-Month Finding for a Petition to List the Contiguous U.S. Distinct Population Segment of the Canada Lynx. May 27, 1997. https://ecos.fws.gov/docs/federal_register/fr3075.pdf.

65 FR 16052. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related Rule. March 24, 2000. http://www.gpo.gov/fdsys/pkg/FR-2000-03-24/pdf/00-7145.pdf.

68 FR 40076. Endangered and Threatened Wildlife and Plants; Notice of Remanded Determination of Status for the Contiguous United States Distinct Population Segment of the Canada Lynx. July 3, 2003. http://www.gpo.gov/fdsys/pkg/FR-2003-07-03/pdf/03-16664.pdf.

71 FR 66008. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx. November 9, 2006. https://www.gpo.gov/fdsys/pkg/FR-2006-02-16/pdf/06-1443.pdf#page=1.

72 FR 1186. Endangered and Threatened Wildlife and Plants; Clarification of Significant Portion of the Range for the Contiguous United States Distinct Population Segment of the Canada Lynx. January 10, 2007. https://www.gpo.gov/fdsys/pkg/FR-2007-01-10/pdf/E6-22633.pdf#page=1.

72 FR 19549. Endangered and Threatened Wildlife and Plants; Initiation of 5-Year Reviews of Seven Wildlife Species and Two Plant Species in the Mountain-Prairie Region. Notice of review; request for comments. April 18, 2007. https://www.gpo.gov/fdsys/pkg/FR-2009-02-25/pdf/E9-3512.pdf#page=2.

74 FR 8616. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx; Final Rule. February 25, 2009. https://www.gpo.gov/fdsys/pkg/FR-2009-02-25/pdf/E9-3512.pdf#page=2.

74 FR 66937. Endangered and Threatened Wildlife and Plants; 12-month Finding on a Petition To Change the Final Listing of the Distinct Population Segment of the Canada Lynx To

Include New Mexico. December 17, 2009. https://www.gpo.gov/fdsys/pkg/FR-2009-12-17/pdf/E9-29960.pdf#page=1.

75 FR 6539. Healthy Forest Reserve Program. February 10, 2010.
http://www.gpo.gov/fdsys/pkg/FR-2010-02-10/pdf/2010-2812.pdf
http://www.nrcs.usda.gov/wps/portal/nrcs/main/national/programs/easements/forests/.

78 FR 59430. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous U.S. Distinct Population Segment of the Canada Lynx and Revised Distinct Population Segment Boundary; Proposed Rule. September 26, 2013. https://www.gpo.gov/fdsys/pkg/FR-2013-09-26/pdf/2013-23189.pdf.

79 FR 54782. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx and Revised Distinct Population Segment Boundary; Final Rule. September 12, 2104. https://www.gpo.gov/fdsys/pkg/FR-2014-09-12/pdf/2014-21013.pdf.

78 Stat. 890. (1964). Wilderness Act. 7 pp.

Abatzoglou, J. T. 2011. Influence of the PNA on declining mountain snowpack in the Western United States. International Journal of Climatology 31:1135-1142.

Abatzoglou, J. T. and C. A. Kolden. 2013. Relationships between climate and macroscale area burned in the western United States. International Journal of Wildland Fire 22:1003–1020.

Abele, S. L., A. J. Wirsing, and D. L. Murray. 2013. Precommercial forest thinning alters abundance but not survival of snowshoe hares. The Journal of Wildlife Management 77:84-92.

Agee, J. K. 2000. Disturbance ecology of North American boreal forests and associated northern mixed/subalpine forests. Pages 39-82 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Ahn, S., W. B. Krohn, A. J. Platinga, and T. J. Dalton. 2002 Agricultural land changes in Maine: A compilation and brief analysis of Census of Agriculture data, 1850-1997. Maine Agricultural and Forest Experiment Station Technical Bulletin 182. http://digitalcommons.library.umaine.edu/aes_techbulletin/26/.

Alaska Natural Heritage Program. 2008. Conservation status report. *Lynx canadensis*. 7 pp.

Albrecht, N. M., and C. L. Heusser. 2009. Detecting the presence of fishers and lynx on the ceded territory of the Coeur d'Alene Tribe. Coeur d'Alene Tribe, Plummer, Idaho, USA.

Alexander, S. M., N. M. Waters, and P. C. Paquet. 2005. Traffic volume and highway permeability for a mammalian community in the Canadian Rocky Mountains. *Canadian Geographer* 49:321–331.

239

Allen, C. D., A. K. Macalady, H. Chenchouni, D. Bachelet, N. Mcdowell, M. Vennetier, T. Kitzberger, A. Rigling, D. D. Breshears, E. H. Hogg. 2010. A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. Forest Ecology and Management 259:660-684.

Amiro, B. D., A. L. Orchansky, A. G. Barr, T. A. Black, S. D. Chambers, F. S. Chapin III, M. L. Goulden, M. Litvak, H. P. Liu, J. H. McCaughley, A. McMillan, and J. T. Randerson. 2006. The effect of post-fire stand age on the boreal forest energy balance. Agricultural and Forest Meteorology 140:41-50.

Anderson, E.M. and M.J. Lovallo. 2003. Bobcat and Lynx. Pages 758-786 in G.A. Feldhamer, B.C. Thompson, and J.A. Chapman, eds. Wild Mammals of North America: Biology, Management, and Conservation. Johns Hopkins University Press.

Andrews, C. 2016. Modeling and forecasting the influence of current and future climate on eastern North American spruce-fir (Picea abies) forests. M.S. Thesis, University of Maine, Orono, Maine. http://digitalcommons.library.umaine.edu/etd/2562.

Apps, C. D. 2000. Space-use, diet, demographics, and topographic associations of lynx in the southern Canadian Rocky Mountains: a study. Pages 351-371 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Apps, C. D. 2007. Ecology and conservation of Canada lynx in the Southern Canadian Rocky Mountains. Ph.D. Dissertation, University of Calgary, Calgary, Alberta, Canada. xvi + 242 pp.

Apps, C. D., J. L. Weaver, P. C. Paquet, B. Bateman, and B. N. McLellan. 2007. Carnivores in the southern Canadian Rockies: core areas and connectivity across the Crowsnest Highway. Wildlife Conservation Society Canada Conservation Report No 3. Toronto, Ontario, Canada. http://www.wcscanada.org/LinkClick.aspx?fileticket=bLGCcLWSCY%3d&tabid=2561.

Ashfaq, M., S. Ghosh, S.-C. Kao, L. C. Bowling, P. Mote, D. Touma, S. A. Rauscher, and N. S. Diffenbaugh. 2013. Near-term acceleration of hydroclimatic change in the western U.S. J. Geophys. Res. Atmos. 118:10,676–10,693, doi:10.1002/jgrd.50816.

Assells, A., H. Boulanger, B. Martin and M. C. Pelletier-Leclerc. 2007. Suivi de l'abondance du lievere d'Amerique (Lepus americanus), de 2000 a 2006 dans sept regions du Quebec. Page 38 Ministere des Ressources naturelles et de la Faune. Direction de l'amenagement de la faune, Gaspesie-iles-del-la-Madeleine.

Aubry, K.B. 2006. Peer review of USFWS 2006 proposed rule to designate critical habitat for the contiguous U.S. distinct population segment of Canada lynx. May 2, 2006, letter to USFWS. 3 pp.

Aubry, K. B., G. M. Koehler, and J. R. Squires. 2000. Ecology of Canada lynx in southern boreal forests. Pages 373-396 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

240

Auclair, A., W. Heilman, and B. Brinkman. 2010. Predicting forest dieback in Maine, USA: a simple model based on soil frost and drought. Can. J. For. Res. 40: 687–702.

Ausband, D. E. and G. R. Baty. 2005. Effects of precommercial thinning on snowshoe hare habitat use during winter in low-elevation montane forests. Canadian Journal of Forest Research 35:206-210.

Baigas, P. E., J. R. Squires, L. E. Olson, J. S. Ivan, and E. K Roberts. 2017. Using environmental features to model highway crossing behavior of Canada lynx in the Southern Rocky Mountains. Landscape and Urban Planning 157:200–213.

Bailey, T. N., E. E. Bangs, M. F. Portner, J. C. Malloy, and R. J. McAvinchey. 1986. An apparent overexploited lynx population on the Kenai Peninsula, Alaska. Journal of Wildlife Management 50:279–290.

Baldwin, E. D., L. S. Kenefic, and W. F. LaPage. 2007. Alternative large-scale conservation visions for Northern Maine: Interviews with decision leaders in Maine." Maine Policy Review 16(2): 78–91.

Barbero, R., J. T. Abatzoglou, E. A. Steel, and N. K. Larkin. 2014. Modeling very large-fire occurrences over the continental United States from weather and climate forcing. Environmental Research Letters 9:124009.

Barbero, R., J. T. Abatzoglou, N. K. Larkin, C. A. Kolden, and B. Stocks. 2015. Climate change presents increased potential for very large fires in the contiguous United States. International Journal of Wildland Fire. http://dx.doi.org/10.1071/WF15083.

Barbour and Litvaitis 1993 Niche dimensions of New England cottontails in relation to habitat patch size. Oecologia 93:321-327.

Basille, M., I. Herfindal, H. Santin-Janin, J. D. C. Linnell, J. Odden, R. Andersen, K. A. Hogda, and J. M. Gaillard. 2009. What shapes Eurasian lynx distribution in human dominated landscapes: selecting prey or avoiding people? Ecography 32:683-691.

Baumgartner, D. M., R. G. Krebill, J. T. Arnott, and G. F. Weetman, editors. 1984. Lodgepole pine: the species and its management. Symposium proceedings;May 8–10, 1984; Spokane, WA; May 14–16, 1984; Vancouver, British Columbia.

Bayne, E. M., S. Boutin, and R. A. Moses. 2008. Ecological factors influencing the spatial pattern of Canada lynx relative to its southern range edge in Alberta, Canada. The Canadian Journal of Zoology 86:1189-1197.

Beck, G, G. Keesler, and L. Maxwell. 2012. State of large landscape conservation in Maine 2012. Colby College, Waterville, Maine http://web.colby.edu/stateofmaine2012/state-of-large-landscape-conservation-in-maine/.

Beckage, B., B. Osborne, D. G. Gavin, C. Pucko, T. Siccama, and T. Perkins. 2008. A rapid upward shift of a forest ecotone during 40 years of warming in the Green Mountains of Vermont. Proceedings of the National Academy of Sciences 105:4197-4202.

241

Bellefeuille, S., L. Belanger, J. Huot, and A. Cimon. 2001. Clear-cutting and regeneration practices in Quebec boreal balsam fir forest: effects on snowshoe hare. Canadian Journal of Forest Research 31:41-51.

Beniston, M. 2016. Environmental changes in mountains and uplands. Routledge, Taylor and Francis Group. London and New York.

Benjamin, J., R. J. Lilleholm, and D. Damery. 2009. Challenges and opportunities for the Northeastern forest bioindustry. Journal of Forestry 107:125-131.

Bentz, B. J., editor. 2009. Bark beetle outbreaks in western North America: causes and consequences. Bark Beetle Symposium, Snowbird, Utah, November 2005. 42pp. http://www.fs.fed.us/rm/pubs_other/rmrs_2009_bentz_b001.pdf.

Bentz, B. J., J. Regniere, C. J. Fettig, E. M. Hansen, J. L. Hayes, J. A. Hicke, R. G. Kelsey, J. F. Negron, and S. J. Seybold. 2010. Climate change and bark beetles of the western United States and Canada: direct and indirect effects. BioScience 60:602-613.

Berg, N. D. 2009. Beaverhead-Deerlodge National Forest Canada lynx and snowshoe hare habitat and track surveys. Unpubl. report, USDA Forest Service, Beaverhead-Deerlodge National Forest, Dillon, Montana. 22 pp.

Berg, N. D. 2010. Snowshoe hare and forest structure relationships in western Wyoming. M. S. Thesis, Utah State University, Logan, Utah. 86 pp.

Berg, N. D. 2016. Personal communication re: Lynx Expert Elicitation Workshop Report; electronic mail to J. Zelenak, USFWS, Helena, MT, May 31, 2016.

Berg, N. D. and E. M. Gese. 2010. Relationship between fecal pellet counts and snowshoe hare density in western Wyoming. The Journal of Wildlife Management 74:1745-1751.

Berg, N. D. and R. M. Inman. 2010. Uinta Mountain lynx and wolverine survey report. Unpubl. report, USDA Forest Service, Uinta-Wasatch-Cache and Ashley National Forests, Utah. 44 pp.

Berg, N. D., E. M. Gese, J. R. Squires, and L. M. Aubry. 2012. Influence of forest structure on the abundance of snowshoe hares in western Wyoming. Journal of Wildlife Management 76:1480-1488.

Bergeron, Y. and M. D. Flannigan. 1995. Predicting the effects of climate change on fire frequency in the southeastern Canadian boreal forest. Water Air Soil Pollution 82:437-444.

Bergeron, Y., S. Gauthier, V. Kafta, P. Lefort, and D. Lesieur. 2001. Natural fire frequency for the eastern Canadian boreal forest: consequences for sustainable forestry. Canadian Journal of Forestry Research 31:384-391.

Bergeron, Y., D. Cyr, M. P. Girardin, and C. Carcaillet. 2010. Will climate change drive 21st century burn rates in Canadian boreal forest outside of its natural variability: collating global climate model experiments with sedimentary charcoal data. International Journal of Wildland Fire 19:1127-1139.

242

Bernier, C. 2015. Untitled. Response to U.S. Fish and Wildlife Service request for information on Canada lynx. Vermont Fish & Wildlife Department, Montpelier, VT. 7 pp.

Bernier, C. 2016. Personal communication re: Request for update about lynx in VT from USFWS; electronic mail reply to J. Zelenak, USFWS, Helena, MT, June 6, 2016.

Biek, R., R. L. Zarnke, C. Gillin, M. Wild, J. R. Squires, and M. Poss. 2002. Serologic survey for viral and bacterial infections in western populations of Canada lynx (Lynx canadensis). Journal of Wildlife Diseases 38:840-845.

Bittner, S. L. and O. J. Rongstad. 1982. Snowshoe hare and allies. Pages 146-163 in J. A. Chapman and G. A. Feldhamer (eds.). Wild mammals of North America biology, management and economics. Johns Hopkins University Press, Baltimore, MD.

Bjornlie, N. 2016. Personal communication re: WY/GYA lynx questions; electronic mail reply to J. Zelenak, USFWS, Helena, MT, Feb. 10, 2016.

Blais, J. R. 1983. Trends in the frequency, extent, and severity of spruce budworm outbreaks in eastern Canada. Canadian Journal of Forest Research 13:539-547.

BLM. 2004a. Environmental Assessment: Canada Lynx Amendment to the Garnet Resource Management Plan (RMP). Missoula Field Office. 11 pp.

BLM. 2004b. Biological Assessment: Canada Lynx Amendment,Garnet Resource Management Plan (RMP). Missoula Field Office. 12 pp.

BLM. 2008. Record of Decision and Approved Pinedale Resource Management Plan, Appendix 18 - Threatened, Endangered and BLM Sensitive Species with the Potential to Occur in the Pinedale Planning Area. 42 pp.

BLM. 2010. Record of Decision and Approved Kemmerer Resource Management Plan, Appendix A - Conservation Measures for Threatened or Endangered Species; Conservation Agreements, and BLM-Endorsed Management Strategies for Special Status Species. 17 pp.

BLM and USFWS. 2000. Canada Lynx Conservation Agreement. 12 pp.

Borrecco, J. E. 1976. Controlling damage by forest rodents and lagomorphs through habitat manipulation. In Proceed-ings: Seventh Vertebrate Pest Conference, C. S. Siebe, editor. March 9–11, 1976, Monterey, California, USA.

Brainerd, S. M. 1985. Reproductive ecology of bobcats and lynx in western Montana. M. S. Thesis, Univ. of Montana, Missoula. 85 pp.

Brand, C. J. and L. B. Keith. 1979. Lynx demography during a snowshoe hare decline in Alberta. Journal of Wildlife Management 43:827-849.

Brand, C. J., L. B. Keith, and C. A. Fischer. 1976. Lynx responses to changing snowshoe hare densities in central Alberta. Journal of Wildlife Management 40:416-428.

Rvsd Plan - 00004031

Breitenmoser, U., B. G. Slough, and C. Breitenmoser-Würsten. 1993. Predators of cyclic prey: Is the Canada lynx victim or profiteer of the snowshoe hare cycle? Oikos 66:551-554.

British Columbia Wildlife Accident Reporting System. 2012. B.C. Ministry of Transportation and Infrastructure, Victoria, B.C. *as cited on p. 78 in:* Interagency Lynx Biology Team (ILBT). 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-13-19, Missoula, MT. 128 pp.

Brocke, R. H., K. A. Gustafson, and L. B. Fox. 1991. Restoration of large predators: potentials and problems. Pages 303-315 in Challenges in the conservation of biological resources. A practitioner's guide. D. J. Decker, M. E. Krasny, G. R. Goff, C. R. Smith, and D. W. Gross, eds. Westview Press, Boulder, CO. Brocke, R. H., K. A. Gustafson, and L. B. Fox. 1992. Restoration of large predators: Potentials and problems.

Brocke, R. H., J. L. Belant, and K. A. Gustafson. 1993. Lynx population and habitat survey in the White Mountain National Forest, New Hampshire. State University of New York, Syracuse. 96 pp. + App.

Brooks, D. R. and E. P. Hoberg. 2007. How will global climate change affect parasite-host assemblages? Trends in Parasitology 23: 571-574.

Brown, R. D. 2000. Northern hemisphere snow cover variability and change, 1915-97. Journal of Climate 13:2339-2355.

Brown, R. D. and R. O. Braaten. 1998. Spatial and temporal variability of Canadian monthly snow depths, 1946–1995. Atmosphere-Ocean 36:37-54.

Buehler, D. A. and L. B. Keith. 1982. Snowshoe hare distribution and habitat use in Wisconsin. Canadian Field-Naturalist 96:19-29.

Bull, E. L., T. W. Heater, A. A. Clark, J. F. Shepherd, and A. K. Blumton. 2005. Influence of precommercial thinning on snowshoe hares. USDA Forest Service, Pacific Northwest Research Station, Research Paper PNW-RP-562.

Burakowski, E. A., C. P. Wake, B. Braswell, and D. P. Brown. 2008. Trends in wintertime climate in the northeastern United States: 1965–2005. Journal of Geophysical Research: Atmospheres, 113(D20).

Burdett, C. L. 2008. Hierarchical structure of Canada lynx space use and habitat selection in Northeastern Minnesota. PhD Dissertation. University of Minnesota.

Burdett, C. L., R. A. Moen, G. J. Niemi, and L. D. Mech. 2007. Defining space use and movements of Canada lynx with global positioning system telemetry. Journal of Mammalogy 88:457-467.

Burns, C., M. Hunter, P. deMaynadier, L. Incze, W. Krohn, P. Vaux, and B. Vickery. 2009. Biodiversity. Pages 30-36 in Jacobson, G. L., I. J. Fernandez, P. A. Mayewski, and C. V. Schmitt (editors). 2009. Maine's Climate Future: An Initial Assessment. Orono, ME: University of Maine. http://climatechange.umaine.edu/files/Maines_Climate_Future.pdf.

244

Burton, D. M., B. A. McCarl, C. N. M. deSousa, D. M. Adams, R. J. Alig, and S. M. Winnett. 1998. Economic dimensions of climate change on southern forests.  Chapter 42 in R. A. Mickler et al. 1998. The productivity and sustainability of southern forest ecosystems in a changing environment. Springer-Verlag, New York, New York, USA.

Buskirk, S. W., L. F. Ruggiero, and C. J. Krebs. 2000a. Habitat fragmentation and interspecific competition: implications for lynx conservation. Pages 83-100 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Buskirk, S. W., L. F. Ruggiero, K. B. Aubry, D. E. Pearson, J. R. Squires, and K. S. McKelvey. 2000b. Comparative ecology of lynx in North America. Pages 397-417 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Calkin, D. E., M. P. Thompson, and M. A. Finney. 2015.  Negative consequences of positive feedbacks in U. S. wildfire management. Forest Ecosystems 2:1-10.

Callaghan, M., M. Johansson, R. D. Brown, P. Y. Groisman, N. Labba, V. Radionov, R. G. Barry, O. N. Bulygina, R. L. H. Essery, D. M. Frolov, V. N. Golubev, T. C. Greenfell, M. N. Petrushina, V. N. Razuvaev, D. A. Robinson, P. Romanov, D. Shindell, A. B. Shmakin, S. A. Sokratov, S. Warren, and D. Yang. 2011. The changing face of arctic snow cover: a synthesis of observed and projected changes. AMBIO 40:17-31.

Carroll, C. 2007. Interacting effects of climate change, landscape conversion, and harvest on carnivore populations at the range margin: marten and lynx in the Northern Appalachians. Conservation Biology 21:1092-1104.

Carroll, C., R. F. Noss, and P. C. Paquet. 2001. Carnivores as focal species for conservation planning in the Rocky Mountain region. Ecological Applications 11:961-980.

Carter, T. R. 1996.  Assessing climate change adaptations: The IPCC guidelines. In Adapting to Climate Change: An International Perspective, ed. J.B.Smith, N. Bhatti, G.V. Menshulin, R. Benioff, M. Campos, B. Jallow, F.Rijsberman, M.I. Budyko and R.K. Dixon, Springer, Berlin.

Catton, T. J., D. Ryan, and D. Grosshuesch. 2015. Summary of the Superior National Forest's 2015 Canada lynx (Lynx Canadensis) DNA database. October 28. 6pp.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson. 2001. Changes in the onset of spring in the western United States. Bulletin of the American Meteorological Society 82:399-415.

Christensen, N. S., A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer. 2004: Effects of climate change on the hydrology and water resources of the Colorado River Basin. Climatic Change 62:337-363.

Christensen, J. H., B. Hewitson, A. Busuioc, A. Chen, X. Gao, I. Held, R. Jones, R. K. Kolli, W.-T. Kwon, R. Laprise, V. Magaña Rueda, L. Mearns, C. G. Menéndez, J. Räisänen, A.

Rvsd Plan - 00004033

Rinke, A. Sarr and P. Whetton, 2007: Regional Climate Projections. Pages 847-940 in: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. http://www.ipcc.ch/publications_and_data/ar4/wg1/en/contents.html.

Clevenger, A. P. and N. Waltho. 2005. Performance indices to identify attributes of highway crossing structures facilitating movement of large mammals. Biological Conservation 121:453-464.

Clevenger, A. P., B. Chruszcz, and K. E. Gunson. 2001. Highway mitigation fencing reduces wildlife-vehicle collisions. Wildlife Society Bulletin 29:646-653.

Cogbill, C. V. 1985. Dynamics of the boreal forests of the Laurentian Highlands, Canada. Canadian Journal of Forest Research 15:252-261.

Colorado Division of Wildlife. 2000. Colorado lynx recovery project: 2000 progress report to the U.S. Fish and Wildlife Service. Glenwood Springs, CO. 16 pp.

C. R. S. 33-2-105. Colorado Revised Statutes Title 33-2-105.

C. R. S. 33-6-205. Colorado Revised Statutes Title 33-6-205.

C. R. S. 33-6-207. Colorado Revised Statutes Title 33-6-207.

Confederated Salish and Kootenai Tribes. 2000. Flathead Indian Reservation Forest Management Plan. 308 pp.

Confederated Salish and Kootenai Tribes. 2014a. Tribal Natural Resources Department, Division of Fish, Wildlife, Recreation, Conservation.

Confederated Salish and Kootenai Tribes. 2014b. Tribal Wildlife Management Program Plan Fiscal Year 2014. 10 pp.

Conroy, M. J., L. W. Gysel, and G. R. Dudderar. 1979. Habitat components of clear-cut areas for snowshoe hares in Michigan. Journal of Wildlife Management 43:680-690.

Cornulier, T., N. G. Yoccoz, V. Bretagnolle, J. E. Brommer, A. Butet, F. ecke, D. A. Elston, E. Framstad, H. Hentonen, B. Hornfeldt, O. Huitu, C. Imholt, R. A. Ims, J Jacob, B. Jedrzejewska, A. Million, S. J. Petty, H. Pietiainen, E. Tkadlec, K. Zub, and X. Lambin. 2013. Europe-wide dampening of population cycles in keystone herbivores. Science 340:63-66.

Courville, S. 2014. Personal communication: telephone call between S. Courville, Wildlife Biologist, Confederated Salish and Kootenai Tribes (CSKT) of the Flathead Nation - Flathead Reservation, and J. Zelenak, USFWS, Helena, MT, April 30, 2014.

Cox, E. W., R. A. Garrott, and J. R. Cary. 1997. Effect of supplemental cover on survival of snowshoe hares and cottontail rabbits in patchy habitat. Canadian Journal of Zoology 75:1357-1363.

CPW. 2015. 2015 Colorado Small Game. Colorado Parks and Wildlife, Denver, CO. 16 pp.

Crooks, K. R. 2002. Relative sensitivities of mammalian carnivores to habitat fragmentation. Conservation Biology 16:488-502.

Cummings, J. 2016. Lynx EE (Expert Elicitation) figures. U.S. Geological Survey, Patuxent Wildlife Research Center. 20 pp.

Daggett, R. H. 2003. Long-term effects of herbicide and precommercial thinning treatments on species composition, stand structure, and net present value in spruce–fir stands in Maine: The Austin Pond Study. M. S. Thesis, University of Maine, Orono. 136 pp.

Dale, V. H., L. A. Joyce, S. McNulty, R. P. Neilson, M. P. Ayres, M. D. Flannigan, P. J. Hanson, L. C. Irland, A. E. Lugo, C. J. Peterson, D. Simberloff, F. J. Swanson, B. J. Stocks, and B. M. Wotton. 2001. Climate change and forest disturbances. BioScience 51:723-734.

Dalquest, W. W. 1942. Geographic variation in northwestern snowshoe hares. Journal of Mammalogy 23:166-183.

Danby, R. K. and D. S. Hik. 2007. Variability, contingency, and rapid change in recent subarctic alpine tree line dynamics. Journal of Ecology 95:352-363.

Daniel, T. W., Helms, J. A. and Baker, F. S. 1979. Principles of Silviculture. McGraw-Hill, New York, New York, USA. 500 pp.

Daszak, P., A. A. Cunningham, A. D. Hyatt. 2000. Emerging infectious diseases of wildlife - threats to biodiversity and human health. Science 287:443-449.

Davidson, R., M. Simard, S. J. Kutz, C. M. O. Kapel, I. S. Hamnes, and L. J. Robertson. 2011. Arctic parasitology: why should we care?  Trends in Parasitology 27:239-245.

Decker, K and M. Fink. 2014. Colorado Wildlife Action Plan Enhancement: Climate Change Vulnerability Assessment. Colorado Natural Heritage Program, Colorado State University, Fort Collins. 129 pp.

deGooyer, K. and D. E. Capen. 2004. An analysis of conservation easements and forest management in New York, Vermont, New Hampshire, and Maine. Prepared for the Northeast States Foresters Association. http://www.nefainfo.org/uploads/2/7/4/5/27453461/nefa_final_report_7.2004.pdf.

DeHayes, D. H., G. L. Jacobson, P. G. Schaber, B. bongarten, L. R. Iverson, and A. Dieffenbacker-Krall. 2000. Forest responses to changing climates: lessons from the past and uncertainty for the future. *In* Responses of northern forests to environmental change. Ecological Studies 139. Edited by R. A. Mickler, R. A. Birdsey, and J. L. Horn. Springer-Verlag, New York, Perline, Heidelberg. pp. 495-540.

Dennison, P. E., S. C. Brewer, J. D. Arnold, and M. A. Moritz. 2014. Large wildfire trends in the western United States, 1984–2011. Geophysical Research Letters 41:928–2933. doi:10.1002/2014GL059576.

Rvsd Plan - 00004035

Deschampe, N. W. 2008. Letter Re: Critical habitat designation for lynx. Grand Portage Reservation Tribal Council. 3 pp.

Deser, C., A. S. Phillips, M. A. Alexander, and B. V. Smoliak. 2014. Projecting North American climate over the next 50 years: Uncertainty due to internal variability. Journal of Climate 27:2271–2296.

Devineau, O., T. M. Shenk, G. C. White, P. F. Doherty, Jr., P. M. Lukacs, and R. H. Kahn. 2010. Evaluating the Canada lynx reintroduction programme in Colorado: patterns in mortality. Journal of Applied Ecology 47:524-531.

Diaz, H. F. and J. K. Eischeid. 2007. Disappearing "alpine tundra" Koppen climatic type in the western United States. Geophysical Research Letters 34:L18707.

Diefenbach, D. R., S. L. Rathbun, J. K. Vreeland, D. Grove, and WI J. Kanapaux. 2016. Evidence for range contraction of snowshoe hare in Pennsylvania. Northeastern Naturalist 23:229-248.

Dolbeer, R. A. and W. R. Clark. 1975. Population ecology of snowshoe hares in the central Rocky Mountains. Journal of Wildlife Management 39:535-549.

Dobrowski, S. Z. 2011. A review basis for microrefugia: the influence of terrain on climate. Global Change Biology 17:1022-1035.

Dudley, R. W. and G. A. Hodgkins. 2002. Trends in streamflow, river ice, and snowpack for coastal river basins in Maine during the 20th century (No. 2002-4245). Geological Survey (US).

Dunning, J. B.,B. J. Danielson, and H. R. Pulliam. 1992. Ecological processes that affect populations in complex landscapes. Oikos 65:169-175.

Dyer, J. L. and T. L. Mote. 2006. Spatial variability and trends in observed snow depth over North America. Geophysical Research Letters 33:L16503.

Eagar, C. and M. B. Adams. 2012. Ecology and decline of red spruce in the eastern United States. Springer-Verlag, New York, New York, U. S. A.

Elliot-Fisk, D. L. 1988. The boreal forest. Pages 33-62 in Barbour, M.G. and W.D. Billings (eds.). North American terrestrial vegetation. Cambridge Univ. Press, Cambridge.

Ellsworth, E. 2009. Snowshoe hare nutrition in a conifer forest: effects of winter food on energy use, activity, and demography in a low-density population.  Ph.D. Dissertation, University of Idaho, Moscow. xv + 107 pp.

Elton, C. and M. Nicholson. 1942. The ten-year cycle in numbers of the lynx in Canada. Journal of Animal Ecology 11:215-244.

Endeavor Wildlife Research. 2008. Endeavor Wildlife Research Foundation Greater Yellowstone lynx study Canada lynx track locations. Unpublished data. 2pp.

Rvsd Plan - 00004036

Endeavor Wildlife Research. 2009. Greater Yellowstone Ecosystem Lynx Study. Unpublished Report. 30 pp.

Environment Canada 2014. Non-detriment finding for Canada lynx. Publ. 2007-10-25; revised 2014-02-17. 4 pp.

Erb, J. 2012. Registered furbearer harvest statistics. 2011-2012 Report. Grand Rapids, MN. 30 pp.

Erb, J. 2014. Furbearer winter track survey summary, 2014. Pp. 39-46 in Carnivore scent station survey and winter track indices. Forest Wildlife Populations and Research Group, Grand Rapids, MN. 18 pp. (pp. 29-46).

Etheridge, D. A., D. A. MacLean, R. G. Wagner, and J. S. Wilson. 2005. Changes in landscape composition and stand structure from 1945 2002 on an industrial forest in New Brunswick, Canada. Canadian Journal of Forest Research 35:1965-1977.

Fagre, D. B. 2005. Adapting to the reality of climate change at Glacier national Park, Montana, USA. Proceedings I Conferencia Cambio Climático, Bogotá 2005. 14 pp.

Farrell, L. E. 2012. Northeastern meso-mammals: landscape use and detection. Doctoral dissertation, University of Vermont.

Farrell, L. E. 2013. Personal communication; telephone call between Farrell, primary author and former University of Vermont PhD student, and A. Tur, Endangered Species Biologist, USFWS, New England Field Office, April 30, 2013.

Feierabend, D. and K. Kielland. 2014. Multiple crossings of a large glacial river by Canada lynx (Lynx canadensis). The Canadian Field Naturalist 128:80-83.

Feng, S. and Q. Hu. 2007. Changes in winter snowfall/precipitation ratio in the contiguous United States. Journal of Geophysical Research 112:D15109, doi:10.1029/2007JD008397.

Ferreras, P. 2001. Landscape structure and asymmetrical inter-patch connectivity in a metapopulation of the endangered Iberian lynx. Biological Conservation 100: 125-136.

Ferron, J. and J. P. Ouellet. 1992. Daily partitioning of summer habitat and use of space by the snowshoe hare in southern boreal forest. Canadian Journal of Zoology 70:2178-2183.

Fernandez, I.J., C. Schmitt, E. Stancioff, S.D. Birkel, and A. Pershing. 2015. Maine's Climate Future: 2015 Update. Climate Change Institute Faculty Scholarship. Paper 5. http://digitalcommons.library.umaine.edu/climate_facpub/5.

Flannigan, M. D., Y. Bergeron, O. Engelmark, and B. M. Wotton. 1998. Future wildfire in circumboreal forests in relation to global warming. Journal of Vegetation Science 9:469-476.

Flannigan, M., I. Campbell, M. Wotton, C. Carcaillet, P. Richard, and Y. Bergeron. 2001. Future fire in Canada's boreal forest: paleoecologyresults and general circulation model – regional climate model simulations. Canadian Journal of Forest Resources 31:854-864.

Rvsd Plan - 00004037

Flannigan, M., B. Stocks, M. Turetsky, and M. Wotton. 2009. Impacts of climate change on fire activity and fire management in the circumboreal forest. Global Change Biology 15:549-560.

Folland,C.K.,T.R. Karl, J.R. Christy, R.A. Clarke, G.V. Gruza, J. Jouzel, ... P. Zhaiet al. 2001. Observed climate variability and change, in Climate Change. The Scientific Basis edited by J.T. Houghton, et al., pp. 99-181, Cambridge Univ. Press, New York, 2001.

Forest Stewardship Council. FSC-US Forest Management Standard (v1.0). https://us.fsc.org/en-us/certification/forest-management-certification.

Forman, R. T. and L. E. Alexander. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics 29:207-231.

Fox, J. F. 1978. Forest fires and the snowshoe hare-Canada lynx cycle. Oecologia 31:349-374.

Frelich, L. E. and P. B. Reich. 1995. Spatial patterns and succession in a Minnesota southern-boreal forest. Ecological Monographs 65:325-346.

Friedlingstein, R., R. M. Andrew, J. Rogelj, G. P. Peters, J. G. Canadell, R. Knutti, G. Luderer, M. R. Raupach, M. Schaeffer, D. P. van Vuuren, and C. LeQuere. 2014. Persistent growth of Co2 emissions and implications for reaching climate targets. Nature Geoscience 7:709-715.

Friedman, S. K. and P. B. Reich. 2005. Regional legacies of logging: Departure from presettlement forest conditions in northern Minnesota. Ecological Applications. 15:726-744.

Fuller, A. K. 1999. Influence of partial harvesting on American marten and their primary prey in northcentral Maine. M.Sc. thesis, University of Maine, Orono, Maine. 141pp.

Fuller, T. K., and D. M. Heisey. 1986. Density-related changes in winter distribution of snowshoe hares in northcentral Minnesota. Journal of Wildlife Management 50:261-264.

Fuller, A. K. and D. J. Harrison. 2005. Influence of partial timber harvesting on American martens in north-central Maine. Journal of Wildlife Management 69:710-722.

Fuller, A. K. and D. J. Harrison. 2010. Movement paths reveal scale-dependent habitat decisions by Canada lynx. Journal of Mammalogy 91:1269–1279.

Fuller, A. K. and D. J. Harrison. 2013. Modeling the influence of forest structure on microsite habitat use by snowshoe hares. Journal of Forestry Research 2013:1-7.

Fuller, A. K., D. J. Harrison, and H. J. Lachowski. 2004. Stand scale effects of partial harvesting and clearcutting on small mammals and forest structure. Forest Ecology and Management 191:373-386.

Fuller, A. K., D. J. Harrison, and J. H. Vashon. 2007. Winter habitat selection by Canada lynx in Maine: prey abundance or accessibility? Journal of Wildlife Management 71:1980-1986.

Rvsd Plan - 00004038

Fuss, S., J. G. Canadell, G. P. Peters, M. Tavonni, R. M. Andrew, P. Ciais, R. B. Jackson, C. D. Jones, F. Kraxner, N. Nakicenovic, C. LeQuere, M. R. Raupach, A. Sharifi, P. Smith, and Y. Yamagata. 2014. Betting on negative emissions. Nature Climate Science 4:850-853.

Galatowitsch, S., L. Frelich, and L. Phillips-Mao. 2009. Regional climate change adaptation strategies for biodiversity conservation in a midcontinental region of North America. Biological Conservation 142:2012-2022.

Garfin, G., G. Franco, H. Blanco, A. Comrie, P. Gonzalez, T. Piechota, R. Smyth, and R. Waskom. 2014. Ch. 20: Southwest. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 462-486. doi:10.7930/J08G8HMN. http://nca2014.globalchange.gov/report/regions/southwest.

Gehman, S., A. Edmonds, and B. Robinson. 2004. Snowtracking surveys for lynx and other carnivores in the North and Middle Forks Flathead River System – Glacier National Park and Flathead National Forest winter 2003-2004. Unpubl. Report, Wild Things Unlimited, Bozeman, Montana. 56 pp.

Gehman, S., M. Porco, and B. Robinson. 2010. Rare carnivore surveys on the Gallatin National Forest: Year thirteen annual project report, June 2010. Unpubl. Report, Wild Things Unlimited, Bozeman, Montana, 12 pp.

Gehman, S., B. Robinson, G. Treinish, and K. Baughan. 2011. Snow-tracking surveys on the Helena National Forest, December 2010-April 2011. Unpubl. Report, Wild Things Unlimited, Bozeman, Montana, 21 pp. + tables and maps.

Georgakakos, A., P. Fleming, M. Dettinger, C. Peters-Lidard, Terese (T.C.) Richmond, K. Reckhow, K. White, and D. Yates. 2014: Ch. 3: Water Resources. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 69-112. doi:10.7930/J0G44N6T. http://nca2014.globalchange.gov/report/sectors/water.

Gibeau, M. L. and K. Heuer. 1996. Effects of transportation corridors on large carnivores in the Bow River Valley, Alberta. Pages 67-79 In Proc. Florida Department of Transportation/ Federal Highway Administration Transportation-Related Wildlife Mortality Seminar. Orlando, Florida. https://trid.trb.org/view.aspx?id=475850.

Gigliotti, L. C. 2016. Ecology, habitat use, and winter thermal dynamics of snowshoe hares in Pennsylvania. M. S. Thesis, The Pennsylvania State University College of Agricultural Sciences, State College, PA. xi + 89 pp.

Gillett, N. P., A. J. Weaver, F. W. Zwiers, and M. D. Flannigan. 2004. Detecting the effect of climate changeon Canadian forest fires. Geophysical Research Letters 31:L18211.

Glick, P., B. A. Stein, and N. A. Edelson, editors. 2011. *Scanning the Conservation Horizon: A Guide to Climate Change Vulnerability Assessment*. National Wildlife Federation, Washington, D.C. 168 pp.

251

Goldblum, D. and L. S. Rigg. 2005. Tree growth response to climate change at the deciduous–boreal forest ecotone, Ontario, Canada. Canadian Journal of Forest Research 35:2709-2718.

Gompper, M. E. 2002. Top carnivores in the suburbs? Ecological and conservation issues raised by colonization of Northeastern North America by coyotes. Bioscience 52(2):185-190.

Gonzalez, P., R. P. Neilson, K. S. McKelvey, J. M. Lenihan, and R. J. Drapek. 2007. Potential impacts of climate change on habitat and conservation priority areas for Lynx canadensis (Canada lynx). Report to the Forest Service, U.S. Department of Agriculture, Washington D.C., and NatureServe, Arlington, Virginia. 19 pp.

Gonzales, P., R. P. Neilson, J. M. Linihan, and R. J. Drapek. 2010. Global patterns in the vulnerability of ecosystems to vegetation shifts due to climate change. Global Ecology and Biogeography 19:755-768.

Goodrich, J. M. and S. W. Buskirk. 1995. Control of abundant native vertebrates for conservation of endangered species. Conserv. Bio. 9:1357-1364.

Grafius, D.R., G.P. Malanson, and D. Weiss. 2012. Secondary controls of alpine treeline elevations in the western USA. Physical Geography 33:146-164.

Gray, D. R. 2008. The relationship between climate and outbreak characteristics of the spruce budworm in eastern Canada. Climate Change 87:361-383.

Gregory, J. M. and J. F. B. Mitchell. 1995. Simulation of daily variability of surface temperature and precipitation in the current and 2xCO2 climates of the UKMO climate model. Q. J. R. Meteorol. Soc. 121:1451–1476.

Gregory, J. M., J. F. B.Mitchell, and A. J. Brady. 1997. Summer drought in northern midlatitudes in a time-dependent CO2 climate experiment. Journal of Climate 10:662-686.

Griffin, P. C. 2004. Landscape ecology of snowshoe hares in Montana. Ph.D. dissertation, University of Montana, Missoula. 160 pp.

Griffin, P. C. and L. S. Mills. 2004. Snowshoe hares (Lepus americanus) in the western United States: movement in a dynamic landscape. Pages 438–449 in H.R. Akcakaya, M.A. Burgman, O. Kindvall, C.C. Wood, P. Sjogren-Gulve, J.S. Hatfield, and M.A. McCarthy, editors. Species conservation and management: Case studies. Oxford University Press, New York, New York, USA.

Griffin, P. C. and L. S. Mills. 2007. Precommercial thinning reduces snowshoe hare abundance in the short term. Journal of Wildlife Management 71:559-564.

Griffin, P. C. and L. S. Mills. 2009. Sinks without borders: snowshoe hare dynamics in a complex landscape. Oikos 118:1487-1498.

Grilo, C., J. A. Bissonette, and M. Santos-Reis. 2009. Spatial–temporal patterns in Mediterranean carnivore road casualties: consequences for mitigation. Biological Conservation 142:301-313.

Rvsd Plan - 00004040

Groffman, P. M., P. Kareiva, S. Carter, N. B. Grimm, J. Lawler, M. Mack, V. Matzek, and H. Tallis, 2014: Ch. 8: Ecosystems, Biodiversity, and Ecosystem Services. Climate Change Impacts in the United States: The Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 195-219. doi:10.7930/J0TD9V7H. http://nca2014.globalchange.gov/report/sectors/ecosystems.

Groisman, P. Y., T. R. Karl, and R. W. Knight. 1994a. Changes in snow cover, temperature, and radiative heat balance over the Northern Hemisphere. Journal of Climate 7:1633-1656.

Groisman, P. Y., T. R. Karl, and R. W. Knight. 1994b. Observed impact of snow cover on the heat balance and rise of continental spring temperatures. Science 263:198-200.

Gunderson 1978. A mid-continent irruption of Canada lynx, 1962-63. Prairie Naturalist 10:71-80.

Hagan, J. M., L. C. Irland, and A. A. Whitman. 2005. Changing timberland ownership in the northern forest and implications for biodiversity. Manomet Center for Conservation Sciences, Forest Conservation Program, Report #MCCS-FCP-2005-1.

Halfpenny, J. C. and G. C. Miller. 1980. History and status of Canada lynx in Colorado. Colorado Div. of Wildlife. 1980 Wildlife Research Report. 11 pp.

Halfpenny, J. C. and G. C. Miller. 1981. History and status of Canada lynx in Colorado. Colorado Div. of Wildlife. 1981 Wildlife Research Report. 11 pp.

Halfpenny, J. C., S. J. Bissell and D. M. Nead. 1982. Lynx verification program: history and status of the lynx in Colorado and its distributional ecology for western North America. Unpubl. Man. 23 pp.

Hall, M. H. P. and D. B. Fagre. 2003. Modeled climate-induced glacier change in Glacier National Park, 1850-2100. Bioscience 53:131-140.

Hamlet, A. F. and D. P. Lettenmaier. 1999. Effects of climate change on hydrology and water resources in the Columbia River Basin. Journal of the American Water Resources Association 35:1597-1623.

Hansen, A.J., R. Rasker, B. Maxwell, J. J. Rotella, A. Wright, U. Langner, W. Cohen, R. Lawrence, and J. Johnson. 2002. Ecology and socioeconomics in the new west: a case study from Greater Yellowstone. BioScience 52:151–168.

Hansen, J., M. Sato, R. Ruedy, K. Lo, D. W. Lea, and M. Medina-Elzade. 2006. Global temperature change. PNAS 103:14288-14293.

Hanski, I. and M. Gilpin. 1991. Metapopulation dynamics: brief history and conceptual domain. Biological Journal of the Linnean Society 42:3-16.

Hanson, K., and R. Moen. 2008. Diet of Canada Lynx in Minnesota Estimated from Scat Analysis. Department of Biology University of Minnesota Duluth. NRRI, Duluth, MN.

Hanvey, G. 2016. Personal communication re: WY/GYA lynx questions; electronic mail to J. Zelenak, USFWS, Helena, MT, Feb. 11, 2016.

253

Rvsd Plan - 00004041

Harper, S. C., L. L. Falk, and E. W. Rankin. 1990. The northern forest lands study of New England and New York. USDA Forest Service. Rutland, Vermont, USA.

Harrison, D. J. 2017. External peer review of: Species status assessment for the Canada lynx (*Lynx canadensis*) contiguous United States Distinct Population Segment, Version 1.0 – Draft. 29 pp.

Harrison, D. J., S. Morano, and S. Olson. 2016. Relationships among forest harvesting, snowshoe hares, and Canada lynx in Maine. Pages 51-56 *In* Roth, B.E. (Editor). 2016. Cooperative Forestry Research Unit: 2015 Annual Report. University of Maine. Orono. 83 pp. http://umaine.edu/cfru/files/2016/08/2015-CFRU-Annual-Report.pdf.

Hartmann, D.L., A.M.G. Klein Tank, M. Rusticucci, L.V. Alexander, S. Brönnimann, Y. Charabi, F.J. Dentener, E.J. Dlugokencky, D.R. Easterling, A. Kaplan, B.J. Soden, P.W. Thorne, M. Wild and P.M. Zhai, 2013: Observations: Atmosphere and Surface. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. http://www.ipcc.ch/pdf/assessment-report/ar5/wg1/WG1AR5_Chapter02_FINAL.pdf.

Harvell, C. D., C. E. Mitchell, J. R. Ward, S. Altizer, A. P. Dobson, R. S. Ostfeld, and M. D. Samuel. 2002. Climate warming and disease risks for terrestrial and marine biota. Neuroscience 296:2158-2162.

Harvel, D., S. Altizer, I. M. Cattadori, L. Harrington, and E. Weil. 2009. Climate change and wildlife diseases: when does the host matter the most? Ecology 90:912-920.

Harvey, B. J., D. C. Donato, and M. G. Turner. 2016. Drivers and trends in landscape patterns of stand-replacing fire in forests of the US Northern Rocky Mountains (1984–2010). Landscape Ecol. DOI 10.1007/s10980-016-0408-4.

Hatler, D. F. and A. M. M. Beal. 2003. British Columbia furbearer management guidelines, Lynx (Lynx canadensis). 11 pp.

Hayhoe, K., C. P. Wake, T. G. Huntington, L. Luo, M. D. Schwartz, J., S. Sheffield, E. Wood, B. Anderson, J. Bradbury, A. DeGaetano, T. J. Troy, and D. Wolfe. 2006. Past and future changes in climate and hydrological indicators in the U.S. Northeast. 2006 Climate Dynamics DOI 10.1007/s00382-006-0187-8. 32 pp.

Haynes, R.H., tech. coord. 2003. An analysis of the timber situation in the United States: 1952 to 2050. Gen. Tech. Rep. PNW-560. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 254 pp.

Heilman, G. E., J. R. Strittholt, N. C. Slosser, and D. A. Dellasala. 2002. Forest fragmentation of the conterminous United States: Assessing forest intactness through road density and spatial characteristics. Bioscience 52:411-422.

Heinselman, M. 1996. The Boundary Waters wilderness ecosystem. University of Minnesota Press, Minneapolis.

Rvsd Plan - 00004042

Hessburg, P. F., J. K. Agee, and J. F. Franklin. 2005. Dry forests and wildland fires of the inland Northwest USA: Con-trasting the landscape ecology of the pre-settlement and modern eras. Forest Ecology and Management. 211:117–139.

Hjeljord, O., V. Sahlgaard, E. Enge, M. Eggestad, and S. Gronwold. 1988. Glyphosate application in forest- ecological aspects. VII. The effect on mountain hare (*Lepus timidus*) use of a forest plantation. Scandinavian Journal of Forest Research 3:123-127.

Hodges, K. E. 2000a. Ecology of snowshoe hares in southern boreal and montane forests. Pages 163-206 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Hodges, K. E. 2000b. Ecology of snowshoe hares in northern boreal forests. Pages 117-162 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Hodges, K. E., L. S. Mills, and K. M. Murphy. 2009. Distribution and abundance of snowshoe hares in Yellowstone National Park. Journal of Mammalogy 90:870-878.

Hodgkins, G. A. and R. W. Dudley. 2006. Changes in late-winter snowpack, depth, water equivalent and density in Maine, 1926-2004. Hydrological Processes 20:741-751.

Hogg, E. H. 1994. Climate and the southern limit of the western Canadian boreal forest. Canadian Journal of Forest Research 24:1835-1845.

Holbrook, J. D., J. R. Squires, L. E. Olson, N. J. DeCesare, and R. L. Lawrence. 2017. Understanding and predicting habitat for wildlife conservation: the case of Canada lynx at the range periphery. Ecosphere 8(9):1-25. e01939.10.1002/ecs2.1939. http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1939/full.

Homyack, J. A. 2003. Effects of precommercial thinning on snowshoe hares, small mammals, and forest structure in northern Maine. M.S. Thesis, University of Maine, Orono. 196 pp.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2004. Structural differences between precommercially thinned and unthinned conifer stands. Forest Ecology and Management 194:131-141.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2005. Long-term effects of precommercial thinning on small mammals in northern Maine. Forest Ecology and Management 205:43–57.

Homyack, J. A., D. J. Harrison, J. A. Litvaitis, and W. B. Krohn. 2006. Quantifying densities of snowshoe hares in Maine using pellet plots. Wildlife Society Bulletin 34:74-80.

Homyack, J. A., D. J.Harrison, and W. B. Krohn. 2007. Effects of precommercial thinning on snowshoe hares in Maine. Journal of Wildlife Management 71:4-13.

Homyack, J. A., J. H. Vashon, C. Libby, E. L. Lindquist, S. Loch, D. F. McAlpine, K. L. Pilgrim, and M. K. Schwartz. 2008. Canada lynx-bobcat (Lynx canadensis × L. rufus) hybrids at

255

the southern periphery of lynx range in Maine, Minnesota and New Brunswick. The American Midland Naturalist 159:504-508.

Hone, J., C. J. Krebs, and M. O'Donaghue. 2011. Is the relationship between predator and prey abundances related to climate for lynx and snowshoe hares. Wildlife research 38:419-425.

Hornseth, M. L., A. A. Walpole, L. R. Walton, J. Bowman, J. C. Ray, M. J. Fortin, and D. L. Murray. 2014. Habitat loss, not fragmentation, drives occurrence patterns of Canada lynx at the southern range periphery. PloS one, 9(11), e113511.

Horton, R., G. Yohe, W. Easterling, R. Kates, M. Ruth, E. Sussman, A. Whelchel, D. Wolfe, and F. Lipschultz. 2014. Ch. 16: Northeast. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 16-1-nn. http://nca2014.globalchange.gov/report/regions/northeast.

Hoving, C. L. 2001. Historical occurrence and habitat ecology of Canada lynx (Lynx canadensis) in eastern North America. M.S. Thesis, University of Maine, Orono. 200 pp.

Hoving, C. L., R. A. Joseph, and W. B. Krohn. 2003. Recent and historical distributions of Canada lynx in Maine and the Northeast. Northeastern Naturalist 10:363-382.

Hoving, C. L., D. J. Harrison, W. B. Krohn, W. B. Jakubas, and M. A. McCollough. 2004. Canada lynx Lynx canadensis habitat and forest succession in northern Maine, USA. Wildlife Biology 10:285-294.

Hoving, C. L., D. J. Harrison, W. B. Krohn, R. A. Joseph, and M. O'Brien. 2005. Broad-scale predictors of Canada lynx occurrence in eastern North America. Journal of Wildlife Management 69:739-751.

Hubbart, J. A., T. E. Link, and J. A. Gravelle. 2015. Forest canopy reduction and snowpack dynamics in a northern Idaho watershed of the Continental-Maritime region, United States. Forest Science 61:882-894.

Huntington, T.G. 2005. Assessment of calcium status in Maine forests; review and future projections. Can. J. For. Res. 35:1109-1121. Doi:10.1139/x05-034.

Huntington, T. G., G. A. Hodgkins, B. D. Keim, and R. W. Dudley. 2004. Changes in the proportion of precipitation occurring as snow in New England (1949-2000). Journal of Climate 17:2626-2636.

IDFG. 2017a. Idaho Department of Fish and Game comments re: Species Status Assessment for the Canada lynx (*Lynx canadensis*) – Draft Report Version 1.0.

IDFG. 2017b. Idaho Department of Fish and Game, Upland Game, Furbearer & Turkey 2016-2017 Seasons and Rules. https://idfg.idaho.gov/rules.

Ims, R. A., J.-A. Henden, and S. T. Killengreen. 2008. Collapsing population cycles. Trends in Ecology and Evolution 23:79-86.

256

Rvsd Plan - 00004044

Interagency Lynx Biology Team (ILBT). 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-13-19, Missoula, MT. 128 pp.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Core Writing Team, Pachauri, R. K., and A. Reisinger (eds.)]. IPCC, Geneva, Switzerland, 104 pp. http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr_full_report.pdf.

IPCC. 2014a. Summary for policymakers. In: *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Field, C. B., V. R. Barros, D .J. Dokken, K. J. Mach, M. D. Mastrandrea, T. E. Bilir, M. Chatterjee, K. L. Ebi, Y. O. Estrada, R. C. Genova, B. Girma, E. S. Kissel, A. N. Levy, S. MacCracken, P. R. Mastrandrea, and L. L. White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1-32. http://ipcc-wg2.gov/AR5/images/uploads/WG2AR5_SPM_FINAL.pdf.

IPCC. 2014b. Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland, 151 pp. http://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full_wcover.pdf.

Ippoliti, J. and K. Nadeau-Drillen. 2006. Maine Office of Policy and Legal Analysis staff study of forest ownership trends and issues. Maine State Legislature; Office of Policy and Legal Analysis, Augusta, Maine. Office of Policy and Legal Analysis. Paper 153. http://digitalmaine.com/opla_docs/153.

Irland, L. C. 2000. Ice storms and forest impacts. The Science of the total Environment 262:231-242.

Irland, L. C., D. Adams, R. Alig, C. J. Betz, C. C. Chen, M. Hutchins, B. McCarl, K. Skog, and B. L. Sohngen. 2001. Assessing socioeconomic impacts of climate change on US forests, wood-product markets, and forest recreation. BioScience 51:753-764.

ITIS. 2016. Integrated Taxonomic Information System online database, http://www.itis.gov.

Ivan, J. S. 2011a. Density, demography, and seasonal movements of snowshoe hares in central Colorado. Ph.D. dissertation, Colorado State University, Fort Collins. 141 pp.

Ivan, J. S. 2011b. Monitoring Canada lynx in Colorado using occupancy estimation: Initial implementation in the Core Lynx Release Area. Pages 11-20 in: Wildlife research reports July 2010-June 2011. Colorado Division of Parks and Wildlife, Fort Collins, Colorado. 296 pp.

Ivan, J. S. 2011c. Putative Canada lynx (Lynx canadensis) movements across Hwy 50 near Monarch Ski Area. Colorado Division of Wildlife, Fort Collins. 6 pp.

Rvsd Plan - 00004045

Ivan, J. S. 2011d. Putative Canada lynx (Lynx canadensis) movements across Hwy 114 near North Pass, Colorado. Colorado Division of Wildlife, Fort Collins. 6 pp.

Ivan, J. S. 2011e. Predicted lynx habitat in Colorado. Pages 21-35 in: Wildlife research reports July 2010-June 2011. Colorado Division of Parks and Wildlife, Fort Collins, Colorado. 296 pp.

Ivan, J. S. 2012. Putative Canada lynx (Lynx canadensis) movements across Hwy 40 near Berthoud Pass, Colorado. Colorado Division of Wildlife, Fort Collins. 5 pp.

Ivan, J. S. 2016a. Personal communication re: WY/GYA lynx questions; electronic mail reply to J. Zelenak, USFWS, Helena, MT, February 10, 2016.

Ivan, J. S. 2016b. Personal communication re: Information on lynx kitten survival; electronic mail reply to K. Broderdorp, USFWS, Grand Junction, CO, March 9, 2016.

Ivan, J. S. 2017. Summary of movements of Colorado lynx in Wyoming. Colorado Parks and Wildlife, Fort Collins, CO. 36 pp.

Ivan, J. S., M. Rice, P.M. Lukacs, T. M. Shenk, D. M. Theobald, and E. Odell. 2011. Predicted lynx habitat in Colorado. Pages 21-35 in Wildlife Research Report - Mammals. Fort Collins, CO, USA. Colorado Parks and Wildlife.

Ivan, J. S., G. C. White, and T. M. Schenk. 2014. Density and demography of snowshoe hares in central Colorado. The Journal of Wildlife Management 78:580-594.

Ivan, J. S., E. Odell, and S. Wait. 2015. Wildlife research project summary: Canada lynx monitoring in Colorado. Colorado Parks and Wildlife, Fort Collins, CO. 4 pp.

Iverson, L. R. and A. M. Prasad. 2001. Potential changes in tree species richness and forest community types following climate change. Ecosystems 4:186-199.

Iverson, L. R., A. M. Prasad, B. J Hale, and E. K. Sutherland. 1999. An atlas of current and potential future distributions of common trees of the eastern United States. General Technical Report NE- 265, Northeastern Research Station, USDA Forest Service, Newtown Square, PA.

Iverson, L. R., A. M. Prasad, S. N. Matthews, and M. Peters. 2008. Estimating potential habitat for 134 eastern US tree species under six climate scenarios. Forest Ecology and Management 254:390-406.

Jacobson, G. L., I. J. Fernandez, P. A. Mayewski, and C. V. Schmitt (editors). 2009. Maine's Climate Future: An Initial Assessment. Orono, ME: University of Maine. Revised April 2009. http://climatechange.umaine.edu/files/Maines_Climate_Future.pdf.

Jin, S. and S. A. Sader. 2006. Effects of forest ownership and change on forest harvest rates, types and trends in northern Maine. Forest Ecology and Management 228:177-186.

Johnson, A. H., E. R. Cook, and T. G. Siccama. 1988. Climate and red spruce growth and decline in the northern Appalachians. Proceedings of the National Academy of Science 85:5369-5373.

258

Johnston, D. W., A. S. Friedlander, L. G. Torres, and D. M. Lavigne. 2005. Variation in sea ice cover on the east coast of Canada from 1969 to 2002: climate variability and implications for harp and hooded seals. Climate Research 29:209-222.

Johnston, K. M., K. A. Freund, and O. J. Schmitz. 2012. Projected range shifting by montane mammals under climate change: implications for Cascadia's National Parks. Ecosphere 3(11):97. 17 pp. http://dx.doi.org/10.1890/ES12-00077.1.

Jolly, W. M., M. A. Cochrane, P. H. Freeborn, Z. A. Holden, T. J. Brown, G. J. Williamson, and D. M. J. S. Bowman. 2015. Climate-induced variations in global wildfire danger from 1979 to 2013. Nature Communications 6:7537. DOI: 10.1038/ncomms8537. http://www.nature.com/naturecommunications.

Jones, K.R., and N.D. Mulhern. 1998. An evaluation of the severity of the January 1998 ice storm in northern New England. US Army Corps of Engineers. Cold Regions Research and Engineering Laboratory Report for FEMA, Region 1. 66 p.

Joos, F., I. C. Prentice, S. sitch, R. Meyer, G. Hooss, G. K. Plattner, S. Gerber, and K. Hasselmann. 2001. Global warming feedbacks on terrestrial carbon uptake under the Intergovernmental Panel on climate change (IPCC) emission scenarios. Global Biogeochemical cycles 4:891-907.

Joyce, L. A., J. R. Mills, L. S. Heath, A. D. McGuire, R. W. Haynes, and R. A Birdsey. 1995. Forest sector impacts from changes in forest productivity under climate change. Journal of Biogeography 22:703-713.

Joyce, L. A., S. W. Running, D. D. Breshears, V. H. Dale, R. W. Malmsheimer, R. N. Sampson, B. Sohngen, and C. W. Woodall. 2014. Ch. 7: Forests. Climate Change Impacts in the United States: The Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 175-194. doi:10.7930/J0Z60KZC. http://nca2014.globalchange.gov/report/sectors/forests.

Judd, R. W. 2007. The Maine Woods: A Legacy of Controversy. Maine Policy Review 16.2:8-10. http://digitalcommons.library.umaine.edu/mpr/vol16/iss2/3.

Kapfer, P. M. 2012. Bobcat (*Lynx rufus*) spatial ecology and harvest in Minnesota. Dissertation. University of Minnesota. 107pp.

Kapnick, S., and A. Hall. 2012. Causes of recent changes in western North American snowpack. Climate Dynamics 38(9–10), 1885–1899, doi: 10.1007/s00382-011-1089-y.

Karl, T. R., R. W. Knight, K. P. Gallo, T. C. Peterson, P. D. Jones, G. Kukla, N. Plummer, V. Razuvayev, J. Lindseay, and R. J. Charlson. 1993. A new perspective on recent global warming: asymmetric trends of daily maximum and minimum temperature. Bull. Am. Meteorol Soc. 74:1007-1023.

Kart, J., R. Regan, S. R. Darling, C. Alexander, K. Cox, M. Ferguson, S. Parren, K. Royar, and B. Popp, editors. 2005. Vermont's Wildlife Action Plan. Vermont Fish & Wildlife Department. Waterbury, Vermont. www.vtfishandwildlife.com.

259

Rvsd Plan - 00004047

Kasischke, E. S. and M. R. Turetsky. 2006. Recent changes in the fire regime across the North American boreal region – Spatial and temporal patterns of burning across Canada and Alaska. Geophysical Research Letters 33:L09703.

Keith, J. S., D. J. Smith, and J. K. Morris. 1993. Dynamics of snowshoe hare population in fragmented habitat. Can. J. Zool. 71:1385–1392.

Keane, R.E., M. F. Mahalovich, B. L. Bollenbacher, M. E. Manning, R. A. Loehman, T. B. Jain, L. M. Holsinger, A. J. Larson, and M. M. Webster. *In press*. Climate change effects on forest vegetation in the Northern Rocky Mountains. Ch. 6 *in* Halofsky *et al*., eds., Climate change vulnerability and adaptation in the Northern Rocky Mountains. Gen. Tech. Rep. RMRS-GTR-xxx. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 881 pp.

Kearney, M. S. and R. H. Luckmann. 1983. Post-glacial vegetational history of Tonquin Pass, British Columbia. Canadian Journal of Earth Sciences 20:776-786.

Keegan, C. E., C. B. Sorenson, T. A. Morgan, S. W. Hayes, and J. M. Daniels. 2011. Impact of the great recession and housing collapse on the forest products industry in the western United States. Forest Products Journal 61:625-634.

Khidas, K., J. Duhaime, and H. M. Huynh. 2013. Morphological divergence of continental and island populations of Canada lynx. Northeastern Naturalist, 20(4):587-608.

Kiehl, J. T. and P. R. Gent. 2004. The Community Climate System Model, Version 2. Journal of Climate 17:3666-3682.

Kilborn, J. 2015. Canada lynx (Lynx canadensis) in New Hampshire Wildlife Action Plan. New Hampshire Fish and Wildlife. http://www.wildlife.state.nh.us/wildlife/wap.html.

Kilgore, B. M. and M. L. Heinselman.1990. Fire in wilderness ecosystems. Pages 297–335 in Hendee, J. C., G. H. Stankey, and R. C. Lucas editors. Wilderness management. 2nd Edition. North American Press, Golden, Colorado, USA.

Klos, P. Z., T. E. Link, and J. T. Abatzoglou. 2014. Extent of the rain-snow transition zone in the western U.S. under historic and projected climate. Geophysical Research Letters 41:4560-4568.

Knowles, N., M. D. Dettinger, and D. R. Cayan. 2006. Trends in snowfall versus rainfall in the western United States. Journal of Climate 19:4545-4559.

Koch, P. 1996. Lodgepole pine commercial forests: An essay comparing the natural cycle of insect kill and subsequent wildfire with management for utilization and wildlife. Forest Service general technical report PB--97-104236/XAB; FSGTR/INT--342 TRN: 63172348

Koehler, G. M. 1990a. Population and habitat characteristics of lynx and snowshoe hares in north central Washington. Canadian Journal of Zoology 68:845-851.

Koehler, G. M. 1990b. Snowshoe hare, Lepus americanus, us of forest successional stages and population changes during 1985-1989 in north-central Washington. Canadian Field Naturalist 105:291-293.

260

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitats for lynx and snowshoe hares. Journal of Forestry 88:10-14.

Koehler, G. M. and K. B. Aubry. 1994. Lynx. Pages 74-98 *in* Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, L. J. Lyon, and W. J. Zielinski, (eds.). The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine in the Western United States. USDA Forest Service Gen. Tech. Rep. RM-254.

Koehler, G. M. and B. T. Maletzke. 2006.  Lynx in the state of Washington. Wild Cat News 2:1-4.

Koehler, G. M., M. G. Hornocker, and H. S. Hash. 1979. Lynx movements and habitat use in Montana. Canadian Field-Naturalist 93:441-442.

Koehler, G. M., B. T. Maletzke, J. A. Von Kienast, K. B. Aubry, R. B. Wielgus, and R. H. Naney. 2008. Habitat fragmentation and the persistence of lynx populations in Washington state. Journal of Wildlife Management 72:1518-1524.

Koen, E. L., J. Bowman, D. L. Murray, and P. J. Wilson. 2014a. Climate change reduces genetic diversity of Canada lynx at the trailing range edge. Ecography 37:754–762.

Koen, E. L., J. Bowman, J. L. Lalor, and P. J. Wilson. 2014b. Continental-scale assessment of the hybrid zone between bobcat and Canada lynx. Biological Conservation 178:107–115.

Koen, E. L., J. Bowman, and P. J. Wilson. 2015. Isolation of peripheral populations of Canada lynx (Lynx canadensis). Canadian Journal of Zoology 93:521-530.

Kolbe, J. A. and J. R. Squires. 2006. A longevity record for Canada lynx, Lynx canadensis, in western Montana. Western North American Naturalist 66:535-536.

Kolbe, J. A., J. R. Squires, D. H. Pletscher, and L. F. Ruggiero. 2007. The effect of snowmobile trails on coyote movements within lynx home ranges. Journal of Wildlife Management 71:1409-1418.

Kosterman, M. K. 2014. Correlates of Canada lynx reproductive success in northwestern Montana. M.S. Thesis, University of Montana, Missoula. ix + 69 pp.

Kramer-Schadt, S., E. Revilla, and T. Wiegand. 2005. Lynx reintroductions in fragmented landscapes of Germany: Projects with a future or misunderstood wildlife conservation? Biological Conservation 125:169-182.

Krawchuk, M. A., S. G. Cumming, and M. D. Flannigan. 2009. Predicted changes in fire weather suggest increases in lightning fire initiation and future areas burned in the mixedwood boreal forest. Climatic Change 92:83-97.

Krebs, C. J. R. Boonstra, S. Boutine, and A. R. E. Sinclair. 2001. What drives the 10-year cycle of snowshoe hares? BioScience 25:25-35.

Krebs, C. J. 2011. Of lemmings and snowshoe hares: the ecology of northern Canada. Proceedings of the Royal Society of London B 278:481-489.

261

Krebs, C. J., K. Kielland, J. Bryant, M. O'Donaghue, F. Doyle, C, McIntyre, D. DiFolco, N. Berg, S. Carriere, R. Boonstra, S. Boutin, A. J. Kenney, D. G. Reid, K. Bodony, J. Putera, H. K. Timm, and T. Burke. 2013. Synchrony in the snowshoe hare (Lepus americanus) cycle in northwestern North America, 1970–2012. Canadian Journal of Zoology 91:562-572.

Krebs, C. J., J. Bryant, K. Kielland, M. O'Donaghue, F. Doyle, S. Carriere, D. DiFolco, N. Berg, R. Boonstra, S. Boutin, A. J. Kenney, D. G. Reid, K. Bodony, J. Putera, H. K. Timm, T. Burke, J. A. K. Maier, and H. Golden. 2014. What factors determine cyclic amplitude in the snowshoe hare (Lepus americanus) cycle?  Canadian Journal of Zoology 92:1039-1048.

Kreyling, J., A. Schmiedinge, E. Macdonald, and C. Beierkuhnlein. 2008. Slow understory redevelopment after clearcutting in high mountain forests. Biodiversity Conservation 17:2339-2355. DOI 10.1007/s10531-008-9385-5.

Krohn, W. B. and C. L. Hoving. 2010. Early Maine wildlife. Historical accounts of Canada lynx, moose, mountain lion, white-tailed deer, wolverine, wolves, and woodland caribou 1603 - 1930. The University of Maine Press, Orono, Maine.

Krohn, W., C. Hoving, D. Harrison, D. Phillips, and H Frost. 2005. *Martes* foot-loading and snowfall patterns in eastern North America. Pages 115-131 *in* Harrison, D. J., A. K. Fuller, and G. Proulx (editors). Martens and Fishers (Martes) in Human-Altered Environments: An international perspective. Springer, U.S.A.

Küchler, V. J. 1964. Potential natural vegetation of the conterminous United States. American Geog. Soc. Special Publication No. 36.

Kuehnast, E. L., D. G. Baker, and J. A. Zandlo. 1982. Climate of Minnesota: Part X111 - Duration and depth of snow cover. Technical Bulletin 333-1982. University of Minnesota. 24 pp.

Kullman, L. 1990. Dynamics of altitudinal tree limits in Sweden: a review. Norwegian Jounal of Geography 44:103-116.

Kumar, V., J. Mortelmans, J. Vercruysse, and F. Ceulemans. 1974. Chemotherapy of helminthasis among wild animals, lung worm infestation of Felis (Lynx) canadensis. Acta Zoologica et Pathologica Antverpiensia. (61):85-89.

Kupfer, J. A. and D. M. Cairns. 1996. The suitability of montane ecotones as indicators of global climatic change. Progress in Physical Geography 20:253-272.

Lavoie, M., P. Y. Collin, F. Lemieux, H. Jolicoeur, P. Canac-Marquis, and S. Lariviere. 2009. Understanding fluctuations in bobcat harvest at the northern limit of their range. The Journal of wildlife Management 73:870-875.

Le Goff, H., M. D. Flannigan, and Y. Bergeron. 2009. Potential changes in monthly fire risk in the eastern Canadian boreal forest under future climate change. Canadian Journal of Forest Resources 39:2369-2380.

Legaard, K. 2016.  Kasey Legaard, School of Forest Resources, University of Maine, Personal communication to Mark McCollough, U. S. Fish and Wildlife Service, Orland, Maine.

Rvsd Plan - 00004050

Legaard, K., E. Simons-Legaard, S. Sader, and J. Wilson. 2013. Evaluating the interacting effects of forest management practices and periodic spruce budworm infestation on broad-scale, long term forest productivity. Final report to the Northeastern States Research Cooperative, U.S. Department of Agriculture. Unpubl. report. School of Forest Resources, University of Maine, Orono. 17 pp. http://nsrcforest.org/sites/default/files/uploads/legaard10full.pdf.

Legg, T. E. and R. G. Baker. 1980. Palynology of Pinedale sediments, Devlins Park, Boulder County, Colorado. Arctic and Alpine Research 12:319-333.

Lenton, T. M., H. Held, E. Kriegler, J. W. Hall, W. Lucht, S. Rahmstorf, and H. J. Schellnhuber. 2008. Tipping elements in the Earth's climate system. PNAS 105:1786-1793.

Lewis, J. C. 2016. Periodic Status Review for the Lynx. Washington Department of Fish and Wildlife, Olympia, Washington. 17 + iii pp.

Lewis, C. W., K. E. Hodges, G. M. Koehler, and L. S. Mills. 2011. Influence of stand and landscape features on snowshoe hare abundance in fragmented forests. Journal of Mammalogy 92:561-567.

Licht, D. S., R. A. Moen, D. P. Brown, M. C. Romanski, and R. A. Gitzen. 2015. The Canada lynx (*Lynx canadensis*) of Isle Royale: Over-harvest, climate change, and the extirpation of an island population. Canadian Fieldnaturalist 129:139–151.

Licht, D. S., R. A. Moen, and M. Romanski. 2017. Modeling viability of a potential Canada lynx reintroduction to Isle Royale National Park. *Unpubl. Proof.* Natural Areas Journal 37: 500-507.

Lieberg, A. 2017. Personal communication re: Garnets Lynx; electronic mail from Adam Lieberg, Conservation Practitioner, Swan Valley Connections, Condon, MT, to J. Zelenak, USFWS, Helena, MT, Feb. 5, 2017.

Lienard, J., J. Harrison, and N. Strigul. 2016. US forest response to projected climate-related stress: a tolerance perspective. Global Change Biology 22:2875-2886.

Lilieholm, R. J., L. C. Irland, and J. M. Hagan. 2010. Changing socio-economic conditions for private woodland protection. Pages 67-98 (Chapter 5) in S. C. Trombulak and R. F. Baldwind, eds. Landscape-scale conservation planning. Springer-Verlag, New York, New York, USA. 427 pp.

Linden, D. W. 2006. Modeling current and historic habitat for Canada lynx (Lynx canadensis) in the Upper Peninsula of Michigan. M.S. Thesis, Michigan State University, East Lansing, MI. 153 pp.

Littell, J. S., D. L. Peterson, K. L. Riley, Y. Liu, and C. H. Luce. 2016. A review of the relationships between drought and forest fire in the United States. Global Change Biology, doi: 10.1111/gcb.13275. 17 pp.

Litvaitis, J. A. and J. P. Tash. 2005. Species profile: Canada lynx Lynx canadensis. Pages A-296 – A-302 in New Hampshire Wildlife Action Plan. New Hampshire Fish and Game

263

Department, Concord. http://www.wildlife.state.nh.us/nongame/documents/canada-lynx.pdf.

Litvaitis, J. A., J. A. Sherburne, and J. A. Bissonette. 1985. Influence of understory characteristics on snowshoe hare habitat use and density. Journal of Wildlife Management 49:866-873.

Litvaitis, J. A., J. A. Sherburne, and J. A. Bissonette. 1986. Bobcat habitat use and home range size in relation to prey density. The Journal of Wildlife Management 50:110-117.

Litvaitis, J. A., D. Kingman, Jr., J. Lanier, and E. Orff. 1991. Status of lynx in New Hampshire. Transactions of the Northeast Section of the Wildlife Society 48:70-75.

Livingston, W. H. 2000. Maine's spruce-fir forest after the spruce budworm epidemic. 4th Annual Munsungan Conference Proceedings: Forest Health. Maine Agricultural Experiment Station Publication Number 742.

Lorimer, C. G. 1977. The presettlement forest and natural disturbance cycle of northeastern Maine. Ecology 58:139-148.

Lorimer, C. G. and A. S. White. 2003. Scale and frequency of natural disturbance in the northeastern US: implications for early successional forest habitats and regional age distributions. Forest Ecology and Management 185:41-64.

Lucht, W., S. Schaphoff, T. Erbrecht, U. Heyder, and W. Cramer. 2006. Terrestrial vegetation redistriution and carbon balance under climate change. Carbon Balance and Management 1:6.

Lucid, M. K. 2016. Idaho Panhandle Forest Carnivores. Interim Progress Report. Idaho Department of Fish and Game, Boise, Idaho. 18 pp.

Lucid, M. K., L. Robinson, and S. Ehlers. 2016. Multi-species Baseline Initiative Project Report: 2010-2014. Idaho Department of Fish and Game, Coeur d'Alene, Idaho, USA. pp. 148-203.

Lukas J., J. Barsugli, N. Doesken, I. Rangwala, K. Wolter. 2014. Climate Change in Colorado, A Synthesis to Support Water Resources Management and Adaptation, second edition. 114 pp.

Lute, A. C., J. T. Abatzoglou, and K. C. Hegewisch. 2015. Projected changes in snowfall extremes and interannual variability of snowfall in the western United States. Water Resources Research 51:960-972.

Lyons, A. L., W. L. Gaines, J. Begley, P. H. Singleton, J. C. Lewis, B. T. Maletezke. 2016. Canada Lynx Carrying Capacity in Washington. Final Report submitted to Washington Department of Fish and Wildlife. Olympia, Washington. 31 pp.

Lynx SSA Team 2016a. Canada Lynx Expert Elicitation Workshop - Final Report. April 18, 2016. 64 pp.

Rvsd Plan - 00004052

Lynx SSA Team 2016b. Canada Lynx Expert Elicitation Workshop – Notes. Bloomington, Minn., Oct. 13-15, 2015. 19 pp.

MacLean, D. A. and M. G. Morgan. 1983. Long term growth and yield response of young fir to manual and chemical release from shrub competition. The Forestry Chronicle 59:177-183.

Maine Department of Transportation (Maine State Planning Office; Maine Department of Transportation; and RKG Associates, Inc.). 1999. Maine East-West Highway: Economic Impact Analysis-Phase I Technical Report, Baseline Conditions, 1999. State Planning Office. Paper 28.
http://digitalmaine.com/cgi/viewcontent.cgi?article=1027&context=spo_docs.

Maine Forest Service. 1995. 1994 Silvicultural Activities Report. Maine Forest Service, Department of Conservation, Augusta, Maine.

Maine Forest Service. 2003. 2002 Silvicultural Activities Report. Maine Forest Service, Department of Conservation, Augusta, Maine. 6 pp.
http://www.maine.gov/dacf/mfs/publications/annual_reports.html#silvi.

Maine Forest Service. 2005. 2004 Silvicultural Activities Report. Maine Forest Service, Department of Conservation, Augusta, Maine. 6 pp.
http://www.maine.gov/dacf/mfs/publications/annual_reports.html#silvi.

Maine Forest Service. 2007. 2006 Silvicultural Activities Report. Maine Forest Service, Department of Conservation, Augusta, Maine. 6 pp.
http://www.maine.gov/dacf/mfs/publications/annual_reports.html#silvi.

Maine Forest Service. 2016. 2015 Silvicultural Activities Report. Department of Agriculture, Conservation, and Forestry, Augusta, Maine. 8 pp.
http://www.maine.gov/dacf/mfs/publications/annual_reports.html.

Maine Land Use Regulation Commission. 2010. Comprehensive Land Use Plan for areas within the jurisdiction of the Maine Land Use Regulation Commission. Maine Land Use Regulation Commission, Department of Conservation, Augusta, Maine. 447 pp.
http://www.maine.gov/dacf/lupc/plans_maps_data/clup/2010_CLUP.pdf.

Maletzke, B. T. 2004. Winter habitat selection of lynx (Lynx canadensis) in northern Washington. M.S. Thesis, Washington State University, Pullman. 39 pp.

Maletzke, B. T., G. M. Koehler, R. B. Wielgus, K. B. Aubry, and M. A. Evans. 2008. Habitat conditions associated with lynx hunting behavior during winter in northern Washington. Journal of Wildlife Management 72:1473-1478.

Mallet, D. G. 2014. Spatial and habitat responses of Canada lynx in Maine to a decline in snowshoe hare density. M.S. Thesis, University of Maine, Orono, Maine. 170pp.

McAllister, K.A., R. Morgenweck, and C. Jauhola. 2000. Lynx habitat mapping direction. Interagency Lynx Steering Committee. 4 pp.

265

McCann, N. P. 2006. Using pellet counts to predict snowshoe hare density, snowshoe hare habitat-use, and Canada lynx habitat-use in Minnesota. M.S. Thesis, University of Minnesota. 64 pp.

McCann, N. P. and R. A. Moen. 2011. Mapping potential core areas for lynx (Lynx canadensis) using pellet counts from snowshoe hares (Lepus americanus) and satellite imagery. Canadian Journal of Zoology 89:509-516.

McCaskill, G., W. McWilliams, C. Barnett, B. Butler, M. Hatfield, C. Kurtz, R. Morin, W. Moser, C. Perry, and C. Woodall. 2011. Maine's Forest 2008. Resour. Bull. NRS-48. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 62 pp.

McCaskill, G. L., T. Albright, C. J. Barnett, B. J. Butler, S. J. Crocker, C. M. Kurtz, W. H. McWilliams, P. D. Miles, R. S. Morin, M. D. Nelson, R. H. Widmann, and C. W. Woodall. 2016. Maine Forests, 2013. Resource Bulletin NRS-103. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 62 pp.

McCollough, M. A. 2007. Canada lynx habitat management guidelines for Maine. U. S. Fish and Wildlife Service Maine Field Office, Old Town, Maine. 44 pp.

McCollough, M. A. 2016. Deterministic population simulation of the Maine Canada lynx population. Vortex 10.

McCord, C. M. 1974. Selection of winter habitat by bobcats (Lynx rufus) on the Quabbin Reservation, Massachusetts. Journal of Mammalogy 55:428-437.

McCord, C. M. and J. E. Cardoza. 1982. Bobcat and lynx. Pages 728-766 in J. A. Chapman and G. A. Feldhamer (eds.). Wild mammals of North America biology, management and economics. Johns Hopkins University Press, Baltimore, MD.

McDonald, P. 2016. Personal communication; electronic mail exchange with Kurt Broderdorp, USFWS, Grand Junction, CO.

McDonald, K. A. and J. H. Brown. 1992. Using montane mammals to model extinctions due to global change. Conservation Biology 6:409-415.

McKelvey, K. S., K. B. Aubry, and Y. K. Ortega. 2000a. History and distribution of lynx in the contiguous United States. Pages 207-264 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

McKelvey, K. S., S. W. Buskirk, and C. J. Krebs. 2000b. Theoretical insights into the population viability of lynx. Pages 21-37 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

McKelvey, K. S., K. B. Aubry, J. K. Agee, S. W. Buskirk, L. F. Ruggiero, and G. M. Koehler. 2000c. Lynx conservation in an ecosystem management context. Pages 419-441 in

Rvsd Plan - 00004054

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

McKelvey, K. S., Y. K. Ortega, G. Koehler, K. Aubry, and D. Brittell. 2000d. Canada lynx habitat and topographic use patterns in north central Washington: a reanalysis. Pages 307-336 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

McKelvey, K. S., K. B. Aubry, and M. K. Schwartz. 2008. Using anecdotal occurrence data for rare or elusive species: The illusion of reality and a call for evidentiary standards. Bioscience 58:549-555.

McKelvey, K. S., Copeland, J. P., Schwartz, M. K., Littell, J. S., Aubry, K. B., Squires, J. R., Parks, S. A., Elsner, M. M. and Mauger, G. S. 2011. Climate change predicted to shift wolverine distributions, connectivity, and dispersal corridors. Ecological Applications, 21: 2882–2897. doi:10.1890/10-2206.1

McKenney, D. W., J. H. Pedlar, K. Lawrence, K. Campbell, and M. F. Hutchinson. 2007. Potential impacts of climate change on the distribution of North American trees. bioScience 57:939-948.

McKenzie, D. Z. Gedalof, D. L. Peterson, and P. Mote. 2004. Climatic change, wildfire, and conservation. Conservation Biology 18:890-902.

McLaughlin, S. B., D. J. Downing, T. J. Blasing, E. R. Cook, and H. S. Adams. 1987. An analysis of climate and competition as contributors to decline of red spruce in high elevation Appalachian forests of the eastern United States. Oecologia 72:487-501.

McNab, W. H. and P. E. Avers. 1994. Ecological subregions of the United States: Section descriptions. Admin. Publication WO-WSA-5. USDA Forest Service, Washington, D.C. 267 pp.

McNab, W. H., D. T. Cleland, J. A. Freeouf, J. Keys, J.E., G. J. Nowacki, and C. A. Carpenter, comps. 2007. Description of ecological subregions: sections of the conterminous United States. U.S. Department of Agriculture, Forest Service, Washington, DC.

McWilliams, W. H., B. J. Butler, L. E. Caldwell, D. M. Griffith, M. L. Hoppus, K. M. Laustsen, A. J. Lister, T. W. Lister, J. W. Metzler, R. S. Morin, S. A. Sader, L. B. Stewart, J. R. Steinman, J. A. Westfall, D. A. Williams, A. Whitman, and C. W. Woodall. 2005. The forests of Maine: 2003. Resource Bulletin NE-164. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northeastern Research Station. 188p.

MDIFW. 2009. Maine endangered and threatened species listing handbook; a guide for implementing the Maine Endangered Species Act. Maine Department of Inland Fisheries and Wildlife, Augusta, Maine. 47 pp.

MDIFW. 2011. Federally Threatened: Canada Lynx (*Lynx canadensis*). Maine Department of Inland Fisheries and Wildlife, Augusta, Maine. 3 pp.

MDIFW. 2012. Lynx incidental capture reports (10). Unpubl. data. Maine Department of Inland Fisheries and Wildlife, Augusta, Maine. 70 pp.

MDIFW. 2014. Incidental Take Plan for Maine's Trapping Program. https://www.fws.gov/mainefieldoffice/PDFs/20141028_Maines_Incidental_Take_Plan_for Lynx_submitted_to_USFWS_on_10_28_14.pdf.

MDIFW. 2015a. Maine Department of Inland Fisheries and Wildlife. 2015a. 2015 research and management report. Maine Department of Inland Fisheries and Wildlife, Bangor, Maine. http://www.maine.gov/ifw/docs/reports_research_2015.pdf.

MDIFW. 2015b. How to avoid incidental take of lynx while trapping other furbearers; updated September 2015. Maine Department of Inland Fisheries and Wildlife, Augusta, Maine.

MDIFW. 2016a. Summary of trapping laws, Maine 2016-17. Maine Department of Inland Fisheries and Wildlife, Augusta, Maine. 25 pp.

MDIFW. 2016b. Compliance with Maine's Incidental Take Permit -TE48539B: 2016 Annual Report. Maine Department of Inland Fisheries and Wildlife, Augusta, Maine. 55 pp.

MDIFW. 2017. Maine Department of Inland Fisheries and Wildlife. Review and Comments on the Draft Species Status Assessment for Canada Lynx (*Lynx canadensis*) Contiguous United States Distinct Population Segment. U.S. Fish & Wildlife Service. February 10, 2017, 20 pp.

Meaney, C. 2002. A review of Canada lynx (Lynx canadensis) abundance records from Colorado in the first quarter of the 20th Century. Report to the Colorado Department of Transportation. 10 pp.

Mech, L. D. 1973. Canadian lynx invasion of Minnesota. Biol. Conserv. 5:151-152.

Mech, L. D. 1980. Age, sex, reproduction, and spatial organization of lynxes colonizing northeastern Minnesota. Journal of Mammalogy 61:261-267.

MEDACF. 2014. The Forestry Rules of Maine 2014: A practical guide for foresters, loggers and woodlot owners. Maine Department of Agriculture, Conservation and Forestry, Maine Forest Service, Augusta, ME. 130 pp.

Melillo, Jerry M., Terese (T.C.) Richmond, and Gary W. Yohe, Eds., 2014: Climate Change Impacts in the United States: The Third National Climate Assessment. U.S. Global Change Research Program, 841 pp. doi:10.7930/J0Z31WJ2.

Meslow E. C. and L. B. Keith. 1971. A correlation analysis of weather versus snowshoe hare population parameters. The Journal of Wildlife Management 35:1-15.

Miles, P.D., K. Jacobson, G. J. Brand, E. Jepsen, D. Meneguzzo, M. E. Mielke, C. Olson, C. H. Perry, R. Piva, B. T. Wilson, and C. Woodall. 2007. Minnesota's forests 1999-2003: Part A. Resour. Bull. NRS-12A. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 92 pp.

Rvsd Plan - 00004056

Mills, L. S., M. Zimova, J. Oyler, S. Running, J. T. Abatzoglou, and P. M. Kukacs. 2013. Camouflage mismatch in seasonal coat color due to decreased snow duration. PNAS 110:7360-7365.

Millward, A. A. and C. E. Kraft. 2004. Physical influences of landscape on a large-extent ecological disturbance: the northeastern North American ice storm of 1998. Landscape Ecology 19:99-111.

MNDNR. 2013. Minnesota's list of endangered, threateded, and special concern species.  Minn. Dept. Natural Resources, St. Paul, Minnesota. 18 pp.

MNDNR. 2015. Adopted Expedited Emergency Game and Fish Rules: 6234, Lynx Management Zone. Minn. Dept. Natural Resources, St. Paul, Minnesota. 3 pp.

MNDNR. 2016a. 2016 Minnesota Hunting and Trapping Regulations Handbook. Minn. Dept. of Natural Resources, St. Paul, Minnesota. 132 pp.

MNDNR. 2016b. Minnesota's Forest Resources 2015. Minn. Dept. of Natural Resources, Div. of Forestry, St. Paul, Minnesota. 73 pp.

MNDNR. 2016c. Mines & Advanced Projects of Iron Ore, Metallic Minerals, Industrial Minerals, and Selected Construction Aggregates. Minn. Dept. Natural Resources, St. Paul, Minnesota. January 2016. 1 p.

MNFRC. 2012. Sustaining Minnesota Forest Resources: Voluntary Site-Level Forest Management Guidelines for Landowners, Loggers and Resource Managers. Minnesota Forest Resource Council, St. Paul, Minnesota. 590pp.

MNFRC. 2013. Sustaining Minnesota Forest Resources: Voluntary Site-Level Forest Management Guidelines for Landowners, Loggers and Resource Managers. Minnesota Forest Resource Council, St. Paul, Minnesota. 590pp.

MNFRC. 2014. Minnesota's Forest Management Guidelines - Quick Reference Field Guide. Minnesota Department of Natural Resources. Minnesota Forest Resource Council, St. Paul, Minnesota. 84 pp.

Moen, R. 2009. Canada lynx in the Great Lakes Region - 2009 Annual Report. Center for Water and Environment, Natural Resources Research Institute, Duluth, Minnesota. iii + 17 pp.

Moen, R. 2017. Peer review for the U.S. Fish and Wildlife Service's Draft Species Status Assessment for the Canada lynx. Natural Resources Research Institute, University of Minnesota Duluth. 10 pp.

Moen, R. and C. L. Burdett. 2009. Den sites of radiocollared Canada lynx in Minnesota 2004-2007. Natural Resource Research Institute, NRRI Technical Report No. NRRI/TR-2009/07. 19 pp.

Moen, R., G. Niemi, C. L. Burdett, and L. D. Mech. 2005. Canada lynx in the Great Lakes Region. Natural Resource Research Institute, NRRI Tech. Rep. NRRI/TR-2006-16.

Rvsd Plan - 00004057

Moen, R., C. L. Burdett, and G. Niemi. 2008a. Movement and habitat use of Canada lynx during denning in Minnesota. Journal of Wildlife Management 72:1507-1513.

Moen, R., G. Niemi, and C. L. Burdett. 2008b. Canada lynx in the Great Lakes Region. Natural Resource Research Institute, NRRI Tech. Rep. NRRI/TR-2008-14 Release 1.1. 48 pp.

Moen, R., J. M. Rasmussen, C. L. Burdett, and K. M. Pelican. 2010a. Hematology, serum chemistry, and body mass of free-ranging and captive Canada lynx in Minnesota. Journal of Wildlife Diseases 46:13-22.

Moen, R., L. Terwilliger, A. R. Dohmen, and S. C. Catton. 2010b. Habitat and road use by Canada lynx making long-distance movements. Natural Resource Research Institute, NRRI TR-2010/02 University of Minnesota, Duluth, USA. 26 pp.

Moen, R., S. K. Windels, and B. Hansen. 2012. Lynx habitat suitability in and near Voyageurs National Park. Natural Areas Journal 32:348-355.

Mohan, J. E., R. M. Cox, and L. R. Iverson. 2009. Composition and carbon dynamics of forests in northeastern North America in a future, warmer world. Canadian Journal of Forestry Research 39:213-230.

Monthey, R. W. 1986. Responses of snowshoe hares, Lepus americanus, to timber harvesting in northern Maine. Canadian Field-Naturalist 100:568–570.

Morris, K. I. 1986. Bobcat assessment. Maine Department of Inland Fisheries and Wildlife, Bangor, Maine, United States.

Mote, P. W. 2003a. Trends in snow water equivalent in the Pacific Northwest and their climatic causes. Geophysical Research Letters 30:3-1 – 3-4.

Mote, P.W. 2003b. Trends in temperature and precipitation in the Pacific Northwest during the twentieth century. Northwest Science 77(4):271-282.

Mote, P., A. Hamlet, M. Clark, and D. Lettenmaier. 2005. Declining mountain snowpack in western North America. Bulletin of the American Meteorological Society 86:39-49.

Mote, P., A. Hamlet, and E. Salathe. 2008. Has spring snowpack declined in the Washington Cascades? Hydrology and Earth System Science 12:193–206.

Mote, P., A. K. Snover, S. Capalbo, S. D. Eigenbrode, P. Glick, J. Littell, R. Raymondi, and S. Reeder. 2014. Ch. 21: North-west. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Rich-mond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 487-513. doi:10.7930/J04Q7RWX. http://nca2014.globalchange.gov/report/regions/northwest.

Mowat, G., K. G. Poole, and M. O'Donoghue. 2000. Ecology of lynx in northern Canada and Alaska. Pages 265-306 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

MTDNRC and USFWS. 2010a. Montana Department of Natural Resources and Conservation Forested State Trust Lands Habitat Conservation Plan (MDNRC HCP), Final Environmental Impact Statement (FEIS), Vol. I. 802 pp. http://www.fws.gov/montanafieldoffice/Endangered_Species/Habitat_Conservation_Plans/DNRC_HCP.html.

MTDNRC and USFWS. 2010b. MDNRC HCP, FEIS, Vol. II. 527 pp. http://www.fws.gov/montanafieldoffice/Endangered_Species/Habitat_Conservation_Plans/DNRC_HCP.html.

MTDNRC and USFWS. 2010c. MDNRC HCP, FEIS, Vol. III. 399 pp. http://www.fws.gov/montanafieldoffice/Endangered_Species/Habitat_Conservation_Plans/DNRC_HCP.html.

MTFWP. 2015. Montana's State Wildlife Action Plan. 2015. Montana Fish, Wildlife & Parks, 1420 East Sixth Avenue, Helena, MT 59620. 441 pp.

MTFWP. 2016. Lynx Conservation in Montana. Montana Fish, Wildlife & Parks, 1420 East Sixth Avenue, Helena, MT 59620. 10 pp.

Murphy, K. M. 2016. Personal communication re: WY/GYA lynx questions; electronic mail to J. Zelenak, USFWS, Helena, MT, Feb. 8, 2016.

Murphy, K. M., T. M. Potter, J. C. Halfpenny, K. A. Gunther, M. T. Jones, P. A. Lundberg, and N. D. Berg. 2006. Distribution of Canada lynx in Yellowstone National Park. Northwest Science 80:199-206.

Murray, D. L. 2000. A geographic analysis of snowshoe hare population demography. Canadian Journal of Zoology 78:1207-1217.

Murray, D. L. 2003. Snowshoe hare and other hares. Pp. 147-175 in Wild Mammals of North America. Vol II. G.A. Feldhamer and B. Thompson, eds. Johns Hopkins University Press.

Murray, D. L. and S. Boutin. 1991. The influence of snow on lynx and coyote movements: does morphology affect behavior? Oecologia 88:463-469.

Murray, D. L., S. Boutin, and M. O'Donoghue. 1994. Winter habitat selection by lynx and coyotes in relation to snowshoe hare abundance. Can. Journal of Zool. 72: 1444-1451.

Murray, D. L., S. Boutin, M. O'Donoghue, and V. O. Nams. 1995. Hunting behavior of a sympatric felid and canid in relation to vegetative cover. Anim. Behav. 50:1203-1210.

Murray, D. L., T. D. Steury, and J. D. Roth. 2008. Assessment of Canada Lynx research and conservation needs in the southern range: another kick at the cat. Journal of Wildlife Management 72:1463-1472.

Nagorsen, D. W. 1983. Winter pelage colour in snowshoe hares (Lepus americanus) from the Pacific Northwest. Canadian Journal of Zoology 61:2313-2318.

National Park Service. 2002. General Management Plan - Voyageurs National Park. U.S. Dept. of the Interior, National Park Service.

Nellis, C. H., S. P. Wetmore, and L. B. Keith. 1972. Lynx-prey interactions in central Alberta. Journal of Wildlife Management 36:320-328.

NHFGD. 2017. New Hampshire Fish and Game Department comments on the Draft Canada Lynx Species Status Assessment. 2 pp.

Ning, L. and R. S. Bradley. 2015. Winter climate extremes over the northeastern United States and southeastern Canada and teleconnections with large-scale modes of climate variability. Journal of Climate 28.6:2475-2493.

NOAA (National Oceanic and Atmospheric Administration). 2007. Patterns of greenhouse warming. https://www.gfdl.noaa.gov/wp-content/uploads/files/research/climate-change/gfdlhighlight_vol1n6.pdf.

Norton, M.R., S. J. Hannon, and F. K. A. Schmiegelow. 2000. Fragments are not islands: patch vs landscape perspectives on songbird presence and abundance in a harvested boreal forest. Ecography 23.2:209-223.

Notaro, M., D. Lorenz, C. Hoving, and M. Schummer. 2014 Twenty-first-century projections of snowfall and winter severity across central-eastern North America. Journal of Climate 27:6526-6550.

Notaro, M., V. Bennington, and S. Vavrus. 2015. Dynamically downscaled projections of lake-effect snow in the Great Lakes Basin. American Meteorological Society 28:1661-1684.

O'Donoghue, M., S. Boutin, C. J. Krebs, and E. J. Hofer. 1997. Numerical responses of coyotes and lynx to the snowshoe hare cycle. Oikos 80:150-162.

O'Donoghue, M., S. Boutin, C. J. Krebs, D. L. Murray, and E. J. Hofer. 1998. Behavioural responses of coyotes and lynx to the snowshoe hare cycle. Oikos 82:169-183.

Oehler, J. D. and J. A. Litvaitis. 1996. The role of spatial scales in understanding responses of mediumsized carnivores to forest fragmentation. Can. J. Zool. 74:2070-2079.

Oliver, C. D. 1980. Forest development in North America following major disturbances. Forest Ecology and Management 3:153-168.

Oliver, C.D., and B. C. Larson. 1996. Forest stand dynamics. Updated ed. John Wiley & Sons, New York.

Ollinger, S. V., C. L. Goodale, K. Hayhoe, and J. P. Jenkins. 2008. Potential effects of climate change and rising CO2 on ecosystem processes in Northeastern U.S. Forests. Mitigation and Adaptation Strategies for Global Change 31:467-485.

Olson, L. E., J. R. Squires, N. J. DeCesare, and J. A. Kolbe. 2011. Den use and activity patterns in female Canada lynx (*Lynx canadensis*) in the Northern Rocky Mountains. Northwest Science 85:455-462.

Olson, S. J. 2015. Seasonal influences on habitat use by snowshoe hares: Implications for Canada lynx in northern Maine. M. S. Thesis, Univ. of Maine, Orono. 153 pp.

Olson, R., R. Sriver, W. Chang, M. Haran, N. M. Urban, and K. Keller. 2013. What is the effect of unresolved internal climate variability on climate sensitivity estimates? J. Geophys. Res. Atmos. 118:4348–4358. doi:10.1002/jgrd.50390.

Organ, J. F., J. H. Vashon, J. E. McDonald, Jr., A. D. Vashon, S. M. Crowley, W. J. Jakubas, G. J. Matula, Jr., and A. L. Meehan. 2008. Within-stand selection of Canada lynx natal dens in northwest Maine, USA. Journal of Wildlife Management 72:1514-1517.

Oyler, J. W., S. Z. Dobrowski, A. P. Ballantyne, A. E. Klene, and S. W. Running. 2015. Artificial amplification of warming trends across the mountains of the western United States. Geophysical Research Letters 42:153-161.

Painter, T. H., A. P. Barrett, C. C. Landry, J. C. Neff, M. P. Cassidy, C. R. Lawrence, K. E. McBride, and G. L. Farmer. 2007. Impact of disturbed desert soils on duration of mountain snow cover. Geophysical Research Letters 34:L12502.

Painter, T. H., D. F. Berisford, J. W. Boardman, K. J. Bormann, J. S. Deems, F. Gehrke, A. Hedrick, M. Joyce, R. Laidlaw, D. Marks, C. Mattmann, B. McGurk, P. Ramirez, M. Richardson, S. M. Skiles, F. C. Seidel, and A. Winstral. 2016. The Airborne Snow Observatory: Fusion of scanning lidar, imaging spectrometer, and physically-based modeling for mapping snow water equivalent and snow albedo. Remote Sensing of Environment 184:139-152.

Parker, G. R. 1984. Use of spruce plantations by snowshoe hares in New Brunswick. The Forestry Chronicle 60:162-166.

Parker, G. R. 1986. The importance of cover on use of conifer plantations by snowshoe hares in northern New Brunswick. The Forestry Chronicle 62:159-163.

Parker, G. R., J. W. Maxwell, and L. D. Morton. 1983. The ecology of lynx (Lynx canadensis) on Cape Breton Island. Canadian Journal of Zoology 61:770-786.

Passamaquoddy Tribe. 2014. Environment. http://www.passamaquoddy.com/?page_id=134.

Patton, G. 2006. Idaho snow-track survey, Winter 2006. Unpubl. report, Idaho Department of Fish and Game, Nampa, Idaho. 31 pp.

Payne, J. T., A. W. Wood, A. F. Hamlet, R. N. Palmer, and D. P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River basin. Climatic Change 62:233-256.

Pederson, G. T., S. T. Gray, C. A. Woodhouse, J. L. Betancourt, D. B. Fagre, J. S. Littell, E. Watson, B. H. Luckman, and L. J. Graumlich. 2011. The unusual nature of recent snowpack declines in the North American cordillera. Science 333:332-335.

Pederson, G. T., J. L. Betancourt, and G. J. McCabe. 2013. Regional patterns and proximal causes of the recent snowpack decline in the Rocky Mountains, U.S. Geophysical Research Letters 40:1811-1816.

273

Peers M. J. L., D. H. Thornton, and D. L. Murray. 2012. Reconsidering the specialist-generalist paradigm in niche breadth dynamics: Resource gradient selection by Canada lynx and bobcat. PLoS ONE 7(12): e51488. doi:10.1371/journal.pone.0051488.

Peers, M. J. L., D. H. Thornton, and D. L. Murray. 2013. Evidence for large-scale effects of competition: niche displacement in Canada lynx and bobcat. Proc R Soc B 280: 20132495. http://rspb.royalsocietypublishing.org/content/280/1773/20132495.

Peers, M. J. L., M. Wehtje, D. H. Thornton, and D. L. Murray. 2014. Prey switching as a means of enhancing persistence in predators at the trailing southern edge. Global Change Biology 20:1126–1135.

Peng, C., Z. Ma, X. Lei, Q Zhu, H. Chen, W. Wang, S. Liu, W. Li, X Fang, and X. Zhou. 2011. A drought-induced pervasive increase in tree mortality across Canada's boreal forests. Nature Climate Change 1:467-471.

Penobscot Indian Nation. 2012. Chapter VII Inland Fish and Game Regulations. Approved by Chief and Council, June 13, 2012. 34 pp. Accessed May 15, 2014. Revised June 4, 2016. http://www.narf.org/nill/codes/penobscot/ch07.PDF.

Penobscot Indian Nation. 2014. Department of Natural Resources. Accessed May 15, 2014. Revised 2016. https://www.penobscotnation.org/departments/natural-resourcesNatural Resources.

Perez-Garcia, J., L. Joyce, L., A. D. McGuire, and X. Xiao. 2002. Impacts of climate change on the global forest sector. Climatic Change 54:439-461.

Peters, G. P., R. M. Andrew, T. Boden, J. G. Canadell, P. C. Ciais, C. LeQuere, G. Marland, M. R. Raupach, and C. Wilson. 2013. The challenge to keep global warming below 2oC. Nature Climate Change 3.1:4-6.

Pidot, J. 2011. Conservation easement reform: As Maine goes should the nation follow? Law and Contemporary Problems 74:1-27.

Pierce, D. W., T. P. Barnett, H. G. Hidalgo, T. Das, C. Bonfils, B. D. Santer, G. Bala, M. D. Dettinger, D. R. Cayan, A. Mirin, A. W. Wood, and T. Nozawa. 2008. Attribution of declining western U.S. snowpack to human effects. Journal of Climate 21:6425-6444.

Pilgrim, K. 2016. Personal communication re: DNA-verified lynx in Wyoming; electronic mail reply to J. Zelenak, USFWS, Helena, MT, Sept. 8, 2016.

Pitt, D. and L. Lanteigne. 2008. Long-term outcome of precommercial thinning in northwestern New Brunswick:growth and yield of balsam fir and red spruce. Canadian Journal of Forest Research 38:592-610.

Poole, K. G. 1994. Characteristics of an unharvested lynx population during a snowshoe hare decline. Journal of Wildlife Management 58:608-618.

Poole, K. G. 1997. Dispersal patterns of lynx in the Northwest Territories. Journal of Wildlife Management 61:497-505.

274

Poole, K. G. 2003. A review of the Canada lynx, *Lynx canadensis*, in Canada. The Canadian Field Naturalist 117:360-376.

Poole, K. G. and G. Mowat. 2001. Alberta furbearer harvest data analysis. Alberta Sustainable Resource Development, Fish and Wildlife Division, Alberta Species at Risk Report No. 31. Edmonton, AB. 51 pp.

Pothier D. and M. Prevost. 2008. Regeneration development under shelterwoods in a lowland red spruce – balsam fir stand. Canadian Journal of Forest Research 38:31-39.

Pozzanghera, C. B., K. J. Sivy, M. S. Lindberg, and L. R. Prugh. 2016. Variable effects of snow conditions across boreal mesocarnivore species. Can. Journal of Zoology 94:697-705.

Prasad, A. M., L. R. Iverson., S. Matthews., M. Peters. 2007-ongoing. A Climate Change Atlas for 134 Forest Tree Species of the Eastern United States [database]. http://www.nrs.fs.fed.us/atlas/tree, Northern Research Station, USDA Forest Service, Delaware, Ohio.

Prentice, M. B., J. Bowman, K. Khidas, E. L. Koen, J. R. Row, D. L. Murray, and P. J. Wilson. 2017. Selection and drift influence genetic differentiation of insular Canada lynx (Lynx Canadensis) on Newfoundland and Cape Breton Island. Ecology and Evolution 2017:3281-3294.

Price, D. T., R. I. Alfaro, K. J. Brown, M. D. Flannigan, R. A. Fleming, E. H. Hogg, M. P. Girardin, T. Lakusta, M. Johnston, D. W. McKenney, J. H. Pedlar, T. Stratton, R. N. Sturrock, I. D. Thompson, J. A. Trofymow, and L. A. Venier. 2013. Anticipating the consequences of climate change for Canada's boreal forest ecosystems. Environmental Review 21:322-365.

Pryor, S. C., D. Scavia, C. Downer, M. Gaden, L. Iverson, R. Nordstrom, J. Patz, and G. P. Robertson. 2014. Ch. 18: Midwest. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 418-440. doi:10.7930/J0J1012N. http://nca2014.globalchange.gov/report/regions/midwest.

Publicover, D. 2013. High-elevation spruce-fir forest in the northern forest: an assessment of ecological value and conservation priorities. Appalachian Mountain Club, Gorham, New Hampshire. https://nsrcforest.org/sites/default/files/uploads/publicoverfull11.pdf.

Public Law 95-625. (1978). National Parks and Recreation Act of 1978. 84 pp.

Pulliam, H. R. 1988. Sources, Sinks, and Population Regulation. The American Naturalist 132:652-661.

Qian, Y., W. I. gustafson, L. R. Leung, and S. J. Ghan. 2009. Effects of soot-induced snow albedo change on snowpack and hydrological cycle in western United States based on weather research and forecasting chemistry and regional climate simulations. Journal of Geophysical Research 114:D03108.

Rvsd Plan - 00004063

Quinn, N. W. S. and G. Parker. 1987. Lynx. Pages 683-694 in M. Novak, J.A. Barber, M.E. Obbard, B. Malloch (eds.). Wild furbearer management and conservation in North America. Ontario Ministry of Natural Resources.

Raffa, K. F., B. H. Aukema, B. J. Bentz, A. L. Carroll, J. A. Hicke, M. G. Turner, and W. H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. Bioscience 58:501-517.

Rangwala, I. and J. R. Miller. 2012. Climate change in mountains: a review of elevation-dependant warming and its possible causes. Climate Change 114:527-547.

Rangwala, I., E Sinsky, and J. R. Miller. 2013. Amplified warming projections for high altitude regions of the northern hemisphere mid-latitudes from CMIP5 models. 10 pp.

Rasouli, K., J. W. Pomeroy, and D. G. Marks. 2015. Snowpack sensitivity to perturbed climate in a cool midlatitude mountain catchment. Hydrological Processes 29:3925-3940.

Ravenscroft, C., R. M. Scheller, D.J. Mladenoff, and M. A. White. 2010. Forest restoration in a mixed ownership landscape. Ecological Applications 20:327–346.

Rawlins, M. A., R. S. Bradley, and H. F. Diaz. 2012. Assessment of regional climate model simulation estimates over the northeast United States, J. Geophys. Res., 117, D23112, doi:10.1029/2012JD018137.

Ray, J. C., J. E. Organ, and M. S. O'Brien. 2002. Canada lynx (Lynx canadensis) in the northern Appalachians: current knowledge, research priorities, and a call for regional cooperation and action. Report of a meeting held in Portland, Maine April, 2002. Wildlife Conservation Society, Toronto, Ontario, Canada. http://carnivorecology.free.fr/pdf/WCSlynx.pdf.

Reeve, A., F. Lindzey, and S. Buskirk. 1986a. Historic and recent distribution of the lynx in Wyoming: Tables, figures, and appendices A-D. Wyoming Cooperative Fishery and Wildlife Research Unit, Laramie. Pp. 25-76.

Reeve, A., F. Lindzey, and S. Buskirk. 1986b. Historic and recent distribution of the lynx in Wyoming. Wyoming Cooperative Fishery and Wildlife Research Unit, Laramie. 21 pp.Regniere, J., R. St-Amant, and P. Duval. 2012. Predicting insect distributions under climate change from physiological responses: spruce budworm as an example. Biological Invasions 14:1571-1586.

Reichard, M. V., D. L. Caudell, and A. A. Kocan. 2004. Survey of Helminth lung parasites of bobcats (Lynx rufus) from Alabama, Kansas, New Mexico, Oklahoma, and Virginia, U.S.A. Comparative Parasitology 71:88-90.

Reimer, J. P. 2016. Personal communication re: Lynx range - area request; electronic mail reply to J. Zelenak, USFWS, Helena, MT, May 5, 2016.

Richardson, A.D. and A.J. Friedland. 2009. A review of the theories to explain arctic and alpine treelines around the world. Journal of Sustainable Forestry 28:218-242.

Riley, K. L., J. T. Abatzoglou, I. C. Grenfell, A. E. Klene, and F. A. Heinsch. 2013. The relationship of large fire occurrence with drought and fire danger indices in the western USA, 1984–2008: the role of temporal scale. International Journal of Wildland Fire 22: 894–909. http://dx.doi.org/10.1071/WF12149.

Rizzo, B. and E. Wiken. 1992. Assessing the sensitivity of Canada's ecosystems to climatic change. Climatic Change 21:37-55.

Roberts, N. M. and S. M. Crimmins. 2010. Bobcat population status and management in North America: evidence of large-scale population increase. Journal of Fish and Wildlife Management 1:169-174.

Robinson, L. 2006. Ecological relationships among partial harvesting, vegetation, snowshoe hares, and Canada lynx in Maine. M. S. Thesis, University of Maine, Orono, Maine, USA. 184 pp.

Rodriguez, A. and M. Delibes. 2003. Population fragmentation and extinction in the Iberian lynx. Biological Conservation 109:321-331.

Rojelj, J., M. Meinshausen, and R. Knutti. 2012. Global warming under old and new scenarios using IPCC climate sensitivity range estimates. Nature Climate Change 2:248-253.

Rolek, B. 2016., Maine Cooperative Fish and Wildlife Research Unit, University of Maine, Orono. Unpublished data from doctoral dissertation shared by Dan Harrison with Mark McCollough, USFWS, Maine Field Office on 2.29.2016.

Rolstad, J. 1991. Consequences of forest fragmentation for the dynamics of bird populations: conceptual issues and the evidence. Biol. Journal of the Linnean Soc. 42.1-2:149-163.

Romero-Lankao, P., J.B. Smith, D.J. Davidson, N.S. Diffenbaugh, P.L. Kinney, P. Kirshen, P. Kovacs, and L. Villers Ruiz, 2014: North America. In: Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part B: Regional Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Barros, V.R., C.B. Field, D.J. Dokken, M.D. Mastrandrea, K.J. Mach, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L. White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1439-1498. http://ipcc-wg2.gov/AR5/report/graphics/Ch26.

Roth, J. D., J. D. Marshall, D. L. Murray, D. m. Nickerson, and T. D. Steury. 2007. Geographical gradients in diet affect population dynamics of Canada lynx. Ecology 88:2736–2743.

Row, J. R., C. Gomez, E. L. Koen, J. Bowman, D. L. Murray, and P. J. Wilson. 2012. Dispersal promotes high gene flow among Canada lynx populations across mainland North America. Conservation Genetics 13:1259-1268.

Rowe, J. S. 1972. Forest regions of Canada. Canadian Forestry Service, Publication 1300, Ottawa, Canada.

Roy, C., L. Imbeau, and M. J. Mazerole. 2010. Transformation of abandoned farm fields into coniferous plantations: is there enough vegetation structure left to maintain winter habitat for snowshoe hares?  Canadian Journal of Zoology 88:579-588.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williams. 2000. Canada lynx conservation assessment and strategy, second edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, USDI National Park Service. Forest Service Publication #R1-00-53, Missoula, MT.

Ruggiero, L. F., M. K. Schwartz, K. B. Aubry, C. J. Krebs, A. Stanley, S. W. Buskirk. 2000a. Species conservation and and natural variation among populations. Pages 101-116 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. 2000b. The scientific basis for lynx conservation: qualified insights. Pages 443-454 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Rupp, T. S., F. S. Chapin III, and A. M. Starfield. 2000. Response of subarctic vegetation to transient climatic change on the Seward Peninsula in north-west Alaska. Global Change Biology 6:541-555.

Russell, M. and M. Albers. 2016. Eastern spruce budworm: Management approaches in Minnesota's forests. University of Minnesota Extension center for Agriculture, Food and Natural Resources - Forestry. University of Minnesota, Twin Cities. 4 pp.

Rustad, L., J. Campbell, J. S. Dukes, T. Huntington, K. F. Lambert, J. Mohan, and N. Rodenhouse. 2012. Changing climate, changing forests: the impacts of climate change on forests of the Northeastern United States and Eastern Canada. General Technical Report NRS-99. Newtown Square, Pennsylvania: U. S. Department of Agriculture, Forest Service, Northern Research Station. 48pp.

Sader, S. A., M. Bertrand, and E. H. Wilson. 2003.  Satellite change detection of forest harvest patterns on an industrial forest landscape. Forest Science 49:341-353.

Salathe, E. P., Jr., L. R. Leung, Y. Qian, and Y. Zhang. 2010. Regional climate model projections for the State of Washington. Climatic Change 102:51-75.

Sarmiento, L. and B. D. Stough. 1956. *Troglostrongylus wilsoni* (Stough, 1953) n. comb. (Nematoda: Metastrongylidae) from the lungs of bobcat, *Lynx rufus rufus*. The Journal of Parasitology 42:45-48.

Saunders, J. K., Jr. 1963. Food habits of the lynx in Newfoundland. Journal of Wildlife Management 27:384–390.

Rvsd Plan - 00004066

Scalzitti, J., C. Strong, and A. Kochanski. 2016. Climate change impact on the roles of temperature and precipitation in western U.S. snowpack variability. Geophysical Research Letters 43:5361-5369.

SCCMT. 2014. Southwestern Crown Carnivore Monitoring Team. Forest carnivore monitoring in the Southwestern Crown of the Continent: Progress Report 2012-2014. 48 pp.

Schauffler, M. and G. L. Jacobson. 2002. Persistence of coastal spruce refugia during the Holocene in northern New England, USA, detected by stand-scale pollen stratigraphies. Journal of Ecology 90:235-250.

Scheller, R. M. and D. J. Mladenoff. 2005. A spatially interactive simulation of climate change, harvesting, wind, and tree species migration and projected changes to forest composition and biomass in northern Wisconsin, USA. Global Chan. Biol. 11.2:307-321.

Schindler, D. W. and P. G. Lee. 2010. Comprehensive conservation planning to protect biodiversity and ecosystem services in Canadian boreal regions under a warming climate and increasing exploitation. Biological Conservation 143:1571-1586.

Schmitz, O. J., E. Post, C. E. Burns, and K. M. Johnston. 2003. Ecosystem responses to global climate change: moving beyond color mapping. BioScience 53:1200-1205.

Schwartz. M. K. 2017. Peer review for the U.S. Fish and Wildlife Service's Draft Species Status Assessment for the Canada lynx. USDA Forest Service Rocky Mountain Research Station, Missoula, MT. 5 pp.

Schwartz, M. K., L. S. Mills, K. S. McKelvey, L. F. Ruggerio, and F. W. Allendorf. 2002. DNA reveals high dispersal synchronizing the population dynamics of Canada lynx. Nature 415:520-522.

Schwartz, M. K., L. S. Mills, Y. Ortega, L. F. Ruggerio, and F. W. Allendorf. 2003. Landscape location affects genetic variation of Canada lynx (Lynx canadensis). Molecular Ecology 12:1807-1816.

Schwartz, M. K., K. L. Pilgrim, K. S. McKelvey, E. L. Lindquist, J. J. Clarr, S. Loch, and L. F. Ruggerio. 2004. Hybridization between Canada lynx and bobcats: genetic results and management implications. Conservation Genetics 5:349-355.

Scott, S. A. 2009. Spatio-temporal dynamics of snowshoe hare density and relationships to Canada lynx occurrence in northern Maine. M.S. thesis. University of Maine at Orono. 190 pp.

Settele, J., R. Scholes, R. Betts, S. Bunn, P. Leadley, D. Nepstad, J.T. Overpeck, and M.A. Taboada, 2014: Terrestrial and inland water systems. In: Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Field, C.B., V.R. Barros, D.J. Dokken, K.J. Mach, M.D. Mastrandrea, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L. White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 271-359.

Rvsd Plan - 00004067

Seymour, R. S. 1992. The red spruce-balsam fir forest of Maine: Evolution of silvicultural practice in response to stand development patterns and disturbances. Pages 217-244 in The Ecology and Silviculture of Mixed-Species Forests: A Festschrift for David M. Smith. Kelty, M.J., B.C. Larson, and C.D. Oliver (eds.). Kluwer Academic Publishers, Netherlands. 308pp.

Seymour, R. S. and M. L. Hunter, Jr. 1992. New forestry in eastern spruce-fir forests: principles and applications in Maine. Maine Agricultural and Forest Experiment Station, University of Maine, Miscellaneous Publication 716, Orono, Maine, USA. 36 pp.

Seymour, R. S., A. S. White, and P. G. deMaynadier. 2002. Natural disturbance regimes in northeastern North America - evaluating silvicultural systems using natural scales and frequencies. Forest Ecology and Management 155:357-367.

Shafer, M., D. Ojima, J. M. Antle, D. Kluck, R. A. McPherson, S. Petersen, B. Scanlon, and K. Sherman. 2014. Ch. 19: Great Plains. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 441-461. doi:10.7930/J0D798BC. http://nca2014.globalchange.gov/report/regions/great-plains.

Shenk, T. M. 2008. Post-release monitoring of lynx reintroduced to Colorado. Wildlife research report, July 2007–June 2008. Colorado Division of Wildlife, Fort Collins, Colorado. 25 pp.

Shenk, T. M. 2009. Post-release monitoring of lynx reintroduced to Colorado. Wildlife research report, July 2008–August 2009. Colorado Division of Wildlife, Fort Collins, Colorado. 28 pp. + Appendices.

Shenk, T. M. 2010. Post-release monitoring of lynx reintroduced to Colorado. Wildlife research report, July 2009–June 2010. Colorado Division of Wildlife, Fort Collins, Colorado. 26 pp.

Siegler, H. R. and S. E. Jorgensen. 1971. The Status of wildcats in New Hampshire" Proceedings of the Symposium on Native Cats of North America. U.S. Bureau of Sport, Fish, and Wildlife. Portland. 139 pp.

Sievert, P. R. and L. B. Keith. 1985. Survival of snowshoe hares at a geographic range boundary. J. Wildl. Manage. 49:854-866.

Silver, H. 1957. A history of New Hampshire game and furbearers. New Hampshire Fish and Game Department, Concord.

Silver, H. 1974. A history of New Hampshire game and furbearers. No. 6, New Hampshire Fish and Game Dept. Concord. 466 pp.

Simons, E. M. 2009. Influences of past and future forest management on the spatiotemporal dynamics of habitat supply for Canada lynx and American martens in northern Maine. Ph.D. dissertation, University of Maine at Orono. 247 pp.

Simons-Legaard, E.M. 2015. Erin Simons-Legaard, Assistant Research Professor in Forest Landscape Modeling, School of Forest Resources, University of Maine, Orono, Maine to Mark McCollough, U. S. Fish and Wildlife Service, Maine Field Office, Orland, Maine.

Rvsd Plan - 00004068

Simons-Legaard, E. M. 2016. Modeling timber harvest and habitat uncertainty: landscape trends (2010-2060) for Canada lynx and American marten in Maine. University of Maine Report to U. S. Fish and Wildlife Service, Maine Field Office. 19 pp.

Simons-Legaard, E. M., D. J. Harrison, and K. R. Legaard. 2016. Habitat monitoring and projections for Canada lynx: linking the Landsat archive with carnivore occurrence and prey density. Journal of Applied Ecology 53:1260-1269.

Simons-Legaard, E. M., D. J. Harrison, W. B. Krohn, and J. H. Vashon. 2013. Canada lynx occurrence and forest management in the Acadian Forest. Journal of Wildlife Management 77:567-578.

Singleton, P.H., W.L.Gaines, and J.F. Lehmkuhl. 2002. Landscape permeability for large carnivores in Washington: a geographic information system weighted-distance and least-cost corridor assessment. Res. Pap. PNW-RP-549. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 89 pp.

Siren, A. P. K. 2014a. 2012-2014 New Hampshire Fish and Game Canada Lynx Summary Report. 44 pp.

Siren, A. P. K. 2016a. Winter 2014–2015 New Hampshire Canada lynx snow track and camera surveys. 2 pp.

Siren, A. P. K. 2014b. A comparison of snow-track and camera surveys for detecting Canada lynx (Lynx canadensis) and sympatric carnivores in northcentral New England. Unpublished report emailed to Mark McCollough, USFWS on 12.23.2014.

Siren, A. P. K. 2016b. Personal communication re: additional question or two about climate change citations; electronic mail reply to J. Zelenak, USFWS, Helena, MT, June 9, 2016.

Siren, A., P. K. 2017. Assessing potential impacts of climate change on carnivore occupancy and snowshoe hare demography along elevational and latitudinal gradients in New England. Unpublished Report provided to the U. S. Fish and Wildlife Service, electronic maile to M. McCollough dated June 21, 2017. 33pp.

Siren, A.P. K., A. Newell, J. R. Killborn. 2015. Influence of stand and landscape composition on snowshoe hare density and population fluctuations in the White Mountain National Forest. Unpublished Report, University of Massachusetts, Amherst, Massachusetts.

Slough, B. G. 1999. Characteristics of Canada lynx, Lynx canadensis, maternal dens and denning habitat. Canadian Field-Naturalist 113:605-608.

Slough, B. G. and G. Mowat. 1996. Population dynamics of lynx in a refuge and interactions between harvested and unharvested populations. Journal of Wildlife Management 60:946-961.

Smith, W.K., M.J. Germino, T.E. Hancock, and D.M. Johnson. 2003. Another perspective on altitudinal limits of alpine timberlines. Tree Physiology 23:1101-1112.

Sohngen, B. R. Mendelsohn, and R. Sedjo. 1998. A global model of climate change impacts on timber markets. Journal of Agricultural and Resource Economics 26:326-343.

Rvsd Plan - 00004069

Soja, A. J., N. M. Tchebakova, N. H. F. French, M. D. Flannigan, H. H. Shugart, B. J. Stocks, A. I. Sukhinin, E. I. Parfenova, F. S. Chapin III, and P. W. Stackhouse Jr. 2007. Climate-induced boreal forest change: predictions versus current observations. National Aeronautic and Space Administration Report. https://ntrs.nasa.gov/archive/nasa/casi.ntrs.nasa.gov/20080007122.pdf.

Sparks, J. 2016a. Personal communication re: Garnet Questions; electronic mail reply to J. Zelenak, USFWS, Helena, MT, Feb. 3, 2016.

Sparks, J. 2016b. Personal communication re: BLM Mgmt Plans and Lynx; electronic mail reply to J. Zelenak, USFWS, Helena, MT, June 29, 2016.

Sprugel, D. G. 1976. Dynamic structure of wave-regenerated Abies balsamea forests in the north-eastern United States. The Journal of Ecology 64:889-911.

Squires, J. R. 2014. Peer review of proposed critical habitat designation for the Canada lynx. January 15, 2014. 11 pp.

Squires, J. R. 2016. Personal communication re: Garnet lynx; electronic mail reply to J. Zelenak, USFWS, Helena, MT, May 23, 2016.

Squires, J. R. 2017. Peer review for the U.S. Fish and Wildlife Service's Draft Species Status Assessment for the Canada lynx. USDA Forest Service Rocky Mountain Research Station, Missoula, MT. 9 pp.

Squires, J. R. and T. Laurion. 2000. Lynx home range and movements in Montana and Wyoming: preliminary results. Pages 337-349 in Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, (eds.). Ecology and conservation of lynx in the contiguous United States. University Press of Colorado, Boulder, Colorado.

Squires, J. R. and R. Oakleaf. 2005. Movements of a male Canada lynx crossing the Greater Yellowstone Area, including highways. Northwest Science 79:196-2001.

Squires, J. R. and L. F. Ruggiero. 2007. Winter prey selection of Canada lynx in northwestern Montana. Journal of Wildlife Management 71:310-315.

Squires, J. R., S. Tomson, L. F. Ruggiero, and B. Oakleaf. 2001. Distribution of lynx and other forest carnivores in the Wyoming Range, southcentral Wyoming. Progress report: winters 2000 and 2001. Unpubl. report, USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 42 pp.

Squires, J. R., N. J. DeCesare, S. Tomson, L. F. Ruggiero, and B. Oakleaf. 2003. Distribution of lynx and other forest carnivores in the Wyoming Range, southcentral Wyoming. Final Report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana, and the Wyoming Game and Fish Department. 46 pp.

Squires, J. R., L. F. Ruggiero, and J. A. Kolbe. 2004a. Ecology of lynx in western Montana, including Seeley Lake. Progress report - January 2003-September 2004. Unpubl. report, USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 21 pp.

Rvsd Plan - 00004070

Squires, J. R., K. S. McKelvey, and L. F. Ruggiero. 2004b. A snow-tracking protocol used to delineate local lynx, Lynx canadensis, distributions. Can. Field-Naturalist 118:583-589.

Squires, J. R., N. J. DeCesare, J. A. Kolbe, and L. F. Ruggiero. 2004c. Movements of lynx relative to landscape features, including transportation corridors. 2004 progress report. Unpubl. report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 32 pp.

Squires, J. R., L. F. Ruggiero, J. A. Kolbe, and N. J. DeCesare. 2006a. Lynx ecology in the intermountain west. Unpubl. report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 51 pp.

Squires, J. R., D. H. Pletscher, T. J. Ulizio, and L. F. Ruggiero. 2006b. The association between landscape features and transportation corridors on movements and habitat-use patterns of wolverines. Final report, June 2006. Unpubl. report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 53 pp.

Squires, J. R., N. J. DeCesare, J. A. Kolbe, and L. F. Ruggiero. 2008. Hierarchical den selection of Canada lynx in western Montana. Journal of Wildlife Management 72:1497-1506.

Squires, J. R., N. J. DeCesare, J. A. Kolbe, and L. F. Ruggiero. 2010. Seasonal resource selection of Canada lynx in managed forests of the Northern Rocky Mountains. Journal of Wildlife Management 74:1648-1660.

Squires, J. R., L. E. Olson, D. L. Turner, N. J. DeCesare, and J. A. Kolbe. 2012. Estimating detection probability for Canada lynx Lynx Canadensis using snow-track surveys in the Northern Rocky Mountains, Montana, USA. Wildlife Biology 18:215-224.

Squires, J. R., N. J. DeCesare , L. E. Olson , J. A. Kolbe, M. Hebblewhite, and S. A. Parks. 2013. Combining resource selection and movement behavior to predict corridors for Canada lynx at their southern range periphery. Biological Conservation 157:187-195.

Squires J., J. Ivan, and R. Ghormley. 2016. Canada Lynx and Snowshoe Hare Response to Spruce-Beetle Tree Mortality, April 2016 Update. Unpublished. 5pp.

Staples, W. R. 1995. Lynx and coyote diet and habitat relationships during a low hare population on the Kenai peninsula, Alaska. - M. S. Thesis, University of Alaska, Fairbanks, Alaska, USA, 150 pp.

Starfield, A. M. and F. S. Chapin, III. 1996. Model of transient changes in arctic and boreal vegetation in response to climate and land use change. Ecol. Applications 6:842-864.

State of Minnesota. 2016. 84.0895 Protection of threatened and endangered species.

Stenseth, N. C., Kung-Sik Chan, H. Tong, R. Boonstra, S. Boutin, C. J. Krebs, E. Post, M. O'Donague, H. G. Yoccoz, M. C. Forchhammer, and J. W. Hurell. 1999. Common dynamic structure of Canada lynx populations within three climatic regions. Science 285:1071-1073.

Stenseth, N. C,  G. Ottersen, J. W. Hurrell, A. Mysterud, M. Lima, Kung-Sik Chan, H. G. Yoccoz, and B. Adlandsvik. 2003. Studying climate effects on ecology through the use of

Rvsd Plan - 00004071

climate indices: the North Atlantic Oscillation, El Nino Southern Oscillation and beyond. The Royal Society of London B 270:2087-2096.

Stenseth, N. C., A. Shabbar, K. S. Chan, S. Boutin, E. K. Rueness, D. Ehrich, J. W. Hurrell, O. C. Lingjaerde, and K. S. Jakobsen. 2004. Snow conditions may create an invisible barrier for lynx. Proceedings of the National Academy of Sciences 101:10632-10634.

Steury, T. D. and D. L. Murray. 2004. Modeling the reintroduction of lynx to the southern portion of its range. Biological Conservation 117:127-141.

Stinson, D. W. 2001. Washington State recovery plan for the lynx. Washington Department of Fish and Wildlife, Olympia, Washington. 78 pp. + 5 maps.

Stocks, B. J. 1987. Fire behavior in immature jack pine. Canadian Journal of Forest Research 17.1: 80-86.

Stocks, B. J., M. A. Fosberg, T. J. Lynham, L. Mearns, B. M. Wotton, Q. Yang, J-Z Jin, K. Lawrence, G. R. Hartley, J. A. Mason, and D. W. McKenney. 1998. Climate change and fores fire potential in Russian and Canadian boreal forests. Climatic Change 38:1-13.

Stoelinga, M.T., M.D. Albright, and C.F. Mass. 2010. A new look at snowpack trends in the Cascade Mountains. American Meteorological Society. 23:2473-2491.

Strohm, S. and R. Tyson 2009. The effect of habitat fragmentation on cyclic population dynamics: a numerical study. Bulletin of Mathematical Biology 71.6:1323-1348.

Sturm, M. S., J. P. McFadden, G. E. Liston, F. S. Chapin III, C. H. Racine, and J. Holmgren. 2001. Snow-shrub interactions in the arctic tundra: a hypothesis with climatic implications. Journal of Climate 14:336-344.

Sturtevant, B. R., B. R. Miranda, D. J. Shinneman, E.J. Gustafson, and P. T. Wolter. 2012. Comparing modern and presettlement forest dynamics of a subboreal wilderness: Does spruce budworm enhance fire risk? Ecological Applications 22:1278-1296.

Sullivan, T. P. 1996. Influence of forest herbicide on snowshoe hare population dynamics; reproduction, growth, and survival. Canadian Journal of Forest Research 26:112-119.

Sullivan, T. P. and D. S. Sullivan. 1988. Influence of stand thinning on snowshoe hare population dynamics and feeding damage in lodgepole pine forest. Journal of Applied Ecology 25:791-805.

Sultaire, S. M., J. N. Pauli, K. J. Martin, M. W. Meyer, M. Notaro, and B. Zuckerberg. 2016a. Climate change surpasses land-use change in contracting range boundary of a winter-adapted mammal. Proceedings of the Royal society B 283:20153104.

Sultaire, S. M., J. N. Pauli, K. J. Martin, M. W. Meyer, B. Zuckerberg. 2016b. Extensive forests and persistent snow cover promote snowshoe hare occupancy in Wisconsin. The Journal of Wildlife Management 80:894-905.

Sustainable Forestry Initiative. 2015. SFI 2015-2019 Standards and rules. http://www.sfiprogram.org/files/pdf/2015-2019-standardsandrules-web-lr-pdf/

284

Swanson C. S. and J. B. Loomis. 1996. Role of nonmarket economic values in benefit-cost analysis of public forest management. Portland (OR): USDA Forest Service. General Technical Report PNW-GTR-361.

Tang, G. and B. Beckage. 2010. Projecting the distrubition of forests in New England in response to climate change. Diversity and Distributions 16:144-158.

Tebaldi, C., D. Adams-Smith, and A. Kenward. 2013. Warming winters: U. S. temperature trends. Climate Central. http://www.climatecentral.org/wgts/warming-winters/WarmingWinters.pdf.

Tennant, C. J., B. T. Crosby, S. E. Godsey, R. W. VanKirk, and D. R. Derryberry. 2015. A simple framework for assessing the sensitivity of mountain watersheds to warming-driven snowpack loss. Geophysical Research Letters 42:2814-2822.

Thiel, R. P. 1987. The status of Canada lynx in Wisconsin, 1865-1980. Wisconsin Academy of Sciences, Arts and Letters. pp. 90-96.

Thomas, J. A., J. G. Hallett, and M. A. O'Connell. 1997. Habitat use by snowshoe hares in managed landscapes of northeastern Washington. Report submitted to Washington Department of Fish and Wildlife, USDA Forest Service.

Thompson, I. D., J. A. Baker, and M. Ter-Mikaelian. 2003. A review of the long-term effects of post-harvest silviculture on vertebrate wildlife, and predictive models, with an emphasis on boreal forests in Ontario, Canada. Forest Ecology and Management 177:441–469.

Thompson, R. W. and J. C. Halfpenny. 1989. Canada lynx presence on the Vail ski area and proposed expansion areas. Unpubl. Rep., Western Ecosystems, Inc., Lafayette, CO.

Thompson, R. W. and J. C. Halfpenny. 1991. Canada lynx presence on the proposed East Fork ski area. Unpubl. Rep., Western Ecosystems, Inc., Boulder, CO. 35 pp.

TNC. 2016a. Clearwater Blackfoot Project: Erasing the great western checkerboard. The Nature Conservancy. 3 pp.

TNC. 2016b. The Montana legacy project: Frequently asked questions. The Nature Conservancy. 3 pp.

TNC. 2016c. The Montana Legacy Project – a new era for conservation. The Nature Conservancy in Montana. 6 pp.

Trani, M. K., R. T. Brooks, T. L. Schmidt, V. A. Rudis, and C. M. Gabbard. 2001. Patterns and trends of early successional forests in the eastern United States. Wildlife Society Bulletin 28:413-424.

Trenberth, K. E., A. Dai, G. van der Schrier, P. D. Jones, J. Barichivich, K. R. Briffa, and J. Sheffield . 2014. Global warming and changes in drought. Nat. Climate Change 4:17-22.

USDA and USDI. 2003. Interagency strategy for the implementation of Federal wildland fire management policy (June 20, 2003). U.S. Department of Agriculture and U.S. Department of Interior. 57 pp.

USDA and USDI. 2009. Guidance for implementation of Federal Wildland Fire Management Policy (February, 2009). U.S. Department of Agriculture and U.S. Department of Interior.

USDI, USDA, DOE, DOD, DOC, USEPA, FEMA, and NASF. 2001. Review and update of the 1995 Federal wildland fire management policy. iv + 78 pp.

U.S. District Court, Montana. 2014a. Order, CV 13-57-M-DWM, Friends of the Wild Swan, *et al.* vs. Daniel Ashe, *et al.* May 8, 2014. 9 pp.

U.S. District Court, Montana. 2014b. Order, CV 13-57-M-DWM, Friends of the Wild Swan, *et al.* vs. Daniel Ashe, *et al.* June 25, 2014. 2 pp.

U.S. District Court, Montana. 2016. Order, CV 14-270-M-DLC (Consolidated with Case No. 14-272-M-DLC), WildEarth Guardians *et al.* vs. U.S. Dept. of the Interior *et al.* September 7, 2016. 30 pp.

USEPA. 2015. Climate change indicators in the United States: Snowpack. Updated June 2015. www.epa.gov/climatechange/indicators. 3 pp.

USFS. 2004a. Land and Resource Management Plan, Superior National Forest. USDA Forest Service, Eastern Region, Milwaukee, Wisconsin. July 2004. https://www.fs.usda.gov/detail/superior/landmanagement/planning/?cid=fsm91_049716

USFS. 2004b. Land and Resource Management Plan, Chippewa National Forest. USDA Forest Service, Eastern Region, Milwaukee, Wisconsin. July 2004. https://www.fs.usda.gov/detail/chippewa/landmanagement/planning/?cid=fsm9_016569

USFS. 2004c. 2004 Land and Resource Management Plan, Chequamegon-Nicolet National Forests. April 2004. https://www.fs.usda.gov/detail/cnnf/landmanagement/planning/?cid=stelprdb5117262

USFS. 2007. Northern Rockies Lynx Management Direction Record of Decision. USDA Forest Service, National Forests in Montana, and parts of Idaho, Wyoming and Utah. March 2007. 71 pp.

USFS. 2008a. Southern Rockies Lynx Amendment Record of Decision. USDA Forest Service, Rocky Mountain Region. October 2008. 78 pp.

USFS. 2008b. Biological Assessment of the Southern Rockies Lynx Amendment on Threatened, Endangered and Proposed Species. U.S. Forest Service Rocky Mountain Region. 132 pp.

USFS. 2009. Preliminary assessment of environmental attributes necessary to support a viable lynx population on National Forest System lands in northern New Mexico. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico. 30 pp.

USFS. 2011a. Programmatic Biological Assessment for Federally Listed Species. Superior National Forest. Duluth, Minnesota. 171 pp.

Rvsd Plan - 00004074

USFS. 2011b. USDA Forest Service. Western bark beetle strategy: Human safety, recovery and resiliency. Unpublished Report. 24 pp. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5337222.pdf

USFS. 2015a. USDA Forest Service, Region 1. Canada lynx 5-year status review: Lynx documentation 2000 to 2014. March 2015. 40 pp.

USFS. 2015b. USDA Forest Service. Aerial Survey Highlights for Colorado for 2014. Unpublished Report. 8 pp.

USFS and BLM. 1999. Biological Assessment of the Effects of National Forest Land and Resource Management Plans and Bureau of Land Management Land Use Plans on Canada Lynx. 165 pp.

USFS and Colorado State Forest Service. 2014. Aerial survey highlights for Colorado 2014 (insect damage). 8 pp.

USFS and USFWS. 2000. Canada Lynx Conservation Agreement. Missoula, Montana. 12 pp.

USFS and USFWS. 2006. Canada Lynx Conservation Agreement. Missoula, Montana. 17 pp.

USFWS. 2000. Biological opinion on the effects of National Forest Land and Resource Management Plans and Bureau of Land Management Land Use Plans on Canada lynx (*Lynx canadensis*) in the contiguous United States. USDI Fish and Wildlife Service, Denver, Colorado. October 25, 2000. 82 pp.

USFWS. 2001. Biological opinion on the effects of the CITES Export Program for Appendix-II furbearer species on the contiguous United States Distinct Population Segment of the Canada lynx. USDI Fish and Wildlife Service, Washington, D.C. September 24, 2001. 21 pp.

USFWS. 2005. Draft recovery outline for the contiguous United States distinct population segment of the Canada lynx. Unpublished draft. USDI Fish and Wildlife Service, Region 6, Denver, Colorado. 21 pp.

USFWS. 2007. Biological opinion on the effects of the Northern Rocky Mountains Lynx Amendment on the Distinct Population Segment (DPS) of Canada lynx (Lynx canadensis) (lynx) in the contiguous United States. USDI Fish and Wildlife Service, Helena, Montana. March 23, 2007. 125 pp.

USFWS. 2008a. Revised critical habitat for the contiguous United States distinct population segment of the Canada lynx relative to the Kettle Range in Washington State. Memorandum, Region 1 to Region 6. USDI Fish and Wildlife Service, Spokane, Washington. June 5, 2008. 7 pp.

USFWS. 2008b. Biological opinion on the effects of the Southern Rockies Lynx Amendment (SRLA) on the Distinct Population Segment (DPS) of Canada lynx (*Lynx canadensis*) (lynx) in the contiguous United States. USDI Fish and Wildlife Service, Denver, Colorado. July 25, 2008. 93 pp.

Rvsd Plan - 00004075

USFWS. 2011a. Eastern puma (=cougar) (*Puma concolor cougar*) 5-YEAR REVIEW: Summary and Evaluation. USDI Fish and Wildlife Service, Orono, Maine. March, 2011. 107 pp.

USFWS. 2011b. Biological opinion on the revised Land and Resource Management Plan (Forest Plan) for the Superior National Forest and its effects on the gray wolf (*Canis lupus*), gray wolf critical habitat, Canada lynx (*Lynx canadensis*), and Canada lynx critical habitat. USDI Fish and Wildlife Service, Bloomington, Minnesota. September 16, 2011. 82 pp.

USFWS. 2014. Incremental Effects Memorandum for the Economic Analysis for the Proposed Rule to Revise the Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx. 50 pp.

USFWS. 2015a. News release: Service conducting five-year review for Canada lynx in preparation of recovery Planning. https://www.fws.gov/mountain-prairie/pressrel/2015/01132015_ServiceConductingFiveYearReviewCanadaLynx.php

USFWS. 2016a. USFWS Species Status Assessment Framework. Version 3.4. August 2016. 21 pp. https://www.fws.gov/endangered/improving_ESA/pdf/SSA_Fact_Sheet-August_2016.pdf

USFWS. 2016b. Canada lynx incidental take database, Minnesota. Unpul. data. USDI Fish and Wildlife Service, Bloomington, Minnesota.

USFWS. 2016c. Lynx vehicle mortalities update, February 24, 2016. *Unpubl. data*. Compiled by K. Broderdorp, USDI Fish and Wildlife Service, Grand Junction, Colorado. 7 pp.

United States National Assessment Team (2000) Climate change impacts on the United States: The potential consequences of climate variability and change. US Global Change Research Program. Cambridge University Press, New York, USA

University of Alaska Center for Conservation Science. 2016. Canadian lynx annual distribution. 1 pp. http://akgap.uaa.alaska.edu/species-data/canadian-lynx-annual-distribution/, Accessed 4/28/2016.

University of Minnesota. 2013. Mean annual snowfall statistics for Minnesota. http://www.climate.umn.edu/snow_fence/Components/SFF/MeanSF/aveannual1971-2000.htm. Accessed May 15, 2013.

Vail, D. 2007. Tourism strategy for the Maine Woods: A big push to world class. Maine Policy Review 16.2: 104-115. http://digitalcommons.library.umaine.edu/cgi/viewcontent.cgi?article=1167&context=mpr.

Vanbianchi, C.M. 2015. Habitat use and connectivity for Canada lynx in the North Cascade Mountains, Washington. M.S. Thesis, University of British Columbia (Okanagan). 271 pp..

van Mantgem, P.J., Stephenson, N.L., Byrne, J.C., Daniels, L.D., Franklin, J.F., Fule´, P.Z., Harmon, M.E., Larson, A.J., Smith, J.M., Taylor, A.H., Veblen, T.T., 2009. Widespread increase of tree mortality rates in the western United States. Science 323:521–524.

288

van Oort, H., B. Mclellan, and R. Serrouya. 2011. Fragmentation, dispersal and metapopulation function in remnant populations of endangered mountain caribou. Animal Conservancy. 14:215-224.

van Zyll de Jong, C. G. 1966. Parasites of the Canada lynx *Felis (Lynx) canadensis* (Kerr). Canadian Journal of Zoology 44:499-509.

van Zyll de Jong, C. G. 1971. The status and management of the Canada lynx in Canada. Pp. 16-19 *in* Jorgensen, S. E. and L. D. Mech (eds.). Proceedings of a symposium on the native cats of North America: Their status and management. U.S. Dept. of Interior Fish and Wildlife Service, Twin Cities, MN, September 1971.

Vashon, J. Maine Department of Inland Fisheries and Wildlife, Unpublished data.

Vashon, J. 2017. Personal communication re: Lynx Maine Update; electronic mail to J. Zelenak, USFWS, Helena, MT, October 11, 2017.

Vashon, J. 2015. *Lynx canadensis. The IUCN Red List of Threatened Species 2015*: e.T12518A50655041. http://dx.doi.org/10.2305/IUCN.UK.2015-4.RLTS.T12518A50655041.en

Vashon, J. H., A. L. Meehan, W. J. Jakubas, J. F. Organ, A. D. Vashon, C. R. McLaughlin, and G. J. Matula, Jr. 2005a. Preliminary diurnal home range and habitat use by Canada lynx (Lynx canadensis) in northern Maine. Unpubl. report, Maine Department of Inland Fisheries and Wildlife, Bangor, Maine. 29 pp.

Vashon, J. H., J. F Organ, W. J. Jakubas, A. D. Vashon, G. J. Matula Jr., C. R. McLaughlin, and S. M. Crowley. 2005b. Reproduction and mortality of Canada lynx (Lynx canadensis) in northern Maine. Unpubl. report, Maine Department of Inland Fisheries and Wildlife, Bangor, Maine. 15 pp.

Vashon, J. H., A. L. Meehan, W. J. Jakubas, J. F. Organ, A. D. Vashon, C. R. McLaughlin, G. J. Matula, Jr., and S. M. Crowley. 2008a. Spatial ecology of a Canada lynx population in northern Maine. Journal of Wildlife Management 72:1479–1487.

Vashon, J. H., A. L. Meehan, J. F. Organ, W. J. Jakubas, C. R. McLaughlin, A. D. Vashon, and S. M. Crowley. 2008b. Diurnal habitat relationships of Canada lynx in an intensively managed private forest landscape in northern Maine. Journal of Wildlife Management 72:1488–1496.

Vashon, J., S. McLellan, S. Crowley, A. Meehan, and K. Laustsen. 2012. Canada lynx assessment. Maine Dept. Inland Fisheries and Wildlife, Research and Assessment Section, Bangor, Maine. 107 pp.

Vaughan, D.G., J.C. Comiso, I. Allison, J. Carrasco, G. Kaser, R. Kwok, P. Mote, T. Murray, F. Paul, J. Ren, E. Rignot, O. Solomina, K. Steffen and T. Zhang, 2013: Observations: Cryosphere. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Rvsd Plan - 00004077

Veblen, T. T., K. S. Hadley, E. M. Nel, T. Kitzenberger, M. Reid, and R. Villalba. 1994. Disturbance regime and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125-135.

Vermont Wildlife Action Plan Team. 2015. Vermont Wildlife Action Plan 2015. Vermont Fish & Wildlife Department. Montpelier, VT. http://www.vtfishandwildlife.com.

Volney, W. J. A. and R. A. Fleming. 2000. Climate change and impacts of boreal forest insects. Agricultural Ecosystems and Environment 82:283-294.

von Kienast, J. A. 2003. Winter habitat selection and food habits of lynx on the Okanogan Plateau, Washington. M.S. Thesis, University of Washington, Seattle. 57 pp.

Wade, A. A., A. P. Ballantyne, A. J. Larson, and W. M. Jolly. 2017. Forests and climate change in Montana. Ch 4 *in* Whitlock, C., Cross, W., Maxwell, B., Silverman, N., and Wade, A. A. 2017. *2017 Montana Climate Assessment.* Bozeman and Missoula MT: Montana State University and University of Montana, Montana Institute on Ecosystems. 318 p. doi:10.15788/m2ww8w. http://montanaclimate.org/chapter/forests.

WADFW. 2016. DNS 16-038: Uplisting lynx from a state threatened species to a state endangered species. Washington Department of Fish and Wildlife, Olympia, Washington. 2pp.

WADNR. 2006. Lynx habitat management plan for DNR-managed lands. State of Washington Department of Natural Resources, Olympia, Washington. 166 pp. http://www.dnr.wa.gov/Publications/lm_ess_lynx_plan_final.pdf.

WAFWC. 2016. Minutes, Washington Fish and Wildlife Commission Meeting, December 9-10, 2016. 5 pp.

Wagner, S., S. Nocentini, F. Huth, and M. Hoogstra-Klein. 2014. Forest management approaches for coping with the uncertainty of climate change: trade-offs in service provisioning and adaptability. Ecology and Society 19(1):32.

Wagner, R.G., J. Bryant, B. Burgason, M. Doty, B.E. Roth, P. Strauch, D. Struble, and D. Denico. 2015. Coming Spruce Budworm Outbreak: Initial Risk Assessment and Preparation & Response Recommendations for Maine's Forestry Community. Cooperative Forestry Research Unit, University of Maine, Orono. 77p. http://www.sprucebudwormmaine.org/docs/SBW_full_report_web.pdf.

Wake, C. 2005. Indicators of Climate Change in the Northeast over the Past 100 Years.

Walker, C. J. 2005. Influences of landscape structure on snowshoe hare populations in fragmented forests. M.S. Thesis, University of Montana, Missoula. 95 pp.

Walpole, A. A., J. Bowman, D. L. Murray, and P. J. Wilson. 2012, Functional connectivity of lynx at the southern range periphery in Ontario, Canada. Landscape Ecology 27:761-773.

Walsh, J., D. Wuebbles, K. Hayhoe, J. Kossin, K. Kunkel, G. Stephens, P. Thorne, R. Vose, M. Wehner, J. Willis, D. Anderson, S. Doney, R. Feely, P. Hennon, V. Kharin, T. Knutson, F. Landerer, T. Lenton, J. Kennedy, and R. Somerville. 2014. Ch. 2: Our Changing

290

Climate. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 19-67. doi:10.7930/J0KW5CXT. http://nca2014.globalchange.gov/report/our-changing-climate/introduction.

Ward, R. M. P. and C. J. Krebs. 1985. Behavioral responses of lynx to declining snowshoe hare abundance. Canadian Journal of Zoology 63:2817-2824.

WADFW. 2017. Washington Department of Fish and Wildlife Comments: Species status assessment for the Canada lynx (*Lynx canadensis*) contiguous United States distinct population segment, Version 1.0 – Draft – December 2016.

Watry, M.K. 2016. Personal communication; email to Kurt Broderdorp, USFWS, Grand Junction, CO.

Weber, M. G. and M. D. Flannigan. 1997. Canadian boreal forest ecosystem structure and function in a changing climate: impact on fire regimes. Environmental Review 5:145-166.

Werdelin, L. 1981. The evolution of lynxes. Annales Zoologici Fenneci 18(1):37-71.

Westerling, A. L. 2016. Increasing western US forest wildfire activity: sensitivity to changes in the timing of spring. Phil. Trans. R. Soc. B 371:20150178. http://dx.doi.org/10.1098/rstb.2015.0178.

Westerling, A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam. 2006. Warming and earlier spring increase western U.S. forest wildfire activity. Science. 313:940-943.

Whitman, A., A. Cutko, P. deMaynadier, S. Walker, B. Vickery, S. Stockwell, and R. Houston. 2013. Climate Change and Biodiversity in Maine: Vulnerability of Habitats and Priority Species. Manomet Center for Conservation Sciences (in collaboration with Maine Beginning with Habitat Climate Change Working Group) Report SEI-2013-03. 96 pp. Brunswick, Maine.

Wild, M. A., T. M. Shenk, and R. R. Spraker. 2006. Plague as a mortality factor in Canada lynx (*Lynx canadensis*) reintroduced to Colorado. Journal of Wildlife diseases 42:646-650.

Williams, D. W. and A. M. Liebhold 1997. Latitudinal shifts in spruce budworm (Lepidoptera: Tortricidae) outbreaks and spruce-fir forest distrbutions with climate change. Acta Phytopathologica et Entomologica Hungarica 32:205-215.

Wirsing, A. J., T. D. Steury, and D. L. Murray. 2002. A demographic analysis of a southern snowshoe hare population in a fragmented habitat: evaluating the refugium model. Canadian Journal of Zoology 80:169-177.

Wrigley, M. 2016. Personal communication; email to Kurt Broderdorp, USFWS, Grand Junction, CO.

Wolfe, M. L., N. V. Debyle, C. S. Winchell, and T. R. McCabe. 1982. Snowshoe hare cover relationships in northern Utah. Journal of Wildlife Management 49:662-670.

Rvsd Plan - 00004079

Wolff, J. O. 1980. The role of habitat patchiness in the population dynamics of snowshoe hares. Ecological Monographs 50:111-130.

Wolff, J. O. 1981. Refugia, dispersal, predation, and geographical baritation in snowshoe hare cycles. In: Meyers K, MacInnes CD (eds) Proceedings of the world largomorph conference. University of Guelph, Guelph, pp. 441-448.

Woodall, C. W., P. J. Ince, K. E. Skog, F. X. Aguilar, C. E. Keegan, C. B. Sorenson, D. G. Hodges, and W. B. Smith. 2011. An overview of the forest products sector downturn in the United States. Forest Product Journal 61:595-603.

Yan, C., N. C. Stenseth, C. J. Krebs, and Z. Zhang. 2013. Linking climate change to population cycles of hares and lynx. Global Change Biology 19:3263-3271.

Zahratka, J. L. and T. M. Shenk. 2008. Population estimates of snowshoe hares in the Southern Rocky Mountains. Journal of Wildlife Management 72:906-912.

Zhu Z, C. E. Woodcock, and P. Olofsson. 2012. Continuous monitoring of forest disturbance using all available Landsat imagery. Remote Sensing of Environment 122:75-91.

Zimmerman, G. T. and D. L. Bunnell. 2000. The Federal wildland fire policy: Opportunities for wilderness fire management. Pp. 288-297 *in* USDA Forest Service Proceedings, RMRS-P-15-VOL-5.

Zimova, M. 2013. Camouflage mismatch in seasonal coat color due to decreased snow duration: will snowshoe hares keep up with climate change?  M. S. thesis. University of Montana, Missoula, Montana. 105pp.

Zimova, M., L. S. Mills, P. M. Lukacs, and M. S. Mitchell. 2014. Snowshoe hares display limited phenotypic plasticity to mismatch in seasonal camouflage. Proceedings of the Royal Society B 281:20140029.

Zimova, M., L. S. Mills, and J. Joshua Nowak. 2016. High fitness costs of climate change-induced camouflage mismatch. Ecology Letters 19:299-307.

Rvsd Plan - 00004080

# Lynx Habitat Ecology in Beetle-Impacted Forests



John Squires, Joe Holbrook, Jake Ivan, Rick Lawrence, and Randy Ghormley

RGNF Meeting

17 May 2018

Rvsd Plan - 00004081

# CPW – USFS Lynx Monitoring Results (2014-2017)



**Years With Lynx Detections**

0 (n = 32)
1 (n = 5)
2 (n = 1)
3 (n = 12)

Rvsd Plan - 00004082

# Outline

1. Landscape-level analyses
   - Characterize resource use and predict lynx habitat

2. Stand-level analyses
   - Characterize forest attributes used
   by lynx



Rvsd Plan - 00004083

# Landscape Analyses

- 19,349 GPS locations in study area
  - Fix success 88%

- Winter (Jan-April)
  - 10 lynx (6 males, 4 females) with 11,628 locations

- Summer (May-August)
  - 7 lynx (3 males and 4 females) with 7,721 locations

Rvsd Plan - 00004084

Lake City

Creede

Wagon Wheel Gap

South Fork

Pagosa Springs

Roads and Highways

Study Area

West Fork Fire

40

Kilometers

Sources: Esri, DeLorme, USGS, NPS, Sources: Esri, USGS, NOAA

Rvsd Plan - 00004085

# Landscape Analyses

- Sample of lynx use
    - 90% of GPS locations, withheld 10% for testing maps
    - Winter test = 1,109, Summer test = 780
- Sample of study area (i.e., "availability")
    - Density of 1 location/500 m^2
    - Approximately 7,000 locations for each lynx
        - Had to be ≥100 m apart
    - Use:availability ratio of ≥1/4

- Build resource selection functions (RSF)

Rvsd Plan - 00004086

# RSF – Landscape analyses



# Landscape Covariates

- Canopy
    - Live PIEN, ABLA, PIEN-ABLA, POTR
    - Total % mortality
- Live sub-canopy
    - ABLA, PIEN, PIEN-ABLA, PSME
- Precipitation
    - Mean annual precipitation over 1981-2010
- Topographic
    - Head load, topographic position index
- Anthropogenic
    - Density of major roads and highways, density of FS roads

Rvsd Plan - 00004088

# Landscape Covariates

- Calculated all at 3 resolutions
  - 100, 250, and 500 m^2

- Identified the most supported scale and function with AIC

- Removed correlated variables

Rvsd Plan - 00004089

# Landscape Analyses

- We first found the "best" model of the abiotic covariates

- We then evaluated a set of hypotheses concerning how lynx selected canopy cover and sub-canopy density

- Used RSF in the form of a GLMM

# Winter Results



# Winter Results

- Top model
  - ABIOTIC + Dead canopy + POTR canopy + PIEN-ABLA subcanopy + PSME subcanopy
    - See Table 2 on page #6 for additional details

  - Validated using a leave-lynx-out cross-validation
    - Assess predicted use versus real lynx use
    - Mean r = 0.90

# Winter Top Model

| Theme | Covariate | β | SE | p |
|---|---|---|---|---|
| Abiotic | Roughness | -0.183 | 0.012 | <0.001 |
| | Heat load index | 0.195 | 0.013 | <0.001 |
| | Topographic position index | -0.078 | 0.012 | <0.001 |
| | Mean annual precipitation over 1981-2010 | -1.682 | 0.031 | <0.001 |
| | Mean annual precipitation over 1981-2010 [2] | -0.499 | 0.020 | <0.001 |
| | Density of major roads and highways | -0.449 | 0.022 | <0.001 |
| | Density of USFS roads | 0.457 | 0.012 | <0.001 |
| Forest | Dead canopy | 0.672 | 0.015 | <0.001 |
| | POTR canopy | 0.129 | 0.013 | <0.001 |
| | PIEN-ABLA subcanopy | 0.247 | 0.014 | <0.001 |
| | PSME subcanopy | -0.391 | 0.022 | <0.001 |



# Binary Cutpoint



Rvsd Plan - 00004095

Lake City

Creede

Wagon Wheel Gap

South Fork

Pagosa Springs

Cumulative Percent of Lynx Use

Selected

Less Selected

Binned RSF Score (High-Low)

Selected = 377,513 acres
Less Selected = 378,877 acres

Roads and Highways

Study Area

West Fork Fire

Less Selected

Selected

40

Kilometers





Roads and Highways

Study Area

West Fork Fire

Less Selected

Selected

40

Kilometers

Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics,
CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid,
IGN, IGP, swisstopo, and the GIS User Community





West Fork Fire

Roads and Highways

Study Area

Less Selected

Selected

10

Kilometers

Rvsd Plan - 00004100



Lake City

Creede

Wagon Wheel Gap

South Fork

Density of CPW
telemetry locations
1999-2011

West Fork Fire

Roads and Highways

Study Area

30

Kilometers

Pagosa Springs

Rvsd Plan - 00004101



Lake City

Creede

Wagon Wheel Gap

South Fork

2015-2017
Lynx Locations

West Fork Fire

Roads and Highways

Study Area

30

Kilometers

Pagosa Springs



West Fork Fire

Roads and Highways

Study Area

20

Kilometers

Rvsd Plan - 00004103

# Stand-Level Analyses



Rvsd Plan - 00004104



**Male 10**

■  **Available**

▲  **GPS Location**

Rvsd Plan - 00004105



**1 m^2 plot**
Pellet plots, ground cover

**22.4 x 1 m belt**
Sub-canopy (≤19 ft tall) density, woody debris

**400 m^2 or 1/10th acre plot (11.2 m radius)**
Tree (≥3") size and density

**20 x 20 m grid**
Canopy cover of trees (≥3")

10 m

Coverboard

Rvsd Plan - 00004106

# Stand Analyses

- 735 locations sampled
  - Use:availability sampled 1:1

- Winter (Jan-April)
  - 10 lynx (6 males, 4 females) at 457 locations

- Summer (May-August)
  - 6 lynx (2 males and 4 females) at 278 locations

- Build resource selection functions (RSF)

# Summaries

| Season | Variable | Available | Used |
|--------|----------|-----------|------|
| Winter | Horizontal cover | 40 (26-48) | 53 (47-61) |
|  | Snowshoe hare pellets | 2.7 (1.2-5.7) | 5.9 (3.2-12.2) |
|  | Grass cover | 18 (12-24) | 8 (5-12) |
|  | ABLA Sub-canopy density | 118 (16-437) | 318 (53-523) |
|  | PIEN Sub-canopy density | 115 (9-232) | 181 (115-301) |
|  | POTR Sub-canopy density | 365 (0-730) | 458 (25-838) |
|  | SALIX Sub-canopy density | 91 (0-913) | 1 (0-8) |
|  | Total Sub-canopy density | 912 (390-1496) | 1174 (567-1577) |

# Horizontal Cover Analysis

| | Winter | | | Summer | | |
|---|---|---|---|---|---|---|
| **Covariate** | β | SE | p | β | SE | p |
| **Intercept** | 46.743 | 0.886 | <0.001 | 53.111 | 1.036 | <0.001 |
| **_ABLA sub-canopy TPA_** | 7.303 | 1.064 | <0.001 | 7.889 | 1.274 | <0.001 |
| **_PIEN sub-canopy TPA_** | 3.985 | 1.027 | <0.001 | 2.848 | 1.145 | 0.013 |
| **PIPU sub-canopy TPA** | 1.218 | 0.899 | 0.176 | 3.779 | 1.046 | <0.001 |
| **_POTR sub-canopy TPA_** | 3.818 | 0.937 | <0.001 | 7.565 | 1.161 | <0.001 |
| **SALIX sub-canopy TPA** | 2.124 | 0.889 | 0.001 | 3.429 | 1.051 | 0.001 |
| **Live TPA** | 3.499 | 1.094 | 0.001 | 1.819 | 1.454 | 0.212 |
| **Live ABLA TPA** | 1.021 | 1.173 | 0.385 | 2.392 | 1.529 | 0.119 |
| **Live PIEN TPA** | 1.868 | 1.112 | 0.094 | 4.760 | 1.321 | <0.001 |
| **Dead PIEN TPA** | 2.650 | 0.972 | 0.007 | 2.135 | 1.158 | 0.066 |
| **Model $R^2$** | 0.30 | | | 0.40 | | |

Rvsd Plan - 00004109

# Canopy Cover Assessment



# Top Models

| Season | Covariate | β | SE | p |
|---|---|---|---|---|
| Winter | Horizontal cover | 0.239 | 0.124 | 0.054 |
| | Snowshoe hare pellets | 0.245 | 0.132 | 0.063 |
| | Canopy cover of live PIEN | 0.353 | 0.118 | 0.003 |
| | QMD of live ABLA | 0.267 | 0.121 | 0.027 |
| | QMD of live POTR | 0.321 | 0.113 | 0.004 |
| | QMD of dead trees | 0.366 | 0.152 | 0.016 |
| | *TPA of live ABLA 3-4.9 inches in DBH* | 0.328 | 0.145 | 0.023 |
| | TPA of dead PIEN 5-8.9 inches in DBH | 0.328 | 0.143 | 0.022 |
| | BA of dead trees | -0.319 | 0.161 | 0.047 |
| Summer | Horizontal cover | 0.427 | 0.139 | 0.002 |
| | Snowshoe hare pellets | 0.231 | 0.139 | 0.078 |
| | QMD of dead PIEN | 0.492 | 0.142 | 0.001 |
| | QMD of dead ABLA | 0.263 | 0.135 | 0.051 |

# Relevant Studies

• Rhoades et al. 2017. Ecosystems.



• Understory growth post pine bark-beetle
• Impact of bark-beetle is on x-axis

Rvsd Plan - 00004112

# Relevant Studies

- Collins et al. 2011. FEM.



Advance Regeneration

- Advance Regeneration: <2.5 cm DBH, >3 yrs old)
- Subalpine fir response

Rvsd Plan - 00004113

# Snowshoe Hare



90% Dead

Years Since Outbreak

Rvsd Plan - 00004114

# Red Squirrel



90% Dead

Occupancy

Years Since Outbreak

Rvsd Plan - 00004115

The Journal of Wildlife Management 80(6):1049–1058; 2016; DOI: 10.1002/jwmg.21101



*Research Article*

# Winter Diet and Hunting Success of Canada Lynx in Colorado

**Table 1.** Percent occurrence (% biomass) of snowshoe hares, red squirrels, and other prey items in the winter diet of Canada lynx in Colorado, USA, 1999–2009.

| Winter | No. lynx tracked | Total km tracked | Total kills | Snowshoe hare (%) | Red squirrel (%) | Other (%) |
|---|---|---|---|---|---|---|
| 1999 | 12 | 157 | 6 | 67 (92) | 33 (8) | 0 (0) |
| 1999–2000 | 19 | 493 | 68 | 72 (84) | 22 (5) | 6 (12) |
| 2000–2001 | 47 | 611 | 77 | 65 (84) | 22 (5) | 13 (11) |
| 2001–2002 | 32 | 388 | 42 | 90 (97) | 7 (1) | 2 (2) |
| 2002–2003 | 27 | 557 | 50 | 88 (97) | 8 (2) | 4 (2) |
| 2003–2004 | 33 | 403 | 36 | 69 (91) | 28 (7) | 3 (3) |
| 2004–2005 | 42 | 520 | 65 | 86 (97) | 12 (2) | 2 (1) |
| 2005–2006 | 45 | 485 | 67 | 88 (98) | 9 (2) | 3 (1) |
| 2006–2007 | 32 | 357 | 36 | 56 (87) | 44 (13) | 0 (0) |
| 2007–2008 | 25 | 345 | 46 | 59 (89) | 39 (11) | 2 (0) |
| 2008–2009 | 25 | 296 | 53 | 26 (65) | 72 (32) | 2 (4) |
| $\bar{x}$ | 31 | 419 | 50 | 70 (89) | 27 (8) | 3 (3) |

Rvsd Plan - 00004116



Rvsd Plan - 00004117

Sources: Esri, HERE, DeLorme, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, E
Mapmyindia, NGCC, © OpenStreetMap contributors, and the GIS User Community

# *Snowshoe Hare*



Years Since Outbreak

Rvsd Plan - 00004118

# *Snowshoe Hare*



Years Since Outbreak

Rvsd Plan - 00004119

# Snowshoe Hare



# Take-Homes

- Lynx in Colorado are rare, low in density, and spatially restricted – San Juans and Vail/Leadville
- Lynx habitat is disproportionately out of wilderness and in timber base (Statewide lynx RSF ongoing)
- Localized lynx populations are vulnerable to extensive fragmentation – (Garnet Range – Montana, Wyoming Range – Wyoming). San Juan Range is critical to lynx in Colorado – there is no population rescue

# Take-Homes

- Despite large-scale change from beetles, lynx occupying similar habitat as pre-beetle (i.e., CPW data) and reproducing
- Lynx habitat in beetle-kill will improve over time , but the species in Colorado is currently in the "emergency room" – vulnerable to fluctuations in prey abundance (i.e., no squirrels)
- Fortunately, hare occupancy and density stable and relatively high in beetle-kill

Rvsd Plan - 00004122

# Take-Homes

- Important components of lynx habitat in beetle-kill include  - horizontal cover (>45%), live ABLA, TPA and canopy cover of live trees, understory conifers (ABLA and PIEN) in subcanopy, size/basal area of dead trees, and hares. – need to be addressed in stand-level prescriptions

- Location of salvage is central to minimizing potential population impacts – Platoro greatest potential conflict zone

Rvsd Plan - 00004123

# Take-Homes

• Beetle-induced release, but sub-canopy development is reduced by salvage (Battaglia, Rhoades; e.g., GMUG dead tree retention); consult with the GMUG for lessons learned.

# Take-Homes

- What can we do to improve lynx habitat?
  - Preserve understory during harvest (i.e., winter logging, skid trail management)
  - Shade retention (i.e., live trees and dead trees)
  - Salvaging in a mosaic framework
  - Planting subalpine fir post-harvest

Rvsd Plan - 00004125

# Discussion



# Lynx Movements



Rvsd Plan - 00004127

# High Speed + Directed



Rvsd Plan - 00004128

# High Speed + Directed



Rvsd Plan - 00004129

# High Speed + Directed



# Slow Speed + Tortuous



# *Snowshoe Hare*



**San Juans, Beetle-killed Spruce-fir, 2017**

$y = 0.0085x - 0.1737$

$R^2 = 0.1124$

Hares/ha

Average  Horizontal Cover (0-2m)

# Snowshoe Hare



**Taylor Park, Spruce-fir + Lodgepole, 2007-2009**

$y = 0.0004x + 0.1075$

$R^2 = 0.0022$

Rvsd Plan - 00004133

Received: 27 February 2018 | Revised: 6 June 2018 | Accepted: 26 June 2018

DOI: 10.1002/ece3.4382

**ORIGINAL RESEARCH**



# Sharing the same slope: Behavioral responses of a threatened mesocarnivore to motorized and nonmotorized winter recreation

**Lucretia E. Olson[1]** | **John R. Squires[1]** | **Elizabeth K. Roberts[2]** | **Jacob S. Ivan[3]** | **Mark Hebblewhite[4]**

[1]Rocky Mountain Research Station, United States Forest Service, Missoula, Montana

[2]White River National Forest, United States Forest Service, Glenwood Springs, Colorado

[3]Colorado Parks and Wildlife, Fort Collins, Colorado

[4]Wildlife Biology Program, Department of Ecosystem and Conservation Sciences, W.A. Franke College of Forestry and Conservation, University of Montana, Missoula, Montana

**Correspondence**
Lucretia E. Olson, Rocky Mountain Research Station, United States Forest Service, Missoula, Montana.
Email: lucretiaolson@fs.fed.us

**Funding information**
Rocky Mountain Research Station; Vail Associates Inc.; Colorado BLM state office; U.S. Forest Service R2 Regional Office Renewable Resources Department; 10th Mountain Huts; Colorado Department of Transportation

## Abstract

Winter recreation is a widely popular activity and is expected to increase due to changes in recreation technology and human population growth. Wildlife are frequently negatively impacted by winter recreation, however, through displacement from habitat, alteration of activity patterns, or changes in movement behavior. We studied impacts of dispersed and developed winter recreation on Canada lynx (*Lynx canadensis*) at their southwestern range periphery in Colorado, USA. We used GPS collars to track movements of 18 adult lynx over 4 years, coupled with GPS devices that logged 2,839 unique recreation tracks to provide a detailed spatial estimate of recreation intensity. We assessed changes in lynx spatial and temporal patterns in response to motorized and nonmotorized recreation, as well as differences in movement rate and path tortuosity. We found that lynx decreased their movement rate in areas with high-intensity back-country skiing and snowmobiling, and adjusted their temporal patterns so that they were more active at night in areas with high-intensity recreation. We did not find consistent evidence of spatial avoidance of recreation: lynx exhibited some avoidance of areas with motorized recreation, but selected areas in close proximity to nonmotorized recreation trails. Lynx appeared to avoid high-intensity developed ski resorts, however, especially when recreation was most intense. We conclude that lynx in our study areas did not exhibit strong negative responses to dispersed recreation, but instead altered their behavior and temporal patterns in a nuanced response to recreation, perhaps to decrease direct interactions with recreationists. However, based on observed avoidance of developed recreation, there may be a threshold of human disturbance above which lynx cannot coexist with winter recreation.

## KEYWORDS

anthropogenic disturbance, *Lynx canadensis*, ski resorts, snowmobiles, space use, winter recreation

---

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

© 2018 The Authors. *Ecology and Evolution* published by John Wiley & Sons Ltd.

Rvsd Plan - 00004134 8555

## 1 | INTRODUCTION

Winter recreation is an important economic contributor to communities in temperate or subarctic regions (Töglhofer, Eigner, & Prettenthaler, 2011; White & Stynes, 2008; Zhang, Cai, & Ni, 2006). Due to technological advancements in snowmobiles, back-country skis and other outdoor equipment coupled with growing human populations, the footprint of winter recreation continues to expand. Persistent snow-covered areas, however, are decreasing in spatial and temporal extent due to climate change, which will likely result in increased recreation intensity in the areas that remain (Brammer, Samson, & Humphries, 2015; Elsasser & Messerli, 2001; Scott, Dawson, & Jones, 2008). Increased human disturbance to species already stressed by a changing climate may exacerbate negative effects (Hughes, 2003; Riordan & Rundel, 2014). Therefore, a better understanding of the response of animals to winter recreation in these ecosystems is critical.

While recreational use of an area is generally assumed to be more compatible with species' conservation than consumptive activities such as development or resource extraction, animals' perceived risk from recreation can lead to behavioral tradeoffs such as increased vigilance and decreased feeding, mating, or parental care activities (Frid & Dill, 2002; Larson, Reed, Merenlender, & Crooks, 2016). Snow-based recreation may also have a greater negative affect on wildlife compared to aquatic or summer-terrestrial sports (Larson et al., 2016), with changes in space or temporal use of an area frequently observed. Moose (*Alces alces*) and mountain caribou (*Rangifer tarandus caribou*), for example, were spatially displaced from suitable habitat by the presence of snowmobile recreation (Harris, Nielson, Rinaldi, & Lohuis, 2013; Seip, Johnson, & Watts, 2007), while mountain goats (*Oreamnos americanus*; Richard & Côté, 2016) and black grouse (*Tetrao tetrix*) avoided developed ski areas (Patthey, Wirthner, Signorell, & Arlettaz, 2008). Behavioral responses such as changes in activity or movement have also been observed; for instance, moose in Wyoming remained bedded or fed less frequently in response to snowmobile activity (Colescott & Gillingham, 1998).

Impacts of recreation on animals can also vary depending on whether activities are motorized or nonmotorized, dispersed or developed, and low or high intensity. While motorized recreation is frequently considered a source of disturbance (Goldstein, Poe, Suring, Nielson, & McDonald, 2010; Olliff, Legg, & Kaeding, 1999), nonmotorized recreation has also been shown to elicit negative responses in animals, and may even do so to a greater degree than motorized recreation (Harris et al., 2013; Larson et al., 2016; Stankowich, 2008). Although snowmobiles generate high noise levels, they may be perceived as less of a threat than human voices by species conditioned to fear persecution (Bowles, 1995). Additionally, many species are able to seek isolated refugia from snowmobilers, whereas nonmotorized recreationists may access remote areas with higher elevations, dense canopies, and nongroomed trails (Olson et al., 2017). Developed ski resorts, which include considerable infrastructure, tree removal, and continuous maintenance (Rixen & Rolando,

2013), also differ from dispersed recreation, which requires little infrastructure and minimally affects existing forest conditions.

The number of participants and total days spent on winter recreation is projected to increase over the next several decades (White et al., 2016), and coupled with the potential of climate-induced reduction in persistent and deep snow, research is needed to characterize the effects of winter recreation on endangered or threatened species that are snow-associated (Larson et al., 2016). Canada lynx (*Lynx canadensis*), a threatened species in the continental United States, is of particular concern because of its relative rarity as well as its adaptation to and reliance on deep snow to limit competition from other predators during winter (Buskirk, Ruggiero, & Krebs, 1999). Winter recreation may cause increased energy expenditure if lynx are repeatedly disturbed, as well as lost hunting opportunities since lynx are a stalking, sit-and-wait predator (Nellis & Keith, 1968). Western Colorado, USA is an excellent study location for this question, with an abundance of both dispersed and developed recreation, as well as a resident lynx population. The Vail Pass Winter Recreation Area in Colorado has 50 miles of established groomed trails as well as a ski-hut system for dispersed recreation; this area is subject to intense recreation and receives roughly 35,000 visitors per winter (U.S.D.A. Forest Service 2015). Colorado also has 30 developed ski resorts (National Ski Areas Association 2016) which coincide with lynx distribution and received roughly 13 million visitors in 2016 (Blevins, 2016).

The goal of our study was to understand the impact of winter recreation on Canada lynx. We used the movement ecology paradigm (Nathan et al., 2008) to frame our investigation of winter recreation impacts on lynx behavior. Specifically, we examined (a) the impact of dispersed recreation intensity on various metrics of lynx behavior, (b) the extent to which lynx spatially and temporally avoid dispersed recreation, and (c) the extent to which lynx spatially and temporally avoid high-intensity developed recreation. We examined behavioral metrics including movement speed and movement tortuosity that we hypothesized might be influenced by recreation and could lead to increased energy expenditure or reduction in hunting success. We hypothesized that lynx would increase speed and decrease tortuosity if disturbed by recreation, in an effort to spend as little time as possible in areas with more recreation and as a flight response to disturbance (Stewart et al., 2016). We also hypothesized that lynx would adjust their space use to avoid areas with high recreation intensity, or their temporal habits to avoid activity during high recreation-intensity daylight hours, if disturbed by winter recreation.

## 2 | METHODS

### 2.1 | Study area

Our study area was located in western Colorado, USA, at two locations of high recreation activity (Figure 1). The northern Vail Pass study area was on public lands administered by the White

River National Forest and the San Isabel National Forest, in the northern Sawatch and Mosquito mountain ranges (approximate centroid coordinates 106.30°W, 39.45°N). The San Juan study area was on public lands administered by the Uncompahgre and San Juan National Forests, and the Bureau of Land Management, in and around the towns of Silverton and Ophir (approximate centroid 107.88°W, 37.82°N). Winter recreation occurred on both sites between end of December and early April, at elevations of 2,000 m to 4,300 m and with approximately 380 cm to 1,000 cm of annual snowfall (National Oceanic and Atmospheric Adminstration 2017).

Recreation at the Vail Pass location is intense, and includes approximately 35,000 visitors per winter season, the majority of which are motorized and concentrated along groomed trails or suggested routes, while approximately 11,000 are packed-trail cross-country skiers and snowshoers using the 10th Mountain Hut back-country hut system (U.S.D.A. Forest Service 2015). A developed ski resort is also near the Vail Pass study area; this resort is among the top 10 largest ski resorts in Colorado. It encompasses approximately 10.1 km$^2$ of skiable area and has 23 chairlifts (USDA Forest Service National Visitor Use Monitoring Results, 2016). In the San Juan study area, recreation is primarily dispersed back-country ski and snowboard use, with some motorized recreation concentrated primarily in high-elevation areas. The developed ski resort we focused on in the San Juan study area has 8.1 km$^2$ of skiable area and 18 chairlifts (telluride.com, 2017).



**FIGURE 1** Location of Canada lynx and recreation study areas in western Colorado, USA. Canada lynx home ranges are shown in white, recreation 100% minimum convex polygons are shown in dark gray. Inset shows location of Colorado in United States

## 2.2 | Quantifying movements of winter recreationists

To provide a spatially and temporally detailed sample of winter recreation intensity, we stationed technicians at parking areas and trailheads during winters of 2010–2013 to distribute small (5 × 8 cm) GPS units to be worn around the upper arm or affixed to a back-pack (Qstarz International Co., Ltd., model BT-Q1300, Position accuracy <10 m). Recreationists were informed that participation was voluntary and no personally identifiable information was collected, and offered a map of their day's movement as incentive to carry the GPS unit; response from recreationists was positive, with an acceptance rate of approximately 90% (Miller, 2016). We recorded four types of recreation activity (snowmobile-assisted ski [hereafter hybrid], snowmobile, back-country ski or snowboard, and packed trail cross-country ski or snowshoe [hereafter packed-trail ski]). Only one GPS unit was given to groups with multiple people to ensure independence among recreation tracks, although some people and/or groups may have been sampled more than once during the course of a winter, or across winters. Locations of recreationists were recorded at 5-s intervals. If GPS units remained stationary, further locations were not collected until the device detected movement. Detailed descriptions of our methods to quantify movements of recreationists can be found in Miller, Vaske, Squires, Olson, and Roberts (2016) and Olson et al. (2017).

To quantify recreation intensity, we converted GPS point locations into density rasters using the Point Density tool in ArcGIS (ESRI, Redlands, CA, USA). To determine the best scale at which to look for lynx response to recreation, we considered GPS point densities in a circular neighborhood at radii of 30 m, 100 m, 500 m, and 1 km, chosen to reflect arbitrary distances at which lynx could reasonably be expected to respond to the sight and sound of recreationists. Upon examining the distribution of the data, only the 1 km scale had enough nonzero values to allow accurate estimation of regression parameters for all lynx (Kutner et al., 2005). We therefore considered only the 1 km scale for all analyses, and our conclusions are relevant to how lynx perceive recreation within 1 km distances. Density rasters were calculated separately for each recreation type and year (2010–2013). To ensure that lynx response was temporally coincident with recreation, we matched year of recreation intensity with year of lynx data collection; we did not attempt to temporally match recreation and lynx movement at any finer resolution than year due to limitations in sample size when lynx and recreation were paired by day or week. Thus, our analysis is prefaced on the assumption that lynx response is to seasonal intensity of recreation, rather than to direct presence of recreationists.

We also deployed infrared and magnetic trail counters at recreation portals and trail crossings throughout the study area to provide an index of recreation intensity on lynx home ranges independent of GPS tracks. Counters were in place between January and March, infrared counters affixed to trees approximately 1.5 m above the snow, and magnetic counters buried beneath the snow in trail center. Counter data was summed across the entire season and divided by

the number of days each counter was deployed to provide an index of use measured as hits/day for each counter.

## 2.3 | Lynx data collection

We trapped lynx in areas of high recreation or proximity to ski resorts where previous survey work indicated they were present. Lynx were captured using a specially designed box trap (Kolbe, Squires, & Parker, 2003) to minimize probability of injury. Traps were checked daily and animals were handled in accordance with International Animal Care and Use Committee (IACUC) permit AUP-062-13MHWB-122013. Adult (≥3 years) lynx were fitted with Sirtrack satellite store on board GPS collars (210–230 g) with conventional VHF radio transmitters and a drop-off mechanism. Collars were programmed to obtain a GPS location every 20 min, 24 hr per day in 2010, 2012, and 2013 and every 30 min, 24 hr per day, every other day in 2011. We considered the potential for scale dependency issues between collars with different fix-rates (i.e., 20 min vs 30 min; Pépin, Adrados, Mann, & Janeau, 2004); however, movement rate (step-length [km]/step duration [hr]) between collars with different duty cycles were similar (mean rate 30-min duty cycle = 0.33 km/hr, 95% CI = −0.24–0.91 km/hr, $n = 3$ lynx-years; 20-min duty cycle = 0.39 km/hr, 95% CI = 0.12–0.66, $n = 17$ lynx-years), and thus we felt confident in treating all collars similarly for analysis. Average fix-rate across collars was 84%; collars were programmed to automatically drop off after June 1st.

We focused on lynx movement ecology (Nathan et al., 2008) collected during peak winter recreation to maximize the potential to measure responses to disturbance (January–March). We evaluated movements within 95% minimum convex polygon (MCPs) use areas for each lynx and excluded movements outside of these areas since animals performing exploratory movements may differ in behavior from those on stationary home ranges (Abrahms et al., 2017; Pépin, Adrados, Janeau, Joachim, & Mann, 2008). To split lynx movement into relevant behavior categories, we categorized lynx GPS locations as "active" or "stationary" using parameters determined from five stationary GPS collars (3,464 GPS locations, mean = 693 pts/collar, $SD$ = 528) deployed under field conditions. Based on these stationary collars we calculated step length (straight line distance between two successive GPS points) and turn angles (relative turn angle between the vector from points $t$ and $t$–1 and the vector from points $t$ and $t + 1$) for stationary GPS points. We then used this distribution of distances and turn angles to determine threshold values to distinguish active from stationary states for collared lynx. We categorized lynx locations as "stationary" if GPS points were ≤27.02 m from the previous point (70th percentile) or had turn angles between 174° and 180° (90th percentile; Hurford, 2009).

## 2.4 | Do lynx change movement behavior based on intensity of winter recreation?

To determine the impact of recreation intensity on lynx movement behavior, we modeled the response of lynx to a combination of

environmental and recreation covariates, which were averaged separately for day and night periods. We first summarized lynx movement into temporal day (~0800:1700 hr) and night (~1700:0700 hr) periods using the "sunrise" command in R package "maptools", which calculates the changing actual sunrise and sunset times for each day based on a given geographic location (Bivand & Lewin-Koh, 2016). We considered two movement metrics as response variables for this analysis: movement rate (distance traveled [km] per unit time [hr] of only "active" points averaged across temporal period) and movement tortuosity (straight line distance from first to last point in a temporal period divided by summed distance between all points in a period; Benhamou, 2004).

Environmental predictor variables included proportion forest/ nonforest, a binary variable based on landcover categories from the National Land Cover Database (NLCD; Homer et al., 2015), averaged across all locations in a temporal period (mean: 0.9, range: 0.1–1.0), canopy cover (percent per pixel tree canopy density, mean: 44.8%, range: 14.0%–67.4%, NLCD; Homer et al., 2015), and Euclidian distance to forest edge (shortest straight line distance from a lynx GPS point to an NLCD forest landcover category, mean: 141.8 m, range: 7.4–711.9 m). Recreation variables included 1 km recreation intensity for the four types of recreation (hybrid, backcountry ski, snowmobile, packed-trail ski), and indicator variables for weekday/weekend, day/night, study area (San Juan/Vail), and sex. All pairwise correlations between predictor variables were <0.60, and variance inflation factor was <2.0, indicating no multi-collinearity.

As a first step in the model-building process, we considered three vegetation-only models (i.e., single-variable models using environmental covariates listed above) fit to each of the two response variables to control for the influence of habitat on lynx behavior. We selected the best performing vegetation model for each response variable and carried this base habitat model into the second step where we considered 10 candidate models that we hypothesized would test the influence of winter recreation intensity on lynx behavioral response (Supporting Information Table S1).

We used a mixed-effects linear regression model for movement rate and tortuosity, with Lynx ID as a random intercept to control for the nonindependent nature of GPS points within a single lynx (Gillies et al., 2006). We considered the inclusion of study year as an additional random intercept to account for differences between years, but, as the majority of lynx only occurred in the dataset for a single year, the addition of this parameter did not noticeably effect model estimates, and thus we omitted it for model simplicity. We standardized $(x_i - \bar{x}/SD)$ all continuous covariates for ease of model fitting and interpretation. We ranked models using $AIC_c$ (Akaike, 1974) and considered the best performing to have the lowest $AIC_c$. We evaluated model fit using Q-Q plots and scatterplots of fitted values versus residuals to verify the linear model assumptions of normality and homoscedasticity (Kutner et al., 2005), and calculated marginal $r^2$ to assess the variability explained by the fixed effects of the top-performing model (Barton, 2015). All models were fitted using the lme4 package in R (Bates et al., 2015).

## 2.5 | Do lynx avoid high intensity dispersed recreation?

To test whether lynx spatially avoided recreation within home ranges, we compared measures of recreation at lynx GPS points to a sample of random locations within a lynx's MCP home range (i.e., a third-order used-available resource selection function (RSF) design; Johnson, 1980; Manly et al., 2002). We generated random locations at a ratio of 1 use to 2 random, determined 1 km recreation intensity and percent canopy cover at all locations, and assigned a random "hour" value to each random point to allow temporal comparisons. Additionally, since much of the dispersed recreation on our study areas took place on groomed or user-established trails (Miller, 2016; Olson et al., 2017), we hypothesized that lynx might respond more strongly to recreation when near to these high-use areas. Since many trails are user-established, and therefore no spatial data exists for them, we created trail features for each recreation type (hybrid, back-country ski, snowmobile, and packed-trail ski) from the high-intensity areas (>25th percentile) delineated by a 100 m point density recreation raster. We measured the distance from each lynx GPS point and random location to the nearest trail of each recreation type. Using this distance to trail value, we created a binary variable for whether a point was near or far from a trail using thresholds of 250 m, 500 m, and 1 km. We also considered the possibility that influence from a trail would attenuate nonlinearly with distance, and thus created a decay function ($e^{-\alpha/distance}$) where $\alpha$ was a constant equal to 50, 100, 250, 500, or 2,500 (Carpenter, Aldridge, & Boyce, 2010; Lesmerises, Johnson, & St-Laurent, 2016). We tested each scale of both covariates in univariate models, and kept the binary or decay variable that had the lowest $AIC_c$ for each recreation type to represent response to trails in candidate models.

We then constructed a set of 10 GLMM logistic regression (Gillies et al., 2006) candidate models per recreation type to test lynx spatial response to dispersed recreation intensity and high-intensity trails (Supporting Information Table S2). We considered univariate, additive, and interactive effects of canopy cover, to test whether canopy cover influenced lynx selection or avoidance of recreation, since lynx are closely tied to dense forest cover (Holbrook, Squires, Olson, DeCesare, & Lawrence, 2017; Squires, Decesare, Kolbe, & Ruggiero, 2010). We considered an interaction between recreation metrics and study area to test lynx response to differences in the quality of recreation between study areas (see Methods), and an interaction between recreation and time of day (day ~0800:1700 hr, night ~1700:0700 hr) to determine whether lynx exhibited a temporal response to recreation intensity or recreation trails. We included Lynx ID as a random intercept to control for repeated GPS locations among lynx, and weighted observations to create an equal contribution between the unbalanced used to available samples (Gillies et al., 2006). We standardized covariates as above and used $AIC_c$ to select the best performing model for each recreation type. We assessed model fit using fivefold cross-validation of the best model for each recreation type (Hastie, Tibshirani, & Friedman, 2001). We split the data into five equal partitions, re-fit models on four partitions and

predicted the outcome on the withheld partition. Since our response variable was binary, we calculated the area under the curve (AUC) of the receiver operating characteristic for each fold of the data; this provides a metric ranging between random predictive ability (0.5) and perfect model prediction (1.0; Boyce, Vernier, Nielsen, & Schmiegelow, 2002).

Additionally, to test specifically whether lynx adjusted their activity in response to temporal differences in recreation, we examined the relationship between recreation intensity and activity state (moving or stationary) at lynx GPS points. We used a GLMM to predict whether a point was active or stationary in response to the interaction of 1 km recreation intensity and time of day (day ~0800:1700 hr, night ~1700:0700 hr), with lynx ID included as a random intercept and a binomial link (Gillies et al., 2006). We also evaluated whether temporal response differed based on study area by creating a combined variable of study area and temporal period (San Juan day, San Juan night, Vail day, Vail night), to allow separate estimation of a temporal response at each study area. We performed separate models for each recreation type (Supporting Information Table S3), standardized recreation intensity metrics for ease of model fitting, and fitted models using the lme4 package in R (Bates et al., 2015). We cross-validated top-performing models as above to assess model fit (Hastie et al., 2001).

Finally, we tested whether lynx change their response to recreation depending on how much of it is available (i.e., a functional response; Mysterud & Ims, 1998). Functional responses can help reveal response thresholds which may be difficult to detect from individual selection or avoidance (Mysterud & Ims, 1998). For each individual, we calculated mean 1 km recreation intensity at used versus available locations within home ranges (Holbrook et al., 2017; Laforge, Brook, van Beest, Bayne, & McLoughlin, 2015). We then tested for functional responses by modeling use as a function of availability for each recreation type. We considered linear and quadratic models, and used likelihood-ratio tests to determine which model form best fit the data (Kutner et al., 2005). A functional response, indicating disproportional changes in use in response to availability, was supported when the quadratic form was best-fitting, or when the slope of the linear response did not equal 1 (Holbrook et al., 2017; Mysterud & Ims, 1998). In addition, for each lynx, we calculated the selection ratio (mean use/mean available) for each type of recreation (Manly et al., 2002; Mysterud & Ims, 1998). Selection ratios below 1 indicate avoidance (use less than availability), while selection ratios above 1 indicate selection (use greater than availability). We plotted selection ratio for each individual against average recreation availability in the home range to better visualize differences in patterns of lynx selection for recreation with changing availability.

## 2.6 | Do lynx avoid developed recreation?

Two developed ski areas were adjacent to lynx home ranges in our study areas. As an initial test to determine the impact that such permanent, spatially concentrated centers of recreation activity had on Canada lynx space use, we performed a simple bootstrap

**TABLE 1** Coefficients ($\beta$) and confidence intervals (95% CI) for top-performing models of Canada lynx movement rate and movement tortuosity in response to recreation intensity at a 1 km scale and other covariates in western Colorado, USA, 2010–2013

| Covariate | $\beta$ | Lower CI | Upper CI |
|---|---|---|---|
| **Movement rate** | | | |
| Hybrid1k | 0.02 | 0.00 | 0.05 |
| Back-country ski1k | −0.04 | −0.06 | −0.02 |
| Snowmobile1k | −0.02 | −0.05 | 0.00 |
| Packed-trail ski1k | 0.01 | −0.01 | 0.03 |
| **Proportion forest** | −0.03 | −0.05 | −0.01 |
| Sex | 0.22 | 0.15 | 0.29 |
| **Movement Tortuosity** | | | |
| Hybrid1k | −0.01 | −0.03 | 0.00 |
| Back-country ski1k | 0.00 | −0.02 | 0.02 |
| Snowmobile1k | 0.00 | −0.01 | 0.02 |
| Packed-trail ski1k | −0.01 | −0.02 | 0.01 |
| **Proportion forest** | −0.02 | −0.04 | −0.01 |
| **Night** | −0.05 | −0.07 | −0.02 |

Covariates whose 95% CI did not overlap 0 are bolded.

comparison to test whether individual lynx entered ski areas less than random expectation (Manly, 2007; Manly et al., 2002). We sampled random locations distributed across each lynx's 95% MCP home range (sample size equal to the total GPS locations collected for each lynx) 1,000 times with replacement; at each iteration, we recorded the number of random locations inside the ski area boundary. We then calculated the 2.5 and 97.5 percentile from the bootstrap distribution for each lynx, and compared that to the actual number of GPS points inside the ski area boundary; a value outside either of these percentiles indicated avoidance or preference, respectively (Manly, 2007).

Next, we tested whether factors associated with the intensity of human use of the ski area influenced the probability of lynx use. For this analysis, we included all lynx points collected from January to June to evaluate if lynx use changed with decreased winter recreation. We modeled whether a lynx GPS point was in or out of the ski area boundary as a function of day of the week (weekend or weekday), since weekday use has been shown to be less intense than weekend, as well as time of day, since daylight hours receive more use than dark (Olson et al., 2017). We also considered month as a continuous variable, from February to June, since use of the ski area should decrease with later months as snowpack decreases. Finally, we included canopy cover at each GPS location to control for differences in vegetation inside and outside the ski area boundary. We used GLMMs with individual lynx ID as a random effect (Gillies et al., 2006).

We considered a candidate model set of 11 models to evaluate lynx use of developed ski areas (Supporting Information Table S4). All models contained a base structure of canopy cover to account for habitat differences inside or outside of the ski area boundary. We evaluated additive combinations of month, time of day, and day of the week, as well as interactions that we hypothesized might impact the likelihood of lynx use of the ski area (Supporting Information Table S4). We fit models using the lme4 package in R (Bates et al., 2015) and ranked models according to $AIC_c$. We validated the best-performing model using fivefold cross-validation, as detailed above (Hastie et al., 2001).

## 3 | RESULTS

We captured 18 individual lynx (9 males, 9 females) from 2010 to 2013, with four individuals captured in two successive years, for a total of 22 yearly lynx home ranges. We collected a total of 34,405 GPS points (average: 1,720/lynx, SD: 1100) from January to March. Lynx moved a mean of 8.0 km per day (SD: 4.9 km), at an average rate of 0.63 km/hr (SD: 0.27 km/hr).

We collected a total of 2,839 tracks from recreationists (2010: $n$ = 350, 2011: $n$ = 1015, 2012: $n$ = 651, and 2013: $n$ = 823). Although all lynx were captured in areas used by winter recreationists, recreation intensity was highly variable across lynx (Appendix A: Figure A1). Hybrid recreation occurred on 13 yearly lynx MCP home ranges, snowmobile on 17, and backcountry ski and packed-trail ski on 19. Recreation availability also differed between the two study areas; mean number of unique GPS tracks recorded on lynx home ranges was: hybrid 27.8 Vail (SD = 55.4), 3.0 San Juan (SD = 4.5); backcountry ski) 11.8 Vail (SD = 10.4), 71.2 San Juan (SD = 51.3); snowmobile) 32.6 Vail (SD = 49.7), 20.7 San Juan (SD = 28.5); packed-trail ski) 7.9 Vail (SD = 11.2), 66.4 San Juan (SD = 51.9). The mean length of all recreation tracks combined within home ranges was 10.9 km/ $km^2$ (SD = 24.0) for Vail and 9.7 km/$km^2$ (SD = 6.7) for San Juan (Appendix A: Table A1). Trail counters had a mean of 35.9 hits/day (SD = 26.8) for Vail and 18.4 hits/day (SD = 10.8) for San Juan (Appendix A: Table A1).

### 3.1 | Do lynx change movement behavior based on intensity of winter recreation?

Both lynx movement rate and movement tortuosity were best modeled by a combination of recreation and environmental variables (Supporting Information Table S1). Lynx movement rates were a function of proportion forest, recreation intensity, and sex (Table 1), with a marginal $r^2$ of 0.12. Lynx slowed their movement rate in the presence of greater snowmobile and back-country ski activity. For example, predicted female lynx movement rate was 0.47 km/hr (SD = 0.03) with no recreation within 1 km, 0.22 km/hr (SD = 0.07) at maximum observed back-country ski intensity (equivalent to approximately 66 recreation tracks/$km^2$ in a season), and 0.25 km/ hr (SD = 0.11) at maximum snowmobile intensity (approximately 188 tracks/$km^2$ in a season). Conversely, at high hybrid and packed-trail ski intensities, lynx generally moved faster, although the confidence interval for packed-trail ski slightly overlapped zero, indicating that lynx movement rate was not as strongly related to packed-trail ski intensity. Modeled movement rate was 0.47 km/hr (SD = 0.03)

Rvsd Plan - 00004139

with no recreation within 1 km, 0.92 km/hr (SD = 0.21) at maximum observed hybrid intensity (equivalent to approximately 232 tracks/km$^2$ in a season), and 0.56 km/hr (SD = 0.08) at maximum observed packed-trail ski intensity (equivalent to approximately 115 tracks/km$^2$ in a season). In addition, female lynx moved more slowly than males, and movement rate was slower with greater proportion forest.

The top performing model for tortuosity included recreation, proportion forest, and time of day (Table 1), with a marginal $r^2$ of 0.02, indicating that this model explained little of the variation in tortuosity. Based on beta coefficient confidence intervals, recreation intensity was not an important predictor of tortuosity; lynx movement was more tortuous with greater proportion forest and during the night.

## 3.2 | Do lynx avoid high intensity dispersed recreation?

Lynx space use within home ranges was better predicted with the addition of dispersed recreation covariates than with canopy cover alone; recreation intensity was most predictive for motorized recreation, and distance to trails most predictive for nonmotorized recreation (Supporting Information Table S2). The interaction with time of day was not ranked highly for any type of recreation, indicating little support for the hypothesis that lynx temporally adjusted their space use in response to recreation (Supporting Information Table S2). Cross-validation of each model indicated acceptable model fit (hybrid: AUC = 0.74, SD = 0.01, back-country ski: AUC = 0.74, SD = 0.01, snowmobile: AUC = 0.74, SD = 0.01, and packed-trail ski: AUC = 0.75, SD = 0.01).

Lynx in the Vail study area avoided areas with greater snowmobile recreation intensity, while lynx in the San Juan study area were more likely to use them (Figure 2; Table 2); greater hybrid recreation intensity was consistently avoided at both study areas, although the effect was stronger in the San Juan than in Vail. Lynx selected areas within 250 m of back-country ski trails and within 500 m of packed-trail ski trails; an interaction with study area was supported for back-country skiing, indicating that the selection for areas near to trails was stronger in the San Juan study area, while an interaction with canopy cover was selected for packed-trail skiing, indicating that lynx were less affected by trail proximity in areas with greater canopy cover, and more likely to be influenced by trails when cover was low (Figure 2; Table 2). In addition, for all forms of recreation, the predicted probability of lynx presence was always greater with greater canopy cover; this effect tended to be stronger than that of recreation (Table 2).

Lynx temporal activity in response to recreation intensity was best modeled when allowed to vary with study area and time of day (Supporting Information Table S3). In general, at areas with no recreation tracks within 1 km (i.e., recreation intensity = 0), the proportion of time that lynx spent active was fairly similar during the day and night and across study areas (Figure 3). As recreation intensity of any type increased, however, lynx activity decreased during the day and increased at night in the Vail study area. Conversely, lynx in the San Juan study area were less active during the day than night

in areas with greater packed-trail ski and hybrid ski, but not back-country ski or snowmobile (Figure 3; Supporting Information Table S5). Cross-validation of selected models, however, found relatively poor model predictive performance (hybrid: AUC = 0.56, SD = 0.01, back-country ski: AUC = 0.57, SD = 0.01, snowmobile: AUC = 0.57, SD = 0.01, packed-trail ski: AUC = 0.57, SD = 0.01), indicating that though lynx temporal activity was influenced by recreation intensity and study area, much of the variation in temporal activity remained unexplained.

We found support for functional responses to hybrid (Likelihood Ratio Test $p = 0.01$, $r^2 = 0.78$), snowmobile (LRT $p = 0.05$, $r^2 = 0.49$), and packed-trail ski recreation (LRT $p = 0.01$, $r^2 = 0.83$), with mean use best modeled by a quadratic response to mean availability; back-country ski intensity did not support a functional response (LRT $p = 0.27$, $\beta_0$: 219.70, 95% CI: −164.57–603.96, $\beta_1$: 0.60, 95% CI: −0.13–1.32, $r^2 = 0.14$). Lynx used areas with hybrid and snowmobile recreation in proportion to availability when recreation intensity was low; however, as recreation intensity increased, lynx use appeared to decrease. For packed-trail ski intensity, lynx use appeared to be proportional to availability at low and high intensity, but greater than availability at moderate intensities, while use of areas with



**FIGURE 2** Predicted relative probability of Canada lynx presence in response to four recreation types: snowmobile-assisted hybrid ski, back-country ski, snowmobile, and packed-trail ski, in western Colorado, USA, 2010–2013. Lynx (a) avoided greater hybrid intensity, (b) were more likely to be present near (<250 m) back-country ski trails in the San Juan study area, (c) avoided greater snowmobile intensity in the Vail study area but not the San Juan study area, and (d) were more likely to be present near (<500 m) packed-trail ski trails, particularly in areas with low canopy cover. Predictions were generated for each recreation type from multivariate general linear mixed-effects models by holding all other covariates at their mean (see Table 2)

**TABLE 2** Coefficients ($\beta$) and confidence intervals (95% CI) from top-performing models of Canada lynx use versus availability in response to recreation intensity at a 1 km scale or proximity to a recreation trail, canopy cover, and study area in western Colorado, USA, 2010-2013

| Covariate | Coefficient | Lower CI | Upper CI |
|---|---|---|---|
| Hybrid | | | |
| Hybrid Intensity1k | −1.23 | −1.48 | −0.97 |
| Canopy Cover | 1.05 | 1.03 | 1.06 |
| Study Area | −0.27 | −0.43 | −0.11 |
| Hybrid1k:Area | 1.10 | 0.84 | 1.36 |
| Random Effect | Var: 0.03 | SD: 0.17 | |
| Back-country Ski | | | |
| Back-country Ski Trail250 m | 0.57 | 0.53 | 0.62 |
| Canopy Cover | 1.04 | 1.02 | 1.06 |
| Study Area | −0.27 | −0.45 | −0.09 |
| BC-SkiTrail:Area | −0.61 | −0.74 | −0.49 |
| Random Effect | Var: 0.04 | SD: 0.20 | |
| Snowmobile | | | |
| Snowmobile Intensity1k | 0.19 | 0.17 | 0.21 |
| Canopy Cover | 1.06 | 1.04 | 1.08 |
| Study Area | −0.42 | −0.57 | −0.27 |
| Snowmobile1k:Area | −0.38 | −0.42 | −0.34 |
| Random Effect | Var: 0.03 | SD: 0.16 | |
| Packed-trail Ski | | | |
| Packed-trail Ski Trail500 m | 0.84 | 0.80 | 0.89 |
| Canopy Cover | 1.10 | 1.08 | 1.12 |
| PT-SkiTrail:Canopy | −0.37 | −0.42 | −0.32 |
| Random Effect | Var: 0.08 | SD: 0.28 | |

Covariates whose 95% CI did not overlap 0 are bolded.

back-country skiing were proportional to availability. Among our sampled lynx, most had relatively low recreation availability, however, so that the few individuals with high availabilities may have driven results. The plotted selection ratios (Figure 4), which allowed better visualization of selection across the range of recreation intensity, demonstrated no consistent pattern of selection or avoidance at low availabilities, but showed that the only two lynx with consistent avoidance also had the highest recreation availabilities for three out of four types of recreation (Figure 4, highlighted boxes).

### 3.3 | Do lynx avoid developed recreation?

We captured lynx near two ski resorts, one near the Vail Pass Winter Recreation area and the other in the San Juan Mountains. Five unique lynx, two captured in successive years, had home ranges adjacent to the ski area near the Vail Pass study area, while one unique lynx, captured in two successive years, was adjacent in the San Juan study area.

On average, lynx yearly 95% MCP home ranges overlapped ski areas 15.8% (SD: 8.9%), ranging from 3.9% to 27.4% (n = 951 total lynx locations inside ski area boundaries, n = 22,524 lynx locations outside ski area boundaries). Of these nine lynx-years with developed recreation, 8 had fewer locations inside ski area boundaries than expected, indicating avoidance, while one did not differ from random (Table 3; Figure 5).

The top supported model of lynx-use in developed ski areas included all covariates and an interaction between month and day of the week (Supporting Information Table S4), and fivefold cross-validation indicated the model had adequate predictive ability (mean AUC = 0.77, SD = 0.02). Lynx were more likely to enter the ski area boundary during night than day (Table 4). Additionally, an interaction between month and day of week was strongly supported: on weekends, lynx use of ski areas increased with month as months became warmer and winter recreation declined, so that predicted use on June weekends was 4.7 times that of February weekends. During weekdays the effect of month was less pronounced, with predicted June only 1.1 times greater than predicted February use. Canopy cover was weakly lower at lynx locations inside the ski area than outside, although the model with only canopy cover ranked second to last among the candidate models, indicating that habitat alone was a poor predictor of lynx use of the ski area (Supporting Information Table S4).

## 4 | DISCUSSION

Our results demonstrate a nuanced response of Canada lynx to winter recreation, ranging from avoidance of developed ski resorts to tolerance of nonmotorized back-country skiing and packed-trail skiing. Taken together, lynx spatial and behavioral responses to the gradient of recreation recorded in our study may suggest a tolerance threshold, with little disturbance from low and moderate intensity recreation but increasing disturbance when intensity exceeds a given level. For instance, evidence of temporal avoidance of recreation was most marked in the high-intensity Vail study area. Functional responses of use versus availability also indicated little evidence of avoidance when recreation availability was low, but consistent avoidance for the two lynx with the greatest recreation availability. Lynx also consistently avoided developed ski resorts, especially at times when recreation was most intense. In areas with low and moderate recreation intensity, lynx exhibited spatial tolerance coupled with behavioral modifications that allowed lynx and dispersed recreation to co-occur. Based on these results, it appears that dispersed winter recreation at the low to moderate intensities found in western Colorado does not provoke a strong negative response in Canada lynx, but that high-intensity dispersed or developed recreation may provide enough of a disturbance to elicit lynx avoidance.

Animal disturbance to human disturbance often vary depending on the type of disturbance activity. Wild reindeer fled longer distances when disturbed by skiers than snowmobiles (Reimers, Eftestøl, & Colman, 2003), while moose exhibited short-term disturbance from



**FIGURE 3** Predicted differences in temporal lynx activity patterns in response to four types of recreation intensity (snowmobile-assisted hybrid ski, back-country ski, snowmobile, and packed-trail ski) in western Colorado, USA, 2010–2013. Line type represents day or night at the Vail or San Juan study areas. Proportion of time spent active was similar at low recreation intensities, but diverged as recreation intensity increased, with activity primarily lowest during the day at the Vail study area

skiers (Neumann, Ericsson, & Dettki, 2010) and avoidance of areas with high snowmobile trail density (Harris et al., 2013). Lynx did not appear to exhibit a consistent response to all dispersed recreation types, although some consistent differences between motorized and nonmotorized recreation types emerged. Areas with greater nonmotorized recreation intensity (i.e., back-country and packed-trail ski,) were selected by lynx, while areas with greater snowmobile and hybrid recreation intensity were generally avoided. This pattern may reflect similarities between the habitat preferences of lynx and skiers, and habitat differences between lynx and motorized recreation. For instance, nonmotorized recreation is frequently located in high elevation areas, with dense canopy cover and steep slopes (Olson et al., 2017), habitat which is likely favored by forest-dwelling Canada lynx, which prefer areas with multi-storied forest and high horizontal cover (Holbrook et al., 2017; Squires et al., 2010). Motorized recreation such as snowmobiling, however, usually takes place on groomed trails or forest roads, which are placed in areas of open forest and gentle topography to allow safer fast travel (Olson et al., 2017), and which is not as hospitable to lynx.

Developed recreation may be more likely to have an effect on animals, given the high intensity, large infrastructure, and frequent maintenance requirements of large ski resorts (Rixen & Rolando, 2013). For example, Pacific marten (*Martes caurina*) have been shown to be negatively influenced by ski resorts through habitat fragmentation and reduced occupancy and density during the winter season (Slauson, Zielinski, & Schwartz, 2017). Lynx also appeared to be affected by developed recreation, although our sample size for this analysis was small. Lynx near developed ski resorts appeared to

spatially avoid the ski area (Figure 5), and to temporally adjust their activity to avoid high traffic times when they did go near it, even after controlling for differences in vegetation between the ski area and its surroundings. Lynx avoidance of intensely used ski resorts also supports the idea of a threshold level of tolerance toward human disturbance, with lynx able to adjust their space use or behavior in the presence of most dispersed recreation, but unable to tolerate high levels of human use that occur at a resort. Developed resorts in Colorado are intensively used, and are also subject to frequent motorized trail grooming and maintenance. Combined, this may represent unacceptably high levels of human disturbance for lynx. Other species have shown similar avoidance of developed ski areas, including mountain goats (Richard & Côté, 2016), reindeer (Nellemann et al., 2010), and alpine black grouse (Patthey et al., 2008).

Behaviorally, lynx tended to move more slowly in areas with greater snowmobile and back-country ski intensity, while their movement tortuosity remained unchanged. This behavioral change may indicate that lynx perceive a threat from human disturbance, and respond by hiding or moving more cautiously (Tablado & Jenni, 2017), but do not change their foraging behavior by either stopping completely or moving directly out of an area. While increased movement rate or flight responses are common indications of disturbance (Arlettaz et al., 2015; Reimers et al., 2003), hiding or freezing are also common behavioral responses to threats (Tablado & Jenni, 2017). Lynx may rely on their cryptic coloration to protect them from notice, thus saving themselves from a more energetically costly flight response (Stankowich & Blumstein, 2005). While lynx did not exhibit strong temporal avoidance of recreation, they adjusted the proportion of time they spent active in areas with greater recreation, particularly in the high-intensity Vail study area, in which they were less active during the day. Rather than leave high intensity areas during the day, lynx may simply become less active and more cautious, waiting for the disturbance to decline and increasing their activity at night. Temporal avoidance is frequently observed in response to human disturbance, and has been demonstrated in predators such as coyotes (*Canis latrans*) and bobcats (*Lynx rufus*) (Reilly, Beier, & Sonderegger, 2016; Riley et al., 2003).

While we focused our study on some of the most heavily recreated landscapes in Colorado, collected during peak winter recreation to maximize the potential to measure responses to disturbance, the lack of consistent avoidance may suggest that low to moderate dispersed recreation at our study areas was not intense enough to elicit a strong population-level response from lynx. Response to recreation can vary at the level of the individual, often depending on an individual's age, sex, reproductive status, or other factors (Lesmerises & St-Laurent, 2017; Tablado & Jenni, 2017). The results of our functional response analysis indicate that lynx in our study varied in their selection or avoidance of recreation, with differences both between individuals in response to the same type of recreation, and within individuals given different types of recreation (Figure 4). Interestingly, the two lynx in areas with the greatest amount of recreation also demonstrated the most consistent avoidance.

Rvsd Plan - 00004142

8564 | WILEY—Ecology and Evolution

**FIGURE 4** Individual selection ratios (mean use/mean availability; colored bars) compared to mean relative recreation availability (black dots) for each recreation type (a) snowmobile-assisted hybrid ski, (b) back-country ski, (c) snowmobile, (d) packed-trail ski. For ease of interpretation, selection ratio-1 is shown, so that avoidance is below 0, selection above 0, and availability values are relative (each divided by the maximum availability value) to force the range between 0 and 1. Lynx in each study area are indicated by dark bars (San Juan) or light bars (Vail). Stafford Female and Stafford Male (names outlined in boxes), from the Vail study area, are the only lynx to consistently avoid all types of recreation, and have the highest availability for 3 out of the 4 recreation types

| Lynx ID | Study area | Year | N | Lower CI | Upper CI |
|---|---|---|---|---|---|
| **Breckenridge Female 2010** | Vail | 2010 | 78 | 466 | 544 |
| **Breckenridge Female 2011** | Vail | 2011 | 116 | 322 | 392 |
| **Climax Female 2010** | Vail | 2010 | 11 | 87 | 126 |
| **Climax Male 2011** | Vail | 2011 | 29 | 141 | 182 |
| **Stafford Female 2010** | Vail | 2010 | 92 | 243 | 295 |
| Stafford Female 2011 | Vail | 2011 | 366 | 329 | 396 |
| **Stafford Male 2011** | Vail | 2011 | 204 | 618 | 700 |
| **Ophir Male 2012** | San Juan | 2012 | 0 | 87 | 127 |
| **Ophir Male 2013** | San Juan | 2013 | 55 | 134 | 181 |

**TABLE 3** Summary of the number of Canada lynx GPS locations (N) inside two ski resort boundaries in western Colorado, USA, compared to the bootstrapped 95% confidence values (CI) for each lynx

Lynx that avoided ski areas (actual GPS points less than the lower 2.5% bootstrapped value) are bolded.

Rvsd Plan - 00004143



**FIGURE 5**   The spatial distribution of Canada lynx GPS points (red dots) around the ski resort in the Vail Pass study area, in western Colorado, USA, 2010–2013; lynx locations indicate avoidance of this heavily recreated area. Individual ski runs are the light-colored lines in the center of the picture, while the resort infrastructure is toward the bottom right. Lower intensity dispersed skiing (blue lines) along a groomed trail to a back-country hut is shown to the right of the ski area; lynx did not exhibit spatial avoidance of this type of use

These lynx had the highest availability of recreation intensity for three out of the four recreation types (Figure 4), and were located in the Vail study area, which had extremely high intensity use, approximately 35,000 recreationists per winter (U.S.D.A. Forest Service, 2015), as well as a large developed ski area. Thus, recreation intensity in our study area may be low enough for the majority of lynx to ignore and spatially co-exist with, but an intensity threshold may exist above which dispersed recreation cannot be tolerated by lynx. We recognize that behavior responses are not necessarily expressed in changes in population demography and adult survivorship. However, the population of lynx in Colorado has been recovering since reintroduction in 1999, and is currently estimated at 200 to 300 individuals (Martin, 2013). Our sample likely represents approximately 6%–9% of the entire lynx population in Colorado, and the majority of resident lynx at each study area, and illustrates that a sizeable portion of the population is subject to disturbance from recreation.

Carnivores are often reported to be particularly sensitive to anthropogenic disturbance because of their need for large contiguous home ranges and a tendency to draw human persecution (Carroll, Noss, & Paquet, 2001; Noss, Quigley, Hornocker, Merrill, & Paquet, 1996; Woodroffe, 2000). However, both Canada lynx and Eurasian lynx (*Lynx lynx*) have demonstrated a high degree of tolerance to human presence. For example, Eurasian lynx in Norway show a preference for low levels of human disturbance in

**TABLE 4**   Coefficients ($\beta$) and confidence intervals (95% CI) from the top-performing model of lynx use of ski resorts in western Colorado, USA, 2010–2013

|                | Coefficient | SE    | Lower CI | Upper CI |
|----------------|-------------|-------|----------|----------|
| **Intercept**  | −4.20       | 0.55  | −5.28    | −3.12    |
| Month          | 0.18        | 0.03  | 0.11     | 0.24     |
| **Weekend**    | −2.00       | 0.31  | −2.61    | −1.39    |
| Night          | 0.14        | 0.07s | 0.01     | 0.28     |
| Canopy Cover   | −0.07       | 0.03  | −0.14    | 0.00     |
| Month:Weekend  | 0.38        | 0.07  | 0.25     | 0.52     |

Covariates whose 95% CI did not overlap 0 are bolded.

their home ranges, but will tolerate extremely urban areas, possibly because of a correlated increase in prey availability (Bouyer et al., 2014, 2015). Similarly, Canada lynx in Riding Mountain National Park, Canada, tended to have high probabilities of occurrence in the less disturbed park interior, but highest occurrence near a town with intense winter recreation yet close proximity to highly suitable hare habitat (Montgomery, Roloff, Millspaugh, & Nylen-Nemetchek, 2014). Lynx in our study also failed to exhibit strong behavioral avoidance from low to moderate intensity dispersed recreation, instead appearing to segregate themselves from high-intensity motorized recreation and to adjust their temporal and movement patterns.

Given the nature of our study design, we were unable to evaluate the potential for second order (i.e., home-range placement; Johnson, 1980) avoidance of recreation. The arrangement of home ranges to avoid recreation or human disturbance has been observed in northern mountain woodland caribou (*Rangifer tarandus caribou*) in response to human infrastructure (Polfus, Hebblewhite, & Heinemeyer, 2011), but was not found in capercaillie (*Tetrao urogallus*) in response to outdoor recreation (Coppes, Ehrlacher, Thiel, Suchant, & Braunisch, 2017) or red deer (*Cervus elaphus*) in response to recreation infrastructure (Coppes, Burghardt, Hagen, Suchant, & Braunisch, 2017). It is possible that some lynx may have already exhibited avoidance of recreation, through the selection of home ranges that do not overlap with recreation. If this is the case, the lynx that were trapped for our study may be habituated to recreation, and the continued occupancy of these territories in subsequent lynx generations may not be assured. Alternatively, use of high recreation intensity areas may be a function of limited habitat distribution in high elevation linear valleys, rather than habituation to recreation per se. Since it is possible that the lack of strong response to recreation we found represents the result of an ongoing strategy of avoidance by lynx sensitive to recreation, we recommend long-term monitoring of lynx occupancy near heavily recreated areas to ensure that lynx are not negatively impacted by recreation (with the assumption that continued occupancy reflects a lack of detrimental demographic effects). Further, to thoroughly evaluate causal impacts of recreation to lynx in Colorado, we suggest continued research to measure demographic (and/or behavioral) responses to experimental manipulation of user access and density.

## 5 | CONCLUSIONS

We evaluated a gradient of human disturbance from winter recreation, from intensively used developed ski areas to low-intensity dispersed back-country recreation. In keeping with this range of disturbance, we found a range of Canada lynx responses to winter recreation, from avoidance of developed ski resorts to tolerance of nonmotorized back-country skiing and packed-trail skiing. Lynx may tolerate low to moderate levels of dispersed winter recreation (similar to levels we sampled at the San Juan Study Area) via behavioral modifications governing activity levels, activity timing, and locations of various activities. Thus, recreation management such as trail closures, visitor limitation, etc., may convey little benefit to species conservation in areas with low to moderate levels of dispersed recreation. We found less spatial avoidance of nonmotorized recreation compared to motorized, although lynx response varied by study area, and lynx exhibited a behavioral response to both motorized and nonmotorized recreation. Our results support the conclusion that lynx, as evidenced by changes in space use and behavior, were not uniformly negatively influenced by dispersed winter recreation at the low to moderate intensities found

in our study. However, lynx residing in more heavily recreated landscapes left stronger response signatures, culminating in fairly strong avoidance of the most intensely recreated landscapes, such as commercial ski areas. While behavioral changes do not necessarily reflect impacts on survival or reproductive success, if lynx conservation is an important goal in these areas, implementation of programs to alleviate recreation intensity may be considered. Alternatively, intense recreation could be administratively concentrated, leaving space for lynx conservation measures in adjacent regions.

## ACKNOWLEDGMENTS

We thank the U.S. Department of Agriculture, U.S. Forest Service, and White River National Forest for funding this work. Additional funding and support was provided by the Rocky Mountain Research Station, Vail Associates Inc., Colorado BLM state office, U.S. Forest Service R2 Regional Office Renewable Resources Department, 10th Mountain Huts, and Colorado Department of Transportation. Special thanks to the many field technicians that contributed to this project, the participants who volunteered to carry the GPS units, and the local FS offices for providing logistical support and information about the area.

## CONFLICT OF INTEREST

None declared.

## AUTHORS CONTRIBUTION

J. Squires and E. Roberts conceived the concepts, J. Squires, E. Roberts, J. Ivan, L. Olson, and M. Hebblewhite designed the methodology, L. Olson performed the data analyses, J. Squires, M. Hebblewhite, and J. Ivan consulted on data analyses, L Olson led the writing of the manuscript, all authors contributed critically to the drafts. All authors gave final approval for publication.

## DATA ACCESSIBILITY

Data available from the figshare repository: https://doi.org/10.6084/m9.figshare.6452807.v1

## ORCID

*Lucretia E. Olson* 🆔 http://orcid.org/0000-0002-5703-3351

## REFERENCES

Abrahms, B., Seidel, D. P., Dougherty, E., Hazen, E. L., Bograd, S. J., Wilson, A. M., … Getz, W. M. (2017). Suite of simple metrics reveals common movement syndromes across vertebrate taxa. *Movement Ecology, 5*(1), 1–11.

Akaike, H. (1974). A new look at the statistical model identification. *IEEE Transactions on Automatic Control*, *19*(6), 716–723. https://doi.org/10.1109/TAC.1974.1100705

Arlettaz, R., Nusslé, S., Baltic, M., Vogel, P., Palme, R., Jenni-Eiermann, S., … Genoud, M. (2015). Disturbance of wildlife by outdoor winter recreation: Allostatic stress response and altered activity–energy budgets. *Ecological Applications*, *25*(5), 1197–1212. https://doi.org/10.1890/14-1141.1

Barton, K. (2015). MuMIn: Multi-model inference. *R Package Version*, *1*(15), 1.

Bates, D., Mächler, M., Bolker, B., Walker, S. (2015). Fitting linear mixed-effects models using lme4. *Journal of Statistical Software*, *67*, 1–48.

Benhamou, S. (2004). How to reliably estimate the tortuosity of an animal's path: Straightness, sinuosity, or fractal dimension? *Journal of Theoretical Biology*, *229*(2), 209–220. https://doi.org/10.1016/j.jtbi.2004.03.016

Bivand, R., & Lewin-Koh, N. (2016). maptools: Tools for reading and handling spatial objects. R Package version 0.8-40.

Blevins, J. (2016). Colorado ski areas set visitor record, pass 13 million for first time. *The Denver Post*, https://www.denverpost.com/2016/06/09/colorado-ski-areas-set-visitor-record-pass-13-million-for-first-time/, Accessed 19 June 2017.

Bouyer, Y., Gervasi, V., Poncin, P., Beudels-Jamar, R. C., Odden, J., & Linnell, J. D. C. (2014). Tolerance to anthropogenic disturbance by a large carnivore: The case of Eurasian lynx in south-eastern Norway. *Animal Conservation*, *18*, 271–278.

Bouyer, Y., San Martin, G., Poncin, P., Beudels-Jamar, R. C., Odden, J., & Linnell, J. D. C. (2015). Eurasian lynx habitat selection in human-modified landscape in Norway: Effects of different human habitat modifications and behavioral states. *Biological Conservation*, *191*, 291–299. https://doi.org/10.1016/j.biocon.2015.07.007

Bowles, A. E. (1995). Responses of wildlife to noise. In R. L. Knight, & K. J. Gutzwiller (Eds.), *Wildlife and recreationists: Coexistence through management and research* (pp. 109–156). Washington, DC: Island Press.

Boyce, M. S., Vernier, P. R., Nielsen, S. E., & Schmiegelow, F. K. (2002). Evaluating resource selection functions. *Ecological Modelling*, *157*, 281–300. https://doi.org/10.1016/S0304-3800(02)00200-4

Brammer, J. R., Samson, J., & Humphries, M. M. (2015). Declining availability of outdoor skating in Canada. *Nature Climate Change*, *5*(1), 2–4. https://doi.org/10.1038/nclimate2465

Buskirk, S. W., Ruggiero, L. F., & Krebs, C. J. (1999). Habitat fragmentation and interspecific competition: Implications for lynx conservation. In L. F. Ruggiero et al., (Eds.), *Ecology and conservation of lynx in the United States. General Technical Report RMRS-GTR-30WWW* (pp. 83–100). Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. https://doi.org/10.2737/RMRS-GTR-30

Carpenter, J., Aldridge, C., & Boyce, M. S. (2010). Sage-grouse habitat selection during winter in Alberta. *Journal of Wildlife Management*, *74*(8), 1806–1814. https://doi.org/10.2193/2009-368

Carroll, C., Noss, R. F., & Paquet, P. C. (2001). Carnivores as focal species for conservation planning in the rocky mountain region. *Ecological Applications*, *11*(4), 961–980. https://doi.org/10.1890/1051-0761(2001)011[0961:CAFSFC]2.0.CO;2

Colescott, J. H., & Gillingham, M. P. (1998). Reaction of moose (*Alces alces*) to snowmobile traffic in the Greys River valley, Wyoming. *Alces*, *34*(2), 329–338.

Coppes, J., Burghardt, F., Hagen, R., Suchant, R., & Braunisch, V. (2017). Human recreation affects spatio-temporal habitat use patterns in red deer (*Cervus elaphus*). *PLoS One*, *12*(5), e0175134. https://doi.org/10.1371/journal.pone.0175134

Coppes, J., Ehrlacher, J., Thiel, D., Suchant, R., & Braunisch, V. (2017). Outdoor recreation causes effective habitat reduction in capercaillie Tetrao urogallus: A major threat for geographically restricted populations. *Journal of Avian Biology*, *48*(12), 1583–1594. https://doi.org/10.1111/jav.01239

Elsasser, H., & Messerli, P. (2001). The vulnerability of the snow industry in the Swiss Alps. *Mountain Research and Development*, *21*(4), 335–339. https://doi.org/10.1659/0276-4741(2001)021[0335:TVOTSI]2.0.CO;2

Frid, A., & Dill, L. (2002). Human-caused disturbance stimuli as a form of predation risk. *Ecology and Society*, *6*(1), 11. [online] URL: http://www.consecol.org/vol6/iss1/art11/

Gillies, C. S., Hebblewhite, M., Nielsen, S. E., Krawchuk, M. A., Aldridge, C. L., Frair, J. L., … Jerde, C. L. (2006). Application of random effects to the study of resource selection by animals. *Journal of Animal Ecology*, *75*(4), 887–898. https://doi.org/10.1111/j.1365-2656.2006.01106.x

Goldstein, M. I., Poe, A. J., Suring, L. H., Nielson, R. M., McDonald, T. L. (2010). Brown bear den habitat and winter recreation in South-Central Alaska. *Journal of Wildlife Management*, *74*(1), 35–42, https://doi.org/10.2193/2008-490

Harris, G., Nielson, R. M., Rinaldi, T., & Lohuis, T. (2013). Effects of winter recreation on northern ungulates with focus on moose (*Alces alces*) and snowmobiles. *European Journal of Wildlife Research*, *60*(1), 45–58.

Hastie, T., Tibshirani, R., & Friedman, J. H. (2001). *The elements of statistical learning: Data mining, inference, and prediction*. New York, NY: Springer-Verlag. https://doi.org/10.1007/978-0-387-21606-5

Holbrook, J. D., Squires, J. R., Olson, L. E., DeCesare, N. J., & Lawrence, R. L. (2017). Understanding and predicting habitat for wildlife conservation: The case of Canada lynx at the range periphery. *Ecosphere*, *8*(9), e01939. https://doi.org/10.1002/ecs2.1939

Homer, C. G., Dewitz, J., Yang, L., Jin, S., Danielson, P., Xian, G., … Megown, K. (2015). Completion of the 2011 National Land Cover Database for the conterminous United States-Representing a decade of land cover change information. *Photogrammetric Engineering and Remote Sensing*, *81*(5), 345–354.

Hughes, T. P. (2003). Climate change, human impacts, and the resilience of coral reefs. *Science*, *301*(August), 929–933. https://doi.org/10.1126/science.1085046

Hurford, A. (2009). GPS measurement error gives rise to spurious 180 degree turning angles and strong directional biases in animal movement data. *PLoS One*, *4*(5), e5632. https://doi.org/10.1371/journal.pone.0005632

Johnson, D. H. (1980). The comparison of usage and availability measurements for evaluating resource preference. *Ecology*, *61*(1), 65–71. https://doi.org/10.2307/1937156

Kolbe, J. A., Squires, J. R., & Parker, T. W. (2003). An effective box trap for capturing lynx. *Wildlife Society Bulletin*, *31*(4), 1–6.

Kutner, M. H. (2005). *Applied linear statistical models* (5th ed.). Boston, MA: McGraw-Hill Irwin.

Laforge, M. P., Brook, R. K., van Beest, F. M., Bayne, E. M., & McLoughlin, P. D. (2015). Grain-dependent functional responses in habitat selection. *Landscape Ecology*, *31*, 855–863.

Larson, C. L., Reed, S. E., Merenlender, A. M., & Crooks, K. R. (2016). Effects of recreation on animals revealed as widespread through a global systematic review. *PLoS One*, *11*(12): e0167259. http://doi.org/10.1371/journal.pone.0167259

Lesmerises, F., Johnson, C. J., & St-Laurent, M.-H. (2016). Refuge or predation risk? Alternate ways to perceive hiker disturbance based on maternal state of female caribou. *Ecology and Evolution*, *7*(3), 845–854.

Lesmerises, R., & St-Laurent, M.-H. (2017). Not accounting for interindividual variability can mask habitat selection patterns: A case study on black bears. *Oecologia*, *185*(3), 415–425. https://doi.org/10.1007/s00442-017-3939-8

Manly, B. F. J. (2007). *Randomization, bootstrap and Monte Carlo methods in biology* (3rd ed.). Boca Raton, FL: Chapman & Hall/CRC.

Manly, B. F. J., McDonald, L. L., Thomas, D. L., McDonald, T. L., Erickson, W. P. (2002). *Resource selection by animals: Statistical design and analysis for field studies* (2nd ed.). New York, NY: Kluwer Academic Publishers.

Martin, J. (2013). A Rocky Mountain success story. U.S. Fish & Wildlife Service. Retrieved from https://www.fws.gov/endangered/map/ESA_success_stories/CO/CO_story2/

Miller, A. D. (2016). *Recreation conflict and management options in the Vail Pass Winter Recreation Area, Colorado, USA.* (Unpublished master's thesis). Colorado State University, Fort Collins, Colorado.

Miller, A. D., Vaske, J. J., Squires, J. R., Olson, L. E., & Roberts, E. K. (2017). Does zoning winter recreationists reduce recreation conflict? *Environmental Management, 59,* 50–67.

Montgomery, R. A., Roloff, G. J., Millspaugh, J. J., & Nylen-Nemetchek, M. (2014). Living amidst a sea of agriculture: Predicting the occurrence of Canada lynx within an ecological island. *Wildlife Biology, 20*(3), 145–154. https://doi.org/10.2981/wlb.13108

Mysterud, A., & Ims, R. (1998). Functional responses in habitat use: Availability influences relative use in'r trade-off situations. *Ecology, 79*(4), 1435–1441. https://doi.org/10.1890/0012-9658(1998)079[1435:FRIHUA]2.0.CO;2

Nathan, R., Getz, W. M., Revilla, E., Holyoak, M., Kadmon, R., Saltz, D., & Smouse, P. E. (2008). A movement ecology paradigm for unifying organismal movement research. *Proceedings of the National Academy of Sciences of the United States of America, 105*(49), 19052–19059. https://doi.org/10.1073/pnas.0800375105

National Oceanic and Atmospheric Adminstration (2017). National Weather Service. Retrieved from https://www.weather.gov/bou/co_snowpack

National Ski Areas Association (2016). Number of ski areas operating per state during 2015/16 season. Retrieved from http://www.nsaa.org/media/275041/1516_Areas_per_state.pdf

Nellemann, C., Vistnes, I., Jordhøy, P., Støen, O.-G., Kaltenborn, B. P., Hanssen, F., & Helgesen, R. (2010). Effects of recreational cabins, trails and their removal for restoration of reindeer winter ranges. *Restoration Ecology, 18*(6), 873–881. https://doi.org/10.1111/j.1526-100X.2009.00517.x

Nellis, C. H., & Keith, L. B. (1968). Hunting activities and success of lynxes in Alberta. *The Journal of Wildlife Management, 32*(4), 718–722. https://doi.org/10.2307/3799545

Neumann, W., Ericsson, G., & Dettki, H. (2010). Does off-trail backcountry skiing disturb moose? *European Journal of Wildlife Research, 56*(4), 513–518. https://doi.org/10.1007/s10344-009-0340-x

Noss, R. F., Quigley, H. B., Hornocker, M. G., Merrill, T., & Paquet, P. C. (1996). Conservation biology and carnivore conservation in the Rocky Mountains. *Conservation Biology, 10*(4), 949–963. https://doi.org/10.1046/j.1523-1739.1996.10040949.x

Olliff, T., Legg, K., & Kaeding, B. (1999). *Effects of winter recreation on wildlife of the Greater Yellowstone Area: A literature review and assessment.* Wyoming, MT: Yellowstone National Park.

Olson, L. E., Squires, J. R., Roberts, E. K., Miller, A. D., Ivan, J. S., & Hebblewhite, M. (2017). Modeling large-scale winter recreation terrain selection with implications for recreation management and wildlife. *Applied Geography, 86,* 66–91. https://doi.org/10.1016/j.apgeog.2017.06.023

Patthey, P., Wirthner, S., Signorell, N., & Arlettaz, R. (2008). Impact of outdoor winter sports on the abundance of a key indicator species of alpine ecosystems. *Journal of Applied Ecology, 45,* 1704–1711. https://doi.org/10.1111/j.1365-2664.2008.01547.x

Pépin, D., Adrados, C., Janeau, G., Joachim, J., & Mann, C. (2008). Individual variation in migratory and exploratory movements and habitat use by adult red deer (*Cervus elaphus* L.) in a mountainous temperate forest. *Ecological Research, 23*(6), 1005–1013. https://doi.org/10.1007/s11284-008-0468-2

Pépin, D., Adrados, C., Mann, C., & Janeau, G. (2004). Assessing real daily distance traveled by ungulates using differential GPS locations. *Journal of Mammalogy, 85*(4), 774–780. https://doi.org/10.1644/BER-022

Polfus, J. L., Hebblewhite, M., & Heinemeyer, K. (2011). Identifying indirect habitat loss and avoidance of human infrastructure by northern mountain woodland caribou. *Biological Conservation, 144*(11), 2637–2646. https://doi.org/10.1016/j.biocon.2011.07.023

Reilly, M., Beier, P., & Sonderegger, D. L. (2016). Spatial and temporal response of wildlife to recreational activities in the San Francisco Bay ecoregion. *Biological Conservation, 207,* 117–126.

Reimers, E., Eftestøl, S., & Colman, J. E. (2003). Behavior responses of wild reindeer to direct provocation by a snowmobile or skier. *Journal of Wildlife Management, 67*(4), 747–754. https://doi.org/10.2307/3802681

Richard, J. H., & Côté, S. D. (2016). Space use analyses suggest avoidance of a ski area by mountain goats. *The Journal of Wildlife Management, 80*(3), 387–395. https://doi.org/10.1002/jwmg.1028

Riley, S. P. D., Sauvajot, R. M., Fuller, T. K., York, E. C., Kamradt, D. A., Bromley, C., & Wayne, R. K. (2003). Effects of urbanization and habitat fragmentation on bobcats and coyotes in southern California. *Conservation Biology, 17*(2), 566–576. https://doi.org/10.1046/j.1523-1739.2003.01458.x

Riordan, E. C., & Rundel, P. W. (2014). Land use compounds habitat losses under projected climate change in a threatened California ecosystem. *PLoS One, 9*(1), e86487. https://doi.org/10.1371/journal.pone.0086487

Rixen, C., & Rolando, A. (Eds.) (2013). *The impacts of skiing and related winter recreational activities on mountain environments.* Sharjah: Bentham Books.

Scott, D., Dawson, J., & Jones, B. (2008). Climate change vulnerability of the US Northeast winter recreation- tourism sector. *Mitigation and Adaptation Strategies for Global Change, 13*(5–6), 577–596. https://doi.org/10.1007/s11027-007-9136-z

Seip, D. R., Johnson, C. J., & Watts, G. S. (2007). Displacement of mountain caribou from winter habitat by snowmobiles. *Journal of Wildlife Management, 71*(5), 1539–1544. https://doi.org/10.2193/2006-387

Slauson, K. M., Zielinski, W. J., & Schwartz, M. K. (2017). Ski areas affect Pacific marten movement, habitat use, and density. *The Journal of Wildlife Management, 81,* 892–904.

Squires, J. R., Decesare, N. J., Kolbe, J. A., & Ruggiero, L. F. (2010). Seasonal resource selection of Canada lynx in managed forests of the Northern Rocky Mountains. *Journal of Wildlife Management, 74*(8), 1648–1660. https://doi.org/10.2193/2009-184

Stankowich, T. (2008). Ungulate flight responses to human disturbance: A review and meta-analysis. *Biological Conservation, 141*(9), 2159–2173. https://doi.org/10.1016/j.biocon.2008.06.026

Stankowich, T., & Blumstein, D. T. (2005). Fear in animals: A meta-analysis and review of risk assessment. *Proceedings of the Royal Society B: Biological Sciences, 272*(1581), 2627–2634. https://doi.org/10.1098/rspb.2005.3251

Stewart, F. E. C., Heim, N. A., Clevenger, A. P., Paczkowski, J., Volpe, J. P., & Fisher, J. T. (2016). Wolverine behavior varies spatially with anthropogenic footprint: Implications for conservation and inferences about declines. *Ecology and Evolution, 6*(5), 1493–1503. https://doi.org/10.1002/ece3.1921

Tablado, Z., & Jenni, L. (2017). Determinants of uncertainty in wildlife responses to human disturbance. *Biological Reviews, 92*(1), 216–233. https://doi.org/10.1111/brv.12224

Töglhofer, C., Eigner, F., & Prettenthaler, F. (2011). Impacts of snow conditions on tourism demand in Austrian ski areas. *Climate Research, 46*(1), 1–14. https://doi.org/10.3354/cr00939

U.S.D.A. Forest Service (2015). White river national forest official webpage on vail pass winter recreation area. Retrieved from http://www.fs.usda.gov/recarea/whiteriver/recreation/recarea/?recid=41445&actid=92

White, E. M., & Stynes, D. J. (2008). National forest visitor spending averages and the influence of trip-type and recreation activity. *Journal of Forestry, 106*(February), 17–24.

Ecology and Evolution  —WILEY— | 8569

White, E. M., Bowker, J. M., Askew, A. E., Langner, L. L., Arnold, J. R., English, D. B. K. (2016). *Federal outdoor recreation trends: Effects on economic opportunities*. Gen. Tech. Rep. PNW-GTR-945. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Station. 46 p.

Woodroffe, R. (2000). Predators and people: Using human densities to interpret declines of large carnivores. *Animal Conservation, 3*, 165–173. https://doi.org/10.1111/j.1469-1795.2000.tb00241.x

Zhang, X., Cai, L., & Ni, S. (2006). Effect of the ice-snow sports travels on the national economy and social development. *China Winter Sports, 5*, 29.

## SUPPORTING INFORMATION

Additional supporting information may be found online in the Supporting Information section at the end of the article.

**How to cite this article:** Olson LE, Squires JR, Roberts EK, Ivan JS, Hebblewhite M. Sharing the same slope: Behavioral responses of a threatened mesocarnivore to motorized and nonmotorized winter recreation. *Ecol Evol.* 2018;8:8555–8572. https://doi.org/10.1002/ece3.4382

Rvsd Plan - 00004148

**APPENDIX**



**FIGURE A1** Maps showing the location of yearly Canada lynx 95% minimum convex polygon home ranges (black lines), overlapped with recreation tracks (colored lines; green = snowmobile-assisted hybrid skiing, blue = back-country ski, orange = snowmobile, purple = packed-trail ski) created by recreationists carrying handheld GPS devices in western Colorado, USA, 2010–2013. Gray polygon indicates a ski area boundary. Panel A shows lynx home ranges at the Vail study area, panel B shows the San Juan study area. Background image credit: Esri, DeLorme, USGS, NPS

Ecology and Evolution   -WILEY- | 8571

**TABLE A1**  Summary statistics for recreation intensity on each Canada lynx's yearly 95% minimum convex polygon home range ($n = 22$) in western Colorado, USA, 2010–2013. For each lynx's yearly home range (HR), the number of recreation tracks that we recorded of each type in home ranges is given (#), along with total length of track (km) of each type recorded in each home range, the home range size ($km^2$), the density of all recreation tracks combined (linear km of recreation tracks/$km^2$ home range area), and the average (Avg) and standard deviation (SD) of trail counter hits per day at all trail counters within each lynx's home range

| Study Area | Indv ID | # Recreation tracks on HR | | | | km of Recreation tracks on HR | | | | HR size ($km^2$) | Track density $km/km^2$ | Avg counter hits/day | SD counter hits/day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hyb | BKSki | Snmb | PTSki | Hyb | BCski | Snmb | PTSki | | | | |
| Vail | Stafford Female 2011 | 134 | 27 | 126 | 2 | 1182 | 170 | 1079 | 17 | 31.37 | 78.00 | 53.11 | 47.29 |
| Vail | Turquoise Female 2013 | 4 | 13 | 25 | 24 | 32 | 44 | 300 | 100 | 45.03 | 10.57 | 65.67 | 0.0 |
| Vail | Stafford Female 2010 | 0 | 0 | 2 | 0 | 0 | 0 | 11 | 0 | 14.72 | 0.74 | 86.27 | 74.61 |
| Vail | Breckenridge Female 2011 | 0 | 3 | 0 | 1 | 0 | 12 | 0 | 4 | 34.56 | 0.47 | 16.83 | 5.94 |
| Vail | Breckenridge Female 2010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25.07 | 0.00 | 0.00 | 0.0 |
| Vail | Climax Female 2010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35.09 | 0.00 | 12.81 | 9.82 |
| Vail | Stafford Male 2011 | 132 | 24 | 123 | 3 | 494 | 167 | 435 | 21 | 92.14 | 12.11 | 24.16 | 28.42 |
| Vail | Turquoise Male 2013 | 4 | 20 | 25 | 29 | 41 | 59 | 410 | 157 | 135.43 | 4.93 | 46.85 | 25.07 |
| Vail | Half Moon Male 2013 | 4 | 14 | 25 | 18 | 23 | 41 | 163 | 66 | 175.41 | 1.67 | 34.38 | 25.33 |
| Vail | Climax Male 2011 | 0 | 17 | 0 | 2 | 0 | 41 | 0 | 6 | 85.06 | 0.55 | 18.69 | 12.33 |
| San Juan | Molas Female 2012 | 7 | 53 | 43 | 57 | 122 | 222 | 1660 | 215 | 106.77 | 20.79 | 11.21 | 4.86 |
| San Juan | Cement Female 2012 | 1 | 37 | 0 | 5 | 4 | 138 | 0 | 27 | 48.68 | 3.47 | 4.10 | 2.77 |
| San Juan | Hope Lake Female 2013 | 1 | 64 | 6 | 172 | 3 | 226 | 98 | 1118 | 67.36 | 21.45 | 30.25 | 22.07 |
| San Juan | Animas Female 2012 | 1 | 4 | 1 | 4 | 1 | 16 | 40 | 22 | 79.62 | 1.00 | 8.11 | 1.14 |
| San Juan | Ironton Female 2012 | 0 | 22 | 1 | 48 | 0 | 39 | 3 | 187 | 43.20 | 5.30 | 24.42 | 19.95 |
| San Juan | South Mineral Male 2012 | 15 | 107 | 95 | 116 | 415 | 483 | 3269 | 569 | 663.02 | 7.14 | 11.38 | 9.88 |
| San Juan | Cement Male 2012 | 2 | 102 | 3 | 8 | 20 | 328 | 10 | 40 | 104.52 | 3.80 | 5.87 | 7.57 |

Rvsd Plan - 00004150

**TABLE A1** *(Countinued)*

| Study Area | Indv ID | # Recreation tracks on HR | | | | km of Recreation tracks on HR | | | | HR size (km²) | Track density km/km² | Avg counter hits/day | SD counter hits/day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hyb | BKSki | Snmb | PTSki | Hyb | BCski | Snmb | PTSki | | | | |
| San Juan | Molas Male 2012 | 7 | 69 | 43 | 56 | 122 | 247 | 1660 | 226 | 157.63 | 14.31 | 10.81 | 4.85 |
| San Juan | Ophir Male 2012 | 2 | 184 | 29 | 70 | 35 | 883 | 508 | 267 | 175.51 | 9.64 | 29.10 | 19.80 |
| San Juan | Ironton Male 2012 | 0 | 22 | 1 | 48 | 0 | 35 | 3 | 186 | 42.26 | 5.32 | 27.45 | 16.08 |
| San Juan | South Mineral Male 2013 | 0 | 71 | 6 | 127 | 0 | 251 | 41 | 962 | 75.22 | 16.67 | 34.50 | 22.60 |
| San Juan | Ophir Male 2013 | 0 | 127 | 20 | 86 | 0 | 658 | 469 | 279 | 200.30 | 7.02 | 24.15 | 27.32 |

Rvsd Plan - 00004151

1. **Species:** Uncompahgre Fritillary Butterfly (*Boloria (improba) acrocnema*)

2. **Status:** Table 1 summarizes the current status of this species or subspecies by various ranking entity and defines the meaning of the status.

| Table 1. Current status of *Boloria improba acrocnema* | | |
|---|---|---|
| **Entity** | **Status** | **Status Definition** |
| NatureServe | G5T1T2 | *Species is Critically Imperiled*<br>At very high risk of extinction or elimination due to very restricted range, very few populations or occurrences, very steep declines, very severe threats, or other factors. |
| CNHP | S1 | *Species is Critically Imperiled*<br>At very high risk of extinction or elimination due to very restricted range, very few populations or occurrences, very steep declines, very severe threats, or other factors. |
| Colorado State List Status | NONE | N/A |
| USDA Forest Service | ESA Section 7 | ESA Section 7 consultation requirement for activities that may affect the species. |
| USDI FWS[b] | FE | Federally listed as Endangered |
| USDI FWS Critical Habitat | None | No occurrence of designated critical habitat within the planning area. |
| [a] Colorado Natural Heritage Program.<br>[b] US Department of Interior Fish and Wildlife Service. | | |

The 2012 U.S. Forest Service Planning Rule defines Species of Conservation Concern (SCC) as "a species, other than federally recognized threatened, endangered, proposed, or candidate species, that is known to occur in the plan area and for which the regional forester has determined that the best available scientific information indicates substantial concern about the species' capability to persist over the long-term in the plan area" (36 CFR 219.9). This overview was developed to summarize information relating to this species' consideration to be listed as a SCC on the Rio Grande National Forest, and to aid in the development of plan components and monitoring objectives.

3. **Taxonomy**

Genus/species *Boloria acrocnema* is not accepted as valid. *Boloria improba acrocnema* is accepted as valid (ITIS 2015).

4. **Distribution, abundance, and population trend on the planning unit [12.53.2,3,4]:**

Uncompahgre fritillary butterfly (UFB) is narrow endemic, restricted to isolated alpine habitats in the San Juan Mountains of southwestern Colorado (NatureServe 2015). Mt. Uncompahgre and Redcloud Peak were the only two colonies known at the time of listing and recovery planning. Shortly after completion of the Recovery Plan, an additional colony was discovered. Eight other colonies were discovered in subsequent years (USDI Fish and Wildlife Service 2009).

Currently, 11 known colonies exist. Three are quantitatively monitored with line transects, and the remaining eight are monitored only for presence. Three of the colonies have been monitored

Rvsd Plan - 00004152

for population status for more than 10 years, but the data are not currently sufficient for to determine that the population has been stable or increasing during this time. Much of the data collected before 2003 was unreliable due to changes in transect methodology and missing data (USDI Fish and Wildlife Service 2009).

Five of the known 11 colonies occur within the planning area. Quantitative population data is not recorded for these sites; therefore, abundance and trend information for populations within the planning area has not been identified.
Based on the monitoring report for the 2014 field season (Alexander and Keck 2015) the ongoing qualitative monitoring of the 11 confirmed populations documented population persistence at only nine of the 11 known colonies. Persistence has not been documented at Rio Grande Pyramid colony for two years and likewise for seven years at the Machin Lake colony of the Canyon Diablo population.  The lack of confirmation of the UFBs at the Machin Lake colony for seven years and the Cinnamon Pass colony for over a decade may indicate that some populations may be extirpated.

**Table 2. Known Occurrence Frequency within the Planning Area (NRIS database)**

| Known Occurrences in the past 20 years | 5 locations |
|---|---|
| Year Last Observed | 2014 |

5. **Brief description of natural history and key ecological functions [basis for other 12.53 components]:**

All known UPB populations are associated with large patches of snow willow (*Salix nivalis*) above 12,000 feet, which provide food and cover.  The species is found primarily on northeast-facing slopes, which are the coolest and wettest microhabitat available in the San Juan Mountains.

Females lay their eggs on snow willow, which is also the larval food plant, while adults take nectar from a wide range of flowering alpine plants (USDI Fish and Wildlife Service 2015). Adults fly about late July into August. Flight is possible only in warm sunny weather. Species is biennial (requiring 2 years to complete life cycle), but flies in both odd and even years (NatureServe 2015).

6. **Overview of ecological conditions for recovery, conservation, and viability [12.53 7, 9?, 10, 11, 12]:**

It is known that illegal collecting has taken place in the past at some well-known locations. Therefore, the ongoing, recommended strategy is to prevent the locations of populations from becoming public knowledge.  However, the likelihood and consequences of this collecting have been reduced in relationship to other factors associated with the long-term persistence of this species (R. Ghormley, pers. comm., July 2015)

In recognition of this potential threat to UFB from livestock grazing, the U.S. Forest Service avoids sheep grazing within UFB colonies altogether, or allows only trailing through the colonies and suitable habitat, but not bedding or long-term grazing. The only colony with sheep trailing through the colony on a reoccurring (but inconsistent) basis has been Mt. Uncompahgre, which is located outside the planning area (USDI Fish and Wildlife Service 2009).

Evidence of cattle grazing on the Machin Lake colony on the Rio Grande National Forest occurred in 2007 but has not been noted since that time.  Persistence of UFB at this colony was documented the year after livestock grazing (in 2008) but has not been noted since that time.

2

Also, the lack of evidence for persistence at some subpopulations may indicate that these populations are not always stable or that population numbers are relatively low and that the emergence period is relatively short. (Alexander and Keck 2015).

Climate change remains a concern due to the relatively limited habitat size and high elevation of this species. Climate change may be affecting the developmental timing of UFBs which may account for some shifts in persistence. Events such as the early UFB emergence date in 2012 may be providing additional anecdotal evidence (Alexander and Keck 2015). Existing and predicted climate trends may also present implications for other alpine system pollinators. Future monitoring and assessment is needed to evaluate threat of climate change on this federally endangered species (Alexander and Keck 2015).

## 7.  Threats and Risk Factors

Threats listed in the final listing rule and the Recovery Plan include trampling of the UFB and its habitat by humans and livestock, collecting, lack of regulatory mechanisms, adverse climatic changes, small population size, and low genetic variability (USDI Fish and Wildlife Service 2009). While most known UFB populations are in remote areas, potential threats to the species' persistence still exist. Increasing recreational traffic, including much off- trail use, domestic livestock grazing, grazing by wild ungulates and the potential for global climate change  all pose problems to habitat necessary to the species' recovery. Illegal collecting may also continue at some colonies although none has been documented recently (Alexander and Keck 2015).

## 8.  Key literature:

Alexander, K.D. and A.G. Keck. 2015.  Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2014 Report and Status.  19 pp.

NatureServe. 2015. An online encyclopedia of life. Accessed online at: http://explorer.natureserve.org/index.htm [07/06/2015].

USDI Fish and Wildlife Service. 1994. Uncompahgre fritillary butterfly recovery plan. Denver Colorado. 20 pp.

USDI Fish and Wildlife Service. 2009. Uncompahgre fritillary butterfly (*Boloria acrocnema*), 5-year review: summary and evaluation. 19 pp.

USDI Fish and Wildlife Service. 2015. Uncompahgre fritillary butterfly (*Boloria acrocnema*). Accessed online at: http://www.fws.gov/mountain-prairie/es/esUpdate/uncompahgreFritillaryButterfly.php [07/20/2015].

3



Rvsd Plan - 0004155

Rio Grande National Forest
Plan Revision - Draft
Environmental Impact Statement
Range: Grazing Allotments

USDA

# Uncompahgre Fritillary Butterfly
## *(Clossiana improba acrocnema)*
### 5-Year Review:
### Summary and Evaluation



Photo Credit: Creed Clayton, U.S. Fish and Wildlife Service, 2007

## U.S. Fish and Wildlife Service
## Western Slope Office, Colorado Ecological Services
## Grand Junction, Colorado

## September 28, 2018

Rvsd Plan - 00004156

## 5-YEAR REVIEW
### Uncompahgre Fritillary Butterfly (*Clossiana improba acrocnema*)

### EXECUTIVE SUMMARY

In 2010 we recommended that the Uncompahgre fritillary butterfly (UFB) be downlisted to threatened per the UFB downlisting criterion (see section 2.2.3 below). The recommendation was a result of average to high abundance of the UFB on two colonies, Mt. Uncompahgre and Redcloud Peak, for over 10 years with no apparent threats to these two colonies. However, due to other elevated priorities, a downlisting rule was not written. Since 2010, climate change has appeared as a discernible, impactful, threat such that the downlisting criterion is no longer being met. Effects of climate change have been observed through increases in statewide temperatures and earlier date of snowmelt and is the likely cause of multi-year suppression or extirpation of some colonies or sub-colonies of the UFB. Further predicted changes in climate in the next 32 to 72 years will likely result in increased adverse changes to UFB habitat and population abundance. Delisting criterion calling for 10 stable colonies for 10 consecutive years is also no longer being met. At most, considering population abundance at quantitatively monitored colonies and presence/absence at qualitatively monitored colonies, there are only 8 colonies that are considered stable. Consequently, based on the best available scientific and commercial data, our current recommendation is for the classification of the UFB to remain as endangered.

Also, we recently became aware of taxonomic work that took place in the last several years. Based on this work, and discussion with respected lepidopterist and author of the UFB final listing rule, Dr. Paul Opler, it was determined that the scientific name of the UFB should change from *Boloria acrocnema* to *Clossiana improba acrocnema*. Designation as a subspecies along with changes to the level of threat and recovery potential changes the Recovery Priority Number. Due to observed and predicted climate change effects we recommend increasing the level of threat from low to moderate and, in light of likely continued climate change effects, we recommend changing recovery potential to low. These rankings along with the new taxonomic classification as a subspecies alter the Recovery Priority Number from a 14 to a 12.

### 1. GENERAL INFORMATION

#### 1.1 Purpose of 5-Year Reviews

The U.S. Fish and Wildlife Service (Service) is required by Section 4(c)(2) of the Endangered Species Act of 1973, as amended, (ESA) to conduct a status review of each listed species at least once every 5 years. The purpose of a 5-year review is to evaluate whether or not the species' status has changed since the time it was listed or since the most recent 5-year review. Based on the outcome of the 5-year review, we recommend whether the species should: 1) be removed from the list of endangered and threatened species; 2) be changed in status from endangered to threatened; 3) be changed in status from threatened to endangered; or 4) remain unchanged in its current status. Our original decision to list a species as endangered or threatened is based on the five threat factors described in Section 4(a)(1) of the ESA. These same five factors are considered in any subsequent

2

reclassification or delisting decisions. In the 5-year review, we consider the best available scientific and commercial data on the species, and we review new information available since the species was listed or last reviewed. If we recommend a change in listing status based on the results of the 5-year review, we must propose to do so through a separate rule-making process that includes public review and comment.

## 1.2    Reviewers

**Lead Regional Office:** Mountain-Prairie Regional Office
Kathy Konishi, Fish and Wildlife Biologist, (303) 236-4224
Kate Norman, Chief, Decision Support Branch, (303) 236-4214

**Lead Field Office:** Western Slope Office, Colorado Ecological Services
Ann Timberman, Western Slope Supervisor, (970) 628-7181
Terry Ireland, Fish and Wildlife Biologist, (970) 628-7188

## 1.3    Methodology Used to Complete the Review

The 5-year review was conducted by Terry Ireland, the lead U.S. Fish and Wildlife Service (Service) biologist for the Uncompahgre fritillary butterfly (UFB). On May 27, 2016, we published an announcement initiating the 5-year review process and seeking new information on the UFB (U.S Fish and Wildlife Service 81 FR 33698). There were no new comments or new information submitted during the public review period. We relied on the 2017 field report (Alexander and Keck 2018) for the 2017 field season and previous field seasons' quantitative and qualitative population monitoring information. We also relied on other recent research and additional literature gathered since the 2010 5-year Review for this current review. Population recruitment, abundance, and density were not calculated yet for the 2018 field season at quantitatively monitored colonies at the time of this review so qualitative information at all colonies was incorporated via personal communication from Kevin Alexander for 2018 monitoring information. Alexander and Keck (2018) summarizes quantitative population data from 2003-2017 using a formula developed previously (Alexander and Keck 2007).

## 1.4    Background

### 1.4.1    FR Notice Citation Announcing Initiation of This Review
81 FR 33698, May 27, 2016

### 1.4.2    Listing History
**FR notice:** 56 FR 28712
**Date Listed:** June 24, 1991
**Entity listed:** Species
**Classification:** Endangered

3

Rvsd Plan - 00004158

### 1.4.3 Review History

**1994 Recovery Plan** (U.S. Fish and Wildlife Service 1994). Used threats and information in the 1991 listing for development of the Recovery Plan.

**2010 5-Year Review** (U.S. Fish and Wildlife Service 2010). The 2010 5-year Review recommended down-listing but due to higher priorities a down-listing package was not prepared and the species has remained endangered.

### 1.4.4 Species' Recovery Priority Number at Start of 5-year Review

| Degree of Threat | Recovery Potential | Taxonomy | Priority | Conflict |
|---|---|---|---|---|
| High | High | Monotypic Genus | 1 | 1C |
| | | Species | 2 | 2C |
| | | Subspecies/DPS | 3 | 3C |
| | Low | Monotypic Genus | 4 | 4C |
| | | Species | 5 | 5C |
| | | Subspecies/DPS | 6 | 6C |
| Moderate | High | Monotypic Genus | 7 | 7C |
| | | Species | 8 | 8C |
| | | Subspecies/DPS | 9 | 9C |
| | Low | Monotypic Genus | 10 | 10C |
| | | Species | 11 | 11C |
| | | Subspecies/DPS | 12 | 12C |
| Low | High | Monotypic Genus | 13 | 13C |
| | | Species | 14* | 14C |
| | | Subspecies/DPS | 15 | 15C |
| | Low | Monotypic Genus | 16 | 16C |
| | | Species | 17 | 17C |
| | | Subspecies/DPS | 18 | 18C |

*The system for determining Recovery Priority Number was established in a September 21, 1983 Federal Register notice (U.S. Fish and Wildlife Service 48 FR 43098).

As established by the 2010 5-Year Review, the Recovery Priority Number for the UFB at the start of this review is a 14. This number indicated that: (1) populations faced a low degree of threat; (2) recovery potential was high; and (3) the UFB was listed at the species level.

### 1.4.5 Recovery Plan

**Name of plan**: Uncompahgre Fritillary Butterfly Recovery Plan
**Date approved**: March 17, 1994

4

## 2.0    REVIEW ANALYSIS

### 2.1    Application of the 1996 Distinct Population Segment Policy

The Distinct Population Segment (DPS) Policy is not applicable to UFB because the ESA precludes listing DPSs of non-vertebrate animals (and plants). For more information, see our 1996 DPS policy (U.S. Fish and Wildlife Service and National Marine Fisheries Service 61 FR 4722).

### 2.2    Recovery Criteria

#### 2.2.1    Does the species have a final, approved recovery plan containing objective, measurable criteria?
      X   Yes
      ____ No

#### 2.2.2    Adequacy of recovery criteria.

##### 2.2.2.1 Do the recovery criteria reflect the best available and most up-to-date information on the biology of the species and its habitat?
      ____  Yes
      X    No.  We may wish to change the recovery criteria based on new information regarding genetics, population status, and climate change concerns.  See Section 4 for more information on this option.

##### 2.2.2.2 Are all of the 5 listing factors that are relevant to the species addressed in the recovery criteria (and is there no new information to consider regarding existing or new threats)?
      X    Yes
      ____  No

#### 2.2.3    List the recovery criteria as they appear in the recovery plan, and discuss how each criterion has or has not been met, citing information:

**Downlisting Criterion:** "Downlisting may be considered if threats are removed and if adequate quality habitat exists to maintain stable colonies of butterflies for 10 consecutive years at both Mt. Uncompahgre and Redcloud Peak."

Mt. Uncompahgre and Redcloud Peak were the only two colonies known at the time of listing and recovery planning.  Shortly after completion of the Recovery Plan, an additional colony was discovered.  Eight other

Rvsd Plan - 00004160

colonies were discovered in subsequent years. To take improvement of the species population status into account, the Recovery Plan stated that "if additional colonies are found, if the known population number naturally increases, or if propagation coupled with augmentation or reintroduction is successful in increasing their numbers, the butterfly may be considered for downlisting or delisting."

Population monitoring transects are installed at Mt. Uncompahgre, Redcloud Peak, and Colony C. A population trend report was developed for monitoring data collected through the 2006 field season to help determine if populations could be considered "stable" as stated in recovery criterion (Alexander and Keck 2007). Population monitoring has also been conducted each year since and is summarized through the 2017 field season (Alexander and Keck 2018). Recruitment (i.e. abundance) at both the Redcloud Peak sub-colonies and two of the three sub-colonies at Mt. Uncompahgre were about average in 2017 in comparison to prior years. However, the Mt. Uncompahgre middle sub-colony was low compared to the prior years (Alexander and Keck 2018). Although the butterfly's numbers can vary year to year and some colonies or sub-colonies that are absent one or two years have been extant the following years, population sizes are or appear to be remaining low at some colonies or sub-colonies and extirpation appears to have occurred at one colony (Alexander and Keck 2018; Alexander, Western State Colorado University (WSCU), pers. comm. 2018). UFB's were not observed at one other qualitatively monitored colony in 2018 (Alexander, WSCU, pers. comm. 2018), though additional monitoring must be done to determine if that colony is extirpated.

In terms of threats, factors listed in the final listing rule (U.S. Fish and Wildlife Service 56 FR 28712) and the Recovery Plan include trampling of the UFB and its habitat by humans and livestock, collecting, lack of regulatory mechanisms, adverse climatic changes, small population size, and low genetic variability. Some off-trail hiking continues to occur through Redcloud Peak and Mt. Uncompahgre colonies and researchers walk transects for population counts as well as searches but population impacts have not been detected from human trampling and all other direct habitat threats appear to be ameliorated. Adequate regulatory mechanisms exist at Redcloud Peak and Mt. Uncompahgre.

Based solely on population abundance through 2017, climate change has not yet affected the quantitatively monitored colonies on Redcloud Peak or Mt. Uncompahgre. However, previously predicted changes (Intergovernmental Panel on Climate Change (IPCC) 2007; Ray et al. 2008) in temperature and other weather patterns have been observed globally, statewide, and regionally and it is predicted from numerous models that climate will change even more by mid-century and the end of

6

the century (Lukas et al. 2014; IPCC 2014). As a result, climate change could begin affecting Redcloud Peak and Mt. Uncompahgre. In fact, very warm and dry conditions in southwestern Colorado in 2018 were noticeable on UFB colonies on the two mountains. With changes in climate being observed regionally and further predicted climate change it is determined that not all threats have been removed. Consequently, the UFB is not warranted for downlisting. For a more detailed assessment of threats see section 2.3.2 below.

**Delisting Criterion:** "Delisting may be considered after stable colonies of butterflies exist for 10 consecutive years at a minimum of 10 sites."

Three of the colonies have been quantitatively monitored for population status for more than ten years. Recruitment at Mt. Uncompahgre and Redcloud Peak colonies appear to be about average in 2017, and both increased slightly in the last two years (Alexander and Keck 2018). The trend appears stable at these two colonies compared to annual recruitment since 2003 (though the middle sub-colony at Mt. Uncompahgre appears to have a decreasing trend) (Alexander and Keck 2018). However, Colony C has had very low or no recruitment in the last 3-4 years, through 2017, and has a decreasing trend (Alexander and Keck 2018). Furthermore, two colonies where only qualitative presence is assessed had no butterflies detected in 2017. One of these (called Colony D) has definitively had no butterflies in four of the last six years including none in the last two years through the 2018 field season and is likely extirpated (Alexander and Keck 2018; Alexander, WSCU, pers. comm. 2018).

Based on information since the 2010 5-Year Review, and including 2018 qualitative observations only, there are only two of the three quantitatively monitored colonies that appear stable or increasing (through 2017), and at most only six of the eight qualitatively monitored populations were detected in 2018. Therefore, at most, only eight stable populations are considered to exist and the delisting criterion is not being met. Refer to Section 2.3.1 below for further biological information section, 2.3.2 for further threat assessment information, and section 4.0 for future recommended actions.

## 2.3 Updated Information and Current Species Status

### 2.3.1 Biology and Habitat

**2.3.1.1 Abundance, population trends (e.g., increasing, decreasing, stable), demographic features (e.g., age structure, sex ratio, family size, birth rate, age at mortality, mortality rate, etc.), or demographic trends:** Up to eleven colonies are known to have existed. Three colonies are quantitatively monitored with line

transects, and the remaining eight have only been qualitatively monitored for presence. Unfortunately, one of the qualitatively observed colonies (Colony D) has been definitively absent four out of the last six years and possibly absent a fifth year (through 2018) with presence last recorded in 2016 (Alexander and Keck 2018; Alexander, WSCU, pers. comm. 2018). It is therefore likely that this colony is extirpated. Furthermore, in 2018 another colony (Colony E), was not present but has been consistently present since 2011 (and definitively or likely present all years from 1995 to 2009). Additionally, a qualitatively monitored sub-colony of Redcloud Peak was absent in both 2017 and 2018 (Alexander, WSCU, pers. comm. 2018) and a qualitatively monitored sub-colony of Mt. Uncompahgre was potentially missing in 2017 and definitively missing in 2018 (Alexander, WSCU, pers. comm. 2018).

The two originally known sites, Redcloud Peak and Mt. Uncompahgre, have been monitored intensively since 1992. Redcloud Peak is the only known colony on U.S. Bureau of Land Management (BLM) land. Due to changes in transect methodology and missing data in earlier years, data for these two sites are the most reliable since 2003. Calculations formulated in a 2007 trend analysis have been used since then to calculate annual population numbers (Alexander and Keck 2007; Alexander and Keck 2018).

Three sub-colonies at Mt. Uncompahgre and two sub-colonies at Redcloud Peak are quantitatively monitored. Colony C also consists of two sub-colonies that are quantitatively monitored. In 2007, the total estimated population of the three colonies was approximately 23,100. However, most cumulative estimates have been between 3,500 and 9,900 since 2003. For 2017 the estimate could be considered average, at about 7,600. However, annual monitoring reveals that Colony C sub-colonies declined sharply or were absent starting in 2014 and continuing through the 2017 field season (Alexander and Keck 2018). Estimates have not been calculated yet for 2018, but Colony C will be very low again (Alexander, WSCU, pers. comm. 2018). There were two UFB's counted on a transect at Colony C South in 2018 where they were absent for three years (Alexander, WSCU, pers. comm. 2018). It is possible that Colony C South was naturally augmented from Colony C North since it is only about ½ mile away. Table 1 and Figure 1 illustrate population estimates for each of the quantitatively monitored sub-colonies as far back as 2003 when consistent and usable data is available.

Rvsd Plan - 00004163

Table 1.  Uncompaghre fritillary butterfly population recruitment estimates sub-colonies at Mt. Uncompahgre, Redcloud Peak, and Colony C (Alexander and Keck 2018).

| Year | UP Lower | UP Middle | UP Upper | RC Lower | RC Upper | Colony C North | Colony C South |
|---|---|---|---|---|---|---|---|
| 2003 | 1018 | 322 | 1203 | 818 | 671 | 306 | No count |
| 2004 | 2222 | 205 | 260 | 1524 | 1263 | 125 | 0 |
| 2005 | 470 | 412 | 873 | 465 | 916 | 209 | 105 |
| 2006 | 2976 | 1754 | 1813 | 1394 | 3152 | 99 | 940 |
| 2007 | 3764 | 3818 | 3797 | 3469 | 6007 | 1227 | 1060 |
| 2008 | 1856 | 1401 | 1352 | 915 | 2470 | 516 | 524 |
| 2009 | 357 | 627 | 444 | 1430 | 1362 | 72 | 26 |
| 2010 | 1492 | 522 | 887 | 538 | 971 | 354 | 133 |
| 2011 | 1183 | 454 | 990 | 1567 | 2936 | 388 | 808 |
| 2012 | 1778 | 1047 | 267 | 816 | 879 | 445 | 975 |
| 2013 | 1140 | 402 | 281 | 2894 | 3863 | 554 | 762 |
| 2014 | 1144 | 392 | 544 | 366 | 1771 | 107 | 157 |
| 2015 | 651 | 64 | 93 | 408 | 787 | 117 | 0 |
| 2016 | 2082 | 675 | 112 | 921 | 2166 | 81 | 0 |
| 2017 | 2176 | 127 | 1668 | 1490 | 2102 | 81 | 0 |

9

Figure 1. Graph of Uncompahgre fritillary butterfly population recruitment estimates of sub-colonies at Mt. Uncompahgre, Redcloud Peak, and Colony C.



The UFB primarily has a biennial life-cycle. However, as evidenced by genetic homogeneity between broods at the Redcloud Peak site, some caterpillars may take two summers to mature rather than three (Britten and Brussard 1992; Seidl 1996; Monroe et al. 2016). Slowly developing caterpillars may take up to four years to mature. For example, if a UFB egg is laid in 2018, the individual would typically spend all of 2019 as a caterpillar, metamorphose into a butterfly and reproduce to complete the normal biennial life-cycle in 2020. Quickly developing caterpillars could hatch from an egg in 2018, and then metamorphose into an

10

Rvsd Plan - 00004165

adult and reproduce in 2019. However, an extension to a third year is possible such that a UFB egg laid in 2018 would develop and remain a caterpillar for all of 2019 and 2020 then metamorphose into an adult and reproduce in 2021. Very dry or very wet weather is suspected to be a factor in population changes and may influence the length of time to maturity.

**2.3.1.2 Genetics, genetic variation, or trends in genetic variation (e.g., loss of genetic variation, genetic drift, inbreeding, etc.):** Britten and Brussard (1992) compared the UFB at Redcloud Peak with other butterflies in the *B. improba* group in the Rocky Mountains north to the Yukon Territory. The UFB was found to be distinct from other closely related species. It was also found that UFB's within the Redcloud Peak colony were genetically homogeneous between the two years they were collected in that locality (Britten and Brussard 1992).

In a later analysis, genetic samples were collected in 2008 and 2009 at each of the eleven colonies to determine gene flow between colonies and effective population size (Monroe et al. 2016). However, only Mt. Uncompahgre, Redcloud Peak, and Colony C had enough material to be adequately evaluated. Results indicate that the three colonies exist as a metapopulation suggesting low-level migration between the colonies. Gene flow between the even- and odd-year broods was reaffirmed through inter-colonial genetic homogeneity supporting occasional differences in developmental maturity. However, the effective population size was low relative to other rare insects and may be cause for concern about persistence of the UFB (Monroe et al. 2016). Monroe et al. (2016) also stated that the butterfly has persisted because of two types of rescue: temporal, via differing development times between brood years, and traditional, through occasional immigration. As such it appears crucial that all three colonies remain extant to provide gene flow and occasional population rescue of a faltering colony (Monroe et al. 2016).

Additional genetic samples were collected at the other extant colonies in 2017 with the intent to further explore gene flow (Alexander and Keck 2018). Two whole-body UFB's were also submitted for genomic sequencing that should help identify additional genetic markers and increase the robustness of additional gene flow analyses (Hugh Britten, University of South Dakota, pers. comm. 2018).

**2.3.1.3 Taxonomic classification or changes in nomenclature:** The UFB belongs to the Family Nymphalidae, Subfamily

11

Heliconiinnae, and Tribe Argynnini. However, the taxonomic history of the UFB is complicated. The UFB was discovered and described as a full species by Gall and Sperling (1980) based on phenotypic appearance. Not all people agreed with its species status or even genus. A 1981 butterfly catalogue assigned most *Boloria* species to genus *Clossiana* including *improba* but did not mention *acrocnema* as either a separate species or subspecies of *improba*, likely due to the recent naming of the species (Miller and Brown 1981). Miller and Brown (1981) pointed out complexity in this group of butterflies, noting that the species *improba* has also variously been placed in genera *Argynnis*, *Brenthis*, and *Boloria* in the past. It was also described as a subspecies of *Boloria improba* (*B. i. acrocnema*) in The Butterflies of North America – A Natural History and Field Guide (Scott 1986). However, genetic data from Britten and Brussard (1992) suggested genetic differentiation from species in the *B. improba* group further north, specifically its closest neighbor approximately 330 air miles to the north in Wyoming, *B. i. harryi*, supporting Gall and Sperling's (1980) classification as a full species.

More recently, Simonsen (2005) looked at the genitalia of many butterflies related to the UFB and placed the UFB with others in the family under the genus *Boloria* but subgenus *Clossiana.* He did not specifically address the UFB in that article, stating that he had no specimens of the UFB to examine and mentioned in passing that Britten and Brussard (1992) had done some work on the *B. improba/acrocnema* complex. Tuzov and Bozano (2006) examined numerous Palearctic species around the world and, as Miller and Brown (1981) did, reassigned many species in the genus *Boloria* to the genus *Clossiana*. Furthermore, Tuzov and Bozano (2006) assigned the Uncompahgre butterfly as *Clossiana improba acrocnema*.

Another taxonomic study analyzed *B. acrocnema* and its closest geographical relative *B. improba harryi* from Wyoming using morphologic and molecular analyses (Simonsen et al. 2010). The authors suggested that *B. acrocnema* should also be placed as a subspecies under *B. improba* but (again) suggested it be placed under subgenera *Clossiana* using the nomenclature *B. (C.) improba acrocnema*. Simonsen et al. (2010) also suggest *B. i. harryi* have the same rank and be considered *B. (C.) improba harryi*. Simonsen et al. (2010) admitted though that they had few specimens for molecular analyses and that the *improba/acrocnema* complex forms a closely related and homogenous group.

12

Despite substantial geographic separation from *B. (C.) i. harryi* as pointed out in Britten and Brussard (1992), the more recent work referenced has changed the taxonomic structure of the UFB and its relatives. Consequently, the Service has decided that the nomenclature of the UFB should follow the more recent classifications. The two most recent classifications are Tuzov and Bozano (2006) and Simonsen et al. (2010). Renowned lepidopterist and author of the Final Rule listing the UFB, Dr. Paul Opler (Colorado State University, pers. comm. 2018), recommends Tuzov and Bozano (2006) for nomenclature based on its broader consideration of related butterflies in Europe. Their assignment of genus also circles back to the older assignment in the genus *Clossiana* in the Miller and Brown (1981) catalogue. Based on these more recent taxonomic assignments and Dr. Opler's recommendation the Service will accept changing the UFB's scientific name to *Clossiana improba acrocnema*.

### 2.3.2 Five-Factor Analysis (threats, conservation measures, and regulatory mechanisms)

**2.3.2.1 Present or threatened destruction, modification or curtailment of its habitat or range:** The Final Rule largely dismisses threats under this Factor from mining, grazing, hiking, and trampling. However, the Recovery Plan includes research into the effects of grazing on the UFB as a recovery task, due to information obtained after the Final Rule regarding sheep grazing at Mt. Uncompahgre. There were also concerns that sheep may graze at newly discovered colonies. Sheep are the most common domesticated animal that grazes in UFB habitat. Instances of cattle or horse grazing are rare.

Trampling of the UFB could occur as a result of sheep grazing and the removal of some nectar sources has been observed in UFB localities from sheep grazing (Alexander, WSCU, pers. comm. 2008). In recognition of these potential impacts from grazing, the U.S. Forest Service (USFS) avoids sheep grazing within UFB colonies or allows only trailing through the colonies and suitable habitat, but not bedding or long-term grazing. The only colony with sheep trailing on a reoccurring (but inconsistent) basis has been Mt. Uncompahgre, though no sheep have grazed there for a few years (Alexander, WSCU, pers. comm. 2018). Sheep grazing used to occur on Redcloud Peak, but has been unavailable to grazing for many years (U.S. Bureau of Land Management 1993).

Due to no evidence that colony abundance was being affected by sheep trailing, despite removal of some nectar sources at Mt. Uncompahgre, we determined in a December 16, 2008, informal section 7 consultation with USFS that occasional sheep trailing may affect, but is not likely to adversely affect the UFB colony (U.S. Fish and Wildlife Service 2008).

13

Any future USFS or BLM actions associated with sheep grazing in UFB habitat will require section 7 consultation with the Service.

Some hiking impacts continue to occur at Redcloud Peak and Mt. Uncompahgre (Alexander and Keck 2018). Trail erosion, widening, and braiding on Mt. Uncompahgre has been repaired, and trails on both mountains were moved several years ago to minimize hiking through the colonies, but portions of the trails skirt the edges of both colonies. Descending hikers have crossed the colonies, especially at Redcloud Peak (Alexander and Keck 2018). No population impacts have been noted from cross-colony hiking but recreational hiking is increasing, and it remains a potential impact. Since the UFB was listed and the Recovery Plan was written there have been no other activities that have resulted in destruction, modification, or curtailment of the UFB's habitat at known colony sites.

In conclusion, since listing, the only on-the-ground activities that have impacted known UFB colonies are minor habitat modification from hiking and sheep grazing at Mt. Uncompahgre and Redcloud Peak. However, we do not believe that sheep grazing has been, or will be, a threat to the UFB with the measures in place to avoid or minimize impacts. Consequently, it does not appear that the present or threatened destruction, modification, or curtailment of its habitat or range is currently threatening the UFB or affecting recovery.

**2.3.2.2 Overutilization for commercial, recreational, scientific, or educational purposes:** Butterfly collecting was the primary reason stated in the Final Rule for listing the UFB under the ESA. There were only two known locations and small numbers of UFBs documented prior to the listing in 1991. UFB collection took place a few years prior to listing when the USFS had a Special Order Closure (U.S. Forest Service 1984) to butterfly collecting around Mt. Uncompahgre. The person responsible for the collecting was found in violation of the USFS closure and illegal collecting of other butterflies under the ESA and other laws (U.S. Department of Justice 1993). No illegal UFB collecting is known to have occurred since listing of the UFB.

The possibility of collectors or biologists impacting the UFB was mentioned in the Final Rule listing the UFB. To date, as then, no habitat impacts, even on permanent population monitoring transects, have been noted and no trampling has ever been documented by researchers. Some incidental taking occurred during genetic sample collection in 2008, but the take was 0.5 percent or less of monitored populations. No incidental take occurred during 2009 genetic sampling. More recent genetic sampling occurred in 2017 with no mortality (Alexander and Keck 2018).

14

In conclusion, overutilization for commercial, recreational, scientific, or educational purposes has not occurred since listing or finalization of the Recovery Plan to the extent that it has affected recovery. However, in the absence of the butterfly having protection by listed status, collection by hobbyists, researchers, educators, or by those seeking commercial gain could once again become a threat. This issue requires long-term management, as outlined in Section 4.0 below, before ESA protections could be considered for removal.

**2.3.2.3 Disease or predation:** The Final Rule stated that there are no known diseases to the UFB and predation by birds has rarely been observed (Wilcove 1980). There has been no evidence in the intervening years to the contrary. Consequently, neither disease nor predation appears to be a threat to the UFB, and is not affecting recovery.

**2.4.2.4 Inadequacy of existing regulatory mechanisms:** The Final Rule stated that collecting and grazing protections afforded to the UFB by the USFS and by the BLM were commendable, but because of their discretionary nature could be withdrawn or lapse in effectiveness. Consequently, listing provides a greater level of protection.

In 1993, the BLM issued the Gunnison Resource Area Resource Management Plan (RMP) which provided a directive on the protection of the Redcloud Peak UFB colony (BLM 1993). The RMP established an Area of Critical Environmental Concern (ACEC) around Redcloud Peak. Management direction under the ACEC included: collection only through Service and BLM authorization; grazing exclusion in the Silver Creek basin; restriction of motor vehicles to designated routes (although no routes exist in the ACEC); and avoidance of placement of rights-of-way in the ACEC. The ACEC did allow Federal oil, gas, and geothermal leasing, but with a controlled surface use stipulation and avoidance of mineral material disposal. No oil, gas, or geothermal development has occurred to date, and given the ruggedness of the location, it is unlikely to occur.

As mentioned previously, the USFS closed all butterfly collecting around Mt. Uncompahgre (U.S. Forest Service 1984) prior to listing and have consulted on actions that could impact the UFB. Other areas that contain UFBs do not have butterfly collecting closures that would protect the species in the absence of listing under the ESA. Before we are able to find that adequate regulatory mechanisms exist that would protect the species upon delisting, the USFS and BLM will need to place additional closures around sites or agree to regulate collecting through special use permit issuance.

While the UFB is still listed, activities on USFS or BLM lands require section 7 consultation and preparation of a National Environmental Policy Act (NEPA) document, both of which can stipulate measures to avoid and

minimize impacts to the UFB. After delisting, activities on USFS or BLM lands will continue to require preparation of a NEPA document. The NEPA is a disclosure statute only and does not require minimization of impacts to sensitive species such as the UFB. Any measures to avoid and minimize impacts to the UFB would be voluntary unless placed in an RMP. The BLM ACEC designation could be removed through revision of the RMP. Therefore, we have determined that a management plan signed by the USFS and BLM that addresses grazing, collecting, recreation and other on-the-ground threats will be necessary in order to remove the threat of inadequate regulatory mechanisms.

In conclusion, the current regulatory mechanisms that exist are not adequate to protect the UFB were the species to be delisted. We find that a management and monitoring plan that provides protection to the species and its habitat will be necessary in order to delist the species.

**2.3.2.5 Other natural or manmade factors affecting its continued existence:**
The Final Rule and UFB Recovery Plan state that adverse climate changes could become a potential threat to the UFB as well as small population size, and limited genetic variability. Since the Final Rule and Recovery Plan were written, there has been increasing information on climate change. Summarized information and excerpts from long-term global, State, and regional climate observations and predictions are included below. Information on the worldwide loss of glaciers, loss of ice sheets and sea ice, melting of permafrost, sea level rise, and ocean acidity are only briefly mentioned in this document, though they likely have indirect impacts to the UFB by influencing changes in precipitation patterns including snowpack and possibly regional temperatures.

Climate Change - Global Level

According to the Intergovernmental Panel on Climate Change (IPCC 2007) Fourth Assessment Report "Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level." Average Northern Hemisphere temperatures during the second half of the 20th century were very likely higher than during any other 50-year period in the last 500 years and likely the highest in at least the past 1,300 years (IPCC 2007). It is very likely that over the past 50 years cold days, cold nights, and frosts have become less frequent over most land areas, and hot days and hot nights have become more frequent (IPCC 2007). It is likely that heat waves have become more frequent over most land areas, and the frequency of heavy precipitation events has increased over most areas (IPCC 2007).

The Fourth Assessment Report also predict that changes in the global climate system during the 21st century are very likely to be larger than those observed during the 20th century (IPCC 2007). For the next two decades, a warming of about 0.4°F (all measurements converted to English system) per decade is projected (IPCC 2007). Afterward, temperature projections increasingly depend on specific emission scenarios. Emission scenarios are presented as Representative Concentration Pathways or RCP's of 2.6, 4.5, 6.0, and 8.5, which are consistent with the full range of scenarios in the literature. (For more definition of RCP's refer to IPCC (2007), IPCC (2014) or other sources). The IPCC (2007) predicted global average surface warming during the 21st century between 2.0 and 11.5°F, depending on the emissions scenario.

Since the IPCC Fourth Assessment Report was published, a Fifth Assessment report has been prepared (IPCC 2014). The latest report contains updates on global conditions. The report stated that each of the last three decades has been successively warmer than any preceding decade since 1850. The period from 1983 to 2012 was likely the warmest 30-year period of the last 1400 years in the Northern Hemisphere (medium confidence). Using multiple datasets, the globally averaged combined land and ocean surface temperature data as calculated by a linear trend show warming (1.5 °F) over the period 1880 to 2012. Also, Northern Hemisphere spring snow cover has continued to decrease in extent (high confidence).

Past emissions to the atmosphere of gases as a result of human activity (anthropogenic emissions), as well as future anthropogenic emissions and natural climate variability, will drive future climate. The predicted average global temperature change for the period 2016–2035 relative to 1986–2005 is similar for the four RCPs and will *likely* be in the range 0.5 to 1.3°F (*medium confidence*). The predicted average global temperature change assumes that there will be no major volcanic eruptions or changes in some natural sources (e.g., CH4 and N2O), or unexpected changes in total solar irradiance. By the mid-21st century, the magnitude of the projected climate change will depend on the choice of emissions scenario by humans.

"Relative to 1850–1900, global surface temperature change for the end of the 21st century (2081–2100) is projected to *likely* exceed 2.7°F for RCP4.5, RCP6.0, and RCP8.5 (*high confidence*). Warming is *likely* to exceed 3.6°F for RCP6.0 and RCP8.5 (*high confidence*), *more likely than not* to exceed 3.6°F for RCP4.5 (*medium confidence*), but *unlikely* to exceed 3.6°F for RCP2.6 (*medium confidence*)."

Rvsd Plan - 00004172

Compared to 1986-2005, the increase of global mean surface temperature by the end of the 21st century (2081–2100) is *likely* to be 0.5°F to 3.1°F under RCP2.6, 2°F to 4.7°F under RCP4.5, 2.5°F to 5.6°F under RCP6.0 and 4.7°F to 8.6°F under RCP8.5. The Arctic region will continue to warm more rapidly than other parts of the planet.

It is *virtually certain* that there will be more frequent hot temperature extremes and fewer cold temperature extremes over most land areas on daily and seasonal timescales. It is *very likely* that heat waves will occur with a higher frequency and longer duration but occasional cold winter extremes will also continue to occur (IPCC 2014).

### Climate Change - State (Colorado) Level

Ray et al. (2008) produced a climate change report for Colorado which was subsequently updated (Lukas et al. 2014). Summers were projected to warm more than winters in the Ray et al. report (2008). Projections suggested that by mid-century, typical summer monthly temperatures will be as warm, or warmer, than the hottest ten percent of summers that occurred in last half of the 20th century (Ray et al. 2008).

Model projections for precipitation are less reliable than model projections for temperature (Ray et al. 2008), especially in mountainous terrain such as the range of UFB. Increasing temperature and soil moisture changes may shift mountain habitats toward higher elevation (Ray et al. 2008).

Lukas et al. (2014) reported that average temperatures in Colorado increased 2°F in the last thirty years (consistent with the global average). No long-term trends in average annual precipitation have been detected but snowpack has mostly been below average since 2000. Snowmelt has been one to four weeks earlier in the last thirty years in Colorado due to lower snow-water equivalency since 2000, a warming trend in spring temperatures, and enhanced solar absorption from dust on snow. Precipitation monitoring has detected no long-term trend in Colorado even considering the relatively dry period since 2000 (Lukas et al. 2014).

The southern part of Colorado (where the UFB occurs) is more at risk of less precipitation in the future (Lukas et al. 2014). Temperatures are expected to rise 2.5°F to 5°F by 2050 relative to a 1971–2000 baseline under a medium-low emissions scenario and rise 3.5°F to 6.5°F in a high emissions scenario. Precipitation is expected to increase in the winter in Colorado. However, most projections of Colorado's spring snowpack (April 1 snow-water equivalency) show declines for the mid-21st century due to the projected warming. Heat waves and droughts (and wildfires) are expected to increase in frequency and severity in Colorado by 2050 due to the projected warming (Lukas et al. 2014). Since the UFB is an

18

alpine species, wildfires are not expected to impact the UFB, but heat waves and drought could affect them.

Climate Change - Regional Level and Correlative Studies

Climate and abiotic studies in the general region of the UFB and on UFB colonies have taken place. In one experimental study at Rocky Mountain Biological Lab (RMBL) near Gothic, Colorado, (approximately 9,600 feet) results showed that removal of snow to mimic earlier observed and predicted snowmelt dates had a deleterious effect on nectar sources through direct impact by frost (Gezon et al. 2016). Adding to that, another study of butterfly (*Speyeria mormonia*) demographics at RMBL supported that earlier snowmelt led to less abundance of nectar sources which reduced the food available to *S. mormonia* and had a linear relationship to decline in fecundity (reproduction) of the butterfly (Boggs and Inouye 2012).

A third study at RMBL, which has continued for 28 years, has monitored changes in plant composition using heat lamps to mimic predicted temperature changes (Panetta et al. 2018). The widespread mountain flower *Androsace septentrionalis* was found to have disappeared or nearly disappeared (91 percent average decline) in heated areas. The decline had a direct correlation to earlier snowmelt which caused a decline in the plant's seedbank. Unfortunately, control areas (no heat lamps) with the warmest and earliest-melting microenvironments, as of 2016, matched the coolest and latest-melting heated areas in regards to shifts in plant community, indicating current ambient temperatures are now affecting the environment similar to the plots with heat lamps (Panetta et al. 2018).

As recognized in Panetta et al. (2018), not only has *A. septentrionalis* declined but earlier studies in the heat lamp plots show a community shift in vegetation from non-woody forbs to woody vegetation, particularly *Artemisia tridentata* (Wyoming sagebrush). After only four years the heat lamps produced a shift to woody vegetation (Harte and Shaw 1995). Continued study of the heat lamp experiment confirmed this vegetation shift, showed that soil carbon was being reduced and released into the atmosphere and that a change in the floral community of at least montane ecosystems is expected over this century (DeValpine and Harte 2001; Perfors et al. 2003; Harte et al. 2015).

A correlative study in the Canadian Rocky Mountains over a twenty-year time frame showed that a Holarctic alpine butterfly (Parnassius smintheus) is affected by extreme minimum and maximum temperatures in November affecting egg overwintering (Roland and Matter 2016). The study also showed that snowfall can ameliorate the effects of temperature (Roland and Matter 2016). The alpine UFB does not have eggs that overwinter but

19

larvae overwinter (Seidl 1996) and could be affected by extreme temperature and snowpack fluctuations.

Isotopic data collected during the summer of 2017 at UFB colonies on Mt. Uncompahgre and Redcloud Peak suggest that the majority of soil water originates from snowmelt, with increasing contributions from rainfall later in the season (Gianniny 2018). Soil moisture, streamflow, and rainfall data were also collected during the summer of 2018, an extreme drought year. Data over these two years describe a complex and variable hydrologic system. Basal moisture levels originate from snowmelt but change in response to subsequent rainfall events. As the climate warms, the San Juan Mountains are expected to see decreased snowfall and earlier snowmelt. These changes will drastically alter the hydrology of high mountainous areas (Gianniny 2018). Additional water flow and soil moisture data has been taken but the analysis is not complete (Alexander, WSCU, pers. comm. 2018).

Because the UFB is restricted to a range of 12,100 to 13,500 feet (Ellingson 2003), climate change could restrict the UFB's habitat to a zone so narrow that the species would be unable to survive. Britten and Brussard (1992) believe that the UFB is a "glacial relict," or a species that was more widespread during or shortly after the last glacial period, but with temperature increase since the last glacial period the range has been restricted to isolated mountaintops. Naturally, this would lead one to believe that increasing temperatures would further compress the UFB's range.

To summarize, the average global temperature has increased as predicted and is expected to increase in the future (IPCC 2007, 2014). Colorado average temperatures have met or exceeded global averages and are also expected to increase in the future. Snowpack has generally decreased in the Northern Hemisphere (IPCC 2014) and has generally been below average in Colorado since 2000, but no long-term precipitation trends have been detected (Lukas et al. 2014). Winter precipitation is expected to generally increase in Colorado but more of it may come in the form of rain and the southern half of the state is predicted to get less precipitation, so both snowpack and precipitation amount in the San Juan Mountains in the future is unknown. Within Colorado, short-term temperature predictions by Ray et al. (2008) have been borne out and the average temperature increase has met or even exceeded the global average in the last 30 years (Lukas 2014). Earlier snowmelt of 1-4 weeks has been observed due to this warming (Lukas et al. 2014). Regional or correlative studies have also shown that snow is melting earlier and will melt earlier with warmer temperatures and may affect the timing of flowering, availability of water and related abundance of nectar sources. The decrease in nectar sources could affect UFB productivity, as shown with a study on *S. mormonia*

20

(Boggs and Inouye 2012) but results may not be directly related to the UFB due to different life patterns.

Direct measurements on UFB colonies for temperature, water availability, and plant phenology are limited. The exception being Gianniny's (2018) isotopic water analysis showing that most of the soil water (that supports nectar sources) is from snowmelt. If the snowmelt continues to get earlier, the UFB emergence may not be able to meet earlier nectar source phenology. Additionally, at the UFB's high altitudes, spring frosts may reduce the abundance of nectar sources if flowers emerge early in spring. The UFB does show some plasticity regarding the timing of emergence to snowmelt. However, with future predicted climate change the UFB may not be able to adjust enough physiologically or developmentally to adapt to continually earlier snowmelt or widely varying climate (IPCC 2014; Van Dyck et al. 2015).

Evidence to date has not detected climate effects to the UFB's at Mt. Uncompahgre or Redcloud Peak. Additionally, all qualitatively monitored colonies but one have had at least one year where there were no UFB's detected but then they reappeared (Alexander and Keck 2018). Despite this promising information, very low numbers of butterflies at Colony C since 2014, likely extirpation of Colony D, lack of presence at Colony E in 2018, and lack of presence at two other qualitatively monitored sub-colonies in 2018 suggest that climate is starting to affect the UFB. It is unknown if 2018's hot and dry climate will continue but that is one predicted scenario with more swings in weather with abundant snowpack in one or more years followed by subsequent meager snow is also a potential scenario (IPCC 2014; Lukas et al. 2014).

### Small Population Size

Small population numbers at individual colonies could affect the UFB. However, the UFB can bounce back from low numbers as evidenced by population fluctuations of up to ten times between low to high counts at the three quantitatively monitored colonies (Alexander and Keck 2018). In 2015 the quantitatively monitored colonies and their sub-colonies all experienced low numbers but Mt. Uncompahgre and Redcloud Peak rebounded to average numbers in 2017 (Alexander and Keck 2018). However, Colony C declined substantially in 2014 and has not recovered to average numbers. Colony C South did have two adult butterflies detected in 2018 on a monitoring transect after three years of no butterflies (Alexander, WSCU, pers. comm. 2018). This may have been due to recolonization from Colony C North since it is only about ½ mile away. Despite this recolonization, it would not be surprising to lose Colony C entirely due to adverse environmental conditions or other natural causes of this now demographically small colony. Colony D has had few or no

21

butterflies detected in the last six years and it is likely that small population size potentially coupled with climate change has caused extirpation of this colony.

Genetic Variability

Low genetic variability could possibly cause problems but has not been detected to have caused problems as of yet. Genetic analysis from samples collected in 2008 and 2009 at the three quantitatively monitored colonies show that they are relatively heterozygous among the sites (0.41 to 0.46 heterozygosity) and between even and odd years (Monroe et al. 2016). Heterozygosity among the colonies is surprising considering the distance between the colonies and suggests at least a low level of migration between the sites suggesting they are acting as a metapopulation (Monroe et al. 2016). Assuming that low-level migration is happening, how they find the other seemingly isolated colonies is still a mystery. Heterozygosity between even and odd-year broods supports Britten and Brussard's (1992) findings and indicates genetic mixing between years is still occurring. Further genetic analysis of samples collected at other colonies should be able to tell us if the other sites are as heterozygous and whether they are acting as metapopulations or are isolated.

In conclusion, climate change is suspected to have caused low numbers or absences of UFB's, but more direct climate research and its related effects to UFB habitat are needed. It is possible the altitude at which the UFB colonies occur will ameliorate some predicted change in temperature and precipitation, but current demographic suppression for multiple years at Colony C and absence at Colony D, E, and sub-colonies suggest climate change is starting to affect UFB abundance. The hot and dry summer of 2018 was observable on UFB colonies but influences to UFB abundance likely won't be known for two years given the mostly biennial life-cycle and will only be detectable if snowpack and climate are relatively normal the next couple years for comparison. The UFB only has up to eleven known colony sites, and so cumulatively the UFB's range is not extensive. If some colonies remain absent due to climate or other reasons they may not be able to augment or recolonize sites, leading to further declines. Genetic variability appears adequate at the three quantitatively monitored sites, but new genetic analysis is needed for the other colonies. In short, changes in climate have been observed, are predicted to become warmer and potentially dryer or have more pronounced swings and, coupled with small population size at individual colonies and overall, could affect recovery of the UFB.

Rvsd Plan - 00004177

## 2.4 Synthesis

Since listing and the completion of the Recovery Plan, the number of confirmed UFB colonies increased from two to eleven. Total population estimates for the three quantitatively monitored colonies climbed to as high as about 23,000 in 2007 but returned in 2008 to a more typical level for the 2003 to 2017 period. As such, the status of the UFB was looking promising during the writing of the 2010 5-year Review. The low numbers of Colony C since 2014 is of concern but played virtually no role in the average 2017 figure since abundance at Mt. Uncompahgre and Redcloud Peak made up the bulk of the numbers. At the time of the 2010 5-year Review, the other eight qualitatively monitored populations persisted despite four of the colonies apparently having no UFBs during one or two surveys in different years since 2001. However, Colony D is now likely extirpated. Absence of UFB at Colony E is of concern due its consistent presence since 2011 (and from 1995 to 2009), and two qualitatively monitored sub-colonies of Redcloud Peak and Mt. Uncompahgre are of concern since they've possibly been absent for two years and were definitively absent in 2018.

Most threats have been addressed. The primary threat of collecting appears to have been forestalled by the maintenance of UFB collecting closures around the two well-known colonies, regular researcher presence, occasional law enforcement visits, and prohibition of collection by the ESA. However, these protections must be extended into the future by regulatory mechanisms before we can ascertain that factor D has been sufficiently addressed.

The only observable current impacts are caused by relatively minor habitat degradation from hiking trails on the edge of colonies at Mt. Uncompahgre and Redcloud Peak. With conservation measures in place at Mt. Uncompahgre and Redcloud Peak and no impact to population abundance from limited habitat modification noted, domestic sheep grazing is not currently considered to be threat to the species.

Climate change has not been directly tied to declines in abundance at Colony C or absence at Colony D, E, or two qualitatively monitored sub-colonies of Mt. Uncompahgre or Redcloud Peak. However, observed earlier snowmelt dates in Colorado, generally less snowpack since 2000, results of regional research showing changes in flora from warmer conditions, changes to reproduction in another species of butterfly from less nectar sources, and predictions of warmer, drier, or more frequent swings in temperature and precipitation suggest that climate may currently be impacting the UFB and, furthermore, climate predictions do not bode well for the UFB or its habitat.

Some climate research directly related to the UFB has occurred (Alexander, WSCU, pers. comm. 2018; Gianniny 2018) but more needs to be conducted (see Recommendations for Future Actions below). The small population size of some colonies could be a concern, especially when coupled with climate change. Genetic research results for at least the three quantitatively monitored colonies suggest low genetic variability is not an issue. If

23

Colony C becomes extirpated in the next couple years it will likely be due to climate change effects or other natural events rather than low genetic variability. Isolation and genetic variability of the other eight colonies are uncertain but, given funding, analysis of samples collected from those colonies should reveal levels of isolation or connection.

During the time of the 2010 5-year Review, adequate quality habitat existed for over ten years at Mt. Uncompahgre and Redcloud Peak producing what appeared to be stable population numbers. Immediate on-the-ground threats ceased or had been moderated (collecting, recreational impacts, and grazing). These conditions led us to recommend downlisting for the UFB, but due to higher priorities, a downlisting rule was never pursued. Though habitat conditions and abundance at these two colonies still generally appear stable the threat of effects of climate change to the UFB appears more certain. Additionally, some of the other colonies have declined in abundance or have likely become extirpated since 2010. Observations of climate change have occurred, recent research has shown how and possibly why some colonies of the UFB have been affected, and predictions for further climate change continue. As such, the Service determines that the UFB should remain listed as endangered.

## 3.0   RESULTS

### 3.1   Recommended Classification:

____ **Downlist to Threatened**
____ **Uplist to Endangered**
____ **Delist**
__X__ **No change is needed**

### 3.2   New Recovery Priority Number: Change to 12.

**Brief Rationale:** The UFB was ranked a 14 in the 2010 5-year Review. Informal consultation on trail placement, ski area activities, private land access, and grazing have taken place, but none have resulted in development or economic conflict. No formal consultations have occurred for any project since the UFB was listed, an indication that no projects have been proposed which would have resulted in taking of the species. Despite few activities directly affecting habitat or the UFB we only have two of the three quantitatively monitored colonies that appear stable and only six of eight qualitatively monitored colonies that appear persistent. With only eight colonies appearing stable this does not meet the minimum delisting goal of ten stable colonies for ten years.

Immediate threats to the species stated in the listing rule and Recovery Plan have been ameliorated or have not surfaced as more than minor threats. However, until a management plan has been finalized that would result in the continued protection of the species, we find that the threat of inadequate regulatory mechanisms has not been sufficiently removed. Furthermore, changes to the climate have been observed, effects of climate change proven on other butterfly

24

species and habitat, and there are further predicted changes to climate. Consequently, recovery no longer looks as obtainable for the UFB as it once did. The threat to the UFB remains moderate because we do not have absolute proof of long-term climate effects to the UFB even though there is no other explanation for decline or disappearance of some colonies or sub-colonies. The recovery potential in light of likely climate change effects is therefore low. There also appears to be scientific agreement that the UFB taxonomy has changed since the last 5-year Review, and the UFB should now be classified as a subspecies. These ranking factors place the UFB recovery priority at 12.

25

Rvsd Plan - 00004180

## 4.0   RECOMMENDATIONS FOR FUTURE ACTIONS

- Continue to monitor population abundance and presence.

- Continue to research climate change impacts to the UFB and its habitat and continue to gather other literature relevant to climate change impacts to the UFB.

- Support means to reverse climate change within our influence.

- Discuss whether quantitative monitoring should rotate amongst colonies that have not received quantitative monitoring to date (but retain consistent monitoring at Colony C due to precarious status).

- Conduct further genetic analyses and literature review to determine the level of genetic variability at the eight currently qualitatively monitored sites and determine if gene flow between colonies is, or will, pose a threat to the UFB.

- Develop a genetics management and monitoring plan if genetic problems are determined to exist.

- Revise recovery criteria and recovery actions if necessary to address the current status and threats to the UFB as more information on climate change impacts is available and as more genetic information is available.

- Determine if the definition of "stable" needs to be clarified in the recovery criteria, especially for colonies that only have had qualitative monitoring.

- In the long-term, retain the USFS and BLM butterfly collecting closures around Mt. Uncompahgre and Redcloud Peak and develop a post-delisting management plan to ensure on-the-ground threats remain low at all colonies. Through the management plan, state that collecting closures will be placed around all colonies or that permits for collecting will not allow more than one UFB to be annually collected on colonies in coordination with the Service.

26

## 5.0 REFERENCES

Alexander, K.D., and A.G. Keck. 2007. Analysis of population trends (1996-2006) for the federally endangered Uncompahgre fritillary butterfly (*Boloria acrocnema*). Final report prepared for the U.S. Fish and Wildlife Service. 20 pp.

Alexander, K.D., and A.G. Keck. 2018. Draft Uncompahgre fritillary butterfly monitoring and inventory: 2017 report and status. Report prepared for the U.S Forest Service, Bureau of Land Management, and U.S. Fish and Wildlife Service. 23 pp.

Boggs, C.L. and D.W. Inouye. 2012. A single climate driver has direct and indirect effects on insect population dynamics. Ecology Letters 15:502-508.

Britten, H.B., and P.F. Brussard. 1992. Genetic divergence and the Pleistocene history of the alpine butterflies *Boloria improba* (Nymphalidae) and the endangered *Boloria acrocnema* (Nymphalidae) in western North America. Can J. Zool. 70:539-548.

DeValpine, P. and J. Harte. 2001. Plant responses to experimental warming in a montane meadow. Ecology 82:637-648.

Ellingson, A.R. 2003. Uncompahgre fritillary butterfly monitoring and inventory: 2002 field report and status. Unpublished report prepared for the U.S. Forest Service, U.S. Bureau of Land Management, and the U.S. Fish and Wildlife Service. 52 pp.

Gall, L.F., and F.A.H. Sperling. 1980. A new high altitude species of *Boloria* from southwestern Colorado (Nymphalidae), with a discussion of phenetics and hierarchical decisions. J. Lepidopterists's Soc. 34:230-252.

Gezon, Z.J., D.W. Inouye, and R.E. Irwin. 2016. Phenological change in a spring ephemeral: implications for pollination and plant reproduction. Global Change Biology 22:1779-1793.

Gianniny, G. 2018. Hydrologic and soil characteristics on Uncompahgre fritillary butterfly (Clossiana improba) habitat. Abstract prepared for Geological Society of America annual meeting in Indianapolis, Indiana, USA – 2018. 1p.

Harte, J. and R. Shaw. 1995. Shifting dominance within a montane vegetation community: results from a climate-warming experiment. Science 267:876-880.

Harte, J., S. Saleska, and C. Levy. 2015. Convergent ecosystem responses to 23-year ambient and manipulated warming link advancing snowmelt and shrub encroachment to transient and long-term climate–soil carbon feedback. Global Change Biology 21:2349-2356.

Intergovernmental Panel on Climate Change. 2007. Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and

Rvsd Plan - 00004182

Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland. 104 pp.

Intergovernmental Panel on Climate Change. 2014. Climate Change 2014: Synthesis Report.
Contribution of Working Groups I, II and III to the Fifth Assessment Report of the
Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and
L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland, 151 pp.

Lukas, J., J. Barsugli, N. Doesken, I. Rangwala, and K. Wolter. 2014. Climate change in
Colorado: A synthesis to support water resources management and adaptation. A Report
for the Colorado Water Conservation Board. Western Water Assessment. 114 pp.

Miller, L.D., and F.M. Brown. 1981. A catalogue/checklist of the butterflies of America North
of Mexico. The Lepidopterists' Society Memoir No. 2.

Monroe, E.M., K.D. Alexander, and H.B. Britten. 2016. Still here after all these years: the
persistence of the Uncompahgre fritillary butterfly. J. Insect Conservation Online version
downloaded May 22, 2017, DOI10.1007/s10841-016-9867-9. 11pp.

Panetta, A.M., M.L. Stanton, and J. Harte. 2018. Climate warming drives local extinction:
Evidence from observation and experimentation. Science Advances 4(2), eaaq 1819.
Online version downloaded August 20, 2018, DOI: 10.1126/sciadv.aaq1819. 8pp.

Perfors, T., J. Harte, and S.E. Alter. 2003. Enhanced growth of sagebrush (*Artemisia tridentata*)
in response to manipulated ecosystem warming. Global Change Biology 9:736-742.

Ray, J.R., J.J. Barsugli, and K.B. Averyt. 2008. Climate Change in Colorado. A Synthesis to
Support Water Resources Management and Adaptation. A Report by the Western Water
Assessment for the Colorado Water Conservation Board.

Roland, J. and S.F. Matter. 2016. Pivotal effect of early-winter temperatures and snowfall on
population growth of alpine Parnassius smintheus butterflies. Ecological Monographs
86:412-428.

Scott, J.A. 1986. The butterflies of North America – A natural history and field guide. Stanford
Univeristy Press, Stanford, CA, USA. 583 pp.

Seidl, A.L. 1996. Oviposition behavior and larval bilogy of the endangered Uncompahgre
fritillary *Boloria acrocnema* (Nymphalidae). J. Lepidopterists Society 50:290-296.

Simonsen, T.J. 2005. *Boloria* phylogeny (Lepidoptera: Nymphalidae): tentatively reconstructed
on the basis of male and female genitalic morphology. Systematic Entomology 30:653-
665.

Simonsen, T.J., N. Wahlberg, A.D. Warren, and F.A.H. Sperling. 2010. The evolutionary
history of *Boloria* (Lepidoptera: Nymphalidae): phylogeny, zoogeography and larval-
foodplant relationships. Systematics and Biodiversity 8:513-529.

Rvsd Plan - 00004183

Tuzov, V.K. and G.C. Bozano. 2006. Guide to the butterflies of the Palearctic region: Nymphalidae part II, Tribe Argynnini, *Boloria*, *Proclossiana*, *Clossiana*. Pages 30, 31, and 50. OMNES ARTES s.a.s., Milano, Italy. 72pp.

U.S. Bureau of Land Management. 1993. Colorado State Office, Montrose District, Gunnison Resource Area, record of decision, approved resource management plan, and rangeland program summary. 66 pp. + appendices.

U.S. Department of Justice. 1993. United States v. Richard J Skalski, Thomas W. Kral and Marc L. Grinnell, United States District Court Case No. CR 93-20137. 85 pp.

U.S. Fish and Wildlife Service. 1983. Endangered and threatened species listing and recovery priority guidelines. Federal Register 48:43098-43105.

U.S. Fish and Wildlife Service. 1991. Endangered and threatened wildlife and plants; Uncompahgre fritillary butterfly determined to be endangered - Final Rule. Federal Register 56:28712-28718.

U.S. Fish and Wildlife Service. 1994. Uncompahgre fritillary butterfly recovery plan. 20 pp.

U.S. Fish and Wildlife Service and National Marine Fisheries Service. 1996. Policy regarding the recognition of distinct vertebrate population segments under the Endangered Species Act. Federal Register 61:4722-4725.

U.S. Fish and Wildlife Service. 2008. Letter to Tracy Parker, Acting Deputy Forest Supervisor, Grand Mesa, Uncompahgre, and Gunnison National Forests. December 16, 2008. 1 p.

U.S. Fish and Wildlife Service. 2010. Uncompahgre Fritillary Butterfly (*Boloria acrocnema*) 5-Year Review: Summary and Evaluation. 19pp.

U.S. Fish and Wildlife Service. 2016. Endangered and threatened wildlife and plants; initiation of 5-year status reviews of 21 species in the Mountain-Prairie Region. Federal Register 81:33698-33700.

U.S. Forest Service. 1984. Grand Mesa Uncompahgre, and Gunnison National Forests occupancy and use of national forests, Cebolla Ranger District. Supervisor's Order #09-84. 1 p.

Van Dyck, H., D. Bonte, R. Puls, K. Gotthard and D. Maes. 2015. The lost generation hypothesis: could climate change drive ectotherms into a developmental trap? Oikos 124:54-61.

Wilcove, D.S. 1980. A report on the birds of Uncompahgre with reference to their predation on Boloria acrocnema. Unpublished report prepared for Larry Gall and the Xerces Society.

Rvsd Plan - 00004184

# U.S. FISH AND WILDLIFE SERVICE
## 5-YEAR REVIEW
### of the Uncompahgre fritillary butterfly
### *(Clossiana improba acrocnema)*

**Current Classification**: Endangered range-wide

**Recommendation resulting from the 5-Year Review**:

    \_\_\_\_ Downlist to Threatened
    \_\_\_\_ Uplist to Endangered
    \_\_\_\_ Delist
    **X** No change needed

**Review Conducted By**: Terry Ireland, Western Slope Office, Colorado Ecological Services

**FIELD OFFICE APPROVAL**:

**Western Slope Supervisor, Colorado Ecological Services, Fish and Wildlife Service**

Approve _____    Date 7/28/18

Western Slope Supervisor, Colorado Ecological Services

Rvsd Plan - 00004185



# Canada Lynx Conservation Assessment and Strategy

## 3rd Edition — August 2013

http://www.fs.fed.us/biology/resources/pubs/wildlife/index.html

Rvsd Plan - 00004187

## Acknowledgments

We would like to thank the interagency Steering Committee, chaired first by Kathy McAllister and later by Jane Cottrell of the USDA Forest Service, Northern Region, for guidance and support.

The Science Team published the foundational scientific assessment, "Ecology and Conservation of Lynx in the United States" (Ruggiero et al. 2000a) and provided invaluable assistance and advice to the Lynx Biology Team. Even after the Science Team completed its assignment and was dissolved, several of its members continued to give generously of their time and expertise.

We are indebted to John Squires, Rocky Mountain Research Station, USDA Forest Service, for sharing information and insights from his research on lynx. John contributed directly to this revision of the LCAS by administering the contract to update the conservation assessment, providing review and comment on early drafts, and arranging and administering a formal peer review of this document.

We would like to acknowledge the important contributions by Ben Maletzke and Jennifer Burghardt-Dowd. Under the contract administered by the Rocky Mountain Research Station, they compiled relevant new scientific literature produced from 2000 to 2010 and proposed new text that would incorporate the new information on the ecology of lynx and snowshoe hare into the lynx assessment.

We would like to acknowledge Eric Odell of Colorado Parks and Wildlife for his participation and contributions throughout the revision of this document, particularly the update of information concerning the Southern Rocky Mountains Geographic Area. Ron Moen, Natural Resource Research Institute, University of Minnesota, Duluth, Minnesota, provided a key role in updating the information concerning the Great Lakes Geographic Area.

Thanks to wildlife agency staff from the states of Montana, Wyoming, Colorado, New Mexico, Utah, Oregon and Idaho for their interest in and review of the document. We also appreciate the helpful review provided by Rich Weir, British Columbia, Canada.

We are grateful for the thorough, perceptive and constructive comments by a panel of peer reviewers: Drs. Keith Aubry, Gary Koehler, Angela Fuller, and Ron Moen, led by Dr. John Squires. Their review greatly improved the final document, and any remaining errors are our own.

Bob Naney and Nancy Warren coordinated reviews, responded to the peer review comments, and served as principal editors of the revised LCAS. Kim Foiles, Northern Region, USDA Forest Service, formatted the map (Figure 3.1). Technical editing of the final draft in preparation for web publication was provided by Rachel White, Pacific Northwest Research Station, USDA Forest Service.

**How to cite this publication:**

Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp.

*Cover photo credits:*
Mark Ball (Canada lynx)
USDA Forest Service (Canada lynx at night)
Robert Naney (landscape)

Rvsd Plan - 00004188

## Interagency Lynx Biology Team, current members

| Name: | Representing: |
|---|---|
| Scott Jackson | USDA Forest Service (Team Leader) |
| Kurt Broderdorp | USDI Fish and Wildlife Service, Mountain-Prairie Region |
| Susan Catton | USDA Forest Service, Eastern Region |
| Bryon Holt | USDI Fish and Wildlife Service, Pacific Region |
| Lee Jacobson | USDA Forest Service, Intermountain Region |
| Mark McCollough | USDI Fish and Wildlife Service, Northeast Region |
| Peter McDonald | USDA Forest Service, Rocky Mountain Region |
| Bob Naney | USDA Forest Service, Pacific Northwest Region |
| Tamara Smith | USDI Fish and Wildlife Service, Midwest Region |
| Kristi Swisher | USDA Forest Service, Northern Region |
| Jim Sparks | USDI Bureau of Land Management |
| Anne Vandehey | USDI Fish and Wildlife Service, Mountain-Prairie Region |
| Nancy Warren | USDI Fish and Wildlife Service (contractor) & past representative of USDA Forest Service, Northern Region and Rocky Mountain Region |
| Mike Wrigley | USDI National Park Service, Intermountain Region |
| Jim Zelenak | USDI Fish and Wildlife Service, Mountain-Prairie Region |

## Past members

| Name: | Representing: |
|---|---|
| Tim Bertram | USDA Forest Service, Northern Region |
| Danielle Chi | USDA Forest Service, Intermountain Region |
| Jim Claar | USDA Forest Service (Team Leader) |
| Phil Delphey | USDI Fish and Wildlife Service, Midwest Region |
| Steve Gniadek | USDI National Park Service, Glacier National Park |
| Lyle Lewis | USDI Bureau of Land Management |
| Steve Mighton | USDA Forest Service, Eastern Region |
| Bill Noblitt | USDA Forest Service, Intermountain Region |
| Cay Ogden | USDI National Park Service, Intermountain Region |
| Gary Patton | USDI Fish and Wildlife Service, Mountain-Prairie Region |
| Tony Rinaldi | USDA Forest Service, Eastern Region |
| Bill Ruediger | USDA Forest Service (Team Leader) |
| Joel Trick | USDI Fish and Wildlife Service, Midwest Region |
| Fred Wahl | USDA Forest Service, Rocky Mountain Region |
| Dick Wenger | USDA Forest Service, Intermountain Region |
| Joyce Whitney | USDI Bureau of Land Management |
| Al Williamson | USDA Forest Service, Eastern Region |

# Table of contents

ACKNOWLEDGMENTS ..................................................................................................................... i

Interagency Lynx Biology Team members ......................................................................................... ii

**Chapter 1**– INTRODUCTION ........................................................................................................ 1

Purpose and history of the Lynx Conservation Assessment and Strategy ........................................ 1

Synopsis of major changes from the previous edition ...................................................................... 1

History of ESA listing actions and relationship to the LCAS .......................................................... 2

Why the LCAS is still useful and needed ......................................................................................... 3

Guiding principles .......................................................................................................................... 4

How the document is organized ..................................................................................................... 4

**Chapter 2**– OVERVIEW OF LYNX ECOLOGY ......................................................................... 6

Description of lynx ......................................................................................................................... 6

Lynx activity patterns ..................................................................................................................... 7

Lynx diet ......................................................................................................................................... 9

    Snowshoe hare ecology .......................................................................................................... 10

    Red squirrel ecology .............................................................................................................. 18

Lynx hunting behavior .................................................................................................................. 21

Lynx distribution .......................................................................................................................... 22

    States with verified records of lynx ....................................................................................... 22

    States with verified records but not thought to support resident populations of lynx ............ 22

Lynx population density and home range size ............................................................................... 23

Description of lynx habitat ........................................................................................................... 24

Lynx population dynamics ............................................................................................................ 30

Genetic variation across the range of lynx ................................................................................... 34

Hybridization with bobcats .......................................................................................................... 35

Interspecific relationships with other carnivores ......................................................................... 35

**Chapter 3**– LYNX GEOGRAPHIC AREAS ................................................................................ 37

Northeast Geographic Area .......................................................................................................... 38

    Geographic extent ................................................................................................................. 38

    Lynx population status and distribution ................................................................................ 39

    Lynx habitat .......................................................................................................................... 40

    Connectivity of lynx populations and habitats ..................................................................... 42

    Snowshoe hare population distribution and habitat .............................................................. 42

    Human activities and developments in the Northeast ........................................................... 43

Great Lakes Geographic Area ....................................................................................................... 43

    Geographic extent ................................................................................................................. 43

    Lynx population status and distribution ................................................................................ 44

    Lynx habitat .......................................................................................................................... 45

    Connectivity of lynx populations and habitats ..................................................................... 47

    Snowshoe hare population distribution and habitat .............................................................. 47

    Human activities and developments in the Great Lakes ....................................................... 48

Southern Rocky Mountains Geographic Area ............................................................................... 50

    Geographic extent ................................................................................................................. 50

    Lynx population status and distribution ................................................................................ 50

    Lynx habitat .......................................................................................................................... 52

Rvsd Plan - 00004190

Connectivity of lynx populations and habitats................................................................53
Snowshoe hare population distribution and habitat.........................................................54
Human activities in the Southern Rockies.....................................................................55
Northern Rocky Mountain Geographic Area ....................................................................56
Geographic extent.......................................................................................................56
Lynx population status and distribution.........................................................................57
Lynx habitat...............................................................................................................59
Connectivity of lynx populations and habitats................................................................60
Snowshoe hare population distribution and habitat.........................................................61
Human activities and developments in the Northern Rockies............................................62
Cascade Mountains Geographic Area ............................................................................63
Geographic extent.......................................................................................................63
Lynx population status and distribution.........................................................................64
Lynx habitat...............................................................................................................64
Connectivity of lynx populations and habitats................................................................65
Snowshoe hare population distribution and habitat.........................................................66
Human activities in the Cascades..................................................................................66
**Chapter 4**– ANTHROPOGENIC INFLUENCES ON LYNX AND LYNX HABITAT ................68
First tier of anthropogenic influences...............................................................................69
Climate change...........................................................................................................69
Vegetation management...............................................................................................71
Wildland fire management............................................................................................75
Fragmentation of habitat .............................................................................................76
Second tier of anthropogenic influences ...........................................................................78
Incidental trapping......................................................................................................79
Recreation.................................................................................................................80
Minerals and energy exploration and development .........................................................83
Illegal shooting...........................................................................................................84
Forest/backcountry roads and trails...............................................................................84
Grazing by domestic livestock......................................................................................85
**Chapter 5**– CONSERVATION STRATEGY ....................................................................86
Approach to development of conservation measures ..........................................................86
Lynx Analysis Units.......................................................................................................86
Core areas and secondary/peripheral areas.......................................................................87
Relationship of the LCAS to land management plans..........................................................88
Relationship to designated critical habitat.........................................................................89
Core areas: conservation measures ..................................................................................89
First tier of anthropogenic influences.............................................................................90
Second tier of anthropogenic influences.........................................................................94
Secondary/peripheral areas: conservation measures..........................................................96
**Chapter 6**– INVENTORY, MONITORING, AND RESEARCH...............................................97
Inventory .....................................................................................................................97
Monitoring ...................................................................................................................97
Research needs .............................................................................................................98
LITERATURE CITED..........................................................................................................99
GLOSSARY ..................................................................................................................123

# Chapter 1 - INTRODUCTION

## Purpose and history of the Lynx Conservation Assessment and Strategy

The Lynx Conservation Assessment and Strategy (LCAS) was developed to provide a consistent and effective approach to conserve Canada lynx (*Lynx canadensis*), hereafter referred to as lynx, and to assist with Section 7 consultation under the Endangered Species Act (ESA) on federal lands in the contiguous United States. An action plan that identified the need for preparation of a lynx conservation strategy was approved by the affected Regional Foresters of the USDA Forest Service (FS), State Directors of the Bureau of Land Management (BLM), and Regional Directors of the U. S. Fish and Wildlife Service (FWS) on June 5, 1998. The National Park Service (NPS) joined the effort later that month.

In accordance with the action plan, an interagency Steering Committee was established to guide lynx conservation efforts. The Steering Committee selected a Science Team, led by Dr. Leonard Ruggiero, FS-Rocky Mountain Research Station, to assemble the best available scientific information on lynx, and appointed a Lynx Biology Team, led by Bill Ruediger, FS-Northern Region, to prepare a lynx conservation strategy applicable to federal land management in the contiguous United States.

The first edition of the LCAS was completed in January, 2000, with the second edition issued in August, 2000. Several amendments and clarifications were subsequently issued through the Steering Committee.

The LCAS is designed for application on federal lands. However, the information, concepts, and conservation measures could also be applied if desired when planning and managing lynx habitat on non-federal lands.

## Synopsis of major changes from the previous edition

This edition of the LCAS provides a full revision, incorporating all prior amendments and clarifications, substantial new scientific information that has emerged since 2000 including related parts of the Lynx Recovery Plan Outline, as well as drawing on experience gained in implementing the 2000 LCAS. The document has been reorganized and condensed to improve readability and reduce redundancy.

Chapter 3, Lynx Geographic Areas, has been substantially revised to incorporate new information about lynx and lynx habitat. The map (Fig. 3.1) has also been updated.

Chapter 4, formerly titled Risk Factors, is here retitled as Anthropogenic Influences on Lynx and Lynx Habitat. The anthropogenic influences are grouped into 2 tiers based on the potential magnitude of effects on lynx and their habitats. For each anthropogenic influence, there is an explanation of how it may influence key drivers of lynx population dynamics: the snowshoe hare (*Lepus americanus*) prey base, direct mortality of lynx, and the risks associated with small population size.

The chapters that formerly described Planning Area and Project Level were eliminated in this edition. The original intent was to provide the perspective of a multi-tier spatial hierarchy in discussing status, trends, and concerns relative to lynx and lynx habitat. In retrospect, however, these 2 chapters were redundant to material already presented in the previous chapters.

Rvsd Plan - 00004192

Chapter 5, Conservation Strategy, incorporates concepts from the Canada Lynx Recovery Outline (U.S. Fish and Wildlife Service 2005). Specifically, conservation efforts for lynx are not to be applied equally across the range of the species, but instead more focus is given to high priority areas: the core areas. Further, we combined secondary areas and peripheral areas (which were also identified in the recovery outline) into one category, because they have similar characteristics and management recommendations. The intent is to place more emphasis on protection of the core areas, which support persistent lynx populations and have evidence of recent reproduction, and less stringent protection and greater flexibility in secondary/peripheral areas, which only support lynx intermittently. Chapter 5 presents conservation measures only for those anthropogenic influences that are within the authority of the federal agencies, and identifies areas where they should be applied.

Guidance provided in the revised LCAS is no longer written in the framework of objectives, standards, and guidelines as used in land management planning, but rather as conservation measures. This change was made to more clearly distinguish between the management direction that has been established through the public planning and decision-making process, versus conservation measures that are meant to synthesize and interpret evolving scientific information.

### History of ESA listing actions and relationship to the LCAS

The FWS published a proposed rule on July 8, 1998 to list the lynx under the ESA of 1973, as amended (Federal Register Volume 63, No. 130, pp. 36994–37013). On March 24, 2000, the FWS published the final rule listing the Contiguous United States Distinct Population Segment (DPS) as a threatened species (Federal Register Vol. 65, No. 58, pp. 16052–16086). In its analysis of threats to the species, the FWS concluded that the single factor threatening the DPS was the inadequacy of existing regulatory mechanisms, specifically the lack of guidance for conservation of lynx in National Forest Land and Resource Management Plans and BLM Land Use Plans. The LCAS served as the foundation for review and amendment of those plans, as needed, to provide for the conservation of lynx.

The decision to list lynx as a single DPS and as threatened (rather than endangered) was challenged and the courts remanded the decision back to the FWS. On July 3, 2003, the FWS published a Notice of Remanded Determination of Status for the Contiguous United States Distinct Population Segment of the Canada Lynx (Federal Register Vol. 68, No. 28, pp. 40076–40101). In its finding (here referred to as the Remanded Rule), the FWS again evaluated the threats to lynx and reaffirmed its previous conclusion that endangered status was not warranted. The FWS indicated that many activities that may affect the lynx and its habitat have only local effects, which can vary depending on the quality and quantity of habitat available. The relative importance of each threat was also described for each geographic area. In the Remanded Rule, the FWS discussed the periodic immigration of lynx from Canada and its possible role in sustaining the smaller populations of lynx in the contiguous United States. These new understandings were incorporated into agency planning and management where appropriate.

A Recovery Outline for the Contiguous United States DPS of Canada Lynx (U.S. Fish and Wildlife Service 2005) was prepared by the FWS and made available on Sept. 14, 2005. A recovery outline is intended to provide interim guidance for consultation and recovery efforts until a formal recovery plan has been approved. No recovery plan has yet been developed for the lynx. This revision of the LCAS considered, incorporated, and in some cases modified or elaborated on the concepts that were put forward in the 2005 recovery outline.

Under the recovery outline, lynx habitat was stratified into core, secondary, and peripheral areas based on lynx occupancy, reproduction, and use as documented by historical and current records. The recovery outline did not establish recovery goals, but did identify a preliminary set of objectives and potential recovery actions for each area.

**Core** areas were identified by FWS where there was strong evidence of long-term persistence of lynx populations, including both historical records of lynx occurrence over time, and recent (within the past 20 years) evidence of presence and reproduction. A core area contains large, connected patches of boreal forest, encompassing at least 1,250 km$^2$ (480 mi$^2$). The term boreal forest is used here to include the true boreal forest, which is a zone extending south of the arctic tundra, as well as the southern transitional regions as described by Agee (2000) for the northeastern and Great Lakes regions (eastern hardwoods and temperate and boreal conifers) and the western United States (subalpine forests).

**Secondary** areas were identified by FWS where there were historical records of lynx presence, but fewer than in core areas, and no recent documentation of presence or reproduction; or where there were historical records of lynx, but current status is unknown due to lack of recent surveys.

**Peripheral** areas were identified by FWS where there were sporadic historical records of lynx, which generally correspond to cyclic population highs in Canada, and there was no evidence of reproduction. Because boreal forest in peripheral areas occurs in small and more isolated patches (such as an isolated mountain range), these areas are considered to be incapable of supporting self-sustaining populations of lynx.

Critical habitat for the lynx was designated on November 9, 2006 (Federal Register Vol. 71, No. 217, pp. 66008–66061). On July 20, 2007, the FWS announced that the final critical habitat rule would be reviewed in light of questions that had been raised about the integrity of the decision-making process. Based on this review, the FWS concluded that the final rule was improperly influenced by the then-Deputy Assistant Secretary of the Interior. On January 15, 2008, the U. S. District Court for the District of Columbia issued an order establishing deadlines for reissuing the critical habitat rule. The revised final rule designating critical habitat was published in the Federal Register, Vol. 74, No. 36, pp. 8616–8702 on February 25, 2009. Approximately 101,010 km$^2$ (39,000 mi$^2$) distributed in 5 units within the states of Maine, Minnesota, Montana, Wyoming, Idaho, and Washington were encompassed within the boundaries of the revised critical habitat. In July and September of 2010, the District Courts in Montana and Wyoming, respectively, took exception to parts of the revised critical habitat designation and again remanded the rule to the FWS. A proposed revised rule is scheduled for publication in September 2013 and a final rule within the following 12 months. The 2009 final rule will remain in effect until completion of the remanded critical habitat designation.

In this revision of the LCAS, the discussion of geographic areas and the development of conservation measures were informed by the Remanded Rule, the Recovery Outline, the revised final critical habitat rule, and other information that has become available since 2000.

### Why the LCAS is still useful and needed

In response to the listing decision in 2000, the FS and the BLM entered into conservation agreements with the FWS. In these agreements, the agencies acknowledged the LCAS as one of the sources of the best available scientific information to assist in conservation of lynx. The agreements were to remain in place until such time as forest plans and land use plans could be amended or revised to incorporate management direction specific to conservation of lynx.

When the first edition of the LCAS was written, most lynx research had been conducted in Alaska and Canada, and little published literature was available regarding lynx in the contiguous United States (Ruediger et al. 2000). Since then, new research has been conducted throughout the range of the lynx and the body of scientific literature has expanded substantially. This revised LCAS provides an updated synthesis of the best available scientific infor-

mation about lynx ecology and responses to management.

The LCAS continues to fulfill important roles in promoting conservation of the species on federal lands, particularly in the absence of an approved recovery plan, and in assisting biologists in supporting their determinations of effect and conducting ESA Section 7 consultation. In recognition of these ongoing roles, a revision of the LCAS was initiated in September, 2010. At the request of the Steering Committee, Dr. John Squires, FS-Rocky Mountain Research Station, led a review of the research and published scientific literature produced since 2000, and provided the Lynx Biology Team with a draft update of the assessment portion of the LCAS. The Lynx Biology Team built on that work to complete this revision of the LCAS.

Forest plans are prepared and implemented in accordance with the National Forest Management Act of 1976. Amendments or revisions to FS plans have been completed in the Eastern Region, Northern Region, Rocky Mountain Region, and Intermountain Region to better address conservation of the lynx. In the Pacific Northwest Region, forest plans for national forests with lynx habitat are currently being revised. The management direction contained in a forest plan guides project development and must be followed. The updated information and understandings in the revised LCAS may be useful for project planning and implementation, as well as helping to inform future amendments or revisions of forest plans.

The BLM and NPS continue to rely on the LCAS along with other sources of information to guide management of lynx habitat. The updated LCAS will assist these agencies in planning and designing their programs and projects.

## Guiding principles

We relied on these guiding principles in developing and revising the LCAS:

- **Use the best scientific information available about lynx.** We relied on information from research throughout the range of the species, recognizing that behavior and habitat use may differ in various portions of its range. We incorporated information about the ecology of its primary prey species, snowshoe hare, and an alternate prey species, red squirrel (*Tamiasciurus hudsonicus*). As the basis for management recommendations, we relied primarily upon peer-reviewed publications. If no published sources were available on a given topic, we considered information from theses, dissertations, or other unpublished sources.
- **Address conflicting information.** In a few cases, different authors reached different or even opposing conclusions about a particular topic. In these situations we considered all the available information, assessed the rigor of the methods used in each study, and provided the rationale for the conclusions we reached.
- **Integrate a consideration of natural ecological processes and landscape patterns with knowledge of lynx habitat requirements**. Integrating knowledge about broad ecological processes and species-specific requirements is more likely to result in a strategy that is feasible to implement and sustainable over the long term.

## How the document is organized

Chapters 2–4 of the document constitute the conservation assessment. These chapters provide a review and synthesis of the scientific foundation for the conservation of lynx. An overview of lynx ecology is presented in Chapter 2, followed by an assessment of lynx population status and habitat conditions for each of the geographic areas: Northeast, Great Lakes, Southern Rocky Mountains, Northern Rocky Mountains, and Cascade Mountains. Next we describe and prioritize the anthropogenic influences that may affect lynx or lynx habitat.

Based on the foundation of the conservation assessment, Chapter 5 presents the conservation strategy for lynx. The conservation measures contained in the strategy are compatible with the concepts and potential recovery actions put forward in the recovery outline (U.S. Fish and Wildlife Service 2005).

Chapter 6 summarizes information gained from past inventories and discusses the needs and priorities for future inventory of lynx populations and habitat. This chapter also describes important needs for future monitoring and research. Monitoring and applied research are essential to continue to adapt and improve management approaches that support lynx conservation.

Rvsd Plan - 00004196

# Chapter 2 - OVERVIEW OF LYNX ECOLOGY

## Description of lynx

Canada lynx are medium-sized cats, 75–90 cm (30–35 in) long and weighing 6–14 kg (13–31 lb; Quinn and Parker 1987, Moen et al. 2010*a*). They have large feet (Plate 2.1) adapted to walking on snow, long legs, tufts on the ears, and black-tipped tails (Plate 2.2).



Jeremy Anderson, USDA Forest Service.

**Plate 2.1.** Lynx have large furry feet, an adaptation for travel through deep, fluffy snow.



Jeff Heinlen, WA Department of Fish and Wildlife

Northern Rockies Lynx Project, Rocky Mountain Research Station, USDA Forest Service.

**Plate 2.2.** Canada lynx characteristics include a ruffed face, ear tufts, black-tipped tail, long legs, and large feet.

## Lynx activity patterns

**Circadian activity pattern.** Kolbe and Squires (2007) reported on lynx activity patterns in Montana. Periods of activity varied by sex, season, and reproductive status, and were not consistently synchronous with the activity patterns of snowshoe hares. In winter, males were most active during daylight hours, with peaks in the afternoon or early evening; in summer, males tended to be more crepuscular in their activities. In contrast, female lynx that were rearing kittens during the summer months were most active during daylight hours, when the mean ambient temperature was highest. One female lynx without kittens had crepuscular patterns of activity similar to those of male lynx during summer.

**Daily movements.** Daily movements of lynx within their home ranges are centered on continuous forest, and they frequently use ridges, saddles, and riparian areas (Koehler 1990a, Staples 1995). Snow-tracking revealed that lynx avoid large openings (Staples 1995, Squires et al. 2010), either natural (Koehler 1990a) or created (Maletzke et al. 2008) when moving through their home ranges.

Fuller and Harrison (2010) found that daily movement distances of lynx in Maine varied by gender, season, and in relation to prey. The movement paths of female lynx raising kittens had higher sinuosity, apparently reflecting a preference to remain in habitats with dense horizontal cover and good accessibility to prey. In contrast, males appeared to make more linear movements, and tended to use skid trails and areas with less dense understory more frequently than females (Fuller and Harrison 2010).

In Minnesota, 3 female lynx used a foraging radius of approximately 2–3 km (1.2–1.8 mi) when kittens were at the den (Moen et al. 2008). In contrast, >50% of GPS collar locations were >2 km away from the den site during pre-denning and post-denning periods. Net displacement rates of 1–2 km/day (0.6–1.2 mi) were similar to rates reported from some other southern lynx populations (Apps 2000, Squires and Laurion 2000).

Squires et al. (2013) used global positioning system (GPS) collars programmed to record locations every 30 minutes every other day for 33 individual lynx during winter and 28 lynx during summer; the average daily movement rate of those lynx in Montana was 6.9 km/day (4.2 mi/day). Olson et al. (2011) monitored 4 denning females in Montana and reported that daily distances moved were shorter during the period from parturition until the kittens were 2 months old, as compared to movement distances before the kittens were born.

Ward and Krebs (1985), using VHF radio telemetry (to calculate the straight-line distance between locations on consecutive days) in southwestern Yukon, documented an increase in the radius of lynx daily movements as snowshoe hare densities decreased. Straight-line daily travel distance remained constant at about 2.2–2.7 km/day (1.3–1.6 mi/day) at hare densities above 1.0 hare/ha (0.4 hares/ac). Below 1.0 hare/ha (0.4 hares/ac), straight-line daily travel distances increased rapidly, reaching 5.5 km/day (3.3 mi/day) at 0.2 hares/ha (0.08 hares/ac). Below about 0.5 hares/ha (0.2 hare/ac), several lynx abandoned their home ranges and became nomadic, although they remained within the general study area. Parker et al. (1983) used VHF radio telemetry to relocate 1 adult female and reported the female's daily movement distance as 8.8 km (5.3 mi) in winter and 10 km (6.2 mi) in summer.

**Exploratory movements.** Aubry et al. (2000) defined exploratory movements as long-distance movements beyond identified home range boundaries, in which the animal returned to its original home range. Exploratory movements by lynx have been documented to occur within most of the geographic areas.

In Maine, lynx made long distance movements throughout the year from a study area in northwestern Maine,

often returning to reoccupy their home range (Vashon et al. 2012). Distances of 52–403 km (31–242 mi) were recorded for movements into Quebec, and distances of 142–227 km (85–136 mi) were recorded for movements within the state of Maine.

In Minnesota, Moen et al. (2010b) reported lynx making long distance movements at all times of the year. Exploratory movements were greatest for males during the breeding season in March (Burdett et al. 2007). Resident lynx made long distance movements lasting days to a few months into Ontario and back during the pre-denning period.

In Montana, Wyoming, and southern British Columbia, exploratory movements by resident lynx during the summer months were documented by Squires and Laurion (2000), Squires and Oakleaf (2005), and Apps (2000), respectively. Distances of these exploratory movements in Montana ranged from about 15–40 km (9–25 mi), and duration away from the home range was 1 week to several months (Squires and Laurion 2000). In Wyoming, during 3 consecutive summers, a resident lynx was documented to travel a similar exploratory path (minimum path distance of 728 km [452 mi]) from its home range in the Wyoming Range, to the Wind River and Teton Ranges, and back (Squires and Oakleaf 2005).

Summer exploratory movements were not detected in north-central Washington (Koehler 1990a), nor have exploratory movements been recorded in the northern boreal forest (Mowat et al. 2000). It is unclear whether such movements did not occur, or were simply not observed due to the methods and frequency of monitoring employed in these studies.

**Dispersal.** Dispersal is the permanent movement of an animal to a new home range. Animals that are dispersing often cross areas such as frozen lakes, deserts, and farmland that are not typical lynx habitat (Ward and Krebs 1985). Mortality of dispersing lynx is speculated to be high, particularly for those individuals moving long distances through areas that lack adequate lynx habitat or resident populations (McKelvey et al. 2000b). However, this speculation is based primarily on trapping mortality information, rather than a study of the known fates of marked animals. Therefore, the extent to which dispersing lynx are able to successfully colonize new habitat is largely unknown.

It has been reported that female lynx tend to establish home ranges adjacent to their mother (Mowat and Slough 1998), while young males are more likely to disperse. However, an analysis of fine-scale genetic structure of lynx populations in Alberta, Canada suggested that dispersal distances did not significantly differ between males and females (Campbell and Strobeck 2006).

Dispersal distances of up to 1,000 km (620 mi) have been recorded for lynx (Mech 1980, Slough and Mowat 1996, Poole 1997). During dispersal, the minimum daily travel rate of 3 individual lynx was 1.7–8.3 km (1–5 mi) per day (Ward and Krebs 1985). Dispersing lynx did not appear to travel farther per day than resident lynx, but most movement was directional (Mowat et al. 2000).

In Canada, adult and subadult lynx of both sexes were documented making long-distance movements during periods of prey scarcity (Slough and Mowat 1996, Poole 1997). During the cyclic low of hare numbers in the Yukon, rates of emigration from established home ranges increased (O'Donoghue et al. 2001). Many of the lynx that were translocated to Colorado also made extensive movements (Devineau et al. 2010).

## Lynx diet

Snowshoe hares (Plate 2.3) are the primary prey of lynx throughout their range (Mowat et al. 2000).



**Plate 2.3.** Across the range of lynx, snowshoe hares are the primary prey. The color of the fur changes seasonally, from white in winter to brown in summer.

It is thought that the summer diet of lynx may include a greater diversity of prey species than in winter, due to the greater seasonal availability of prey (Quinn and Parker 1987, Koehler and Aubry 1994, Mowat et al. 2000). The summer diet of lynx has not been quantified in the southern portion of its range, although some anecdotal information is available.

Red squirrels (Plate 2.4) are reported to be the second most important food source for lynx in Alaska (Staples 1995) and the main alternate prey of lynx during periods of low hare abundance in Yukon Territory (O'Donoghue 1997). Other prey species taken across the range of the lynx include grouse (*Bonasa umbellus*, *Dendragopus* spp., *Lagopus* spp.), northern flying squirrel (*Glaucomys sabrinus*), ground squirrels (*Spermophilus parryii*, *S. richardsonii*, *Urocitellus columbianus*), porcupine (*Erethrizon dorsatum*), beaver (*Castor canadensis*), mice (*Peromyscus* spp.), voles (*Microtus* spp.), shrews (*Sorex* spp.), weasels (*Mustela* spp.), fish, and ungulates as carrion (Saunders 1963*a*, van Zyll de Jong 1966, Nellis et al. 1972, Brand et al. 1976, Brand and Keith 1979, Koehler 1990*a*, Staples 1995, O'Donoghue et al. 1998, Olson et al. 2011). Male lynx have opportunistically killed white-tailed deer (*Odocoileus virginianus*) and mule deer (*Odocoileus hemionus*) in the southern extent of their range, when deep snow hindered deer movements and increased their vulnerability to predation (Fuller 2004, Poszig et al. 2004, Squires and Ruggiero 2007).



**Plate 2.4.** Red squirrels are an important secondary prey for lynx in some parts of its range.

Rvsd Plan - 00004200

## *Snowshoe hare ecology*

Description. Snowshoe hares generally average 40–44 cm (15.7–17.3 in) in length and 0.9–1.7 kg (2–3.7 lb) in weight (Kays and Wilson 2002). They have large hind feet and their pelage changes seasonally, from brown in summer to white in winter (Severaid 1945).

Snowshoe hares are widely distributed across North America, and are broadly associated with boreal and subalpine forests (Hall 1981). The species' historical range in North America extends from Alaska across most of Canada, and southward into portions of the contiguous United States. This includes the Cascades and Sierra Nevada Mountains (reaching into central California), the Rocky Mountains (reaching into southern Utah and northern New Mexico), the Great Lakes region, and the Appalachian Mountains (into North Carolina and Tennessee; Hodges 2000*b*, Hoffman and Smith 2005).

Activity patterns. Snowshoe hares forage primarily at dusk and dawn, remaining largely inactive during daylight hours (Foresman and Pearson 1999, Abele 2004). Lunar phases may influence foraging activity and movement patterns as well. Hares are less active under a full moon, particularly in the winter months when snow-reflected light likely would increase their susceptibility to predation (Gilbert and Boutin 1991, Griffin et al. 2005).

Home range. Home range size is 5–10 ha (12–25 ac); estimates vary depending on the sampling method (e.g., live-trapping vs. radio telemetry; Keith 1990, Hodges 2000*a*, Murray 2003). Although hares are non-migratory and generally occupy the same area throughout the year, short-distance seasonal movements between winter and summer foraging areas have been documented (Adams 1959, Bookhout 1965, Wolff 1980, Wolfe et al. 1982).

Dispersal. Dispersal from home ranges may be associated with intraspecific aggression resulting from overcrowding, competition for mates and food resources, or vulnerability to predation (Keith et al. 1993, Duffy and Belthoff 2001). Cyclic populations experienced higher dispersal rates during the late increase phase and the peak (Windberg and Keith 1976, Wolff 1980). Habitats with higher amounts of cover had lower rates of dispersal than habitats with little cover (Wirsing et al. 2002), as did larger habitat patches when compared to smaller habitat patches (Keith et al. 1993).

Habitat. Snowshoe hares occur in boreal forests across North America (Hodges 2000*b*). The density of horizontal cover, snow conditions, and presence of boreal forest vegetation appear to be important attributes of snowshoe hare habitat (Hodges 2000*a*).

> *Horizontal cover.* The amount and density of horizontal cover strongly influence snowshoe hare abundance. Dense horizontal cover likely reduces exposure to predators, the proximate cause of most mortality (>90%) observed for hares in most populations studied (Sievert and Keith 1985, Rohner and Krebs 1996, Hodges 2000*a*, Murray 2003). Dense horizontal cover also provides better access to food resources and thermal protection during the critical winter period (Hodges et al. 2001), making it an important element of hare habitat (Belovsky 1984, Sievert and Keith 1985, Rohner and Krebs 1996, Wirsing et al. 2002, Murray 2003). Griffin (2004) documented higher hare survival in dense stands than in open stands in Montana. Hares also were more likely to select larger patches of densely-vegetated habitats when dispersing (Keith et al. 1993, Dufty and Belthoff 2001, Griffin 2004).
>
> Stem densities ranging from 4,600–33,210 stems/ha (1,862–13,445 stems/ac) provide optimal forage and horizontal cover for snowshoe hares (Wolff 1980, Parker 1984, Litvaitis et al. 1985, Monthey 1986, Parker 1986, Koehler 1990*a*, Griffin 2004, Fuller and Harrison 2005, Robinson 2006, Scott 2009). Lewis et al. (2011) found that snowshoe hare densities were higher in areas where dense, horizontal cover patches

were more contiguous or where similar patches were surrounded by other patches of similar structure.

In Maine, Fuller and Harrison (2005), Robinson (2006), Fuller et al. (2007), and Scott (2009) documented a close association between snowshoe hare density and horizontal cover density in conifer-dominated re-generating clearcuts.

In western Montana, Griffin (2004) monitored snowshoe hare densities in 4 forest stand structural stages: open mature (>150 years old and >76 cm [30 in] diameter at breast height [dbh]), open young (20–45 years old), dense mature, and dense young. During the summer (late June to mid-September), snowshoe hare densities were highest in the dense young, with the next highest hare densities in most years in the dense mature. In winter (mid-December to early April), snowshoe hare densities were highest in the dense mature (Griffin 2004).

In Wyoming, Berg et al. (2012) found hare densities (as measured by pellet counts) to be highest in young (30–70 year old) regenerating lodgepole pine (*Pinus contorta*) and mature, multi-story spruce-fir forests (Plate 2.5). While snowshoe hare density did not increase with increasing stem densities in the mature multi-story patches, hare density in the young, regenerating forests increased as stem densities increased (Berg et al. 2012). Ellsworth (2009) also highlighted the importance of young lodgepole pine stands with high sapling densities in northern Idaho.



**Plate 2.5.** Dense horizontal cover providing cover from predators, thermal protection, and adequate forage is required to support snowshoe hares across their range.

*Snow conditions.* Across northern boreal forests in Canada, conditions that favor hares are cold and dry, mod-erately deep (100–127 cm [39–50 in]) snow with relatively uniform depth (Kelsall et al. 1977). Studies doc-umenting the relationship between snow depth and hare feeding patterns in Alberta (Johnstone 1981, Ives and Rentz 1993), British Columbia (Sullivan and Sullivan 1982), Colorado (Zahratka 2004), Montana

Rvsd Plan - 00004202

(Zimmer 2004), north-central Washington (Koehler 1990*b*), and northern Idaho (Wirsing and Murray 2002, Ellsworth 2009) showed that snow accumulation and persistence influence food availability, and consequently hare feeding patterns.

*Boreal forest vegetation.* In the northeastern United States, snowshoe hare populations occurred in all forested habitats at elevations of 0–1,800 m (0–5,500 ft). Coniferous and mixed-coniferous/deciduous forests dominated by white spruce (*Picea glauca*), black spruce (*Picea mariana*), red spruce (*Picea rubens*), balsam fir (*Abies balsamea*), eastern white pine (*Pinus strobus*), northern white cedar (*Thuja occidentalis*), eastern hemlock (*Tsuga canadensis*), sugar maple (*Acer saccharum*), aspen (*Populus tremuloides*), and paper birch (*Betula papyrifera*) were known to provide snowshoe hare habitat in this region (Hoving et al. 2004, Robinson 2006, Fuller et al. 2007, Vashon et al. 2008*b*, Scott 2009).

In the Great Lakes states, most snowshoe hare populations occurred in regenerating or young (25 years old or less) mixed deciduous and conifer forests (Plate 2.6; McCann and Moen 2011). Cover types in this region that support snowshoe hare include jack pine (*Pinus divaricata*), red pine (*Pinus resinosa*), balsam fir,

black spruce, white spruce, northern white cedar, tamarack (*Larix laricina*), aspen, paper birch, as well as conifer bogs and shrub swamps (Burdett 2008, Moen et al. 2008).

In the western United States, most snowshoe hare populations occurred within conifer forests at elevations ranging from 645–3,415 m (2,116–11,204 ft; Dolbeer and Clark 1975, Griffin 2004, Lewis et al. 2011, Berg and Gese 2012). Cover types that support snowshoe hares in this region include Engelmann spruce (*Picea engelmannii*), subalpine



Ron Moen, University of Minnesota, Duluth.

**Plate 2.6.** Forest structure that provides dense horizontal cover is a common characteristic of snowshoe hare habitat across its range, but plant species composition varies. In the Great Lakes Geographic Area, a mix of coniferous and deciduous trees provide the best snowshoe hare habitat.

fir (*Abies lasiocarpa*), mixed spruce-fir, mixed aspen and spruce-fir, and mixed lodgepole and spruce-fir and lodgepole pine (Hodges 2000*b*, Zahratka 2004, Zimmer 2004, Miller 2005, Berg et al. 2012).

Diet. Snowshoe hares feed on a variety of plant species, differing by region, plant community, and season (Hodges 2000*a*, 2000*b*; Ellsworth and Reynolds 2006; see Table 2.1). Energy expenditure and susceptibility to predation (Houston et al. 1993; Hodges and Sinclair 2003, 2005) also influence the diet.

*Snowshoe hare ecology*

**Table 2.1.** Food plants used by snowshoe hares in different regions, modified from Hodges (2000b).

| Conifers | Deciduous trees | Shrubs | References |
|---|---|---|---|
| **Eastern: Maritimes & Maine** | | | |
| Abies balsamea | Acer pennsylvanicum | Corylus cornuta | |
| Picea spp. | Acer rubrum | Gaylussaccia baccata | |
| Picea rubens | Acer saccharum | Hamamelis virginiana | |
| Pinus strobus | Acer spicatum | Kalmia spp. | |
| Thuja occidentalis | Alnus rugosa | Myrica gale | |
| Tsuga canadensis | Alnus crispa | Nemopanthus mucronata | Telfer 1972 (New Brunswick) |
| | Betula alleghaniensis | Rhododendron canadense | Litvaitis 1984 (ME) |
| | Betula papyrifera | Vaccinium spp. | |
| | Betula populifolia | Viburnum spp. | |
| | Comptonia peregrina | | |
| | Fagus grandifolia | | |
| | Quercus rubra | | |
| **Eastern: Appalachians & Alleghenies** | | | |
| Picea glauca | Acer pennsylvanicum | Juniperus communis | |
| Picea rubens | Acer rubrum | Kalmia latifolia | |
| Pinus resinosa | Acer saccharum | Rhododendron lapponicum | |
| Pinus strobus | Betula alleghaniensis | Rubus alleghaniensis | Cook & Robeson 1945 (NY) |
| Pinus sylvestris | Betula lenta | Rubus hispidus | Brooks 1955 (VA) |
| Thuja occidentalis | Betula lutea | Vaccinium erythrocarpum | Walski & Mautz 1977 (NH) |
| Tsuga canadensis | Betula papyrifera | Viburnum dentatum | Brown 1984 (PA) |
| | Fagus grandifolia | | Rogowitz 1988 (NY) |
| | Fraxinus americana | | Scott & Yahner 1989 (PA) |
| | Populus tremuloides | | |
| **Midwestern: Great Lakes** | | | |
| Abies balsamea | Acer pennsylvanicum | Amelanchier spp. | |
| Larix laricina | Acer rubrum | Chamaedaphne calyculata | |
| Picea abies | Acer saccharum | Corylus cornuta | Grange 1932 (WI) |
| Picea glauca | Acer spicatum | Juniperus communis | Bider 1961 (Quebec) |
| Picea mariana | Alnus crispa | Ledum groenlandicus | de Vos 1964 (Ontario) |
| Pinus banksiana | Alnus rugosa | Lonicera spp. | Bookhout 1965 (MI) |
| Pinus divaricata | Betula alba | Rhamnus alnifolia | Johnson 1969 (MI) |
| Pinus resinosa | Betula papyrifera | Rosa spp. | Conroy et al. 1979 (MI) |
| Pinus strobus | Betula pumila | Rubus spp. | Grigal & Moody 1980 (MN) |
| | | | Bergeron & Tardif 1988 (Quebec) |

Rvsd Plan - 00004204

*Snowshoe hare ecology*

| Conifers | Deciduous trees | Shrubs | References |
|---|---|---|---|
| **Midwestern: Great Lakes (cont.)** | | | |
| Thuja occidentalis | Fagus grandifolia | Salix spp. | |
| Tsuga canadensis | Ostrya virginiana | Shepherdia canadensis | |
| | Populus grandidentata | Viburnum spp. | |
| | Populus pennsylvania | | |
| | Populus tremuloides | | |
| | Populus virginiana | | |
| | Prunus pennsylvanica | | |
| | Prunus serotina | | |
| | Prunus virginiana | | |
| | Pyrus malus | | |
| | Quercus rubra | | |
| | Sorbus americana | | |
| | Ulmus americana | | |
| **Western: Rockies, Cascades & Intermountain West** | | | |
| Abies lasiocarpa | | Amelanchier alnifolia | |
| Abies grandis | | Arctostaphylus uva-ursi | |
| Larix occidentalis | | Ceanothus spp. | |
| Picea engelmannii | | Juniperus scopulorum | Adams 1959 (MT) |
| Pinus contorta | | Mahonia repens | Black 1965 (OR) |
| Pinus monticola | | Paxistima myrsinites | Radwan & Campbell 1968 (WA) Borrecco 1976 (WA) |
| Pinus ponderosa | | Pteridium aquilinum | Sullivan and Sullivan 1983 (BC) |
| Pseudotsuga menziesii | | Rosa spp. | Koehler 1990a (WA) Thomas et al. 1997 (WA) |
| Thuja plicata | | Rubus spp. | Wirsing and Murray 2002 (ID) |
| Tsuga heterophylla | | Salix coulteri | Zahratka 2004 (CO) Zimmer 2004 (MT) |
| | | Shehperdia canadensis | Ellsworth and Reynolds 2006 |
| | | Spirea betulifolia | |
| | | Symphoricarpus albus | |
| | | Vaccinium spp. | |
| **Northern Boreal Forest** | | | |
| Picea glauca | Alnus crispa | Amelanchier alnifolia | |
| Picea mariana | Alnus rugosa | Betula glandulosa | |
| | Betula papyrifera | Corylus cornuta | Wolff 1978 (AK) Bryant 1981 (AK) Smith et al. 1988 (Yukon) |
| | Populus balsamifera | Ledum decumbens | |
| | Populus tremuloides | Rosa spp. | |
| | | Salix spp. | |

Snowshoe hare activity levels are highest during the spring and summer, requiring the greatest level of energy intake; activity levels decrease to a moderate level during fall, and are lowest during winter (Abele 2004). Hares excrete soft pellets known as cecotropes (Pehrson 1983, Björnhag 1994). Once excreted, cecotropes are often re-ingested, enabling hares to recapture important components including vitamins, electrolytes and proteins (Björnhag 1994).

Herbaceous foods (deciduous shrubs and other leafy greens) are selected when available during spring through fall (Plate 2.7). Hares switch to woody browse (branches, twigs, small stems, and evergreen needles) during the winter in response to snow depth and changes in available food sources (Hodges 2000*a*, Wirsing and Murray 2002, Murray 2003, Zimmer 2004).



Laurel Peelle

**Plate 2.7.** The diet of snowshoe hares provides energy-rich proteins necessary for growth and maintenance. The winter diet is largely restricted to buds and twigs of conifers, while the summer diet is more varied.

Snowshoe hares consume a variety of plant materials that when combined yield high nutritional content (Belovsky 1984, Sinclair et al. 1988, Rodgers and Sinclair 1997, Seccombe-Hett and Turkington 2008). Foraging strategies that maximize energy and protein intake and provide other necessary nutrients, while minimizing fiber and the need for secondary consumption, may explain selection of specific plant types (Ellsworth and Reynolds 2006, Seccombe-Hett and Turkington 2008). For example, buds or small twigs ≤4 mm (≤0.2 in) in diameter provide protein-rich resources (Pease et al. 1979, Wolff 1980, Fox and Bryant 1984, Hodges 2000*a*), while certain herbs and fungi provide increased sodium levels (Belovsky 1984). Lodgepole pine contains high levels of digestible protein (Holter et al. 1974, Ellsworth 2004) making it one of the most important winter food items for hares (Wirsing and Murray 2002, Ellsworth and Reynolds 2006).

Reproduction. The breeding season generally begins in winter (January–April) and ends in fall (July–October). Snowshoe hares are polygamous and can produce multiple litters during the breeding season (Ellsworth and Reynolds 2006). On average, snowshoe hares produce 2–4 litters per year, with 2–6 young per litter, for a total annual production of 6–13 offspring per adult female (Murray 2003).

In cyclic populations, pregnancy rate, litter size, and annual fecundity vary substantially between years (O'Donoghue and Krebs 1992, Hodges et al. 2001, Stefan and Krebs 2001). In Alberta, the mean number of young per adult female ranged from 7.5 during the cyclic low to 17.9 at the cyclic high (Meslow and Keith 1968, Cary and Keith 1979).

Non-cyclic snowshoe hare populations in the southern distribution have lower overall productivity, with some differences observed between eastern and western populations. It is speculated that increased stress levels caused by higher predation risk (Boonstra and Singleton 1993, Boonstra et al. 1998), shorter breeding seasons at higher elevations (Murray 2000), and reduced reproductive capabilities due to the smaller size of adult females (Nagorsen 1985) could be factors influencing the lower productivity of southern populations.

Rvsd Plan - 00004206

## Snowshoe hare ecology

Snowshoe hares achieve adult body weight approximately 9–11 months following birth (Keith and Windberg 1978). The rate of juvenile dispersal varies between populations, ranging from <10% (Hodges 1998) to as much as 50% (Gillis and Krebs 1999).

Survival. Juvenile survival appears to be one of the most significant factors contributing to population decline, stability, or growth in both northern and southern populations (Green and Evans 1940, Meslow and Keith 1968, Dolbeer and Clark 1975, Keith 1981, Krebs et al. 1986, Hodges et al. 2001). Griffin (2004) used demographic modeling in Montana to evaluate population growth rates based on juvenile and adult survival, fertility rates of hare populations, and source/sink dynamics within various habitats. Annual survival appeared to have a greater influence on population growth than did reproduction rates. Similarly, Keith and Windberg (1978) found juvenile survival to be the most sensitive demographic parameter in a cyclic population in Alberta. In Colorado, juvenile survival rates of at least 16% contributed to population stability (Dolbeer and Clark 1975) while 28% juvenile survival was required for population growth in the Yukon (Hodges et al. 2001).

Mortality. Predation (Plate 2.8) is the leading cause of mortality for snowshoe hare throughout its range (Hodges 2000a). Of post-weaned mortality, 58–100% was attributable to predators in northern hare populations (Brand et al. 1975, Keith et al. 1984, Boutin et al. 1986, O'Donoghue 1994, Murray et al. 1997, Ferron et al. 1998, Gillis 1998, Hodges et al. 2001) and 80–100% in southern hare populations (Sievert and Keith 1985, Keith et al. 1993, Cox et al. 1997, Wirsing et al. 2002, Abele 2004, Bull et al. 2005).

Predators of adult snowshoe hares include lynx, bobcats (*Lynx rufus*), red foxes (*Vulpes vulpes*), coyotes (*Canis latrans*), gray wolves (*Canis lupus*), fishers (*Martes pennanti*), American martens (*Martes americana*), mink (*Mustela vison*), wolverines (*Gulo gulo*), mountain lions


Ben Maletzke

**Plate 2.8.** Snowshoe hares are vulnerable to predation by many predators. Lynx are a primary predator, especially in winter.

(*Felis concolor*), northern goshawks (*Accipiter gentilis*), red-tailed hawks (*Buteo jamaicensis*), golden eagles (*Aquila chrysaetos*), northern hawk-owls (*Surnia ulula*), great gray owls (*Strix nebulosa*), great horned owls (*Bubo virginianus*), barred owls (*Strix varia*), and common ravens (*Corvus corax*; Adams 1959, Earhart and Johnson 1970, Rausch and Pearson 1972, Keith et al. 1977, Raine 1987, Kuehn 1989, Keith 1990, Poole and Graf 1996, Rohner and Krebs 1996, O'Donoghue et al. 1997, Stenseth et al. 1997, McIntyre and Adams 1999, Hodges et al. 2001, Wirsing et al. 2002). Predators of juvenile hares also include red squirrels, arctic ground squirrels (*Spermophilus parryii*), shorttailed weasels (*Mustela erminea*), boreal owls (*Aegiolus funereus*), and American kestrels (*Falco sparverius*; O'Donoghue 1994, Stefan 1998, Hodges et al. 2001). Predation risk may vary by season, influencing the species of predators that are present and their hunting efficiency (Ellsworth and Reynolds 2006).

### *Snowshoe hare ecology*

Competition with other browsers. Dodds (1960), Bookhout (1965), and Krefting (1975) considered the potential for competition between snowshoe hares and native ungulates. Moose and snowshoe hares appeared to concentrate their use in different areas and did not limit the other's population through overbrowsing (Dodds 1960). The potential for competition was also lowered due to differences in browse heights between ungulates and hares (Dodds 1960, Bookhout 1965, Oldemeyer 1983). Still, Telfer (1972) found some overlap between browsing of white-tailed deer and snowshoe hare in Nova Scotia and New Brunswick. The vertical distribution of winter browsing by snowshoe hares, between 0.6–1.5 m (2–5 ft), was the same as white-tailed deer browsing during the fall and spring (Telfer 1974). However, in all of these studies it is unlikely that co-occurring herbivores resulted in population limitation of hares.

Population cycle. The snowshoe hare cycle is thought to be generated by an interaction between hares, their winter food supply, and predation (Keith et al. 1977, Akcakaya 1992, Royama 1992, Krebs et al. 1995, Stenseth 1995). Keith (1990) summarized the results of several studies on the snowshoe hare population cycle and food supply in northern boreal forests. Overwinter browse estimates during the hare peak and post-peak indicated a shortage of food. Weight losses of hares were significantly negatively correlated with browse availability. Hares suffering from malnutrition or starvation showed symptoms of low body mass and depressed levels of blood sugar and liver glycogen. Lower rates of reproduction, growth, and survival followed winters of high weight loss. In food manipulation experiments, mean winter weights were lower and overwinter weight losses greater for hares in food-scarce treatments. In addition, food scarcity led to shorter breeding seasons and a decrease in mean natality. Keith (1990) concluded that food shortage at a regional rather than local scale controlled the hare cycle.

Several subsequent studies indicated that while hares reduced shrub biomass (Smith et al. 1988, Krebs et al. 2001*a*, Krebs 2011), it was unlikely that populations were limited by food quantity at any time during their cycle (Krebs et al. 2001*a*, Krebs 2011). Krebs et al. (1986) found that food additions may increase hare densities, but did not prevent the decline phase of the cycle. The quality of the diet was shown to limit populations by reducing reproduction and juvenile survival (Keith et al. 1984, Boutin et al. 1986, Aubry et al. 2000, Mowat et al. 2000, Hodges et al. 2001).

Boonstra and Singleton (1993) and Boonstra et al. (1998) suggested that the main mechanism causing the cycle may be decreased survival and reproduction during the decline phase of the cycle, due to a lag time when predator numbers are still increasing and predation rate is heightened. Hares are then thought to avoid high-risk areas by selecting dense cover, which may provide poorer quality food resources (Hik 1994, 1995), resulting in lowered reproduction rates (Boonstra and Singleton 1993, Boonstra et al. 1998). Sherriff et al. (2009) also suggested that stress related to predation may be responsible for hare population crashes by influencing reproduction.

Boonstra et al. (1998) found evidence that risk of predation causes hares to be chronically stressed, which may increase hare vulnerability to predation and decrease hare fecundity. This indicated the snowshoe hare population cycle is driven by an interaction between food and predation (Krebs et al. 1995).

As a specialist predator in the northern boreal forest, lynx populations help to maintain the snowshoe hare population cycle (Anderson and Erlinge 1977, Korpimäki et al. 1991, Hanski et al. 2001). In more southern latitudes, the greater abundance and diversity of generalist predators are thought to have a stabilizing effect because of their ability to "prey switch" when a given prey item becomes scarce (Ellsworth and Reynolds 2006). The interaction of habitat patchiness with more abundant and diverse predator guilds may explain why southern snowshoe hare populations lack cyclicity (Dolbeer and Clark 1975, Wolff 1980, Wolff 1981, Buehler and Keith 1982, Keith et al.

Rvsd Plan - 00004208

1993, Wirsing et al. 2002). Hodges (2000*b*) discussed 2 models that may explain the lack of cyclicity of snowshoe hares in the southern distribution: the refugium model and the facultative predator model. The refugium model involves 5 components: higher survival by hares in refuge habitats (i.e., dense horizontal cover), hare distribution changes during the cycle (a higher proportion of hares in refugium during the low), lower reproductive rates in refugium, lower survival in non-refugium habitats, and lower overall survival of hares in the southern part of the range. The facultative predator model is driven by higher mortality of snowshoe hares and a higher proportion of mortality by facultative predators than in northern populations.

Importance of snowshoe hare to lynx. The distributions of snowshoe hare and lynx overlap across much of North America (Bittner and Rongstad 1982, McCord and Cardoza 1982). Snowshoe hares are the primary prey of lynx, composing 35–97% of the diet throughout the range of the lynx (Saunders 1963*a*, van Zyll de Jong 1966, Brand and Keith 1979, Parker et al. 1983, Quinn and Parker 1987, Koehler and Aubry 1994, Apps 2000, Mowat et al. 2000, O'Donoghue et al. 2001, Squires and Ruggiero 2007, Burdett 2008, Hanson and Moen 2008, Maletzke et al. 2008, Shenk 2009). Lynx habitat selection largely reflects that of hares, both seasonally as well as through the hare population cycle (O'Donoghue et al. 1998, Mowat and Slough 2003, Squires and Ruggiero 2007, McCann and Moen 2011).

During the low of the snowshoe hare cycle in the northern boreal forest, the proportion and importance of other prey species such as red squirrels increase in the diet of lynx (Brand et al. 1976, O'Donoghue et al. 1998, Apps 2000, Mowat et al. 2000). Although lynx populations rely more heavily on alternate prey during lows in the hare cycle or in areas where hare population densities are naturally low, Roth et al. (2007) found that hares still make up >50% of the biomass of lynx diets for all populations studied.

In Maine, 98% (40 of 41) of lynx kills located while backtracking lynx were snowshoe hare; the exception (1 of 41) was a red squirrel (Fuller 2006, Fuller et al. 2007, Vashon et al. 2012). Hare remains were found in 76% of the lynx scats in Minnesota (Hanson and Moen 2008), and 92% of the kills documented via snow-tracking were snowshoe hare (Burdett 2008). In Montana, Squires and Ruggiero (2007) reported that even in areas with consistently low densities (0.1–0.6 hares/ha [0.04–0.02 hares/ac]), snowshoe hares still accounted for 96% of biomass in the lynx diet, with red squirrels and grouse accounting for only 2% each of the biomass in lynx diets during winter. In Colorado, 66.4±5.6% of annual documented kills by lynx (n=604) were hares, varying annually from 30.4–90.8%, while an average of 22.6±5.7% were red squirrels (Shenk 2009). In Washington, 81% (17 of 21) of the kills located along lynx trails were snowshoe hare, while 14% (3 of 21) were red squirrels (Maletzke et al. 2008).

Energetic analysis suggests that lynx should consume 0.4–0.5 hares per day to satisfy caloric needs (Nellis et al. 1972). In the northern portion of its range, lynx consumption rates averaging 0.5–1.2 hares per day were calculated using various methods (Saunders 1963*a*, Brand et al. 1976, Keith et al. 1977, Parker 1981, O'Donoghue et al. 1998).

Description. The red squirrel is the most widespread species of tree squirrel in the genus *Tamiasciurus* (Obbard 1987). It is a small tree squirrel, with head and body 18–20 cm (7–8 in) in length and tail 10–15 cm (4–6 in) in length (Plate 2.4).

Red squirrels range from Alaska, Yukon Territory, Northwest Territories and Quebec southward to the Rocky Mountains of New Mexico in the west, and to the southern Appalachian Mountains of South Carolina in the east

## *Red squirrel ecology*

(Miller and Kellogg 1955, Hall and Kelson 1959, Peterson 1966, Walker 1968, Banfield 1974, Honacki et al. 1982). Their range is closely associated with boreal forests of Alaska and northern Canada, subalpine montane conifer-ous forests of western Canada and the United States, and mixed-coniferous and hardwood forests of the eastern United States and Canada (Peterson 1966, Walker 1968, Rowe 1972, Banfield 1974).

Activity patterns. Red squirrels are active year-round and are primarily diurnal (Godin 1977). During winter, red squirrels often are most active during the warmer mid-day period (Layne 1954, Smith 1968a, Pauls 1978). When temperatures fall below -32°C (-25°F), red squirrels are seldom active above the snow surface (Pruitt and Lucier 1958, Smith 1968a). Especially in northern portions of its range, red squirrel activity is often subnivean or subter-ranean during extremely cold winter periods (Pruitt and Lucier 1958, Zirul 1970).

Home range. In coniferous forests, red squirrels occupy solitary, non-overlapping contiguous territories that are defended from conspecifics of either sex (Gordon 1936, Clarke 1939, Hatt 1945, Kilham 1954, Smith 1968a). In deciduous forests, red squirrel home ranges overlap broadly, and no exclusive territories are evident (Layne 1954, Yahner 1980). This may reflect a more abundant and diverse food base in deciduous forests, which eliminates the dependence on a cached food supply (Kemp and Keith 1970, Rusch and Reeder 1978).

Habitat. Red squirrel densities tend to be highest in older, closed-canopy forests that have substantial quantities of coarse woody debris, and lower in young stands that lack cone production (Layne 1954, Obbard 1987, Klenner and Krebs 1991). Population densities are highest ($250–400/km^2$ [$96–154/mi^2$]) in spruce forests, lower ($100–200/km^2$ [$38–77/mi^2$]) in mixed conifers and mixed-conifer/hardwoods, and lowest ($25–100/km^2$ [$10–38/mi^2$]) in pines and hardwoods (Obbard 1987). Lachowski (1997) found red squirrels to be abundant across all forest types in Maine during spring, but more abundant in conifer and mixed forest during winter. Sullivan and Moses (1986) showed that red squirrel densities and recruitment were significantly higher in young (20 year-old) unthinned lodgepole pine stands (stem density of 20,000–35,000/ha [8,000–14,000/ac]), than in thinned stands (stem density 850–2,300/ha [350–900/ac]) in interior British Columbia.

Where available, spruce is used by red squirrels as nest trees. Other conifers with a high branch density are also utilized (Hatt 1945, Fancy 1980). Where cavities in coniferous trees are not available, underground nests and out-side tree (leaf) nests are commonly used (Fancy 1980). In eastern hardwood forests, tree cavities offer preferred nest sites, but underground and outside tree nests are also used (Hatt 1929, Hamilton 1939, Layne 1954). Tree nests are usually located in contact with the trunk in dense stands with high canopy closure (Rothwell 1979).

Dense conifer clumps, especially those with snags or fallen logs, provide important shade and protective cover for food caches (Vahle and Patton 1983).

Diet. Conifer seeds are the basis of the red squirrel's year-round diet, but deciduous and coniferous buds are also important components during winter and spring (Smith 1968a, b; Kemp and Keith 1970, Reichard 1976, Rusch and Reeder 1978). Squirrels cut and cache newly matured conifer cones to help assure a year-round food supply (Smith 1968a, 1981; Gurnell 1984).

The activity center of each territory is the midden where seeds are cached (Larsen and Boutin 1995). Caches of-ten accumulate over several years and provide food during cone crop failures (Smith 1968b).

Large species of fungi are eaten fresh as well as cached in the canopy for later consumption (Seton 1910, Klugh

Rvsd Plan - 00004210