1927, Hatt 1929, Layne 1954). In deciduous forests, red squirrels utilize and cache a large variety of seeds and mast from species such as oaks (*Quercus* spp.), hickory (*Carya* spp.), maple (*Acer* spp.), elm (*Ulmus* spp.), and beech (*Fagus grandifolia;* Seton 1910, Hatt 1929, Williams 1936, Layne 1954, Kemp and Keith 1970). However, these caches do not normally accumulate from year to year (Hatt 1929).

Red squirrels also prey on young hares. During highs in the hare population cycle in the Yukon, squirrel predation was a major source of mortality on young hares, which may have slowed hare population growth (Boonstra et al. 2001).

Reproduction. Females are reported to accept males onto their territories only during their 1-day estrous cycle (Smith 1968a, Rusch and Reeder 1978). Throughout most of its range, 1 litter per year is typical (Obbard 1987). However, in the southern and eastern portion of its range, 2 litters may be produced each year (Hamilton 1939, Layne 1954, Wrigley 1969, Lair 1985). Average litter size is about 3 to 5 young (Obbard 1987), depending on annual food supply (Smith 1968a, Kemp and Keith 1970, Rusch and Reeder 1978).

Mortality. Red squirrels are preyed upon by a variety of predators. Among the most common mammalian predators are fishers (Hamilton and Cook 1955, Brown and Will 1979) and martens (Marshall 1946, Quick 1955, Soutiere 1979, Lachowski 1997). The most common avian predator is northern goshawk (Meng 1959), although great horned owls (Rusch et al. 1972), red-tailed hawks (Luttich et al. 1970), broad-winged hawks (*Buteo platypterus*; Rusch and Reeder 1978), and Cooper's hawks (*Accipiter cooperi*; Meng 1959) have also been noted to prey upon red squirrels.

Importance of red squirrels to lynx. Red squirrels appear to be the most important alternate prey for lynx throughout the northern portion of their range (Brand et al. 1976, O'Donoghue et al. 1998, Apps 2000). Red squirrel remains occurred in 56% (10 of 18) of lynx winter scats from the Northwest Territories (More 1976) and 9% (2 of 23) of the summer digestive tract samples from northern Alberta and the Northwest Territories (van Zyll de Jong 1966). Red squirrel densities appeared to fluctuate independently of the snowshoe hare cycle during a 10-year project in the Yukon (Krebs et al. 2001b).

Koehler (1990a) reported that red squirrels occurred in 24% of lynx scats in north-central Washington. In contrast, Burdett (2008) and Hanson and Moen (2008) analyzed 87 lynx scat samples collected during winter in Minnesota and found no red squirrel remains. Red squirrels do not appear to be an important alternate prey in that area. Squires and Ruggiero (2007) located 86 lynx kills that included 7 prey species in their Montana study area. Snowshoe hares accounted for 69 of the kills and 11 were red squirrels. Red squirrels were only 2% of the biomass of the winter diet (Squires and Ruggiero 2007). Shenk (2007) reported that red squirrels made up 16.5% of the annual lynx diet while snowshoe hares made up 75% in Colorado.

Koehler (1990a) suggested that a diet of red squirrels alone might not be adequate to ensure lynx reproduction and survival of kittens. Rather, lynx populations appear to be limited by the availability of snowshoe hare prey, particularly during the winter months.

## Lynx hunting behavior

The morphological and behavioral adaptations of felids generally accentuate visual recognition of prey and short, quick pursuits (Kleiman and Eisenberg 1973). Lynx use 2 basic methods to hunt snowshoe hares: ambushing from a hunting bed during nocturnal hours when hares are most active, and moving through hare habitat to stalk and flush hares from cover during the day (Kolbe and Squires 2007, Squires and Ruggiero 2007, Fuller et al. 2007).

In Canada, O'Donoghue (1997) reported that lynx captured red squirrels opportunistically when hares were abundant, but actively hunted red squirrels when hares were scarce. In Montana, red squirrels were taken opportunistically (Squires and Ruggiero 2007).

Although cover is important to lynx when searching for food (Brand et al. 1976), lynx often hunt along the edges of forests (Plate 2.9; Kesterson 1988, Staples 1995, Mowat et al. 2000) and dense riparian willow stands (Major 1989, Shenk 2008). Less dense stands may improve visibility for lynx and increase the vulnerability of hares (O'Donoghue et al. 1998, Fuller et al. 2007). Lower stem density may be more important than hare abundance in determining hunting success (Fuller et al. 2007).



Laurel Peelle

**Plate 2.9.** Lynx foraging habitat is moderately dense, allowing pursuit and capture of prey while also providing dense horizontal cover for snowshoe hares.

In Maine, lynx focused their hunting in regenerating clearcuts (Plate 2.10; 11–26 years post-harvest) and in established partially-harvested stands (11–21 years postharvest; Fuller et al. 2007). However, lynx avoided the stands with the highest stem density (14,000 stems/ha [5,668 stems/ac]) and preferentially hunted in patches with intermediate to high snowshoe hare density (Fuller and Harrison 2010). Roads and their associated edges (30 m [100 ft] on either side of roads) were selected against within lynx home ranges (Fuller et al. 2007).

In Minnesota, Burdett (2008) reported that lynx selected regenerating forests for hunting and resting sites during the winter months. Female lynx used a foraging radius of approximately 2–3 km (1.2–1.8 mi) when kittens were at the den (Moen et al. 2008).

Rvsd Plan - 00004212

In Montana, Squires et al. (2010) reported that horizontal cover was denser at lynx kill sites than along travel paths. They further reported that lynx kill sites were associated with a higher proportion of spruce-fir overstory than lodgepole pine overstory, and that neither snow depth nor snow penetrability influenced lynx kill sites.

Berg et al. (2012) speculated that lynx in the Greater Yellowstone Ecosystem would likely not avoid hunting in young, dense (3,194.16±553.05 stems/ha [1,293±223.9 stems/ac]) lodgepole pine patches. In this area, the stem density does not reach the 14,000 stems/ha (5,668 stems/ac) that was reported by Fuller and Harrison (2010) to be too dense for effective hunting by lynx.



Jennifer Vashon, Maine Department of Inland Fish and Wildlife.

**Plate 2.10.** Young, dense conifers provide excellent lynx foraging habitat in Maine.

## Lynx distribution

The historical range of Canada lynx extends from Alaska across much of Canada (except for coastal forests), with southern extensions into parts of the western United States, the Great Lakes states, and New England (McCord and Cardoza 1982). Lynx distribution is closely aligned with the distribution of snowshoe hares (Bittner and Rongstad 1982, McCord and Cardoza 1982) and boreal forests (McCord and Cardoza 1982, Koehler and Aubry 1994, Agee 2000, McKelvey et al. 2000b, Mowat et al. 2000). Boreal forests extend southward from the arctic tundra in the far north, to boreal/hardwood forest ecotones in the Midwest and eastern United States, and to subalpine forests in the western United States (Agee 2000).

### States with verified records of lynx

McKelvey et al. (2000b) summarized the locations of documented lynx occurrences, which were found in 24 states. A "verified record" was defined as a museum specimen or a written account in which a lynx was either in someone's possession or observed closely, e.g., killed, photographed, trapped and released, or treed by dogs.

The National Lynx Survey, using a detection protocol developed by McKelvey et al. (1999), was conducted between 1999 and 2003 to determine the presence of lynx on federal lands. Approximately 70 sampling grids were deployed in the survey of 22 national forests. Lynx were detected on 6 of the national forests surveyed: the Okanogan-Wenatchee National Forest in Washington, the Boise and Targhee National Forests in Idaho, Shoshone National Forest in Wyoming, and Lolo and Gallatin National Forests in Montana, as well as Glacier National Park in Montana (K. McKelvey, USDA Forest Service, Rocky Mountain Research Station, unpublished data). Subsequent surveys, using a modified protocol, detected lynx in Maine and on the Superior National Forest in Minnesota.

A number of recent studies of lynx improved our knowledge of lynx distributions in specific regions (Hoving et al. 2003, 2005; Fuller et al. 2007; Koehler et al. 2008; Maletzke et al. 2008; Vashon et al. 2008a, b; Moen 2009;

Rvsd Plan - 00004213ogy   22

Simons 2009; Fuller and Harrison 2010; Squires et al. 2013). These studies generally found that lynx are more abundant in Maine, but rarer and more patchily distributed across the western and Great Lakes regions of the United States than previously thought. This refinement in our understanding of lynx distribution is described in greater detail for each geographic area in Chapter 3.

### States with verified records but not thought to support resident populations of lynx

There is substantial uncertainty about the historical distribution of lynx in the northeast (McKelvey et al. 2000b). However, recent regional-scale habitat models suggest New York, Vermont, and New Hampshire receive insufficient snow levels or contain too much deciduous-dominated landscape to support viable populations of lynx (Hoving et al. 2005). Small numbers of breeding lynx were documented in northern New Hampshire and Vermont between 2009–2011 (M. McCollough, U.S. Fish and Wildlife Service, personal communication 2012). The long-term persistence of these small populations is unknown.

Records from 1940–1997 showed an increase in lynx occurrences during the 1960s in Michigan's Upper Peninsula, a period when extensive dispersals from Canada occurred. Beyer et al. (2001) conducted track surveys that yielded no evidence of lynx in the region, and habitat models suggested there is insufficient suitable habitat or densities of snowshoe hare to support a viable population of lynx in Michigan (Linden 2006). Wisconsin is not believed to support lynx habitat or resident populations either.

Lynx presence has been recorded in North Dakota, South Dakota, Illinois, Nebraska, Kansas, and Indiana, where lynx habitat does not exist (Adams 1963, Gunderson 1978, Hoffman and Genoways 2005, Devineau et al. 2010). Most of these occurrences appear to be animals dispersing southward from Canada during lows in the snowshoe hare population cycle (McKelvey et al. 2000b) or following translocation to Colorado (Devineau et al. 2010).

There are sporadic lynx records from northeast Oregon, which are generally consistent with the time periods when there were large numbers dispersing from Canada (McKelvey et al. 2000b). There is no evidence that lynx breed and reproduce in Oregon.

### Lynx population density and home range size

Lynx densities vary across the southern periphery of its range. In Maine, densities during a likely population peak ranged from 9.2–13.0 lynx/100 km$^2$ (23.8–33.7 lynx/100 mi$^2$); if only adults are included, the density averaged 4.3 adults/100 km$^2$ (11.1 adults/100 mi$^2$; Vashon et al. 2008a). The density in nearby Gaspé Peninsula, Quebec was estimated to be 10 lynx/100 km$^2$ (25.9 lynx/100 mi$^2$; Ray et al. 2002). These are much higher than the density estimate of 2.3 lynx/100 km$^2$ (6.0 lynx/100 mi$^2$) for north-central Washington (Koehler 1990a).

Reported lynx home range sizes are also quite variable (Table 2.2). Methods used to estimate home range area have not been standardized, and some of the differences in reported home range sizes reflect the home range estimator employed, type of telemetry monitoring system used (VHF, GPS, or Argos), and number of relocations of individuals. Generally, home ranges in the western United States are larger than those reported from the eastern United States or from northern Canada during peaks in snowshoe hare abundance (Aubry et al. 2000).

In Canada, average winter home ranges of 3 lynx in Newfoundland were about 18 km$^2$ (7 mi$^2$; Saunders 1963b). In Riding Mountain National Park, Manitoba, home ranges for 2 females with kittens averaged 156 km$^2$ (60 mi$^2$), while that of a male was estimated at 221 km$^2$ (85 mi$^2$; Carbyn and Patriquin 1983). In southwestern Yukon, Ward and Krebs (1985) found a clear trend of increasing lynx home range size as hare densities declined. Four

Rvsd Plan - 00004214

**Table 2.2.** Mean annual home range size of Canada lynx in southern boreal forests.

| Location | Latitude (°N) | Male | | Female | | Method | Reference |
|---|---|---|---|---|---|---|---|
| | | n | X ± SD | n | X ± SD | | |
| Northern Maine | 46 | 11 | $54 \pm 5 \ km^2$ ($21 \pm 2 \ mi^2$) | 11 | $26 \pm 4 \ km^2$ ($10 \pm 2 \ mi^2$) | 85% Fixed Kernel | Vashon et al. 2008a |
| Northeastern Minnesota | 48 | 4 | $267 \pm 73 \ km^2$ ($103 \pm 28 \ mi^2$) | 2 | $21 \pm 2 \ km^2$ ($8 \pm 1 \ mi^2$) | 95% MCP | Burdett et al. 2007 |
| Northeastern Minnesota | 48 | 2 | $194 \ km^2$ ($75 \ mi^2$) | 2 | $87 \ km^2$ ($34 \ mi^2$) | 95% MCP | Mech 1980 |
| Southern Canadian Rockies | 51 | 3 | $277 \pm 71 \ km^2$ ($107 \pm 27 \ mi^2$) | 3 | $135 \pm 124 \ km^2$ ($52 \pm 48 \ mi^2$) | 95% MCP | Apps 2000 |
| West-central Wyoming | 43 | 1 | $137 \ km^2$ ($53 \ mi^2$) | 1 | $114 \ km^2$ ($44 \ mi^2$) | 95% MCP | Squires and Laurion 2000 |
| Southern Colorado | 37 | 4 | $103 \pm 40 \ km^2$ ($40 \pm 15 \ mi^2$) | 19 | $75 \pm 16 \ km^2$ ($29 \pm 6 \ mi^2$) | 90% Fixed Kernel | Shenk 2008 |
| Northwestern Montana | 47 | 4 | $238 \pm 99 \ km^2$ ($92 \pm 1 \ mi^2$) | 2 | $115 \pm 50 \ km^2$ ($44 \pm 19 \ mi^2$) | 95% MCP | Squires and Laurion 2000 |
| North-central Washington | 49 | 5 | $69 \pm 28 \ km^2$ ($27 \pm 11 \ mi^2$) | 2 | $39 \pm 2 \ km^2$ ($15 \pm 1 \ mi^2$) | 100% MCP | Koehler 1990a |

home ranges corresponding with high hare densities (15 hares/ha [6 hares/ac]) averaged 13 km² (5 mi²) in size, while 7 home ranges at lowest hare densities (<1 hare/ha [<0.4 hares/ac]) averaged 39 km² (15 mi²) in size. In the Northwest Territories, Poole (1994) reported average home range size of about 17 km² (7 mi²) for 23 male and female lynx in a year of peak hare abundance, increasing to 44 km² (17 mi²) for 2 males and 62 km² (24 mi²) for 2 females in the second year of the snowshoe hare decline.

## Description of lynx habitat

**Lynx habitat characteristics**. Lynx typically inhabit gentle, rolling topography (Maletzke et al. 2008, Squires et al. 2013). Across its range, dense horizontal cover, persistent snow, and moderate to high snowshoe hare densities (>0.5 hares/ha [0.2 hares/ac]) are common attributes of lynx habitat. The elevation at which lynx habitat occurs depends on local moisture patterns and temperatures, and varies across the range of the species. Spruce-fir forests are the primary vegetation type that characterizes lynx habitat in the contiguous United States (Koehler 1990a, Apps 2000, McKelvey et al. 2000b, Koehler et al. 2008, Moen et al. 2008, Vashon et al. 2008a, Squires et al. 2010).

The following describes general characteristics of boreal forest vegetation, snow conditions, and snowshoe hare prey base that constitute lynx habitat. More detailed information is provided for each geographic area in chapter 3.

Boreal forest vegetation. In the northeastern United States, most lynx occurrences are within the Mixed Forest-Coniferous Forest-Tundra vegetation type, at elevations of 250–500 m (820–2,460 ft; McKelvey et al. 2000*b*). Lynx have been documented to use both coniferous and mixed-coniferous/deciduous vegetation types dominated by white, black, and red spruce, balsam fir, pine, northern white cedar, eastern hemlock, sugar maple, aspen, and paper birch (Plate 2.11; Hoving et al. 2004, Fuller et al. 2007, Vashon et al. 2008*a*). Mature deciduous stands and forest openings are avoided by lynx at all spatial scales.

In the Great Lakes Geographic Area, most lynx occurrences (88%) are within the Mixed Deciduous/Conifer Forest (McKelvey et al. 2000*b*). Coniferous and mixed-coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, paper birch, conifer bogs and shrub swamps provide lynx habitat in this geographic area (Plate 2.12; Burdett 2008, Moen et al. 2008, McCann and Moen 2011).

In the western United States, most lynx occurrences (83%) are associated with Rocky Mountain Conifer Forest, and most (77%) fall within the 1,500–2,000 m (4,920–6,560 ft) elevation zone (McKelvey et al. 2000*b*), except in Colorado where elevations are higher. Engelmann spruce, subalpine fir and lodgepole pine forest cover types occurring on cold, moist potential vegetation types provide habitat for lynx (Plate 2.13; Aubry et al. 2000). Dry forest cover types (e.g., ponderosa pine, dry Douglas-fir) do not provide lynx habitat (Koehler et al. 2008, Maletzke et al. 2008, Squires et al. 2010).

Snow conditions. Across the northern boreal forests of Canada, snow conditions are very cold and dry. Snow depths are relatively uniform and only moderately deep, with total annual snowfall of 100–127 cm (39–50 in; Kelsall et al. 1977). In contrast, in the southern portion of lynx range, snow depths are generally deeper, with deepest snows in the mountains of southern Col-



**Plate 2.11.** Lynx habitat in the northeastern United States is dominated by white, black, and red spruce, white cedar, sugar maple, and aspen.



**Plate 2.12.** Lynx habitat in the Great Lakes area is dominated by balsam fir and white spruce.

Rvsd Plan - 00004216

orado. Snow in southern lynx habitats may be subjected to more freezing and thawing than in the northern portion of lynx range (Buskirk et al. 2000*b*), although this varies with elevation, aspect, and local weather conditions. It has been suggested that crusting or compaction of snow may reduce the competitive advantage that lynx have in soft snow because of their long legs and low foot loadings (Buskirk et al. 2000*a*).

Snowshoe hare prey base. A landscape density of >0.5 hares/ha (0.2 hares/ac) has been suggested to be necessary to sustain lynx within their home ranges (Mowat et al. 2000, Ruggiero et al. 2000*b*). A density of <0.3 hares/ha (0.12 hares/ac) correlates with observations of adult lynx emigrating from their home ranges in Canada and is thought to be too low to support lynx survival (Mowat et al. 2000).



Gary Koehler

**Plate 2.13.** Lynx habitat in the western United States is dominated by Engelmann spruce, subalpine fir, and lodgepole pine.

Steury and Murray (2004) indicated that a density of >1.5 hares/ ha (0.6 hares/ac) would be necessary to enable a reintroduced lynx population to persist. However, snowshoe hare densities across the southern range are consistently below this density (Keith 1990, Hodges 2000*b*, Murray 2000). Murray et al. (2008) acknowledged that this may be an overly conservative estimate for a threshold density, given differences in population dynamics between northern and southern populations of hares and lynx.

Lynx occurrence in northern Maine is strongly associated with landscape-scale hare densities of >0.74 hares/ha (0.39 hares/ac; Simons 2009, Simons-Legaard et



Northern Rockies Lynx Project, Rocky Mountain Research Station, USDA Forest Service.

**Plate 2.14.** In the western United States, mature multi-story forests with dense horizontal cover and lower live limbs at the snow surface provide good lynx foraging habitat during winter.

al. 2013). Stands that had snowshoe hare densities of >1.5 hares/ha (0.6 hares/ac) supported female lynx accompanied by kittens and a 78% kitten survival rate (Vashon et al. 2008*a*). Lynx did not occupy areas where landscape-scale hare densities were <0.5 hares/ha (0.2 hares/ac; Simons-Legaard et al. 2013).

**Seasonal variation in lynx habitat use**. In the western United States in winter, lynx selected for mature multi-story stands dominated by Engelmann spruce and subalpine fir (Plate 2.14; Koehler et al. 2008, Squires et al. 2010). These stands consisted primarily of large diameter trees where limbs reached the snow at ground level

and contributed to dense horizontal cover (Squires et al. 2010). In Montana, the proportion of overstory size classes of trees in forests used by lynx in winter were 5% saplings (2.5–8 cm [1–3 in] dbh), 19% pole (8–18 cm [3–7 in] dbh), 42% mature (18–28 cm [7–11 in] dbh), and 29% large (>28 cm [>11 in] dbh). Regenerating stands composed of small diameter saplings <10 cm (<4 in) dbh in dry forest types, recent clear-cuts, and forest openings across all spatial scales were generally avoided during winter (Koehler et al. 2008, Maletzke et al. 2008, Squires et al. 2010). Lynx remained near the forest edge when crossing forest openings, and the average crossing distance was 117 m (384 ft) with a range of 40–379 m (131–1,243 ft; Squires et al. 2010).

In contrast to habitat use by lynx in winter, Squires et al. (2010) found forest stands in Montana with mature and large diameter trees were used less often during summer. Lynx broadened their selection to include younger regenerating stands composed of Engelmann spruce and subalpine fir with abundant small diameter and pole sized trees (8–18 cm [3–7 in] dbh), abundant total shrubs, and high horizontal cover (Squires et al. 2010). The proportion of overstory size classes of trees in forests used by lynx in summer were 66% pole (8–18 cm [3–7 in] dbh), 21% mature (18–28 cm [7–11 in] dbh), and 6% large (>28 cm [>11 in] dbh). Lynx generally avoided forest types with high proportions of Douglas-fir, grass in the understory, or snags. Elevations used by lynx were 136±24 m [446±79 ft] higher in summer than during the winter but still occurred in the montane zone between the alpine zone and the dry forests of the lower montane zone (Squires et al. 2010).

**Foraging habitat.** In the contiguous United States, lynx focus their foraging in conifer and conifer-hardwood habitats that support their primary prey of snowshoe hares. Winter habitat may be more limiting for lynx (Squires et al. 2010). Dense saplings or mature multi-layered stands are the conditions that maximize availability of food and cover for snowshoe hares at varying snow depths throughout the winter.



**Plate 2.15.** Natural disturbance processes, including wildfire, wind events, and insect outbreaks, create early seral forest structure that can develop into the dense structure used by snowshoe hares.

Rvsd Plan - 00004218

Natural disturbance processes that create early successional stages exploited by snowshoe hares include fire, insect infestations, wind throw, and disease outbreaks (Plate 2.15; Kilgore and Heinselman 1990, Veblen et al. 1998, Agee 2000). Both timber harvest and natural disturbance processes provide foraging habitat for lynx when the resulting stem densities and stand structure meet the habitat needs of snowshoe hare (Plate 2.16; Keith and Surrendi 1971; Fox 1978; Conroy et al. 1979; Wolff 1980; Parker et al. 1983; Litvaitis et al. 1985; Bailey et al. 1986; Monthey 1986; Koehler 1990*a*, *b*).

Landscapes containing a mix of forest age classes are more likely to provide lynx foraging habitat throughout the year (Poole et al. 1996, Griffin and Mills 2004, Squires et al. 2010). In winter, lynx do not appear to hunt in openings, where lack of cover limits habitat for snowshoe hares (Mowat et al. 2000, Maletzke et al. 2008, Squires et al. 2010). Areas with recent timber harvest and areas recently burned can contribute herbaceous summer foods for snowshoe hares, and woody winter browse will develop on older sites (Fox 1978). Multi-story stands may provide a greater availability of browse as snow depths vary throughout the winter.




**Plate 2.16.** Regrowth following stand-replacing wildfires can develop dense horizontal cover that supports high densities of snowshoe hares.

In the eastern United States, lynx habitat selection at the home range scale includes extensive areas of regenerating spruce-fir stands 15–35 years after clearcut or other even-aged harvest, with >50–60% canopy closure and intermediate (7,000–11,000 stems/ha [2,834–4,453 stems/ac]) to high (up 14,000 stems/ha [5,668 stems/ac]) stem density (Fuller et al. 2007, Vashon et al. 2008*b*, Scott 2009, Simons 2009). The highest hare densities were found where stem densities exceeded 14,000 stems/ha (5,668 stems/ac), but lynx selected stands with intermediate stem density and intermediate to high hare densities for hunting (Fuller et al. 2007). Simons-Legaard et al. (2013) found the probability of lynx occurrence exceeded 90% when a density of >0.74 snowshoe hares/ha (0.39 hares/ac) and >10% mature conifer forest were present.

In Minnesota, Burdett (2008) reported that lynx selected regenerating forest, dominated by conifer with extensive forest edge; lynx beds (resting and hunting) and kill sites were associated with regenerating and mixed forest. McCann and Moen (2011) found snowshoe hare densities were highest in regenerating forests.

In the western United States, development of a high density >11,250/ha (>4,500/ac) of young conifer stems and branches protruding above the snow was found to provide foraging habitat for lynx within about 10–40 years following disturbance, depending on site productivity, forest type and intensity of disturbance (Sullivan and Sullivan 1988, Koehler 1990a). This habitat is temporary, as the tree stems and branches eventually grow out of reach of snowshoe hares and shade out understory saplings and shrubs. Mature multi-story conifer forests with low limbs and a substantial understory of young trees and shrubs provide stable lynx foraging habitat (Murray et al. 1994, Koehler et al. 2008, Squires et al. 2010, Ivan 2011a). In north-central Washington, high snowshoe hare densities (>1.0 hares/ha [0.4 hares/ac]) were associated with sapling (<10 cm [<4 in] dbh) densities of 2,784±281 stems/ha (1,127±114 stems/ac) and medium-sized (10–28 cm [4–11 in] dbh) tree densities of 712±80 stems/ha (288±32 stems/ac; Walker 2005).

**Lynx denning habitat and den site characteristics**. Natal and maternal den sites are used until kittens reach about 6–8 weeks of age (Slough 1999, Moen et al. 2008). For denning habitat to be functional, it must be in or adjacent to foraging habitat (Plate 2.17; Moen et al. 2008). Maternal dens are generally located close to natal dens (median distance of 107 m [351 ft]) and are similar in forest structure characteristics (Slough 1999, Squires et al. 2008). Kittens are left alone at den sites while the female lynx hunts (Slough 1999, Moen et al. 2008, Olson et al. 2011). Coarse woody debris provides kittens with protection from extreme temperatures, precipitation, or predators (Boutros et al. 2007, Moen et al. 2008).



**Plate 2.17.** Lynx denning habitat is structurally complex, typically located near foraging habitat and containing a high volume of large down logs.

The common components of natal and maternal den sites appear to be large woody debris (Plate 2.18; down logs or root wads) and dense horizontal cover (Koehler 1990a, Mowat et al. 2000, Squires and Laurion 2000, Moen et al. 2008, Organ et al. 2008, Squires et al. 2008). Dens have occasionally been located under ledges in boulder fields (individual boulders >1 m [>3.3 ft] diameter), under live vegetation such as alder

Rvsd Plan - 00004220



Gary Koehler

**Plate 2.18.** The majority of lynx dens in the contiguous United States are associated with large, down logs in mature conifer forests.

(*Alnus* spp.) and Pacific yew (*Taxus brevifolia*), or in slash piles (Moen et al. 2008, Squires et al. 2008). Den sites typically are situated within older regenerating stands (>20 years since disturbance) or in mature conifer or dense regenerating mixed-conifer-deciduous (typically spruce/fir or spruce/birch) forests (Koehler 1990*a*, Slough 1999, Moen et al. 2008, Organ et al. 2008, Squires et al. 2008). Stand structure appears to be more important than forest cover type (Mowat et al. 2000). The availability of den sites does not appear to be limiting (Gilbert and Pierce 2005, Moen et al. 2008, Organ et al. 2008, Squires et al. 2008).

In Maine, lynx dens were primarily located in stands of sapling-sized trees dominated by conifers, where blown-down trees provided cover and the canopy opening promoted understory growth and dense horizontal cover (Organ et al. 2008). In Minnesota, Moen et al. (2008) reported that sites selected by female lynx for denning had lower stem densities than surrounding areas, with >80% of tree stems being coniferous species including white or black spruce, balsam fir and northern white cedar, The amount of regenerating forest increased in areas surrounding these dens at a distance of 100–500 m (328–1,640 ft; Moen et al. 2008). In Montana and Colorado, lynx primarily denned in mature Engelmann spruce and subalpine fir stands in concave drainages or basins with dense horizontal cover and abundant coarse woody debris (Shenk 2008, Squires et al. 2010).

### Lynx population dynamics

**Reproduction**. Breeding occurs during March and April in the northern part of the range of lynx (Quinn and Parker 1987). Male lynx may be incapable of breeding during their first year (McCord and Cardoza 1982). Males are not known to help rear young (Eisenberg 1986).

In the Yukon near Whitehorse, the timing of kitten births differed somewhat by age class of female lynx.

Adult females delivered kittens on May 23±6 days, while yearlings gave birth from 1–3 weeks later on June 17th ± 7 days (Slough 1999). Kittens were born in May to June in south-central Yukon (Slough and Mowat 1996). Kittens were born in early May in Minnesota (Moen et al. 2008), and from 26 April to 23 May in Montana (Olson et al. 2011). In Maine, 1 female that may have lost her first litter appeared to have had a second litter in August (Vashon et al. 2012).

In Montana, female lynx stayed in natal dens on average for 21±17 days, and subsequently used an average of 3±2 maternal dens in a given year (Olson et al. 2011). Nine female lynx exhibited roughly equal levels of activity from dawn to dusk when they had newborn to 2-month-old kittens. Females caring for kittens were more active during the day compared to pre- or post-denning periods, and they travelled shorter daily distances than before their kittens were born (Olson et al. 2011).

**Kitten production and survival**. Litter size of adult females averages 4–5 kittens during periods of hare abundance in the northern boreal forest (Mowat et al. 1996). Based on snow-tracking in the Yukon, O'Donoghue et al. (2001) found evidence of family groups with 1–6 kittens. In Canada during the low phase of the hare cycle, few if any live kittens are born, and few yearling females conceive (Brand and Keith 1979, Poole 1994, Slough and Mowat 1996). However, some lynx recruitment may still occur when hares are scarce and this may be important in maintaining the lynx population through the cyclic low (Mowat et al. 2000).

In Maine, during years of high hare populations (1999–2005), 89% of radio-collared females of breeding age had kittens, and average litter size was 2.74 kittens (Plate 2.19; Vashon et al. 2012). During years of low hare populations (2006–2010), 30% of breeding age females had kittens with litter size averaging 2.25 kittens (Vashon et al. 2012). During both time periods (1999–2010), 78% of kittens were with their mother the following January or February after birth (Vashon et al. 2012). This high productivity and survival rate is be-



**Plate 2.19.** Lynx natal dens are typically located under large logs that provide protection for kittens. Litter size is generally 2–3 kittens in the contiguous United States, but can be as many as 5.

Rvsd Plan - 00004222

lieved to be indicative of good habitat quality and prey abundance in the study area (Vashon et al. 2008a).

In Minnesota, 5 dens were monitored from 2004–2006. Four of 5 females had litters in consecutive years; the 9 litters ranged from 2–5 kittens (average 3.22±0.97; Moen et al. 2008). One radio-collared female bred and had a litter at 2 years of age (Moen et al. 2008).

In Wyoming, 1 female produced 4 kittens in 1998 and 2 kittens in 1999 (Squires and Laurion 2000). In Montana, Squires and Laurion (2000) reported that 1 female produced 2 kittens in 1998, and in 1999, 2 of 3 females produced litters of 2 kittens each. From 1999–2006, 57 dens of 19 female lynx were located in the Seeley Lake, Garnet Range, and Purcell Mountains in western Montana (Squires et al. 2008); litter size data from this study are not yet available.

In Colorado, the number of dens that were located peaked in 2005 (n=17 dens while monitoring 42 females), and subsequently decreased to 4 dens in 2006. No dens were located in 2007 or 2008 while monitoring 34 and 28 females, respectively (Shenk 2008). The average number of kittens per litter was 2.78 and the sex ratio of males to females was 1:1.14 (Shenk 2008).

In north-central Washington, 2 radio-collared females had litters of 3 and 4 kittens in 1986, and each had at least 1 kitten in 1987 (Koehler 1990a). Of these litters, only 1 kitten survived to its first winter. However, during 2001-2004, snow tracking showed females to be accompanied by 1–3 kittens in their first winter, but dispersal and survival rates were unknown (von Kienast 2003, Maletzke 2004, Maletzke et al. 2008). Koehler (1990a) suggested that the relatively low number of kittens produced in north-central Washington was comparable to northern populations during periods of low snowshoe hare abundance.

**Mortality**. The most commonly reported causes of mortality are starvation, especially of kittens (Quinn and Parker 1987, Koehler 1990a, Vashon et al. 2012), and human-caused mortality (Ward and Krebs 1985, Bailey et al. 1986, Moen 2009). Longevity records indicate lynx live up to 16 years in the wild (Kolbe and Squires 2006). Life spans could vary between regions due to different sources and rates of mortality.

In Maine, 26% (17 of 65) of the mortalities of radio-collared lynx were from starvation, even during times when hare populations were high (Vashon et al. 2012). Other sources of mortality included predation and suspected predation (42%, 27 of 65), legal and illegal harvest both in Maine and Canada (15%, 10 of 65), vehicles (3%, 2 of 65), and disease (2%, 1 of 65; Vashon et al. 2012).

In Minnesota, half of 14 animals radiocollared in the 1970s were shot or trapped, and all recorded mortalities were associated with human causes (Mech 1980). Of lynx that were radiocollared from 2003-2008, Moen (2009) reported that 75% of the mortalities were associated with humans.

In the reintroduced population in Colorado, the primary sources of known mortality were shooting (14 known and 5 probable of 102 mortalities), vehicle collisions (13 of 102), and starvation (10 of 102; Devineau et al. 2010). Other confirmed causes were predation (3 known and 3 probable of 102), disease (7 or 102), illness (2 of 102), and other trauma (8 of 102). Plague was diagnosed as the cause of the 7 lynx mortalities attributed to disease, which was apparently contracted after release in Colorado (Wild et al. 2006). The cause of mortality did not appear to differ between males and females (Devineau et al. 2010).

In cyclic lynx populations of the northern boreal forest, most natural lynx deaths are attributed to starvation during years of low hare abundance (Poole 1994, Slough and Mowat 1996). Hunger-related stress is also

thought to induce dispersal, which may increase the exposure of lynx to other forms of mortality such as trapping and highway collisions (Brand and Keith 1979, Carbyn and Patriquin 1983, Ward and Krebs 1985, Bailey et al. 1986).

Predation on lynx by mountain lion, coyote, wolverine, gray wolf, fisher, and other lynx has been confirmed (Plate 2.20; Berrie 1974, Koehler et al. 1979, Poole 1994, Slough and Mowat 1996, O'Donoghue et al. 1997, Apps 2000, Squires and Laurion 2000, O'Donoghue et al. 2001, Vashon et al. 2012). In Maine, 14 of 18 lynx that died of predation were killed by fishers, which were suspected at 4 additional predation events (Vashon et al. 2012). Squires and Laurion (2000) reported 2 of 6 mortalities of radio-collared lynx in Montana were due to mountain lion predation. In Colorado, 3 of 102 lynx mortalities were confirmed as predation (Devineau et al. 2010).

**Population cycles**. Based on the Hudson's Bay Company fur trading records, Elton and Nicholson (1942) documented cyclic 8–11 year oscillations of northern lynx populations, corresponding to similar fluctuations in snowshoe hare abundance. Since then, many studies in northern boreal forests have provided further evidence that lynx populations there are tightly linked to the cyclic abundance of snowshoe hares, with the 2 species exhibiting largely synchronous 8–11 year cycles across Canada and Alaska (Keith et al. 1977, Sinclair et al. 1993, Poole 1994, Mowat et al. 2000, Murray et al. 2008). Stenseth et al. (1999) suggested that lynx population dynamics are synchronized by climatic patterns typical of the Pacific, Continental, and Atlantic zones that are affected by the North Atlantic Oscillation. Stenseth et al. (2004) used a model to test the effect of climate forcing as a synchronizer of regional density fluctuations, and suggested that climate forcing could result in synchrony within regions and asynchrony between regions.

Lynx typically exhibit a 1–2 year delay in peak abundance following a peak in hare abundance (Elton and Nicholson 1942, Keith 1963, O'Donoghue et al. 1997). During a cyclic decline in hare numbers, lynx demonstrate lower survival than during any other



Rich Beausoleil, Washington Department of Fish and Wildlife.



Michael K. Schwartz

**Plate 2.20.** Cougars have been documented as predators of lynx in the western United States, while fishers have been documented killing lynx in the northeast.

phase in the cycle (O'Donoghue et al. 1997). In Alberta, Keith et al. (1977) found that lynx responded to the

Rvsd Plan - 00004224

increase in hare numbers with approximately 4-fold increases in their population sizes, followed by a 3–4-fold decrease during the decline phase of the cycle. In the Northwest Territories, Poole (1994) documented a 10-fold reduction in lynx density during the decline of hare populations. In south-central Yukon, Slough and Mowat (1996) found that lynx numbers fluctuated 10–17-fold over the cycle.

Lynx density, home range size, dispersal patterns, reproductive parameters, and survival rates are strongly correlated to snowshoe hare abundance (Nellis et al. 1972, Brand and Keith 1979, Ward and Krebs 1985, Poole 1994). When hares reach their peak abundance in the cycle, the lynx population exhibits high productivity and recruitment, low mortality, and individuals use smaller home ranges. When hare populations decline, lynx exhibit lower productivity and higher mortality, and demonstrate increased movements and home-range sizes (Ward and Krebs 1985, O'Donoghue et al. 1997).

Evidence of lynx and snowshoe hare cyclicity in their southern distribution has been mixed, but population cycles and synchrony in both species appear to diminish with decreasing latitude (Keith 1963, Smith 1983, Keith 1990, Ranta et al. 1997, Hodges 2000*b*, Wirsing et al. 2002, Hodges et al. 2009, Scott 2009). Koehler (1990*b*) and Strohm and Tyson (2009) suggested that the natural patchiness of habitat in the southern portion of the range may contribute to a dampening of cyclic population dynamics of lynx and snowshoe hares.

In general, hares occur at lower densities in their southern range than in the north (Koehler and Aubry 1994). Peak densities reported in the north are 4–6 hares/ha (1.62–2.43 hares/ac; reported in Hodges 2000*a*). Hare densities in Maine range from 1.0–2.4/ha (0.6–0.97/ac; Robinson 2006, Fuller et al. 2007, Homyack et al. 2007, Vashon et al. 2008*a*, Scott 2009); Minnesota hare densities range from 0.3–2.0/ha (McCann 2006); and densities in the western United States range from <1.0–4.85/ha (<0.4–2.02/ac; Koehler 1990b, Hodges 2000*b*, Lewis et al. 2011, Berg and Gese 2012).

### Genetic variation across the range of lynx

Periodically, influxes of dispersing lynx have occurred in the northern United States during lows in the snowshoe hare cycle in Canada (McKelvey et al. 2000*b*). Schwartz et al. (2002) used microsatellite DNA markers to estimate gene flow from lynx samples collected across the lynx's geographic range. The analysis revealed a high degree of gene flow despite separation by distances greater than 3,100 km (1,925 mi). This supported the hypothesis that immigrating lynx have been able to successfully colonize southern areas, and highlighted the need for management actions to maintain connectivity with the core of the lynx's geographic range in Canada.

Row et al. (2012) conducted a similar analysis of microsatellite DNA markers from lynx from Alaska to Newfoundland and came to a similar conclusion. They found low levels of population genetic structure in mainland North American lynx populations (Newfoundland populations were unique) suggesting high levels of dispersal. In contrast, Rueness et al. (2003) found significant genetic differentiation between the British Columbia and Alaska-Yukon-Northwest Territory regions and eastern Ontario-Quebec populations (possibly because different microsatellite loci were used). Despite these differences, Row et al. (2012) concluded that all these studies support the concept that the Rocky Mountains do not provide a strong barrier to gene flow for lynx although there may be subtle restrictions in gene flow between eastern and western North American populations.

Schwartz et al. (2003) compared genetic variation across the range of lynx. Using their operational definition (the outer 165 km [103 mi] band of the species' geographic range, based on home range size), they found less genetic variation in the periphery than in the center of the range.

## Hybridization with bobcats

Canada lynx-bobcat hybridization was first documented in 3 of 20 lynx in northeastern Minnesota through genetic analysis of hair and scat samples (Schwartz et al. 2004). Lynx-bobcat hybrids were also detected in Maine (Plate 2.21; n=2) and New Brunswick (n=2) from samples collected from 1986 to 2003 (Homyack et al. 2008). All hybrids were the offspring of male bobcats and female lynx (Schwartz et al. 2004). Hybrids were capable of reproducing successfully based on observations of a hybrid female lynx with 3 kittens, and placental scars in the reproductive tract of another hybrid (Homyack et al. 2008).

Hybrids had ear tufts similar in length to lynx at >2.5 cm (>1 in) and their tails were black with a few white hairs interspersed. Hind feet of 2 hybrids were 17.5 and 20.0 cm (7 and 8 in) long, respectively (Homyack et al. 2008) and intermediate between those of a bobcat at 17.0 cm (6.7 in; Lariviere and Walton 1997) and a lynx at 20.3 cm (8 in; Tumlison 1987). The pelage of the hybrids tended to be reddish brown with a few spots and generally more like bobcats in appearance (Homyack et al. 2008).

To date, hybridization has been documented only in Minnesota, Maine, and New Brunswick where low topographic relief and variability in winter severity may allow more interaction between the 2 species during the breeding season. There was no evidence of hybridization in the 120 lynx studied in Montana (J. Squires personal communication 2012). Further research is needed to identify areas where lynx-bobcat hybridization is occurring, to determine the factors in lynx habitat that favor bobcats, and to assess whether hybridization may hinder lynx recovery (Schwartz et al. 2004).



Jennifer Vashon, Maine Department of Inland Fish and Wildlife.



Jennifer Vashon, Maine Department of Inland Fish and Wildlife.

**Plate 2.21.** Lynx and bobcat hybridization has been documented in Minnesota, Maine, and New Brunswick. Note that on this lynx-bobcat hybrid, the tail is not completely black-tipped, the front foot is smaller than that of a lynx, and the fur is more spotted as seen on the leg.

## Interspecific relationships with other carnivores

**Predation on lynx**. Mountain lion predation was a source of 3% of the confirmed mortality observed among lynx reintroduced in Colorado (Devineau et al. 2010) and also was observed in lynx populations in Montana (J. Squires, personal communication 2012) and Washington (Koehler 1990a). As noted above, documented predators of lynx include mountain lion, coyote, wolverine, gray wolf, fisher and other lynx. The

Rvsd Plan - 00004226

magnitude of predation on lynx and the extent to which it may influence lynx population structure and dynamics are unknown.

**Competition – dietary overlap**. Buskirk et al. (2000*a*) defined 2 possible competition impacts to lynx as exploitation (competition for food) and interference (avoidance). Exploitation competition could contribute to lynx starvation and reduced recruitment. Of several predators examined (raptors, coyote, gray wolf, mountain lion, bobcat, and wolverine), coyotes were deemed the most likely to pose local or regionally important exploitation impacts to lynx. Coyotes, bobcats, and mountain lions are possibly capable of imparting interference competition effects on lynx. Interference would be most probable during summer, and during winter in areas lacking deep, unconsolidated snow.

Parker et al. (1983) discussed anecdotal evidence of competition between bobcats and lynx. On Cape Breton Island, Nova Scotia, lynx were common over much of the island prior to bobcat colonization. Following colonization by bobcats, lynx densities declined and their presence on the island became restricted to the highlands where bobcats did not occur.

Robinson (2006) documented that the absence of bobcats was a significant factor along with hare density in explaining the distribution of lynx occurrence in Maine. In townships where both species were present, lynx used suboptimal habitats and bobcats were found in the areas having the highest hare densities. Lynx have a lower foot loading and longer limb length than bobcats (Buskirk 2000, Hoving et al. 2003) and likely have a competitive advantage in deep, fluffy snow conditions. Bobcats in Maine are physically stressed during harsh winters that have deep snow, and these conditions likely limit their northern distribution (Litvaitis et al. 1986).

# Chapter 3 - LYNX GEOGRAPHIC AREAS

Five geographic areas are identified: Northeast, Great Lakes, Southern Rocky Mountains, Northern Rocky Mountains, and Cascade Mountains. These geographic areas were delineated in the 2000 LCAS based on lynx occurrence records and the distribution of appropriate forest vegetation (e.g., spruce-fir forests).

In 2005, FWS developed a Canada Lynx Recovery Outline (U.S. Fish and Wildlife Service 2005), which provides preliminary recovery objectives and actions for the contiguous United States DPS of lynx until a recovery plan is completed. Based on the examination of historical and recent evidence of lynx habitat and occurrence, the recovery outline identified core areas, secondary areas, and peripheral areas (Fig. 3.1). Core areas are the areas with the strongest long-term evidence of the persistence of lynx populations supported by a sufficient quality and quantity of habitat. The recovery outline recommends focusing lynx conservation efforts on core areas to ensure the continued persistence of lynx in the contiguous United States. FWS hypothesized that secondary areas and peripheral areas may contribute to lynx persistence by enabling successful dispersal and recolonization of core areas, but their role in sustaining lynx populations remains unknown.



**Figure 3.1.** Areas identified as core, secondary, and peripheral as depicted in the Canada Lynx Recovery Outline across the states where the lynx is listed (U.S. Fish and Wildlife Service 2005).

Rvsd Plan - 00004228

The recovery outline (U.S. Fish and Wildlife Service 2005) identified 6 core areas: Northern Maine/Northern New Hampshire, Northeastern Minnesota, Northwestern Montana/Northeastern Idaho, Kettle/Wedge, North Cascades, and Greater Yellowstone Area. The Southern Rockies was identified as a "provisional core" because it contains a reintroduced population, and at that time it was too early to determine whether a self-sustaining population of lynx would result. In this document, the provisional core is treated the same as the core areas.

All of the core areas, secondary areas, and peripheral areas identified in the recovery outline (U.S. Fish and Wildlife Service 2005) are encompassed within the 5 geographic areas (Fig. 3.1). As new information continues to be developed, the delineations may be modified. For example, the Southern Rocky Mountains Geographic Area was not subdivided into core, secondary, and peripheral areas in the recovery outline. As the pattern of occupancy by the reintroduced population becomes clearer over time, it is possible that some further subdivision may occur. Our intent is that LCAS geographic areas will be adjusted if needed to encompass the areas identified in the recovery outline or in a future recovery plan.

A crosswalk between geographic areas and the core areas is shown in Table 3.1. The table also includes an estimate of the size of each core area taken from the rule designating critical habitat (Federal Register vol. 74, no. 36, pp. 8616-8702), the Southern Rockies Lynx Amendment (USDA Forest Service 2008), and the Washington Lynx Recovery Plan (Stinson 2001).

**Table 3.1.** Cross-walk between geographic areas and core areas and estimated size of core areas.

| Geographic Area Name | Core Area Name | Core Area Size km$^2$ (mi$^2$) |
|---|---|---|
| Northeast | Northern Maine/Northern New Hampshire | 24,597 km$^2$ (9,497 mi$^2$) |
| Great Lakes | Northeastern Minnesota | 20,888 km$^2$ (8,065 mi$^2$) |
| Southern Rocky Mountains | Southern Rockies | 27,328 km$^2$ (10,551 mi$^2$) |
| Northern Rocky Mountains | Northwestern Montana/Northeastern Idaho Greater Yellowstone Area Kettle/Wedge | 36,096 km$^2$ (13,937 mi$^2$) 13,492 km$^2$ (5,209 mi$^2$) 1,167 km$^2$ (451 mi$^2$) |
| Cascade Mountains | North Cascades | 4,755 km$^2$ (1,836 mi$^2$) |

The geographic areas vary in important ways that may influence lynx populations and their prey. In this chapter, we address the population status and distribution of lynx and features of their habitat, as well as the distribution and habitat of snowshoe hares, in each geographic area. For each area, we discuss connectivity of lynx populations and their habitat, and the potential influence of relevant human activities and developments that are occurring or are likely to occur. Potential changes in habitat conditions due to climate change are also described, in order to assess the relative capability and importance of areas within the geographic area to sustain lynx populations into the future.

## Northeast Geographic Area

### Geographic extent

The Northeast Geographic Area boundary encompasses Maine, northern New Hampshire, northern Vermont, and northeastern New York. The previous delineation in 2000 also included much of New Hampshire and Vermont, small portions of northwestern Massachusetts, and the very northeastern corner of Pennsylvania. Based on more recent information including documented records of reproduction by lynx, these more southern areas are no longer included in the geographic area.

This geographic area falls within the Adirondack-New England Mixed Forest-Coniferous Forest-Alpine Meadow Province (McNab and Avers 1994). The province is composed of 5 sections, as described by McNab and Avers (1994). Current information indicates that lynx inhabit only the White Mountains Section.

> *White Mountains Section (M212A):* This section extends across the western one-half of Maine from north to south and the northeastern corners of New Hampshire and Vermont. The potential vegetation types occurring on this section include northern hardwoods forest, northern hardwood-spruce forest, and northeastern spruce-fir forest (Kuchler 1964).

The Acadian forest ecoregion is an ecological transition zone between northern boreal forests and southern temperate deciduous-dominated forests (Seymour and Hunter 1992). The province is composed of subdued glaciated mountains and dissected plateaus of mountainous topography. Elevations range from 150–1,220 m (500–4,000 ft) with a few isolated peaks higher than 1,525 m (5,000 ft). Any glacially broadened valleys have glacial outwash deposits and contain numerous swamps and lakes.

The climate in the area is characterized by warm summers. Winters can be cold; mean temperatures in January in western Maine are -17° C (+1° F; Homyack et al. 2006), but it is less cold near the ocean. Average annual snowfall is more than 250 cm (100 in) with a steep gradient of snowfall increasing from the coast to the interior forest in northwest Maine (Jacobson et al. 2009).

Tree species composition and growth form are similar to the forests found to the north in Canada, but red spruce tends to replace white spruce. Valleys contain hardwood forests with the principal tree species being sugar maple, yellow birch (*Betula alleghaniensis*), and beech, with a mixture of hemlock. Low mountain slopes support a mixed forest of spruce, fir, maple, beech, and birch. Above the mixed-forest zone lie pure stands of balsam fir and red spruce. Alpine meadows exist above timberline (Bailey 1995).

## Lynx population status and distribution

Historical records of lynx exist from Maine, New Hampshire, Vermont, and New York; however, with the exception of Maine, recent records of lynx from the Northeast are rare (McKelvey et al. 2000*b*, Hoving et al. 2003, Krohn and Hoving 2010). Lynx are currently considered present in Maine, the White Mountains of New Hampshire, and the Green Mountains of Vermont. Modeling based on lynx occurrence data concluded that areas in the northeastern United States that receive <270 cm (<106 in) of snowfall or are dominated by deciduous forests are unlikely to support lynx (Hoving et al. 2005).

Anecdotal reports suggest that lynx were breeding in Maine during the 1960s and 1970s (McKelvey et al. 2000*b*, Hoving et al. 2003, Vashon et al. 2012). Lynx snow tracking surveys, using a detection protocol established by the Maine Department of Inland Fisheries and Wildlife, were conducted in Maine from 1995–1999 across 126 townships and from 2003–2008 across 60 townships to determine the presence of lynx on private forest lands. Lynx were detected in 10 townships in 1995–1999 and 35 townships in 2003–2008 (Vashon et al. 2012). Data from these surveys were used to model lynx occurrence and habitat in northern Maine (Hoving 2001, Simons 2009), which predicted lynx habitat to be widespread and relatively abundant throughout northern Maine. Lynx reproduction was confirmed in 1999 when a radio-collared female produced 2 kittens (Vashon et al. 2012). During a period of high hare populations (>2hares/ha [0.8 hares/ac]), 89% percent of available adult females (older than 2 years) produced litters, and litter size averaged 2.74 kittens (Vashon et al. 2012). Lynx are state-listed as a species of special concern in Maine.

Rvsd Plan - 00004230

Regional modeling based on vegetation and annual snowfall indicates that Acadian forest habitat in New Hampshire, Vermont, and New York is no longer contiguous with existing lynx populations in Maine, New Brunswick, and the Gaspé Peninsula of Quebec (Hoving et al. 2005). In New Hampshire, the lack of lynx captures by trappers or of vehicle-related mortalities since 1967, and the subsequent failure to detect lynx tracks during an extensive survey of the White Mountain National Forest in 1986 are considered evidence that a viable population of lynx no longer exists there (Litvaitis et al. 1991). However, small numbers of breeding lynx were discovered in northern New Hampshire and Vermont in 2007 and have persisted through 2011 (M. McCollough, U.S. Fish and Wildlife Service, personal communication 2013). Lynx are state-listed as endangered in Vermont and New Hampshire. The lynx is considered extirpated in New York.

Lynx populations in Maine are contiguous with lynx populations in the Gaspé region of southern Quebec and northern New Brunswick, Canada. Lynx also occur on Cape Breton Island, Nova Scotia. It is thought that dispersing lynx from the north may periodically supplement resident populations in the United States (Litvaitis et al. 1991, Hoving et al. 2003, Vashon et al. 2012).

In Quebec, populations are trapped according to a management strategy implemented in 1995 (Ministère de l'Environement et de la Faune 1995). Southern Quebec is divided into Fur Management Units. Harvest limits vary from 1–4 lynx in most units adjacent to northern Maine and New Brunswick. The lynx population density is estimated to be 10 lynx/100 km$^2$ (3.86 lynx/100 mi$^2$) at the peak of the hare cycle, 2 lynx/100 km$^2$ (0.77 lynx/100 mi$^2$) at the trough, and 4–6 lynx/100 km$^2$ (1.5 lynx–2.3/100 mi$^2$) on average (Ray et al. 2002). Harvest limits are adjusted according to hare populations. Annual harvest in the entire province of Quebec from 2004–2011 ranged from 1,734 to 3,155 lynx. The annual harvest in southern Quebec Fur Management Units (south of the St. Lawrence River and adjacent to the United States) during the same time period ranged from 339 to 744 lynx.

Lynx are listed as endangered by the provinces of New Brunswick and Nova Scotia; there is no harvest and no estimate of population density or abundance in these provinces at this time. Lynx are considered extirpated from the Upper St. Lawrence Valley (Alvo 1998).

## Lynx habitat

Lynx habitat within the Northeast Geographic Area is distributed in a mostly contiguous block of forest in the Acadian forest ecotone between boreal forest and deciduous forest, primarily associated with northern spruce -fir forest and northern hardwood-spruce forest communities. This habitat is similar to, and contiguous with, forested areas in Quebec and New Brunswick, Canada (Hoving et al. 2005).

The current range of lynx in the Northeast is most strongly associated with areas of deep snowfall (Hoving et al. 2004), large (100 km$^2$ [40 mi$^2$]) forested landscapes, and areas with a high proportion of regenerating conifer-dominated forest that had previously been treated with herbicides to suppress hardwoods (Hoving 2001). The majority of current lynx populations and lynx habitat in the Northeast Geographic Area are located on private industrial forest lands in Maine (Harper et al. 1990, Hoving et al. 2004, Simons 2009, Federal Register Vol. 74 pp. 8616–8701).

In the northeast prior to European settlement, lynx habitat was created and maintained by small-scale, frequent forest gap dynamic events and large-scale, infrequent (stand-replacing) forest disturbances (Seymour et al. 2002, Lorimer and White 2003). Higher elevation forests are often characterized by an even-aged windthrow phenomenon known as fir-waves (Sprugel 1976). The extent of these areas is limited and little is known about hare densities and lynx use within them. Large, stand-replacing events (fire, wind and ice storms, insect

outbreaks) are rare (interval of several hundred to several thousand years) and highly variable in size (Seymour et al. 2002, Lorimer and White 2003). Spruce budworm, spruce beetle, beech bark disease, and sugar maple defoliators have been important influences affecting forest landscape patterns (McNab and Avers 1994). The frequency and intensity of spruce budworm outbreaks, the most likely insect to affect lynx habitat, have been highly variable in Maine and eastern Canada in recent centuries (Blais 1983). In this geographic area, wildfire is less significant as a natural agent of disturbance. The typical fire regime is infrequent surface fires in the dormant season in the hardwood forests, and slightly more frequent but long-interval fires in conifer forests (Kilgore and Heinselman 1990, Seymour et al. 2002, Lorimer and White 2003). For the past several decades, early successional forests in northern Maine, New Brunswick, and southern Quebec have been created almost exclusively by forest management (Lorimer and White 2003).

Large-scale, intensive forest management in Maine created the regenerating softwood-dominated habitat conditions that have recently been favorable for lynx (Hoving et al. 2005). Forested habitats in New Hampshire, Vermont, and New York are highly fragmented and are believed to lack the conifer component needed to produce high enough snowshoe hare densities to support viable populations of lynx (Hoving et al. 2005).

In general, landscape scale and home range scale habitat selection by lynx on industrial forest lands reinforce the importance of dense regenerating conifer forest along with a component of mature conifers (Hoving et al. 2004, Vashon et al. 2008$a$, Simons 2009, Simons-Legaard et al. 2013). Simons-Legaard et al. (2013) found the probability of lynx occurrence was >90% when snowshoe hare landscape densities were >0.74 hares/ha (0.39/ac) and there was >10% mature conifer forest. In Maine, lynx selected softwood-dominated (spruce and fir) regenerating stands (Fuller et al. 2007; Vashon et al. 2008$a$, $b$) and adjacent older (11–21 years post-harvest) partial-harvested stands (Fuller et al. 2007). Lynx were more likely to occur in landscapes with regenerating forest, and less likely to occur in landscapes with recent clearcut or partial harvest (Hoving et al. 2004). Regenerating stands used by lynx typically developed 15–30 years after harvest (Hoving et al. 2004), and were characterized by high stem density and dense horizontal cover within 1 m (3 ft) of the ground (Robinson 2006, Scott 2009, Fuller and Harrison 2010). These habitats supported high snowshoe hare densities (Homyack 2003, Fuller and Harrison 2005, Vashon et al. 2008$a$). At a landscape scale, lynx habitat selection did not differ between sexes; however, at a home range scale, males tended to use more mature forest dominated by conifers than females, and both male and female lynx tended to avoid mature forests that had a high deciduous component (Vashon et al. 2008$a$). The mean landscape density of hares in occupied lynx areas in northern Maine was 0.74 hares/ha (Simons-Legaard et al. 2013).

During winter, lynx primarily selected tall (4.4–7.3 m [14.5–24 ft]) regenerating clear-cuts and partially harvested stands that were 11–21 years post-harvest (Fuller et al. 2007). Lynx avoided mature stands (>40 years old) and short (3.4–4.3 m [11–14 ft]) regenerating clear-cut or partial harvested stands <10 years post-harvest (Fuller et al. 2007). Further research of year-round habitat use yielded similar results, with lynx preferentially using conifer-dominated sapling stands that were 3.4–7.3 m (11–24 ft) in height and supported high densities of snowshoe hares (Vashon et al. 2008$b$). Lynx tended to forage in areas with intermediate to high snowshoe hare densities (tall regenerating or older partial harvest stands), which afforded lynx with greater mobility and where snowshoe hares were more vulnerable to predation, rather than in the densest stands (short regenerating stands; Fuller and Harrison 2010).

Denning habitat was provided by blowdown, deadfalls, and root wads. In northern Maine, the majority of natal dens (12 of 26) occurred in conifer-dominated sapling stands, and 6 dens were found in mature or mixed multi-story forest stands dominated by conifers (Organ et al. 2008).

Rvsd Plan - 00004232

Forest management created Maine's current lynx habitat (Hoving et al. 2004, Scott 2009). Natural stand-replacing disturbances are rare and infrequent and, other than spruce budworm outbreaks, are unlikely to significantly affect future habitat conditions (Hoving et al. 2004). Current habitat was created by extensive softwood regeneration created by salvage harvest (clearcutting) on private land in the 1970s and 1980s; a portion of these units were subsequently sprayed with herbicide to reduce deciduous competition (Scott 2009). The resulting vegetation was dominated by balsam fir and red or black spruce (Scott 2009). Over 95% of cutting that occurs now in northern Maine in 2005 is partial harvesting (selective cutting, patch cuts) compared to only 59% in 1988 due to implementation of the Maine Forest Practices Act (Scott 2009, Simons 2009, Simons-Legaard et al. 2013). This new cutting regime supports lower densities of snowshoe hares (Fuller 1999, Homyack 2003, Robinson 2006, Scott 2009) and is projected to result in a reduced population of lynx in Maine (Simons 2009).

## Connectivity of lynx populations and habitat

The current distribution of lynx in the Northeast Geographic Area (northern Maine) is continuous with large areas of lynx habitat in Canada (Hoving et al. 2005, Carroll 2007). Maintaining connectivity with occupied lynx habitats in Canada may be critical to maintaining viable populations of lynx in the northeastern United States (Hoving et al. 2005). International cooperation to this end will be essential to the long-term conservation of the species in the United States.

## Snowshoe hare population distribution and habitat

Snowshoe hares were historically resident in Maine, New Hampshire, Vermont, New York, Massachusetts, and Pennsylvania. Only in Maine, northern New Hampshire, and northern Vermont are snow depth and quality, adequate conifer-dominated forest, and densities of snowshoe hares likely to be sufficient to support lynx.

Hare density estimates in Maine vary according to stand composition, age, and the silvicultural practices that created the stand. Throughout Maine, snowshoe hare densities are associated with dense regenerating stands (Monthey 1986, Fuller 1999, Hoving 2001, Robinson 2006, Scott 2009) with understory density being more important than vegetation composition (Litvaitis et al. 1985). Litvaitis et al. (1985) reported that dense softwood understories supported a greater density of hares than hardwood stands, due to their superior cover from predators and climatic extremes.

Average hare densities in forest stands (during a period of high hare population) range from 0.25 hares/ha (0.1 hare/ac) in mature softwood and conifer forests to 2.0 hares/ha (0.8 hares/ac) in conifer and mixed regenerating forest (Scott 2009). Hare densities were highly correlated with understory density (Litvaitis et al. 1985, Robinson 2006, Scott 2009). At their highest, snowshoe hare densities in Maine were similar to hare densities in the middle phases of the cycle in the northern boreal forest (Apps 2000, Hodges 2000$a$, Homyack et al. 2007, Scott 2009).

Hare populations fluctuate and may be cyclic in Maine. From 2006–2012, hare densities declined by about 50% in all regenerating conifer-dominated stands (24–39 years post-clearcutting) in northern Maine (D. Harrison, University of Maine, unpublished data). Synchronous declines occurred in Maine and the neighboring Gaspé region of Quebec from 2001–2006 (Assells et al. 2007, Scott 2009). The fluctuation in hare numbers in Maine and the adjacent Gaspé region of southern Quebec was not synchronous with the Temiscamingue region of southwestern Quebec, which peaked in 2002 followed by a low in 2005 (Assels et al. 2007). Hare populations in the Chaudiere-Appalaches region of Quebec, west of Maine, fluctuated in a cyclic pattern with very low amplitude (Godbout 1999).

## Human activities and developments in the Northeast

Climate change is likely to affect the distribution and quality of lynx habitat in the northeastern United States and eastern Canada (Hoving 2001, Carroll 2007, Gonzales et al. 2007). In association with cooling during the Little Ice Age, spruce-fir forests proliferated in the last 500 years (Schauffler and Jacobson 2002). Warmer temperatures due to climate change could result in a contraction of the distribution of spruce-fir forests. Winter precipitation due to climate change is expected to increase 10–15% in Maine (Jacobson et al. 2009). However, the duration of snow cover as predicted under low emission scenarios could stay the same, or under high emission scenarios it could decrease by up to 50% (Hayhoe et al. 2007).

Vegetation management for timber production is the dominant land use within northern Maine and influences the amount and distribution of lynx habitat. Following a major spruce budworm outbreak, previous timber management practices that emphasized clearcutting produced the abundant, dense understory that is currently beneficial for lynx and snowshoe hares. However, with a shift to partial harvest forest management practices, lynx densities in northern Maine are projected to decline (Simons 2009, Simons-Legaard et al. 2013). There are no comprehensive agreements with the forest industry in Maine to manage lynx, although lynx forestry management guidelines ([http://www.fws.gov/mainefieldoffice/PDFs/Canada%20lynx%20habitat%20management%20guidelines%20for%20Maine%209.13.07.pdf](http://www.fws.gov/mainefieldoffice/PDFs/Canada%20lynx%20habitat%20management%20guidelines%20for%20Maine%209.13.07.pdf)) are being used by several landowners enrolled in the Healthy Forest Reserve Program.

The lynx trapping season has been closed in the Northeast Geographic Area since the lynx was listed as a threatened species under the Endangered Species Act. Carroll (2007) modeled lynx populations in the Northeast and demonstrated that increased trapping pressure in Quebec could have a negative effect on protected lynx populations in Maine and New Brunswick. The Maine Department of Inland Fisheries and Wildlife is seeking an incidental take permit from FWS to provide coverage in case lynx are incidentally trapped during legal trapping of other furbearers or predators. Since 2000, 59 lynx are known to have been captured in traps set for other species and 6 of those were killed (Vashon et al. 2012).

Wind power development has increased in Maine since 2008. As of 2012, 1 project operates in lynx habitat, 3 others are in permit review, and 5–6 others are being considered. Although effects on lynx are unknown, wind development may fragment and reduce lynx habitat, increase road density and human activity, and create noise. Construction of associated transmission lines may temporarily affect habitat.

## Great Lakes Geographic Area

### Geographic extent

The Great Lakes Geographic Area encompasses northeastern and north-central Minnesota, northern Wisconsin, and the Upper Peninsula of Michigan. The Great Lakes Geographic Area is located in a southern extension of the Canadian Shield boreal forest region described by Larsen (1980), and falls within the southern boreal-northern hardwood forest border (Pastor and Mladenoff 1992). A direct connection with lynx habitat in Canada is important to maintain emigration of lynx out of and immigration of lynx into this geographic area.

The Great Lakes Geographic Area largely falls within the Laurentian Mixed Forest Province (McNab et al. 2005). This is a highly diverse geographic area both in terms of landform and vegetation mix. Most of the province is characterized by low-relief hilly landscapes with glacial features such as lakes, poorly drained depressions, bogs, moraine hills, drumlins, eskers, and outwash plains. Elevations range from sea level to 730 m (2,400 ft). Compared with lynx habitat elsewhere in the United States, the Great Lakes Geographic Area has much

Rvsd Plan - 00004234

more water in the form of lakes, rivers, ponds and wetlands interspersed through the upland forested areas. Rock outcrops are common.

Forest vegetation is transitional between the boreal forests of Canada and northern Minnesota and the broad-leaf deciduous forests of Wisconsin and Michigan. Forested stands vary from mixtures of conifers to pure stands of conifer or hardwood species (Bailey 1995). Fire and windthrow are the major natural disturbance processes in boreal forests and northern hardwood forests, respectively.

Climate in the area is characterized by moderately long and somewhat severe winters, with snowfall remaining on the ground all winter. Large lake influences produce more snow along Lake Superior. Although snow is present all winter, this region receives the majority of its precipitation in the summer.

## Lynx population status and distribution

The lynx population in the Great Lakes Geographic Area is an extension of the larger population of lynx in Ontario, Canada. Northeastern Minnesota contains the core lynx population and habitat in this geographic area. Outside of this portion of Minnesota, lynx appear to be occasional visitors (transients). Suitable habitat is limited in northern Wisconsin and the Upper Peninsula of Michigan and there is no current evidence of reproduction in either area.

Historical evidence shows that lynx populations in the Great Lakes area, particularly Minnesota, were regularly supplemented by dispersing lynx from Canada (Harger 1965). Many lynx records, particularly from the 1960s and 1970s, are highly correlated with lynx population peaks in Canada (McKelvey et al. 2000*b*).

Minnesota: The lynx population in Minnesota is geographically restricted. Most recent and historical records are from the northeastern part of the state, especially in the Northern Superior Uplands Ecological Section. Currently, a breeding population of lynx exists in northeastern Minnesota. It appears that Minnesota supports a resident population of lynx, and that periodic invasions from adjacent Canadian provinces occur when the snowshoe hare population crashes (Moen 2009). Radiotelemetry has documented lynx movements between Minnesota and Ontario (Moen et al. 2008, Moen et al. 2010*b*).

Reproduction and maintenance of home ranges by lynx were first documented in the early 1970s (Mech 1973, 1980). From 2003–2008, reproduction by radiocollared lynx was documented and 10 dens were located (Moen et al. 2008). Few kittens born in Minnesota have been recruited into the adult population, but this is balanced by movement of lynx into Minnesota from Ontario. Emigration to Ontario also occurred, with 6 of 35 lynx radiocollared in Minnesota dying in Ontario, and several others with a last-known location in Ontario (Moen 2009).

In Minnesota, there is a long record of lynx harvest, with annual harvests exceeding that of any other state (Henderson 1978, Erb 2012). The average harvest in Minnesota from 1929–1969 of 177 lynx per year is at least 40 times higher than the average reported harvest or the verified records of every other state south of Canada except Montana (Moen 2009). Harvest data between 1930–1976 (before the cessation of legal trapping) show that lynx harvest ranged from 0–400 animals per year (Henderson 1978). Only 3 verified lynx records are known from the early 1990s after the closure of the legal trapping season (McKelvey et al. 2000*b*). Between 2000–2006, there were 63 verified and 161 probable reports of lynx (Minnesota Department of Natural Resources 2006). Genetic analyses of scat and hair samples collected between 2000–2009 along lynx snow trails and from tissue samples confirmed the presence of 104 unique lynx genotypes (Catton and Loch 2010).

Over the last decade there have been 3 lynx sightings confirmed through DNA analysis in Voyageurs National Park (Moen et al. 2012). There were no detections of lynx in Voyageurs National Park through the National Lynx Survey (Route et al. 2009), or with surveys using remote cameras or snow-tracking (Moen et al. 2012). Snowshoe hare pellet counts in and near Voyageurs National Park indicated a snowshoe hare population too low to support a viable population of lynx (Moen and Windels 2009, Moen et al. 2012). Despite the low prey populations, 1 female lynx was observed with a kitten in 2010, but was the only probable resident lynx confirmed near Voyageurs National Park from 2001 to 2010. There were no lynx detected during snow tracking surveys west of Highway 53 in northern Minnesota in 2006 (Moen et al. 2006).

Snow depth and quality of snowpack are thought to separate the distributions of lynx and bobcat within the Great Lakes Geographic Area. Hybridization between lynx and bobcat has been documented in Minnesota (Schwartz et al. 2002).

<u>Wisconsin:</u> There are few verified reports of lynx in Wisconsin. McKelvey et al. (2000*b*) found 29 reports of lynx between 1870–1992, 16 of which were associated with unprecedented cyclic highs that occurred throughout Canada in the early 1960s and 1970s. Between 2000–2003, no lynx were detected during extensive snow tracking surveys in potential lynx habitat in northern Wisconsin (S. Hassett, personal communication 2003). There are no records of lynx breeding in Wisconsin. Lynx found in Wisconsin are likely dispersers and not resident animals (U.S. Fish and Wildlife Service 2005).

<u>Michigan (Upper Peninsula):</u> McKelvey et al. (2000*b*) located 38 verified records of lynx from the mid-1800s to 1983. Beyer et al. (2001) documented 39 verified records of lynx between 1940 and 1997; 27 of these records correlate with an extreme cyclic high in Canada in the early 1960s. There is no evidence of lynx breeding in Michigan. Lake Superior nearly isolates the Upper Peninsula of Michigan from source populations in Canada, limiting the potential to successfully establish a population via immigration (U.S. Fish and Wildlife Service 2005). Beyer et al. (2001) concluded a resident lynx population does not occur in the Upper Peninsula and that dispersers occur only occasionally.

<u>Ontario:</u> Trapping in Ontario, adjacent to the Great Lakes Geographic Area, occurs on registered traplines. The open season for lynx is from 25 October until the last day of February.

## Lynx habitat

Lynx habitat in the Great Lakes Geographic Area is embedded within the ecotone between boreal and mixed deciduous forests. This landscape contains a mix of upland conifer and hardwood interspersed with lowland conifer, shrub swamps and bogs. Conifer species include white and black spruce; balsam fir; northern white cedar; jack, white, and red pine; hemlock, and tamarack. Deciduous species include aspen, paper birch, and mixtures of northern hardwoods and lowland hardwoods. Of the non-forested types, shrub swamps and bogs are generally considered lynx habitat. Shrub swamps consist mainly of alder or willow. Bogs typically have components of black spruce, tamarack or other lowland conifers. Northeastern Minnesota contains by far the most suitable lynx habitat in the geographic area. Northern Wisconsin and the upper peninsula of Michigan contain only small patches of habitat and large areas that are not lynx habitat.

McKelvey et al. (2000*b*) found that most historical occurrences (88%) of lynx in the Great Lakes Geographic Area fell within the Mixed Deciduous/Conifer Forest province. Most (66%) of the lynx locations from a telemetry study in Minnesota were in areas classified as either lowland conifer, upland conifer, or regenerating forest (Moen et al. 2008). A conifer component in forest stands appears to be a critical factor for suitability of lynx habitat in this geographic area. Large stands of pure northern hardwoods are not considered suitable.

Rvsd Plan - 00004236

Fire, wind, and insects are the primary natural disturbance factors that maintain forest composition and succes-sional patterns in this landscape. Three distinct fires regimes were found by Kilgore and Heinselman (1990) in pre-settlement forests:

- Jack pine and spruce-fir forest sustained very large (>101,171 ha [>250,000 ac]) stand-replacement crown fires or severe surface fires at 50–250 year intervals;
- Red pine and white pine forests have combinations of moderate intensity surface fires at 20–40 year intervals, with more intense crown fires at 150–300 year intervals; and
- Mixed aspen-birch-conifer forests have high-intensity surface or crown fires at 70–110 year intervals.

Larger blowdowns due to wind shear and tornadoes occur infrequently, but often cause extensive localized disturbance. Smaller, localized wind events created concentrations of downed logs, providing suitable denning habitat for lynx. Insect infestations such as those caused by spruce budworm contribute to large areas of tree mortality, and may create conditions conducive to subsequent large fires. These disturbance events create di-verse, early-successional forests that provide habitats preferred by snowshoe hare, and thus important foraging areas for lynx.

Natural disturbances and timber harvest are important factors in maintaining the conifer understory compo-nent throughout much of this area.

<u>Minnesota</u>: The best lynx habitat is found in the Superior National Forest (including the Boundary Waters Ca-noe Area Wilderness) in Minnesota and Quetico Provincial Park in Ontario. Recent research in northeastern Minnesota indicated lynx selected for regenerating forest with a dominant conifer component and high densi-ties of forest edges (Burdett 2008). Hare densities were highest in regenerating forests (McCann 2006, McCann and Moen 2011). Resting beds, kill sites, and hunting beds were found most often in regenerating and mixed forest while none were found in lowland conifer forests (Burdett 2008). Although lowland conifer did not appear to be important foraging habitat during winter, it was selected by females for denning habitat be-cause of the forest structure that resulted from blowdown and fallen snags (Moen et al. 2008). Upland conifer and mature mixed-conifer/hardwood cover types were used as available on the landscape. Lynx habitat in the Great Lakes region may be managed by using timber harvest and fire to create early-successional forest, to maintain interspersed mature and lowland conifer forest for denning, and to create edge effects (Burdett 2008).

The lowland conifer cover types were used most often for denning in northern Minnesota (Moen et al. 2008), but other forest cover types were used if recent blowdowns were present (Moen and Burdett 2009). Female lynx with young kittens used a foraging radius of approximately 2–3 km (1.2–1.8 mi) around the den. Denning areas had significantly higher amounts of regenerating stands and upland conifer forest adjacent to the denning habitat (Moen et al. 2008).

<u>Wisconsin and Michigan</u>: As inferred from the historical record (McKelvey et al. 2000b), lynx are irregularly recorded in Wisconsin and Michigan's Upper Peninsula. Mapping of historical vegetation shows only small patches of boreal forest occur along the south shore of Lake Superior in extreme northern Wisconsin (S. Has-sett, personal communication 2003; Wisconsin Department of Natural Resources, personal communication 2003). No lynx habitat is currently mapped on national forest system lands in Wisconsin. Habitat models of pre-settlement and current vegetation conditions in the Upper Peninsula of Michigan suggest that these areas lack the dense understory conditions favorable to snowshoe hares (Linden 2006), with low stem cover and result-ing low hare densities across most forest stands (Linden et al. 2011). The few historical records from Michigan also indicate a low probability of supporting lynx populations (Beyer et al. 2001).

reas   46

## Connectivity of lynx populations and habitat

Habitat connectivity with Ontario is an important consideration for continued existence of a viable lynx population in the Great Lakes Geographic Area. Although lynx are capable of making long-distance dispersal movements (Mech 1980, Ward and Krebs 1985, Moen et al. 2010b), these movements are more likely to be made over land than across large lakes. Lake Superior interrupts the connectivity of habitat between the Upper Peninsula of Michigan and northern Wisconsin with lynx populations and habitat in Ontario. Over-land routes that exist around Lake Superior are a mix of forested areas and non-habitat such as urban development (e.g., Duluth and Sault Saint Marie) and the St. Louis and St. Mary's Rivers; and intersect several major highways including Highways 35, 53, and 61 in Minnesota; Highways 2 and 53 in Wisconsin; and Highway 75 in Michigan.

Habitat connectivity within and between portions of northeastern Minnesota and Canada appears functional based on movement data from radio-collared lynx in northeastern Minnesota from 2003–2009 (Moen et al. 2010b). Six of 12 lynx made long-distance movements through the Superior National Forest including the Boundary Waters Canoe Area and Wilderness into Ontario, Canada and then returned to Minnesota. Several other lynx have moved from Minnesota into Ontario after being radio-collared (Moen 2009). Three radio-collared lynx moved across northeastern Minnesota and Ontario, ending up near the northeastern corner of Lake Superior (Moen et al. 2010b).

Exploratory movements occurred throughout the year and were not strongly correlated to vegetation composition or topography. Males tended to leave their home ranges and then return, while females tended to disperse and establish a new home range (Moen et al. 2010b).

The current vegetation and forest structure in the Voyageurs National Park do not appear to support sufficient prey populations or provide the habitat necessary to support a population of lynx (Moen et al. 2012). However, certain areas within the Voyageurs National Park may provide sufficient prey resources to support transient lynx dispersing through the area.

## Snowshoe hare population distribution and habitat

Snowshoe hare populations occupying the Great Lakes area historically showed density fluctuations based on pellet count data (Fuller and Heisey 1986), but these fluctuations have not been observed since the 1990s (Hodges 2000b). Snowshoe hare habitat in the Great Lakes Geographic Area primarily consists of conifer forests with dense low-growing understories, lowland shrub and conifer bogs, sapling, and older sawlog stands. Conifer bogs or lowland conifer forests may be especially important during low points in hare cycles by acting as refugia for hares. Early regenerating or pole-sized stands are not used as much as in other portions of their range, although older regeneration stands were used frequently in Minnesota (McCann 2006). However, sapling-sized aspen adjacent to conifer cover may provide functional snowshoe hare habitat.

Minnesota: McCann and Moen (2011) mapped the distribution of predicted snowshoe hare habitat across northeastern Minnesota. In northeastern Minnesota, edge habitats and regenerating conifer stands appeared to be important for snowshoe hare populations (Burdett 2008, McCann 2006), as were dense habitats containing balsam fir, white spruce, and cedar (Fuller and Heisey 1986). Pietz and Tester (1983) found that the presence of snow resulted in a decreased use of deciduous upland habitats. Hare density in parts of northeastern Minnesota appears to be sufficient to support a viable lynx population (Moen et al. 2008), ranging between 0.3–2.0 hares/ha (0.12–0.8 hares/ac; McCann 2006).

Wisconsin: In Wisconsin, snowshoe hare use red pine, jack pine, aspen, and dense black spruce and cedar bogs with sufficiently dense cover between 3–5 m (9–15 ft) in height (Buehler and Keith 1982, Sievert and Keith

Rvsd Plan - 00004238

1985). Winter foods consist of bark, twigs and tree buds from aspen, willow, birch, maple, sumac and alder. Populations occur primarily in the northern third of Wisconsin (Buehler and Keith 1982, Sievert and Keith 1985), with the distribution apparently limited by predator-caused mortality, which is influenced by conifer cover and snowfall (Buehler and Keith 1982). Sievert and Keith (1985) reported that predators killed 87% of the 67 radio-collared hares that died; survival was higher in areas where cover concealed hares or obstructed predators. Populations in Wisconsin are no longer believed to cycle due to loss of multi-story stands and forest maturity (Buehler and Keith 1982).

<u>Michigan</u>: In Michigan, Conroy et al. (1979) found that snowshoe hares preferred red maple and speckled alder in lowland habitats, but shifted to aspen and pine in upland habitats and clear cuts. However, lack of a dense understory in most parts of Michigan (especially the Upper Peninsula region) and low disturbance levels (limited timber management and wildland fires) indicate that conditions are not favorable to provide snowshoe hare populations adequate to support a viable lynx population (Beyer et al. 2001, Linden 2006). Isle Royale National Park, a 53,418-ha (132,000-ac) island located in Lake Superior, may contain suitable snowshoe hare densities to support lynx (Isle Royale Canada Lynx Feasibility Study Meeting, April 19, 2012, Ashland WI).

## Human developments and activities in the Great Lakes

Most climate change simulations for the Great Lakes-St. Lawrence Basin predict reduced precipitation and lower lake levels (Inkley et al. 2004). Gonzalez et al. (2007) suggested the Superior National Forest in northern Minnesota may provide a refugium for lynx under various climate models, based on snow persistence and vegetation composition in this area.

The current composition and spatial distribution of early-successional and mature forests are considerably different from those formed by the natural disturbances that occurred prior to European settlement (Agee 2000). Timber harvest increased the proportion of early-successional forests, while fire suppression increased the distribution of balsam fir across the landscape. State and federal land management plans that govern management of lynx habitat emphasize maintaining and restoring boreal forest conditions and increasing the conifer component on the landscape.

Interest in biomass harvest (removal of small-diameter understory vegetation) in Minnesota, for energy as well as for fuels reduction, increased from 2000–2012. This is driven by higher energy prices and state-supported incentives to produce renewable energy (Minnesota Statutes chapter 216B, section 2424). Biomass harvest reduces horizontal cover important for snowshoe hares and lynx. However, with declining energy prices in the last few years, biomass harvest removal is not currently a significant factor affecting lynx habitat in Minnesota.

Lynx habitat in Minnesota is contiguous with habitats in southern Ontario, and radiocollared lynx successfully move back and forth across the border. Significant areas within historical lynx range in northern Wisconsin, central Minnesota, and upper Michigan have been converted to forest conditions that do not provide quality lynx habitat; however, this does not appear to create a barrier to lynx movements (Moen et al. 2010*b*).

Because this geographic area has relatively high forest road and highway densities that intersect lynx habitat, mortality due to vehicle collisions could be of concern. Several radiocollared lynx in Minnesota inhabited home ranges that were bisected by highways. Six lynx mortalities were documented on highways over the past 11 years in Minnesota (U.S. Fish and Wildlife Service 2012). These mortalities were located on the edges of lynx range in Minnesota. Deaths on roads due to motor vehicle collisions have occurred less frequently within the central lynx range and within the Superior National Forest.

Before the lynx harvest was closed in the 1980s in Minnesota, about half of the harvest was by trapping and half was from shooting (Henderson 1978). Currently, it is not legal to trap or shoot lynx within the Great Lakes Geographic Area because the species is protected under the Endangered Species Act. Emigration of lynx from Minnesota to Ontario may expose lynx to trapping and shooting that is allowed in accordance with regulated harvest in Canada. At least a third of the animals radiocollared in Minnesota spent time in Ontario; 4 radiocollared lynx were legally harvested (trapped) in Canada between 2003–2010 (U.S. Fish and Wildlife Service 2012).

The FWS in Minnesota maintains a database of known incidental lynx trapping, shooting, and other causes of death or injury (U.S. Fish and Wildlife Service 2012). Of the 23 known trapping incidents recorded since 2001, 13 resulted in lynx mortalities (U.S. Fish and Wildlife Service 2012). It is probable that there are additional incidental catches that are not reported each year (Moen 2009). The documented incidents largely occurred during trapping that targeted fox, bobcat, coyote, and marten, and involved a variety of traps including foot-holds, body gripping traps, and snares (U.S. Fish and Wildlife Service 2012). In response to a 2008 court ruling, the Minnesota Department of Natural Resources (MN DNR) drafted a plan to address incidental take of lynx that may result from otherwise legal trapping in the state. This plan, designed to reduce the likelihood of incidental take from trapping, is still under development by the MN DNR with review by the FWS.

Bobcat harvest in northeastern Minnesota has been increasing over the last decade (Erb 2012). Where lynx and bobcat overlap, there is potential for accidental shooting of lynx, or for bobcat hunting with dogs to harass or harm lynx. Since 2001, 6 lynx are known to have been shot and killed, 2 of which were radiocollared (U.S. Fish and Wildlife Service 2012).

Predator control activities occur in this area. Very limited agriculture occurs here; however, 1 farm is located within the center of lynx habitat in Minnesota where nuisance wolves were occasionally trapped as part of the animal damage control program. However, this particular farm is not likely to be a concern for lynx mortality.

Forest and backcountry roads, trails, and railroads may have both beneficial and negative impacts on lynx in this geographic area. Lynx use backcountry roads, trails, and railroads for travel, and presumably for hunting (Terwilliger and Moen 2012). Radiocollared lynx on average occurred about 300 m (984 ft) from a road or trail within their home range (Terwilliger and Moen 2012). When making long-distance movements to Ontario, lynx were located on average <200 m (656 ft) from a road or trail (Moen et al. 2010b). These linear pathways provide efficiency of movement and may support a higher density of prey; however, use of these routes also exposes lynx to risk of human-caused mortality. Since 2001, 1 lynx mortality due to a vehicle collision along a low-level gravel road and 2 lynx mortalities due to collisions with trains were documented (U.S. Fish and Wildlife Service 2012). Backcountry roads and trails also provide greater human access, which may increase the potential for incidental trapping and illegal shooting of lynx.

Mineral exploration and development is increasing in portions of the Great Lakes Geographic area, particularly for hard rock (non-ferrous) minerals. Some of the area of interest for minerals overlaps with lynx habitat in northeastern Minnesota and designated critical habitat. Mineral exploration may result in short-term displacement of lynx. Mining activities and associated development may result in an irreversible loss of habitat or increased mortality risk. The specific effects to lynx and their habitat will depend on the scale and type of each project.

Utility corridors (except in cases where utility corridors intersect backcountry roads) have little to no impact on lynx. Utility corridors located within lynx habitat tend to be for lower voltage power and phone lines.

Rvsd Plan - 00004240

Lynx are known to use utility corridors for travel and hunting.

Livestock grazing does not occur on public lands and grazing that occurs on private lands tends to be on small allotments and family farms that are generally not suitable lynx or hare habitat.

## Southern Rocky Mountains Geographic Area

### Geographic extent

The Southern Rocky Mountains Geographic Area encompasses the mountainous regions of Colorado, south-central Wyoming, and north-central New Mexico. The southern Rockies are separated from the rest of the Rocky Mountain chain by sagebrush and desert shrub communities in the Wyoming Basin and the Red Desert of southern and central Wyoming, and the arid Green and Colorado River plateaus of western Colorado and eastern Utah.

Throughout much of the Pleistocene epoch, the southern Rockies appear to have been connected with the rest of the Rocky Mountains through continuous forested habitats, across what are now open shrub-steppe communities (Armstrong 1975). Although the continental ice sheets of the Pleistocene never reached Colorado, the climate of the southern Rockies in that period was substantially cooler. Summer mean temperatures were estimated to be about 9° C (16° F) cooler, resulting in extensive alpine valley glaciation, high-altitude ice caps, and a lowering of the life zones 900–1,220 m (3,000–4,000 ft) below their current elevation limits. This would have lowered the spruce-fir/lodgepole pine forest to 1,500–2,150 m (5,000–7,000 ft) in elevation, encompassing much of the area between the southern Rockies and the rest of the Rocky Mountain chain (Armstrong 1975). During the last 15,000 years, the climate began a general trend of warming and drying, causing a northward retreat of the boreal forest and the raising of mountainous life zones to their current elevation limits (Armstrong 1972). It was during this interval that the southern Rockies became ecologically separated from the rest of the Rocky Mountains, isolating its remnant high-elevation boreal forests and the species characteristic of these forests (Armstrong 1975, Fitzgerald et al. 1994). The climate may have reached its thermal maximum 4,000–6,500 years ago (Oosting 1956). Based on pollen studies by Pennak (1963), mountainous vegetation communities appear to have remained relatively stable over the past 3,000 years.

The Southern Rocky Mountains Geographic Area falls within the Southern Rocky Mountain Province (Bailey et al. 1994, McNab and Avers 1994), and includes the following sections:
- Southern Parks and Mountain Ranges (M331F)
- South Central Highlands (M331G)
- North Central Highlands and Rocky Mountain (M331H)
- Northern Parks and Ranges (M331I)

### Lynx population status and distribution

Historically, lynx appear to have been distributed sparsely in Colorado in areas above 2,700 m (9,000 ft) in the Park, Gore, San Juan, and La Plata Mountains and on the White River Plateau (Armstrong 1972). McKelvey et al. (2000b) reported 17 verified records of lynx from Colorado during the period 1878–1974. Verified records from southeastern Wyoming included a single specimen from 1865 in the Medicine Bow Range and one from the Laramie Range in 1963. Verified records after the 1920s are rare in Colorado and southern Wyoming, with most records coming from central Colorado. In 1973, 2 lynx were trapped on Vail Mountain in Eagle County, CO. A statewide lynx survey conducted from 1978–1980 by the Colorado Division of Wildlife, now known as Colorado Parks and Wildlife (CPW), concluded that a small lynx population persisted in Eagle, Pitkin, Lake, and Clear Creek Counties with evidence of lynx occurrence in Grand and Park Counties, based

on tracks and visual observations. However, the lynx population was thought to be too small to be self-sustaining.

In 1999, CPW initiated a program to reintroduce lynx from Canada and Alaska to re-establish a self-sustaining breeding population throughout the southern Rockies. A total of 218 animals were transplanted into the San Juan Mountains from 1999 to 2006 (Devineau et al. 2010). To evaluate the near-term success of the lynx reintroduction, CPW established benchmarks to track progress towards establishing a self-sustaining population in Colorado. In 2010, after completing more than a decade of monitoring, CPW announced that all of the following benchmarks for a successful lynx reintroduction had been met:

- Reintroduced lynx demonstrated a high rate of survival in the critical first months after release;
- Released adult lynx demonstrated low mortality rates over the longer term, particularly in good habitat;
- Lynx remained in good habitat at densities sufficient for breeding;
- Reintroduced lynx successfully reproduced;
- Lynx born in Colorado survived and also successfully reproduced ("recruitment" into the population); and
- On balance, lynx recruitment equaled or exceeded mortality over an extended period of time.

As of 2007, the average probability of survival for reintroduced lynx was 0.9315±0.0325 within the study area in the San Juan Mountains and 0.8219±0.0744 outside the study area boundary (Devineau et al. 2010). Although 30% of known mortalities were due to human causes (being shot or hit by a vehicle), the estimate of survival within the study area was higher than those reported for natural, lightly trapped populations of Canada lynx in the Yukon (0.75–0.90; Slough and Mowat 1996, O'Donoghue et al. 1997) or in the Northwest Territories (~0.90; Poole 1994). Successful reproduction, including by females born in Colorado, has been documented (Shenk 2008).

Plague, a flea-borne disease caused by the bacterium *Yersinia pestis*, which is not native to North America, was reported for the first time in lynx in Colorado (Wild et al. 2006). Pneumonic plague appeared to be the direct or indirect cause of death of 6 reintroduced lynx between 2000 and 2003. When translocated from Canada and Alaska, none of the lynx had antibody titers to *Y. pestis*; it appears likely that lynx were exposed to plague by infected prey after their release in Colorado.

Of the transplanted animals, a majority (152/218) remained within the study area in the San Juan Mountains of southern Colorado. Additional small population centers have been established in several locations farther north in Colorado. Based on radiotelemetry location data, lynx presence was verified on all national forests in Colorado, the Medicine Bow National Forest in Wyoming, and Rocky Mountain National Park (Shenk 2008).

Most individuals have been detected outside of the 20,684 km$^2$ (7,986 mi$^2$) study area at least once. Some lynx dispersed widely over an area >1,000,000 km$^2$ (>386,103 mi$^2$) in size, including Kansas, Iowa, Nebraska, South Dakota, Wyoming, Montana , Idaho, Utah, Nevada, Arizona, and New Mexico (Devineau et al. 2010).

New Mexico is not included in the list of states in the historical range of the species (Federal Register Vol. 65, No. 58, pp. 16052-16086). There are no verified historical records of occurrence of lynx in New Mexico (McKelvey et al. 2000*b*). However, high-elevation montane forest that is contiguous with occupied habitat in Colorado does occur in New Mexico (Shenk 2008). It is possible that lynx occurred in New Mexico historically but were extirpated prior to being documented by scientists (Frey 2004, 2006). On the other hand, an analysis of the Carson and Santa Fe National Forests and Valles Caldera National Preserve in New Mexico,

Rvsd Plan - 00004242

which evaluated potential vegetation, snow depth and persistence, records of lynx, occurrence of prey species, presence of competing predators, and the potential impacts of climate change, concluded that conditions in New Mexico are not adequate to maintain a self-sustaining population of lynx (USDA Forest Service 2009). In 2009, citing the movement of lynx from the reintroduced population in Colorado into northern New Mexico, the FWS determined that changing the boundary of the lynx listing to include New Mexico was warranted (Federal Register Vol. 74, p. 66937); the final decision is still pending.

## Lynx habitat

Lynx habitat in the southern Rockies is found within the subalpine and upper montane forest zones. In the upper elevations of the subalpine zone, forests are typically dominated by subalpine fir and Engelmann spruce. As the subalpine zone transitions to the upper montane, spruce-fir forests begin to give way to lodgepole pine and aspen. On cooler, mesic mid-elevation sites, Engelmann spruce may retain dominance, intermixed with aspen, lodgepole pine, and Douglas-fir. Lodgepole pine reaches its southern limits in the central parts of the geographic area, while southwestern white fir occurs only in the San Juan Mountains. The lower montane zone is dominated by ponderosa pine and Douglas-fir, with pines typically dominating on lower, drier, more exposed sites, and Douglas-fir occurring on the more sheltered sites. Lower montane forests do not support snowshoe hares and seldom would be used by lynx.

Lynx habitat was mapped across federal lands in the southern Rockies based largely on current forest cover types. About 2.8 million ha (7 million ac) of lynx habitat was estimated to occur across the Southern Rockies Geographic Area (USDA Forest Service 2008).

Broad-scale lynx habitat use was documented from more than 9,400 daytime aerial telemetry locations by CPW from February 1999–June 2007. Shenk (2008) used these data to characterize lynx habitat use throughout the year. Mature Engelmann spruce/subalpine fir forests with total canopy cover of 42–65%, of which 15–20% was contributed by conifer understory tree canopies, were the most commonly used areas, followed by mixed forests of Engelmann spruce/subalpine fir/aspen. Riparian and riparian-mix was the third most-used cover type, with a pattern of increasing use beginning in July, peaking in November, and dropping off in December. Large or medium willow/alder carrs and willow riparian communities provided important habitat for snowshoe hare, grouse, ptarmigan (winter), and other prey species that could be utilized by lynx.

The telemetry data collected by CPW were re-analyzed to better predict the statewide distribution of lynx habitat. As a first step, Theobald and Shenk (2011) described the types of areas that were known to be used by reintroduced lynx from 1999–2010. Most of the data were collected in the core study areas in the San Juan Mountains of southwest Colorado and the Sawatch Range in the central part of the state. Ivan et al. (2012) extended the work of Theobald and Shenk (2011) by producing a statewide map of predicted lynx use. The telemetry data were not collected for the purpose of constructing a predictive map, and suffer from at least 2 shortcomings. First, the locations were not precise. Ivan et al. (2012) attempted to account for this imprecision by modeling at a 1.5 km (0.93 mi) scale, but matching covariates, response variables, and predictions at this scale reduces the clarity of relationships and weakens the model. Second, the bulk of the reintroduction research effort, from which these data originated, was conducted in the southern and central portions of Colorado. Lodgepole pine only occurs in the northern 2/3 of the state, and is dominant there. Thus, predicting lynx habitat use in northern Colorado is difficult because the landscape is very different, yet few data are available to predict lynx use of that landscape. Extrapolation beyond the range of covariates used to fit the models is tenuous, and caution must be exercised in interpreting results north of I-70.

Despite these limitations, the predictive maps have a distinct strength in that they were constructed objectively

from rigorous mathematical models based on empirical data collected from wild lynx. They are the first such maps for Colorado. Results from this effort confirmed some relationships that were already known (e.g., lynx are strongly associated with high-elevation spruce/fir and mixed spruce/fir forests but avoid lower-elevation montane forests and montane shrublands).

Site-scale descriptions of habitat use were obtained through snow-tracking of lynx (Shenk 2006). Habitat used by lynx for long beds, travel, and kill sites were found to have similar characteristics, typically occurring on gentle slopes (15.7°) with average elevation of 3,173 m (10,400 ft; Shenk 2009). Den sites were located at higher elevations (average of 3,354 m or 11,000 ft), on steeper slopes (average 30°) and on more northerly aspects than the other sites.

Fire has strongly influenced forest vegetation patterns in the southern Rockies. Natural fire regimes in subalpine fir-spruce forests of the southern Rocky Mountains are highly complex, reflecting great variation due to climate, topography, elevation, vegetation, and site productivity. Because of the high elevations and higher moisture gradients of the subalpine zone, stand replacement events occur infrequently on a given site, perhaps every 250–500 years. Such events occur with increasing frequency at lower elevations. Stand-replacing fires may occur every 100–150 years in the montane zone, while surface fires of low to moderate intensity occur relatively frequently (return intervals of 5–60 years). Insects, forest pathogens, avalanches and wind events are also important agents of disturbance.

The Southern Rockies Geographic Area is currently experiencing a major bark beetle epidemic in lodgepole pine and spruce-fir forests. Although bark beetles are native insects, and forests in the western United States have experienced regular insect infestations throughout their history, the current bark beetle epidemic is notable for its intensity and extensive geographic range. The causes of this epidemic include: relatively even-aged, dense, and homogenous forest conditions, which are highly susceptible to beetle attack, and which were created by large-scale logging in the late 1800s and subsequent fire suppression efforts; warmer winters due to climate change (cold winters typically reduce beetle populations); and a multi-year drought that occurred in the mid-1990s through early 2000s, stressing the trees and making them more susceptible to beetle attack (USDA Forest Service 2011).

In lodgepole pine forests, a mountain pine beetle (*Dendroctonus ponderosae*) epidemic typically kills the entire overstory and results in a stand-replacing disturbance event. In Colorado, more than 2,428,113 ha (6,000,000 ac), a portion of which overlaps with lynx habitat, has been affected by the current beetle epidemic (USDA Forest Service 2011). Even-aged mature and "dry" lodgepole pine stands characteristically have depauperate understory vegetation and are not capable of supporting dense populations of snowshoe hares. On moist sites, regeneration of beetle-killed lodgepole pine stands is expected to be rapid, and the new stands will be dominated by re-sprouting aspen or by a new cohort of lodgepole pine. If these newly-established stands grow tall and dense enough to provide horizontal cover above the snow layer, they may produce excellent habitat for snowshoe hares and lynx for several decades, until the crowns again lift above the reach of snowshoe hares.

A spruce beetle epidemic kills the larger-diameter trees and can also result in a stand-replacing disturbance event. Because of the importance of spruce-fir forests for production and survival of snowshoe hares (Ivan 2011*a*), widespread mortality of mature spruce/fir forests could impact lynx habitat for a long duration.

## Connectivity of lynx populations and habitat
McKelvey et al. (2000*c*) stated that "fragmented forest cover types, high vagility of lynx, and linkages in popula-

Rvsd Plan - 00004244

tion dynamics suggest that lynx in the contiguous United States are arranged as metapopulations." Colorado is separated from boreal forests in Wyoming by at least 100 km (62 mi; Halfpenny et al. 1979, McKelvey et al. 2000a) and likely functions as a metapopulation. A few of the lynx that were reintroduced into Colorado successfully travelled to the Northern Rockies Geographic Area, crossing through intervening desert and grassland habitats.

Connectivity of lynx habitat has been identified as an important consideration for the southern Rockies, because of the extreme topographic relief juxtaposed with human developments such as highways and residential communities. In the Remanded Rule (Federal Register Vol. 68, p. 400786), the FWS concluded that the population-level threat to lynx attributable to high traffic volume on roads that bisect suitable lynx habitat and associated suburban developments is low. However, the FWS recognized that a higher risk exists in Colorado than elsewhere in the range of the lynx.

In the Southern Rockies Lynx Amendment, 38 linkage areas were identified in Colorado and southern Wyoming. Management direction for these areas is to maintain connectivity of habitat and facilitate lynx movements. However, some of these linkage areas may be located in proximity to existing human developments or may not currently contain the conditions or structures needed to provide habitat connectivity.

Ski resort development, a growing and affluent population, and telecommuting capabilities have converged to spur rapid growth in some mountain valleys. Transportation corridors continue to be modified and expanded to handle increasing volumes of traffic and speeds, altering historical movement patterns of wide-ranging species and creating barriers to movement. These and other factors, both historical and current, have eliminated or degraded some landscape linkages, which increases the importance of remaining linkage areas.

## Snowshoe hare population, distribution and habitat

Habitat that supports snowshoe hares is patchily distributed in the Southern Rocky Mountains Geographic Area, which limits their abundance. Zahratka and Shenk (2008) found densities of snowshoe hares to be greatest in mature Engelmann spruce-subalpine fir stands when compared to mature lodgepole pine stands in Taylor Park, Colorado. Their density estimates were 0.08±0.03 to 1.32±0.15 hares/ha (0.03–0.5 hares/ac) in Engelmann spruce-subalpine fir habitats, and 0.06±0.01 to 0.34±0.06 hares/ha (0.02–0.14 hares/ac) in lodgepole pine habitats (Zahratka and Shenk 2008).

Ivan (2011a) compared snowshoe hare density, survival, and recruitment in mature uneven-aged spruce/fir stands, small-diameter lodgepole pine (2.54–12.7 cm [1–5 in]) stands (20–25 years old), and medium-diameter (12.7–22.9 cm [5–9 in]) previously-thinned lodgepole pine stands (40–60 years old) in Colorado. During summer, Ivan (2011a) recorded densities of 0.2+0.01 to 0.66+0.07 hares/ha (0.08–0.27 hares/ac) in small lodgepole pine forest, 0.01+0.04 to 0.03+0.03 hares/ha (0.004–0.01 hares/ac) in medium lodgepole forest, and 0.01±0.002 to 0.26±0.08 hares/ha (0.004–0.1 hares/ac) in spruce/fir forest; densities were more similar across the 3 forest types during the winter months. He concluded that "hares reached their highest densities and recruited juveniles most consistently in stands of small lodgepole, followed closely by spruce/fir, but survival was highest in spruce/fir stands."

Dolbeer and Clark (1975) estimated a density of 0.73 hares/ha (0.3 hares/ac) within study sites of Utah and Colorado, with the highest densities of snowshoe hare in mature and late-successional spruce-fir forests. Beauvais (1997) reported that snowshoe hares in Wyoming have a strong affinity for the higher-elevation mature to late-successional spruce-fir forests. Also in Wyoming, Berg et al. (2012) documented the highest snowshoe hare densities in late-successional, dense multi-story spruce-fir forests and 30–70 year old densely-

regenerating lodgepole pine forests.

In New Mexico, Malaney and Frey (2006) reported that snowshoe hares almost exclusively inhabit high-elevation, closed-canopy spruce-fir forests with dense horizontal cover.

## Human activities and developments specific to the Southern Rockies

Climate change generally is expected to result in warmer winters, earlier spring snow melt, and a reduction in the extent of snow cover in the southern Rockies. McKelvey et al. (2011) used a variety of climate models to predict snow depth and the persistence of spring snow across the western United States. The models predicted an overall decline in persistent snow of 40%, but large areas of persistent snow would continue to be retained late in the 21st century, including the high elevations of Colorado.

Beginning in the 1860s through much of the latter half of the 19th century, large-scale alteration of the natural landscape resulted from the rush to extract the rich deposits of gold, silver, and other metals in portions of the southern Rockies. A huge demand for timbers, construction materials, and smelter and heating fuels resulted in extensive cutting of forests around mining centers. Human-induced and lightning-caused fires burned over large areas, and decades of phytotoxic smelter emissions killed or precluded the regeneration of forests around these centers. The effects of mining and large-scale logging are still evident today across much of the landscape. While many cut-over areas have recovered to varying degrees, some high-elevation forests still remain poorly timbered.

In 2008, all forest plans in the southern Rockies were amended to add objectives, standards, and guidelines to conserve the lynx while implementing a variety of resource management programs and activities (USDA Forest Service 2008).

As described previously, an extensive recent mountain pine beetle epidemic caused near-complete mortality of mature lodgepole pine forests in Colorado. Regeneration of beetle-killed stands is dominated primarily by lodgepole pine and aspen. Salvage harvesting of beetle-killed trees is occurring on a portion of the affected area.

Vehicular collisions are a potentially important cause of mortality for lynx in portions of the southern Rockies. Thirteen of the 102 mortalities documented for lynx translocated into Colorado were from vehicle collisions (Devineau et al. 2010). Brocke et al. (1990) suggested that translocated animals might be more vulnerable to highway mortality than resident lynx and this could have been a factor in Colorado. A number of highways with high speed and high traffic volume pass through lynx habitat, such as I-70, I-80, US 50, US 550 and US 160. These highways are not a barrier to lynx movement, as repeated successful crossings by radio-telemetered lynx have been documented on I-70 and Highways 9, 40, 50, 91, and 114 (Ivan 2011b, c, 2012; J. Squires, personal communication 2012).

As compared with other portions of the range of lynx, in Colorado more winter recreation and associated development overlaps with lynx habitat. Preliminary information from a study in Colorado indicates that some winter recreation uses may be compatible, but lynx may avoid some developed ski areas (J. Squires, personal communication 2012). It is possible that ski areas and 4-season resorts may reduce the amount and availability of lynx habitat within localized areas, in part by influencing the distribution or abundance of prey resources within the developed area. However, there is also considerable anecdotal evidence of lynx using ski areas.

Leg-hold trapping is currently prohibited under the state constitution of Colorado as a means of predator con-

Rvsd Plan - 00004246

trol or for commercial and recreational trapping. If a landowner can prove that all other non-lethal methods have been ineffective, a 30-day exemption may be granted for depredation cases. Incidental trapping mortality of lynx may be a minor risk during trapping seasons in southern Wyoming and surrounding states.

Predator control activities on federal lands, including coyote shooting or trapping, are common throughout most of this geographic area, mostly related to the grazing of domestic sheep. The majority of sheep grazing occurs on arid rangelands, but some grazing does occur during summer at the higher elevations, especially in south-central Colorado. Incidental capture of lynx is possible, but unlikely.

## Northern Rocky Mountains Geographic Area

### Geographic extent

The Northern Rocky Mountains Geographic Area encompasses western Montana on both sides of the Continental Divide, northeastern and southeastern Washington, northern, central, and southeastern Idaho, northeastern Oregon, northeastern Utah, and western Wyoming. Landforms, climate, and vegetation across this large area are complex and highly variable.

There are strong north-south and east-west gradients in climate across the Northern Rocky Mountains Geographic Area. The northwestern portions have a cool, temperate, maritime-influenced climate, while the eastern and southern portions have a cold continental climate (McNab and Avers 1994). As a result, vegetation varies from moist, dense conifer forests, to less productive forests with greater interspersion of grasslands and shrub lands.

The Northern Rocky Mountains Geographic Area intersects 3 ecological provinces (McNab and Avers 1994, Bailey 1998) and the following Sections within these provinces.

Northern Rocky Mountain Province
- Okanogan Highlands Section (M333A)
- Flathead Valley Section (M333B)
- Northern Rockies Section (M333C)
- Bitterroot Section (M333D)

Middle Rocky Mountain Province
- Idaho Batholith Section (M332A)
- Bitterroot Valley Section (M332B)
- Rocky Mountain Front Section (M332C)
- Belt Mountains Section (M332D)
- Beaverhead Mountains Section (M332E)
- Challis Volcanic Section (M332F)
- Blue Mountains Section (M332G)

Southern Rocky Mountain Province
- Yellowstone Highlands Section (M331A)
- Bighorn Mountains Section (M331B)
- Overthrust Mountain Section (M331D)
- Uinta Mountains Section (M331E)
- Wind River Mountains Section (M331J)

## Lynx population status and distribution

<u>Montana</u>: Lynx are ranked by the Natural Heritage Program as S3 species of concern in Montana: "Potentially at risk because of limited and declining numbers, range, and habitat, even though its habitat may be abundant in some areas."

Historical and current lynx occurrence has been well documented in Montana. Museum records, historical information, and trapping data (McKelvey et al. 2000*b*) suggest persistence of lynx over time in portions of Montana. Squires et al. (2013) describe more specifically the distribution of lynx in Montana based on 81,523 telemetry points from resident lynx from 1998–2007. Lynx are primarily restricted to northwestern Montana from the Purcell Mountains east to Glacier National Park, then south through the Bob Marshall Wilderness Complex to Highway 200. The southern-most lynx population in Montana is currently in the Garnet Range, except for a few individuals in the Greater Yellowstone Area. From 1999–2006, reproduction was documented at 57 dens of 19 female lynx in Seeley Lake, the Garnet Range, and the Purcell Mountains in western Montana (Squires et al. 2008).

The National Lynx Survey detected lynx in the Lolo and Gallatin National Forests and in Glacier National Park, and additional snow-tracking surveys in conjunction with collection of DNA verified lynx presence on the Kootenai, Flathead, and Helena National Forests (K. McKelvey, unpublished data).

<u>Wyoming</u>: The lynx is considered a species of greatest conservation need by the state of Wyoming. Lynx presence has been documented historically and currently in western Wyoming, from the Wind River Range, Wyoming Range, and the Yellowstone area (McKelvey et al. 2000*b*). A single lynx specimen was collected from the Big Horn Mountains in 1919. Lynx were detected using the National Lynx Survey protocol on the Shoshone National Forest, but none were detected on the Bighorn National Forest (K. McKelvey, unpublished data). Additional snow-tracking surveys verified lynx presence on the Bridger-Teton National Forest. Recent reproduction was documented in the Wyoming Range through a radio-telemetry study (Squires and Laurion 2000, Squires and Oakleaf 2005). Several lynx that were translocated into Colorado were later found to have dispersed and established home ranges in the Wyoming Range (J. Squires, personal communication 2012).

<u>Idaho</u>: Canada lynx are classified as an S1 Idaho species of greatest conservation need. McKelvey et al. (2000*b*) reported 22 museum specimens of lynx dating from 1874–1917, all of which were collected north of the Snake River Plain in Idaho. Thirteen other verified records prior to 1960 were also from the north-central and northern regions of the state, with the exception of 2 from Caribou and Bonneville Counties, along the Wyoming border. Of the 35 verified records from 1960 to 1991, most coincided with lynx irruptions in the 1970s. Lynx harvest records are considered to be unreliable prior to the 1980s because of the ambiguous reporting category of "lynx cat."

Surveys conducted in Idaho using the National Lynx Survey protocol detected lynx only on the Boise National Forest (K. McKelvey, unpublished data). Snow-track surveys in 2007 on 721 km on the Nez Perce National Forest using the protocol developed by Squires et al. (2004) did not detect lynx (Ulizio et al. 2007).

The Idaho Department of Fish and Game (IDFG) established 28 snow track routes to monitor forest carnivores. No lynx were detected on any of the 20 routes that had adequate snow conditions when surveyed by Idaho Department of Fish and Game personnel from 2004–2006 (Patton 2006).

From 2010-2013, IDFG conducted forest carnivore surveys in the Selkirk, Purcell, and West Cabinet Mountains (M. Lucid, Idaho Department of Fish and Game, personal communication 2013). Photographs and genetic

Rvsd Plan - 00004248

material were obtained from a male lynx in the Selkirk Mountains in 2010; this animal was not re-detected. Genetic material was obtained from a male lynx in the Idaho Purcell Mountains in 2011 and the same individual was again detected in 2012 near the Idaho-Montana state line.

Two lynx were recently captured in traps set for other furbearing animals in Idaho: 1 was released alive in 2012 on the Salmon-Challis National Forest (B. Waterbury, Idaho Department of Fish and Game, personal communication 2013) and 1 was reported to be misidentified as a bobcat and shot in northern Idaho in 2013 (M. Lucid, Idaho Department of Fish and Game, personal communication 2013).

Northeastern Washington: Lynx are considered a species of greatest conservation need in the state of Washington. Lynx occurrence, currently and historically, has been documented in the northeastern corner of the state (McKelvey et al. 2000b). Stinson (2001) stated that the highest lynx harvest in Washington was from Ferry County (Kettle/Wedge) at 35%. Lynx were present and reproducing in the Kettle Mountains through the 1970s (Stinson 2001), but subsequently were probably over-trapped. Currently, only occasional tracks are observed with no evidence of reproduction in northeastern Washington (Koehler et al. 2008).

Northeastern Oregon and southeastern Washington: Lynx are considered infrequent and casual visitors by the state of Oregon. Relatively few historical records of lynx occurrence were found in Oregon (McKelvey et al. 2000b). Only 3 recent (1964, 1974, and 1993) specimens are known from Oregon, and all were collected in anomalous habitats following population peaks in western Canada. The Snake River and Hells Canyon likely would impede lynx movements between Idaho and northeast Oregon/southeast Washington.

Utah: Lynx have been protected from harvest in Utah since 1974. The species is listed by the state as a Tier 1 species of greatest conservation need.

Relatively few historical records of lynx occurrence were found in Utah (McKelvey et al. 2000b). There are only 3 museum specimens of lynx from Utah from the early 1900s, and later records are all from northwestern Utah near the borders with Wyoming and Idaho (McKelvey et al. 2000b). It is unlikely that the La Sal or Abajo Mountains ever supported a resident lynx population, given the scarcity of records and the absence of snowshoe hares (memo from USDA Forest Service dated March 17, 1999). Prior to 2000, the last verified records of lynx from Utah were in 1977 from physical remains and in 1982 from tracks (McKelvey et al. 2000b). Since 2000, radio-collared lynx reintroduced into Colorado have dispersed into Utah in the northeastern, central, and southeastern portion of the state (Devineau et al. 2010).

Nevada: Lynx are not believed to have been resident in Nevada either historically or currently. Only 2 museum specimens exist from Nevada, both collected in 1916, a year of lynx irruption from their primary range in the northern boreal forest (McKelvey et al. 2000b).

British Columbia: Apps (2007) modeled probable lynx occurrence in southeastern British Columbia and suggested lynx occur in a discontinuous and highly variable pattern. This supports the notion that the population is patchily distributed as nodes of several animals persisting in localized core landscapes that anchor the larger regional population. Trapping and hunting are permitted in the Kootenay Region (southeastern British Columbia, immediately north of northwest Montana and Idaho). The hunting season is from 1–31 December with a bag limit of 1. Compulsory reporting of all captured and killed lynx is required in this region. Trapping occurs on approximately 50 registered traplines with a season from 15 November through 15 February (Ministry of Forests, Lands, and Natural Resource Operations 2012). Apps (2007) commented that no lynx had been trapped in his study area (in the Kootenay Region) in the past 15 years. Between 2000 and 2009, 74 lynx were

reported trapped from the registered traplines.

**Lynx habitat**

Historical and current lynx records (McKelvey et al. 2000*b*) from this geographic area occur primarily in the spruce-fir forest potential vegetation types (Kuchler 1964, Pfister et al. 1977, Steele et al. 1981, Johnson and Simon 1987, Williams et al. 1995). Squires et al. (2010) determined lynx primarily foraged in subalpine fir forests with low topographic relief (Squires et al. 2013) during winter, in mid- to high-elevation (1,270–1,995 m [4,166–6,545 ft]) forests of mature, multi-story conifer with high horizontal cover. These environments supported higher-density snowshoe hare populations and provided dense horizontal cover from young trees and conifer boughs touching the snow.

Stand-replacing fire has been a dominant influence historically in the northern Rocky Mountains (Gruell 1983, Barrett et al. 1997). Surface fires, avalanches, insects, and forest pathogens have also been important agents of disturbance, creating more structural diversity at a smaller scale. Fire regimes in the northern Rocky Mountains are extremely complex, reflecting the great variation in climate, topography, vegetation, and productivity (Kilgore and Heinselman 1990). In general, the dominant regime in lynx habitat in pre-settlement times was long-interval (40–200 years), high-severity, stand-replacing fire in continuous forests of lodgepole pine, spruce, and subalpine fir, often with smaller acreages subjected to non-lethal, low-severity fires in the intervals between stand-replacing fires (Fischer and Bradley 1987, Losensky 1993, Smith and Fischer 1997).

Aspen forests occur as scattered inclusions throughout subalpine and montane forests in central and southeastern Idaho, southern Montana, Utah, and Wyoming. Though common and widely distributed, aspen forests occupy a small percentage of the total forested area. Berg et al. (2012) found that some of the highest snowshoe hare densities in Wyoming occur in multi-story mixed aspen/spruce-fir forests. Aspen/tall forb community types, especially those that include snowberry (*Symphoricarpos alba*), serviceberry (*Amelanchier alnifolia*), and chokecherry (*Prunus virginiana*) shrub understories, may be productive habitat for snowshoe hares, grouse, and other potential lynx prey.

Because the Northern Rocky Mountain Geographic Area encompasses such a large and diverse region, descriptions of vegetation and elevation conditions that provide lynx habitat are presented below by state.

Montana: Lynx research has been conducted in the Seeley-Swan Valley (Section M332B), Garnet Mountains (Section M332B), South Fork of the Flathead (Section M333C), and Cabinet and Purcell Mountains (Section M333D; Koehler et al. 1979, Smith 1984, Brainerd 1985, Squires and Laurion 2000, Squires and Ruggiero 2007, Squires et al. 2008, Squires et al. 2010).

The Seeley-Swan study area ranges in elevation from about 1,200–2,100 m (3,900–6,900 ft). Most lynx radiolocations were in the mid-elevation range of 1,300–1,800 m (4,260–5,900 ft), with a few locations up to 2,100 m (6,900 ft). Lynx generally occurred in moist subalpine fir potential vegetation types, above the dry ponderosa pine and Douglas-fir potential vegetation types, and below the alpine zone (Squires et al. 2010). Lynx did not appear to avoid forest roads or groomed snowmobile routes, and snow penetrability did not appear to be a factor in selecting travel routes or capturing prey (Squires et al. 2010). In winter, lynx primarily selected mature multi-story stands, primarily composed of mature Engelmann spruce and subalpine fir trees with lesser components of lodgepole pine, Douglas-fir and western larch. Lynx occupied similar areas year round; however, during the summer, lynx shifted toward more use of regenerating forests with abundant small diameter (2.5–8 cm dbh [1–3 in]) and pole-sized (8–18 cm [3–7 in] dbh) trees, dense shrubs, and high horizontal cover (Squires et al. 2010).

Rvsd Plan - 00004250

The Garnet Range is characterized by relatively moderate, rolling topography, with gentle to moderate slopes dissected by steep limestone canyons, mostly covered by coniferous forests. Habitat use by 5 radio collared lynx in the Garnet Range occurred in subalpine fir forest associations (Smith 1984). In the Cabinet Mountains, 2 lynx were studied in the west fork of Fishtrap Creek, which has moderate, rolling topography in the lower reaches and steep alpine ridges in the headwaters (Brainerd 1985).

Wyoming: Ehle and Keinath (2002) described the best contiguous lynx habitat in Wyoming as being in the northwestern and western portions of the state. The remainder is highly fragmented, widely dispersed and isolated by arid shrublands (Meaney and Beauvais 2004). In Wyoming, the primary vegetation that may contribute to lynx habitat includes subalpine fir, Engelmann spruce, and lodgepole pine forests at the higher elevations, generally 2,000–3,000 m (6,500–9,800 ft). In the Wyoming Range where 2 lynx were radiocollared, topography was steep to rolling, with about 20% of the area being non-forested, 20% spruce-fir forests (generally occurring on northerly aspects), 10% aspen, and about 10% riparian (Squires and Laurion 2000). The remainder of the area was primarily homogeneous stands of lodgepole pine on drier sites. Lynx habitat in Wyoming has a more open understory with fewer shrubs compared to lynx-use areas in northern Montana (Squires et al. 2003).

Idaho: In Idaho, subalpine fir potential vegetation types occur at upper elevations. Engelmann spruce potential vegetation types occur on very wet sites, on steep northerly aspects where snow accumulates, and along streams and valley bottoms (Steele et al. 1981). Large stands of fire-induced lodgepole pine commonly dominate much of the subalpine fir series in central Idaho (Steele et al. 1981). Undergrowth is variable in these stands, ranging from tall shrub layers of huckleberry (Vaccinium spp.) and menziesia (Menziesia ferruginea) to low, depauperate understories of grouse whortleberry (Vaccinium scoparium) or heartleaf arnica (Arnica cordifolia). Sites that are capable of producing dense, tall understory shrubs may be capable of supporting snowshoe hares and lynx.

Utah: In the Uinta Range, Engelmann spruce, white fir, subalpine fir, and lodgepole pine forests occur at the higher elevations, 2,250–3,250 m (7,300–10,500 ft). Quaking aspen dominates over much of the landscape on mountain slopes, but snowshoe hares use aspen stands much less than conifer stands in this area (Wolfe et al. 1982), probably because they lack dense understory cover (Hodges 2000b). Where intermixed with spruce-fir and lodgepole pine stands, aspen stands may contribute to lynx habitat.

Northeastern and southeastern Washington, northeastern Oregon: Subalpine fir potential vegetation types where lodgepole pine is a major seral species (Powell et al. 2007), generally between 1,250-2,000 m (4,100-6,600 ft), may contribute to lynx habitat.

## Connectivity of lynx populations and habitat

Maintaining connectivity with Canada and between mountain ranges is an important consideration for this geographic area. Squires et al. (2013) combined resource selection, step selection, and least-cost path models to predict movement corridors for lynx in the northern Rocky Mountains. Connectivity between lynx habitat in Canada and that in the conterminous United States appears to be facilitated by only a few putative corridors that extend south from the international border.

In Wyoming, Squires and Oakleaf (2005) documented a male lynx crossing the 2-lane Highway 181/191 about 16 km (10 mi) east of Bondurant, Wyoming. This male lynx traveled over 500 km (310 mi) during the summers of 2000 and 2001 (Squires et al. 2003) and crossed the highway 4 times when moving between the Wyoming Range and the Wind River Range. The same lynx continued north on an exploratory movement and crossed Highway 26 on Togwotee Pass on a foray west of Yellowstone National Park.

The Kettle Mountains east of Highway 21 near Sherman Pass, Washington historically supported a population of lynx. However, the area was trapped heavily in the 1960s and 1970s and no reproduction has been documented since (Koehler et al. 2008). Recent surveys have only documented occasional single tracks, which suggest lynx have not re-established a population. The north end of the Kettle Crest is bisected by the low-elevation dry forest of the Kettle River valley and Highway 3 in British Columbia, potentially affecting the connectivity of habitat and potential movements from Canada. Maintaining connectivity on both sides of the border may be important to provide genetic exchange for lynx in northeastern Washington.

## Snowshoe hare population distribution and habitat

<u>Montana</u>: Historically, western Montana has supported one of the most robust lynx populations in the lower 48 states, indicating there is sufficient prey base to maintain a self-sustaining lynx population. Snowshoe hares have been well documented throughout the Rocky Mountains of Montana from the Canadian border through the Yellowstone area. Adams (1959), Koehler et al. (1979), Malloy (2000), Griffin (2004), and Mills et al. (2005) estimated density and relative abundance of snowshoe hares throughout Montana. Hare densities generally were low, ranging between 0.1–0.6 hares/ha (0.04–0.24 hares/ac).

Hares occupy mixed-conifer forests, dominated by lodgepole pine, Engelmann spruce, Douglas-fir, western larch, and subalpine fir. Differences in hare abundance have been correlated with stand age within study sites in Montana (67 and 50–60 years old, respectively; Koehler et al. 1979, Zimmer 2004). Griffin and Mills (2004) reported strong differences in demographic rates among hare populations inhabiting patches with distinct habitat attributes (i.e., mature versus young, and closed versus open). In western Montana, Griffin and Mills (2004) found the highest snowshoe hare densities in regenerating forest stands with high sapling density and in uncut, mature multi-story stands with abundant saplings.

Zimmer (2004) documented the influence of deep snow on feeding patterns of hares. Lodgepole pine was the most heavily browsed conifer species by free-living hares, composing 59% of the overall diet in southern Montana.

<u>Wyoming</u>: Few data are available on historical distributions of snowshoe hare within Wyoming. Berg (2010) estimated an average density of 1.57 hares/ha (0.63 hares/ac) with a range of 0.07–4.82 hares/ha (0.03–1.95 hares/ac) in a study area in the southern portion of the Greater Yellowstone Area within the Bridger Teton National Forest, encompassing portions of the Absaroka, Gros Ventre, Wind River, Salt River, and Wyoming Ranges. The average density was higher than reported from several other areas of the contiguous United States, British Columbia, Labrador, and Quebec (Hodges 2000b, de Bellefeuille et al. 2001, McKelvey et al. 2002, Murray et al. 2002, Griffin 2004, Ausband and Baty 2005, Newbury and Simon 2005, Potvin et al. 2005, Homyack et al. 2006, Sullivan et al. 2006, Hodges and Mills 2008, McCann et al. 2008, Zahratka and Shenk 2008). Within 7 distinct potential vegetation types identified as suitable for supporting snowshoe hare, Berg (2010) and Berg et al. (2012) found snowshoe hare density to be greatest in multi-story thick spruce-fir forests, although hare densities were still high in dense young lodgepole pine stands (30–70-year-old regenerating lodgepole pine). Hare densities were lowest in young open lodgepole pine stands (Berg 2010). In comparison to the mature, multi-story patches where snowshoe hare density did not increase with increasing stem densities, Berg et al. (2012) found hares in the young, regenerating forests increased as stem densities increased. Overall, Berg concluded that snowshoe hares preferred dense, structurally diverse stands. These attributes were most consistently found on the Bridger-Teton National Forest within older multi-story forests with a spruce-fir component. Berg (2010) suggested that hares may demonstrate seasonal shifts in habitat use in western Wyoming due to the high degree of fragmentation between suitable habitat patches.

Rvsd Plan - 00004252

Young regeneration stands provide hare habitat over a relatively short period (Zimmer et al. 2008). Berg (2010) suggested that older multi-story stands would maintain higher hare densities over time than lodgepole pine stands 70+ years post-disturbance. Horizontal cover and tree canopy were the most significant predictors of hare density in western Wyoming.

Idaho: Wirsing et al. (2002) reported hare densities in the Clearwater National Forest that ranged from 0.01–0.10 hares/ha (0.004–0.04 hares/ac). Hare distribution throughout the study area was correlated positively with the availability of understory cover (Wirsing et al. 2002). Murray et al. (2002) established 615 transects on the Idaho Panhandle National Forest and estimated a density of 0.14 hares/ha with a range of 0.12–0.23 hares/ha (0.06 hares/ac, range 0.05–0.09 hares/ac). Hare abundance was greatest in habitats containing dense understories (Murray et al. 2002).

In northern Idaho, western red-cedar (*Thuja plicata*), western hemlock (*Tsuga heterophylla*) and moist grand fir potential vegetation types support snowshoe hares (Murray et al. 2002), although these forest types do not appear to support lynx.

Utah: Estimated hare densities in a study area in northern Utah (Cache County) were about 0.46 hares/ha (0.19 hares/ac; Dolbeer and Clark 1975). The population studied did not appear to fluctuate, based on trapping records and capture rates during successive years. Snowshoe hares have been reported as absent from the La Sal and Abajo Mountains (memo from USDA Forest Service dated March 17, 1999), but there are documented populations in the Uinta and Wasatch Ranges (Dolbeer and Clark, 1975, Wolfe et al. 1982)

Dolbeer and Clark (1975) found snowshoe hares in Utah selected subalpine fir and lodgepole pine with dense understory cover over other habitats throughout the year, including aspen, which appeared to offer little understory cover for hares, especially in the winter. These findings were similar to Wolfe et al. (1982), who found strong correlations between snowshoe hare habitat use and horizontal cover density. Due to the snow depth and accumulation in northern Utah (commonly exceeding 1.0 m [3.3 ft]), it was suggested that a threshold density of horizontal cover must be available between 1.0–2.5 m (3.3–8.2 ft) above ground in the understory vegetation profile to support hares (Wolfe et al. 1982).

Northeastern Washington: Limited published information is available on snowshoe hares and habitat selection in northeastern Washington. Thomas et al. (1997) suggested that stand density and visual cover estimates were the best indicators of snowshoe hare habitat use in northeastern Washington. The 2 most important browse species were lodgepole pine and Douglas-fir. Low snow accumulation during the winters of 1995–1996 (0–61 cm [0–24 in]) may have accounted for snowshoe hares' use of shrubs that normally would be covered by snow in winter (Thomas et al. 1997).

Northeastern Oregon and southeastern Washington: Hare populations in northeastern Oregon and southeastern Washington are not well documented historically. However, snowshoe hares within this region have been shown to primarily use subalpine fir habitats where lodgepole pine is a major seral species. Moist grand fir and moist Douglas-fir habitats intermixed with subalpine fir habitats are used secondarily.

## Human activities and developments specific to the Northern Rockies

McKelvey et al. (2011) used a variety of climate models to predict snow depth and the persistence of spring snow to infer effects of climate change on boreal species, specifically the wolverine. Snow depth and persistence are predicted to decline throughout the area during the 21st century. However, the models predicted that large areas of persistent snow would continue to be retained along the Montana-Idaho border and in the

Greater Yellowstone area. Idaho is predicted to lose proportionately more of its snow cover than either Montana or Wyoming, although there is a large degree of uncertainty associated with future snow conditions in Idaho.

Most climate change models generally predict a warmer and drier climate in this geographic area (Gayton 2008). With warming climate, fire seasons in the western United States will likely be extended and have higher severity, and the total area burned is likely to increase (McKenzie et al. 2004). This may reduce available lynx habitat, especially during the winter.

Precommercial thinning in Montana was shown to reduce snowshoe hare abundance in the short term (Griffin and Mills 2007). Forest plans were amended in 2008 to incorporate management direction that would conserve lynx, including direction that will minimize the impacts of thinning in lynx habitat.

Few highways intersect lynx habitat in this geographic area. State Highway 83 bisects the Swan Valley, but it does not appear to impede movement since radiocollared lynx have been documented to cross this highway (Squires and Laurion 2000).

Intense oil and gas development, such as is occurring in the Wyoming Range, may fragment habitat and may reduce or isolate already small populations of lynx.

The states regulate and administer hunting and trapping. Ten lynx have been reported captured in traps set for other species since 2000, resulting in at least 4 mortalities. Outreach and education efforts and trapping regulations are targeted to reduce the potential for incidental trapping and mortality of lynx. For example, in Montana, current furbearer trapping regulations (http://fwp.mt.gov/fwpDoc.html?id=56843) recommend that traps be checked every 48 hours (this is mandatory for wolf trapping http://fwp.mt.gov/fwpDoc.html?id=56685). In addition, an 8-pound pan tension requirement has been established in 2 trapping districts in western Montana. Idaho and Wyoming require that leghold and other live traps be visited at least every 72 hours. Washington does not allow body-gripping traps or pursuing animals with dogs. Utah requires trap checks at least every 48 hours.

Predator control activities on federal lands are commonly conducted throughout this geographic area, but the level of activity is currently lower than historical levels. Such efforts are aimed specifically at the offending animal or target species and usually take place outside of lynx habitats, in lower-elevation rangelands. As a result of the ban on poisons such as 1080 and adoption of wildlife conservation practices for lynx, predator control activities on federal lands conducted by USDA Wildlife Services probably have a low potential to impact lynx.

## Cascade Mountain Geographic Area

### Geographic extent

Vegetation and landforms in the Cascade Mountains of Washington have been described by Daubenmire and Daubenmire (1968), Franklin and Dyrness (1973), Demarchi (1994), McNab and Avers (1994), and Hann et al. (1997), among others. The Cascade Mountains Geographic Area is in the Cascade Mixed Forest-Coniferous Forest-Alpine Meadow Province (McNab and Avers 1994). Three sections are described within this province: Oregon and Washington Coast Ranges, Western Cascades, and Eastern Cascades. Current (Koehler et al. 2008, Maletzke et al. 2008) and historical (McKelvey et al. 2000b) records suggest that in the Cascade Mountains, lynx are found only on the east side of the range in Washington. Thus, the Eastern Cascades section is the only section in the Cascade Geographic Area that supports a reproductive lynx population. Lynx habitat is

Rvsd Plan - 00004254

restricted to the subalpine fir potential vegetation type and adjacent habitats.

Volcanic peaks and glaciation have resulted in relatively steep eastern slopes. Many volcanic peaks are above the surrounding topography, some of which are still active. Volcanic ash originally covered the east slope. Elevations range from sea level to greater than 3,050 m (10,000 ft; McNab and Avers 1994).

**Lynx population status and distribution**

Museum records (McKelvey et al. 2000b) verify the presence of lynx in the Cascade Range of Oregon and Washington during historical times. However, the distribution of lynx was generally restricted to habitat occurring east of the Cascade Crest in northern Washington (Stinson 2001). Aubry et al. (2000), McKelvey et al. (2000b), and Mowat et al. (2000) reported lynx to be absent or uncommon in wet, coastal forests of western North America. Current and historical verified lynx records from the west side of the Cascade Crest in Washington or in the Cascade Range of Oregon are extremely rare: 12 from western Washington and 1 from Oregon. Ten of the 12 records from western Washington were of 1 individual from the Mt. Adams area (McKelvey et al. 2000b). Lynx still occur in the north-central Cascades of Washington; Brittell et al. (1989), Koehler (1990a), von Kienast (2003), Koehler et al. (2008), Maletzke et al. (2008), and unpublished data on file at the Methow Valley Ranger District documented continued occupancy of this area from 1980–2012.

The National Lynx Survey (McKelvey et al. 1999) was initiated in 1999 to sample lynx habitat across the historical range to better understand lynx distribution in the contiguous United States; most survey grids were completed in 2002. There were 19 survey grids established in the Washington and Oregon Cascades, each monitored for at least 3 years. Two of the survey grids had lynx detections: 1 in the northern Okanogan National Forest north of Highway 20, and the second (Aubry et al. 2002) was along Highway 20 on the Okanogan-Wenatchee National Forest.

The Okanagan Region in British Columbia lies immediately north of the Cascade Geographic Area. Trapping occurs on approximately 25 registered traplines and the region has a compulsory reporting requirement for any lynx taken. Trapping and hunting seasons currently are from 15 November through 15 February (Ministry of Forests, Lands, and Natural Resource Operations 2012). The hunting bag limit is 1. Between 2000 and 2009, 82 lynx were trapped. The majority of those were from 5 registered traplines. The other traplines reported 0–4 lynx over the 10 year period.

**Lynx habitat**

In the Cascade Mountains Geographic Area, subalpine fir potential vegetation types provide lynx habitat (McCord and Cardoza 1982, Koehler 1990a, Apps 2000, Aubry et al. 2000, McKelvey et al. 2000b, Koehler et al. 2008). Fire, insect outbreaks, and root rot are common disturbance agents in the subalpine zone (McNab and Avers 1994). The natural frequency, intensity, and extent of fire are highly variable in the Eastern Cascades section.

Maletzke et al. (2008) described lynx habitat in the Black Pine Basin area of north-central Washington as Engelmann spruce and subalpine fir on slopes <30° at elevations between 1,525–1,828 m (5,000–6,000 ft), and moderate canopy closure (11–39%). Lodgepole pine is frequently present as a seral species in subalpine fir potential vegetation types. The elevations of lynx habitats vary, depending on moisture patterns and temperatures. Subalpine fir potential vegetation types are generally present above 1,220 m (4,000 ft) on the east side of the Cascade Mountains (Williams and Lillybridge 1983, Lillybridge et al. 1995). These potential vegetation types generally occur in areas with heavy winter snowfalls. Cool, moist Douglas-fir, grand fir, Pacific silver fir, or western larch forests, where they are interspersed with subalpine fir forests, may also contribute to lynx habitat.

During winter, lynx selected mature multi-story Engelmann spruce and subalpine fir habitats in Washington (Koehler et al. 2008, Maletzke et al. 2008). These stands generally had a component of young trees in the understory and lower limbs touching the snow (von Kienast 2003, Koehler et al. 2008, Maletzke et al. 2008). Von Kienast (2003) reported that lynx generally avoided young (<15 years old) conifer regeneration (primarily lodgepole pine) resulting from timber harvest and wildfires that was not protruding through the snow during winter. Lynx movements and hunting behavior were associated with mature Engelmann spruce and subalpine fir stands, dense understory cover, and high densities (>1 hare/ha [>0.4 hares/ac]) of snowshoe hares (Maletzke et al. 2008). Lynx used edges of recently burned areas, recent clear cuts, and forest openings, but rarely crossed openings greater than 150 m (500 ft; von Kienast 2003, Maletzke et al. 2008). Forest openings and stands dominated by Douglas-fir or ponderosa pine were generally avoided (Koehler et al. 2008, Maletzke et al. 2008).

Koehler and Aubry (1994) and Maletzke et al. (2008) described lynx habitat as generally occurring in areas of low topographic relief. Apps (2000) found selection for slope was significant among 3 of 6 radio-collared lynx in the southern Canadian Rocky Mountains. Of those 3 animals, 2 selected and 1 avoided <20 percent slopes during the summer, and >40 percent slopes were avoided by all of the lynx during winter. In north-central Washington, lynx preferred <30° slopes during winter (Koehler et al. 2008, Maletzke et al. 2008).

## Connectivity of lynx populations and habitat

Connectivity to larger lynx populations in Canada is important to ensure the long-term persistence of lynx populations in the United States (U.S. Fish and Wildlife Service 2005). There are no known barriers to movement between the Cascades in the United States and British Columbia.

Lynx are highly mobile and able to disperse long distances. It is nevertheless important to maintain connectivity between blocks of habitat to support populations and promote genetic exchange. Forest disturbances such as large wildfires and timber harvest have affected the current distribution and movement patterns of lynx in Washington (Koehler et al. 2008). The juxtaposition of forest disturbance in relation to topographic features and the current amount and arrangement of forest vegetation can directly affect habitat connectivity for lynx.

The North Cascades Highway, Highway 20, bisects lynx habitat in the Cascades Geographic Area, but it is closed during the winter (typically late November through mid-April) because of deep snowpack and avalanches. Much of the lynx habitat is north of the highway, but habitat and lynx are present south of the highway. Surveys in 2000 and 2001 along Highway 20 were designed to determine if lynx crossed the highway during summer months when it was open (Aubry et al. 2002). Lynx were detected on both sides of the highway, but the DNA samples were not sufficient to determine whether these were the same or different individuals. Apps (2007) reported that lynx in the southern Canadian Rocky Mountains do cross highways, but highways can affect movements depending on the highway type and use.

As it is throughout the range of lynx in the contiguous U.S., maintaining connectivity with Canada is important to lynx populations in northern Washington and the Cascade Mountains. Singleton et al. (2002) evaluated landscape permeability for large carnivores in Washington. They reported broad landscape permeability for lynx between the Thompson River watershed in British Columbia and the United States portion of the northern Cascades. Currently, connectivity appears functional, as lynx dispersal from Washington into Canada was recently documented. A male lynx radiocollared in 2008 in the Loomis State Forest remained there until late winter in 2009, when it dispersed north into Canada toward Hope, British Columbia, and then headed northeast toward Kamloops where it appeared to establish a home range just southeast of Kamloops. This individual was later trapped and killed in British Columbia, highlighting the need for cooperation and shared management

Rvsd Plan - 00004256

goals across political boundaries.

**Snowshoe hare population distribution and habitat**

Snowshoe hares in the Cascade Mountains Geographic Area are found primarily in boreal forests of sub-alpine fir and Engelmann spruce, but can also be found in stands that are occasionally interspersed with Douglas-fir, lodgepole pine, western larch, and whitebark pine (Walker 2005). Based on pellet counts in north-central Washington, Koehler (1990a) reported that snowshoe hare densities were highest in 20-year old lodgepole pine stands with 16,320 stems/ha (2,559 stems/ac), in both winter and summer.

Snowshoe hare pellet densities in Washington were correlated with understory (horizontal) cover, sapling density, and medium-size tree density (Walker 2005). Hares were plentiful in both young regenerating forests and older multi-story Engelmann spruce and sub-alpine fir forests with dense understories. Structural density and the amount of contiguous habitat were important considerations when managing for hares. The landscape mosaic within which snowshoe hare habitat was embedded had the potential to influence snowshoe hare densities by affecting movement characteristics and resource availability.

Lewis et al. (2011) sampled 76 stands that were about 20 ha (49 ac) in size across a study area in northcentral Washington. They reported an average density of 0.82 hares/ha (0.33 hares/ac), ranging from 0.03-2.38 hares/ha (0.01–0.96 hares/ac). This compares favorably with the estimate by Ruggiero et al. (2000b) that a density of at least 0.5 hares/ha (0.2 hares/ac) is required to support a lynx population.

**Human activities and developments specific to the Cascades**

McKelvey et al. (2011) used a variety of climate models to predict snow depth and the persistence of spring snow during the 21st century to infer effects of climate change on boreal species. The models predicted that despite an overall decrease in persistent snow, large areas of spring snow cover will continue to persist in northern Washington. The Pacific Northwest is characterized by large amounts of winter precipitation at temperatures near freezing. Modest increases in temperature due to climate change would cause precipitation to fall as rain rather than snow, making its snowpack highly vulnerable to loss. However, perhaps because historical snowpack is so deep and extensive in the Pacific Northwest, estimated spring snow cover is not expected to be impacted as much by climate change as some other areas such as Idaho.

Some vegetation management practices, especially thinning in young dense regeneration and reducing overstory canopy in mature multi-story spruce-fir forests, have likely had detrimental effects to snowshoe hares and lynx in the past. On national forest system lands in the Cascades, the priority for vegetation management is in the dry and mesic forests, with minimal treatments in the subalpine fir forests. On state managed forests (Loomis State Forest) precommercial thinning in lynx habitat has been conducted.

Koehler et al. (2008) reported that more than 50% of the lynx habitat in the Chelan and Okanogan Counties has burned in the past 2 decades (1990–2010). Increases in the length of the fire season and in the annual area burned as a result of climate change (McKenzie et al. 2004) could further reduce available lynx habitat.

Climate change has increased forest insect infestations within the Cascade Mountains (Carroll et al. 2003, Taylor and Carroll 2004). Climate change may cause further changes to natural disturbance regimes.

Lynx habitat in the western portion of the Cascade Mountains Geographic Area is naturally fragmented (Koehler et al. 2008). Lewis et al. (2011) reported that landscapes with contiguous snowshoe hare habitat, or where patches of hare habitat are surrounded by patches of similar habitat quality, support more snowshoe

hares than more fragmented landscapes or where surrounding patches are of poorer quality habitat. Lynx in the Black Pine Basin area of northcentral Washington avoided openings, burned areas, and other areas with <10% overstory cover (Koehler et al. 2008). While a landscape mosaic is desirable, vegetation management projects that create large openings can reduce the quality of snowshoe hare habitat, requiring lynx to travel farther and increase energy expenditures when foraging, leading to an increased risk of starvation.

State Highways 2 and 20 are the only paved highways through lynx habitat in the Cascades Geographic Area. Highway 20 is closed because of avalanche hazard during the winter (generally from mid-November through March) and is a low-volume highway in the summer. Highway 2 is the southern boundary of known lynx occupancy. Highway 20 bisects lynx habitat in the United States and Highway 3 in British Columbia bisects habitat to the north. There were no known lynx mortalities along either highway in the past 15 years.

Incidental trapping and illegal shooting of lynx are low risks in the Cascades. Body-gripping traps are not legal in Washington (except by permit for "animal problems"), which reduces the risk of mortality if a lynx were to be incidentally trapped. The trap check requirement in Washington is 24 hours for non-killing restraint traps. One accidental lynx shooting occurred in October 1999 in the Washington Cascades. A lynx was shot by a licensed hunter, who mistook it for a bobcat (H. Allen, Washington Dept. of Fish and Wildlife, personal communication 1999). Since that incident, no illegal or accidental lynx shootings have been reported in this geographic area.

# Chapter 4 - ANTHROPOGENIC INFLUENCES ON LYNX AND LYNX HABITAT

The Lynx Biology Team identified "risk factors" in the 2000 LCAS that were a suite of programs, practices, and activities with the potential to negatively influence lynx or lynx habitat. The list of risk factors was meant to be inclusive; and to help ensure that no possible impacts would be overlooked, it was not prioritized.

Since then, substantial new scientific literature on lynx and their habitat has been published. This new information has improved the understanding of the ecology of lynx across the southern edge of their range, and their responses to various forms of resource management and other human activities (now referred to as anthropogenic influences). Based on new scientific information, the 2003 listing (Remanded Rule), and professional judgment gained from experience in managing lynx habitat, we developed a list of anthropogenic influences that may affect lynx and lynx habitat. By consensus, we grouped these into 2 tiers: those that have the potential to negatively effect lynx populations and habitat, and those that may affect individual lynx but are not likely to have a substantial effect on lynx populations and lynx habitat.

Not every possible human activity that could occur in lynx habitat has been examined. Rather, in this chapter we identify those anthropogenic influences most likely to occur in lynx habitat and for which we have information indicating how they may affect lynx and lynx habitat. The concepts and approach used here also could be applied to other activities that are not specifically addressed in this document.

As described in Chapter 2, lynx are highly specialized predators of snowshoe hares, are vulnerable to certain types of human-induced mortality, and occur at low densities and in small populations throughout their range in the contiguous United States. These natural history characteristics increase their susceptibility to local extirpation. These attributes are important drivers of lynx population dynamics, and were considered as we evaluated the potential impact of the various anthropogenic influences.

The first tier of anthropogenic influences includes climate change, vegetation management, wildland fire and fragmentation of habitat. Each of these can directly effect both snowshoe hare and lynx population dynamics. There is some uncertainty about the rate and magnitude of impacts from climate change, and federal agencies may be limited in actions that can be taken to ameliorate those impacts. Nevertheless, those impacts will interact with and perhaps magnify the effects of vegetation management, wildland fire, and fragmentation of habitat.

The second tier of anthropogenic influences include several activities that were previously identified as "risk factors" in the 2000 LCAS. Subsequent research or management experience have shown that these are not likely to have substantial effects on lynx or their habitat. The discussion of the anthropogenic influences in the second tier provides updated information about these relationships.

Some risk factors, including habitat degradation by non-native invasive plant species, development of reservoirs, conversion to agriculture, and lynx movement and dispersal across shrub-steppe habitats, have been dropped entirely from the revised LCAS. This is because they are now thought to have few or no impacts on lynx or lynx habitat.

In this chapter, we describe how specific anthropogenic influences could impact lynx via the primary drivers of their population dynamics: snowshoe hare prey base, direct mortality, and small population effects. This provided the foundation for development of the conservation measures, which are actions within the authority and jurisdiction of the federal agencies that can be taken to conserve the lynx.

Federal agencies have amended or revised land management plans across much of the range of the lynx to provide direction to conserve lynx and lynx habitat. Thus the impacts of anthropogenic influences have been substantially reduced. Maintaining consistent and appropriate management direction is important to minimize the impacts, particularly for the 4 anthropogenic influences included in the first tier.

## First tier of anthropogenic influences

In the first tier are 4 anthropogenic influences that are of greatest concern to the conservation of the lynx. Some regulations or policy may be in place to minimize impacts on lynx or lynx habitat, but we address them fully here because by their nature, these anthropogenic influences can directly impact lynx and their snowshoe hare prey. Chapter 5 contains conservation measures that address vegetation management, wildland fire management, and fragmentation of habitat. No conservation measures are identified for climate change due to the limited ability of the federal land management agencies to alter the current trajectory.

### Climate change

Physical and biological systems on all continents and in most oceans are being affected by climate change, especially by regional temperature increases (Rosenzweig et al. 2007). Climate change is strongly affecting some species and altering many aspects of systems that are related to snow, ice, and frozen ground (Hannah and Lovejoy 2003, Root et al. 2003, Harris et al. 2006, Parmesan 2006, Rosenzweig et al. 2007). Inkley et al. (2004) and Rosenzweig et al. (2007) predicted that the ranges of wildlife and native plants in North America will generally move northward or to higher elevations as temperatures increase.

Several possible effects of climate change on lynx can reasonably be anticipated. These include: 1) potential upward shifts in elevation or latitudinal distribution of lynx and their prey; 2) changes in the periodicity or loss of snowshoe hare cycles in the north; 3) reductions in the amount of lynx habitat and associated lynx population size due to changes in precipitation, particularly snow suitability and persistence, and changes in the frequency and pattern of disturbance events (e.g., fire, hurricanes, insect outbreaks); 4) changes in demographic rates, such as survival and reproduction; and 5) changes in predator-prey relationships. In addition, it is possible that interactions between these variables may intensify their effects.

Shifts in distribution. Arctic and alpine ecosystems are expected to be among the most sensitive to climate warming (Diaz and Millar 2004). Less snowfall, reduced extent of snow cover, accelerated retreat of most mountain glaciers, and earlier spring snowmelt have already been observed across much of the northern latitudes (Gitay et al. 2002). Results from climate change modeling suggest that snow cover in the contiguous United States will be substantially reduced in extent and distribution (McKelvey et al. 2011). From this can be inferred a contraction of the range of lynx. In Maine, for example, it is predicted that once annual snowfall declines below a key threshold of 270 cm/yr (106 in/yr; Hoving et al. 2005), lynx may be displaced by bobcats (Jacobson et al. 2009).

Changes in periodicity of the snowshoe hare cycle. The 10-year cycle that occurs in northern Canada and Alaska involves an interaction between lynx, hares, and the hares' plant resources (Krebs et al. 1995, 2001a). The periodicity of lynx abundance may be triggered by North Atlantic Oscillation (NAO) climate effects (Stenseth et al. 1999), with the strength of the trophic interactions varying with region-specific vegetation (e.g., forest–tundra, boreal conifer–deciduous mixed woods) and winter conditions. NAO-determined winter snow levels may mediate lynx hunting efficiency, the effects of which then cascade down through snowshoe hares to the plants (Stenseth et al. 1999, Krebs et al. 2001b).

In Europe, there are indications that the population cycles of voles, grouse, and insects now are breaking down, with several lines of evidence implicating climate change as the underlying cause (Ims et al. 2008). The geographical borders between cyclic and noncyclic populations are shifting, and the spatial extent of regions that have cycles are shrinking. The collapse of cycles in herbivores with high-amplitude population cycles also would imply collapses of important ecosystem functions such as pulsed flows of resources and disturbances (Schmitz et al. 2003, Ims et al. 2008). A common denominator of cycles that exhibit spatial gradients, such as the more pronounced cycle of snowshoe hares in its northern range of North America, is that the cycles appear to fade as winters become shorter (Ims et al. 2008). The loss of the hare cycle would likely translate into a reduced potential for lynx to expand into new or unoccupied habitat in Canada or the adjoining United States.

Reduction in lynx habitat and population size. Climate change may reduce the extent of deep snow habitats selected by lynx. Based on a general circulation model, Kerr and Packer (1998) predicted that lynx would be

Rvsd Plan - 00004260

among the 25 mammal species in Canada likely to undergo significant losses of habitat, with accompanying decreases in population size. McKelvey et al. (2011) estimated that contiguous areas of spring snow cover would become smaller and more isolated throughout the Columbia, Upper Missouri, and Upper Colorado Basins, with greatest losses at the southern periphery, which likely is an indicator of the trajectory of lynx habitat. According to Carroll (2007), climate change could result in dwindling of potential lynx habitat in the northern Appalachians to small areas in the Canadian Maritime Provinces.

Forests in the northeast are predicted to significantly change in the next 100 years under every emissions scenario (Prasad et al. 2007). The extent of oak and pine forest types is projected to increase and expand into central and possibly northern Maine (Iverson et al. 2008). Maine and the northeast forest region are predicted to lose much of their spruce-fir and mixed-conifer forest, including upland spruce-fir forest and lowland spruce flats (Prasad et al. 2007, Ollinger et al. 2008, Tang and Beckage 2010). Warming climate and selective logging for conifers has already resulted in an increase of the deciduous forest in northern Maine (Seymour 1992), which is contributing to fragmentation of lynx habitat (Simons 2009).

Galatowitsch et al. (2009) estimated that by 2069, average annual temperatures in Minnesota will increase 3° C (5.4° F) with a slight increase (6%) in precipitation. Minnesota forests will experience warmer summers with more frequent and longer droughts. Most simulations for the Great Lakes-St. Lawrence Basin predict reduced precipitation and lower lake levels (Inkley et al. 2004). Similarly, most climate models predict that the northern Rockies and the Greater Yellowstone ecosystem will be warmer and drier, with increased risk of bark beetle epidemics and forest fires in susceptible age classes. The recent mountain pine beetle outbreak in British Columbia, for example, was associated with warmer winters, longer growing season, and fire suppression (Gayton 2008).

An increasing occurrence and persistence of drought, along with associated insect outbreaks and wildfires, could rapidly and dramatically affect the distribution, amount, and composition of lynx habitat. Cohen and Miller (2001) suggested climate change could alter both the nature and extent of wildfire and beetle outbreaks. With warming climate, fire seasons in the western United States will likely be extended and the total area burned may increase (McKenzie et al. 2004). Westerling et al. (2006) predicted that warmer springs could increase the frequency and duration of wildfires, which in turn could reduce the resistance of surviving trees to bark beetle attack. Raffa et al. (2008) suggested that increasing temperatures and forest homogeneity likely will result in bark beetle outbreaks that exceed natural disturbance thresholds; this may set the landscape for additional outbreaks since there will be even-aged forests over a larger area.

Westerling et al. (2006) compiled information on large wildfires in the western United States from 1970–2004; large wildfire activity increased suddenly and markedly in the mid-1980s, with higher large-wildfire frequency, longer wildfire durations, and longer wildfire seasons. The greatest increases occurred in mesic, middle- and high-elevation forest types (such as lodgepole pine and spruce-fir) in the northern Rocky Mountains. Fire exclusion has had little impact on natural fire regimes of these higher-elevation forest types in this area; rather, climate appears to be the primary driver of forest wildfire risk. Large wildfires were strongly associated with increased spring and summer temperatures and an earlier spring snowmelt.

Changes in demographic rates. Incremental changes in climate would affect lynx directly or indirectly through effects on prey abundance. Annual weather patterns are known to affect survival and reproduction of snowshoe hares, which in turn would influence lynx productivity and survival. Reductions in lynx population size and the amount of available habitat possibly could decrease the likelihood of persistence of smaller subpopulations and successful genetic interchange between subpopulations (Gonzalez et al. 2007).

Changes in predator-prey relationships. Climate change is likely to negatively affect lynx habitat and its ability to support lynx and snowshoe hares, although the rates of change and magnitude of effects are difficult to predict. It seems likely that snowshoe hares, which have shorter generation times than lynx, would respond to habitat changes more quickly than would the lynx themselves.

A characteristic of the snowshoe hare is its seasonal pelage coloration, turning white during the winter from a brown coat in the other seasons. This pelage change appears to be triggered by day length (Severaid 1945). A

shift in the duration of snow cover could result in a mismatch of the pelage of snowshoe hares with the background color of its environment, increasing its vulnerability to predation. Over time, natural selection pressure could be expected to correct the mismatch.

Reduced snow depth, condition, and persistence may diminish the competitive advantage of lynx relative to bobcats and coyotes. This could also increase the likelihood of habitat overlap with wolves and mountain lions, increasing predation risk to lynx and competition for snowshoe hare prey.

Federal land management agencies have limited ability to alter the trajectory or to ameliorate the effects of climate change. Assessments should be conducted to consider possible ways to assist with adaptation to climate change. Chapter 6 of this document identifies research needs, which include the need for additional work to more accurately predict specific effects of climate change on lynx.

## Vegetation management

Stand structure, composition, and arrangement are important elements of habitat for snowshoe hares and lynx. Vegetation management practices can have beneficial, neutral, or adverse effects on lynx and snowshoe hare habitat and populations, and the duration of effects varies. Effects of vegetation management on snowshoe hare habitats have been studied across the range of the species (Conroy et al. 1979, Sullivan and Sullivan 1988, Koehler 1990b, Thomas et al. 1997, Homyack et al. 2005, Robinson 2006, Griffin and Mills 2007, Berg 2010, Ivan 2011a, Lewis et al. 2011, and McCann and Moen 2011). Effects on lynx have been investigated by Koehler (1990a), Koehler and Brittell (1990), Fuller et al. (2007), Homyack et al. (2007), Moen et al. (2008), Vashon et al. (2008b) and Squires et al. (2010).

Vegetation management occurs across the range of the lynx and can directly affect important habitats and prey. Management activities uninformed by consideration of negative impacts to the species were identified as being of greatest potential concern to lynx conservation (Federal Register, July 3, 2003, vol. 68, no. 28, pp. 40076-40101).

Historically, the dominant natural disturbance processes that created early-successional stages within the range of the lynx were wind events, fire, and insect and disease outbreaks (Kilgore and Heinselman 1990, Heinselman 1996, Veblen et al. 1998, Agee 2000, Seymour et al. 2002, Lorimer and White 2003). In forests of the Northeast Geographic Area, wind, fire, insects, and diseases were predominant natural disturbance agents, while fire, insects, and diseases were predominant in the Great Lakes Geographic Area and across the western United States.

After disturbances, forests generally develop through several stages described by Oliver (1980) as "stand initiation," "stem exclusion," "understory reinitiation," and "old growth." Stand dynamics, particularly within-stand competition for light, nutrients, and space, determine how forests grow and respond to intentional manipulations and natural disturbances (Oliver and Larson 1996). The frequency and severity of disturbances influence which species will dominate in a stand after the disturbance event. The stand initiation stage, once the trees have established and grown tall enough to protrude above the snow, may provide snowshoe hare and lynx habitat. During the stem exclusion stage, the tree crowns lift and lower branches self-prune, thus growing above the reach of snowshoe hares. As the stand moves into understory reinitiation and old-growth structural stages, food and cover may again become available to support snowshoe hares.

Commercial timber management of conifer forests traditionally has been designed to: reduce tree density and promote tree growth (e.g., precommercial thinning), especially in young regenerating forests; improve growth and vigor of mature trees (e.g., commercial thinning, thinning from below); reduce the vulnerability of commercially-valuable trees to insects and disease (e.g., commercial thinning, group selection); and harvest forest products (e.g., regeneration harvest). Timber management practices may mimic natural disturbance processes but often are not an exact ecological substitute. Some practices, such as use of herbicides to suppress hardwood regeneration, do not have an historical analogue. Timber harvest may differ from natural disturbances by:

- Removing most standing biomass from the site, especially larger size classes of trees, and down logs, which alters microsite conditions and nutrient cycling;

Rvsd Plan - 00004262

- Creating smaller, more dispersed patches and concentrating harvest at lower elevations in mountain-ous regions and on more nutrient rich soils, resulting in habitat fragmentation;
- Causing soil disturbance and compaction by heavy equipment, which may result in increased water runoff and slower tree growth at the site; or
- Giving a competitive advantage to commercially-valuable tree species and reducing the structural complexity of the forest through the application of harvest, planting, thinning, and herbicide treatments.

Stem density and snowshoe hare density are directly and positively correlated (Conroy et al. 1979, Sullivan and Sullivan 1988, Koehler 1990b, Koehler and Brittell 1990, Thomas et al. 1997, Hodges 2000a, Mowat et al. 2000, Homyack et al. 2006). Vegetation management that promotes high stem density and dense horizontal cover can increase snowshoe hare densities (Keith and Surrendi 1971; Fox 1978; Conroy et al. 1979; Wolff 1980; Parker et al. 1983; Livaitis et al. 1985; Bailey et al. 1986; Monthey 1986; Koehler 1990a, b; Robinson 2006; Fuller et al. 2007; Homyack et al. 2007; Scott 2009; McCann and Moen 2011).

Where the objective is to provide snowshoe hare habitat by creating additional early-successional forest con-ditions, management considerations include selecting areas that are capable of, but not currently providing, dense horizontal cover (e.g., stem exclusion structural stage), designing the appropriate size and shape of treatment units, retaining coarse woody debris, and maintaining high stem densities in regenerated forests (Koehler and Brittell 1990, Homyack et al. 2004, Bull et al. 2005, Fuller and Harrison 2005, Ivan 2011a).

Precommercial thinning of young, dense regenerating conifers is generally designed to increase the growth of selected trees by removing competing trees of the same species or shrubs and trees of other species (Plate 4.1; Daniel et al. 1979; Homyack et al. 2005, 2007). Reducing the density of sapling-sized conifers in young re-



**Plate 4.1.** Precommercial thinning, as seen in the stands on the left of the photo, reduces dense horizontal cover and results in lower snowshoe hare density.

generating forests to increase the growth of certain selected trees promotes more homogeneous patches and reduces the amount and density of horizontal cover, which is needed to sustain snowshoe hares (Sullivan and Sullivan 1988, Hodges 2000b, Griffin and Mills 2004, Ausband and Baty 2005, Griffin and Mills 2007, Homyack et al. 2007, Ellsworth 2009). Precommercial thinning has been shown to reduce hare numbers by as much as 2- and 3-fold (Griffin and Mills 2004, 2007; Homyack et al. 2007) due to reduced densities of sapling and shrub stems and decreased availability of browse. Griffin and Mills (2007) reported that, if their results were repre-

sentative, the practice of precommercial thinning could significantly reduce snowshoe hares across the range of lynx.

There are anecdotal examples of precommercially thinned stands that subsequently "filled in" with understory trees. Some have suggested this could be a technique to extend the time that understory trees and low limbs provide the dense horizontal cover that constitutes snowshoe hare habitat. The duration between time of thinning and regrowth to a height providing winter snowshoe hare habitat would likely vary by tree species, each having different regenerative capacities that could be influenced by a variety of local factors (e.g., topographic relief, moisture, and mineral and organic content of the soil; Baumgartner et al. 1984, Koch 1996). Bull et al. (2005) reported that the slash and coarse woody debris remaining after precommercial thinning provided both forage and cover for snowshoe hares up to a year following treatment. However, Homyack et al. (2007) found that snowshoe hare densities were reduced following precommercial thinning for 1–11 years post-thinning. They further suggested that after precommercial thinning, the stands did not regain the structural complexity in the understory that would be needed to support snowshoe hare densities to the level that were present pre-treatment. At this time, no other data are available to quantify the re-establishment of snowshoe hare habitat and over what time period, or the response by snowshoe hares, as compared with sites that were not precommercially thinned, so this remains an unproven management technique. As an alternative to standard precommercial thinning (i.e., complete thinning resulting in a homogeneous patch), Griffin and Mills (2007) suggested retaining at least 20% of the patch in untreated clumps of about ¼ ha (½ ac), which would maintain hare habitat in the short term. However, Lewis et al. (2011) found that landscapes with patches of high-quality habitat surrounded by similar vegetation supported more hares than did more fragmented landscapes composed of high-quality patches in a matrix of poorer-quality habitat. Further long-term studies of modified thinning methods are needed.

Uneven-aged management (single tree and small group selection) practices can be employed in stands where there is a poorly developed understory, but have the potential to produce dense horizontal cover for snowshoe hares. Removal of select large trees can create openings in the canopy that mimic gap dynamics and help to maintain and encourage multi-story attributes within the stand.

If removal of large trees opens the canopy to the extent that the patch functions as an opening, this may discourage use by lynx (Plate 4.2; Koehler 1990*a*, von Kienast 2003, Maletzke 2004, Squires et al. 2010). Removal of larger trees from mature multi-story forest stands to reduce competition and increase tree growth or resistance to forest insects may reduce the horizontal cover (e.g., boughs on snow), thus degrading the quality of winter habitat for lynx (Robinson 2006, Koehler et al. 2008, Squires et al. 2010). Similarly, removing understory trees from mature multi-story forest stands reduces the dense horizontal cover selected by snowshoe hares, and thus reduces winter habitat



**Plate 4.2.** Wildfires and vegetation management techniques such as clearcutting create openings in the forest canopy. Large openings may be avoided by lynx, especially during the winter.

Rvsd Plan - 00004264

for lynx (Koehler et al. 2008, Squires et al. 2010).

Current favorable habitat conditions for snowshoe hare and lynx in Maine resulted from large-scale salvage cutting following a spruce budworm outbreak in the 1970s and 1980s (Hoving et al. 2004). After salvage harvest of the affected trees, a portion of the area was sprayed with herbicide to reduce deciduous competition (Scott 2009). This created favorable habitat conditions for snowshoe hares and lynx. After the passage of the Maine Forest Practices Act of 1989, various forms of partial harvesting have since replaced clearcutting as the predominant form of forest management in northern Maine. Partial harvested stands result in a wide range of residual stand conditions, but many have lower conifer stem densities and higher hardwood density than re-

generating clearcuts (Robinson 2006). On average, partial harvested stands supported about 50% of the hare densities observed in regenerating clearcuts (Robinson 2006).

Fuels treatments commonly are designed to remove understory biomass and reduce stem density in forests that are outside their historical range of variability, and to clear fuels adjacent to human developments for safety or to protect investments (Plate 4.3). These types of projects are becoming more common. In the western United States, projects designed to restore forests to a condition more representative of the historical range of variability are generally targeted to drier, lower-elevation forests affected by fire suppression (Hessburg et al. 2005), which are not lynx habitat. Lynx habitats in higher-elevation spruce-fir forests have been less affected by past fire suppression and are mostly within the historical range of variability (Agee 2000). Fuels treatments may be needed to protect human communities and capital improvements by reducing the intensity and rate of spread of a fire, affording control actions with a higher probability of success and providing safer conditions for fire fighters. By removing or reducing the understory and ladder fuels to meet those objectives, dense horizontal cover important to snowshoe hares is reduced and habitat value is diminished for hares and lynx.

Prescribed burning is a technique used to reduce tree stem density




**Plate 4.3.** Fuels management projects reduce ladder fuels in mature multi-story forests, reduce horizontal cover, and can degrade winter lynx habitat, as shown in these comparison photographs.

and reduce fuels. In the Great Lakes Geographic Area, prescribed burning is used in lynx habitat primarily as a tool to reduce fuels (including from blow-down) and mimic a more natural fire regime in pine forest types (Plate 4.4). In these instances there is a short-term (10–30 years) impact on snowshoe hare habitat. In the western United States, prescribed fire for ecosystem restora-tion is most applicable to the dry pon-derosa pine and Douglas-fir forests that are not lynx habitat. Because spruce-fir forests are generally composed of thin-ner-barked trees that are easily killed even with light fire, this technique is not used frequently in most lynx habitat.

Biomass removal for energy production targets the removal of dead trees, log-ging slash, and small-diameter trees and shrubs. Biomass removal is similar to fuels treatments in reducing cover and habitat for snowshoe hares.

## Wildland fire management

Fire and other natural disturbance pro-cesses historically played an important role in maintaining a mosaic of forest successional stages that provides habitat for both snowshoe hare and lynx (Fox 1978, Bailey et al. 1986, Quinn and Thompson 1987, Koehler and Brittell 1990, Poole et al. 1996, Slough and Mowat 1996). The response of snow-shoe hare and lynx in their use of habi-tat after fires follows a somewhat pre-dictable pattern. For the first few years after a burn, there appears to be a neg-ative correlation between lynx use and the amount of area burned (Fox 1978). This short-term effect is likely a re-sponse to a reduction of snowshoe hare populations, reduced cover, and possi-





**Plate 4.4.** Prescribed fire treatments are designed to decrease fuels, but also have the effect of reducing snowshoe hare habitat in the short term (10–30 years in Minnesota), as shown in these comparison photographs.

bly also to increased competition from coyotes in the now-open habitat (Stephenson 1984, Koehler and Brittell 1990). The mid-term (10–40 years post-fire) effect on vegetation in a burned area is development of small tree and shrub cover sufficient for hare populations to reoccupy the area. The length of time varies depending on tree species, potential vegetation, fire severity, and the presence of re-sprouting broadleaf species. Where broadleaf species are denser, hare re-occupancy occurs more quickly (within 3–12 years). Hare population density again decreases as the conifer tree canopy develops and shades out the understo-ry. Forest gap processes, such as tree blowdown, insect infestations, and outbreaks of disease, follow a sim-ilar pattern (Agee 2000).

Across the range of lynx, vegetation dynamics differ somewhat as a result of the natural fire frequency and intensity. For example, lynx habitat in the northeastern boreal forests had very long fire-return intervals of

Rvsd Plan - 00004266

up to 500 years (Agee 2000). The Great Lakes boreal forests tended to have shorter fire-return intervals of 50–150 years (Heinselman 1996). In much of the Rocky Mountains, the fire regime was more variable in lynx habitat, with both frequent (35–100 years) stand-replacing or mixed-severity fires, and infrequent (200+ years) stand-replacement fires (Hardy et al. 1998). The Cascade Mountains were dominated historically by infrequent (70–150 years) stand-replacing fire regimes (Agee 2000). Disturbance interval and fire severity vary by cover type, with xeric pine types such as lodgepole or jack pine typically experiencing more frequent and more severe fires than mixed-conifer types and spruce/fir.

In the Cascades Geographic Area wildfire has been a significant disturbance influence in lynx habitat. Fires burned more than 50% of suitable lynx habitat in Okanogan County since 1994 (Koehler et al. 2008). In 2006, the Tripod Fire in the Meadows burned 600 km$^2$ (20 mi$^2$) of the most contiguous lynx habitat in Washington.

Gayton (2008) reported that recent mountain pine beetle epidemics in British Columbia were the result of a changing climate that contributed to warmer winters and longer growing seasons. Cohen and Miller (2001) and McKenzie et al. (2004) have suggested climate change could affect the extent of bark beetle outbreaks and extent and fire seasons and total area burned in the west.

Land management agencies began effective fire suppression with the advent of aircraft support approximately 70 years ago. Over time, continued fire suppression altered vegetation mosaics and species composition. In jack pine forests of the Great Lakes region, fire suppression changed stand composition and successional pathways (Agee 2000). In the western United States, a shift to uncharacteristically severe and intense wildfires has occurred recently in lower-elevation forests (Quigley et al. 1996, Morgan et al. 1998). However, fire suppression in areas with a history of infrequent fires, as is typical of cool moist forest types such as spruce-fir forests, has probably not had much impact (Habeck 1985, Agee 1993, Schoennagel et al. 2004, Whitlock 2004). This is true across much of the boreal forest in the western United States.

The current goals for vegetation management on federal lands in the United States are to restore ecosystem health, ecological processes, and forest structure, composition, and function appropriate to the site (e.g., USDA Forest Service 2010). Westerling et al. (2006) suggested fuel management and ecological restoration practices will likely not reverse current wildfire trends; large increases in wildfires in the western United States since 1970 resulted from increased temperatures and earlier spring snowmelt. Particularly in the western United States, ecosystem restoration is primarily focused in the dry and mesic forest types at lower elevations, rather than in lynx habitat, and includes reestablishing frequent, low-intensity fire in those systems. Applying ecosystem restoration across a landscape may reduce the risk of uncharacteristic large, stand-replacing fires occurring in the lower-elevation forest types, and thereby prevent their spread into adjacent lynx habitat.

After large dead trees fall to the ground, they provide cover and may enhance lynx foraging habitat in the short term and potential denning habitat in the longer term, depending on post-disturbance stand conditions. Standing snags also may provide sufficient vertical structure and cover to allow lynx to traverse long distances (>1 km [>0.6 mi]) across burned habitat (Maletzke 2004).

Similar to vegetation management, wildland fire management may either diminish, enhance, or sustain the density and distribution of snowshoe hare prey resources and lynx habitat, depending on the design and implementation of programs and actions.

## Fragmentation of habitat

We use the term "fragmentation" to describe human-caused alterations of natural landscape patterns that reduce the total area of habitat, increase the isolation of habitat patches, and impair the ability of wildlife to effectively move between those patches of habitat. Fragmentation may be permanent, for example by converting forest habitat to residential or agricultural purposes, or temporary, for example by creating an opening but allowing trees and shrubs to regrow. Fragmentation of habitat accentuates the viability risk inherent in a small population and increases its vulnerability to local extirpation. The combination of human-caused and natural disturbances may exacerbate fragmentation effects.

Lynx habitat in the contiguous United States is inherently patchier than in the northern boreal forest with its

extensive forests, gentle topography, and relatively consistent winter snow conditions (Aubry et al. 2000). The pronounced topographic relief in the mountains of the western United States restricts lynx habitat to a relatively narrow elevational band.

A variety of anthropogenic activities can result in increased habitat fragmentation at the home range or broader scale. For example, permanent or temporary removal of forest cover, development of highways and associated infrastructure, and intensive minerals or energy development can fragment lynx habitat.

Within their home ranges, lynx strongly select for habitat patches that enhance their foraging opportunities (Moen et al. 2008, Vashon et al. 2008a, Fuller and Harrison 2010, Squires et al. 2010). Analysis of winter movements of lynx in Maine indicated that lynx responded to habitat heterogeneity at a coarse scale within their home ranges, by maximizing their access to snowshoe hare prey (Fuller and Harrison 2010). In Montana, lynx selected homogeneous spruce-fir patches that supported snowshoe hares and avoided recent clearcuts or other open patches (Squires et al. 2010). Similarly, in Washington, Lewis et al. (2011) reported that landscapes in which hare habitat was more contiguous, or surrounded by a mosaic of similar habitat quality, supported more hares than did more fragmented landscapes.

Both lynx and hares are influenced by the spatial arrangement of preferred habitat. In Maine and northern Washington, landscapes where habitat was more contiguous supported more snowshoe hares than landscapes that were more fragmented (Simons 2009, Lewis et al. 2011). Several studies (Koehler 1990a, Mowat et al. 2000, von Kienast 2003, Maletzke 2004, Squires and Ruggiero 2007, Squires et al. 2010) have reported that lynx avoid large openings, especially during winter. Mowat et al. (2000) suggested that relatively few snowshoe hares use large openings, and consequently lynx spend little time hunting in these areas. Koehler (1990a) speculated that vegetation management prescriptions that result in distance to cover >100 m (328 ft) may change lynx movement and use patterns until such time as sufficient reestablishment of forest vegetation occurs. Opening size can also influence seedling regeneration and stocking densities (Kreyling et al. 2008).

Fragmentation of the naturally patchy pattern of lynx habitat in the contiguous United States can affect lynx by reducing their prey base and increasing the energetic costs of using habitat within their home ranges. Buskirk et al. (2000a) identified direct effects of fragmentation on lynx to include creation of openings that potentially increase access by competing carnivores, increasing the edge between early-successional habitat and other habitats, and changes in the structural complexities and amounts of seral forests within the landscape. At some point, landscape-scale fragmentation can make patches of foraging habitat too small and too distant from each other to be effectively accessed by lynx as part of their home range. Maintaining preferred habitat patches for lynx and hares within a mosaic of young to old stands in patterns that are representative of natural ecological processes and disturbance regimes would be conducive to long-term conservation.

Highways typically follow natural features such as rivers, valleys, and mountain passes that may have high value for lynx in providing habitat or connectivity. Various studies have documented lynx crossings of highways. A male lynx in western Wyoming was documented to have successfully crossed several 2-lane highways during exploratory movements (Squires and Oakleaf 2005). In Colorado, lynx successfully and repeatedly crossed major highways, including I-70 (J.Squires, personal communication 2012; Ivan 2011b, c, 2012). However, in Alberta, Canada, high road densities, human activity, and associated developments appeared to reduce the habitat quality based on decreased occupancy by lynx (Bayne et al. 2008). Apps et al. (2007) found lynx were 13 times less likely to cross the Trans-Canada Highway relative to random expectation, but only 2.2 and 3.1 times less likely to cross Highway 93 and Highway 1A, respectively, compared to random expectation.

Highways pose a risk of direct mortality to lynx and may inhibit lynx movement between previously connected habitats. If lynx avoid crossing highways, this could lead to a loss of effective habitat within a home range and reduced interaction within a local population (Apps et al. 2007). Lynx and other carnivores may avoid using habitat adjacent to highways, or become intimidated by highway traffic when attempting to cross (Gibeau and Heuer 1996, Forman and Alexander 1998). As the standard of road increases from gravel to 2-lane or 4-lane highways, traffic volumes and the degree of impact are expected to increase. Four-lane highways, such as the interstate highway system, commonly have fences on both sides, service roads, parallel railroads or power lines, and impediments like "Jersey barriers" that make successful crossing more difficult, or impossible, for



**Plate 4.5.** Jersey barriers in the medians or along the shoulders of highways and fenced areas adjacent to highways may impede movement of lynx between habitat patches.

wildlife (Plate 4.5). Alexander et al. (2005) suggested traffic volumes between 3,000 and 5,000 vehicles per day may be the threshold above which successful crossings by carnivores are impeded.

Between 2000 and 2011, 27 lynx were reported to have been killed on roads (both paved and unpaved) in Maine (Vashon et al. 2012), 4 in Minnesota (U. S. Fish and Wildlife Service 2012), 1 in Idaho and 1 in Montana (K. Broderdorp, U.S. Fish and Wildlife Service, personal communication 2012). Between 1995 and 2011, 15 lynx were reported killed on British Columbia highways (British Columbia Wildlife Accident Reporting System 2012).

Translocated animals may be more vulnerable to highway mortality than resident lynx (Brocke et al. 1990), because they often move extensively after their release and are unfamiliar with their surroundings. In the Adirondack Mountains of New York, an attempt to reintroduce lynx failed and 18 of 37 mortalities of translocated animals were attributed to road kills (Brocke et al. 1990). Over a 7-year period in Colorado, 13 of 102 translocated lynx were killed on highways (Devineau et al. 2010). Traffic volumes on Colorado highways where the 13 lynx mortalities occurred were estimated to range from about 2,300 to >25,000 vehicles per day (K. Broderdorp, personal communication 2012).

Coordination of management across international, federal, state, county, and private land boundaries is essential to minimize fragmentation. Connectivity to source populations in Canada is considered critical to persistence of populations in most parts of the range in the United States (Federal Register Vol. 68 pp. 40076–40101, Squires et al. 2013).

## Second tier of anthropogenic influences

The following 6 anthropogenic influences are placed in the lower tier, indicating that they are judged to have less impact on lynx and lynx habitat or are the responsibility of agencies other than the federal land management agencies. Regulations that are already in place may have reduced the impacts on lynx, or the nature of the activity confers a lesser impact.

### Incidental trapping

Like most felids, lynx are very vulnerable to trapping and snaring and can be easily overexploited (Mech 1980, Carbyn and Patriquin 1983, Parker et al. 1983, Ward and Krebs 1985, Bailey et al. 1986, Quinn and Thompson 1987, Slough and Mowat 1996). In Canada during a snowshoe hare decline, rates of trapping mortality of lynx were positively related to average pelt value, and appeared to be additive to nontrapping mortality (Brand and Keith 1979).

State wildlife management agencies regulate the trapping of furbearers. Trapping and snaring of lynx is currently prohibited across the contiguous United States. Incidental trapping or snaring of lynx can occur in areas where regulated trapping for other species, such as wolverine, coyote, fox, fisher, marten, bobcat and wolf, overlaps with lynx habitats (Plate 4.6; Mech 1973, Carbyn and Patriquin 1983, Squires and Laurion 2000, U.S. Fish and Wildlife Service unpublished data 2011, U. S. Fish and Wildlife Service 2012, Vashon et al. 2012).

Lynx that were captured in the United States for research projects have subsequently been killed in traps or snares in Canada (Moen 2009, Vashon et al. 2012). In Maine from 2000-2012, 59 lynx were reported captured in traps set for other furbearers (snares were not legal), of which at least 6 were mortalities (Vashon et al. 2012). In Minnesota during the same time period, 22 lynx were reported captured in traps and snares, of which at least 12 were killed (U.S. Fish and Wildlife Service 2012). In Montana, 10 lynx were reported trapped, of which at least 4 died. Two lynx were trapped in Idaho, 1 in 2012 (B. Waterbury, Idaho Department of Fish and Game, personal communication 2013) and 1 in 2013 (M. Lucid, Idaho Department of Fish and Game, personal communication 2013), 1 of which died. Lynx were also incidentally trapped and snared in New Brunswick and Nova Scotia where they are a protected species. These figures reflect the reported captures only.



**Plate 4.6.** Trapping for lynx is not legal in the contiguous United States. However, traps set in lynx habitat that target other furbearing species, such as fishers, coyotes, wolverine, and bobcats, can result in an incidental capture of lynx.

The total number of mortalities due to incidental trapping is unknown. Moen (2009) investigated the proportion of radiocollared animals that were represented in the total number reported to FWS in Minnesota. In comparison to incidental shooting and vehicle collisions, proportionately fewer mortalities of non-collared lynx were reported due to incidental trapping, suggesting that trap-related mortalities may be underreported (Moen 2009).

Although many incidentally trapped lynx were reported to have been released, the physical condition of the released animals and the effect on animal fitness are unknown. Depending on environmental conditions and the types of traps used, a substantial portion of lynx caught in foothold traps may experience injuries and foot freezing (Mowat et al. 1994, Nybakk et al. 1996, Kolbe et al. 2003). Some trap-related injuries (e.g., dislocations, fractures, mild freezing) are difficult to detect in lynx in the field (Mowat et al. 1994). Injuries and mortality rates are greatest to lynx incidentally caught in snares and Conibear traps.

Rvsd Plan - 00004270

Injuries and mortalities related to incidental trapping can be minimized through various techniques. Avoiding areas where lynx are present, avoiding use of suspended flags or sight-attractants near traps, avoiding drag sets and anchoring traps with short chains (Mowat et al. 1994) and multiple swivels, using padded foothold traps or traps with offset jaws (Olsen et al. 1988, Houben et al. 1993, Association of Fish and Wildlife Agencies 2011), employing boxes or other devices to exclude lynx from Conibear traps (U.S. Fish and Wildlife Service 2011), and trapping when temperatures are above -8° C (18° F; Mowat et al. 1994) are recommended. Daily checking of traps can minimize freezing injuries and starvation. Several states including Maine, Minnesota, and Montana have implemented special regulations to reduce the likelihood of incidental capture of lynx in traps set for other furbearers.

State wildlife agencies have effectively used trapper outreach such as training, DVDs, and mailings, as a tool to avoid or minimize incidental take of lynx. Some states also have protocols to quickly respond to lynx in traps (e.g., 24-hour hotline) and have trained personnel ready to evaluate trapped lynx and assist with release or rehabilitation.

No conservation measures to address incidental trapping are included in this document because trapping is regulated by the states.

## Recreation

Trends in recreation. Cordell et al. (2009) compared the results of national recreation surveys conducted during 1982–1983, 1994–1995, 1999–2001, and 2005–2009. In terms of both the number of people and percentage of population, participation in outdoor recreation has continued to grow in the United States. Over the years, walking outdoors has been the most popular activity, with 194 million participants currently. Activities gaining more than 50 million participants between 1982–83 and 2005–09 were viewing or photographing wild birds (an increase of 287%), attending outdoor sports events (an increase of 74%), and day hiking (an increase of 210%). Downhill skiing increased by 4.4% to 14.8 million participants, and snowmobiling increased by 3.5% to 8.7 million participants. Cross-country skiing declined by about 5.8% over the same period. Social trends may have cycles that are influenced by economic conditions, technology changes, population growth, cultural evolution, and other factors, making it difficult to project future trends.

Mechanisms of effects. Our understanding of the effects of outdoor recreation on lynx and their habitat is incomplete. The effects, if any, may depend on the type of activity and the context within which it occurs. Mechanisms through which recreational activities could impact lynx may include loss of habitat, reductions in habitat availability due to disturbance, or changes in competition for snowshoe hare prey.

Habitat loss. Construction or expansion of developed areas such as large ski areas and 4-season resorts, as well as smaller recreational sites like nordic ski huts or campgrounds, may directly remove forest cover. Such removal in lynx habitat could decrease prey availability, affect lynx movement within home ranges, or result in a more fragmented landscape.

Disturbance. Few studies have examined how lynx react to human presence. Some anecdotal information suggests that lynx are quite tolerant of humans, although given differences in individuals and contexts, a variety of behavioral responses to human presence may be expected (Staples 1995, Mowat et al. 2000). Preliminary information from winter recreation studies in Colorado indicates that some recreation uses are compatible, but lynx may avoid some developed ski areas (J. Squires, personal communication 2012).

Some wildlife species have been found to be more sensitive to disturbance when bearing and rearing young than in other times of the year. Olson et al. (2011) reported they approached 8 dens of females; half of the females moved their dens within 4 days, while the other half did not move dens for at least 20 days following disturbance. Olson et al. (2011) noted that lynx dens were located in more remote areas and unlikely to be disturbed by humans. Frequent movement of kittens from natal dens to 1 or more maternal dens is normal behavior exhibited by lynx even in the absence of human disturbance (J. Squires, personal communication 2012).

Changes in competition for snowshoe hare prey. Packed trails created by snowmobiles, cross-country skiers,

snowshoe hares, and other predators might serve as travel routes for potential competitors and predators of lynx, especially coyotes (Plate 4.7; Bider 1962, Ozoga and Harger 1966, Murray and Boutin 1991, Koehler and Aubry 1994, Murray et al. 1995, and Buskirk et al. 2000a). Unique morphological differences between coyotes and lynx would appear to spatially segregate these species by snow conditions (Murray and Boutin 1991, Litvaitis 1992), with coyotes at a disadvantage in deep, soft snow due to their high footload (the ratio of body mass to foot area; Murray et al. 1994). Buskirk et al. (2000a) hypothesized that the natural spatial segregation of lynx and coyotes in winter could break down where human modifications to the environment allow coyotes to access deep snow areas.

The strength of this hypothesis rests on 2 primary assumptions: a) that the presence of compacted snow resulting from certain recreational activities leads to increased coyote use of or access to lynx habitat; and b) that such increased use or access



Gary Koehler

**Plate 4.7.** Snow may be compacted by recreational activities. Continually compacted trails as a result of grooming may provide access into areas with deep snow for other predators such as coyotes.

reduces prey availability to lynx or increases interference interactions. Some studies suggest that coyotes select for snow conditions that are shallower, more supportive, and characterized by low sinking depth (Murray and Boutin 1991, Thibault and Ouellet 2005). Coyote use of more supportive snow may reduce the relatively high energetic cost of travel in and avoidance of deep snow conditions (Crete and Lariviere 2003).

Studies of coyote use of compacted snowmobile trails have yielded variable results. In Montana, Kolbe et al. (2007) snow-tracked coyotes and found that although they did use snowmobile trails, they did not travel closer to these trails than randomly expected. Rather, coyotes adapted to deep snow conditions by selectively using habitats with shallower and more supportive snow (Bunnell et al. 2006, Kolbe et al. 2007), corroborating observations made by others (Murray and Boutin 1991, Crete and Lariviere 2003, Thibault and Ouellet 2005, Burghardt-Dowd 2010). Further, coyotes in the Kolbe et al. (2007) study did not use compacted roads any more than uncompacted roads, suggesting that coyotes may have used roads because they provide a "cleared travel corridor" whether they are compacted or not.

In contrast, the distribution of coyotes in Utah and Wyoming appeared to be influenced by proximity to compacted snowmobile trails in deep, powdery snow areas (Bunnell et al. 2006, Burghardt-Dowd 2010). Bunnell et al. (2006) observed more coyote activity along trails compacted by snowmobiles than those that were not. Burghardt-Dowd (2010) applied methods used by Kolbe et al. (2007) in western Wyoming and similarly found that coyotes selected shallower snow when off compacted trails than randomly expected. However, coyotes in her study area also traveled closer to compacted snowmobile trails than would be expected. The seemingly contradictory results from Kolbe et al. (2007) and Burghardt-Dowd (2010) might be attributable to differences in snow penetrability between the 2 geographic areas. Average snow penetrability measured using the same method was higher in northwestern Wyoming (Burghardt-Dowd 2010) than in Montana (Kolbe et al. 2007), making coyote movement in the absence of artificially compacted snow potentially more energetically costly in Wyoming. Based on these studies, it appears that snow column density and the number of freeze/thaw events in different regions may influence coyote movements and habitat selection (Burghardt-Dowd 2010). That is, snow penetrability in the region may determine whether or not snowmobile trails influence coyote movement patterns in lynx habitats (Bunnell et al. 2006, Kolbe et al. 2007, Burghardt-Dowd 2010).

Rvsd Plan - 00004272

Regarding the second assumption, if snow compaction assists coyote movement during winter, does this result in reduced prey for lynx? Coyotes are found throughout the majority of the boreal forest ecosystem (Bekoff and Gese 2003) including areas inhabited by lynx (O'Donoghue et al. 2001, Kolbe et al. 2007, Burghardt-Dowd 2010). Unlike lynx, coyotes demonstrate strong prey- and habitat-switching abilities (Buskirk 2000). In the Yukon, coyote and lynx winter diets overlapped most during a peak in hare densities and least during periods of low hare densities (O'Donoghue et al. 2001).

In Maine, hares represented 37% of the winter diet of coyotes in a study on the Maine eastern coast (Major and Sherburne 1987), outside of lynx habitat. Litvaitis and Harrison (1989) reported that snowshoe hares composed 39% of the winter diet of coyotes in a western Maine study in lynx habitat. However, there is no indication that lynx were present in this study area at the time of the study, making it difficult to infer whether or not competition between coyotes and lynx might have occurred.

In Montana, coyotes primarily scavenged ungulate carrion, and killed snowshoe hares at only 3 of 88 documented feeding sites (Kolbe et al. 2007). Dowd and Gese (2012) analyzed 470 coyote scats and 24 lynx scats (from 5 individual lynx) in northwestern Wyoming and reported that coyotes scavenged primarily on mule deer or elk (*Cervus elaphus*) carrion in winter; only 3.5% of scats contained remains of snowshoe hares during winter. As expected, lynx preyed mostly on snowshoe hares in winter, with 85% of prey items consisting of snowshoe hares. Thus in both Montana and Wyoming, there was not a significant dietary overlap during winter between these species. In Wyoming, the potential for competition between lynx and coyotes would be most likely to occur during the fall when coyotes appear to increase predation on snowshoe hares (Burghardt-Dowd 2010).

Existing information suggests that some low level of competition for prey could occur naturally between lynx and coyotes. However, this is apt to vary spatially or temporally depending on overall prey availability and composition. Research that could conclusively demonstrate and quantify the effects of competition would be challenging due to numerous confounding factors.

Likely effects of specific winter recreational activities on lynx.

*Ski areas and 4-season resorts*. More than 50 ski areas exist throughout the range of the lynx in the contiguous United States. Most ski areas are located on north-facing slopes, where ample snow conditions provide for extended ski/snowboard recreational seasons. In the western states, many of these landscapes feature spruce-fir forests.

While ski resorts occupy a small proportion of the landscape, spruce-fir forests provide important stable habitat for snowshoe hares and lynx at the southern extent of their range. In winter, alpine and Nordic skiing and snowboarding are the primary uses. Most of these resorts offer year-round recreation, with summer activities typically including hiking and mountain biking.

Ski resort development may fragment the forested landscape (Plate 4.8). One ski run is often separated from the next only by small inter-trail forest is-



**Plate 4.8.** Ski resorts and associated human developments may fragment forest landscapes by removing cover, reducing snowshoe hare abundance, and impeding lynx movement.

lands. Ski runs often are intermixed with other open areas such as open or gladed bowls, rock outcrops, or barren tundra ridges. Ski resorts that are built or expanded in lynx habitat may impact lynx by removing forest cover, reducing the snowshoe hare prey base, and creating or increasing human disturbance in or near linkage areas.

There is limited information on lynx behavior and habitat use in and around ski areas. Lynx have been known to incorporate smaller ski resorts within their home ranges, but may not utilize the large resorts. Preliminary information from an ongoing study in Colorado suggests that some recreation use may be compatible, but lynx may avoid some areas with concentrated recreation use. In some areas, lynx habitat may be limited and concentrated in the ski area development footprint (J. Squires, personal communication 2012).

*Snowmobile warming huts and Nordic ski huts*. Most backcountry ski hut sites are primitive in nature. Some facilities may have utilities, summer road access, and on-site storage for grooming equipment and fuel. Use by snowmobile clubs and the general public is often focused or concentrated around these sites. Many have developed trail systems that loop around the site or provide access to other remote areas.

These facilities are generally located along designated cross-country ski and snowmobile routes. Users compact the snow along the route to and from the huts and in the immediate vicinity. Off-trail travel has the potential to create larger areas of compacted snow. However, as indicated above, this local snow compaction is short term and not likely to change the competitive interactions between lynx and coyotes.

*Developed campgrounds*. Typically these are single-season summer facilities that might provide limited winter use, and generally supply such amenities as water and holding tanks for sewage disposal. Access could be further facilitated through the plowing of roads. When located in lynx habitat, the effects might be similar to those described for Nordic ski huts and snowmobile huts.

## Minerals and energy exploration and development

Leasable minerals. Activities associated with exploration and development of leasable minerals could affect lynx habitat by changing or eliminating the native vegetation and contributing to habitat fragmentation. Development of a high density of wells, as is typical of coal-bed methane development (e.g., 1 well per 2–4 ha [5–10 ac]), could affect lynx by directly removing habitat. The development of associated roads, powerlines, and pipelines to facilitate exploration and development could also result in a loss of lynx habitat and contribute to fragmentation of habitat. In some areas, for example in the Wyoming Range, extensive oil and gas development is occurring within lynx habitat.

Locatable minerals. Only a fraction of the historical number of mines is operating today; those that continue to operate do so with more stringent environmental protection measures. However, in some parts of the United States, minerals exploration and new development appear to be on the rise. Activities associated with exploration and development of locatable minerals could affect lynx habitat by changing or eliminating the native vegetation, and by contributing to habitat fragmentation. Amount of impact can be variable depending on the size of the associated mining operation or development. Locatable minerals are extracted through both open pit and sub-surface mines with potential habitat alteration ranging from tens to thousands of hectares. In some instances, such as larger mining operations, land exchanges are conducted to consolidate private ownership of the surface above a deposit prior to mine development. Depending on lands exchanged this could retain lynx habitat in public ownership, but could still result in a net loss of habitat. Development of road and railroad access to facilitate exploration and development could also directly impact lynx habitat, contribute to fragmentation, facilitate increased competition as a result of snow-compacted routes, and result in direct mortality. Despite these potential impacts, mining exploration and development is generally anticipated to affect only a small portion of lynx habitat in the contiguous United States.

Salable minerals. In general, salable minerals are found close to the surface. During exploration activities, equipment is moved to the site and a number of test pits are dug or holes drilled to determine the quality of material. If desired minerals are found in suitable quantity, then vegetation is removed and materials are excavated.

Rvsd Plan - 00004274

Areas developed for salable minerals can vary in size from a single truck load to tens of acres. Impacts to lynx could include the potential alteration or removal of lynx habitat, increased fragmentation, and the potential for human-caused mortality from road development.

Wind energy. Wind energy development and associated transmission lines in lynx habitat is increasing across the nation. Facilities are located on ridge tops or other areas exposed to consistent wind. The construction of wind facilities including access roads may result in loss of lynx habitat and increased fragmentation from perma-nent forest clearings. Noise and human activity associated with operation of wind facilities would likely continue through the life of the project, which may exceed 20 years.

Utility corridors. Utility corridors contain developments such as overhead or buried powerlines and gas pipe-lines, and often are located within or adjacent to existing road rights-of-way. Utility corridors potentially could have short- or long-term impacts to lynx habitats, depending on location, type, vegetation clearing standards, and frequency of maintenance. Those that are extensively cleared of vegetation and maintained in a low struc-ture condition, likely equate to a permanent habitat loss. When associated with highways and railroads, utility corridors may further widen the right-of-way. Utility corridors may facilitate human access into previously re-mote areas.

## Illegal shooting

Lynx can be mistakenly shot by legal hunters or illegally killed by poachers. The actual magnitude of shooting mortality is unknown. In Canada, incidents were reported by Saunders (1963b), Parker et al. (1983), and Slough and Mowat (1996). In Maine, 5 lynx were reported shot (Vashon et al. 2012). In Minnesota, 1 of 17 radiocol-lared lynx that are known to have died was shot (Moen 2009); a total of 6 lynx were reported shot over about a 10-year period in that state (U.S. Fish and Wildlife Service 2012). Two lynx were reported poached by lion hunters in Montana, and 1 lynx was reported shot in Washington (U.S. Fish and Wildlife Service 2001). In the first 10 years of the reintroduction project in Colorado, Devineau et al. (2010) reported that 14 of 102 (14%) of lynx mortalities were attributable to illegal shooting, with another 5 that were probably shot.

No conservation measures were developed to address illegal shooting. Misidentification errors can be reduced by disseminating information about where lynx occur and providing education to hunters about the characteris-tics that can be used to distinguish lynx from bobcats. This is being done by state wildlife agencies.

## Forest/backcountry roads and trails

This section addresses transportation and distribution systems on public lands. Forest and backcountry roads are typically low-speed (<56kph [<35 mph]), single- or double-lane gravel or paved roads. Extensive (>600 km) backtracking studies found that lynx did not avoid gravel forest roads (Squires et al. 2010). Trails are typically narrow routes with a native surface; there is no information to suggest that trails have negative impacts on lynx.

Construction of roads results in a small reduction of lynx habitat by removing forest cover. In some instances, vegetation along less-traveled roads provides good snowshoe hare habitat, and lynx may use the roadbed for travel and foraging (Koehler and Brittell 1990). Similar to McKelvey et al. (2000d), Squires et al. (2010) conclud-ed that forest roads with low vehicular or snowmobile traffic had little effect on lynx seasonal resource-selection patterns in Montana. In Maine, Fuller et al. (2007) documented lynx traveling on roads (unplowed dur-ing winter), but determined that roads and their associated edges were selected against within home ranges. Lynx may have exhibited negative selection for road edges because these areas were associated with the lowest density of conifer saplings and hare abundance compared to all other stand types.

Squires et al. (2008) reported that lynx denned farther from all roads compared to random expectation. Lynx occupy dens in early May when many forest roads are still impassable by wheeled vehicles due to persistent snowdrifts and wet, muddy roads; snowmobiles no longer used the roads because of intermittent and unpre-dictable availability of sufficient snow (Squires et al. 2008). They concluded that lynx did not avoid the subset of roads that were open to wheeled vehicle travel. Rather, the observed avoidance of roads was more a function of the correlation of roads and landscape pattern; fewer roads were located in denning habitat and higher road density occurred along forest edges and in managed stands, which lynx avoided (Squires et al. 2010).

In Minnesota, Moen et al. (2010*b*) found that lynx selected for roads during long-distance movements. Roads may not have been essential to these movements, but lynx appeared to benefit energetically from the use of these linear features.

There have been no documented mortalities on low-use forest roads in Washington; however, several have occurred in Maine and Minnesota. The private forest roads in Maine have a higher traffic volume and faster speeds than many national forest road systems in lynx habitat. Twelve of 27 lynx mortalities on roads in Maine between 2000 and 2011 occurred on forest roads (Vashon et al. 2012). In Minnesota, between 2000 and 2011, 2 lynx were killed on backcountry railroads, and 2 on unpaved forest roads (U.S. Fish and Wildlife Service 2012). Backcountry roads also provide human access into lynx habitat where incidental trapping or illegal shooting can occur.

## Grazing by domestic livestock

Grazing by domestic sheep, goats and cattle is common in the western United States. There is little scientific information available about dietary overlap with, or competition between, livestock and snowshoe hares, or the response of snowshoe hares to livestock grazing. If there were significant forage competition, this could have an indirect impact on lynx by reducing its prey base.

As discussed in Chapter 2, the summer diet of snowshoe hares is dominated by herbaceous food including forbs, grasses, and leaves of shrubs. The winter diet is restricted to woody browse, including smaller-diameter twigs, branches, small stems and evergreen needles of shrubs and trees (Adams 1959, Wolff 1978, Koehler 1990a, Hodges 2000*a*). The habitats used by snowshoe hare that are most likely to be affected by livestock grazing are riparian willow and aspen communities.

High-elevation riparian areas dominated by willows have been shown to provide important summer and fall habitat for lynx in Colorado (Shenk 2008). In Wyoming, Berg and Gese (2012) found hare use during the summer of small patches of forest surrounded by non-forest vegetation containing willow. Overbrowsing by domestic livestock or wild ungulates that altered the structure or composition of the native plant community, particularly by impacting willows, could negatively affect snowshoe hare habitat.

Overall, grazing or browsing by domestic livestock on federal lands is unlikely to reduce the snowshoe hare prey base or have a substantial effect on lynx. Grazing/browsing could have some localized effects on high-elevation willow communities or aspen stands if not managed appropriately.

Rvsd Plan - 00004276

## Chapter 5– CONSERVATION STRATEGY

### Approach to development of conservation measures

The following conservation measures are intended to apply to lynx habitat on federal lands. The assessment contained in the previous chapters addressed all aspects of lynx ecology and comprehensively considered potential lynx responses to various anthropogenic influences, in order to provide a full context for federal management actions. The conservation measures in this chapter are focused on those programs and activities under the jurisdiction of the federal agencies.

In all geographic areas, some lynx habitat falls within state and private lands. In the Northeast Geographic Area, lynx habitat in Maine occurs almost entirely on privately-owned industrial forest lands. Guidelines have been developed for use by private landowners who may wish to manage their lands in a manner that benefits lynx. Various examples are available; the Maine guidelines are available at: http://www.fws.gov/mainefieldoffice/PDFs/Canada% 20lynx%20habitat%20management%20guidelines%20for%20Maine%209.13.07.pdf.

We used current knowledge about lynx, their primary prey (snowshoe hares) and basic principles for maintaining or restoring native ecological processes and patterns to develop the conservation measures. The information and the standards and guidelines contained in the 2000 edition of the LCAS were reviewed in light of new information on lynx and snowshoe hares, with emphasis on peer-reviewed published information. An important change from the 2000 edition of the LCAS is that separate objectives and conservation measures were developed for core areas and secondary/peripheral areas (as identified in the recovery outline, U.S. Fish and Wildlife Service 2005), rather than applying the same guidance throughout mapped lynx habitat. The intent is to assist managers in prioritizing conservation efforts.

We identified conservation measures that address those anthropogenic influences identified and described in Chapter 4 that are within the authority and jurisdiction of federal agencies. This set of conservation recommendations may not cover all possible actions, in all locations across the broad range of the lynx. The measures may not be applicable in all settings. The unique circumstances of individual projects or settings will be considered during project analysis and design. If a particular project would result in different effects on lynx than would be expected in a more typical setting, then the measures can and should be adjusted as needed to achieve the desired objectives for lynx conservation.

### Lynx Analysis Units

Lynx Analysis Units (LAUs) are intended to facilitate analysis and monitoring of the effects of management actions on lynx habitat. LAU boundaries are not to be adjusted for individual projects, but must remain constant to be effective for their intended purposes of planning and monitoring.

LAUs are a tool to guide management that will support a reproductive population of lynx in core areas. It is not necessary to delineate LAUs in secondary/peripheral areas.

LAUs do not depict actual lynx home ranges, but should approximate the size of a female's home range and contain year-round habitat components. Females have smaller home ranges than males and are more restricted in

their movements during the period of kitten dependency. Maintaining good quality and distribution of denning and foraging resources within a LAU will help to assure survival and reproduction by adult females, which is critical to sustain the overall lynx population.

Certain conservation measures are applied across a LAU to encourage well-distributed lynx habitat throughout the landscape. In some cases, project impacts will need to be assessed across 2 or more LAUs to fully address direct, indirect, and cumulative impacts of particular actions. Naturally-occurring events such as lightning-ignited stand-replacing wildfires may create change across many adjoining LAUs.

Lynx habitat mapping and the delineation of LAUs should be completed using criteria specific to each geographic area. Primary vegetation will include those forest types necessary to support lynx survival and reproduction. Because lynx are highly mobile, it is recognized that other vegetation types when intermixed with the primary vegetation may also be used by lynx. However, these are only considered to contribute to lynx habitat where they are associated with the primary vegetation in that geographic area.

As stated above, the size of the LAU reflects female lynx home range size in the geographic unit. A sufficient amount of lynx habitat must be present within the LAU to support a female lynx. For example, in the western United States, it appears that at least 26 km$^2$ (10 mi$^2$) of primary vegetation (e.g., spruce/fir) must be present.

The arrangement of habitat within the LAU should take into consideration the daily movement distances of resident females. When delineating LAUs, small patches of primary vegetation located beyond daily movement distances could be discarded or incorporated into a neighboring LAU. Since the LAU represents a hypothetical female home range, and is the basis for analysis, it can be larger and contain more lynx habitat than an actual home range.

Lynx habitat was identified using criteria described in the 2000 LCAS. In some areas, better information on identifying lynx habitat is currently available. Where new vegetation databases will improve identification of lynx habitat, we encourage updating maps. Where information in new maps suggests LAUs need adjusting, coordinate changes with FWS.

### Core areas and secondary/peripheral areas

The recovery outline (U.S. Fish and Wildlife Service 2005) stratified lynx habitat into 3 categories: core, secondary, and peripheral areas (Fig. 3.1). The Southern Rockies was identified as a "provisional" core area because of the uncertain status of the reintroduced population. Here we have treated core and provisional core areas the same, and use only the term core area.

Core areas are places where long-term persistence of lynx and recent evidence of reproduction have been documented. Based on historical lynx occurrence information (McKelvey et al. 2000b), recent research (e.g., Hoving 2001, Squires et al. 2003, von Kienast 2003, Maletzke 2004, Fuller et al. 2007, Burdett 2008, Koehler et al. 2008, Vashon et al. 2008a, Devineau et al. 2010, and Squires et al. 2010), results from the National Lynx Survey (K. McKelvey, unpublished data), and snow tracking surveys (Plate 5.1), evidence of persistence and reproduction of lynx in the core areas has been confirmed. Delineation of core areas may be refined in the future if supported by new information.

The contribution of lynx occurring outside of core areas to population dynamics and persistence within core areas is unclear. It has been suggested that secondary and peripheral areas might contribute to lynx persistence by sup-

Rvsd Plan - 00004278



**Plate 5.1.** Lynx tracks in the snow are readily detected when lynx are present in an area. Putative bobcat and lynx tracks on the left photo show how lynx can more easily travel across soft snow. Back-tracking can be used to locate hair or scat samples for DNA analysis.

porting successful dispersal or exploratory movements. Lynx habitat in secondary/peripheral areas appears to be inherently more patchy and less productive than in core areas.

Historical information suggests that lynx were much less likely to occupy these areas over time, and many records appear to have a time lag following cyclic irruptions of lynx populations in Canada. We do not anticipate that secondary/peripheral areas will support home ranges and reproduction over time. We speculate that the amount and quality of habitat required to support an independent adult or subadult disperser is less than is necessary to support reproduction and sustain a local population. During an incursion of lynx from the north, it is possible that some individuals could survive in secondary/peripheral areas for a time and later colonize vacant habitat in a core area. In this way, these areas could be important in maintaining or enhancing genetic diversity.

Conservation measures for core areas and for secondary/peripheral areas are presented separately below.

## Relationship of the LCAS to land management plans

Management direction to conserve lynx and lynx habitat has been adopted into land management plans by federal agencies across most of the range of lynx in the contiguous United States. This direction was developed in accordance with the National Forest Management Act (NFMA) of 1976 and the Federal Land Policy and Management Act (FLPMA) of 1976, which require public review and comment as part of the decision-making process.

In accordance with the NFMA, projects must be consistent with the management direction contained in the forest plan. The NFMA regulations (36 CFR 219.22) require the responsible official to consider the best available science in plans.

The conservation measures in the LCAS provide updated information that will complement and be useful in implementing land management plans, and may serve to inform future updates or refinements of existing plans.

## Relationship to designated critical habitat

In the Remanded Rule, the FWS described lynx habitat as boreal forest where there are cold winters with deep snow (Federal Register Vol. 68 pp. 40076–40101). Lynx habitat has been further characterized in Chapter 2 as boreal forest with gentle rolling topography, dense horizontal cover, deep snow, and moderate to high (>0.5 hares/ha [0.2 hares/ac]) snowshoe hare densities.

In 2009, the FWS designated critical habitat for lynx (Federal Register Vol. 74 No. 36 pp. 8616–8701). In the 2009 rule, the primary constituent element of lynx habitat was defined as boreal forest landscapes supporting a mosaic of differing successional forest stages and containing:

- Presence of snowshoe hares and their preferred habitat conditions, which include dense understories of young trees, shrubs or overhanging boughs that protrude above the snow, and mature multi-story stands with conifer boughs touching the snow surface;
- Winter snow conditions that are generally deep and fluffy for extended periods of time;
- Sites for denning that have abundant coarse woody debris, such as downed trees and root wads; and
- Matrix habitat (e.g., hardwood forest, dry forest, non-forest) that occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through such habitat while accessing patches of boreal forest within a home range.

LAUs contain a mix of lynx habitat as well as the matrix as defined in the 2009 rule designating lynx critical habitat. Since the matrix provides limited snowshoe hare resources or other life requisites for lynx, no conservation measures were developed that specifically address management of matrix, except as related to maintaining connectivity.

## Core areas: conservation measures

Refer to the recovery outline (Fig. 3.1; U.S. Fish and Wildlife Service 2005) for the locations of identified core areas. We note that core areas may be refined in the future to reflect more recent information on lynx distribution and habitat use. As core area delineations and lynx habitat maps continue to be refined, we expect that the areas to which conservation measures are applied will change accordingly.

---

**Conservation measure applicable to core areas:**
- Delineate LAUs within the core areas. Using the best available mapping tools, assess the abundance and juxtaposition of lynx habitat, and ensure that adequate amounts of lynx habitat are present within each LAU. If not, redelineate the LAU in coordination with FWS to encompass additional lynx habitat, eliminate the LAU, or combine LAUs as appropriate.

---

Rvsd Plan - 00004280

*First tier of anthropogenic influences in core areas*

### Vegetation management

Winter is the most constraining season for lynx and snowshoe hares. Dense horizontal cover of conifers above the snow level is critical to support snowshoe hares in winter. Vegetation management should be designed to provide for winter snowshoe hare habitat as forest stands develop successionally over time.

Fires, insect epidemics, and some types of timber harvest cause the boreal forest to revert to early stand initiation structural stage, which is a temporary condition that does not provide dense cover and food for snowshoe hares, nor does it provide foraging habitat for lynx. Over time, (20–30 years or so depending upon the site) trees will grow tall enough and dense enough to once again provide food and cover for snowshoe hares in winter.

In some areas in the southern part of their range, lynx populations appear to be limited by the availability of snowshoe hares, as suggested by large home range sizes, high kitten mortality, and greater reliance on alternate prey, further highlighting the importance of the following conservation measures. Ruggiero et al. (2000*b*) recommended maintaining some minimum density of snowshoe hares across a broad landscape, e.g., >0.5 hare/ha (>0.2 hares/ac), to support a self-sustaining population of lynx.

> **Conservation measures for vegetation management (cont. on next page):**
> - Provide a mosaic that includes dense early-successional coniferous and mixed-coniferous-deciduous stands, along with a component of mature multi-story coniferous stands to produce the desired snowshoe hare density within each LAU (Plate 5.2).



**Plate 5.2.** Lynx habitat in a landscape providing a variety of forest structures, including mature forests and mid- and early-successional forests, interspersed with openings.

**Conservation measures for vegetation management (cont.):**

- Use fire and mechanical vegetation treatments as tools to maintain a mosaic of lynx habitat, in varying successional stages, distributed across the LAU in a landscape pattern that is consistent with historical disturbance processes.
- Design vegetation management to develop and retain dense horizontal cover. Focus treatments in areas that have the potential to improve snowshoe hare habitat by developing dense horizontal cover in areas where it is presently lacking. In areas of young, dense conifers resulting from fire, timber harvest or other disturbance, do not reduce stem density through thinning until the stand no longer provides low, live limbs within the reach of hares during winter (e.g., self-pruning processes in the stem exclusion structural stage have eliminated snowshoe hare cover and forage availability during winter conditions with average snowpack). If studies are completed that demonstrate that thinning can be used to extend the duration of time that snowshoe hare habitat is available (e.g., by maintaining low limbs), then earlier thinning could be considered.
- Retain mature multi-story conifer stands that have the capability to provide dense horizontal cover (Plate 5.3). If portions of these stands currently lack dense horizontal cover, focus vegetation management practices (such as group selection harvest) in those areas to increase understory density and improve snowshoe hare habitat.
- To maintain the amount and distribution of lynx foraging habitat over time, manage so that no more than 30% of the lynx habitat in an LAU is in an early stand initiation structural stage or has been silviculturally treated to remove horizontal cover (i.e., does not provide winter snowshoe hare habitat). Emphasize sustaining snowshoe hare habitat in an LAU. If more than 30% of the lynx habitat in an LAU is in early stand initiation structural stage or has been silviculturally treated to remove horizontal cover (e.g., clearcuts, seed tree harvest, precommercial thinning, or understory removal), no further increase as a result of vegetation management projects should occur on federal lands.
- Recognizing that natural disturbances and forest management of private lands also will occur, management-induced change of lynx habitat on federal lands that creates the early stand initiation structural stage or silviculturally treated to remove horizontal cover should not exceed 15% of lynx habitat on federal lands within a LAU over a 10-year period.
- Conduct a landscape evaluation to identify needs or opportunities for adaptation to climate change. Consider potential changes in forest vegetation that could occur as a result of climate change (e.g., Gärtner et al. 2008). Identify reference conditions relative to the landscape's ecological setting and the range of future climate scenarios. For example, the historical range of variability could be derived from landscape reconstructions (e.g., Hessburg et al. 1999, Blackwell et al. 2003, Gray and Daniels 2006).
- Design harvest units to mimic the pattern and scale of natural disturbances and retain natural connectivity across the landscape.
- In aspen stands, maintain native plant species diversity including conifers.
- Recruit a high density of stems, generally greater than 4,600/ha (1,862/ac), of conifers, hardwoods, and shrubs, including species that are preferred by hares.
- Provide for continuing availability of lynx foraging habitat in proximity to denning habitat.
- When designing fuels reduction projects, where possible retain patches of untreated areas of dense horizontal cover within treated areas.

Rvsd Plan - 00004282

*First tier of anthropogenic influences in core areas*



**Plate 5.3.** In the western United States, mature multi-story stands provide dense horizontal cover producing stable snowshoe hare densities, especially during winter.

### Wildland fire management

Vegetation disturbances have historically and currently been important in maintaining habitat for snowshoe hares and lynx. For several years (10 to 40 depending on site productivity) following stand-replacing disturbances, snowshoe hare and lynx habitat is lost.

Historically, natural processes played a dominant role in maintaining a mosaic of forest successional stages in lynx habitat. Boreal forests historically experienced large (thousands of acres), infrequent (100 to 300 years), stand-replacing fires. Current forest conditions generally fall within the historical range of variation. In areas with a mixed-severity fire regime, moderate- to low-intensity fires also occurred in the intervals between stand-replacing events. Refer to the geographic area descriptions for more detailed information regarding historical fire regimes, the resulting landscape patterns, and the interaction of fire with other agents of natural disturbance.

In drier forests adjacent to boreal forest, fire suppression may have resulted in unnaturally dense fuels. Restoration of these communities may be desirable to reduce the risk of spreading uncharacteristically frequent or severe fires into lynx habitat.

*First tier of anthropogenic influences in core areas*

**Conservation measures for wildland fire management:**
- Maintain fire as an ecological process in lynx habitat, where small populations are not at risk of extirpation due to habitat loss. Evaluate whether fire suppression, forest type conversions, and other management practices have altered fire regimes and the functioning of ecosystems.
- Consider the use of mechanical pre-treatment and management ignitions if needed to restore fire as an ecological process or to maintain specific lynx and/or prey species habitat components.
- As federal fire management plans are developed or revised, integrate lynx habitat management objectives into the plans. Prepare plans for areas that are large enough to encompass large historical fire events. Collaborate across management boundaries to develop approaches that are complementary and that simulate natural disturbance patterns where possible.
- Design burn prescriptions to promote response by shrub and tree species that are favored by snowshoe hare.

### *Fragmentation of habitat*

Within core areas, the amount and arrangement of lynx habitat must be sufficient so that lynx can easily access all parts of their home range and travel between home ranges to find mates. Human-caused alterations of natural landscape patterns that would result in an uncharacteristic reduction of lynx habitat and impaired ability of lynx to effectively utilize those patches of habitat is what is meant by habitat fragmentation. Habitat fragmentation increases the resistance to movement between habitat patches, either within home ranges or during dispersal (Squires et al. 2013).

A mosaic of forest vegetation is desirable. Human developments in lynx habitat, such as highways, utility corridors, residences, and recreation developments, may impede lynx movements but are not likely to be barriers to movement.

It is critical to maintain connectivity of habitat with Canada for those core areas that are adjacent to the international border.

**Conservation measures to minimize habitat fragmentation:**
- Emphasize land uses that promote or retain conservation of contiguous blocks of lynx habitat.
- Maintain a mosaic of vegetation and features such as riparian areas, forest stringers, unburned inclusions or forested ridges to provide habitat connectivity within and between LAUs.
- Identify linkage areas where needed to maintain connectivity of lynx populations and habitat. Factors such as topographic and vegetation features and local knowledge of lynx movement patterns should be considered. Retain lynx habitat and linkage areas in public ownership and acquire land to secure linkage areas where needed and possible. On private lands in proximity to federal lands, agencies should strive to work with landowners to develop conservation easements, explore potential for land exchanges or acquisitions, or identify other opportunities to maintain or facilitate lynx movement.
- Minimize large-scale developments that would substantially increase habitat fragmentation, reduce snowshoe hare populations, or introduce new sources of mortality.
- Give special attention to the design of highway improvements such as new road alignments, adding traffic lanes, installing Jersey or Texas barriers, or other modifications that increase highway capacity or speed. Upgrading unpaved roads should be avoided in lynx habitat, if the result would be increased traffic speeds and volumes or a substantial increase in associated human activity or development. Crossing structures or other techniques could be used to minimize or offset impacts (Plate 5.4).

Rvsd Plan - 00004284

*First tier of anthropogenic influences in core areas*



Shane Stack

**Plate 5.4.** Highway development and upgrades to increase vehicle speeds can be planned to allow for movement of wildlife, including lynx.

*Second tier of anthropogenic influences in core areas*

### Recreation management

There is little empirical information regarding the responses by lynx to recreational activities. Ongoing studies in Colorado are investigating the effects of snowmobiling, backcountry skiing, downhill skiing, and other winter recreation on lynx. Preliminary information suggests that some recreation use may be compatible, but lynx may avoid some areas that have concentrated recreation use (J. Squires personal communication 2012).

Three studies investigated whether compacted snow trails may increase competition for food resources (Bunnell et al. 2006, Kolbe et al. 2007, Burghardt-Dowd 2010). Studies of coyote use of roads having a compacted vs. uncompacted snow surface showed no difference in Montana; however, in Wyoming, coyotes used roads with compacted snow more than random expectation. Whether roads that have a compacted snow surface might facilitate use by coyotes appears to vary depending on snow conditions. The degree of dietary overlap between these 2 species also varies across geographic areas, but appears to be limited within lynx habitat.

**Conservation measures for recreation management:**
- Manage winter recreation activities within LAUs such that lynx habitat connectivity is maintained or improved where needed.
- To minimize habitat loss, concentrate recreational activities within existing developed and high winter-use areas, rather than developing new sites and facilities in lynx habitat. On federal lands in areas with low levels of recreation currently, consider limiting the future development or expansion of developed winter recreation sites or concentrated winter use areas.
- Direct recreational activities and facilities away from identified linkage areas.
- Consider not expanding designated over-the-snow routes or designated play areas in lynx habitat, unless the designation serves to consolidate use.

### *Second tier of anthropogenic influences in core areas*

#### *Minerals and energy exploration and development*
Manage human activities related to mineral and energy exploration and development, including transmission corridors, to minimize the loss and fragmentation of lynx habitat.

**Conservation measures for minerals and energy development:**
- To minimize loss of lynx habitat resulting from minerals and energy development, locate facilities and roads outside of lynx habitat and linkage areas where possible. Minimize the footprint of developments within lynx habitat.
- Use existing roads and utility corridors to the fullest extent possible for all activities involving exploration and development.
- If upgrading existing access roads, design the roads to the minimum standard needed.
- To the extent possible, restrict public access on roads that were built or used for mineral and energy exploration and development in lynx habitat.
- Encourage remote monitoring to reduce need for and frequency of site visits in lynx habitat.
- Develop reclamation plans for abandoned mine lands to fully rehabilitate and restore as nearly as possible to original contours and native vegetation as habitat for lynx.

#### *Forest/backcountry roads and trails*
Forest and backcountry roads and trails are typically low-speed (<72 kph [<45 mph]) single or 2-lane gravel or paved roads that occur on public lands. As described in Chapter 4, lynx in Maine selected against roads and their associated edges within lynx home ranges. In Minnesota, lynx selected for roads during long-distance movements. In Montana, forest roads with low vehicular or snowmobile traffic had little effect on lynx resource selection patterns. McKelvey et al. (2000*d*) reanalyzed information from the lynx studies in Okanogan County (Koehler and Brittell 1990, Koehler 1990*a*) and concluded that road density within lynx home ranges did not affect habitat selection.

There have been no documented mortalities of lynx due to vehicular collisions on forest roads in Washington or Montana, but several have been reported in Maine and Minnesota. Forest roads in Maine and Minnesota often have higher traffic volume and speed limits than are typical in the western United States. Site-specific conditions will need to be assessed to determine the potential for impacts.

**Conservation measure for forest/backcountry roads and trails:**
- Avoid forest/backcountry road reconstruction or upgrades that substantially increase traffic volume and speed. If traffic volume and speed are of concern, incorporate appropriate mitigation such as traffic calming measures in the project design.

#### *Livestock grazing*
High-elevation riparian areas dominated by willows provide important summer and fall habitat for lynx (Shenk 2006, 2008). There is potential for overlap with areas that are also utilized by domestic livestock. Manage livestock grazing in a manner that makes competitive interactions unlikely.

**Conservation measure for livestock grazing:**
- Manage livestock grazing within riparian areas and willow carrs in lynx habitat to maintain conditions that support snowshoe hares by maintaining a preponderance of mid or late-seral stages.

Rvsd Plan - 00004286

## Secondary/peripheral areas: conservation measures

It is not necessary to delineate LAUs in secondary/peripheral areas. The conservation measures are intended to provide a greater degree of flexibility for management activities in secondary/peripheral areas as compared with the core areas. The focus of management is on providing a mosaic of forest structure to support snowshoe hare prey resources for individual lynx that infrequently may move through or reside temporarily in the area. Landscape connectivity should be maintained to allow for lynx movement and dispersal.

### *Vegetation management*

**Conservation measures for vegetation management:**

- Provide a mosaic of forest structure that includes dense early-successional coniferous and mixed-coniferous-deciduous stands, along with a component of mature multi-story conifer stands. Flexibility in the amounts and arrangement of various successional stages is acceptable, provided that a mosaic can be sustained. Vegetation treatments should be designed with consideration of historical landscape patterns and disturbance processes.
- Design timber harvest, planting, and thinning to include some representation of young densely-stocked regenerating stands in the mosaic for snowshoe hare production areas.

# Chapter 6—INVENTORY, MONITORING, AND RESEARCH

Ruggiero et al. (2000a) identified many areas of uncertainty and information gaps relevant to the conservation of lynx. Since 2000, a substantial number of studies on lynx and snowshoe hares and their habitats have been conducted in Maine, Minnesota, Montana, Washington, Wyoming, and Colorado. There are numerous peer-reviewed published papers reporting results from those studies. Nevertheless there are still gaps in our information on lynx, snowshoe hares, and their habitats. The following section identifies the topics to be of the most importance for future inventory, monitoring, and research efforts.

## Inventory

The National Lynx Survey was conducted in 1999–2003. The survey protocol sampled lynx habitat using lynx rub pads to collect hair for DNA to be analyzed to confirm species identification (McKelvey et al. 1999, Kendall and McKelvey 2008). Squires et al. (2004) developed a snow tracking protocol for follow-up or additional surveying of areas of potential lynx occupancy. McKelvey et al. (2006) described methods to backtrack putative tracks to collect samples (hair, feces) for DNA analysis and positive species identification. Squires et al. (2012) further refined snow tracking survey methods to determine the presence or absence of lynx in an area of interest. Long et al. (2007) used scat detection dogs to search for rare or low density forest carnivore species and found dogs can be an effective method to locate scats of target species, while ignoring non-target species.

Through the National Lynx Survey, positive identification of lynx occurrence was made in Idaho, Maine, Minnesota, Colorado, Wyoming, Montana, and Washington. Some follow-up snow tracking surveys were also completed to better understand lynx distribution. Following completion of the National Lynx Survey, many additional surveys have been conducted in identified lynx habitat in various locations across the contiguous United States.

Beginning in 2000, lynx habitat was identified using criteria identified in the LCAS. Some of these early efforts misclassified areas, either mapping areas that do not provide habitat for lynx as lynx habitat, or failing to identify areas that actually provide habitat for lynx. Significant efforts have been made throughout the range of lynx in the contiguous United States to field verify and update lynx habitat maps. Validation of lynx habitat within core areas will continue to be a priority to assure that conservation measures are applied effectively.

Surveys for detection of lynx in secondary/peripheral areas are a low priority. Compared to core areas, secondary/peripheral areas are defined as having fewer and more sporadic records of lynx occurrence and the quality and quantity of habitat to support populations of snowshoe hare and lynx is questionable (U.S. Fish and Wildlife Service 2005), making surveys a low priority. The exception would be in secondary/peripheral areas where lynx are reported to be present, such in New Hampshire and Vermont; verifying occurrence and determining the status of lynx in such locations would be a high priority.

## Monitoring

The objectives of a long-term monitoring program ideally would include:
1. Detecting changes in lynx population distribution, adult female survival, mortality factors, and population productivity;
2. Snowshoe hare abundance and population trend, including changes in hare abundance in response to different types of vegetation management and landscape patterns in boreal forests; and

Rvsd Plan - 00004288

3.  The effects of climate change on lynx and their habitat, addressing important aspects of lynx habitat such as the depth, density, and duration (annual) of snow cover, and changes in snowshoe hare population density and distribution.

National monitoring design and sampling protocols that are adaptable to regional differences should be established that will enable a cost-effective program to be implemented and coordinated with multiple agencies and partners.

## Research needs

Considerable knowledge about lynx has been gained since the original LCAS was completed in 2000. Nevertheless, many unanswered questions remain regarding conservation of lynx and the effects of management actions, thresholds of human activity (including recreation and access) on lynx use of habitat, and effects of climate change on lynx and lynx habitat in the contiguous United States. We have listed what are considered the highest priority topics for research. These are not listed in priority order.

1.  The effects of climate change on lynx, lynx habitat, snowshoe hares, and boreal forests in the contiguous United States are unclear. How will the depth, density, and duration (annual) of snow cover vary? Will changes in snow depth and density change influence predator, prey, and competitor relationships for lynx? If climate change results in changes in snow duration, how will pelage changes for snowshoe hare affect their survival? How will climate change affect forest composition, especially the expected decline of spruce and fir in the Northeast? Will fires become more frequent, larger? How will insect outbreaks be altered by climate change and how will this affect fire size and frequency?
2.  Current techniques to document presence and distribution of lynx (snow tracking, hair snaring, scat detection dogs) have been developed and tested, but are not proven to estimate population size or trend, or may not work consistently throughout the lynx range.
3.  What are the effects of vegetation management activities on lynx population distribution and density? What are the desired amounts and arrangement of habitat within an adult female home range to support reproductive success and recruitment of kittens into the population? How does fragmentation of habitat affect female lynx productivity and home range size? Were key assumptions in the original LCAS (e.g., no more than 30% of a female home range can be in an unsuitable condition) reasonable?
4.  What if anything limits the dispersal of lynx? To what extent are lynx moving between Canada and the United States on a yearly basis? What management actions are needed to maintain connectivity across the international border?
5.  Expand research to investigate the effects of silvicultural practices on snowshoe hare. Can current partial harvesting practices (such as in Maine) be modified to promote the high stem densities of sapling conifers required to support high snowshoe hare densities?
6.  Evaluate the extent to which winter recreational activities and developments, such as skiing and snow-mobiling, influence lynx behavior and habitat use. Are there thresholds of human activity in lynx habitat that result in displacement of lynx, loss of prey resources, or increased competition from other carnivores?
7.  What role, if any, do secondary and peripheral areas as identified in the recovery outline play in the long-term persistence of lynx and in maintaining occupancy of core areas?

# Literature cited

Abele, S. L. 2004. Premature thinning, where do the hares go? Responses of snowshoe hares to pre-commercial forest thinning. Thesis, University of Idaho, Moscow, USA.

Adams, A. W. 1963. The lynx explosion. North Dakota Outdoors 26:20–24.

Adams, L. 1959. An analysis of a population of snowshoe hares in northwestern Montana. Ecological Monographs. 29:141–170.

Agee, J. K. 1993. Fire ecology of Pacific Northwest forests. Island Press, Washington, D.C.

Agee, J. K. 2000. Disturbance ecology of North American boreal forests and associated northern mixed/subalpine forests. Pages 39–82 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Akcakaya, H. R. 1992. Population cycles of mammals: evidence for a ratio-dependent predation hypothesis. Ecological Monographs 62:119–142.

Alexander, S. M., N. M. Waters, and P. C. Paquet. 2005. Traffic volume and highway permeability for a mammalian community in the Canadian Rocky Mountains. Canadian Geographer/ Le Géographe Canadien 49:321–331.

Alvo, R. 1998. National status evaluation of 20 selected animal species inhabiting Canada's forests. Final Report to the Canadian Pulp and Paper Association, the Biodiversity Convention Office and the Canadian Forest Service. 330 pp.

Anderson, D. R. and S. Erlinge. 1977. Influence of predation on rodent populations. Oikos 29:591–597.

Apps, C. D. 2000. Space-use, diet, demographics, and topographic associations of lynx in the southern Canadian Rocky Mountains: a study. Pages 351–371 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Apps, C. D. 2007. Ecology and conservation of Canada lynx in the southern Canadian Rocky Mountains. Dissertation, University of Calgary, Alberta, Canada.

Apps, C. D., J. L. Weaver, P. C. Paquet, B. Bateman, and B. N. McLellan. 2007. Carnivores in the southern Canadian Rockies: core areas and connectivity across the Crowsnest Highway. Wildlife Conservation Society Canada Conservation Report No 3. Toronto, Ontario, Canada. http://www.wcscanada.org/LinkClick.aspx?fileticket=bLGCycLWSCY%3d&tabid=2561 Accessed August 2013.

Armstrong, D. M. 1972. Distribution of mammals in Colorado. Monograph, University of Kansas Museum of Natural History 3:1–415.

Armstrong, D. M. 1975. Rocky Mountain mammals. Rocky Mountain Nature Association, Inc. 174 pp.

Assells, A., H. Boulanger, B. Martin and M. C. Pelletier-Leclerc. 2007. Suivi de l'abondance du lievere d'Amerique (Lepus americanus), de 2000 a 2006 dans sept regions du Quebec. Page 38 Ministere des Ressources naturelles et de la Faune. Direction de l'amenagement de la faune, Gaspesie-iles-del-la-Madeleine.

Association of Fish and Wildlife Agencies. 2011. Best management practices for trapping Canada lynx in the United States. Unpublished Report, Association of Fish and Wildlife Agencies. http://www.fishwildlife.org/files/Lynx_BMP_F.pdf Accessed August 2013.

Aubry, K. A., G. M. Koehler, and R. H. Naney. 2002. Occurrence of lynx in the North Cascades Highway corridor; final report. Washington Department of Transportation, Olympia, USA.

Aubry, K. B., G. M. Koehler, and J. R. Squires. 2000. Ecology of Canada lynx in southern boreal forests. Pages 373–396 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Ausband, D. E. and G. R. Baty. 2005. Effects of precommercial thinning on snowshoe hare habitat use during winter in low-elevation montane forests. Canadian Journal of Forest Research 35:206–210.

Rvsd Plan - 00004290

Bailey, R. G. 1995. Descriptions of the ecoregions of the United States. 2nd ed. U.S. Forest Service, Miscellaneous Publication 1391, Washington, D.C., USA.

Bailey, R. G. 1998. Ecoregion maps of North America: Explanatory note. Miscellaneous Publication 1548. U.S. Forest Service, Washington, D.C., USA.

Bailey, R. G., P. E. Avers, T. King, and W. H. McNab, editors. 1994. Ecoregions and subregions of the United States. U.S. Forest Service, Washington, D.C., USA.

Bailey, T. N., E. E. Bangs, M. F. Portner, J. C. Malloy, and R. J. McAvinchey. 1986. An apparent overexploited lynx population on the Kenai Peninsula, Alaska. Journal of Wildlife Management 50:279–290.

Banfield, A. W. F. 1974. The mammals of Canada. University of Toronto Press, Ontario, Canada.

Barrett, S. W., S. F. Arno, and J. P. Menakis. 1997. Fire episodes in the inland Northwest (1540-1940) based on fire history data. USDA Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT-GTR-370. Ogden, Utah. USA.

Baumgartner, D. M., R. G. Krebill, J. T. Arnott, and G. F. Weetman. 1984. Lodgepole pine: the species and its management. Washington State University, Pullman, WA.

Bayne, E. M., S. Boutin, and R. A. Moses. 2008. Ecological factors influencing the spatial pattern of Canada lynx relative to its southern range edge in Alberta, Canada. Canadian Journal of Zoology 86: 1189–1197.

Beauvais, G. P. 1997. Mammals in fragmented forests in the Rocky Mountains: community structure, habitat selection, and individual fitness. Dissertation, University of Wyoming, Laramie, USA.

Bekoff, M. and E. M. Gese. 2003. Coyote. Pages 467–481 in G. A. Feldhamer, B. C. Thompson, and J. A. Chapman, editors. Wild Mammals of North America: biology, management and conservation. Johns Hopkins University Press, Baltimore, Maryland, USA.

Belovsky, G. E. 1984. Snowshoe hare optimal foraging and its implications for population dynamics. Theoretical Population Biology 25:235–264.

Berg, N. D. 2010. Snowshoe hare and forest structure relationships in Western Wyoming. Thesis, Utah State University, Ogden, USA.

Berg, N. D. and E. M. Gese. 2012. Relationship between fecal pellet counts and snowshoe hare density in western Wyoming. Journal of Wildlife Management 74:1745–1751.

Berg, N. D., E. M. Gese, J. R. Squires, and L. M. Aubry. 2012. Influence of forest structure on abundance of lynx prey species in western Wyoming. Journal of Wildlife Management 76(6):1480-1488.

Bergeron, J. M. and J. Tardif. 1988. Winter browsing preferences of snowshoe hares for coniferous seedlings and its implication in large-scale reforestation programs. Canadian Journal of Forest Research 8:280–282

Berrie, P. M. 1974. Ecology and status of the lynx in interior Alaska. Pages 4-41 in R. L. Eaton, editor. The world's cats. Volume 1. World Wildlife Safari, Winston, Oregon, USA.

Beyer, Jr., D. E., B. J. Roell, J. H. Hammill, and R. D. Earle. 2001. Records of Canada Lynx, *Lynx canadensis*, in the upper peninsula of Michigan, 1940-1997. Canadian Field-Naturalist 115:234–240.

Bider, J. R. 1961. An ecological study of the hare *Lepus americanus*. Canadian Journal of Zoology 39: 81–103.

Bider, J. R. 1962. Dynamics and the tempero-spatial relations of a vertebrate community. Ecology 43:634–646.

Bittner, S. L. and O. J. Rongstad. 1982. Snowshoe hare and allies. Pages 146-163 in J.A. Chapman and G. A. Feldhamer, editors. Wild mammals of North America. Johns Hopkins University Press, Baltimore, Maryland, USA.

Björnhag, G. 1994. Adaptations in the large intestine allowing small animals to eat fibrous foods. Pages 287–309 in: D.J. Chivers & P. Langer, editors.The Digestive System in Mammals, Cambridge University Press, United Kingdom.

Black, H. C. 1965. An analysis of a population of snowshoe hares, *Lepus americanus washingtonii* Baird, in western Oregon. Ph.D. Dissertation, Oregon State University, Corvallis, USA.

Blackwell, B. A., R. W. Gray, R. N. Green, F. Feigl, T. Berry, D. Ohlson and B. Hawkes. 2003. Developing a coarse scale approach to the assessment of forest fuel conditions in southern British Columbia. Forest Innovation Investment. Victoria, British Columbia, Canada.

Blais, J. R. 1983. Trends in the frequency, extent, and severity of spruce budworm outbreaks in eastern Canada. Cana-

dian Journal of Forest Research 13(4):539-547.

Bookhout, T. A. 1965. The snowshoe hare in upper Michigan: its biology and feeding coactions with white-tailed deer. Michigan Department of Conservation, Research and Development Report 38.

Boonstra, R., S. Boutin, A. Byrom, T. Karels, A. Hubbs, K. Stuart-Smith, M. Blower, and S. Antpoehler. 2001. The role of red squirrels and arctic ground squirrels. Pages 179–214 in C.J. Krebs, S. Boutin, and R. Boonstra, editors. Ecosystem Dynamics of the Boreal Forest: The Kluane Project, Oxford University Press, New York, New York, USA.

Boonstra, R., D. Hik, G. R. Singleton, and A. Tinnikov. 1998. The impact of predator-induced stress on the snowshoe hare cycle. Ecological Monographs 79:371–394.

Boonstra, R. and G. Singleton. 1993. Population declines in the snowshoe hare and the role of stress. General and Comparative Endocrinology 91:126–143.

Borrecco, J. E. 1976. Controlling damage by forest rodents and lagomorphs through habitat manipulation. In Proceedings: Seventh Vertebrate Pest Conference, C. S. Siebe, editor. March 9–11, 1976, Monterey, California, USA.

Boutin, S., C. J. Krebs, R. Boonstra, A. R .E. Sinclair, and J. N. M. Smith. 1986. Proximate causes of losses in a snowshoe hare population. Canadian Journal of Zoology 64:606–610.

Boutros, D., C. Breitenmoser-Würsten, F. Zimmermann, A. Ryser, A. Molinari-Jobin, S. Capt, M. Güntert, and U. Breitenmoser. 2007. Characterization of Eurasian lynx Lynx lynx den sites and kitten survival. Wildlife Biology 13:417–429.

Brainerd, S. M. 1985. Reproductive ecology of bobcats and lynx in western Montana. Thesis, University of Montana, Missoula, USA.

Brand, C. J. and L. B. Keith. 1979. Lynx demography during a snowshoe hare decline in Alberta. Journal of Wildlife Management 43:827–849.

Brand, C. J., L. B. Keith, and C. A. Fischer. 1976. Lynx responses to changing snowshoe hare densities in Alberta. Journal of Wildlife Management 40:416–428.

Brand, C. J., R. H. Vowles, and L.B. Keith. 1975. Snowshoe hare mortality monitored by telemetry. Journal of Wildlife Management 39:741–747.

British Columbia Wildlife Accident Reporting System. 2012. B.C. Ministry of Transportation and Infrastructure, Victoria, B.C. Accessed Jan 3, 2012.

Brittell, J. D., Poelker, R. J., S. J. Sweeney, and G. M. Koehler. 1989. Native cats of Washington. Washington Department of Wildlife, Olympia, USA.

Brocke, R, K. A. Gustafson, and A. R.Major. 1990. Restoration of the lynx in New York: biopolitical lessons. Transactions North American Wildlife and Natural Resources Conference 55:590-598.

Brooks, M. 1955. An isolated population of the Virginia varying hare. Journal of Wildlife Management 19:54–61.

Brown, D. F. 1984. Snowshoe hare populations, habitat, and management in northern hardwood forest regeneration areas. Thesis, Pennsylvania State University, Collegeville, USA.

Brown, M. D. and G. Will. 1979. Food habits of the fisher in northern N. Y. New York Fish and Game Journal 26:87–92.

Bryant. J. P. 1981. The regulation of snowshoe hare feeding behaviour during winter by plant antiherbivore chemistry. Pages 720–731 in Proceedings of the World Lagomorph Conference. K. Myers and C. D. MacInnes, editors. University of Guelph, Ontario, Canada.

Buehler, D. A. and L. B. Keith.1982. Snowshoe hare distribution and habitat use in Wisconsin. Canadian Field-Naturalist 96:19–29.

Bull, E. L., T. W. Heater, A. A. Clark, J. F. Shepherd, and A. K. Blumton. 2005. Influence of precommercial thinning on snowshoe hares. USDA Forest Service, Pacific Northwest Research Station, PNW-RP-562, Portland, Oregon, USA.

Bunnell, K. D., J. T. Flinders, and M .L. Wolfe. 2006. Potential impacts of coyotes and snowmobiles on lynx conservation in the Intermountain West. Wildlife Society Bulletin 34:828–838.

Rvsd Plan - 00004292

Burdett, C. L. 2008. Hierarchical structure of Canada lynx space use and habitat selection in northeastern Minnesota. Dissertation, University of Minnesota. Duluth, USA.

Burdett, C. L., R. A. Moen, G. J. Niemi, and L. D. Mech. 2007. Defining space use and movements of Canada lynx with Global Positioning System telemetry. Journal of Mammalogy 88: 457–467.

Burghardt-Dowd, J. L. 2010. Coyote diet and movements in relation to winter recreation in northwestern Wyoming: Implications for lynx conservation. Thesis, Utah State University, Logan, UT, USA.

Buskirk, S. W., L. F. Ruggiero, and C. J. Krebs. 2000a. Habitat fragmentation and interspecific competition: implications for lynx conservation. Pages 83–100 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Buskirk, S. W., L. F. Ruggiero, K. B. Aubry, D. E. Pearson, J. R. Squires, and K. S. McKelvey. 2000b. Comparative ecology of lynx in North America. Pages 397–417 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Campbell, V. and C. Strobeck. 2006. Fine-scale genetic structure and dispersal in Canada lynx (Lynx canadensis) with Alberta, Canada. Canadian Journal of Zoology 84:1112–1119.

Carbyn, L. N. and D. Patriquin. 1983. Observations on home range sizes, movement, and social organization of lynx, Lynx canadensis in Riding Mountain National Park, Manitoba. Canadian Field-Naturalist 97:262–267.

Carroll, A. L., S. W. Taylor, J. Régnière, and L. Safranyik. 2003. Effects of climate change on range expansion by the mountain pine beetle in British Columbia. Pages 223–232 in T. L. Shore, J. E. Brooks, and J. E. Stone, editors. Mountain pine beetle symposium: challenges and solutions. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre Information Report BC-X-399, Victoria, British Columbia, Canada.

Carroll, C. 2007. Interacting effects of climate change, landscape conversion, and harvest on carnivore populations at the range margin: marten and lynx in the northern Appalachians. Conservation Biology 21(4):1092–1104.

Cary, J. R. and L. B. Keith. 1979. Reproductive change in the 10-year cycle of snowshoe hares. Canadian Journal of Zoology 57:375–390.

Catton, T. J. and S. Loch. 2010. Summary of the Superior National Forest's 2010 Canada lynx (Lynx canadensis) DNA database. USDA Forest Service, unpublished report, Nov. 5, 2010. Duluth, Minnesota. 2 pp.

Clarke, C. H. D. 1939. Some notes on hoarding and territorial behavior of the red squirrel Sciurus hudsonicus (Erxleben). Canadian Field-Naturalist 53:42–43.

Cohen, S. and K. Miller (editors). 2001. North America. in Climate change 2001: Impacts, adaptation, and vulnerability. J. McCarthy, O. Canziani, N. Leary, D. Dokken, and K. White editors. Contribution of Working Group ii to the Third Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, United Kingdom. http://www.grida.no/climate/ipcc_tar/wg2/pdf/wg2TARchap15.pdf Accessed August 2013.

Conroy, M. J., L. W. Gysel, and G. R. Dudderar. 1979. Habitat components of clear-cut areas for snowshoe hares in Michigan. Journal of Wildlife Management 43:680–690.

Cook, D. B. and S. B. Robeson. 1945. Varying hare and forest succession. Ecology 26:406–410.

Cordell, H. K., G. T. Green, and C. J. Betz. 2009. Long-term national trends in outdoor recreation activity participation ---1980 to now. A recreation research report in the Internet Research Information Series. http://warnell.forestry.uga.edu/nrrt/nsre/IRISRec/IRISRec12rpt.pdf Accessed August 2013.

Cox, E. W., R. A. Garrott, and J. R. Cary. 1997. Effect of supplemental cover on survival of snowshoe hares and cottontail rabbits in patchy habitat. Canadian Journal of Zoology 75:1357–1363.

Crete, M. and S. Lariviere. 2003. Estimating the costs of locomotion in snow for coyotes. Canadian Journal of Zoology 81:1808–1814.

Daniel, T. W., J. A. Helms, and F. S. Baker. 1979. Principles of silviculture. 2nd edition. McGraw-Hill Book Company, New York City, New York, USA.

Daubenmire, R. and J. B. Daubenmire. 1968. Forest vegetation of eastern Washington and northern Idaho. Washington

Agricultural Experiment Station, Technical Bulletin 60, Pullman, Washington, USA.

de Bellefeuille, S., L. Belanger, J. Huot, and A. Cimon. 2001. Clear-cutting and regeneration practices in Quebec boreal balsam fir forest: effects on snowshoe hare. Canadian Journal of Forest Research 31:41–51.

Demarchi, D. A. 1994. Ecoprovinces of the central North American Cordillera and adjacent plains. Pages 153–168 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, and W. J. Zielinski, editors. The scientific basis for conserving forest carnivores: American marten, fisher, lynx and wolverine in the western United States. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. General Technical Report RM-254. Fort Collins, Colorado, USA.

Devineau, O., T. M. Shenk, G. C. White, P. F. Doherty, Jr., P. M. Lukacs, and R. H. Kahn. 2010. Evaluating the Canada Lynx reintroduction programme in Colorado: patterns in mortality. Journal of Applied Ecology 47:524–531.

de Vos, A. 1964. Food utilization of snowshoe hares on Manitoulin Island, Ontario. Journal of Forestry 62:238–244.

Diaz, H. F. and C. I. Millar. 2004. Discussing the future of U.S. western mountains, climate change, and ecosystems, EOS Transactions of American Geophysical Union 85(35):329.

Dodds, D. G. 1960. Food competition and range relationships of moose and snowshoe hare in Newfoundland. Journal of Wildlife Management 24(1):52–60.

Dolbeer, R. A. and W. C. Clark. 1975. Population ecology of snowshoe hares in the central Colorado Rocky Mountains. Journal of Wildlife Management 39:535–549.

Dowd, J. L. B. and E. M. Gese. 2012. Seasonal variation of coyote diet in northwestern Wyoming: implications for dietary overlap with Canada lynx? Northwest Science 86:289–299.

Dufty, A. M., Jr., and J. R. Belthoff. 2001. Proximate mechanisms of natal dispersal: the role of body condition and hormones. Pages 217–229 in J. Clobert, E. Danchin, A.A. Dhondt, and J.D. Nichols, editors. Dispersal. Oxford University Press, Oxford, United Kingdom.

Earhart, C. M. and N. K. Johnson. 1970. Size dimorphism and food habits of North American owls. Condor 72:251–264.

Ehle, D. S. and D. A. Keinath. 2002. Habitat mapping of lynx analysis units on Bureau of Land Management lands and surrounding areas in Wyoming. Wyoming Natural Diversity Database, University of Wyoming. Laramie, USA.

Eisenberg, J. F. 1986. Life history strategy of the Felidae: variations on a common theme. Pages 293–303 In S. D. Miller and D. D. Everett. Cats of the world: biology, conservation, and management. National Wildlife Federation, Washington, D.C., USA.

Ellsworth, E. 2004. Are conifers poor winter foods for snowshoe hares in the Rocky Mountains? Digestibility trials and a food supplementation experiment. Pages 42–46 in C.L.K. Baer, editor. Proceedings of the Comparative Nutrition Society, Number 5, Silver Spring, Maryland, USA.

Ellsworth, E. 2009. Surviving the winter: the importance of snowshoe hare foraging behavior. BEHAVE (Behavioral Education for Human, Animal, Vegetation and Ecosystem Management) Publication. University of Idaho, Moscow, and Washington State University, Pullman, USA.

Ellsworth, E., and T. D. Reynolds. 2006. Snowshoe hare (*Lepus americanus*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region, Species Conservation Project. http://www.fs.fed.us/r2/projects/scp/assessments/snowshoehare.pdf Accessed August 2013.

Elton, C. and M. Nicholson. 1942. The ten-year cycle in numbers of the lynx in Canada. Journal of Animal Ecology 11:215–244.

Erb, J. 2012. Registered furbearer harvest statistics, 2011-12 Report. Minnesota Dept. of Natural Resources, Grand Rapids, Minnesota. 30 pp. http://files.dnr.state.mn.us/recreation/hunting/trapping/harvest_11-12.pdf Accessed August 2013.

Fancy, S. G. 1980. Nest-tree selection by red squirrels in a boreal forest. Canadian Field-Naturalist 94:198.

Ferron, J., F. Potvin, and C. Dussault. 1998. Short-term effects of logging on snowshoe hares in the boreal forest. Canadian Journal of Forest Research 28(9):1335–1343.

Fischer, W. C. and A. F. Bradley. 1987. Fire ecology of western Montana forest habitat types. USDA Forest Service,

Intermountain Forest and Range Experiment Station, General Technical Report INT-223. Ogden, Utah, USA.

Fitzgerald, J. P., C. A. Meany, and D. M. Armstrong. 1994. Mammals of Colorado. Denver Museum of Natural History, Colorado. USA.

Foresman, K. R. and D. E. Pearson. 1999. Activity patterns of American martens, *Martes americana*, snowshoe hares, *Lepus americanus*, and red squirrels, *Tamiasciurus hudsonicus*, in westcentral Montana. Canadian Field-Naturalist 113:386–389.

Forman, R. T. T. and L. E. Alexander. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics 29:207-231.

Fox, J. F. 1978. Forest fires and the snowshoe hare-Canada lynx cycle. Oecologia 31:349–374.

Fox, J. F. and J. P. Bryant. 1984. Instability of the snowshoe hare and woody plant interaction. Oecologia 63:128–135.

Franklin, J. F. and C. T. Dyrness. 1973. Natural vegetation of Oregon and Washington. USDA Forest Service, Pacific Northwest Forest and Range Experiment Station, GTR-PNW-8, Portland, Oregon, USA.

Frey, J. F. 2004. Taxonomy and distribution of the mammals of New Mexico: an annotated checklist. Museum of Texas Tech University, Occasional Papers 240:1–32.

Frey, J. F. 2006. Inferring species distributions in the absence of occurrence records: An example considering wolverine (*Gulo gulo*) and Canada lynx (*Lynx canadensis*) in New Mexico. Biological Conservation 130:16–24.

Fuller, A. K. 1999. Influence of partial timber harvesting on American marten and their primary prey in northcentral Maine. Thesis, University of Maine, Orono, Maine, USA.

Fuller, A. K. 2004. Canada lynx predation on white-tailed deer. Northeastern Naturalist 11(4):395–398.

Fuller, A. K. 2006. Multi-scalar responses of forest carnivores to habitat and spatial pattern: case study with Canada lynx and American marten. Doctoral dissertation, University of Maine, Orono, Maine, USA.

Fuller, A. K. and D. J. Harrison. 2005. Influence of partial timber harvesting on American martens in North-central Maine. Journal of Wildlife Management 69:710–722.

Fuller, A. K. and D. J. Harrison. 2010. Movement paths reveal scale-dependent habitat decisions by Canada lynx. Journal of Mammalogy 91:1269–1279.

Fuller, A. K., D. J. Harrison, and J. H. Vashon. 2007. Winter habitat selection by Canada lynx in Maine: Prey abundance or accessibility? Journal of Wildlife Management 71:1980–1986.

Fuller, T. K. and D. M. Heisey.1986. Density-related changes in winter distribution of snowshoe hares in north central Minnesota. Journal of Wildlife Management 50:261–264.

Galatowitsch, S, L. Frelich and L. Phillips-Mao. 2009. Regional climate change adaptation strategies for biodiversity conservation in a midcontinental region of North America. Biological Conservation 142 (2009) 2012–2022.

Gärtner, S., K. M. Reynolds, P. F. Hessburg, S. Hummel, M. Twery. 2008. Decision support for evaluating landscape departure and prioritizing forest management activities in a changing environment. Forest Ecology and Management 256: 1666–1676.

Gayton, D. 2008. Impacts of climate change on British Columbia's biodiversity: A literature review. Forrex Series 23. Forrex Forest Research Extension Partnership, Kamloops, British Columbia, Canada.

Gibeau, M. and K. Heuer. 1996. Effects of transportation corridors on large carnivores in the Bow River Valley, Alberta. Pages 67-79 in Proceedings Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar, April 30–May 2, 1996, Orlando, Florida, USA.

Gilbert, B. A. and W. Pierce. 2005. Predicting the availability of understory structural features important for Canadian lynx denning habitat on managed lands in northeastern Washington lynx ranges. Western Journal of Applied Forestry 20(4):224–227.

Gilbert, B. S. and S. Boutin. 1991. Effect of moonlight on winter activity of snowshoe hares. Arctic and Alpine Research 23:61–65.

Gillis, E. A. 1998. Survival of juvenile snowshoe hares during a cyclic population increase. Canadian Journal of Zoology 76:1949–1956.

Gillis, E. A. and C. J. Krebs. 1999. Natal dispersal of snowshoe hares during a cyclic population increase. Journal of

Mammalogy 80:933–939.

Gitay, H., A Suárez, R. T. Watson, and D. J. Dokken, editors. 2002. Climate change and biodiversity. Intergovernmental Panel on Climate Change, Technical Paper V. Geneva, Switzerland. 85 pp.

Godbout. G. 1999. Determination de la presence d'un cycle de population du lievre d'Amerique (*Lepus americanus*) au Quebec et des methodes de suivi applicables a cette espece. Faune et Parc Quebec, Quebec, Canada.

Godin, A. J. 1977. Wild mammals of New England. Johns Hopkins Univ. Press Baltimore, MD. 304 pp.

Gonzalez, P., R. P. Neilson K. S. McKelvey, J. M. Lenihan, and R. J. Drapek. 2007. Potential impacts of climate change on habitat and conservation priority areas for *Lynx canadensis* (Canada Lynx). The Nature Conservancy, Arlington, Virginia, USA.

Gordon, K. 1936. Territorial behavior and social dominance among Sciuridae. Journal of Mammalogy 17:171–172.

Grange, W. B. 1932. Observations on the snowshoe hare, *Lepus americanus phaeonotus* Allen. Journal of Mammalogy13:1–19.

Gray, R. W. and L. D. Daniels. 2006. Range of natural variation of old growth forests in the sea-to-sky land and re-source management area: status of knowledge and understanding. Final Report to British Columbia Ministry of Forests, Victoria, Canada.

Green, R. G. and C. A. Evans. 1940. Studies on a population cycle of snowshoe hares on the Lake Alexander Area: I. Gross Annual Censuses, 1932–1939. Journal of Wildlife Management 4:220–238.

Griffin, P. C. 2004. Landscape ecology of snowshoe hares in Montana. Dissertation, University of Montana, Missoula, Montana, USA.

Griffin, P. C., S. C. Griffin, C. Waroquiers, and L. S. Mills. 2005. Mortality by moonlight: predation risk and the snow-shoe hare. Behavioral Ecology 16:938–944.

Griffin, P. C. and L. S. Mills. 2004. Snowshoe hares (*Lepus americanus*) in the western United States: movement in a dy-namic landscape. Pages 438–449 in H.R. Akcakaya, M.A. Burgman, O. Kindvall, C.C. Wood, P. Sjogren-Gulve, J.S. Hatfield, and M.A. McCarthy, editors. Species conservation and management: Case studies. Oxford University Press, New York, New York, USA.

Griffin, P. C., and L. S. Mills. 2007. Precommercial thinning reduces snowshoe hare abundance in the short term. Jour-nal of Wildlife Management 71:559–564.

Grigal, D. F. and N. R. Moody. 1980. Estimation of browse by size classes for snowshoe hares. Journal of Wildlife Man-agement 4:267–278.

Gruell, G.1983. Fire and vegetation trends in the Northern Rockies: interpretations from 1871–1982 photographs. USDA Forest Service, Intermountain Forest and Range Experiment Station INT-158, Ogden, Utah, USA.

Gunderson, H. L.1978. A midcontinent irruption of Canada lynx, 1962–63. Prairie Naturalist, Brookings, South Dakota, USA 10:71–80.

Gurnell, J. 1984. Home range, territoriality, caching behaviour and food supply of the red squirrel (*Tamiasciurus hudsoni-cus fremonti*) in a subalpine lodgepole pine forest. Animal Behavior 32:1119–1131.

Habeck, J. R. 1985. Impact of fire suppression on forest succession and fuel accumulations in long-fire-interval wilder-ness habitat types. Pages 110–118 in J. E. Lotan, B. M. Kilgore, W. C. Fischer, and R. M. Mutch, editors. Proceed-ings Symposium and Workshop on Wilderness Fire, November 15–18, 1983, Missoula, Montana. USDA Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT-GTR-182. Ogden, Utah, USA.

Halfpenny, J. C., S. J. Bissell, and D. Nead. 1979. Status of the lynx (*Felis lynx*, Felidae) in Colorado with comments on its distribution in western United States. http://www.halfpenny.me/PDFby/Lynx%20CO%20Halfpenny.pdf Accessed August 2013.

Hall, E. Raymond. 1981. The mammals of North America. 2 volumes. Ronald Press, New York, New York, USA.

Hall, E. R. and K. R. Kelson. 1959. The mammals of North America, 2 vols. Ronald Press, New York, New York, USA.

Halpin, M. A. and J. A. Bissonette. 1988. Influence of snow depth on prey availability and habitat use by red fox. Canadi-an Journal of Zoology 66:587–592.

Rvsd Plan - 00004296

Hamilton, W. J., Jr. 1939. Observations on the life history of the red squirrel in New York. American Midland Natural-ist 22:732–745.

Hamilton, W. J., Jr. and A. H. Cook. 1955. The biology and management of the fisher in New York. New York Fish and Game Journal 2:13–35.

Hann, W. J., J. L. Jones, M. G. Karl, P. F. Hessburg, R. E. Keane, D. G. Long, J. P. Menakis, C. H. McNicoll, J. P. Menakis, and C. H. McNicoll. 1997. Landscape dynamics of the basin in T. M. Quigley and S. J. Arbelbide, editors. An as-sessment of the ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Volume II. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-405. Portland, Oregon, USA.

Hannah, L., and T. E. Lovejoy. 2003. Climate change and biodiversity: synergistic impacts. Advances in Applied Biodiver-sity Science 4:1-123.

Hanski, I., H. Henttonen, E. Korpimäki, L. Oksanen, and P. Turchin. 2001. Small-rodent dynamics and predation. Ecolo-gy 82:1505–1510.

Hanson, K. and R. Moen. 2008. Diet of Canada lynx in Minnesota estimated from scat analysis. Natural Resource Re-search Institute, NRRI TR-2008/13. University of Minnesota, Duluth, Minnesota, USA.

Hardy, C. C., J. P. Menakis, J. K. Brown, and D. L. Bunnell. 1998. Mapping historic fire regimes for the Western United States: Integrating remote sensing and biophysical data. Pages 288–300 in J. D. Greer, editor. Natural resource management using remote sensing and GIS, Proceedings of the Seventh Forest Service Remote Sensing Applica-tions Conference; 1998 April 6-10; Nassau Bay, Texas. American Society for Photogrammetry and Remote Sensing, Bethesda, Maryland, USA.

Harger, E. M. 1965. The status of the Canada lynx in Michigan. The Jack-Pine Warbler 43:150–153.

Harper, S. C., L. L. Falk, and E. W. Rankin. 1990. The northern forest lands study of New England and New York. USDA Forest Service. Rutland, Vermont, USA.

Harris, J. A., R. J. Hobbs, E. Higgs, and J. Aronson. 2006. Ecological restoration and global climate change. Restoration Ecology 14:170–176.

Hatt, R. T. 1929. The red squirrel: its life history and habits, with special reference to the Adirondacks of New York and the Harvard Forest. Roosevelt Wild Life Annal 2:3–146.

Hatt, R. T. 1945. The pine squirrel in Colorado. Journal of Mammalogy 24:311–345.

Hayhoe, K., C. P. Wake, T. G. Huntington, L. Luo, M. Schwartz, J. Sheffield, E. Wood, B. Anderson, J. Bradbury, A. DeGaetano, T. Troy, and D. Wolfe. 2007. Past and future changes in climate and hydrological indicators in the U. S. Northeast. Climate Dynamics 28:381-407.

Heinselman, M. L. 1996. The boundary waters wilderness ecosystem. University of Minnesota Press. Minneapolis, Min-nesota, USA.

Henderson, C. 1978. Minnesota Canada Lynx report, 1977. Minnesota Wildlife Research Quarterly 38:221-242.

Hessburg, P. F., J. K. Agee, and J. F. Franklin. 2005. Dry forests and wildland fires of the inland Northwest USA: Con-trasting the landscape ecology of the pre-settlement and modern eras. Forest Ecology and Management. 211:117–139.

Hessburg, P. F., B. G. Smith, S. D. Kreiter, C. A. Miller, B. R. Salter, C. H. McNicoll, and W. J. Hann. 1999. Historical and current forest and range landscapes in the interior Columbia River basin and portions of the Klamath and Great Basins. Part 1: Linking vegetation patterns and landscape vulnerability to potential insect and pathogen disturbances. USDA Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-458. Portland, Oregon, USA.

Hik, D. S. 1994. Predation risk and the snowshoe hare cycle. Dissertation, University of British Columbia, Vancouver, British Columbia, Canada.

Hik, D. S. 1995. Does risk of predation influence population dynamics? Evidence from cyclic decline of snowshoe hares. Wildlife Research 22:115–129.

Hodges, K. E. 1998. Snowshoe hare demography and behavior during a cyclic population low phase. Dissertation, Uni-

versity of British Columbia, Vancouver, British Columbia, Canada.

Hodges, K. E. 2000*a*. The ecology of snowshoe hares in northern boreal forests. Pages 117–161 In L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Hodges, K. E. 2000*b*. Ecology of snowshoe hares in southern boreal and montane forests. Pages 163–206 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Hodges, K. E., C. J. Krebs, D. S. Hik, C. I. Stefan, E. A. Gillis, and C. E. Doyle. 2001. Snowshoe hare demography. Pages 141–178 in Krebs C. J., S. Boutin, and R. Boonstra (editors). Ecosystem Dynamics of the Boreal Forest: the Kluane Project. Oxford University Press, New York, USA.

Hodges, K. E. and L. S. Mills. 2008. Designing fecal pellet surveys for snowshoe hares. Forest Ecology and Management 256:1918–1926.

Hodges, K. E., L. S. Mills, and K. M. Murphy. 2009. Distribution and abundance of snowshoe hares in Yellowstone National Park. Journal of Mammalogy 90:870–878.

Hodges, K. E. and A.R.E. Sinclair. 2003. Does predation risk cause snowshoe hares to modify their diets? Canadian Journal of Zoology 81:1973–1985.

Hodges, K. E. and A. R. E. Sinclair. 2005. Browse site selection by snowshoe hares: effects of food supply and predation risk. Canadian Journal of Zoology. 83:280–292.

Hoffman, J. D. and H. H. Genoways. 2005. Recent records of formerly extirpated carnivores in Nebraska. Prairie Naturalist, Brookings, South Dakota, USA, 37:225–244.

Hoffman, R. S. and A. T. Smith. 2005. Order Lagomorpha. Pages 185–211 in D. E. Wilson and D. M. Reeder, editors. Mammal Species of the World a Taxonomic and Geographic Reference. Johns Hopkins University Press, Baltimore, Maryland, USA.

Holter, J. B., G. Tyler, and T. Walski. 1974. Nutrition of the snowshoe hare (*Lepus americanus*). Canadian Journal of Zoology 52:1553–1558.

Homyack, J. A. 2003. Effects of precommercial thinning on snowshoe hares, small mammals, and forest structure in northern Maine. Thesis, University of Maine, Orono, Maine, USA.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2004. Structural differences between precommercially thinned and unthinned conifer stands. Forest Ecology and Management. 194:131–143.

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2005. Long-term effects of precommercial thinning on small mammals in northern Maine. Forest Ecology and Management 205:43–57

Homyack, J. A., D. J. Harrison, and W. B. Krohn. 2007. Effects of precommercial thinning on snowshoe hares in Maine. Journal of Wildlife Management 71:4–13.

Homyack, J. A., D. J. Harrison, J. A. Litvaitis, and W. B. Krohn. 2006. Quantifying densities of snowshoe hares in Maine using pellet plots. Wildlife Society Bulletin 34:74–80.

Homyack, J. A., J. H. Vashon, C. Libby, E. L. Lindquist, S. Loch, D. F. McAlpine, K. L. Pilgrim, and M. K. Schwartz. 2008. Canada lynx-bobcat (*Lynx canadensis × L. rufus*) hybrids at the southern periphery of lynx range in Maine, Minnesota and New Brunswick. The American Midland Naturalist 159:504–508.

Honacki, J. H., K. E. Kinman, and J. W. Koeppi, editors. 1982. Mammal species of the world: a taxonomic and geographic reference. Allen Press, Incorporated and Association of Systematics Collections, Lawrence, Kansas, USA.

Houben, J. M., M. Holland, S. W. Jack, and C. R. Boyle. 1993. An evaluation of laminated offset jawed traps for reducing injuries to coyotes. Proceedings of Great Plains Wildlife Damage Control Workshop, University of Nebraska, Lincoln, Nebraska.

Houston, A. I., J. M. McNamara, J. M. C. Hutchinson 1993. General results concerning the trade-off between gaining energy and avoiding predation. Philosophical Transactions of Royal Society Biological Sciences, London, United Kingdom 341:375–397.

Hoving, C. L. 2001. Historical occurrence and habitat ecology of Canada lynx (*Lynx canadensis*) in eastern North Ameri-

Rvsd Plan - 00004298

ca. Thesis, University of Maine. Orono, USA.

Hoving, C. L., R. A. Joseph, and W. B. Krohn. 2003. Recent and historical distributions of Canada lynx in Maine and the Northeast. Northeastern Naturalist 10(4):363-382.

Hoving, C. L., D. J. Harrison, W. B. Krohn, W. J. Jakubas, and M. A. McCollough. 2004. Canada lynx (*Lynx canadensis*) habitat and forest succession in northern Maine, USA. Wildlife Biology 10: 285–294.

Hoving, C. L., D. J. Harrison, W. B. Krohn, R. A. Joseph, and M. O'Brien. 2005. Broad-scale predictors of Canada lynx occurrence in eastern North America. Journal of Wildlife Management 69:739–751.

Ims, R. A., J. Henden, and S. T. Killengree. 2008. Collapsing population cycles. Trends in Ecology and Evolution 23:79-86.

Inkley, D. B., M. G. Anderson, A. R. Blaustein, V. R. Burkett, B. Felzer, B. Griffith, J. Price, and T. L. Root. 2004. Global climate change and wildlife in North America. Wildlife Society Technical Review 04-2. The Wildlife Society, Bethesda, Maryland, USA.

Ivan, J. S. 2011a. Density, demography, and seasonal movements of snowshoe hares in central Colorado. Dissertation, Colorado State University, Fort Collins, Colorado, USA.

Ivan, J. S. 2011b. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 50 near Monarch Ski Area, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsNearMonarchSkiArea.pdf Accessed August 2013.

Ivan, J. S. 2011c. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 114 near North Pass, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsNearNorthPassColorado.pdf Accessed August 2013.

Ivan, J. S. 2012. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 40 near Berthoud Pass, Colorado. Unpublished report, Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxMovementsnearBerthoudPassColorado.pdf Accessed August 2013.

Ivan, J., M. Rice, T. Shenk, D. Theobald and E. Odell. 2012. Predictive map of Canada lynx habitat use in Colorado. Unpublished Report. Colorado Parks and Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/CPWPredictiveLynxMapReport.pdf Accessed August 2013.

Iverson, L., A. Prasad, and S. Matthews. 2008. Modeling potential climate change impacts on the trees of the northeastern United States. Mitigation and Adaptations Strategies for Global Change 13:487-516.

Ives, W. G. H. and C. L. Rentz. 1993. Factors affecting the survival of immature lodgepole pine in the foothills of west-central Alberta. Forestry Canada, Northwest Region, Northern Forestry Centre, Information Report NOR-X330, Edmonton, Alberta, Canada.

Jacobson, G. L., I. J. Fernandez, P. A. Mayewski, and C. V. Schmitt, editors. 2009. Maine's climate future: an initial assessment. University of Maine, Orono, Maine, USA.

Johnson, C. G. and S. A. Simon. 1987. Plant associations of the Wallowa-Snake Province, Wallowa-Whitman National Forest. USDA Forest Service, R6-ECOL-TP-255B-86, Portland, Oregon, USA.

Johnson, W. J. 1969. Food habits of the Isle Royale red fox and populations aspects of three of its principal prey species. Dissertation, Purdue, West Lafayette, Indiana, USA.

Johnstone, W. D. 1981. Effects of spacing 7-year-old lodgepole pine in west-central Alberta. Forestry Canada, Northwest Region, Northern Forestry Centre, Nor-X-236, Edmonton, Alberta, Canada.

Kays, R.W. and D.E. Wilson. 2002. Mammals of North America. Princeton University Press, New Jersey, USA.

Keith, L. B. 1963. Wildlife's ten-year cycle. University of Wisconsin Press, Madison, USA.

Keith, L. B. 1981. Population dynamics of hares. Proceedings of World Lagomorph Conference, University of Guelph, Ontario, Canada 395–440.

Keith, L. B. 1990. Dynamics of snowshoe hare populations. Pages 119–195 In H. H. Genoways, editor. Current mammalogy. Plenum Press, New York, New York, USA.

Keith, L. B., S. E. M. Bloomer, and T. Willebrand. 1993. Dynamics of a snowshoe hare population in a fragmented habitat. Canadian Journal of Zoology 71:1385–1392.

Keith, L. B., J. R. Cary, O. J. Rongstad, and M. C. Brittingham. 1984. Demography and ecology of a declining snowshoe hare population. Wildlife Monographs 90:3–43.

Keith, L. B. and D. C. Surrendi.1971. Effects of fire on a snowshoe hare population. Journal of Wildlife Management 35:16–26.

Keith, L. B., A. W. Todd, C. J. Brand, R. S. Adamcik, and D. H. Rusch. 1977. An analysis of predation during cyclic fluctuation of snowshoe hares. Proceedings XIII International Congress of Game Biologists. Athens, Georgia, USA.

Keith, L. B. and L. A. Windberg. 1978. A demographic analysis of the snowshoe hare cycle. Wildlife Monographs 58:1–70.

Kelsall, J. P., E. S. Telfer, and T. D. Wright. 1977. The effects of fire on the ecology of the boreal forest, with particular reference to the Canadian north: a review and selected bibliography. Canadian Wildlife Service, Occasional Paper No. 32. Ottawa, Canada.

Kemp, G. A. and L. B. Keith. 1970. Dynamics and regulation of red squirrel (*Tamiasciurus hudsonicus*) populations. Ecology 51:763–779.

Kendall, K. C. and K. S. McKelvey. 2008. Hair Collection. Pages 141–182. in Long, R. A., P. MacKay, J. C. Ray, and W. J. Zielinski (eds.). Noninvasive Survey Methods for North American Carnivores. Island Press, Washington D.C., USA.

Kerr, J. T. and L. Packer 1998. Effects of climate change on Canadian mammal species richness. Environmental Monitoring and Assessment 49:263–270.

Kesterson, M. B.1988. Lynx home range and spatial organization in relation to population density and prey abundance. Thesis, University of Alaska, Fairbanks, Alaska, USA.

Kilgore, B. M. and M. L. Heinselman.1990. Fire in wilderness ecosystems. Pages 297–335 in Hendee, J. C., G. H. Stankey, and R. C. Lucas editors. Wilderness management. 2nd Edition. North American Press, Golden, Colorado, USA.

Kilham, L.1954.Territorial behaviour of red squirrel. Journal of Mammalogy 35:252–253.

Kleiman, D. G. and J. F. Eisenberg. 1973. Comparisons of canid and felid social systems from an evolutionary perspective. Animal Behaviour 21:637–659.

Klenner, W. and C. J. Krebs. 1991. Red squirrel population dynamics. I. The effect of supplemental food on demography. Journal of Animal Ecology 60:961–978.

Klugh, A. B. 1927. Ecology of the red squirrel. Journal of Mammalogy 8:1–32.

Koch, P. 1996. Lodgepole pine in North America. Volume I. Forest Products Society, Madison, Wisconsin.

Koehler, G. M.1990*a*. Population and habitat characteristics of lynx and snowshoe hares in north central Washington. Canadian Journal of Zoology 68:845–851.

Koehler, G. M. 1990*b*. Snowshoe hare, *Lepus americanus*, use of forest successional stage and population changes during 1985-1989 in north-central Washington. Canadian Field-Naturalist 105:291-293.

Koehler, G. M. and K. B. Aubry. 1994. Lynx. Pages 74-98 In L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, and W. J. Zielinski, editors. The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine. USDA Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins, Colorado, USA.

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. Journal of Forestry 88:10–14.

Koehler, G. M., M. G. Hornocker, and H. S. Hash. 1979. Lynx movements and habitat use in Montana. Canadian Field-Naturalist 93:441–442.

Koehler, G. M., B. T. Maletzke, J. A. von Kienast, K. B. Aubry, R. B. Wielgus, and R. H. Naney. 2008. Habitat fragmentation and the persistence of lynx populations in Washington State. Journal of Wildlife Management 72:1518–1524.

Kolbe, J.A. and J.R. Squires. 2006. A longevity record for Canada lynx, *Lynx canadensis*, in western Montana. Western North American Naturalist 66:535–536.

Kolbe, J. A. and J. R. Squires. 2007. Circadian activity patterns of Canada lynx in western Montana. Journal of Wildlife Management 71:1607–1611.

Rvsd Plan - 00004300

Kolbe, J. A., J. R. Squires, and T. W. Parker. 2003. An effective box trap for capturing lynx. Wildlife Society Bulletin 31:980-985.

Kolbe, J. A., J. R. Squires, D. H. Pletscher, and L. F. Ruggiero. 2007. The effect of snowmobile trails on coyote movements within lynx home ranges. Journal of Wildlife Management 71:1409–1418.

Korpimäki, E., K. Norrdahl, and T. Rinta-Jaskari. 1991. Responses of stoats and least weasels to fluctuating food abundances: is the low phase of the vole cycle due to mustelid predation? Oecologia 88:552–561.

Krebs, C. J. 2011. Of lemmings and snowshoe hares: the ecology of northern Canada. Philosophical Transactions of Royal Society Biological Sciences, London, United Kingdom 278:481–489.

Krebs, C. J., R. Boonstra, S. Boutin, and A. R. E. Sinclair. 2001a. What drives the 10-year cycle of snowshoe hares? BioScience pp. 25–35.

Krebs, C. J., R. Boonstra, S. Boutin, and A. R. E. Sinclair. 2001b. Conclusions and future directions. Pages 491–501 in Krebs, C. J., S. Boutin, and R. Boonstra, Ecosystem Dynamics of the Boreal Forest: The Kluane Project, Oxford University Press, New York, NY. 511 pp.

Krebs, C. J., S. Boutin, R. Boonstra, A. R. E. Sinclair, J. N. M. Smith, M. R. T. Dale, K. Martin, and R. Turkington. 1995. Impact of food and predation on the snowshoe hare cycle. Science 269:1112–1115.

Krebs, C. J., S. Boutin, and B. S. Gilbert. 1986. A natural feeding experiment on a declining snowshoe hare population. Oecologia 70:194–197.

Krefting, L.W.1975. The effect of white-tailed deer and snowshoe hare browsing on trees and shrubs in northern Minnesota. Technical Bulletin 302, Forestry Series 18, Agricultural Experiment Station, University of Minnesota, St. Paul, USA.

Kreyling, J., A. Schmiedinger, E. MacDonald, and C. Beiekuhnlein. 2008. Potential of natural tree regeneration after clearcutting in subalpine forests. Western Journal of Applied Forestry 23:46–52.

Krohn, W. B. and C. L. Hoving. 2010. Early Maine wildlife. Historical accounts of Canada lynx, moose, mountain lion, white-tailed deer, wolverine, wolves, and woodland caribou, 1603 – 1930. University of Maine Press, Orono, Maine, USA.

Kuchler, A. W. 1964. Potential natural vegetation of the conterminous United States (map and manual). American Geographical Society Special Publication 36. Brooklyn, New York, USA.

Kuehn, D. W.1989. Winter foods of fishers during a snowshoe hare decline. Journal of Wildlife Management 53:688–692.

Lachowski H. J. 1997. Relationships among prey abundance, habitat, and American marten in northern Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

Lair, H. 1985. Mating seasons and fertility of red squirrels in southern Quebec Canadian Journal of Zoology 63:2323–2327.

Lariviere, S. and L. R. Walton. 1997. *Lynx rufus.* Mammalian Species 563:1–8.

Larsen, J. A. 1980. The boreal ecosystem. Academic Press, Inc. New York. 500 pp.

Larsen, K. W. and S. Boutin. 1995. Exploring territory quality in the North American red squirrel through removal experiments. Canadian Journal of Zoology 73:1115–1122.

Layne, J. N. 1954. The biology of the red squirrel, *Tamiasciurus hudsonicus loquax* (Bangs), in central New York. Ecological Monographs 24:227–267.

Lewis, C. W., K. E. Hodges, G. M. Koehler, and L. S. Mills. 2011. Influence of stand and landscape features on snowshoe hare abundance in fragmented forests. Journal of Mammalogy 92:561–567.

Lillybridge, T. R., B. L. Kovalchik, C. K. Williams, and B. G. Smith. 1995. Field guide for forested plant associations of the Wenatchee National Forest. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-359, Portland, Oregon, USA.

Linden, D. W. 2006. Modeling current and historic habitat for Canada lynx (*Lynx canadensis*) in the upper peninsula of Michigan. Thesis, Michigan State University Lansing, Michigan, USA.

Linden, D. W., H. Campa, G. J. Roloff, D. E. Beyer, and K. F. Millenbah. 2011. Modeling habitat potential for Canada

Rvsd Plan - 00004301ited  110

lynx in Michigan. Wildlife Society Bulletin 35:20–26.

Litvaitis, J. A. 1984. Bobcat movements in relation to prey density. Dissertation, University of Maine, Orono, Maine, USA.

Litvaitis, J. A. 1992. Niche relations between coyotes and sympatric Carnivora. Pages 73-85 in A. H. Boer, editor. Ecology and management of the eastern coyote. University of New Brunswick Wildlife Research Unit, Fredericton, New Brunswick, Canada.

Litvaitis, J. A. and D. J. Harrison. 1989. Bobcat-coyote niche relationships during a period of coyote population increase. Canadian Journal of Zoology 67:1180–1188.

Litvaitis, J. A., D. Kingman, Jr., J. Lanier, and E. Orff. 1991. Status of lynx in New Hampshire. Transactions of the Northeast Section of The Wildlife Society 48:70–75.

Litvaitis, J. A., J. A. Sherbourne, and J. A. Bissonette. 1985. Influence of understory characteristics on snowshoe hare habitat use and density. Journal of Wildlife Management 49:866–873.

Litvaitis, J. A., J. A. Sherbourne, and J. A. Bissonette. 1986. Bobcat habitat use and home range size in relation to prey density. Journal of Wildlife Management 50:110-117.

Long, R. A., T. M. Donovan, P. MacKay, W. J. Zielinski, and J. S. Buzas. 2007. Effectiveness of scat detection dogs for detecting forest carnivores. Journal of Wildlife Management 71:2007–2017.

Lorimer, C. G. and A. S. White. 2003. Scale and frequency of natural disturbances in the northeastern U.S.: implications for early successional forest habitats and regional age distributions. Forest Ecology and Management 185:41-64.

Losensky, J. B. 1993. Historical vegetation in Region One by climatic section, draft revision 2. Unpublished report, USDA Forest Service, Northern Region. Missoula, Montana, USA.

Luttich, S., D. H. Rusch, E. C. Meslow, and L. B. Keith. 1970. Ecology of red-tailed hawk predation in Alberta. Ecology 51:190–203.

Major, A. R. 1989. Lynx, *Lynx canadensis canadensis* (Kerr) predation patterns and habitat use in the Yukon Territory, Canada. Thesis, State University of New York, Syracuse, New York, USA.

Major, J. T. and J. A. Sherburne. 1987. Interspecific relationships of coyotes, bobcats and foxes in western Maine. Journal of Wildlife Management 51:606–616.

Malaney, J. L. and J. K. Frey. 2006. Summer habitat use by snowshoe hare and mountain cottontail at their southern zone of sympatry. Journal of Wildlife Management 70:877–883.

Maletzke, B. T. 2004. Winter habitat selection of lynx (*Lynx canadensis*) in northern Washington. Thesis, Washington State University, Pullman, Washington, USA.

Maletzke, B. T., G. M. Koehler, R .B. Wielgus, and K .B. Aubry. 2008. Habitat conditions associated with lynx hunting behavior during winter in Northern Washington. Journal of Wildlife Management 72:1473–1478.

Malloy, J. C. 2000. Snowshoe hare, *Lepus americanus*, fecal pellet fluctuations in western Montana. Canadian Field-Naturalist 114:409–412.

Marshall, W. H. 1946. Winter food habits of the pine marten in Montana. Journal of Mammalogy 27:83–84.

McCann, N. P. 2006. Using pellet counts to predict snowshoe hare density, snowshoe hare habitat-use, and Canada lynx habitat-use in Minnesota. Thesis, University of Minnesota, Duluth, Minnesota, USA.

McCann, N. P. and R. A. Moen. 2011. Mapping potential core areas for lynx (*Lynx canadensis*) using pellet counts from snowshoe hares (*Lepus americanus*) and satellite imagery. Canadian Journal of Zoology 89:509–516.

McCann, N. P., R. A. Moen, and G. J. Niemi. 2008. Using pellet counts to estimate snowshoe hare numbers in Minnesota. Journal of Wildlife Management 72: 955–958.

McCord, C. M. and J. E. Cardoza. 1982. Bobcat and lynx. Pages 728–766 in Chapman, J. A. and G. A. Feldhamer, editors. Wild Mammals of North America. Johns Hopkins University Press, Baltimore, Maryland, USA.

McIntyre, C. L. and L. G. Adams. 1999. Reproductive characteristics of migratory golden eagles in Denali National Park, Alaska. Condor 101:115-123.

McKelvey, K. S., K. B. Aubry, J. K. Agee, S. W. Buskirk, L. F. Ruggiero, and G. M. Koehler. 2000a. Lynx conservation in an ecosystem management context. Pages 419–441 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler,

Rvsd Plan - 00004302

C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., K. B. Aubry, and Y. K. Ortega. 2000*b*. History and distribution of lynx in the contiguous United States. Pages 207–264 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., S. W. Buskirk, and C. J. Krebs. 2000*c*. Theoretical insights into the population viability of lynx. Pages 21–37 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKelvey, K. S., J. J. Claar, G. W. McDaniel, and G. Hanvey. 1999. National lynx detection protocol. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana, USA.

McKelvey, K. S., J. P. Copeland, M. K. Schwartz, J. S. Littell, K. B. Aubry, J. R. Squires, S. A. Parks, M. M. Elsner, and G. S. Mauger. 2011. Climate change predicted to shift wolverine distributions, connectivity, and dispersal corridors. Ecological Applications 21(8):2882-2897.

McKelvey, K.S., J. Kienast, K. B. Aubry, G. M. Koehler, B. T. Maletzke, J. R. Squires, E. L. Lindquist, S. Loch, and M. K. Schwartz. 2006: DNA analysis of hair and scat collected along snow tracks to document the presence of Canada lynx. Wildlife Society Bulletin 34: 451-455.

McKelvey, K. S., G. W. McDaniel, L. S. Mills, and P. C. Griffin. 2002. Effects of plot size and shape on pellet density estimates for snowshoe hares. Wildlife Society Bulletin 30(3):751–755.

McKelvey, K. S., Y. K. Ortega, G. M. Koehler, K. B. Aubry, and J. D. Brittell. 2000*d*. Canada lynx habitat and topographic use patterns in north central Washington: a reanalysis. Pages 307–336 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

McKenzie, D., Z. Gedalof, D. L. Peterson, and P. Mote. 2004. Climatic change, wildfire, and conservation. Conservation Biology 18:890–902.

McNab, W. H. and P. E. Avers (comps.). 1994. Ecological subregions of the United States: Section descriptions. Admin. Publication WO-WSA-5. USDA Forest Service, Washington, D.C. 267 pp.

McNab, W. H., D. T. Cleland, J.A. Freeouf, J. E. Keys, Jr., G. J. Nowacki, and C. A Carpenter, compilers. 2005. Description of ecological subregions: sections of the conterminous United States [CD-ROM]. Washington, DC: U.S. Department of Agriculture, Forest Service. 80 p.

Meaney, C. and G. P. Beauvais. 2004. Species Assessment for Canada Lynx (*Lynx canadensis*) in Wyoming. USDI Bureau of Land Management, Cheyenne, Wyoming, USA.

Mech, L. D. 1973. Canadian lynx invasion of Minnesota. Biological Conservation 5:151–152.

Mech, L. D. 1980. Age, sex, reproduction, and spatial organization of lynxes colonizing northeastern Minnesota. Journal of Mammalogy 61:261–267.

Meng, H. 1959. Food habits of nesting Cooper's hawks and goshawks in New York and Pennsylvania. Wilson Bulletin 71:169–174.

Meslow, E. C. and L. B. Keith. 1968. Demographic parameters of a snowshoe hare population. Journal of Wildlife Management 32:812–834.

Miller, M.A. 2005. Snowshoe hare habitat relationships in successional stages of spruce-fir, lodgepole pine, and aspen cover types in northwest Colorado. Thesis, Colorado State University, Fort Collins, Colorado, USA.

Miller, G. S. and J. R. Kellogg.1955. List of North American recent mammals. U. S. National Museum Bulletin. 205. 954 pp.

Mills, L. S, P. G. Griffin, K. E. Hodges, K. S. McKelvey, L. F. Ruggiero, C. Henderson, and T. Ulizio. 2005. Pellet count indices compared to mark-recapture estimates for evaluating snowshoe hare density. Journal of Wildlife Management 69:1053–1062.

Ministère de l'Environement et de la Faune. 1995. Plan de gestion du lynx du Canada au Québec 1995 : Objectifs de gestion et stratégie d'exploitation. Ministère de l'Environement et de la Faune du Québec.

Ministry of Forests, Lands, and Natural Resource Operations. 2012. 2012–2014 hunting and trapping regulation synopsis-complete. Ministry of Forests, Lands, and Natural Resource Operations, Victoria, British Columbia, Canada.

Minnesota Department of Natural Resources. 2006. Canada lynx sightings in Minnesota (March 2000 – November 14, 2006). Unpublished report. http://www.dnr.state.mn.us/eco/nhnrp/research/lynx_sightings.html Accessed August 2013.

Moen, R. 2009. Canada Lynx in the Great Lakes Region 2008 Annual Report. NRRI Technical Report No.NRRI/TR-2009-06, Release 1.0, 1-34.

Moen, R. and C. L. Burdett. 2009. Den sites of radiocollared Canada lynx in Minnesota 2004-2007. NRRI Technical Report No. NRRI/TR-2009/07.

Moen, R., C. L. Burdett, and G. J. Niemi. 2008. Movement and habitat use of Canada lynx during denning in Minnesota. Journal of Wildlife Management 72:1507–1513.

Moen, R., G. Niemi, J. Palakovich and C. L. Burdett. 2006. Snowtrack surveys for Canada lynx presence in Minnesota west of Highway 53. 2005 Annual Report to Minnesota Department of Natural Resources. NRRI Technical Report No. NRRI/TR-2006-17. 29 pp.

Moen, R., J. M. Rasmussen, C. L. Burdett, and K. M. Pelican. 2010a. Hematology, serum chemistry, and body mass of free-ranging and captive Canada lynx in Minnesota. Journal of Wildlife Diseases 46:13-22.

Moen, R., L. Terwilliger, A. R. Dohmen, and S. C. Catton. 2010b. Habitat and road use by Canada lynx making long-distance movements. Natural Resource Research Institute, NRRI TR-2010/02 University of Minnesota, Duluth, USA. http://www.nrri.umn.edu/lynx/publications/Moen_etal_NRRI_TR_2010_02.pdf Accessed August 2013.

Moen, R. A., S.K. Windels, B. Hansen. 2012. Suitability of Voyageurs National Park as Canada lynx habitat. Natural Areas Journal 32(4):348-355.

Monthey, R. W. 1986. Responses of snowshoe hares, *Lepus americanus*, to timber harvesting in northern Maine. Canadian Field-Naturalist 100:568–570.

More, G. 1976. Some winter food habits of lynx (*Felis lynx*) in the southern Mackenzie District, Northwest Territories. Canadian Field-Naturalist 90:499–500.

Morgan, P., S. C. Bunting, A. E. Black, T. Merrill, and S. Barrett. 1998. Past and present fire regimes in the Interior Columbia River Basin. In K. Close and R. A. Bartlette, editors. Fire management under fire (adapting to change), Proceedings for the 1994 Interior West Fire Council meeting and program; 1994 November 1–4; Coeur d'Alene, ID. International Association of Wildland Fire, Fairfield, Washington, USA.

Mowat, G., K. G. Poole, and M. O'Donoghue. 2000. Ecology of lynx in northern Canada and Alaska. Pages 265–306 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Mowat, G. and B. G. Slough. 1998. Some observations on the natural history and behaviour of the Canada lynx, *Lynx canadensis*. Canadian Field Naturalist 112:32–36.

Mowat, G. and B. G. Slough. 2003. Habitat preference of Canada lynx through a cycle in snowshoe hare abundance. Journal of Zoology 81:1736–1745.

Mowat, G., B. G. Slough, and S. Boutin. 1996. Lynx recruitment during a snowshoe hare population peak and decline in southwest Yukon. Journal of Wildlife Management 60:441–452.

Mowat, G. G. B. Slough, and R. Rivard. 1994. A comparison of three live capturing devices for lynx: capture efficiency and injuries. Wildlife Society Bulletin 22:644-650.

Murray, D. L. 2000. A geographic analysis of snowshoe hare population demography. Canadian Journal of Zoology 78:1207–1217.

Murray, D.L. 2003. Snowshoe hare and other hares. Pages 147–175 in Feldhamer, G.A. and B. Thompson, editors. Wild mammals of North America. Vol. II. Johns Hopkins University Press, Baltimore, Maryland, USA.

Murray, D. L. and S. Boutin. 1991. The influence of snow on lynx and coyote movements: does morphology affect be-

Rvsd Plan - 00004304

havior? Oecologia. 88:463–469.

Murray, D. L., S. Boutin, and M. O'Donoghue. 1994. Winter habitat selection by lynx and coyotes in relation to snowshoe hare abundance. Canadian Journal of Zoology 72:1444–1451.

Murray, D. L., S. Boutin, M. O'Donoghue, and V. O. Nams. 1995. Hunting behavior of sympatric felid and canid in relation to vegetative cover. Animal Behavior 50:1203–1210.

Murray, D. L., J. R. Cary and L. B. Keith. 1997. Interactive effects of sublethal nematodes and nutritional status on snowshoe hare vulnerability to predation. Journal of Animal Ecology 66:250–264.

Murray, D. L., Roth, J. D., Ellsworth E., Wirsing, A. J., and Steury, T. D. 2002. Estimating low-density snowshoe hare populations using fecal pellet counts. Canadian Journal of Zoology 80:771-781.

Murray, D. L., T. D. Steury, and J. D. Roth. 2008. Assessment of Canada Lynx research and conservation needs in the southern range: another kick at the cat. Journal of Wildlife Management 72:1463–1472.

Nagorsen, D. W. 1985. A morphometric study of geographic variation in the snowshoe hare (*Lepus americanus*). Canadian Journal of Zoology 63:567–579.

Nellis, C. H., S. P. Wetmore, and L. B. Keith.1972. Lynx-prey interactions in central Alberta. Journal of Wildlife Management 36:320–329.

Newbury, T. L. and N. P. P. Simon. 2005. The effects of clearcutting on snowshoe hare (*Lepus americanus*) relative abundance in central Labrador. Forest Ecology and Management 210:131–142.

Nybakk, K., M. Kjorstad, K. Overskaug, T. Kvam, J. D. C. Linnell, R. Andersen, and F. Bernsten. 1996. Experiences with live-capture and radio collaring of lynx Lynx lynx in Norway. Fauna Norv. Ser. A. 17:17-26.

Obbard, M.E. 1987. Red squirrel. Pages 264-281 in M. Novak, J.A. Baker, M.E. Obbard, and B. Malloch, eds. Wild furbearer management and conservation in North America. Ontario Trappers Association, North Bay.

O'Donoghue, M. 1994. Early survival of juvenile snowshoe hares. Ecology 75:1582–1592.

O'Donoghue, M. 1997. Responses of coyotes and lynx to the snowshoe hare cycle. Dissertation, University of British Columbia. Vancouver, British Columbia, Canada.

O'Donoghue, M., S. Boutin, C. J. Krebs, and E. J. Hofer. 1997. Numerical responses of coyotes and lynx to the snowshoe hare cycle. Oikos 74:115–121.

O'Donoghue, M., S. Boutin, C. J. Krebs, G. Zuleta, D. L. Murray, and E. J. Hofer. 1998. Functional responses of coyotes and lynx to the snowshoe hare cycle. Ecology 79:1193–1208.

O'Donoghue, M., S. Boutin, D. L. Murray, C. J. Krebs, E. J. Hofer, U. R. S. Breitenmoser, C. Breitenmoser-Wuersten, G. Zuleta, C. Doyle, and V. O. Nams. 2001. Coyotes and Lynx. Pages 275–316 in Krebs, C. J., S. Boutin, and R. Boonstra, Ecosystem Dynamics of the Boreal Forest: The Kluane Project, Oxford University Press, New York, New York, USA.

O'Donoghue, M. and C. J. Krebs. 1992. Effects of supplemental food on snowshoe hare reproduction and juvenile growth at a cyclic population peak. Journal of Animal Ecology 61:631–641.

Obbard, M. E. 1987. Red squirrel. Pages 264-281 in M. Novak, J. A. Baker, M. E. Obbard and B. Malloch, editors. Wild furbearer management and conservation in North America. Ontario Trappers Association, North Bay, Canada.

Oldemeyer, J. L. 1983. Browse production and its use by moose and snowshoe hares at the Kenai Moose Research Center, Alaska. Journal of Wildlife Management 47:486–496.

Ollinger, S. V., C. L. Goodale, K. Hayhoe, and J. P. Henkins. 2008. Potential effects of climate change and rising $CO_2$ on ecosystem processes in northeastern US forests. Mitigation and Adaptations Strategies for Global Change 13:467-485.

Oliver, C. D. 1980. Forest development in North America following major disturbances. Forest Ecology and Management 3:153–168.

Oliver, C.D. and B.C. Larson. 1996. Forest Stand Dynamics. John Wiley and Sons, Inc. 520 pp.

Olsen, G. H., R. G. Linscombe, V. L. Wright, and R. A. Holmes. 1988. Reducing injuries to terrestrial furbearers using padded foothold traps. Wildlife Society Bulletin 16:303–307.

Olson, L. E., J. R. Squires, N. J. DeCesare and J. A. Kolbe. 2011. Den use and activity patterns in female Canada lynx

(*Lynx canadensis*) in the Northern Rocky Mountains. Northwest Science 85:455–462.

Oosting, H. J. 1956. The study of plant communities. W. H. Freeman and Co., San Francisco, California, USA.

Organ, J. F., J. H. Vashon, J. E. McDonald, Jr., A. D. Vashon, S, M, Crowley, W. J. Jakubas, G. J. Matula, Jr., and A. L. Meehan. 2008. Within-stand selection of Canada lynx natal dens in Northwest Maine, USA. Journal of Wildlife Management 72:1514–1517.

Ozoga, J. J. and E. M. Harger. 1966. Winter activities and feeding habits of northern Michigan coyotes. Journal of Wildlife Management 30:809–818.

Parker, G. R. 1981. Winter habitat use and hunting activities of lynx (*Lynx canadensis*) on Cape Breton Island, Nova Scotia. Pages 221-248 in J. A. Chapman and D. Pursley, editors. Proceedings Worldwide Furbearer Conference, August 3–11, 1980. Frostburg, Maryland, USA.

Parker, G. R. 1984. Use of spruce plantations by snowshoe hare in New Brunswick. Forestry Chronicle 60:162–166.

Parker, G. R. 1986. The importance of cover on use of conifer plantations by snowshoe hares in northern New Brunswick. Forestry Chronicle 62:159–163.

Parker, G. R., J. W. Maxwell, L. D. Morton, and G. E. J. Smith. 1983. The ecology of the lynx (*Lynx canadensis*) on Cape Breton Island. Canadian Journal of Zoology 61:770–786.

Parmesan, C. 2006. Ecological and evolutionary responses to recent climate change. Annual Review of Ecology, Evolution, and Systematics 37:637–669.

Pastor, J. and D. J. Mladenoff. 1992. The southern boreal-northern hardwood forest border. Pages 216-240 in H. H. Shugart, R. Leemans, and G.B. Bonan, editors. A systems analysis of the global boreal forest. Cambridge Univ. Press, Cambridge, England.

Patton, G. 2006. Idaho Snow track survey, winter 2006. Unpublished report. Idaho Dept. of Fish and Game. 31 pp.

Pauls, R. W. 1978. Behavioural strategies relevant to the energy economy of the red squirrel (*Tamiasciurus hudsonicus*). Canadian Journal of Zoology 56:1519–1525.

Pease, J. L., R. H. Vowles, and L. B. Keith.1979. Interaction of snowshoe hares and woody vegetation. Journal of Wildlife Management 43:43–60.

Pehrson, A. 1983. Digestibility and retention of food components in caged mountain hares *Lepus timidus* during the winter. Ecography 6:395–403.

Pennak, R. 1963. Ecological and radiocarbon correlations in some Colorado mountain lake and bog deposits. Ecology 44:1–15.

Peterson, R. L. 1966. The mammals of eastern Canada. Oxford University Press, Toronto, Ontario, Canada.

Pfister, R. D., B. L. Kovalchik, S. F. Arno, and R. C. Presby. 1977. Forest habitat types of Montana. USDA Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT-34. Ogden, Utah, USA.

Pietz, P. J. and J. R. Tester. 1983. Habitat selection by snowshoe hares in north central Minnesota. Journal of Wildlife Management 47(3):686-696.

Poole, K. G.1994. Characteristics of an unharvested lynx population during a snowshoe hare decline. Journal of Wildlife Management 58:608–618.

Poole, K. G. 1997. Dispersal patterns of lynx in the Northwest Territories. Journal of Wildlife Management 61:497–505.

Poole, K.G. and R. P. Graf. 1996. Winter diet of marten during a snowshoe hare decline. Canadian Journal of Zoology 74:456–466.

Poole, K. G., L. A. Wakelyn, and P. N. Nicklen. 1996. Habitat selection by lynx in the Northwest Territories. Canadian Journal of Zoology 74:845–850.

Poszig, D., C.D. Apps, A. Dibb. 2004. Predation on two mule deer, *Odocoileus hemionus*, by a Canada lynx, *Lynx canadensis* in the southern Canadian Rocky Mountains. Canadian Field-Naturalist 118:191–194.

Potvin, F., L. Breton, and R. Courtois. 2005. Response of beaver, moose, and snowshoe hare to clear-cutting in a Quebec boreal forest: a reassessment 10 years after cut. Canadian Journal of Forestry Resources 35:151–160.

Rvsd Plan - 00004306

Powell, D. C., C. G. Johnson, Jr., E. A. Crowe, A. Wells, and D. K. Swanson. 2007. Potential vegetation hierarchy for the Blue Mountains Section of northeastern Oregon, southeastern Washington, and west-central Idaho. Pacific Northwest Research Station, General Technical Report PNW-GTR-709, Portland, Oregon, USA.

Prasad, A. M., L. R. Iverson, S. Matthews, and M. Peters. 2007. A climate change atlas for 134 forest tree species of the eastern U.S., Delaware, OH. USDA Forest Service, Northern Research Station.

Pruitt, Q. O., Jr., and C. V. Lucier. 1958. Winter activity of red squirrels in interior Alaska. Journal of Mammalogy 39:443–444.

Quick, H. F. 1955. Food habits of marten (*Martes americana*) in northern British Columbia, Canadian Field-Naturalist 69:144–147.

Quigley, T. M., R. Haynes, R. W. Graham, and T. Russell, technical editors. 1996. Integrated scientific assessment for ecosystem management in the interior Columbia basin and portions of the Klamath and Great Basins. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-382. Portland, Oregon, USA.

Quinn, N. W. S. and G. Parker. 1987. Lynx. Pages 683–694 in Novak, N. and M. Obbard editors. Wild furbearer management and conservation in North America. Ministry of Natural Resources, Toronto, Ontario, Canada.

Quinn, N. W. S. and J. E. Thompson. 1987. Dynamics of an exploited Canada lynx population in Ontario. Journal of Wildlife Management 51:297–305.

Radwan, M. A. and D. L. Campbell. 1968. Snowshoe hare preference of spotted catsear flowers in western Washington. Journal of Wildlife Management 32:104–108.

Raffa, K. F., B. K. Aukema, B. J. Bentz, A. L. Carroll, J. A. Hicke, M. G. Turner, and W. H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. BioScience 58:501-517.

Raine, R. M. 1987. Winter food habits and foraging behaviour of fishers (*Martes pennanti*) and martens (*Martes americana*) in southeastern Manitoba. Canadian Journal of Zoology 65:745–747.

Ranta, E., V. Kaitala, and P. Lundberg. 1997. The spatial dimension in population fluctuations. Science 278:1621–1623.

Rausch, R. A. and A. M. Pearson. 1972. Notes on the wolverine in Alaska and the Yukon Territory. Journal of Wildlife Management 36:249–268.

Ray, J. C., J. E. Organ, and M. S. O'Brien. 2002. Canada lynx (*Lynx canadensis*) in the northern Appalachians: current knowledge, research priorities, and a call for regional cooperation and action. Report of a meeting held in Portland, Maine April, 2002. Wildlife Conservation Society, Toronto, Ontario, Canada. http://carnivorecology.free.fr/pdf/WCSlynx.pdf Accessed August 2013.

Reichard, T. A. 1976. Spring food habits and feeding behavior of fox squirrels and red squirrels. American Midland Naturalist 96:443–450.

Robinson, L. 2006. Ecological relationships among partial harvesting, vegetation, snowshoe hares, and Canada lynx in Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

Rodgers, A. R. and A. R. E. Sinclair. 1997. Diet choice and nutrition of captive snowshoe hares (*Lepus americanus*): Interactions of energy, protein, and plant secondary compounds. Ecoscience 4:163–169.

Rogowitz, G. L. 1988. Forage quality and use of reforested habitats by snowshoe hares. Canadian Journal of Zoology 66:2080–2083.

Rohner, C. and C. J. Krebs. 1996. Owl predation on snowshoe hares: consequences of antipredator behavior. Oecologia 108(2):303–310.

Root, T. L., J. T. Price, K. R. Hall, S. H. Schneider, C. Rosenzweig, and J. A. Pounds. 2003. Fingerprints of global warming on wild animals and plants. Nature 421:57–60.

Rosenzweig, C., G. Casassa, D.J. Karoly, A. Imeson, C. Liu, A. Menzel, S. Rawlins, T.L. Root, B. Seguin, and P. Tryjanowski. 2007. Assessment of observed changes and responses in natural and managed systems. Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J.

van der Linden and C.E. Hanson, editors. Cambridge University Press, Cambridge, UK, 79-131. http://www.ipcc.ch/pdf/assessment-report/ar4/wg2/ar4-wg2-chapter1.pdf Accessed August 2013.

Roth, J. D., J. D. Marshall, D. L. Murray, D. M. Nickerson, and T. D. Steury. 2007. Geographical gradients in diet affect population dynamics of Canada lynx. Ecology. 88:2736–2743.

Rothwell, R. 1979. Nest sites of red squirrels (*Tamiasciurus hudsonicus*) in the Laramie Range of southeastern Wyoming. Journal of Mammalogy 60:404–405.

Route, B., S.K. Windels, and J. Schaberl. 2009. Status of Canada lynx in Voyageurs National Park, Minnesota, 2000-2004. NPS/GLKN/NRTR 172, 1-27. National Park Service, Natural Resources, Fort Collins, CO.

Row, J. R., C. Gomez, E. L. Koen, J. Bowman, D. L. Murray, and P. J. Wilson. 2012. Dispersal promotes high gene flow among Canada lynx populations across mainland North America. Conservation Genetics 13:1259-1268.

Rowe, J. S. 1972. Forest regions of Canada. Canadian Forestry Service, Publication 1300, Ottawa, Canada.

Royama. T.1992. Analytical population dynamics. Chapman and Hall Publishing Company, London, United Kingdom.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication Number R1-00-53, Missoula, Montana, USA.

Rueness, E. K., N. C. Stenseth, M. O'Donoghue, S. Boutin, H. Ellegren, and K. S. Jakobsen. 2003. Ecological and genetic spatial structuring in the Canadian lynx. Nature 425:69-72.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, techical editors. 2000a. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, USA.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. 2000b. The scientific basis for lynx conservation: qualified insights. Pages 443–454 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Rusch, D. A. and W. G. Reeder. 1978. Population ecology of Alberta red squirrels. Ecology 59:400–420.

Rusch, D. H., E. C. Meslow, P. D. Doerr, and L. B. Keith. 1972. Response of great horned owl populations to changing prey densities. Journal of Wildlife Management 36:282–296.

Saunders, J. K., Jr. 1963a. Food habits of the lynx in Newfoundland. Journal of Wildlife Management 27:384–390.

Saunders, J. K., Jr. 1963b. Movements and activities of the lynx in Newfoundland. Journal of Wildlife Management 2:390 –400.

Schauffler, M. and G. L. Jacobson. 2002. Persistence of coastal spruce refugia during the Holocene in northern New England, USA, detected by stand-scale pollen stratigraphies. Journal of Ecology 90:235–250.

Schmitz, O. J., E. Post, C. E. Burns, and K. M. Johnston. 2003. Ecosystem responses to global climate change: moving beyond color mapping. BioScience 53:1199–1205.

Schoennaagel, T., T. T. Veblen, and W. H. Romme. 2004. The interaction of fires, fuels, and climate across Rocky Mountain forests. BioScience 54:661–676.

Schwartz, M. K., L. S. Mills, K. S. McKelvey, L. F. Ruggiero, and F. W. Allendorf. 2002. DNA reveals high dispersal synchronizing the population dynamics of Canada lynx. Nature 415:520–522.

Schwartz, M. K., L. S. Mills, Y. Ortega, L. F. Ruggiero, and F. W. Allendorf. 2003. Landscape location affects genetic variation of Canada lynx (*Lynx canadensis*). Molecular Ecology 12:1807-1816.

Schwartz, M. K., K. L. Pilgrim, K. S. McKelvey, E. L. Linquist, J. J. Claar, S. Loch, L. F. Ruggiero. 2004. Hybridization between Canada lynx and bobcats: genetic results and management implications. Conservation Genetics 5:349–355.

Scott, D. P. and R., H. Yahner. 1989. Winter habitat and browse use by snowshoe hares, *Lepus americanus*, in a marginal habitat in Pennsylvania. Canadian Field-Naturalist 103:560–563.

Scott, S. A. 2009. Spatio-temporal dynamics of snowshoe hare density and relationships to Canada lynx occurrence in northern Maine. M. S. Thesis, University of Maine, Orono, Maine, USA.

Rvsd Plan - 00004308

Seccombe-Hett, P. and R. Turkington. 2008. Summer diet selection of snowshoe hares: a test of nutritional hypotheses. Oikos 117:1874–1884.

Seton, E. T. 1910. Life-histories of northern animals. Vol. 1. Grass-eaters. Constable and Company, London, United Kingdom.

Severaid, J. H. 1945. Pelage changes in the snowshoe hare (*Lepus americanus strutopus* Bangs). Journal of Mammalogy 26 (1):41-63.

Seymour, R. S. 1992. The red spruce-balsam fir forest of Maine: evolution of silvicultural practice in response to stand development, patterns and disturbances. Pages 217-244 in the Ecology and Silviculture of Mixed-Species Forests: A Festschrift for David M. Smith. Kelly, M. J., B. C. Larson, and C. D. Oliver, editors. Kluver Academic Publishers, Netherlands.

Seymour, R. S. and M. L. Hunter Jr. 1992. New forestry in eastern spruce-fir forests: principles and applications in Maine. Maine Agricultural and Forest Experiment Station. University of Maine. Miscellaneous Publication 716. Orono, Maine, USA.

Seymour, R. S., A. S. White and P. G. DeMaynadier. 2002. Natural disturbance regimes in northeastern North America – evaluating silvicultural systems using natural scales and frequencies. Forest Ecology and Management 155:357-367.

Shenk, T. M. 2006. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2005–June 30, 2006. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/0506LynxResearchReport.pdf Accessed August 2013.

Shenk, T. M. 2007. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2006–June 30, 2007. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/ShenkFinal2006-07AnnualReportsecure.pdf Accessed August 2013.

Shenk, T. M. 2008. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1, 2007–June 30, 2008. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/LynxAnnualReport2007-08.pdf Accessed August 2013.

Shenk, T. M. 2009. Wildlife research report: post release monitoring of lynx (*Lynx canadensis*) reintroduced to Colorado. July 1 2008–August 31, 2009. Colorado Division of Wildlife. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/WildlifeSpecies/SpeciesOfConcern/Lynx/Reports/LynxAnnualReport2008-2009.pdf Accessed August 2013.

Sherriff, M.J., C.J. Krebs, R. Boonstra. 2009. The sensitive hare: sublethal effects of predator stress on reproduction in snowshoe hares. Journal of Animal Ecology 78:1249–1258.

Sievert, P. R. and L. B. Keith. 1985. Survival of snowshoe hares at a geographic range boundary. Journal of Wildlife Management 49:854–866.

Simons, E. M. 2009. Influences of past and future forest management on the spatiotemporal dynamics of habitat supply for Canada lynx and American martens in northern Maine. Ph.D. dissertation, University of Maine, Orono, Maine USA.

Simons-Legaard, E. M., D. J. Harrison, W. B. Krohn, and J. H. Vashon. 2013. Canada lynx occurrence and forest management in the Acadian forest. Journal of Wildlife Management 77:567–578.

Sinclair, A. R. E., J. M. Gosline, G. Holdsworth, C. J. Krebs, S. Boutin, J. N. M. Smith, R. Boonstra, and M. Dale. 1993. Can the solar cycle and climate synchronize the snowshoe hare cycle in Canada? Evidence from tree rings and ice cores. The American Naturalist 141:173–198.

Sinclair, A. R. E, C. J. Krebs, J. N. M. Smith, and S. Boutin. 1988. Population biology of snowshoe hares. III. Nutrition, plant secondary compounds and food limitation. Journal of Animal Ecology 57:787–806.

Singleton, P. H., W. L. Gaines, and J. F. Lehmkuhl. 2002. Landscape permeability for large carnivores in Washington: a

geographic information system weighted-distance and least-cost corridor assessment. USDA Forest Service, Pacific Northwest Research Station, General Technical Report PNW-GTR-549. Portland, Oregon, USA.

Slough, B. G. 1999. Characteristics of Canada lynx, *Lynx canadensis*, maternal dens and denning habitat. Canadian Field-Naturalist 113:605–608.

Slough, B. G. and G. Mowat. 1996. Lynx population dynamics in an untrapped refugium. Journal of Wildlife Management 60:946–961.

Smith, C. C. 1968*a*. The adaptive nature of social organization in the genus of three squirrels *Tamiasciurus*. Ecological Monographs 38:31–63.

Smith, C.H. 1983. Spatial trends in Canadian snowshoe hare, *Lepus americanus*, population cycles. Canadian Field-Naturalist 97:151–160.

Smith, D. S. 1984. Habitat use, home range, and movements of bobcats in western Montana. Thesis, University of Montana, Missoula, Montana, USA.

Smith, J. K. and W. C. Fischer. 1997. Fire ecology of the forest habitat types of northern Idaho. USDA Forest Service, Intermountain Research Station, General Technical Report INT-GTR-363. Ogden, Utah, USA.

Smith, J. N. M., C. J. Krebs, A. R. E. Sinclair, and R. Boonstra. 1988. Population biology of snowshoe hares. II. Interactions with winter food plants. Journal of Animal Ecology 57:269–286.

Smith, M. C. 1968*b*. Red squirrel responses to spruce cone failure in interior Alaska. Journal of Wildlife Management 32:305–317.

Soutiere, E. C. 1979. Effects of timber harvesting on marten in Maine. Journal of Wildlife Management 43:850–860.

Sprugel, D. G. 1976. Dynamic structure of wave-regenerated *Abies balsamea* forests in the North-eastern United States. Journal of Ecology 64:889-911.

Squires, J. R., N. J. Decesare, J. A. Kolbe, and L. F. Ruggiero. 2008. Hierarchical den selection of Canada lynx in western Montana. Journal of Wildlife Management 72:1497–1506.

Squires, J. R., N. J. DeCesare, J. A. Kolbe, and L. F. Ruggiero. 2010. Seasonal resource selection of Canada lynx in managed forests of the Northern Rocky Mountains. Journal of Wildlife Management 74:1648–1660.

Squires, J. R., N. J. DeCesare, L. E. Olson, J. A. Kolbe, M. Hebblewhite, and S. A. Parks. 2013. Combining resource selection and movement behavior to predict corridors for Canada lynx at their southern range periphery. Biological Conservation 157:187–195.

Squires, J. R., DeCesare, N. J., Tomson, S., Oakleaf, B., and L. F. Ruggiero. 2003. Distribution of lynx and other forest carnivores in the Wyoming Range, southcentral Wyoming: Final Report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana, USA.

Squires, J. R. and T. Laurion. 2000. Lynx home range and movements in Montana and Wyoming: preliminary results. Pages 337-349 in L. F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, editors. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado, USA.

Squires, J. R., K. S. McKelvey, and L. F. Ruggiero. 2004. A snow-tracking protocol used to delineate local lynx, *Lynx canadensis*, distributions. Canadian Field-Natualist 118:583–589.

Squires, J. R. and R. Oakleaf. 2005. Movements of a male Canada lynx crossing the Greater Yellowstone Area, including highways. Northwest Science. 79:196–201.

Squires, J. R, L. E. Olson, D. L. Turner, N. J. DeCesare, and J. A. Kolbe. 2012. Estimating detection probability for Canada lynx *Lynx canadensis* using snow-track surveys in the northern Rocky Mountains, Montana, USA. Wildlife Biology 18:215–224.

Squires, J. R. and L. F. Ruggiero. 2007. Winter prey selection of Canada lynx in northwestern Montana. Journal of Wildlife Management 71:310–315.

Staples, W. R. 1995. Lynx and coyote diet and habitat relationships during a low hare population on the Kenai Peninsula, Alaska. Thesis, University of Alaska, Fairbanks, Alaska, USA.

Steele, R., R. D. Pfister, R. A. Ryker, and J. A. Kittams. 1981. Forest habitat types of central Idaho. USDA Forest Ser-

Rvsd Plan - 00004310

vice, Intermountain Forest and Ranger Experiment Station, General Technical Report INT-114. Ogden, Utah, USA.

Stefan, C. I. 1998. Reproduction and pre-weaning survival in a cyclic population of snowshoe hares. Thesis, University of British Columbia, Vancouver, Canada.

Stefan, C. I. and C. J. Krebs. 2001. Reproductive changes in a cyclic population of snowshoe hares. Canadian Journal of Zoology 79:2101–2108.

Stenseth, N. C. 1995. Snowshoe hare populations: squeezed from below and above. Science 269:1061–1062.

Stenseth, N. C., K. Chan, H. Tong, R. Boonstra, S. Boutin, C. J. Krebs, E. Post, M. O'Donoghue, N. G. Yoccoz, M. C. Forchhammer, and J. W. Hurrell. 1999. Common dynamic structure of Canada lynx populations within three climatic regions. Science 285:1071–1073.

Stenseth, N. C., D. Ehrich, E. K. Rueness, O. C. Lingjaerde, K. Chan, S. Boutin, M. O'Donoghue, D. A. Robinson, H. Viljugrein, and K. S. Jakobsen. 2004. The effect of climatic forcing on population synchrony and genetic structuring of the Canadian lynx. Proceedings National Academy of Sciences 101:6056–6061.

Stenseth, N. C., W. Falck, O. N. Bjørnstad, and C. J. Krebs. 1997. Population regulation in snowshoe hare and Canadian lynx: Asymmetric food web configurations between hare and lynx. Proceedings National Academy of Sciences 94:5147–5152.

Stephenson, R. O. 1984. The relationship of fire history to furbearer populations and harvest. Final Report, Federal Aid in Wildlife Restoration, Project W-22-2, Job 7.13R Alaska Dept. of Fish and Game, Juneau, Alaska, USA.

Steury, T. D. and D. L. Murray. 2004. Modeling the reintroduction of lynx to the southern portion of its range. Biological Conservation 117:127–141.

Stinson, D. W. 2001. Washington state recovery plan for the lynx. Washington Department of Fish and Wildlife, Olympia, Washington. 78 pp. + 5 maps. http://wdfw.wa.gov/publications/00394/ Accessed August 2013.

Strohm, S. and R. Tyson. 2009. The effects of habitat fragmentation on cyclic population dynamics: a numerical study. Bulletin of Mathematical Biology 71:1323–1348.

Sullivan, T. P. and R. A. Moses. 1986. Red squirrel populations in natural and managed stands of lodgepole pine. Journal of Wildlife Management 50:595–601.

Sullivan, T. P. and D. S. Sullivan. 1982. Barking damage by snowshoe hares and red squirrels in lodgepole pine stands in central British Columbia. Canadian Journal of Forest Research 12:443–448.

Sullivan, T. P. and D. S. Sullivan. 1983. Use of index lines and damage assessments to estimate population densities of snowshoe hares. Canadian Journal of Zoology 61:163–167.

Sullivan, T. P. and D. S. Sullivan. 1988. Influence of stand thinning on snowshoe hare population dynamics and feeding damage in lodgepole pine forest. Journal of Applied Ecology 25:791–805.

Sullivan, T. P., D. S. Sullivan, P. MF Lindgren, and D. B. Ransome. 2006. Influence of repeated fertilization on forest ecosystems: relative habitat use by snowshoe hares (*Lepus americanus*). Canadian Journal of Forest Resources 36:2080–2089.

Tang, G. and B. Beckage. 2010. Protecting the distribution of forests in New England in response to climate change. Diversity and Distributions 16:144-158.

Taylor, S. W. and A. L. Carroll. 2004. Disturbance, forest age, and mountain pine beetle outbreak dynamics in BC: A historical perspective. Pages 41–56 in T. L. Shore, J. E. Brooks, and J. E. Stone, editors. Mountain pine beetle symposium: challenges and solutions. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Information Report BC-X-399, Victoria, British Columbia, Canada.

Telfer, E. S.1972. Browse selection by deer and hares. Journal of Wildlife Management 36:1344–1349.

Telfer, E. S.1974. Vertical distribution of cervid and snowshoe hare browsing. Journal of Wildlife Management 38:944–946.

Terwilliger, L. A. and R. Moen. 2012. Canada lynx (*Lynx canadensis*) in Minnesota: road use and movements within home range. NRRI Technical Report No. NRRI/TR-2012/31 Release 1.0.

Theobald, D. M. and T. M. Shenk. 2011. Areas of high habitat use from 1999-2010 for radio-collared Canada lynx rein-

troduced to Colorado. Unpublished report. Colorado Parks and Wildlife. 19 pp. http://wildlife.state.co.us/SiteCollectionDocuments/DOW/Research/Mammals/Publications/LynxHabitatUseMapReport.pdf Accessed August 2013.

Thibault, I. and J. P. Ouellet. 2005. Hunting behaviour of eastern coyotes in relation to vegetation cover, snow conditions, and hare distribution. Ecoscience 12:466–475.

Thomas, J. A., J. G. Hallett, and M. A. O'Connell. 1997. Habitat use by snowshoe hares in managed landscapes of northeastern Washington. Unpublished report. Washington Department of Fish and Wildlife, Olympia, Washington and USDA Forest Service, Colville, Washington, USA.

Tumlison, R. 1987. *Felis lynx*. Mammalian Species 269:1–8.

Ulizio, T. J. Squires and J. Claar. 2007. Nez Perce National Forest 2007 Lynx Surveys Final Report. Unpublished report. 5 pp.

USDA Forest Service. 2008. Southern Rockies Lynx Amendment Final Environmental Impact Statement and Record of Decision. http://www.fs.fed.us/r2/projects/lynx/documents/index.shtml Accessed August 2013.

USDA Forest Service. 2009. Preliminary assessment of environmental attributes necessary to support a viable lynx population on National Forest System Lands in Northern New Mexico for LCAS revision. Unpublished internal report, March 10, 2009. Southwestern Region, Albuquerque, NM.

USDA Forest Service. 2010. The Okanogan-Wenatchee National Forest restoration strategy: adaptive ecosystem management to restore landscape resiliency, 2010 Final Version. Okanogan-Wenatchee National Forest, Wenatchee, Washington, USA.

USDA Forest Service. 2011. Western bark beetle strategy: human safety, recovery and resiliency. Unpublished report. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5337222.pdf Accessed August 2013.

U.S. Fish and Wildlife Service. 2001. Formal ten-year Biological Opinion on the effects of the CITES export program for Appendix-II Furbearer Species on the contiguous United States Distinct Population Segment of the Canada Lynx. Washington, D.C. 19 pp.

U.S. Fish and Wildlife Service. 2005. Recovery outline: contiguous United States Distinct Population Segment of Canada lynx. U.S. Fish and Wildlife Service Region 6, Montana Field Office, Helena, Montana, USA. http://www.fws.gov/mountain-prairie/species/mammals/lynx/final%20lynx%20RecoveryOutline9-05.pdf Accessed August 2013.

U.S. Fish and Wildlife Service. 2011. Environmental assessment for issuance of a 10(a)(1)(B) permit for the incidental take of the Canada lynx (*Lynx canadensis*). Maine Field Office, Orono, Maine, USA.

U.S. Fish and Wildlife Service. 2012. Canada lynx (*Lynx canadensis*) incidental take in Minnesota. Unpublished database, Bloomington, Minnesota. Accessed September 5, 2012.

Vahle, J. R. and D. R. Patton. 1983. Red squirrel cover requirements in Arizona mixed conifer forests. Journal of Forestry 81:14–15, 22.

van Zyll de Jong, C. G. 1966. Food habits of the lynx in Alberta and the Mackenzie District, Northwest Territories. Canadian Field-Naturalist 80:18–23.

Vashon, J., S. McLellan, S. Crowley, A. Meehan, and K. Laustsen. 2012. Canada lynx assessment. Maine Department of Inland Fish and Wildlife, Research and Assessment Section, Bangor, ME.

Vashon, J. H., A. L. Meehan, W. J. Jakubas, J. F. Organ, A. D. Vashon, C. R. McLaughlin, G. J. Matula, Jr., and S. M. Crowley. 2008*a*. Spatial ecology of a Canada lynx population in northern Maine. Journal of Wildlife Management 72:1479–1487.

Vashon, J. H., A. L. Meehan, J. F. Organ, W. J. Jakubas, C. R. McLaughlin, A. D. Vashon, and S. M. Crowley. 2008*b*. Diurnal habitat relationships of Canada lynx in an intensively managed private forest landscape in northern Maine. Journal of Wildlife Management 72:1488–1496.

Veblen, T. T, K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reed, and R. Villalba. 1998. Disturbance regimes and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125–135.

von Kienast, J.A. 2003. Winter habitat selection and food habits of lynx on the Okanogan Plateau, Washington. Thesis, University of Washington, Seattle, Washington, USA.

Rvsd Plan - 00004312

Walker, C. J. 2005. Influences of landscape structure on snowshoe hare populations in fragmented forests. Thesis, University of Montana. Missoula, Montana, USA.

Walker, E. P. 1968. Mammals of the world. 2 vols. Johns Hopkins University Press, 2nd edition. Baltimore, Maryland, USA.

Walski, T. W. and W. W. Mautz. 1977. Nutritional evaluation of three winter browse species of snowshoe hares. Journal of Wildlife Management 41:144–147.

Ward, R. P. M. and C. J. Krebs. 1985. Behavioural responses of lynx to declining snowshoe hare abundance. Canadian Journal of Zoology 63:2817-2824.

Westerling A. L., H. G. Hidalgo, D. R. Cayan, T.W. Swetnam. 2006. Warming and earlier spring increase western U.S. wildfire activity. Science 313: 940–943.

Whitlock, C. 2004. Land management: forests, fires, and climate. Nature. 432:28–29.

Wild, M.A., T.M. Shenk, and T.R. Spraker. 2006. Plague as a mortality factor in Canada lynx (*Lynx canadensis*) reintroduced to Colorado. Journal of Wildlife Diseases. 42:646–650.

Williams, A. B. 1936. The composition and dynamics of a beech-maple climax community. Ecological Monographs 6:317–408.

Williams, C. K. and T. R. Lillybridge.1983. Forested plant associations of the Okanogan National Forest. USDA, Forest Service, Pacific Northwest Region. R6-Ecol-132b-1983, Portland, Oregon, USA.

Williams, C. K., Kelley, B. F., Smith, B. G., and T. R. Lillybridge.1995. Forested plant associations of the Colville National Forest. USDA Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-360, Portland, Oregon, USA.

Windberg, L. A. and L. B. Keith. 1976. Experimental analyses of dispersal in snowshoe hare populations. Canadian Journal of Zoology 54:2061–2081.

Wirsing, A.J. and D.L. Murray. 2002. Patterns in consumption of woody plants by snowshoe hares in the northwestern United States. Ecoscience 9:440–449.

Wirsing, A. J., T. D. Steury, and D. L. Murray. 2002. A demographic analysis of a southern snowshoe hare population in a fragmented habitat: evaluating the refugium model. Canadian Journal of Zoology 80:169-177.

Wolff, J. O. 1978. Food habits of snowshoe hares in interior Alaska. Journal of Wildlife Management 42:148–153.

Wolff, J. O. 1980. The role of habitat patchiness in the population dynamics of snowshoe hares. Ecological Monographs 50:111–130.

Wolff, J.O. 1981. Refugia, dispersal, predation and geographic variation in snowshoe hare cycles. in K. Meyers and C.D. MacInnes, editors. Proceedings of the International Lagomorph Conference, Guelph, Ontario, Canada.

Wolfe, M. L., N. V. Debyle, C. S. Winchell, and T. R. McCabe. 1982. Snowshoe hare cover relationships in northern Utah. Journal of Wildlife Management 46:662–670.

Wrigley, R. E. 1969. Ecological notes on the mammals of southern Quebec. Canadian Field-Naturalist 83:201-211.

Yahner, R. H. 1980. Burrow system use by red squirrels. American Midland Naturalist 103:409–411.

Zahratka, J. L. 2004. The population and habitat ecology of snowshoe hares (*Lepus americanus*) in the southern Rocky Mountains. Thesis, University of Wyoming, Laramie, Wyoming, USA.

Zahratka, J. L. and T. M. Shenk. 2008. Population estimates of snowshoe hares in the Southern Rocky Mountains. Journal of Wildlife Management 72:906–912.

Zimmer, J. P. 2004. Winter habitat use and diet of snowshoe hares in the Gardiner, Montana area. Thesis, Montana State University. Bozeman, Montana, USA.

Zimmer, J. P., D. B. Tyers, and L. R. Irby. 2008. Winter snowshoe hare habitat use within a silviculturally impacted area. Intermountain Journal of Sciences 14:40–50.

Zirul, D. L. 1970. Ecology of a northern population of the red squirrel *Tamiasciurus hudsonicus preblei* (Howell). Thesis, University of Alberta, Edmonton, Canada.

## Glossary

**Boreal forest** – Homogeneous arboreal stands, dominated by conifers during later stages of succession, and by arboreal members of the birch and willow families in early succession (Agee 2000). The arctic tundra defines the northern border of boreal forest, but the southern border is less clear. Here we use the term boreal forest to include the transition into subalpine forests in the western part of the continent, mixed-coniferous-deciduous forests in the mid-continent, and mixed-coniferous and deciduous temperate forests of the Acadian forest region in the northeastern part of the continent.

**Canopy cover** (canopy closure) – The percentage of ground surface that is shaded by the live foliage of plants as seen from above. This measurement or estimate is used to describe how open or dense a stand of trees is.

**Carr** – Deciduous woodland or shrubland occurring on permanently wet, organic soil.

**Clearcut** – A regeneration tree harvest method that cuts and removes all merchantable trees in a single step, except for certain trees or snags retained for wildlife use.

**Coarse woody debris** – Any piece(s) of dead woody material, e.g., dead boles, limbs, and large root masses on the ground or in streams.

**Competition** – An interaction that occurs when 2 or more individuals make demands of the same resources that are in short supply. Exploitation competition occurs when 1 species uses common resources in a manner that reduces the fitness of the other species, for example by causing starvation or reduced reproductive success. Interference competition occurs when 1 species, almost invariably the species with larger body size, acts aggressively toward another, denying it access to a resource.

**Composition (of forest vegetation)** – The proportion of each tree species in a stand, expressed as a percentage of the total number, basal area, or volume of all tree species in the stand.

**Conservation measures** – Recommendations to alleviate or reduce the adverse effects of anthropogenic influences on lynx or lynx habitat.

**Core area** – Areas with the strongest long-term evidence of the persistence of lynx populations over time within the contiguous United States, as identified in the Canada Lynx Recovery Outline.

**Cover type** – The present vegetation composition of an area, described by the dominant plant species.

**Crepuscular** – Active during the twilight hours of early morning or early evening.

**Critical habitat** – Specific areas legally designated by the Secretary of the Interior within the area occupied by Canada lynx at the time they were listed under the Endangered Species Act that contain the physical or biological features that are essential to the conservation of the species and may require special management considerations or protection.

**Cumulative effects** – Effects on lynx or lynx habitat that result from the incremental impact of the proposed action when added to other past, present, and/or reasonably foreseeable future actions. Cumulative effects can be significant even when direct and indirect effects are minor.

**Denning habitat** – The environment lynx use when giving birth and rearing kittens until they are mobile. The most common component is large amounts of coarse woody debris to provide escape and thermal cover for kittens. Denning habitat may occur within mature and old growth forests, young regenerating forests, or areas where down trees are jack-strawed. Denning habitat must be located within daily travel distance of an adult female lynx (typical distance is 5-10 km [3-6 mi]) to snowshoe hare habitat.

**Depauperate** – Lacking in numbers, biomass or diversity of species.

Rvsd Plan - 00004314

**Designated over-the-snow routes and designated snowmobile play areas** – Areas managed under permit or agreement or by the agency, where use is encouraged, either by on-the-ground marking or by publication in brochures, recreation opportunity guides or maps (other than travel maps), or in electronic media produced or approved by the agency. The routes identified in outfitter and guide permits are designated by definition; groomed routes also are designated by definition. This definition does not apply to permitted ski areas.

**Developed recreation** – Recreational activities requiring facilities that result in concentrated use. For example, skiing requires lifts, parking lots, buildings, and roads; campgrounds require roads, picnic tables, and toilet facilities.

**Dispersal** – Movement of an individual away from its parent or an existing population to establish a home range.

**Disturbance** – Events that alter the structure, composition, or function of terrestrial or aquatic habitats. Natural disturbances include drought, floods, wind, fires, wildlife grazing, and insects and pathogens. Human-caused disturbances include actions such as timber harvest, livestock grazing, road construction, and the introduction of exotic species.

**Ecological processes** – The flow and cycling of energy, materials, and organisms through an ecosystem.

**Ecological restoration** – Management practices to reestablish sustainable and resilient vegetation communities.

**Endangered Species Act** – A law passed in 1973, and subsequently amended, for the purposes of conserving the ecosystems upon which endangered species and threatened species depend, and providing a program for the conservation of such species.

**Facultative predator** – Capable of exploiting more than one type of prey by changing its behavior.

**Fire suppression** – Any act taken to slow, stop, or extinguish a fire.

**Fire regime** – A characterization of the combination of fire frequency and fire severity under which plant communities evolved and were maintained.

**Foraging habitat (for lynx)** – Habitat that supports the primary prey (snowshoe hare) of lynx and has the vegetation structure suitable for lynx to capture prey. These conditions may occur in early successional stands following some type of disturbance, or in older forests with a substantial understory of shrubs and young conifer trees. Coarse woody debris, especially in early successional stages (created by harvest regeneration units and large fires), provides important cover for snowshoe hares and other prey.

**Forb** – A broad-leaved, herbaceous plant other than grasses, sedges, and rushes.

**Forest and backcountry roads** – Roads that are generally not paved with vehicle speeds typically less than 35 miles per hour. The surface can be gravel or natural materials.

**Forest cover type** – A description of the composition and structure of an area, focusing primarily on the dominant overstory tree species.

**Four-season resort** – Recreational facility on national forest land, permitted to operate during more than one season of the year. Resorts with either a winter or summer emphasis may be authorized to allow facilities to remain open to allow additional recreation use during other seasons.

**Fragmentation (of habitat)** – Human-caused alterations of natural landscape patterns that result in a reduction of the total area of habitat, increased isolation of habitat patches, and impaired ability of wildlife to effectively move between those patches of habitat. Depending on the cause, fragmentation of habitat may be temporary or permanent.

**Fuels treatment** – A type of vegetation management that reduces the threat of ignition, fire intensity, or rate of

ary  124

spread, and is used to restore fire-adapted ecosystems.

**Geographic Area (for lynx)** – A broad area that contains ecological conditions that may support lynx and snowshoe hares. The geographic areas identified for lynx are the Northeast, Great Lakes, Northern Rocky Mountains, Southern Rocky Mountains, and Cascade Mountains, which have uniquely different forest ecosystems, management histories, and current lynx population status.

**Habitat** – The complete suite of biotic and abiotic components of the environment where an animal lives.

**Habitat connectivity (for lynx)** – Vegetation cover in sufficient quantity and arrangement to facilitate lynx movements. Connectivity may be affected by human developments.

**Highway** – All roads that are part of the National Highway System (23 CFR 470.107(b)).

**Historical range of variability** – The condition of vegetation at some reference point in the past.

**Home range** – The area used by an individual, either during the entire calendar year or seasonally, in its normal activities of foraging, mating, and rearing of young. Female home ranges typically do not overlap, but female offspring may establish a home range in part of her mother's.

**Horizontal cover** – The visual obscurity provided by vegetation that extends to the ground or snow surface, primarily provided by tree stems and tree boughs, but may also be provided by shrubs, herbaceous vegetation, and landscape topography.

**Incidental trapping or snaring** – Capture of non-target species. Lynx are susceptible to being captured in traps or snares intended for other species such as wolverine, coyote, fox, fisher, American marten, bobcat, and wolf.

**Infrastructure** – Facilities, utilities, and transportation systems required to meet public and administrative needs.

**Irruption** – A drastic and rapid increase in the density of a population.

**Landscape** – A specific geographic area with characteristic traits, patterns, and structure, including its biological composition, its physical environment, and its anthropogenic or social patterns.

**Linkage areas** – Areas that facilitate movements of lynx beyond their home range, such as dispersal, breeding season movements or exploratory movements. Linkage areas may incorporate topographic features that tend to funnel animal movements and may encompass areas of non-lynx habitat.

**Long bed** – A site where a lynx lays in the snow for an extended period, characterized by having an iced surface. May also be referred to as a long-duration bed.

**Lynx Analysis Unit (LAU)** – Landscape units that approximate the size of a female lynx annual home range (appropriate to the Geographic Area) and encompass all seasonal habitats. These may also contain areas of non-lynx habitat, such as open meadows, especially in mountainous regions. An LAU is a unit for which the effects of a project would be analyzed; its boundaries should remain constant.

**Lynx habitat** – Boreal forest with gentle rolling topography, dense horizontal cover, deep snow, and moderate to high (>0.5 hares/ha [0.2 hares/ac]) snowshoe hare densities. In the northeastern United States, lynx habitat includes coniferous and mixed-coniferous/deciduous forests dominated by white, black, and red spruce, balsam fir, pine, northern white cedar, hemlock, sugar maple, aspen, and paper birch. In Minnesota, lynx habitat includes coniferous and mixed-coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, and paper birch. In the western United States, forest cover types dominated by Engelmann spruce, subalpine fir and lodgepole pine provide habitat for lynx.

**Lynx habitat in suitable condition** – Areas within the boreal forest providing lynx habitat in all seasons. Forest

Rvsd Plan - 00004316

stands may be in various ages or structural stages (i.e., young saplings in stand initiation structural stage, pole-size stands in stem exclusion structural stage, mature multi-story forest) provided that, following a stand-replacing disturbance or treatment that reduced the dense horizontal cover required by snowshoe hares, trees have grown tall enough and dense enough to protrude above the snow and provide food and cover for snowshoe hares and lynx in winter.

**Lynx habitat currently in unsuitable condition** – Areas within the boreal forest that are in the early stand initia-tion stage (typically less 30 years old) or have been silviculturally treated to remove cover, in which the vegeta-tion has not developed sufficiently to support snowshoe hare populations during all seasons. Stand-replacing fire, insect epidemics or wind events can create stand initiation structural stage. Vegetation management projects that may create unsuitable conditions for a period of time include clearcuts, seed tree harvest, precommercial thin-ning, or understory removal.

**Matrix** – Matrix (e.g., hardwood forest, dry forest, non-forest) occurs between patches of boreal forest in close juxta-position (at the scale of a lynx home range) such that lynx are likely to travel through matrix while accessing patches of boreal forest within a home range.

**Mature multi-story forest** – A structural stage characterized by understory reinitiation, resulting in several age clas-ses and vegetation layers. Fallen trees may be present, creating gaps in the overstory canopy. In lynx habitat, these stands typically have high horizontal cover from young understory trees and lower limbs of mature trees that reach the ground or snow level.

**Mid-seral stage** – A successional stage in a plant community that is the midpoint in the progression from bare ground to climax. In riparian areas, willows or other shrubs have become established and have grown to protrude above the snow.

**Monitoring** – Systematic sampling, testing or collection of information on a regular or ongoing basis.

**Mosaic** – A dynamic, heterogeneous pattern of vegetation and other habitat elements within a given area, such as a LAU.

**Patch** – An area of uniform vegetation that differs from what surrounds it in structure and composition.

**Peripheral areas** – Areas where the majority of historical lynx records are sporadic and generally correspond to pe-riods following cyclic lynx population highs in Canada. There is no evidence of long-term presence or reproduc-tion that might indicate colonization or sustained use of these areas by lynx.

**Plant succession** – A relatively predictable process by which a series of different plant communities, and their associ-ated animals and microbes, successively occupy and replace each other over time in a particular ecosystem or landscape location following a disturbance event.

**Potential vegetation type** – The community of plants that would become established if all successional sequences were completed, without interference by humans, under existing environmental conditions at the site including soils, topography, and climate. Potential vegetation types are typically named by using one or more species from the dominant (overstory) vegetation layer and one or more indicator plants from the subordinate (undergrowth) layer (e.g., subalpine fir/grouse huckleberry or ABLA/VASC).

**Precommercial thinning** – A management technique that does not yield trees of commercial value, usually designed to reduce stem density to promote the growth of the more desirable trees.

**Recovery outline** – An interim strategy to guide recovery efforts and inform the critical habitat designation process until a draft recovery plan has been completed. Recovery outlines are intended primarily for internal FWS use.

**Red squirrel habitat** – Coniferous forests of seed and cone-producing age that usually contain snags and downed woody debris, generally mature or older forests.

**Regeneration harvest** – The cutting of trees and creating an entire new age class; an even-age harvest. The major methods are clearcutting, seed tree, shelterwood, and group selection cuts.

**Riparian area** – Area with distinctive soil and vegetation between a stream or other body of water and the adjacent upland; includes wetlands and those portions of floodplains and valley bottoms that support riparian vegetation.

**Salvage harvest** – Removal of dead trees or trees being damaged or dying due to injurious agents other than competition, in order to recover value that would otherwise be lost. Collecting firewood for personal use is not considered salvage harvest.

**Secondary areas** – Areas with historical records of lynx presence but with no record of reproduction; or areas with historical records and no recent surveys to document the presence of lynx or reproduction.

**Self-sustaining population** – A population that remains viable without human intervention.

**Sinuosity** – A statistical measurement of movement paths that are curved or crooked.

**Ski area** – A site and attendant facilities expressly developed to accommodate alpine or Nordic skiing. Operation of Nordic and alpine ski areas for up to 40 years and encompassing such acreage as the Forest Officer determines sufficient and appropriate is authorized by the National Ski Area Permit Act of 1986.

**Skid trail** – A linear feature in a forest environment resulting from removing cut trees/logs from the site of cutting to a gathering site.

**Snow compaction** – Human activities, such as travel on designated snowmobile routes, that compress the snow and reduce its penetrability.

**Snow cover** – The area of land that is covered by snow at any given time.

**Snow pack** – The thickness of snow that accumulates on the ground.

**Snow penetrability** – A measure of the resistance of the snow column to compression.

**Snowshoe hare habitat** – Boreal and upper montane forests in North America with cold, moderately deep winter snowpack and dense horizontal cover in the understory. During the winter, hares are restricted to areas where young trees or shrubs grow densely (thousands of woody stems per ha) and are tall enough to protrude above the snow during winter, or where numerous overhanging boughs of mature conifer trees touch the snow surface provide cover and browse. Winter snowshoe hare habitat develops primarily in the later phase (15 to 40 years post-disturbance) of stand initiation structural stage and in multi-story mature and old stands.

**Specialist** – A species that can only thrive in a narrow range of environmental conditions or has a limited diet. The lynx is a specialist predator of snowshoe hare.

**Stand** – A group of trees or other vegetation occupying a specific area and sufficiently uniform in composition, age, spatial arrangement, and conditions as to be distinguishable from the vegetation on adjoining lands.

**Stand initiation structural stage** – Following a stand-replacing disturbance or regeneration timber harvest, a new single-story layer of shrubs, tree seedlings, and saplings establish and develop, reoccupying the site. Trees that need full sun are likely to dominate these even-aged stands. [In the years immediately following the disturbance, tree seedlings are too small to provide food and cover for snowshoe hares and lynx, particularly during the winter (see also the definition for *lynx habitat currently in unsuitable condition*). As time progresses, the trees grow tall and dense enough to provide food and cover for snowshoe hares and lynx during all seasons (see also the definition for *lynx habitat in suitable condition*).]

**Stand-replacing fire** – A fire that kills aboveground parts of the dominant vegetation. Approximately 80 percent or

Rvsd Plan - 00004318

more of the aboveground dominant vegetation is either consumed or dies as a result of fire.

**Stem exclusion structural stage** – A phase of forest development following the typically rapid establishment of an initial cohort of trees, during which new establishment is precluded and competition occurs within the existing cohort for light, nutrients and space.

**Structure (of forest vegetation)** – The horizontal and vertical distribution of plants in a stand, including height, diameter, crown layers, and stems of trees, shrubs, herbaceous understory, snags, and coarse woody debris.

**Structural stage** – A recognizable condition in forest stand development describing the physical size and arrangement (both vertical and horizontal) of trees occupying the site.

**Subnivean habitat** – Habitat that is under the snow surface.

**Topographic relief** – The difference in elevation in a landscape from the lowest point to the highest point. Lynx habitat typically has low topographic relief, described by Squires et al. (2013) as low surface roughness and by Maletzke et al. (2008) as <30° slopes.

**Understory re–initiation structural stage** – Establishment of a new age class of trees after overstory trees begin to die, are removed, or no longer fully occupy their growing space. The stand of trees begins to stratify into vertical layers, with some small shade-tolerant trees in the understory.

**Wildland urban interface (WUI)** – Defined in the Healthy Forests Restoration Act. Basically, the wildland urban interface is the area adjacent to an at-risk community that is identified in the community wildfire protection plan. If there is no community wildfire protection plan in place, the WUI is the area 0.5 mile from the boundary of an at-risk community; or within 1.5 miles of the boundary of an at-risk community if the terrain is steep, or there is a nearby road or ridgetop that could be incorporated into a fuel break, or the land is in condition class 3, or the area contains an emergency exit route needed for safe evacuations. (Condensed from HFRA. For full text see HFRA § 101.)



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Western Colorado Ecological Services Field Office
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
Phone: (970) 243-2778 Fax: (970) 245-6933
http://www.fws.gov/mountain-prairie/es/Colorado/
http://www.fws.gov/platteriver/



In Reply Refer To:                                                                                        July 11, 2018
Consultation Code: 06E24100-2018-SLI-0505
Event Code: 06E24100-2018-E-01025
Project Name: Rio Grande National Forest Plan Revision

Subject:   List of threatened and endangered species that may occur in your proposed project
            location, and/or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as
well as proposed and final designated critical habitat, that may occur within the boundary of your
proposed project and/or may be affected by your proposed project. The species list fulfills the
requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the
Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of
species, changed habitat conditions, or other factors could change this list. Please feel free to
contact us if you need more current information or assistance regarding the potential impacts to
federally proposed, listed, and candidate species and federally designated and proposed critical
habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the
Act, the accuracy of this species list should be verified after 90 days. This verification can be
completed formally or informally as desired. The Service recommends that verification be
completed by visiting the ECOS-IPaC website at regular intervals during project planning and
implementation for updates to species lists and information. An updated list may be requested
through the ECOS-IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the
ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the
Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to
utilize their authorities to carry out programs for the conservation of threatened and endangered
species and to determine whether projects may affect threatened and endangered species and/or
designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2) (c)). For projects other than major construction activities, the Service suggests that a biological evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

http://www.fws.gov/endangered/esa-library/pdf/TOC-GLOS.PDF

Please be aware that bald and golden eagles are protected under the Bald and Golden Eagle Protection Act (16 U.S.C. 668 *et seq.*), and projects affecting these species may require development of an eagle conservation plan (http://www.fws.gov/windenergy/ eagle_guidance.html). Additionally, wind energy projects should follow the wind energy guidelines (http://www.fws.gov/windenergy/) for minimizing impacts to migratory birds and bats.

Guidance for minimizing impacts to migratory birds for projects including communications towers (e.g., cellular, digital television, radio, and emergency broadcast) can be found at: http:// www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/towers.htm; http:// www.towerkill.com; and http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/ comtow.html.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Tracking Number in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Migratory Birds
- Wetlands

# Official Species List

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Western Colorado Ecological Services Field Office**
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
(970) 243-2778

This project's location is within the jurisdiction of multiple offices. Expect additional species list documents from the following offices, and expect that the species and critical habitats in each document reflect only those that fall in the office's jurisdiction:

**Colorado Ecological Services Field Office**
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
(303) 236-4773

**New Mexico Ecological Services Field Office**
2105 Osuna Road Ne
Albuquerque, NM 87113-1001
(505) 346-2525

# Project Summary

Consultation Code:   06E24100-2018-SLI-0505

Event Code:          06E24100-2018-E-01025

Project Name:        Rio Grande National Forest Plan Revision

Project Type:        ** OTHER **

Project Description: Plan revision update under the 2012 planning rule. This iteration uses a
                     shape file for the Forest to get a more accurate list of occurrences.

Project Location:
     Approximate location of the project can be viewed in Google Maps: https://
     www.google.com/maps/place/37.704039900000026N107.04466975831235W



Counties:   Alamosa, CO | Archuleta, CO | Chaffee, CO | Conejos, CO | Costilla, CO | Custer,
            CO | Fremont, CO | Hinsdale, CO | Huerfano, CO | Mineral, CO | Rio Grande, CO |
            Saguache, CO | San Juan, CO | Rio Arriba, NM

# Endangered Species Act Species

There is a total of 11 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species. Note that 4 of these species should be considered only under certain conditions.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## Mammals

| NAME | STATUS |
| --- | --- |
| Canada Lynx *Lynx canadensis*<br>Population: Wherever Found in Contiguous U.S.<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3652 | Threatened |
| New Mexico Meadow Jumping Mouse *Zapus hudsonius luteus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/7965 | Endangered |
| North American Wolverine *Gulo gulo luscus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/5123 | Proposed Threatened |

## Birds

| NAME | STATUS |
|---|---|
| Mexican Spotted Owl *Strix occidentalis lucida*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/8196 | Threatened |
| Southwestern Willow Flycatcher *Empidonax traillii extimus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6749 | Endangered |
| Yellow-billed Cuckoo *Coccyzus americanus*<br>Population: Western U.S. DPS<br>There is **proposed** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3911 | Threatened |

# Fishes

| NAME | STATUS |
|---|---|
| **Bonytail Chub** *Gila elegans* | Endangered |

    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

    Species profile: https://ecos.fws.gov/ecp/species/1377

| NAME | STATUS |
|---|---|
| **Colorado Pikeminnow (=squawfish)** *Ptychocheilus lucius* | Endangered |

    Population: Wherever found, except where listed as an experimental population
    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

    Species profile: https://ecos.fws.gov/ecp/species/3531

| NAME | STATUS |
|---|---|
| **Humpback Chub** *Gila cypha* | Endangered |

    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

    Species profile: https://ecos.fws.gov/ecp/species/3930

| NAME | STATUS |
|---|---|
| **Razorback Sucker** *Xyrauchen texanus* | Endangered |

    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

    Species profile: https://ecos.fws.gov/ecp/species/530

# Insects

| NAME | STATUS |
|---|---|
| **Uncompahgre Fritillary Butterfly** *Boloria acrocnema* | Endangered |

    No critical habitat has been designated for this species.
    Species profile: https://ecos.fws.gov/ecp/species/4419

# Critical habitats

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

# USFWS National Wildlife Refuge Lands And Fish Hatcheries

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

REFUGE INFORMATION WAS NOT AVAILABLE WHEN THIS SPECIES LIST WAS GENERATED. PLEASE CONTACT THE FIELD OFFICE FOR FURTHER INFORMATION.

# Migratory Birds

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location. To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see exact locations of where birders and the general public have sighted birds in and around your project area, visit the E-bird data mapping tool (Tip: enter your location, desired date range and a species on your list). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list, including how to properly interpret and use your migratory bird report, can be found below.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, click on the PROBABILITY OF PRESENCE SUMMARY at the top of your list to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|------|-----------------|
| Bald Eagle *Haliaeetus leucocephalus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1626 | Breeds Dec 1 to Aug 31 |
| Black Swift *Cypseloides niger* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/8878 | Breeds Jun 15 to Sep 10 |

| NAME | BREEDING SEASON |
|---|---|
| Brewer's Sparrow *Spizella breweri*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9291 | Breeds May 15 to Aug 10 |
| Brown-capped Rosy-finch *Leucosticte australis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Jun 15 to Sep 15 |
| Golden Eagle *Aquila chrysaetos*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/1680 | Breeds Jan 1 to Aug 31 |
| Lewis's Woodpecker *Melanerpes lewis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9408 | Breeds Apr 20 to Sep 30 |
| Long-billed Curlew *Numenius americanus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/5511 | Breeds Apr 1 to Jul 31 |
| Olive-sided Flycatcher *Contopus cooperi*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/3914 | Breeds May 20 to Aug 31 |
| Pinyon Jay *Gymnorhinus cyanocephalus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9420 | Breeds Feb 15 to Jul 15 |
| Rufous Hummingbird *selasphorus rufus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8002 | Breeds elsewhere |
| Veery *Catharus fuscescens salicicola*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds May 15 to Jul 15 |
| Virginia's Warbler *Vermivora virginiae*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9441 | Breeds May 1 to Jul 31 |

07/11/2018                    Event Code: 06E24100-2018-E-01025                                    3

| NAME | BREEDING SEASON |
|------|------|
| Willow Flycatcher *Empidonax traillii*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/3482 | Breeds May 20 to Aug 31 |

# Probability Of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read and understand the FAQ "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

## Probability of Presence (■)

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

## Breeding Season (■)
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

## Survey Effort (|)

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

**No Data (−)**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.



Additional information can be found using the following links:

- Birds of Conservation Concern http://www.fws.gov/birds/management/managed-species/birds-of-conservation-concern.php
- Measures for avoiding and minimizing impacts to birds http://www.fws.gov/birds/management/project-assessment-tools-and-guidance/conservation-measures.php
- Nationwide conservation measures for birds http://www.fws.gov/migratorybirds/pdf/management/nationwidestandardconservationmeasures.pdf

## Migratory Birds FAQ

**Tell me more about conservation measures I can implement to avoid or minimize impacts to migratory birds.**

Nationwide Conservation Measures describes measures that can help avoid and minimize impacts to all birds at any location year round. Implementation of these measures is particularly important when birds are most likely to occur in the project area. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is a very helpful impact minimization measure. To see when birds are most likely to occur and be breeding in your project area, view the Probability of Presence Summary. Additional measures and/or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

**What does IPaC use to generate the migratory birds potentially occurring in my specified location?**

The Migratory Bird Resource List is comprised of USFWS Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) which your project intersects, and that have been identified as warranting special attention because they are a BCC species in that area, an eagle (Eagle Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, please visit the E-bird Explore Data Tool.

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?**

The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets .

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

### How do I know if a bird is breeding, wintering, migrating or present year-round in my project area?

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating or year-round), you may refer to the following resources: The Cornell Lab of Ornithology All About Birds Bird Guide, or (if you are unsuccessful in locating the bird of interest there), the Cornell Lab of Ornithology Neotropical Birds guide. If a bird on your migratory bird species list has a breeding season associated with it, if that bird does occur in your project area, there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

### What are the levels of concern for migratory birds?

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);
2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continental USA; and
3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Eagle Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

Although it is important to try to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially eagles and BCC species of rangewide concern. For more information on conservation measures you can implement to help avoid and minimize migratory bird impacts and requirements for eagles, please see the FAQs for these topics.

### Details about birds that are potentially affected by offshore projects

For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical

Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

Bird tracking data can also provide additional details about occurrence and habitat use throughout the year, including migration. Models relying on survey data may not include this information. For additional information on marine bird tracking data, see the Diving Bird Study and the nanotag studies or contact Caleb Spiegel or Pam Loring.

**What if I have eagles on my list?**
If your project has the potential to disturb or kill eagles, you may need to obtain a permit to avoid violating the Eagle Act should such impacts occur.

**Proper Interpretation and Use of Your Migratory Bird Report**
The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To learn more about how your list is generated, and see options for identifying what other birds may be in your project area, please see the FAQ "What does IPaC use to generate the migratory birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of birds within the 10 km grid cell(s) that overlap your project; not your exact project footprint. On the graphs provided, please also look carefully at the survey effort (indicated by the black vertical bar) and for the existence of the "no data" indicator (a red horizontal bar). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar means a lack of data and, therefore, a lack of certainty about presence of the species. This list is not perfect; it is simply a starting point for identifying what birds of concern have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list helps you know what to look for to confirm presence, and helps guide you in knowing when to implement conservation measures to avoid or minimize potential impacts from your project activities, should presence be confirmed. To learn more about conservation measures, visit the FAQ "Tell me about conservation measures I can implement to avoid or minimize impacts to migratory birds" at the bottom of your migratory bird trust resources page.

# Wetlands

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

Due to your project's size, the list below may be incomplete, or the acreages reported may be inaccurate. For a full list, please contact the local U.S. Fish and Wildlife office or visit https://www.fws.gov/wetlands/data/mapper.HTML

FRESHWATER EMERGENT WETLAND
- PEM1B
- PEM1A
- PEM1Ah

FRESHWATER POND
- PABG
- PABFh
- PABGh
- PABFx
- PABGb

Rvsd Plan - 00004335



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Colorado Ecological Services Field Office
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
Phone: (303) 236-4773 Fax: (303) 236-4005
http://www.fws.gov/coloradoES
http://www.fws.gov/platteriver



In Reply Refer To:
Consultation Code: 06E24000-2018-SLI-1268
Event Code: 06E24000-2018-E-03378
Project Name: Rio Grande National Forest Plan Revision

July 11, 2018

Subject: List of threatened and endangered species that may occur in your proposed project location, and/or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as well as proposed and final designated critical habitat, that may occur within the boundary of your proposed project and/or may be affected by your proposed project. The species list fulfills the requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of species, changed habitat conditions, or other factors could change this list. Please feel free to contact us if you need more current information or assistance regarding the potential impacts to federally proposed, listed, and candidate species and federally designated and proposed critical habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the Act, the accuracy of this species list should be verified after 90 days. This verification can be completed formally or informally as desired. The Service recommends that verification be completed by visiting the ECOS-IPaC website at regular intervals during project planning and implementation for updates to species lists and information. An updated list may be requested through the ECOS-IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to utilize their authorities to carry out programs for the conservation of threatened and endangered

species and to determine whether projects may affect threatened and endangered species and/or designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2)(c)). For projects other than major construction activities, the Service suggests that a biological evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

http://www.fws.gov/endangered/esa-library/pdf/TOC-GLOS.PDF

Please be aware that bald and golden eagles are protected under the Bald and Golden Eagle Protection Act (16 U.S.C. 668 *et seq.*), and projects affecting these species may require development of an eagle conservation plan (http://www.fws.gov/windenergy/eagle_guidance.html). Additionally, wind energy projects should follow the wind energy guidelines (http://www.fws.gov/windenergy/) for minimizing impacts to migratory birds and bats.

Guidance for minimizing impacts to migratory birds for projects including communications towers (e.g., cellular, digital television, radio, and emergency broadcast) can be found at: http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/towers.htm; http://www.towerkill.com; and http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/comtow.html.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Tracking Number in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- ▪ Official Species List
- ▪ USFWS National Wildlife Refuges and Fish Hatcheries
- ▪ Migratory Birds
- ▪ Wetlands

Rvsd Plan - 00004338

# Official Species List

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Colorado Ecological Services Field Office**
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
(303) 236-4773

This project's location is within the jurisdiction of multiple offices. Expect additional species list documents from the following offices, and expect that the species and critical habitats in each document reflect only those that fall in the office's jurisdiction:

**New Mexico Ecological Services Field Office**
2105 Osuna Road Ne
Albuquerque, NM 87113-1001
(505) 346-2525

**Western Colorado Ecological Services Field Office**
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
(970) 243-2778

Rvsd Plan - 00004339

# Project Summary

Consultation Code:   06E24000-2018-SLI-1268

Event Code:          06E24000-2018-E-03378

Project Name:        Rio Grande National Forest Plan Revision

Project Type:        ** OTHER **

Project Description: Plan revision update under the 2012 planning rule. This iteration uses a
                     shape file for the Forest to get a more accurate list of occurrences.

Project Location:
     Approximate location of the project can be viewed in Google Maps: https://
     www.google.com/maps/place/37.704039900000026N107.04466975831235W



Counties:  Alamosa, CO | Archuleta, CO | Chaffee, CO | Conejos, CO | Costilla, CO | Custer,
           CO | Fremont, CO | Hinsdale, CO | Huerfano, CO | Mineral, CO | Rio Grande, CO |
           Saguache, CO | San Juan, CO | Rio Arriba, NM

# Endangered Species Act Species

There is a total of 13 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species. Note that 3 of these species should be considered only under certain conditions.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## Mammals

| NAME | STATUS |
|---|---|
| Canada Lynx *Lynx canadensis*<br>Population: Wherever Found in Contiguous U.S.<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3652 | Threatened |
| New Mexico Meadow Jumping Mouse *Zapus hudsonius luteus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/7965 | Endangered |
| North American Wolverine *Gulo gulo luscus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/5123 | Proposed Threatened |

## Birds

| NAME | STATUS |
|------|--------|
| Gunnison Sage-grouse *Centrocercus minimus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6040 | Threatened |
| Mexican Spotted Owl *Strix occidentalis lucida*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/8196 | Threatened |
| Southwestern Willow Flycatcher *Empidonax traillii extimus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6749 | Endangered |
| Yellow-billed Cuckoo *Coccyzus americanus*<br>Population: Western U.S. DPS<br>There is **proposed** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3911 | Threatened |

07/11/2018                    Event Code: 06E24000-2018-E-03378                         5

# Fishes

| NAME | STATUS |
|---|---|
| Bonytail Chub *Gila elegans* | Endangered |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/1377

| Colorado Pikeminnow (=squawfish) *Ptychocheilus lucius* | Endangered |
|---|---|

Population: Wherever found, except where listed as an experimental population
There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/3531

| Greenback Cutthroat Trout *Oncorhynchus clarkii stomias* | Threatened |
|---|---|

No critical habitat has been designated for this species.
Species profile: https://ecos.fws.gov/ecp/species/2775

| Humpback Chub *Gila cypha* | Endangered |
|---|---|

There is **final** critical habitat for this species. Your location is outside the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/3930

| Razorback Sucker *Xyrauchen texanus* | Endangered |
|---|---|

There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/530

# Insects

| NAME | STATUS |
|---|---|
| Uncompahgre Fritillary Butterfly *Boloria acrocnema* | Endangered |

No critical habitat has been designated for this species.
Species profile: https://ecos.fws.gov/ecp/species/4419

# Critical habitats

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

Rvsd Plan - 00004343

# USFWS National Wildlife Refuge Lands And Fish Hatcheries

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

REFUGE INFORMATION WAS NOT AVAILABLE WHEN THIS SPECIES LIST WAS GENERATED. PLEASE CONTACT THE FIELD OFFICE FOR FURTHER INFORMATION.

# Migratory Birds

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location. To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see exact locations of where birders and the general public have sighted birds in and around your project area, visit the E-bird data mapping tool (Tip: enter your location, desired date range and a species on your list). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list, including how to properly interpret and use your migratory bird report, can be found below.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, click on the PROBABILITY OF PRESENCE SUMMARY at the top of your list to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|---|---|
| Bald Eagle *Haliaeetus leucocephalus* This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. https://ecos.fws.gov/ecp/species/1626 | Breeds Dec 1 to Aug 31 |
| Black Swift *Cypseloides niger* This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. https://ecos.fws.gov/ecp/species/8878 | Breeds Jun 15 to Sep 10 |

| NAME | BREEDING SEASON |
|---|---|
| Brewer's Sparrow *Spizella breweri*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9291 | Breeds May 15 to Aug 10 |
| Brown-capped Rosy-finch *Leucosticte australis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Jun 15 to Sep 15 |
| Burrowing Owl *Athene cunicularia*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9737 | Breeds Mar 15 to Aug 31 |
| Golden Eagle *Aquila chrysaetos*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/1680 | Breeds Jan 1 to Aug 31 |
| Gray Vireo *Vireo vicinior*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8680 | Breeds May 10 to Aug 20 |
| Lewis's Woodpecker *Melanerpes lewis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9408 | Breeds Apr 20 to Sep 30 |
| Long-eared Owl *asio otus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/3631 | Breeds Mar 1 to Jul 15 |
| Olive-sided Flycatcher *Contopus cooperi*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/3914 | Breeds May 20 to Aug 31 |
| Pinyon Jay *Gymnorhinus cyanocephalus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9420 | Breeds Feb 15 to Jul 15 |
| Rufous Hummingbird *selasphorus rufus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8002 | Breeds elsewhere |

| NAME | BREEDING SEASON |
|------|-----------------|
| Veery *Catharus fuscescens salicicola*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds May 15 to Jul 15 |
| Virginia's Warbler *Vermivora virginiae*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9441 | Breeds May 1 to Jul 31 |
| Willow Flycatcher *Empidonax traillii*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/3482 | Breeds May 20 to Aug 31 |

# Probability Of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read and understand the FAQ "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season (■)**

Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort (|)**

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

**No Data (−)**

A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**

Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.





Additional information can be found using the following links:

- Birds of Conservation Concern http://www.fws.gov/birds/management/managed-species/birds-of-conservation-concern.php
- Measures for avoiding and minimizing impacts to birds http://www.fws.gov/birds/management/project-assessment-tools-and-guidance/conservation-measures.php
- Nationwide conservation measures for birds http://www.fws.gov/migratorybirds/pdf/management/nationwidestandardconservationmeasures.pdf

## Migratory Birds FAQ

### Tell me more about conservation measures I can implement to avoid or minimize impacts to migratory birds.

Nationwide Conservation Measures describes measures that can help avoid and minimize impacts to all birds at any location year round. Implementation of these measures is particularly important when birds are most likely to occur in the project area. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is a very helpful impact minimization measure. To see when birds are most likely to occur and be breeding in your project area, view the Probability of Presence Summary. Additional measures and/or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

### What does IPaC use to generate the migratory birds potentially occurring in my specified location?

The Migratory Bird Resource List is comprised of USFWS Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) which your project intersects, and that have been identified as

warranting special attention because they are a BCC species in that area, an eagle (Eagle Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, please visit the E-bird Explore Data Tool.

### What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?

The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets .

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

### How do I know if a bird is breeding, wintering, migrating or present year-round in my project area?

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating or year-round), you may refer to the following resources: The Cornell Lab of Ornithology All About Birds Bird Guide, or (if you are unsuccessful in locating the bird of interest there), the Cornell Lab of Ornithology Neotropical Birds guide. If a bird on your migratory bird species list has a breeding season associated with it, if that bird does occur in your project area, there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

### What are the levels of concern for migratory birds?

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);

2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continental USA; and

3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Eagle Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

Although it is important to try to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially eagles and BCC species of rangewide concern. For more information on conservation measures you can

implement to help avoid and minimize migratory bird impacts and requirements for eagles, please see the FAQs for these topics.

### Details about birds that are potentially affected by offshore projects

For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

Bird tracking data can also provide additional details about occurrence and habitat use throughout the year, including migration. Models relying on survey data may not include this information. For additional information on marine bird tracking data, see the Diving Bird Study and the nanotag studies or contact Caleb Spiegel or Pam Loring.

### What if I have eagles on my list?

If your project has the potential to disturb or kill eagles, you may need to obtain a permit to avoid violating the Eagle Act should such impacts occur.

### Proper Interpretation and Use of Your Migratory Bird Report

The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To learn more about how your list is generated, and see options for identifying what other birds may be in your project area, please see the FAQ "What does IPaC use to generate the migratory birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of birds within the 10 km grid cell(s) that overlap your project; not your exact project footprint. On the graphs provided, please also look carefully at the survey effort (indicated by the black vertical bar) and for the existence of the "no data" indicator (a red horizontal bar). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar means a lack of data and, therefore, a lack of certainty about presence of the species. This list is not perfect; it is simply a starting point for identifying what birds of concern have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list helps you know what to look for to confirm presence, and helps guide you in knowing when to implement conservation measures to avoid or minimize potential impacts from your project activities, should presence be confirmed. To learn more about conservation measures, visit the FAQ "Tell me about conservation measures I can implement to avoid or minimize impacts to migratory birds" at the bottom of your migratory bird trust resources page.

# Wetlands

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

Due to your project's size, the list below may be incomplete, or the acreages reported may be inaccurate. For a full list, please contact the local U.S. Fish and Wildlife office or visit https://www.fws.gov/wetlands/data/mapper.HTML

FRESHWATER POND
- PUSCx
- PUSCh
- PABG
- PABFh
- PABGb
- PABFx

RIVERINE
- R5UBH



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
New Mexico Ecological Services Field Office
2105 Osuna Road Ne
Albuquerque, NM 87113-1001
Phone: (505) 346-2525 Fax: (505) 346-2542
http://www.fws.gov/southwest/es/NewMexico/
http://www.fws.gov/southwest/es/ES_Lists_Main2.html



In Reply Refer To:                                                                         July 11, 2018
Consultation Code: 02ENNM00-2018-SLI-1065
Event Code: 02ENNM00-2018-E-02233
Project Name: Rio Grande National Forest Plan Revision

Subject:  List of threatened and endangered species that may occur in your proposed project
location, and/or may be affected by your proposed project

To Whom It May Concern:

Thank you for your recent request for information on federally listed species and important
wildlife habitats that may occur in your project area. The U.S. Fish and Wildlife Service
(Service) has responsibility for certain species of New Mexico wildlife under the Endangered
Species Act (ESA) of 1973 as amended (16 USC 1531 et seq.), the Migratory Bird Treaty Act
(MBTA) as amended (16 USC 701-715), and the Bald and Golden Eagle Protection Act
(BGEPA) as amended (16 USC 668-668c). We are providing the following guidance to assist you
in determining which federally imperiled species may or may not occur within your project area
and to recommend some conservation measures that can be included in your project design.

## FEDERALLY-LISTED SPECIES AND DESIGNATED CRITICAL HABITAT

Attached is a list of endangered, threatened, and proposed species that may occur in your project
area. Your project area may not necessarily include all or any of these species. Under the ESA, it
is the responsibility of the Federal action agency or its designated representative to determine if a
proposed action "may affect" endangered, threatened, or proposed species, or designated critical
habitat, and if so, to consult with the Service further. Similarly, it is the responsibility of the
Federal action agency or project proponent, not the Service, to make "no effect" determinations.
If you determine that your proposed action will have "no effect" on threatened or endangered
species or their respective critical habitat, you do not need to seek concurrence with the Service.
Nevertheless, it is a violation of Federal law to harm or harass any federally-listed threatened or
endangered fish or wildlife species without the appropriate permit.

If you determine that your proposed action may affect federally-listed species, consultation with the Service will be necessary. Through the consultation process, we will analyze information contained in a biological assessment that you provide. If your proposed action is associated with Federal funding or permitting, consultation will occur with the Federal agency under section 7(a)(2) of the ESA. Otherwise, an incidental take permit pursuant to section 10(a)(1)(B) of the ESA (also known as a habitat conservation plan) is necessary to harm or harass federally listed threatened or endangered fish or wildlife species. In either case, there is no mechanism for authorizing incidental take "after-the-fact." For more information regarding formal consultation and HCPs, please see the Service's Consultation Handbook and Habitat Conservation Plans at www.fws.gov/endangered/esa-library/index.html#consultations.

The scope of federally listed species compliance not only includes direct effects, but also any interrelated or interdependent project activities (e.g., equipment staging areas, offsite borrow material areas, or utility relocations) and any indirect or cumulative effects that may occur in the action area. The action area includes all areas to be affected, not merely the immediate area involved in the action. Large projects may have effects outside the immediate area to species not listed here that should be addressed. If your action area has suitable habitat for any of the attached species, we recommend that species-specific surveys be conducted during the flowering season for plants and at the appropriate time for wildlife to evaluate any possible project-related impacts.

**Candidate Species and Other Sensitive Species**

A list of candidate and other sensitive species in your area is also attached. Candidate species and other sensitive species are species that have no legal protection under the ESA, although we recommend that candidate and other sensitive species be included in your surveys and considered for planning purposes. The Service monitors the status of these species. If significant declines occur, these species could potentially be listed. Therefore, actions that may contribute to their decline should be avoided.

Lists of sensitive species including State-listed endangered and threatened species are compiled by New Mexico state agencies. These lists, along with species information, can be found at the following websites:

Biota Information System of New Mexico (BISON-M): www.bison-m.org

New Mexico State Forestry. The New Mexico Endangered Plant Program: www.emnrd.state.nm.us/SFD/ForestMgt/Endangered.html

New Mexico Rare Plant Technical Council, New Mexico Rare Plants: nmrareplants.unm.edu

Natural Heritage New Mexico, online species database: nhnm.unm.edu

**WETLANDS AND FLOODPLAINS**

Under Executive Orders 11988 and 11990, Federal agencies are required to minimize the destruction, loss, or degradation of wetlands and floodplains, and preserve and enhance their natural and beneficial values. These habitats should be conserved through avoidance, or mitigated to ensure that there would be no net loss of wetlands function and value.

We encourage you to use the National Wetland Inventory (NWI) maps in conjunction with ground-truthing to identify wetlands occurring in your project area. The Service's NWI program website, www.fws.gov/wetlands/Data/Mapper.html integrates digital map data with other resource information. We also recommend you contact the U.S. Army Corps of Engineers for permitting requirements under section 404 of the Clean Water Act if your proposed action could impact floodplains or wetlands.

## MIGRATORY BIRDS

The MBTA prohibits the taking of migratory birds, nests, and eggs, except as permitted by the Service's Migratory Bird Office. To minimize the likelihood of adverse impacts to migratory birds, we recommend construction activities occur outside the general bird nesting season from March through August, or that areas proposed for construction during the nesting season be surveyed, and when occupied, avoided until the young have fledged.

We recommend review of Birds of Conservation Concern at website www.fws.gov/migratorybirds/CurrentBirdIssues/Management/BCC.html to fully evaluate the effects to the birds at your site. This list identifies birds that are potentially threatened by disturbance and construction.

## BALD AND GOLDEN EAGLES

The bald eagle (*Haliaeetus leucocephalus*) was delisted under the ESA on August 9, 2007. Both the bald eagle and golden eagle (*Aquila chrysaetos*) are still protected under the MBTA and BGEPA. The BGEPA affords both eagles protection in addition to that provided by the MBTA, in particular, by making it unlawful to "disturb" eagles. Under the BGEPA, the Service may issue limited permits to incidentally "take" eagles (e.g., injury, interfering with normal breeding, feeding, or sheltering behavior nest abandonment). For information on bald and golden eagle management guidelines, we recommend you review information provided at www.fws.gov/midwest/eagle/guidelines/bgepa.html.

On our web site www.fws.gov/southwest/es/NewMexico/SBC_intro.cfm, we have included conservation measures that can minimize impacts to federally listed and other sensitive species. These include measures for communication towers, power line safety for raptors, road and highway improvements, spring developments and livestock watering facilities, wastewater facilities, and trenching operations.

We also suggest you contact the New Mexico Department of Game and Fish, and the New Mexico Energy, Minerals, and Natural Resources Department, Forestry Division for information regarding State fish, wildlife, and plants.

Thank you for your concern for endangered and threatened species and New Mexico's wildlife habitats. We appreciate your efforts to identify and avoid impacts to listed and sensitive species in your project area. For further consultation on your proposed activity, please call 505-346-2525 or email nmesfo@fws.gov and reference your Service Consultation Tracking Number.

Attachment(s):

- Official Species List

# Official Species List

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**New Mexico Ecological Services Field Office**
2105 Osuna Road Ne
Albuquerque, NM 87113-1001
(505) 346-2525

This project's location is within the jurisdiction of multiple offices. Expect additional species list documents from the following offices, and expect that the species and critical habitats in each document reflect only those that fall in the office's jurisdiction:

**Colorado Ecological Services Field Office**
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
(303) 236-4773

**Western Colorado Ecological Services Field Office**
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
(970) 243-2778

# Project Summary

Consultation Code:   02ENNM00-2018-SLI-1065

Event Code:          02ENNM00-2018-E-02233

Project Name:        Rio Grande National Forest Plan Revision

Project Type:        ** OTHER **

Project Description: Plan revision update under the 2012 planning rule. This iteration uses a
                     shape file for the Forest to get a more accurate list of occurrences.

Project Location:
    Approximate location of the project can be viewed in Google Maps: https://
    www.google.com/maps/place/37.704039900000026N107.04466975831235W



Counties:  Alamosa, CO | Archuleta, CO | Chaffee, CO | Conejos, CO | Costilla, CO | Custer,
           CO | Fremont, CO | Hinsdale, CO | Huerfano, CO | Mineral, CO | Rio Grande, CO |
           Saguache, CO | San Juan, CO | Rio Arriba, NM

# Endangered Species Act Species

There is a total of 7 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## Mammals

| NAME | STATUS |
|------|--------|
| Canada Lynx *Lynx canadensis*<br>Population: Wherever Found in Contiguous U.S.<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3652 | Threatened |
| New Mexico Meadow Jumping Mouse *Zapus hudsonius luteus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/7965 | Endangered |

07/11/2018        Event Code: 02ENNM00-2018-E-02233        4

## Birds

| NAME | STATUS |
|------|--------|
| Least Tern *Sterna antillarum*<br>Population: interior pop.<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/8505 | Endangered |
| Mexican Spotted Owl *Strix occidentalis lucida*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/8196 | Threatened |
| Southwestern Willow Flycatcher *Empidonax traillii extimus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6749 | Endangered |
| Yellow-billed Cuckoo *Coccyzus americanus*<br>Population: Western U.S. DPS<br>There is **proposed** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3911 | Threatened |

## Amphibians

| NAME | STATUS |
|------|--------|
| Jemez Mountains Salamander *Plethodon neomexicanus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/4095 | Endangered |

## Critical habitats

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

# Biological Assessment

### for the

# Rio Grande National Forest
# Land Management Plan

### September 28, 2018

Rvsd Plan - 00004361

# Contents

Introduction ........................................................................................................................................... 4
   Action Area ....................................................................................................................................... 4
     Location and Description ................................................................................................................. 4
Forest Plan Components ......................................................................................................................... 6
   Background ......................................................................................................................................... 6
     Plan Components Defined ................................................................................................................ 6
   Project and Activity Consistency with the Forest Plan ...................................................................... 7
Description of the Forest Plan (Preferred Alternative) ......................................................................... 8
Species Considered ............................................................................................................................... 9
   Consultation History .......................................................................................................................... 9
     Species with "No Effects" Determination ...................................................................................... 11
   Species Carried Forward for Analysis .............................................................................................. 12
   Canada lynx (*Lynx canadensis*) ....................................................................................................... 13
     *Status* ............................................................................................................................................. 13
     Environmental Baseline ................................................................................................................ 16
      • Large dead trees are a key component of selected habitat and usually in association with understory. Remaining live trees are important (Squires et al. 2018) ............................................. 21
     Winter Recreation and Snow Compaction .................................................................................... 21
     Environmental Consequences ...................................................................................................... 22
   Southwestern willow flycatcher (*Empidonax trailii extimus*) .......................................................... 40
     Environmental Baseline ................................................................................................................ 40
     Environmental Consequences ...................................................................................................... 42
   Gunnison's sage-grouse (*Centrocercus minimus*) .......................................................................... 44
     Environmental Baseline ................................................................................................................ 44
     Environmental Consequences ...................................................................................................... 45
   Uncompahgre fritillary butterfly (*Boloria acrocnema*) ................................................................... 47
     Environmental Consequences ...................................................................................................... 49
REFERENCES ..................................................................................................................................... 52
Appendix A. Forestwide Direction ...................................................................................................... 59
   Goal 1 ............................................................................................................................................... 59
     Aquatic and Terrestrial Nonnative Invasive Species and Noxious Weeds (NNIS) ....................... 59
     Insects and Disease (INDS) .......................................................................................................... 60
     Range Management (RNG) ........................................................................................................... 61
     Soils (SOIL) .................................................................................................................................. 63
     Vegetation Management (VEG) .................................................................................................... 64
     Wildlife and Plants (WLDF) ......................................................................................................... 71
     Species of Conservation Concern (SCC) ...................................................................................... 75
     Threatened, Endangered, Proposed, and Candidate Species (TEPC) ............................................ 77
   Goal 2 ............................................................................................................................................... 80
     Fisheries (FISH) ........................................................................................................................... 80
     Groundwater-Dependent Ecosystems (GDE) ............................................................................... 82
     Riparian Management Zones (RMZ) ............................................................................................. 83
     Watershed (WA) ........................................................................................................................... 84
   Goal 3 ............................................................................................................................................... 86
     Air Quality (AIR) .......................................................................................................................... 87
     Areas of Tribal Importance (ATI) ................................................................................................. 87
     Congressionally Designated Trails (CDT) .................................................................................... 89
     Cultural Resources (CRT) ............................................................................................................. 92
     Infrastructure (INFR) .................................................................................................................... 94

Rvsd Plan - 00004362

Fire Management (FIRE) ............................................................................................ 96
Lands (LAND) ............................................................................................................ 97
Minerals (MIN) ........................................................................................................... 99
Recreation Management (REC) ................................................................................ 100
Scenery (SCNY) ....................................................................................................... 102
Appendix B. Management Area Specific Direction ........................................................... 103
Management Areas (MA) .......................................................................................... 103
Overlapping Management Area Direction ................................................................. 103
Management Area 1 – Wilderness ............................................................................. 105
Management Specific Management Approaches (MA 1) ........................................... 106
Management Area Specific Standards (MA 1) .......................................................... 107
Management Area Specific Guidelines (MA 1) ........................................................ 107
Management Area Specific Land Suitability (MA 1) ................................................ 108
Management Area 1.1a - Recommended Wilderness ................................................. 108
Management Area Specific Desired Conditions ........................................................ 108
Management Area Specific Standards ....................................................................... 108
Management Area Specific Guidelines ...................................................................... 108
Management Area Specific Land Suitability Determinations .................................... 108
Management Area 3 – Colorado Roadless Areas ...................................................... 109
Management Area 4 ................................................................................................... 111
Management Area 4.1 – Special Designation – Special Interest Areas ..................... 111
Management Area 4.2 – Special Designation – Research Natural Areas ................... 111
Management Area 4.21 – Special Designation – Scenic Byways and Scenic Railroads ................. 112
Management Area 4.34 – Special Designation – Eligible and Suitable Wild, Scenic, and Recreational Rivers ....................................................................................................................... 113
Management Area 4.8 – Ski-based Resorts ............................................................... 116
Management Area 5 – General Forest and Rangelands ............................................. 116
Appendix C. Southern Rockies Lynx Amendment ............................................................ 120

Rvsd Plan - 00004363

# Introduction

This Biological Assessment (BA) conforms to legal requirements set forth under Section 7 of the Endangered Species Act (ESA) (19 U.S.C. 1536 (c), 50 CFR 402.12 (f) and 402.14). Section 7(a) (1) of the ESA requires federal agencies to use their authorities to further the conservation of listed species. Section 7(a) (2) requires that federal agencies ensure any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of federally listed species, or destroy or adversely modify designated critical habitat.

This document assesses the effects of implementing the Preferred Alternative for the Rio Grande National Forest Land Management Plan on Threatened, Endangered, and Proposed (TEP) species known to exist on or near the proposed project area (hereafter referred to as the Forest Plan).

## Action Area

### Location and Description

The Rio Grande National Forest is administered by the U.S. Forest Service and is one of 154 national forests nationwide. The Forest is within the Rocky Mountain Region, which oversees national forests and grasslands in Colorado, Kansas, Nebraska, South Dakota, and Wyoming. There are 12 national forests and two national grasslands in Colorado.

The Rio Grande National Forest consists of approximately 1.83 million acres in south-central Colorado (Figure 1) and forms the backdrop for the San Luis Valley, one of the largest mountain basins in the world. The San Juan Mountains form the western boundary of the Forest. Elevation ranges from about 7,800 feet in the foothills to more than 13,000 feet along the Continental Divide. The eastern boundary follows the Sangre de Cristo mountain range, where elevations exceed 14,000 feet.

The San Luis Valley lies between the two ranges. The valley contains very little National Forest System land. Most National Forest System lands are located in the Sangre de Cristo and San Juan mountain ranges on either side of the San Luis Valley.

The range of ecosystems that occurs on the Forest is generally determined by elevation. At the highest elevations is alpine tundra, which transitions into spruce-fir forests, which is generally inhabited by Engelmann spruce and subalpine fir mixed with aspen. Vegetation in these ecosystems has been substantially altered by the recent spruce bark beetle infestation.

Below the spruce-fir ecosystem are the mixed-conifer ecosystems, which occur in the transition zone between the higher elevation spruce-fir and the pinyon-juniper. These ecosystems range from wet to drier ecosystem sites. They include a mix of conifer species, such as ponderosa pine, Douglas fir, white fir, Colorado blue spruce, and smaller amounts of aspen. Depending on site conditions, limber pine, bristlecone pine, and some pinyon pine or juniper can also be present.

At lower elevations is the pinyon-juniper woodland ecosystem, which includes pinyon pine, Rocky Mountain juniper, and Utah juniper. These woodlands generally occur on warm, dry sites on mountain slopes, mesas, plateaus, and ridges. Understory species include sparse perennial grasses, annual and perennial forbs, and sparse shrubs.

Small amounts of Rocky Mountain Gambel oak shrubland ecosystems are present at the north end of the San Luis Valley near Poncha Pass. The Southern Rocky Mountain montane-subalpine grassland ecosystem includes Thurber fescue, Arizona fescue, and several other grasses, forbs, and sedges.

4

Rvsd Plan - 00004364

The Rocky Mountain riparian ecosystem includes numerous riparian types in the upper montane and subalpine zones. These systems are highly varied and generally consist of cottonwoods, willows, sedges, and other herbaceous vegetation, aspen, and conifers such as blue spruce, Engelmann spruce, and subalpine fir.

The Forest provides habitat for many species of mammals, birds, reptiles, amphibians, and fish. Eight species are federally recognized as threatened or endangered animal species including: black-footed ferret, Canada lynx, Gunnison sage grouse, Mexican spotted owl, New Mexico meadow jumping mouse, Southwestern willow flycatcher, Uncompahgre fritillary butterfly, and yellow-billed cuckoo.

The Forest represents a large part of the core area for Canada lynx, which were reintroduced to Colorado from 1999 to 2006. The vast majority of Canada lynx in Colorado remain and reproduce in the high-elevation spruce-fir zone in the southwestern part of the state.



**Figure 1: Location of Rio Grande National Forest in Colorado**

5

Rvsd Plan - 00004365

# Forest Plan Components

## Background

Land management plans provide direction for the management of a national forest by guiding programs, practices, and projects. Land management plans are also referred to as forest plans. Forest plans establish overall management direction and guidance for each national forest. The forest plan guides project implementation, practices, and uses that assure sustainable multiple use management and outputs for the Rio Grande National Forest. The forest plan describes desired conditions, goals, objectives, standards, and guidelines, and identifies land suitability for multiple uses and resources in the plan area. This is similar to a city or county comprehensive plan that helps guide land use and development. Forest plan direction applies only to National Forest System lands and does not imply or form direction for other ownerships (36 CFR 219.2).

Forest plans are strategic in nature and do not compel any action, authorize projects or activities, or guarantee specific results. Forest plans provide the vision and strategic direction needed to move a national forest toward ecological, social, and economic sustainability. Project-level environmental analysis will be completed for specific proposals that implement forest plan direction. A forest plan may restrict the agency authorizing or implementing projects and activities. Projects and activities must be consistent with the forest plan (36 CFR 219.15).

Plan components included in forest plans provide integrated management direction that provide for the social, economic, and ecological sustainability and multiple uses of Forest lands and resources. In May 2012, the U.S. Department of Agriculture adopted 36 CFR 219 regulations, commonly called the 2012 Planning Rule, to guide collaborative and science-based development, amendment, or revision of forest plans that promote the ecological integrity of national forests while considering social and economic sustainability.

A forest plan establishes desired conditions, objectives, standards, guidelines, and land suitability. These are required plan components under the 2012 Planning Rule and Forest Service Handbook 1909.12. The forest plan provides guidance for project- and activity-level decision-making on the Forest for approximately the next 15 years.

## Plan Components Defined

Plan components guide future project and activities, as well as the monitoring program. Plan components are not commitments or final decisions approving projects or activities.

### Desired Conditions

The 2012 Planning Rule states, "a desired condition is a description of the specific social, economic, and/or ecological characteristics of the plan area, or a portion of the plan area, toward which management of the land and resources should be directed. Desired conditions must be described in terms that are specific enough to allow progress toward their achievement to be determined, but do not include completion dates" (36 CFR 291.7(e)(1)(i).

### Objectives

According to the 2012 Planning Rule, "an objective is a concise, measurable, and time-specific statement of a desired rate of progress toward a desired condition or conditions." (36 CFR 219.9 (e)(1)(ii)). Objectives were developed considering the historic and anticipated budget allocations for the Forest, as well as professional experience in implementing various resource programs and activities. Objectives can

6

exceed or not meet an accomplishment based on numerous factors, including budget and staffing increases or decreases, changes in planning efficiencies, and unanticipated resource constraints.

### Standards

The 2012 Planning Rule defines standards as "a mandatory constraint on project and activity decision-making, established to help achieve or maintain the desired condition or conditions, to avoid or mitigate undesirable effects, or to meet applicable legal requirements" (36 CFR 219.7(3)(1)(iii)). Standards can be applied Forestwide, or specific to a particular management area.

### Guidelines

Guidelines are described in the 2012 Planning Rule as "a constraint on project and activity decision-making that allows for departure from its terms, so long as the purpose of the guidelines is met. Guidelines are established to help achieve or maintain a desired condition or conditions, to avoid or mitigate undesirable effects, or to meet applicable legal requirements" (36 CFR 219.7(3)(1)(iv)). A guideline can be Forestwide or specific to a management area.

### Suitability of Lands

Suitability determinations are required by the 2012 Planning Rule. The rule states, "Specific lands within a plan area will be identified as suitable for various multiple uses or activities based on the desired conditions applicable to those lands. The plan will also identify lands within the plan area as not suitable for uses that are not compatible with desired conditions for those lands. The suitability of lands need not be identified for every use and activity. Suitability identifications may be made after consideration of historic uses and of issues that have arisen in the planning process. Every plan must identify those lands that are not suitable for timber production" (36 CFR 219.7(e)(1)(v)).

The identification of suitability of lands for a particular use in the forest plan indicates that the use may be appropriate but does authorize a specific commitment. Uses or activities may not occur in areas that are identified as not suitable for that use or activity. Subsequent site-specific analysis compliant with the National Environmental Policy Act must be done to prohibit an existing use or authorize a new use. Generally, Forest lands are suitable for uses and management activities appropriate for national forests, such as outdoor recreation or timber, unless identified as not suitable.

### Goals

Goals can be included as optional plan components. Goals are broad statements of intent, other than desired conditions, usually related to process or interaction with the public. Goals are expressed in broad general terms, but do not include completion dates (36 CFR 219.7(e)(2)).

### Management Approaches

Management approaches are optional plan content (FSH 1909.12 § 224) that describes the principal strategies and program priorities the responsible official intends to use to carry out projects and activities developed under the plan. Management approaches can convey a sense of priority and focus among objectives and the likely management emphasis. They relate to desired conditions and may indicate the future course or direction of change while recognizing budget trends, program demands, and accomplishments.

## Project and Activity Consistency with the Forest Plan

The National Forest Management Act of 1976 and the 2012 Planning Rule require that all projects and activities authorized by the Forest Service must be consistent with all applicable plan components (16

7

U.S.C. 1604 (i) as described at 36 CFR § 219.15 (c and d)). The approving document must describe how the given project or activity is consistent with applicable plan components by meeting the following criteria (36 CFR § 219.15(d)):

1. **Desired conditions and objectives.** Projects or activities contribute to the maintenance or attainment of one or more desired conditions or objectives or do not foreclose the opportunity to maintain or achieve any desired conditions or objectives over the long term.

2. **Standards**. Projects or activities comply with applicable standards.

3. **Guidelines.** Projects or activities

   a. comply with applicable guidelines as set out in the plan or

   b. are designed in a way that is as effective in achieving the purpose of the applicable guidelines (§ 219.7(e)(1)(iv)).

4. **Suitability.** Projects or activities occur in an area

   a. that the plan identifies as suitable for that type of project or activity or

   b. for which the plan is silent with respect to its suitability for that type of project or activity.

When a proposed project or activity would not be consistent with the applicable plan components, the responsible official can do one of the following, subject to valid existing rights (36 CFR § 219.15(c)):

- Modify the proposed project or activity to make it consistent with the applicable plan components,

- Reject the proposal or terminate the project or activity,

- Amend the plan so that the project or activity will be consistent with the plan as amended, or

- Amend the plan contemporaneously with the approval of the project or activity so that the project or activity will be consistent with the plan as amended. This amendment may be limited to apply only to the project or activity.

# Description of the Forest Plan (Preferred Alternative)

Plan components proposed under the Forest Plan are listed in Appendix A. Primary components pertaining to federally listed and proposed species consist of the following:

### Desired Conditions

**DC-TEPC-1:** Maintain or improve habitat conditions that contribute to either stability, recovery or both, for threatened, endangered, proposed, and candidate species. (Forestwide)

Desired conditions related to habitat for Canada lynx are found in the Southern Rockies Lynx Amendment.

### Standards

**S-TEPC-1:** The Southern Rockies Lynx Amendment direction (Appendix E), as amended and modified by the forest plan record of decision, shall be applied. (Forestwide)

8

Rvsd Plan - 00004368

**VEG S7 (or S-TEPC-2):** Salvage activities in stands that represent high quality lynx habitat may occur in up to seven percent of the high-probability lynx use area (95 percent lynx use areas shown in Appendix G) that overlaps the suitable timber base 15 years from the date on the forest plan decision. Salvage activities in VEG S7 stands in combination with all vegetation management[50] activities including incidental damage resulting in either Stand Initiation Structural Stage[44] conditions, a reduction of horizontal cover[19], or both, are tracked for 15 years from the decision date for this forest plan decision. (High-probability lynx use areas)

**S-TEPC-3:** Southern Rockies Lynx Amendment standards VEG S1 and VEG S2 do not apply on lynx analysis units that have no overlap, either wholly or partially, with the high probability lynx use areas shown in Appendix G. All other management direction (excluding VEG S1 and VEG S2) in the Southern Rockies Lynx Amendment applies to areas outside of the high probability lynx use areas (95 percent use area). (Lynx Habitat Outside of High Probability Lynx Use Areas)

### Guidelines

**G-TEPC-1:** To avoid or minimize adverse effects to listed species and their habitat, management actions should be designed with attention to threatened, endangered, proposed, or candidate species and their habitats. (Forestwide)

# Species Considered

The list of federally threatened, endangered, and proposed species is displayed in Table 1, below. Although Critical Habitat occurs in the San Luis Valley for federally listed species on other land ownerships, there is currently no proposed or designated Critical Habitat located on the Forest for any species included in this analysis.

All threatened, endangered, proposed, and candidate species have been evaluated in Assessment 5 for the plan revision (February 2016).  As required under the ESA, the analysis for the plan revision involves a new project request through the U.S. Fish and Wildlife (USFWS) IPaC system. This request for an initial list of threatened, endangered, and proposed species was requested and received on July 20, 2017 (TAILS #:06E24000-2017-SLI-1107 Lakewood Office and # 06E24100-2017-SLI-0401 Western Colorado Field Office). No change in federally listed or proposed species has occurred between February 2016 and July 20, 2017; however, one species included in Assessment 5 that occurred historically near the Forest boundary (black-footed ferret) is no longer included on the IPaC list for the Rio Grande National Forest. This species is therefore removed from further consideration and is not included in this analysis. Table 1: List of Threatened, Endangered and Proposed for the Rio Grande National Forest (IPaC Consultation Lists, updated list obtained July 11, 2018) including local status, occurrence, and determination of effects. An updated IPAC species list based on the RGNF administrative boundary was requested on July 11, 2018 with lists received from the Western Colorado, Colorado, and New Mexico Ecological Services Field Offices. Because the planning area only occurs within the Western Colorado Field Office, this list will be utilized exclusively for this analysis. (USDI Fish and Wildlife Service 2018; Consultation code: 06E24100-2018-SLI-0505). Table 1 displays threatened, endangered, and proposed species listed for consideration in this analysis.

## Consultation History

Informal discussions with the U.S. Fish & Wildlife Service regarding the Forest Plan and the proposed Canada lynx VEG S7 standard have been on-going since the fall of 2017.  An interagency meeting between the Service, the Rio Grande National Forest, and the R2 Regional Office to discuss lynx-related issues and the preliminary results of the Rocky Mountain Research Station (RMRS) lynx study was held

9

at the Regional Office on October 4, 2017. An interagency call to discuss the proposed VEG S7 iteration that was intended to go into the draft Plan Revision was held on October 31. The Service reviewed portions of the draft plan revision and Draft Environmental Impact Statement that was published in December 2017. A follow-up discussion between the Service, Río Grande National Forest, and the Regional Office occurred on January 18, 2018. On-going developments and discussions regarding a new proposed VEG S7 standard and a focused conservation strategy for lynx habitat management have been on-going since that time, with interagency discussions occurring on April 13, May 21, June 21, and August 17, 2018. The finalization of the RMRS lynx study and summary report for key findings was central to these discussions. The proposed new standard was finalized and agreed to in concept by the Service during the June 21 discussion, including potential allowance thresholds (i.e. caps) for entering VEG S7 stands for limited salvage opportunities based on a prioritized management scenario discussed further on August 17, 2018. These thresholds have been increased since that time due to discussions between the U.S. Forest Service (USFS) Regional Office for the Rocky Mountain Region and the Rio Grande National Forest.

**Table1. Threatened, endangered, and proposed species considered**

| Species | Status | Occurrence on Forest | Critical Habitat Status | Current Status on Forest |
|---|---|---|---|---|
| **Animals** | | | | |
| Canada Lynx *Lynx canadensis* | Threatened | Species Present | No Critical Habitat in the planning area | Population trend uncertain. Extensive change in habitat components from spruce beetle outbreak. Timber salvage/winter recreational impacts primary conservation concern. |
| Mexican Spotted Owl *Strix occidentalis lucida* | Threatened | Species does not occur | No Critical Habitat in the planning area | Over 20 years of surveys with no documented occurrence suggests the species does not occur on Forest or in the San Luis Valley. |
| Uncompahgre Fritillary Butterfly *Boloria acrocnema* | Endangered | 5 of 11 known populations occur on Forest | No Critical Habitat in the planning area | Decreasing trend in presence detected at local sites. Long-term persistence an increasing concern. One local population likely extirpated. Potential recreational impacts/climate change primary conservation concern. |
| Southwestern willow flycatcher *Empidonax trailii extimus* | Endangered | 1 occurrence in over 20 years of survey effort. Peripheral to the planning area. | No Critical Habitat in the planning area | Riparian habitats; primarily structurally complex willows. Approximately 2000 acres of modeled potential habitat on Forest. Primarily occurs below 8500' in the SLV. Livestock grazing, recreation, other riparian related impacts primary conservation concern. |
| New Mexico Meadow Jumping Mouse *Zapus hudsonius luteus* | Endangered | Not known to occur | No Critical Habitat in the planning area. | Best potential habitat has been surveyed to protocol. Not known to occur. |
| Gunnison sage-grouse *Centrocercus minimus* | Threatened | Reintroduced population; Peripheral on Forest | No Critical Habitat in the planning area | Decreasing trend, persistence questionable. Approximately 4000 acres of habitat on Forest. Potential influences from alternatives. |
| North American Wolverine *Gulo gulo luscus* | Proposed Threatened | Not known to occur | No Critical Habitat in the planning area | Historic (<20 years) occurrences on Forest. Currently considered extirpated in CO. |
| Yellow-billed cuckoo *Coccyzus americanus* | Threatened | Not known to occur | No Critical Habitat in the planning area | Limited occurrence on San Luis Valley floor. |

10

| Species | Status | Occurrence on Forest | Critical Habitat Status | Current Status on Forest |
|---------|--------|---------------------|------------------------|--------------------------|
| **Fish** | | | | |
| Greenback Cutthroat Trout *Oncorhynchus clarkii stomias* | Threatened | Species not present in Rio Grande Basin or on Forest. | No Critical Habitat in the planning area | Species not present in Rio Grande Basin or on Forest. |
| Bonytail Chub *Gila elegans* | Endangered | Species not present in Rio Grande Basin or on Forest. | No Critical Habitat in the planning area | Species not present in Rio Grande Basin or on Forest. |
| Colorado Pikeminnow *Ptychocheilus lucius* | Endangered | Species not present in Rio Grande Basin or on Forest. | No Critical Habitat in the planning area | Species not present in Rio Grande Basin or on Forest. |
| Humpback Chub *Gila cypha* | Endangered | Species not present in Rio Grande Basin or on Forest. | No Critical Habitat in the planning area | Species not present in Rio Grande Basin or on Forest. |
| Razorback Sucker *Xyrauchen texanus* | Endangered | Species not present in Rio Grande Basin or on Forest. | No Critical Habitat in the planning area | Species not present in Rio Grande Basin or on Forest. |

## Species with "No Effects" Determination

These species and corresponding critical habitats (if applicable) are not included or discussed further in this Biological Assessment. USFWS concurrence is not being requested for "no effect" determinations.

The Rio Grande National Forest Land Management Plan would have **"no effect"** on **Mexican spotted owl, New Mexico meadow jumping mouse, yellow-billed cuckoo, greenback cutthroat trout, bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker**, based on the rationale provided below.

**New Mexico meadow jumping mouse** - There are currently no known occurrences of New Mexico meadow jumping mouse in the planning area. The planning unit contains no current or proposed Critical Habitat. Habitat evaluations and surveys for the New Mexico meadow jumping mouse and other small mammals were conducted on the Rio Grande National Forest and other potential habitat areas in 2010 (Frey 2011) and again in select locations on National Forest System lands in 2015 and 2016 (Schorr 2015, Schorr 2016). These survey efforts sampled many of the best known potential locations for the New Mexico meadow jumping mouse with no detections. Findings discussed during a recent interagency workshop in Durango, Colorado on March 7-8, 2018 further emphasize that the species is unlikely to occur in the San Luis Valley (J. Frey, pers, comment February 8, 2018).

**Mexican spotted owl** - The Rio Grande National Forest has completed habitat and presence/absence surveys for the Mexican spotted owl since the late 1980s. Repeat surveys with current personnel have been completed in areas considered to offer the "best potential habitat" on the Forest. The Bureau of Land Management (BLM) has also completed several years of surveys (2004-2009) in their best potential habitat. To date, no individuals have been detected on Forest or BLM lands in the San Luis Valley. Based on survey efforts, it is becoming increasingly unlikely that suitable nesting habitat for the Mexican spotted owl occurs on the Rio Grande National Forest.

**Yellow-billed cuckoo** - In Colorado, yellow-billed cuckoo was historically noted as rare summer visitors, primarily on the eastern plains, but also in Middle Park and on the western slope at Grand Junction (Sclater 1912). Bailey and Niedrach (1965) considered yellow-billed cuckoos an uncommon summer resident, mainly on the eastern plains and into the Front Range, with a few breeding records from Grand County and one bird collected in Montezuma County. Thus, the few historical records suggest that the species apparently has always been rare in western Colorado, an opinion shared by Andrews and Righter (1992). Recent breeding bird atlas work in Colorado revealed only a single likely nesting record west of the continental divide over the five years of fieldwork (Wiggins 2005).

The RGNF planning area is located almost completely east of the Continental Divide, but includes the San Luis Valley where yellow-billed cuckoo occurrence has been documented.  The Rocky Mountain Bird Observatory received reports of yellow-billed cuckoos from two locations in the San Luis Valley in the summer of 2008. These occurred along the Conejos River in Conejos County and along the Rio Grande near Del Norte in Rio Grande County (Beason 2009). The species has not been documented within the planning area (Table 2).

**Listed fish species** - For fish species, all water diversions from the San Juan Basin that could influence these species have been previously consulted.  Formal consultation for the four Colorado River fish (bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker) was conducted under the Programmatic Biological Assessment for Minor Water Depletions Associated with Routine Forest Decisions In the Upper Colorado River Basin (USFS 1993), and the related BO by the USFWS, the Final Biological Opinion for Small Water Depletions on Seven National Forests in Colorado and One in Wyoming (USFWS 1993). For the San Juan River Basin, the SJNF initiated formal consultation in January 1996 under the San Juan National Forest Programmatic Biological Assessment for Water Depletions Associated with Routine Forest Actions Occurring within the Upper San Juan River Basin (USFS 1996) and the related BO of March 1996 (USFWS 1996). These consultations addressed the majority of historic water uses including the transbasin diversions.

While there are no currently federally listed and proposed fish species on the Forest, the potential for water export could impact future listings. The Rio Grande Basin has experienced several proposals to export water from the Basin in the recent past. These proposals have been extensively vetted in Division 3 Water Court and the Water Court confirmed that there are no available water resources. Therefore no future transbasin diversions are expected and similarly the Forest Plan does not expect or propose any additional transbasin diversions. Therefore the Forest Plan would have no effect on listed fish species. All species with "no effect/not likely to jeopardize" determinations in this analysis will not be included in the biological assessment for this project unless further information is requested by the USFWS.

# Species Carried Forward for Analysis

The remaining four animal species – **Canada lynx, Uncompahgre fritillary butterfly, Southwestern willow flycatcher**, and **Gunnison sage-grouse** – are expected to have measureable effects in association with the Forest Plan. These effects are analyzed in the following sections.

### *Direct Effects to Species from Implementation of the Forest Plan*

The Forest Plan provides a framework that guides site-specific actions but does not authorize, fund, or carry out any project or activity. Because the land management plan does not authorize or mandate any site-specific activities or ground-disturbing actions, there can be **no direct effects**. However, there may be implications or longer term environmental consequences at the project level of managing the RGNF under this plan which could result in effects to TEP species or their proposed or designated critical habitats.

After the Forest Plan is finalized, all site-specific activities must conform to the management direction incorporated into the Forest Plan and they must meet any site-specific NEPA and ESA requirements.

# Canada lynx (*Lynx canadensis*)

## *Existing Conditions and Trends*

### +Status

Canada lynx were listed as "Threatened" in the 48 contiguous states in 2000 (65 FR 16053). Critical Habitat for the contiguous United States Distinct population Segment DPS) was first designated in 2006 (71 FR 53355) revised in 2009 (74 FR No. 36) and again in 2014 (79 FR No. 177) – none of which occurs in the Southern Rockies or the planning area.   The 2014 Rule found that the primary constituent elements lynx need for reproduction and survival do not occur in the quantity and spatial arrangement necessary to provide for the conservation of the species. In September of 2016, the 2014 Rule was remanded and the USFWS was directed by the U.S. District Court of Montana to develop a new proposed Critical Habitat Rule that includes the Southern Rockies including the Rio Grande National Forest (9th Circuit, U.S. District Court of Montana, Case 9:14-cv-00270-DLC, Document 62, 09/07/2016).  However, a recent Species Status Assessment concludes that the Canada lynx may no longer warrant protection under the Endangered Species Act and should be considered for delisting due to recovery (USFWS 2017).

### *Natural history and key ecological conditions*

Canada lynx habitat in Colorado primarily occurs in the subalpine and upper montane forest zones.  An analysis of radio-collared lynx reintroduced in Colorado indicates that the majority of the habitat used occurs between 9,900 – 11,620 feet (Theobald and Shenk 2011).  Forests in these zones typically contain deep winter snows and are dominated by subalpine fir, Engelmann spruce, aspen, and lodgepole pine.  A preference for these forest types, particularly spruce-fir associations, has been documented with lynx reintroduced to Colorado, including locally on the Rio Grande National Forest where lodgepole pine occurrence is generally limited (Theobald and Shenk 2011).  Additional recent information demonstrates the close relationship of lynx on the Rio Grande National Forest to particular locations within the subalpine forest zone and their use of specialized forest structure (Ivan et al. 2014, Squires et al. 2018).  Other habitats used by reintroduced lynx locally include spruce-fir/aspen associations and various riparian and riparian-associated areas dominated by dense willow, particularly during the summer period (Shenk 2009).

Throughout North America, the distribution of lynx is closely tied to habitats that support an abundant population of snowshoe hare (Koehler and Brittell 1990, Aubry et al. 2000).  These habitats are generally defined as regenerating stands that contain dense, small-diameter trees that provide both food and horizontal cover.  In Colorado, both small diameter lodgepole stands and mature spruce-fir stands support the highest density of snowshoe hares, although spruce-fir latter may be of more importance on a year-round basis (Ivan 2011).  Reintroduced lynx in Colorado also utilize red squirrels, cottontails, and other alternate prey items, particularly when snowshoe hare populations decline.  Red squirrels are closely associated with mature forest conditions, and would occur sympatrically with snowshoe hare as an important alternate prey species (Buskirk et al. 2000).  The increased use of riparian-willow systems by reintroduced lynx during late summer and fall is also considered to be associated with alternate prey sources (Shenk 2009). Canada lynx breed from March through April in the northern portion of their range, with kittens usually borne in May through June (Mowat et al. 2000).

Births by reintroduced lynx in Colorado occurred in late May to mid-June (Shenk 2006).  All den sites found in Colorado have occurred within the spruce-fir zone on steep, north-facing slopes and are most

13

often associated with substantial amount of large diameter woody debris (Merrill 2005, Shenk 2009). The average elevation at Colorado den sites is 11,004 feet (Shenk 2009). Disturbances event such as insects and disease and windthrow contribute to the downed log component and are therefore important ecosystem processes for denning habitat. Functional denning habitat occurs within or adjacent to dense horizontal cover that provides protection and foraging opportunity (Squires et al. 2008). Because lynx may frequently move their kittens in the first few months, multiple maternity sites are needed that provide kittens with overhead cover and protection from predators and the elements (Ruediger et al. 2000). Colorado borne kittens have been found in or near the den site into mid-July.

Lynx reproductive rates in Colorado have varied greatly since kittens were first documented in 2003. After den visits identified 16 kittens in 2003, researchers found 39 kittens in 2004; 50 kittens in 2005; 11 kittens in 2006; 11 kittens in 2009; 14 kittens in 2010. During the 2006, 2009 and 2010 seasons, Colorado-born lynx were documented as successfully producing third-generation Colorado kittens. In 2010, researchers estimated that between 30 and 40 percent of female lynx bore litters of kittens (Colorado Parks and Wildlife 2010). During a recent study on the Rio Grande National Forest, successful reproduction was documented again during the 2015 and 2016 breeding seasons (Squires et al. 2016, 2017). This represents the first documented lynx reproduction in Colorado since 2010.

Lynx are known to move long distances, but open areas, whether man-made or natural, may not be used as extensively (Mowat et al. 2000). In north-central Washington, lynx typically avoided openings greater than about 300 feet wide (Koehler and Brittell 1990). However, the Southern Rockies consist of more heterogeneous forest types and their response to natural or created openings may differ (Ruggiero et al. 2000). Initial habitat use information for lynx in Colorado during the reintroduction effort indicates that canopy closures of at least 40% are important at the site-scale, regardless of the type of cover involved (Shenk 2006). Additional analysis of radio-collared data for reintroduced lynx in Colorado indicates that the average proportion of forest (upper montane) in lynx habitat was 0.65, with the majority occurring in areas with at least 20% forested (upper montane) cover. Habitat use was also associated with distance from large patches (>50 ha, 124 ac.) of forest (upper montane) cover, with the majority of habitat within 3.35 km (2.1 mi.), and the average at 0.36 km (0.2 mi). The average proportion of grasslands was 0.16. There was little association of lynx habitat use areas with other land cover types (Theobald and Shenk 2011). This data indicates that most lynx use in Colorado is associated with larger contiguous blocks of forest that is primarily dominated by spruce-fir forest cover types.

Forested conditions between foraging and denning habitat has also been shown to facilitate movement within the home range, particularly along ridgelines where lynx commonly travel (Ruggiero et al. 1994). Linkage areas may be provided by forest stringers that connect large forested areas, or by low, forested passes that connect subalpine forests on opposite sides of a mountain range (Ruediger et. al. 2000).

### Risk Factors
The Canada Lynx Conservation Assessment and Strategy (LCAS; Ruediger et al. 2000) and Southern Rockies Lynx Amendment (SRLA; USDA Forest Service 2008) identified and addressed risk factors with the potential to affect lynx productivity, mortality, and movements. Factors under Forest Service jurisdiction consist of the following:

Vegetation and timber management: Forest management practices such as thinning, commercial harvest, road construction, and post-harvest treatments all influence habitats for lynx and prey. Snowshoe hares may reach highest densities in young, dense coniferous or coniferous-deciduous forests, or mature forests with a dense understory of shrubs, aspen, and/or conifers. Red squirrels appear to be most abundant in mature cone-bearing forests. Lynx natal dens are generally located in areas with large quantities of coarse woody debris, such as blowdown, root wads, etc., which may occur in mature forests or in regenerating stands (Ruediger et al. 2000).

14

Wildland fire management: Fire, wind, insects, and disease historically played an important role in maintaining the mosaic of forest successional stages that provide habitat for both snowshoe hare and lynx. For the first few years after a burn, there appears to be a negative correlation between lynx use and the amount of area burned. This short-term effect is likely due to the reduction of snowshoe hare populations, removal of cover, and possibly also to increased competition from coyotes in open habitats. The lag time until the peak of hare population increase is generally about 15 to 30 years (this varies depending on tree species, habitat type and severity of disturbance). Re-sprouting of broadleaf species occurs more quickly, in 3 to 12 years (Ruediger et al. 2000).

Grazing: Livestock grazing could have local effects on lynx foraging habitat in areas that grow quaking aspen and willow in riparian areas. Local impacts could affect individual lynx. However, no information exists to indicate that grazing poses a threat to overall lynx populations (USDI Fish and Wildlife Service 2003, p. 40083). In addition, appropriate grazing management can rejuvenate and increase forage and browse in key habitats (USDA Forest Service 2008).

Recreational uses: Lynx are thought to have a competitive advantage in places where deep, soft snow in mid-winter tends to exclude other predators, a time when availability of prey is most limiting for lynx. Some activities, such as winter recreation, may compact the snow and thereby provide other predators (e.g., coyotes) with access into lynx habitat, thereby increasing the potential for competition and predation. Widespread human activity (snowshoeing, cross-country skiing, snowmobiling, snow cats, etc.) may lead to patterns of snow compaction that make it possible for competing predators such as coyotes and bobcats to occupy lynx habitat through the winter, reducing its value to and even possibly excluding lynx (Ruediger et al. 2000, USDA Forest Service 2008).

Highways and human developments: Highways (generally defined as having two or more paved lanes, high speeds and high traffic volumes) are a known source of direct mortality of lynx. Within lynx home ranges, highways and associated high-intensity uses and developments may constrain habitat use and impede daily movements. At a broader scale, lynx are known to disperse and make exploratory movements across long distances and varied habitat and terrain. Maintaining connectivity within and between lynx subpopulations is an important consideration to maintain long-term persistence. However, the Forest Service has limited authority over highways and no authority to manage activities on private land. Factors identified as potentially affecting lynx movements on Forest Service lands consist of permanent developments and vegetation management projects (USDA Forest Service 2008).

## Risk Factors Specific to the RGNF

The threats and risk factors identified in the SRLA and the management direction to address them remain valid on the Forest. Specific threats and risk factors in the post spruce beetle environment include:

- Uncertainties associated with baseline habitat condition changes due to significant natural events such as spruce beetles, and the relationship of these changes to ongoing management activities that further influence baseline conditions. Habitat baseline conditions have been addressed through recent mapping updates; however, uncertainty in regards to management activity thresholds remains.

- Uncertainty in what constitutes high-quality habitat in the post spruce beetle landscape, and revised management direction to address these conditions in association with vegetation management. This has been addressed via current and ongoing research on the RGNF.

- Inability to accurately map occurrence and distribution of high-quality habitat in the post spruce beetle landscape.

15

Rvsd Plan - 00004375

- A substantial increase in over-the-snow vehicles, potential snow compaction and recent modeling suggests that climate change is likely to impact lynx in the contiguous North American Distinct Population Segment. Although the timing, magnitude, and consequences of climate-related impacts are difficult to predict, lynx habitats and populations in the contiguous U.S. are likely to be smaller and more isolated in the future and, therefore, more vulnerable to other threats (USDI 2013).

## Environmental Baseline

The Rio Grande National Forest includes some of the most important lynx habitat in Colorado. Approximately 85% of the 218 lynx reintroduced to Colorado from 1999-2006 were released on the RGNF.  Although lynx have established home ranges in other parts of the state, most lynx remain and reproduce in the high-elevation spruce-fir zone of southwestern Colorado, including the RGNF. Currently, lynx continue to utilize and reproduce on the RGNF, and local spruce-fir habitats remain essential to their eventual recovery and delisting (USDA Forest Service 2014). Of about 12 geographic locations in Colorado where lynx can consistently be located, at least six (50%) occur on the RGNF. Reproduction is known to or has occurred in the recent past in all of these locations, highlighting the importance of certain geographic areas to the species.

### *Movement and Habitat Connectivity*

Lynx habitat extends across administrative boundaries within the greater San Juan Mountains area and includes the San Juan and Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests. Individual lynx that utilize the RGNF are known to have used all or any one of these units in the greater San Juan Mountains area (Theobald and Shenk 2011).  Connective habitat between administrative units in the San Juan Mountains and beyond is essential for facilitating movement of Canada lynx across the landscape.

Initial habitat mapping efforts in Colorado identified four key linkage areas associated with the Rio Grande National Forest and adjacent land ownerships. These linkage areas were incorporated into the SRLA and remain important to addressing potential habitat connectivity concerns associated with primary highways that cross the Forest. Two of the linkage areas, Wolf Creek Pass and North Pass, have been documented in reports as primary lynx movement areas across Highway 160 and 114, respectively (Shenk 2005, Ivan 2011).  Lynx use of the Spring Creek Pass Linkage Area that joins with the Gunnison National Forest on Highway 149 has also been documented during snow tracking efforts (D. Clark, pers. comm.2017). The North Pass linkage area is considered one of the most important habitat connectivity areas in Colorado because it facilitates lynx movement to and from the core area of the San Juan Mountains to areas in the remainder of the state, and beyond (Ivan 2011). Connective habitat between administrative units in the San Juan Mountains is essential for facilitating movement of Canada lynx across the landscape. Recent information involving telemetry data from the lynx reintroduction effort further demonstrates that the RGNF is important to both fine-scale movements of residential lynx as well as faster long-distance movement of lynx within areas in the vicinity of North Pass (Buderman et al. 2018).

### *Habitat*

Baseline habitat conditions involving lynx habitat in the planning area has been modeled and mapped since 2001 (Ghormley 2011).  In 2011, a habitat mapping update occurred between the three Forests in the San Juan Mountains utilizing the current GIS corporate data layer (USDA Forest Service 2011). Vegetative characteristics were identified that meet the criteria for both primary and secondary habitat, as well as non-habitat and suitable and unsuitable habitat conditions.  The 2011 mapping criteria identified approximately 1,044,367 acres (57%) on the Forest as lynx habitat. At that time, only 6,299 acres (0.6%)

16

were identified as unsuitable due to management activities or natural disturbances. For mapped lynx habitat, the lynx analysis unit (LAU) is used and defined as approximately the home range size of a female lynx. No LAUs on the RGNF exceeded the 30% unsuitability threshold.

During severe drought conditions that began around 2002, extensive habitat changes were occurring on some parts of the RGNF in association with a spruce beetle outbreak in the spruce-fir ecosystem.  By 2014, data from insect and disease inventory flights suggested that approximately 75% of the lynx habitat on the Forest was affected to various degrees by spruce beetle mortality, with overstory mortality rates ranging from less than one tree per acre (TPA) to over 100 TPA in some areas.  As of 2017, overstory mortality in the spruce-fir ecosystem had increased to 100% (USDA Forest Service 2017) and closely overlaps known core use areas by lynx. However, while the spruce beetle outbreak primarily affects the overstory component of Engelmann spruce it also promotes the release and growth of understory vegetation that provides horizontal cover values for snowshoe hare.  In 2013, the West Fork Fire Complex burned approximately 110,000 acres of spruce-fir/aspen mix on the San Juan and Rio Grande National Forests.  This was the first major natural fire start since the creation of the RGNF and eventually influenced about 88,000 acres on the RGNF.  Much of the fire occurred in spruce-fir forest and burned at moderate to high-intensity.  Based on the small sample of GPS collared lynx on the RGNF from 2015-17, lynx appear to be avoiding the burn area at this time except where islands of unburned forest vegetation remains (Squires et al. 2016).

In February 2018, baseline habitat conditions within the planning area were updated using the most recent corporate GIS data. This update displays a significant change from 2011, with unsuitable habitat conditions averaging 24% across all LAUs on the Forest and about 26% in LAUs with known lynx occurrence[1]. In addition, 11 of the 29 LAUs (38%) currently exceed the 30% unsuitable habitat threshold defined in the SRLA (Table 3). This change is primarily due to the spruce beetle outbreak and, in two LAUs, the West Fork Fire Complex.

In the subalpine forests of Colorado, spruce beetle outbreaks may be as significant as fire to wildlife habitat and stand development since they occur more frequently and within a shorter time frame (Baker and Veblen 1990, Veblen et al. 1994).  For example, there have been at least five major outbreaks of spruce beetle in the southern Rockies since the mid 1800's, some affecting thousands of square miles (Roovers and Rebertus 1993).  These events provide the key ecosystem characteristics associated with suitable landscapes for some spruce-fir associated species such as woodpeckers and also promote snag and downed log components for others, including key prey species for lynx such as snowshoe hare (Buskirk and Ruggiero 1994, Ivan et al. 2014).

Table 2. Change in lynx suitable habitat availability 2011 – 2018, RGNF

| LAU | Suitable Habitat (2011) | Suitable Habitat (2018) | Change in Unsuitable (2011 – 2018) | Percent Decrease in Available Suitable Habitat (2011 - 2018) | Percent of Habitat Unsuitable (2018)* |
|---|---|---|---|---|---|
| 4MILE TO LA GARITA CREEK | 51,903 | 29,421 | - 9,907 | 19.1% | 26.0% |
| ALAMOSA | 32,603 | 28,505 | - 2,852 | 8.7% | 9.4% |
| BONANZA | 44,136 | 30,267 | - 1,151 | 2.6% | 3.8% |
| CARNERO | 45,111 | 27,298 | - 2,369 | 5.3% | 8.6% |
| COCHETOPA | 18,944 | 13,154 | - 259 | 1.4% | 3.0% |

[1] No lynx occurrence has been documented in the Sangre de Cristo North and Sangre de Cristo South LAUs.

Rvsd Plan - 00004377

| | | | | | |
|---|---|---|---|---|---|
| CONEJOS CANYON | 36,144 | 34,027 | - 2,232 | 6.2% | 6.2% |
| CREEDE | 36,943 | 17,189 | - 13,892 | 37.6% | 45.5% |
| DEEP CREEK | 23,415 | 11,716 | - 7,020 | 30.0% | 37.9% |
| EMBARGO | 39,150 | 17,035 | - 15,601 | 39.8% | 48.1% |
| GROUNDHOG PARK | 18,913 | 7,445 | - 8,225 | 43.5% | 52.8% |
| HOGBACK | 47,394 | 22,701 | - 24,426 | 51.5% | 52.7% |
| LA JARA | 51,570 | 41,188 | - 1,086 | 2.1% | 2.8% |
| LAGARITA WILDERNESS | 17,263 | 6,467 | - 9,028 | 52.3% | 58.8% |
| PINOS-ROCK | 56,874 | 44,658 | - 1,927 | 3.4% | 4.3% |
| RITO-ARCHULETA | 40,291 | 36,308 | - 5,391 | 13.4% | 15.7% |
| SAGUACHE PARK | 31,989 | 22,947 | - 8,910 | 27.9% | 29.1% |
| SANGRE DE CRISTO NORTH+ | 50,411 | 46,927 | - 135 | 0.3% | 0.4% |
| SANGRE DE CRISTO SOUTH+ | 8,121 | 19,976 | - 11 | 0.1% | 0.1% |
| SNOWSHOE | 40,390 | 20,221 | - 16,346 | 40.5% | 46.2% |
| STONEY PASS | 42,053 | 26,664 | - 15,365 | 36.5% | 36.7% |
| THIRTYMILE | 38,974 | 15,742 | - 23,303 | 59.8% | 61.3% |
| TRES MESA | 44,872 | 17,407 | - 26,477 | 59.0% | 60.5% |
| TROUT-HANDKERCHIEF | 74,324 | 54,776 | - 18,630 | 25.1% | 26.2% |
| TROUT CREEK | 52,559 | 29,056 | - 20,194 | 38.4% | 41.5% |
| VICTORIA-CHAMA | 41,893 | 39,995 | - 3,844 | 9.2% | 9.5% |
| | | | | | |
| | 986,241 | 661,090 | - 238,583 | - 24% | |

\* Red indicates values exceed 30% threshold for unsuitable habitat identified in the SRLA

\+ Currently no known lynx occurrence/use in these LAUs

Until recently, there was no science-based information to predict how Canada lynx might respond to the extensive habitat change associated with the spruce beetle outbreak. Some key ecosystem characteristics known to be important to the viability of lynx, such as high late-successional mixed-conifer stands with green, multi-storied canopy conditions, have been greatly reduced in quality and extent. The bark beetle outbreak may also have impacts on other species that prefer live foliage and dense mature forest canopies. For example, the occupancy of red squirrels in local spruce-fir forests have declined significantly as overstory mortality has increased (Ivan et al. 2017). Conversely, the associated understory release appears to be promoting the rapid growth of dense understory conditions preferred by snowshoe hare. A recent study by Colorado Parks and Wildlife found that hare densities in spruce-beetle killed forest on the RGNF are on average the highest in Colorado (Ivan et al. 2017).

Whether lynx can persist in such conditions has not been rigorously evaluated through science-based methods and was a primary research need identified on the Rio Grande National Forest (USDA Forest Service 2014).

### Lynx Study Information

In 2013, a collaborative study between the Rocky Mountain Research Station, Colorado Parks and Wildlife, the Rio Grande National Forest, and other partners was initiated to investigate how lynx respond to forests heavily influenced by spruce bark beetles in the San Juan Mountains of southern Colorado. The study area overlapped 377,513 acres of core lynx habitat in the San Juan Mountains, with the majority (344,642 acres or 91%) occurring on the Rio Grande National Forest.  The remainder of the study area overlapped part of the Grand Mesa, Uncompahgre and Gunnison national forests administrative area. The

18

Rvsd Plan - 00004378

primary purpose of the study was to address management questions associated with the identification and maintenance of suitable habitat for lynx and primary prey species in spruce-beetle impacted forests, as well as to inform an expected increase in post-beetle management activities, such as timber salvage. The study evaluated lynx resource selection at two spatial scales.  First, the landscape-level analysis characterized and spatially predicted resource use (i.e., selection) by lynx at a broad-regional scale.  At the second scale, stand-level analyses characterized what forest attributes were being preferentially used by lynx.  Relative to salvage activities, the landscape scale analysis informs where proposed salvage treatments may occur in relation to lynx habitat, whereas the stand-level analysis informs specific silvicultural prescriptions and recommendations.

The study utilized 11 GPS collared lynx (6 males, 5 females) captured from 2015-2017 to characterize what habitat components lynx are selecting during both winter and summer periods. This resulted in 11,628 locations for the winter and 7,721 during summer, which represents the sample of lynx resource use.  Random samples representing approximately 7,000 locations per individual lynx were utilized to characterize availability across the study area at the landscape scale. With the sample of use and availability, resource selection function (RSF) models were built to examine selection behavior of lynx. Landscape variables were calculated at multiple scales to identify the best-supported model in predicting lynx resource selection.  An abiotic model was identified as a base model of resource selection by lynx, which was then augmented with variables that described forest characteristics (e.g., canopy cover, sub-canopy tree densities) to further inform our understanding of lynx resource selection.

For stand-level analysis, forest data were quantified on vegetation plots at used and available locations for Canada lynx that were documented during winter and summer seasons from 2015-2017. Both summer and winter home range areas for lynx were identified.  Used and available locations were sampled equally for both winter and summer. At each plot, several forest- and stand-level attributes were measured and recorded in the field including horizontal cover, pellet density of snowshoe hares, cover of grass, forbs, and shrubs, downed woody debris, stem density of understory by species and overall, canopy cover, and tree density and size for larger-sized trees. The Forest Vegetation Simulator (FVS) was used to calculate a variety of forest metrics commonly used for local forest management. Functional responses in habitat use provided important insight concerning how Canada lynx altered their use of a forest resource as that resource changed in availability. A summary of information was developed to characterize forest metrics at used and available lynx locations during the winter and summer.

### Study Results

The information collected for the lynx study successfully explains and models what lynx are selecting and not selecting (i.e., avoiding) in spruce-fir ecosystems altered by the spruce beetle outbreak on the Rio Grande National Forest (Squires et al. 2018). The results of the Resource Selection Function (RSF) model for winter (January-April) are of particular interest because this period is the most critical in regards to lynx survival.  The RSF model successfully explains 95% of the winter lynx use in the study area, with approximately half of the total study area (49.9%) being selected for and half (50.1%) less selected. The West Fork Fire Complex is not included in the RSF model. Based on GPS locations from individual lynx, however, it is evident that collared lynx are avoiding the fire landscape at this time. An exception to this involves unburned islands of forest vegetation within but close to the burn perimeter.

Based on the top model, winter use is best explained by a combination of abiotic factors and forest vegetation factors. Approximately half of the lynx use is explained by abiotic factors such as precipitation and landscape roughness, while the vegetation factors include dead forest canopy comprised of larger trees, aspen canopy, a subcanopy of subalpine fir and small spruce, and the presence of Douglas-fir. However, the presence of Douglas-fir is a negative relationship, indicating that lynx are avoiding dryer sites that contain this species. Of the vegetation factors lynx are selecting for, the presence of subalpine fir in the subcanopy is the most significant. Dense horizontal cover conditions of at least 45% are primarily

19

being selected by lynx, which suggests that lynx are actively selecting forest stands with high horizontal cover values that also support high snowshoe hare densities. Reproduction has also been documented within areas of extensive overstory mortality. Both lynx use areas and reproduction areas sometimes overlap with habitat areas that are currently considered unsuitable habitat on a coarse scale, suggesting that new definitions of suitable and quality habitat in forests heavily influenced by bark beetles is warranted.



**Figure 2. Forest attributes and Canada lynx use (Squires et al., 2018)**

### *Key Findings from Current Research*

The following results from completed and ongoing research studies on and adjacent to the RGNF concerning snowshoe hare distribution; lynx diets, distribution, and habitat use:

- Snowshoe hare occupancy is reduced slightly due to high degree of overstory mortality from spruce beetles (Ivan et al. 2017).
- Red squirrel occupancy significantly decreases due to overstory mortality due to spruce beetle (Ivan et al. 2017).
- Bullets number 1 and 2, above, are notable because typically 90%+ of lynx winter diet is snowshoe hare, while red squirrel is < 10%. During periods of low hare abundance (2006-09) when female lynx did not produce litters of kittens, the diets switched to consist of up to 72% red squirrels (Ivan and Shenk 2016).
- A recent mark recapture study on the RGNF found that snowshoe hare densities on the Rio Grande National Forest average more than twice the density known anywhere else in Colorado. This may be related to understory release from overstory mortality (Ivan et al. 2017).
- There are 12 locations in the state of Colorado that are consistently occupied by lynx, over half of these (58%) occur wholly or partially on the Rio Grande National Forest (J. Ivan data in Squires et al. 2018).
- Despite the high degree of overstory mortality, lynx on the Rio Grande National Forest tend to demonstrate some site fidelity and remain and produce litters of kittens where they have done so in the past. This indicates that location is important in the context of management activities (Ivan et al. 2017).

Rvsd Plan - 00004380

- Lynx movement paths further display the importance of the Rio Grande National Forest for within-home range movements, and long range movements up through North Pass area and Monarch Pass (Ivan et al. 2017).
- Documented lynx kittens at all dens located indicates lynx are reproducing in spruce-fir forests with extensive overstory mortality.
- Resource selection functions defined a 95% use area for lynx on the Rio Grande National Forest, which identified the top covariates of winter use selection. Understory density describes 50% of winter selection. Lynx are selecting for areas with > 45% understory horizontal cover (Squire et al. 2018). *__This is a new finding and forms the basis for a new vegetation standard that is incorporated in the Forest Plan (VEG S7). Subalpine fir (ABLA) is the primary understory component preferentially selected by lynx, but use also includes small dense spruce and aspen mix.__*

- Large dead trees are a key component of selected habitat and usually in association with understory. Remaining live trees are important (Squires et al. 2018).

## Winter Recreation and Snow Compaction

The potential influences of winter recreation, particularly those activities which result in snow compaction, were identified as a risk factor in the LCAS because of the possibility that snow compaction might serve as travel routes for potential competitors and predators of lynx, especially coyotes (Ruediger et al. 2000). As a result, the LCAS recommended two objectives and two standards related to winter dispersed recreation.

The Rio Grande National Forest began mapping winter recreation and snow compaction routes in concert with the final Common Vegetation Unit lynx habitat map in 2001. The process by which the Forest estimated our groomed, designated, and snow-compacted areas is not well documented in the initial mapping rationale documents; however, our GIS files suggest that the first iterations of the process were completed around January 2002.

The 2002 winter recreation and snow compaction map for the Forest included all known groomed snowmobile routes and designated winter recreational trails as well as areas of concentrated dispersed winter recreation use, the latter of which is sometimes referred to as "winter play areas". Table 4, below, displays miles of winter recreation trails and routes for the Rio Grande National Forest as described in the FEIS for the SRLA (USDA Forest Service 2007). This baseline represents our section 7 consultation responsibilities in relationship to the SRLA Management Direction.

**Table 3. Miles of Estimated Designated and Groomed Winter Routes on the Rio Grande National Forest. Information is from Table 3-24 in the FEIS for the Southern Rockies Lynx Amendment (USDA Forest Service 2007). This represents the Forest baseline in relationship to Section 7 responsibilities and SRLA Management Direction.**

| Rio Grande National Forest | NFS Total Miles of Designated Routes | NFS Total Miles Groomed Routes | NFS Total Miles of Groomed or Designated Recreation Winter Trails and Routes in Lynx Habitat within LAUs | NFS Total Miles of Groomed or Designated Recreation Winter Trails and Routes within LAUs |
|---|---|---|---|---|
| TOTALS | 314 | 167 | 196 | 319 |

Rvsd Plan - 00004381

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

The 2002 GIS table that accompanies the winter recreation map indicates that approximately 128,208 acres of concentrated dispersed winter recreational use (i.e. winter play areas) are also estimated as occurring on the Rio Grande National Forest. While some of these acreages may be included in Table 4 above, it appears that most of this is additional acreage that is considered to be snow compacted. Currently, the Forest recognizes that winter recreational use has increased considerably since the 2002 data was compiled.

# Environmental Consequences

## Indirect Effects to Canada lynx

The Forest Plan provides a framework that guides site-specific actions but does not authorize, fund, or carry out any project or activity. Because the land management plan does not authorize or mandate any site-specific activities or ground-disturbing actions, there can be no direct effects.

In 2008 management direction in the SRLA (USDA Forest Service 2008) was incorporated into 8 Land and Resource Management Plans (forest plans) in Forest Service Region 2 as a means of adding consistent management direction to conserve and promote recovery of, and reduce or eliminate potential adverse effects to, Canada lynx. Management direction provided under the SRLA was the outcome of an analysis of lynx risk factors associated with multiple use activities under Forest Service jurisdiction. Risk factors identified in the SRLA as potentially affecting lynx productivity, mortality, and movements identified in the SRLA included vegetation and timber management, wildland fire management, livestock grazing, recreational uses, and impacts associated with permanent developments. These factors continue to be relevant to management of forest resources.

### Lynx Management Direction under the Forest Plan
Under the current condition there is the continued need to reduce or eliminate lynx risk factors as well as provide additional management direction to sufficiently address the continued recovery of Canada lynx due to the current habitat conditions associated with the spruce beetle outbreak in the spruce-fir ecosystem. In response, the Forest Plan prescribes the following management direction:

**S-TEPC-1**: The Southern Rockies Lynx Amendment direction (Appendix E (*Appendix C of this document*)), as amended and modified by the Rio Grande National Forest forest plan record of decision, shall be applied. (Forestwide)

**VEG S7** (or **S-TEPC-2**): Salvage activities in stands that represent high quality lynx habitat may occur in up to seven percent of the high-probability lynx use area (95 percent lynx use areas shown in Appendix G, (*Figure 3 of this document*)) that overlaps the suitable timber base 15 years from the date on the forest plan decision. Salvage activities in VEG S7 stands in combination with all vegetation management[50] activities including incidental damage resulting in either Stand Initiation Structural Stage[44] conditions, a reduction of horizontal cover[19], or both, are tracked for 15 years from the decision date for this forest plan decision. (High-probability lynx use areas)

22

**S-TEPC-3**: Southern Rockies Lynx Amendment standards VEG S1 and VEG S2 do not apply outside of the high probability lynx use areas and any lynx analysis unit that is contained either partially or entirely within the 95 percent use areas shown in Appendix G (*Figure 3 of this document*)). All other management direction in the Southern Rockies Lynx Amendment applies to areas outside of the 95 percent use area. (Lynx Habitat Outside of High Probability Lynx Use Areas)

Further clarification of the application of these standards and the rationale for modification of SRLA is described in the Forest Plan as follows:

*Management Approaches*

The 2008 Southern Rockies Lynx Amendment Record of Decision amended eight forest plans including the Rio Grande. The direction prescribed in the 2008 Southern Rockies Lynx Amendment (Appendix E) is incorporated, as modified below, into the current direction and would apply Forestwide. Additional direction and modifications of the 2008 direction is needed to sufficiently address the continued recovery of Canada lynx due to the current habitat conditions associated with the spruce beetle outbreak in the spruce- fir ecosystem. This direction supplements, and replaces management direction related to salvage in the Southern Rockies Lynx Amendment, specifically VEG S1 and VEG S2.

Even with higher levels of mortality due to spruce beetle infestation high quality lynx and snowshoe hare habitat persists and vegetation management activities have the potential to benefit and adversely affect lynx and snowshoe hare habitat and populations (ILBT 2013, p. 71). Most vegetation management activities reduce canopy cover and horizontal cover in the understory which could reduce snowshoe hare densities and habitat values for Canada lynx.

The direction below is intended to encourage vegetation management in areas where habitat quality for lynx and snowshoe hare can be improved while retaining existing high quality habitat. The overall goal is to maintain areas that support high densities of snowshoe hare while promoting vegetation management that restores habitat and landscape permeability for lynx movement.

The Southern Rockies Lynx Amendment direction was developed prior to the 2012 Planning Rule. Standard VEG S7 is formatted to be consistent with the forest plan and similar to the Southern Rockies Lynx direction. The direction in the Southern Rockies Lynx Amendment is formatted differently than direction contained in this forest plan. Superscript numbers in the text refer to definitions contained in the Southern Rockies Lynx Amendment in Appendix E.

Standard VEG S7 (below) applies to salvage harvest[42] activities conducted in conifer forests that have lynx habitat attributes, but no longer meet the definition for standard VEG S6 due to tree mortality and associated forest structural changes. These stands still provide high quality lynx habitat and are characterized by dense horizontal cover[19], and include forest structure that provides cover and food for snowshoe hares, and foraging habitat, traveling, and hiding cover for Canada lynx. According to a recent study completed on the Forest (Squires *et al.* 2018), stands with Engelmann spruce and subalpine fir in the canopy, and subalpine fir in the sub-canopy are disproportionality selected by lynx. Stands where standard VEG S7 would apply continue to support snowshoe hare and secondary prey species, such as red squirrels, particularly when live vegetation and horizontal structure is present.

Salvage harvest in lynx habitat is prioritized as follows:

1. Choose areas with good habitat restoration potential that currently exhibit poor quality lynx habitat condition, (i.e., horizontal cover density less than 25 percent, subalpine fir is a minor component of the sub-canopy, favorable site conditions, and best available science suggest that conditions could be improved through vegetation management);

2. Choose areas that provide poor quality lynx habitat and poor habitat restoration potential; and

Rvsd Plan - 00004383

3.   All other areas based on overall project considerations and needs.

Stands that are subject to VEG S7 represent high-quality habitat for lynx and are confined to the high probability lynx use area (95 percent areas) delineated in the Resource Selection Function model for the Forest (Squires *et. al* 2018). The high probability lynx use area map can be found in Appendix G. These areas are identified as having:

- Overstories that are predominantly live or dead Engelmann spruce and subalpine fir, or either species, with sub canopy layers dominated by subalpine fir, or a combination of either Engelmann spruce or aspen, or both; and
- Total live overstory canopy cover less than or equal to 40 percent; and
- Understory horizontal cover density at approximately 1 to 3 meters above ground level, is greater than or equal to 45 percent during winter foraging conditions for snowshoe hares.
- Openings in lynx habitat are areas with less than 25 percent total canopy closure. Areas with less than 25 percent horizontal cover are not considered suitable habitat.

During salvage project design, late-successional forest patches that are expected to remain green or mostly green in the next 15 years are identified for retention during project implementation. Foresters and wildlife biologists determine the optimal landscape heterogeneity objectives that include retention, opening patch size, and configuration. Project objectives should be considered at a watershed or sub-watershed scale, using the best available science.

Forest stands that meet the VEG S7 definition represent a high value subset of the overall suitable habitat in a lynx analysis unit. Management prioritization provides limited entry allowances into VEG S7 stands. A seven percent allowance into VEG S7 stands is available for use within 15 years of the decision date for this forest plan. Suitable lynx habitat is defined as stands with understory horizontal cover density greater than 25 percent

Hazard tree removal along open and administrative use roads, trails, and campgrounds are exempt from this direction. Removing hazards trees from these locations is done to maintain safety for the public and employees. This treatment may occur up to 250 feet from open and administrative use roads, trails, and campground boundaries.

Rvsd Plan - 00004384



### *Effects on Canada lynx from Vegetation Management*

Timber harvest has the potential to impact lynx habitat depending upon the context in which is applied and the existing baseline conditions of the area being harvested. The highest quality habitat in the San Juan Mountains of Colorado involve mature or late successional spruce-fir stands that contain multi-storied canopy conditions for cover and foraging in proximity to high-quality denning habitat. Potential effects from timber harvest may include reduction in forested cover values important to key prey species such as snowshoe hare and red squirrel, and reduction in standing and downed log components that comprise denning habitat. With salvage harvest focused on the next seven years, potential damage to understory cover values from skid trails, landings, felling and are a primary concern in quality habitats for snowshoe hare and lynx. Conversely, forest vegetation management through timber harvest can also provide beneficial influences on lynx habitat, particularly when management activities are focused in areas that can promote regeneration and help develop landscape heterogeneity by mimicking the blowdown patterns that contribute to the small gap dynamics in spruce-fir forest types. Over time, forest regeneration can re-create beneficial habitat for lynx and its prey base (Simons-Legaard et al. 2013). Existing baseline conditions of late-successional habitat in regards to the amount of stand initiation structural stage conditions (i.e. openings), and the landscape patterns of these features are important factors regarding lynx use.

Since 2008, the Rio Grande National Forest has managed all mapped lynx habitat in accordance to the SRLA (. The SRLA contains management direction pertaining to various activities that might affect lynx habitat, including forest vegetation management. The goal of the SRLA is to use forest vegetation management as a tool to help focus and improve habitat conditions for lynx and prey species while minimizing potential impacts in high-quality habitats of disproportional value to lynx conservation. A significant focus of the management strategy involves fine-filter habitat components associated with All action alternatives incorporate the SRLA, and have multiple additional plan components to accommodate changes in the understanding of lynx habitat needs which have developed since the adoption of the SRLA in 2008. Most of these additional plan components address conservation needs and/or uncertainties associated with the extensive habitat change due to the spruce beetle outbreak.

Table 5, below, displays the amount of overlap between percentage of lynx habitat and suitable timber base. For this analysis, it is generally assumed that a higher percentage of overlap with the suitable timber base might be associated with more potential impact to lynx habitat. Because most all timber harvest in the spruce-fir ecosystem type on the Rio Grande National Forest is and will be associated with salvage for the next seven years or so, this may be true to a larger degree than if forest management activities were occurring in a green forest condition. Salvage harvest activities are not limited by size of created openings. Openings that approach or exceed around 300 meters in width are usually avoided by lynx (Koehler and Brittell 1990). However, habitat improvement can still be associated with salvage harvest depending upon where the activities are focused and their scale and intensity in relationship to core habitat areas for lynx. Other important factors associated with degree of impact include the broad-scale landscape context such as the amount of remaining suitable habitat in a lynx home range, retention of standing live and dead trees patches in relationship to created openings, and connectivity values between leave patches and openings created by salvage harvest. Proximity and connectivity to areas where timber harvest activities are prohibited or greatly limited, such as designated wilderness or roadless areas, are likely to also be of value to lynx in relationship to adjacent timber harvest areas.

26

Rvsd Plan - 00004386

**Table 4: Overlap between mapped lynx habitat, overstory mortality from spruce beetles as mapped by aerial detection surveys and mapped suitable timber base.**

|  | Existing Condition | Forest Plan |
|---|---|---|
|  | Suitable Timber Base | Suitable Timber Base |
| **Spruce Beetle Kill in Lynx Habitat** | 278,094 | 289,310 |
| **Percent Lynx habitat inside/outside this classification** | 56/44 | 53/47 |

The information provided in Table 5, above, indicates that the amount of area associated with the mapped suitable timber base increases by approximately 11,216 acres (4.0%) in under the Forest Plan in relationship to existing baseline conditions suggesting potential for a slight increase in timber harvest acres. The potential effect of this is difficult to discern because of the variables discussed previously as associated with timber harvest in relationship to influences on habitat values preferred by lynx. For example, some disproportionally small areas may be particularly high value to lynx and reproductive success so potential impacts are not directly correlated with comparisons between acreage differences. Based on the preliminary results from the local lynx study that suggest that high densities of medium and larger, dead trees retain preferred habitat value for lynx, particularly when in association with dense understory conditions, it is likely that some preferred timber salvage areas will overlap closely with the key ecosystem characteristics that lynx appear to be selecting for in the forests heavily influenced by spruce beetle. It is assumed that preferred habitat values for lynx will be potentially less impacted under the Forest Plan. The fact that a rapid understory release is occurring or likely to occur in many areas also suggests that preferred habitat values snowshoe hare are likely to improve through ecological processes associated with natural recovery, with recruitment of downed log components contributing to the understory cover values that hares prefer over time as snag fall rates increase. Conversely, however, a decrease in timber salvage acres may represent a loss in habitat improvement opportunity if the activities are focused in areas where existing understory cover is sparse and regeneration would be encouraged.

The Forest Plan incorporates existing management direction from the SRLA. Because of the uncertainties associated with the habitat changes due to the spruce beetle outbreak, one additional standard (S-VEG/LYNX-7) has been incorporated. This standard addresses uncertainties associated with high-quality habitat due to the changed habitat condition, and provides additional focus on the importance of retaining and/or minimizing influences to dense understory values of importance to snowshoe hares. As with the current SRLA VEG S-6 standard, timber harvest is not prohibited in these stand conditions; however if entry occurs, effects to understory conditions are intended to be minimized. However, there remains some risk of impact above baseline conditions to understory values associated with the new VEG S-7 standard.

Forest vegetation management associated with the timber program often has a potential to assist with the maintenance of various successional stages on the landscape that are beneficial to lynx. These opportunities are likely less evident on the Rio Grande National Forest because of the focus associated with salvage of dead and dying trees due to the spruce beetle outbreak. Adverse impacts to some of the key ecosystem characteristics associated with the conservation, recovery and viability of lynx can be anticipated in association with the timber program. However, potential adverse effects from all action alternatives are expected to be minimized with the incorporation of the existing SRLA direction, the addition of a new vegetation standard, and other plan components associated with the plan revision.

Table 6 provides estimates of potential Veg S7 allowances and unsuitable habitats in LAUs overlapping the lynx 95% Use Area delineated by Squires et al. (2018).

Rvsd Plan - 00004387

Table 5. Estimates of existing conditions and allowances under Veg S7, Forest Plan

| LAU | 95% Selected Lynx Use Area (acres) | Potential Veg S7 acres Utilized Based On Hazard Tree Rd & Site Buffers (acres) | Potential Veg S7 Caps Based on Forest Plan Suitable Timber Base (Acres -7% of Area/LAU) | RGNF Lynx Habitat Model: Unsuitable Habitat Overlap with Forest Plan Suitable Timber Base and 95% Lynx Use Area (acres) | RGNF Lynx Habitat Model: Suitable Habitat Overlap of 95% Lynx Use Area with Forest Plan Suitable Timber Base (acres) |
|---|---|---|---|---|---|
| ALAMOSA | 23,664 | 1,292 | 348 | 643 | 4,138 |
| CONEJOS CANYON | 20,205 | 1,534 | 587 | 674 | 7,420 |
| DEEP CREEK | 23,143 | 424 | 105 | 903 | 553 |
| HOGBACK | 18,479 | 1,569 | 443 | 1,795 | 4,320 |
| LA JARA | 18,542 | 556 | 413 | 482 | 5,001 |
| PINOS-ROCK | 44,114 | 4,122 | 1454 | 779 | 18,896 |
| RITO-ARCHULETA | 4,758 | 164 | 62 | 76 | 795 |
| SNOWSHOE | 22,818 | 253 | 152 | 379 | 1,770 |
| STONEY PASS | 51,586 | 1,188 | 121 | 256 | 1,422 |
| THIRTYMILE | 17,525 | 439 | 255 | 1,049 | 2,582 |
| TRES MESA | 21,297 | 841 | 303 | 2,252 | 1,964 |
| TROUT-HANDKERCHIEF | 52,520 | 4,770 | 2281 | 6,765 | 24,344 |
| TROUT CREEK | 15,345 | 666 | 194 | 604 | 2,067 |
| VICTORIA CHAMA | 10,540 | 77 | 46 | 0 | 334 |
| TOTALS | 344,536 | 17,896 | 6,763 | 16,657 | 75,606 |

### Effects on Canada lynx from Fire Management

Plan direction that relate to fire focuses on the natural role that fire plays in the ecosystem. All alternatives contain plan direction regarding unplanned wildfires where they would only be extinguished when they are a threat to human life or values at risk, or if they risk the ability of the site to sustain ecosystems. The Forest Plan contains direction for fire management zones which create a prioritization framework for fire management tied to resource protection or risks to human life and property.

The majority of spruce-fir forests in Colorado are considered Fire Regime V systems, indicating that wildfire is an infrequent disturbance event that may occur every 200+ years (Schmidt et al. 2002).  In the San Juan Mountains of southern Colorado, fire return intervals in spruce-fir systems may average from 300 to 600 years (Romme et al. 1992).  Large wildfires in spruce-fir systems are primarily associated with extreme weather events such as drought and high winds rather than fuels, stand age, or insect and disease factors and tend to be high-intensity stand replacement events when they do occur (Bessie and Johnson 1995, Sherrif et al. 2001, Veblen 2003).  The West Fork Fire Complex of 2013 burned in a similar pattern during the dry and windy climatic conditions prior to the start of the monsoon season.

Wildfires in spruce-fir systems can be patchy and non-continuous but most often result in crown fires that typically kill most (>90%) of the canopy trees over large areas (Veblen 2003).   Fire Regime V events tend to be stand initiating, and the rate and pattern of forest development can be highly variable and is primarily dependent upon seed availability and site factors (Veblen et al. 2003 Roovers and Rebertus

28

Rvsd Plan - 00004388

1993). From an ecological point of view, fire events tend to have the greatest influence on stand susceptibility to subsequent beetle attacks (Bebi et al. 2003).

Currently, there is no clear evidence that bark beetles or windthrow events influence the frequency of fire events in spruce-fir forests (Baker and Veblen 1990, Sherrif et al. 2001, Bebi et al. 2003, Veblen 2003). Recent local studies also suggest that fire severity is not influenced by spruce beetle outbreaks, with climatic factors being most significant to creating conditions conducive to large, high-severity fires in the subalpine zone of Colorado (Andrus et al. 2016). However, fire hazard may be greater during the two years following a beetle attack when the dead needles and fine twigs are still on the trees (Schmid and Amman 1992).

Because of the fire regime associated with lynx habitat, most wildfires would be expected to move forests into a more open condition that is less desirable or beneficial to lynx. However, post-fire use by lynx is expected to be associated with characteristics of the burn such as size, severity, and landscape patterns. Recent information from Washington State indicates that lynx in those forests will still use burned areas as early as one-year post-fire, although they do show a preference for unburned "islands" of vegetation within those burned areas (Vanbianchi et al. 2017). This information suggests that lynx will utilize burned landscapes but primarily where residual undisturbed mature forest or comparable dense vegetation remains in close proximity to the burn, either as part of a larger landscape mosaic within a burn mosaic or immediately adjacent to the burned area. Local movement data from lynx on the Forests suggests a similar pattern of use of unburned islands within two years of the 2013 West Fork Fire; however, lynx are also clearly avoiding the larger burn area (Squires et al. 2016).

In the medium term (approximately 5-15 years), fire can induce regeneration/succession which can eventually result in an increased prey base (Fox 1978). Fire exclusion generally results in forests that have full canopy cover but little of the understory vegetation that Lynx and their prey base require. The heterogeneity of local spruce-fir systems on the Rio Grande National Forest, however, in association with the natural patch dynamics contributes to a mosaic of forest conditions that provide small openings and cover in close proximity for lynx and their primary prey species. However, when a wildfire start does occur and expands into local lynx habitat it is likely to be a large scale stand-replacement event similar to the West Fork Fire Complex of 2013. The West Fork Fire burned through approximately 20,000 acres of mapped lynx habitat, with about 23% being high intensity, 50% moderate intensity, and 27% low intensity. Both moderate and high-intensity burn areas were considered to be converted to unsuitable habitat conditions because of the fire, with three of the four affected LAUs now having relatively high unsuitable habitat values (USDA Forest Service 2013).

The use of wildland fire for resource benefit is expected to increase under all action alternatives. This will involve allowing more wildfires to burn when conditions allow, particularly when human resource values and safety are not at risk such as in designated wilderness. The effect of wildland fire in Class V fire regime systems will likely have short to mid-term negative effects on lynx depending upon individual fire characteristics and patterns, with large openings created by high-intensity fire being avoided by lynx until such time that forest vegetation returns and grows dense enough to support prey species such as snowshoe hare. In many local spruce-fir sites, aspen is likely to be a pioneer species on local wildfire sites. Aspen may support lower of snowshoe hare and other prey species for the first couple decades or more, but is not expected to provide higher quality habitat values until such time that spruce or other conifer trees take hold and grow into foraging habitat condition for snowshoe hare. This could take several decades or more depending upon site conditions and other factors. In the long-term, wildland fire in lynx habitat can be expected to result in high-quality habitat for primary prey species, and can be expected to be of high value to lynx depending upon the landscape patterns involving unburned areas of larger, intact forest that provides other cover, foraging, and denning values to lynx.

Suppression of wildland fire in spruce-fir ecosystems is expected to remain a primary tactic for multiple local resource values, including protection of wildlife habitat. In areas where stand initiation amounts

29

have already exceeded desired conditions for lynx and other spruce-fir associated wildlife species, fire suppression tactics may be used to extinguish fires as quickly as possible, or allow them to burn for resource benefit under prescribed conditions.  This latter opportunity may be more limited in spruce-fir ecosystems than in lower elevation forests that support more fire-adapted vegetative communities because wildfires in Fire Regime V systems tend to be driven by climatic conditions that result in higher intensity stand replacement fires.  The potential for climate change to influence the disturbance ecology patterns in local subalpine forests, including frequency and severity of wildland fire, is generally unknown but is a concern in identifying and balancing the need for extensive tracts of intact forest with openings that provide for the regeneration of early seral forest conditions that tend to support high densities of snowshoe hare and other potential prey species (Savage et al. 2017).

### Effects on Canada lynx from Fuels Management

Fuels management activities in lynx habitat across all alternatives are not expected to be applied frequently on a landscape scale because of the associated fire regime.  However, pile burning and other slash clean-up activities associated with activity fuels from timber harvest may be used frequently. Fuels management activities have the potential to be have negative effects on lynx habitat. These effects are addressed in plan direction, to avoid negative impacts to lynx habitat, maintaining the vegetative structure and connectivity required by the species.

### Effects on Canada lynx from Grazing

Cattle grazing can reduce shrub size and vigor, generally leading to more open conditions in contrast to the Lynx's preference for dense undergrowth (Aubry et al. 2000).  Cattle grazing can reduce winter forage and cover for snowshoe hares and is correlated with decreases in snowshoe hare abundance. The primary concern from livestock grazing on lynx habitat involves browsing and trampling impacts on understory or riparian associated species such as aspen and willow, which function as important cover and forage habitats for prey species such as snowshoe hare.  High-elevation riparian willow often functions as a key habitat for a variety of prey species during the summer period.  Grazing in these areas can reduce the cover and forage value of these areas. The current management direction from the SRLA regarding livestock grazing has been incorporated into the plan revision.  In most cases, cattle grazing tends to be a minor influence on these habitat types due to their elevation and inaccessibility to livestock.  Therefore, no updates to the management direction regarding livestock grazing has occurred.

The existing management direction regarding livestock grazing in addition to the new plan components are expected to maintain the vegetative conditions associated with the Lynx and their important prey species

### Effects on Canada lynx from Road Construction and Reconstruction, Road Management, and Motorized Off-Highway Travel

High volume roads and highways are known to have an impact on lynx movement and habitat connectivity, but the impact of lesser used roads and native surface roads is less well understood. Road-related mortality of lynx occurs most often when highway traffic volume approaches or exceeds 4,000 vehicles per day. Given the slower speeds and reduction in use associated with native surface forest roads, indirect impacts are less likely to occur.  In some cases, however, vehicle traffic may affect lynx behavior by deferring intended crossings and movements. However, such impacts are expected to be minimal depending on road density values in particular areas, especially when in association with other high-use recreation areas such as developed campgrounds.

Plan direction could be used to defer road construction and maintenance projects in Lynx denning habitat to avoid take when the dens are in use. Forest Plan direction also allows for the use of seasonal closures to protect wildlife and fisheries habitat. If used properly, this plan direction could ensure that the road

Rvsd Plan - 00004390

network has no more than a negligible impact to the Lynx population, commensurate to a minor adverse effect in the form of unintentional harassment.

Snowmobile use by recreationists often directly overlaps mapped lynx habitat because of human preferences for high-elevation, deep snow areas. Lynx can be negatively affected by use of over-the-snow vehicles due to noise and displacement. Winter periods can also be particularly stressful for lynx as they establish and reoccupy winter home ranges that will supply the food resources to feed themselves and often the previous years' kittens, and provide them with enough resources to prepare for the coming breeding season. The probability of negative impacts occurring likely increases with increasing snowmobile use and the amount of accessible terrain. The current increasing trend in snowmobile use in Colorado and on the Forest and the increased ability of the machines to pioneer into previously secluded habitat areas has the potential to increase potential displacement and/or disturbance of lynx in some areas. For example, requests for guide permits to lead snowmobile groups spruce-fir ecosystems that also support lynx are a recent activity on the Rio Grande National Forest.

Road and trail grooming for snowmobile access also results in snow compaction. In some cases, extensive play areas used repeated by snowmobiles also results in snow compaction. Baseline conditions regarding snow compaction are associated with the SRLA and have been incorporated into the Forest Plan.

**Table 6. Miles of Estimated Designated and Groomed Winter Routes on the Rio Grande National Forest. Information is from Figure 3-24 in the FEIS for the Southern Rockies Lynx Amendment (USDA Forest Service 2007). This table represents the Forest baseline in relationship to Section 7 responsibilities and SRLA Management Direction**

| Rio Grande National Forest | Total Miles of Designated Routes | Total Miles Groomed Routes | Total Miles of Groomed or Designated Recreation Winter Trails and Routes in Lynx Habitat within LAUs | Total Miles of Groomed or Designated Recreation Winter Trails and Routes within LAUs |
|---|---|---|---|---|
| **TOTALS** | 613 | 613 | 196 | 319 |

Under the Forest Plan, the snow compaction baseline is not to be exceeded without following the SRLA objectives and guidelines in the Human Uses section of the SRLA, and documenting the rationale for this deviation. Additional GIS work completed in 2016 resulted in a new map of snow routes and suspected compacted routes for the Rio Grande National Forest. Based on this mapping effort, the compacted routes are believed to be similar to the 2008 SRLA baseline but total routes used by snowmobiles had nearly doubled.

Snow compaction is considered a potential issue for lynx because other predators such as coyotes may take advantage of hard packed over-snow routes created by snowmobiles to access deep snow habitat areas that were formerly inaccessible to them. This may result in competition for resources such as snowshoe hare that lynx depend upon. While use of snow compacted routes by coyotes is a commonly observed occurrence locally, the effects of this increased access on lynx are uncertain. If further research indicates that it is a problem locally, then seasonal or local closures could mitigate the problem.

The Forest Plan Revision decision will determine the suitability of over-the-snow areas but delineated routes will not be determined until the travel management planning process.

31

Rvsd Plan - 00004391

***Effects on Canada lynx from Trail Management, Developed Recreation, and Dispersed Recreation***

### Off-Trail Over-The-Snow Vehicle Use

The Forest Plan retains existing areas open to OSV cross-country use. Currently a total of 673,840 acres are available for off-road/trail over-the-snow vehicle use within 25 of the 26 LAUs on the RGNF (table 8). Overlay of open use areas with Canada lynx 95% Use Areas identified by Squires et al. (2018) shows a high proportion of overlap in the Tres Mesa, Trout-Handkerchief, and Pinos-Rock LAUs.

**Table 7. Off-trail over snow vehicle use, RGNF**

| LAU | Off-Trail Use Allowed (ac) | Overlap of Open OSV Use and Lynx 95% Use Area (ac) | Percentage of 95% Use Area Overlapped by Open OSV Areas |
|---|---|---|---|
| 4MILE TO LA GARITA CREEK | 66,649 | 0 | 0.0% |
| ALAMOSA | 17,288 | 7,148 | 30.2% |
| BONANZA | 49,132 | 0 | 0.0% |
| CARNERO | 51,351 | 0 | 0.0% |
| COCHETOPA | 36,465 | 0 | 0.0% |
| CONEJOS CANYON | 19,731 | 8,873 | 43.9% |
| CREEDE | 21,453 | 0 | 0.0% |
| DEEP CREEK | 5,408 | 2,785 | 12.0% |
| EMBARGO | 36,262 | 0 | 0.0% |
| GROUNDHOG PARK | 19,647 | 0 | 0.0% |
| HOGBACK | 21,187 | 7,929 | 42.9% |
| LA JARA | 10,090 | 3,177 | 17.1% |
| LAGARITA WILDERNESS | 8,614 | 0 | 0.0% |
| PINOS-ROCK | 41,969 | 27,124 | 61.5% |
| RITO-ARCHULETA | 34,847 | 342 | 7.2% |
| SAGUACHE PARK | 39,482 | 0 | 0.0% |
| SANGRE DE CRISTO NORTH | 3,569 | 0 | 0.0% |
| SANGRE DE CRISTO SOUTH | 683 | 0 | 0.0% |
| SNOWSHOE | 3,212 | 2,101 | 9.2% |
| STONEY PASS | 11,446 | 4,727 | 9.2% |
| THIRTYMILE | 18,127 | 5,296 | 30.2% |
| TRES MESA | 58,980 | 11,220 | 52.7% |
| TROUT-HANDKERCHIEF | 67,701 | 39,920 | 76.0% |
| TROUT CREEK | 25,379 | 4,637 | 30.2% |
| VICTORIA-CHAMA | 5,168 | 829 | 7.9% |
| TOTAL | 673,840 | 126,111 | 36.6% |

The impact that outdoor recreation may have to lynx is not clear although a number of studies are underway (Maze 2013). As stated previously, snowmobile use of Lynx habitat may have impacts to the species by facilitating the movement of competitive species such as coyote (Kolbe et al. 2007). Non-

Rvsd Plan - 00004392

motorized over-snow travel may have a similar effect, although at a lesser scale and intensity. This may not directly impact lynx as the species spends the great majority of its time in thick brush and timber that is not generally suitable for over-the-snow travel, mechanized or not.

There is no indication that other types of recreation have much impact on Lynx of their habitat, as hikers and other recreationists generally stay out of the thickest brush that makes up the lynx's preferred habitat.

### Summary of Indirect Effects to Canada lynx

The SRLA provides an overview of all activities that might influence Canada lynx and the key ecosystem characteristics that define their primary habitat and that of their important prey species. The management direction that addresses these activities is incorporated into the action alternatives for the plan revision. Of these, forest vegetation management is considered the most influential, primarily because of potential effects of vegetative structure that supports snowshoe hare and, to a lesser degree, other important prey species.  Therefore, the forest vegetation management (timber) program has the greatest potential to influence Canada lynx depending primarily upon where these activities are located.  Conversely, forest vegetation management can also be an important tool for improving lynx habitat both spatially and temporally over time and thus have beneficial influences to lynx habitat.

Wildland fire can have extensive negative influences on lynx habitat locally because of the fire regime associated with local subalpine forests.  In the short to mid-term (several decades), these fires can have detrimental effects on lynx habitat quality depending upon factors such as location, scale, and intensity. Conversely, wildland fire can be a beneficial influence on lynx habitat over the long term if burn intensities and spatial aspects of burn and unburned areas are in close proximity to each other.

Recreational programs may have negative influences on lynx habitat, primarily as associated with winter recreational use of motorized over-the-snow machines, or snowmobiles.  Effects can include potential disturbance and displacement, and potential facilitation of completion by other carnivores, such as coyotes, for food resources.  Livestock grazing can and has been documented as a concern on vegetation structure and composition, particularly in riparian zones where aspen and willow provide important summer foraging habitat for a wider variety of prey species than during the winter periods.  Most grazing issues involving lynx habitat have occurred at mid-elevations where dryer riparian habitat vegetation can be more readily influenced by livestock.  However, upper elevation willow carrs can also be influenced.

Other human uses and key habitats involving road management, summer recreation, linkage areas, and habitat connectivity can also be influential depending on location, scale and intensity.

Programs that have the greatest potential to impact lynx are those that have the potential to affect the vegetative cover needed by lynx or their prey base. Timber harvest, fire, fuels management, and, to a lesser degree cattle grazing, all have the greatest potential to impact lynx's required vegetative cover. Over-snow recreation has potential to disturb and displace lynx and increase snow compaction levels. In-stream minerals dredging activities have some minor potential to interfere with lynx travel corridors. Vegetation management activities that occur during the reproductive season is the likely the only program that has much potential to cause direct mortality to lynx.  This can be mitigated by timing restrictions in key reproductive habitat until such time the kittens can likely move between maternal dens (after at least July 15).

### Comparison of Plan Component Effects Addressing Lynx Risk Factors

Table 9 provides a summary of plan component response to lynx risk factors under the Forest Plan in comparison to management direction under the existing forest plan.

**Table 8. Lynx Risk Factor Summary Effects Comparison for the current Forest Plan in Relation to the Previous Plan**

| Risk Factor | Ecological Element at Risk | Plan Component Code Addressing Risk (Existing Condition) | Plan Component Code Addressing Risk (Forest Plan) | Effects Analysis Summary |
|---|---|---|---|---|
| Vegetation and Timber Management | Denning habitat availability | SRLA: VEG G11 | S-TEPC-1 | **Previous and current Forest Plan**<br>• Provides that denning habitat should be distributed in each LAU. |
| | Foraging and cover habitat availability | SRLA: VEG S1, VEG S2, VEG S5, VEG S6, VEG G1, VEG G5VEG G10 | S-TEPC-1 VEG S7 (S-TEPC-2) | **Previous Plan**<br>• Provides for retention 70% of overstory cover, in all LAUs<br>• Restricts precommercial thinning removal of snowshoe hare habitat without overstory cover, with exceptions, in all LAUs<br>• Restricts regeneration to 15% or less within an LAU during a 10 year period, in all LAUs<br>• Restricts regeneration harvest projects not meeting VEG S1, S2, S5, or S6, within WUI, to no more than 3% of lynx habitat in the administrative unit.<br>• Provides for 70% retention of snowshoe hare and red squirrel habitat in stands identified as suitable habitat, in all LAUs<br>• Restricts incidental removal of winter snowshoe hare habitat with overstory cover due to salvage harvest, in LAUs exceeding 30% unsuitable habitat, and LAUs with 15% or more regeneration harvest within a 10 year period, in all LAUs<br>• Does not limit incidental damage or removal of high quality hare habitat during salvage operations in stands not classified as multi-story mature or late successional conifer forests.<br><br>**Forest Plan:**<br>• Provides for retention of 70% retention of overstory cover, in 95% use area<br>• Removes requirement for 70% retention of overstory cover, in areas outside the 95% use area<br>• Restricts regeneration to 15% or less within an LAU during a 10 year period, in 95% use area |

Rvsd Plan - 00004394

| Risk Factor | Ecological Element at Risk | Plan Component Code Addressing Risk (Existing Condition) | Plan Component Code Addressing Risk (Forest Plan) | Effects Analysis Summary |
|---|---|---|---|---|
| | | | | • Removes restriction of regeneration harvest projects not meeting VEG S1, S2, S5, or S6, within WUI, to no more than 3% of lynx habitat in portions of the administrative unit outside the 95% use area.<br>• Restricts precommercial thinning removal of snowshoe hare habitat without overstory cover, with exceptions, in all LAUs<br>• Provides for 70% retention of snowshoe hare and red squirrel habitat in stands identified as suitable habitat, in all LAUs<br>• Provides for retention of existing snowshoe hare habitat with overstory cover, with exceptions, within the 95% use area only<br>• Removes restriction on incidental removal of winter snowshoe hare habitat with overstory cover due to salvage harvest, in LAUs exceeding 30% unsuitable habitat, and LAUs with 15% or more regeneration harvest within a 10 year period, in all LAUs outside the 95% use area.<br>• Provides for up to 7% incidental removal of snowshoe hare habitat in stands identified as Unsuitable due to bark beetle mortality, except for hazard tree removal within 250' of open roads, administrative sites, and administrative roads, within 95% use area. |
| | Landscape connectivity | SRLA: ALL S1, LINK S1 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Provides for retention of connectivity. |
| Wildland Fire Management | Denning, forage, and cover availability | SRLA: VEG 03 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Provides an emphasis to conduct fire use activities to restore ecological processes and maintain or improve lynx habitat. |
| Livestock grazing | Cover and foraging habitat availability | SRLA: LINK G2, GRAZ G1, GRAZ G2, GRAZ G3, GRAZ G4 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Reduces risk of lynx and prey species habitat loss due to grazing. |
| Recreational Uses | Increased risk of mortality due to | SRLA: HU G4, HU-G10, HU-G12 | S-TEPC-1 | **Previous and current Forest Plan:** |

Rvsd Plan - 00004395

| Risk Factor | Ecological Element at Risk | Plan Component Code Addressing Risk (Existing Condition) | Plan Component Code Addressing Risk (Forest Plan) | Effects Analysis Summary |
|---|---|---|---|---|
| | predator competition | | | • Reduces risk caused by predator competition facilitated by snow compaction activities. |
| Highways | Increased mortality | SRLA: LINK S1, HU G9 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Reduces risk of highway-related lynx mortality. |
| Highways and Permanent Developments | Foraging and cover habitat availability | SRLA: HU G1, HU G2, HU G5, HU G11 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Provides for retention of snowshoe hare habitat and lynx cover in otherwise fragmented areas. |
| | Landscape connectivity | SRLA: ALL S1, ALL G1, HU G3, HU G6, HU G7, HU G8, LINK G1 | S-TEPC-1 | **Previous and current Forest Plan:**<br>• Reduces the risk of connectivity loss on the landscape. |

36

Rvsd Plan - 00004396

## Summary of Remaining Uncertainty and Risk to Canada lynx

Risk to Canada lynx resulting from multiple use activities on the Rio Grande National Forest are largely addressed in the Forest Plan via adoption of SRLA management direction. However, SRLA did not address the potential effects to, or potential management approaches for, conditions resulting from significant reductions in available multi-storied mature or late-successional spruce-fir stands at the National Forest scale. In the last 10-15 years, due to insect mortality spruce-fir stands on the Rio Grande National Forest have undergone a substantial shift in structural condition from mature tree-dominated green canopy forest to snag-dominated stands providing little to no green overstory. Recent research indicates that, despite these changed conditions, lynx and snowshoe hare continue to occupy and thrive in areas substantially affected by beetle-kill, with use levels in these stands similar to that shown prior to this mortality event.

The VEG S7 (S-TEPC-2) and S-TEPC-3 standards under the Forest Plan recognizes lynx and snowshoe hare use of spruce-fir stands with high levels of overstory mortality and proposes management direction for timber/salvage harvest activity levels that varies by location within or outside of the Lynx 95% Use Area identified by Squires et al. (2018). In summary, the standards would limit effects allowances to VEG S7 stands in 95% Use Area to 7% while relaxing previous standards under SRLA for effects limitations on allowable amounts of stand initiation structural stage (VEG S1) and stand regeneration (VEG S2) in any LAU that falls completely outside the 95% Use Area.

While application of these standards recognize the need to limit impacts within areas of the Forest most highly utilized by lynx, some uncertainty and; therefore, associated risks remain to be addressed. For example, the amounts and spatial locations of existing stands with high levels of overstory mortality containing conditions utilized by both lynx and prey species, have not been identified. In addition, the impacts to lynx and prey species resulting from potential impacts of up to 7% of this habitat during salvage operations, as well as salvage removal of snags that likely provide shading and overstory cover that contribute to suitability of these stands, is unknown. The effect is likely mitigated to an extent because treatments would be limited to areas identified as suitable for timber removal, but some uncertainty remains.

Outside of areas proposed for management under VEG S7, the remaining amount and distribution of multi-story mature and late successional spruce-fir stands (SRLA VEG S6) containing winter snowshoe hare habitat have not been identified. Stands retaining these conditions or other habitat characteristics may provide a heightened role in sustaining lynx and snowshoe hare given the reduced availability of this habitat on the landscape. Therefore, the effects of continued limited allowances for impacts to remaining VEG S6 stands within lynx high use areas and other vegetation management within habitat outside the lynx high use areas is uncertain.

## Cumulative Effects

Trapping was once thought to be the primary driver of the decline of lynx – the species was regularly trapped for pelts. As recently as 1980 these pelts were still being sold for export (45 FR 80444). However, as noted in the listing decision, current forest management practices are considered one of the primary effects.

Cumulative effects involving lynx habitat are determined by tracking changes to baseline conditions of individual LAUs in relationship to other planned or reasonably foreseeable activities on other non-federal lands. Future activities on federal lands are not included in cumulative effects analysis for federally listed

Rvsd Plan - 00004397

species because they are subject to additional section 7 analysis when individual projects occur.  Other habitat parameters involving monitoring of the SRLA implementation under the Biological Opinion for section 7 consultation for the SRLA have been tracked on an annual basis either at the LAU scale or Forest-wide.

The primary influence on lynx habitat baseline conditions is associated with the extensive spruce beetle outbreak focused within the spruce-fir ecosystem type.  Aerial surveys to detect insect and disease influences indicate widespread mortality in the mature spruce component on the Rio Grande National Forest. As of 2016, these surveys indicate mortality had increased to 100% of the spruce-fir forested ecosystem (USDA Forest Service 2017). This primarily involves the mature and older spruce trees. It should be noted that aerial detection methods over-estimate total mortality, as some spruce-fir forest in the southern portion of the Forest currently remains at least partially green, and mid to lower canopy levels are usually not as severely affected by spruce beetle. This change in habitat conditions directly overlaps with the core habitat for lynx on the Rio Grande National Forest and has resulted in a significant change to the key ecosystem characteristics known to provide high-quality habitat conditions for the species. Although also variable, it is estimated that unsuitable habitat conditions average 27% across mapped lynx habitat on the Forest with 11 of the 29 LAUs (38%) being over the unsuitable habitat threshold associated with Standard VEG S1 (30% unsuitable). The majority of this change has occurred since 2010 when the spruce outbreak was affecting up to 60,000 acres or more per year.

In response, proposed salvage activities have increased, most of this occurring in lynx habitat. This increase in timber salvage activities are expected to continue for the next seven years while the dead trees are still merchantable.  This will likely have both negative and positive influences on lynx habitat, depending upon the location of activities and how they are conducted in relationship to known high-quality lynx habitat.

 It is also likely that the demand for certain recreational activities will continue to increase, with some activities having the potential for influencing lynx habitat.

Changes in lynx habitat condition on the RGNF due to the spruce beetle outbreak are significantly decreasing (USDA Forest Service 2016).  This is because of the extensive area influenced by spruce beetles and the fact that they are running out of green trees to utilize as a food resource.

The most recent aerial detection surveys describe tree mortality as substantial in the spruce-fir ecosystem (USDA Forest Service 2017) that directly overlaps with most all of the lynx habitat on the forest. However, what this information doesn't display is the vast amount of understory release associated with the canopy mortality and therefore the amount of live forest attributes that appear to still be supporting high densities of snowshoe hare, the primary prey species for Canada lynx.  The current information also indicates that most known historic use areas are still being used by lynx, and that reproduction is occurring. Some but not all of this habitat is protected from some management activities due to wilderness or roadless designations. However, there is considerable uncertainty associated with the extensive habitat change for lynx and other wildlife species, and what small but incremental impacts to habitat may mean from a cumulative effects perspective.  Information from collaborative studies is being collected at this time to guide management activities through this uncertainty.  The additional plan components developed for the plan revision are based on some of this preliminary information, to help minimize potential influences and reduce the potential for cumulative impacts over time.

### Determinations

It is determined that the Forest Plan **may affect and is likely to adversely affect** Canada lynx based on the following rationale:

38

- The Forest Plan addresses threats and risk factors to Canada lynx by incorporating management direction described in the SRLA, with modification to the vegetation management and activities direction.

- The forestwide change in vegetation condition in spruce-fir stands is recognized and management direction is prescribed in stands currently utilized by Canada lynx that were previously identified as unsuitable under the SRLA.

- Primary lynx and snowshoe hare use areas on the Forest have been identified as a result of recent and ongoing research.

- Limited impacts to Canada lynx and lynx prey habitats allowed under SRLA would continue, with modifications to these allowances pertaining to vegetation management and activities.

- Within Canada lynx 95% use areas, the level of effect to Canada lynx and lynx prey resulting from proposed limited allowance of 7% impact to understory and associated overstory in VEG S7 stands is uncertain, as is the level of effect generated by continued limited effect allowances for vegetation treatments in remaining multi-storied mature and late successional spruce-fir stands.

## SRLA Required Monitoring

1. Maps of the location and intensity of snow compacting activities and designated and groomed routes that occurred inside LAUs during the period of 1998 to 2000 constitute baseline snow compaction. Changes in activities and routes are to be monitored every five years after the decision.

2. When fuels treatment and vegetation management project decisions are signed, report the following:

    a) Acres of fuel treatment in lynx habitat by Forest and LAU, and whether the treatment is within or outside the WUI as defined by HFRA.

    b) Whether or not the fuel treatment met the vegetation standards or guidelines. If standard(s) were not met, report which standard(s) was not met, why it could not be met, and how many acres were affected.

    c) Application of exceptions in Standard VEG S5:

    For areas where any of the exceptions 1 through 5 listed in Standard VEG S5 were applied, report the type of activity, the number of acres, and the location (by unit, and LAU) and whether or not Standard VEG S1 was within the allowance.

    d) Application of exceptions in Standard VEG S6:

    For areas where any of the exceptions 1 through 4 listed in Standard VEG S6 were applied, report the type of activity, the number of acres, and the location (by unit, and LAU) and whether or not Standard VEG S1 was within the allowance.

    e) Total acres of lynx habitat treated under exemptions and exceptions to vegetation standards, to assure the 4.5 percent limit is not exceeded on any Forest over the life of the amendment (15 years).

3. Application of guidelines:

    a) Summarize what guideline(s) was not followed and why.

b) Document the rationale for deviations to guidelines.

**Recommended Improvements to Resource Tracking and Reporting Procedures (Rio Grande National Forest)**

1. Baseline conditions regarding snow compaction activities and routes have been challenging to report and map at specific time intervals. Reporting criteria in the SRLA have not been met. Recommend a remap of baseline conditions for the plan revision and to make reporting requirements more transparent to the Service and the public by including them as part of the section 7 consultation requirements associated with this plan revision.

2. Both suitable and unsuitable habitat conditions for lynx have been defined in documents associated with the plan revision. It is recommended that the updated criteria for these conditions in regards to understory cover values and green overstory amounts be included as an appendix to the plan revision.

3. Ensure that any allowable acres entered into VEG S7 stands for salvage or other forest vegetation management activities are counted and reported in association with the total treatment acres.  For example, if 40 acres of VEG S7 are entered for salvage purposes, 40 acres are counted and reported towards the total allowance for the Rio Grande National Forest.  This approach will be consistent with the conservation measures for vegetation management in the 2013 LCAS.

4. Review all remaining acreages for existing SRLA exceptions and exemptions (i.e. caps). Continue or renew all acreages applicable to the SRLA except VEG S6. Carefully consider whether continuing existing threshold amounts for VEG S6 contributes to conservation goals given the significant decrease in this forest condition due to the spruce beetle outbreak.

5. Explore opportunities to accurately map the amount and distribution of VEG S7 stands in the 95% Lynx Use Area. To help evaluate whether the proposed allowance amount (7%) will meet conservation goals as currently planned.

6. Provide an exemption for any VEG S7 stands associated with the definition of roadside hazard removal.

# Southwestern willow flycatcher (*Empidonax trailii extimus*)

## Environmental Baseline

The breeding range of the Southwestern willow flycatcher includes southern California, Arizona, New Mexico, southwestern Colorado, and extreme southern portions of Nevada and Utah: specific range boundaries are delineated in the subspecies' recovery plan (USDI Fish and Wildlife Service 2002).

Southwestern willow flycatcher was first petitioned for listing in 1992 (57 FR 39664), proposed for listing in 1993 (58 FR 39495), and listed in 1995 (60 FR 10695). Critical habitat was designated in 1997 (62 FR 1997), although there is no Critical Habitat on the planning unit. Since the initial designation, there have been multiple revisions of Critical Habitat boundaries and the development of multiple local-level Habitat Conservation Plans. The species is widespread, but very rare throughout its range.

Although willow flycatchers were known to occur in the San Luis Valley, little was known about the extent of their occurrence or what subspecies might be present.  The current information suggests that important flycatcher habitat does occur in certain locations in the Valley in association with willow-dominated riparian and wetland communities on the valley floor.  Although it is recognized that the San Luis Valley occurs within a gradation zone between the *E. t. adastus* and *E. t. extimus* subspecies (Paxton

40

et al. 2008), the USFWS at this time considers all willow flycatchers in the Valley to be the *E. t. extimus* subspecies (July 12, 2011 letter from the USFWS to the Rio Grande National Forest).

In 2008, the first (and only) detection of an individual willow flycatcher on the Rio Grande National Forest occurred during surveys of adjacent BLM lands. This detection occurred during the early survey period (June 9, 2008) approximately 5 meters from the boundary of adjacent Colorado State Land Board property. No willow flycatchers have been noted in this area or in any other location on Forest lands since that time. The Rio Grande National Forest has conducted habitat and presence surveys for the Southwestern willow flycatcher since 2003. Approximately 1,762 acres of suitable and 947 acres of potential Southwestern willow flycatcher habitat have been identified on the Forest to date (2,709 acres total). Approximately 1,428 acres (81%) of the suitable habitat and 93 acres (10%) of the potential habitat has received species protocol surveys for at least two consecutive years. Furthermore, 1,118 acres (73%) of the two-year surveys have occurred above 9,000 feet in elevation. These extensive survey efforts have yielded only one individual Southwestern willow flycatcher adjacent to the lower boundary of the Forest during an early season inventory effort conducted by the BLM (Ghormley 2018).

### Natural history and key ecological functions

Southwestern willow flycatchers are strongly territorial. Flycatcher territories are often clumped together, rather than spread evenly throughout a habitat patch. Territory size varies greatly, probably due to differences in population density, habitat quality, and nesting stage. Estimated breeding territory sizes generally range from approximately 0.25-5.7 ac, with most in the range of approximately 0.5-1.2 ac (USDI Fish and Wildlife Service 2002).

The flycatcher builds a small open cup nest. Typical nest placement is in the fork of small-diameter (e.g., 0.4 in), vertical or nearly vertical branches. Occasionally, nests are placed in down-curving branches. Nest height varies considerably, from 1.6 to 60 ft, and may be related to height of nest plant, overall canopy height, and/or the height of the vegetation strata that contain small twigs and live growth. Most typically, nests are relatively low, e.g., 6.5 to 23 ft above ground (USDI Fish and Wildlife Service 2002).

Ecological conditions for recovery, conservation, and viability

The San Luis Valley encompasses the northernmost recovery unit identified by the USFWS for the Southwestern willow flycatcher (USDI Fish and Wildlife Service 2002). In the Final Rule, critical habitat was designated on five separate portions of the Rio Grande and Conejos River in the south portion of the San Luis Valley on BLM and federal refuge lands (78 FR 344). None of the designated critical habitat occurs on National Forest System land.

### Threats and Risk Factors

The greatest historical factor in the decline of the Southwestern willow flycatcher is the extensive loss, fragmentation, and modification of riparian breeding habitat (U.S. Fish and Wildlife Service, 2002, Sogge et al. 2010). Large-scale losses of southwestern wetlands have occurred, particularly the cottonwood-willow riparian habitats historically occupied by this subspecies. Factors causing habitat loss and/or change include urban, recreational, and agricultural development, water diversion and impoundment, channelization, livestock grazing, and replacement of native habitats by introduced plant species (Marshall and Stoleson, 2000; USDI Fish and Wildlife Service 2002, Sogge et al. 2002).

While nest parasitism by brown-headed cowbirds has been documented to negatively impact some Southwestern willow flycatcher populations, especially at small and isolated breeding sites, it is highly variable and no longer considered among the primary rangewide threats to flycatcher conservation (USDI Fish and Wildlife Service 2002). Locally, livestock grazing is likely the most extensive activity with the highest potential to negatively influence Southwestern willow flycatcher habitat. Other activities of concern include motorized vehicle use and recreational impacts to riparian areas. These latter impacts

41

often occur on a smaller scale on a site-specific basis, but can be significant depending upon at these locations. Drought can be a significant factor influencing distribution and continued use of potential habitat.

## Environmental Consequences

### Indirect Effects to Southwestern willow flycatcher

Southwestern willow flycatcher are both largely absent from the planning unit (one sighting of Southwestern willow flycatcher at the edge of the planning unit). As such, the primary impact considerations are potential habitat and the potential ability to support recolonization, reintroduction, or population supplementation.

There is an entire section of plan components for Riparian Management Zones, nearly all of which would be protective or restorative of the vegetation structures preferred by this species.

### Effects on Southwestern willow flycatcher from Livestock Grazing

Grazing has potential to impact riparian habitat, including that of the Southwestern willow flycatcher (Brookshire et al. 2002). This is addressed by multiple plan components that are protective of riparian vegetation. These include the following:

**DC-RNG-1:** Domestic livestock grazing is managed to promote landscape diversity (composition, structure, and function) with both a spatial context (what species, what kind of structure, and what landscape patterns are natural by ecosystems) and a temporal context (which seral stages and how many are natural by ecosystem). (Forestwide)

**DC-RNG-2:** Forage, browse, and cover needs for wildlife and authorized livestock are in balance with the available forage. (Forestwide)

**G-RNG-3:** Authorized grazing in Riparian Management Zones should be in compliance with residual stubble heights identified in Forest Service Technical Report INT-263, Managing Grazing of Riparian Areas in the Intermountain Region (Clary and Webster 1996). (Forestwide)

**DC-RMZ-1:** Riparian areas and wetlands are healthy, fully functioning ecosystems that are resilient and able to withstand natural and human disturbances that include flood, fire, drought, changes in frequency and timing of weather events, recreation, and herbivory. Aquatic ecosystems, riparian ecosystems, and watersheds exhibit high ecological integrity. The vegetation consists of desirable native species and age classes and meets the needs of resident amphibians, fish, and migratory birds. Populations of riparian vegetation are diverse, vigorous, and self-perpetuating. Invasive species, including plants and animals, in riparian and wetland ecosystems are rare. There is sufficient vegetative cover to provide bank stability, trap and retain sediment, regulate temperature, and contribute to floodplain function. Riparian ecosystem composition, structure, and function can generally be restored and enhanced by beaver habitat. (Forestwide)

**DC-RMZ-2:** Hydrologic regimes of riparian and wetland ecosystems contribute to appropriate channel and floodplain development, maintenance, and function. (Forestwide)

**G-RMZ-2:** To provide for the structural nesting habitat requirements for riparian-associated birds, design management activities to avoid healthy willow carrs. (Forestwide)

However, even with current plan components it is still possible for cattle to have negative influences on riparian willow habitats by consumption of vegetation, trampling, and other impacts. Livestock grazing is

42

currently a widespread annual activity across the Rio Grande National Forest, including in or near riparian zones that contain potential habitat for Southwestern willow flycatcher. Even with plan components, there remains a potential for the Range program to have a minor to moderate impact or adverse effects on potential Southwestern willow flycatcher habitat on the RFNG. Strong management focus on achievement of desired conditions and adherence to plan direction should help limit the potential for those impacts. Currently, the Rio Grande National Forest is required to conduct repeat surveys on allotments with grazing that contain suitable habitat above or below 8,500 feet in elevation every 5 years. This means that if five years or more has passed since the last survey occurred, repeat surveys are required in a sample of the best available habitat if livestock grazing still occurs. This requirement has not been fully implemented on most of the grazing allotments on the Forest.

The grazing and riparian-related plan components in the preferred alternative are anticipated to provide for adequate Southwestern willow flycatcher habitat in most instances; however, it is likely that if livestock grazing occurs in riparian areas associated with Southwestern willow flycatcher habitat, a risk from grazing impacts will be present.  Adequate monitoring is essential to helping to identify problem areas and reduce the potential for adverse impacts.

### Effects on Southwestern willow flycatcher from Motorized Off-Highway Travel, Trail Management, Developed Recreation and Dispersed Recreation

Many riparian areas on the planning unit are or potentially can be impacted by Off-Highway Vehicle (OHV) traffic, which includes but may not be limited to all-terrain vehicles (4-wheelers), utility vehicles (side-by-sides), and motorcycles. In some cases, user-created roads remain an issue where terrain does not prohibit access. Riparian zones are commonly associated with travelways, trails and other access points that contribute to the potential for legal off-road (game retrieval) or illegal, user-created activity. Dispersed recreation activities are known to cause impacts to riparian areas on the planning unit, including mapped potential habitat for Southwestern willow flycatcher. These impacts vary from heavy foot traffic in areas to motorized access and dispersed camping sites near riparian zones.

Legal, permitted use by OHV traffic could be anticipated to be conducted in a manner more consistent with habitat objectives for Southwestern willow flycatcher based on direction provided in **S-TEPC-4** and **G-TEPC-1**. It is anticipated that the new developed plan components will reduce the potential for these impacts, however, adverse impacts to riparian areas and willow-riparian systems are likely to still occur unless sufficient monitoring and regulation occurs to identify and better manage problem areas.

### Summary of Indirect Effects on Southwestern willow flycatcher

Known occurrences of southwestern willow flycatcher are restricted to one area near the lower elevation limits of the Forest boundary; however, mapped potential habitat occurs on approximately 2,700 acres of riparian-willow habitat. Forest plan components would present a minor to moderate potential for adverse impact to potential SWWFL habitat through the life of the plan, depending upon the activity. Plan components are protective of habitat features required by this species and expected to help address impacts when they are identified.

One year of protocol survey efforts for non-grazing related projects on or off allotment areas within 1 year of project initiation is required for southwestern willow flycatcher. These pre-activity survey requirements should help identify occupied habitat, potential quality habitat, and problem areas. The minimum patch size for areas above or below 8,500 feet also applies to non-grazing projects.

### Cumulative Effects

The selected alternative will not contribute to any cumulative influences that may be associated with water management activities or incidental take within the San Luis Valley since all project activities will

have no measurable effect on Southwestern willow flycatcher or their primary habitats.  There are no other known non-federal actions that would affect the environmental baseline.

### Determinations

It is determined that the Forest Plan **may affect, but is not likely to adversely affect** Southwestern willow flycatcher based on the following rationale:

- Fourteen years of survey effort resulting in the occurrence of only one individual Southwestern on the forest boundary indicate that the subspecies does not occur or are highly unlikely to occur on the Rio Grande National Forest or that any nesting individuals will be detected in the future.

- In the event of incidental occurrence of the species on the Forest, Forest Plan components are anticipated to provide for adequate Southwestern willow flycatcher habitat in most instances; however, it is likely that if livestock grazing occurs in riparian areas associated with willow flycatcher habitat, a risk from grazing impacts will be present.

## Gunnison's sage-grouse (*Centrocercus minimus*)

### Existing Conditions and Trends

Historically, the range of the Gunnison sage-grouse included parts of central and southwestern Colorado, southeastern Utah, northwestern New Mexico and northeastern Arizona. Gunnison sage-grouse currently occur in seven populations in southwestern Colorado and southeastern Utah (79 FR 69312).

This species was petitioned for listing in 2001 (66 FR 54848), after multiple resubmissions of the petition, the species was found to be "Not Warranted" for listing in 2006 (71 FR 19954). After a status review in 2009, the species was listed as "Warranted, but Precluded in 2010 (75 FR 59804). In 2013 the USFWS proposed designating Critical Habitat for the species (78 FR 2539) and proposed listing the species as "Endangered" (78 FR 2485). After additional review and several modified proposals, the species was eventually listed as "Threatened" (79 FR 69191) with designated Critical Habitat (79 FR 69311) in 2014. In this final determination, no Critical Habitat was established in the planning area, although the Ponca Pass area had been considered in earlier proposals.

## Environmental Baseline

The Poncha Pass population is the only Gunnison sage-grouse population associated with the planning area. Delineated occupied distribution of this population covers approximately 27,747 acres, of which approximately 5,060 acres coincides with lands managed by the Forest. Approximately 725 acres of sagebrush habitat occur on Forest lands within or near the Poncha Pass population delineation.

Poncha Pass is thought to have been part of the historical distribution of Gunnison sage-grouse. However, there were no grouse there when a population was established via transplant from 30 Gunnison Basin birds in 1971 and 1972. No population trend information was available until 1999 when the population was estimated at roughly 25 birds. In one year, the population declined to less than 5 grouse, when more grouse were brought in, again from the Gunnison Basin, in 2000 and 2001. In 2002, the population increased to just over 40 grouse, but began declining in 2006, until no grouse were detected in lek surveys in the spring of 2013. Grouse were again brought in in the fall of 2013 and 2014 and six birds were counted in the Poncha Pass population during the spring 2014 lek count (79 CFR 69312); however, no subsequent evidence of reproduction was found. Therefore, the USFWS concluded in 2014 that the Poncha Pass area is not a landscape capable of supporting Gunnison sage-grouse, and subsequently

44

removed critical habitat proposed for this area from the final critical habitat determination (79 CFR 69312).

### Natural history and key ecological functions

Sage-grouse are considered obligate users of sagebrush and require large, contiguous areas of sagebrush across the landscape for long-term survival. Several species of sagebrush provide the specific food, cover, and reproduction habitats critical for sage-grouse survival (USFWS 2013).

Approximately 85% of nests occur within 4 miles of lek sites. Nests typically occur on the ground at the base of live sagebrush. Hatching begins around mid-May and usually ends by July. Most eggs hatch in June, with a peak between June 10 and June 20. Incubation typically lasts 27-28 days (Patterson 1952 cited in GSRSC 2005).

Intermixing of broods and flocks of adult birds is common with the advent of fall, and birds move from riparian areas to sagebrush-dominated landscapes that continue to provide green forbs. Fringed sagebrush is often a transitional food as grouse shift from summer to winter diets (Schroeder et al. 1999, GSRSC 2005).

Gunnison sage-grouse (GUSG) winter range in Colorado varies according to snowfall, wind conditions, and suitable habitat (Rogers 1964, GSRSC 2005). Sage-grouse may travel short distances or many miles between seasonal ranges. Movements in fall and early winter (September-December) can be extensive with some movements exceeding 20 miles. During severe winters sage-grouse depend on very tall sagebrush, which is exposed even above deep snow, providing a consistently available food source. GUSG are capable of making long movements (>18 miles) to find appropriate habitat. The extent of movement varies with severity of winter weather, topography, and vegetation cover (GSRSC 2005).

### Threats and Risk Factors

Principle threats to Gunnison's sage-grouse consist of habitat loss, degradation, and fragmentation due primarily to residential, exurban, and commercial development and associated infrastructure such as roads and powerlines (USDI Fish and Wildlife Service 2013). Other risk factors include improper livestock grazing, predation, and genetic viability.

## Environmental Consequences

### Indirect Effects to Gunnison sage grouse

#### Effects on Gunnison sage grouse from Livestock Grazing

Livestock grazing can have a significant influence on several key ecosystem characteristics important to the recovery, conservation, and viability of GUSG. Some of these primary concerns include alteration of sagebrush characteristics and residual grass heights around potential nesting areas, and alteration of riparian zones important to brood survival. Management direction under the Forest Plan addresses range management in sage grouse habitat, ensuring that livestock grazing is compatible with nesting and brood rearing objectives in sage habitats and riparian areas.

Overgrazing continues to be a threat to sage grouse habitat, but effective regulation of range practices coupled with effective monitoring as needed should help to prevent potential impacts. Grazing remains a suitable activity for forest and neighboring lands on Poncha Pass, although any impacts would be minimal.

**DC-RNG-1**: Domestic livestock grazing is managed to promote landscape diversity (composition, structure, and function) with both a spatial context (what species, what kind of structure, and what

45

landscape patterns are natural by ecosystems) and a temporal context (which seral stages and how many are natural by ecosystem). (Forestwide)

**DC-RNG-2**: Forage, browse, and cover needs for wildlife and authorized livestock are in balance with the available forage. (Forestwide)

**DC-RNG-4**: Range improvements support ecologically sustainable grazing and benefits for wildlife when opportunities exist. New and replacement improvements are designed to benefit aquatic and terrestrial species. (Forestwide)

**G-RNG-1:** Develop site- and species-specific vegetation use and residue guidelines during rangeland planning, and document them in allotment management plans. In the absence of updated planning or an approved allotment management plan, the utilization and residue guidelines in Table 1 and Table 2 will apply. (Forestwide)

**Table9. Utilization guidelines for rangeland condition**

| Type of Management | Satisfactory (percent) | Unsatisfactory (percent) |
|---|---|---|
| Season-long | 35 | 20 |
| Fall and winter | 55 | 35 |
| Deferred rotation | 45 | 25 |
| Rest rotation | 50 | 35 |

**Table10. Clary and Webster residue allowances for rangeland**

| Season of Pasture Use | Satisfactory (inches) | Unsatisfactory (inches) |
|---|---|---|
| Spring | 3 | 4 |
| Summer and fall | 4 | 6 |

**G-RNG-3:** Authorized grazing in Riparian Management Zones should be in compliance with residual stubble heights identified in Forest Service Technical Report INT-263, Managing Grazing of Riparian Areas in the Intermountain Region (Clary and Webster 1996). (Forestwide)

In addition, the following management direction is provided in the Forest Plan to maintain and restore listed species and their habitats:

**DC-TEPC-1:** Maintain or improve habitat conditions that contribute to stability and/or recovery of threatened, endangered, proposed, and candidate species. (Forestwide)

**S-TEPC-4:** Management actions that have measurable effects on threatened, endangered, proposed, or candidate species or their habitats shall not be allowed if the effects of those actions would contribute to the loss of viability or not aid recovery of the species. (Forestwide)

**G-TEPC-1:** To avoid or minimize adverse effects to listed species and their habitat, management actions should be designed with attention to threatened, endangered, proposed, or candidate species and their habitats. (Forestwide)

Rvsd Plan - 00004406

**Effects on Gunnison sage grouse from Motorized Off-Highway Travel**

Management direction in the Forest Plan allows for seasonal road closures, when needed, to protect resource values. This would allow roads through Gunnison sage grouse habitat to be closed during mating season. Use of existing, designated routes will not cause further harm to current sage grouse habitat, but may harass any remaining birds. There is a moderate chance of some adverse effect resulting from unintentional harassment by motor vehicle users and other recreationalists, however, this risk is not new and was analyzed when the reintroductions were planned.

**Summary of Indirect Effects to Gunnison sage grouse**

Indirect effects to Gunnison sage-grouse and its habitat would be generally positive in that sage grouse habitat on Rio Grande National Forestlands east of Ponca Pass will be designated Roadless. Recreation, Range, and Fire management all have some potential to cause intermittent, minor, short term harm to the species of its habitat, but also have plan components that allow corrective action to occur. It is expected that there will be no long term or major adverse effects or negative impacts to GUSG from the proposed action under the Forest Plan.

***Cumulative Effects***

The most substantial current and future threats are habitat loss and decline due to human development and associated infrastructure (USDI Fish and Wildlife Service 2014). In the Poncha Pass area, development is not considered a significant threat at this time.  Habitat quality in the Poncha Pass area is also considered to be good or very good.  However, local threats do include some habitat considerations, as well as potential impacts from the proximity of State Highway 285 and the transmission line corridor in that area. Other threats impacting Gunnison sage-grouse to a lesser extent include overgrazing, mineral development, pinyon-juniper encroachment, fences, invasive plants, wildfire, large-scale water development, predation (primarily associated with human disturbance and habitat decline) and recreation. The fragmented nature of existing habitat amplifies the negative effects of these other threats (USDI Fish and Wildlife Service 2014).

The Gunnison sage-grouse Rangewide Steering Committee (CSRSC 2005) identified residential development on private land is a threat specific to Gunnison sage-grouse at Poncha Pass because the area is scenic, easily accessed via Highway 285, and some interior parcels of land are in small tracts and currently for sale.

In addition, a mica mine was recently proposed near Poncha Pass, and although the application has been withdrawn, the possibility of a mine (and potential negative impacts on GUSG and their habitat) remains (GSRSC 2005), although there are no specific proposals or applications.

***Determination***

The Forest Plan **may affect, but is not likely to adversely affect** Gunnison's sage-grouse based on the following rationale:

- Plan components for grazing management provide for consideration of wildlife habitats.
- **S-TEPC-4** and **G-TEPC-1** would minimize potential impacts to sage-grouse.

# Uncompahgre fritillary butterfly (*Boloria acrocnema*)

The Uncompahgre fritillary butterfly (UFB) is narrow endemic, restricted to isolated alpine habitats in the San Juan Mountains of southwestern Colorado (NatureServe 2015).

Rvsd Plan - 00004407

The species was first petitioned for listing under ESA in 1979 (45 FR 8029), with a status review in 1984 determining that the species was warranted for listing but precluded (49 FR 2485 2488). Although the UFB was not listed at that time, the USFS and the BLM signed an interagency agreement for the conservation of the butterfly. The species contained to be classified as "warranted but precluded" annually until 1990 when it was listed as Endangered (50 FR 41721). The USFWS neither designated nor proposed any critical habitat for this species, there are no defined Primary Constituent Elements for the UFB's habitat.

## Environmental Baseline

Mt. Uncompahgre and Redcloud Peak were the only two colonies known at the time of listing and recovery planning. Shortly after completion of the Recovery Plan, an additional colony was discovered. Eight other colonies were discovered in subsequent years (USDI Fish and Wildlife Service 2009).

Currently, 11 known colonies exist - three are quantitatively monitored with line transects, and the remaining 8 are monitored only for presence. Three of the colonies have been monitored for population status for more than 10 years, but the data are not currently sufficient for to determine that the population has been stable or increasing during this time. Much of the data collected before 2003 was unreliable due to changes in transect methodology and missing data (USDI Fish and Wildlife Service 2009).

Five of the known 11 colonies occur within the planning area. Quantitative population data is not recorded for these sites; therefore, abundance and trend information for populations within the planning area has not been identified.

Based on the monitoring report for the 2014 field season (Alexander and Keck 2017) the ongoing qualitative monitoring of the 11 confirmed populations documented population persistence at only nine of the 11 known colonies. Persistence has not been documented at Rio Grande Pyramid colony for two years and likewise for seven years at the Machin Lake colony of the Canyon Diablo population.  The lack of confirmation of the UFBs at the Machin Lake colony for seven years and the Cinnamon Pass colony for over a decade may indicate that some populations may be extirpated.

All known UFB populations are associated with large patches of snow willow (Salix nivalis) above 12,000 feet, which provide food and cover.  The species is found primarily on northeast-facing slopes, which are the coolest and wettest microhabitat available in the San Juan Mountains.

Females lay their eggs on snow willow, which is also the larval food plant, while adults take nectar from a wide range of flowering alpine plants (USDI Fish and Wildlife Service 2015). Adults fly about late July into August. Flight is possible only in warm sunny weather. Species is biennial (requiring 2 years to complete life cycle), but flies in both odd and even years (NatureServe 2015).

Recent studies involving the genetics of UFB estimated levels of genetic variability and structure, and effective population size. Despite low demographic numbers at these sites, the species has maintained relatively high heterozygosity at three sites. Genetic structure assessed indicated that despite separation on high mountain peaks, colonies were fairly well mixed, which is surprising for these weak fliers with very short growing and adult flight seasons. Estimates of effective population sizes were low, reflecting the life history and limited habitat range for the species. Comparisons at the site with historic and modern specimens revealed a consistent pattern in genetic indices. The data suggest that the three focal butterfly colonies exist as a metapopulation that persists due to low level migration between sites and "temporal leakage" via flexibility in development time in this biennial species.

The recent genetic work leads to three important implications for the management of UFB colonies and their habitat.

1.  It is imperative that all three colonies remain extant. The flow of individuals and genes between sites, even if at low levels, is critical to the persistence of this small metapopulation.

48

2. The Uncompahgre Peak colony may at times function as a population sink while at other times, it may be self-sustaining for some period. The Uncompahgre site is the only one of the three that is impacted by an annual sheep drive in the area which perhaps accounts for impacts to the population dynamics and genetics of this population.
3. Finally, the role of butterflies on intermittently occupied sites in terms of metapopulation dynamics is unknown.

It will be important to protect these sites from significant human impacts at least until the potential role of the individuals at the occasionally occupied sites is better understood. While direct anthropogenic threats to the species (e.g., collecting, trampling, and livestock grazing) have been mitigated to some extent, the potential effects of global climate change have not been directly addressed. Continuation of the current monitoring program and additional population genetics surveys are recommended for this species.

## Environmental Consequences

### *Effects on Uncompahgre fritillary butterfly from Livestock Grazing*

There is no scheduled cattle grazing on UFB habitat within the plan area. However, an active cattle allotment boundary overlaps one known UFB colony area.  Cattle grazing within and around this colony area was documented during one field season but has not been noted again since that time (Alexander and Keck 2008). Uncompahgre fritillary Butterfly might receive additional protection from deleterious impacts associated with grazing through project level consideration of **S-TEPC-4** and **G-TEPC-1**. However, high-alpine monitoring of grazing allotments needs to occur to determine if this desired condition is occurring or not:

Plant species that are necessary for species of conservation concern as food (including grazing, forage, and nectar for pollinators) or for structure are identified and occur in numbers viable enough to fulfil that function. This includes snow willow (necessary for the Uncompahgre fritillary butterfly), flowering plants (nectar producing species for the Western bumblebee) and many others.

As grazing leases cycle through permit renewal, this Desired Condition (and all other plan components) will be taken into consideration, ensuring that any negative impacts associated with grazing are prevented or mitigated.

The USFS already prohibits direct sheep grazing in UFB habitat, and no sheep trailing occurs in UFB habitat within the Rio Grande National Forest. However, wandering bands of domestic sheep have still been observed grazing on some colony areas, including permitted sheep from the Rio Grande National Forest onto the GMUG National Forests (USDA Forest Service files, Snow Mesa Allotment, 2016).  No permitted sheep grazing or trailing occurs in known UFB habitat within the Rio Grande National Forest, but does occur in unoccupied snow willow habitat that has been previously surveyed for UFB occurrence.

### *Effects on Uncompahgre fritillary butterfly from Trail Management, Developed Recreation, Dispersed Recreation*

There are no developed trails or developed recreation sites in or near any known UFB habitats or populations on the RGNF. There will be no impact to UFB or its habitat from trail management or developed recreation, and no adverse effect.

Increasing recreational traffic, including off-trail use, are consistently noted as potential threats to known UFB colonies, particularly colonies on an adjacent Forest (Alexander and Keck 2016). There is some potential for dispersed recreation to have adverse impact to the UFB and its habitat. The proposed action contains several components that could help manage these potential impacts. Protective measures within S-TEPC-4 and G-TEPC-1 would aid in minimizing potential impacts to UFB. The two components

49

together will still likely be enough to prevent any major or moderate adverse impacts to the species and habitat from dispersed recreation on the Rio Grande National Forest. Short term impacts to habitat and individuals are possible from dispersed recreation foot traffic, depending upon accessibility to the colony area. Trampling by recreational foot traffics has been noted as a management issue in some colony areas, however, the overall effect of this activity is not known.

### Summary of Indirect Effects

Generally, there will be very little, if any, adverse impact to the Uncompahgre Fritillary Butterfly from the Forest Plan. Increased visitor use and dispersed recreational pursuits likely are the primary concern. However, all but perhaps one of the UFB populations on the Rio Grande National Forest occur in remote areas that are not known to attract considerable human foot traffic at this time and therefore should have minimal influences on UFB populations or habitat. Protective measures within **S-TEPC-4** and **G-TEPC-1** would aid in minimizing potential impacts to UFB.

Overall, the species will likely benefit from these protective measures. However, continued monitoring such as that associated with the UFB Recovery Team Partnership is essential to documenting habitat trends and potential conservation concerns associated with the needs and success of the protective measures associated with the plan components.

### Cumulative Effects

The cumulative impact area for this species is the species' entire range, which is limited to the Rio Grande, Uncompahgre, Gunnison, and Grand Mesa National Forests and the Gunnison Field Office of the Colorado BLM.

The UFB was originally considered a little-known and poorly studied species; in the past several years however on-going research advances involving quantitative abundance estimates, phylogenetic relationships within the same and associated genera, and genetic relationships between populations, colonies, and sub-colonies  This information, plus qualitative presence/absence sampling at all sites on the Rio Grande National Forest, helps inform current baseline conditions for assessing potential impacts to the species over time.  Initially when first named as a new species, the only known direct impact involved collection, both legal and illegal, by researchers and hobbyists. The extent to which that collecting may have caused population declines is unknown. Collection of the species became regulated when the species was first listed under ESA. There are continued concerns about other issues including grazing, recreation, and climate change. Sheep may graze colonies, and in recognition of this potential threat, the USFS avoids sheep grazing within UFB colonies altogether, or allows only trailing through the colonies but not bedding or long-term grazing.

Presently, dispersed recreation is known to have some impacts to the habitat of the UFB, but the effects of this on populations is uncertain. Most high-level recreational impacts are associated with populations on adjacent public lands, although at least one population on the Rio Grande National Forest experiences considerable visitor use.

Climate change may be an issue for this species, as is commonly thought for Alpine-obligate species (Lesica and McCune, 2004).  The species cannot ascend to higher elevations to escape the impacts of a warmer climate, and lacks the ability to travel the distances needed to disperse to cooler areas further north. Adverse climate change could restrict the UFB's habitat to a zone so narrow that the species would be unable to survive, although to date, it has not been possible to correlate climatic conditions to UFB numbers. Current trends in reduced population persistence at sites qualitatively sampled, and recent general trends in abundance estimates at sites quantitatively sampled suggest concerns for the continued persistence of this species (Alexander and Keck 2008. T. Ireland, pers. comm., USFWS 2017).

### *Determinations*

The Forest Plan **may affect, but is not likely to adversely affect** Uncompahgre fritillary based on the following rationale:

- **Forest Plan components S-TEPC-4 and G-TEPC-1** would minimize potential impacts to the species.

51

# REFERENCES

Alexander, K.D. and A.G. Keck. 2008. Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2007 Field Report and Status. 22 pp. *(Confidential)*

Alexander, K.D. and A.G. Keck. 2016. Uncompahgre Fritillary Butterfly Monitoring, Inventory, and Mapping: 2015 Report and Status. 29 pp. *(Confidential)*

Alexander, K.D. and A.G. Keck. 2017. Uncompahgre Fritillary Butterfly Monitoring, Inventory, and Mapping: 2016 Report and Status. 24 pp. *(Confidential)*

Andrews, R., and R. Righter. 1992. Colorado birds. Denver Museum of Natural History. 442 pp.

Andrus, R.A., T. T. Veblen, B.J. Harvey, and S.J. Hart. Fire severity unaffected by spruce beetle outbreak in spruce-fir forests in southwestern Colorado. Ecological Applications 26: pp. 700-711.

Aubry, K.B., G.M. Koehler, and J.R. Squires. 2000. Ecology of Canada lynx in southern boreal forests. Pages 373–396 *in:* L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires (eds.). Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder, Colorado.

Bailey, A.M., and R.J. Niedrach. 1965. Birds of Colorado. Denver Museum of Natural History. 895 pp. Baker and Veblen 1990 (lynx)

Beason, J.P. 2009. Yellow-billed cuckoos in western Colorado. Technical Report R-YBCU CDOW & USFWS-08-1. Rocky Mountain Bird Observatory, Brighton, Colorado. 27 pp. Bebi et al. 2003 (lynx)

Brookshire, E. N. J., J. B. Kauffman, D. Lytjen, and N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia 132:559–566.

Buderman, F. E., M. B. Hooten, J. S. Ivan, and T. M. Shenk. 2018. Large-scale movement behavior in a reintroduced predator population. *Ecography* **41**:126-139.

Buskirk, S.W., L.F. Ruggiero, K.B. Aubry, D.E. Pearson, J.R. Squires, and K.S. McKelvey. 2000. Comparative ecology of lynx in North America. Pages 397–417 *in:* L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, S.W., G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires (eds.). Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder.

Rvsd Plan - 00004412

Clary, W., and Webster, B. 1996. Managing grazing of riparian areas in the Intermountain Region. U.S. Forest Service Intermountain Research Station General Technical Report INT-263, 11 pp. Accessed March 21, 2017, at https://www.fs.fed.us/rm/pubs_int/int_gtr263.pdf

Colorado Division of Wildlife. 2010. Success of the Colorado Division of Wildlife's lynx reintroduction program. Fort Collins, CO. 4 pp.

Fox, J.F. 1978. Forest Firest and the Snowshoe Hare-Canada Lynx Cycle. Oecologia 31(349-374).

Frey, J. 2011. Survey for the New Mexico meadow jumping mouse (*Zapus hudsonius luteus*) on the San Juan and San Luis Valley Public Lands Center, Colorado. Final Report (Contract AG-82X9-C-09-0274) to San Juan Public Lands Center, January 8, 2011. 44 pp.

Gunnison Sage-Grouse Rangewide Steering Committee (GSGRSC). 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado. 359 pp. plus appendices.

Ghormley, R. 2018. Southwestern willow flycatcher & Mexican spotted owl survey and status report, 2017 field season, Rio Grande National Forest. January 2018 unpublished report. 12 pp.

Ghormley, R. 2011. Lynx habitat model and mapping criteria. San Luis Valley Public Lands Center, Rio Grande National Forest and San Luis Valley BLM, Monte Vista, CO. 41pp.

Holbrook, J. D., J. R. Squires, L. E. Olson, N. J. DeCesare, and R. L. Lawrence. 2017. Understanding and predicting habitat for wildlife conservation: the case of Canada lynx at the range periphery. *Ecosphere* **8**:1-25.

Holbrook, J. D., J. R. Squires, L. E. Olson, R. L. Lawrence, and S. L. Savage. 2016. Multiscale habitat relationships of snowshoe hares (*Lepus americanus*) in the mixed conifer landscape of the Northern Rockies, USA: Cross-scale effects of horizontal cover with implications for forest management. *Ecology and Evolution* **7**:125-144.

Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp.

Ivan, J. 2011. Putative Canada lynx (*Lynx canadensis*) movements across Hwy 114 near North Pass, Colorado. Colorado Division of Wildlife report.

Rvsd Plan - 00004413

Ivan, J. , and T. Shenk. 2014. Protocol for monitoring Canada lynx in Colorado.  Colorado Parks and Wildlife, and National Park Service, September 2014.  21 pp.

Ivan, J. S., and T. M. Shenk.  2016.  Winter diet and hunting success of Canada lynx in Colorado. *Journal of Wildlife Management* **80**:1049-1058.

Ivan, J. S., G. C. White, and T. M. Shenk.  2014.  Density and demography of snowshoe hares in central Colorado. *Journal of Wildlife Management* **78**:580-594.

Ivan, J., M. Rice, T. Shenk, D. Theobald, and E. Odell. 2017. Predictive map of Canada lynx use in Colorado.  Colorado Parks and Wildlife unpublished report. 8 pp + tables and figures.

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. Journal of Forestry 88:10-14.

Kolbe, J.A., J.R. Squires, D.H. Pletscher, and L.F. Ruggiero. 2007. The effect of snowmobile trails on coyote movements within lynx home ranges. Journal of Wildlife Management 71: 1409-1418.

Lesica, P., and B. McCune. 2004. Decline of arctic-alpine plants at the southern margin of their range following a decade of climatic warming. The Journal of Vegetation Science. 15(5):697–690.

Marshall, R.M. and S.H. Stoleson. 2000. Pages 13-24 *in* Finch, D.M.; S.H. Stoleson, eds. Status , ecology, and conservation of the Southwestern willow flycatcher. General Technical Report RMRS-GTR-60. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT.

Maze, R. 2013. Fresh tracks and the Canada lynx. Elevation Outdoors website. Accessed April 20, 2017, at: http://www.elevationoutdoors.com/fresh-tracks-and-the-canada-lynx/

Merrill, G. 2005. Colorado lynx den site habitat. Colorado Division of Wildlife internal report. Fort Collins, CO.

Mowat, G., Poole, K.G., and O'Donoghue, M., 2000. Ecology of lynx in northern Canada and Alaska. Pages 265–306 *in:* Ruggerio, L.F., Aubry, K.B., Buskirk, S.W., Koehler, G.M., Krebs, C.J., McKelvey, K.S., and Squires, J.R. (eds.), Ecology and Conservation of Lynx in the United States. University of Colorado Press, Boulder, Colorado.

NatureServe 2015. Uncompahgre Fritillary (*Boloria improba acrocnema*). http://explorer.natureserve.org/servlet/NatureServe?searchName=Boloria+acrocnema.

Rvsd Plan - 00004414

Paxton, E.H., M.K. Sogge, T.C. Theimer, J. Girard, and P. Keim. 2008. Using molecular genetic markers to resolve a subspecies boundary: The northern boundary of the southwestern willow flycatcher in the Four-corner States. U.S. Geological Survey Open-File Report 2007–1117, 20 pp.

Rogers, G.E. 1964. Sage Grouse investigations in Colorado. Technical Publication No. 16, Colorado Game, Fish and Parks Department. 132 pp.

Romme, W.H., D.W. Jamieson, J.S. Redders, G. Bigsby, J.P. Lindsey, D. Kendall, R. Covwen, T. Kreykes, A.W. Spencer, and J.C. Ortega. 1992. Old-Growth forests of the San Juan National Forest in Southwestern Colorado. Pages 154-165 *in* Old-Growth forests in the Southwest and Rocky Mountain Regions; Proceedings of a Workshop. March 9-13, 1992, Portal, AZ.

Roovers, L.M., and A.J. Rebertus. 1993. Stand dynamics and conservation of an old growth Engelmann spruce - subalpine fir forest in Colorado. Natural Areas Journal 13:256–267.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx conservation assessment and strategy (2nd ed.). USDA Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, and National Park Service. Forest Service Publication R1-00-53, Missoula, Montana.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, L.J. Lyin, W.J. Zielinski. 1994. (eds.) The scientific basis for conserving forest carnivores; American Marten, Fisher, Lynx, and Wolverine in the Western United States. USDA Forest Service GTR – RM-254. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 184 pp.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires, (eds.) 2000. Ecology and conservation of lynx in the United States. University Press of Colorado. Boulder, Colorado. 480 pp.

Savage, S.L., R. I. Lawrence, and J.R. Squires. 2017. Mapping post-disturbance forest landscape composition with Landsat satellite imagery. Forest Ecology and Management 399: 9-23.

Schmid, J. and Amman, G. (1992). Dendroctonus beetles and old-growth forests in the Rockies. In: MR Kaufmann, WH Moir and WH Bassett (tech.eds) Old-growth Forest in the Southwest and Rock Mountain Regions, Proceedings of a Workshop (pp. 51-59). USDA Forest Service Rocky Mountain Research Station, General Technical Report RM-GTR-213.

Rvsd Plan - 00004415

Schorr, R.A. 2015. Rare small mammal surveys in Rio Grande National Forest. Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado. 59 pp.

Schorr, R. A. 2016. Addendum to the rare small mammal surveys in Rio Grande National Forest. Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado. 10 pp.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Greater Sage grouse (Centrocercus urophasianus). Version 2.0. In The birds of North America (A.F. Poole and F.B. Gill, editors). Cornell Lab of Ornithology, Ithaca, NY. https://doi.org/10.2173/bna.425

Sclater, W.L. 1912. A history of the birds of Colorado. Witherby, London, England.

Shenk. T.M. 2005. Post-Release monitoring of lynx (Lynx canadensis) reintroduced to Colorado. Wildlife Research Report, Colorado Divison of Wildife. Fort Collins, CO. 22 pp.

Shenk. T.M. 2006. Post-Release monitoring of lynx (Lynx canadensis) reintroduced to Colorado. Wildlife Research Report, Colorado Divison of Wildife. Fort Collins, CO. 45 pp.

Shenk, T.M. 2009. Post-release monitoring of lynx (Lynx canadensis) reintroduced to Colorado. Colorado Division of Wildlife. Fort Collins, Co. 55 pp.

Simons-Legaard, E.M., D.J. Harrison, W.B. Krohn, and J.H. Vashon. Canada Lynx Occurrence and Forest Management in the Acadian Forest. The Journal of Wildlife Management 77: 567-578.

Sogge, M.K., D.Ahlers, and S.J. Sferra. 2010. A Natural History Summary and Survey Protocol for the Southwestern Willow Flycatcher. Techniques and Methods 2A-10. U.S. Geological Survey, Reston, VA.

Squires, J.R. N.J. Decesare, J.A. Kolbe, and L.f. Ruggiero. 2008. Hierarchical Den Selection of Canada Lynx in Western Montana. Journal of Wildlife Management 72; 1497-1506.

Squires, J.R., J. Ivan, and R. Ghormley. 2016. Lynx and Snowshoe Hare Response to Spruce-Bettle Tree Mortality, Wildfire, and Timber Salvage in Spruce-Fir Forests of Southern Colorado: Maintaining Suitable Habitat within a Landscape Restoration Focus: Progress Report, Missoula, MT. 7 pp.

Squires, J.R., J. Ivan, and R. Ghormley. 2017. Response of Canada Lynx and Snowshoe Hares to Spruce-Bettle Tree Mortality and Wildfire in Spruce-Fir Forests of Southern Colorado: Progress Report, Missoula, MT. 45 pp.

Squires, J.R., J. Ivan, R. Lawrence, S. Savage, and R. Ghormley. 2018. Habitat relationships of Canada lynx in spruce bark beetle impacted forests – analysis summary 19March 2018. USDA Forest Service internal report for the Rio Grande National Forest. Rocky Mountain Research Station, Missoula. MT. 34 p. including tables and figures.

Theobald, D.M. and T. M. Shenk. 2011. Areas of high habitat use from 1999-2010 for radio-collared Canada lynx reintroduced to Colorado. Dept. Fish, Wildlife, and Cons. Biol. Colorado State Univ. Ft. Collins, CO. 19 pp.

U.S. Fish and Wildlife Service. 1996. Final Biological Opinion for Water Depletions Associated with Routine Forest Actions Occurring within the Upper San Juan River Basin. Lakewood, Colorado: U.S. Fish and Wildlife Service.

U.S. Fish and Wildlife Service. 2002. Southwestern willow flycatcher recovery plan. 210pp. plus appendices.

U.S. Fish and Wildlife Service. 2017. Canada Lynx (*Lynx canadensis*) 5-year Review: Summary and Evaluation. Mountain-Prairie Region, Lakewood, Co. 9 pp.

U.S. Fish and Wildlife Service. 2013. Endangered and Threatened Wildlife and Plants; Proposed Endangered Status for Gunnison Sage-Grouse and Proposed Designation of Critical Habitat for Gunnison Sage-Grouse. Federal Register Vol. 78, No 213.

U.S. Fish and Wildlife Service. 2014. Gunnison sage-grouse: Threatened designation and responsibilities under the Endangered Species Act. Mountain-Prairie Region.

U.S. Fish and Wildlife Service. 2009. Uncompahgre Fritillary Butterfly (Boloria acrocnema) 5-Year Review: Summary and Evaluation. Grand Junction, CO. 19 pp.

U.S. Fish and Wildlife Service. 2015. Uncompahgre Fritillary Butterfly (*Boloria acrocnema*). Accessed on July 20, 2015 at: https://www.fws.gov/mountain-prairie/es/uncompahgreFritillaryButterfly.php

U.S. Fish and Wildlife Service. 2017. Species Status Assessment for the Canada lynx (*Lynx canadensis*) Contiguous United States Distinct Population Segment. Version 1.0, October, 2017. Lakewood, Colorado.

U.S. Forest Service. 1996. San Juan National Forest Programmatic Biological Assessment for Water Depletions Associated with Routine Forest Actions Occurring Within the Upper San Juan River Basin. Durango, Colorado: U.S. Department of Agriculture, Forest Service.

Rvsd Plan - 00004417

U.S. Forest Service. 2008. Final Environmental Impact Statement, Southern Rockies Lynx Management Direction. Accessed May 19, 2017 at: https://www.fs.usda.gov/detail/r2/landmanagement/planning/?cid=stelprdb5356865.

U.S. Forest Service. 2013. Environmental Assessment: Fisher-Ivy/Goose Lake Sheep Allotment. Divide Ranger District, Rio Grande National Forest. 259 pp. + appendices.

U.S. Forest Service. 2014. Lynx and snowshoe hare response to spruce-beetle tree mortality, wildfire and timber salvage in spruce-fir forests of southern Colorado: Maintaining suitable habitat with a landscape restoration focus. Draft study proposal, prepared by Rio Grande National Forest staff J. Squires, J. Ivan, and R. Ghormley.

U.S. Forest Service. 2016. Rio Grande National Forest assessment reports. Prepared by Rio Grande National Forest staff, Monte Vista, Colorado. Accessed May 16, 2017, at: https://www.fs.usda.gov/detailfull/riogrande/landmanagement/projects/?cid=fseprd479245&width=full.

U.S. Forest Service. 2017. Canada lynx habitat baseline update. Internal document prepared by Rio Grande National Forest staff, June 2017. 1 page.

U.S. Forest Service. 2018.  Updated Lynx Habitat LAU Statistics.  Rio Grande National Forest 2018.

Vanbianchi, C. M., M. A. Murphy, and K. E. Hodges.  2017.  Canada lynx use of burned areas: Conservation implications of changing fire regimes. *Ecology and Evolution*. **7**:1-13

Veblen, T.T. 2003. Historic range of variability of mountain forest ecosystems: concepts and applications. For. Chron., 79:223-226.

Wiggins, D. 2005. Yellow-billed cuckoo (*Coccyzus americanus*): A technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Accessed on May 20, 2017, at: http://www.fs.fed.us/r2/projects/scp/assessments/yellowbilledcuckoo.pdf

Rvsd Plan - 00004418

# Appendix A. Forestwide Direction

This chapter contains management direction that applies Forestwide unless more restrictive direction is found in Chapter 3. Forestwide direction include desired conditions, objectives, standards, guidelines, and land suitability determinations. Unless otherwise directed, other Forest Service direction, laws, regulations, policies, executive orders, and Forest Service directives (in Forest Service manuals and handbooks) are generally not contained in forest plan components.

This chapter is organized with associated resource direction listed in alphabetical order under the most applicable goal. Most resource areas could apply under multiple goals. Because the need for plan components and direction varies by resource, not every resource includes every possible plan component. Some areas may have only guidelines, while others may need the full complement of desired conditions, objectives, standards, guidelines, and management approaches.

The Forest intends to move toward the desired conditions described below over the next 10 to 15 years. Some desired conditions have already been achieved while others will be difficult to achieve in the stated timeframes.

## Goal 1

### *Maintain and restore sustainable, resilient terrestrial ecosystems*

Forest ecosystems vary by elevation and range from alpine tundra at the highest elevations to pinyon-juniper woodland and sagebrush ecosystems at the lowest elevations. Between the extremes are spruce-fir ecosystems, mixed conifer, and a small amount of Rocky Mountain Gambel oak.

These provide habitat for many species of mammals, birds, and reptiles. Amphibians and fish are found in the various wetland ecosystems that occur across the Forest.

Commercial and noncommercial forest and wood products are provided to meet the needs of the public in a sustainable manner to provide for the needs of future generations.

## Aquatic and Terrestrial Nonnative Invasive Species and Noxious Weeds (NNIS)

### *Management Approach*

Nonnative invasive species and noxious weeds include plant and animal species that disrupt ecosystem integrity and displace habitat for native plants and animals. Integrated pest management approaches are applied when treating invasive plant species. These include effective prevention and education programs that combine mechanical, biological, cultural, and chemical methods of control. Technological advances are capitalized on if they are shown to be equivalent to or more effective than existing treatments. The Forest maintains an invasive species action plan that presents a strategy and direction for control, prevention, and management of invasive species of terrestrial and aquatic plants and aquatic invertebrates.

Resource managers intend to reduce or control existing populations and control new populations of nonnative plants and noxious weeds Forestwide, with priority given to special designations and wilderness areas. Project managers should determine the risk of introducing or spreading nonnative invasive species, plant and animal, and noxious weeds and mitigate for all activities.

Prioritization and species information is contained in the Forest's updated Action Plan. This plan ties to noxious weed information from the Colorado Department of Agriculture.

Rvsd Plan - 00004419

Coordination and cooperation with Colorado Parks and Wildlife to reduce the potential to introduce, and control the spread of, aquatic invasive species will continue. Effective prevention and control methods of aquatic nuisance species are promoted to recreational water users.

Project implementation minimizes the amount of areas affected by existing populations and reduces the chance of introducing new species.

Timely and effective revegetation of disturbed sites provides protection of soil and water resources that cannot be restored naturally.

All biological, cultural, and chemical tools are available to reduce or control nonnative invasive species and noxious weeds.

The direction below is specific to the Rio Grande National Forest. Higher level direction for nonnative invasive species and noxious weeds is contained in Forest Service manuals and handbooks, specifically 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Federal Insecticide, Rodenticide, and Fungicide Act and Federal Noxious Weed Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-NNIS-1:** Populations of aquatic and terrestrial nonnative invasive species do not occur or are low in abundance. Those that do occur do not disrupt ecosystem function. (Forestwide)

**DC–NNIS-2:** Native ecosystems are resilient to invasion by nonnative invasive species. (Forestwide)

### Objectives

**OBJ-NNIS-1:** Reduce terrestrial or aquatic nonnative invasive species on 300 acres over the next 15 years. (Forestwide)

## Insects and Disease (INDS)

### Management Approach

Insects and disease cause major disturbances to the ecological processes that shape the condition of forests. Insects and diseases play an important role in the cycles of forest growth and decline. Without the influence of change agents such as fire, insects, and disease, the forest would stagnate and eventually become homogeneous, with a resultant negative impact on biodiversity and resilience to disturbance. These change agents are an integral part of forest ecosystem processes, but still pose a challenge to forest management.

Vegetation in high-use recreation areas is managed to ensure public safety and improve forest health in compliance with the desired recreational setting.

Integrated pest management techniques are employed to meet resource objectives. Treatment activities are based on the value of and risks to adjacent lands, both public and private. Priority is given to areas where value to be protected exceeds the costs of protection. An example is recreation sites or areas of concentrated public use that are adjacent to subdivisions.

Project activities are designed to minimize the risk of spreading existing infestations, while still providing habitat for those wildlife species dependent on the presence of insects and disease.

60

Many of the plan components that are associated with insects and disease are contained in other sections of this forest plan, including but not limited to *Vegetation*, *Pollinators*, and *Wildlife*, along with specific direction for management areas: *Wilderness, Research Natural Areas, Colorado Roadless Areas, Dispersed and Developed Recreation*, and *Ski-based Resorts*.

Higher level direction for maintaining endemic level of insects and disease are contained in Forest Service manuals and handbooks, specifically 2400 and 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction. All higher level direction that is applicable but not repeated here is contained in Appendix I.

# Range Management (RNG)

### Management Approaches

Rangelands are all lands producing, or capable of producing, native forage for grazing and browsing animals, and lands that have been revegetated naturally or artificially to provide a forage cover that is managed like native vegetation. They include all grasslands, forb lands, and shrublands; and those forested lands that can, continually or periodically, naturally or through management, support an understory of herbaceous or shrubby vegetation that is forage for grazing or browsing animals. Rangelands on the Forest are naturally fragmented because of highly dissected mountain slopes and changes in vegetation as elevation changes. They can be characterized as narrow canyons with riparian ecosystems and adjacent grassland communities. A forest plan identifies areas suitable and capable for livestock, and assigns standards and guidelines specific to range management for those areas. The 2002 amendment to the 1996 forest plan projects a capacity for livestock grazing at 143,000 head months, including cattle and sheep. An estimated 581,000 acres of land are considered capable and suitable for domestic livestock grazing on the Forest.

Livestock-based agriculture is historically and culturally important in the San Luis Valley and southwestern Colorado. Agriculture, particularly farming and ranching, continues to be an important industry. Domestic livestock grazing contributes to the stability of the surrounding ranching community and its values are recognized as a part of the heritage, for contributions to food and fiber, and for maintenance of open space. While the range allotments on the Forest are not the exclusive source of feed for the permitted stock, they provide important high-elevation forage during the summer months. This forage supplements private and leased pasture, and allows the permittees to maintain current livestock numbers.

When allowable-use criteria, allotment management plan guidance, or annual operating instruction have been exceeded, all other solutions are extensively considered before removing livestock from the unit or allotment. Damage from use can result from many things including but not limited to flooding, livestock grazing, recreation, and wildlife. None of these other factors should push the use beyond what is allowed.

Rangelands are managed to provide a wide variety of benefits, including forage for livestock and wildlife, a diversity of plant and animal communities, and a high yield of high-quality water.

Livestock use is discouraged in openings created by fire or timber harvest that would delay successful regeneration of the shrub and tree components.

Allotments may be vacated but are generally not closed except in extreme circumstances and conditions.

Work with cooperators, partners, and permittees to prioritize and restore upland ecosystems and rebuild important structural improvements.

The direction below is specific to the Rio Grande National Forest. Higher level direction for rangeland resources comes from Forest Service Manuals and Handbooks, specifically 2200. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-RNG-1:** Domestic livestock grazing is managed to promote landscape diversity (composition, structure, and function) with both a spatial context (what species, what kind of structure, and what landscape patterns are natural by ecosystems) and a temporal context (which seral stages and how many are natural by ecosystem). (Forestwide)

**DC-RNG-2:** Forage, browse, and cover needs for wildlife and authorized livestock are in balance with the available forage. (Forestwide)

**DC-RNG-3:** Temporary forage is available for grazing within existing, permitted allotments in coordination with other resource needs, e.g., reforestation. (Forestwide)

**DC-RNG-4:** Range improvements support ecologically sustainable grazing and benefits for wildlife when opportunities exist. New and replacement improvements are designed to benefit aquatic and terrestrial species. (Forestwide)

### Objectives

**OBJ-RNG-1:** Restore 150 acres of upland ecosystems over the next 15 years. (Forestwide)

### Guidelines

**G-RNG-1:** Develop site- and species-specific vegetation use and residue guidelines during rangeland planning, and document them in allotment management plans. In the absence of updated planning or an approved allotment management plan, the utilization and residue guidelines in Table 1 and Table 2 will apply. (Forestwide)

**Figure. Utilization guidelines for rangeland condition**

| Type of Management | Satisfactory (percent) | Unsatisfactory (percent) |
|---|---|---|
| Season-long | 35 | 20 |
| Fall and winter | 55 | 35 |
| Deferred rotation | 45 | 25 |
| Rest rotation | 50 | 35 |

**Figure. Clary and Webster residue allowances for rangeland**

| Season of Pasture Use | Satisfactory (inches) | Unsatisfactory (inches) |
|---|---|---|
| Spring | 3 | 4 |
| Summer and fall | 4 | 6 |

**G-RNG-2:** Authorized grazing should not occur on an individual unit for the entire vegetative-growth period. This would be acceptable when the grazing system involves complete rest for that unit for two or more years after a full growing season treatment. (Forestwide)

62

Rvsd Plan - 00004422

**G-RNG-3:** Authorized grazing in Riparian Management Zones should be in compliance with residual stubble heights identified in Forest Service Technical Report INT-263, Managing Grazing of Riparian Areas in the Intermountain Region (Clary and Webster 1996). (Forestwide)

**G-RNG-4:** Authorized grazing in aspen stands should ensure sprouting and sprout survival to perpetuate the long-term persistence of the clones, unless elimination of the clone is planned. (Forestwide)

### Land Suitability

**SUIT-RNG-1:** Livestock grazing is a suitable and authorized use on all Management Areas except 4.2, Special Designation; Research Natural Areas and 4.8 Special Designations; Ski-based resorts.

**SUIT-RNG-2:** Recreational livestock grazing is a suitable use in Management Area 4.2 unless it threatens the values for which the area was established.

**SUIT-RNG-3:** Permitted livestock grazing is allowed in the Hot Creek Research Natural Area. This area is part of the Hot Creek Allotment which is under a valid grazing permit. The current permittees have agreed to avoid grazing the area inside of the boundary of the Research Natural Area.

**SUIT-RNG-4:** Grazing in National Forest Wilderness Areas is authorized by the Congressional Grazing Guidelines (§108, P.L. 96-560, H.R. Report 96-617 dated 11/14/79). Grazing authorizations would be included as part of any legislation on Management Area 1.1a, Recommend Wilderness. However, the acres of Recommended Wilderness are not currently grazed.

## Soils (SOIL)

### Management Approaches

Soils are a foundational and integral part of ecosystems and the services they provide. Soils provide ecosystem goods and services such as clean drinking water and forest products such as timber and firewood, and provide areas for cattle grazing and recreational opportunities. Healthy, sustainable soils will continue to provide these important ecosystem goods and services into the future. Effects of changes in temperature, and frequency and timing of weather events, can be mitigated in the short term if healthy soils are present. Soils have generally improved over time. There are still areas with needs for improvement, but soils are mostly in acceptable or good condition in areas of high use and in excellent condition in designated roadless and wilderness areas.

Genetically appropriate, weed-free seed populations of native plants are used for revegetation to avoid any potential for increasing nonnative invasive species or noxious weeds. Nonnative annuals or sterile perennial species can also be used while native perennials become established.

Soil types that support edaphic plant species of conservation concerns are identified during project-level, site-specific analysis. These include volcanic substrates such as ash-tuffs, latitic lava flows, rhyolite, and andesitic substrates. Sedimentary substrates supportive of edaphic species include calcareous substrates such as limestone and shale.

Soil resources are best protected with site-specific, project-level design and analysis.

The direction below is specific to the Rio Grande National Forest. Higher level direction for soil resources comes from Forest Service manuals and handbooks, specifically 2200. The 1996 forest plan used direction that is not contained in the watershed conservation practices handbook. This direction will

63

continue to be used to protect soils as higher level direction that is incorporated into plan direction. Additionally the national best management practices program allows for systematic monitoring of practices that have the potential to impact soils and overall watershed health. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. All applicable higher level direction that is not repeated here is contained in Appendix I.

### Desired Conditions

**DC-SOIL-1:** Occasional, intermittent, small-scale soil disturbance occurs, allowing propagation of plant species including some species of conservation concern. (Forestwide)

### Standards

**S-SOIL-1:** Do not authorize activities that would create detrimental soil conditions on more than 15 percent of an activity area. Cumulative effects from project implementation and restoration should not exceed conditions prior to the planned activity and should move toward a net improvement. (Forestwide)

### Guidelines

**G-SOIL-2:** Maintain soil and slope stability where ground-disturbing activities on soils with high erosion rates or mass movement potential are authorized. Where practical, do not authorize activities on soils with high mass movement potential. (Forestwide)

## Vegetation Management (VEG)

### Management Approaches

The Forest provides a diverse landscape with a wide variety of vegetation communities. The majority of the Forest is in the spruce-fir ecosystem. Other vegetation types that dominate include the Southern Rocky Mountain montane-subalpine grassland and Rocky Mountain alpine turf, followed by mixed-conifer, dry, and pinyon-juniper woodland.

Plan components contained in the section below cover the broad area of forest vegetation and management of forest vegetation. The direction includes plan components related to terrestrial ecosystem integrity, as well as the required timber harvest-related plan components, as described within Chapter 60 of Forest Service Handbook 1909.12. Plan components were designed using the natural range of variation described in the 1996 Forest Plan (Appendix A) which was used to define the key ecosystem characteristics in the Terrestrial Ecosystem Assessment (Assessments 1 & 3).

Project-level timber harvest objectives are formulated during site-specific analysis and are in compliance with forest plan direction presented here. In areas that are suitable for timber production, dead or dying trees (due to fire, insects, disease, etc.) are salvaged to recover the economic value of the wood while providing for ecosystem function. Management of ecosystem function includes, among other activities, retention of snags and downed woody material, and habitat management. In addition, snags are managed for public safety.

Special forest products include materials that are not traditional timber and fiber products, such as sawtimber or house logs. Special forest products are permitted (or contracted) for removal from public lands for commercial, personal, Native American tribal, educational, or scientific purposes. Plan components in this section cover a variety of special forest products, including but not limited to firewood, building rock, herb and vegetable products, medicinal and pharmaceutical products, wild edible mushrooms, wild berries and fruit, landscaping products, craft products, and floral and greenery products.

64

Rvsd Plan - 00004424

Identify and map populations of *Ligusticum porter*. Following mapping consider setting aside collection areas for tribal use and rotate use of the areas over time.

Treatments generally avoid alteration of the edge of natural openings.

When thinning, restore or maintain genetic diversity by using practices that consider genetic diversity and competition for water, nutrients, and light among the trees. The frequency of thinning is dependent on species, financial efficiency, and growing conditions of the site, commonly measured by site index.

Presence of old forest is determined during project-level planning based on criteria in Appendix A. The habitat is assessed for quality and distribution and retained as necessary for vegetative diversity.

Old forest, or late-successional stage forest, is often deferred from harvest to maintain biotic diversity across the landscape. The following is consider in selecting old forest stands to be retained:

- Older stands that have not been manipulated are more desirable than younger ones.
- Stands with limited use and access are better suited to maintain old forest conditions.
- Stands that provide habitat for threatened, endangered, or proposed species, species of conservation concern, or Colorado Natural Heritage Program Species of Special Concern.
- Stands exhibiting a variety of attributes such as diverse canopy layers, decadence in live trees, standing or downed dead, or both, and patchiness.

Management-created openings are no longer considered openings when the trees reach a height and density that meet management objectives. The default criteria are when the minimum stocking standards for the forest vegetation type on suitable lands are met and average height is 6 feet or greater with at least a 70 percent distribution for conifer species, and 10 feet or greater with at least 70 percent distribution for aspen. The criteria is validated and may be modified in accordance with local conditions.

Forest vegetation management that results in meeting the needs or demand for forest product offerings, for commercial, personal, or other use, is done in a manner that supports one or more of the following:

- Maintains or improves ecosystem function, resilience, and sustainability,
- Supports a sustainable level of economic activity in the local timber industry,
- Provides economic or social support to local communities,
- Ensures current and future needs for American Indian tribal use, including that associated with special forest products (e.g., teepee poles),
- Uses, to the fullest extent practicable, potential products including saw timber, poles, top wood, or slash,
- Supports innovation in utilization, including conversion of cut tree mass into biofuels, pellets, biochar, or other useful products,
- Efficiently balances or reduces costs of implementation of treatment activities, and
- Anticipates climate-related change in plant succession, such as favoring heat- or drought-resistant tree species as leave trees.

In areas suitable for timber production, dead or dying trees due to fire, insects or disease, are salvaged to recover the economic value of the wood while providing for ecosystem function. This will be the primary focus of the timber program for the first 6 years of the planning period.

Rvsd Plan - 00004425

The scientifically defined silvicultural systems shown by forest cover type in Table 3 meet the management objectives for the landscape or individual stands of trees within a landscape setting. Both even-aged and uneven-aged management systems can be used and applied at scales ranging from a few acres to many hundreds of acres. These silvicultural systems are to be applied in a manner that will create conditions favorable for natural regeneration. Artificial regeneration will be considered when necessary to meet minimum stocking standards. The silvicultural systems identified in Table 3 can be used to convert uneven-aged stands to even-aged management and even-aged stands to uneven-aged management.

**Figure. Appropriate silvicultural system by cover type**

| Forest Cover Type | Even-Aged | Two-Aged | Uneven-Aged |
|---|---|---|---|
| Ponderosa pine | Shelterwood, Clearcut, Overstory removal, Seed tree | Irregular shelterwood, shelterwood with reserves | Group selection, single-tree selection |
| Mixed-conifer | Shelterwood, Clearcut, Overstory removal, Seed tree | Irregular shelterwood, shelterwood with reserves | Group selection, single-tree selection |
| Aspen | Coppice[1] | Coppice with standards[2] | Group selection[3] |
| Lodgepole pine | Shelterwood, Clearcut, Overstory removal, Seed tree | Irregular shelterwood | Group selection |
| Engelmann spruce and subalpine fir | Shelterwood, Clearcut, Overstory removal | Irregular shelterwood | Group selection, single-tree selection |

[1] Coppice is a vegetation reproduction method with clearfelling or clearcutting. Clearfelling (clearcutting) stimulates sprouting from the residual roots.

[2] "Standards" are selected overstory trees reserved for a longer rotation at the time each crop of coppice material is cut.

[3] Use of group selection as an appropriate silvicultural system in aspen is currently under study to determine regeneration success, but is authorized on a test basis.

Encourage and promote aspen on the landscape. When regenerating aspen, prioritize treatment within seral aspen clones using the following criteria:

- Identify stands with large standing and down dead basal area (about 20 percent dead) that are single-storied and showing signs of animal barking (gnawing and bark stripping) or disease. Multistoried stands that have several hundred sapling-size suckers per acre under them, or that show little sign of canker disease or animal barking, are lower priority for any management intervention.

- Identify conifer stands with a small minority of live aspen basal area (less than 20 percent live basal area). (Aspen is likely to disappear from these stands within several decades without intervention).

- Identify isolated clones and stands in areas frequented by animals and in riparian areas, and those at low elevations. Any stands in these situations that meet the criteria above should be given the highest priority for regeneration. (These stands will be at greatest risk of disappearing and will be the toughest to regenerate successfully. Protection of treatment areas from browsing animals may be needed to achieve successful regeneration.)

- Identify stands that are more cost efficient and not impacted by frequent animal use to treat and contribute positively to the distribution of aspen.

The size of uncut forest areas between openings is based on project-level management objectives for the landscape being analyzed.

Plan components that affect vegetation are also contained in other sections of this forest plan including, but not limited to, *Fire*, *Insects and Disease*, *Minerals*, *Nonnative Invasive Species and Noxious Weeds*,

66

*Range Management*, *Riparian Management Zones*, *Soils*, *Species of Conservation Concern*, *Visual Quality*, *Watersheds*, and *Wildlife*. Specific direction is also contained for management areas: *Wilderness*, *Dispersed and Developed Recreation*, *General Forest and Intermingled Rangelands*, *Roadless Areas*, *Scenic Byways and Scenic Railroads*, and *Special Interest Areas*.

The direction below is specific to the Rio Grande National Forest. Higher level direction for vegetation management is contained in the National Forest Management Act and Forest Service manuals and handbooks, specifically 2400. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-VEG-1:** Desired conditions for snag densities and downed wood are listed in Table 4. At the landscape scale, snag presence, distribution, density, size, and species are variable both spatially and over time. The highest densities of snags is generally in the spruce-fir ecosystem and in area that burned in the recent past. Snag densities are related to disturbance regimes of various forest systems. Snags suitable for nesting and denning (typically larger sizes) are present across the Forest, contributing to the diversity of forest structure and maintenance of habitat components important to the persistence of snag-associated wildlife species. Snags provide an important habitat component in the maintenance of habitat connectivity. Snag-retention policies provide a variety of snag heights. At least 50 percent of the retained snags should represent the larger size classes available. Where larger snags are not available, trend toward a greater number of smaller snags. Snags are not required to be maintained on every acre. Downed woody material (greater than 3 inches in diameter) is important for retaining moisture, trapping soil movement, providing microsites for plant establishment, and cycling nutrient components. (Forestwide)

**Figure. Recommended snags and downed wood for wildlife habitat and ecosystem processes**

[All quantities are based on an average per acre basis across the planning unit.]

| Forest Type | Snags | | | Downed Wood[1] |
|---|---|---|---|---|
| | Minimum diameter at breast height | Minimum/Acre in Planning Unit | Minimum height (feet) | Tons/Acre |
| Spruce-fir | [2]12 | 6 | 25 | 10 to 15 |
| Mixed-conifer | [2]12 | 3 to 4 | 25 | 4 to 10 |
| Aspen | 10 | 5 | 25 | 3 to 5 |
| Ponderosa pine | [2]12 | 3 | 25 | 2 to 3 |
| Lodgepole pine | 10 | 3 | 15 | 5 to 10 |

[1] Project implementation should focus on leaving larger and longer logs onsite in accordance with site capacity.

[2] At least 50 percent of the required snag numbers should represent the largest size classes available.

**DC-VEG-2:** Commercial timber harvest occurs on lands identified as not suitable for timber to meet multiple use objectives and for safety and health. These harvests are not part of the regularly scheduled harvest program. These activities meet management direction and desired conditions and may provide other services and benefits. (Forestwide)

**DC-VEG-3:** Habitat structure in Gambel oak communities provides for species assemblage associated with this habitat. (Forestwide)

Rvsd Plan - 00004427

**DC-VEG-4:** All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur Forestwide within the ranges identified in Table 5. (Forestwide)

**Figure. Current status and desired conditions of development and structural stages of the forested terrestrial ecosystems**

| Terrestrial Ecosystem | Development Stage | Structural Stage | Current Condition (%) | Desired Condition (%) | Desired Condition in Old Forest (%) |
|---|---|---|---|---|---|
| Ponderosa Pine | Young | 1T/2T | 8 | 5–10 | 10–15 |
| | Mid-open | 3A | 19 | 5–10 | |
| | Mid-closed | 3B,C | 5 | 5–10 | |
| | Mature-open | 4A | 49 | 40–50 | |
| | Mature-closed | 4B,C | 19 | 15–25 | |
| Warm-dry mixed-conifer | Young | 1T/2T | <1 | 5–10 | 15–20 |
| | Mid-open | 3A | 6 | 10–15 | |
| | Mid-closed | 3B,C | 8 | 10–15 | |
| | Mature-open | 4A | 34 | 25–30 | |
| | Mature-closed | 4B,C | 52 | 25–35 | |
| Cool-moist mixed-conifer | Young | 1T/2T | 8 | 5–10 | 20–30 |
| | Mid-open | 3A | 10 | 5–10 | |
| | Mid-closed | 3B,C | 22 | 15–20 | |
| | Mature-open | 4A | 17 | 15–20 | |
| | Mature-closed | 4B,C | 43 | 30–40 | |
| Cool-dry mixed-conifer | Young | 1T/2T | 0 | 5–10 | 15–20 |
| | Mid-open | 3A | 12 | 5–10 | |
| | Mid-closed | 3B,C | 24 | 15–20 | |
| | Mature-open | 4A | 25 | 30–40 | |
| | Mature-closed | 4B,C | 39 | 15–20 | |
| Spruce-fir | Young | 1T/2T | 30 | 5–10 | 25–35 |
| | Mid-open | 3A | 13 | 5–10 | |
| | Mid-closed | 3B,C | 7 | 10–15 | |
| | Mature-open | 4A | 27 | 20–25 | |
| | Mature-closed | 4B,C | 22 | 30–40 | |
| Aspen | Young | 1T/2T | 6 | See MA-VEG-3 | |
| | Mid-open | 3A | 16 | | |
| | Mid-closed | 3B,C | 58 | | |
| | Mature-open | 4A | 2 | | |
| | Mature-closed | 4B,C | 19 | | |
| Pinyon-juniper woodland | Young | 1T/2T | 1 | 5–10 | 20–30 |
| | Mid-open | 3A | 47 | 10–15 | |
| | Mid-closed | 3B,C | 38 | 10–15 | |
| | Mature-open | 4A | 5 | 20–30 | |
| | Mature-closed | 4B,C | 9 | 30–40 | |

68

## *Objectives*

**OBJ-VEG-1:** Diversify the structure class distribution for various forest types via management on 100 acres annually in the first decade and 1,200 acres in the second decade, to work toward or maintain the desired conditions in Table 5. (Forestwide)

**OBJ-VEG-2:** Annually restore 150–300 acres of dry mixed-conifer and ponderosa pine areas to move these forest types toward a species composition and landscape pattern where fire can function in its natural role. (Forestwide)

**OBJ-VEG-3:** Salvage harvest 6,000 acres per year of spruce-fir annually on average, for the first 6 years of the planning period. (Forestwide)

**OBJ-VEG-4:** For years 7 through 20, offer timber for sale at an average potential timber sale quality of 150,000 CCF (hundred cubic feet)

**OBJ-VEG-5:** For years 7 through 20, offer commercial timber and other products for sale at an average potential wood sale quantity of 222,000 CCF.

**OBJ-VEG-6:** Identify and map a minimum of five select populations of ethnobotanically important plants for tribes in concert with the heritage, botany, and timber programs over the next 15 years.

**OBJ-VEG-7:** Average 100 acres of hazardous fuels reduction per year in areas adjacent to private development and/or critical infrastructure over the next 15 years. (Forestwide)

**OBJ-VEG-8:** Average 2,000 acres of fuels reduction per year using fire managed for resource benefit or prescribed fire on Forest lands over the next 15 years. (Forestwide)

## *Standards*

**S-VEG-1:** Timber may not be harvested for the purpose of timber production on lands not suited for timber production. Timber harvest may occur on these lands for the following purposes: protecting other multiple-use values, protecting or enhancing biodiversity or wildlife habitat, scenic-resource management, research or administrative studies consistent with geographic or management area direction, and salvage, sanitation, public health, or safety. (Forestwide)

**S-VEG-2:** Timber shall not be harvested on lands where soil, slope, or other watershed conditions may be irreversibly damaged, as identified in project-specific findings. (Forestwide)

**S-VEG-3:** Timber harvest shall be conducted to assure that the technology and knowledge exist to restock these areas adequately with trees within 5 years after final harvest. (Forestwide)

Minimum restocking levels for suitable timber lands are defined in Table 6. Exceptions to these levels are allowed if supported by a project-specific determination of adequate restocking.

Restocking levels for unsuitable timber lands must be specified with the silvicultural prescription. Project-specific determination of adequate stocking must be based on the plan's desired conditions and objectives applicable to the area and project and be consistent with all other applicable plan components. (Forestwide)

Rvsd Plan - 00004429

**Figure. Minimum restocking level for suitable timber lands, by species**

| | Species | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Spruce-Fir** | **Aspen** | **Douglas Fir** | **Lodgepole Pine** | **Ponderosa Pine** | **Other Softwoods** | **Other Hardwoods** |
| Trees per Acre | 150 | 300 | 100 | 150 | 75 | 150 | 150 |

**S-VEG-4:** Select harvest systems to achieve desired conditions and objectives or to meet site-specific project needs, not primarily for the greatest dollar return or timber output. (Forestwide)

**S-VEG-5:** Clearcutting may be used where it has been determined to be the optimum method, and other types of even-aged harvest shall be used only where determined to be appropriate. Determinations shall be based on site-specific conditions and the desired conditions for vegetation, wildlife habitat, scenery, and other resources. (Forestwide)

**S-VEG-6:** Openings will not be created larger than 40 acres, regardless of forest type. Openings larger than 40 acres may be created under the following conditions:

- Proposals for larger openings have been approved by the regional forester, following a 60-day public review,
- Larger openings are the result of natural catastrophic conditions (including those resulting from fire, insect or disease attack, or windstorm), or
- When the area that is cut does not meet the definition of created openings. (Forestwide)

**S-VEG-7:** The quantity of timber that may be sold per decade will be less than or equal to the sustained yield limit of 737,490 CCF per decade with the following exceptions: salvage or sanitation harvesting of timber stands that are substantially damaged by fire, windthrow, or other catastrophe or that are in imminent danger from insect or disease attack. Salvage harvest of trees substantially damaged by fire, windthrow, or other catastrophe or in imminent danger from insect or disease attack may be harvested over and above the sustained yield limit, consistent with desired conditions for terrestrial and aquatic ecosystems. (Forestwide)

**S-VEG-8:** When there is a shortage of any special forest products for tribal use, commercial permits are issued only to the extent that the tribal use can be accommodated. (Forestwide)

### *Guidelines*

**G-VEG-1**: Even-aged stands shall generally have reached or surpassed culmination of mean annual increment (achieving 95 percent of culmination of mean annual increment, as measured by cubic volume) prior to regeneration harvest, unless the following conditions have been identified during project development:

- When such harvesting would modify fire behavior to protect identified resource, social, or economic values
- When harvesting of stands will trend landscapes toward desired conditions
- When harvest uses uneven-aged silvicultural systems, thinning, or other intermediate stand treatments that do not regenerate even-aged or two-aged stands
- When harvest is for sanitation or salvage of timber stands that have been substantially damaged by fire, windthrow, or other catastrophe, or that are in imminent danger from insect or disease attack

Rvsd Plan - 00004430

- When harvest is on lands not suited for timber production and the type and frequency of harvest is due to the need to protect or restore multiple use values other than timber production. (Forestwide)

**G-VEG-2**: Even-aged harvest openings should be irregularly shaped and blend with the natural terrain. (Forestwide)

**G-VEG-3:** To maintain ecosystem conditions for continued persistence, permit the collection of species of conservation concern plants only for scientific, educational, or conservation purposes and only to the level that persistence of the species is maintained. (Forestwide)

### Suitability

**SUIT-VEG-1:** Lands are identified as suitable for timber production in management area direction found in Chapter 3. Even though lands may be identified as suitable for timber production, those lands may not be feasible for harvest. Feasibility is determined at the site-specific, project level. There are an estimated 499,936 acres of lands on the Forest determined as may be suitable for timber harvest.

## Wildlife and Plants (WLDF)

Sections below include direction for wildlife and plant species on the Rio Grande National Forest. Also included in this section is direction for *species of conservation concern* and direction *for threatened, endangered, proposed, and candidate species*.

### Management Approaches

Most of the wildlife that inhabits the Forest is outside of the protections provided by the Endangered Species Act, as amended, and is not considered a Species of Conservation Concern as defined in the 2012 Planning Rule. Plan components pertaining to these species is contained in this section. This direction maintains ecosystem integrity on a broad range of terrestrial habitats throughout the Forest, including all vegetation types. This includes all native species as well as any desirable nonnative species. Nearly all plan components have the potential to affect wildlife in some way.

The Forest will continue to participate and support, within the fiscal capacity, all recovery and conservation efforts including but not limited to: Conservation Agreements for Rio Grande Cutthroat Trout (RGCTCT 2013), Rio Grande Chub and Rio Grande Sucker (RGCSCT 2018), fens, pollinators, Uncompahgre fritillary butterfly, bats, watershed condition priorities, prairie dogs, avian monitoring and conservation, bighorn sheep, snow willow and alpine conservation, boreal toad, and unique and rare plant communities.

The movement of white-nose syndrome is being closely monitored, though it has not yet been confirmed in Colorado. The Forest intends to maintain an early detection program, follow Regional guidance, and continue to coordinate with partners and other agencies.

Bat habitat needs are addressed through the Abandoned Mine Lands program. Annually evaluate the Abandoned Mine Lands program to consider at least one project. Maintain existing partnerships and seek additional partners for adequate underground assessments, as possible, prior to closure. Ensure access for bats and reduce disturbance to resident populations when closing caves and mines. To protect bats species on the species of conservation concern list, pursue formal mineral withdrawal of abandoned mine sites. When maintaining or removing facilities or bridges, assess for potential bat roost activity. Schedule work to reduce impacts to roosting bats.

Provide education and awareness of potential disease transmission between recreational pack goats and bighorn sheep at entry point into areas known to be used by bighorn sheep.

Rvsd Plan - 00004431

Education and outreach materials should be provided regarding chytrid fungus. Where the fungus has been detected determine the need to implement decontamination procedures to protect boreal toads and other amphibians.

Impacts to pollinators are addressed during project analysis through project design, analysis, and implementation.

Pollinator-friendly best management practices for Federal lands are implemented to improve pollinator habitat and protect these species when implementing management actions. Actions are not limited to the following:

- Design projects to maintain or improve pollinator habitat while meeting resource objectives.
- Include plants that are desirable to pollinator species in project seed mixtures.
- Mitigate impacts to pollinator insects when applying insecticide.
- Include creation and maintenance of pollinator habitat in project design.
- Implement best management practices for pollinator habitat when managing roads.

The Forest intends to assess the range and distribution of insect species listed as species of conservation concern; information about threatened, endangered, proposed, or candidate species allows projects to be designed to reduce or avoid impacts to these species.

The Abandoned Mine Lands program addresses needs for bat habitat.

Detect mortality-causing pathogens in bats early, and establish a maintenance program for bat gates.

Integrate priority habitats and species described in the Colorado Bird Conservation Plan into management activities.

Provide a focus on bird conservation by increasing the number of Naturewatch viewing sites, and participate in International Migratory Bird Day activities.

All available tools can be used to move toward or maintain desired conditions. This includes but is not limited to prescribed fire use, thinning, constructing stock ponds, and placing guzzlers.

Education and awareness will provide information regarding potential disease transmission between recreational pack goats and bighorn at entry points to areas of known bighorn sheep use. Areas of overlapping pack goat and bighorn sheep use will be observed over time.

Activities that disturb bighorn sheep, particularly around primary use and reproduction areas, are discouraged.

Agency actions should avoid or mitigate impacts to unique or rare plant community types, particularly those with a biodiversity significance ranking of B1 (outstanding) or B2 (very high) according to the Colorado Natural Heritage Program. In riparian areas and wetland ecosystems containing plants with G1, G2, S1, or S2 NatureServe plant community conservation ranks, avoid or mitigate impacts to maintain the ecological integrity.

When new recovery plans, conservation agreements, conservation strategies, critical habitat designation, or regional management direction for threatened, endangered, proposed, or candidate species are released, all appropriate authorities will be used to adjust related forest plan direction.

Rvsd Plan - 00004432

Existing landscape patterns and local species concerns are used to identify and assess habitat connectivity at various spatial scales during design and analysis of forest management activities. A nest of hydrologic unit codes is used at various scales to assess connectivity patterns. Stream zones and topographic features are identified and used to facilitate movement across the landscape. Movement zones 400 to 600 feet in width along a stream may be sufficient to facilitate movement for most local species of conservation concern in most landscape conditions.

The direction below is specific to the Rio Grande National Forest. Higher level direction for management of wildlife and plants is contained in Forest Service manuals and handbooks, specifically 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction, including but not limited to the Bald Eagle and Golden Eagle Protection Act and Fish and Wildlife Conservation Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-WLDF-1:** Habitat conditions are suitable for resident and migratory birds and accommodate key life history requirements. (Forestwide)

**DC-WLDF-2:** Habitat conditions for bats are suitable for reproduction and roosting. (Forestwide)

**DC-WLDF-3:** Habitat connectivity is provided for to facilitate species movement within and between daily home ranges, for seasonal movements, for genetic interchange, and for long-distance movements across boundaries. (Forestwide)

**DC-WLDF-4:** Winter range habitat conditions provide the quantity, quality, and spatial arrangement of forage, cover, and security needed to support population objectives for mule deer, pronghorn, Rocky Mountain bighorn sheep, and Rocky Mountain elk. (Forestwide)

**DC-WLDF-5:** Motorized and nonmotorized route travel, on and off existing roads, does not negatively affect ecological conditions necessary to maintain population objectives for big game species. (Forestwide)

**DC-WLDF-6:** Suitable nesting habitat for ground-nesting or low-level shrub-nesting birds is provided by dense, interior riparian willow habitat. (Forestwide)

### Objectives

**OBJ-WLDF-1**: Develop and interpret at least one location identified in the Colorado Birding Trail over the next 15 years. (Forestwide)

**OBJ-WLDF-2**: Maintain or improve an average of 500 acres of big game winter habitat annually over the next 15 years. (Forestwide)

### Standards

**S-WLDF-1:** To reduce stress at a critical point in the lifecycle of big game, restrict activities on winter range from approximately December 1 to March 31, as needed. (Forestwide)

**S-WLDF-2:** Do not allow rock climbing within one-half mile of active peregrine and prairie falcon nest sites generally from April 15 to July 31 and active golden eagle nest sites generally from December 15 to July 31. (Forestwide)

Rvsd Plan - 00004433

## Guidelines

**G-WLDF-1:** Spatial direction related to disturbance and structural improvement needs specific to raptor species that inhabitant the Forest are contained in Table 7. To maintain site integrity, structural improvements should be avoided within the buffer distances. (Forestwide)

**Figure. Raptor nest and buffer zone distances and timing considerations**

| Species | Impact/Risk[2] | Time[4] | Buffer Distance[3] |
|---|---|---|---|
| Golden eagle[1] | Disturbance | 12/15 to 7/15 | Projects and activities should not occur within one-half mile of an active nest during nesting season. |
| Golden eagle[1] | Structural improvements | Year round | New structures should not be established within a one-quarter-mile radius and an active nest. |
| Bald eagle | Disturbance (winter roosts) | 11/15 to 3/15 | Manage projects and activities within a one-quarter-mile radius (indirect line of sight) or a on-half-mile radius (direct line of sight) of communal winter roost site. Limit activity between 1000 and 1400 hours if encroachment will occur within buffer zones. |
| Bald eagle | Structural improvements | Year round | New structures should not be established within one-half mile of communal roost sites. |
| Bald eagle | Disturbance and structural improvements | Site specific determination by biologist | For preferred diurnal hunting perch. |
| Swainson's hawk | Disturbance | 5/1 to 9/15 | Project and activities should not occur within one-quarter mile of a nest during nesting season. |
| Swainson's hawk | Structural improvements | Year round | New structures should not occur within a one-quarter-mile radius of an active nest. |
| Red-tailed hawk | Disturbance | 3/15 to 7/15 | Projects and activities should not occur within one-eighth to one-quarter mile of nests during nesting season. |
| Red-tailed hawk | Structural improvements | Year round | New structures should not occur within a one-quarter-mile radius of active nests. |
| Peregrine falcon | Disturbance | 4/15 to 7/31 | Projects and activities should not occur within one-half mile of a nest during nesting season. |
| Peregrine falcon | Structural improvements | Year round | New structures should not occur within a one-half-mile radius of an active cliff nest complex. |
| Prairie falcon | Disturbance | 4/15 to 7/15 | Projects and activities should not occur within one-half mile of a nest during nesting season. |
| Prairie falcon | Structural improvements | Year round | New structures should not occur within a one-half-mile radius of an active nest. |
| Northern goshawk | Disturbance | 4/15 to 8/31 | Projects and activities should not occur within one-half mile of an active nest during nesting season. Management includes a 25–30 acre buffer of the nest site, a 420-acre post-fledging area (PFA) around the nest area, and considerations for alternate nest sites and foraging habitat. Structural conditions for the nest area, PFA, and foraging area should be managed similar to those recommended in Reynolds et al (1992), unless they cannot be achieved due to site conditions or other local factors. |
| Northern goshawk | Structural improvements | Year round | New structures should not occur within a one-half-mile radius of an active nest. |
| Cooper's hawk | Disturbance | 4/15 to 7/31 | Projects and activities should not occur within one-half mile of nests. |

Rvsd Plan - 00004434

| Species | Impact/Risk[2] | Time[4] | Buffer Distance[3] |
|---|---|---|---|
| Cooper's hawk | Structural improvements | Year round | New structures should not occur within a one-quarter-mile radius of active nests. |
| Osprey | Disturbance | 5/1 to 8/31 | Projects and activities should not occur within one-quarter mile of nests during nesting season. |
| Osprey | Structural improvements | Year round | New structures should not occur within one-quarter mile of a nest during nesting season. |
| Boreal owl | Disturbance | 4/15 to 8/30 | Site-specific protection of aspen clone containing nest tree(s) if active; may require a minimal buffer or directional felling if operating around clone during disturbance period |
| Flammulated owl | Disturbance | 5/1 to 8/30 | Site-specific protection of aspen clone containing nest tree(s) if active; considerations for post-fledging structure within 100 meters around active nest site may apply. Directional felling if operating around clone during disturbance period. |
| Great horned owl | Disturbance | 12/15 to 5/1 | Protect nest tree during the disturbance period. A buffer clump around nest tree may be warranted based on site-specific considerations |

[1]Golden eagles are protected under the Bald and Golden Eagle Act. All projects and activities within the vicinity of golden eagle nests and use areas are subject to analysis and the regulations for incidental take of eagles and eagle nests (U.S. Fish & Wildlife Service, Federal Register Vol. 81, No. 242, 91494-91554).

[2] Structural improvements include activities such as permanent roads, structures associated with recreational development, radio towers etc. that are proposed following nest establishment and are not intended to include structures that historically were present in the area.

[3] Buffer distances may vary based on factors including but not limited to site-specific information, current science, and professional judgement of the wildlife biologist.

[4]Nesting season dates may be flexible, particularly during the beginning and latter parts of the season, but are not expected to change often or significantly, as the direction is based on raptor biology and local knowledge. Area closures may be appropriate to maintain integrity of reproductive sites.

## Species of Conservation Concern (SCC)

### *Management Approaches*

Species of conservation concern (Appendix D) are animals or plants known to occur in the planning area that the regional forester has determined that the best available scientific information indicates a substantial concern regarding the species' ability to persist over the long-term (36 CFR 219.9). Many of the plan components that that contribute to the maintenance or restoration of ecological conditions to contribute to maintaining a viable population of the species of conservation concern are also addressed in other sections including, but not limited to, *Riparian Management Zones, Range Management, Native Animals and Plants*, and *Species of Conservation Concern*. The full list of species of conservation concern and those species considered but not carried forward is contained in Appendix D.

Mitigate impacts to insect species that are listed as species of conservation concern, or that are necessary to those species as pollinators or as food, from applications of insecticide or other pesticides.

Mitigate impacts to plant species that are listed as species of conservation concern, or that are necessary for those species as food (including grazing, forage, and nectar for pollinators) or cover, from herbicide or other pesticides.)

The Forest intends to assess the range and distribution of insect species of at-risk species (threatened, endangered, proposed, or candidate species and species of conservation concern). This would inform project-level planning on how to avoid impacts to these species.

Rvsd Plan - 00004435

The direction below is specific to the Rio Grande National Forest. Higher level direction for species of conservation concern is contained in Forest Service manuals and handbooks, specifically 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction, including but not limited to the Endangered Species Act as amended and Fish and Wildlife Conservation Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

## *Desired Conditions*

**DC-SCC-1:** Structure, composition, and function of sagebrush ecosystems meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-2** Structure, composition, and function of coniferous forests including late seral forests meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-3** Structure, composition, and function of riparian areas, including streams, willow thickets, and cottonwood galleries, meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-4** Structure, composition, and function of aspen-dominated forests meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-5** Structure, composition, and function of alpine ecosystems, including cushion plant communities, snow willow, alpine fell fields, and talus slopes, meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-6** Snags and decaying wood processes meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-7** Structure, composition, and function of montane grasslands meet the needs of associated species, including species of conservation concern. (Forestwide)

**DC-SCC-7:** Improve or maintain habitat for bighorn sheep. (Forestwide)

**DC-SCC-8:** Maintain effective separation to minimize the risk of disease transmission between domestic sheep and bighorn sheep on active grazing allotments. (Forestwide)

## *Standards*

**S-SCC-1:** To maintain pollination as an ecosystem service, do not authorize chemical applications that would cause harm to species of conservation concern. (Forestwide)

**S-SCC-2:** Do not authorize activities that create ecosystem conditions that would not maintain the persistence of species of conservation concern. (Forestwide)

**S-SCC-3:** Maintain effective separation to minimize the risk of disease transmission between domestic sheep and bighorn sheep on active grazing allotments. Effective separation is defined as spatial or temporal separation between bighorn sheep and domestic sheep, resulting in minimal risk of contact and subsequent transmission of respiratory pathogens between animal groups. (Forestwide)

**S-SCC-4:** Do not authorize projects that will result in disturbance or displacement of bighorn sheep during their reproductive period (generally April 15 to July 1). (Forestwide)

Rvsd Plan - 00004436

**S-SCC-5:** Prohibit the use of recreational pack goats in the Sangre de Cristo Mountains to eliminate potential interactions between pack goats and bighorn sheep. (Forestwide)

**S-SCC-6:** Maintain effective separation between domestic goats used for vegetation management and bighorn sheep to minimize the risk of contact between animal groups. (Forestwide)

### Guidelines

**G-SCC-1:** To maintain ecosystem integrity, minimize, while meeting project goals, negative impacts to pollinators when applying pesticides. (Forestwide)

**G-SCC-2:** Roads and other permanent ground-disturbing structures and activities should not degrade vegetation within 100 feet where plants that are listed as species of conservation concern are known to occur. Such barren or rocky areas include, but are not limited to, alpine fell fields, alpine cushion plant communities, talus slopes at any elevation, rock fields, boulder gardens, cliff faces, recently disturbed soils, exposed shale, gypsum, volcanic, or adobe soils, and other sparsely vegetated areas within other ecosystems.(Forestwide)

**G-SCC-3:** Reduce habitat fragmentation and maintain structural conditions of sagebrush ecosystems through design of management activities. (Forestwide)

## Threatened, Endangered, Proposed, and Candidate Species (TEPC)

Plan direction is designed to protect and recover animal and plant species that are listed as threatened or endangered under the Endangered Species Act, or those species that have been proposed or are candidates for listing. Threatened, endangered, proposed, and candidate species can occur Forestwide. These species can be influenced by direction that occurs throughout the forest plan, including but not limited to direction for wildlife, range management, and vegetation management.

Eight of the nearly 300 species of amphibians, fish, mammals, birds, and reptiles that inhabit the Forest are federally recognized as threatened or endangered species. These include black-footed ferret (endangered), Canada lynx (threatened), Gunnison sage grouse (threatened), Mexican spotted owl (threatened), New Mexico meadow jumping mouse (endangered), Southwestern willow flycatcher (endangered), Uncompahgre fritillary butterfly (endangered), and yellow-billed cuckoo (threatened). None of these species currently have listed or proposed critical habitat on the Forest.

Of the eight listed species, the Uncompahgre fritillary butterfly, Canada lynx, Gunnison sage grouse, and Southwestern willow flycatcher are known to occur in the planning unit.

### Management Approaches

The 2008 Southern Rockies Lynx Amendment Record of Decision amended eight forest plans including the Rio Grande. The direction prescribed in the 2008 Southern Rockies Lynx Amendment (Appendix E) is incorporated, as modified below, into the current direction and would apply Forestwide. Additional direction and modifications of the 2008 direction is needed to sufficiently address the continued recovery of Canada lynx due to the current habitat conditions associated with the spruce beetle outbreak in the spruce- fir ecosystem. This direction supplements, and replaces management direction related to salvage in the Southern Rockies Lynx Amendment, specifically VEG S1 and VEG S2.

Even with higher levels of mortality due to spruce beetle infestation high quality lynx and snowshoe hare habitat persists and vegetation management activities have the potential to benefit and adversely affect lynx and snowshoe hare habitat and populations (ILBT 2013, p. 71). Most vegetation management

77

activities reduce canopy cover and horizontal cover in the understory which could reduce snowshoe hare densities and habitat values for Canada lynx.

The direction below is intended to encourage vegetation management in areas where habitat quality for lynx and snowshoe hare can be improved while retaining existing high quality habitat. The overall goal is to maintain areas that support high densities of snowshoe hare while promoting vegetation management that restores habitat and landscape connectivity for lynx movement.

The Southern Rockies Lynx Amendment direction was developed prior to the 2012 Planning Rule. Standard VEG S7 is formatted to be consistent with the forest plan and similar to the Southern Rockies Lynx Amendment direction. The direction in the Southern Rockies Lynx Amendment is formatted differently than direction contained in this forest plan. Superscript numbers in the text refer to definitions contained in the Southern Rockies Lynx Amendment in Appendix E.

Standard VEG S7 (below) applies to salvage harvest[42] activities conducted in conifer forests that have lynx habitat attributes, but no longer meet the definition for standard VEG S6 due to tree mortality and associated forest structural changes. These stands still provide high quality lynx habitat and are characterized by dense horizontal cover[19], and include forest structure that provides cover and food for snowshoe hares, and foraging habitat, traveling, and hiding cover for Canada lynx. According to a recent study completed on the Forest (Squires *et al.* 2018), stands with Engelmann spruce and subalpine fir in the canopy, and subalpine fir in the sub-canopy are disproportionality selected by lynx. Stands where standard VEG S7 would apply continue to support snowshoe hare and secondary prey species, such as red squirrels, particularly when live vegetation and horizontal structure is present.

Salvage harvest in lynx habitat is prioritized as follows:

a.  Choose areas with good habitat restoration potential that currently exhibit poor quality lynx habitat condition, (i.e., horizontal cover density less than 25 percent, subalpine fir is a minor component of the sub-canopy, favorable site conditions, and best available science suggest that conditions could be improved through vegetation management);
b.  Choose areas that provide poor quality lynx habitat and poor habitat restoration potential;
c.  All other areas based on overall project considerations and needs.

Stands that are subject to VEG S7 represent high-quality habitat for lynx and are confined to the high probability lynx use area (95 percent areas) delineated in the Resource Selection Function model for the Forest (Squires *et. al* 2018). The high probability lynx use area map can be found in Appendix G. These areas are identified as having:

•  Overstories that are predominantly live or dead Engelmann spruce and subalpine fir, or either species, with sub canopy layers dominated by subalpine fir, or a combination of either Engelmann spruce or aspen, or both; and
•  Total live overstory canopy cover less than or equal to 40 percent; and
•  Understory horizontal cover density from ground level to 3 meters above ground level, is greater than or equal to 45 percent during winter foraging conditions for snowshoe hares.

Openings in lynx habitat are areas with less than 25 percent total canopy closure. Areas with less than 25 percent horizontal cover are not considered suitable habitat.

During salvage project design, late-successional forest patches that are expected to remain green or mostly green in the next 15 years are identified for retention during project implementation. Foresters and wildlife biologists determine the optimal landscape heterogeneity objectives that include retention,

Rvsd Plan - 00004438

opening patch size, and configuration. Project objectives should be considered at a watershed or sub-watershed scale, using the best available science.

Forest stands that meet the VEG S7 definition represent a disproportionately high value subset of the overall suitable habitat in a lynx analysis unit. Management prioritization provides limited entry allowances into VEG S7 stands. A seven percent allowance into VEG S7 stands is available for use within 15 years of the decision date for this forest plan. Suitable lynx habitat is defined as stands with understory horizontal cover density greater than 25 percent. Timber stands subject to VEG S7 in locations that are documented as occupied by lynx and may support reproduction (Ivan 2018) should be avoided where possible. If entry does occur minimize further reduction in key habitat values.

The VEG S7 standard is associated with a management focus that supports limited entry into VEG S7 stands while promoting forest restoration in stands that may be improved by understory regeneration. The prioritization focus for vegetation management activities for non-VEG S7 stand and non-hazard trees, in the 95 percent lynx use area is as follows:

1. Activities in stands with zero to 24 percent horizontal cover density (unsuitable habitat) and high site potential for active habitat improvement;

2. Activities in areas of zero to 24 percent horizontal cover density (unsuitable habitat) with poor potential for further improvements in habitat values;

3. Activities in areas of 25 to 44 percent horizontal cover density (suitable but not high-quality).

Hazard tree removal along open and administrative use roads, trails, and campgrounds are exempt from this direction. Removing hazards trees from these locations is done to maintain safety for the public and employees. This treatment may occur up to 250 feet from open and administrative use roads, trails, and campground boundaries.

### Desired Conditions

**DC-TEPC-1:** Maintain or improve habitat conditions that contribute to either stability, recovery or both, for threatened, endangered, proposed, and candidate species. (Forestwide)

Desired conditions related to habitat for Canada lynx are found in the Southern Rockies Lynx Amendment.

### Standards

**S-TEPC-1:** The Southern Rockies Lynx Amendment direction (Appendix E), as amended and modified by the forest plan record of decision, shall be applied. (Forestwide)

**VEG S7 (or S-TEPC-2):** Salvage activities in stands that represent high quality lynx habitat may occur in up to seven percent of the high-probability lynx use area (95 percent lynx use areas shown in Appendix G) that overlaps the suitable timber base 15 years from the date on the forest plan decision. Salvage activities in VEG S7 stands in combination with all vegetation management[50] activities including incidental damage resulting in either Stand Initiation Structural Stage[44] conditions, a reduction of horizontal cover[19], or both, are tracked for 15 years from the decision date for this forest plan decision. (High-probability lynx use areas)

**S-TEPC-3:** Southern Rockies Lynx Amendment standards VEG S1 and VEG S2 do not apply on lynx analysis units that have no overlap, either wholly or partially, with the high probability lynx use areas shown in Appendix G. All other management direction (excluding VEG S1 and VEG S2) in the Southern

79

Rockies Lynx Amendment applies to areas outside of the high probability lynx use areas (95 percent use area). (Lynx Habitat Outside of High Probability Lynx Use Areas)

### Guidelines

**G-TEPC-1:** To avoid or minimize adverse effects to listed species and their habitat, management actions should be designed with attention to threatened, endangered, proposed, or candidate species and their habitats. (Forestwide)

# Goal 2

### Protect and restore watershed health, water resources, aquatic ecosystems, and the systems that rely on them

Water from the Rio Grande National Forest supports outdoor recreation, biological diversity, wildlife species and habitats, agricultural irrigation, and flood control. The Forest provides clean, abundant water to local and regional aquifer systems as well as to surrounding communities.

Opportunities for collaborative stewardship of watersheds emphasize the interrelated biological, economic, and social factors that affect these areas. Healthy and functioning watersheds contribute to overall resource health.

## Fisheries (FISH)

### Management Approaches

Management direction is provided for individual resource areas. This direction has been integrated across resources areas. Plan components contained in this section cover the broad area of aquatic habitats that are present throughout the Forest and support all fisheries. Species of conservation concern (Rio Grande cutthroat trout, Rio Grande chub, and Rio Grande sucker), all other native species, and desired nonnative recreational species are included. Many of the plan components that affect fisheries are also addressed in other sections including, but not limited to, *Minerals, Aquatic and Terrestrial Nonnative Invasive Species and Noxious Weeds, Recreation, Riparian Management Zones, Soils, Watersheds, Wildlife,* and *Species of Conservation Concern.* Specific direction for designated wilderness and designated and eligible wild, scenic, and recreational rivers is also provided.

Aquatic species include vertebrate and invertebrate animals that live in the water for most of all of their life cycle. Fisheries management focuses on fish species and the habitat components that are vital to their survival. Persistence of these species over time is dependent on an array of well-connected habitat conditions. Management activities can contribute to fragmentation and degradation of habitat for fish and other riparian-dependent species. Dam construction, introduction of nonnative invasive species, livestock grazing, road and facility construction, and vegetation management activities can change habitat conditions.

Annually, the Forest works with signatories of the Conservation Agreements for Rio Grande cutthroat trout (RGCTCT 2013) and the Rio Grande chub and Rio Grande sucker (RGCSCT 2018). Shared data maintains and updates species occurrences and the fisheries activity period maps facilitate consistent and effective implementation of the agreements for use during project-level analysis and in guidance specific to recreational dredging.

Rvsd Plan - 00004440

The Forest coordinates with staff from Colorado Parks and Wildlife on fish stocking programs. This ensures benefits and reduces degrading effects on native and desired nonnative fish and aquatic species. Recreational fish stocking reports are provided to Colorado Parks and Wildlife by June 15, or as they become available.

The direction below is specific to the Rio Grande National Forest. Higher level direction for fisheries resources comes from Forest Service manuals and handbooks, specifically 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Endangered Species Act as amended and Fish and Wildlife Conservation Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-FISH-1:** Connectivity of habitat for native and desired nonnative fish and aquatic species is maintained or enhanced by the design and implementation of management actions. Populations are expanding into previously occupied habitat, and interconnectivity is maintained within metapopulations. To maintain sustainable populations, critical life stages are distributed and abundant. Habitat conditions are not a primary factor in species being proposed or listed under the Endangered Species Act or for adding species as a species of conservation concern.

**DC-FISH-2:** Habitat and water quality in lakes and streams allow fish populations to thrive, and habitat is not fragmented by management activities.

### Objectives

**OBJ-FISH-1**: Complete 10 fish connectivity projects (combination of removing barriers or constructing aquatic organism passage structures) over the next 15 years.

**OBJ-FISH-2:** Maintain or restore structure, composition, or function of habitat for fisheries and other aquatic species along 30 miles of stream, with a focus on larger individual stream segments when possible over the next 15 years. (Forestwide)

### Standards

**S-FISH-1:** When authorizing new surface diversions in fish-bearing waters, provide upstream and downstream passage designed for all fish species that are threatened, endangered, proposed or candidate species, and for species of conservation concern except when barriers are needed to protect from undesired nonnative fish. (Forestwide)

### Guidelines

**G-FISH-1:** New surface diversions should provide passage for native and desired nonnative aquatic species to maintain connectivity except when barriers are needed to protect from undesired nonnative fish. (Forestwide)

**G-FISH-2:** Newly constructed perennial stream crossings and aquatic organism passages to allow natural streamflow, and bidirectional movement of adult and juvenile fish and other wildlife. (Forestwide)

**G-FISH-3:** Fisheries activity period maps should be consulted during project develop and design, including recreational dredging. Dates associates with stream class identified on the map is contained in Table 8.

Rvsd Plan - 00004441

Fisheries activity period maps designate the class of a mapped waterbody (A, B, C, or D). They correspond with the restricted activity period in Table 8 and describe the locations of Class A water bodies, and may specify special conditions. Except for uncoded waters bodies, which do not appear on the maps, class is designated on the maps. Uncoded water bodies are Class D unless otherwise specified. When uncoded water bodies enter mapped Class A, B, or C water bodies, the portion of the uncoded water body 1 mile upstream from the mouth is the same class as the mapped water body it enters. This is applied even if the unmapped water body is dry or frozen to the bottom at the time of implementation.

Where unmapped water bodies enter a mapped Class A water body, the unmapped water body is Class A for the portion of the unmapped water body for a distance of 1 mile upstream from the mouth of the unmapped water body, including where the unmapped water body is dry or frozen to the bottom at the time of the project, and Class B for any other portion of the unmapped water body. Where an unmapped water body enters a mapped Class B water body, the unmapped water body is Class B for the portion of the unmapped water body for a distance of 1 mile upstream from the from the mouth of the unmapped water body, including where the unmapped water body is dry or frozen to the bottom at the time of the project, and Class C for any other portion of the unmapped water body. Where an unmapped water body enters a mapped Class C or D water body, the unmapped water body is Class C or D for all portions of the unmapped water body, respectively. Where an unmapped water body enters a fish-bearing lake, the unmapped water body is Class C, whether or not the fish-bearing lake appears on the activity period map(s).

**Figure. Dates and species of fish by class of water body**

| Water Body Class | Species | Restricted Activity Period |
|---|---|---|
| A | Core and conservation Rio Grande cutthroat trout | Dates provided by Fisheries Biologist |
| B | Recreation Rio Grande cutthroat trout | May 15 to June 30 |
| C | Brown and brook trout | October 1 to December 31 |
| C | Rainbow trout | April 1 to August 31 |
| D | No fish or any other species | None |

## Groundwater-Dependent Ecosystems (GDE)

### *Management Approaches*

Groundwater-dependent ecosystems are a vital component for the natural environment and can include fens, wetlands, seeps, springs, riparian areas, groundwater-fed streams and lakes, and aquifers. These are present throughout the Forest and vary in size and timing. These areas provide an important ecosystem component and provide later-season flows with cold water temperatures, help sustain the function of surface and subsurface aquatic ecosystems, and provide habitat important to the persistence of plant species of conservation concern.

Areas that retain moisture and associated vegetation types have long been recognized as important for both ecosystem function and human benefits. Riparian areas and groundwater-dependent ecosystems such as wetlands, springs, aquifers, and fens provide ecosystem services that are necessary for the long-term health and well-being of both aquatic and upland areas. Services provided by these areas is vital to the

82

Rvsd Plan - 00004442

water supplies to downstream users. Services include stabilizing steams banks and reducing erosion, mitigating the impacts of floods, improving water quality by trapping sediment and other pollutants, and sustaining late season base flows. These areas are also vital to a wide variety of plants and animals. Aquatic and terrestrial species depend on the forage and cover provided in these habitat types, and many rare plants only occur in these ecosystems.

Fens and watershed conditions that support healthy fens present an irreplaceable ecological feature on the landscapes. As capacity allows, these area are inventoried and evaluated, allowing managers to maintain healthy watersheds and aquatic resources.

The Forest collaboratively works with other agencies and adjacent landowners in the conservation of groundwater-dependent ecosystems. Fens will continue to be inventoried and evaluated as feasible.

The direction below is specific to the Rio Grande National Forest. Higher level direction for groundwater-dependent ecosystems is contained in Forest Service manuals and handbooks, specifically 2500, 2600, and 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the Endangered Species Act as amended, Safe Drinking Water Act, and the Water Quality Improvement Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-GDE-1:** Identified groundwater-dependent ecosystems provide habitat for species of conservation concern and other native species. Fens continue to accumulate peat. (Forestwide)

### Objectives

### Standards

**S-GDE-1**: Do not authorize management actions that alter hydrology of groundwater-dependent habitat features. (Forestwide)

### Guidelines

**G-GDE-1:** To maintain ecosystem diversity and function, design projects to avoid or mitigate negative impacts to ecological services of groundwater-dependent ecosystems. (Forestwide)

## Riparian Management Zones (RMZ)

### Management Approaches

Naiman et al. (2000) identifies that discoveries about the structure and dynamics of riparian zones have important implications for stream and watershed management. Forest plans must establish width(s) for riparian management zones around all lakes, perennial and intermittent streams, and open-water wetlands (USDA Forest Service 2015). The following guidance has been developed to help interdisciplinary teams become familiar with, and consistently apply, criteria to appropriately delineate riparian management zones, and analyze important considerations in developing appropriate management actions within or affecting riparian management zones. The intent is to ensure that interdisciplinary teams adequately consider riparian functions and ecological processes in both the delineation of riparian management zones and the determination of appropriate management actions within, or that affect, riparian management zones.

Rvsd Plan - 00004443

Riparian areas represent the area where aquatic and terrestrial ecosystems interface. These important areas occur along streams, rivers, lakes, wetlands and other waterbodies. These areas can be restored using passive and active management.

Delineation and further definition of riparian management zones are contained in Appendix F.

The direction below is specific to the Rio Grande National Forest. Higher level direction for riparian management zones can be found in Forest Service manuals and handbooks, specifically 2500, 2600, and 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the Watershed Protection and Flood Prevention Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-RMZ-1:** Riparian areas and wetlands are healthy, fully functioning ecosystems that are resilient and able to withstand natural and human disturbances that include flood, fire, drought, changes in frequency and timing of weather events, recreation, and herbivory. Aquatic ecosystems, riparian ecosystems, and watersheds exhibit high ecological integrity. The vegetation consists of desirable native species and age classes and meets the needs of resident amphibians, fish, and migratory birds. Populations of riparian vegetation are diverse, vigorous, and self-perpetuating. Invasive species, including plants and animals, in riparian and wetland ecosystems are rare. There is sufficient vegetative cover to provide bank stability, trap and retain sediment, regulate temperature, and contribute to floodplain function. Riparian ecosystem composition, structure, and function can generally be restored and enhanced by beaver habitat. (Forestwide)

**DC-RMZ-2:** Hydrologic regimes of riparian and wetland ecosystems contribute to appropriate channel and floodplain development, maintenance, and function. (Forestwide)

### Objectives

**OBJ-RMZ-1**: Restore at least 300 acres of riparian or wetland areas over the next 15 years. (Forestwide)

### Standards

**S-RMZ-1**: Management activities may have short-term impacts (generally less than 5 years) to composition, function, and structure of riparian areas and fish habitat. Over the long term (generally greater than 20 years), projects shall not impair connectivity, composition, function, and structure. (Forestwide)

### Guidelines

**G-RMZ-1:** To maintain ecological integrity and connectivity, new system roads and infrastructure should not be constructed in the riparian management zone. (Forestwide)

**G-RMZ-2:** To provide for the structural nesting habitat requirements for riparian-associated birds, design management activities to avoid healthy willow carrs. (Forestwide)

## Watershed (WA)

### Management Approaches

Healthy, properly functioning watersheds are essential to forest health, water quality, water quantity, and a host of others functions and services. Plan and management direction is grouped by specific resource but is also addressed in relation to other resource functions. Watershed specific direction contains both

84

national and regional guidance as required by the 2012 Planning Rule (36 CFR 2190). As always, additional higher level guidance is incorporated and followed to protect watersheds and their associated functions and services.

A watershed is an area of land that drains water and transports sediment and dissolved materials to a common outlet at some point along a stream channel (Dunne and Leopold 1978). Watersheds occur at multiple scales and range from the largest river basins that cover thousands of acres, such as the Rio Grande, to small streams with only a few acres of contributing area. Watersheds that are functioning properly have terrestrial, riparian, and aquatic ecosystems that capture, store, and release water, sediment, wood, and nutrients within their range of natural variability for these processes.

Many attributes can help to understand and define the condition, or health, of a watershed. These include, but are not limited to, physical and biologic characteristics such as the timing and quantity of water flows, water quality, the amount of erosion and sedimentation, the stability of streambanks, stream channel dimensions such as width and depth, the condition of riparian vegetation, and the presence of native or desired nonnative aquatic species. The attributes that reflect the state of a watershed condition are continually changing because of natural disturbances (e.g., wildfire, landslides, floods, insects, and disease), natural variability of ecological processes (e.g., flows and cycles of energy, nutrients, and water), climate variability, and human modifications.

The watershed condition policy goal of the Forest Service is "to protect National Forest System watersheds by implementing practices designed to maintain or improve watershed condition, which is the foundation for sustaining ecosystems and the production of renewable natural resources, values, and benefits" (FSM 2520). The forest plan components listed below are designed to assist land managers in maintaining or improving watershed condition by focusing on the key physical and biologic attributes and processes of watershed condition that will allow watersheds to be resilient in the face of both natural and human disturbances.

The direction below is specific to the Rio Grande National Forest. Higher level direction for watershed management is contained in Forest Service manuals and handbooks, specifically 2500, 2600, and 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the Clean Water Act as amended, Emergency Flood Prevention Act, Federal Water Pollution Control Act, and Federal Water Project Recreation Act. All higher level direction that is applicable but not repeated is contained in Appendix I.

### Desired Conditions

**DC-WA-1:** Physical channel characteristics are in dynamic equilibrium and are commensurate with the natural ranges of discharge and sediment load provided to a stream. Streams have the most probable form and the expected native riparian vegetation composition within the valley landforms that they occupy; they function correctly without management intervention. Historically disturbed and degraded stream channels recover through floodplain development and establishment of riparian vegetation, and demonstrate stable channel geomorphic characteristics. Beaver reintroduction, and the persistence of beaver habitat, can contribute to channel recovery and floodplain function. Upland areas function properly and do not contribute to stream-channel degradation. Roads, trails, and impervious surfaces minimally affect hydrologic processes within watersheds. The sediment regime within water bodies is within the natural range of variation. Elements of the sediment regime include the timing, volume, rate, and character of sediment input, storage, and transport. (Forestwide)

**DC-WA-2:** Within the constraints of existing water rights decrees, the timing and magnitude of flood events is within the natural range of variation. Floodplains are accessible to water flow and sediment deposits. Overbank floods allow floodplain development and support healthy riparian and aquatic habitats. Floods also allow the propagation of flood-associated riparian plant and animal species. (Forestwide)

**DC-WA-3:** State water quality standards are met and State-classified water uses are supported for all water bodies. Water quality for those water bodies listed as impaired on the State of Colorado 303(d) list move toward fully supporting State-classified uses. (Forestwide)

**DC-WA-4:** Aquifers maintain natural conditions of recharge, discharge, and groundwater quality, especially where they are important to surface features dependent on groundwater for their existence (including but not limited to caves, springs, seeps, lakes, riparian areas, wetland ecosystems, fens, and intermittent and perennial streams). (Forestwide)

**DC-WA-5:** Watersheds provide clean, safe water suitable for public consumption after adequate and appropriate water treatment. (Forestwide)

### *Objectives*
**OBJ-WA-1:** Improve condition class on at least one identified priority watershed, as defined by the national Watershed Condition Framework over the next 5 years. (Forestwide)

**OBJ-WA-2:** Quantify minimum instream flows at new quantification points for stream reaches impacted by federal land acquisitions for the Baca Tract over the next 5 years. (Forestwide)

### *Standards*
**S-WA-1:** Incorporate direction included in the Watershed Conservation Practices Handbook (FSH 2509.25), and project-specific management measures described in FS 990A or as updated in land-use and project plans. (Forestwide)

### *Guidelines*
**G-WA-1:** Maintain or restore water quality by assuring that activities meet State of Colorado water quality standards. Management activities in watersheds where State of Colorado 303(d) listed impaired water bodies exist should assist in achieving State water quality standards. (Forestwide)

**G-WA-2:** Management actions should not cause long-term degradation to water resources, including lakes, streams, wetlands, and groundwater. Particular attention should be paid to public water supplies, sole source aquifers, and source water protection areas. (Forestwide)

## Goal 3

### *Actively contribute to social and economic sustainability in the broader landscape and connect citizens to the land*

The Forest contributes forest products and tourism opportunities that are important to local economies, and provides ecosystem services for current and future generations. Locations that have been influenced by humans while protecting areas of tribal importance and traditional uses and other areas of religious or cultural importance are maintained and protected. Opportunities are available for individuals, partners, and organizations to be active participants in managing, monitoring, and implementing projects that achieve integrated resource management goals.

Rvsd Plan - 00004446

The Forest provides natural-appearing landscapes with diverse scenery. Within the anticipated fiscal capacity, the Forest provides and maintains access to a multitude of recreational opportunities and outdoor experiences in settings that range from primitive to highly developed. Designated areas, such as wilderness and wild, scenic, and recreational rivers, are maintained to protect resource integrity and avoid damage incurred by overuse. Interpretive opportunities increase public knowledge, provide historical background, and promote connection of the current people to the past and their land.

Heritage resource sites are managed and interpreted in compliance with all applicable laws and regulations. When appropriate, sites are nominated to the National Register of Historic Places and managed to those standards.

The 2012 Planning Rule (36 CFR 219) defined ecosystem services to include provisioning services such as air, water, energy, fiber, and minerals; regulating services such as soil stabilization; and cultural services that include cultural heritage values and recreational experiences. The Forest strives to meet the demand for these services.

# Air Quality (AIR)

### Management Approaches

The Clean Air Act and subsequent amendments require Federal land managers to protect air quality related values in Class 1 areas and to protect human health and basic resource values in all areas. The La Garita, Weminuche, and nearby Great Sand Dunes Wilderness areas are classified as Class 1 areas where very little deterioration of air quality is allowed. Virtually all land management activities on the Forest occur outside the non-attainment boundaries. The greatest potential to affect air quality would be from smoke (wildfires, prescribed fires) and road dust.

The direction below is specific to the Rio Grande National Forest. Higher level direction for management of air quality comes from Forest Service manuals and handbooks, specifically 2500. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-AIR-1:** Air quality related values over Class 1 and Class II wilderness areas meet or exceed state standards. (Forestwide)

### Guidelines

**G-AIR-1:** To protect water quality, oils and solvents should not be used for dust abatement measures. (Forestwide)

# Areas of Tribal Importance (ATI)

### Management Approaches

The San Luis Valley and the surrounding mountains are the ancestral homelands of several American Indian clans, bands, and tribes. Despite their removal by the U.S. Government in the late 1800s, several tribes maintain strong cultural and spiritual connections to the area. These include the Jicarilla Apache, Navajo, Southern Ute, and Ute Mountain Ute Tribes, as well as several Upper Rio Grande and Western Pueblos. Ceremonial and culturally important sites and traditional gathering areas exist on the Forest. Tribes affiliated with the area exhibit a continuing interest in the homeland-related traditions of their

Rvsd Plan - 00004447

people and look to the Forest to aid in the maintenance and re-establishment of cultural connections to ancestral landscapes.

Policy development and methods of consulting with tribes has evolved since the last forest plan was completed 20 years ago. Though not repeated here, the legal framework of Federal policy, case law, and Executive orders provides guidance and establishes standards for tribal authorities and uses of national forests as well as creates pathways to greater collaboration and connection between the Forest and the tribes at all management levels of the Forest Service.

Interpretive and educational exhibits and other media focusing on the history of forest lands is developed in collaboration with tribes to provide the public with a greater understanding and appreciation of shared history, culture, and traditions.

The Forest maintains relationships with tribes that are meaningful and built on trust. The Forest intends to work with tribes in developing interpretive and educational materials to aid in protecting areas of tribal importance.

The Forest will partner with interested tribes in determining the eligibility of Mount Blanca as a traditional cultural property to the National Register of Historic Places.

Develop a management plan to assist in maintain cultural values, involving staff from the Bureau of Land Management San Luis Valley Field Office, Pike-San Isabel National Forest, interested tribes, U.S. Fish and Wildlife Service Sangre de Cristo Conservation Area, and other non-Federal partners.

The Forest intends to accommodate and facilitate traditional use of areas acknowledged as traditional cultural properties and other culturally important places that are essential to maintaining the continuing cultural identity of associated communities.

In coordination with tribes, develop collaborative proposals and partnerships to implement projects of mutual benefit and economic development, or both, using federally authorized or advocated programs where available.

In compliance with higher level direction, consultation with tribes occurs at initial planning stages and during project design. As appropriate, tribal perspectives, needs, and concerns, as well as traditional knowledge, should be incorporated into project design and decisions, such as areas acknowledged as traditional cultural properties.

In compliance with higher level direction, confidential and sensitive information, or both, regarding sacred sites is held in the strictest confidence. Also purposeful excavation, photography, and destructive analysis of human remains, or any one of these, for educational purposes, is not permitted.

The direction below is specific to the Rio Grande National Forest. Higher level direction for management of areas of tribal importance comes from Forest Service manuals and handbooks, specifically 2300. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Antiquities Act, American Indian Religious Freedom Act, and Native American Graves and Repatriation Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-ATI-1:** Acknowledged traditional cultural properties are present for their cultural importance and are generally free of impacts from other uses. (Forestwide)

88

Rvsd Plan - 00004448

**DC-ATI-2:** Access for tribal members is provided for the exercise of treaty rights and to provide opportunities to practice traditional, cultural, educational, and religious activities. (Forestwide)

**DC-ATI-3:** Traditionally used resources are managed sustainably and are available for future generations. (Forestwide)

### Guidelines
**G-ATI-1:** To protect areas of tribal importance, such as areas acknowledged as traditional cultural properties, minimize restoration and recreation activities and uses, as well as the development of new facilities and infrastructure, near these areas. (Forestwide)

## Congressionally Designated Trails (CDT)

Direction included below applies to the management of two congressionally designated trails on the Forest: the Continental Divide National Scenic Trail and the Old Spanish National Historic Trail. The Continental Divide National Scenic Trail and the Old Spanish National Historic Trail were designated by Congress in 1978 and 2002, respectively.

### Management Approaches

The National Trails System Act of 1968 authorized creation of a national trail system consisting of national scenic, historic, and recreation trails. National scenic and national historic trails may be designated only by an act of Congress. Both congressionally designated trails that traverse the Forest are shown with a one-half-mile-wide buffer on either side of the trail. This trail corridor is managed consistently across the Forest.

### Continental Divide National Scenic Trail

The 3,100-mile-long Continental Divide National Scenic Trail follows the backbone of the Rocky Mountains from Canada to Mexico. The trail traverses portions of 25 national forests, 3 national parks, and 4 Bureau of Land Management districts, as well as various private lands in Colorado, Idaho, Montana, New Mexico, and Wyoming. About 170 miles of the trail is routed through the Rio Grande National Forest, from its northern boundary with the Gunnison National Forest, to the New Mexico state line.

The Forest Service is the lead agency responsible for management of the Continental Divide National Scenic Trail. Management of the trail is consistent with the nature and purposes of the trail as described in the 2009 Continental Divide National Scenic Trail Comprehensive Plan, and any revisions.

Consistent with the Continental Divide National Scenic Trail Comprehensive Plan, trail partners and volunteers will be encouraged to assist in the planning, development, maintenance, and management of the trail.

Proposed relocations or new segment locations will be evaluated using defined optimal location criteria.

Opportunities to acquire lands or rights-of-way in or adjacent to the Continental Divide National Scenic Trail corridor will be identified and pursued as feasible.

Activities and projects occurring in the visible foreground are evaluated for their effects on user experience. Impacts are reduced and mitigated.

Rvsd Plan - 00004449

Consistent signage is provided along the Continental Divide National Scenic Trail at road and trail crossings to identify the trail. Interpretive signs are provided at key entry points and at historic and cultural sites to orient visitors and enhance their experience.

During emergencies, incident management teams are made aware of the Continental Divide National Scenic Trail as a resource to be protected. Fire suppression rehabilitation and long-term recovery of the Continental Divide National Scenic Trail corridor are identified as high priorities for incident management teams, burned area emergency recovery teams, and post-fire rehabilitation interdisciplinary teams.

Over time, appropriate carrying capacities will be established for specific segments of the Continental Divide National Scenic Trail by monitoring use and conditions. Appropriate management actions are taken to maintain or restore the nature and purposes of the trail if the results of monitoring or other information indicate a trend away from the desired conditions.

To provide for user safety and health, adequate trail facilities are provided that accommodate the amount and types of use anticipated on any given trail segment. Minimal facilities are provided to preserve or promote a setting that appears natural.

## Old Spanish National Historic Trail

The Old Spanish National Historic Trail was designated in 2002. Pioneered by Antonio Armijo in 1829, the Old Spanish Trail was a trade network with several routes that carried woolens and slaves between Santa Fe and Los Angeles in trade for horses in Mexico's California territory. The congressionally designated East Fork of the North Branch of the Old Spanish National Historic Trail runs through the Forest, generally following the west flanks of the Sangre de Cristo Mountains before winding up Saguache Creek and into the Gunnison Basin. Inventory and research have identified the Bunker Site as an archaeological site along the trail within Forest.

The Old Spanish National Historic Trail Comprehensive Administrative Strategy (December 2017) guides management of the trail across six states and a variety of ownerships. Trail management and activities will be coordinated across and adjacent to unit and jurisdictional boundaries.

Appropriate measures are developed to protect high-potential sites and segments from deterioration due to natural forces, visitor use, vandalism, and other impacts.

Over time, the Forest intends to comprehensively document at least 3 miles of the Old Spanish National Historic Trail; study one camp or paraje, and study on new segment that was included in the original feasibility study.

Prominent access points along the Old Spanish National Historic trail will be signed to enhance user experience and safety.

Work with trail administrators, recreation staff, volunteers, and trail organizers to plan for, develop, maintain, and manage high potential segments, sites, and segments under study for the Old Spanish National Historic Trail.

Federally recognized tribes, appropriate Federal, state, and local agencies, and trail administrators will be consulted regarding planning and development activities for the Old Spanish National Historic Trail.

The direction below is specific to the Rio Grande National Forest. Higher level direction for management of congressionally designated trails comes from Forest Service manuals and handbooks, specifically 2300

90

Rvsd Plan - 00004450

as well as comprehensive management plans for the associated trails. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the National Trails System Act and the National Historic Preservation Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

## Desired Conditions

**DC-CDT-1:** Viewsheds from the Continental Divide National Scenic Trail have high scenic values. The foreground of the trail is naturally appearing. (Forestwide)

**DC-CDT-2:** The Continental Divide National Scenic Trail is a well-defined trail that provides for high-quality primitive hiking and horseback riding opportunities, and other compatible nonmotorized trail activities, in a highly scenic setting along the Continental Divide. The significant scenic, natural, historic, and cultural resources along the trail corridor are conserved. Where possible, the trail provides visitors with expansive views of the natural landscapes along the Continental Divide. (Forestwide)

**DC-CDT-3:** The Continental Divide National Scenic Trail can be accessed from multiple locations, allowing visitors to select the type of terrain, scenery, and trail length (e.g., ranging from long distance to day use) that best accommodates their desired outdoor recreation experience(s). Wild and remote backcountry segments provide opportunities for solitude, immersion in natural landscapes, and primitive outdoor recreation. Easily accessible trail segments complement local community interests and needs and help contribute to a sense of place. (Forestwide)

**DC-CDT-4:** The Continental Divide National Scenic Trail is well maintained, signed, and passable. Alternative routes are made available in the case of temporary closures resulting from natural events, such as fire or flood, or land management activities. (Forestwide)

**DC-CDT-5:** The landscape of the North Branch of the Old Spanish National Historic Trail is managed to maintain its nature and purpose while providing educational opportunities, promoting stewardship, providing opportunities for heritage tourism, and protecting traditional cultural properties. (Forestwide)

## Objectives

**OBJ-CDT-1:** Restore or relocate one segment of the Continental Divide National Scenic Trail to improve scenic viewing opportunities and/or to provide for a nonmotorized experience over the next 15 years. (Forestwide)

## Standards

**S-CDT-1:** Do not authorize development of oil and gas infrastructure, geothermal energy development, or other leasable mineral activity within the Continental Divide National Scenic and the Old Spanish National Historic Trail corridor. (Forestwide)

**S-CDT-2:** Do not authorize common variety mineral extraction (e.g., limestone, gravel, pumice, etc.) to occur within the congressionally designated trail corridor. (Forestwide)

## Guidelines

**G-CDT-1:** Forest health projects that result in short-term impacts the scenic integrity of the Continental Divide National Scenic Trail should apply mitigation measures, including but not limited to screening. (Forestwide)

91

**G-CDT-2:** To provide for a naturally appearing setting while avoiding impacts from motorized use, new temporary or permanent roads, or motorized trails, should not be constructed across or adjacent to the Continental Divide National Scenic Trail, unless needed for resource protection, private land access, or protection of public health and safety. (Forestwide)

**G-CDT-3:** To protect the values for which trails were established, manage unplanned ignitions in the foreground (up to one-half mile) using minimum impact suppression tactics, or other appropriate tactics. Allow heavy equipment line construction within the trail corridor only when necessary for protection of life and property. (Forestwide)

### Suitability

**SUIT-CDT-1:** The Continental Divide National Scenic Trail and corridor is not suitable for oil and gas or geothermal energy development or other leasable mineral activity.

**SUIT-CDT-2:** The Continental Divide National Scenic Trail and corridor is not suitable for common variety mineral extraction, including but not limited to limestone, gravel, and pumice.

## Cultural Resources (CRT)

### Management Approaches

The Forest contains cultural resources that demonstrate human occupation and use for at least the last 12,000 years. American Indian, Hispanic, and Euro-American communities continue to use the Forest for economic, social, recreational, and religious purposes. These include long-term, rural, land-based communities that use the Forest for subsistence purposes. An understanding of cultural resources and historic uses is important to understanding shared heritage and the social, economic, and ecological sustainability of the planning area, the State of Colorado, the Rocky Mountain region, and the Nation as a whole.

Currently, about 2,099 cultural resources have been documented, including prehistoric and historic remains. About 18 percent of the Forest has been inventoried for cultural resources to some degree. Resources within the Forest represent the processes and events important to the identity and history of both tribal groups and long-term land-based communities. Cultural resources can contain a wealth of information for potential scientific research regarding social and ecological conditions and changes through time, including human successes and failures in coping with these transformations over the past 12,000 years. This information is valuable to managers making decisions regarding contemporary and future ecological management as well as educating the public about the complex ecological sustainability of the Forest.

The Forest intends to protect sites from activities including, but not limited to, vegetation treatment, prescribed fire, and thinning. "Islanding" of sites can occur from simply avoiding areas to reduce impacts from erosion, severe fire effects, and livestock grazing.

Partnerships are developed and maintained to assist in meeting targets, maintaining facilities and infrastructure, completing monitoring, developing resource specific plans, mapping habitat and use, and more. Partnerships are encouraged with traditional communities surrounding communities and governments, nonprofit groups, volunteers, professional organization, schools and any other interested individuals and groups.

Areas acknowledged as traditional cultural properties, cultural landscapes, and other culturally significant areas identified by local communities provide tangible links to historically rooted beliefs, customs, and

92

Rvsd Plan - 00004452

practices. These resources are protected through consultation, traditional cultural practitioners, consulting parties, and project design.

In compliance with Section 110 of the National Historic Preservation Act, the Forest intends to complete non-project inventory annually. The following prioritization will be applied:

- Areas where eligible cultural resources are threatened or ongoing impacts are unknown and need to be assessed.
- Areas indicated to have high cultural value or high density of cultural resources.
- Areas of importance to traditional communities.
- Areas where additional survey will contribute to a greater regional understanding of a specific management unit or special interest area.

Collaborative partnerships and volunteer efforts will continue to be maintained and developed to assist the Agency in researching and managing cultural resources. Focus developing partnerships on traditional communities, nonprofits, volunteers, professional organizations, and schools.

The Forest intends to develop management and preservation plans for administrative facilities and infrastructure that are significant cultural resources with special significance, or are sites that receive frequent visitor use.

Areas that are acknowledged as traditional cultural properties or cultural landscapes, and other culturally significant areas identified by local communities, provide tangible links to historically rooted beliefs, customs, and practices. These resources are protected through consultation, traditional cultural practices, consulting parties, and project design.

Heritage resources are integrated into all resource management decisions and align with the affirmative management, including protection, of significant cultural resources.

A database of fire-sensitive sites, structures, and other resources will be developed to facilitate resource protection during fire management.

Opportunities will be provided for responsible officials and employees in the Agency to receive training to gain a broader understanding of the unique legal relationship between the Federal Government and Indian tribes, and to leave about American Indian law, customs, traditions, and values.

Populations of *Ligusticum porteri* will be mapped (see also *Vegetation Management* section). When identifying and mapping *Ligusticum porteri,* consider setting aside collection areas for traditional use. Use of these areas should be rotated over time. Consultation will assist in identifying other plants that are important to tribes.

The Forest intends to work with tribes to understand community needs and build respectful, collaborative relationships to achieve mutually desired conditions.

Operation and maintenance plans for special use permits or recreation residences include stipulations for maintenance of the historic characteristics for sites that are eligible for inclusion on the National Register of Historic Places.

The direction below is specific to the Rio Grande National Forest. Higher level direction for cultural resources comes from Forest Service manuals and handbooks, specifically 2360. Based on Federal direction, the Heritage Program Managed to Standard allows line officers to assess program health and direct attention to activities that fall short of the minimum stewardship level. The indicators of the

93

Heritage Program Managed to Standard correspond to key elements of Forest Service Manual 2360. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Antiquities Act, Historic and Archaeological Data Preservation Act, Historical Sites Act, and Volunteers in the National Forests Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-CRT-1:** Interpretation and management of cultural resources connects the public to the past, to the land and its history. The Forest strives to identify, preserve, and protect cultural resources that have scientific, cultural, or social values, including areas acknowledged as traditional cultural properties and historic Agency administrative buildings. Cultural and natural resources and historic uses that help sustain cultural communities and contribute to social and economic sustainability are preserved and maintained. Long-standing, land-based rural communities that have depended on the Forest are recognized and valued. Cultural resources are protected from natural forces, excessive visitor use, vandalism, and other impacts.

### Standards

**S-CRT-1:** Include provisions in applicable contracts, agreements, and special use permits for National Register-listed or eligible properties to protect cultural resources. (Forestwide)

### Guidelines

**G-CRT-1:** Preserve cultural artifacts in place, or curate when necessary. (Forestwide)

## Infrastructure (INFR)

### Management Approaches

Access is necessary for lands to provide a variety of uses and experiences. Structures are also necessary for the operation and management of the Forest as well as for public safety. The developed infrastructure within the Forest includes roads, trails, utility corridors, dams, and buildings for administrative, recreational, or special use purposes. An existing road system provides access to the recreating public as well as purchasers of forest products, contractors, and researchers, among others. Utility corridors and dams provide flood control, power, and telecommunications access, as well as public safety. Maintained facilities include rental cabins, historic sites, and administrative sites.

The Forest transportation system is managed to reduce resource damage.

Facilities acquired through land donation, exchange, or purchase are not retained unless they serve a definitive purpose and funding is available for maintenance, or they are historically significant.

The Forest intends to manage all facilities in compliance with the facilities master plan.

Closed or restricted use roads are available for administrative purposes upon approval by the responsible official.

Designated travelways, as displayed on the Forest motor vehicle use map, and newly constructed travelways are open to motorized vehicle use unless a document decision shows that:

- Motorized use conflicts with forest plan objectives,
- Motorized use is incompatible with the recreation opportunity spectrum class,

94

- Travelways are not designated routes,
- Motorized use creates user conflicts that result in unsafe conditions unrelated to weather conditions,
- Physical characteristics of the travelways are hazardous for motorized use,
- Travelways do not serve an existing or identified public needs, or
- Financing is not available for maintenance necessary to protect resources.

Motorized use is restricted on all areas not identified for motorized use on the Forest motor vehicle use map. Forest orders may also be used to close areas for various reasons. Over-the-snow motorized vehicle use is allowed unless specifically restricted.

The Forest intends to consider the impact of potential alterations in timing, magnitude, and duration of peak flows on infrastructure design and construction.

Manage road use with seasonal closures if:

- Use is causing unacceptable damage to soil and water resources due to weather or seasonal conditions,
- Use is causing unacceptable wildlife conflicts or habitat degradation,
- Use is resulting in unsafe conditions due to weather conditions,
- The road(s) serve a seasonal public or administrative need, or
- The area accessed has a seasonal need for protection.

New trails are developed to expand recreation opportunities, ensure user safety, and disperse existing use. Trail construction is consistent with other resource objectives.

The travel management process is considered during project-level design and analysis to move toward a sustainable Forest road system.

The direction below is specific to the Rio Grande National Forest. Higher level direction for Forest infrastructure comes from Forest Service manuals and handbooks, specifically 7100, 7300, 7500, and 7700. The Built Environmental Image Guide also provides input into designing Forest Service infrastructure that is consistent with the natural environment. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Forest Highways Act, National Forest Roads and Trails Act, and Forest Development Transportation System regulations. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### Desired Conditions

**DC-INFR-1:** The transportation system is commensurate with resource management needs, public safety, emergency access, and public access to use and enjoy the Forest. Road closures occur for resource management activities that protect, maintain, and enhance habitat, soil, and water objectives, among other values. (Forestwide)

### Guidelines

**G-INFR-1:** To blend with natural surroundings, wherever feasible and practicable, construct or restore structures to blend with the natural surroundings. (Forestwide)

Rvsd Plan - 00004455

# Fire Management (FIRE)

## *Management Approaches*

The fire management section provides guidance on the management of both unplanned and prescribed wildland fires, as well as fuels treatment activities to meet various desired conditions and resource objectives. This guidance carries forward into the Forest spatial fire management plan that resides within the Wildland Fire Decision Support System. This provides the strategic objectives and management requirements for managing unplanned wildland fires.

Wildland fire management is balanced between fire suppression and use of wildfire, including both prescribed and natural ignitions, to regulate fuels and move or maintain forest ecosystems toward their desired conditions. Wildland fire management assists in achieving ecosystem sustainability including the interrelated ecological, economic, and social components.

The Forest intends to manage unplanned natural ignitions to accomplish resource objectives while maintaining the ability of the site to sustain ecosystems.

The use of appropriate and authorized tools, including but not limited to grazing, mechanical treatments, prescribed fire, or naturally occurring unplanned wildfires, to meet ecosystem needs and reduce vegetation build-up is intended to lower the risk to communities and other values from damage or loss from wildfire.

Prescribed fire is an appropriate tool to dispose of slash, return inorganic and organic chemicals to foliage and small woody debris to soils, reduce hazardous fuel loadings, and create seedbeds for natural regeneration where feasible.

Unplanned ignitions are managed for multiple objectives, including resource benefit, in fir-adapted ecosystems when conditions are favorable to achieve desired resource benefits and protect values at risk.

Suppression actions are taken to mitigate threats from unplanned ignitions to public safety, communities, and unique resource values while allowing wildfire to play a natural role in fire-dependent ecosystems.

The Forest intends to implement fire management activities to reduce impacts to important or unique values where they occur.

The direction below is specific to the Rio Grande National Forest. Higher level direction for fire management comes from Forest Service manuals and handbooks, specifically 5100 and 6700. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Wildfire Suppression Assistance Act and the National Cohesive Wildland Fire Management Strategy. All higher level direction that is applicable but not repeated here is contained in Appendix I.

## *Fire Management Zones*

Two strategic fire management zones are being implemented Forestwide. The zones closely correspond to management area boundaries, though some specific direction may be needed depending on the site-specific conditions. Assessing strategic fire management zones supports decision-making prior to ignition by pre-assessing areas for wildland fire, both prescribed fire and wildfire, risks and benefits. Fire management zones include:

- Wildland fire management zone: resource restoration (WFMZ-R) and
- Wildland fire management zone: resource protection and benefit (WFMZ-PB).

Rvsd Plan - 00004456

**Wildland Fire Management Zone: Resource Restoration (WFMZ-R)**

This zone applies to Wilderness, Recommended Wilderness, and Roadless Management Areas (MA 1, MA 1.1, and MA 3). These areas represent a lower risk to resource values from wildfire. Conditions allow natural resources to benefit from wildland fire. Management of wildfire to meet resource objectives in this zone is the least constrained. Ecological restoration is accomplished by managing wildland fire under a wide range of weather, fuel moistures, and other environmental conditions that allow fire to play a natural role in the ecosystem. The use of prescribed fire to meet specific resource objectives is appropriate in this zone. All naturally occurring unplanned wildfires in these areas are managed primarily to restore and maintain the natural role of fire in the ecosystem with a minimal emphasis on suppression. However, if a natural, unplanned wildfire ignites in an area of this zone where a community or non-natural resource value is threatened, suppression action will be taken to mitigate the threat. All wildland fires can be managed for multiple objectives. All human-caused unplanned wildfires are managed using a full suppression strategy commensurate with the values at risk.

**Wildland Fire Management Zone: Resource Protection and Benefit (WFMZ-PB)**

This zone applies to all other areas of the Forest, including the General Forest and Rangeland and all Special Designation Management Areas (MAs 5, 4.1, 4.2, 4.21, 4.34, and 4.8). Current conditions may put some natural resource values at varying degrees of risk of damage from wildfire. Mechanical treatments and prescribed burning may be used to protect natural resource values before using wildfire under a wider range of weather, fuel moisture, and other environmental conditions. Wildfires that burn in this zone may benefit natural resources under certain conditions. All lightning-caused wildfire in these areas will be assessed on an individual basis for the most appropriate response based on values at risk and potential benefits to natural resources from wildfire. All human-caused unplanned wildfires are managed using a full suppression strategy commensurate with the values at risk.

### Desired Conditions

**DC-FIRE-1:** Wildland fire and fuels reduction treatments are used to create vegetation conditions that reduce threats to real property and infrastructure from wildfire. Fuel loads on lands adjacent to developed areas and communities are reduced. Lands adjacent to private property and infrastructure have defensible space and dispersed patterns of fuel conditions that would favorably modify wildfire behavior and reduce the rate of spread in and around communities at risk. (Forestwide)

**DC-FIRE-2:** Unplanned natural ignitions play a natural role in ecosystem dynamics when and where there is no threat to human life or property. (Forestwide)

### Objectives

Refer to *Vegetation Management* section.

### Standards

**S-FIRE-1:** Human-caused ignitions will not be managed for resource benefit. (Forestwide)

**S-FIRE-2:** Fire control lines will be rehabilitated to prevent their use as trails and/or roads. (Forestwide)

# Lands (LAND)

### Management Approaches

The three primary functions of the Forest lands program are land survey and boundary management, land adjustments, and special uses, for both recreation and non-recreation. Boundary management ensures that the Forest secures and protects the rights, title, values, and interests of the American public on National

97

Forest System lands. This includes the management of boundary lines within the Forest that border state, private, and other Federal agency lands, as well as secured rights-of-way for access to the Forest.

Land adjustments consolidate and improve management efficiency through real estate transactions including sales, purchases, exchanges, conveyances, and rights-of-way within and outside the proclaimed Forest boundary. Lands can be transferred to the Forest Service through purchase, exchange, or gifting to the Agency. Regardless of the transfer method, the Forest Service can only acquire land from willing parties that meet the criteria. The types of land the Agency prefers to acquire include:

- Lands within congressionally designated areas,
- Lands with water frontage, wetlands, and associated riparian ecosystems,
- Land with habitat for endangered or threatened species,
- Lands with unique historical or heritage resources,
- Lands primarily of value for outdoor-recreation purposes and lands needed for aesthetic protection,
- Key tracts that promote effective resource management,
- Lands that consolidate ownership and reduce miles of property lines and corners to be maintained, and
- Lands that maintain or stabilize economies of local governments.

Special uses are managed in a manner that protects natural resources, public health, and safety, and are consistent with National Forest System management plans. Special uses are administered on the basis of sound resource management objectives and business principles.

Existing and designated rights-of-way in the 1996 Land and Resource Management Plan are managed to maintain them for future construction and occupancy.

Utility corridors and transmission lines are designed to be fully developed prior to authorizing new sites. New sites may be necessary to fill coverage gaps or meet public need.

Management activities in linear corridors should be consistent with the direction for the management area the corridor passes through.

Land ownership patterns support land and resource goals and objectives, reduce future management costs, respond to community needs, protect critical resource areas, increase recreation opportunities, and improve legal access.

The authorization and administration of special uses by individuals, companies, groups, and government entities protect natural resource values and public health and safety.

The direction below is specific to the Rio Grande National Forest. Higher level direction for managing National Forest land and special uses is from Forest Service manuals and handbooks, specifically 5400. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the Land Acquisition Act and Occupancy Permits Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### *Standards*

**S-LAND-1:** Bury electrical utility lines of 33 kilovolts or less, and telephone lines, unless scenic integrity objectives of the area can be met using an overhead line or burial is not technically feasible. (Forestwide)

Rvsd Plan - 00004458

**S-LAND-2:** Do not authorize conflicting uses of activities in transportation and utility corridors. (Forestwide)

## Minerals (MIN)

### Management Approaches

National Forest System lands are important storehouses of domestic minerals and energy resources. The search for and production of minerals and energy resources are authorized uses of National Forest System lands, except those lands formally withdrawn from mineral activities by acts of Congress or by executive authority. Mineral activities on National Forest System lands are facilitated in compliance with the national Mining and Mineral Policy Act and are consistent with the Agency mission.

Minerals activities are administered through a plan of operations, which includes permits as well as the reclamation and mitigation measures necessary to protect resources.

The Abandoned Mine Lands program addresses past mines that are no longer active. These can pose a hazard to the public, wildlife, and the environment. The program evaluates abandoned mines across the unit and the impacts of these. Mine closures consider and assess needs related to other resources as well, such as wildlife. The program uses partners to evaluate and complete the process.

The direction below is specific to the Rio Grande National Forest. Higher level direction for mineral resources comes from Forest Service manuals and handbooks, specifically 2800. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the Minerals Leasing Act and the Mineral Materials Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

Standard operating procedures assure protection of water quality and fish habitat. The list below addresses management of recreational dredging that occurs on the Forest.

1. Limit the use of the practice to outside of critical life-stage periods in streams that have Rio Grande cutthroat trout core conservation populations.
2. The Forest geologist (or designated authority) will review the notice of intent prior to the commencement of activities.
3. Where possible, retain existing instream and riparian vegetation and other features, including but not limited to trees, bushes, shrubs, weeds, or tall grasses along streambanks, natural, large wood debris, and large boulders.
4. Operations should not change the stream channel to direct water flow into a streambank or cause bank erosion or destruction of the natural form or the stream channel.
5. Whenever practical, prevent the release of silt, sediment, sediment-laden water, or any other deleterious substances into the watercourse.
6. Keep equipment and machinery in good operating condition, power washed, and free of leaks, excess oil, and grease.
7. Locate the point of discharge to the creek immediately downstream of the worksite to minimize disturbance to downstream populations and habitats.

### Guidelines

**G-MIN-1:** Mining activities can be acknowledged when the activity does not cause substantial surface disturbance or unacceptable impacts to water quality or fish habitat. Aspects of operation will be

Rvsd Plan - 00004459

contained in the notice of intent. A plan of operations will be required for any activities above the scope of a notice of intent. (Forestwide)

# Recreation Management (REC)

## *Management Approaches*

Direction below applies to the recreation management program. The natural environment of the Forest offers settings for a wide range of high-quality recreation opportunities, including motorized and nonmotorized opportunities. The Forest provides a variety of summer and winter recreation opportunities that allow visitors to escape from urban environments and enjoy a range of experiences in a variety of rural to primitive settings. Outdoor recreation opportunities include hiking, biking, fishing, hunting, wildlife viewing, driving for pleasure, and the pursuit of spiritual values provided by the natural environment.

Relationships with partners, cooperators, and permittees are vital to the success of the recreation program, as are building, sustaining, and leveraging strategic relationships to sustain high-quality recreation settings and opportunities.

Recreation development and travel routes are consistent with the recreation opportunity spectrum class designations.

Strategically invest available resources (e.g., time, budget, expertise) to support long-term recreation program goals. Developed recreation assets ae aligned with projected facility budgets, partnership capabilities, and other re-investment strategies.

The Forest intends to encourage cooperators to be involved in stewardship activities and framework design.

Leverage recreation special use permits to accomplish recreation program goals and serve the public.

Readily available off-site and on-site information about Forest recreation opportunities is available at fee campgrounds.

When campground occupancy is less than 20 percent for at least one season, determine whether to close the campground, convert it to a dispersed site, or take other action.

Coordinate trail development with systems developed by municipalities, counties, states, other agencies, and partners to promote integration and connectivity. Consider loop trails where feasible, particularly at low elevations.

The Forest intends to consider using concessionaire operations when fees are charged at developed sites.

When use exceeds the capacity of an area for a recreation opportunity spectrum class, employ the following actions to address the impacts or effects on the recreation setting: Provide information to the public and restore the site, regulate use at the site, restrict the number of users, and finally close the site.

The direction below is specific to the Rio Grande National Forest. Higher level direction for management of recreation resources comes from Forest Service manuals and handbooks, specifically 2300. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition the direction below tiers up to higher level direction including but not limited to the National Trails System Act and The Wilderness Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

100

Rvsd Plan - 00004460

### *Desired Conditions*

**DC-REC-1:** A variety of enduring recreation opportunities are available across a variety of settings that foster high-quality, year-round developed and dispersed experiences. Development of facilities and travel routes is consistent with the recreation opportunity spectrum class designations. Recreation facilities and programs incorporate universal design concepts and meet current Federal accessibility guidelines unless doing so fundamentally alters the setting or character of the program. (Forestwide)

**DC-REC-2:** Sites and facilities are designed to be long-lasting, require low maintenance, and incorporate "green" operations. The sites and facilities should also complement the natural setting. (Forestwide)

### *Objectives*

**OBJ-REC-1:** Develop three trail connections between strategic community areas and National Forest System trails within 15 years. (Forestwide)

### *Standards*

**S-REC-1:** Manage, rehabilitate, or close dispersed recreational use areas when:

- Use area condition reaches Frissell-Cole Class 4 or 5 (compromised natural environment), or
- User conflicts substantially disrupt user experience and/or safety and closure is the only alternative (compromised human environment)

**S-REC-2:** Do not allow campsites to be established for more than 14 consecutive days in any 30 day period. (Forestwide)

### *Guidelines*

**G-REC-1:** To reduce user conflicts and resource damage, activities and project should not be authorized if they exceed the developed, appropriate threshold for the recreation opportunity spectrum objectives shown Table 9.

**Figure. Recreation opportunity spectrum capacity levels**

[Capacity range is defined as follows: **Very Low** and **Low** apply to rock, mountain grass, and clearcuts 1 to 20 years old. **Moderate** applies to mountain grass, mature and pole-sized ponderosa pine, mature aspen, and shelterwood cuts 90 to 120 years old. Selection cut 1 to 20 years old and clearcuts 80 to 120 years old. **High** applies to mature and pole-sized spruce, pole-sized aspen, and clearcuts 20 to 80 years old; **ROS**, recreation opportunity spectrum; **PAOT**, persons at one time; **M acres**, 1,000 acres.]

| ROS Class/Capacity Range | Very Low | Low | Moderate | High |
|---|---|---|---|---|
| *Primitive* | | | | |
| Trail (PAOT/mile) | 0.5 | 1 | 2 | 3 |
| Area-wide (PAOT/M acres) | 1 | 2 | 7 | 25 |
| *Semiprimitive Nonmotorized* | | | | |
| Trail (PAOT/mile) | 2 | 3 | 9 | 11 |
| Area-wide (PAOT/M acres) | 4 | 8 | 50 | 80 |
| *Semiprimitive Motorized* | | | | |
| Trail (PAOT/mile) | 2 | 3 | 9 | 11 |
| Area-wide (PAOT/M acres) | 4 | 8 | 10 | 40 |
| *Roaded Natural* | | | | |
| Trail (PAOT/mile) | 2 | 3 | 9 | 11 |

101

Rvsd Plan - 00004461

| ROS Class/Capacity Range | Very Low | Low | Moderate | High |
|---|---|---|---|---|
| Area-wide (PAOT/M acres) | 40 | 80 | 1,200 | 2,500 |
| **Rural** | | | | |
| Trail (PAOT/mile) | 2 | 3 | 9 | 11 |
| Area-wide (PAOT/M acres) | 500 | 800 | 5,000 | 7,500 |

## Scenery (SCNY)

### *Management Approaches*

The scenery management system provides a systematic approach for determining the relative value and importance of scenery on the Forest. Scenery management involves identifying scenic components as they relate to people, mapping these components, and assigning a value for aesthetics. Forest plan direction helps incorporate scenery as a part of ecosystems to determine trade-offs at the project level.

The Rio Grande National Forest provides a scenic backdrop and contributes to the identities of communities in and around the San Luis Valley. Managing scenic resources ensures quality sightseeing and recreation opportunities. Colorado tourism thrives on outdoor recreation and the beautiful scenery of the Rocky Mountains.

Areas with low scenic integrity are rehabilitated to gain compliance with mapped scenic integrity levels.

The Forest Service identity is retained by constructing, reinforcing, and maintaining structures and building features consistent with the principles in the Built Environment Image Guide to complement the scenic character of the natural surroundings.

Management practices are designed to produce forest composition, structure, and patterns similar to those that would have occurred under natural disturbance regimes.

The direction below is specific to the Rio Grande National Forest. Higher level direction for scenery resources comes from Forest Service manuals and handbooks, specifically 2300. Higher level direction is not repeated here but should be consulted during project-level design, preparation, and analysis. In addition, the direction below tiers up to higher level direction including but not limited to the Wilderness Act. All higher level direction that is applicable but not repeated here is contained in Appendix I.

### *Desired Conditions*

**DC-SCNY-1:** Areas of high scenic quality are provided, especially in areas seen from roads and trails, developed recreation sites, administrative sites, and towns and cities near the Forest. (Forestwide)

**DC-SCNY-2:** Vegetation treatments visually blend with existing scenic character. (Forestwide)

**DC-SCNY-3:** The transition from Forest lands to adjacent lands with similar desired conditions does not exhibit abrupt changes in scenic quality. (Forestwide)

### *Standards*

**S-SCNY-1:** Management activities are consistent with identified scenic integrity objectives. Short-term impacts, less than 5 years, inconsistent with the scenic integrity objectives may occur. Restoration activities designed to meet or exceed identified scenic integrity objectives should begin within 2 years. (Forestwide)

Rvsd Plan - 00004462

**Guidelines**

**G-SCNY-1:** Design management activities to minimize impacts to valued scenic attributes and scenic character. Line, form, color, texture, size, shape, edge effect, and patterns of natural vegetation openings compliment surrounding scenic character. (Forestwide)

# Appendix B. Management Area Specific Direction

This chapter summarizes the physical, biological, social, and economic environments of the planning area and the effects of implementing each alternative on that environment.

## Management Areas (MA)

Forest management provides direction for a mix of environments across the landscape. A forest plan divides a national forest into areas with similar management emphasis and settings in much the same way that city zoning zones municipalities to permit or prohibit certain land uses.

National Forest System lands within the Forest boundary have been divided into nine management areas, each with a different emphasis that is intended to direct management activities on that particular piece of land. Management area allocations are specific to the areas across the Forest with similar management needs and desired conditions.

Management area categories are listed in Table 10.

**Figure. Management areas**

| Management Area Number | Management Area Emphasis |
|---|---|
| 1 | Designated Wilderness |
| 1.1a | Recommended Wilderness |
| 3 | Roadless Areas |
| 4.1 | Special Designation: Special Interest Areas |
| 4.2 | Special Designation: Research Natural Areas |
| 4.21 | Special Designation: Scenic Byways and Railroads |
| 4.34 | Special Designation: Eligible and Suitable Wild, Scenic, and Recreational Rivers |
| 4.8 | Special Designation: Ski-based Resorts |
| 5 | General Forest and Rangeland |

### Overlapping Management Area Direction

Overlapping management direction occurs when a special feature occurs within another management area, for example, when a research natural area occurs within a wilderness boundary. The direction related to wilderness is the most restrictive and is established by Congress. A research natural area that occurs within a wilderness area boundary is bound by all of the laws, regulations, policies, and forest plan

103

direction that applies to wilderness as well as by direction related to the management of that individual research natural area.

For Management Area 1.1 – Designated Wilderness, any management proposed in areas where other management areas overlap would be done in compliance with wilderness direction. Overlapping management areas are described below.

Approximately 11,482 acres of Management Area 4.2 – Special Designation: Research Natural Areas occur within the boundaries of designated wilderness. Research natural areas are recommended by forest supervisors in coordination with Forest Service research station directors and are designated by the Chief of the Forest Service. These areas are used as a baseline for measuring ecological changes and as control areas for evaluation and monitoring. Research natural areas that overlap with designated wilderness include three areas in the Sangre de Cristo Mountains: the Mill Creek, Deadman Creek, and North Zapata Research Natural Areas. A portion of the Mill Creek Research Natural Area overlaps with recommended wilderness as well.

An estimated 15,575 acres of designated wilderness is also managed as Management Area 4.34 – Special Designation: Eligible and Suitable Wild, Scenic, and Recreational Rivers. These areas would be managed to enhance or maintain the outstandingly remarkable features responsible for river designation while complying with wilderness practices and restrictions. Approximately 161 acres of Management Area 4.34 overlap with Management Area 1.1a – Recommended Wilderness. Additionally, an estimated 483 acres of research natural area (Management Area 4.34) overlaps with special interest area (Management Area 4.1), and wilderness (Management Area 1). Management proposed on these acres would have to be in compliance with wilderness requirements if that area is carried forward in the analysis of wild, scenic, and recreational river direction and any direction for that specific special interest area.

Approximately 7,313 acres of overlapping management area occurs with research natural areas (Management Area 4.2) and designated eligible and suitable wild, scenic, and recreational rivers (Management Area 4.34). Management activities that might occur in these areas would need to be in compliance with all management areas.

Approximately 856 acres of recommended wilderness (Management Area 1.1a) overlap with Management Area 4.34 – Special Designation: Eligible and Suitable Wild, Scenic, and Recreational Rivers and Management Area 4.1 – Special Designation: Special Interest Areas.

An estimated 2,947 acres of recommended wilderness (Management Area 1.1a) overlap with existing special interest areas (Management Area 4.1). Any activities or management proposed in this area would have to be done in compliance with wilderness practices and meet direction for that specific special interest area.

Overlapping management areas also occur in Management Area 4.2 for research natural areas. As stated previously, the most restrictive management direction would apply when working in areas with overlapping direction. When this occurs, the most restrictive level of management would be the most constraining.

Research natural areas also overlap with the acres designated as Colorado roadless areas. The 5,018 acres overlap with roadless areas in the Finger Mesa Research Natural Area on the Divide Ranger District. If management were to occur on these acres, it would have to be compliant with both the direction for the research natural area and the roadless designation. Estimated acreage of management areas is listed in Table 11.

**Figure. Estimated acreage of management areas**

| Management Area Number | Management Area Emphasis | Estimated Acres |
|---|---|---|
| 1 | Designated Wilderness | 392,138 |
| 1.1a | Recommended Wilderness | 40,052 |
| 3 | Roadless Areas | 519,798 |
| 4.1 | Designated Area: Special Interest Areas | 26,939 |
| 4.2 | Designated Area: Research Natural Areas | 23,861 |
| 4.21 | Designated Area: Scenic Byways and Railroads | 27,501 |
| 4.34 | Designated Area: Eligible and Suitable Wild, Scenic and Recreational Rivers | 35,869 |
| 4.8 | Designated Area: Ski-based Resorts | 1,632 |
| 5 | General Forest and Rangelands | 837,269 |

## Management Area 1 – Wilderness

### Desired Conditions (MA 1)

Wilderness is designated by Congress and managed in accordance with the Wilderness Act of 1964. Management in these areas protects and perpetuates natural ecological processes and conditions. Natural ecological conditions in designated wilderness are not measurably affected by human use. Management of these area protects the overall wilderness character as described in the Wilderness Act (1964). Approximately 23 percent of the Forest, 430,000 acres, is designated as wilderness. The La Garita Wilderness Area, the Sangre de Cristo Wilderness Area, the South San Juan Wilderness Area, and the Weminuche Wilderness Area all occur on the Rio Grande National Forest. All of these areas are jointly managed with each area having a lead forest identified. Each of the four areas has a specific wilderness plan that directs and guides on-the-ground management.

Natural succession, influenced by natural processes and disturbances, occurs in all vegetation types. Structure, composition, function, and spatial distribution of vegetative types are the result of natural succession. Where no natural disturbance has occurred, vegetation is mostly in late-successional stages.

Age and structure classes may vary where natural disturbance agents, such as fire or insects, have influenced the succession process. Plant species are native and indigenous to the immediate area. Populations of nonnative invasive plant species are limited, and ongoing management activities control existing populations and eradicate new species before they can become established. Forage for wildlife, permitted livestock, and packstock is available in meadows and natural openings. Forage availability may be limited due to topography and short growing seasons. Human influences on vegetation is minimal. Timber harvest is prohibited and this area is not included in the suitable timber base.

Wildlife species are buffered from human influences. No nonnative animal species are introduced. Human influence on aquatic life and riparian areas and processes is minimal in most areas. The composition, structure, and function of aquatic ecosystems are minimally disturbed by human influence. Stocking is used as a tool to enhance threatened, endangered, and candidate species and to enhance recreational opportunities. Water impoundments, ditches, and diversions may be present in designated wilderness areas.

Designated wilderness areas favor solitude; users are expected to be familiar with and use primitive skills in an environment that offers a high degree of risk and challenge. Success or failure is directly dependent on the ability, knowledge, and initiative of the visitor. Contact with other users or Forest Service

Rvsd Plan - 00004465

personnel decreases with increasing distance from the entry portals. Near the entry portals, users may have contact with larger groups. Commercial permitting for day-use activities is allowed in high-use areas. Evidence of established campsites and base camps may be present. An element of discovery is maintained. The presence of interpretive signs, markers, and posts decreases with increasing distance from the entry portals, though cairns may be present. Near the entry portals, trails are marked at intersections to indicate routes. Evidence of cultural and historic sites may be present, and these sites may be signed and interpreted near entry points. Structures or facilities may be present but only as necessary for resource protection when less obtrusive measures were not successful in the past. Human influence on physical features, such as soil and geologic materials, is minimal. Outfitter-guide recreation special uses support identified public needs and provide service to the extent necessary for realizing the recreational or wilderness purpose.

Trails are the primary mode of travel from the entry portals. Trail systems favor user safety and comfort. Bridges may be present when needed for resource protection or user safety. The presence of constructed trails decreases with increasing distance from entry portals, and travel deep within wilderness is primarily cross-country with no established trails. User-created trails may exist but are not maintained or designated on maps or trail guides. Trails support wilderness experiences and preserve wilderness characteristics.

Livestock grazing is authorized and present.

Evidence of past mining activity may be present but is rare. Designated wilderness areas are withdrawn from locatable mineral entry and are legally unavailable for oil and gas leasing.

Visibility is generally unimpaired. Smoke from wildfires may be visible. The scenic integrity ranges from very high to high, and the recreation opportunity spectrum class ranges from primitive to semiprimitive nonmotorized.

Forestwide desired conditions applicable to wilderness are also contained in Chapter 2.

## Management Specific Management Approaches (MA 1)

Existing trails are primitive and maintained to minimize resource damage. The following actions will be taken as needed:

- Reduce evidence of trails
- Eliminate duplicate routes
- Remove trails from maps where repeated travel over the same route is to be discouraged.

Restrict signs to trail intersections. Limit bridges and other reminders of management control to those needed for resource protection.

Build bridges for user safety, not for user convenience, using native materials.

Signage and other infrastructure is minimal and constructed of rustic, native, or natural-appearing materials.

Manage eligible and listed historic structures to be compatible with the wilderness setting.

Maintain campsites in Frissell-Cole Class 2 or 3.

Fish stocking emphasizes a wild fishery, where species perpetuate themselves over time and are affected primarily by the forces of nature. Some high mountain lakes may be stocked to support indigenous

106

threatened, endangered, and proposed species as well as species of conservation concern. Species of fish that are not indigenous to the area or that are exotic will not be stocked.

Rockhounding activity must not exceed 50 pounds per person per day or interfere with existing rights, and specimens may only be collected for personal, noncommercial uses.

Prohibit pets from harassing wildlife or people. Voice control or physical restraints are acceptable.

Consider the following to minimize human impacts in wilderness:

- Limit the number of private outfitter-guide camps
- Encourage the use of self-contained stoves or prohibit campfires
- Implement a permit system
- Implement party-size and pack-animal limitations
- Prohibit dogs or implement an on-leash requirement.

Where appropriate, post printed wilderness information at trailheads outside of the wilderness boundary.

Use a Minimum Requirements Decision Guide, or current tool, when considering any action that involves motorized, or mechanized use, or both in wilderness.

Restoration activities (e.g., prescribed fire, active weed management) may be used in recommended wilderness areas to protect or enhance the wilderness characteristics.

Significant historic structures can be considered as having cultural values and, when present, may be eligible for protection or restoration.

## Management Area Specific Standards (MA 1)

**S-MA 1-1:** Protect and preserve wilderness values and character in congressionally designated wilderness, as well as in areas recommended for wilderness designation.

**S-MA 1-2:** Activities authorized by special use permit within wilderness:

- Will involve minimal physical, visual, and noise disturbance
- Will not result in permanent structures
- May exceed the group size limitation when the activity:
  - Will benefit the wilderness character
  - Is necessary for public health and human safety.

**S-MA 1-3:** Group size may not exceed more than 15 people per group, with a maximum combination of people and stock not to exceed 25.

**S-MA 1-4:** Unless justified by terrain, prohibit recreational livestock within 100 feet of lakes and streams.

## Management Area Specific Guidelines (MA 1)

**G-MA 1-1:** Pristine management areas of a wilderness should not be changed to a lesser standard of naturalness in order to disperse recreation use from other parts of the wilderness.

Rvsd Plan - 00004467

## Management Area Specific Land Suitability (MA 1)

**SUIT-MA 1-1:** Designated wilderness areas are suitable for removal of salable mineral material including but not limited to sand, stone, and gravel.

**SUIT-MA 1-2:** Wilderness areas are not suitable for timber production or timber harvest.

**SUIT-MA 1-3:** Wilderness areas are not suitable for commercial use of non-timber forest products, including but not limited to firewood, posts, and boughs.

**SUIT-MA 1-3:** Grazing is an authorized activity.

## Management Area 1.1a - Recommended Wilderness

These are areas that are recommended future inclusion in the National Wilderness Preservation System. The Forest Service only recommends these lands. Decisions to designate these as wilderness is made by the U.S. Congress. Congress, and ultimately the President, must establish legislation, through a wilderness bill, to officially designate a wilderness area.

The specific areas being recommended include an estimated 40,052 acres located in the Sangre de Cristo range.

## Management Area Specific Desired Conditions

Recommended wilderness areas preserve opportunities for inclusion in the National Wilderness Preservation System. The Forest maintains and protects the ecological and social characteristics that provide the basis for wilderness recommendations.

These areas are characterized by a natural environment where ecological process such as natural succession, wildfire, avalanches, insects, and disease function with limited human interaction.

## Management Area Specific Standards

**S-MA 1.1a-1:** Commercial communication sites shall be located outside of recommended wilderness areas.

## Management Area Specific Guidelines

**G-MA 1.1a-1:** To maintain and protect wilderness characteristics, communications sites for public safety that are managed by other agencies should be located outside of recommended wilderness area unless no other alternative is available. Communications sites that need to be located in recommended wilderness should blend with the environment and be located away from system trails and developed use sites.

**G-MA 1.1a-2:** To maintain and protect wilderness characteristics, new developed recreation facilities with provisions for user comfort, such as picnic tables, fire grills, and vault toilets, should not be installed.

## Management Area Specific Land Suitability Determinations

**SUIT-MA 1.1a-1:** Recommended wilderness areas are not suitable for timber production; timber harvest is not allowed.

**SUIT-MA 1.1a-2:** Recommended wilderness areas are suitable for restoration activities where the outcomes will protect the wilderness characteristics of the area, as long as the ecological and social characteristics that provide the basis for wilderness recommendation are maintained and protected.

108

**SUIT-MA 1.1a-3:** Recommended wilderness is not suitable for road construction or reconstruction.

**SUIT-MA 1.1a-4:** Recommended wilderness areas are not suitable for removal of salable mineral materials, including but not limited to sand, gravel, and stone.

**SUIT-MA 1.1a-5:** Mechanized transport and motorized use are not suitable in recommended wilderness.

## Management Area 3 – Colorado Roadless Areas

Roadless areas emphasize protection of roadless area values and characteristics. The Colorado Roadless Rule was enacted on July 3, 2012. The Colorado Roadless Rule provided management direction to conserve 4.2 million acres of National Forest System lands statewide for roadless values, including approximately 519,798 acres in 53 areas of the Forest.

The Colorado Roadless Rule is being wholly incorporated into forest plan direction. The areas designated in the Colorado Roadless Rule are contained in Table 12.

**Figure. Roadless areas in the Forest established by the 2012 Colorado Roadless Rule**

| Roadless Area Name | Includes Upper Tier Acres | Roadless Area Name | Includes Upper Tier Acres |
|---|---|---|---|
| Alamosa River | Yes | Lake Fork | Yes |
| Antora Meadows–Bear Creek | Yes | Lower East Bellows | Yes |
| Beartown | Yes | Middle Alder | Yes |
| Beaver Mountain | Yes | Miller Creek | No |
| Bennett Mountain–Blowout–Willow Creek–Lion Point–Greenie Mountain | Yes | Pole Creek | No |
| Big Buck–Kitty–Ruby | Yes | Pole Mountain–Finger Mesa | Yes |
| Box-Road Canyon | Yes | Red Mountain | Yes |
| Bristol Head | Yes | Ruby Lake | Yes |
| Butterfly | No | Sawlog | Yes |
| Chama Basin | Yes | Sheep Mountain | Yes |
| Conejos River–Lake Fork | No | Silver Lakes–Stunner | Yes |
| Copper Mountain–Sulphur | Yes | Snowshoe Mountain | Yes |
| Cotton Creek | No | Spectacle Lake | No |
| Crestone | No | Spruce Hole–Sheep Creek | Yes |
| Cumbres | Yes | Stunner Pass–Dolores Canyon | Yes |
| Deep Creek–Boot Mountain | Yes | Sulphur Tunnel | No |
| Dorsey Creek | Yes | Summit Peak–Elwood Pass | Yes |
| Elkhorn Peak | Yes | Taylor Canyon | Yes |
| Fourmile Creek | Yes | Tewksberry | Yes |
| Fox Creek | Yes | Tobacco Lakes | Yes |
| Fox Mountain | Yes | Trout Mountain–Elk Mountain | Yes |
| Gibbs Creek | No | Ute Pass | Yes |
| Gold Creek–Cascade Creek | Yes | Wason Park | Yes |
| Hot Springs | No | Wightman Fork–Upper Burro | Yes |
| Indiana Ridge | Yes | Wightman Fork–Lookout | Yes |

109

| Roadless Area Name | Includes Upper Tier Acres | Roadless Area Name | Includes Upper Tier Acres |
|---|---|---|---|
| Kitty Creek | No | Willow Mountain | Yes |
| La Garita | Yes | | |

The intent stated in the Colorado Roadless Rule "is to protect roadless values by restricting tree cutting, sale, and removal; road construction and reconstruction; and linear construction zones within Colorado Roadless Areas, with narrowly focused exceptions." (Federal Register, vol. 77, no. 128, Tuesday July 3, 2012, pp. 39602-39612). Colorado roadless areas and upper tier acres areas are both included in Management Area 3 – Roadless. A detailed description of this management area and the accompanying direction is also contained in the 2012 Colorado Roadless Rule (36 CFR Part 294). Motorized and mechanized use can occur in these areas.

### Desired Conditions

Colorado roadless areas and upper tier acres are generally undeveloped parts of the Forest that provide a variety of settings at different elevations. They are managed to protect roadless characteristics and to maintain plant and animal habitats that are shaped primarily through natural processes. These areas provide backcountry recreational experiences to the public in areas with less evidence of human activities.

Landscapes in these areas are predominantly natural appearing and relatively undisturbed by humans. Natural processes within the context of the range of natural variability (insects, disease, and fire) are generally allowed to occur with minimal human intervention.

Limited amounts of vegetation manipulation may occur in upper tier acres areas. Trees may be cut, sold, and removed when incidental to implementation of another authorized management activity or when needed for personal or administrative use.

The probability of experiencing solitude in these areas is high. Frequent opportunities for challenge and risk require a degree of self-reliance. Facilities are minimal and exist primarily for site protection. Recreational improvements, such as signs, may be present. Trailheads offer information and directional signage.

Trails provide a wide range of challenging recreational opportunities including horseback riding, mountain bike riding, and motorized travel on designated routes. Cross country (off trail) motorized travel is limited to over-the-snow use unless otherwise prohibited. Hunting and fishing opportunities are available for those seeking a more remote experience.

The number of miles of motorized and nonmotorized travel will not substantially change over the planning period. Activities meet the assigned recreation opportunity spectrum class and scenic integrity objectives.

### Management Area Specific Standards

**S-MA3-1:** The Colorado Roadless Rule direction at 36 CFR 294 Subpart D will be adhered to.

### Management Area Land Suitability

**SUIT-MA3-1:** Mechanized and motorized use is authorized on roads and designated trails.

**SUIT-MA3-2:** Cross country over-the-snow use is authorized.

Rvsd Plan - 00004470

**SUIT-MA3-3:** This area is not part of the suitable timber base.

**SUIT-MA3-4:** Incidental timber harvest may occur when associated with another authorized management activity. Personal or administrative use is permitted.

## Management Area 4

Management Area 4 emphasizes recreation and scenery. The five divisions represent areas that are designated for specific reasons that can include research; unique special areas; scenery; wild, scenic, and recreational rivers; and ski resorts.

Features in these areas are often interpreted to increase the public's knowledge of the areas and the features found there as well as to connect people with the land and the natural environment.

Some areas are included in the suitable timber base and are available for commercial timber harvest.

## Management Area 4.1 – Special Designation – Special Interest Areas

### Desired Conditions

Special interest areas favor the protection or enhancement of unique characteristics that occur across the Forest. Special interest areas typically contain unique botanical, geologic, historical, scenic, or cultural areas and values. Education and interpretation of the characteristics for which the area was designated are encouraged and are accomplished in conjunction with partners, private citizens, tribes, and other agencies.

### Management Area Specific Management Approaches

Facilities are designed to meet management objectives.

Vegetation treatment may be used to maintain or enhance special or unique values of the area.

Special use permits are appropriate for scientific or educational activities that are compatible with the values for which the area was created.

Management plans are prepared to explain and protect the values for which the area was created.

### Management Area Specific Guidelines

**G-MA4.1-1:** Activities should meet the assigned recreation opportunity spectrum class and scenic integrity objectives.

### Management Area Specific Land Suitability

**SUIT-MA4.1-1:** Grazing is an appropriate and authorized use unless it is in conflict with the values for which that area was created.

**SUIT-MA4.1-2:** These areas may be suitable for timber harvest.

## Management Area 4.2 – Special Designation – Research Natural Areas

### Desired Conditions

Research natural areas preserve representative areas with important forest, shrubland, grassland, alpine, aquatic, geologic, or other natural environments. They may have special or unique characteristics, or scientific importance. The management emphasis of these areas focuses on protecting or enhancing unique or exemplary ecosystems designated for non-manipulative research, monitoring, and education.

111

Rvsd Plan - 00004471

Research natural areas contribute to the preservation and maintenance of key elements of biological diversity at the genetic, species, population, community, and landscape levels. These areas are intended as baseline areas for measuring ecological changes, and as control areas for evaluation and monitoring.

### Management Area Specific Management Approaches

Low-impact uses such as camping, fishing, horseback riding, and hunting can occur unless otherwise restricted. Increases in recreation use that would threaten or interfere with the objectives or purposes for which the research natural area was established should be restricted.

Trails created prior to establishing the area can continue to be used for recreation and scientific research or educational access, unless values for establishment of the area are threatened. No new trail construction should occur unless needed to correct resource damage from existing trails.

Outbreaks of native insects and diseases should proceed without intervention, unless they are a substantial threat to important resources outside of the research natural areas. Use control methods for insect and disease outbreaks that minimize disturbance.

Habitat manipulation for the protection of threatened, endangered, and proposed species, or where it is necessary to perpetuate or restore natural conditions, may occur.

Special uses that do not conflict with the values for which the research natural area was established may continue. Proposals for non-manipulative research should be approved by the station director and the district ranger before implementation.

Comprehensive management plans should be developed in coordination with Forest Service Research.

Where feasible, undesirable nonnative plant and animal species should be managed.

### Management Area Specific Standards

**S-MA4.2-1:** Prohibit motorized and mechanized use, except when necessary for research or educational access.

### Management Area Specific Guidelines

**G-MA4.2-1:** Activities should meet the assigned recreation opportunity spectrum class and scenic integrity objectives.

### Management Area Specific Land Suitability

**SUIT-MA4.2-1:** Livestock grazing is present when it is not in direct conflict with the resource values that prompted establishment of the area.

**SUIT-MA4.2-2:** Commercial timber harvest is prohibited.

## Management Area 4.21 – Special Designation – Scenic Byways and Scenic Railroads

### Desired Conditions

These areas are managed to protect or preserve the scenic and recreation values and uses in designated scenic byways and scenic railroad corridors while concurrently managing the multiple-use values of the landscape. This management prescription applies to the Silver Thread and Los Caminos Antiguos Scenic Byways, and the Cumbres and Toltec Scenic Railroad and National Historic Landmark.

Rvsd Plan - 00004472

Multiple-use management activities such as commercial timber harvest, wildlife management, recreation activities, and mineral extraction are present but not dominant on the landscape. Features may be interpreted for the public. Facilities may be developed to enhance opportunities for viewing scenery and wildlife. Activities and interactions are managed to maintain the scenic beauty for which the area is designated.

Opportunities for solitude are limited. Visitors can expect frequent contact with other visitors. Roads, recreation facilities, range improvements, and other developments are evident but are managed to be in harmony with the natural environment. Recreation facilities could include scenic overlooks, interpretive signs, and rest areas as appropriate. Developed campgrounds are situated off the main travelway. Trailheads are easily accessible, but also are situated off the main travelway.

Road systems are well signed and roads are generally passable by a passenger car. This area has access for motorized recreation activities off of the main travelways. Nonmotorized activities such as biking and horseback riding are focused on the available trails and roads.

Activities meet the assigned recreation opportunity spectrum classes and scenic integrity objectives.

### *Management Area Specific Management Approaches*

Vegetation management maintains or enhances viewing opportunities.

### *Management Area Specific Management Approaches*

**SUIT-MA4.21-1:** This is part of the suitable timber base.

**SUIT-MA4.21-2:** Grazing is an authorized use unless otherwise restricted.

## Management Area 4.34 – Special Designation – Eligible and Suitable Wild, Scenic, and Recreational Rivers

### *Desired Conditions*

Congress created the National Wild and Scenic Rivers System in 1968 (Public Law 90-542) to preserve selected rivers that have outstanding natural, cultural, and recreational values in a free-flowing condition for the enjoyment of present and future generations. The Wild and Scenic Rivers Act seeks to protect these rivers while at the same time acknowledging the benefits and necessity of appropriate developments within the river corridor. Appendix B has a detailed description of the application of the Wild and Scenic Rivers Act to the Forest.

No river segments have been designated under the Wild and Scenic Rivers Act. The eligible and suitable river segments listed in Table 13, with the exception of Deadman Creek, were in the 1996 forest plan. The outstandingly remarkable values identified in the 1996 forest plan remain applicable today. Segments of Medano and Little Medano Creeks have been removed from the inventory of eligible streams because they are now administered by the National Park Service (Great Sand Dunes National Park and Preserve Act of 2000).

Management areas for eligible and suitable wild, scenic, and recreational river segments extend a minimum of one-quarter mile on either side of the mean high water mark, but may be larger to protect identified outstandingly remarkable values.

Activities meet the assigned recreation opportunity spectrum class and scenic integrity objectives.

Rvsd Plan - 00004473

Forest Service Handbook 1909.12, 2015-1, Chapter 80 prescribed the following desired conditions for all eligible or suitable river segments:

- The outstandingly remarkable values that were identified for each eligible or suitable river segment are preserved or enhanced until the river segment is designated or released from consideration.
- The current free-flowing nature of all eligible or suitable river segments is preserved or enhanced until the river segment is designated or released from consideration.
- The water quality of all eligible or suitable river segments is preserved or enhanced until the river segment is designated or released from consideration.
- On all eligible or suitable river segments, the conditions that lead to classification as wild, scenic, or recreational are preserved or enhanced such that no segments are changed from wild to scenic or recreational, or from scenic to recreational.

**Figure. Eligible and suitable river segments for inclusion in the National Wild and Scenic Rivers System**

| Stream or River Name | Length (miles)[1] | Acres | Status | Outstandingly Remarkable Values | Classification |
|---|---|---|---|---|---|
| Archuleta Creek | 5.69 | 1,889 | Eligible | Scenic, Recreational | Scenic |
| Deadman Creek | 3.26 | 1,087 | Eligible | Scenic, Recreational, Historic, Biological | Scenic |
| East Fork Rio Chama | 3.18 | 1,078 | Eligible | Scenic, Recreational | Scenic |
| Hansen Creek | 6.72 | 2,067 | Eligible | Scenic, Recreational | Wild |
| Lower Rio de los Pinos | 4.50 | 1,364 | Eligible | Scenic, Recreational, Historic | Scenic |
| Lower Rio Grande | 4.42 | 1,081 | Eligible | Scenic, Recreational, Historic | Recreational |
| Rio Grande (Box Canyon) | 8.73 | 2,720 | Eligible | Scenic, Recreational, Historic | Scenic |
| Saguache Creek | 8.40 | 2,478 | Eligible | Scenic, Historic, Cultural | Wild |
| Toltec Creek | 2.88 | 525 | Eligible | Scenic, Recreational, Historic | Wild |
| West Bellows Creek | 6.31 | 2,065 | Eligible | Scenic, Recreational, Geologic | Scenic |
| West Fork Rio Chama | 4.81 | 1,239 | Eligible | Scenic, Recreational | Scenic |
| *South Fork Rio Grande* | | | | | |
| South Fork Rio Grande (above Big Meadows Reservoir) | 5.19 | 1,633 | Eligible | Scenic, Recreational, Historic | Scenic |
| South Fork Rio Grande (below Big Meadows Reservoir) | 11.98 | 3,016 | Eligible | Scenic, Recreational, Historic | Recreational |
| **South Fork Rio Grande Total** | **17.17** | **4,649** | NA | NA | NA |
| *Conejos River* | | | | | |
| El Rito Azul | 3.80 | 1,168 | Suitable | Scenic, Recreational, Wildlife | Wild |
| North Fork Conejos River | 3.93 | 1,208 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Middle Fork Conejos River | 4.59 | 1,411 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Conejos River (Three Forks to Platoro Reservoir) | 3.33 | 1,023 | Suitable | Scenic, Recreational, Wildlife | Wild |
| South Fork of the Conejos River | 12.76 | 3,985 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Conejos River below Platoro Reservoir | 12.54 | 3,539 | Suitable | Scenic, Recreational, Wildlife | Recreational |
| **Conejos River Total** | **40.95** | **12,334** | NA | NA | NA |
| **Wild Rivers Subtotal** | **46.41** | **13,865** | NA | NA | NA |

Rvsd Plan - 00004474

| Stream or River Name | Length (miles)[1] | Acres | Status | Outstandingly Remarkable Values | Classification |
|---|---|---|---|---|---|
| Scenic Rivers Subtotal | 41.67 | 13,075 | NA | NA | NA |
| Recreational River Subtotal | 28.94 | 7,636 | NA | NA | NA |
| Rio Grande National Forest Total | 117.02 | 34,576 | NA | NA | NA |

[1] Length, in miles, of the reaches has been updated from the 1996 forest plan to reflect the best available information; changes do not reflect alterations to the eligible or suitable river segments.

### Management Area Specific Management Approaches

A suitability analysis should be initiated when a proposed action threatens the free flowing nature, outstandingly remarkable values, water quality, or scenic classification of an eligible or suitable river segment.

The Forest intends to engage the local community on the status of eligible or suitable wild, scenic, and recreational river segments and include information on currently decreed federal reserved water rights in Colorado Water Division 3 (81CW183).

### Management Area Specific Standards

**S-MA4.34-1:** Management actions preserve the classification, outstandingly remarkable values, and water quality of eligible and suitable river segments.

**S-MA4.34-2:** Consistent with existing water rights decrees in Colorado Water Division 3 (81CW183), the free-flowing nature of eligible and suitable river segments shall be preserved.

**S-MA4.34-3:** For eligible and suitable river segments, the width of the management area may vary to protect outstanding values, but will extend at least one-quarter mile on either side of the river segment.

### Management Area Specific Guidelines

**G-MA4.34-1:** Management actions within the river corridors of eligible and suitable river segments shall be consistent with management direction contained in FSH 1909.12, Chapter 80, Section 84, or current direction.

**G-MA4.34-2:** For eligible or suitable wild river segments:

- The recreation opportunity spectrum class is primitive
- The scenic integrity objective is very high.

**G-MA4.34-3:** For eligible or suitable scenic river segments:

- The recreation opportunity spectrum class is semiprimitive motorized
- Activities will meet the adopted scenic integrity objective.

**G-MA4.34-4:** For eligible or suitable recreational river segments:

- The recreation opportunity spectrum class is semiprimitive motorized
- Activities will meet the adopted scenic integrity objective.

### Management Area Specific Land Suitability

**SUIT-MA4.34-1:** This is not part of the suitable timber base.

Rvsd Plan - 00004475

## Management Area 4.8 – Ski-based Resorts

### Desired Conditions

These areas are managed for their existing or potential use as ski-based resort sites. Wolf Creek Ski Area is the only resort permitted on the Forest. This is an area of concentrated use where visitors can expect a high degree of interaction and many facilities associated with the ski resort industry.

Protection of recreation resources and public safety, including management of insects and disease, is the primary focus. Project implementation in this area maintains the possibility of winter sports recreation. Resource management activities are designed and implemented to maintain or enhance existing resources.

Development in the area will be consistent with the terms and conditions of the special use permit, including submission of a master development plan. These lands are withdrawn from locatable mineral entry.

Facilities are designed and constructed to blend with the natural area. Line and form, indicating past activities, and geometric shapes associated with ski-trail and lift development should be "softened" as opportunities becomes available.

Activities meet the assigned recreation opportunity spectrum classes and scenic integrity objectives.

### Management Area Specific Management Approaches

Vegetation management is included in resort management plans.

### Management Area Specific Land Suitability

**SUIT-MA4.8-1:** Grazing is authorized on a limited basis with the agreement and cooperation of the permit holder.

**SUIT-MA4.8-2:** This is part of the suitable timber base.

## Management Area 5 – General Forest and Rangelands

This management area combines several management areas designated in the 1996 forest plan into one large area. A variety of management activities is present, including livestock grazing, management of wildlife habitat, developed and dispersed recreation, exploration and development of minerals and energy resources, and timber harvest. Characterized by forest and grassland communities, this area is managed with a multiple-use emphasis to achieve a variety of goals.

### Desired Conditions

Management goals are met using a full range of silvicultural options. Harvest rotation periods vary depending on species, site, conditions, and management objectives. Timber management activities focus on a variety of management objectives, including but not limited to timber production, habitat management, restoration and maintenance, and management to meet stated recreation objectives, maintain vegetation cover for wildlife, and protect soil stability. All successional stages are represented. Natural landscape diversity is perpetuated including composition, structure, and function, and includes consideration within a spatial context—for example: what species, what kind of stand structure, and what kind of landscape patterns are natural, by ecosystem. Habitat of sufficient quality for wildlife dispersion exists between undeveloped areas of the Forest.

A full range of activities is present with an emphasis on the production of commercial wood products. These areas have a high potential for timber growth, and operations focus on wood production. Suitable

116

Rvsd Plan - 00004476

forested areas are maintained with commercially valuable species at ages, densities, and sizes that allow growth rates and stand conditions that are conducive to providing a sustained yield of forest products.

Landscape diversity is similar to natural conditions (composition, structure, and function) and includes consideration within a spatial context—for example: what species, what kind of stand structure, and what kind of landscape patterns are natural, by ecosystem. All succession stages are represented, including old forest. Mature stands are identified for old-forest characteristics (See Appendix A).

Rangelands are composed of grassland ecosystems that maintain and improve desired vegetation conditions for livestock, wildlife, and recreational stock. These areas are characterized by a mix of grassland and forested ecosystems that features open meadows and other grasslands, intermixed with stands of aspens and conifers.

Forested cover is interspersed with grassland areas and managed so that quality forage is readily available, depending upon site-specific conditions. Cover types on winter range areas frequently consist of lower-elevation pinyon-juniper communities, ponderosa pine, and warm-dry ecosystem types that may include Douglas fir, white fir, and aspen. Various shrub species such as mountain mahogany, sagebrush, rabbit-brush, gooseberry, and bitterbrush are interspersed with low-elevation grasses including fescues, squirrel tail, oat-grass, and needle and thread grass. Water sources provide water for both wildlife and livestock where it is a limiting factor on the landscape.

Plant communities occur in a variety of successional stages to provide biological diversity of both plant and animal species. A variety of tools and methods is applied, including but not limited to timber harvest, prescribed burning, and planting.

Watersheds, scenic resources, and wildlife habitat are restored in locations where past management actions have reduced resource effectiveness.

This area has a well-developed transportation system that provides access for recreation opportunities and management. The area has numerous open roads that offer commercial access and roaded recreation opportunities, while roads with restricted access offer nonmotorized recreation opportunities.

Access may be limited in some areas during the winter to reduce disturbance to wildlife. Vegetation management that occurs during the winter will have authorized access as needed. Access during other seasons is based on travel management objectives.

Prescribed road densities of 1 mile per square mile provide for critical wildlife needs, in areas used for winter concentration, critical winter range, calving areas, and transition habitat.

Where feasible, mutual population objectives are established with Colorado Department of Parks and Wildlife to provide maximum recreation opportunities while minimizing habitat and resource conflicts. Existing and potential partnerships strive to improve or enhance habitat and species numbers.

Recreation opportunities and human disturbance are balanced to allow game species to effectively use resources while conserving energy reserves. Disturbance from motorized and mechanized activities is limited during the primary winter use period, generally from December 1 through March 31, or as needed. Winter weather increases secure habitat by limiting access; however, seasonal road closures or area closures are also used to attain the desired conditions.

Viewing areas provide interpretation of the resources and management.

Quality habitat provided for wildlife dispersion exists between undeveloped areas of the Forest.

Rvsd Plan - 00004477

Livestock grazing is present. Grazing systems are managed to provide quality forage for use by both big game species and livestock.

Appropriate settings are offered that are suitable for a broad range of recreation opportunities. Dispersed and developed recreation areas are designated mostly along road corridors where opportunities for developed and undeveloped recreation can be managed as an integrated resource. These popular areas generally have access to water features or other natural attractions and offer a more social recreation experience with frequent visitor contacts.

Insects and disease are managed to maintain the recreation resource.

Summer homes, resorts, and organizational camps are present and managed to provide unique recreation opportunities. Developed recreation sites and facilities, such as campgrounds and picnic sites, are maintained and updated to meet customer needs. Management actions in dispersed sites maintain the natural characteristics that make the area popular.

Forest visitors to these areas can expect to experience active forest management including timber harvest, livestock grazing, established infrastructure, and improvements. In timber harvest areas, stumps, logging slash, skid trails, and soil disturbance will be evident.

Activities meet the assigned recreation opportunity spectrum classes and scenic integrity objectives.

Opportunities exist for exploration and development of mineral and energy resources.

Recreation facilities are improved on the basis of user demand. Users can expect to have a more social experience.

### *Management Area Specific Management Approaches*

Coordinate domestic livestock grazing with vegetation management activities to ensure adequate regeneration of vegetation and prevent impacts on range improvements and natural barriers.

Authorize retrieval of game using off-road vehicles from 12 p.m. to 5 p.m. daily when conditions would not provide damage to resources including soils and vegetation.

Reduce fire hazard by treating fuels consistently with other resource uses and needs.

Avoid or mitigate impacts to winter range in the operating and reclamation plan for locatable minerals. Avoid placing new roads in locations with important forage and cover.

Manage forage and cover across the landscape to sustain ungulate populations and support population objectives.

Design and manage livestock grazing strategies to provide the forage quantity and quality needed to sustain desired ungulate populations during the winter period.

Grazing is only suitable in one research natural area, specifically Hot Creek Research Natural Area. Motorized and mechanized travel is only suitable on designated routes.

Communication sites and renewable energy development are also subject to project-specific environmental review. Over-snow motorized travel is suitable in only three special interest areas, specifically the Bachelor Loop, Elephant Rocks, and Wagon Wheel Gap Experimental Station, and may be subject to timing restrictions to protect deer and elk winter range.

Rvsd Plan - 00004478

Vegetation treatments in developed recreation areas maintain or enhance recreation opportunities or contribute to visitor safety.

Consider user conflicts when scheduling vegetation manipulation projects.

Treat fuels resulting from vegetation manipulation projects commensurate with the risk of human-caused ignition.

Harden or enforce additional restrictions on high-use dispersed sites to protect sensitive natural resources.

### Management Area Specific Standards

**S-MA5-1:** Do not allow off-road travel on big game winter range areas, including over-the-snow vehicles, during the primary use seasons for big game (December 1 – March 31). Exceptions may be allowed under contract or special use authorizations.

### Management Area Specific Land Suitability

**SUIT-MA5-1:** Off-road travel is not allowed on big game winter range during big game primary use seasons. Exceptions made be made for permittees or contractual obligations.
**SUIT-MA5-2:** This is part of the suitable timber base.

**SUIT-MA5-3:** Grazing is an authorized use.

Rvsd Plan - 00004479

# Appendix C. Southern Rockies Lynx Amendment

(see attachment, will be added as PDF)

Rvsd Plan - 00004480

Rvsd Plan - 00004481



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Western Colorado Ecological Services Field Office
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
Phone: (970) 243-2778 Fax: (970) 245-6933
http://www.fws.gov/mountain-prairie/es/Colorado/
http://www.fws.gov/platteriver/



In Reply Refer To:                                                                                      March 09, 2020
Consultation Code: 06E24100-2018-SLI-0505
Event Code: 06E24100-2020-E-00488
Project Name: Rio Grande National Forest Plan Revision

Subject:  Updated list of threatened and endangered species that may occur in your proposed
          project location, and/or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as
well as proposed and final designated critical habitat, that may occur within the boundary of your
proposed project and/or may be affected by your proposed project. The species list fulfills the
requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the
Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of
species, changed habitat conditions, or other factors could change this list. Please feel free to
contact us if you need more current information or assistance regarding the potential impacts to
federally proposed, listed, and candidate species and federally designated and proposed critical
habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the
Act, the accuracy of this species list should be verified after 90 days. This verification can be
completed formally or informally as desired. The Service recommends that verification be
completed by visiting the ECOS-IPaC website at regular intervals during project planning and
implementation for updates to species lists and information. An updated list may be requested
through the ECOS-IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the
ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the
Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to
utilize their authorities to carry out programs for the conservation of threatened and endangered
species and to determine whether projects may affect threatened and endangered species and/or
designated critical habitat.

Rvsd Plan - 00004482

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2)(c)). For projects other than major construction activities, the Service suggests that a biological evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

http://www.fws.gov/endangered/esa-library/pdf/TOC-GLOS.PDF

Please be aware that bald and golden eagles are protected under the Bald and Golden Eagle Protection Act (16 U.S.C. 668 *et seq.*), and projects affecting these species may require development of an eagle conservation plan (http://www.fws.gov/windenergy/eagle_guidance.html). Additionally, wind energy projects should follow the wind energy guidelines (http://www.fws.gov/windenergy/) for minimizing impacts to migratory birds and bats.

Guidance for minimizing impacts to migratory birds for projects including communications towers (e.g., cellular, digital television, radio, and emergency broadcast) can be found at: http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/towers.htm; http://www.towerkill.com; and http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/comtow.html.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Tracking Number in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Migratory Birds
- Wetlands

# Official Species List

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Western Colorado Ecological Services Field Office**
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
(970) 243-2778

This project's location is within the jurisdiction of multiple offices. Expect additional species list documents from the following offices, and expect that the species and critical habitats in each document reflect only those that fall in the office's jurisdiction:

**Colorado Ecological Services Field Office**
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
(303) 236-4773

**New Mexico Ecological Services Field Office**
2105 Osuna Road Ne
Albuquerque, NM 87113-1001
(505) 346-2525

## Project Summary

Consultation Code:  06E24100-2018-SLI-0505

Event Code:         06E24100-2020-E-00488

Project Name:       Rio Grande National Forest Plan Revision

Project Type:       LAND - MANAGEMENT PLANS

Project Description: Final Plan revision update under the 2012 planning rule. This iteration
                     uses a shape file for the Forest to get a more accurate list of occurrences.

Project Location:
    Approximate location of the project can be viewed in Google Maps: https://
    www.google.com/maps/place/37.704039900000026N107.04466975831235W



Counties:  Alamosa, CO | Archuleta, CO | Chaffee, CO | Conejos, CO | Costilla, CO | Custer,
           CO | Fremont, CO | Hinsdale, CO | Huerfano, CO | Mineral, CO | Rio Grande, CO |
           Saguache, CO | San Juan, CO | Rio Arriba, NM

# Endangered Species Act Species

There is a total of 10 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species. Note that 4 of these species should be considered only under certain conditions.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## Mammals

| NAME | STATUS |
|---|---|
| Canada Lynx *Lynx canadensis*<br>Population: Wherever Found in Contiguous U.S.<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3652 | Threatened |
| New Mexico Meadow Jumping Mouse *Zapus hudsonius luteus*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/7965 | Endangered |

## Birds

| NAME | STATUS |
|------|--------|
| Mexican Spotted Owl *Strix occidentalis lucida* | Threatened |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/8196

| | |
|------|--------|
| Southwestern Willow Flycatcher *Empidonax traillii extimus* | Endangered |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/6749
Species survey guidelines:
   https://ecos.fws.gov/ipac/guideline/survey/population/149/office/65413.pdf

| | |
|------|--------|
| Yellow-billed Cuckoo *Coccyzus americanus* | Threatened |

Population: Western U.S. DPS
There is **proposed** critical habitat for this species. Your location is outside the critical habitat.
Species profile: https://ecos.fws.gov/ecp/species/3911
Species survey guidelines:
   https://ecos.fws.gov/ipac/guideline/survey/population/6901/office/65413.pdf

# Fishes

| NAME | STATUS |
|------|--------|
| Bonytail *Gila elegans* | Endangered |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/1377

| Colorado Pikeminnow (=squawfish) *Ptychocheilus lucius* | Endangered |

Population: Wherever found, except where listed as an experimental population
There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/3531

| Humpback Chub *Gila cypha* | Endangered |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/3930

| Razorback Sucker *Xyrauchen texanus* | Endangered |

There is **final** critical habitat for this species. Your location is outside the critical habitat.
This species only needs to be considered under the following conditions:
- Water depletions in the upper Colorado River basin adversely affect this species and its critical habitat. This species does not need to be considered if the project is outside of its occupied habitat and does not deplete water from the basin.

Species profile: https://ecos.fws.gov/ecp/species/530

# Insects

| NAME | STATUS |
|------|--------|
| Uncompahgre Fritillary Butterfly *Boloria acrocnema* | Endangered |

No critical habitat has been designated for this species.
Species profile: https://ecos.fws.gov/ecp/species/4419

# Critical habitats

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

# USFWS National Wildlife Refuge Lands And Fish Hatcheries

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

REFUGE INFORMATION WAS NOT AVAILABLE WHEN THIS SPECIES LIST WAS GENERATED. PLEASE CONTACT THE FIELD OFFICE FOR FURTHER INFORMATION.

# Migratory Birds

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

---

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location. To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see exact locations of where birders and the general public have sighted birds in and around your project area, visit the E-bird data mapping tool (Tip: enter your location, desired date range and a species on your list). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list, including how to properly interpret and use your migratory bird report, can be found below.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, click on the PROBABILITY OF PRESENCE SUMMARY at the top of your list to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|------|-----------------|
| Bald Eagle *Haliaeetus leucocephalus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/1626 | Breeds Dec 1 to Aug 31 |
| Black Swift *Cypseloides niger*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8878 | Breeds Jun 15 to Sep 10 |

Rvsd Plan - 00004490

| NAME | BREEDING SEASON |
|------|-----------------|
| Brewer's Sparrow *Spizella breweri*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9291 | Breeds May 15 to Aug 10 |
| Brown-capped Rosy-finch *Leucosticte australis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Jun 15 to Sep 15 |
| Golden Eagle *Aquila chrysaetos*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/1680 | Breeds Jan 1 to Aug 31 |
| Lewis's Woodpecker *Melanerpes lewis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9408 | Breeds Apr 20 to Sep 30 |
| Long-billed Curlew *Numenius americanus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/5511 | Breeds Apr 1 to Jul 31 |
| Olive-sided Flycatcher *Contopus cooperi*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/3914 | Breeds May 20 to Aug 31 |
| Pinyon Jay *Gymnorhinus cyanocephalus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9420 | Breeds Feb 15 to Jul 15 |
| Rufous Hummingbird *selasphorus rufus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8002 | Breeds elsewhere |
| Veery *Catharus fuscescens salicicola*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds May 15 to Jul 15 |
| Virginia's Warbler *Vermivora virginiae*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9441 | Breeds May 1 to Jul 31 |

| NAME | BREEDING SEASON |
|---|---|
| Willow Flycatcher *Empidonax traillii*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/3482 | Breeds May 20 to Aug 31 |

# Probability Of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read and understand the FAQ "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.
2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.
3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season (■)**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort (|)**

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

### No Data (−)
A week is marked as having no data if there were no survey events for that week.

### Survey Timeframe
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.





Additional information can be found using the following links:

- Birds of Conservation Concern http://www.fws.gov/birds/management/managed-species/birds-of-conservation-concern.php
- Measures for avoiding and minimizing impacts to birds http://www.fws.gov/birds/management/project-assessment-tools-and-guidance/conservation-measures.php
- Nationwide conservation measures for birds http://www.fws.gov/migratorybirds/pdf/management/nationwidestandardconservationmeasures.pdf

## Migratory Birds FAQ

**Tell me more about conservation measures I can implement to avoid or minimize impacts to migratory birds.**
Nationwide Conservation Measures describes measures that can help avoid and minimize impacts to all birds at any location year round. Implementation of these measures is particularly important when birds are most likely to occur in the project area. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is a very helpful impact minimization measure. To see when birds are most likely to occur and be breeding in your project area, view the Probability of Presence Summary. Additional measures and/or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

**What does IPaC use to generate the migratory birds potentially occurring in my specified location?**
The Migratory Bird Resource List is comprised of USFWS Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) which your project intersects, and that have been identified as warranting special attention because they are a BCC species in that area, an eagle (Eagle Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, please visit the AKN Phenology Tool.

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?**
The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets .

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

**How do I know if a bird is breeding, wintering, migrating or present year-round in my project area?**
To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating or year-round), you may refer to the following resources: The Cornell Lab of Ornithology All About Birds Bird Guide, or (if you are unsuccessful in locating the bird of interest there), the Cornell Lab of Ornithology Neotropical Birds guide. If a bird on your migratory bird species list has a breeding season associated with it, if that bird does occur in your project area, there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**What are the levels of concern for migratory birds?**
Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);
2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continental USA; and
3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Eagle Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

Although it is important to try to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially eagles and BCC species of rangewide concern. For more information on conservation measures you can implement to help avoid and minimize migratory bird impacts and requirements for eagles, please see the FAQs for these topics.

**Details about birds that are potentially affected by offshore projects**
For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical

Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

Bird tracking data can also provide additional details about occurrence and habitat use throughout the year, including migration. Models relying on survey data may not include this information. For additional information on marine bird tracking data, see the Diving Bird Study and the nanotag studies or contact Caleb Spiegel or Pam Loring.

**What if I have eagles on my list?**
If your project has the potential to disturb or kill eagles, you may need to obtain a permit to avoid violating the Eagle Act should such impacts occur.

**Proper Interpretation and Use of Your Migratory Bird Report**
The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To learn more about how your list is generated, and see options for identifying what other birds may be in your project area, please see the FAQ "What does IPaC use to generate the migratory birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of birds within the 10 km grid cell(s) that overlap your project; not your exact project footprint. On the graphs provided, please also look carefully at the survey effort (indicated by the black vertical bar) and for the existence of the "no data" indicator (a red horizontal bar). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar means a lack of data and, therefore, a lack of certainty about presence of the species. This list is not perfect; it is simply a starting point for identifying what birds of concern have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list helps you know what to look for to confirm presence, and helps guide you in knowing when to implement conservation measures to avoid or minimize potential impacts from your project activities, should presence be confirmed. To learn more about conservation measures, visit the FAQ "Tell me about conservation measures I can implement to avoid or minimize impacts to migratory birds" at the bottom of your migratory bird trust resources page.

# Wetlands

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

WETLAND INFORMATION WAS NOT AVAILABLE WHEN THIS SPECIES LIST WAS GENERATED. PLEASE VISIT HTTPS://WWW.FWS.GOV/WETLANDS/DATA/MAPPER.HTML OR CONTACT THE FIELD OFFICE FOR FURTHER INFORMATION.

*Adapted from the 10/28/08 SRLA ROD, Attachment 1-9 (see Tab 1 cf this SRLA Implementation Guide)*

**Required Monitoring**

**The following SRLA froms should be completed upon the the signing of project decisions for fuels treatments and vegetation management projects in lynx habitat:**

FORM 1. Acres of WUI fuel treatments in lynx habitat by Forest and LAU through use of exemptions to SRLA Lynx Habitat Management Standards (see form for details).

FORM 2. Acres of treatments in lynx habitat by Forest and LAU through use of Exceptions to SRLA Lynx Habitat Management Standards  (see form for details).

FORM 3. Rationale for not following SRLA Management Guidelines while still meeting overall objectives of SRLA  (see form for details).

FORM 4. Summary by Forest of exemptions and exceptions used for the reporting period.

FORM 1
Acres of WUI Fuels Treatments in Lynx Habitat Using WUI *Exemptions* to SRLA Standards
Southern Rockies National Forests
Reporting Period (12): *January 1 - December 31, 2020*

| National Forest | Project Name | Decision Date | General Project Location (RD, drainage, etc.) | LAU Name/No. | Acres of Lynx Habitat Treated in WUI per LAU | Acres of Lynx Habitat Treated in WUI Where Exemptions to VEG Standard(s) Were Applied[1] | Which VEG Standard(s) Were Exempted? (VEG S1, S2, S5 or S6) | Rationale for Applying Exemptions to Standards i.e. CWPP exists, Other USFS WUI fuels treatment, NA | Does LAU Exceed Standards VEG S1 or VEG S2? (If so, specify which one) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Arapaho-Roosevelt | No projects to report for 2020 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Grand Mesa, Uncompahgre, Gunnison | No projects to report for 2021 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Medicine Bow-Routt | **LaVA Projects:** | 8/13/2020 | | | | | S5, S6 | | | Landscape Vegetation Analysis (LaVA) decision (08/13/20) authorized 11,573 acres of WUI exemptions among 13 LAUs |
| | Sourdough timber sale | | Brush Ck/Hayden RD, Barrett Ck. | French Creek | 409 | 268 | S6 | Community Wildfire Protection Plan exists or HFRA defined WUI | No | 371 suitable (268 S6), 38 unsuitable |
| | Ryan Park Fuels | | Brush Ck/Hayden RD, Ryan Park | French Creek | 125 | 45 | S6 | Community Wildfire Protection Plan exists or HFRA defined WUI | No | 79 suitable (45 S6), 46 unsuitable |
| Pike-San Isabel | No projects to report for 2020 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| San Juan | No projects to report for 2020 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| White River | No projects to report for 2021 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| **SRLA AREA** | | | | | | | | | | |

[1]Fuels projects in the WUI that do not meet VEG S1, S2, S5, or S6 standards are allowable, except they shall be limited to affecting no more than 3% of the Forest's lynx habitat over the life of the Amendment (15yrs). The 3% per Forest in the SRLA decision was based on the one-mile WUI defined in HFRA.

FORM 2
Acres of Treatments in Lynx Habitat Using *Exceptions* to SRLA Standards
Southern Rockies National Forests
Reporting Period (12): *January 1 - December 31, 2020*

| National Forest | Project Name | Decision Date | General Project Location (RD, drainage, etc.) | LAU Name/ No. | Which Exceptions Were Used?[1] | Acres of Treatments under Exceptions 1-4 in VEG S5 | Acres of Treatments under Exceptions 1-3 in VEG S6 | Combined Exceptions Under VEG S5 and VEG S6 (Up to 0.5% of Lynx Habitat per Forest)[2] (Add acres from 2 previous columns) | Acres of Treatments under Exception 5 in VEG S5 (Up to 1% of Lynx Habitat per Forest) | Acres of Treatments under Exception 4 in VEG S6 (No Cap)[3] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arapaho-Roosevelt | No projects to report for 2020 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Grand Mesa, Uncompahgre, | Overland GNA - SBEADMR | 7/5/2016 | Paonia RD | Chalk Mountain | 3 | 0 | 19 | 19 | 0 | 0 | |
| | Overland GNA - SBEADMR | 7/5/2016 | Paonia RD | Crater Lake | 3 | 0 | 25 | 25 | 0 | 0 | |
| | Hubbard - SBEADMR | 7/5/2016 | Paonia RD | Crater Lake | 3 | 0 | 60 | 60 | 0 | 0 | |
| | Grouse Glade | 7/5/2016 | Paonia RD | Iron Mountain | 3 | 0 | 2 | 2 | 0 | 0 | |
| | Rainbow | 7/5/2016 | Gunnison RD | Red Creek | 3 | 0 | 37 | 37 | 0 | 0 | |
| | Pool Creek Stewardship | 6/24/2013 | Ouray RD | Travers Mesa | 3 | 0 | 38 | 38 | 0 | 0 | |
| Medicine Bow-Routt | LaVA projects: | 8/13/2020 | Brush Ck/Hayden RD, Laramie RD | | | | | | | | No Implementation planned or designed in 2020.  Landscape Vegetation Analysis (LaVA) decision (08/13/20) authorized |
| | Encampment Minerals | | | Morgan | S6 | 0 | 0.2 | | | | Incidental damage for drill pads, road access (exception 3) |
| | | | | Kettle Ponds | S6 | 0 | 3.0 | | | | Incidental damage for drill pads, road access (exception 3) |
| Pike-San Isabel | IREA Kenosha to Roberts Tunnel | 11/14/2018 | Kenosha Pass | Kenosha | Veg S6.1 | 0 | 5.3 | 5.3 | 0 | 0 | |
| | Monarch Vegetation Treatment Project | 12/1/2017 | Monarch Park | Monarch | 3 of Veg S6 | 0 | 37 | 37 | 0 | 146 | Explanation: Total acres treated was 183.  37 is 20% of 183. |
| San Juan | No projects to report for 2020 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| White River | No projects to report for 2021 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| **SRLA AREA** | | | | | | **0** | **227** | **223** | **0** | **146** | |

[1]See SRLA ROD, Attachment 2 for a description of exceptions under each VEG standard.

[2]Combination of Exceptions 1-4 under VEG S5 and Exceptions 1-3 under VEG S6.

[3]There are no caps for VEG S6 - Exception 4, because uneven-aged management was expected to be a beneficial management practice for lynx habitat under the SRLA.  These acres do not count towards a Forest's allocated acres, although VEG S1 and S2 still apply.

FORM 3
Rationale for SRLA Management Guidelines Not Followed
Southern Rockies National Forests
Reporting Period (12): *January - December 31, 2020*

| National Forest | Project Name | Decision Date | Guideline Number[1] | Acres of Treatment | Rationale For Not Following Guidelines (While Still Meeting Objectives of the SRLA)[2] |
|---|---|---|---|---|---|
| Arapaho-Roosevelt | No projects to report for 2020 | N/A | N/A | N/A | N/A |
| Grand Mesa, Uncompahgre, Gunnison | Uncompahgre Mesas Forest Restoration Project | 8/31/2009 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |
| | Eggleston Blow-down | 9/22/2011 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |
| | Bears Pond Salvage | 4/28/2020 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |
| | Spruce Beetle/Sudden Aspen Decline Treatments | 12/8/2011 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |
| | Escalante Forest Restoration and Stewardship | 6/24/2013 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |

| | | | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | |
|---|---|---|---|---|---|
| | LaGarita Timber Sale | 12/3/2013 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines |
| | SBEADMR | 7/3/2016 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | Projects were designed to meet all pertinent Guidelines.  Implementation monitoring was not completed in 2020 due to COVID-19.  The Forest is hopeful that a filed review of design features can occur in 2021.  Several treatments were designed and sold in 2020 under SBEADMR and are reported on in Form 2. |
| | Upper Taylor Vegetation Management Project | 5/7/2021 | ALL G1, HU G7, VEG G1, VEG G5, VEG G11, | | The Taylor Park Vegetation Management Project decision was signed in May 2020 to manage lodgepole pine, mixedc conifer and aspen across the Upper Taylor Park and Spring Creek Watersheds.  Treatments allowed under the decision include commercial timber sales, mastication, thinning and prescribed fire.  A total of 19,000 acres can be treated over a 10-15 year period.  The project uses the framework established under SBEADMR usig an Environmental Management System .  Just like SBEADMR, annual project review are required to ensure specified design features are being followed, include those associated with Canada lynx.  As treatments are designed and implemented, reporting will occur annually.  The first treatments are expected to be sold/implemented in 2021. |
| Medicine Bow-Routt | LaVA | 8/13/2020 | | | Projects were designed to meet all pertinent Guidelines |
| Pike-San Isabel | | | | | Projects were designed to meet all pertinent Guideline |
| San Juan | | | | | N/A |
| White River | | | | | N/A |

[1]Under the SRLA, Management *Standards* are required and assumed that all Management *Guidelines* applicable to projects will be followed unless there are compelling reasons for not following them.  Even if one or more Guidelines cannot be followed, all projects should still be consistent with the overall objectives of the SRLA (ROD Attachment 1; SRLA Guide Tab 1).  The biological opinion for the SRLA requires the documentation of the rationale for deviating from one or more of these Management Guidelines by project. See Attachment 1 of the SRLA decision for a summary of all Management Objectives, Standards, and Guidelines (also available in Tab 1 of the SRLA Implementation Guide).

[2]If SRLA guidelines were met by the project, state that directly in the table.

Rvsd Plan - 00004502

FORM 4
## Summary of Use of Exemptions and Exceptions to SRLA Lynx Habitat Management Standards
### Southern Rockies National Forests
### Reporting Period (12): *January 1 - December 31, 2020*

**4 Total Acres of Lynx Habitat Treated**

| National Forest | A<br>Total Acres of Lynx Habitat Treated on the Forest For the Year (Cumulative Acres Affected With and Without Use of Any Exemptions/Exceptions) |
|---|---|
| Arapaho-Roosevelt | 0 |
| Grand Mesa, Uncompahgre, Gunnison | 131 |
| Medicine Bow-Routt | 537 |
| Pike-San Isabel | 189 |
| San Juan | 1423 |
| White River | 0 |
| **SRLA Area** | **2,280.00** |

**4(a) WUI Fuels Treatment Exemptions Used in Lynx Habitat**

Rvsd Plan - 00004503

| National Forest | B Acres of Lynx Habitat Treated Inside WUI | C Acres of Lynx Habitat Treated Under the WUI Exemption | D Forest Allocation per SRLA Incidental Take Statement | E Current Forest Balance[1] (acres) | F Cumulative % change from SRLA ITS allocation (D - E ÷ D x 100) |
|---|---|---|---|---|---|
| Arapaho-Roosevelt | 0 | 0 | 20,702 | 19,414 | 6.2 |
| Grand Mesa, Uncompahgre, Gunnison | 0 | 0 | 42,424 | 42,293 | 0.3 |
| Medicine Bow-Routt | 534 | 313 | 38,901 | 32,940 | 15.3 |
| Pike-San Isabel | 0 | 0 | 24,785 | 24,617 | 0.7 |
| San Juan | 0 | 0 | 19310 | 19310 | 0 |
| White River | | | 41,431 | 40,871 | 1.3 |
| SRLA Area | 534 | 313 | 187,553 | 179,469 | |

[1]For the first year of reporting, this was simply the product of subtracting current year treated acres (Col. C) from the Forest's ITS allocation (Col. D). Starting in year 2, the number in this column is cumulative and the product of subtracting the current year's treated acres (Col. C) from the figure reported in this column (Col. E) in the previous year's report.

## 4(b)  VEG S5 and S6 Exceptions Used in Lynx Habitat

| National Forest | A Acres of Lynx Habitat Treated Under Exceptions 1-4 in VEG S5 and Exceptions 1-3 in VEG S6 (O. 5% of Lynx Habitat) | B Forest Acreage Allocation (0.5%) per SRLA Incidental Take Statement | C Current Balance of Forest Allocation[1] (0.5%) (acres) | D Acres of Lynx Habitat Treated Under Exception 5 in VEG S5 (1 % of Lynx Habitat) | E Forest Acreage Allocation (1%) per SRLA Incidental Take Statement (ITS) {1%} | F Current Balance of Forest Allocation[1] (1%) (acres) | G Combined Allocation per ITS (1.5%) (B + E) | H Combined Current Balance of Forest Allocation (1.5%) (C + F) | I Cumulative Percent Change from Combined ITS Allocation (G - H ÷ G x 100) |
|---|---|---|---|---|---|---|---|---|---|
| Arapaho-Roosevelt | 0 | 3,450 | 2,375 | 0 | 6,900 | 6,900 | 10,350 | 9,275 | 10.4 |
| Grand Mesa, Uncompahgre, Gunnison | 181 | 7,071 | 2,392 | 0 | 14,142 | 14,042 | 21,213 | 16,434 | 23.0 |

Rvsd Plan - 00004504

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Medicine Bow-Routt | 3 | 6,483 | 5,783 | 0 | 12,967 | 12,104 | 19,450 | 17,887 | **12.9** |
| Pike-San Isabel | 0 | 4,131 | 3,641 | 0 | 8,261 | 8,197 | 12,392 | 11,838 | **4.5** |
| San Juan | 0 | 3,218 | 3,070 | 0 | 6,437 | 6,437 | 9,655 | 9,507 | **1.0** |
| White River | 0 | 6,905 | 5,770 | 257 | 13,810 | 13,299 | 20,715 | 19,069 | **7.9** |
| **SRLA Area** | **184** | **31,258** | **23,031** | **257** | **62,517** | **60,979** | **93,775** | **84,010** | |

[1]For the first year of reporting, this was simply the product of subtracting current year treated acres from the Forest's ITS allocation for those exceptions. Starting in year 2, the numbers in these columns  will be cumulative and the product of subtracting from the ITS (Col. B or E) the current year's treated acres (Col. A or D)  from the figure reported in these columns in the previous year's report.



**United States Department of Agriculture**

**Forest Service**

# Rio Grande National Forest Plan Revision

## Draft Environmental Impact Statement

**Alamosa, Archuleta, Conejos, Hinsdale, Mineral, Rio Grande, Saguache, and San Juan Counties, Colorado**

**September 2017**



Crestone Peak viewed through the Natural Arch

Rvsd Plan - 00004506

*USDA Forest Service*

# Acronyms and Abbreviations

ACS – American community survey

CCF – One hundred cubic feet

CERCLA – Comprehensive Environmental Response, Compensation, and Liability Act of 1980

CFR – Code of Federal Regulations

DAU – Data analysis unit

DBH – Diameter at breast height

FY – Fiscal year

ForCaMF – Forest Carbon Management Framework

FSH – Forest Service Handbook

GDP – Gross domestic product

GMU – Game management unit

HUC – Hydrologic unit code

MA – Management area

MCF –Thousand cubic feet of timber

MMBF – Thousand thousand board feet of timber (i.e., million board feet of timber)

PILT – Payment in lieu of taxes

SCC – Species of conservation concern

SRS – Secure rural schools

TEPC species – Threatened, endangered, proposed, and candidate species

USDA – United States Department of Agriculture

*Draft Environmental Impact Statement*
*Rio Grande National Forest Revised Land Management Plan*

# Rio Grande National Forest Plan Revision
# Draft Environmental Impact Statement

## Alamosa, Archuleta, Conejos, Hinsdale, Mineral, Rio Grande, Saguache, and San Juan Counties, Colorado

| | |
|---|---|
| **Lead agency:** | **USDA Forest Service** |
| **Cooperating agencies** | **Bureau of Land Management** |
| | **Colorado Department of Natural Resources** |
| | **Colorado Division of Water Resources** |
| | **Colorado State Land Board** |
| | **Colorado Parks and Wildlife** |
| | **Colorado Water Conservation Board** |
| | **Navajo Nation** |
| | **Alamosa County** |
| | **Conejos County** |
| | **Hinsdale County** |
| | **Mineral County** |
| | **Rio Grande County** |
| | **Saguache County** |
| **Responsible official:** | **Dan Dallas, Forest Supervisor** |
| | 1803 W. Highway 160 |
| | Monte Vista, CO 81144 |
| **For more information, contact:** | **Erin Minks, Forest Planner** |
| | 1803 W. Highway 160 |
| | Monte Vista, CO 81144 |
| | 719-852-5941 |

**Abstract:** This draft environmental impact statement documents the analysis of four alternatives (A through D) developed by the Forest Service to revise the 1996 land and resource management plan, as amended, for the Rio Grande National Forest.

| | |
|---|---|
| **Send comments to:** | **Rio Grande National Forest** |
| | **Attn: Rio Grande Forest Plan Revision** |
| | **1803 W. Highway 160** |
| | **Monte Vista, CO 81144** |
| | **rgnf_forest_plan@fs.fed.us** |
| **Date comments must be received:** | Within 90 days following publication of the notice of availability of the draft environmental impact statement in the Federal Register. It is the commenter's responsibility to calculate the end of the 90-day period. |

i

*USDA Forest Service*

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, available online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov (link sends email).

USDA is an equal opportunity provider, employer, and lender.

ii

# Summary

## Proposed Action

The Rio Grande National Forest proposes to revise its Land and Resource Management Plan (USDA Forest Service 1996), referred to as the "forest plan," in compliance with the 2012 Planning Rule (36 CFR § 219.17(3)(b)(1)). The area affected by the proposal includes about 1.8 million acres of public land in southcentral Colorado (Figure 1).

## Purpose and Need

The purpose and need for revising the forest plan is the changed ecological, social, and economic conditions in the plan area that have occurred since the current forest plan was approved in 1996. These changes include the spruce beetle infestation, closure of mills and timber-related infrastructure in southwest Colorado, changes in communications technology, increased development along the Forest boundary, and the need to shift fire management direction focused on suppression to use fire for resource benefit.

Compliance with the 2012 Planning Rule drove additional needs for change related to species of conservation concern, identification of key ecosystem characteristics, ecosystem and habitat connectivity, inventory and evaluation of wilderness, and a re-evaluation of areas for wilderness and wild, scenic, and recreational rivers designation.

## Public Involvement

The *notice of intent* to initiate the assessment phase was published in the Federal Register on December 26, 2014. From February 2015 through March of 2016, more than 50 meetings were held with partner organizations with more than 500 people attending. Concurrently, the Forest used a web-based tool to ask questions to inform the assessments. Public engagement was summarized in meeting notes, made available on the Forest's website, and later synthesized into 15 topic-based report packages composed of executive summaries, reports, and appendices. The executive summaries were explicitly designed to reach the broadest audience, with a summary of the resource issues and a synthesis of what was heard from the public.

The assessments were completed and a draft *need for change* document was published in March 2016. More than 100 people attended one of the three public meetings and a webinar. In response to public comments, the Forest completed two iterations of the need for change document before formalizing a *proposed action* and initiating *scoping*. A second round of public meetings in July 2016 included a proposed adaptive management framework and the use of optional plan content.

In June 2016, the Forest held two draft wilderness inventory meetings to refine criteria used in the wilderness inventory phase. In July, a final wilderness inventory report and draft evaluation report were published as well as an initial inventory of wild, scenic, and recreational rivers to be analyzed. The July meetings mentioned above also presented these two topics.

Rvsd Plan - 00004510

*USDA Forest Service*

Comments collected were used to finalize the proposed action, which was published in the Federal Register on September 12, 2016. The proposed action included a draft plan, as well as a letter from the regional forester identifying a preliminary list of *species of conservation concern* for the Forest. The public comment period lasted 45 days from publication of the notice of intent, until about the end of October 2016. About 75 people attended the three public meetings held in late September.

# Revision Topics

Each emphasis area identified in the need for change was considered as a potential revision topic. The March 2016 need for change document organized topics into tables that included items that are required to be addressed in revision, overarching changes to the forest plan identified through assessments, public comments, tribal consultation, or internal comments, and changes that are made at the discretion of the responsible official. The need for change was narrowed to four revision topics that vary by alternative and are used to compare and contrast the differences among alternatives.

The following revision topics were identified that drove alternative development:

- Special designations
- Fire management
- Management area complexity
- Recommended wilderness

# Alternatives

Alternatives to the proposed action were developed in response to public comments and revision topics. All alternatives incorporate higher level direction, including laws, regulations and policies, as well as programmatic direction such as the Southern Rockies Lynx Amendment and the Colorado Roadless Rule.

**Alternative A** is the no-action alternative. This alternative reflects current management practices under the Rio Grande National Forest 1996 Revised Land and Resource Management Plan, as amended and implemented, and provides the basis for comparing alternatives to current management and levels of output. This alternative proposes 17 management areas.

**Alternative B** is based on a strategic framework that considers direction at a broad landscape level, or geographic area, and at a smaller, management area level. The overall vision for managing the Forest is encompassed in three overarching goals that address water quality and quantity, ecosystem resilience and sustainability, and economics and services provided through public land management.

Alternative B emphasizes multiple use that is similar to current management but is compliant with the direction contained in the 2012 Planning Rule. This alternative proposes an estimated 59,000 acres recommended for inclusion in the wilderness preservation system. Direction in one special interest area is reduced and boundary adjustments are proposed for two other areas. This alternative proposes 14 separate management areas.

Rvsd Plan - 00004511

**Alternative C** proposes to increase the acreage available for multiple uses on the Forest. No recommended wilderness acres are included in this alternative. This alternative addresses concerns about complexity by reducing the number of management areas to eight and shifts the boundaries to make them similar to the geographic area boundaries in alternative B. These larger units of land provide more flexibility in implementation of the forest plan by allowing habitat and areas to be mapped dependent on actual presence versus providing a static management area boundary. Alternative C includes more acreage in the suitable timber base and does not include any recommended wilderness.

**Alternative D** emphasizes recreation opportunities that provide more solitude and primitive recreation experiences. This alternative increases opportunities for semiprimitive, nonmotorized recreation, increases the number of special interest areas, proposes adding one new research natural area, and proposes approximately 285,000 acres of recommended wilderness. This alternative also identifies fewer acres suitable for timber production. Alternative D proposes 16 individual management areas.

# Decision Framework

The responsible official for the analysis is the forest supervisor for the Rio Grande National Forest. The responsible official will prepare a final environmental impact statement based on the analysis and subsequent public comments, and will identify a selected alternative in a draft record of decision that will be subject to an objection process guided by the direction in 36 CFR Subpart B (219.50 to 219.62). The decision will:

- Establish desired conditions and objectives,
- Establish Forestwide design criteria (standards and guidelines),
- Establish management areas and geographic areas,
- Determine suitability of land,
- Determine the maximum amount of timber that might be removed,
- Recommend areas for inclusion in the National Wilderness Preservation System (36 CFR 219.7(c)(2)(v)) if applicable, and
- Identify suitable and eligible wild, scenic, and recreational rivers (36 CFR 219.7(c) (2) (vi)) if applicable.

A final record of decision and accompanying forest plan sets a course of action for managing the Forest for the next 10 to 15 years. Forest plans are strategic in nature and do not compel the Agency to undertake any site-specific projects.

The authorization of project-level activities is based on the direction contained in the forest plan, but occurs through subsequent project-specific environmental analysis in compliance with the National Environmental Policy Act.

v

# Contents

Acronyms and Abbreviations ................................................................................................................ ii

Summary ............................................................................................................................................... iii

*Proposed Action* ............................................................................................................................... iii

*Purpose and Need* ........................................................................................................................... iii

*Public Involvement* .......................................................................................................................... iii

*Revision Topics* ................................................................................................................................ iv

*Alternatives* ..................................................................................................................................... iv

   Alternative A ................................................................................................................................. iv

   Alternative B ................................................................................................................................. iv

   Alternative C .................................................................................................................................. v

   Alternative D .................................................................................................................................. v

*Decision Framework* ......................................................................................................................... v

Contents ............................................................................................................................................. vii

Chapter 1. Purpose and Need for Action .............................................................................................. 1

*Document Structure* .......................................................................................................................... 1

*Regulatory Direction* ......................................................................................................................... 2

*2012 Planning Rule Direction* ........................................................................................................... 2

*Forest Plan Content* ........................................................................................................................... 3

*Plan Components* ............................................................................................................................... 3

   Optional Plan Components .......................................................................................................... 4

*Other Plan Content* ........................................................................................................................... 4

*Background of the Forest* .................................................................................................................. 4

   Administrative History .................................................................................................................. 8

*Purpose and Need for Action – The Need for Change and Revision Topics* ................................... 10

   Travel Management ..................................................................................................................... 12

*Proposed Action* .............................................................................................................................. 12

*Decision Framework* ........................................................................................................................ 13

*Public Involvement* .......................................................................................................................... 14

*Tribal Consultation* .......................................................................................................................... 15

*Research Opportunities and Partnerships* ...................................................................................... 16

*Revision Topics* ................................................................................................................................ 16

   Revision Topic 1: Special Designations ....................................................................................... 17

   Revision Topic 2: Fire Management ............................................................................................. 18

   Revision Topic 3: Management Area Complexity ........................................................................ 18

   Revision Topic 4: Recommended Wilderness .............................................................................. 18

*Relationship to Other Documents* ................................................................................................... 19

*Other Related Efforts – Other Planning Going On* .......................................................................... 19

Chapter 2. Alternatives, Including the Proposed Action ..................................................................... 20

*Introduction* ..................................................................................................................................... 20

*Forest Plan Components and How They Vary by Alternative* .......................................................... 20

   Habitat Connectivity ................................................................................................................... 20

*Alternatives Considered in Detail* ................................................................................................... 20

Rvsd Plan - 00004514

*USDA Forest Service*

Features Common to All Alternatives ................................................................................ 21
Alternative A – No Action – Overview ............................................................................... 21
Features Common to All Action Alternatives ..................................................................... 22
Alternative B – Proposed Action – Overview .................................................................... 24
Alternative C – Overview .................................................................................................. 28
Alternative D – Overview .................................................................................................. 29
*Alternatives Considered but Eliminated from Detailed Study* ............................................. 32
*Comparison Tables for Alternatives* .................................................................................... 33
Summary Comparison of Geographic Areas, Recommended Wilderness, and Fire Management Zones by Alternative ......................................................................................................... 33
Comparison of Suitable Activities by Alternative ............................................................... 38
*Comparison of Alternatives by Program* ............................................................................. 43
Fuels Management ............................................................................................................ 43
Long-Term Sustained Yield for Timber Harvest ................................................................ 43
Timber Harvest Constraints and Timber Suitability Required by the National Forest Management Act ................................................................................................................................... 45
Livestock Grazing .............................................................................................................. 46
Recommended Wilderness ................................................................................................ 47
Proposed National Wild, Scenic, and Recreational Rivers ............................................... 47
Proposed Special Area Designations ................................................................................ 49
Wildlife Management .......................................................................................................... 49
Sustainable Recreation ..................................................................................................... 50
**Chapter 3. Affected Environment and Environmental Consequences ......................................... 52**
*Nature of the Analysis* ........................................................................................................ 52
*Other Required Disclosures* ............................................................................................... 52
*Air Quality* .......................................................................................................................... 53
Overview ............................................................................................................................ 53
Affected Environment, Existing Conditions, and Trends ................................................... 54
Direct and Indirect Effects ................................................................................................. 58
Effects on Air Quality from Timber Harvest ...................................................................... 59
Effects on Air Quality from Fire Management .................................................................... 59
Effects on Air Quality from Livestock Grazing ................................................................... 60
Effects on Air Quality from Roads and Trails .................................................................... 60
Effects on Air Quality from Recreation .............................................................................. 60
Effects on Air Quality from Designation of Wilderness, Wild, Scenic, and Recreational Rivers, Research Natural Areas, Special Interest Areas, and Scenic Trails and Byways ...................... 60
Effects on Air Quality from Mineral Resource Activities .................................................... 61
Cumulative Effects ............................................................................................................. 61
*Forested Ecosystems* ......................................................................................................... 61
Overview ............................................................................................................................ 61
Affected Environment, Existing Conditions, and Trends ................................................... 62
Diversity of Vegetation ...................................................................................................... 87
Late-Successional and Old Forest .................................................................................... 93
Snags and Downed Woody Material .................................................................................. 94
Landscape Disturbances and Patterns – Fire .................................................................... 97

Rvsd Plan - 00004515

Landscape Disturbances and Patterns – Insects and Disease ....................................................98
Landscape Disturbances and Patterns – Timber Harvest .........................................................99
Rare Communities and Special Habitats ................................................................................100
Cumulative Effects ...............................................................................................................103
*Fire Management* ..............................................................................................................*104*
Overview ..............................................................................................................................104
Affected Environment ...........................................................................................................107
Existing Conditions and Trends .............................................................................................108
Direct and Indirect Effects ....................................................................................................113
Effects on Fire Management from Timber Harvest..................................................................117
Effects on Fire Management from Road Management..............................................................117
Effects on Fire Management from Designation of Wilderness .................................................117
Effects on Fire Management from Designation of Research Natural Areas ..............................117
Cumulative Effects ...............................................................................................................118
*Carbon Stocks and Sequestration* ...................................................................................*119*
Overview ..............................................................................................................................119
Affected Environment ...........................................................................................................119
Direct and Indirect Effects ....................................................................................................123
Cumulative Effects ...............................................................................................................125
*Forest Products*...............................................................................................................*126*
Overview ..............................................................................................................................126
Affected Environment, Existing Conditions, and Trends .........................................................126
Direct and Indirect Effects ....................................................................................................129
Effects on Forest Products from Fire Management..................................................................132
Effects on Forest Products from Wildlife Management ...........................................................132
Effects on Forest Products from Recreation Management .......................................................133
Cumulative Effects ...............................................................................................................133
*Nonforested Ecosystems* .................................................................................................*134*
Existing conditions ...............................................................................................................134
*Range Management* .........................................................................................................*135*
Background ..........................................................................................................................135
Affected Environment, Existing Conditions, and Trends .........................................................138
Effects on Grazing from Vegetation Management ..................................................................141
Effects on Grazing from Recreation Management ..................................................................141
Effects on Grazing from Designation of Wilderness ...............................................................142
Effects on Grazing from Designation of Wild, Scenic, and Recreational Rivers ........................142
Cumulative Effects ...............................................................................................................142
*Aquatic and Terrestrial Nonnative Invasive Species (Plant and Animal)/Noxious Weeds* ...........*143*
Aquatic Plants and Animals ..................................................................................................143
Terrestrial Plants/Noxious Weeds .........................................................................................145
*Geologic Hazards* ............................................................................................................*145*
*Renewable and Non-renewable Energy and Minerals*........................................................*145*
Overview ..............................................................................................................................145
Affected Environment, Existing Conditions, and Trends .........................................................146

Rvsd Plan - 00004516

*USDA Forest Service*

Direct and Indirect Effects ......................................................................................... 147
Cumulative Effects ...................................................................................................... 148
*Soils* ................................................................................................................................ 148
Overview ..................................................................................................................... 148
Affected Environment, Existing Conditions, and Trends ............................................. 149
Direct and Indirect Effects ......................................................................................... 154
Effects on Soils from Timber Harvest ........................................................................ 154
Effects on Soils from Fire Management ...................................................................... 158
Effects on Soils from Livestock Grazing ..................................................................... 159
Effects on Soils from Roads and Trails ....................................................................... 159
Effects on Soils from Recreation ................................................................................ 160
Effects on Soils from Designation of Wilderness, Recommended Wilderness, Research Natural Areas, Special Interest Areas, Scenic Trails and Byways, and Wild, Scenic, and Recreational Rivers .......................................................................................................................... 161
Effects on Soils from Mineral Resource Activities ....................................................... 161
Cumulative Effects ...................................................................................................... 161
*Aquatic Ecosystems* ....................................................................................................... 163
Overview ..................................................................................................................... 163
Affected Environment, Existing Conditions, and Trends ............................................. 163
Direct and Indirect Effects ......................................................................................... 167
Effects on Aquatic Ecosystems from Vegetation Management ................................... 167
Effects on Aquatic Ecosystems from Fire Management .............................................. 168
Effects on Aquatic Ecosystems from Livestock Grazing ............................................. 168
Effects on Aquatic Ecosystems from Roads and Trails ............................................... 169
Effects on Aquatic Ecosystems from Developed and Dispersed Recreation ............... 169
Effects on Aquatic Ecosystems from Designation of Wilderness, Wild, Scenic, and Recreational Rivers, Research Natural Areas, and Special Interest Areas ............................................ 170
Effects on Aquatic Ecosystems from Mineral Resource Activities ............................... 171
Cumulative Effects ...................................................................................................... 171
Summary of Effects ..................................................................................................... 172
*Watershed Resources* ..................................................................................................... 173
Overview ..................................................................................................................... 173
Affected Environment .................................................................................................. 173
Existing Conditions and Trends ................................................................................... 174
Direct and Indirect Effects ......................................................................................... 178
Effects on Watershed Resources from Vegetation Management ................................. 178
Effects on Watershed Resources from Livestock Grazing ........................................... 180
Effects on Watershed Resources from Fire Management ............................................ 180
Effects on Watershed Resources from Roads and Trails ............................................. 181
Effects on Watershed Resources from Water Diversions and Water Development Projects .... 181
Effects on Watershed Resources from Designation of Wilderness, Wild, Scenic, and Recreational Rivers, Research Natural Areas, Special Interest Areas, and Scenic Trails and Byways .......... 182
Effects on Watershed Resources from Mineral Resource Activities ............................. 182
Effects on Watershed Resources from Climate Variability .......................................... 183
Cumulative Effects ...................................................................................................... 183

Rvsd Plan - 00004517

*Riparian, Wetlands, and Fens* ............................................................................................. 184
    Overview ................................................................................................................... 184
    Affected Environment, Existing Conditions, and Trends ......................................... 184
    Direct and Indirect Effects ...................................................................................... 186
    Effects on Riparian, Wetlands, and Fens from Vegetation Management ................ 186
    Effects on Riparian, Wetlands, and Fens from Livestock Grazing .......................... 187
    Effects on Riparian, Wetlands, and Fens from Recreation .................................... 187
    Effects on Riparian, Wetlands, and Fens from Water Diversions and Water Development
    Projects .................................................................................................................. 188
    Effects on Riparian, Wetlands, and Fens from Designation of Wilderness, Wild, Scenic, and
    Recreational Rivers, Research Natural Areas, Special Interest Areas, and Scenic Trails and
    Byways .................................................................................................................... 188
    Effects on Riparian, Wetlands, and Fens from Mineral Resource Activities .............. 189
    Effects on Riparian, Wetlands, and Fens from Climate Variability .......................... 189
    Cumulative Effects ................................................................................................. 189
*Wildlife and Plant Species* ................................................................................................ 190
    Overview ................................................................................................................... 190
    Affected Environment .............................................................................................. 199
    Threatened, Endangered, and Sensitive Species .................................................. 201
    Wildlife and Plant Species (other than TEPC/SCC) .............................................. 226
    Species of Conservation Concern .......................................................................... 243
*Infrastructure, Roads, and Facilities* ............................................................................... 255
    Overview ................................................................................................................... 255
    Affected Environment, Existing Conditions, and Trends ......................................... 255
    Direct and Indirect Effects ...................................................................................... 257
    Cumulative Effects ................................................................................................. 258
*Scenery* ........................................................................................................................... 258
    Overview ................................................................................................................... 258
    Affected Environment, Existing Conditions, and Trends ......................................... 258
    Direct and Indirect Effects ...................................................................................... 263
    Effects to Scenic Resources from Vegetation Management and Roads ................... 268
    Effects to Scenic Resources from Fire Management .............................................. 268
    Effects to Scenic Resources from Mineral Resource Activities ............................... 268
    Cumulative Effects ................................................................................................. 268
*Sustainable Recreation Opportunities, Access, Use, and Settings* ................................. 269
    Overview ................................................................................................................... 269
    Affected Environment, Existing Conditions, and Trends ......................................... 272
    Direct and Indirect Effects ...................................................................................... 279
    Effects to Sustainable Recreation Opportunities from Vegetation Management ........ 284
    Effects to Sustainable Recreation Opportunities from Wildlife Management .............. 285
    Effects to Sustainable Recreation Opportunities from Threatened and Endangered Species
    Management ........................................................................................................... 285
    Effects on Recreation from Fire Management ........................................................ 286
    Effects on Recreation from Mineral Resource Activities ........................................ 286
    Cumulative Effects ................................................................................................. 286

Rvsd Plan - 00004518

*USDA Forest Service*

*Congressionally Designated Trails*..........................................................................287
    Overview .................................................................................................287
    Affected Environment, Existing Conditions, and Trends ...........................287
    Direct and Indirect Effects ......................................................................289
    Cumulative Effects..................................................................................289
*Cultural Resources* .....................................................................................290
    Overview .................................................................................................290
    Affected Environment, Existing Conditions, and Trends ...........................291
    Direct and Indirect Effects ......................................................................294
    Effects to Cultural and Heritage Resources by Management of Other Resources ...................296
    Cumulative Effects..................................................................................296
*Wilderness*.................................................................................................297
    Overview .................................................................................................297
    Affected Environment, Existing Conditions, and Trends ...........................297
    Direct and Indirect Effects ......................................................................299
    Effects to Wilderness from Trails Management ........................................299
    Cumulative Effects..................................................................................300
*Recommended Wilderness* ..........................................................................301
    Overview .................................................................................................301
    Affected Environment, Existing Conditions, and Trends ...........................301
    Effects on Areas of Recommended Wilderness from Timber Harvest.......................304
    Effects on Areas of Recommended Wilderness from Fire Management ...................304
    Effects on Areas of Recommended Wilderness from Livestock Grazing ...................304
    Effects on Areas of Recommended Wilderness from Road Construction and Reconstruction ..304
    Effects on Areas of Recommended Wilderness from Road Management ................................305
    Effects on Areas of Recommended Wilderness from Motorized Off-Highway Travel ...............305
    Effects on Areas of Recommended Wilderness from Trail Management ...................................305
    Effects on Areas of Recommended Wilderness from Developed Recreation ..........................305
    Effects on Areas of Recommended Wilderness from Wildlife Management .............................305
    Effects on Areas of Recommended Wilderness from Designation of Wild, Scenic, and Recreational Rivers ...................................................................................306
    Effects on Areas of Recommended Wilderness from Designation of Research Natural Areas and Special Interest Areas ................................................................306
    Effects on Areas of Recommended Wilderness from Mineral Resource Activities ...................306
    Cumulative Effects..................................................................................306
*Wild, Scenic, and Recreational Rivers* ........................................................307
    Overview .................................................................................................307
    Affected Environment, Existing Conditions, and Trends ...........................308
    Direct and Indirect Effects ......................................................................308
    Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Vegetation Management.........................................................................................309
    Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Livestock Grazing309
    Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Roads and Trails 310
    Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Recreation .........310

Rvsd Plan - 00004519

Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Water Diversions and Water Development Projects ................................................................................................310

Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Designation of Wilderness, Research Natural Areas, Special Interest Areas, and Scenic Trails, and Byways..310

Effects on Eligible and Suitable Wild, Scenic, and Recreational Rivers from Mineral Resource Activities ..........................................................................................................................310

Cumulative Effects ......................................................................................................311

*Roadless Areas*..................................................................................................................311

Overview ...................................................................................................................311

Affected Environment, Existing Conditions, and Trends ...........................................311

Direct, Indirect, and Cumulative Effects ....................................................................312

*Proposed Special Interest Areas and Research Natural Areas* ......................................312

Overview ...................................................................................................................312

Affected Environment, Existing Conditions, and Trends ...........................................313

Direct and Indirect Effects .........................................................................................316

Effects on Proposed Special Areas from Timber Harvest and Vegetation Management ..........316

Effects on Proposed Special Areas from Fire Management ......................................316

Effects on Proposed Special Areas from Livestock Grazing .....................................317

Effects on Proposed Special Areas from Road Construction, Reconstruction, and Management ..................................................................................................................................317

Effects on Proposed Special Areas from Developed and Dispersed Recreation .......................317

Effects on Proposed Special Areas from Designation of Wilderness and Wild, Scenic, and Recreational Rivers..................................................................................................................317

Effects on Proposed Special Areas from Mineral Resource Activities ......................317

Cumulative Effects ....................................................................................................317

*Areas of Tribal Importance* ..............................................................................................318

Overview ...................................................................................................................318

Affected Environment, Existing Conditions, and Trends ...........................................318

Direct and Indirect Effects .........................................................................................323

Effects to Areas of Tribal Importance from Management of Other Resources ..........325

Cumulative Effects ....................................................................................................325

*Lands and Special Uses* ..................................................................................................326

Overview ...................................................................................................................326

Affected Environment, Existing Conditions, and Trends ...........................................327

Direct and Indirect Effects .........................................................................................328

Effects on Lands and Special Uses from Management of Other Resources .............329

Cumulative Effects ....................................................................................................330

*Contributions to Social and Economic Sustainability* .....................................................330

Overview ...................................................................................................................330

Affected Environment, Existing Conditions, and Trends ...........................................332

Social Environment ...................................................................................................332

Economic Environment ..............................................................................................339

Factors of Social and Economic Sustainability in the Forest's Area of Influence .......................345

Forest Contributions to Social and Economic Sustainability ....................................358

Multiple Uses and Ecosystem Services .....................................................................358

Rvsd Plan - 00004520

*USDA Forest Service*

Infrastructure and Agency Operation ........................................................................................ 374
Forest Service Presence in the Community ............................................................................. 374
Direct and Indirect Effects ....................................................................................................... 376
Contribution to Social and Economic Sustainability ................................................................ 376
Effects on Multiple Uses and Ecosystem Services from Management of Other Resources ...... 376
Effects on Infrastructure from Management of Other Resources ............................................. 383
Effects on Forest Service Presence in the Community from Management of Other Resources 383
County-Level Summaries on Social and Economic Sustainability and Plan Area Contributions 384

**Chapter 4. Consultation and Coordination** ................................................................................... **399**
*List of Preparers* ......................................................................................................................... *399*
Core Interdisciplinary Team ...................................................................................................... 399
Extended Interdisciplinary Team ............................................................................................... 400
Forest Strategy and Advisory Team .......................................................................................... 400
*List of Federal, State, and Local Cooperators* ........................................................................... *401*
*List of Tribal Governments Consulted* ......................................................................................... *402*

**References Cited** ............................................................................................................................ **403**
**Glossary** ......................................................................................................................................... **434**
**Appendices** ..................................................................................................................................... **480**
*Appendix A: Wilderness Analysis Process* .................................................................................. *481*
Introduction and Process ........................................................................................................... 481
Analysis ...................................................................................................................................... 481
Areas only in Alternative D ........................................................................................................ 482
Areas considered in both Alternative B and D ........................................................................... 499
References .................................................................................................................................. 504
*Appendix B. Timber Suitability and Analysis* ............................................................................... *506*
Lands that May be Suited for Timber Production ....................................................................... 506
Sustained Yield Limit Calculations ............................................................................................ 507
Lands that Are Suited for Timber Production ............................................................................. 508
*Appendix C. Species of Conservation Concern Presence and Concern for Persistence* ............. *510*
Background ................................................................................................................................. 510
References Cited ........................................................................................................................ 530

Rvsd Plan - 00004521

*Draft Environmental Impact Statement*
*Rio Grande National Forest Revised Land Management Plan*

## List of Tables

Table 1. Management area designations by alternative ........................................................................ 28

Table 2. Geographic areas by alternative ........................................................................................... 34

Table 3. Management areas by alternative ......................................................................................... 35

Table 4. Comparison of Forestwide goals and objectives by alternative ............................................ 37

Table 5. Comparison of revision topic by alternative .......................................................................... 38

Table 6. Suitable activities for each management area, alternative A ................................................. 39

Table 7. Suitable activities for each management area, alternative B ................................................. 40

Table 8. Suitable activities for each management area, alternative C ................................................. 41

Table 9. Suitable activities for each management zones, alternative D ............................................... 42

Table 10. Distribution of wildfire management zones, by alternative ................................................... 43

Table 11. First decade estimates of planned timber sale program (annual average volume output) for all alternatives ..................................................................................................................................... 44

Table 12. Second decade estimates of planned timber sale program (annual average volume output) for all alternatives ................................................................................................................................ 44

Table 13. Timber suitability by alternative .......................................................................................... 45

Table 14. Capable acres for cattle and sheep grazing, by management area...................................... 46

Table 15. Changes in management area distribution related to recommended wilderness, by alternative ......... 47

Table 16. Suitable and eligible river segments considered for inclusion in the National Wild and Scenic Rivers System.............................................................................................................................................. 48

Table 17. Acreage of special interest areas and designated areas, by alternative .............................. 49

Table 18. Alternative A summer recreation opportunity spectrum settings ......................................... 50

Table 19. Alternatives B, C, and D desired summer recreation opportunity spectrum classes............ 50

Table 20. Nonmotorized and motorized settings ................................................................................ 51

Table 21. Forested and nonforested ecosystems, as described in the assessment reports................. 66

Table 22. Crosswalk between the ecosystems and FSVEG Spatial local cover types ......................... 67

Table 23. Percentage of forested and nonforested ecosystems (FSVeg Spatial March 2017)............. 68

Table 24. Definition of habitat structural stages used to characterize ecosystem condition ................ 69

Table 25. Current percentage of acres on the Forest in each habitat structural stage (FSVeg Spatial data layers, March 2017) ....................................................................................................................... 69

Table 26. Current percentage of acres in each habitat structural stage for each of the major forested types (FSVeg Spatial data layers, March 2017)............................................................................................ 70

Table 27. Percentage of acres of forest types in late-successional habitat under current and historic conditions 74

Table 28. Existing and proposed special interest areas and research natural areas on the Forest...................... 81

Table 29. Planned management activity under alternative A – annual average per decade ................. 89

Table 30. Planned management activity under alternative B – annual average per decade ................. 89

Table 31. Planned management activity under alternative C – annual average per decade ................. 90

Table 32. Planned management activity under alternative D – annual average per decade ................. 90

Table 33. Snag and downed wood retention amounts in alternative A ................................................. 95

Table 34. Recommended snags and downed wood for wildlife habitat and ecosystem processes under alternatives B, C, and D.......................................................................................................................... 95

Table 35. Increase in fire growth by energy release component......................................................... 112

Table 36. Acreage of treated sawtimber, 2008–2016 ........................................................................ 127

Table 37. Acres that may be suitable for timber production, by local cover type ................................ 128

Table 38. Timber suitability by alternative .......................................................................................... 129

Table 39. Planned timber sale program (annual average volume output) for alternatives A and B, based on average base funding and an estimated sustained yield limit of 73.7 MCCF........................................... 130

Table 40. Planned timber sale program (annual average volume output) for alternative C, based on average base funding plus supplemental funds and an estimated sustained yield limit of 73.7 MCCF........................... 131

xv

Rvsd Plan - 00004522

*USDA Forest Service*

Table 41. Planned timber sale program (annual average volume output) for alternative D and an estimated sustained yield limit of 73.7 MCCF .................................................................................................. 131
Table 42. Modeled nonforested ecosystems ................................................................................................ 134
Table 43. Forest grazing permits ................................................................................................................. 139
Table 44. Capable acres for cattle and sheep grazing, by management area ................................................ 140
Table 45. 303(d) listed impaired waterbodies in the Rio Grande Basin, 2016 ................................................ 176
Table 46. Federally recognized species on or potentially affected by the Forest ............................................ 196
Table 47. Invertebrate species of conservation concern ............................................................................... 197
Table 48. Amphibian species of conservation concern .................................................................................. 197
Table 49. Fish species of conservation concern ........................................................................................... 197
Table 50. Bird species of conservation concern ........................................................................................... 197
Table 51. Mammal species of conservation concern ..................................................................................... 197
Table 52. Plant species of conservation concern .......................................................................................... 198
Table 53. Miles of estimated designated and groomed winter routes on the Forest ........................................ 216
Table 54. Population estimates of mule deer and elk for 2015 ...................................................................... 232
Table 55. Current status of Rocky Mountain Bighorn Sheep on the Rio Grande National Forest...................... 233
Table 56. Population estimates for Rocky Mountain bighorn sheep in DAU 22 ............................................... 234
Table 57. Black bear harvest numbers in game management units that overlap with the Forest ....................... 234
Table 58. Ecological conditions for recovery and conservation of species of conservation concern described in Assessments 1 and 3 ............................................................................................................................. 244
Table 59. Ecological conditions and features that are NOT described in Assessments 1 and 3, and that are needed or used by at-risk species ............................................................................................................. 245
Table 60. Miles of National Forest System roads by maintenance level ......................................................... 256
Table 61. Miles of National Forest System trails .......................................................................................... 257
Table 62. Crosswalk of terms used in the visual management and scenery management systems.................... 259
Table 63. Scenic condition of the Forest ..................................................................................................... 260
Table 64. Scenic integrity levels ................................................................................................................. 261
Table 65. Existing scenic integrity (alternative A) ......................................................................................... 262
Table 66. Hierarchy of concern level ........................................................................................................... 262
Table 67. Recreation opportunity spectrum and scenic integrity objective compatibility................................... 264
Table 68. Alternative B scenic integrity objectives ....................................................................................... 265
Table 69. Alternative C scenic integrity objectives ....................................................................................... 266
Table 70. Alternative D scenic integrity objectives ....................................................................................... 267
Table 71. Existing summer recreation opportunity spectrum settings ............................................................. 271
Table 72. Forest Service developed recreation sites ..................................................................................... 274
Table 73. Trail miles by primary managed use type ...................................................................................... 276
Table 74. Recreation visits to the Forest, 2015 ........................................................................................... 277
Table 75. Percentage of visits to the Forest by distance travelled, 2015 ....................................................... 278
Table 76. Top five activities on the Forest by participation rate, 2015 ............................................................ 279
Table 77. Existing summer recreation opportunity spectrum settings ............................................................. 280
Table 78. Desired summer recreation opportunity spectrum classes, by action alternative............................... 281
Table 79. Nonmotorized and motorized settings, by alternative..................................................................... 282
Table 80. Motorized over-snow vehicle use by alternative ............................................................................ 283
Table 81. Number of sites evaluated for eligibility to the National Register of Historic Places, 1996 and 2015.. 291
Table 82. Priority heritage assets on the Forest, 2017 ................................................................................. 292
Table 83. Cultural resources and historic uses important in and around the planning area................................ 294
Table 84. Wilderness area crosswalk .......................................................................................................... 302
Table 85. Areas of recommended wilderness in alternatives B and D ............................................................ 303
Table 86. Tribes affiliated with the plan area ............................................................................................... 319

Rvsd Plan - 00004523

Table 87. Population change...........................................................................................................333
Table 88. Median age....................................................................................................................334
Table 89. Education attainment, adults 25 and over, ACS 5 year (2011–2015) ..................................336
Table 90. Racial composition ACS 5 year (2011–2015).....................................................................337
Table 91. Ethnic composition, ACS 5 year (2011–2015) ...................................................................338
Table 92. Unemployment, annual average......................................................................................340
Table 93. Median household and per capita income, ACS 5 year (2011–2015)...................................341
Table 94. Poverty rates, ACS 5 year (2011–2015)............................................................................342
Table 95. Average annual wages, 2015 ..........................................................................................343
Table 96. Federal payments from the Forest ..................................................................................345
Table 97. Forest values that people might hold...............................................................................346
Table 98. Factors of economic sustainability in the Forest's area of influence ...................................348
Table 99. Direct basic industries, 2014 .........................................................................................356
Table 100. Civilian labor force projection – total and tourism-related demand breakdown, 2015–2040 ....357
Table 101. Commercial and noncommercial forest products: Volume and quantity, FY 2006–2016...................365
Table 102. Active facilities in the timber processing area of the Forest ..............................................366
Table 103. Annual capacity and capability to process trees by size class in the timber processing area of the Forest, 2016 .......................................................................................................................367
Table 104. Special forest products harvest (cut) quantity and value, FY 2012–2016 .........................368
Table 105. Definition and example uses of special forest products ...................................................369
Table 106. Forest contributions to streamflow and hydrologic units .................................................370
Table 107. Public water supply and population served, 2010 ...........................................................371
Table 108. Total water withdrawals by water-use category, 2010 ....................................................372
Table 109. Annual average economic contributions (jobs, income, and GDP) based on total projected timber sale and wood sale quantities, including salvage volume, by alternative ..................................379
Table 110. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, including salvage volume, alternatives A and B (1st decade).. 393
Table 111. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, no salvage volume, alternatives A and B (2nd decade) ...........394
Table 112. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, with salvage volume, alternative C (years 1–6)......................395
Table 113. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, no salvage volume, alternative C (year 7 through 2nd decade)396
Table 114. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, with salvage volume, alternative D (1st decade)....................397
Table 115. Annual average economic contributions (jobs, income, and GDP) by industries based on total projected timber sale and wood sale quantities, no salvage volume, alternative D (2nd decade) ......................398
Table 116. Core interdisciplinary team...........................................................................................399
Table 117. Extended interdisciplinary team....................................................................................400
Table 118. Forest strategy and advisory team ................................................................................401
Table 119. Assumptions used for the sustained yield limit calculation...............................................507
Table 120. Suitable timber acreage for alternatives A through D......................................................509
Table 121. Current species of conservation concern and evaluation criteria .....................................512
Table 122. Species considered early but after further review were not identified as species of conservation concern........................................................................................................................523

Rvsd Plan - 00004524

*USDA Forest Service*

# List of Figures

Figure 1. Location of Rio Grande National Forest in Colorado............................................................... 5
Figure 2. Wildfire management continuum .......................................................................................... 105
Figure 3. Fire occurrence, 1970–2016 (FireStat)............................................................................... 108
Figure 4. Fire cause, 1970–2016 (FireStat)....................................................................................... 108
Figure 5. Percent of fires by size class .............................................................................................. 109
Figure 6. Wildfire management continuum, alternative A .................................................................... 114
Figure 7. Wildfire management continuum, alternative B .................................................................... 115
Figure 8. Wildfire management continuum, alternative C .................................................................... 116
Figure 9. Wildfire management continuum, alternative D .................................................................... 116
Figure 10. Selected categories of total ecosystem carbon by ownership............................................ 120
Figure 11. Carbon stocks in the seven forest ecosystem pools in National Forest System lands of the Rocky Mountain Region for 1990 and 2013 .................................................................................. 121
Figure 12. Carbon stored in harvested wood products manufactured from Rocky Mountain Region timber ...... 122
Figure 13. Carbon storage differences among alternatives, as quantified against storage patterns related to the baseline management scenario (alternative A). ................................................................. 124
Figure 14. Total timber sold from 1997 through 2016....................................................................... 127
Figure 15. Potential erosion hazard acres by alternative................................................................... 156
Figure 16. Mass movement potential hazard acres by alternative ..................................................... 157
Figure 17. Reforestation potential by alternative ............................................................................... 157
Figure 18. Watershed condition class, 2012....................................................................................... 175
Figure 19. Employment by industry, all counties, 2014 ..................................................................... 352
Figure 20. Employment by industry, San Luis Valley area of influence, 2014.................................... 353
Figure 21. Base economy, 2014.......................................................................................................... 355
Figure 22. Direct basic industries, 2014 ............................................................................................ 356

Rvsd Plan - 00004525

# List of Maps

All maps are contained on the DVD located at the back of this document.

**Land Ownership**

**Alternatives – Management and Geographic Areas**

Alternative A – Existing Management Areas
Alternative B – Management Areas
Alternative B – Geographic Areas
Alternative C – Management Areas
Alternative D – Management Areas
Alternative D – Geographic Areas

**Forested Ecosystems**

Timber Suitability – May Be Suitable for Timber Production
Alternative A – Timber Suitability Is Suitable for Timber Production
Alternative B – Timber Suitability Is Suitable for Timber Production
Alternative C – Timber Suitability Is Suitable for Timber Production
Alternative D – Timber Suitability Is Suitable for Timber Production
Vegetation Habitat Structural Type
Dominant Local Vegetation Type

**Fire Management**

Alternative B – Fire Management Zones
Alternative C – Fire Management Zones
Alternative D – Fire Management Zones

**Range Management**

Grazing Allotments
Range Capability

**Renewable and Non-renewable Energy and Minerals**

Oil and Gas Potential – 1995
Oil and Gas Lease Parcels – 2008

**Watershed Resources**

Rio Grande Headwater System
HUC 12 Watersheds and Priority Watersheds

**Wildlife and Plant Species**

Alternative B – Roads within Management Areas 5.41
Alternative D – Roads within Management Areas 5.41
Alternative A – Wetlands and Known Fens
Alternative B – Wetlands and Known Fens
Alternative C – Wetlands and Known Fens
Alternative D – Wetlands and Known Fens

**Infrastructure**

Existing National Forest System Roads

**Aesthetics**

Alternative A – Existing Scenic Integrity
Alternative B – Desired Scenic Integrity Objective
Alternative C – Desired Scenic Integrity Objective
Alternative D – Desired Scenic Integrity Objective

*USDA Forest Service*

**Recreation**

Scenic Byways and Railroads
Nationally Designated Trails
Natural Features
**Over-Snow Vehicles**
Alternative A – Over-Snow Vehicle Use Suitability
Alternative B – Over-Snow Vehicle Use Suitability
Alternative C – Over-Snow Vehicle Use Suitability
Alternative D – Over-Snow Vehicle Use Suitability
**Recreation Opportunity Spectrum**
Existing Summer Recreation Opportunity Spectrum
Alternative B – Desired Summer Recreation Opportunity Spectrum
Alternative C – Desired Summer Recreation Opportunity Spectrum
Alternative D – Desired Summer Recreation Opportunity Spectrum

**Special Designated Areas**

Alternative A – Special Designation Areas
Alternatives B and C – Special Designation Areas
Alternative D – Special Designation Areas

**Wilderness**

Alternative B – Recommended Wilderness
Alternative D – Recommended Wilderness

**Wild, Scenic, and Recreational Rivers**

Alternatives B, C, and D – Eligible Wild, Scenic, and Recreational Rivers

**Areas of Tribal Importance**

Brunot Treaty

Rvsd Plan - 00004527

# Chapter 1. Purpose and Need for Action

## Document Structure

This environmental impact statement is prepared in compliance with the National Environmental Policy Act and other relevant Federal and State laws and regulations. This document discloses the direct, indirect, and cumulative environmental impacts that would result from the proposed action and alternatives. The document is organized into four chapters:

- *Chapter 1. Purpose and Need for Action:* This chapter includes information on the history of the project proposal, the purpose and need for the project, and the Forest Service's proposal for achieving that purpose and need. This chapter also details how the Forest Service informed the public of the proposal and how the public responded.

- *Chapter 2. Alternatives, including the Proposed Action:* This chapter provides a more detailed description of the Forest Service's proposed action as well as alternative methods for achieving the stated purpose. These alternatives were developed on the basis of issues and comments raised by the public and other agencies. This discussion also includes any mitigation measures associated with the proposed action or alternatives. Finally, this section provides a summary table of the environmental consequences associated with each alternative.

- *Chapter 3. Affected Environment and Environmental Consequences:* This chapter describes the environmental effects of implementing the proposed action and other alternatives. It describes the affected environment, by resource area, as a baseline against which the impacts of alternatives are measured. The description of each resource or management focus is followed by disclosure of the potential indirect, and cumulative, effects of implementing the proposed action and each of the alternatives on that particular resource. Given the programmatic nature of this analysis, there are no direct effects of implementing the proposed action. Such effects would occur at the project level.

- *Chapter 4. Consultation and Coordination:* This chapter provides a list of preparers and agencies, government officials, and selected other parties who were consulted during the development of the document.

- *References*. This section reports full citations for the sources cited in the text.

- *Glossary*. The glossary defines terms used in this draft environmental impact statement.

- *Appendices*. The appendices provide more detailed information to support the analyses presented in the analysis.

Additional documentation, including more detailed analyses of project area resources, is contained in the project record, which is available at the Rio Grande National Forest Supervisor's Office, 1803 W. Highway 160, Monte Vista, Colorado, 81144. The office is located on the west side of Monte Vista, on the north side of Highway 160. Office hours are 8:00 am – 4:30 pm, Monday through Friday.

In this document, "forest" with a lower case "f" refers to areas with trees, while "Forest" or "Forestwide" with an upper case "F" refers to the Rio Grande National Forest. Forest Service

*USDA Forest Service*

land management plans are commonly referred to as forest plans. The proposed action is also sometimes called the proposed plan or draft plan, and it is being concurrently published with the formal title "Rio Grande National Forest Draft Revised Land Management Plan."

# Regulatory Direction

The National Forest Management Act of 1976 (Public Law 94-588) directs the Forest Service to develop land management plans (forest plans), which direct the management of the natural resources and human uses of each national forest. Implementation of the National Forest Management Act (36 CFR 219) requires every national forest to revise its land management plan:

- every 10 to 15 years,
- when conditions or demands in the area covered by the plan have changed significantly,
- when changes in agency policies, goals, or objectives would have a significant effect on forest-level programs, and
- when evaluation of monitoring data indicates that a revision is necessary.

Many forest plans have not been revised on schedule for various reasons, but an important factor includes the time and capacity needed to produce a forest plan amendment, which can take 3 to 5 years to complete. Since the Rio Grande Forest Plan was last revised in 1996, the plan has required seven amendments, including several project-specific amendments as well as amendment of Forestwide direction, such as the Management Indicator Species Amendment (2003) and the Southern Rockies Lynx Amendment (2008).

Many other laws and regulations apply to management of the national forests including, but not limited to, the Clean Air Act, Clean Water Act, Endangered Species Act, and National Historic Preservation Act. Issues that do not warrant citation of the direction contained in the law or regulation are generally not repeated or referenced in a forest plan. Additional direction and policy for managing national forests are provided in Executive orders, the Code of Federal Regulations, and the Forest Service directives system. The Forest Service directives systems includes Agency-specific manuals and handbooks that contain information that is not repeated in a forest plan.

# 2012 Planning Rule Direction

Issued by the U.S. Department of Agriculture, the new 2012 Planning Rule emphasizes that forest plans are to guide forest management so that national forests are ecologically sustainable and contribute to social and economic sustainability. National forests are managed to provide ecosystems and watersheds with ecological integrity and diverse plant and animal communities. In addition, they are managed to have the capacity to provide people and communities with ecosystem services and multiple uses that provide a range of social, economic, and ecological benefits for the present and into the future.

Three phases of planning are described in the 2012 Planning Rule:

- Assessment,
- Development, amendment, or revision of forest plans, and
- Monitoring. (See 2012 Planning Rule at 36 CFR 219.6, 219.7, 219.12, and 219.13.)

2

Rvsd Plan - 00004529

The Rio Grande forest plan was signed in 1996, and the direction contained was still applicable and valid. However, the recent spruce beetle infestation caused a change in condition that warranted revision of the existing forest plan. The Rio Grande is the first national forest in the Rocky Mountain Region to undergo revision under the 2012 Planning Rule. The Forest began the assessment phase of planning in 2014. Through the assessments and extensive public involvement, the Forest began the revision process in 2016 by developing and releasing a need for change, strategic framework, and proposed action. This environmental impact statement analyzes the alternatives that have been developed and presents an adaptive management process and monitoring plan that will be implemented upon completion of the forest plan revision process.

# Forest Plan Content

Forest plans provide a framework for integrated resource management and for guiding project and activity decision-making. Plans themselves do not compel any action, authorize projects or activities, or guarantee specific results. Instead, they provide the vision and strategic direction needed to move the national forest toward ecological, social, and economic sustainability. Proposed draft revised plans include "plan components" and "other content."

After a plan is approved, any substantive changes to *plan components* require a plan amendment. Revisions to *other plan content* to correct nonsubstantive content (such as misspellings or typographical mistakes), or to update information (such as data and maps), may be made using an administrative correction process. The public is notified of all plan amendments and administrative corrections before they become effective.

# Plan Components

A forest plan provides general strategic framework to guide national forest staff as they propose, analyze, and decide on projects and activities. The five required components of a forest plan include desired conditions, objectives, standards, guidelines, and suitability of lands. A plan may also include goals as an optional component.

- A **desired condition** describes the specific social, economic, or ecological characteristics of the plan area, or a portion of the plan area, toward which management of the land and resources should be directed. This description is specific enough to allow assessment of progress toward achievement but does not include a completion date.
- An **objective** is a concise, measurable, and time-specific statement of a desired rate of progress toward one or more desired conditions. Objectives are based on reasonable foreseeable budgets.
- A **standard** is a mandatory constraint on project and activity decision-making, established to help achieve or maintain the desired condition, to avoid or mitigate undesirable effects, or to meet applicable legal requirements.
- A **guideline** is a constraint on project and activity decision-making that allows for departure from its terms (more flexibility), as long as the purpose of the guideline is met. Guidelines are established to help achieve or maintain the desired condition or

Rvsd Plan - 00004530

*USDA Forest Service*

conditions, to avoid or mitigate undesirable effects, or to meet applicable legal requirements.

- **Suitability** of lands is determined for specific lands within the plan area. The lands are identified as suitable or not suitable for various uses or activities based on desired conditions applicable to those lands. The suitability of lands is not identified for every use or activity. Identification of certain lands as suitable for a use is not a commitment to allow such use, but only an indication that the use might be appropriate. If a plan identifies certain lands as not suitable for a use, then that use or activity may not be authorized unless a change in the plan is made.

### Optional Plan Components

- A **goal** describes a broad statement of intent. These are overarching desires for management of the national forest within the 2012 Planning Rule framework that do not include completion dates.

## Other Plan Content

Other content included in forest plans includes background information, general area descriptions, identification of priority watersheds for maintenance and restoration, and management approaches—which describe the principal strategies and program priorities that each national forest intends to employ to carry out projects and activities under the plan. Potential management approaches may discuss potential processes such as analysis, assessment, inventory, project planning, or project monitoring. They can convey a sense of priority and focus along with a likely management emphasis. Management approaches relate to desired conditions.

The monitoring program is based on the practice of adaptive management, which is recognized as critical for managing natural resources. The purpose of monitoring in an adaptive management framework is to facilitate learning to support determinations on whether changes to the forest plan are needed.

Additionally, the forest plan includes implementation direction for a public adaptive management process that will be implemented to increase public involvement in plan-level decision-making.

## Background of the Forest

The Rio Grande National Forest consists of about 1.83 million acres in south-central Colorado (Figure 1) and forms the backdrop for the San Luis Valley, one of the largest mountain basins in the world. The headwaters of the Rio Grande originate within the Forest boundary, and most watersheds on the Forest feed into the Rio Grande system. Water for municipal, industrial, and agricultural purposes comes from the Sangre de Cristo mountain range on the east side of the valley, and the San Juan mountain range to the west. The Forest was established in large part for the protection of these watersheds, and this foundational language is every bit as relevant today as it was at the inception of the original forest reserve as described later in the *Administrative History* section.

Rvsd Plan - 00004531



**Figure 1. Location of Rio Grande National Forest in Colorado**

The Forest is administered by the U.S. Department of Agriculture Forest Service, which is one of several land management agencies in the San Luis Valley. Department of Interior agencies that management land in the valley include the Bureau of Land Management, National Park Service, and U.S. Fish and Wildlife Service. All of the agencies have similar missions and directives and work collaboratively across area boundaries. Differences among the agencies are typically not understood by the general public. A map showing *Land Ownership* is contained on the DVD located at the back of this document.

State agencies also provide input to management on Federal lands. For example, Forest staff collaborate closely with Colorado Parks and Wildlife staff in the management of habitat for wildlife species, including big game species such as elk and bighorn sheep. Colorado Parks and Wildlife directs herd location and management that relates to the habitat management responsibilities of the Forest.

Elevation ranges from about 7,800 feet in the foothills to more than 13,000 feet in the San Juan Mountains along the Continental Divide. A few Sangre de Cristo elevations, to the east, exceed 14,000 feet.

*USDA Forest Service*

The expansive and flat San Luis Valley, which contains very little National Forest System land, is composed of unconsolidated sediments laid down during the late Tertiary period. The Sangre de Cristo and San Juan mountain ranges on either side of the San Luis Valley, where most of the Forest is located, are of different origin and geologic age. The San Juan Mountains are composed of volcanic rocks and related shallow, intrusive rocks of the mid- to late-Tertiary period. Although the Sangre de Cristo Mountains are of more recent origin, the bedrock is older. The steep, narrow Sangre de Cristo Mountains were formed by faulting and thrusting along the Rio Grande Rift, a north-trending continental rift zone that separates the Colorado Plateau to the west from the Southern Rocky Mountains to the east.

Forest ecosystems generally vary by elevation, with the highest elevation containing the alpine tundra that occurs at or above 11,500 feet. Decreasing in elevation is the spruce-fir forest, which is generally inhabited by Engelmann spruce and subalpine fir mixed with quaking aspen. Vegetation in these ecosystems has been substantially altered by the recent spruce bark beetle infestation.

The Rocky Mountain alpine turf ecosystem is widespread above the upper timberline (11,000 feet and higher). Dominant species include boreal sagebrush, several sedge species, tufted hair grass, fescue grasses, Ross' avens, Bellardi bog sedge, cushion phlox, and alpine clover.

The mixed conifer-wet ecosystem occurs in the transition zone between the higher elevation spruce-fir and the drier mixed conifer type. It is generally dominated by Douglas fir and various combinations of white fir, Colorado blue spruce, Engelmann spruce, or subalpine fir, with incidental occurrences of ponderosa pine.

The drier mixed conifer ecosystem sites include a mix of conifer species, including ponderosa pine, Douglas fir, white fir, Colorado blue spruce, and smaller amounts of aspen. Depending on site conditions, limber pine, bristlecone pine, and some pinyon pine or juniper can be present.

Closer to the valley the pinyon-juniper woodland ecosystem includes pinyon pine, Rocky Mountain juniper, and Utah juniper. These woodlands generally occur on warm, dry sites on mountain slopes, mesas, plateaus, and ridges. Understory species include sparse perennial grasses, annual and perennial forbs, and sparse shrubs.

Rocky Mountain Gambel oak shrubland ecosystems are present at the north end of the San Luis Valley near Poncha Pass. Dominant species include Gambel oak, serviceberry, sagebrush, and various other shrubs, grasses, and forbs.

The Southern Rocky Mountain montane-subalpine grassland ecosystem includes Thurber fescue, Arizona fescue, and several other grasses, forbs, and sedges.

The Rocky Mountain riparian ecosystem includes numerous riparian types in the upper montane/subalpine zones. These systems are highly variable and generally consist of cottonwoods, willows, sedges, other herbaceous vegetation, aspen, and conifers such as blue spruce, Engelmann spruce, and subalpine fir.

The Rio Grande National Forest provides habitat for an estimated 300 species of mammals, birds, reptiles, amphibians, and fish. Eight of the 300 species are federally recognized as threatened or endangered animal species:

Rvsd Plan - 00004533

- Black-footed ferret
- Canada lynx
- Gunnison sage-grouse
- Mexican spotted owl
- New Mexico meadow jumping mouse
- Southwestern willow flycatcher
- Uncompahgre fritillary butterfly
- Yellow-billed cuckoo

The Rio Grande National Forest represents a large part of the core area for Canada lynx, which were reintroduced to Colorado during 1999–2006. The vast majority of Canada lynx in Colorado remain and reproduce in the high-elevation spruce-fir zone in the southwestern part of the state, including on the Forest.

Counties containing National Forest System lands include Alamosa, Archuleta, Conejos, Hinsdale, Mineral, Rio Grande, Saguache, and San Juan. Many counties are characterized by low population densities, high unemployment, and low per capita income. Although there are no National Forest System lands in Custer and Costilla Counties, people there rely on the Forest for gathering forest products such as firewood, and for hiking, camping, and other recreational activities.

The area of influence for the Forest extends beyond the eight counties that contain lands within its boundaries. Colorado communities within Alamosa, Archuleta, Chafee, Conejos, Costilla, Custer, Fremont, Gunnison, Hinsdale, La Plata, Mineral, Montrose, Park, Rio Grande, Saguache, and San Juan Counties and New Mexico communities in Rio Arriba and Taos Counties are recognized as having strong socio-economic ties to the Forest. These 16 counties are included in the area of economic influence

Communities surrounding the Forest have become increasingly attractive to new residents because of their proximity to open spaces, natural settings, and easy access to year-round recreational opportunities. Population projections indicate that the San Luis Valley and the region surrounding the Forest will continue to grow, increasing demands on Forest resources.

The Forest offers diverse recreation opportunities that include backpacking, boating, camping (both developed and dispersed), cross-country skiing, fishing, hiking, hunting, off-road vehicle riding, picnicking, rock climbing, snowshoeing, and snowmobiling.

More than 1,350 miles of trails traverse the Forest, including the Continental Divide National Scenic Trail, the Colorado Trail, and the Old Spanish National Historic Trail. About 170 miles of the Continental Divide National Scenic Trail traverse the Rio Grande National Forest, starting at the boundary with the Gunnison National Forest and stretching to the New Mexico state line. Sections of the Old Spanish National Historic Trail, designated in 2002, pass through the Rio Grande National Forest, offering a glimpse into past trade routes along which supplies and slaves were moved from Santa Fe to the California Territory in the 1820s.

Colorado has the sixth-highest acreage of National Forest System lands nationwide, with about 14,471,800 acres of national forests and grasslands that provide places for recreational activities for residents and tourists. For Colorado and most of the Rocky Mountains, tourism

*USDA Forest Service*

is a main source of income. There is a direct tie between the beautiful scenery provided by the Forest and local economic benefits.

The Rio Grande National Forest makes up 13 percent of the National Forest System land in the State of Colorado. Traversing the Forest are two designated scenic byways—the Silver Thread and Los Caminos Antiguos (Colorado Department of Transportation 2017)—and a well-developed system of roads and trails. Many outfitter and guide services provide visitor opportunities to experience the Forest.

Located in the south-central part of the Rocky Mountain range, the Forest offers unique scenic experiences. Southwestern flora combine with the spectacular scenery of the central Rocky Mountains. To the east, the open floor of the San Luis Valley is surrounded by the rugged mountain peaks of the Sangre de Cristo range. To the north, high mountain peaks give way to gentler rolling hills covered in lodgepole pine that extend to the valley bottom. Looking west, the scattered mountain peaks are mixed with rolling hills, rock canyons, and open meadows. To the south the valley is fairly flat, with several dominant, rounded mountains that rise above the horizon.

These characteristics offer visitors some of Colorado's most beautiful scenery. The Sangre de Cristo range is home to several of Colorado's 14,000-foot peaks including Crestone Peak, Crestone Needles, Kit Carson, and Blanca Peak. Great Sand Dunes National Park and Preserve borders the Forest in the Sangre de Cristo range. Some of the tallest dunes in North America occur in the park, which is managed by the National Park Service and is adjacent to the Forest.

The western part of the Forest has a view of the Rio Grande Pyramid, the 100-foot-high North Clear Creek Falls, Bristol Head Mountain, the headwaters of the Rio Grande river system, and the La Garita, South San Juan, and Weminuche Wilderness areas. Parks and open meadows, such as Saguache Park, contain a variety of plant and animal life and are home to a wide range of wildflowers.

Historic scenic areas include the Bachelor Loop, near Creede; the Bonanza Loop, near Villa Grove; and the Cumbres & Toltec Scenic Railroad, near Antonito. Tucked in the foothills are many unique rock formations, including the Natural Arch and Summer Coon Volcano areas. Adjacent Bureau of Land Management lands have well-known rock climbing areas such as Penitente, Witches, and Sidewinder Canyons, and the Rock Garden, that draw avid rock climbers to the area.

## Administrative History

The Rio Grande National Forest was established by President Theodore Roosevelt on July 1, 1908. The proclamation language created the Forest "from those parts of the San Juan and Cochetopah National Forests within the Rio Grande river drainage, excluding the land containing Saguache Creek, Carnero Creek and their tributaries, and the tributaries of San Luis Creek."

Although the Forest Reserve Act was passed in 1891, reserves that later would become the Rio Grande National Forest were not created until April 11, 1902, when the San Isabel Forest Reserve was created by Theodore Roosevelt, including a portion of the Sangre de Cristo mountain range from Poncha Pass to Mt. Blanca. The reserve was created in response to a

8

petition by the San Luis Valley Cattlemen, among others, to protect the watershed for the growing San Luis Valley agricultural economy (Godfrey 2012).

On June 3, 1905, the San Juan Forest Reserve was established, including lands south and west of the Rio Grande from the headwaters to the New Mexico state line. The San Juan was created following a field report generated by Coert DuBois in 1903. The field report documented characteristics of the lands that would become the Reserve including topography, climate and precipitation, prevailing winds, and vegetation types at various elevations. The DuBois report also documented the human activities impacting the forest at the turn of the century, including "farming, sheep and cattle raising, lumbering and mining, named in the order of their importance." Ultimately, the report recommended creation of the San Juan Forest Reserve with a priority on watershed health, specifically "to prevent spring floods and summer droughts; ensure a steady supply of timber for developing the area's mineral resources and to prevent control of timber supply from passing into the hands of large lumber companies; to prevent overstocking of the range; and to prevent and control repeated forest fires" (Godfrey 2012). The first headquarters was located in Durango in 1906 and was shared with the newly established Montezuma Forest Reserve. Later that year, the supervisor's office for the San Juan Forest Reserve was moved to Monte Vista. Early ranger districts on the Rio Grande side of the reserve were the Pyramid, Creede, Alamosa, and Conejos.

Ten days following the creation of the San Juan Forest Reserve, the Cochetopah Forest Reserve was created on June 13, 1905. This Reserve included lands that would become the northwest portion of the Rio Grande National Forest, extending from the north side of the Rio Grande headwaters system north through the Cochetopa hills to the west side of Poncha Pass. The Cochetopah was recommended following another field report generated by John Hatton, which recommended creation of the Reserve to ensure protection of the watershed for downstream irrigation. The Cochetopah became its own national forest in 1907 when all reserves became national forests. Original ranger districts that later became part of the Rio Grande National Forest include the Saguache and Poncha Districts, with guard stations at Stone Cellar, Upper Crossing, and Brewery Creek, and a ranger station in Saguache. The Poncha District abutted the San Luis Ranger District of the San Isabel National Forest, with an office in Moffat.

After the original formation of the Rio Grande National Forest in 1908, it remained one of three national forests managing the Rio Grande headwaters until the 1940s. After being created out of the San Juan Forest Reserve, the new national forest retained the previous ranger districts of Pyramid, Creede, Alamosa, and Conejos and created the South Fork District with a ranger station on Alder Creek. In 1920, the Del Norte Ranger District was carved out of portions of the Alamosa and Alder/South Fork Districts. In 1940, the boundaries of the Del Norte District were slightly changed and while the district remained, the Alamosa Ranger District was restored. Finally, the Pyramid and Creede Districts were consolidated into the Creede Ranger District, which continued to use the ranger station in Creede.

President Franklin Roosevelt transferred portions of the Cochetopah National Forest to the Rio Grande National Forest on December 29, 1938. Then, in late 1943, following recommendations in 1940 under the authority of the General Exchange Act of 1922 to acquire certain lands of the Tierra Amarilla Land Grant, a title to those lands owned by the

9

*USDA Forest Service*

Hughes Estate and known as Chama Basin was transferred to the Forest. On January 17, 1945, the Cochetopah National Forest was abolished and its ranger districts placed under the administration of the Gunnison (Tomichi), Rio Grande (Saguache) and San Isabel (Buena Vista, Leadville, and major portions of Poncha) National Forests. The transfer was retroactively effective as of July 1, 1944. The remaining portions of the west flank of the Sangre de Cristo Mountains were transferred from the San Isabel National Forest to the Rio Grande National Forest on October 26, 1954.

## Purpose and Need for Action – The Need for Change and Revision Topics

This document analyzes a suite of alternatives that will ultimately revise the existing land management plan for the Rio Grande National Forest. The purpose and need for this action is primarily the changed condition on the Forest. Since the forest plan was approved in 1996, it has been amended seven times. Significant changes in economic, social, and ecological conditions in the plan area have taken place, including the infestation of about 610,000 acres of spruce trees by the spruce beetle (USDA Forest Service GSC 2016).

The purpose and need for revising the current plan is also to incorporate new policies, priorities, information from monitoring reports, and scientific research as required under the 2012 Planning Rule. Forest staff have completed monitoring reports annually from 1997 through 2013. The 2012 Planning Rule, which became effective May 9, 2012, requires inclusion of plan components that address social and economic sustainability, ecosystem services, and multiple uses integrated with the plan components for ecological sustainability and species diversity. Social and economic management direction is needed to provide people and communities with a range of social and economic benefits for present and future generations. To meet the 2012 Planning Rule requirement to provide for ecological sustainability, management direction is also needed that addresses ecosystem integrity and diversity, including key ecosystem characteristics, in light of changes in climate, landownership, and recreational use patterns, as well as other threats and stressors to those ecosystems.

Revised plan components that focus on maintaining or restoring aquatic and terrestrial ecosystems are needed to provide for species diversity, including threatened and endangered species, and species of conservation concern. Additionally, updates and modifications to management direction are needed to address suitability of certain areas for particular uses, address access and sustainable recreation, and provide for the management of existing and anticipated uses. The 2012 Planning Rule also requires the identification of areas suitable for timber harvest on the Forest, the re-evaluation of the maximum quantity of timber that may be removed from the Forest, a description of the proposed and possible actions related to the planned timber sale program, timber harvesting levels, and the proportion of various methods of forest vegetation management practices.

Most importantly, the purpose and need is to address the identified needs to change the existing plan that was presented to the public in March 2016 and refined into an initial proposal in July 2016. These needs for change were identified through the monitoring reports mentioned above, internal staff recommendations, and the assessment phase of the revision process, which was initiated in December 2014 and completed in March 2016. Extensive

Rvsd Plan - 00004537

public and employee involvement, along with science-based evaluations, has helped identify these preliminary needs to change the existing forest plan. During the assessment phase, more than 50 public meetings were held in multiple forums to engage the public on the current condition and potential needs to change the management of the Forest. Upon completion of the assessment phase, two additional rounds of meetings were held on each district in March and July of 2016 to discuss and further refine the needs for change and initial proposal summarized in the proposed action items described below.

Listed below are the broad need for change topics for the revised forest plan, as described in the March 2016 need for change document and refined in the July 2016 initial proposal. These topics were distributed in the documents through tables A, B, and C, tiered to their legal requirements and levels of discretion at the Forest level. These are considered need for change topics because, by themselves, any change in management direction would generally result in an amendment of the forest plan. Resolution of these topics could change management direction over large areas of the Forest, or change the mix of goods and services that the Forest provides.

The listed topics can be thought of as an "umbrella" for several important issues related to the same revision topic, to be discussed in further detail later in this chapter.

- Terrestrial, riparian, and aquatic ecosystem integrity
- Habitat connectivity and persistence of species of conservation concern
- Sustainable recreation opportunities and suitability of uses
- Wilderness, wild, scenic and recreational rivers, and other special designations considerations
- Timber suitability and management
- Risk management, climate change vulnerabilities, and renewable energy
- Social and economic sustainability and ecosystem services
- Prescribed and naturally occurring fire as a management tool

The need for change topics listed above are not the only changes addressed in the plan. Many other changes were raised as potential revision topics during the assessment phase but were not identified as needs for change. Those issues were listed in both the March and July need for change documents as "desired changes identified through the assessment phase" in Table D of the Purpose and Need for Action (USDA Forest Service 2016a). At the time, the deciding official believed that those changes might not be relevant, timely, or appropriate for further analysis. At least three changes originally contained in Table D were moved to Table C as an identified need for change following public comment and interdisciplinary team review, including consideration of the suitability of over-snow travel and communication sites, and additional management direction to ensure separation of domestic sheep and pack goats from bighorn sheep. There is also a need to integrate previous amendments and management decisions, including the Southern Rockies Lynx Amendment, Baca Mountain Tract Amendment, water rights settlement and decree in Colorado Case No. 81-CW-183 from March of 2000, and the Colorado Roadless Rule finalized in 2012.

*USDA Forest Service*

**Travel Management**

Travel management addresses the use of motor vehicles on National Forest System lands. Many commenters confuse travel management with a determination of land suitability. While one process informs the other, the two are separate processes. The 2012 Planning Rule requires that the forest plan identify lands as suitable for various uses or activities based on the desired conditions for those lands. Suitability of lands in the plan area integrates social, economic, cultural, and ecological considerations. Identification of suitable lands is not required for every resource or activity or acre of land.

Travel management identifies which lands are available for all types of motorized vehicle use, which includes passenger vehicles, snow machines, motorcycles, four wheelers, etc. When designating uses, the responsible official considers the effects on natural and cultural resources, public safety, recreational opportunities, access needs, conflicts among uses of the lands, the need for maintenance and administration of roads, trails, and areas that would arise if the uses under consideration are designated, and the availability of resources for that maintenance and administration. The Travel Management Rule, Subpart (b), provides specific criteria for designation of trails and areas. The objective of the decision by the responsible official is to minimize: (1) damage to soil, watershed, vegetation, and other forest resources, (2) harassment of wildlife and significant disruption of wildlife habitats (Federal Register /Vol. 70, No. 216 /Wednesday, November 9, 2005 /Rules and Regulations).

The Forest has determined to complete the travel management process subsequent to the forest planning process. The forest plan process will identify what lands are suitable for motorized use based on desired conditions. The travel management process will then determine the effects of those uses on Forest resources and use and determine what roads, trails, and areas can accommodate motorized use. Completing the process in this manner allows determinations of suitability to be established and better inform the travel management process. The travel management plan approved with the 1996 forest plan will continue to be implemented until a separate revision process is initiated following revision of the forest plan.

# Proposed Action

The Rio Grande National Forest is proposing to revise the forest plan to address the needs for change developed in March 2016. The Forest proposes to establish a strategic management framework to guide development of the forest plan direction and implementation for the next 10 to 15 years. The framework is designed to increase the responsiveness of forest managers to changing conditions on the landscape, including changes from higher level direction, and new technologies that are not yet foreseen. Developed with the public through the spring and summer of 2016, this framework includes an overarching geographic area layer that groups the management areas mostly contained in the 1996 forest plan. The geographic areas are tiered to levels of active management, the responsible official's discretion in managing the specific areas, and the current legal status of the land. The framework provides an opportunity for the revised plan to better communicate how the Agency manages the Forest, which was a common theme heard throughout the public process.

The proposed action includes Forestwide goals, objectives, and desired conditions, as well as management area specific desired conditions. To ensure for management accountability, the

12

Forest is proposing standards, guidelines, and suitability determinations to reflect this adaptive management strategy while ensuring ecosystem integrity, sustainability, habitat connectivity, and the persistence of species of conservation concern.

The proposed action, which is alternative B, identifies watersheds that are a priority for maintenance and restoration as required in the 2012 Planning Rule. It also includes an estimate of what may be suitable timber acreage for the next 10 to 15 years, as well as a proposal for fire management zones. The Forest intends to re-evaluate the suitability of its National Forest System lands to support other multiple uses, including over-snow vehicle use, communication sites, and utility corridors.

When developing alternative B, the Forest conducted an analysis of changes to suitable and eligible wild, scenic, and recreational rives. Forest specialists analyzed 34 stream reaches as potentially suitable and eligible for inclusion in the National Wild and Scenic Rivers System. One segment of Deadman Creek in the Sangre de Cristo range is being carried forward into analysis of the potential outstanding resource values.

The Forest also conducted a process that conducted an inventory and evaluation of potential wilderness acres. This extensive process is documented in Rio Grande National Forest Draft Wilderness Evaluations (USDA Forest Service 2016c), which are available on the Forest website.

The proposed action describes a monitoring plan as part of the adaptive management framework to ensure accountability. The monitoring plan presents questions and indicators of measures to address eight topic areas required by the 2012 Planning Rule. The monitoring plan uses data from existing databases and ongoing partnerships as much as possible, including further development of a partnership with the State and Private Forestry Forest Inventory and Analysis program.

Alternative B proposes to establish an expectation of an annual information-sharing meeting with the public to gauge implementation of the forest plan and identify potential needs for changes and amendments to the forest plan. Depending on the level and extent of the necessary adjusments, there may be a need to complete a forest plan amendment or administrative change. Regardless of the process used, any changes to plan content would be conducted with public involvement.

The proposed action is formally known as the Rio Grande National Forest Draft Revised Land Management Plan, which is being published simultaneously along with this Rio Grande National Forest Plan Revsion Draft Environmental Impact Statement. *Maps of management areas and geographic areas for alternatives A through D* are contained on the DVD located at the back of this document.

# Decision Framework

The responsible official for the analysis is the forest supervisor for the Rio Grande National Forest. The responsible official will prepare a final environmental impact statement based on the analysis and subsequent public comments, and will identify a selected alternative in a draft record of decision that will be subject to an objection process guided by the direction in 36 CFR Subpart B (219.50 to 219.62). The decision will:

*USDA Forest Service*

- Establish desired conditions and objectives,
- Establish Forestwide design criteria (standards and guidelines),
- Establish management areas and geographic areas,
- Determine suitability of land,
- Determine the maximum amount of timber that might be removed,
- Recommend areas for inclusion in the National Wilderness Preservation System (36 CFR 219.7(c)(2)(v)) if applicable, and
- Identify suitable and eligible wild, scenic, and recreational rivers (36 CFR 219.7(c) (2) (vi)) if applicable.

A final record of decision and accompanying forest plan sets a course of action for managing the Forest for the next 10 to 15 years. Forest plans are strategic in nature and do not compel the Agency to undertake any site-specific projects. Project-level environmental analysis will be completed for specific proposals that implement direction in the forest plan.

The forest plan provides strategic direction and a framework for decision-making during the life of the plan, and does not repeat information already required or described in existing laws, regulations, or guidance. The forest plan does not make site-specific project decisions or dictate day-to-day administrative activities needed to carry on internal operations within the Forest Service. The authorization of project-level activities is based on the direction contained in the forest plan, but occurs through subsequent project-specific environmental analysis and decision-making as required by the National Environmental Policy Act. Though strategic guidance is provided, no decisions will be made regarding the management of individual roads or trails, such as those that might be associated with a travel management plan under 36 CFR Part 212. Some issues, although important, are beyond the authority or control of a forest plan and will not be addressed. For example, inventoried roadless area boundaries established by the Colorado Roadless Rule will not be modified.

# Public Involvement

The Forest has engaged in collaboration and public involvement to inform revision of the forest plan since October 2014. Prior to the beginning of assessment development, the Forest hosted four community awareness meetings and interviewed key stakeholders to gauge awareness of forest planning and the best timing to hold assessment meetings.

The notice of intent to initiate the assessment phase was published in the Federal Register on December 26, 2014. From February 2015 through March 2016, more than 50 topic-based and co-hosted meetings were held with partner organizations. More than 500 people attended. Concurrently, the Forest used a web-based tool to ask questions to inform the assessments. Public engagement was first summarized in meeting notes that were made available on the website and later synthesized into 15 topic-based report packages composed of executive summaries, reports, and appendices. The executive summaries were explicitly designed to reach the broadest audience, with a summary of the resource issues and a synthesis of what was heard from the public. The executive summaries were generally less than five pages and used the headers "what we asked," "what we heard," and "where we're headed."

14

The assessments were completed and a draft need for change document was published in March 2016. More than 100 people attended one of the three public meetings and a webinar. In response to public comments, Forest staff committed to working through two iterations of the need for change document before formalizing a proposed action and initiating scoping. The second need for change document, or initial proposal, was presented through another round of public meetings in July 2016 and included a proposed adaptive management framework and the use of management practices, later renamed management approaches, as plan components.

In June 2016, the Forest held two draft wilderness inventory meetings to refine criteria used in the wilderness inventory phase. The Forest successfully presented a draft inventory map at both meetings. In July, a final wilderness inventory report and draft evaluation report was published as well as an initial inventory of wild, scenic, and recreational rivers to be analyzed. The July meetings mentioned above also presented these two topics.

Comments on the initial proposal were used to create the proposed action, which was published in the Federal Register on September 12, 2016. The proposed action included a draft plan, as well as a regional forester letter confirming the species of conservation concern for the Forest. Scoping lasted 45 days, until roughly the end of October 2016. About 75 people attended the three public meetings held in late September.

Overall, the Forest has benefitted from mostly positive feedback from the public leading up to scoping. Consistent leadership in key positions (forest supervisor, public affairs staff) has helped preserve a sense of trust, at least with the local public.

## Collaboration

The Forest has maintained ongoing collaboration with counties, state agencies, and tribes, starting with stakeholder interviews conducted in October 2014, to develop the assessment phase strategy. During plan development, the Forest was able to further focus collaboration with counties and state agencies. A local stakeholder group applied for funds through Colorado's Federal Lands Coordination program to facilitate county engagement in federal land planning. These funds allowed the Forest to contract with Agnew: Beck to facilitate the plan development meetings. The Forest plan revision effort was the first time this program had been used in Colorado. The Forest also formalized a cooperating agency relationship with Alamosa, Conejos, Hinsdale, Rio Grande, Saguache, and Mineral Counties, Colorado's Department of Natural Resources, and the Navajo Nation in May 2016 and held focused meetings with this group in May and November 2016.

## Tribal Consultation

In October 2014, the Forest initiated formal government-to-government tribal consultation by mail with 19 consulting tribes. Consultation began by offering tribes the opportunity to establish their level of involvement throughout the assessment and plan development processes. The San Luis Valley Native American Graves Protection and Repatriation Act Working Group already was in existence. Participants include the National Park Service, Bureau of Land Management, U.S. Fish and Wildlife Service, and 13 consulting tribes. Discussion at an October 2014 meeting included how the tribes might be involved in forest plan revision. Five tribes elected to participate in the assessment process.

Rvsd Plan - 00004542

Heritage staff met with the Jicarilla Apache Tribe, Navajo Nation, Santa Ana Pueblo, Southern Ute Tribe, and Ute Mountain Ute Tribe in 2015 to determine need for change topics and discuss features and areas of interest, including Blanca Peak, which was the focus of a May 2015 meeting to discuss the significance of the mountain and ways of unifying the federal ownerships across four agencies in its management. Attendees included representatives from the Navajo, Jicarilla, and Southern Ute, the Forest, Bureau of Land Management, U.S. Fish and Wildlife Service, and National Park Service.

In February 2016, the Navajo Nation became a cooperating agency in addition to their existing government-to-government relationship. In October 2016, the Forest updated the San Luis Valley Native American Graves Protection and Repatriation Act Working Group on the assessments, the wilderness recommendation process, and needs for change. In 2017, heritage program staff discussed management of oshá and draft plan components with tribes, including the Southern Ute Tribe. Staff also met with the Navajo Nation to further discuss proposed management strategies for Blanca Peak. Additionally the Forest sent a letter to the 19 consulting tribes formally requesting input on draft plan components related to areas of tribal importance.

## Research Opportunities and Partnerships

During plan development, the Forest reached out to the Forest Service Rocky Mountain Research Station when developing management direction related to insects and disease, hydrology, drought, and other reasonably foreseeable climate trends within the life of the revised plan. Initial discussion culminated in a two-day workshop in October 2016 with Forest staff and researchers from Rocky Mountain Research Station to share research findings and strategize on plan direction related to the topics described above. Many of the research findings were used by the Forest Service to develop revised plan direction.

Partnership opportunities have been discussed throughout this revision effort to enhance public involvement at all levels of forest planning. Partnerships focused on management direction are detailed in the *Cultural Resources* and *Sustainable Recreation* sections of the plan. The monitoring chapter of the plan also acknowledges data sources and partnerships with user groups as a means to better monitor implementation of the plan.

## Revision Topics

Each emphasis area identified in the need for change was considered as a potential revision topic. The need for change considered topics for revision of the forest plan and presented them in four tables. The March 2016 need for change document organized topics into tables. Table A included topics that are required to be addressed in revision by high-level direction. Tables B and C included overarching changes identified through assessments, public comments, tribal consultation, or internal comments. Table D included changes that are made at the discretion of the responsible official. Revision topics help compare and contrast the differences among alternatives.

The need for change process identified topics that direct the need to revise the forest plan. Many of the topics identified in the need for change are addressed in the revision of the forest plan but do not vary by alternative. For example, public involvement comments included in the need for change focused on the desire for the forest plan to be more responsive to

changing conditions. A new adaptive management process was included in alternative B (the proposed action), and that is carried throughout all of the action alternatives; therefore, that was not considered to be a significant issue.

## Revision Topic 1: Special Designations

The need for change identified several concerns related to special designations. In addition, public comments included many additional designations or changes to existing designations. A need to revise forest plan direction was related to changes in the management of:

- Inclusion of direction for the Old Spanish National Historic Trail,
- Regional and national direction for the Continental Divide National Scenic Trail,
- Inclusion of the Sangre de Cristo National Heritage Area,
- Inclusion of the Rio Grande del Norte National Monument,
- Inclusion of the Cumbres & Toltec National Historic Landmark,
- Evaluation of Mt. Blanca Massif as a significant area,
- Evaluation of the Natural Arch as a significant area, and
- Evaluation of the existing boundary of the John C. Fremont Winter Camp Special Interest Area.

Management of the Sangre de Cristo Natural Heritage Area, Rio Grande del Norte National Monument, and Cumbres & Toltec National Historic Landmark will have little impact to the management of the Rio Grande National Forest. These are all located within the influence zone of the Forest, may bring more visitors to the area over time, and will need to be considered when proposing site-specific management actions. The Cumbres & Toltec National Historic Landmark designation does impact the Forest, but that would be addressed in that individual management area.

Designation of Natural Arch as a special area, and changes to the John C. Fremont Winter Camp Special Interest Area boundary, were both included in alternative B (the proposed action) and do not change across the alternatives. The boundary for the Elephant Rocks Special Interest Area was adjusted to include the Natural Arch/La Ventana geologic feature area and allow for protection and interpretation of this resource. Likewise, the boundary of the John C. Fremont Winter Camp Special Interest Area was reduced in alternative B and remains consistent across the action alternatives. The area was reduced based on study results, and the areas that are no longer designated as special interest areas assumed the neighboring management area designation.

The special interest area for Ripley's milkvetch has been replaced in all action alternatives with plant-specific plan components. The three remaining areas identified as revision topics are addressed differently among the alternatives. The Old Spanish National Historic Trail and the Continental Divide National Scenic Trail are addressed through inclusion of desired conditions, objectives, standards, and guidelines for congressionally designated trails. Additionally, in alternative A both trails are identified as linear features on the *Nationally Designated Trails* map, which is contained on the DVD located at the back of this document. The direction does not include the visual buffers or the plan direction. The trail designations for alternatives B and C are included on the map and identify the visual restraint buffers one-

*USDA Forest Service*

half mile on either side of the trail. Alternative D combines both trails into a new management area specifically for the congressionally designated trails and includes plan direction for the management of the trails.

Mt. Blanca is also addressed differently across the alternatives. The area was brought forward through Tribal consultation as an area of concern for the tribes. This area also was addressed during the public comment process. The no-action alternative identifies this area as Management Area 3.3 – Backcountry. Both alternatives B and D include the area as Management Area 1.1a – Recommended Wilderness, while alternative C included it in the General Forest Management Area. No specific plan direction is included for the area.

### Revision Topic 2: Fire Management

Revision of the forest plan to better integrate and clarify direction for the use of prescribed fire and unplanned ignition was identified in the need for change. The fire management zones identified in alternative B are not proposed to change across the other action alternatives; however, this is a significant departure from how fire is managed in alternative A. The need to reduce the risk of a stand-replacing wildfire in beetle-killed forest is at the forefront for both Forest managers and the surrounding communities.

### Revision Topic 3: Management Area Complexity

A need to revise and update management area designation and plan direction to minimize complexity and promote ecosystem integrity and connectivity was also identified as a revision topic. The number, size, and configuration of management areas varies across all of the alternatives. Plan direction to address connectivity and key ecosystem characteristics tied to ecosystem integrity are included in all the alternatives.

### Revision Topic 4: Recommended Wilderness

Land management planning process requirements contained in Forest Service Manual 1923 and the 2012 Planning Rule state that, "In developing a proposed new plan or proposed plan revision, the responsible official shall: (v) identify and evaluate lands that may be suitable for inclusion in the National Wilderness Preservation System and determine where to recommend any such lands for wilderness designation." While there is little discretion available in conducting the process, the outcomes of the process have provided for a difference among alternatives considered in the analysis. The process includes four steps in determining areas that might be recommended for inclusion in the National Wilderness Preservation System. The Wilderness Inventory Report (USDA Forest Service 2016b) and the Wilderness Evaluation Report (USDA Forest Service 2016c) document the first two steps of the process. The results of the Wilderness Evaluation Report are areas that may be recommended after analyzing the effects. These areas are identified in the analysis as Management Area 1.1a – Recommended Wilderness. Since only Congress can designate wilderness areas, the record of decision will identify which, if any, areas are being recommended to Congress for inclusion in the National Wilderness Preservation System.

18

Rvsd Plan - 00004545

# Relationship to Other Documents

This document incorporates by reference (40 CFR 1502.21) the management direction and environmental analysis from the following regional programmatic decisions:

- The Southern Rockies Lynx Amendment (2008) and
- Colorado Roadless Rule (2012).

# Other Related Efforts – Other Planning Going On

Forest Service planning regulations require the agency to consider other Federal, State, and local government, and Tribal, plans and policies. As part of the outreach effort, a number of discussions with Federal, State, local, and Tribal representatives were initiated, and on-going dialogue continues with respect to incorporating their concerns, where possible. Related planning efforts that were considered include the:

- Colorado Parks and Wildlife State Wildlife Action Plan,
- Carson National Forest Plan Revision,
- Rio Grande County Land Use Plan, and
- Rio Grande del Norte National Monument Plan.

Rvsd Plan - 00004546

*USDA Forest Service*

# Chapter 2. Alternatives, Including the Proposed Action

## Introduction

This chapter describes and compares the alternatives considered for the revision of the forest plan for the Rio Grande National Forest. It includes a description and map of each of the four alternatives considered and presents the alternatives in comparative form, sharply defining the differences between each alternative and providing a clear basis for choice among options by the responsible official. These four maps, along with all of the other maps associated with this draft environmental impact statement, are contained on the DVD that is included at the back of this document.

## Forest Plan Components and How They Vary by Alternative

Forest plan direction developed for the action alternatives (B, C, and D) addresses requirements of the 2012 Planning Rule. This direction is not explicitly included in alternative A but is often addressed through other means. Other than lynx direction developed here, forest plan direction is the same across all action alternatives. The different lynx direction is proposed under implementation of alternatives B and D, but not A or C. The direction is incorporated to address the need to retain high-quality understory habitat in beetle-killed forest.

### Habitat Connectivity

The 2012 Planning Rule states that forest plans must contain direction to maintain or restore structure, function, composition, and connectivity (36, CFR 219.8). Habitat connectivity was considered in an integrated manner and is maintained through Forestwide and species-specific plan components that focus on maintenance of terrestrial and aquatic ecosystem integrity.

Consultation with staff from other land management agencies and national forests addressed habitat connectivity beyond the Forest boundary. Collaboration addressed connectivity across national forest boundaries as well as boundaries with other land management agencies. Direction included in the Southern Rockies Lynx Amendment considers habitat connectivity within the Forest Service Rocky Mountain Region.

Habitat connectivity can be displayed at a landscape level through existing wilderness acreage, specially designated areas, and Colorado roadless areas, which are incorporated as geographic areas in the action alternatives. Because many of these areas are exempt from large mechanical vegetation treatments, much of the habitat would remain as is.

## Alternatives Considered in Detail

Alternatives to the proposed action were developed in response to issues raised during scoping.

Rvsd Plan - 00004547

## Features Common to All Alternatives

All alternatives incorporate higher level direction. This includes other laws, regulation, and policy, as well as programmatic direction such as the Southern Rockies Lynx Amendment and the Colorado Roadless Rule.

No alternatives propose to make any change to existing wilderness acreage in the South San Juan, La Garita, Sangre de Cristo, or Weminuche Wilderness Areas. Likewise, no alternative proposes to make any change to existing Colorado roadless areas.

All applicable amendments to the 1996 forest plan that occurred from 1996 through 2016 are incorporated into all of the alternatives.

All alternatives propose suitability determinations tied to communication sites, renewable energy development, and motorized and mechanized travel in summer and winter. These determinations vary across the alternatives.

The proposed monitoring plan prepared in compliance with the 2012 Planning Rule would not vary across the alternatives.

Acreage of suitable rangeland does not vary by alternative, and gathering of non-timber forest products would occur in all alternatives.

No alternative proposes changes to the developed recreation sites, dispersed recreation areas, trails, or roads.

## Alternative A – No Action – Overview

Alternative A is the no-action alternative. This would implement the 1996 forest plan as amended. The 1996 forest plan was prepared and analyzed under the 1982 planning rule. The forest plan has been amended seven times since it was signed in 1996. Anticipated outputs from implementing alternative A for dispersed and developed recreation, locatable and leasable minerals, timber, and grazing are summarized below.

The management emphasis on outdoor recreation features and perpetuates a variety of developed and dispersed recreation opportunities. The qualities and flavor of the Forest are characterized by moderate summer temperatures, abundant snow, clear blue skies, high-elevation country, sparkling cool streams and lakes, and an array of beautiful scenery. The Forest is a welcome respite from crowds and congestion, where visitors can find friendly people, a rich and colorful history, a rich Hispanic culture, and small towns. Demand for dispersed-recreation opportunities has been growing and is expected to continue to do so.

To provide dispersed recreation opportunities and experiences, alternative A would manage a broad spectrum of recreation settings. The mix of recreation settings provides year-round motorized and nonmotorized activities. Balancing the mix of opportunities and resolving use conflicts presents a challenge that requires active management strategies.

Locatable minerals that may be important include gold, silver, and copper. Locatable mineral production is managed according to the General Mining Act of 1872.

The only known leasable minerals are oil and gas. When the 1996 forest plan was signed there were no producing wells on the Forest but there were 23 active leases. All of those

*USDA Forest Service*

leases have since expired. Lease sales proposed in 2008 and 2009 for parcels near South Fork and Del Norte remain deferred as of July 2017.

Lands that *may* be suited for timber production in this alternative are estimated at 499,936 acres. Lands suitable for timber production include those acres where timber production is compatible with the desired conditions and objectives. Alternative A has approximately 320,567 acres of land identified as suitable for timber production.

Alternative A projects about 577,000 acres of land on the Forest as suitable for grazing. A 2002 suitability determination updated that figure to an estimated 581,556 acres, or about 31 percent of the net forest acres. The capacity for livestock grazing was estimated at 143,077 head months in 1996. The current head months actually grazed is approximately 86,649. This figure includes grazing by sheep and cattle.

Alternative A allows the gathering or collection of special forest products such as herbs, mushrooms, rocks, small trees and shrubs, floral products, etc. on a case-by-case basis. The program is administered at the ranger district level.

Generally, if alternative A were selected, updates would be needed to bring it into compliance with the 2012 Planning Rule. Topic areas include sustainable recreation language, timber suitability language, renewable energy direction, and ecosystem services, among others.

### Revision Topic #1: Special Designations

No changes would be made to the existing special designations on the Forest. Direction tied to the Continental Divide National Scenic Trail and the Old Spanish National Historic Trail would be included in comprehensive management plans prepared outside of the forest plan. Subsequent analysis could be done to incorporate new areas or change boundaries of existing areas; however, all current boundaries would remain intact under alternative A.

### Revision Topic #2: Fire Management

Both prescribed and unplanned fires, both human caused and natural, would continue to be managed as they have been in the past. No new direction is proposed or considered in this alternative.

### Revision Topic #3: Management Area Complexity

Alternative A proposes no changes to the existing management areas or inclusions. Areas of the Forest would continue to be managed in compliance with the Colorado Roadless Rule outside of the existing forest plan.

### Revision Topic #4: Recommended Wilderness

Alternative A proposes no changes to the existing designated wilderness. No acres of recommended wilderness are included.

## Features Common to All Action Alternatives

The three strategic goals presented in Chapter 1 of the forest plan that address water quality and quantity, ecosystem resilience and sustainability, and economics and services provided apply to all action alternatives.

Rvsd Plan - 00004549

Alternatives B, C, and D all incorporate direction included in the 2012 Colorado Roadless Rule.

The action alternatives propose to incorporate suitable and eligible wild, scenic, or recreational rivers from three separate management areas as they are presented in alternative A (Management Areas 1.5, 3.4, and 4.4) into one management area. Alternatives B and D designate these suitable and eligible segments as Management Area 3.4, while alternative C designates Management Area 4.34. Alternatives B, C, and D all include Deadman Creek as eligible for inclusion to the National Wild and Scenic Rivers System with a wild designation.

An adaptive management process would be incorporated into all proposed action alternatives. This process would require the forest supervisor to meet with interested stakeholders annually to address outputs, monitoring, and proposed changes to forest plan direction. This process is discussed in detail in the Rio Grande National Forest Draft Revised Land Management Plan.

The boundary of the Elephant Rocks Special Interest Area, Management Area 3.1, has been adjusted to include the Natural Arch/La Ventana geologic feature. The John C. Fremont Winter Camp Special Interest Area boundary has been reduced to correspond with recent surveys and analysis that better identifies the camp area. Also, acreage designated as a special interest area for Ripley's milkvetch in the southeast part of the Forest has been removed, and a Forestwide plan component specific to this species was established.

Fire management zones proposed in the action alternatives implement strategic fire management decisions. Areas are pre-assessed for wildland fire (prescribed and wildfire) risks and benefits and are assigned to strategic fire management zones that supports decision-making before wildland fire ignition occurs.

Forest leasable minerals include oil and gas. The Forest is not proposing to amend or expand the direction for leasable minerals in any of the alternatives.

### *Wildland Fire Management Zone: Resource Restoration (WFMZ-R)*

Areas included in this zone present a lower risk to resource values from a wildfire, and conditions allow natural resources to benefit from wildland fire. Managing wildfire to meet resource objectives in this zone is the least constrained.

Ecological restoration would be accomplished by managing wildland fire under a wide range of weather, fuel moistures, and other environmental conditions that allow fire to play its natural role in an ecosystem. The use of prescribed fire to meet specific resource objectives is appropriate in this zone.

All naturally occurring, unplanned wildfires would be managed primarily to restore and maintain the natural role of fire in the ecosystem with a minimal emphasis on suppression. However, if the natural, unplanned wildfire ignites where it poses a threat to communities and other non-natural resource values, suppression action would be taken to mitigate this threat, while allowing the wildfire to play its natural role in the ecosystem.

All wildland fires can be managed for multiple objectives.

All human-caused unplanned wildfires would be managed under a full suppression strategy commensurate with the values at risk.

USDA Forest Service

### Wildland Fire Management Zone: Resource Protection and Benefit (WFMZ-PB)

This zone would be applied where current conditions may put some natural resource values at varying degrees of risk for damage from wildfire. This zone also contains areas where conditions place communities and other non-natural resource values at risk of damage from wildfire. Mechanical treatments and prescribed burning may be used to promote ecological restoration before using wildfire under a wider range of weather, fuel moisture, and other environmental conditions. Wildfires that burn in this zone may benefit natural resources under certain conditions.

All natural unplanned wildfires in these areas would be assessed on an individual basis for the most appropriate response based on values at risk and potential benefits to natural resources from a wildfire.

All human caused wildfires would be managed under a full suppression strategy commensurate with the values at risk.

Management Area 5.42 – Special Wildlife Areas – Bighorn Sheep is not included in the action alternatives. Alternatives B and D incorporate the Bighorn Sheep Management Area into Management Area 5.41, which has been retitled Big Game Winter Range (previously Deer and Elk Winter Range). Maps of *Roads within Management Area 5.41 for Alternatives B and D* are contained on the DVD located at the back of this document. Alternative C incorporates the same areas and management direction into the larger designation of Management Area 5 – General Forest and Intermingled Rangelands. This designation provides managers flexibility in applying the management direction where the habitat is actually occurring, based on observed and survey information.

Information from Colorado Parks and Wildlife that includes important areas for winter wildlife survival was included in these determinations. Important areas for bighorn sheep would be mapped and consulted at the project level to mitigate impacts.

### Alternative B – Proposed Action – Overview

This alternative is based on a strategic framework that considers direction at two different levels: geographic areas and management areas. The vision is encompassed in three overarching goals that address water quality and quantity, ecosystem resilience and sustainability, and economics and services provided through public land management.

Geographic areas combine areas that have designations resulting from higher level direction, such as wilderness and roadless. In these areas, responsible officials have a more limited decision space. For example, existing wilderness and roadless designations offer the line officer limited levels of discretion in managing these areas. The geographic areas include general forest, primitive wilderness, roadless, and specially designated areas.

Most of the management areas are the same as alternative A, with a few exceptions. These represent the tactical level of management. These areas have smaller scale, integrated desired conditions that are more appropriate for this more discrete land base. Some management areas have direction that is specific to the management of these smaller units. Modifications to existing management areas include a combination of three management areas for wilderness into one; creation of Management Area 1.1a – Recommended Wilderness; creation of management areas based on the 2012 Colorado Roadless Rule; elimination of

Rvsd Plan - 00004551

3.3 – Backcountry Areas; inclusion of all suitable and eligible wild, scenic, and recreational rivers into one management area; and elimination of the 5.42 – Special Areas – Bighorn Sheep Management Areas.

In response to public input, an adaptive management process is outlined in alternative B and would be addressed in all the action alternatives (B, C, and D). The process proposes that annually, the forest supervisor would provide a public report listing the outputs produced and describing how implementation of the forest plan is progressing. A part of the annual report would address items identified from the plan that needed to be adjusted. Any adjustments to required plan components (desired conditions, suitability determinations, management areas, standards, or guidelines) would require an amendment of the forest plan. Optional plan content (goals or management approaches) may be adjusted using an administrative correction process that includes public involvement.

The monitoring level includes a plan for monitoring implementation of the forest plan based on eight topic areas defined in the 2012 planning rule. The questions would address implementation and effectiveness monitoring that would feed back into necessary amendments or administrative corrections to plan content.

Alternative B continues to provide focus on sustainable outdoor recreation as a primary resource on the Forest. Ongoing management perpetuates undeveloped and diversified dispersed-recreation opportunities at established sites that do not cause unacceptable levels of resource damage. The Forest continues to provide an opportunity for visitors to connect with nature, get away from crowds, and experience the history and views that are provided. As areas of the state become more developed, demand for dispersed-recreation opportunities may increase.

This alternative would provide a broad spectrum of quality dispersed-recreation opportunities and experiences. The mix of recreation settings available provides for summer and winter recreation opportunities while meeting the needs for motorized and nonmotorized recreational use.

Developed recreation includes all recreation activities that take place on a developed recreation site. Managed capacity would be similar to that in alternative A. Demand is expected to remain within the capacity over the 10-year planning period.

Locatable minerals include gold, silver, and copper. These are addressed the same way across all alternatives. All alternatives continue mineral production according to the General Mining Act of 1872.

Lands that *may* be suited for timber production in this alternative are estimated at 499,936 acres. Lands suitable for timber production include those acres where timber production is compatible with the desired conditions and objectives established in the forest plan. Alternative B identifies approximately 468,311 acres of land as suitable for timber production.

While all action alternatives incorporate direction from the Southern Rockies Lynx Amendment, this alternative would implement additional lynx-related direction to address the existing condition in the spruce-fir habitat.

The acres of land suitable for grazing remains the same across all alternatives. About 31 percent of the Forest is identified as suitable for grazing with a capacity of 143,077 head

months. This alternative updates the direction brought forward from the previous forest plan to be more accurate with what actually occurs. The Forest is grazed by both sheep and cattle.

This alternative allows for the collection special forest products such as herbs, mushrooms, rocks, small trees and shrubs, floral products, etc. on a case-by-case basis.

### *Overlapping Management Areas*

Overlapping levels of management occur within this alternative. Where the overlap occurs, the most constraining management would be applied. For example where Management Area 1.1 overlaps with other management areas, any management proposed would be done in compliance with wilderness direction. Overlapping management areas are described below.

Approximately 12,431 acres of Management Area 2.2 – Research Natural Areas occur inside of wilderness area boundaries. Research natural areas are designated by the regional forester with concurrence of the research station director. These areas are designated to preserve representative areas that typify important forest, shrubland, grassland, alpine, aquatic, geologic, or other natural environments, or areas that have special or unique characteristics of scientific importance. These areas are used as a baseline for measuring ecological changes and as control areas for evaluation and monitoring. The estimated 12,431 acres of research natural areas that overlap with wilderness include three areas in the Sangre de Cristo range: namely the Mill Creek, Deadman Creek, and North Zapata Research Natural Areas. A portion of the Mill Creek Research Natural Area overlaps with recommended wilderness as well.

An estimated 15,575 acres of wilderness is also managed as Management Area 3.4 – Suitable and Eligible Wild, Scenic, or Recreational Rivers. These areas would be managed to enhance or maintain the outstandingly remarkable features responsible for designation of the rivers while complying with wilderness practices and restrictions. Approximately 2,393 acres of Management Area 3.4 overlaps with Management Area 1.1a – Recommended Wilderness.

Additionally, an estimated 554 acres of overlapping management occurs with research natural areas and eligible and suitable wild, scenic, and recreational rivers. Any management that might occur in these areas would have to be in compliance with all management areas.

Approximately 856 acres of recommended wilderness (Management Area 1.1a) overlap with Management Area 3.4 – Suitable and Eligible Wild, Scenic, and Recreational River and Special Interest Area. Management proposed on these acres would have to be in compliance with wilderness if that area is carried forward in the analysis, with wild, scenic, and recreational river direction, and with any direction for that specific special interest area.

Lastly, approximately 2,948 acres of recommended wilderness (Management Area 1.1a) overlap with existing special interest areas (Management Area 3.1). Any activities or management proposed in this area would have to be done in compliance with wilderness practices and meet direction for that specific special interest area.

Research natural areas also overlap with the acres designated as Colorado roadless areas. The 4,825 acres overlap with roadless areas in the Finger Mesa Research Natural Area on the Divide Ranger District. If management were to occur on these acres it would have to be compliant with both the direction for the research natural area and the roadless designation.

Special interest areas (Management Area 3.1) also occur in designated research natural areas. Any management proposed on the 8,510 acres where overlaps occur would have to meet both direction for the research natural area as well as the intent of the special interest area.

### Revision Topic #1: Special Designations

Alternative B proposes to remove the special interest area for Ripley's milkvetch. A 1999 forest plan amendment adjusted the original boundary of the special interest area to more accurately reflect the actual location of the plant. Since 1999, staff have found the plant to be more widespread, and the special area was replaced with Forestwide direction to protect the species, which is proposed as a species of conservation concern. The acres previously in the special interest area are now included as big game winter range.

Alternative B also proposes to reduce the acreage of the John C. Fremont Winter Camp Special Interest Area from 10,830 acres to 8,422 acres due to archaeological survey work recently completed that confirms the location of the heritage resources that need to be protected. Most of the acres were transferred to Management Area 5.13 – Forest Products. Alternative B also proposed to adjust the boundary of the Elephant Rocks Special Interest Area to include the Natural Arch/La Ventana geologic feature as an area of tribal importance.

No additional acres are proposed for inclusion as research natural area.

The Colorado Roadless Rule has been included as Roadless Management Area 3.5 and Upper Tier, Management Area 3.6. Direction included in the 2012 Colorado Roadless Rule have been incorporated as management area direction.

### Revision Topic #2: Fire Management

Fire management zones would be incorporated in this alternative. Refer to *Features Common to All Action Alternatives,* above, for a description of these zones.

### Revision Topic #3: Management Area Complexity

This alternative incorporates geographic areas that better describe the designated land status and available discretion to responsible officials. This alternative proposes to incorporate the Colorado Roadless Rule into forest plan direction by creating two new management areas, Management Area 3.5 Roadless, and Management Area 3.6 Upper Tier Roadless.

Two management areas are not used in this alternative. Management Area 3.3 – Backcountry is mostly assumed by the roadless designations. What was not designated as roadless has been incorporated into the next closest area.

### Revision Topic #4: Recommended Wilderness

This alternative includes an estimated 59,000 acres of recommended wilderness. This is the result of a process that included inventory of areas that met defined criteria as having potential for wilderness. The inventory and evaluation of the inventoried areas for wilderness characteristics is thoroughly described in the wilderness inventory and evaluation reports posted to the forest website. These areas are shown in reports and on maps as Management Area 1.1a.

*USDA Forest Service*

## Alternative C – Overview

This alternative proposes to increase the acreage available for multiple uses on the Forest. No recommended wilderness acres would be included in this alternative. This alternative addresses concerns about complexity by reducing the number of management areas and making those boundaries similar to the geographic area boundaries in alternative B. These larger units of land provide more flexibility in implementation of the forest plan by allowing habitat and areas to be mapped dependent on actual presence versus providing a static management area boundary.

Management area designation numbers were adjusted to maintain consistency with the reasons the areas were originally designated (Table 1). Management area direction remains the same and would not change across alternatives.

**Table 1. Management area designations by alternative**

| Management Area Title | Management Area Number | | | |
| --- | --- | --- | --- | --- |
| | Alternative A | Alternative B | Alternative C | Alternative D |
| Wilderness | 1.11, 1.12, 1.13 | 1.1 | 1 | 1.1 |
| Roadless | None | 3.5, 3.6 | 3 | 3.5, 3.6 |
| Special Interest Areas | 3.1 | 3.1 | 4.1 | 3.1 |
| Research Natural Areas | 2.2 | 2.2 | 4.2 | 2.2 |
| Scenic Byway and Railroad | 4.21 | 4.21 | 4.21 | 4.21 |
| Suitable and Eligible Wild, Scenic and Recreational Rivers | 1.5 (Wild) 3.4 (Scenic) 4.4 (Recreational) | 3.4 | 4.34 | 3.4 |
| Ski-based Resorts | 8.22 | 8.22 | 4.8 | 8.22 |
| General Forest and Rangeland | 5.11, 5.13, 6.6 | 5.11, 5.13, 6.6 | 5 | 5.11, 5.13, 6.6 |

This alternative would synchronize the off-road game retrieval polices with the Forest's motor vehicle use map and would shift time frames for retrieval.

Recreation opportunities would continue at the same levels as described in alternatives A and B.

Alternative C proposes no change from alternatives A and B in the locatable and leasable minerals direction for the Forest.

Lands that *may* be suited for timber production in this alternative are estimated at 499,936 acres. This alternative includes more acres in the suitable timber bases, with approximately 480,683 acres of land as suitable for timber production.

Grazing direction and levels would be the same as for the previous alternatives.

### *Revision Topic #1: Special Designations*

Same as for alternative B.

28

Rvsd Plan - 00004555

### Revision Topic #2: Fire Management

Fire management zones are the same as for alternative B.

### Revision Topic #3: Management Area Complexity

This alternative proposes eight management areas. Refer to the above *Alternative C – Overview* section and Table 3 in the *Comparison Tables for Alternatives* section.

### Revision Topic #4: Recommended Wilderness

This alternative does not include any acres of recommended wilderness.

## Alternative D – Overview

This alternative presents the same management framework as alternative B with management areas nested under broader geographic areas. Some geographic areas are based on designations that establish line officer discretion at a strategic level. For example, existing wilderness and roadless areas offer the line officer limited levels of discretion in managing these areas. The remaining areas are Forest-level and higher specially designated areas, and the remaining general forest management area. The geographic areas include general forest, primitive wilderness, roadless, and specially designated areas.

This alternative emphasizes less active management of resources while increasing the amount of area available for recreation opportunities that provide for a more solitary experience. This alternative incorporates elements of proposals submitted by the public and increases opportunities for semiprimitive, nonmotorized recreation.

This alternative would increase the number of acres proposed for wilderness to expand opportunities for wilderness experience. Many areas determined to have moderate to high or high characteristics in the wilderness evaluation process are included, as well as additional areas.

This alternative proposes additional special interest areas and areas that emphasize management of native fish, as well as areas based on cultural and botanical resources and tribal uses. This alternative proposes the addition of Management Area 4.23 for congressionally designated trails, including both the Continental Divide National Scenic Trail and the Old Spanish National Historic Trail.

Alternative D proposes additional designated areas that would maximize connectivity of wildlife habitat and increase opportunities for primitive and semiprimitive visitor experiences. This alternative proposes one new research natural area on Sheep Mountain and seven additional special interest areas to enhance wildlife connectivity, native fish habitat, and watershed protection, as well as protect unique geologic features and one area of tribal importance. These areas are in addition to those proposed in alternatives B and C.

- Cumbres & Toltec National Historic Landmark Special Interest Area
- Spruce Hole/Osier/Toltec Special Interest Area
- Chama Basin Special Interest Area
- Summer Coon/La Ventana Special Interest Area
- Carnero Creek Special Interest Area

29

*USDA Forest Service*

- Jim Creek Special Interest Area
- Deep Creek Special Interest Area

Additionally, off-road game retrieval would no longer be allowed on the Forest.

This alternative would limit future development by proposing more areas of recommended wilderness and special interest areas. Creating areas of focus on native fish habitat would add opportunities to leverage existing partnerships to increase and enhance habitat available.

Developed recreation opportunities would remain the same as for alternatives A, B, and C. Additional wilderness recommendations in this alternative would result in a reduction of motorized opportunities Forestwide. Over time, existing transportation systems and motorized trails would be reduced to protect wilderness character. Opportunities for primitive recreation experiences would increase under this alternative.

There would be no change from alternative A and B in locatable and leasable mineral direction and availability.

The volume of forest products harvested would be reduced under alternative D. There would be less opportunity to recover value from many acres of the beetle-killed forest because areas of recommended wilderness would be managed to protect wilderness characteristics. Lands that *may* be suited for timber production in this alternative are estimated at 499,936 acres. Alternative D identified approximately 401,414 acres of land as suitable for timber production.

While all action alternatives incorporate direction from the Southern Rockies Lynx Amendment, this alternative would implement additional lynx-related direction to address the existing condition in the spruce-fir habitat.

The suitable acres and amount of grazing could be reduced in some areas if it is determined that livestock grazing is not a compatible use in areas being designated for special interests. That is not able to be determined at this time. This alternative is anticipated to result in an increased cost to grazing. Having more acres in a protected status, such as recommended wilderness, would limit the ability to use motorized and mechanized travel in managing allotments and livestock. Materials would have to be brought in on foot or horseback for longer distances.

Gathering of non-timber forest products would continue; however, access to areas in recommended wilderness and special interest areas may be reduced.

### Overlapping Management Areas

Overlapping levels of management occur in this alternative. Where the overlap occurs, the most constraining management would be applied. For example, where Management Area 1.1 overlaps with other management areas, any management proposed would be done in compliance with wilderness direction. Overlapping management areas are described below.

About 1,200 additional acres are proposed in Management Area 2.2 – Research Natural Area, increasing the total acres to an estimated 25,154. Of the total, approximately 12,431 acres of research natural areas occur within wilderness area boundaries, similar to alternative B. The additional 1,200 acres is in the Sheep Mountain area, described later in this document.

30

Rvsd Plan - 00004557

Similar to alternative B, an estimated 15,575 acres of wilderness is also managed as Management Area 3.4 – Suitable and Eligible Wild, Scenic, or Recreational River. These areas are managed to enhance or maintain the outstandingly remarkable features responsible for the river designation while complying with wilderness practices and restrictions. Approximately 2,393 acres of Management Area 3.4 overlap with Management Area 1.1a – Recommended Wilderness.

Additionally, an estimated 554 acres of overlapping management occurs with research natural areas and eligible and suitable wild, scenic, and recreational rivers. Any management that might occur in these areas would comply with direction from all applicable management areas.

Approximately 856 acres of recommended wilderness (Management Area 1.1a) overlap with Management Area 3.4 – Suitable and Eligible Wild, Scenic, and Recreational Rivers and Special Interest Areas. Management proposed on these acres would have to be in compliance with wilderness management direction if that area is carried forward in the analysis, with wild, scenic, and recreational river direction, and with any direction for that specific special interest area.

Lastly, approximately 2,948 acres of recommended wilderness (Management Area 1.1a) overlap with existing special interest areas (Management Area 3.1). Any activities or management proposed in this area would have to be done in compliance with wilderness practices and meet direction for that specific special interest area.

Research natural areas also overlap with the acres designated as Colorado roadless areas. The 4,825 acres overlap with roadless areas in the Finger Mesa Research Natural Area on the Divide Ranger District. If management were to occur on these acres it would have to be compliant with both the direction for the research natural area and the roadless designation.

Special interest areas (Management Area 3.1) also occur in designated research natural areas. Any management proposed on the 8,510 acres where overlap occurs would have to meet direction for both the research natural area as well as the intent of the special interest area.

Additional overlaps in this alternative include Management Area 4.23. This management area is approximately 83,997 acres of congressionally designated trails that would overlap primarily with wilderness and Colorado roadless designation. As previously stated, the most limiting management area designation would take precedence in management.

### Revision Topic #1: Special Designations

The Continental Divide National Scenic Trail and the Old Spanish National Historic Trail are proposed to be included in Management Area 4.23 – Congressionally Designated Trails. This management area includes the total visual corridor as defined in trail management guidance. Making a management area for the trails provides consistent management direction across the Forest. In alternatives A, B, and C the trails pass through multiple management areas, leaving the direction open to potential differences in interpretation.

Additional acres of specially designated areas overall are proposed in alternative D. This includes changes in boundaries of existing special areas such as Elephant Rocks, proposed new research natural areas, new special interest areas at Spruce Hole, Osier, and Toltec, and

*USDA Forest Service*

special areas created for focus management, including the native fish habitat areas at Carnero and Jim Creek.

In total, this alternative proposes an estimated 316,000 acres of specially designated areas.

### Revision Topic #2: Fire Management

Fire management zones are included.

### Revision Topic #3: Management Area Complexity

This alternative is similar to alternative B, with one addition. Almost 16,000 acres of Management Area 3.3 – Backcountry is included in this alternative.

### Revision Topic #4: Recommended Wilderness

This alternative proposes approximately 285,000 acres of recommended wilderness. Many of these areas are currently managed to protect roadless and backcountry values. Management changes would be slight but would result in a reduction in over-snow, mechanical, and motorized use across the Forest.

# Alternatives Considered but Eliminated from Detailed Study

Federal agencies are required by the National Environmental Policy Act to rigorously explore and objectively evaluate all reasonable alternatives and to briefly discuss the reasons for eliminating any alternatives that were not developed in detail (40 CFR 1502.14). Public comments received in response to the proposed action provided suggestions for alternatives, a number of which were considered. The rationale for eliminating potential alternatives, or components of an alternative, from detailed consideration is summarized below.

The Forest received one complete suggested alternative. The alternative was reviewed in detail. Some suggestions were carried forward into the four alternatives presented here. Other suggestions were not included and the reasons are discussed below.

The alternative submitted included recommendations for research natural areas. One of these, Sheep Mountain, was carried forward in alternative D. Other recommendations were brought forward as a potential special interest area. Research natural areas are established by the regional forester with concurrence of the station director. The recommendation is made by the local forest supervisor as a result of analyses conducted for forest planning or outside the planning process. Areas can also be established by the regional research natural area committee established by the regional forester and station director. The additional research natural areas included in the analysis came from public involvement and were not suggested by the forest supervisor. No research natural area committee is currently assembled.

Sage-grouse protection areas were proposed. The Forest does not have an appreciable amount of habitat for the Gunnison sage-grouse. Management direction for sage-grouse is included in all action alternatives, and recommended wilderness acres included in alternatives B and D would provide additional species protection.

Rvsd Plan - 00004559

It was recommended that the Wolf Creek linkage area be made a special interest area. Because linkage areas and associated direction are adequately identified in the Southern Rockies Lynx Amendment, no additional plan direction is included.

Plan components associated with focal wetland complexes were presented in the alternative. The intent of the direction is a prime consideration of the 2012 Planning Rule. Analysis for aquatic ecosystem integrity and associated direction is intended to reduce impacts to aquatic ecosystems. Existing handbook direction and additional wetland-specific direction meets this purpose.

Suggestions included elimination of grazing in existing and proposed research natural areas. In general, grazing is not authorized in research natural areas on the Forest, with one exception. The Hot Creek Research Natural Area is part of the Hot Creek Allotment, which is grazed under a valid permit; however, this area is generally not grazed because it is inaccessible. The current permittees have agreed to continue to not graze the area within the research natural area.

The alternative suggested that protected areas, big game winter range, calving and fawning grounds, bighorn sheep areas, wetlands, riparian areas, campgrounds, and other areas be determined as unsuitable for renewable energy development. Suitability for renewable energy is included in the forest plan. Associated direction that would be implemented at the project level to reduce, mitigate, or eliminate impacts to sensitive habitats if they occur in areas determined to be suitable is also included.

# Comparison Tables for Alternatives

The following tables summarize the effects of implementing each alternative by geographic area, management area, recommended wilderness, and fire management zone. Table 2 and Table 3 focus on differences in acreage related to a management focus or land allocation. Table 4 lists the effects of each alternative on furthering the proposed Forestwide goals, and Table 5 lists the effects of each alternative on addressing the revision topics discussed earlier in this chapter.

## Summary Comparison of Geographic Areas, Recommended Wilderness, and Fire Management Zones by Alternative

Alternative A does not use geographic areas and in alternative C, geographic areas become management areas (Table 2). In alternatives B, C, and D, Lower Deadman Creek is eligible for scenic designation.

*USDA Forest Service*

**Table 2. Geographic areas by alternative**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Geographic Areas | No | Yes | No | Yes |
| Primitive Wilderness (acres) | | 416,909 | | 614,155 |
| Roadless (acres) | | 472,388 | | 214,231 |
| Specially Designated Areas (acres) | | 114,416 | | 316,085 |
| General Forest (acres) | | 833,549 | | 692,794 |
| Recommended Wilderness (acres) | 0 | 58,669 | 0 | 284,853 |
| Number of Management Areas | 17 | 14 | 8 | 16 |
| Total Eligible Wild, Scenic, and Recreational Rivers (acres) | 30,194 | 35,872 | 35,872 | 35,872 |
| Resource Restoration Wildland Fire Management Zone (acres) | 0 | 889,297 | 889,297 | 828,386 |
| Resource Protection and Benefit Wildland Fire Management Zone (acres) | 0 | 947,965 | 947,965 | 1,008,879 |

Rvsd Plan - 00004561

## Table 3. Management areas by alternative

[Reported in acres. Overlapping management areas can make it appear that additional areas are considered. However, the most limiting management area direction takes precedence over any other management. For example, a special interest area that occurs in wilderness may have proposed management; however, any management would have to comply with wilderness management direction.]

| Management Areas | Alternative A | Alternative B | Alternative C[1] | Alternative D |
|---|---|---|---|---|
| **General Forest Geographic Area** | | | | |
| Management Area 4.3 – Dispersed and Developed Recreation | 92,947 | 101,218 | | 73,053 |
| Management Area 5 – General Forest/Rangelands | | | 861,029 | |
| Management Area 5.11 – General Forest and Intermingled Rangelands | 183,676 | 155,330 | | 134,937 |
| Management Area 5.13 – Forest Products | 265,016 | 248,689 | | 204,735 |
| Management Area 5.41 – Deer and Elk (Big Game) Winter Range | 192,922 | 269,383 | | 235,942 |
| Management Area 5.42 – Special Wildlife Areas – Bighorn Sheep | 77,645 | | | |
| Management Area 6.6 – Grassland Resource Production | 74,356 | 58,849 | | 27,117 |
| **Primitive Wilderness Geographic Area** | | | | |
| Management Area 1 – Wilderness | | | 392,139 | |
| Management Area 1.1 – Wilderness | | 392,139 | | 392,139 |
| Analyzed Wilderness 1.1a – Recommended Wilderness | | 58,669 | | 284,853 |
| Management Area 1.11 – Wilderness-Pristine | 136,544 | | | |
| Management Area 1.12 – Wilderness-Primitive | 171,335 | | | |
| Management Area 1.13 – Wilderness Semiprimitive | 84,210 | | | |
| Management Area 1.5 – Eligible Wild Rivers | 9,252 | Combined into Management Area 3.4 | | |
| **Roadless Geographic Area** | | | | |
| Management Area 3 – Roadless | | | 498,240 | |
| Management Area 3.5 – Roadless | 0 | 155,744 | | 90,198 |
| Management Area 3.6 – Upper Tier Roadless | 0 | 329,977 | | 124,033 |
| **Specially Designated Geographic Area** | | | | |
| Management Area 2.2 – Research Natural Area | 23,868 | 23,868 | | 25,154[2] |
| Management Area 3.1 – Special Interest Area | 34,666 | 26,966 | | 148,920 |
| Management Area 3.3 – Backcountry | 464,282 | | | 16,927 |

35

*USDA Forest Service*

| Management Areas | Alternative A | Alternative B | Alternative C[1] | Alternative D |
|---|---|---|---|---|
| Management Area 3.4 – Eligible and Suitable Wild, Scenic, and Recreational Rivers[3] | 10,133 | 35,872 | | 35,872 |
| Management Area 4.1 – Special Designation: Special Interest Area | | | 26,096 | |
| Management Area 4.2 – Special Designation: Research Natural Area | | | 23,798 | |
| Management Area 4.21 – Scenic Byway and Railroad | 27,487 | 27,487 | 27,487 | 27,487 |
| Management Area 4.23 – Special Designation: Congressionally Designated Trail | | | | 83,997 |
| Management Area 4.34 – Eligible and Suitable Wild, Scenic, and Recreational Rivers[4] | | | 35,872 | |
| Management Area 4.4 – Eligible and Suitable Recreational Rivers | 10,809 | | | |
| Management Area 4.8 – Special Designation: Ski-based Resorts | | | 1,632 | |
| Management Area 8.22 – Ski Based Resorts | 1,632 | 1,632 | | 446 |

[1] Alternative C presents many of the same management areas as alternatives A, B, and D, with different designations. Management Area 4.1 is special interest areas, Management Area 3.1 in the other alternatives. Management Area 4.2 is the research natural area, which is Management Area 2.2 in other alternatives. Management Area 4.34 is the wild, scenic, and recreational rivers, Management Area 3.4 in alternatives B and D. Management Area 4.8 is the Ski-based Resort Management Area, which is 8.22 in other alternatives. Management areas in alternative C were renamed to maintain consistency with the numbering scheme.

[2] Includes acres for Sheep Mountain potential research natural areas.

[3] Action alternatives combine wild, scenic, and recreational rivers into one management area.

[4] Rivers and river segments suitable and eligible for wild, scenic, and recreational rivers varies across alternatives. Alternative A, no action, includes the rivers in three separate management areas (1.5, 3.4, and 4.4). Alternative B combines the three rivers into one management area. Alternatives C and D propose to move the three river areas into Management Area 4.34. All specially designated areas proposed in alternative C begin with 4.

Rvsd Plan - 00004563

**Table 4. Comparison of Forestwide goals and objectives by alternative**

| Alternative | Goal 1: Protect and restore watershed health, water resources, aquatic ecosystems, and the systems that rely on them | Goal 2: Maintain and restore sustainable, resilient terrestrial ecosystems | Goal 3: Actively contribute to social and economic sustainability in the broader landscape and connect citizens to the land |
|---|---|---|---|
| A | The three goals were established to address revision of the 1996 forest plan, which is represented by alternative A. Although alternative A was not specifically developed to protect watersheds, restore resilient ecosystems, and contribute to social and economic sustainability, these goals would be achieved at some level if implementation of the 1996 forest plan continued. | | |
| B | Alternative B was developed to meet the goals prescribed. The flexibility proposed in this alternative, as well as the other action alternatives, would allow forest management to be more responsive if emphasis on a particular goal needed to be adjusted. | | |
| C | Alternative C would meet all three goals, with an emphasis on using the tools available under Goal 3 to help meet Goals 1 and 2. Goal 3 better meets the contributions to economic sustainability while emphasizing extraction of forest products during the planning period. | | |
| D | While all three goals would be met, alternative D emphasizes natural processes and protection to meet goals 1 and 2. This alternative would have a more recreational and nonmotorized emphasis in connecting citizens to the land in Goal 3 while still meeting Goals 1 and 2. | | |

Rvsd Plan - 00004564

*USDA Forest Service*

**Table 5. Comparison of revision topic by alternative**

[MA, Management Area]

| Alternative | Topic 1: Special Designations | Topic 2: Fire Management | Topic 3: Management Area Complexity | Topic 4: Recommended Wilderness |
|---|---|---|---|---|
| A | No new acres. Existing: 34,666 acres MA 3.1 23,868 acres MA 2.2 | Management Area direction on fire suppression | Seventeen management areas with some inclusions of overlapping management direction | 0 acres |
| B | Adjusted boundary for John C. Fremont and Elephant Rock Special Areas, 26,966 acres of MA 3.1 23,868 acres of MA 2.2 | Two fire management zones proposed. WFMZ-R acres 889,297 WFMZ-PB acres 947,965 | Four geographic areas with 14 management areas, some with overlapping management direction | 58,669 acres |
| C | Existing: 26,096 acres of MA 4.1 23,798 acres of MA 4.2 | Two fire management zones proposed. WFMZ-R acres 889,297 WFMZ-PB acres 947,965 | Eight management areas with some overlapping management direction – creates new management area numbers | 0 acres |
| D | 148,920 acres of MA 3.1 25,154 acres of MA 2.2 | Two fire management zones proposed. WFMZ- R acres 828,386 WFMZ-PB acres 1,008,879 | Four geographic areas with 16 management areas, some with overlapping management direction | 284,853 acres |

## Comparison of Suitable Activities by Alternative

Suitable activities across the alternatives are presented in Table 6, Table 7, Table 8, and Table 9. As identified in the *Purpose and Need for Action* section, the Forest intends to make suitability determinations regarding where and when particular activities may occur. These activities include renewable energy development, winter and summer motorized and mechanized travel, and communication sites, among others.

Rvsd Plan - 00004565

**Table 6. Suitable activities for each management area, alternative A**

| Activity | Management Area | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1.11 | 1.12 | 1.13 | 1.5 | 2.2 | 3.1 | 3.3 | 3.4 | 4.21 | 4.3 | 4.4 | 5.11 | 5.13 | 5.41 | 5.42 | 6.6 | 8.22 |
| Hiking trail construction | | x | x | | | x | x | x | x | x | x | x | x | x | x | x | |
| Bicycle trail construction | | | | | | x | x | | x | x | x | x | x | x | x | x | |
| Horseback riding trail construction | | x | x | | | x | x | | x | x | x | x | x | | | x | |
| Livestock grazing | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | |
| Commercial timber harvest | | | | | | | | | | | | x | x | | | | |
| Prescribed fire | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Motorized travel | | | | | x | x | | x | x | x | x | x | x | x | | x | |
| Mechanized travel | | | | | x | x | x | x | x | x | x | x | x | x | x | x | |
| Off road travel for dispersed recreation/firewood gathering | | | | | | | | | | x | | x | x | x | | | |
| Salvage/sanitation harvest | | | | | | | | | x | x | | x | x | x | x | x | |
| Silvicultural treatments not for timber production | | | | | | x | | | | x | | x | x | x | | | |
| Oil and gas leasing | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Off-road game retrieval | | | | | | | | | | x | x | x | x | x | x | x | x |
| Renewable energy development | | | | | | | | | x | x | x | x | x | x | x | x | |
| Communication sites | | | | | | | | | x | x | x | x | x | x | x | x | x |
| Over-snow motorized travel | | | | | | x | x | x | x | x | | x | x | x | x | x | |

In alternative A, grazing is suitable in only one research natural area, specifically Hot Creek Research Natural Area. Motorized and mechanized travel is suitable only on designated routes.

Communication sites and renewable energy development are also subject to project-specific environmental review. Over-snow motorized travel is suitable in only three special interest areas—specifically the Bachelor Loop, Elephant Rocks, and Wagon Wheel Gap Experimental Station—and may be subject to timing restrictions to protect deer and elk winter range.

*USDA Forest Service*

**Table 7. Suitable activities for each management area, alternative B**

| Activity | Management Area | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1.1 | 1.1a | 2.2 | 3.1 | 3.4 | 3.5 | 3.6 | 4.21 | 4.3 | 5.11 | 5.13 | 5.41 | 6.6 | 8.22 |
| Hiking trail construction | | | | x | x | x | x | x | x | x | x | x | x | |
| Bicycle trail construction | | | | x | | x | x | x | x | x | x | x | x | |
| Horseback riding trail construction | | | | x | | x | x | x | x | x | x | | x | |
| Livestock grazing | x | | x | x | x | x | x | x | x | x | x | x | x | |
| Commercial timber harvest | | | | | | | | | | x | x | | | |
| Prescribed fire | x | | x | x | x | x | x | x | x | x | x | x | x | x |
| Motorized travel | | | x | x | x | | | x | x | x | x | x | x | |
| Mechanized travel | | | x | x | x | x | x | x | x | x | x | x | x | |
| Off road travel for dispersed recreation/firewood gathering | | | | | | | | | x | x | x | x | | |
| Salvage/sanitation harvest | | | | | | | | x | x | x | x | x | x | |
| Silvicultural treatments not for timber production | | | | x | | | | | x | x | x | x | | |
| Oil and gas leasing | | | x | x | x | x | x | x | x | x | x | x | x | |
| Off-road game retrieval | | | | | | | | | x | x | x | x | x | x |
| Renewable energy development | | | | | | | | x | x | x | x | x | x | |
| Communication sites | | | | | | | | x | x | x | x | x | x | x |
| Over-snow motorized travel | | | | x | x | x | x | x | x | x | x | x | x | |

In alternative B, grazing is still suitable in only one research natural area, specifically Hot Creek Research Natural Area. Motorized and mechanized travel is suitable only on designated routes.

Communication sites and renewable energy development are also subject to project-specific environmental review. Over-snow motorized travel is suitable in only three special interest areas—specifically the Bachelor Loop, Elephant Rocks, and Wagon Wheel Gap Experimental Station—and may be subject to timing restrictions to protect deer and elk winter range.

Rvsd Plan - 00004567

Case 1:21-cv-02994-REB   Document 24-15   Filed 06/21/22   USDC Colorado   Page 358 of 431

**Table 8. Suitable activities for each management area, alternative C**

| Activity | Management Area | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 3 | 4.1 | 4.2 | 4.21 | 4.34 | 4.8 | 5 |
| Hiking trail construction | | x | | | x | x | | x |
| Bicycle trail construction | | x | | | x | x | | x |
| Horseback riding trail construction | | x | | | x | x | | x |
| Livestock grazing | x | x | | x | x | x | | x |
| Commercial timber harvest | | | | | | | | x |
| Prescribed fire | x | x | | x | x | x | x | x |
| Motorized travel | | | | x | x | x | | x |
| Mechanized travel | | x | | x | x | x | | x |
| Off road travel for dispersed recreation/firewood gathering | | | | | | x | | x |
| Salvage/sanitation harvest | | | | | x | x | | x |
| Silvicultural treatments not for timber production | | | | | | x | | x |
| Oil and gas leasing | | x | x | x | x | x | x | x |
| Off-road game retrieval | | | | | x | x | | x |
| Renewable energy development | | | | | x | x | | x |
| Communications sites | | | | | x | x | x | x |
| Over-snow motorized travel | | x | x | | x | x | | x |

In alternative C, grazing is suitable in only one research natural area, specifically Hot Creek Research Natural Area. Motorized and mechanized travel is suitable only on designated routes.

Communication sites and renewable energy development are also subject to project-specific environmental review. Over-snow motorized travel is suitable in only three special interest areas—specifically the Bachelor Loop, Elephant Rocks, and Wagon Wheel Gap Experimental Station—and may be subject to timing restrictions to protect deer and elk winter range.

Rvsd Plan - 00004568

*USDA Forest Service*

### Table 9. Suitable activities for each management area, alternative D

| Activity | Management Area | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1.1 | 1.1a | 2.2 | 3.1 | 3.3 | 3.4 | 3.5 | 3.6 | 4.21 | 4.23 | 4.3 | 5.11 | 5.13 | 5.41 | 6.6 | 8.22 |
| Hiking trail construction | | | | x | x | | x | x | x | x | x | x | x | x | x | |
| Bicycle trail construction | | | | x | x | | x | x | x | | x | x | x | x | x | ? |
| Horseback riding trail construction | | | | x | x | | x | x | x | x | x | x | x | | x | |
| Livestock grazing | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | |
| Commercial timber harvest | | | | | | | | | | | | x | x | | | |
| Prescribed fire | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Motorized travel | | | x | x | x | x | | | x | | x | x | x | x | x | |
| Mechanized travel | | | x | x | x | x | x | x | x | | x | x | x | x | x | |
| Off road travel for dispersed recreation/firewood gathering | | | | | | | | | | | x | x | x | x | | |
| Salvage/sanitation harvest | | | | | | | | | x | | x | x | x | x | x | |
| Silvicultural treatments not for timber production | | | | x | x | | | | | | x | x | x | x | | |
| Oil and gas leasing | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Off-road game retrieval | | | | | | | | | | | | | | | | |
| Renewable energy development | | | | | | | | | x | x | x | x | x | x | x | |
| Communications sites | | | | | | | | | x | x | x | x | x | x | x | x |
| Over-snow motorized travel | | | | x | x | x | x | x | x | x | x | x | x | x | | |

Rvsd Plan - 00004569

In alternative D, where management areas overlap, the most restrictive management applies. Alternative D also includes a new management area specific to congressionally designated trails, listed below under 4.3.

In alternative D, grazing is still suitable in only one research natural area, specifically Hot Creek Research Natural Area. Motorized and mechanized travel is suitable only on designated routes.

Communication sites and renewable energy development are also subject to project-specific environmental review. Over-snow motorized travel is suitable in only three special interest areas—specifically the Bachelor Loop, Elephant Rocks, and Wagon Wheel Gap Experimental Station—and may be subject to timing restrictions to protect deer and elk winter range. Off-road game retrieval is prohibited in all management areas.

# Comparison of Alternatives by Program

## Fuels Management

Alternatives B, C, and D propose incorporation of wildfire management zones. Acreage in each zone is listed by alternative in Table 10. Wildfire management zones are not included in alternative A.

**Table 10. Distribution of wildfire management zones, by alternative**

|  | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| WFMZ-R: Resource Restoration Wildland Fire Management Zone (acres) | 0 | 889,297 | 889,297 | 828,386 |
| WFMZ-PB: Resource Protection and Benefit Wildland Fire Management Zone (acres) | 0 | 947,965 | 947,965 | 1,008,879 |

## Long-Term Sustained Yield for Timber Harvest

About 27 percent of the 1.8 million acres of Forest lands are identified as may be suitable for timber production (see the *Timber Suitability – May Be Suitable for Timber Production* map, which is contained on the DVD located in the back of this document). Even though lands may be suitable for timber production, they may not be feasible for timber production. Feasibility for timber production is determined at the project level. Based on the may be suitable acreage, the estimated sustained yield limit is 7,374,937 cubic feet per year or 73,749 CCF per year.

Based on the long-term sustained yield limit, first decade estimates for a planned timber sale program for all alternatives are shown in Table 11. The second decade estimates are listed by alternative in Table 12. Estimates of projected timber sale quantity listed in the table do not include salvage harvest.

Rvsd Plan - 00004570

*USDA Forest Service*

**Table 11. First decade estimates of planned timber sale program (annual average volume output) for all alternatives**

|  | Alternatives A and B (CCF) | Alternative C[1] (CCF) | | Alternative D (CCF) |
|---|---|---|---|---|
|  |  | Year 1 through 6 | Year 7 through 10 |  |
| Projected Timber Sale Quantity | 700 | 0 | 15,000 | 500 |
| Other Estimated Wood Products (Fuelwood) | 7,200 | 7,200 | 7,200 | 7,200 |
| Projected Wood Sale Quantity[2] | 7,900 | 7,200 | 22,200 | 7,700 |
| Estimated Salvage Volume | 32,100 | 62,800 | 0 | 17,300 |
| Total Volume including Salvage[3] | 40,000 | 70,000 | 22,200 | 25,000 |

[1] Alternative C proposes an increased harvest rate from year 1 through 6 of the first decade followed by a slower rate at the end of the first decade.

[2] Projected wood sale quantity is the projected timber sale quantity added to the other estimated wood products (fuelwood).

[3] Under all alternatives, volume may not be evenly distributed over the time period but may be higher during the initial years of the time period and lower during the later years of the time period.

**Table 12. Second decade estimates of planned timber sale program (annual average volume output) for all alternatives**

|  | Alternatives A and B (CCF) | Alternative C (CCF) | Alternative D (CCF) |
|---|---|---|---|
| Projected Timber Sale Quantity | 8,400 | 15,000 | 4,000 |
| Other Estimated Wood Products (Fuelwood) | 7,200 | 7,200 | 7,200 |
| Projected Wood Sale Quantity[1] | 15,600 | 22,200 | 11,200 |
| Estimated Salvage Volume | 0 | 0 | 0 |
| Total Volume including Salvage | 15,600 | 22,200 | 11,200 |

[1] Projected wood sale quantity is the projected timber sale quantity added to the other estimated wood products (fuelwood).

Rvsd Plan - 00004571

## Timber Harvest Constraints and Timber Suitability Required by the National Forest Management Act

Suitable timber acreage for each alternative is listed in Table 13.

**Table 13. Timber suitability by alternative**

|  | Alternative A (acres) | Alternative B (acres) | Alternative C (acres) | Alternative D (acres) |
|---|---|---|---|---|
| Estimated Forest Total | 1,837,000 | 1,837,000 | 1,837,000 | 1,837,000 |
| Lands not suited for timber production due to legal or technical reasons | 1,337,064 | 1,337,064 | 1,337,064 | 1,337,064 |
| Lands that may be suited for timber production | 499,936 | 499,936 | 499,936 | 499,936 |
| Total lands suitable for timber production (timber production is compatible with the desired conditions and objectives established by the plan) | 320,567 | 468,311 | 480,683 | 401,414 |
| Total lands not suited for timber production | 1,516,433 | 1,368,689 | 1,356,317 | 1,435,586 |

Rvsd Plan - 00004572

*USDA Forest Service*

## Livestock Grazing

The number of acres capable for grazing for each management area is listed by alternative in Table 14.

### Table 14. Capable acres for cattle and sheep grazing, by management area

[Reported in acres. Management areas not included in all alternatives shown in parentheses.]

| Management Area | Alternative A | | Alternative B | | Alternative C | | Alternative D | |
|---|---|---|---|---|---|---|---|---|
| | Cattle | Sheep | Cattle | Sheep | Cattle | Sheep | Cattle | Sheep |
| 1.0 – Wilderness (C) | | | | | 61,511 | 9,490 | | |
| 1.1– Wilderness (B and D) | | | 64,926 | 11,144 | | | 64,926 | 11,144 |
| 1.11- Wilderness Pristine | 16,084 | 4,741 | | | | | | |
| 1.12-Wilderness – Primitive | 41,930 | 5,525 | | | | | | |
| 1.13- Wilderness – Semiprimitive | 6,831 | 862 | | | | | | |
| 1.5-Designated and Eligible Wild River (A) | 1,071 | 128 | | | | | | |
| 1.1a-Recommended Wilderness | 0 | 0 | 6,500 | 1,312 | | | 60,179 | 9,145 |
| 2.2-Research Natural Area[1] | 2 | 0 | 2 | 0 | | | 346 | 28 |
| 3.0-Roadless (C) | | | | | 114,069 | 21,001 | | |
| 3.1-Special Interest | 13,800 | 560 | 5,759 | 103 | 0 | 332 | 58,230 | 1,644 |
| 3.3-Backcountry | 109,636 | 18,017 | | | | | 6,511 | 677 |
| 3.4-Designated and eligible (A) Scenic River; (B and C) WSR | 2,552 | 265 | 7,084 | 1,170 | | | 7,514 | 2,246 |
| 3.5-Roadless | 0 | 0 | 37,507 | 7,677 | | | 21,090 | 5,341 |
| 3.6-Upper Tier Roadless | 0 | 0 | 75,834 | 12,624 | | | 23,630 | 5,909 |
| 4.1-Special Interest Areas (C) | | | | | 9,369 | | | |
| 4.2-Research Natural Areas (C) | | | | | 65 | | | |
| 4.21-Scenic Byway and Railroad | 12,981 | 865 | 12,909 | 850 | 12,922 | 850 | 11,884 | 825 |
| 4.23-Congressionally Designated Trail (D) | | | | | | | 17,332 | 776 |
| 4.3-Dispersed and Developed Recreation | 28,411 | 4,292 | 31,853 | 3,966 | | | 20,606 | 3,205 |
| 4 34-Eligible Wild, Scenic River (C) | | | | | 10,885 | 3,221 | | |
| 4.4-Eligible Recreational River (A) | 3,556 | 1,643 | | | | | | |
| 4.8-Ski-based Recreation (C) | | | | | 7 | | | |
| 5.0-General Forest and Rangelands (C) | | | | | 279,459 | 15,012 | | |
| 5.11-General Forest and Intermingled Rangelands | 55,346 | 2,034 | 43,594 | 1,749 | | | 36,820 | 1,494 |
| 5.13-Forest Products | 40,262 | 3,018 | 37,369 | 2,202 | | | 31,174 | 2,187 |
| 5.41-Deer and Elk Winter Range | 90,986 | 4,057 | 130,710 | 6,444 | | | 115,046 | 5,809 |
| 5.42-Bighorn Sheep (A) | 24,734 | 3,134 | | | | | | |
| 6.6-Grassland Resource Production | 40,773 | 789 | 34,234 | 335 | | | 12,993 | 152 |
| 8.22-Ski-based Recreation[1] | 15 | 0 | 7 | | | | 4 | 0 |

[1]Research natural areas and ski-based recreation management areas restrict grazing. Portions of the Hot Creek Research Natural Area on the Conejos Peak Ranger District do allow grazing under stipulations.

Rvsd Plan - 00004573

*Draft Environmental Impact Statement*
*Rio Grande National Forest Revised Land Management Plan*

## Recommended Wilderness

Alternatives B and D include Management Area 1.1a – Recommended Wilderness. Generally, these acres currently are designated as backcountry and Colorado roadless. The distribution of wilderness, backcountry, and roadless acreage is listed by alternative in Table 15.

**Table 15. Changes in management area distribution related to recommended wilderness, by alternative**

[Reported in acres]

| Management Areas | Alternative A | Alternative B | Alternative C[1] | Alternative D |
|---|---|---|---|---|
| Management Area 1 – Wilderness | | | 392,139 | |
| Management Area 1.1 – Wilderness | | 392,139 | | 392,139 |
| Analyzed Wilderness 1.1a – Recommended Wilderness | | 58,669 | | 284,853 |
| Management Area 1.11 – Wilderness-Pristine | 136,544 | | | |
| Management Area 1.12 – Wilderness-Primitive | 171,335 | | | |
| Management Area 1.13 – Wilderness Semiprimitive | 84,210 | | | |
| Management Area 3 – Roadless | | | 498,240 | |
| Management Area 3.5 – Roadless | 0 | 155,744 | | 90,198 |
| Management Area 3.6 – Upper Tier Roadless | 0 | 329,977 | | 124,033 |
| Management Area 3.3 – Backcountry | 464,282 | | | 16,927 |

## Proposed National Wild, Scenic, and Recreational Rivers

Suitable and eligible river segments considered for inclusion in the National Wild and Scenic Rivers System are listed in Table 16.

Rvsd Plan - 00004574

*USDA Forest Service*

**Table 16. Suitable and eligible river segments considered for inclusion in the National Wild and Scenic Rivers System**

[Note: Management of river segments on Medano and Little Medano Creeks has been transferred to the National Park Service per the Great Sand Dunes National Park and Preserve Act of 2000; NA, not applicable.]

| Stream or River Name | Length (miles)[1] | Acres | Status | Outstandingly Remarkable Values | Classification |
|---|---|---|---|---|---|
| Archuleta Creek | 5.69 | 1,889 | Eligible | Scenic, Recreational | Scenic |
| Deadman Creek | 3.26 | 1,087 | Eligible | Scenic, Recreational, Historic, Biological | Scenic |
| East Fork Rio Chama | 3.18 | 1,078 | Eligible | Scenic, Recreational | Scenic |
| Hansen Creek | 6.72 | 2,067 | Eligible | Scenic, Recreational | Wild |
| Lower Rio de los Pinos | 4.50 | 1,364 | Eligible | Scenic, Recreational, Historic | Scenic |
| Lower Rio Grande | 4.42 | 1,081 | Eligible | Scenic, Recreational, Historic | Recreational |
| Rio Grande (Box Canyon) | 8.73 | 2,720 | Eligible | Scenic, Recreational, Historic | Scenic |
| Saguache Creek | 8.40 | 2,478 | Eligible | Scenic, Historic, Cultural | Wild |
| Toltec Creek | 2.88 | 525 | Eligible | Scenic, Recreational, Historic | Wild |
| West Bellows Creek | 6.31 | 2,065 | Eligible | Scenic, Recreational, Geologic | Scenic |
| West Fork Rio Chama | 4.81 | 1,239 | Eligible | Scenic, Recreational | Scenic |
| **South Fork Rio Grande** | | | | | |
| South Fork Rio Grande (above Big Meadows Reservoir) | 5.19 | 1,633 | Eligible | Scenic, Recreational, Historic | Scenic |
| South Fork Rio Grande (below Big Meadows Reservoir) | 11.98 | 3,016 | Eligible | Scenic, Recreational, Historic | Recreational |
| **South Fork Rio Grande Total** | **17.17** | **4,649** | NA | NA | NA |
| **Conejos River** | | | | | |
| El Rito Azul | 3.80 | 1,168 | Suitable | Scenic, Recreational, Wildlife | Wild |
| North Fork Conejos River | 3.93 | 1,208 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Middle Fork Conejos River | 4.59 | 1,411 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Conejos River (Three Forks to Platoro Reservoir) | 3.33 | 1,023 | Suitable | Scenic, Recreational, Wildlife | Wild |
| South Fork of the Conejos River | 12.76 | 3,985 | Suitable | Scenic, Recreational, Wildlife | Wild |
| Conejos River below Platoro Reservoir | 12.54 | 3,539 | Suitable | Scenic, Recreational, Wildlife | Recreational |
| **Conejos River Total** | **40.95** | **12,334** | NA | NA | NA |
| **Wild Rivers Subtotal** | **46.41** | **13,865** | NA | NA | NA |
| **Scenic Rivers Subtotal** | **41.67** | **13,075** | NA | NA | NA |
| **Recreational River Subtotal** | **28.94** | **7,636** | NA | NA | NA |
| **Rio Grande National Forest Total** | **117.02** | **34,576** | NA | NA | NA |

[1] Length, in miles, of the reaches has been updated from the 1996 forest plan revision to reflect the best available information; changes do not reflect alterations to the eligible or suitable river segments.

48

Rvsd Plan - 00004575

## Proposed Special Area Designations

Acreage of proposed Forest-designated special areas including research natural areas, special interest areas, wild, scenic, and recreational rivers, congressionally designated trails, scenic byways and railroads, and other specially designated areas for each alternative is shown in Table 17. For more information about existing and proposed special designated areas, see *Designated and Proposed Special Interest and Research Natural Areas* in Chapter 3. Maps of *Special Designated Areas for Alternatives A through D* are contained on the DVD located at the back of this document.

**Table 17. Acreage of special interest areas and designated areas, by alternative**

| Management Areas | Alternative A (acres) | Alternative B (acres) | Alternative C (acres) | Alternative D (acres) |
|---|---|---|---|---|
| Management Area 2.2 – Research Natural Area | 23,868 | 23,868 | | 25,154 |
| Management Area 3.1 – Special Interest Area | 34,666 | 26,966 | | 148,920 |
| Management Area 3.3 - Backcountry | 464,282 | | | 16,927 |
| Management Area 3.4 – Eligible and Suitable Wild, Scenic, and Recreational Rivers | 10,133 | 35,872 | | 35,872 |
| Management Area 4.1 – Special Designation: Special Interest Area | | | 26,096 | |
| Management Area 4.2 – Special Designation: Research Natural Area | | | 23,798 | |
| Management Area 4.21 – Scenic Byway and Railroad | 27,487 | 27,487 | 27,487 | 27,487 |
| Management Area 4.23 – Special Designation: Congressionally Designated Trail | | | | 83,997 |
| Management Area 4.34 - Eligible and Suitable Wild, Scenic, and Recreational Rivers | | | 35,872 | |
| Management Area 4.4 – Eligible and Suitable Recreational Rivers | 10,809 | | | |
| Management Area 4.8 – Special Designation: Ski-based Resorts | | | 1,632 | |
| Management Area 8.22 – Ski Based Resorts | 1,632 | 1,632 | | 446 |

## Wildlife Management

Alternatives B, C, and D include revised management direction for fish, wildlife, and plant species, as well as updated, more specific direction for threatened and endangered species, and species of conservation concern, and the key ecosystem characteristics on which they depend. All action alternatives also contain revised management direction for Canada lynx in late-successional spruce-fir habitat, as well as direction for recreational dredging considering potential impacts in aquatic ecosystems. Alternative D prohibits off-road game retrieval.

49

*USDA Forest Service*

For more information, see the *Wildlfe and Plant Species* and *Aquatic Ecosystems* sections in Chapter 3.

## Sustainable Recreation

Alternative A does not specifically account for the concept of sustainable recreation. However, many of the principles associated with sustainable recreation were present in plan direction developed in 1996. Under this management direction, the Forest's recreation program would continue without a sustainable focus for the program over the planning period.

Alternative A reflects the Forest's existing summer recreation opportunity spectrum mapped in 1996 and based on the factors considered at that time. The class designation percentages are listed in Table 18. Recreation opportunity spectrum class designations are not applied to private lands located inside the forest boundary.

**Table 18. Alternative A summer recreation opportunity spectrum settings**

| Percent Recreation Opportunity Spectrum class designations | | | | |
|---|---|---|---|---|
| Primitive | Semiprimitive nonmotorized | Semiprimitive motorized | Roaded natural | Rural |
| 8 | 43 | 28 | 20 | 1 |

Desired summer recreation opportunity spectrum classes for alternatives B, C, and D are summarized in Table 19. These three alternatives contain revised plan direction to help achieve sustainable recreation and address recreation settings, opportunities, and access for nonmotorized, motorized, developed, and dispersed recreation opportunities. This revised direction would help the Forest keep and re-evaluate which facilities and trails would be maintained and connected, and would focus all management decision on resource benefits.

**Table 19. Alternatives B, C, and D desired summer recreation opportunity spectrum classes**

| Alternative | Percent Recreation Opportunity Spectrum class designations[1] | | | | |
|---|---|---|---|---|---|
| | Primitive | Semiprimitive nonmotorized | Semiprimitive motorized | Roaded natural | Rural |
| B | 7 | 44 | 28 | 20 | 1 |
| C | 7 | 33 | 36 | 23 | 1 |
| D | 36 | 19 | 25 | 19 | less than 1 |

[1] Recreation opportunity spectrum class designations are not applied to private lands located inside the Forest boundary.

Total nonmotorized and motorized opportunities by combined recreation opportunity spectrum class percentages across all action alternatives are listed in Table 20. The nonmotorized recreation opportunity spectrum classes (primitive and semiprimitive nonmotorized) are the highest under alternative D because of increased acreage of recommended wilderness.

50

Rvsd Plan - 00004577

**Table 20. Nonmotorized and motorized settings**

| Alternative | Total Nonmotorized (percent) | Total Motorized (percent) |
|:---:|:---:|:---:|
| A | 51 | 49 |
| B | 51 | 49 |
| C | 40 | 60 |
| D | 55 | 45 |

For more information and analysis on this subject, see the *Sustainable Recreation Opportunities* section in Chapter 3.

51

Rvsd Plan - 00004578

*USDA Forest Service*

# Chapter 3. Affected Environment and Environmental Consequences

This chapter summarizes the physical, biological, social, and economic environments of the project area and the effects of implementing each alternative on that environment. It also presents the scientific and analytical basis for the comparison of alternatives presented in Chapter 2.

The analysis of alternatives addresses changes in forest plan direction across the alternatives. The analysis addresses impacts on overall programs. Forest plan direction is included in the Rio Grande National Forest Draft Revised Land Management Forest Plan and can be referenced there.

## Nature of the Analysis

This analysis takes a programmatic look at the outcomes that may result from implementing the proposed management direction in each alternative. Estimating effects at the programmatic forest-plan level makes assumptions that the types of resource-management activities allowed under the prescriptions are reasonably foreseeable future actions to achieve the goals and objectives stated in the forest plan. However, the specific location, design, and extent of such activities are generally not known. Those decisions are made on a site-specific basis in compliance with the forest plan. Therefore, the discussions here refer to the potential for the effect to occur at the programmatic level.

The forest plan does not prescribe site-specific projects; therefore, potential spatial and temporal effects cannot be attributed to a specific area and the analysis contains no direct effects analysis. Because no commitments regarding site-specific actions are made, there are no irreversible and irretrievable commitments or short-term losses of productivity included in the analysis. Cumulative effects result from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (federal or non-federal) or person undertakes such other actions (40 CFR 1508.7). The analysis of cumulative effects provides a larger context in which to evaluate the effects of the forest plan. Cumulative effects can be described in terms of potential to generally affect trends for the overall resource. The cumulative effects of a program at the forest-plan scale can be discussed only in terms of general programmatic tendencies toward either improved or declining resource condition.

## Other Required Disclosures

The Forest has been in communication and consultation with the following agencies and tribes:

- U.S. Fish and Wildlife Service under the Endangered Species Act for changes to the Southern Rockies Lynx Amendment since January 2017.
- Colorado State Historic Preservation Office through plan development for adherence with the National Historic Preservation Act.
- Colorado Department of Natural Resources for integration of the Colorado Roadless Rule.

Rvsd Plan - 00004579

- The Navajo Nation as a cooperating agency.
- Nineteen tribes affiliated with the Forest: the Southern Ute Tribe, Ute Mountain Ute Tribe, Uintah and Ouray Ute Tribe, Jicarilla Apache Nation, Comanche Nation, Navajo Nation, Pueblo of Taos, Pueblo of Picuris, Hopi Tribe, Pueblo of Santa Ana, Pueblo of Santa Clara, Pueblo of Ohkay Owingeh, Cochiti Pueblo, San Ildefonso Pueblo, Pueblo of Laguna, Pueblo of Acoma, Pueblo of Santo Domingo, Pueblo of Zuni, and Pueblo of Nambe.

# Air Quality

## Overview

Air quality is recognized as an important resource to protect on national forests. The public values the clean air and sweeping vistas that national forests provide. Air quality affects forest resources such as aquatic organisms, cultural resources, forest health, recreation, social and economic resources, water quality, wildlife, and scenic resources. By measuring the effects of air pollution on these resources, the extent of degradation to the Forest can be measured. Air regulators, land managers, and concerned citizens can use this information to promote improvements in air quality that will benefit national forest areas and the people who visit them.

A detailed overview of air quality on the Forest is contained in Assessment 2 – Air Quality, Soils, and Water Resources (USDA Forest Service 2016), portions of which are included in the section below.

Air pollution affects the natural quality of forest lands, particularly wilderness areas. Impacts can include injury to sensitive vegetation, lake body acidification, eutrophication, hypoxia, and soil nutrient changes. Deposition of toxic metals can harm aquatic and terrestrial ecosystems. Visibility may also be impaired by the haze that results from suspension of fine particulates in the air. The air pollution that affects national forests comes from many sources, large and small, located nearby and far away. Common sources include emissions from industry, motorized vehicles, wood burning stoves, mining, and road construction. The pollution typically originates outside of national forest boundaries but is transported through the atmosphere and deposited inside national forest boundaries, but can also originate within forest boundaries.

The impact on the ecosystem is related to the types and amount of pollution emitted, the distance from the ecosystem of concern, and the atmospheric conditions, such as weather, affecting the transport and dispersion of pollutants. The ecological effects of air pollution may also vary by location, time, and sensitivity of individual species. The response of an ecosystem to air pollution is dependent not only on the amount of contaminants to which it is exposed, but also on the ability of the ecosystem to buffer itself against the effects of air pollution. Hence, understanding and monitoring for air quality values in a national forest requires a comprehensive view, combined with local knowledge.

Wilderness air quality values are those properties of wilderness that are affected in some way by air pollution and include visibility, odor, flora, fauna, soil, water, geologic features, and cultural resources. Mandatory Class I areas were designated by Congress and receive special protection under the Clean Air Act. These include wilderness areas larger than 5,000 acres

*USDA Forest Service*

that were in existence (or authorized) on August 7, 1977. Class I area values are called air quality related values and are protected under the Clean Air Act. Class II area (established after 1977) values are called wilderness air quality values. The Forest Service is required to protect air quality values within both Class I and Class II areas. Air quality values are monitored using sensitive receptors and indicators and by critical targets and loads Sensitive receptors and indicators are properties or features, such as high-altitude lakes, lichens, and vistas that may be affected by air pollution. Critical loads are quantitative estimates of levels below which no harmful impacts are expected but where exceeding those levels will affect a specified feature or property within the wilderness ecosystem.

These sensitive receptors are the specific components of an ecosystem through which change in air quality or wilderness air quality-related values are quantified. Sensitive receptors are selected for known or suspected sensitivity to pollutants, availability for manageable, cost-effective monitoring, sampling, and analysis methods, and relevance for modeling capabilities. The relationship between air pollution and effects on individual components of the wilderness is influenced by a component's ability to resist displacement from its natural condition, ability to recover from an individual human-caused event, and the number of times the wilderness component can return to the natural condition after repeated human-caused change incidents.

In addition to emitting carbon monoxide, particulate matter, and hazardous air pollutants, fossil fuel burning emits sulfur dioxide and nitrogen oxides into the atmosphere. Certain types of agricultural activities emit ammonia to the atmosphere. Such emissions can lead to atmospheric deposition of sulfuric acids, nitric acids, and ammonium to forest ecosystems. In sensitive ecosystems, acid compounds can acidify soil and surface waters, thereby affecting nutrient cycling and ecosystem services. In more resilient ecosystems, nitrogen deposition can lead to chemical and biological changes through nitrogen saturation, which can then affect ecosystem services. To address whether atmospheric deposition is having negative effects, critical loads are calculated. If monitoring and modeling indicate that critical loads are being exceeded, then target loads are established.

Critical loads are quantitative estimates of exposure to one or more pollutants below which significant harmful effects on sensitive elements of the environment, according to present knowledge, are not expected to occur. Values are scientifically determined based on expected ecosystem response to a given deposition level. The environmental effects can extend over great distances when values are exceeded. Target loads are acceptable pollution loads or levels agreed upon by policy makers and land managers. Acceptable target loads are based on the economic costs of emissions reductions, timeframes, and other matters.

## Affected Environment, Existing Conditions, and Trends

A detailed discussion of the affected environment is contained in Assessment 2 – Air Quality, Soils, and Water Resources (USDA Forest Service 2016), which also includes a more extensive discussion of existing conditions and trends.

Air quality must be considered at a regional (airshed) scale and also must be considered to some extent at a global scale. An airshed is a geographical area where local topography and meteorology limit the dispersion of pollutants away from the area. Airsheds typically are identified as a geographic boundary for air quality assessments. The Forest is in the Cañon

54

City airshed (USDA Forest Service 1994), a large geographical area in south-central Colorado, with the Continental Divide on the western side. The Continental Divide exerts considerable control over the air currents and circulation within this airshed. Prevailing upper level winds are from the southwest and west (Mast et al. 2005), with occasional shifts due to cold fronts. Regionally, areas in northwestern New Mexico and southwestern Colorado and Utah have some impact on the area because of the industries that are prevalent in the area, such as oil and gas development, power generation, and industrial stack emissions.

Stationary sources of pollution include facilities such as those used for energy production, mining and milling operations, gravel and cement plants, and ski areas. Areas directly affected by these facilities are typically confined to a radius of tens of kilometers downwind of the facility. Large stationary sources, typically facilities that produce more than 100 tons per year, can impact national forest areas in excess of 300 kilometers downwind by contributing to pollutant haze layers. Emissions information is generally tracked for pollutants that have health-based air quality standards such as carbon monoxide, nitrogen oxides, sulfur dioxide, and particulate matter.

Stationary sources of air pollution within a 100-kilometer (62-mile) radius of Monte Vista, Colorado, which serves as a good centroid for the Forest and its associated sub-airshed, can be queried (Colorado Department of Public Health and Environment 2017). These sources were determined to be in the central, north-central, south-central, and southeastern parts of the San Luis Valley. Area and mobile sources include motorized vehicles, agricultural activities, planes, trains, residential wood burning, lawn mowers, barbeques, wind-blown dust, and smoke from wildfires and agricultural ditch burning. Data for upwind sources of emissions beyond the 62-mile limit of the State of Colorado also can be queried (U.S. Environmental Protection Agency 2017a). Upwind areas that contain facilities that could potentially affect air quality in the Forest include a large area south of Durango, Colorado, and east of Farmington, New Mexico, and a concentrated area around Spanish Peaks west of Trinidad, Colorado. Facilities in these areas are associated primarily with energy use and development. Other potential sources include areas around and south to southeast of Phoenix, Arizona, and the Los Angeles metropolitan area in California.

Primary sources for carbon monoxide include wood combustion, motorized vehicles, and non-road engines; for nitrogen oxides: power plants, vehicles, non-road engines, oil and gas development, wood combustion, and railroads; for sulfur dioxide: wood combustion, vehicles, oil and gas, and non-road engines; for particulate matter: wood combustion, road and trail dust, agriculture tilling, and construction; and for volatile organic compounds: oil and gas development, pesticides, wood combustion, non-road engines, and vehicles.

Wildfires can be a visibly noticeable source of air quality impact due to aerosols including organic and elemental carbon and particulate matter. Impacts from wildfires are increasingly difficult to predict and manage due to fuel loads, fire exclusion history, increasing wildland-urban interfaces, and climate change. Fuel treatment practices, including fire and mastication, would continue in an effort to reduce the size, frequency, and intensity of wildfires to improve fire control and increase the predictability of fire effects.

Air emission information provides an overview of the magnitude of air pollution and is important in understanding air quality on the Forest. Trends in precursor emissions would be expected to track with trends on the Forest, such as visibility and acid deposition.

*USDA Forest Service*

Overall, air quality within and near the Forest is good to excellent as the area is minimally developed, has limited local emissions sources, and has predominantly very robust air dispersion (see Assessment 2). Wildfire emissions, depending upon the year, can be the most significant source of pollution within and around the Forest, but are not controllable by management except indirectly, through fire suppression. Prescribed-fire emissions in the area commonly occur during the spring and late fall. The amount of activity is expected to hold constant, with a few hundred to several thousand acres per year being treated. Smoke management is regulated by permit from the State of Colorado. Overall smoke emissions from wildland fire are expected to remain about the same, with the major variable being weather conditions.

Dust generated by winds blowing across the San Luis Valley also impacts the air quality of the Forest, particularly in the Sangre de Cristo Mountains. Dust generated in the southwestern United States and at a global scale also impacts the Forest, most noticeably as a dark covering on top of the snowpack as it melts in the spring.

The greatest threat to air quality within the Forest is from upwind anthropogenic sources. Upwind urban and industrial air pollution, although low to moderate when compared with much of the United States, has a potentially persistent impact because many of these emissions occur year-round. These sources are managed by the air quality regulatory agencies in Colorado and upwind states, with collaboration from the Forest Service for major sources permitting through the prevention of significant deterioration process. Currently, as previously discussed, all Colorado communities are in attainment of all National Ambient Air Quality Standards, with the exception of the Front Range ozone control area, which is in non-attainment for the 8-hour ozone standard. Ozone has been in decline regionally since at least 1980 (U.S. Environmental Protection Agency 2017b), and particulate matter has also been in decline (U.S. Environmental Protection Agency 2017c).

In the past there were several communities across the state in non-attainment for violation of one or more of the Federal clean air standards. Implementation plans have since been developed for these communities that show how these communities have attained and will maintain compliance with the standards. The closest community to the Forest under one of the maintenance plans is Pagosa Springs, for particulate matter less than 10 microns.

The largest upwind anthropogenic source of air quality concern on the Forest is energy development in southwestern Colorado and northwestern New Mexico, and perhaps the Spanish Peaks area west of Trinidad, Colorado. Continued compliance with National Ambient Air Quality Standards and protection of Class I and II areas on the Forest requires continued close coordination between the Forest Service and air quality regulatory agencies in Colorado and upwind states.

A considerable amount of historic and current air quality monitoring data is available for tracking air quality conditions and impacts to air quality values. Interagency Monitoring of Protected Visual Environments (2017) sites for the Weminuche Wilderness and Great Sand Dunes National Park are useful for visibility monitoring. Since 1985, monitoring has been conducted at these interagency monitoring sites to establish visual conditions and track changes over time. The Colorado "scenic and important views" database is useful for prevention of significant deterioration permitting efforts the Forest may become engaged with in the future. Historic and on-going lake water chemistry data are useful for tracking

56

atmospheric deposition in terms of acid rain and nutrient loading. U.S. Geological Service snowpack chemistry data and national atmospheric deposition program deposition data collected from surrounding areas are useful for atmospheric deposition monitoring.

Haze indices indicate that visibility on the clearest days is improving over time, but there is no apparent trend in the index on the haziest days. Episodic wind events and associated dust appear to be affecting visibility on the Forest, particularly in the Sangre de Cristo Mountains. Regional and global wind driven dust also appear to be affecting visibility. Data collected from high-elevation lake monitoring indicate there are lakes sensitive to atmospheric deposition in the Weminuche and South San Juan Wilderness Areas but not in the La Garita and Sangre de Cristo Wilderness Areas. These data sets are presently being analyzed for trend, but the results may or may not be available for the current revision effort. Snowpack chemistry monitoring indicates no apparent trend with nitrate concentrations, an apparent downward trend with sulfate concentrations, and a slight upward trend with ammonium and mercury concentrations. National Atmospheric Deposition Program site data indicate an apparent downward trend in sulfate concentration and deposition, apparent downward to no trend to upward trend in nitrate concentration and deposition depending upon location, and apparent upward trend in ammonium concentration and deposition.

The critical load assessment indicates potential concern with nitrogen deposition on lichens, soil quality, and vegetation, particularly in the alpine habitats. Monitoring in the Class I Weminuche and La Garita Wilderness Areas may be beneficial to measure the extent to which potential effects have occurred. Until additional information becomes available that disputes or supports the results of the critical load assessment, the Forest does not need to establish refined critical loads and target loads at this time; rather, the Forest should continue with development, adjustment, and implementation of its existing air resources program.

The nearest active ozone monitoring site to the Forest is Shamrock Mine (see Assessment 2), which was established in 2004. The Forest Service and State of Colorado monitor ozone at multiple rural, high-elevation sites across the southern Rocky Mountains. Musselman and Korfmacher (2014) recently summarized these data. The authors noted that many of these locations have, on occasion, ozone concentrations that exceed the current standards but that there are significant year-to-year differences, that concentration levels are primarily in the mid-concentration range, and that the small daily fluctuations indicate overall stable concentrations.

The Forest Service uses the watershed condition framework to characterize the health and condition of National Forest System lands. The characterization is a reconnaissance-level approach using a set of 12 indicators and 24 attributes that are surrogate variables representing ecological, hydrologic, and geomorphic functions and processes that affect watershed condition (USDA Forest Service 2011). One attribute within the Forest Health indicator is ozone. This attribute is rated to address forest mortality impacts to hydrologic and soil function due to air pollution. All watersheds on the Forest were rated "functioning properly" relative to ozone. Two other attributes, water quality and soil contamination, were rated in part using data related to air quality.

The Air Quality Portal for Land Management Planning (USDA Forest Service 2017) provides guidance on assessing critical loads of air pollution to determine if concerns exist with acidification, and nutrient loading, of several ecosystems components (air quality). This

*USDA Forest Service*

procedure was followed during Assessment 1 of this planning process and it was determined that exceedance of critical loads occurred at certain lakes but buffering due to geologic materials and soils should mitigate any concerns. There are small lakes in the Weminuche and South San Juan Wilderness Areas with low acid neutralizing capacity where localized geologic materials and soil may not provide adequate buffering. Thus, current lake monitoring efforts should continue and trend monitoring should be conducted.

Assessment 1 and 3 – Ecosystem Integrity, Systems Drivers and Stressors for Terrestrial Ecosystems indicates that the extent and severity of exceedance for mycorrhizal fungi is low and thus not a concern. Because exceedances of the lichen critical loads fall within the realm of uncertainty, lichen monitoring in the Class I Weminuche and La Garita Wilderness Areas may be beneficial to measure the extent to which potential effects have occurred. Exceedances of the minimum critical loads for herbaceous plants/shrubs and forests occur across 29 percent of the Forest; and for nitrate leaching across 41 percent of the Forest. While 1.66 kilograms per hectare per year deposition identified in Assessment 2 is not particularly high, it is within the range of critical concerns. Exceedance could be indicative of a trend toward issues with lower organic soil carbon to nitrogen ratios, higher nitrogen mineralization rates, potential net nitrification rates, foliar nitrogen concentration, higher nitrogen to phosphorus, nitrogen to calcium, and nitrogen to magnesium ratios in forested areas. Changes in plant species composition in alpine ecosystems may enhance rates of nitrogen cycling or could lead to nonlinear increases in nitrate leaching and soil acidification (Pardo et al. 2011). Because ammonium deposition at two National Atmospheric Deposition Program sites in the vicinity of the Forest visually appears to be on an upward trend, soil and vegetation monitoring in the Class I Weminuche and La Garita Wilderness Areas may be desirable to measure the extent to which potential effects have occurred.

## Direct and Indirect Effects

Impacts to air quality from Forest management activities include, but are not limited to, dust and engine exhaust. Activities that affect air quality are generally localized and are separated by time and also by space. Particulates from these localized impacts disperse quickly into the atmosphere and become diluted.

Localized impacts can in turn affect downwind areas cumulatively, as impacts from activities within the airshed can spread across the airshed into other areas, just as activities upwind can impact areas within the boundaries of the Forest.

Impacts to the chemistry of water in high mountain lakes can influence changes to aquatic habitat, vegetation, and scenic vistas within the boundaries of the Forest. Monitoring at the regional and Forest level would continue to allow Forest staff to gauge changes and estimate hazards to resources.

Upwind sources would continue to impact the air quality on the Forest. Management activities would have some localized impacts, possibly with some airshed-scale implications primarily from engine exhaust, dust, and smoke from prescribed burns. Wildfires would periodically impact the air quality in the region due to smoke.

Rvsd Plan - 00004585

## Effects on Air Quality from Timber Harvest

Air quality would be impacted by timber harvest activities primarily through the engine exhaust of equipment used to prepare for, harvest, and subsequently transport forest products, along with dust from haul routes. This is primarily a localized impact, for which particulates disperse quickly and individual impacts do not have a Forestwide or regional impact. Cumulatively there is potential to combine with other activities to create impacts; however, they are unlikely to occur simultaneously, so localized impacts are reasonable to consider.

Timber suitability changes across alternatives. Alternative A, which represents current management, has approximately 320,567 suitable acres. From least to most, the other alternatives have: D – 401,414 acres, B – 468,311 acres, and C – 480,683 acres.

Timber suitability acres provide a relative basis to compare the potential impacts of timber management impacts on air quality. Relatively, alternatives A and D propose fewer available acres for timber harvest and therefore would be the most protective of air quality, and alternative C allows the most acres of timber to be potentially harvested. Projected management activities indicate that alternative C would have the greatest impact due to the higher average acres harvested, while alternative A would have the fewest acres impacted. Alternatives A and B are very similar in the amount of acres potentially impacted. Because all harvest activities would not occur at the same time or in the same location, impacts from engine exhaust and dust are similar across alternatives. Localized inputs would be realized at each location and would be analyzed in subsequent site-specific analysis. These localized impacts can cumulatively combine with other regional inputs to impact air quality at any given time, but impacts are not expected to change trends described in the current conditions and trends section of Assessment 2. Alternative C has the greatest potential to impact current and future trends, while alternative D, which has the least amount of planned management activity, would be the least likely to impact air quality.

## Effects on Air Quality from Fire Management

Wildfires have the most significant impact on air quality within the boundaries of the Forest. The two most recent large fires on the Forest were the Million Fire in 2002 and the West Fork Complex Fires in 2013. Both impacted air quality locally and also regionally. Similar large fires elsewhere in the Western United States have impacted air quality on the Forest and in the San Luis Valley. These events have the largest impact on the air quality and the least amount of control by Federal agencies.

Fire management activities contribute to air quality impacts. Smoke from prescribed burns and pile burning add particulates and other pollutants into the air. These fires are generally locally impactful but do not impact air quality for an extended time, as the smoke disperses and does not have a lasting or concentrated effect. Project-specific analysis and plans include parameters that would limit impacts.

No significant difference to air quality is expected from the different alternatives. Similar acres of prescribed burning would continue to be attempted each year, regardless of alternatives. State laws would continue to require permits and monitor compliance. High mountain lakes and monitoring sites around the area would continue to be monitored for persistent impacts to air quality associated with local and regional activities.

*USDA Forest Service*

## Effects on Air Quality from Livestock Grazing

Livestock management would continue at very similar levels across the Forest regardless of alternative. Cattle have some impact on air quality; however, since cattle generally reside in the same airshed, impacts on a regional scale are the same regardless of where the cattle graze. Local impacts are very minimal because the cattle are not often congregated together but spread out across the landscape. No significant difference among alternatives is expected.

## Effects on Air Quality from Roads and Trails

Similar to timber harvest impacts, engine exhaust is a major contributor of air quality impacts. Dust can also be a visibly noticeable addition to air quality issues. As traffic increases so do exhaust outputs and dust. These effects are localized to the area where they occur; however they can also contribute to regional air quality conditions. Impacts would not necessarily be immediately visible. Impacts from the deposition of nitrogen oxides and sulfates can have impacts to vegetation and soil and water chemistry.

Alternative D is the most likely to influence air quality in a positive manner as more restrictive management direction or areas are proposed, including areas of recommended wilderness. Alternative C is the least likely to improve or protect air quality as more opportunities for management activities are possible, which could lead to more traffic and to an increase in pollutant levels. However, the differences among alternatives is relatively small in regards to impacts to air quality. It is not anticipated that the differences among alternatives would be significant in relation to how roads and trails influence air quality.

## Effects on Air Quality from Recreation

Recreation is mainly driven by the public. Visitation to the Forest would likely increase into the future. More recreationists would increase the amount of impact from motorized travel, and dust and exhaust would be the influence on air quality caused by recreation. Reducing the number of miles driven on the Forest would reduce the impacts of vehicle exhaust and dust to air quality. On the surface, alternative D seems to be the most restrictive to motorized recreation and alternative C the least restrictive. More vehicles driving a shorter distance to a trailhead, however, may have the same impact as fewer vehicles driving many miles to reach a trailhead. Generally, none of the alternatives specifically limit miles driven, the total number of campfires, or other similar air quality related impacts. There is no anticipated difference among alternatives.

## Effects on Air Quality from Designation of Wilderness, Wild, Scenic, and Recreational Rivers, Research Natural Areas, Special Interest Areas, and Scenic Trails and Byways

Impacts to air quality from specially designated areas would not vary based on the type of designation. Specially designated areas generally place more restrictions on management activities than other areas, which would result in fewer impacts to air quality. These impacts would be less under alternative D. Alternative B is more protective than alternatives A and C but less protective than alternative D. Regional trends and conditions essentially negate local impacts because many of the air quality impacts to the Forest come from the upwind sources like the energy production areas in northwestern New Mexico, southwestern Colorado, and

60

Rvsd Plan - 00004587

*Draft Environmental Impact Statement*
*Rio Grande National Forest Revised Land Management Plan*

southeastern Utah, as well as communities with industry such as Durango, Colorado, and Farmington, New Mexico.

Alternative D appears to be the most protective of air quality due to an increase in designated wilderness with associated additional air quality management considerations Due to dependence on upwind conditions and activities, there is no significant difference among alternatives related to air quality and designated areas.

### Effects on Air Quality from Mineral Resource Activities

Mineral extraction is anticipated to continue at similar levels as was anticipated in the 1996 forest plan, and similar to current activity levels. Local impacts from mineral extraction activities are generally from dust and engine exhaust. These impacts are minimal and small in correlation with the size of mineral extraction activity.

Mineral extraction activities do not vary significantly among alternatives; therefore, air quality impacts are not expected to vary among alternatives.

### Cumulative Effects

Air quality impacts are associated primarily with anthropogenic sources. Though the impacts from these sources are not as dramatic as the impacts from a natural event, such as a large fire, they are more consistent. Upwind sources of pollutants are expected to continue at similar levels. Impacts from the energy extraction and production industry and from large cities upwind of the Forest will likely affect air quality. Air quality impacts can also be realized from forest management practices to downwind receivers. Cumulatively, upwind sources can impact downwind receptors.

Past, ongoing, and reasonably foreseeable future impacts to air quality would continue on the Forest at similar rates over the planning period. Monitoring and modeling efforts would continue to integrate knowledge and understanding of local and regional inputs to air quality standards. Cooperation among agencies and other entities would also continue so that as monitoring results become known, adjustments or changes would be made to mitigate air quality impacts across the Forest and the airshed.

# Forested Ecosystems

This section addresses the forested ecosystems on the Forest. In particular, it addresses many of the key ecosystem characteristics needed for ecological integrity in these ecosystems, including the diversity of vegetation, landscape disturbances, late-successional and old forest habitats, and snags and downed woody material.

### Overview

Key ecosystem characteristics are defined in the 2012 Planning Rule as the dominant ecological components that describe the ecosystems and are relevant and meaningful for addressing ecosystem condition and integrity, as well as important land management concerns. Ecosystem integrity as related to vegetation is typically assessed by considering dominant ecosystem functions, composition, structure, and connectivity. Key ecosystem characteristics are measurable (i.e., quantitatively or qualitatively) and there is some type of data or means to distinguish and describe them.

61

*USDA Forest Service*

Key forest ecosystem characteristics have been identified and are listed below. Estimated differences in these key ecosystem characteristics serve as the basis for evaluation of ecological integrity and sustainability.

- **Diversity of vegetation** – Maintaining a diversity of ecosystems and structural types provides the various habitats needed by the many species that use the Forest and will help ensure resiliency in the face of environmental disturbances and changes.

- **Late-successional and old forest habitats** – Late-successional and old forest habitats are an important part of a healthy ecosystem. They tend to have forest structure elements, such as large, older trees, large snags, and multiple canopy layers, that are important to some wildlife species.

- **Snags and downed woody material** – These are essential for ecological integrity and serve a variety of purposes, such as providing valuable wildlife habitat and supporting nutrient recycling.

- **Landscape Disturbances and Patterns** – A variety of disturbance agents affect the landscape of the Forest. One indicator of ecosystem integrity is whether these disturbance processes are occurring with the same magnitude and intensity as they did historically.

- **Rare communities and special habitats** – Recognizing and protecting rare plant communities is crucial to preserving the area's diverse natural heritage. Special habitat areas generally have a disproportionate contribution to species diversity relative to their actual size or they may be habitat for species found nowhere else.

- **Connectivity** – The ability of species to move and interact throughout a landscape can aid in its survival in general, and especially when their environment is changing. It can also help maintain genetic diversity within a species.

Most key ecosystem characteristics are discussed in this section; however, connectivity primarily discussed specifically in the *wildlife* sections.

## Affected Environment, Existing Conditions, and Trends

A primary goal of forest plan direction related to vegetation is to provide for ecological integrity and sustainability, supporting a full suite of native plant and animal species, while providing for the social and economic needs of human communities. Resistance and resilience of vegetation are important concepts as they relate to integrity and sustainability of the ecosystem in the face of future uncertainties. Resistance refers to the capacity of ecosystems to tolerate disturbances without exhibiting significant change in structure and composition. Resilience refers to the ability of a system to recover from disturbance in the event that the disturbance exceeds the capacity of the system to resist changing (Holling 1973). Hereafter in this document, the concepts of resistance and resilience will be jointly referred to as "resilience."

The key ecosystem characteristics listed earlier are the identified indicators that will be used to describe ecosystem conditions and integrity, and, considered as a whole, provide a means to address forest resilience and compare effects among alternatives.

Rvsd Plan - 00004589

### Ecosystem Drivers and Stressors

Drivers and stressors to the ecosystems of Forest are identified in Assessment 1 and 3 – Ecosystem Integrity, Systems Drivers and Stressor for Terrestrial Ecosystem (USDA Forest Service 2016) and are hereby incorporated by reference. Identified stressors and drivers include succession, wildfire, insects, diseases, climate change, management, livestock grazing, weather-related events such as wind, droughts and floods, other natural disturbances such as beaver activity, exotic species invasion, and tree encroachment. The drivers and stressors for each particular ecosystem vary widely.

Succession is the natural change in the composition, structure, and function of an ecosystem over time during long periods without major disturbances. As trees and plants grow and compete for limited resources, the species, size, and amount of the trees and plants that compose an ecosystem change.

Insect and disease outbreaks are major ecological processes that shape forest conditions. Without the influence of "change agents" such as fire, insects, and disease, forest vegetation would stagnate and eventually become homogeneous, which would decrease biodiversity and resilience to disturbance. These change agents are an integral part of forest ecosystem processes, but still pose a challenge to forest management.

Climate change affects ecological conditions through shifts in precipitation and temperature and can result in more visible effects from changes to the rate of disturbances such as wildfires and insect outbreaks. Related to this are the weather-related stressors such as droughts and floods that may be more common with a changing climate (Dale et al. 2001, Walther et al. 2002, IPCC 2014).

As the climate warms and precipitation patterns change, changes in reproductive success, growth rates, competitive environments, and disturbances will likely alter the distribution of forest types and mixtures of species across the landscape (Battaglia 2017a). Future climate projections for the Forest suggest that temperatures will get warmer throughout all the seasons and snowmelt will occur earlier in the spring (Battaglia 2017a, Talbert et al. 2016). Precipitation projections are highly variable with some models showing an increase in precipitation and others showing a decrease in precipitation (IPCC 2014).

Changes in temperature will change the growth of tree species (Rondeau et al. 2012, Vose et al. 2012, Battaglia 2017a), and this change may vary based on the particular species. Battaglia (2017a) suggests that longer growing seasons can potentially be beneficial for tree growth if moisture availability does not decrease. Earlier snowmelt can lead to increased potential for seedlings to experience frost damage and exposure to drought.

Suitable habitat for individual tree species is predicted to shift higher in elevation and northward in latitude, and it is unclear whether tree species dispersal can keep up with this movement (Vose et al. 2012). Some ecosystems are particularly susceptible to climate change-related impacts. Vulnerability assessments for the surrounding areas suggest that ecosystems adapted to warmer and drier conditions will do better than those adapted to cooler and moister conditions (Battaglia 2017a). Plant and animal species in high-elevation alpine ecosystems, such as the Uncompahgre fritillary butterfly, may be pushed to extinction if warming temperatures reduce their habitat (Alexander and Keck 2015).

Rvsd Plan - 00004590

*USDA Forest Service*

Bioclimate models can be used to determine where in the future the climate will be suitable for particular tree species. Worrall et al. (2016) found that projected topoclimatically suitable areas for tree species on the Forest will shift by 2060 (Battaglia 2017a). A conservative estimate from this work shows that the potential future climate favors Gambel oak, Douglas-fir, ponderosa pine, and pinyon pine. Topoclimatic suitability for Utah Juniper, Rocky Mountain juniper, lodgepole pine, bristlecone pine, limber pine, and blue spruce is projected to be unlikely. White fir, subalpine, aspen, and Engelmann spruce lose favorable habitat. A more optimistic estimate from this work shows that the potential future climate favors Gambel oak, Douglas-fir, ponderosa pine, aspen, and pinyon pine. Topoclimatic suitability for bristlecone pine, lodgepole pine, and limber pine is still unlikely, and blue spruce is projected to lose most of its suitable habitat. Habitat loss is projected for Utah juniper, Rocky Mountain juniper, and white fir as well.

Increased tree mortality across the Western United States is already being observed due to a combination of high temperatures and drought (Worrall et al. 2008, van Mantgem et al. 2009). A reduction of forest density in terms of basal area can help improve tree resistance and resilience to drought and reduce drought-induced mortality (D'Amato et al. 2013, Bottero et al. 2016, Bradford and Bell 2016).

Rocca et al. (2014) suggests that fire risk is likely to increase in the short term (next 50 years) across all forest types. The combination of earlier snowmelt and warmer temperatures will allow longer periods for fuels to be available to burn. This will impact species differently, as tree species on the Forest have varying levels of tolerance to fire.

Multi-year droughts are linked to numerous other stressors and disturbances. Not only may wildfires increase, but other disturbances as well, such as insect infestations, invasive species, flooding, erosion, and sedimentation (Vose et al. 2012).

Management activities such as timber harvest, thinning, and prescribed fire are implemented on less than 0.2 percent of the Forest annually. However, the impact to the ecosystem of these activities varies based on the intensity, the activity, and the ecosystem, not just the acreage of the activity, and generally lasts longer than simply the year implemented. In addition, the roads associated with these activities, even temporary ones, can negatively impact the Forest and its habitat.

Livestock grazing is one of the multiple uses of the Forest. Plan direction ensures that grazing is done responsibly. Historically, extensive livestock grazing practices affected not only shrublands but also dramatically influenced lower elevation forests by removing fine, herbaceous fuels that altered fire regimes (Romme et al. 2009). Grazing can also have a magnified effect on sensitive habitats, such as riparian and wetlands.

### Diversity of Vegetation – Forest Composition

Ecosystems represent broad vegetation types with similar vegetation, soil, climate, and disturbance regimes. The Forest encompasses a wide variety of forested ecosystems. This variety of forested ecosystems is driven by several factors, including the elevational and topographic variability of the area. Landscape heterogeneity is one of the guiding principles of biodiversity conservation (Lindenmayer et al. 2006). Maintaining this diversity of ecosystems and structural types in these ecosystems is important as it provides the various habitats needed by the many species that use the Forest. As discussed in the forest plan goals,

Rvsd Plan - 00004591

a natural variety of species, genetic composition, and ecological processes are also key to providing the diversity needed for resiliency in the face of environmental disturbances and changes. Diversifying age classes and structure, seral stage, and habitat classes, where appropriate, will provide benefits including, but not limited to, providing resilience to insect and disease outbreaks, responsiveness to anticipated changes in climate, ecosystem services, recreation, increased social and economic benefits, and more (Thompson et al. 2009).

The forested and nonforested ecosystems generally vary by elevation, with the highest elevation being the alpine tundra that occurs at or above 11,500 feet in elevation. The Rocky Mountain alpine turf ecosystem is widespread above the upper timberline. Dominant species include boreal sagebrush, several sedge species, tufted hair grass, fescue grasses, Ross' avens, Bellardi bog sedge, cushion phlox, and alpine clover.

Decreasing in elevation is the spruce-fir forest, which is generally inhabited by Engelmann spruce and subalpine fir mixed with quaking aspen. Vegetation in these ecosystems has been significantly altered by the recent spruce bark beetle infestation, with an estimated 610,000 acres affected as of 2016 (USDA Forest Service GSC 2016).

The mixed conifer-wet ecosystem occurs in the transition zone between the higher elevation spruce-fir and the drier mixed conifer type. It is generally dominated by Douglas-fir and various combinations of aspen, white fir, Colorado blue spruce, Engelmann spruce, or subalpine fir with incidental occurrences of ponderosa pine.

The mixed conifer-dry ecosystem sites are generally dominated by ponderosa pine and include a mix of other species, including Douglas-fir, white fir, Colorado blue spruce, and smaller amounts of aspen. Sometimes this type is subdivided into a warm dry (high ponderosa pine component) and cool-dry (can include limber pine and bristlecone pine, along with small amounts of pinyon pine and/or juniper at lower elevations) local types to characterize the variability that occurs across the Forest.

Closer to the San Luis Valley and lower in elevation, the pinyon-juniper woodland ecosystem includes pinyon pine, Rocky Mountain juniper, and Utah juniper. These woodlands generally occur on warm, dry sites on mountain slopes, mesas, plateaus, and ridges. Understory species include sparse perennial grasses, annual and perennial forbs, and sparse shrubs.

A small component of the Forest, the Rocky Mountain Gambel oak and mixed montane shrubland ecosystem is present at the north end of the San Luis Valley near Poncha Pass. Dominant species include Gambel oak, serviceberry, sagebrush, and various other shrubs, grasses, and forbs.

The Southern Rocky mountain montane subalpine grassland ecosystem includes Thurber fescue, Arizona fescue, and several other grasses, forbs, and sedges.

The Rocky Mountain riparian ecosystem includes numerous riparian types in the upper montane/subalpine zones. These systems are highly variable and generally consist of cottonwoods, willows, sedges, and other herbaceous vegetation, aspen, and conifers such as blue spruce, Engelmann spruce, and subalpine fir. Although this type only covers a small portion of the Forest, it has high importance with regards to biodiversity due to the many wildlife species that are associated with it.

The sagebrush shrubland ecosystem is a dry shrubland type that occurs mostly adjacent to the Forest. Sagebrush shrublands are dominated by several different sagebrush species and other shrubs.

The Intermountain Basins greasewood flat ecosystem is a dry shrubland system dominated by greasewood and also includes saltbush and sagebrush species. It occupies substantial areas at low elevations mostly adjacent the Forest.

The distribution of the forested and nonforested ecosystems is listed in Table 21. A more detailed description of each of the terrestrial ecosystems is contained in Assessment 1 and 3 – Terrestrial Ecosystems (USDA Forest Service 2016).

**Table 21. Forested and nonforested ecosystems, as described in the assessment reports**

| Ecosystem | National Forest System Acres | Percent |
|---|---|---|
| Spruce-Fir Forest Mix | 929,645 | 54 |
| Mixed Conifer-Wet | 42,718 | 2 |
| Mixed Conifer-Dry | 94,925 | 5 |
| Rocky Mountain Alpine Turf | 191,800 | 11 |
| Pinyon-Juniper Woodland (includes low-elevation grasslands) | 100,070 | 6 |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | 1,224 | Less than 1 |
| Southern Rocky Mountain Montane-Subalpine Grassland | 304,136 | 18 |
| Rocky Mountain Montane Riparian | 61,932 | 4 |
| Sagebrush Shrubland | 5,014 | Less than 1 |
| Intermountain Basins Greasewood Flat | 128 | Less than 1 |
| Total | 1,731,592[1] | 100 |

[1] Excludes areas that have snow, rock, or other non-vegetated cover.

In addition to the ecosystems described above, another finer-scale classification system often used by the Forest classifies areas by their dominant vegetation following regionally consistent protocols. This classification by the local cover type is what is mapped in corporate vegetation databases and often used for monitoring and tracking of accomplishments. A crosswalk between the ecosystems defined above and used in the assessments with the local cover types used in some other sections of this report is contained in Table 22. The current distribution of the local cover types is presented in Table 23 and in the *Dominant Local Vegetation Type* map, which is contained on the DVD that is included at the back of this document. Dominant vegetation types include spruce-fir (29 percent), mountain grasslands (18 percent), aspen (16 percent), mixed-conifer (12 percent), and alpine (7 percent).

**Table 22. Crosswalk between the ecosystems and FSVEG Spatial local cover types**

| Ecosystem | Local Cover Type in FSVEG Spatial |
|---|---|
| Spruce-Fir Forest Mix | TSF (Spruce-Fir Forest)<br>TAA (Aspen Forest)<br>TAA-SW (Aspen Forest with Softwoods present)<br>TLP (Lodgepole Pine Forest) |
| Mixed Conifer-Wet | TMC-CM (Mixed Conifer Forest – Cool-Moist)<br>TAA (Aspen Forest)<br>TAA-SW (Aspen Forest with Softwoods present) |
| Mixed Conifer-Dry | TMC-WD (Mixed Conifer Forest – Warm-Dry)<br>TPP-PP (Ponderosa Pine Forest)<br>TMC-CD (Mixed Conifer Forest—Cool-Dry)<br>TBC_LI (Bristlecone Pine/Limber Pine Forest) |
| Rocky Mountain Alpine Turf | ALP (Alpine Vegetation) |
| Pinyon-Juniper Woodland (includes low elevation grasslands) | TPJ (Pinyon-Juniper Woodland) |
| Rocky Mountain Gambel Oak - Mixed Montane Shrubland | MT_SHR (Mountain Shrubland)<br>DS_SHR (Semi-Desert Shrubland)<br>UP-SWI (Non-Riparian Willow) |
| Southern Rocky Mountain Montane-Subalpine Grassland | MT_GRA (Mountain Grassland)<br>DS_GRA (Semi-Desert Grassland) |
| Rocky Mountain Montane Riparian | RIP (Riparian Vegetation) |
| Sagebrush Shrubland | SSA (Sagebrush Shrubland) |
| Intermountain Basins Greasewood Flat | N/A |

Rvsd Plan - 00004594

*USDA Forest Service*

**Table 23. Percentage of forested and nonforested ecosystems (FSVeg Spatial March 2017)**

[<, less than]

| FSVeg Spatial Local Vegetation Type | Percent |
|---|---|
| Alpine Vegetation | 7 |
| Semi-Desert Grassland | 1 |
| Mountain Grassland | 18 |
| Mountain Shrubland | <1 |
| Riparian Vegetation | 4 |
| Sagebrush Shrubland | <1 |
| Aspen Forest | 4 |
| Aspen Forest with Softwoods present | 12 |
| Bristlecone Pine/Limber Pine Forest | 1 |
| Lodgepole Pine Forest | 2 |
| Mixed Conifer Forest – Cool-Dry | 2 |
| Mixed Conifer Forest – Cool-Moist | 8 |
| Mixed Conifer Forest – Warm-Dry | 2 |
| Pinyon-Juniper Woodland | 2 |
| Ponderosa Pine Forest | 2 |
| Spruce-Fir Forest | 29 |
| Non-Riparian Willow | <1 |
| Water, Rock-Bare Soil, and Unknown | 6 |

### *Diversity of Vegetation – Structure*

Vegetation on the Forest is typically classified into habitat structural stages developed by Forest Service Rocky Mountain Region staff (Table 24). The distribution of the habitat structural stages across the Forest is presented in Table 24, Table 25, Table 26, and in the *Vegetation Habitat Structural Type* map, which is contained on the DVD that is included at the back of this document. A large proportion of the spruce-fir vegetation type is in the 1T/2T stage. These are mostly areas that are regenerating after the spruce beetle outbreak. Accordingly, there is also a relatively low amount in the 4B and 4C classes. The mixed-conifer vegetation types tend to have a higher proportion in the mature 4B and 4C stages.

Rvsd Plan - 00004595

**Table 24. Definition of habitat structural stages used to characterize ecosystem condition**

[--, no data; DBH, diameter at breast height]

| Habitat Structural Stage | Size Class | Tree Canopy Cover (percent) |
|---|---|---|
| 1M – Natural Meadow | -- | -- |
| 2S – Natural Shrubland | -- | -- |
| 1T/2T – Grass/Shrub, Previously Trees | all | 0 to 10 |
| 3A – Sapling-Pole 10 to 40 percent cover | sapling-pole (0–9 inches DBH) | 10 to 40 |
| 3B – Sapling-Pole 40 to 70 percent cover | sapling-pole (0–9 inches DBH) | 40 to 70 |
| 3C – Sapling-Pole greater than 70 percent cover | sapling-pole (0–9 inches DBH) | Greater than 70 |
| 4A – Mature 10 to 40 percent cover | mature (9+ inches DBH) | 10 to 40 |
| 4B – Mature 40 to 70 percent cover | mature (9+ inches DBH) | 40 to 70 |
| 4C – Mature greater than 70 percent cover | mature (9+ inches DBH) | Greater than 70 |

**Table 25. Current percentage of acres on the Forest in each habitat structural stage (FSVeg Spatial data layers, March 2017)**

| Habitat Structural Stage | Percent |
|---|---|
| 1M – Natural Meadow | 30 |
| 2S – Natural Shrubland | 3 |
| 1T/2T – Grass/Shrub, Previously Trees | 11 |
| 3A – Sapling-Pole 10 to 40 percent cover | 10 |
| 3B – Sapling-Pole 40 to 70 percent cover | 9 |
| 3C – Sapling-Pole greater than 70 percent cover | 8 |
| 4A – Mature 10 to 40 percent cover | 13 |
| 4B – Mature 40 to 70 percent cover | 11 |
| 4C – Mature greater than 70 percent cover | 6 |

Rvsd Plan - 00004596

*USDA Forest Service*

**Table 26. Current percentage of acres in each habitat structural stage for each of the major forested types (FSVeg Spatial data layers, March 2017)**

| FSVEG Spatial Local Vegetation Type | Habitat Structural Stage | Percent |
|---|---|---|
| Riparian Vegetation | 1M – Natural Meadow | 65 |
| | 2S – Natural Shrubland | 19 |
| | 1T/2T – Grass/Shrub, Previously Trees | 0 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 2 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 2 |
| | 3C – Sapling-Pole greater than 70 percent cover | 2 |
| | 4A – Mature 10 to 40 percent cover | 4 |
| | 4B – Mature 40 to 70 percent cover | 3 |
| | 4C – Mature greater than 70 percent cover | 4 |
| Aspen Forest | 1T/2T – Grass/Shrub, Previously Trees | 21 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 9 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 16 |
| | 3C – Sapling-Pole greater than 70 percent cover | 35 |
| | 4A – Mature 10 to 40 percent cover | 1 |
| | 4B – Mature 40 to 70 percent cover | 2 |
| | 4C – Mature greater than 70 percent cover | 15 |
| Aspen Forest with Softwoods present | 1T/2T – Grass/Shrub, Previously Trees | 1 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 18 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 26 |
| | 3C – Sapling-Pole greater than 70 percent cover | 34 |
| | 4A – Mature 10 to 40 percent cover | 3 |
| | 4B – Mature 40 to 70 percent cover | 8 |
| | 4C – Mature greater than 70 percent cover | 11 |
| Bristlecone Pine/Limber Pine Forest | 1T/2T – Grass/Shrub, Previously Trees | 6 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 22 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 13 |
| | 3C – Sapling-Pole greater than 70 percent cover | 3 |
| | 4A – Mature 10 to 40 percent cover | 33 |
| | 4B – Mature 40 to 70 percent cover | 17 |
| | 4C – Mature greater than 70 percent cover | 6 |
| Lodgepole Pine Forest | 1T/2T – Grass/Shrub, Previously Trees | 1 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 5 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 22 |
| | 3C – Sapling-Pole greater than 70 percent cover | 43 |
| | 4A – Mature 10 to 40 percent cover | 4 |
| | 4B – Mature 40 to 70 percent cover | 11 |
| | 4C – Mature greater than 70 percent cover | 15 |

Rvsd Plan - 00004597

| FSVEG Spatial Local Vegetation Type | Habitat Structural Stage | Percent |
|---|---|---|
| Mixed Conifer Forest - Cool-Dry | 1T/2T – Grass/Shrub, Previously Trees | 0 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 12 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 18 |
| | 3CvSapling-Pole greater than 70 percent cover | 6 |
| | 4A – Mature 10 to 40 percent cover | 25 |
| | 4B – Mature 40 to 70 percent cover | 29 |
| | 4C – Mature greater than 70 percent cover | 10 |
| Mixed Conifer Forest – Cool-Moist | 1T/2T – Grass/Shrub, Previously Trees | 8 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 10 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 13 |
| | 3C – Sapling-Pole greater than 70 percent cover | 8 |
| | 4A – Mature 10 to 40 percent cover | 17 |
| | 4B – Mature 40 to 70 percent cover | 28 |
| | 4C – Mature greater than 70 percent cover | 16 |
| Mixed Conifer Forest – Warm-Dry | 1T/2T – Grass/Shrub, Previously Trees | 0 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 6 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 7 |
| | 3C – Sapling-Pole greater than 70 percent cover | 2 |
| | 4A – Mature 10 to 40 percent cover | 34 |
| | 4B – Mature 40 to 70 percent cover | 45 |
| | 4C – Mature greater than 70 percent cover | 7 |
| Pinyon-Juniper Woodland | 1T/2T – Grass/Shrub, Previously Trees | 1 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 47 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 35 |
| | 3C – Sapling-Pole greater than 70 percent cover | 4 |
| | 4A – Mature 10 to 40 percent cover | 5 |
| | 4B – Mature 40 to 70 percent cover | 9 |
| | 4C – Mature greater than 70 percent cover | 0 |
| Ponderosa Pine Forest | 1T/2T – Grass/Shrub, Previously Trees | 8 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 19 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 3 |
| | 3C – Sapling-Pole greater than 70 percent cover | 2 |
| | 4A – Mature 10 to 40 percent cover | 49 |
| | 4B – Mature 40 to 70 percent cover | 18 |
| | 4C – Mature greater than 70 percent cover | 1 |
| Spruce-Fir Forest | 1T/2T – Grass/Shrub, Previously Trees | 30 |
| | 3A – Sapling-Pole 10 to 40 percent cover | 13 |
| | 3B – Sapling-Pole 40 to 70 percent cover | 5 |
| | 3C – Sapling-Pole greater than 70 percent cover | 1 |

USDA Forest Service

| FSVEG Spatial Local Vegetation Type | Habitat Structural Stage | Percent |
|---|---|---|
| | 4A – Mature 10 to 40 percent cover | 27 |
| | 4B – Mature 40 to 70 percent cover | 17 |
| | 4C – Mature greater than 70 percent cover | 5 |

Even though little is known about some of these ecosystems, the assessments (USDA Forest Service 2016) and published literature suggest that many ecosystems on the Forest are within the natural range of variation. The 2013 monitoring report (USDA Forest Service 2014) echoes this, "Forested lands across the Forest are generally assumed to reflect composition, structure, and pattern with a natural range of variation as described in Appendix A of the Final Environmental Impact Statement for the 1996 Revised Land and Resource Management Plan." However, some conclusions from that document included that fire suppression has had the greatest influence on lower-elevation forest and non-forest communities, that nonforested communities have probably been altered in terms of species composition due to repeated, frequent domestic livestock grazing, and that riparian areas have most likely experienced the greatest change compositionally.

Current data and research suggest that the ponderosa pine and mixed-conifer types are outside the natural range of variation. Historic stand structure in the ponderosa pine and dry mixed-conifer type was uneven-aged, heterogeneous, and less dense (Battaglia 2017b, Underhill et al. 2014). Given the more frequent fire regime of these types, they are generally thought to have been impacted by fire suppression and departed from historic conditions. Given that past management activities and disturbance events may have shifted species composition by removing the mature ponderosa pine, which led to a greater number of small-diameter and/or thin-barked late-seral trees, restoration efforts that help to move this type toward a sustainable species composition and landscape pattern where fires can function in a desirable manner are appropriate and needed. Planned management activities will help the Forest move toward or maintain the desired conditions.

Information about historical forest structure and species composition for cool moist mixed-conifer forests is limited. The mixed species present in this type would lead to very different trajectories and structures based on the disturbances that occurred. The various insect and diseases are host-specific and are not often synchronous. As a result, identifying a specific natural range of variation for this type is difficult (Battaglia 2017b). The cool moist mixed-conifer ecosystem is likely departed from the natural range of variation as a result of fire suppression and other factors, though less so than the warm dry mixed-conifer type given its less frequent fire regime. Restoration efforts are appropriate and needed in this type as well.

It is difficult to determine whether the spruce-fir ecosystem is within the range of what would occur naturally. The vegetation modeling done for the assessments suggests that the spruce-fir forest ecosystem is currently substantially departed from the natural range of variation due to the effects of recent wildfires and the large, multi-year spruce beetle outbreak. However, the determination of the range of natural conditions is not an exact science. The assessment modeling did not include the rare, extreme spruce beetle outbreaks like the one the Forest is currently experiencing, but more moderate outbreaks. Literature (Eager et al. 2012, Romme

Rvsd Plan - 00004599

et al. 2009) suggests that these large spruce beetle outbreaks happened historically, which indicates, along with the long fire return interval in spruce-fir, that this ecosystem is not departed from historic conditions. Ultimately, it is not known with any certainty whether this latest spruce beetle outbreak is a completely natural phenomenon or if it is influenced by climate change or other factors.

### Late-Successional and Old Forest

Late-successional and old forest habitats are an important part of a healthy ecosystem. They tend to have forest structure elements, such as large, older trees, large snags, and multiple canopy layers, that are important to some wildlife species, such as the American marten (*Martes americana)* and the brown creeper (*Certhia americana*).

Late-successional is defined as habitat structural stages 4B and 4C for any of the cover types (except pinyon-juniper where there is no 4C), although it is recognized that not all 4B stands have characteristics of late-successional habitat. Habitat structural stage class 4B corresponds to areas with mature trees (9 inches and larger) with 40 to 70 percent canopy cover (Table 24). Habitat structural stage class 4C corresponds to areas with mature trees (9 inches and larger) with more than 70 percent canopy cover. Old forest is defined as described in Appendix A to the draft forest plan with varying criteria based on vegetation type. Characteristics used to define old forest include age, the size of trees (dbh), the number of large trees per acre, the number of snags, the number of layers, and the amount of downed woody material.

Based on these criteria, currently about 22 percent of spruce fir and17 percent of the Forest overall is late-successional. Current amounts of late-successional habitat (Table 27) are less than the amounts estimated to be in late-successional habitat under historic conditions, based on the assessment modeling (USDA Forest Service 2016) for several ecosystems. Most forest types, other than spruce-fir and pinyon-juniper, have more late-successional habitat than desired (Table 27). If, as predicted, disturbances such as large fires and insect outbreaks increase in frequency due to climate change (Vose et al. 2012), this will have impacts on the future amount of late-successional habitat. The current amount of old forest is unknown for the Forest, but would be available at the site-specific, project level.

*USDA Forest Service*

**Table 27. Percentage of acres of forest types in late-successional habitat under current and historic conditions**

| Forest Type | Percentage of Successional Habitat – FSVeg Spatial March 2017 Current Conditions | Percentage of Acres in Late-Successional Habitat Desired Conditions |
|---|---|---|
| Ponderosa Pine | 19 | 15-25 |
| Mixed Conifer – Warm-Dry | 52 | 25-35 |
| Mixed Conifer – Cool-Moist | 43 | 30-40 |
| Mixed Conifer – Cool-Dry | 39 | 15-20 |
| Spruce-Fir | 22 | 30-40 |
| Aspen | 19 | - |
| Pinyon-Juniper Woodland | 9 | 30-40 |
| All (including non-forest types) | 17 | -- |

### Snags and Downed Woody Material

Snags and downed woody material are essential for ecological integrity. They serve a variety of purposes, such as providing valuable wildlife habitat and supporting nutrient recycling. At least 84 terrestrial vertebrate species of wildlife rely on snags in Colorado (Hoover and Wills 1984). Snags are key for cavity-nesting species such as woodpeckers, small forest owls, bats, and small mammals. Downed woody material is important for water quality and reducing soil erosion. Large downed logs in particular are an essential habitat component for some wildlife species.

Snags and downed wood conditions are largely dependent on the pattern of natural and human disturbance processes. Dead wood components are continually created by fire, insects, disease, and mortality during the course of natural succession. Decomposition and fire are the primary ecological processes that remove, or more accurately, recycle, dead wood within the ecosystem. Vegetation treatments also remove dead wood. High amounts of dead wood occur in areas where fire, insects, or disease have occurred, with snags predominant at first, shifting to predominantly downed wood as the dead trees fall. Snags will continually be lost as they fall to the ground to become part of the downed wood component, where they will decompose and become part of the soil.

From stand exam data and forest inventory and analysis plot data collected on the Forest, the average number of large snags (generally 12 inches in diameter and larger as defined in the 1996 forest plan, although it varies by species) has increased over time, especially since the spruce beetle outbreak started. Both datasets suggest there has been a dramatic increase in the number of large snags on the Forest, from about 5 per acre to about 15 to 25 per acre.

The average snag estimates from stand exam data and Forest Inventory and Analysis Program plot data were compared to the minimum amounts recommended in the 1996 forest plan and to the minimum amounts suggested in the South Central Highlands Guide (Romme et al. 2009). Results suggest that amounts in the Forest are well above the minimum amount of snags desired for the various forest types as identified in the forest plan. The only

Rvsd Plan - 00004601

exception to this is in the ponderosa pine forest type, where both the stand exam and forest inventory and analysis data suggest that there is currently less than the desired three snags 14 inches or larger per acre. Romme et al. (2009) states "In truth, we simply do not know densities or quantities of dead wood in the pre-1870 ponderosa pine forests of the South Central Highlands section," which makes it difficult to know if the snag amounts currently present in the ponderosa pine areas on the Forest are within natural range of variation or not.

Stand exam data were also examined for information on downed woody material, with results suggesting that the Forest has a large volume of downed woody material. The amount of downed woody material 3 inches and larger in size varies heavily by forest type and from stand to stand within a given forest type. The spruce-fir forest type has the highest levels of downed woody material 3 inches and larger, with a large amount of variation. In general, the various forest types have more than the minimum amount recommended in the 1996 forest plan. The one exception to this is the ponderosa pine type, which averaged an estimated 2.5 tons per acre, less than the 4 to 9 tons per acre suggested in the 1996 forest plan. It is difficult to know if the amount of downed wood currently present in the ponderosa pine areas on the Forest are within natural range of variation or not. A lower downed wood retention value for ponderosa pine is warranted given the frequent fire regime for this type.

In summary, as a result of the recent spruce beetle outbreak, the Forest currently has a large amount of snags and downed woody material, particularly in the spruce-fir forest type. As snags fall and downed woody material decays, these values will most likely decrease. How fast this happens will depend on the forest type and a variety of other factors. In the spruce-fir areas impacted by spruce beetle, some research suggests that snag fall will be gradual, with some of these snags still standing until about 70 years, with a fair percentage still standing at 50 years or more (Mielke 1950). Other research as well as vegetation modeling done on the Forest suggests that snag fall could be much quicker (Delong et al. 2008, USDA Forest Service 2004). Longer term, and in other vegetation types, it is hard to predict how snag and downed woody amounts may change. Disturbances such as large fires and insect outbreaks are predicted to increase in frequency due to climate change (Vose et al. 2012), in which case snags and downed woody material may be maintained into the future. Due to this uncertainty, plan components pertaining to the retention of snags and downed wood are included in the alternatives, and the results of monitoring snags into the future will indicate whether there are sufficient levels for ecological integrity and wildlife habitat.

### Disturbance Processes – Insects and Disease

Several insects and diseases significantly influence forest structure and composition on the Forest. While these insects and diseases are native species and natural disturbance agents beneficial to ecosystem function and ecological conditions important for wildlife species, high amounts or outbreaks may be damaging to other habitat components or other desired uses of the Forest. There is currently heavy mortality from these disturbance agents Forestwide due to the high amount of large, older age forests, the warmer, drier climate, and the intense drought that occurred in the late 1990s and early 2000s (Eager et al. 2012).

*USDA Forest Service*

Important insects and disease vary with elevation and vegetation type, and include:

- spruce beetle (*Dendroctonus rufipennis*),
- root-decay fungi (*Heterobasidion sp.*) and (*Armillaria* sp.),
- western balsam bark beetle (*Dryocoetes confuses*),
- mountain pine beetle (*Dendroctonus ponderosae*),
- Douglas-fir beetle (*Dendroctonus pseudotsugae*),
- western spruce budworm (*Choristoneura occidentalis*),
- western tent caterpillars (*Malacosoma sp.*),
- dwarf mistletoes (*Arceuthobium spp.*),
- pinyon ips (*Ips confuses*), and
- white pine blister rust (*Cronartium ribicola*).

The spruce beetle is a native bark beetle that inhabits all species of spruce in North America. On the Forest, Engelmann spruce is the principal host. Although beetle populations typically remain at relatively low densities, they periodically explode into an outbreak and kill most of the large-diameter trees in affected areas over thousands of hectares (Eager et al. 2012, Romme et al. 2009).

Since the early to mid-2000s, large spruce beetle outbreaks have occurred on several national forests in Colorado and Wyoming, including the Rio Grande National Forest. According to the 2013 Forest monitoring report, well over 480,000 acres of spruce-fir forest exhibit high levels of spruce beetle activity. This often results in tree mortality that meets or exceeds 90 percent of the overstory, although it is highly variable across the landscape. The 2016 aerial survey estimates increased this to 610,000 acres (USDA Forest Service GSC 2016). Although the Forest is at the epicenter of this outbreak, acres affected by spruce beetle are declining due to exhaustion of the mature spruce cover type that is the beetle's primary host (USDA Forest Service GSC 2016).

Root diseases are important in the ecology and productivity of mixed conifer and spruce-fir stands on the Forest. In spruce-fir, Armillaria root disease is typically most important, infecting both Engelmann spruce and subalpine fir. Subalpine fir may also have an outbreak of western balsam bark beetle, and is typically killed while standing. Engelmann spruce more often falls due to decayed roots while still green. Infected spruce may serve as hosts for spruce beetle during non-epidemic conditions, and strip attacks can be found above infected roots. When infected spruce fall (windthrow), they can lead to increases in spruce beetle populations. The disease generally intensifies as stands mature (USDA Forest Service GSC 2016).

In mixed conifer stands, annosus root disease (caused by *Heterobasidion occidentale*) is also important. White fir is the primary host of this disease. White fir has become more prevalent due to past selective harvesting of ponderosa pine and Douglas-fir as well as fire exclusion. As white fir has increased, so has the disease. Dense white fir stands are often severely affected. Because white fir is shade-tolerant, it is replaced by more white fir, and the disease intensifies.

Rvsd Plan - 00004603

The mountain pine beetle, a native insect, attacks and kills pine trees. Although the predominant host species are lodgepole pine and ponderosa pine, on the Forest, mountain pine beetle will also attack limber pine, bristlecone pine, and even pinyon pine (Eager et al. 2012). Although mountain pine beetle has received a lot of attention in the Rocky Mountain Region, the Forest has only small to moderate amounts of lodgepole, ponderosa, limber, and bristlecone pine forests and recent population levels have remained relatively low, so the effect on the Forest has not been as great as it has been region-wide.

Mountain pine beetle activity increased after the drought of the late 1990s and early 2000s, but has since declined. Suppression of wildfires over the last 100 years has had an influence on the density and age distribution of ponderosa pine stands. With fewer fires to thin stands and create openings, regeneration has become established, growing in dense, even-aged, ponderosa pine stands. Stands with these features are susceptible to infestations of mountain pine beetle.

The Douglas-fir beetle attacks and kills mature Douglas-fir trees. It prefers older and injured trees, and is most prevalent in dense stands with large trees. Douglas-fir beetle has caused noticeable mortality since the 1996 forest plan was released, especially after the drought of the late 1990s and early 2000s. Currently, mortality from Douglas-fir beetle is low to moderate, with some scattered patches of recent mortality (Eager et al. 2012, USDA Forest Service GSC 2016). A total of only 1,600 acres with Douglas-fir beetle mortality were recorded in 2016 (USDA Forest Service GSC 2016).

The western spruce budworm is the most prominent defoliating insect present in the Forest. A native species, it is the most widely distributed and destructive defoliator of coniferous forests in western North America. The budworm feeds primarily on Douglas-fir, white fir, subalpine fir, and to a lesser extent, Engelmann spruce. This insect causes defoliation of new growth throughout the canopy and understory host trees. It rarely kills its host outright, but years of defoliation can weaken trees and make them susceptible to bark beetles (Eager et al. 2012).

Western spruce budworm activity on the Forest recently declined after being at a high level (Eager et al. 2012). In 2016, 25,000 acres were defoliated by western spruce budworm (USDA Forest Service GSC 2016).

Stand conditions contribute greatly to the budworm population's ability to increase to outbreak status. Reduced fire frequency allows shade tolerant white fir and Douglas-fir populations to increase in mixed conifer stands, providing favorable habitat for western spruce budworm. Multistory stands favor western spruce budworm survival as larvae disperse from overstory trees. A history of fire exclusion and passive management has resulted in stand structures favorable to spruce budworm (Eager et al. 2012). However, tree-ring analyses are inconsistent as to whether outbreaks since the early part of the 20th century have been more extensive and damaging than outbreaks in previous decades (Swetnam and Lynch 1989, Ryerson et al. 2003).

Western tent caterpillar is the most significant defoliator of deciduous trees. The larvae feed gregariously on aspen leaves and construct silken tents in the crowns. Repeated defoliation of aspen by this insect results in branch die-back and tree mortality. When large areas of aspen die as a result of repeated defoliation, the clones fail to regenerate, causing openings or changes in forest type.

*USDA Forest Service*

The number and size of tent caterpillar outbreaks depends on the number and size of contiguous areas of mature aspen. Assuming that historically, aspen dominated a larger portion of the forested lands, tent caterpillar outbreaks today may be smaller and less numerous than those that occurred prior to settlement.

Dwarf mistletoes cause significant growth loss, and over time can substantially impact forest productivity. Mortality can result when infestations are severe. The most important dwarf mistletoes on the Forest are southwestern dwarf mistletoe (*Arceuthobium vaginatum ssp. cryptcpodum*) infecting ponderosa pine, and Douglas-fir dwarf mistletoe (*A. douglasii*), primarily infecting Douglas-fir.

Historically, fire played a major role in determining the distribution of dwarf mistletoe by affecting stand composition and sanitizing infested stands. With fire suppression, the distribution and impacts of dwarf mistletoes have undoubtedly increased. Management practices, such as the incomplete removal of infested trees in timber sale areas, and the perpetuation of uneven-aged stand conditions (that promote the spread of dwarf mistletoe from overstory to understory trees), have also accentuated the distribution and impacts of the disease. At present, the magnitude of growth loss and mortality due to mistletoe on the Forest, though considerable, has not been documented.

An outbreak of pinyon *Ips*, triggered by the drought in the late 1990s and early 2000s, led to heavy mortality of pinyon trees in southwest Colorado (Eager et al. 2012). Pinyon mortality occurred at lower levels on the Forest relative to the forests west of the Continental Divide. Pinyon *Ips* generally affects only small clumps and individual trees (Eager et al. 2012).

White pine blister rust is a nonnative fungus that can infect the "five-needle" pines, such as limber and bristlecone pine. The rust does not spread from tree to tree, but is transmitted by windborne basidiospores between infected trees and an alternate host (often currents and gooseberries in the genus *Ribes*). The windborne spores can apparently travel long distances. The fungus can rapidly girdle young trees; mortality is slower on mature trees, but it can affect cone production by killing cone-bearing branches. Mature trees may also be more susceptible to bark beetle attack. This disease has been found in the Sangre de Cristo Mountains. This fungus could become important in future management strategies, such as the planting of rust-resistant limber and bristlecone pines.

The role of forest insects and disease is interwoven with other drivers and stressors of these ecosystems, including fire and climate change. Due to fire suppression policies, fire is generally affecting the landscape at lower than historic rates, which also affects the levels of insects and diseases. For instance, less frequent fire leads to denser, mature, even-aged ponderosa pine stands that are susceptible to mountain pine beetle. It can also lead to conditions favorable for outbreaks of dwarf mistletoes, root diseases, and western spruce budworm. In contrast, less frequent fire has led to lower amounts of aspen and hence, lower levels of western tent caterpillar.

Management activities associated with insects and disease are varied based on the management area designation of the location. In areas such as wilderness and roadless areas, insects and disease play their natural role. In the other portions of the Forest, management activities associated with insects or disease are generally designed to prevent or reduce epidemics by changing the mix of age classes, reducing tree density, promoting habitat

78

diversity, or targeting specific trees for prevention or control. These management activities are generally minimal in nature and may include any of the following:

- thinning in ponderosa pine, mixed conifer, aspen with conifer (i.e., thinning the conifer component), or spruce-fir forests to reduce the risk of bark beetle and its associated mortality, reduce infection sources of foliage diseases, reduce habitat for defoliators, and improve vigor in residual trees,

- regeneration harvests in all forest cover types to reduce host habitat for insects and disease, and to establish vigorous young age classes of trees to ensure age-class diversity,

- sanitation cutting to remove and reduce infection sources for foliage, stem, and root diseases;

- application of pheromone treatments, both attractant and anti-attractant, to monitor populations or repel bark beetles from high-value trees,

- use of trap tree techniques to reduce spruce beetle populations in select areas,

- use of chemical sprays to repel or kill specific insects on high-value trees (such as in campgrounds),

- use of chemicals to inhibit or kill diseases (such as spreading borax powder on freshly cut stumps), or

- use of prescribed fire to reduce host habitat, thin stands, and sanitize diseased foliage (such as scorching of dwarf mistletoe-infected branches or trees).

Fire is also a disturbance process that is addressed in the *Fire Management* section.

### Rare Communities and Special Habitats

This section addresses the rare communities and special habitats on the Forest. Rare communities and special habitats were are a key ecosystem characteristic needed for ecological integrity, as was identified and discussed in the assessment reports. Colorado Natural Heritage Program information was used to formulate this analysis.

Colorado has more than 500 recognized aquatic and terrestrial plant communities (Colorado Natural Heritage Program 2015). Many of these communities are considered rare either because they have always been rare or because they have become imperiled directly or indirectly by human-induced changes such as habitat loss, the introduction of exotic species, the alteration of natural disturbance regimes, or climate change. Aside from having intrinsic value, the loss of these rare communities may induce cascading ecosystem disturbances. In addition, a wider variety of species reduces our vulnerability to the impacts of climate change (USDA Forest Service 2011). Recognizing and protecting rare plant communities is crucial to preserving Colorado's diverse natural heritage. The Colorado Natural Heritage Program methodology ranks species and communities according to their rarity or degree of imperilment and the importance of associated conservation areas. Prioritizing conservation efforts on rare communities and conservation areas that the Colorado Natural Heritage Program has identified are relevant to the Forest could help prevent the decline of the communities most at risk.

There are also areas that are generally thought of as rare or special from a plant and animal habitat perspective and warrant additional conservation considerations. These special habitat

*USDA Forest Service*

areas generally contribute disproportionately to species diversity relative to their actual size, or they may be habitat for species that occur nowhere else.

- Wetlands, which are sensitive to natural and human-caused stressors, support a high amount of species diversity, and provide a number of ecological functions such as flood control, water purification, and groundwater recharge.
- Fens, which are unique and irreplaceable wetland types.
- Riparian areas, especially low-elevation riparian areas, such as cottonwood/alder forests. This includes the narrow leaf cottonwood - Rocky Mountain juniper montane riparian community, which is imperiled in Colorado as well as globally imperiled (Sovell 2006).
- Oakbrush, which is rare in the San Luis Valley and on the Forest and supports a unique assemblage of wildlife species (about 2,600 acres on the Forest).
- Alpine fell fields and other special areas in alpine tundra.
- Caves and mines, which are unique geologic features that provide important habitat components for several of the 11 bat species known to occur on the Forest. The Forest has not identified any significant caves, but abandoned mine features are common in some areas.

Ponderosa pine forest where fire has played its natural role and aspen communities were included as rare communities in Assessment 1 and 3. Following public comment and internal discussion they are no longer considered as rare as the communities listed above.

The existing and proposed special interest areas and research natural areas and their related special habitats are described in Table 28.

Rvsd Plan - 00004607

**Table 28. Existing and proposed special interest areas and research natural areas on the Forest**

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|---|---|---|---|---|
| Mill Creek RNA (existing) | This area extends in elevation from 7,960 to 12,878 feet at the summit of Gibson Peak The extensive and high quality pinyon/juniper woodlands on the relatively gentle slopes of alluvial fans and steeper bedrock extending up to about 9,000 feet are the principal feature of this area In addition, mixed conifer and subalpine forests extend up to treeline on Gibson Peak. Subalpine grasslands blend into higher elevation alpine vegetation above treeline. Some riparian vegetation occurs along Mill Creek. | 2,560 | | |
| North Zapata RNA (existing) | The area consists of a series of steep ridges separated by deep, narrow canyons containing the drainages of North and South Arrastre Creeks, North Zapata Creek, and Tellurium Gulch Vegetation extends from pinyon/juniper woodlands beginning at about 8,600 feet to alpine tundra at 12,300 feet The area is notable for its high-elevation limber pine stands mixed with bristlecone pine and an understory dominated by Thurber fescue. North-facing slopes support mixed montane forest, and above 11,000 feet, subalpine coniferous forest. South-facing slopes support open shrubland and woodland plant communities, aspen stands, subalpine grasslands, and riparian forests also occur within the area. | 6,780 | | |

Rvsd Plan - 00004608

*USDA Forest Service*

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|------|-------------------------------|-------|-------|-----------|
| Deadman Creek RNA (existing) | The area contains the complete watershed of Deadman Creek from an elevation of about 9,200 to 13,600 feet. Because most of the middle and upper parts of this watershed are covered with aspen, this RNA provides good representation for aspen forests over a wide range of elevations, slopes, and aspects. Some of this aspen forest is seral to Engelmann spruce and subalpine fir, and at lower elevations, to Douglas-fir forests; and some aspen is probably climax aspen forest. The area also provides good representation for many alpine ecosystem types within the Sangre de Cristo Mountains and for riparian vegetation types along the stream bottom Significant areas of mountain mahogany shrubland, oatgrass meadows, and wetland vegetation also occur within the area. | 4,770 | Overlaps a portion of the Deadman Creek Western Sangres PCA. This PCA supports a good example of the globally rare Smith whitlow-grass (*Draba smithii*). In addition, it supports the largest occurrence known of the rare narrowleaf cottonwood-Rocky Mountain juniper (*Populus angustifolia - Juniperus scopulorum*) montane riparian forest, and an excellent example of a rare aspen forest. Also, a newly described cottonwood community occurs within this site. A population of the Rio Grande cutthroat trout and a breeding colony of the pale lump-nosed bat (of which only four are documented in Colorado) add to the importance of this site. This site also includes one of the highest elevation occurrences of the mixed mountain shrubland and a globally rare orchid subspecies. | Yes |
| Spring Branch (Cedar Springs) RNA (existing) | Most of this proposed RNA is rolling topography covered by a mosaic of different grassland types and pinyon/juniper woodland. At higher elevations on the slopes of Horseshoe Mountain, montane forest is primarily Douglas-fir mixed with limber pine and small areas of aspen. Pinyon/juniper woodland is the dominant woody vegetation type in the area. The grasslands are similar to those of the short-grass prairie further east and occur in a complex mosaic of types that include the following species: blue grama, western wheatgrass, Arizona fescue, muhly, Indian ricegrass, needlegrass, Junegrass, and others. Small areas of shrubland, which include mountain mahogany, snowberry, and currant, occur on ridges and ridge slopes among the pinyon/juniper woodland. | 4,000 | Includes virtually all of the Cedar Springs Uplands PCA, which includes an excellent occurrence of a plant species vulnerable on a global scale, the rock-loving neoparrya (*Neoparrya lithophila*), a good occurrence of a plant community imperiled on a global scale, the pinyon pine/needle-and-threadgrass woodland (*Pinus edulis/Stipa comata*), and a fair occurrence of a plant community vulnerable on a global scale, the pinyon pine/Scribner needlegrass woodland (*Pinus edulis/Stipa scribneri*). | Yes |

Rvsd Plan - 00004609

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|---|---|---|---|---|
| Blowout Pass SIA (existing) | This SIA was designated because of geologic and scenic values This is an area of hydrothermally altered volcanic rock displays, with vivid red, orange, and yellow soils in a rugged, highly eroded setting. Elevation ranges from 10,000 to 12,124 feet, slopes are generally steep (30 to 80 percent). Forested areas are Engelmann spruce, sub-alpine fir, and bristlecone pine. This SIA forms the headwaters of Jasper Creek and Burnt Creek, which are naturally polluted by sulfates and free sulfuric acid present in great abundance in the altered rock. Grasses and forbs are limited on open slopes because of soil composition and erosion. | 1,260 | | |
| Ripley's Milkvetch SIA (existing) | This SIA was designated because of its botanical value. The SIA, in two separate areas, contains high-quality habitat for Ripley's milkvetch (*Astragalus ripleyi*). | 5,280 | The removal of the Ripley's Milkvetch Special Interest Area is not likely to impact the persistence of this species of conservation concern due to the prolific presence of the plant outside the current boundaries of the special interest area. Unlike other sensitive plant species, Ripley's milkvetch responds positively to disturbance processes and activities like fire and grazing. Covers most of the Bighorn Creek PCA. | Yes |
| Liberty/Duncan SIA (existing) | The historic town sites of Duncan and Liberty and the associated mining development represent one of the most intact historical sites within Colorado and the Nation. Intermixed with these historic sites are the prehistoric sites which are advancing the understanding of prehistoric use and habitation in the area. This SIA emphasizes the management and protection of the historic and cultural values of this area over other uses. | 3,910 | Overlaps a portion of the Deadman Creek Western Sangres PCA. This PCA supports a good example of the globally rare Smith whitlow-grass (*Draba smithii*). In addition, it supports the largest occurrence known of the rare narrowleaf cottonwood-Rocky Mountain juniper (*Populus angustifolia - Juniperus scopulorum*) montane riparian forest, and an excellent example of a rare aspen forest. Also, a newly described cottonwood community occurs within this site. A population of the Rio Grande cutthroat trout and a breeding colony of the pale lump-nosed bat (of which only four are documented in Colorado) add to the importance of this site. This site also includes one of the highest elevation occurrences of the mixed mountain shrubland and a globally rare orchid subspecies. | Yes |

*USDA Forest Service*

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|------|-------------------------------|-------|-------|-----------|
| Sheep Mountain Research Natural Area (proposed) | This area provides habitat for the Stonecrop gilia (*Aliciella sedifolia*), a species of conservation concern. Stonecrop gilia is an exceedingly rare plant found in only two locations in the world. The worldwide range of this plant is estimated to be only 1,900 acres. Only 1,100 individual plants occupy this range. This area also provides habitat for the Rothrock's townsend-daisy (*Townsendia rothrockii*), another species of conservation concern. | 1,290 | Includes a portion of the Sheep Mountains in San Juan potential conservation area. This PCA supports a fair occurrence of the globally critically imperiled stonecrop gilia (*Aliciella sedifolia*) and an extant occurrence of the globally imperiled Rothrock's townsend-daisy (*Townsendia rothrockii*). This site includes one of only two known occurrences of the stonecrop gilia in the world. | Yes |
| Cumbres & Toltec National Historic Landmark Special Interest Area (proposed) | This special interest area would reflect the recent designation of National Historical Landmark status for the railroad corridor by the National Park Service. Unique values include natural scenery, historic context to the formation of the forest and contributions to the economies of Antonito, Colorado and Chama, New Mexico. | | | |
| Spruce Hole/Osier/ Toltec Special Interest Area (proposed) | This special interest area would enhance habitat connectivity for large game species including mule deer, elk, pronghorn, and Rocky Mountain bighorn sheep as well as large carnivores such as Canada lynx, mountain lions, and black bears. It would also enhance ecosystem integrity related to the persistence of several species of conservation concern and federally protected species, including boreal owl, peregrine falcon, Brewer's sparrow, flammulated owl, golden eagle, olive-sided flycatcher, bald eagle, Rio Grande cutthroat trout, Gunnison's prairie dog; Ripley's milkvetch, slender cliffbrake, Plumber's cliff fern, Colorado divide whitlow grass, and flowered gilia; federally protected species such as Mexican spotted owl, southwestern willow flycatcher, yellow-billed cuckoo, and New Mexico meadow jumping mouse; migratory birds including ferruginous hawks, black swifts, sage sparrows, burrowing owls, Cassin's finches, Grace's warblers, Gray vireos, juniper titmouse, Lewis's woodpeckers, loggerhead shrikes, long-billed curlews, mountain plovers, pinyon jays, and Virginia's warblers. | 36,620 | This area includes three different potential conservation areas recommended by the Colorado Natural Heritage Program. From map, this covers portions of Peak Site, Osier Creek, Cascade Creek at Osier, Rito Hondo Creek and Bighorn Creek potential conservation areas. The Peak Site PCA has an unranked occurrence of a globally vulnerable bird subspecies, the American peregrine falcon (*Falco peregrinus anatum*). Osier Creek and Cascade Creek at Osier PCAs both contain a good occurrence of a fish that is vulnerable on a global scale, the Rio Grande cutthroat trout (*Oncorhynchus clarki virginalis*). Rito Hondo PCA contains two good occurrences of a plant species vulnerable on a global scale, Ripley's milkvetch (*Astragalus ripleyi*). Bighorn Creek PCA contains a fair occurrence of Ripley's milkvetch (*Astragalus ripleyi*). | Yes |

84

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|---|---|---|---|---|
| Chama Basin SIA (proposed) | This area is proposed for watershed protection. | 17,780 | This area is recommended as the Rio Chama Potential Conservation Area by the Colorado Natural Heritage Program for unique wildlife and botanical values.<br><br>The PCA contains a good occurrence of mountain willow (*Salix monticola*) / mesic graminoids montane riparian willow carr.<br><br>The site also encompasses a fair occurrence of narrowleaf cottonwood / thinleaf alder (*Populus angustifolia / Alnus incana*) montane riparian forest. | Yes |
| Summer Coon/La Ventana SIA (proposed) | This area would include the full extent of the unique geologic features related to the Summer Coon volcanic field. Adjacent to the Elephant Rocks Special Interest Area, it includes a nearly perfect pattern of radial dikes not currently included as part of Elephant Rocks. These areas include a medium-sized population of the rock-loving neoparrya, a rare milkvetch (*Astragalus cerussatus*) with only 20 known occurrences, nesting habitat for peregrine falcons and high quality habitat for bighorn sheep, a species of conservation concern. | 14,840 | The expanded area cover additional portions of the Eagle Mountain and Elephant Rocks Potential Conservation Areas recommended by the Colorado Natural Heritage Program for their high biodiversity significance.<br><br>The Elephant Rocks site supports a fair example of a wetland plant imperiled on a global scale (*Peritoma multicaulis*), one good and two fair examples of plants vulnerable on a global scale (*Aletes lithophilus*) , and an excellent example of a San Luis Valley endemic pocket mouse subspecies. This site supports a medium-sized population of the rock-loving neoparrya, a south-central Colorado endemic plant. In addition to the rock-loving neoparrya, a rare milkvetch (*Astragalus cerussatus*) and a silky pocket mouse subspecies population occur here. A small occurrence of the grass fern (*Asplenium septentrionale*) at this site represents the southernmost extension of this uncommon fern.<br><br>Eagle Mountain PCA includes nesting habitat for the federally listed American peregrine falcon. | Yes |

Rvsd Plan - 00004612

| Name | Special character and features | Acres | Notes | CNHP PCA? |
|------|-------------------------------|-------|-------|-----------|
| Carnero Creek SIA (proposed) | This area is proposed for its unique concentration of native Rio Grande cutthroat trout populations. | 42,800 | Includes portions of the Carnero Creek potential conservation area. The Carnero Creek PCA supports a healthy population of a subspecies of native trout. This population of Rio Grande cutthroat (*Oncorhynchus clarki virginalis*) progresses in quality as one continues up the stream. At the lower elevations, the fish community is degraded by the presence of white sucker (*Catostomus commersoni*), a species introduced from the eastern slope of Colorado as bait fish. Also present at this site are community occurrences of globally rare montane grasslands (*Festuca arizonica-Muhlenbergia montana*), shrublands (*Alnus incana*/mesic graminoid), and woodlands (*Pinus aristata/Festuca thurberi*). | Yes |
| Jim Creek SIA (proposed) | This area is proposed for its unique concentration of native Rio Grande cutthroat trout populations. | 9,560 | Overlaps portions of the Jim Creek and Torsido Creek potential conservation areas. These PCAs support occurrences of the globally vulnerable fish subspecies, Rio Grande cutthroat trout (*Oncorhynchus clarkii virginalis*). | Yes |
| Deep Creek SIA (proposed) | This special interest area is proposed for its unique botanical values including habitat for two rare plants, Smith Whitlow grass (*Draba smithii*) and Black Canyon Gilia (*Alicelia/Gilia penstemonoides*). Both plants are species of conservation concern. | 250 | This area overlaps most of the Deep Creek Uplands West potential conservation area recommended by the Colorado Natural Heritage Program. This PCA supports a large population of the Colorado endemic and globally imperiled Smith whitlow-grass (*Draba smithii*) and a healthy stand of bristlecone pine (*Pinus aristata*) with Arizona fescue (*Festuca arizonica*). Smith whitlow-grass, an herbaceous mustard, has been found only in the southern Colorado counties of Mineral, Saguache, Costilla, and Las Animas, totaling about 15–20 occurrences. Of the known occurrences, Mineral County harbors the largest documented populations, and the Deep Creek site is among the best of these, with an estimated 500 individuals. Deep Creek also supports a small population of black canyon gilia (*Gilia penstemonoides*). | Yes |

Rvsd Plan - 00004613

## Diversity of Vegetation

### *Direct and Indirect Effects*

Plan direction related to forested vegetation and silviculture varies among all alternatives. All four alternatives have the required timber-related plan direction as described in the National Forest Management Act and in Forest Service Handbook 1909. 12, chapter 60. In some cases, the plan direction wording was updated in the action alternatives (B, C, and D). Some additional plan direction present in alternative A was removed, updated, or combined in alternatives B, C, and D to remove unnecessary or outdated language and to clarify direction.

Desired conditions included in all action alternatives outlines the desired distribution of habitat structural stages for each of the major forested vegetation types. Stocking levels for suitable timber lands are also different between alternative A and the action alternatives. Minimum stocking levels in alternatives B, C, and D was reduced to 75 trees per acre in ponderosa pine and 100 trees per acre for Douglas-fir. Alternative A had the minimum stocking level for both these species at 150 per acre. This change would lead to lower density forests in these types, which would increase resiliency to stressors such as climate change, insects, and disease. These lower density values are also more aligned with the natural range of variation for these species, which were often found in more open conditions due to the more frequent fire regimes of these types.

As described above, the desired condition for vegetation in the action alternatives outlines the desired distribution of habitat structural stages for each of the major forested vegetation types. These desired conditions were generally based on natural range of variation estimates from the assessment modeling described in Assessment 1 and 3, with some adjustments to increase resilience to climate change. Some values from the San Juan National Forest Plan were used and adjusted, especially in cases where no modeling was available. Cool-dry mixed-conifer was adjusted to account for differences in species and the drier, less productive conditions that occur on the eastern side of the San Juan Mountains.

Comparing the current forest conditions to the desired conditions for the forested vegetation (Rio Grande National Forest Draft Revised Land Management Plan, Table 6) leads to the following conclusions:

- There is more acreage than desired in the mid-open (3A) structural stage in ponderosa pine.
- There is a lack of young (1T, 2T), mid-open (3A), and mid-closed (3B, C) stands in the warm-dry mixed-conifer areas, especially the young stands, relative to the desired amounts. There is an overabundance of warm-dry mixed-conifer forests in the mature (4A, B, and C) classes compared to the desired amounts.
- Slightly higher amounts occurred than desired in the mid- and mature-closed classes (3B, C, 4B, C) in the cool-moist mixed-conifer forests.
- In the cool-dry mixed-conifer forests, there is more acreage than desired in the mid-open (3A), mid-closed (3B, C), and mature-closed (4B, C) classes, and less than desired in the young (1T, 2T) and mature-open (4A) classes.
- Due to the recent spruce beetle outbreak, there is an abundance of spruce-fir in the young (1T/2T) class, with slightly more than desired in the mid-open (3A) and mature-open

87

*USDA Forest Service*

(4A) classes. Less than desired amounts are present in the spruce-fir mid-closed (3B, C) and mature-closed (4B, C) categories.

- The majority of the pinyon-juniper woodlands are in the mid-open and mid-closed (3A, B, C) stages, with less than desired in the young (1T/2T) and mature (4A, B, C) classes.

Planned management activities by alternative are described in Table 29, Table 30, Table 31, and Table 32. The planned management acreage values are approximate and are an annual average per decade. These acreage values may vary from year to year due to budget, weather conditions, natural disturbances, or other factors.

Proposed management activities across alternatives include the following:

- Salvage sales in spruce-fir areas impacted by spruce-beetle. These sales are generally planned for the first decade of the plan, with the exception of alternative C. In alternative C, these salvage sales will be more intensive, and cover more acres in a shorter time period, to maximize the value of the salvaged wood. Associated with this is post-harvest pile-burning in these spruce-fir areas. Because these activities are generally done in areas with high mortality that are already in the young (1T/2T) structural stage, the activities won't necessarily change the structural stage. Post-harvest tree planting may speed forest recovery toward the desired conditions for this type of area salvaged that lacks regeneration.

- While not anticipated in green spruce-fir, a small amount may be treated through uneven-aged management over the life of the plan for reasons other than timber management.

- Thinning, uneven-aged management, and prescribed burning treatments in ponderosa pine and mixed-conifer forests. These treatments will help restore or maintain the more open conditions typically found in these forests and will help make them more resilient to climate change, insects, disease, and other stressors. More intensive shelterwood harvests in the ponderosa pine and mixed-conifer areas are also planned in alternative C. In the mixed-conifer type, these management activities will help reduce the amount of areas in the structural stages that are denser and with larger trees (3B, C and 4A, B, C) and increase the amount in more open and young stages.

- Aspen will be maintained on the landscape. Aspen regeneration harvests may occur, depending on whether there is a market for this material.

- Prescribed burning in grassland and pinyon-juniper woodlands. This is planned on a small acreage annually and does not vary by alternative.

In general, proposed management is highest in alternative C and lowest in alternative D, with alternatives A and B in the middle. Timber management levels in alternatives A and B are based on average base funding, with alternative C determined by base plus supplemental funding. Prescribed burning levels are similar across alternatives, with the exception of alternative A, which has less prescribed burning in the mixed-conifer areas. Estimates of pile burning in the spruce-fir areas vary according to the amount of salvage planned in each alternative.

Specific wildlife improvement projects, including but not limited to wildland fire, hydro-axing, and removal of encroaching juniper, may add an estimated 1,000 acres to Table 29 as opportunities arise.

Rvsd Plan - 00004615

**Table 29. Planned management activity under alternative A – annual average per decade**

| Forest cover type/ Management Practice | 1st Decade (acres) | 2nd Decade (acres) |
|---|---|---|
| Spruce-Fir – Salvage Sales | 3,210 | 0 |
| Ponderosa Pine and Mixed-Conifer (thinning treatments, uneven-aged management) and Aspen (regeneration harvests) | 100 | 1,200 |
| Ponderosa Pine and Mixed-Conifer Prescribed burns | 500 | 500 |
| Spruce-Fir Prescribed burns | 100 | 0 |
| Grasslands Prescribed burns | 100 | 100 |
| Pinyon-Juniper Prescribed burns | 50 | 50 |

**Table 30. Planned management activity under alternative B – annual average per decade**

| Forest cover type/ Management Practice | 1st Decade (acres) | 2nd Decade (acres) |
|---|---|---|
| Spruce-Fir – Salvage Sales | 3,210 | 0 |
| Ponderosa Pine and Mixed-Conifer (thinning treatments, uneven-aged management) and Aspen (regeneration harvests) | 100 | 1,200 |
| Ponderosa Pine and Mixed-Conifer Prescribed Burns | 700 | 800 |
| Spruce-Fir Prescribed Burns | 100 | 0 |
| Grasslands Prescribed Burns | 100 | 100 |
| Pinyon-Juniper Prescribed Burns | 50 | 50 |

Rvsd Plan - 00004616

*USDA Forest Service*

**Table 31. Planned management activity under alternative C – annual average per decade**

| Forest cover type/ Management Practice | 1st Decade (years 1 – 6) (acres) | 1st Decade (years 7 – 10) (acres) | 2nd Decade (acres) |
|---|---|---|---|
| Spruce-Fir – Salvage Sales | 6,280 | 0 | 0 |
| Ponderosa Pine and Mixed-Conifer (thinning, uneven-aged management, and shelterwood treatments) and Aspen (regeneration harvests) | 0 | 1,500 | 1,500 |
| Ponderosa Pine and Mixed-Conifer Prescribed burns | 700 | 800 | 800 |
| Spruce-Fir Prescribed Burns (piles) | 190 | 0 | 0 |
| Grasslands Prescribed Burns | 100 | 100 | 100 |
| Pinyon-Juniper Prescribed Burns | 50 | 50 | 50 |

**Table 32. Planned management activity under alternative D – annual average per decade**

| Forest cover type/Management Practice | 1st Decade (acres) | 2nd Decade (acres) |
|---|---|---|
| Spruce-Fir – Salvage Sales | 1,730 | 0 |
| Ponderosa Pine and Mixed-Conifer (thinning treatments, uneven-aged management) and Aspen (regeneration harvests) | 100 | 800 |
| Ponderosa Pine and Mixed-Conifer Prescribed Burns | 700 | 800 |
| Spruce-Fir Prescribed Burns | 50 | 0 |
| Grasslands Prescribed Burns | 100 | 100 |
| Pinyon-Juniper Prescribed Burns | 50 | 50 |

In general, in each of the four alternatives the Forest moves the identified desired distribution of vegetation structural stages, albeit at a slower rate in some alternatives relative to others. This varies by vegetation type, as little or no treatment is planned in some vegetation types, such as pinyon-juniper. Under alternative D, because there are fewer vegetation management activities planned, the progress toward the desired conditions in some vegetation types, such as mixed-conifer and ponderosa pine, would be slower. These types generally have higher amounts than desired in the larger size, more dense structural stages and less than the desired amount in the young stages. Management in these types would help meet the desired conditions. Progress toward the desired conditions in these vegetation types will be highest in alternative C, since this alternative has the highest level of planned vegetation management activities in these vegetation types. In the spruce-fir areas, where salvage is the focused

90

**Rvsd Plan - 00004617**

management activity in the first decade, there would be varied progress towards the desired conditions given that the salvage harvests are done in areas that have high mortality and are already in the young structural stage. In some of the spruce-fir salvage areas, however, tree planting in currently understocked stands would speed forest recovery toward the desired conditions for this type. However, although planned management is different across the four alternatives, the distribution and diversity of vegetation structural stages across the Forest is predominantly determined by ecological succession and disturbances such as fire, insects, and disease, rather than by planned management activities.

Specifically assessing current conditions relative to those that correspond to natural range of variation is challenging. Although general descriptions of the forested types and their natural range of variation are available in published literature, these are broad and not Forest specific, and particular amounts or percentages by structural stage are not presented. The desired conditions were generally based on natural range of variation estimates from the assessment modeling, but with some adjustments to increase resilience to climate change, such as allocating slightly more acreage to the more open classes (3A, 4A) and slightly less to the more dense classes (3B,C, 4B,C).

### Effects on Forested Vegetation from Timber Management

As described above, the timber management program may have a small effect on progress toward the desired conditions for vegetation across all alternatives. Under alternative D, because there are fewer vegetation management activities planned, the progress toward the desired conditions in some vegetation types would be close to natural succession rates. Progress toward the desired conditions in these vegetation types would be highest in alternative C because this alternative has the highest level of planned vegetation management activities. Although the planned management is different across the four alternatives, the distribution and diversity of vegetation structural stages across the Forest is predominantly determined by succession and natural disturbances such as fire, insects, and disease, rather than by planned management activities, especially given that about half the forested area is in protected areas, such as roadless areas and wilderness areas, where vegetation management activities are prohibited or greatly restricted.

### Effect on Forested Vegetation from Recreation Management

One difference between alternative A and alternatives B, C, and D is the addition of management direction for congressionally designated trails including the Continental Divide National Scenic Trail and the Old Spanish National Historic Trail. Under alternatives B, C, and D, these trails are removed from the suitable timber acreage along with a one-half mile buffer on each side of the trail. This has a small effect on the suitable timber acreage because some, but not all, of this area would have been in the suitable timber acreage otherwise. The management direction for these areas is also more restrictive in terms of the type of vegetation management allowed.

### Effect on Forested Vegetation from Wildlife Management

The main effects from the wildlife management program are related to lynx management direction. In addition, in more fire-adapted ecosystems, activities such as thinning, wildland fire, and hydro-ax are used as a vegetation management practice that also benefits wildlife.

The effect of new plan direction in alternatives B, C, and D is difficult to discern at this point. Overall, the Southern Rockies Lynx Amendment, as implemented currently, has changed the Forest vegetation management strategy and the silvicultural practices used. It also provided focus on uneven-aged management in live, green lynx habitat areas, which are mainly in spruce-fir and the cool-moist mixed-conifer vegetation types. The new direction on management activities would retain high-quality understory conditions that support important prey species for lynx.

The additional lynx-related plan direction in alternatives B and D would have minimal effect on the vegetation.

### Effects on Forested Vegetation from Fire Management

Fire management on the Forest would have an impact on the vegetation. As prescribed in all alternatives in Table 29, Table 30, Table 31, and Table 32, planned prescribed burning estimates are similar across alternatives. The only exceptions to this are in mixed-conifer, in which more prescribed burning is planned under the action alternatives relative to alternative A. This additional prescribed burning would be beneficial in terms of helping reach the desired conditions for the mixed-conifer areas. Additional prescribed burning would also restore fire to its natural role in this ecosystem, reduce density, and improve resilience to climate change and other stressors. The action alternatives also have additional pile burning in spruce-fir areas corresponding to the amount of salvage harvest.

Overall, however, the potential impacts of wildfire over the life of the plan would be to create a more mosaic pattern across the landscape with increased diversity in species composition, age classes, and structure.

### Effects on Forested Vegetation from Designation of Wilderness, Research Natural Areas, and Special Interest Areas

Recommended wilderness, research natural areas, and special interest areas may have a minor effect on progress toward the desired conditions for vegetation. Under alternative C, there are fewer of these proposed areas and under alternative D, there are more of these proposed areas, with alternatives A and B in between. Each of the four alternatives would move the Forest toward the identified desired distribution of vegetation structural stages, albeit at a slower or faster rate in some alternatives relative to others. A higher amount of these proposed areas simply means that more area would move toward the desired conditions naturally, without human intervention, than an alternative with fewer proposed areas, due to the reduced size of the suitable timber acreage and associated management levels. This effect is minor in that the distribution and diversity of vegetation structural stages across the Forest is predominantly determined by successional and natural disturbances such as fire, insects, and disease, and the fact that about half the forested area is already in protected areas, such as roadless areas and wilderness areas, where vegetation management activities are prohibited or greatly restricted.

Alternatives with a higher amount of area in these designations, such as alternative D, provide more acreage where fires, insects, and diseases can play their natural role. These areas are useful for comparison purposes and to determine ecological reference conditions.

## Late-Successional and Old Forest

### *Direct and Indirect Effects*

All alternatives have forest plan direction for late-successional and old forest management. All alternatives would provide some protection of existing old forest, and provide guidance on the identification and deferral from harvest of old forest areas. There is additional protection and guidance for late-successional habitats in alternatives B, C, and D, which are discussed below.

One important distinction among alternatives is the criteria used to define old forest. Alternative A defines old forest from Mehl (1992). This definition was general and not customized for the somewhat harsher and slower-growing conditions on the Forest. This definition was used as a starting point. The criteria were also changed so that most, but not all, of the characteristics need to be present for an area to be called old forest. Historically, although many old forest characteristics might be present, in most cases one of the characteristics was not present or was less than the amount needed for the area to be called old forest. The updated version of the old forest definition allows for more flexibility in determining old forest and allows areas with most, but not all, of the old forest criteria to be called old forest. The criteria used to define old forest is available in Appendix A for the draft forest plan.

All action alternatives contain forest plan direction related to late-successional and old forest habitat. Desired conditions recognize the importance of retaining the remaining live spruce-fir late-successional forest patches and of maintaining and enhancing late-successional and old forest conditions necessary for at-risk species. Desired conditions describe specific desired amounts of both late-successional (4B and 4C) and old forest habitats by vegetation type.

Forest plan direction for the General Forest and Intermingled Rangelands and Forest Products Management Areas has also been modified in Alternatives B, C, and D. These alternatives contain direction for Management Area 5.13 that "All succession stages are represented, including old forest. Mature stands are identified for old forest characteristics." This direction is different from that in alternative A, which has similar direction for both General Forest and Intermingled Rangelands and Forest Products and contains guidelines about the use of spatial analysis to select existing and future old forest stands that are retained and provide for habitat connectivity. The addition of a desired condition with specific desired amounts of late-successional and old forest in alternatives B, C, and D counterbalances the elimination of this direction in alternative A.

Alternative D has the largest amount of area in more protective categories, such as wilderness, roadless, research natural areas, and special interest areas. As a result, more old forest can develop without human intervention. In all alternatives, however, fire and other natural disturbances would continue to influence the landscape substantially more than vegetation treatments. Succession would continue to be the primary means by which late-successional and old forest is formed. Late-successional and old forest amounts and distribution would remain highly dynamic and variable over time.

*USDA Forest Service*

### Effects on Late-successional and Old Forest Habitat from Vegetation Management

A higher amount of area suitable for timber production and higher planned management levels (such as under alternative C), means fewer acres are developing naturally to late-successional and old forest. However, a larger suitable timber area also means there would be more control over manipulating vegetation and creating particular old forest characteristics. Vegetation treatments (such as thinning in young stands that encourages rapid tree growth) can promote the long-term development of some late-successional and old forest conditions, although this may be easier to accomplish in certain vegetation types, such as ponderosa pine and warm-dry mixed-conifer.

## Snags and Downed Woody Material

### Direct and Indirect Effects

Snag and downed wood conditions are largely dependent on the pattern of natural and human disturbance processes. Currently, due to the large spruce beetle outbreak on the Forest, there is an abundance of snags and downed woody material in the spruce-fir areas. However, in general, snags and downed woody material are very dynamic, highly variable, and unevenly distributed across time and space.

As previously stated, dead wood components will be created by fire, insects, disease, and mortality during the course of natural succession. Decomposition and fire are the primary ecological processes that recycle dead wood in the ecosystem. Vegetation treatments also remove dead wood. This is often the case in late-successional and old forest areas. Snags are predominant at first, shifting to predominantly downed wood as the dead trees fall. Snags will be lost as they fall to the ground to become part of the downed wood component, where they will decompose and become part of the soil. Ecological processes associated with snags and downed wood dynamics vary across forested ecosystems. Lower amounts of snags and downed wood would tend to occur in developed sites, areas where concern for fire hazard is elevated, and areas closer to communities and accessible to firewood cutting.

The majority of Forest lands are in unmanaged areas, where natural ecological processes and disturbances will be the primary factor affecting snag and downed wood conditions. These natural processes are expected to create an abundance of snags and downed wood at the Forestwide scale, and amounts within desired ranges.

All alternatives contain forest plan guidance that directs retention of snags and downed wood within planning units. All alternatives also have similar plan components related to management of insects and diseases.

A comparison of the retention direction for snags and downed wood retention among alternatives is provided below.

Direction included in alternative A states that prescriptions developed prior to timber harvest identify the distribution of coarse woody debris and snags to be left after harvest, as well as live green replacement trees for future snags.

The minimum requirements for adequate wildlife habitat and ecosystem function are listed in Table 33. The amounts are to be calculated as a per-acre average over a project area.

94

At least 50 percent of the snags retained should be in the larger size classes available onsite. Spatial distribution should be determined at the site-specific level.

**Table 33. Snag and downed wood retention amounts in alternative A**

| Forest Type | Snags | | | Downed Wood[1] |
| --- | --- | --- | --- | --- |
| | Minimum diameter at breast height | Minimum/Acre | Minimum height (feet) | Tons/Acre |
| Spruce-fir | 12 | 2 | 25 | 10–15 |
| Lodgepole pine | 10 | 2 | 25 | 5–10 |
| Aspen | 12 | 2 | 25 | 3–5 |
| Douglas-fir | 12 | 2 | 25 | 5–10 |
| Ponderosa pine | 14 | 3 | 25 | 4–9 |

[1]All soft snags should be retained unless they are a safety hazard. If minimum-diameter snags are not present, use the largest available snags.

## Snag and Downed Wood Retention – Alternatives B, C, and D

The minimum requirements for retention of snags and downed wood are listed in Table 34 (Draft Revised Land Management Plan, Table 5. These recommendations would meet the need to provide sustainable wildlife habitat and ecosystem function.

**Table 34. Recommended snags and downed wood for wildlife habitat and ecosystem processes under alternatives B, C, and D**

| Forest Type | Snags | | | Downed Wood[1] |
| --- | --- | --- | --- | --- |
| | Minimum diameter at breast height | Minimum/Acre in Planning Unit | Minimum height (feet) | Tons/Acre |
| Spruce-fir | [2]12 | 6 | 25 | 10–15 |
| Cool moist mixed-conifer | [2]12 | 4 | 25 | 5–10 |
| Aspen | 10 | 5 | 25 | 3–5 |
| Cool-dry mixed-conifer | 12 | 4 | 25 | 5–10 |
| Warm-dry mixed-conifer | [2]12 | 3 | 25 | 4–9 |
| Ponderosa pine | [2]12 | 3 | 25 | 2–3 |
| Lodgepole pine | 10 | 3 | 15 | 5–10 |

[1] Project implementation should plan on leaving larger and longer logs onsite based on site capacity.

[2] At least 50 percent of the required snag numbers should represent the largest size classes available.

Rvsd Plan - 00004622

USDA Forest Service

### Alternative A

The Forest has been implementing this plan direction on retention of snags and downed wood for 20 years. As discussed previously in the *Affected Environment* section, the Forest is well-above the minimum amount of snags recommended for the various forest types, with the exception of the ponderosa pine forest type, where data suggest that there is less than the desired three snags per acre. The various forest types also have more than the minimum amount recommended of downed woody material, with the exception of ponderosa pine. Direction under alternative A should generally continue to meet the desired conditions for snags and downed wood, providing habitat and other ecological values.

### Alternatives B, C, and D

Forest plan guidance for alternatives B, C, and D specify retention of snags and downed woody material. Additional snag and downed wood plan direction that are only a part of alternatives B, C, and D are listed in the Draft Revised Land Management Plan in the *vegetation*, *species of conservation concern*, *wildlife*, and *fire* sections.

Management direction related to snags and downed wood is the same under all action alternatives (B, C, and D). As compared to alternative A, the action alternatives provide for higher retention levels for snags and similar retention levels for downed wood, and make changes to spatial distribution of snags retained. Additional plan direction in the action alternatives also relates to the size and type of snags and downed wood to be retained. In some cases, such as aspen and ponderosa pine, the minimum diameter at breast height for the snags retained is higher under alternative A. In one case, ponderosa pine, the downed wood retention value is lower in the action alternatives, but this lower value is more aligned with the more frequent fire regime for this type. Although the snag and downed wood retention in alternatives B, C, and D applies to the planning unit, instead of the smaller project area (as in alternative A), the additional snag and downed wood plan components and generally higher snag retention amounts in the action alternatives as well as determinations made at the project-level, would help ensure that large openings created during salvage have sufficient amounts of snags and downed wood.

The presence, abundance, and distribution of long lasting, large-diameter snags depends entirely on the presence, abundance, and distribution of species and size classes of trees across the landscape in varied ecosystem types. Thus, the emphasis under all action alternatives on maintaining or achieving desired forest composition and size classes could be expected to achieve desired conditions for snags (and downed wood) over time as well.

There is a small difference among alternatives related to the difference in amount of area subjected primarily to natural disturbances processes compared to the areas where active vegetation management would occur (lands suitable for timber production) and areas with a recreation focus. These lands would tend to have lower amounts of snags and downed wood because of management direction, access, and the integration of other desired conditions for other resources. Because alternative D has more area that would be influenced mainly by fire and other natural processes, relative to the other alternatives, the amount and distribution of snags and downed wood would be greater under this alternative as compared to the others. This is supported by Forest Inventory and Analysis Program data that suggest higher snag levels in these unmanaged areas.

96

Rvsd Plan - 00004623

### Effects on Snags and Downed Woody Material from Timber Management

Areas suitable for timber production where active management takes place make up a relatively small percentage of the total Forest area, just 17 to 26 percent. Areas suitable for timber production would typically be managed in ways that maintain relatively vigorous trees and limit losses from insects, disease, and fire where possible. This would result in lower tree mortality rates and a lower density of snags across these areas over time as compared to areas influenced less by human actions and affected more by natural disturbances, such as in wilderness and roadless areas. For instance, the majority of the spruce-fir forest type is in areas outside of the suitable timber base, regardless of the alternative. This is different than the areas with ponderosa pine and mixed-conifer vegetation types, which have nearly half their acreage in the suitable timber base for alternatives B and C. The persistence of snag habitat associated with these vegetation types would likely be more affected by human actions when compared to spruce-fir. On the other hand, active vegetation management provides opportunities to manage for species and forest size classes on these lands that would contribute to desirable future snag and downed wood conditions.

Salvage treatments planned in the spruce-fir vegetation type would result in lower snag and downed wood conditions in the treated areas. These treatments are proposed on the greatest number of acres in alternative C. In the long-term, tree planting in these areas may help speed recovery to mature forest conditions and provide for future snags and downed wood.

Thinning and other management planned in the ponderosa pine and mixed-conifer vegetation types may result in lower snag and downed wood conditions in the treated areas. These treatments are proposed to occur on the highest amount of acres in alternative C.

Firewood cutting also has an effect on the snag and downed wood levels present on the Forest. Firewood cutting predominantly affects lower elevation areas with roads and easy access.

### Effects on Snags and Downed Woody Material from Recreation Management

Snag and downed wood levels are highly variable across the Forest. The recreation management program reinforces this variability. Removal of snags in campgrounds and along roadsides for safety reasons leads to fewer snags in these areas (and hence less future downed wood). This is also true for high-use recreation areas.

## Landscape Disturbances and Patterns – Fire

### Direct and Indirect Effects

Numerous drivers and stressors play a role in determining the patterns across the Forest landscape. Fire, insects and disease, and timber harvest are compared across alternatives below.

### Alternative A

Management direction specific to fire management in alternative A requires all fires to be suppressed in some management areas, including those designated for forest products and ski-based resorts. Fire for resource benefit is approved for use and encouraged in areas where

*USDA Forest Service*

fire is allowed to play a natural role, such as in wilderness and in more remote, backcountry areas.

*Alternatives B, C, and D*

All the action alternatives contain the same forest plan guidance that articulates what role fire should play in the ecosystem. Management direction recognizes that risks to important values change in response to seasonal changes in weather and fuels, providing the opportunity to use fire as a management tool when conditions are conducive to meeting various plan outcomes.

Under all of the action alternatives the Forest is proposing to implement two strategic wildland fire management zones—the wildfire management zone: resource restoration and the wildfire management zone: resource protection and benefit. More information on fire management and wildfire management zones is contained in the *Fire Management* section.

The wildfire management zone for resource restoration allows natural resources to benefit from wildland fire. Managing wildfire to meet resource objectives in this zone is the least constrained. Ecological restoration is accomplished by managing wildland fire under a wide range of conditions that allow fire to play a natural role in an ecosystem. All lightning-caused wildfires in these areas will be managed primarily to restore and maintain the natural role of fire in the ecosystem with a minimal emphasis on suppression.

In the wildfire management zone for resource protection and benefit areas, conditions may put some natural resource values at varying degrees of risk for damage from wildfire. Wildfires that burn in this zone may benefit natural resources under certain conditions. All lightning-caused wildfires in these areas will be assessed on an individual basis for the most appropriate response based on values at risk and potential benefits to natural resources from a wildfire.

In both zones, all human-caused wildfires will be managed under a full suppression strategy commensurate with the values at risk.

Given the uncertainty of future climate and weather conditions, any of the action alternatives would provide fire managers with more flexibility in deciding how to manage individual fires and would allow fire to play a more natural role across the landscape. In that sense, the action alternatives would allow the role of fire to be most similar to its historic role.

## Landscape Disturbances and Patterns – Insects and Disease

All alternatives generally have similar plan components related to management of insects and disease. Plan direction involves consideration of potential insect and disease outbreaks when planning management activities, managing vegetation to improve forest health and public safety, use of integrated pest management techniques, and designing project activities to minimize the risk of spreading existing infestations while still providing habitat for wildlife species, depending on insects and diseases. Plan direction generally applies to areas with ongoing management activities, which are portions of the landscape that don't vary much by alternative. Across all alternatives, more than half of the Forest is designated roadless or wilderness where insects and disease would play their natural role. Some direction included in alternative A was not carried into the action alternatives (B, C, and D). The direction not carried forward is related to controlling insects and disease in wilderness areas and controlling the spread of disease in adjacent stands during timber harvest.

Rvsd Plan - 00004625

Given integration of insect or disease management with silvicultural prescriptions for vegetation management to meet a variety of goals and objectives, impacts across the alternatives would correspond closely with acres thinned, harvested, or burned, especially those acres managed within the mixed-conifer and ponderosa pine type. These acres do vary by alternative, but are small in context with the total area in these vegetation types. The effects from insects or disease would tie more closely with forest conditions and affecting factors than from actual management activities. The forest condition and affecting factors include: 1) amount, extent, and susceptibility of host habitat, 2) insect or disease levels (extent and populations/infection rates), 3) climate, and 4) disturbance.

The impacts from chemical treatments or pheromone applications for insect/disease are expected to be similar across all alternatives. The majority of these activities would be focused in or near developed facilities.

### Effects from Timber Management

Thinning treatments and sanitation harvests may provide an opportunity to prevent or reduce insect and disease outbreaks by reducing the density of trees, removing diseased and high risk trees, and increasing diversity. The removal of suppressed or dying trees would increase the overall growth and vigor of the remaining stand, which would decrease the susceptibility of those trees to many insects and diseases. As an example, management activities such as reducing basal area, favoring ponderosa pine where possible, and thinning from below can render stands less susceptible to damage from western spruce budworm (USDA Forest Service GSC 2016).

Alternatives that increase the amount, extent, or tree density of mature development stages would generally increase the risk of insect outbreaks or widespread disease. As a result of lower management rates, alternative D would have a greater likelihood of an increased amount and extent of mature, dense forest, and would therefore result in a slightly greater risk for insect outbreaks, or widespread disease, than other alternatives.

Because alternative C would be slightly less likely to increase the amount and extent of mature, closed development stages, it would result in a slightly lower risk for insect outbreaks or widespread disease. Alternatives A and B fall in between C and D.

### Effects from Recreation

In developed and dispersed recreation sites where trees may be impacted by camping activities and where the overall health and vigor of trees is reduced by soil compaction, risk for individual trees to be adversely affected by insects and diseases would increase. Proposed management affecting recreation, relating to insects or disease, would be the same for all the alternatives.

### Landscape Disturbances and Patterns – Timber Harvest

As described in the *Forest Products* section, the projected sale quantities and project salvage volume is highest under alternative C and lowest under alternative D. In alternatives A, B, and D, the focus of the vegetation management program would be on salvage harvesting beetle-killed spruce-fir stands that have high mortality due to spruce-beetle for the first decade, then transitioning to thinning/restoration treatments and uneven-aged management in

the ponderosa pine and mixed-conifer vegetation types, along with possible aspen harvests. In alternative C, the vegetation management program would be similar, but with a focus on more intensive salvage harvesting in the beetle-killed spruce-fir areas for a shorter time period, 6 years, before transitioning to thinning/restoration treatments, uneven-aged management, and shelterwood harvests in the ponderosa pine and mixed-conifer types, along with possible aspen harvests.

Silviculture and vegetation-related plan direction differs between the no-action and action alternatives. Action alternatives reduce the minimum stocking levels for ponderosa pine and Douglas fir from alternative A. The lower density values are more aligned with the natural range of variation for these species and increase resilience to stressors such as climate change, insects, and diseases. Silvicultural systems by cover type were also expanded in alternatives B, C, and D. Other plan components that are applicable to the action alternatives are contained in the Rio Grande National Forest Draft Revised Land Management Plan. All alternatives include guidance that should produce conditions similar to those that occurred under natural disturbance regimes, with the exception that openings larger than 40 acres are generally not allowed unless one of the exceptions is met. Planned salvage sales are included in these exceptions, because they are the result of natural catastrophic conditions (refer to S-VEG-6 in the Rio Grande National Forest Draft Revised Land Management Plan).

## Rare Communities and Special Habitats

### *Direct and Indirect Effects*

All alternatives have areas where existing research natural areas, special interest areas, and wild, scenic, and recreational river areas overlap a portion of some potential conservation areas by the Colorado Natural Heritage Program. Research natural areas and special interest areas would have more restrictive direction related to the reason for their designation. They generally offer more protection for these potential conservation areas.

A special interest area for Ripley's milkvetch that covers most of the Bighorn Creek potential conservation area is unique to alternative A. Some of this area is included in the Spruce Hole/Osier/Toltec special interest area in alternative D. These are discussed in detail in the *Proposed Special Interest Areas and Research Natural Areas* section.

Alternative B has additional special designations that include a portion of potential conservation areas. Recommended wilderness in the Sangre de Cristo range covers portions of many different potential conservation areas. These include several potential conservation areas.

Alternative B also has recommended wilderness that overlaps portions of the Conejos River, Platoro, Lake Fork, Kite Lake, and Pole Creek potential conservation areas.

Alternative D is similar to alternative B, but with additional designations as follows:

- Recommended wilderness overlying portions of the San Francisco Lakes, Miners Creek, Pole Creek, Spar City, East Middle Creek, Kelly Creek, Ford Creek, and Luder Creek potential conservation areas.
- Sheep Mountain Research Natural Area, which includes a portion of the Sheep Mountains in the San Juan potential conservation area.

100

- Jim Creek Rio Grande Cutthroat Trout Area, which overlaps portions of the Jim Creek and Torcido Creek potential conservation areas.
- Carnero Creek Rio Grande Cutthroat Trout Area, which includes portions of the Carnero Creek potential conservation area.
- Elephant Rocks Botanic Area is adjusted to include the Natural Arch, with the addition of the adjacent Summer Coon/La Ventana Geologic Special Interest Area, covering additional portions of the Eagle Mountain and Elephant Rocks potential conservation areas.
- Spruce Hole/Osier/Toltec Landscape Connectivity area over Peak Site, Osier Creek, Cascade Creek at Osier, Rito Hondo Creek, and Bighorn Creek potential conservation areas.
- The proposed Deep Creek Research Natural Area overlaps most of the Deep Creek Uplands West potential conservation area.

### Effects on Wetlands and Fens from Management of Other Resources

As discussed in the *Riparian, Wetlands, and Fens* section, the greatest future impacts to these ecosystems would come from those management activities that are known to have resulted in impacts during previous planning periods, including National Forest System roads and trails, uncontrolled motorized use on unauthorized roads and trails, and livestock grazing.

Alternatives A through D essentially represent varying partitions of acreage between a variety of potential uses, ranging from restrictive management prescriptions (e.g. wilderness) to general forest areas that are suitable for harvest, grazing, and dispersed/motorized recreation. Among all alternatives, the acreage of suitable rangeland remains nearly constant with the exception of small alterations based on special area designation. As a result, livestock grazing impacts to riparian and wetland ecosystems are expected to remain consistent with those observed in the previous planning period, and will not vary significantly by alternative.

Among the action alternatives, alternative D represents a minimization of acreages that would be available for expansion of the road/trail network, particularly for motorized vehicles and timber harvest. As a result, alternative D would likely have the fewest impacts on riparian and wetland ecosystems. Alternatively, alternative C represents a maximum number of acres available for the potential expansion of the motorized trail network, and the maximum number of acres suitable for timber harvest and the necessary access roads. Consequently, alternative C would likely have the greatest impacts to riparian and wetland ecosystems. The impacts of alternative A would likely be similar in magnitude to those of alternative C, even with a reduced suitable timber base, due to the lack of designated areas and recommended wilderness. The potential watershed impacts in order of magnitude would range from alternative D at the low end, to alternative B, followed by alternatives A and C at the high end.

### Effects on Low-Elevation Riparian Areas from Management of Other Resources

Low-elevation riparian areas were identified in FSVeg Spatial as areas with a cover type of cottonwood or alder and are at an elevation below 9,000 feet. These areas totaled 977 acres on the Forest. Alternatives B and D are generally more protective of these areas, with 357

USDA Forest Service

acres (37 percent) in recommended wilderness in the Sangre de Cristo range. Alternatives B, C, and D contain forest plan desired conditions specific to cottonwood riparian areas.

Livestock grazing can have, and has had, an influence on overall health of low-elevation riparian systems, including seeps and springs. As noted previously, the amount of suitable rangeland remains the same in all alternatives. No change to livestock grazing is anticipated; therefore, this impact to low-elevation riparian systems would continue. Concentration of native wildlife may contribute to stressors on these systems.

### Effects on Oakbrush from Management of Other Resources

There are a limited amount of oakbrush acres on the Forest. Analysis using FSVeg Spatial with the proposed management areas by alternatives suggests that more acres of this type would gain protection under alternatives B and D, mainly due to recommended wilderness in the northern Sangre de Cristo range. Alternatives B, C, and D also contain specific plan direction for Gambel oak communities (see the Draft Revised Land Management Plan).

### Effects on Alpine Fell Fields and from Management of Other Resources

Using FSVeg Spatial, approximately 53,024 acres of alpine habitat is currently afforded some protection because it occurs in existing wilderness. Alternative D proposes the most protection for alpine areas (as determined by acreage in recommended wilderness), with an estimated 24,236 acres. Alternatives A and C do not propose any recommended wilderness. Alternative B is in the middle with approximately 2,453 acres of alpine proposed for increased protection.

Alpine areas in the suitable timber base are minimal. Alternative A has the largest amount of alpine areas with approximately 239 acres, while alternatives B, C, and D have a lower amount of alpine areas in the suitable timber base, approximately 130 acres.

Recreational activities are a stressor in some alpine areas. No alternative proposed a change in the miles of trail or number of developed facilities. Dispersed camping in the alpine zone is thought to be limited due to the added elevation and potential difficulty of access. Much of the alpine zone is not accessible from roads or trails, is located in wilderness areas, or may not physically be accessible due to precipitous terrain. These areas would have lower impacts from recreation.

Areas with motorized trails that could impact the alpine areas include areas near Jasper and west of La Garita. Motorized trails also occur adjacent to and sometimes through alpine areas north of Creede on the northern Forest boundary, and areas near the western boundary.

Alternatives A, B, and C have similar acreages as suitable for over-snow vehicle use. Alpine areas within designated wilderness areas, as well as recommended wilderness areas, would not be suitable for over-snow vehicle use, but alpine areas outside of wilderness generally would be suitable for this use, with exceptions such as Finger Mesa and an area just east of the La Garita Wilderness. In these alternatives, alpine areas suitable for over-snow vehicle use include the area north of Creede and areas on the western portion of the Forest boundary.

Alternative D has less alpine areas suitable for over-snow vehicle use. Acres unsuitable for over-snow vehicle use under this alternative include the area north of Creede, areas on the

Rvsd Plan - 00004629

western Forest boundary, and some areas near Jasper. This is mostly due to the higher amount of recommended wilderness in this alternative.

Forest visitors can participate in motorized or nonmotorized activities anywhere on Forest lands, which makes it difficult to assess recreation impacts. A more thorough analysis will be done as part of the travel management process.

All action alternatives include revised plan direction specific to and protective of alpine habitat. Alternative A includes plan direction that includes stipulations for leasable materials, which is not contained in the action alternatives (B, C, and D). Specific direction related to timber harvest within 600 feet slope distance from timberline also occurs only in alternative A.

There are grazing allotments in the alpine zone. They do not vary by alternative.

### Effects on Caves and Mines from Management of Other Resources

Plan direction for caves and mines is included in all alternatives, though the action alternatives contain considerably more specific direction.

### Cumulative Effects

The effects that past activities have had on forest vegetation were discussed previously in the *Affected Environment* section and are reflected in the current condition of the forest vegetation. Past management practices throughout the planning area, including fire suppression, have created forest conditions that are susceptible to insect outbreaks or disease due to higher tree densities and generally older and larger trees, leading to contiguous and homogeneous forest stands, especially in the lower elevation forest types.

Ongoing programmatic planning efforts occurring adjacent to the Forest that could have overlapping cumulative effects include:

- Revision of the Rio Grande County land use master plan
- Plan development for the Rio Grande del Norte National Monument
- Carson National Forest land management plan revision
- Grand Mesa, Uncompahgre, and Gunnison National Forests land management plan revision

Within the planning area, the cumulative impact of management activities could result in increased tree mortality rates across all forest cover types, large amounts of standing and downed dead trees, high fuel loading, and high intensity fire in areas of accumulated dead trees, in particular in the lower-elevation forest types. Beneficial aspects would be tied to species that have adapted to these types of disturbances, notably woodpeckers and other birds that feed on bark beetles and wood-boring insects. Also, many different species of plants that normally occur beneath conifer overstories are expected to vigorously increase in growth as competition and shade from overtopping trees dissipate with elevated rates of tree mortality.

Additional stressors that may increase in the future are increasing population levels, both locally and nationally, with resulting increasing demands and pressures on public lands. As related to forest and vegetation conditions, these changes may lead to increased demands for commercial and noncommercial forest products, elevated importance of public lands in

*USDA Forest Service*

providing for the habitat needs of wildlife species, and changing societal desires related to the mix of uses that public lands should provide. Gradually increasing recreation use over the planning period due to increasing population levels across Colorado could affect ecosystem integrity. However, the Forest's sustainable recreation plan direction included in all action alternatives provides measures to avoid such impacts from recreation activities.

The ability to implement future vegetation treatments is dependent on the use of prescribed fire as well as the use of natural, unplanned ignitions to meet resource objectives. Therefore, to the extent that air quality regulations may become more stringent in regards to the quantity and timing of smoke emissions, substantial effects could result from limiting vegetation treatments using prescribed burning.

Management activities on adjacent national forest, private, and state lands may affect rare communities and special habitats at the landscape level as well as vegetation conditions at the landscape level and changing forest composition and structures.

Overall, cumulative effects are not expected to increase from past, present, and reasonably foreseeable future planning activities within and adjacent to the Forest.

# Fire Management

## Overview

Wildland fire includes both wildfire (unplanned ignitions) and prescribed fire (planned ignitions). Fire management includes the strategies and actions used both before and during wildland fire. Management of wildland fire influences whether fire effects create beneficial or negative impacts to values such as water quality, air quality, habitat, recreation areas, and communities. Wildfire management includes a spectrum of responses from protection objectives to resource objectives (Figure 2). Suppression is a management strategy used to extinguish or confine unplanned ignitions.

Fuels management is the manipulation of vegetation for the purpose of changing the characteristics of a fire as it burns. Fuels reduction treatments result in a change in the amount, configuration, and spacing of live and dead vegetation, with the purpose of creating conditions that result in more manageable fire behavior and reduced severity.

### *Wildland Fire Management*

Wildfires that reduce fuels and improve ecosystem conditions are characterized as "managing fires (or portions of them) to meet resource objectives." These fires tend to produce effects that are similar to, or trend toward, desired future conditions. Managing wildfires to meet resource objectives is a strategic choice to use an unplanned natural ignition to achieve resource management objectives and ecological purposes. The benefits of managing wildfires to meet resource objectives may include reducing fuels so that future fires burn with lower intensity and reduced smoke, resulting in wildfires that are more manageable and pose less threat to communities. Benefits may also include creating a diversity of wildlife habitats, cycling nutrients back into the soil, and reducing forest density to favor fire-resistant species such as ponderosa pine. Managing wildfires to meet resource objectives allows fire to resume a natural role in the ecosystem under pre-identified objectives and conditions, moving toward a more resilient ecosystem.

Rvsd Plan - 00004631

Effective wildfire management addresses the nature of wildfire and its contributing factors, recognizes the positive and negative consequences of fire, addresses uncertainty, and develops responses that reduce the chances of catastrophic losses, as cited in the National Cohesive Wildland Fire Management Strategy (Forests and Rangelands 2017). Forest and fire managers need to manage risk in both the short and long term. If the potential positive and negative consequences of fire are recognized, and management actions to obtain positive outcomes are matched, then the long-term risk to communities and assets is reduced, fire is restored as an ecosystem function to the landscape, and smoke impacts to communities are reduced.

Unplanned ignitions resulting in wildfires would continue to be a major disturbance process in most of the ecosystem types on the Forest. Uncertainty about future weather and changes in climate and the associated impacts to fire occurrence and severity remains a challenge to future land-management decisions and project-level analysis. Management activities that promote ecosystem diversity and resilience would allow these systems to better respond and adapt to the potential for increased fire occurrence and area affected by fire under potentially hotter, drier future climatic conditions.

The wildfire management continuum (Figure 2) shows the relationship between protection objectives and resource objectives. The continuum demonstrates how the location and conditions affect the management of wildfires or portions of wildfires. To interpret the continuum, consider the four dimensions of length, width, color, and teeth.



**Figure 2. Wildfire management continuum**

The side-to-side length of the continuum shows the spatial component, or the location where you are on the landscape. It affects the mix of objectives: on the left, the location favors protection objectives and on the right, the location favors resource objectives.

The up-and-down width of the continuum illustrates the different social, ecological, or environmental conditions affecting the mix of objectives that can be met from a wildfire. Protection objectives prevail along the top edge, while resources objectives are easier to meet along the bottom edge.

The colors depict the range of objectives, taking in the combination of both location and conditions. Red (upper left) represents the combination of conditions and landscape location

105

*USDA Forest Service*

that can cause higher risks to communities or ecological resources, resulting in protection as the predominant objective. Green (lower right) represents the combination of low-risk conditions and landscape location that make managing for resources the primary objective. The colors also represent the net value change to natural resources and community assets: red indicates a negative change (damage and risk) while green indicates a positive change (benefit). The fire-management response is to protect resources from potential damage and to obtain benefit. As risk is lowered on the landscape, more positive net value change opportunities exist over more locations and conditions, thereby increasing the ratio of green to red.

The teeth on each end indicate that the continuum wraps around in three dimensions to form a cylinder. A wildfire on the far right could be near an area with high risk, and that portion of the fire would be managed to meet protection objectives. As fire management decisions reach the dotted line on the continuum, there are added considerations. Focusing only on protection can put people at risk, while focusing only on obtaining resources benefits can bring management risk to fire managers and decision makers.

All wildfires are managed on a continuum between meeting protection objectives and resource objectives, and the mix of these objectives is based on both the location of a wildfire (or a portion of it) and the conditions it is burning under. These objectives come from the forest plan, mainly in the form of desired conditions. The burning conditions change through the season and from year to year, providing both the opportunities and the restrictions.

Forest Service policy dictates that every wildfire has some aspect of a protection objective in a fire management response, as cited in Chapter 5 of the Interagency Standards for Fire and Fire Aviation Operations (National Interagency Fire Center 2017).

This response can vary from monitoring the fire under conditions that are conducive to obtaining resource benefits to an aggressive suppression effort to protect communities and natural resources from potential damages.

Unplanned, human-caused ignitions require a direct and aggressive suppression strategy.

Wildfires are not allowed to simply burn. Firefighter and public safety, risk to property, fire management resource availability, national and regional priorities, costs, and potential resource benefits are all factors in wildfire management decisions.

Fire on the landscape is a natural process, and many fires on the Forest are started by lightning. However, humans have also been a source of fire on the landscape for centuries. Intentional or not, fires have influenced vegetation succession dynamics. Fire is not a simple process, and many factors influence its character, including fuel loadings, climatic and weather conditions, topography, vegetation structure and composition, and elevation. Fires on the Forest generally move from west to east with the prevailing winds. Dry cold fronts produce northwest wind flows that move fires from northwest to southeast. Without wind as the driving mechanism, terrain and diurnal temperature changes are large influences on fire movement. Fire generally moves uphill faster than it moves downhill.

For each alternative, a wildfire continuum graphic is provided later, in the *Direct and Indirect Effects* section, with the percentages of each management area and how they would fit on the graphic. This graphic will facilitate qualitative comparison of the alternatives.

Rvsd Plan - 00004633

### Fire Suppression

The successful suppression of wildland fire is dependent on many factors: fuels, weather and topography, suppression resource availability, and time of year. The alignment of these factors (e.g., hot, dry, windy, mid-June pre-monsoon) created the remarkable events of 2002 and 2013. When these factors (e.g., available personnel and equipment, cool moist, late season) are not aligned, fires are not typically not successfully suppressed. Even with the cooperative efforts of local firefighting resources from all levels of government, firefighting efforts during these remarkable years required substantial assistance from outside the area. During a busy fire season, suppression resources are spread thin, allowing fires to quickly exceed the capacity of the local firefighting unit and increasing the number of values at risk.

### Fuels Management

Fuel reduction treatments are activities that change the amount, configuration, and spacing of live and dead vegetation, which alters fuels to reduce hazard. The costs, environmental impacts, and effectiveness of different fuel treatment types vary. Fuels treatments are conducted as efforts to make fires easier to control and reduce the resulting severe detrimental effects. Additional benefits include minimizing impacts to values at risk and reducing fire spread to other ownerships. Strategically located fuels treatments would also provide more opportunities to proactively manage the size and costs of future wildfires. In addition to modifying fire behavior, fuels treatments can achieve multiple resource benefits, such as producing timber products, creating desired wildlife habitat, and moving resources toward desired vegetation conditions.

Fuels reduction treatments include prescribed fire, mechanical treatments (feller-bunchers and masticators, etc.), and hand-thinning. Prescribed fires are fires intentionally ignited in accordance with applicable laws, policies, and regulations to meet specific, well-defined objectives. Mechanical treatments and hand-thinning are often done prior to prescribed burning, depending on project objectives and location.

As human development encroaches on the wildland-urban interface, the public enters a vegetation matrix that carries fire when conditions permit. The wildland-urban interface designation affects all fire management decisions in those areas. Although a wide variety of fire management strategies are available to implement, these options are generally narrowed because fire may move on to private lands. Hazardous fuels treatments in the wildland-urban interface focus on manipulating vegetation to enhance the success of subsequent fire suppression activities. Since 2001, fuels management has focused on modifying fuel conditions to meet various objectives to reduce threats to values at risk, increase suppression success by minimizing crown fire likelihood, decrease fire intensity, and decrease the rate of spread.

## Affected Environment

The spatial boundary for the analysis of fire and fuels management effects is the lands administered by the Forest as well as lands of other ownership, both within and adjacent to the Forest boundary.

Rvsd Plan - 00004634

*USDA Forest Service*

## Existing Conditions and Trends

### *Recent Wildfire History and Trends on the Forest*

The Forest has gathered a comprehensive dataset for fires that have occurred on the Forest from 1970 through 2016. From the Forest Service FireStat program, these data list the date, location, cause, and size of each fire within that time period. Records of fires prior to 1970 were fragmentary and an accurate fire history could not be obtained for that period. The 46-year period from 1970 to 2016 showed 781 fire occurrences, or an average of 17 fire starts per year (Figure 3). The predominant cause of wildland fire on the Forest is lightning (68 percent), and the remainder (32 percent) have a human-caused origin (Figure 4).



**Figure 3. Fire occurrence, 1970–2016 (FireStat)**



**Figure 4. Fire cause, 1970–2016 (FireStat)**

108

With the exception of two extremely large fire years (2002 and 2013), the average fire size was about 42 acres, but the majority of the fires (72 percent) were less than 0.25 acre in size (Figure 5). A long-term drought from the late 1990s though 2013 set the stage for two exceptionally large fire years. In 2002 an estimated 9,528 acres burned and then in 2013 approximately 89,938 acres burned. This decade's long dry period saw several other large fires in areas adjacent to the Forest, including the 2000 Sand fire, which burned about 5,000 acres and the 2010 Medano fire, which burned about 6,200 acres in Great Sand Dunes National Park. Also in 2007, the Mato Vega fire burned about 7,000 acres on the Trinchera Ranch near La Veta Pass. This increase in the number of large wildfires (more than 1,000 acres) since the late 1990s is consistent with trends across other Western forests (Westerling et al. 2014).



**Figure 5. Percent of fires by size class**

### *Natural Range of Variation*

Wildfire is a natural part of forest ecosystems. The historical fire regime varies widely across the different ecosystems. Historic fire regime information for the Forest was developed as part of Assessments 1 and 3 (USDA Forest Service 2016). The major ecosystems that are affected by wildfires are listed below.

#### *Spruce-Fir Forest Ecosystem*

Prior to unplanned, human-caused ignitions, the two most significant broadscale disturbance types in these communities were stand-replacing fires and bark beetle outbreaks (Baker and Veblen 1990, Veblen et al. 1994, Veblen 2000). In between these broadscale forest disturbances, finer-scale processes such as insect infestations, avalanches, blow-down events and fungi shaped the structure and composition of spruce and fir stands (Veblen et al. 1989, Veblen et al. 1991a, Lertzman and Krebs 1991, Roovers and Rebertus 1993).

With late snow packs and frequent summer precipitation in these high-elevation forests, there are typically long intervals between fires, and fires that initiate when fuels are not sufficiently dry are generally small. Wildfires in the spruce-fir forests are typically driven by regional weather patterns, and larger fires are generally experienced only after extended dry periods.

*USDA Forest Service*

Wildfires that occur in these forest types during drought periods are typically more severe than fires at lower elevations because of the fuel buildup. In the nearby San Juan Mountains, fire return intervals in the spruce-fir forests were historically almost 300 years, with many stands escaping fire for many hundreds of years (Romme et al. 2009) and with intervals varying with moisture regimes and topography. Post fire, the dominant conifers generally reestablish by seeding and aspen by root-sprouting (Stahelin 1943, DeByle and Winokur 1985, Johnson and Fryer 1989, Veblen et al. 1991a, Turner et al. 1997). Wildfires, particularly at lower elevations, were typically followed by the rapid re-establishment of aspen with spruce-fir growing up in the understory, which would gradually displace aspen after several hundred years. As fire disturbance is compounded with insect outbreak and changes in climate, it is predicted that aspen will become more prevalent in subalpine systems (Kulakowski et al. 2013).

Despite fire exclusion policies, spruce-fir forests have remained relatively unchanged because fire return intervals are naturally long relative to the amount of that fires have been suppressed. Fire suppression activities in lower-elevation systems, however, have reduced the frequency of fires burning into higher-elevation systems (Barrett 1994, Baisan and Swetnam 1997).

## Cool-Moist Mixed-Conifer Ecosystem

The cool-moist mixed-conifer forests are characterized by high-severity fires occurring at long intervals (more than 100 years) with occasional small, low-severity fires (Fule et al. 2009, Romme et al. 2009). Cool-moist mixed-conifer stands have less frequent fire return intervals compared to warm-dry mixed-conifer stands. When fires do burn through these stands after a long period of no fire, the fuel that has built up creates a higher intensity fire than what is observed in the warm-dry mixed-conifer forests. In some cases after a high severity fire, aspen can remain the dominant species, depending on the extent and severity of the fire and the amount of conifer seed sources present.

The combined factors of fire exclusion, selective logging, and changes in climate have altered warm-dry mixed-conifer stands more, but even in cool-moist mixed-conifer stands, there are some areas with dense growth of smaller trees and little to no Douglas fir regeneration and a reduced aspen component.

## Warm-Dry Mixed-Conifer Ecosystem

The warm-dry mixed-conifer ecosystems have more frequent, less severe fires (20 to 50 years) with rarer, more severe fires. As a result, stands were characterized by relatively open stand structures. However, there was heterogeneity with patches of denser stands. Median fire intervals in the nearby San Juan National Forest for these systems was 18 to 28 years (Romme et al. 2009), but fire regimes vary even within the mixed conifer subclasses along moisture continuums (Korb et al. 2013). Where these stands experience high severity fires, there is the possibility for them to be converted to mountain shrublands.

Like cool-moist mixed-conifer stands, fungal infections and insect outbreaks, including spruce budworm, play a role in stand dynamics. Heavy livestock grazing and fire suppression likely have especially influenced the fire regimes of the warm-dry mixed-conifer forests. Grazing compounded the influence of fire suppression by further increasing the time between fires. The selective harvest of ponderosa pine also likely altered mixed-conifer forests,

110

Rvsd Plan - 00004637

particularly the dry mixed-conifer stands. The combined factors of fire exclusion, selective logging, and changes in climate have created warm-dry mixed-conifer stands that are comprised of more, smaller trees than were present historically.

## *Pinyon-Juniper Woodland Ecosystem*

Pinyon and juniper systems can be classified as persistent woodlands, savannas, or wooded shrublands depending on canopy structure, understory composition, and historical disturbance regimes (Romme et al. 2008). Fire rotations historically varied, but were generally quite long (e.g., many centuries). The longest fire return intervals likely occurred in the persistent woodlands with shorter interval in the other classes, but there is less confidence in the understanding of fire behavior in these types. The Forest includes combinations of the three types, but this has not been defined or mapped.

Stand dynamics may be more driven by climatic fluctuations, insects, and disease than fire (Eisenhart 2004, Romme et al. 2008). Although pinyon-juniper density has likely increased to some extent in the recent past, the current extent compared to past distribution has not been well analyzed. Fire exclusion in pinyon and juniper systems cannot be the primary mechanism for expansion and infill of these woodlands because fire was never very frequent in these systems and therefore they are not likely departed from historic fire return intervals in most places (Romme et al. 2008), though there is less certainty in pinyon-juniper savannas.

## *Southern Rocky Mountain Montane-Subalpine Grassland Ecosystem*

Natural drivers of these grasslands were grazing by native ungulates and fire. Native ungulates in these systems likely moved through as needed, and the extent and severity of their grazing varied. Fire regimes associated with these grasslands are correlated to the fire regimes of the forest surrounding them. Lower-elevation Arizona fescue grasslands were likely characterized by frequent, low-severity fire regimes, while the higher-elevation Thurber fescue grasslands experienced less frequent and more severe fires (Romme et al. 2009). These fires recycled nutrients, reduced litter, stimulated new plant growth, and eliminated woody plant growth.

## *Sagebrush Shrubland Ecosystem*

Along with fire suppression efforts, grazing may have increased fire intervals in sagebrush systems through the reduction of fine fuels. However, introduction of cheatgrass (*Bromus tectorum*), an invasive annual grass, can serve to increase fire frequency through a positive feedback cycle (Whisenant 1990). Fire in sagebrush systems reduces decadent sagebrush stands, promotes understory growth and nutrient cycling, and creates a mosaic of sagebrush structures and community types across a broad landscape. Regardless of fire severity, fire in sagebrush is stand-replacing (Sapsis and Kauffman 1991) and sagebrush can be slow to reestablish. Historic fire regimes are difficult to ascertain directly and likely varied with sagebrush species, elevation, and other abiotic factors. Estimates of fire rotations for sagebrush systems generalized across the West from a few studies (Baker 2006) are 325 to 450 years for low sagebrush, 100 to 240 years for Wyoming big sagebrush, and 70 to 200 years for mountain big sagebrush. If these estimates are correct for the sagebrush shrublands,

*USDA Forest Service*

they are not likely very departed from their historic fire intervals. A reduction in fire occurrence in this type may allow conifer encroachment into shrublands.

### Expected Future Fire Trends

Fire has been a fundamental part of the southern Rocky Mountains for thousands of years, whether naturally ignited or human induced (i.e., by Native Americans). Fire, fuels, and climate are closely interrelated. Natural, long-term variations in temperature and precipitation patterns have resulted in continuously changing fire regimes (Whitlock et al. 2008), and thus continually changing forest conditions. This past climatic variability has had major effects on the timing, frequency, intensity, severity, and extent of wildland fires, as would potential future changes in climate. The effect may be due to direct climate-related factors, such as increased temperature and greater drying of forest fuels, or may be indirectly related to potential changes in forest composition and structure due partly to climate change (refer to the Assessments 1 and 3 (Terrestrial Ecosystems assessment report): *Key Ecosystem Characteristics* section, *Vegetation Dominance Types* and *Forest Size Classes* subsections (USDA Forest Service 2016)). These climate-induced changes in fire regimes could have substantial impacts on ecosystems, with associated effects to communities and economies (McKenzie et al. 2009). It is readily apparent that vegetation, fire, climate, and weather are closely interconnected, and the relationship between the multiple aspects of each is extremely dynamic and complex.

A recent comprehensive synthesis of the science surrounding climate change and ecosystems (Vose et al. 2012) concluded that all fire regimes in western forest ecosystems would experience some increase in fire risk. More fires occur because of longer fire seasons and higher human populations (Peterson et al. 2012). Fire intensity and severity will probably be higher as well because of more extreme fire weather (i.e., hotter temperatures) and higher fuel loadings (i.e., tree mortality, increased forest densities). In moderate (mixed) severity regimes, more frequent fires could convert lands to more of a low severity fire regime, where frequent fires favor more open stand conditions and tree species resistant to fire damage. Increased fire risk and fire sizes in high severity fire regimes could have significant local effects, especially where close to human population centers. These risks are increased because of increased occupation of the wildland environment.

Large fire simulations modeling from 2016 showed an increase in burn probability at higher elevations. Increases were mainly due to changes in projected hotter and drier weather conditions associated with anticipated climate changes, and reflected the changes in fuels conditions following the spruce beetle outbreak. The 80th, 90th, and 97th percentiles of energy release are compared with the number of fire growth days in Table 35.

**Table 35. Increase in fire growth by energy release component**

| Energy Release Component (percentile) | Pre-1992 (days) | 1992-2001 (days) | 1992-2015 (days) | Percent Increase Pre-1992 to 2015 |
|---|---|---|---|---|
| 80th | 73 | 80 | 106 | 69 |
| 90th | 37 | 40 | 51 | 73 |
| 97th | 11 | 15 | 18 | 61 |

Rvsd Plan - 00004639

### Recognize Constraints to Fire Management

Generally, a very large number of burnable acres cannot be actively managed by mechanical means, and an even larger number cannot be economically treated with prescribed fire because they are designated as wilderness, or are in designated roadless areas where activities are restricted or more difficult to implement. Appropriately managing wildfire in places with an opportunity to obtain resource benefits and a low risk of potential damages may be the only way to increase the pace and scale of ecosystem restoration activities. Informed management of wildfire would also need to be a method to maintain areas once restoration has occurred.

### Comparison of All Alternatives

Using the wildfire continuum as a metric for comparison of the overall intent of each alternative, the alternatives generally fall along the spectrum from protection to resource objectives. The results shown are based on land allocations by management for each alternative and how the management areas are grouped into wildland fire management zones. *Fire Management Zone maps for alternatives B, C, and D* are contained in the DVD located at the back of this document.

## Direct and Indirect Effects

### Alternative A, No Action

Management direction specific to fire management from the current forest plan requires suppression of all fires in the Forest Product and Ski-based Resort Management Areas. Fire is managed for resource benefits in most other management areas, and is a natural part of the landscape in wilderness and backcountry areas.

Alternative A desired conditions recognize the role of fire in the ecosystem when and where life, property, and timber resources are not threatened. Areas including wilderness (Management Areas 1.11, 1.12, and 1.13), Backcountry (3.3), eligible Wild Rivers (1.5), and Research Natural Areas (2.2), allowed for prescribed natural fire use to meet objectives. Also the amount, arrangement, and continuity of fuels, both live and dead, is consistent with land uses and estimates for historic fire regimes.

The fire management continuum for alternative A is shown in Figure 6. Based on the analysis, fire suppression would continue to be practiced on 30 percent of the Forest. These acres are associated with areas that present more values at risk that are in need of protection. Fire suppression is costly and results in unnatural fuels build up that under the proper conditions influences subsequent suppression efforts.

On about 47 percent of the more remote areas of the Forest, such as backcountry and wilderness, naturally caused fire is monitored and allowed to burn to meet predetermined resource objectives.

On the remaining 23 percent of the Forest acres, naturally caused fires can be monitored and allowed to burn to meet resource objectives unless there is an immediate threat to life, property, or valuable resources.

Rvsd Plan - 00004640

*USDA Forest Service*

Prescribed fire would continue to be used as needed to accomplish resource objectives or reduce wildfire threats to communities, resources, and infrastructure.



**Figure 6. Wildfire management continuum, alternative A**

## *Effects Common to All Action Alternatives*

All the action alternatives contain the same desired conditions and guidelines that articulate the role of fire on the Forest. Management direction recognizes that risks to important values change with seasonal changes in weather and fuels. This provides an opportunity to use fire as a management tool when conditions are in compliance with various plan objectives.

Alternatives B, C, and D propose to implement strategic wildland fire management zones. The acres within each wildland fire management zone influence how fire management can be implemented for each alternative. The zones are applicable at the geographic area level in alternatives B and D, though more specific direction may be needed at the management area level. Alternative C applies the wildfire management zones at the management area level. Assigning these strategic wildland fire management zones supports decision makers before ignition occurs. Pre-assessing areas for risks and benefits from prescribed and wildfire before a fire occurs establishes more consistent direction in a shorter amount of time. Key to the wildfire management zone concept is the understanding that all fires can be managed to meet multiple resource objectives. Two strategic fire management zones are proposed:

- Wildfire management zone: resource restoration
- Wildfire management zone: resource protection and benefit.

The **Wildland Fire Management Zone: Resource Restoration** applies generally to the Primitive Wilderness and Roadless Geographic Areas in alternatives B and D, and to the corresponding management areas in alternative C. These areas present a lower risk to resource values from a wildfire, and conditions allow natural resources to benefit from wildland fire. Management of wildfire to meet resource objectives in this zone is the least constrained.

Ecological restoration would be accomplished by managing wildland fire under a wide range of weather, fuel moisture, and other environmental conditions that allow fire to play a natural role in the ecosystem. The use of prescribed fire to meet specific resource objectives is also appropriate.

114