



Vegetational Zonation in the Rocky Mountains
Author(s): R. F. Daubenmire
Source: *Botanical Review*, Vol. 9, No. 6, Vegetational Zonation in the Rocky Mountains
(Jun., 1943), pp. 325–393
Published by: Springer on behalf of New York Botanical Garden Press
Stable URL: http://www.jstor.org/stable/4353289
Accessed: 19-12-2017 19:10 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide
range of content in a trusted digital archive. We use information technology and tools to increase productivity and
facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://about.jstor.org/terms



*Springer, New York Botanical Garden Press* are collaborating with JSTOR to digitize,
preserve and extend access to *Botanical Review*

This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Rysd Plan - 00005568

v-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   P

# THE BOTANICAL REVIEW

Vol. IX                    June, 1943                    No. 6

## VEGETATIONAL ZONATION IN THE ROCKY MOUNTAINS

R. F. DAUBENMIRE

*University of Idaho*

### CONTENTS

I. Introduction .............................................. 326
II. The Zones ................................................ 330
    The alpine zone ......................................... 330
    The spruce-fir zone ..................................... 334
    The Douglas fir zone .................................... 337
    The ponderosa pine zone ................................. 339
    The juniper-piñon zone .................................. 340
    The oak-mountain mahogany zone .......................... 341
    Vegetation of the basal plains .......................... 343
III. Mountain Environment ................................... 343
    Atmospheric pressure .................................... 344
    Insolation .............................................. 345
    Temperature ............................................. 345
    Precipitation ........................................... 349
    Relative humidity ....................................... 352
    Wind velocity ........................................... 353
    Evaporation ............................................. 353
    Soils ................................................... 355
    Topography .............................................. 355
IV. Etiology ................................................ 357
    Upper altitudinal limits ................................ 358
        Low temperature ..................................... 358
        Competition and other biologic influences ........... 360
        Wind ................................................ 361
        Snow depth .......................................... 363
        Soil ................................................ 364
    Lower altitudinal limits ................................ 365
        Drought ............................................. 365
        High temperature .................................... 368
        Soil texture ........................................ 370
        Parasites ........................................... 371
V. Altitude versus Latitude ................................ 372
VI. Irregularities in the Zonal Pattern .................... 375
    Discontinuity of zones .................................. 375
    Pacific Coast elements in the Rocky Mt. flora ........... 376
    Inversion and lack of zonation .......................... 380
    Mountain parks .......................................... 383
VII. Summary ................................................ 386
VIII. Literature Cited ..................................... 387

Rvsd Plan - 00005569
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

### I. INTRODUCTION

On approaching the Rocky Mountains, even the most casual observer cannot fail to be impressed by the sudden change in vegetation where the forest-covered mountain slopes rise abruptly from the unforested basal plain.   On ascending the mountain slopes, the forest types observed in the foothills may be seen to give way in rapid succession to other types, each of which in turn predominates only within a particular elevational zone.   Near the summits of the higher prominences another edge of the forest is encountered, beyond which there is only low-growing vegetation of still a different type.   To the discriminating eye, these changes in the morphology of the vegetation are accompanied by practically complete changes in the species of herbs, shrubs and trees from one altitude to another.

Scientific interest in plant zonation on mountain slopes is very old, dating back at least to the writings of Tournefort in 1717 (28). Since that early date, the steadily increasing volume of botanical literature on zonation, especially that which has appeared in the last half century, attests the great interest which this phenomenon has held for students of field botany.

The mountains of southern Europe were the first to be studied intensively by botanists, and even though studies there have been somewhat handicapped by the disturbed nature of all the plant communities, European ecologists (Christ, Schröter, Brockmann-Jerosch, *et al.*) have made outstanding contributions to mountain ecology.   With the development of western North America, the Cordilleras have more recently proven a vast and fertile field for ecologic study, especially because of the relatively undisturbed nature of plant communities there.   Ecologic investigations have also been pursued to some extent in many other mountainous regions of the world, but nowhere in as much detail as in Europe and in the western United States of America.

When viewed as a whole, the literature on plant zonation has one very regrettable feature, and that is the great variation which has. characterized the interests, viewpoints and methods of the writers. Many descriptions of isolated regions are as yet of limited value because they cannot be related to each other.   Certainly the principles underlying zonation should bear much more similarity from one mountain region to another than do the published descriptions of those zonal systems.   Perhaps such irregularities have been due

Rvsd Plan - 00005570
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

in part to the fact that there has been little attempt to digest and integrate the literature for various regions.

Sufficient data have been published on the altitudinal variations in environment and vegetation in the Rocky Mountains so that previously isolated researches may be fitted together into a unified system of facts which shows the existence of fundamental geo-botanical principles. It is the purpose of this paper to attempt an integration of most of the important literature pertaining to plant zonation in this mountain system, supplemented by the writer's personal field studies.

\* \* \* \* \* \*

Looking at Rocky Mountain vegetation from the broadest view-point, it is apparent that four major plant formations are involved. First, there is the treeless vegetation of the high peaks and ridges which is classified as "tundra." Extending from the lower edge of the tundra downward over most of the mountainous slopes is a broad belt of forest dominated by coniferous trees, a portion of the "needle-leaved forest." The upper edge of this forest belt, *i.e.,* the ecotone between forest and tundra, will subsequently be referred to as "upper timberline." The "lower timberline," *i.e.,* the lower limit of the forest belt, coincides roughly with the bases of the steeper mountain slopes where they meet the less precipitous topog-raphy of the surrounding basal plains. At this lower ecotone, the Rocky Mountain forests are in contact with either the "grassland" or the "desert" formation.

In areal extent the Rocky Mountain zonal system is essentially homogeneous from the Black Hills (Fig. 1) of South Dakota west-ward to approximately the divide of the Cascades and the eastern foothills of the Sierras, and from the latitude of northern Alberta to the southern end of the Sierra Madres of northern Mexico (131, 124).

Physiographically the Rocky Mountain region may be separated at the continental divide into a west slope and an east slope (Fig. 1). Also each of the ranges which make up the Rockies may be divided into a west and an east slope, even though in actuality all directions of exposure may be found on both slopes. The term "slope" is obviously used in two senses, the one much broader than the other. Such divisions are of some value in plant geography, since they coincide with a certain amount of climatic and floristic differentia-

Rvsd Plan - 00005571
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

/-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   P

tion.  It must be realized, however, that physiography means
nothing to plant life except for the types of habitats which it pro-
vides.  In consequence, a species which depends for its existence
upon the climatic type prevailing on one slope is generally found
only on that slope, but may be encountered occasionally on the oppo-
site slope where soil or microclimate compensates for the inadequacy
of the macroclimate.

Based upon some conspicuous floristic differences, the Rockies
may also be divided in a north-south direction.  In this paper there



Fig. 1.  Map showing the Rocky Mountain region (enclosed by heavy
lines), the continental divide (dotted line), principal storm tracks (arrows),
and peaks and ranges mentioned in this paper.  Meaning of symbols: A—
Abajo Mts.; B—Big Horn Mts.; BR—Bitterroot Range; BH—Black Hills;
L—La Sal Mts.; M—Medicine Bow Mts.; P—Pike's Peak; R—Rincon
Mts.; SC—Santa Catalina Mts.; SF—San Francisco Peak; SR—Salmon
River Mts.; U—Uinta Mts.; W—Wasatch Range.

are recognized four north-south divisions: the southern, central,
northern and far-northern.  The line of separation between the
southern and central Rockies occurs just a little south of and paral-
lel to the northern borders of the states of New Mexico and Arizona.
The floristic break between the central and northern Rockies coin-
cides roughly with a line running east and west through the center
of Wyoming.  In about the latitude of central Alberta and British
Columbia there is another significant break in the flora which sepa-
rates the northern from the far-northern Rockies.  Considering

Rvsd Plan - 00005572
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

only the larger ligneous plants, addition of the following species to, or their notable absence from, the typical Rocky Mountain flora in each case characterizes a particular one of the four divisions:

### SOUTHERN ROCKIES

| | |
|---|---|
| *Abies lasiocarpa* var. *arizonica* | *Pinus leiophylla* |
| *Alnus oblongifolia* | *Pinus strobiformis* |
| *Arbutus arizonica* | *Platanus wrightii* |
| *Arbutus texana* | *Quercus arizonica* |
| *Arctostaphylos pungens* | *Quercus chrysolepis* |
| *Bumelia languinosa* | *Quercus diversicolor* |
| *Cupressus arizonica* | *Quercus dumosa* |
| *Cupressus glabra* | *Quercus emoryi* |
| *Fraxinus lowellii* | *Quercus hypoleuca* |
| *Fremontodendron californicum* | *Quercus oblongifolia* |
| *Juglans rupestris* | *Rhamnus crocea* var. *ilicifolia* |
| *Juniperus pachyphloea* | *Rhus ovata* |
| *Juniperus pinchoti* | *Sorbus dumosa* |
| *Pinus arizonica* | No *Alnus tenuifolia* |
| *Pinus cembroides* | No *Pinus murrayana* |
| *Pinus latifolia* | |

### CENTRAL ROCKIES

No large ligneous plants are peculiar to this region.

### NORTHERN ROCKIES

| | |
|---|---|
| *Abies grandis* | *Oplopanax horridum* |
| *Alnus rhombifolia* | *Pinus albicaulis* |
| *Alnus sinuata* | *Pinus monticola* |
| *Ceanothus sanguineus* | *Populus trichocarpa* |
| *Cornus nuttallii* | *Taxus brevifolia* |
| *Holodiscus discolor* | *Thuja plicata* |
| *Larix lyallii* | *Tsuga heterophylla* |
| *Larix occidentalis* | *Tsuga mertensiana* |

### FAR-NORTHERN ROCKIES

| | |
|---|---|
| *Picea mariana* | No *Populus angustifolia* |

These four divisions of the Rocky Mountains are strictly botanical and bear no relation to geologic or physiographic provinces into which the same region may be divided, except insofar as these influence climate.

Rvsd Plan - 00005573
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

## II. THE ZONES

Various criteria have been employed by different botanists in their delimitation of vegetational zones. Among these the one which has gained the greatest favor is ecologic rather than floristic, and makes its basic distinctions upon the nature of the climatic climax associations which obtain at different elevations or in different regions. On this basis there may be distinguished six major vegetation zones which are primarily characteristic of the Rocky Mountains:

TUNDRA FORMATION
   1. Alpine tundra zone

NEEDLE-LEAVED FOREST FORMATION
   2. Engelmann spruce-subalpine fir zone
   3. Douglas fir zone
   4. Ponderosa pine zone
   5. Juniper-piñon zone
   6. Oak-mountain mahogany zone

GRASSLAND and DESERT FORMATIONS

### The alpine zone

Nowhere is the youthfulness of Rocky Mountain topography more important vegetationally than in the alpine zone. Here the surface is essentially an alternation of rocky outcrops with depressions of varying degrees of imperfect drainage, and the soil, when present, varies from peat to gravels which are practically devoid of organic matter. The plants in this zone are so sensitive to this outstanding edaphic heterogeneity that communities are seldom as extensive or as homogeneous as, for example, in prairie vegetation.

The climate of these higher mountain summits is so cool that the chemical processes of rock weathering function with extreme slowness. Mechanical processes, operating nearly unaided, have made relatively little progress in soil formation, and in consequence over much of the area at high elevations the surface of the bed rock has become covered with only a jumble of large angular boulders which represent the first stage in the change from rock to soil. Such areas, if not unstable, are generally referred to as "boulder fields." Their vegetation consists chiefly of crustose lichens growing on the surfaces of the frost blocks, and a scanty flora of crevice plants such

Rvsd Plan - 00005574
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

as *Oxyria digyna, Aquilegia* spp., *Polemonium* spp., *Pentstemon fruticosus* and *Sibbaldia procumbens.*

In less severe habitats a coarse gravelly soil has accumulated between the boulders to the extent that only the summits of the latter are exposed. On these habitats, the "fell fields," is a sparse vegetative cover in which mat or cushion plants are especially conspicuous. Some of the characteristic species of the fell fields are *Silene acaulis, Dryas octopetala, Arenaria sajanensis, Erigeron compositus, E. multiflorus, Luzula spicata, Paronychia* spp., *Phlox caespitosa* and *Selaginella densa.*

In still more favorable habitats, in especially the lower part of the alpine zone, the xerosere has progressed until the last vestiges of the boulders have disappeared under the accumulating soil, which by this time has become completely covered by a dense, low, meadow-like type of plant cover (38, 88). In the Rocky Mountains this vegetation is usually referred to as "alpine meadow." Some of the more common dominants of these climax meadows are *Carex* spp., *Kobresia bellardi, Poa* spp., *Phleum alpinum, Deschampsia caespitosa, Trisetum subspicatum, Agrostis* spp., *Festuca* spp., *Polygonum viviparum, Potentilla* spp., *Sieversia turbinata, Trifolium* spp. and *Pedicularis parryi.* That these dense associations of grasses, sedges and forbs have long been considered valuable summer forage is reflected in the common custom in southern Europe of referring to the lower portion of the alpine zone as "pasture" (111). In North America this vegetation has also been called "alpine grassland" (33, 146).

Hydroseres in the alpine tundra are quite varied in nature. Communities dominated by *Carex, Eleocharis,* shrubby *Salix,* or forbs such as *Trollius, Caltha, Ranunculus* and *Menyanthes,* characterize hydric sites until development of drainage and accumulation of peat permit an approach toward the climatic climax.

Relatively few peaks and ridges of the Rockies are high enough to support tundra, so that areas of this vegetation exist as islands in a sea of forest. Although such a circumstance favors a spotty distribution of species with relatively inefficient disseminules, others have become widely distributed, possibly in Pleistocene time when the timberline may have been lower and consequently the gaps between tundra islands less extensive.

Rvsd Plan - 00005575
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

The members of the alpine flora seem to have been drawn from two major sources. First, there are alpine species endemic to the Rockies which have been derived from low-altitude species of the immediate vicinity. Examples taken from lists compiled by Rydberg (132) are:

| ALPINE DERIVATIVE | POSSIBLE SUB-ALPINE PARENT |
|---|---|
| *Achillea subalpina* | *A. lanulosa* |
| *Aquilegia saximontana* | *A. brevistyla* |
| *Besseya alpina* | *B. plantaginifolia* |
| *Phacelia alpina* | *P. heterophylla* |
| *Solidago decumbens* | *S. oreophila* |

A second major source for Rocky Mountain alpine plants has been the arctic tundra. Many of the Rocky Mountain species are at present widely distributed[1] in the arctic as well as in other alpine regions in the northern hemisphere. Because many of these have retained their specific identity in both alpine and arctic regions it is commonly believed that the southward extension of ranges took place in recent geologic time,—most likely during the Pleistocene epoch when timberlines may have been lower than at present. A partial list of these plants is as follows:

| | | |
|---|---|---|
| *Androsace chamaejasme* | *Luzula spicata* | *Saxifraga hirculus* |
| *Astragalus alpinus* | *Oxyria digyna* | *S. nivalis* |
| *Carex incurva* | *Papaver nudicaule* | *S. oppositifolia* |
| *Dryas octopetala* | *Polygonum viviparum* | *Sedum rhodiola* |
| *Empetrum nigrum* | *Potentilla nivea* | *Thalictrum alpinum* |
| *Erigeron uniflorus* | *Salix reticulata* | *Trisetum spicatum* |
| *Kobresia bellardi* | *Saxifraga cernua* | |

Other alpine species of boreal origin have undergone slight though distinct speciation at lower latitudes so that the arctic and alpine regions now contain several closely related species-pairs. Thus, according to Rydberg (132), the alpine *Phyllodoce empetriformis, Sieversia turbinata,* and *Saxifraga rhomboidea* are probably derivatives of the arctic *P. coerulea, S. rossii* and *S. nivalis,* respectively.

At any latitude north of the equator the alpine flora of the Cordilleras contains genera which are more widespread farther north,

[1] Among the species common to the Rocky Mountain and the arctic tundras are some which enjoy relatively limited distribution at high latitudes, and of this group at least some may not have originated in the arctic region. Holm, following an earlier hypothesis, believed that some of these arctic-alpine species with limited arctic distribution originated in the Rockies, then migrated northward, possibly at the close of the last glacial period, to become incorporated with the arctic flora (68).

Rvsd Plan - 00005576
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

but progressing southward along the Rockies this proportion of species of boreal extraction decreases as the number of endemics of local extraction increases (137). Thirty-seven per cent of the alpine species of Colorado are found also in the arctic regions. In central Mexico the alpine vegetation is still dominated by northern genera, although at this latitude three Andean genera occur in the tundra (52). Even the tundra at the equator in the Ecuadorean Andes has a small percentage of northern genera (112).

Rydberg (132) estimated the strictly alpine flora of the Rockies to consist of approximately 250 species, more than a third of which are endemic. In addition, there are about 100 species which occur below as well as above upper timberline. In the far-northern Rockies Raup (125) found a much smaller percentage (about 15%) of the alpine flora growing below upper timberline. At their lower limits these species were found chiefly on river banks or on talus slopes.

Alpine vegetation consists almost entirely of perennials.[2]  During two summers of intensive collecting in the alpine zone of Colorado, Holm (67) found a total of 170 species of vascular plants, only two of which are annuals: *Androsace subumbellata* and *Gentiana plebeja*. The principal families represented in his collection were, in order, Compositae, Cyperaceae, Gramineae, Caryophyllaceae and Scrophulariaceae.

Most of the perennials are caespitose (40) and either herbaceous or suffrutescent. True shrub communities consist of associations of willows growing on wet, boggy soil, and heath-like communities of *Phyllodoce, Cassiope, etc.,* in the northern Rockies (133). Raup (125) described shrub thickets in the lower part of the alpine zone in the far-northern Rockies, which are dominated by *Rhododendron albiflorum, Betula glandulosa* and *Salix* spp.

Perhaps no single morphologic characteristic of the plants in the alpine zone is more conspicuous than the dwarfness of the shoots in proportion to the size of the flowers and fruits which they bear. The flowers of alpine potentillas, for example, are not much smaller than those borne by other species at lower elevations, although the shoots of the latter are several times larger. The fruits of *Rubus chamaemorus* and the catkins of dwarf willows are also conspicu-

[2] Of the 49 species which comprise the alpine flora of San Francisco Peak, Arizona, 83% are hemicryptophytes, 10% chamaephytes, 4% therophytes, and 2% cryptophytes (88).

Rvsd Plan - 00005577
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

ously out of proportion to the remainder of the diminutive shoots. It is a common misconception that alpine plants are but dwarfed forms of lowland species; transplant experiments have disproven this (31). Dwarfness is a fixed genetic character of most true alpine species, although when low-altitude species extend up into this zone the individuals are greatly reduced in size.

A very evident physiologic characteristic of alpine plants is their immunity to injury from heavy frost during periods of active growth and flowering.    Furthermore, the phenomenon of prolifery, which is best developed in this formation,[3] may be considered an adaptation that at least in part offsets the disadvantages of a growing season which is rather short for the complicated process of setting seed.

Although the Rocky Mountain alpine vegetation bears many ecologic and floristic relationships to the more extensive circumpolar tundra which borders the Arctic Sea, there are certain features peculiar to this formation and its environment as represented on mountain summits at lower altitudes.    Floristically, the vegetation contains a high proportion of endemics, as mentioned previously. In matters of daylength and intensity of insolation, the environment of the tundra in temperate latitudes is very different from that of the boreal region where the photoperiod is nearly 24 hours long during the growing season, and the light is of weak intensity.    The subsoil of the arctic region, unlike that of the alpine region in the Rockies, is perennially frozen.    Holm (67) called attention to the fact that although the arctic growing season is shorter than the alpine, it is much less subject to violent changes in weather than is the alpine growing season.    From the above it is evident that peculiarities in both environment and vegetation make the term "alpine tundra" very desirable to distinguish this vegetation from "arctic tundra," although the two merge imperceptibly near the arctic timberline.

### The spruce-fir zone

The broad belt of coniferous forest which extends down from the upper timberline to the basal plain may be divided into several

[3] Species reputedly proliferous which occur in the Rocky Mountain tundra are: *Deschampsia caespitosa, Hierochloe alpina, Poa alpina, P. arctica, Polygonum viviparum, Saxifraga cernua,* and *S. nivalis.*   This phenomenon should also be looked for in *Juncus,* for certain species of this genus in other tundra regions are proliferous.

Rvsd Plan - 00005578
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

zones. The uppermost of these, because of its position, is often referred to as the "subalpine zone." It usually occupies about 2,000 feet of elevation[4] and is characterized by a climatic climax, the dominants of which are subalpine fir (*Abies lasiocarpa*) and Engelmann spruce (*Picea engelmannii*). In the southern Rockies *Abies lasiocarpa* is in part replaced by *A. lasiocarpa* var. *arizonica*. In northern Idaho and Montana island-like stands of mountain hemlock (*Tsuga mertensiana*) occur in this zone, and in the far-northern Rockies the forest is enriched by the addition of *Picea glauca* and *P. mariana*.

These spruces and firs have a very slender form, and under favorable conditions they grow close together to form a dense forest. Engelmann spruce grows to larger size than subalpine fir and, except on the west slope of the Bitterroots (139), is usually the more abundant species.

On the relatively dry eastern slope of the central Rockies the undergrowth in this forest is characteristically scant and is dominated by dwarf vacciniums, especially *V. scoparium, Arnica cordifolia, Carex geyeri,* and other plants. Under the more mesic climate of the west slope the undergrowth consists of a rank growth of large dicotyledonous herbs. Mosses and lichens are abundant on the forest floor, and here again the cryptogamic flora is generally richer on the west slope. In the northern Rockies *Menziesia ferruginea, Vaccinium membranaceum, Shepherdia canadensis* and *Xerophyllum tenax* are characteristic vascular plants in the undergrowth, while in the far-northern Rockies *Alnus crispa, Viburnum pauciflorum, Amelanchier florida* and *Shepherdia canadensis* predominate. In both the northern and far-northern Rockies the mosses often form a thick and nearly continuous layer over the ground. Thus it may be seen that the dominant tree synusia has far more floristic homogeneity throughout the north-south extent of this zone than do the inferior synusiae.[5]

Fire, which is all but unknown in the cool moist tundra, frequently destroys the climax spruce-fir association, and in its place there develop temporary forests of lodgepole pine[6] (*Pinus mur-*

[4] Other climax zones of woody vegetation in the Rockies occupy 2,000 feet of elevation only in a rather restricted region.

[5] The same is true of the other zones of ligneous vegetation. However, despite the floristic heterogeneity, the life-forms and density of the ground cover are fairly uniform throughout the geographic extent of each zone.

[6] Conspicuously absent from the southern Rockies.

Rvsd Plan - 00005579
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

*rayana*), aspen (*Populus tremuloides*) and Douglas fir (*Pseudotsuga taxifolia*). The factors determining which of these temporary associations prevails on a given area are not always evident, but frequently they seem related to soil moisture, with aspen invading the most mesic sites. Bates (9) expressed a view that lodgepole pine usually dominates after heavy burning, while aspen usually follows light burning. Certain it is that where the original forest contained relics of aspen, this species is likely to take possession of the ground after fire of moderate intensity because of its vigor in producing root suckers. In fact, propagation of aspen is mostly vegetative throughout the Rockies. Aspen stands are especially noted for their tall, luxuriant undergrowth of grasses and forbs. The richer herbaceous flora here as compared with areas dominated by conifers may be associated with the moistness of aspen sites, or what is more likely, with the increased fertility of the soil which accompanies deciduous woody vegetation.

Spruce and fir seedlings appear under the canopies of the temporary forest types while they are yet young, and ultimately crowd out the latter (74). Establishment of seedlings of climax species in temporary forest types is a much less difficult process than in the forest which follows, for as succession progresses there accumulates a duff layer so thick that very few seedlings survive (130, 51). Fir seems most adversely affected by this duff mat, especially southward in the Rockies. In the central Rockies it reproduces almost entirely by layering, but in the northern Rockies both seedlings and layered branches are commonly found. Spruce seedlings survive much better on rotten logs than on duff, and most of them that get established under climax forest conditions have germinated on this type of substratum (89).

The climate near the upper timberline is usually too severe to permit pine, aspen or Douglas fir to colonize burned areas, and in such situations spruce and fir regenerate directly, although at a very slow rate (158).

The ecotone between the spruce-fir and alpine zones is well known for its stunted trees. Some writers have recognized a separate timberline or krummholz (literally "crooked wood") zone, in which woody vegetation gradually thins out from the "forest line," *i.e.*, the edge of the continuous forest, upward to the last stunted tree, *i.e.*, "tree line." In this paper the expression "upper timber-

Rvsd Plan - 00005580
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

line" refers to a hypothetical line drawn midway between the "forest" and "tree" lines, *i.e.*, down the center of the timberline zone which is truly an ecotone.

In the timberline zone there may occur species of trees, in addition to spruce and fir, which can tolerate neither the severe climates of the alpine zone nor the intense competition offered by the dense forests at lower elevations.   South of the latitude of Denver, bristlecone pine *(Pinus aristata)* is especially abundant at upper timberline, although it may also be found at lower elevations in the forest belt on wind-swept ridges (4, 25).   Throughout the central Rockies limber pine plays a similar role (26).   In the northern Rockies (98) white bark pine *(Pinus albicaulis)* and Lyall's larch *(Larix lyallii)* are found chiefly at upper timberline.   In the far-northern Rockies lodgepole pine is abundant at upper timberline (125).

## The Douglas fir zone

Immediately below the spruce-fir zone there is characteristically a belt dominated by Douglas fir.   Although a climax dominant at this elevation in the Rockies, this tree never attains the magnificent size or commercial importance that it does on the west slope of the Cascades.   It has a pointed but moderately broad crown which even at a distance readily distinguishes it from the spruce and fir which have a more spire-like form.   In the southern and central Rockies, white fir *(Abies concolor)* and blue spruce *(Picea pungens)* are often associated with Douglas fir, although they are seldom present in great numbers.   These two species are characteristic of the most mesic habitats, the latter being found usually along stream courses.   Canada spruce *(Picea glauca)*, an important climax dominant over much of Canada, extends southward along the Rockies in the Douglas fir zone, especially on the east slope.   In climatic requirements and ecologic characteristics it is so similar to Douglas fir that it shares a climax status with the latter where their ranges overlap.   The absolute southern limits of this boreal species are attained in the Black Hills of South Dakota and Wyoming, where it occurs, curiously enough, without Douglas fir, in a belt immediately above the ponderosa pine zone (92).

In the northern Rockies grand fir *(Abies grandis)* may be found with Douglas fir, especially on the west slopes of the ranges and west of the continental divide.

Rvsd Plan - 00005581
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

A typical old Douglas fir stand is so dense that very few herbs (*Calamagrostis rubescens, Arnica cordifolia, etc.*) and shrubs are found beneath the trees. As in the spruce-fir zone, a duff layer accumulates on the forest floor, but in this case the duff is not as thick as in the higher forest belt.

In the central and southern Rockies, ravines in this zone which are wide enough to have low stream terraces may contain *Populus angustifolia* on these alluvial habitats. Wind-swept ridges frequently bear only a savanna of deformed pines, the species of which vary with latitude. From central Arizona southward the chief species is *Pinus strobiformis*. In northern Arizona and the southern parts of Utah and Colorado *P. aristata* is conspicuous on these habitats. Over the remainder of the central Rockies the species is *P. flexilis,* and in the northern Rockies it is *P. albicaulis*. These trees are all very similar in appearance, and except for *P. aristata* all are very closely related taxonomically. All are likewise found on corresponding habitats in the zones adjacent to the Douglas fir zone.

Following the devastation of forest fires, stands of lodgepole pine[7] or aspen (53, 105, 140) invade the burned areas and bear the same successional relationship to Douglas fir as they do to the climax forest at higher elevations. Ponderosa pine (*Pinus ponderosa* and closely related segregates) frequently play the same role, particularly in the lower part of the zone. In the northern Rockies western larch, *Larix occidentalis,* is an additional species found on burned areas in this zone.

In the Great Basin and vicinity, the Douglas fir zone may be represented almost exclusively by aspen, and in such cases aspen has all appearances of maintaining a climax status.[8] In the Hayden Division of the Medicine Bow National Forest, Wyoming, for example, extensive stands of this type may be found. The presence of all age classes of aspen up to old specimens four decimeters in diameter, together with the absence of all other trees except

[7] Robbins (128) enumerated the vegetational zones in northern Colorado as follows: alpine, spruce-fir, lodgepole pine, ponderosa pine-Douglas fir, chaparral and plains. Apparently, he accorded lodgepole pine the status of a zone only because of the prevalence of extensive burned areas in the upper part of the Douglas fir and the lower part of the spruce-fir zones, for Clements (30) had shown earlier that at higher altitudes in this same region, the lodgepole pine stands are all replaced in natural succession by spruce-fir forests, and at lower altitudes by Douglas fir.

[8] This region appears to be the center of optimum development of trembling aspen in North America. Specimens a meter in diameter are on record (2).

Rvsd Plan - 00005582
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

a few white firs, indicates a relatively stable condition. It is quite possible that this circumstance has been brought about by holocausts which eliminated all Douglas fir from so large an area that the centripetal migration necessary to restock the entire area with the climax tree will require many centuries for completion (50). The extensive stands of lodgepole pine in the northern Rockies may have the same explanation.

## The ponderosa pine zone

At its lower edge the Douglas fir belt is usually in contact with forest of ponderosa pine. The rounded crowns and open spacing of the older pine trees are conspicuous features which distinguish this forest from the next one above. In the southern Rockies, Pearson (109) states that the canopies of the trees usually cover no more than 25% of the ground. Usually toward the lower limit of the zone the vegetation is distinctly savanna-like. This relative thinness of shade coupled with the meagerness of brush and litter favor a well developed ground cover in which perennial grasses such as *Festuca, Agropyron, Poa* and *Muhlenbergia* dominate. Because of this, ponderosa pine forests provide excellent grazing as well as valuable timber (110).

Ponderosa pine, or one or more of its varieties, is the character-istic tree in this zone. Only west of the continental divide and in the northern Rockies is this zone dominated by *Pinus ponderosa.* East of the divide in this same latitude, and southward throughout the remainder of the Rockies, *Pinus ponderosa* var. *scopulorum* is generally the most important tree in the forest. In the southern Rockies this variety is joined or replaced by *P. ponderosa* var. *ari-zonica, P. leiophylla* and *P. latifolia.* In the eastern foothills of the Sierras still another closely related form, *P. ponderosa* var. *jeffreyi,* is characteristic of the zone. Although there is a tendency among taxonomists to elevate each of the above varieties to the rank of species, the variety status is most desirable here, since it empha-sizes the homogeneity of this group of trees, all of which are so similar in appearance and ecology. In most of these pines the younger trees have a dark gray bark and in this stage are often referred to as "blackjack" or "bull pines." Old trees are locally called "yellow pines" in allusion to the bright yellow color of the thick bark plates.

Rvsd Plan - 00005583
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

For several months during the summer the forest floor[9] in this zone is dry enough to burn readily, and slow-spreading surface fires, which do little more than consume grass and tree litter and destroy small seedlings, are common (32). Old trees are quite fire-resistant, as is indicated by traces of charcoal usually to be found between the bark plates on their lower trunks. Each of the distinct age groups of saplings encountered in a typical stand generally consti- tutes a record of a series of consecutive summers which passed without fire, during which a generation of seedlings had time to grow into fire-resistant saplings.

When the climax ponderosa pine stand is more severely dis- turbed, as with logging or overgrazing, there usually develops a fairly dense stand of brush (*Quercus, Ceanothus, Cercocarpus, etc.*). Toward the upper limits of the zone, lodgepole pine may be found on burned sites (102). Aspen thickets may occur along streams and in other mesic habitats in the ponderosa pine zone as well as at still lower elevations. On flood-plains and low terraces several species of cottonwood and box elder (*Acer negundo*) are abundant.

## Juniper-piñon zone

The lowest subdivision of coniferous vegetation is the juniper- piñon zone which in the aggregate covers approximately 76 million acres in the United States of America (27). In the central and southern Rockies various species of arborescent juniper (*Juniperus scopulorum, J. monosperma, J. utahensis, J. occidentalis, J. pachy- phloea, J. mexicana, etc.*) are mingled with piñons (*Pinus cem- broides* and its varieties *edulis* and *monophylla*). Locally in the southern Rockies the arborescent flora of this zone is enriched by the genus *Cupressus*.

From northern Mexico this type extends northward along the west slope of the Rockies as far as the Snake River in Idaho. Along the east flank it extends only as far north as Colorado Springs, Colo- rado, but for a small outpost near Ft. Collins, Colorado. North of these boundaries, from central Idaho and northwestern Wyoming

[9] A thick layer of duff, as is found in the climax forests at higher altitudes, is generally lacking here, although a heavy layer of needle litter is character- istic. The abundance of grasses in this zone promotes development of a defi- nite zone of humus soil several inches thick. In the higher forest zones, on the other hand, most organic matter is superficial as in typical podsol profiles. In at least certain sections of the Rockies much of the chernozem-like charac- ter of the soil profiles at low altitudes may have developed largely during the post-glacial xerothermic period if timberlines were higher then than at present.

Rvsd Plan - 00005584
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

to southern Alberta, there occurs a similar though poorly identified zone dominated by limber pine[10] and junipers.

Because of the low stature of the trees, commonly between 10 and 30 feet tall, this zone is frequently referred to as woodland. In most regions the wide spacing of the individuals gives the vegetation the character of a savanna.[11]    In the interstices between the trees there is a dense cover of grasses (*Bouteloua, Stipa, Agropyron, Poa, etc.*) and forbs, together with a few shrubs such as *Ceanothus, Cercocarpus, Purshia, Cowania, Artemisia* and *Opuntia*.

Two of the dominants in this zone, *Juniperus pachyphloea* (114) and *J. pinchoti* (117), sprout freely from the stump after the trees are burned or cut, but others show little or no tendency to regenerate in this manner.[12]    If any temporary woody vegetation intervenes between burning and reestablishment of this climax, it is dominated by shrubs drawn from the next lower zone (86, 174).    When the stands are overgrazed, either the junipers and pines increase in density, or a heavy stand of brush develops.    Aspen may occur at this elevation, but only as an edaphic or topographic climax on the most mesic sites.

### Oak-mountain mahogany zone

The ecotone between the needle-leaved forest and the non-forested formations of the adjacent plains and plateaus is often marked by a fringe of scrub which may be considered a distinct zone.    Ecologically this vegetation is more closely related to the needle-leaved formation, since it is distinctly too mesophytic to be classed with the desert and grassland formations of the basal plants.

This zone attains its maximum development in the southern Rockies where it has a vertical range of as much as 1,800 feet and is floristically most complex.    In the central Rockies it forms a relatively narrow and frequently interrupted belt (123), and farther northward it is scarcely represented.    An interesting feature which merits study is that in regions where this zone is well developed, the juniper-piñon zone is poorly represented, and *vice versa* (15).

[10] Undoubtedly the entire population of limber pine, extending as it does from the upper to the lower timberline and from Canada to Mexico, consists of a number of distinct ecologic races.

[11] A Mexican term for this vegetation is "sabaneta" (156).

[12] Such a method of reproduction has also been reported for *Quercus emoryi* of the oak-mountain mahogany zone, and *Pinus leiophylla* of the ponderosa pine zone (114, 117), and for aspen as described above.

Rvsd Plan - 00005585
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Their true zonal relations seem to be well demonstrated in the mountains between San Francisco Peak, Arizona, and the desert to the south, where the oak-mountain mahogany zone forms a broad belt between the juniper-piñon and desert regions.

This is the most heterogeneous of all the zones from the standpoint of the specific composition of the dominants.   The oaks (*Quercus gambellii, Q. gunnisoni, Q. undulata, Q. fendleri, Q. emoryi, etc.*) are limited entirely to the region south of a line drawn from Denver, Colorado, to Logan, Utah, although the mountain mahoganies (*Cercocarpus parviflorus, C. ledifolius, etc.*) extend farther north.   Other shrubby members of this zone which locally may replace oak or mountain mahogany are *Rhus trilobata, Purshia tridentata, Fallugia paradoxa, Amelanchier* spp. and *Symphoricarpos* spp.   In Arizona this zone is enriched by a considerable group of shrubs of Pacific Coast affinity, whose significance will be discussed later.   In valleys at the lower edge of the ponderosa pine zone in the Black Hills occur thicket-like stands of bur oak (*Quercus macrocarpa*) which possibly should be considered a part of the oak-mountain mahogany zone.   Because this association in the Black Hills region is dominated by species of distinctly eastern affinity (*Q. macrocarpa, Ostrya virginiana, Celtis occidentalis, C. crassifolia, Ulmus americana* and *Fraxinus campestris*), Rydberg (137) considered this zone the western representation of the extensive angiosperm forest region of the eastern United States. Again along the eastern edge of the foothills of the Cascades, for a short distance both north and south of the Columbia River, there occur thickets or low open forests of *Quercus garryana* at the ecotone between the coniferous forests and the adjacent prairie. These stands are the easternmost extensions of the *Quercus garryana* forests which characterize the over-drained gravelly plains lying at low elevations west of the Cascades.

The dominant shrubs of the oak-mountain mahogany zone include both deciduous and evergreen species, although the latter are confined chiefly to the southern Rockies.   Characteristically these plants form dense clumps which alternate with open areas of prairie or desert vegetation, but not infrequently they may be scattered individually as in a true savanna.   According to Nichol (104), the coverage of the  shrub synusia has increased as a result of overgrazing; Shantz (143) reported the opposite tendency in eastern Colorado.

Rvsd Plan - 00005586
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Since the oaks are the largest (occasionally to 35 feet tall) and most dominant members of this zone in the central and southern Rockies, the vegetation may be properly referred to as "chaparral," a word of Spanish origin applied to any scrub community dominated by oaks.    Shreve (151) has used the term "encinal" (from the Spanish "encina" meaning oak) for this zone in southern Arizona.

## Vegetation of the basal plains

The relatively level, non-forested plains and plateaus which surround the bases of the mountains are covered with various types of desert and grassland vegetation.    West of the Rockies, from British Columbia to northern Oregon, a prairie characterized by *Festuca idahoensis* and *Agropyron spicatum* usually borders the forest. Southward from central Oregon to northern Arizona the lowland vegetation is a semidesert dominated by sagebrush (*Artemisia tridentata*), tall perennial grasses of the bunch habit, and halophytes such as *Atriplex* spp., *Sarcobatus vermiculatus, Eurotia lanata* and *Grayia spinosa.*    From southern Arizona to western Texas and southward into Mexico the basal plains are occupied either by grassland characterized by *Sporobolus, Aristida, Bouteloua* and *Hilaria,* or by desert characterized by *Fouquieria, Larraea, Prosopis, Parkinsonia, Acacia, Agave* and cacti.    Northward along the east edge of the mountains the foothills abut upon a prairie region where the dominants include *Agropyron smithii, Koeleria cristata, Stipa comata, Stipa spartea* var. *curtiseta, Bouteloua, Buchloe* and *Carex eleocharis.*

### III. MOUNTAIN ENVIRONMENT

Accompanying the altitudinal stratification of plant life, is a stratification of environmental factors.    The fact that, to a certain point, rainfall increases up a mountain slope while temperature decreases, is too evident to escape the attention of even the non-scientific tourist.    Over a century ago Humboldt recognized this close correlation between the altitudinal zonation of vegetation and climatic factors, and surmised correctly that it is causal.

As a basis for making inquiry into the causal relationships of altitudinal zonation of plants in the Rocky Mountains it will be necessary first to consider briefly the chief factors of mountain environment.    Although certain general features of environment are common to all mountainous regions, the influence of latitude, con-

Rvsd Plan - 00005587
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

tinentality and prevailing winds bring about considerable individuality in the environmental conditions of any particular mountain system.    Therefore it is desirable to restrict the following discussion of mountain environment primarily to conditions as they are known to exist in the Rockies.

### Atmospheric pressure

The magnitude of variation in atmospheric pressure with altitude is shown in Table 1.    There are five noteworthy effects of atmospheric pressure upon plant growth, and these are strictly indirect: (a) Thinness of the atmospheric blanket at higher altitudes allows more intense insolation during the day.   (b) Radiation of heat from soil surfaces at night is relatively rapid at high altitudes, due to

TABLE 1

RELATIONSHIP OF BAROMETRIC
PRESSURE TO ALTITUDE (99)

| Mean Barometric Pressure in Inches | Altitude Above Sea Level in Feet |
|---|---|
| 30 | 0 |
| 29 | 910 |
| 28 | 1,950 |
| 27 | 2,820 |
| 26 | 3,800 |
| 25 | 4,800 |
| 24 | 5,900 |
| 23 | 7,000 |
| 22 | 8,200 |
| 21 | 9,300 |
| 20 | 10,600 |
| 18 | 13,200 |
| 16 | 16,000 |
| 15 | 19,000 |

TABLE 2

DECREASE IN MEAN MONTHLY TEMPERATURE PER 1,000 FEET OF ELEVATION IN COLORADO (128)

| Month | Decrease | Month | Decrease |
|---|---|---|---|
| Jan. | 1.0° F | July | 2.8 |
| Feb. | 2.5 | Aug. | 2.9 |
| Mar. | 3.4 | Sept. | 2.8 |
| Apr. | 3.4 | Oct. | 2.3 |
| May | 3.5 | Nov. | 2.8 |
| June | 3.5 | Dec. | 1.8 |

rarefied atmosphere.   (c) At reduced pressure the evaporative power of the air is increased.   Raber (119) states that the rate of evaporation from an atmometer at an elevation of 6,000 meters is about 2.5 times greater than at sea level.   (d) The lower the atmospheric pressure, the lower the partial pressure of oxygen, which condition aggravates the inherent tendency toward suboptimal oxygen concentrations in the soil at high altitudes.   The significance of this factor has been demonstrated by Dutt and Guha-Thakurta (47) who obtained distinct reductions or cessation in growth, de-

Rvsd Plan - 00005588
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

pending upon the species, by growing plants at pressures approximately equivalent to elevations of 13,000 to 20,000 feet. However, they found that when the partial pressure of oxygen is maintained equal to that of the normal atmosphere at low altitudes, variations in pressure have no effect upon the plant. (e) The lower the atmospheric pressure the lower the partial pressure of carbon dioxide, which even at low altitudes is generally a limiting factor in photosynthesis.

## Insolation

A considerable portion of the sun's radiation is absorbed by the water vapor, carbon dioxide and dust of the atmosphere through which it must penetrate before impinging upon the earth's surface. The summits of mountains extend far upward into this gaseous blanket and consequently receive more intense insolation than the basal plains because there remains much less of the energy-absorbing atmosphere above them. The average maximal light intensity which penetrates to sea level is about 10,000 foot candles. With increasing elevation this value regularly increases so that the most intense light which reaches the earth's surface is at the summits of high mountains where the maximal intensity is about 12,000 foot candles (148). The heating properties of insolation as well as the proportion of ultraviolet rays are also relatively greater at high altitudes.

A factor which compensates at least in part for the intense potential insolation at high elevations is the clouds which tend to hover over mountain masses while the skies over adjacent basal plains remain unobstructed. However, the full intensity of insolation is attained rather frequently at high elevations in the Rocky Mountains because of the general aridity of the region, so that the plants growing there must be attuned to withstand occasional days of maximal intensity interspersed among cold, cloudy periods.

## Temperature

Because the temperature of the air normally lowers with increasing elevation above the earth's surface, mountain slopes rise diagonally across progressively cooler strata of air. The resultant altitudinal temperature gradient on mountain slopes in the Rockies averages about 3° F per 1,000 feet. Robbins (128) showed that this temperature gradient is not as steep at high altitudes as at low, and that it is greatest in early summer when the upper slopes are

Rvsd Plan - 00005589
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

still covered with snow (Table 2). Data presented by Price and Evans (118) more recently corroborate Robbins' conclusions. This gradient is also affected by direction of exposure, being steepest on the south sides of mountains in the northern hemisphere, but it is not affected by latitude (59).

In consequence of the temperature gradient, the data of the last killing frost is progressively later with rise in elevation. For each increase of 1,000 feet in altitude the data of the last killing frost in spring is about two weeks later in Arizona (151) and in New Mexico (87). Very similar conditions obtain in the Wasatch Mountains in Utah, for the growing season there is reported to begin 10–14 days later for each increase of 1,000 feet in altitude (34).

Autumnal frosts, on the other hand, begin earlier at high elevations, and, therefore, because it is shortened at both ends, the length

TABLE 3

FROST-FREE PERIOD IN VEGETATIONAL ZONES AT VARIOUS LATITUDES

| Region Source of Data | Ariz. & N. Mex. (109) | Utah (118) | Northern Rockies[14] |
|---|---|---|---|
| Upper timberline ...... | 101–113 days | ... | ...... |
| Spruce-fir zone ....... | 110–118 | 80 | ...... |
| Douglas fir zone ...... | 122–139 | 87 | 89–150 |
| Ponderosa pine zone .. | 104–122 | 120[13] | 71–181 |
| Juniper-piñon zone .... | 139–185 | 90 | 150 |

of the frost-free period of summer decreases up a slope. This rate of decrease is so irregular and there is so much variation within the same zone at different latitudes in the Rockies (Table 3) that little direct significance can be attached to this aspect of temperature.

Corresponding with the increasing length of winter at high altitudes, Bates (12) found that in the Pike's Peak region the soil at a depth of one foot remains continuously frozen for 37 days in the ponderosa pine forest, and as long as 195 days at upper timberline.

Unseasonal frosts are common in the Rocky Mountains. In the alpine zone frosts may occur any week in summer (38, 128, 146). Larsen (84) has stated that "none of the coniferous types in Mon-

[13] Although referred to as "oak brush" zone in Utah, a photograph of the station shows a number of ponderosa pines, and its elevation is given as over 2,000 feet higher than the "piñon-juniper" station. Hence the station has been considered as the equivalent of the ponderosa pine zone in this Table.
[14] Previously unpublished data.

Rvsd Plan - 00005590
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

tana or Idaho are free from killing frosts at any time during the growing season." Judging from the detrimental effects of unseasonal frosts on certain deciduous trees which have been introduced into the Rocky Mountain region, this factor alone is sufficient to exclude many species from the natural flora.

The tendency for dense masses of cold air to drain down the valleys at night and slide under less dense layer of warm air results in temperature inversion, *i.e.,* inversion of the normal vertical gradient of atmospheric temperature. This phenomenon is very pronounced in the Rocky Mountains, and its influence can be recognized in almost any series of temperature data.

During four seasons of study in the mountains of northern Idaho, Hayes (63) recorded inversions on 89–99% of the nights between May 1 and September 30, inversions which attained an average magnitude of 18° F during the month of August.

In Table 3 it may be seen that in Arizona, at least, the ponderosa pine zone which lies *below* the Douglas fir zone has a *shorter* frost-free season, a fact which may be attributed solely to strong nocturnal drainage of cold air onto flats occupied by ponderosa pine, for during the day the temperature gradient between these two zones conforms with the expected gradient (109). This phenomenon of one zone having a shorter frost-free period than the zone immediately above it appears also in data assembled by Price and Evans (Table 3) and by Graham (56). Thus, in general, the decrease in temperature with increasing altitude is more pronounced in maximal figures than in mean or minimal figures, due to cold air drainage.

Shreve's studies have shown that minimal daily temperatures at any point in a ravine are equalled on the ridges only at 2,350 feet higher. Thus, isotherms zigzag across contour lines at every ravine and ridge, deviating a thousand feet or more in each case. The writer has observed the effects of this phenomenon on the phenology of herbaceous plants in forested ravines along the western edge of the Bitterroots. Each species of plant which enjoys wide distribution over the slopes of a ravine comes into flower earliest near the ridgetop and latest along the creekbed.

Under conditions of inversion, the vertical rise in temperature does not continue indefinitely, but when a certain level[15] is attained the temperature gradient reverses and begins to decline in ac-

[15] Sometimes as much as 300 meters above the valley floor (59).

Rvsd Plan - 00005591
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

cordance with the normal gradient. The upper layers of air in the inverted zone therefore constitute a warm horizon (the "thermal belt"), suspended between bodies of cold air above and below. In the Priest River Valley in northern Idaho, Hayes (63) found the thermal belt to lie between 700 and 1,700 feet above the valley floor.

Close attention to the elevation of this thermal belt is amply justified in locating orchards and vineyards in mountainous topography, for the latest frosts in spring and the earliest frosts in autumn occur on the valley floors below. For example, Gordon (55) found the frost-free season to be fully a month longer in the thermal belt than on the valley floor in the Salt River Valley of Arizona. In addition, an understanding of the thermal belt appears useful in suppression of forest fires, for at night the rate of spread of fire is greatest in the thermal belt, and consequently efforts should be concentrated there (63).

As mentioned previously, heating of the earth's surface due to solar radiation is stronger at higher elevations. During the day so much heat energy is received and absorbed by the soil in alpine regions that despite the relatively low air temperatures, the maximal soil surface temperatures there approximate those on the basal plains, but after sundown the thinness of the air at high altitudes allows the soils to lose heat by radiation more rapidly and to a greater degree. In consequence, soil surface temperatures at high elevations are characterized by a relatively wide diurnal range.

On the other hand, the maximal daily air temperatures are notably less than those at low altitudes, although the nightly minima are only slightly so (118, 146, 154). The cooler diurnal temperatures may be due to the relative inability of the air at high altitudes to absorb heat from sunlight, or possibly due to the more thorough mixing of air masses under the influence of higher winds. As a result of these conditions there is a greater diurnal range in air temperature at the lower altitudes (37, 66).

The difference between the soil temperatures in the sun and shade are much greater at higher elevations. Almost all of the heat in shaded soils is derived from the atmosphere. Since the thin atmosphere of high altitudes is always cool, the soil temperatures in the shade are very low, whereas at low elevations shaded soils obtain considerably more heat from the warm atmosphere.

The decrease in average soil temperature with elevation is not as rapid as the decrease in average air temperature. Since the mean

Rvsd Plan - 00005592
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

soil temperatures are higher than mean air temperatures, the differences between soil and air temperatures is distinctly greater at higher altitudes (95).

General temperature conditions are somewhat different on the east and west slopes of most ranges in the Rockies. Along the Pacific coast of central North America the climate is characterized by dry summers and wet winters, with mitigated temperature extremes. The prevailing westward winds in this latitude tend to drag these coastal climatic characteristics inland, especially along two major storm tracks (Fig. 1), but with the crossing of each mountain range a considerable portion of this coastal influence is lost. This is particularly true at the crest of the Coast Ranges, and again at the divide of the Cascades and Sierras. East of the divide of the Rockies the influence of the ocean is entirely unrecognizable, but on the west slope winter temperatures are generally less severe as a result of the oceanic influence.

### Precipitation

Uplift and cooling of winds as they cross a mountain mass results in relatively heavy precipitation, the amount of which is roughly proportional to the height to which the air mass is forced. Even though the westerlies lose most of their moisture in crossing the Sierras and Cascades and in consequence are low in relative humidity, there is sufficient cooling as they cross the Rockies that precipitation is substantially increased even at the edge of the foothills.

Correlation between altitude and precipitation in the Rockies may be as irregular as is correlation of altitude with temperature. Some precipitation data (62) from two regions west of the continental divide in Colorado show how much variation can exist in the rate of increase with elevation in a restricted area (Table 4). Differences in the amount of precipitation falling at the same altitude may be attributed to a number of causes, the chief among which are shape of the valleys, direction of exposure of the slope, angle of the slope, location with respect to adjacent mountain masses, orientation with respect to storm paths, distance from the ocean, and the total size of the mountain range (161).

Pearson has assembled precipitation data for the principal vegetational zones in Arizona and New Mexico (Table 5), and these show closer relationships than do precipitation-altitude correlations.

Rvsd Plan - 00005593
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB  Document 24-18  Filed 06/21/22  USDC Colorado  Pa

Stations with similar moisture conditions might be expected to have similar vegetation regardless of altitude because of the strong dependence of vegetation upon moisture in this region of moderately low rainfall and dry air.

On the higher mountain ranges, increase in precipitation with elevation attains a maximum on the intermediate slopes, and above this point there is a gradual decline in the precipitation-altitude curve (Table 6). Shreve (151) found that stations located above

TABLE 4

MEAN ANNUAL PRECIPITATION AT
DIFFERENT ELEVATIONS IN
COLORADO (62)

| Region and Period | Elev. in Feet | Ppt. in Inches |
|---|---|---|
| | 4,729 | 9.58 |
| | 5,025 | 7.73 |
| | 5,310 | 11.04 |
| | 5,694 | 17.69 |
| | 5,823 | 17.17 |
| Between Glenwood Springs and Palisade, 1922–1926 | 6,000 | 16.45 |
| | 6,110 | 14.92 |
| | 6,175 | 11.83 |
| | 6,500 | 15.37 |
| | 6,600 | 7.99 |
| | 6,925 | 22.82 |
| | 7,670 | 9.77 |
| | 7,884 | 16.81 |
| | 8,153 | 16.87 |
| | 8,608 | 23.41 |
| Headwaters of Fraser River, 1909–1916 | 8,671 | 19.10 |
| | 8,800 | 15.70 |
| | 8,800 | 17.38 |
| | 9,600 | 30.70 |
| | 11,660 | 47.80 |

TABLE 5

MEAN ANNUAL PRECIPITATION IN VARIOUS VEGETATIONAL ZONES IN ARIZONA AND NEW MEXICO (109)

| Zone | Inches of Precipitation |
|---|---|
| Spruce-fir ....... | 34.24 |
| Douglas fir ....... | 26.36 |
| Ponderosa pine ... | 21.35 |
| Juniper-piñon .... | 16.53 |
| Grassland ........ | 10.60 |

7,600 feet in the Santa Catalina Mountains of Arizona receive less precipitation than at that elevation. Sampson (141), whose work has recently been corroborated by Price and Evans (118), found that the maximum precipitation in the Wasatch Mountains of Utah occurs in the Douglas fir zone, which receives about one and a half inches more rain per year than the spruce-fir zone. Whitfield's (170) precipitation records of May–September, 1929–1930, indicate that the elevation of 12,150 feet in the alpine zone of Pike's Peak receives nearly three more inches of rain during the summer than an elevation of 14,109 feet on the same mountain.

Rvsd Plan - 00005594

This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Shreve (151) suggested that this reduction in precipitation at high elevations may possibly be attributed to differences in the type of storms at different elevations.   Also, it is evident that before a current of air rises very far up a slope it has lost most of its moisture by condensation and precipitation and therefore becomes absolutely incapable of giving up great quantities of water, even though

TABLE 6

A Precipitation Transect 350 Miles Long Extending from West to East Across the Rockies in Colorado in the Latitude of Approximately 39° 15'. This Transect Illustrates Several Important Characteristics of Precipitation in the Rocky Mountain Region. The Steeper Portion of the East Slope (Totals for Stations 8–10) is Relatively Drier Than the Corresponding Part of the West Slope (Totals for Stations 4–6), and Also Drier Than Stations on the Basal Plain at Still Lower Elevation but Located Beyond the Range of the Rain-shadow Effect (Totals for Stations 11–12). The Zone of Maximum Precipitation on the West Slope at This Latitude is Approximately 8,000 Feet (Total for Station 5), at Which Altitude Precipitation is Nearly Twice That Which Falls 2,000 Feet Higher (Total for Station 7). Summer Precipitation is Relatively Much Greater Than Winter on the East Slope at All Stations, Whereas West of the Divide Summer and Winter Precipitation Are Nearly Equal

| Weather Station | Alt. in Feet | Mean Ppt. Dec.–Feb. | Mean Ppt. June–Aug. | Mean Annual Ppt. |
|---|---|---|---|---|
| 1. Fruita ............... | 4,590 | 2.47 | 2.28 | 10.49 |
| 2. Palisade .............. | 4,729 | 1.70 | 2.75 | 10.90 |
| 3. Collbran ............. | 6,000 | 3.51 | 3.61 | 16.08 |
| 4. Columbine Ranch ..... | 6,925 | 6.61 | 6.00 | 25.03 |
| 5. Marble ............... | 7,951 | 7.82 | 6.46 | 28.32 |
| 6. Aspen ................ | 9,483 | 4.70 | 3.90 | 18.19 |
| 7. Alma ................. | 10,228 | 2.21 | 6.16 | 14.98 |
| 8. Como ................. | 9,785 | 1.96 | 7.05 | 15.61 |
| 9. Cheeseman ........... | 6,890 | 1.41 | 7.23 | 16.37 |
| 10. Thon ................ | 6,500 | 0.84 | 6.28 | 15.85 |
| 11. Flagler ............... | 5,243 | 1.26 | 8.28 | 17.60 |
| 12. Burlington ........... | 4,160 | 1.25 | 8.32 | 17.59 |

the temperature is reduced still further and the frequency of precipitation is increased.   Still another factor which must be considered is that the higher the elevation, the more opportunities exist for air currents to cross a mountain range by passing between the higher prominences without rising over them.   Relatively low mountain ranges in the Rockies do not attain sufficient elevation for precipitation to drop off at their summits.

Differences in the amount and seasonal distribution of precipitation on the east and west slopes of the Rockies are of sufficient mag-

Rvsd Plan - 00005595
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

nitude to be very important.   This is due to the fact that the Rockies
lie directly across the path of the westerlies which lose much of their
moisture as they rise up the west slope.   As these winds descend
the east slope they become warmer and consequently suffer a drop
in relative humidity, with the result that the east slope lies in a
"rain shadow" (Table 6).   Although the precipitation is much
reduced on the east slope, the normal gradient is preserved chiefly
by virtue of the carry-over of condensation which is initiated on the
windward slope.

East of the divide the summer and winter precipitation are nearly
equal or the former is the heaviest, but west of the divide winter
precipitation predominates (Table 6), especially at high altitudes
(56, 118).   Closely related to the dryness of the winters east of the
divide is the fact that the ground there is covered with snow for
shorter intervals than westward.   Snow cover is rendered even less
continuous east of the divide by the warm dry winds (chinook, or
foehn winds) which descend down the east slope with frequent
regularity during the winter, quickly evaporating the snow as they
advance (20, 74, 127).

Robbins (128) showed that variations in precipitation from year
to year are of greater magnitude on the east than on the west slope
in Colorado.

A number of differences exist between the floras on sides of the
continental divide, and these must at least in part be attributed to
differences in climate, although the relative importance of the tem-
perature and moisture differences are unknown.   *Pinus cembroides*
var. *monophylla,* for example, is limited to the west slope, although
the closely related var. *edulis* is not.   *Juniperus utahensis* is likewise
found only on the west slope while *J. scopulorum* occurs on both.
A great majority of the species listed as being limited to the north-
ern or southern Rockies on page 329 occur only west of the Rocky
Mountain divide.   Another distributional fact of possible signifi-
cance is that *J. monosperma, Quercus gambellii* and *Q. utahensis*
extend farthest northward west of the continental divide.   The
greatest differences in vegetation on the east and west slopes are on
the basal plains, as described previously.

### *Relative humidity*

Very little study has been made of this environmental factor in
the Rocky Mountains.   Robbins (128) stated that there is no con-

Rvsd Plan - 00005596
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

stant and regular relationship between humidity and altitude. Whitfield (170) concluded that during the day in summer, the relative humidity is highest in the alpine zone in Colorado and lowest in the prairie, and that at night this gradient is reversed. He remarks further that the diurnal range is greater at higher elevations, a statement which is also borne out by observations in Arizona (109).

Hann (59) states that on high mountains winter is the driest season from the standpoint of relative humidity, while the reverse is true on the basal plains.

### Wind velocity

Those investigators who have measured wind movement over wide altitudinal range in the Rockies (11, 66, 170) have concluded that velocities are lowest on the midslopes, and increase in both directions toward the plains and toward the high summits.

In southern Colorado Bates (11), who has presented the most complete set of data, found that altitudinal differences in wind are relatively small during the summer months, but during the winter the gradient at high altitudes increases sharply in the vicinity of upper timberline. For the coldest part of winter he found the total miles of wind on a deforested site within the spruce zone to average 5,000–6,000 miles per month, as compared to 10,000–15,000 miles at upper timberline. Records made half a century ago show that on the summit of Pike's Peak, several thousand feet above timberline, January has a mean total of about 18,600 miles of wind.

Although as a rule wind is an important ecologic factor only at high altitudes, locally the increase in velocity toward the basal plains may render the factor of considerable importance at low elevations as well. For example, along the foothills on the east slope of the Rockies in northern Montana the trees are obviously wind-deformed and occur in groves which bear close relationship to such topographic irregularities as afford some measure of protection against strong winds.

### Evaporation

The evaporative power of the air is controlled by temperature, relative humidity, wind velocity and atmospheric pressure. If temperature alone governed the altitudinal gradient of evaporation, it would decrease with increasing altitude. The gradients of wind

Rvsd Plan - 00005597
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

TABLE 7

RELATIVE EVAPORATION IN DIFFERENT VEGETATION ZONES IN THE ROCKY
MOUNTAINS. ONLY DATA FROM ATMOMERES LOCATED IN THE OPEN AND
OPERATED FOR SEVERAL WEEKS ARE USED. THE STATION ON EACH
SLOPE HAVING THE LOWEST RATE OF EVAPORATION IS
TAKEN AS UNITY, TO WHICH ALL OTHERS
ON THAT SLOPE ARE COMPARED

| State Source | Utah (141) | Colorado (169) | | Colorado (66) | Wyoming Daubenmire[19] |
|---|---|---|---|---|---|
| Alpine zone .... | ... | 1.33[16] | 1.00[17] | 1.00[18] | 1.66 |
| Spruce-fir zone.. | 1.53 | ... | ... | 1.49 | 1.00 |
| Douglas fir zone | 1.00 | 1.00 | 1.04 | ... | ... |
| Ponderosa pine zone ......... | ... | ... | ... | 2.13 | ... |
| Oak-mountain mahogany zone | 1.42 | ... | ... | ... | ... |
| Grassland zone.. | ... | 2.47 | 1.52 | ... | 2.30 |

velocity and atmospheric pressure, on the other hand, exert differ-
ent effects.

A study of the available figures on atmometric evaporation
(Table 7) together with a consideration of Pearson's (109) data
from the open pan type of instrument, reveals that evaporation is
characteristically low in the forest belt, attaining a minimum in
either the spruce-fir or Douglas fir zone. From this elevation the

TABLE 8

PRECIPITATION/EVAPORATION RATIO
FOR JUNE THROUGH SEPTEM-
BER IN ARIZONA (109)

| Zone | P/E ratio |
|---|---|
| Upper timberline .... | 0.81 |
| Spruce-fir ......... | 1.39 |
| Ponderosa pine ..... | 0.55 |
| Grassland ......... | 0.15 |

TABLE 9

PHYSIOLOGIC TEMPERATURE EFFI-
CIENCY FOR VEGETATIONAL ZONES
IN NORTHERN ARIZONA, MAY
TO SEPTEMBER, INCLUSIVE,
1918 (109)

| Zone | Index |
|---|---|
| Upper timberline .... | 630 |
| Spruce-fir ......... | 994 |
| Douglas fir ......... | 2,008 |
| Ponderosa pine ..... | 3,822 |
| Juniper-piñon ....... | 8,412 |

[16] Summer of 1929.
[17] Summer of 1930.
[18] Wind velocity in 1935, when this comparative series of evaporation fig-
ures was obtained, was only 68% of the velocity during the preceding summer.
Also, precipitation was heaviest at this station in 1935. The relatively low
figure for evaporation rate in the alpine zone therefore cannot be depended
upon as representative of average conditions.
[19] Previously unpublished data.

Rvsd Plan - 00005598
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

evaporative power of the air increases both up and down the slope. Shaw (29) also found the evaporative rate to be lowest at intermediate elevations in the Selkirks.

The precipitation/evaporation ratio bears the opposite relation to altitude, as is shown by data obtained for the summer season in northern Arizona (Table 8).

## Soils

Considering only the broader aspects of this factor, it appears that as a result of climatic or vegetational influences, there are several soil characteristics which vary consistently with altitude. The total organic content (76) and nitrogen content (65) of the soil increase with elevation, phenomena which are usually correlated with an approach toward cool, moist climates.

In the grassland zone in Arizona, the soil reaction at a depth of six inches is alkaline, pH 8.2. With increasing elevation the pH drops progressively until the same horizon at timberline has a•pH of 6.5 (109). A nearly identical gradient was found by Graham (56) in the Uintah Mountains of Utah.

Pearson (109) stated that soils tend to be deepest at intermediate elevations in Arizona, particularly in the ponderosa pine zone. At higher elevations, he explains, weathering is hampered by low temperatures with a result that the chief agent of weathering there is temperature change. Thin coarse soils are characteristically the product of the mechanical type of rock disintegration. Also at elevations below the ponderosa pine zone, soils tend to be coarse and thin because drouth restricts the chemical processes of weathering. At intermediate altitudes both chemical and mechanical processes of disintegration operate together and here soils are consequently deepest. Applicability of these statements to other portions of the Rocky Mountains has not yet been shown.

## Topography

Perhaps the most complex factor in mountain environment is topography, which influences plant distribution indirectly through its control of the primary factors mentioned above. As discussed previously, topography disrupts the normal temperature gradient on a slope through its influence upon cold air drainage. All other factors being equal, west-facing slopes are hotter in summer than

Rvsd Plan - 00005599
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

east-facing slopes, because the sun sets on an east slope shortly after the time of maximal air temperature, whereas the west slope is subjected to several hours of insolation during the hottest part of the day. Due to the low angle of the sun in winter a similar temperature difference is found between north-facing and south-facing slopes. Alter (1) stated that, other factors being equal, a surface sloping only 1° to the north has approximately the same temperature relations as a level surface 70 miles further north, and a 5° slope would find its equivalent solar climate 350 miles further north. North-facing slopes have a shorter season of growth and exposure to desiccation as well as a much greater supply of water when the dry summer season begins, although (63) the magnitude of these environmental differences decreases with increasing elevation. The degree of topographic irregularity also has a marked influence upon the amount and uniformity of distribution of rainfall, and upon wind velocities.

Humboldt was first to call attention to the fact that the temperature on a plateau is generally higher than that which prevails at the same elevation on peaks which rise from the lowlands at the same latitude (90). Hann (59) states that the average temperature at the earth's surface decreases upward at the approximate rates of 1° C per 180 m on mountains, per 200 m on hills, and per 250 m on plateaus. Furthermore, the vertical decrease in temperature in the northern hemisphere is more rapid on southern than on northern sides of mountains.

Vegetational phenomena which may possibly be related to some of the above temperature and moisture phenomena have been observed in the southern Rockies. Shreve (153) has shown that the higher the basal plain from which a mountain rises, the higher the actual elevation of a particular vegetation zone. His data show that this may amount to a variation as great as 1,800 feet in the elevation of lower timberline on different mountain ranges in the same latitude. Zon (174) states that in southern New Mexico ponderosa pine descends to exceptionally low elevations, a phenomenon which is correlated with a very low basal plain.

Shreve (153) has observed that in the southern Rockies the greater the height to which a mountain extends, the lower its vegetation zones. This phenomenon is particularly significant when related to the recent findings of Turnage and Mallery (161).

Rvsd Plan - 00005600
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

These workers state that "rain is increased by the location of a station on the slopes of a high mountain, in a deep and narrow canyon, or immediately to the leeward of higher land." On the other hand, precipitation is decreased by "the location of a station on the slopes of a low mountain, or by its location on an abrupt peak." Turnage and Mallery's results are not in very good agreement with those of Pearson (109), who found that in Arizona and New Mexico both temperature and precipitation are higher in a vegetational zone where it occurs on a small isolated mountain than on a large mountain mass. These conclusions are based on climatological data as well as on measurements which show that tree growth is more rapid on the smaller mountains. Possibly the disagreement rests on the fact that the small mountains with which Pearson was concerned rise from a much higher basal plain than those to the south which were studied by Turnage and Mallery.

From the above it is apparent that the topographic factor is at once complex and important, and that our understanding of this factor is very incomplete. At present we may be certain of but little more than the fact that topography accounts for most of the deviations from the ideal altitudinal gradient in climate, and from the ideal sequence of vegetational zones which in turn depend upon climate.

### IV. ETIOLOGY

In view of the significant degree of altitudinal variation in many environmental factors, among which are included those generally conceded to be most critical for plant growth, it is not surprising that extremely few species are known to be capable of growing naturally throughout a very wide altitudinal range. A few species, such as *Poa crocata* (136), *Paronychia diffusa, Potentilla quinquefolia, Cystopteris fragilis* (138), *Koeleria cristata* and *Populus tremuloides,* run the gamit of zones from the alpine zone to the basal plains, but by far the majority of vascular plants are restricted to low, intermediate or high elevations, depending upon their physiological requirements and ranges of adaptability.

The task of correlating environmental data with known facts of altitudinal distribution is very difficult. As yet there is a lack of sufficient research in the nature of controlled experimentation to warrant much drawing of conclusions from measurements of environmental factors. Furthermore, it is well known that the various

Rvsd Plan - 00005601
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

factors of mountain environment, which were treated individually in the preceding section of this paper, do not operate separately upon plants. Variations in one factor alter the optimal and limiting intensities of the others. Yet in spite of this interdependence of factors it is quite evident in certain instances that a single factor out of the environmental complex attains an intensity so critical for plant growth that it may be considered *the* limiting factor.

Fundamentally, the etiology of plant zonation involves a consideration of the factors which determine the upper altitudinal limits on the one hand, and the lower limits on the other. Since the climax dominants are the controlling species and are therefore of most ecologic importance, and since they have been investigated most thoroughly because of their economic importance, these will receive the major emphasis in the following discussion. It may be supposed without too great exercise of the imagination that there are relatively few types of causes for distributional limits on mountain slopes, and that these operate with nearly equal efficiency upon subordinates as upon dominants.

## Upper altitudinal limits

Evidence from various sources seems to indicate that the upper altitudinal limits of vegetation types in the Rocky Mountains are controlled, or at least greatly influenced, by one or more of the following factors: low temperature, competition and other biologic influences, wind, snow and soil.

*Low temperature.* In explaining the upper altitudinal limits of species distribution, considerable significance has been attached to the relative physiologic inefficiency of low temperatures during the growing season. Pearson has shown that the curve of physiologic efficiency of temperature decreases at a very rapid rate with increasing altitude (Table 9).

Long ago Merriam expressed a firm belief that the upper altitudinal limits of all plants and animals are set entirely by temperatures too low to meet the heat requirements of the various species, although he offered neither experimental nor circumstantial evidence in support of this hypothesis (39, 77, 147). Somewhat later, in connection with the altitudinal distribution of fungi, Weir (168) also championed the importance of low summer temperatures. He observed that the mycelia of certain species grow very well at high

Rvsd Plan - 00005602
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

altitudes where the individuals are quite rare, and this was taken to indicate that the upper altitudinal limits of these fungi may be determined solely by temperatures too low to permit the germination of their spores. Bates (10, 11) concluded that insufficient quantities of heat determine the upper limits of Douglas fir and ponderosa pine, not only because at their uppermost limits these species[20] are confined to the warmest parts of the topography, *i.e.,* ridgetops and the upper portions of south-facing slopes, but because he found soil temperature to be the factor which differed most consistently among the various forest zones in Colorado. Another phenomenon which may be taken as support for this temperature theory is that the climax communities below the spruce-fir zone frequently invade the next higher zone in the role of a temporary association following the destruction of the vegetation by fire or logging (11, 83, 103). As a consequence of deforestation the average daily temperature of the habitat may be increased sufficiently to permit establishment of species characteristic of lower and warmer altitudinal zones. Later, failure of invading species to regenerate, resulting in their replacement by the original association, may be explained as results of redevelopment of shade sufficiently dense to restore temperatures to their former low levels.

Experimental evidence of the importance of low soil temperatures was provided by Cannon (22) who demonstrated that the optimal soil temperature for plant growth varies greatly among species. Also some very significant observations have been made by Pearson (109) who transplanted seedlings of Douglas fir, ponderosa pine, piñon and juniper beyond the upper limits of their natural ranges, and found that all such transplants eventually succumbed. The appearance of the seedlings and the time at which they died strongly suggested that their natural upward limits are determined by their varying heat requirements during the growing season.

It is undoubtedly true that plants of high altitudes have the greatest resistance to late frosts. Some observations by the writer illustrate this point. On the night of June 17, in the spruce-fir zone of Wyoming, the temperature fell below freezing for six consecutive hours, dropping as low as 23° F. By that date most herbs and shrubs in the vicinity were either in flower or in vigorous stages of vegetative growth, but the only effect of this heavy frost was to

[20] Also true of piñon, juniper, oak, *etc.*

Rvsd Plan - 00005603
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

cause a temporary wilting of leaves and flowers, a condition which in all cases disappeared completely in less than two days. These high-altitude plants are not only frost-resistant, but appear to have especially low cardinal temperatures for various functions. Pheno-logic observations (109) indicate that the cardinal temperatures for germination, root growth and shoot growth vary among conifers, and that these are relatively low for species of high elevations. The lowest threshold temperature for photosynthesis reported for vascu-lar plants, $-16°$ C, has been found in an alpine species (Henrici, as quoted by Miller, 1938, p. 594). All such adaptations lend further support to the belief that the decreasing physiologic efficiency of temperature up a mountain slope is a factor of the greatest impor-tance in setting the upper altitudinal limits of plant species.

All the researches summarized above emphasize the importance of temperature gradient on mountain slopes during the growing sea-son. In the case of species characteristic of low altitudes it is quite possible that the coldest part of the winter season may likewise be critical. Shreve (149) found that the upper limits of distribution in a desert cactus (*Cereus giganteus*) appear to be determined by its inability to withstand more than 18 consecutive hours of freezing temperature. This suggests that possibly other species have a lim-ited tolerance of protracted cold weather, although no study of this factor has been made with respect to truly montane species.

*Competition and other biologic influences.* The climax domi-nants at low elevations are very intolerant of shade. Progressing up the slope each zone in turn (except the alpine) is characterized by dominants of increasing ability to endure shade (19, 109).

In connection with heat requirements reference was made to the fact that at their upper limits, the major climax communities are fairly well restricted to warm, dry sites, but will readily invade adja-cent cool, mesic sites in the role of temporary associations whenever competition from the species of higher altitudinal range which nor-mally grow there is eliminated. This phenomenon may also be interpreted as an indication of the importance of competition rather than of temperature. If this second interpretation of the facts is correct, the upper limits of distribution are generally set by the rela-tive inefficiency on the part of plants in the lower zones to compete in territory where the high altitude species find conditions suitable for growth (171). This biotic factor can apply to only the upper

Rvsd Plan - 00005604
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

edge of the *association*, however, for Pearson's transplant experiments showed that the upper limits of the scattered *individuals* of a species, which are higher than the limits of the association, are set by low temperature.

An entirely different biotic factor controlling the upper altitudinal limits of species was described by MacDougal (91) who found that transplanting species of *Opuntia* from the desert to the oak zone in Arizona was highly successful only when the cacti were protected by rodent-proof screens.    He concluded that rodents which inhabit the oak zone "act as barriers to the upward extension of certain Opuntias by devouring the plants."

*Wind.*    At the upper timberline Engelmann spruce, subalpine fir and the other tree species which occur at this elevation are all strikingly dwarfed.    The nature of this deformity as well as the distribution of the individual trees within the ecotone show very clearly that wind is the primary factor preventing forests from extending farther up the mountain slopes.

At timberline the pines develop only the deliquescent type of branching and are often very much misshapen.    Limber pine is capable of the most extreme distortion; under the influence of strong winds from a constant direction it may grow completely prostrate upon the ground.    Although lodgepole pine commonly does not attain upper timberline, when it occurs there it may respond to the severity of the environment by becoming essentially dioecious (78).

Unlike the pines, the main axis of spruce and fir at timberline usually retains its dominance and erectness.    In these trees the lateral buds on the windward side of the upper part of the main stem are killed, due either to desiccation or to blasting by wind-driven particles of ice.    Consequently, branches develop only on the leeward side of the bole and give the upper part of the tree a flag shape.    The lower branches of such trees form a low, streamlined mat which is protected from wintry winds by the mass of snow which it accumulates early in autumn.    Layering of the lower branches which make up these basal mats enables isolated spruces and firs in the timberline zone to expand during favorable climatic cycles and form sizeable island-like clumps which tend to retain the general form of the parent tree.    Later, death of the oldest trees in such an island may leave a central opening surrounded by a dense, atoll-like ring of offspring (57).

Rvsd Plan - 00005605
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Wind-molded clumps of all species of trees at timberline frequently show the effects of winter-killing in that the branch tips over the entire surface of the mass of shoots are dead and brown in spring.   When this occurs the lateral buds produce vigorous growth so that each dead terminal is replaced by several shoots of lateral origin.   The resultant complex system of branching gives these streamlined masses of vegetation a dense, superficial, shell-like canopy.   Winter-killing recurs frequently enough to perpetuate the even contours of these thickets; each time the twigs which have elongated the most vigorously are killed back the farthest.   Considerable significance may be attached to the fact that Engelmann spruce, which extends up to timberline, is less susceptible to winter-killing than are Douglas fir or ponderosa pine, neither of which attains an equivalent elevation (13).   That this form of winter-killing is truly a desiccation phenomenon is strongly indicated by the fact that in trees subjected to soil-drought under less rigorous atmospheric conditions the tips of the shoots die first (108).

Aside from the deformed nature of timberline trees, another significant feature of these plants is their relation to topography. Especially in the upper part of the timberline zone, the individuals or clumps of individuals are confined to small areas immediately to the lee of prominences or to valleys, either of which situation offers a measure of protection from strong winds.   That this behavior is associated with wind is shown by the fact that the trees are all on the same side of the windbreaks, regardless of soil or other conditions, and their streamlined contours are closely fitted to the feature which affords protection.

In addition to such evidence as is provided by the form and distribution of trees at timberline, Rydberg (131) called attention to another phenomenon which shows the importance of wind.   He noticed that in the central and northern Rockies the more isolated the range the lower the altitude of its upper timberline.   This may be attributed to the fact that a peak isolated from other high prominences is subjected to the fullest force of the wind, and since wind velocity increases with elevation, the point at which winds become too strong for forest cover is attained at a comparatively low altitude on an isolated peak.

It has long been held that the poleward and upper altitudinal limits of forest growth coincide roughly with the warmest-month iso-

Rvsd Plan - 00005606
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

therm of about 10° C, and Pearson's data (109) for timberline in Arizona agree with this hypothesis.  However, rather incontestable evidence that the exact limits of upper timberline throughout most of the Rockies are not determined by low temperature is the fact that trees reproduce well at upper timberline (109), survival depending upon the degree of protection from wind or from excessive snow accumulation.  Brandegee (18) remarked that the largest trees and most magnificent forests of Engelmann spruce are found close to upper timberline, and that there is no gradual decrease in size and vigor as characterizes the subarctic needle-leaved forest as it approaches the arctic tundra.  It must nevertheless be acknowledged that possibly the effect of wind would not be so important were it not for the fact that low temperature increases the viscosity of water to the extent that transpired moisture is not replaced rapidly enough to prevent desiccation.  Of the two factors, wind and low temperature, the more importance can be attached to wind, for where wind action is severe, timberline is depressed to relatively warmer altitudes, even down to sea level (93).  Moreover, an occasional tree may be found nearly a thousand feet above the average timberline in an exceptionally well protected site.  The theory that wind is the most critical factor bringing about the abrupt termination of the forest at upper timberline needs to be supported by data which show a correspondingly sharp increase in wind velocity at this ecotone. Such information has been provided for southern Colorado by Bates (11) who showed that the total wind for the month of January is about 13,000 miles at upper timberline, but less than 6,000 miles in the spruce-fir zone just below.

All the above evidence points to the conclusion that throughout most of the Rockies the upper altitudinal limits of tree species which reach timberline are determined primarily by high wind velocity, and that wind is effective by promoting transpiration at times when the soil is frozen and plants cannot absorb or conduct moisture with sufficient rapidity to replace that lost by transpiration.

*Snow depth.*  The effect of wind is not always evident in the form and distribution of trees at upper timberline.  Shaw (145) showed rather conclusively that the upper edge of the forest in certain parts of the Selkirk Range is determined by excessive snowfall at high altitudes in that part of the Rockies.  He pointed out that this cause of timberline may be recognized by an abundance of dead

This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

lower branches on the trees which appear to have died as a result of being covered with snow[21] for prolonged periods, while the upper parts of such trees remain symmetrical and vigorous. Also, under these circumstances the trees ascend highest on ridges where there is the least snow accumulation. By comparison, where wind determines timberline the upper part of the tree is asymmetrical, due to the death of branches on one side, the lower branches are the largest and most vigorous, due to protection afforded by a moderately deep snow cover, and the last outposts are located in the lee of obstructions or in valleys where the force of wind is least.

The fact that in valley heads timberline is often a thousand feet lower than on the sides of the valley has likewise been explained as an effect of excessive accumulations of snow in such basins (131).

Depth of snow is less important to low alpine plants than to trees. Wherever the soil is free of snow for even a few weeks in summer, certain alpine species can grow. These plants add materially to the length of their growing season by putting forth much of their new growth beneath the snow, utilizing only those rays of the early summer sun which penetrate the slowly melting sheets of snow (61). Local areas upon which exceptionally deep drifts accumulate in winter may be recognized late in summer by their floras (38, 144). This "snow patch" flora is generally poor in species and has different dominants than other associations in the alpine tundra.

*Soil.* The nature of the substratum is usually not important in determining the general distribution of major vegetational regions or zones, but the exact location of the margins of these zones, as well as local distribution of the component communities, are frequently controlled by soil factors.

As a result of many observations in the southern Rockies, Shreve (152) concluded that "in general, desert species reach higher elevations on volcanics than on gneiss and the highest elevations on limestone." Also the upper altitudinal limits of juniper are sometimes extended by the lime content of the soil. Watson (164) reported

[21] The nature of the detrimental effect of deep snow cover is not clear. Death of the covered branches in many cases is the result of the action of parasitic fungi which grow vigorously during periods when the needles are imbedded in snow. There is no widespread shearing off of branches as described by Day (44) in the Lake States. Griggs (57) believed that the injurious effect of persistent snow cover results from the influence of stagnant snow water upon the tree roots. However, the writer has observed instances in the southern Selkirks where deep snow has greatly dwarfed trees on steep rocky slopes where drainage is exceptionally good.

Rvsd Plan - 00005608
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

that along lime-charged streams in northern New Mexico *Juniperus scopulorum* frequently replaces ponderosa pine. Soils containing much lime have been shown to be unfavorable to ponderosa pine and associated conifers (81).

Upper timberline is depressed far below its theoretical climatic position by avalanching, where long continuous slopes extend from high up down into the forest zone. It may also be depressed merely by increasing scarcity toward the mountain tops of areas covered with even meager amounts of soil. For the same reason, alpine tundra may be represented on a mountain only by crevice plants without much indication of the nature of the fell field communities or climax meadows which theoretically follow. Because of lack of soil or insufficient height of the mountains, the true upper altitudinal limit for alpine plants cannot be observed in the Rockies except far north in Canada where the summits are capped with perpetual snow and ice.

### Lower altitudinal limits

The lower limits of plant distribution on mountain slopes seem to be conditioned by environmental forces entirely different from those that control the upper limits. Chief among the factors which merit discussion in this connection are drought, high temperature, soil texture and parasites.

*Drought.* Most investigators in the Rockies have concluded from their observations that increasing dryness of the climate down the mountain slopes is the chief factor which determines the lowest altitude to which a species can extend its range. The evidence most frequently presented in support of this hypothesis consists of the habitat relations at the lower distributional extremes. It is a well established ecologic principle that as a species approaches the edge of its climatic range, it betrays the factor which is becoming more and more limiting in effect by an increasing dependence upon that edaphic or topographic feature which offers the most compensation for the climatic adversity. At their lowermost altitudinal limits the ligneous dominants of each of the Rocky Mountain zones occurs on habitats which are relatively mesic. It will be necessary to discuss separately the shallow-rooted trees (spruces and firs), and the deep-rooted trees and shrubs which grow at lower elevations.

Under natural conditions the shallow-rooted trees, characteristic of the upper half of the forest belt, reach their lowermost altitudinal

Rvsd Plan - 00005609
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

limits in ravines, either along the margins of the streams (spruces and subalpine fir) or along the lower portions of the north-facing slopes (Douglas fir). As one advances along the bottom of a ravine leading up from the foothills, he meets in turn the Douglas fir and spruce-fir associations in the expected order, but at elevations a thousand feet or more lower than the average lower limits of the zones.

The soil on the lower portion of the north-facing slope is kept moist even in the driest part of summer by seepage from above. In the bottom of the ravine there is always an abundance of moisture just below the surface, even though the stream may disappear during the summer. Furthermore, transpiration-promoting factors are of low intensity in a ravine, for the air is relatively cool, at least at night, due to cold air drainage, and the habitat is sheltered from desiccating winds as well as from long daily periods of insolation. In these habitats loss of heat by radiation begins earlier in the afternoon and continues until relatively late the subsequent morning, due to protection from the sun's rays coming at low angles. It would appear that the shallow-rooted, and hence drouth-sensitive, species characteristic of higher elevations attain their lowest altitudinal limits in ravines because of the highly favorable water-balance conditions which prevail there.

Drouth may be equally as critical in winter as in summer. Bates (14) observed that in a nursery established in the ponderosa pine zone of Colorado, Douglas fir seedlings suffer very heavily during winter, apparently because of effects of warm dry winds.

Competition cannot be a factor in determining the lower limits of these relatively mesophytic climax trees of higher altitudes, for the higher the altitudinal distribution of the tree the greater its tolerance of shade (19). At its lower limits each species forms an ecotone with less tolerant types and thus has the advantage on any site where there is moisture sufficient for its growth. For this reason stable mixtures of the species of any two zones exist only along very narrow ecotones. The only apparent exception to this general rule is that not infrequently stands of ponderosa pine are found with an understory of Douglas fir. In some of these cases the pine is not reproducing as well as the fir, and succession is clearly leading toward a pure Douglas fir forest. In other instances the aggressiveness of Douglas fir is due only to a series of exceptionally wet

Rvsd Plan - 00005610
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

years, and with a reverse swing of climatic cycles the young trees succumb to drought.

In contrast to the group of mesophytic trees discussed above, the root systems of ponderosa pine and of ligneous dominants of still lower zones are relatively deep.[22] Although Douglas fir roots are actually intermediate in depth between the shallow-rooted spruces and firs on the one hand, and the deep-rooted pines, junipers and shrubs of lower elevations on the other, its habitat relations at its lower limits of distribution are similar to those of spruce and fir; hence it was discussed with the preceding group.

Considerable insight is likewise gained into the ecology of the deep-rooted species by noting their habitat preferences at the lower limits of their altitudinal distribution. Along these xeric ecotones all members of this group are characteristically confined to thin, stony soil or rock outcrops (36, 48, 54, 120, 163). Such habitats offer a number of advantages to plants possessing their peculiar environmental requirements and growth habits. When the seeds germinate the tap roots can descend much more rapidly (108) through crevices between the rocks than would be possible in the fine-textured, more compact soils of other habitats. Hence, the deep-rooted ligneous seedlings in these habitats are able to establish contact early in the season with horizons possessed of a permanent supply of moisture which lies well beyond the reach of less deeply rooted species. Furthermore, the ratio of water to water-holding mass (i.e., the pulverized rock fragments) is high because of the great mass of large non-absorptive rock fragments, and the wilting coefficients of the soils are always so low that with only a small amount of rainfall the moisture content exceeds the wilting percentage (160). Still another important characteristic of the habitat is that there is almost no runoff. The moisture penetrates rapidly and to such a depth that it is not quickly lost by evaporation into the atmosphere, or absorbed and transpired by the shallow-rooted herbs. The sum of all these slight advantages make the rock outcrop habitat relatively mesic and thus adequate for the transpirational demands of the ligneous species.

The conclusions reached above from a consideration of the circumstantial evidence of distribution are corroborated by studies of

[22] The roots of ponderosa pine in Arizona extend as deeply as 24 feet, and spread up to 150 feet from the base of the tree (173).

Rvsd Plan - 00005611
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

soil moisture. These have generally shown that the soils under high-altitude forests are distinctly more moist than are those of forests at lower altitudes (8, 165, 60, 109).

Observations of seedling mortality under natural and under controlled conditions have usually revealed drought to be the major factor in survival. This is true in the relatively mesophytic forests of high altitudes (58) as well as in the more xerophytic zones (80, 167). Pearson (109) transplanted small trees of Douglas fir and blue spruce into the ponderosa pine zone and found that all such individuals succumbed to drought. Experiments with seedlings under controlled conditions have shown that soil drought is more important than atmospheric drought in the establishment of seedlings of the Rocky Mountain conifers (41). In general the lower the altitude of a species the greater the length of time which its seedlings can endure soil which has dried to the wilting coefficient. Another physiological difference among the seedlings of different species is that those which grow at low altitudes have the most rapid rates of root penetration (108). Not only are such seedlings more likely to escape drought by their rapid root growth, but they are better able to endure its influence should desiccation overtake the root tips.

To summarize all the above evidence, it appears that the approach toward an intolerable degree of aridity is probably the most important factor which determines the lower limits of ligneous dominants in the Rocky Mountain vegetational zones. Differences among species as to type of root system bring about distinctly different habitat relationships at the lower limits of their ranges.

*High temperature.* Two investigators have held that the lower limits of plant distribution in the Rockies are determined by their varying abilities to endure mid-summer heat, the intensity of which increases with decreasing altitude. Merriam (97) believed that this critical degree of heat could be expressed as the mean temperature of the six hottest consecutive weeks in summer. However, he presented no evidence in support of his contention, nor has it ever been accepted by students of experimental plant ecology (39).

Along a vertical section through a typical terrestrial habitat, the maximal temperatures are attained in the upper few millimeters of the soil, due to absorption of the longer waves of radiant energy. Therefore, temperatures at the soil surface are most likely to attain a degree which is lethal to the protoplasm of tender seedlings.

Rvsd Plan - 00005612
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Bates (10) concluded from his experiments that the seedlings of ponderosa pine are better able to resist high temperatures than those of Douglas fir or Engelmann spruce. These results were taken to indicate that the lower limits of distribution of various tree species are determined chiefly by the varying abilities of their seedlings to withstand high temperatures. Furthermore, Bates would interpret the habitat preferences of species at lower edges of their ranges in the light of temperature rather than moisture, as others have done. The partial shade afforded by irregularities of the soil surface in a ravine he believes to be more important than the relatively favorable moisture conditions of these habitats.

Plausible as it may seem, this high temperature hypothesis based upon the above observations meets with difficulty in the following manner. Most research is in essential agreement that if temperatures between 120–140° F. are maintained for only a few hours, serious injury is sustained by the seedlings of most temperate zone trees. While this temperature range, as well as higher levels, is not uncommonly attained on unprotected south-facing slopes, it is probably never attained under forest conditions. Shreve (155) has shown that although soil surface temperatures in the sun exceed temperatures of the air, a very slight shading will allow evaporation to reduce the soil temperature below that of the air, even in the desert zone. Korstian and Fetherolf (82) found that high surface soil temperatures caused lesions at the ground line in seedlings of Engelmann spruce when planted below its natural elevation limits in Utah, but they also observed that even a slight shading of the soil at the base of the stem, caused by an inclination of the seedling to the south, greatly reduced mortality from this cause. If the soil temperature is the factor which prevents Engelmann spruce seedlings from surviving on the shady forest floor of Douglas fir stands, the critical lethal point for spruce must be far below that of any other conifer for which figures have been presented. Furthermore, tests of temperature tolerance under controlled conditions have shown that the seedlings can tolerate temperature levels well in excess of those which prevail at the lower limits of each species' distribution (41). The importance of drought, on the other hand, is shown by the fact that there occur dry periods in summer which take a heavy toll of spruce seedlings, even in the dense forests in the spruce-fir zone. It is also significant to note that in the Forestry

Rvsd Plan - 00005613
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

School nursery at Moscow, Idaho, seedlings of most species of conifers can be grown successfully without shade, even though the nursery is located on the basal plain where the primeval vegetation was prairie.

Although the relative importance of temperature and moisture is not revealed, the fact that one or both of these two climatic factors determines the altitudinal ranges of the zones is shown by the effect of topography upon elevation of the zones. A given zone usually occurs at higher elevations on cool, moist, northerly slopes than on hot, dry, southerly aspects. On San Francisco Peak, for example, Merriam (96) found that the vegetational belts are approximately 900 feet higher on the southwest than on the northeast exposure. This may be interpreted to mean that for a given point on the northerly slope, ecologically equivalent conditions of moisture and (or) temperature are attained 900 feet higher on the opposite slope. In certain cases, at least, drought alone is responsible for raising the elevation of zones. In the Rincon Mts. of Arizona, Blumer (17) found that the vegetation zones are higher on the west slope which is not much hotter than the east but is relatively much drier, due to desiccating westerly winds.

In conclusion it must be admitted that there is no more difficult task in etiologic plant geography than to distinguish drying effects of high temperature levels from injury caused to protoplasm by temperature *per se*. With the present status of research, the relative importance of these two environmental forces cannot be adjudged. Certain ecologists are inclined to give more weight to drought (109, 151, 165), while Bates champions the effects of high temperature with equal vigor.

*Soil texture.* Most trees and shrubs which dominate the various altitudinal zones in the Rocky Mountains appear to have rather high requirements with respect to soil aeration. With ponderosa pine, for example, survival of seedlings is better on porous than on fine-textured soils, even though favorable amounts of growth water are present in both (6, 7, 107). Since the alluvial and loessal soils of the basal plains are commonly finer-textured than the residual covering of the mountain slopes which have lost much of their finer material through natural erosion, the lower limits of the ligneous associations often terminate abruptly at the lower edge of mountain slopes where the erosional and depositional surfaces are in contact.

Rvsd Plan - 00005614
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Even though extension of montane associations to lower altitudes would be possible from the standpoint of climate, the occurrence of bodies of fine-textured soils at low altitudes often elevates lower timberline far above its climatic limits, sometimes setting this line so high as to fall in the Douglas fir zone (7). Perhaps the aeration problem at low altitudes is aggravated by the warmth of the climate, for the higher the temperature the higher the lower critical oxygen concentration for roots (24).

That this matter of aeration may provide an explanation of lower altitudinal limits only in the case of the lowest zone of ligneous vegetation is shown by the fact that the dominants of the juniper-piñon zone seem to require fully as much soil oxygen as does ponderosa pine, yet both associations may be found on the same slope with the juniper and piñon occupying the lower, more xeric levels. Where the lower limits of the ponderosa pine zone are determined by poor aeration, other ligneous zones are likewise excluded from the fine-textured soils. In many places gradual ecotones indicative of a climatic gradient may be found between the grassland or desert vegetation and the oak-mountain mahogany zone, and between each of the ligneous zones. Nevertheless, so common are sharp textural distinctions between soils of the mountains and adjacent plains that lower timberline is very frequently elevated above its climatic limits by edaphic conditions.

*Parasites.* It is quite possible that in a few cases climate may determine the altitudinal limits of vascular plants indirectly through its influence upon the pathogenicity of their parasites. For example, Weir (168) remarked that in most cases trees are more vigorously attacked by their fungal parasites at low elevations. He suggested that this may be due to climate checking the growth of the fungus directly at high altitudes, or it may be due to changes in the structure and composition of the plant tissues which render infection more difficult.

Until further observations have been made, this phenomenon must be looked upon only as a minor contributory factor in plant zonation. It can be assigned a position of more significance only if an instance is found where, at the lower altitudinal limit of a species' range, the individuals are so vigorously parasitized that its life cycle cannot be completed.

Rvsd Plan - 00005615
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Fundamentally, the phenomenon of plant zonation depends on the one hand upon differences among species as to their limits of tolerance of climatic variation, and on the other, upon a progressive change in climate from the top to the bottom of a mountain slope. Each species is best represented at the altitude where its environmental requirements are most completely fulfilled, provided that all other species with similar habitat requirements do not exceed its competitive abilities.

The concept of zonation with respect to plant associations is none too ideal, for scarcely any two species have exactly the same physiologic requirements of altitudinal ranges. For example, Engelmann spruce usually descends to much lower altitudes than subalpine fir, and in the juniper-piñon zone the ranges of the two dominant genera are different, although they overlap greatly (56, 70, 113, 164, 174). In consequence, it might appear that the altitudinal ranges of the climax dominants constitute the sole criterion of zones. However, because subordinate plants are not only affected by the same climatic factors but are more or less dependent upon the environmental influences of particular climax dominants, many shrubs and herbs tend to correspond with the dominant trees in their distribution. Because of this there exist more fundamental differences between zones than is expressed merely by differences in the dominant species.

### V. ALTITUDE *versus* LATITUDE

Progressing in a poleward direction along a mountain range, each zone descends gradually so that its lower edge finally meets the basal plain. Beyond this latitude only the upper limits of the zone continue to descend, so that its altitudinal breadth steadily decreases until it is figuratively "run into" the basal plain. At this point the lower limit of the next higher zone first meets the basal plain, *etc.*

In the opposite direction each zone is found at increasingly higher elevations until a latitude is reached beyond which there are no peaks high enough to provide suitable climate. In consequence of this altitude-latitude relationship, any one zone extends farther in a poleward direction than the next lower zone, which on the other hand extends farthest in an equatorial direction.

As discussed earlier in this paper, the present status of research warrants the broad conclusion that the major factors determining

Rvsd Plan - 00005616
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

the upper and lower altitudinal limits of zones in the Rockies are low summer temperatures and drought, respectively.  At this point it is well to reexamine these conclusions with respect to the altitude-latitude relationship of zonation.

Hopkins (69) stated that the isotherms of mean temperature decrease in altitude toward the poles at an average rate of 100 feet per 15 minutes of latitude.  If this rate of decrease is as uniform as Hopkins implies, it bears little relationship to the cant of vegetational zones in the Rocky Mountains.  For example, Merriam (96, 98) determined the upper limit of the Douglas fir zone in northern Arizona as 9,200 feet and in the Salmon River Mountains of Idaho as 9,000 feet.  With eight degrees difference in latitude one would expect a difference of 3,200 feet rather than a mere 200



FIG. 2.  Average elevation of timberline in the Rocky Mountains and adjacent portions of the Cordilleras to the north and to the south, as compiled from published accounts.

feet in the elevation of these homologous ecotones if they bear a close relationship to isotherms, as described by Hopkins.  From this bit of evidence one might conclude that either the elevational limits of the zones are not primarily determined by temperature, or that Hopkins' statement is too broad to find practical application in a region so small as the Rocky Mountains.  Both of these alternatives may be partially correct.  Previous mention has been made of the possibility that either high temperature or drought may cause zones to have unusually high altitudinal ranges in certain regions. Also, the effects of the relative elevation of the basal plain upon the temperature of adjacent mountain slopes, or differences in the continentality of different segments of the Rockies, would render any altitude-latitude relationship of isotherms very irregular.

Another matter of interest in this connection is brought out by a graphic summary of the published records of the elevation of upper timberline (Fig. 2).  The rate of change in altitude of upper timber-

Rvsd Plan - 00005617
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

line parallels the average rate of rise in elevation of isotherms (69) from the Arctic Circle to the southern end of the northern Rockies. Farther southward there is a strong flattening of the timberline curve.  From the southern Rockies to central Mexico, and even farther into the Andes of South America, there is little further rise in the elevation of upper timberline.  The explanation of this phenomenon, which seems not to have been commented on before, must await accumulation of a comparable series of climatological data for timberline stations located at intervals along the Cordilleran axis.

Some meteorologic phenomena which may possibly have a bearing on this timberline problem are as follows.  Hann (59) stated that snowline does not increase at a uniform rate toward the equator, and that the temperature at snowline in the tropics is much warmer than at high latitudes.  According to Humphreys (72), the lower the latitude the warmer the surface temperatures and the more persistent is vertical convection.  This causes high humidity and cloudiness in the upper atmosphere, which in turn reflects the surface radiation downward so that the high mountain summits are relatively cold in summer.

In general, the drought-determined lower limits of a vegetational zone gain in altitude in a southerly direction at a rate which approximates the gain of the upper edge of the zone.  This phenomenon suggests that there is some fundamental connection between the causes of the upper and lower limits of a zone.  This basic factor may well be the temperature gradient.  Operating rather directly, temperature governs the upward extension of zones, while indirectly it plays a major role in determining lower limits through its influence upon precipitation and evaporation.

To a certain extent the transition in vegetation types from cool mountain summits to the warmer basal plain resembles the transition encountered in progressing from arctic regions toward the equator.  Popular attempts to express this altitude-latitude resemblance generally consist of a statement to the effect that by selecting the correct elevation on a mountain slope, one can match a climate prevailing on the lowlands at higher latitudes.  Mean annual temperature, which is practically worthless as a statistic in plant geography, constitutes about the only figure which can be mustered in support of such a statement.  Very little ecologic

Rvsd Plan - 00005618
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

similarity exists between such stations when due consideration is given to such significant climatic characteristics as the degree and rate of temperature fluctuation, length of growing season, amount and distribution of precipitation, evaporative power of the air, intensity of insolation, daylength, *etc.* Proof of the invalidity of this generalization is provided by the fact that mountain species of the tropics usually cannot be grown as lowland species in temperate zones, and *vice versa* (49). Furthermore, at their northern limits where they have descended to the basal plain, none of the altitudinal vegetation zones extends out at right angles to the Rockies as a latitudinal zone. In fact, the boundary between the subarctic conifer region and the Rocky Mountain forests is at least as distinct as between different zones on the slopes of the Rockies (137). Although it is true that there is a tendency toward similarity between the latitudinal and altitudinal vegetation zones in the northern hemisphere, as far as the writer is aware the two zonal systems have many important distinguishing characteristics in both climate and vegetation, and this is particularly true in the Rocky Mountains.

If the assumption is true that climate determines the elevation of a given zone, one might expect the climate throughout the north-south extent of that zone to be fairly uniform, at least insofar as requirements for growth of the dominant species are concerned. However, it is well known that a considerable amount of variation exists throughout the longitudinal extent of a zone. Furthermore, experimentation has shown that evolution has produced genetically distinct races in the dominant species in various segments of a zone (166, 175).

## VI. IRREGULARITIES IN THE ZONAL PATTERN

### Discontinuity of zones

Perhaps the most common type of exception to the zonal pattern as described earlier in this paper is the omission of certain zones on various ranges. As a matter of fact, slopes presenting the entire complement of zones are rare. On the slope which extends south from San Francisco Peak, Arizona, all zones are well represented, but in the La Sal Mountains of Utah (135), and on the slope just west of Encampment, Wyoming, all zones below the spruce-fir belt are lacking. A condition in which one or more of the low-altitude zones are lacking can generally be attributed to an extension of the

Rvsd Plan - 00005619
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

-02994-REB   Document 24-18   Filed 06/21/22   USDC Colorado   Pa

fine-textured soils of the basal plains upward into an elevation which has sufficient moisture to support chaparral of forest vegetation. In such cases all of the ligneous zones are omitted as far up the slope as the heavy soils extend. Although discontinuity is common in all zones below the spruce-fir belt, this and the tundra zones are invariably represented on all ranges except those which are so low that even the highest peaks do not attain sufficient elevation to provide suitable climate.

The phenomena described above involve the absence of one or more zones over an extensive area. Omissions of a more local character are frequent on mountains of relatively low elevation. Here certain zones may occur only on the north slope for the reason that the south slope does not attain sufficient elevation to provide ecologically equivalent climates. Also, exposure may be so extreme on the one slope as to preclude development of the normal sequence at any elevation there (131). Mountains are completely encircled by vegetational zones only where elevation is sufficient and exposure is not extreme.

Disjunct islands of lowland vegetation frequently occur on steep south-facing slopes at high altitude, and high altitude vegetation often occurs as oases on moist sites at low elevation. The isolated character of these restricted areas may be attributed to chance dispersal allowing species to cross great areas of inhospitable territory, or the islands may be explained as relics of former continuous extensions of the same type which may have existed during extreme phases of past climatic cycles.

### Pacific Coast elements in the Rocky Mt. flora

Aside from its role in producing various climatic types, wind is also largely responsible for their distribution. This is especially true in the latitude of the westerlies where, along strongly developed storm tracks, the characteristics of one climatic region may be extended far in a leeward direction.

Climates along the west coast of North America are characterized by a predominance of winter precipitation and by a narrow annual range of temperature. From Alaska to northern Mexico the coastal climates are sufficiently distinct from the continental climates of the interior to produce endemic or near-endemic vegetation types. Where steady winds, following well developed storm tracks (162),

Rvsd Plan - 00005620
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

blow directly inland across this coastal strip, the climate and its characteristic flora are extended far inland as a peninsula.    Two major storm tracks enter North America from the Pacific Ocean; one follows the international boundary between Mexico and the United States, and the path of the other coincides roughly with the international boundary between Canada and the United States (Fig. 1).    Only one species, *Prunus emarginata,* has sufficient latitudinal range on the Pacific slope to come under the influence of both the northern and the southern storm tracks and extend its range into both the northern and southern Rockies.    Aside from this shrub, the west coast floras are so distinct in the latitudes of the two storm tracks that the groups of species which follow each are distinct.

In the northern Rockies the northerly storm track produces a climate so similar to that of the west slope of the northern Cascades



FIG. 3.   Diagrammatic profile of San Francisco (left) and O'Leary Peaks, Arizona, showing the effects of slope exposure and total elevation of the peaks (96). A—alpine zone; S-F—spruce-fir zone; DF—Douglas fir zone; P—ponderosa pine zone; J-P—juniper-piñon zone; D—desert. A little farther south a well-defined oak-mountain mahogany zone intervenes between the juniper-piñon and desert zones.

that the hemlock-arborvitae forests of that region also occur in the Rockies in this latitude.    In the typical sequence of Rocky Mountain vegetational zones, the climax hemlock-arborvitae forest (71) is inserted as a distinct climax zone between the Dougas fir and spruce-fir belts.

The forest vegetation of this climatic peninsula is especially noted for two seral trees which are found in great numbers only here: the valuable timber species, western white pine (*Pinus monticola*), and the endemic, fire-resistant western larch (*Larix occidentalis*). Both species figure prominently in succession following fires in the hemlock-arborvitae zone in the northern Rockies (85, 94), although neither is well represented in the main body of the hemlock-arborvitae region which lies to the west of the divide of the Cascades. Also found with white pine and larch on forest burns are grand fir

Rvsd Plan - 00005621
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

(*Abies grandis*), another species of coastal affinity, plus typical
Rocky Mountain species: lodgepole pine and Douglas fir.

All zones within this climatic peninsula show clearly the effects
of the coastal climatic influence in their floras, although they retain
their typical dominants.   To each zone are added at least a few
species whose distribution-centers lie along the coast but which
extend eastward as a peninsula in this latitude.   Butters (21) stated
that one eighth of the vascular flora of the Selkirks has its distribu-



Fig. 4.   Ranges of five tree species which extend eastward from the Pacific
slope into the northern Rockies: 1. *Thuja plicata*, 2. *Tsuga heterophylla*,
3. *Abies grandis*, 4. *Taxus brevifolia*, and 5. *Pinus monticola*.   The eastern-
most extremity of the distributional "peninsula" conforms closely to the con-
tinental divide, especially in the center of the storm track.

tion center on the Pacific slope.[23]   There are, in addition, species
which are endemic to the peninsula, such as western larch and
Lyall's larch.   Some of the most outstanding of these plants which
occur in the Rockies only in the path of this northern storm track

[23] This Pacific Coast element of the northern Rocky Mountain flora may well
be the remnant of a montane forest which was more widely distributed in the
Rockies in pre-Pliocene time.   Such a relic hypothesis is substantiated by the
fact that certain of these elements occur as small, widely disjunct colonies in
the Rockies (*e.g., Cornus nuttallii* occurring at two stations in Idaho 130 miles
apart, and *Chamaecyparis nootkatensis* occurring at only one station in Idaho),
and by fossil evidence that the development of aridity to the leeward of the
Cascades in post-Miocene time led to drastic restrictions of mesophytic vegeta-
tion in the northern Rocky Mountain region.

Rvsd Plan - 00005622
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

are as follows. Alpine zone: *Phyllodoce empetriformis*, *P. glanduliflora*, and *Pulsatilla occidentalis;* upper timberline: *Pinus albicaulis*, *Larix lyalli*, and *Valeriana sitchensis;* spruce-fir zone: *Menziesia ferruginea*, *Pentstemon ellipticus*, *Rhododendron albiflorus*, *Tsuga mertensiana*, and *Xerophyllum tenax;* Douglas fir zone: *Larix occidentalis* and *Abies grandis;* ponderosa pine zone: *Physocarpus malvaceus* and *Calamagrostis rubescens.* Furthermore, epiphytic lichens, poorly represented in other parts of the Rockies, are abundant in the northern Rockies. A number of these are epiphyllous (42).

The west-coast elements in the flora of the northern Rockies are largely confined to west-facing slopes, and to the region west of



FIG. 5. Ranges of four species of shrubs which extend eastward from the Pacific slope into the southern Rockies: 1. *Rhus ovata*, 2. *Fremontodendron californicum*, 3. *Quercus chrysolepis*, 4. *Rhamnus crocea* var. *ilicifolia*.

the continential divide. The significance of this distributional limitation is heightened by the fact that there is another group of species which in this latitude is practically confined to the east slope, *e.g.,* limber pine (lowland strain), *Picea glauca* and *Populus sargentii*. Also the short-needled variety of ponderosa pine (*P. ponderosa* var. *scopulorum*), characteristic of the main body of the Rockies, is in this latitude confined chiefly to the region east of the continental divide. Westward its place is taken by the long-needled *P. ponderosa* (134).

From the above distributional data it may be deduced that the coastal influence along this northerly storm track is greatest on the windward slopes, especially at intermediate altitudes where the

Rvsd Plan - 00005623
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

hemlock-arborvitae zone is. At higher and lower altitudes on these slopes there is also a distinct coastal influence, although the Rocky Mountain type of climate dominates. On leeward slopes in the same latitude the coastal influence is insignificant and the climate and vegetation exhibit characteristic Rocky Mountain features almost exclusively.

Along the southern storm track a more subtle blending of coastal species with interior species takes place, and the chief altitude affected is the oak-mountain mahogany zone (Fig. 5). Mingled with the species characteristic of the Rocky Mountain region are many shrubs which are abundant in the California broad sclerophyll formation: the evergreen *Quercus dumosa, Q. chrysolepis, Arctostaphylos pungens, Fremontodendron californicum, Rhamnus crocea* var. *ilicifolia* and *Rhus ovata,* and the deciduous *Brickellia californica, Amorpha californica, etc.* Here again the coastal influence is recognized in the vegetation only west of the continental divide.

This similarity between the oak-mountain mahogany zone of the southern Rockies and the chaparral of the Pacific coast has been explained by Axelrod (3) as the result of their having a common origin in the vegetation of northern Mexico. During the Cenozoic era these xerophytic shrubs and low trees moved northward as aridity spread northward from Mexico. Some species found their climatic requirements most closely matched in the coastal region and shifted their ranges largely or completely to the Pacific slope. Others encountered more suitable environment in the foothills of the Rockies and extended their ranges northward for varying distances. It is quite possible that this northward migration is still in progress for at the northern boundary of the oak thickets which end so abruptly in central Colorado there is no evident indication that these oaks have attained a climatic limit to their ranges.

From the above it is evident that only the floras of the central and far-northern Rockies escape dilution with coastal species, and herein lies the most important distinction between the four north-south divisions of the Rocky Mountain vegetation.

### Inversion and lack of zonation

In connection with the moisture requirements of the climax associations, previous mention has been made of the fact that the

Rvsd Plan - 00005624

This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Douglas fir and spruce-fir zones descend along ravines to relatively low elevations. These downward extensions are pennant-shaped, tapering to a point at their lower extremities, and oriented so that their axes correspond roughly with the stream course. Often the length of one of these wedge-shaped peninsulas exceeds the breadth of the lower zone into which it extends, and in consequence there is a telescoping of zones along ravines. The broad upper end of a Douglas fir peninsula may contain the narrow lower extremity of the spruce-fir peninsula of similar form but centered at higher elevation.

On the other hand, pennant-shaped extensions of the ponderosa pine forest, as well as other low-altitude zones, ascend the mountain



FIG. 6. Diagram of a slope in the Rocky Mountains showing the telescoping of forest zones due to their extensions downward in ravines and upward along sharp ridges.

slope along the summits of ridges, particularly along the south-facing brows of the ridges. Because communities of low elevation extend up the ridges, at the same time that those of high altitude descend along the ravines, interfingering is a very pronounced characteristic of the Rocky Mountain zonal system (Fig. 6). Indeed, on precipitous slopes the zone of interfingering of ponderosa pine and Douglas fir is often broader than the zone where either forms a distinct altitudinal belt and occupies a relatively wide range of habitats.[34]

As a consequence of the interdigitation of zones, their altitudinal relationships along the sides of a ravine are exactly reversed. At

[24] For this reason several students of Rocky Mountain vegetation have lumped the two associations into a "montane zone," although it is easily demonstrable that these are distinct climax types which have different altitudinal ranges, and in the zone where their ranges overlap they inhabit different types of sites, except when pine invades Douglas fir sites temporarily following disturbance (5, 9).

Rvsd Plan - 00005625
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

intermediate elevations, for example, a narrow fringe of Engelmann spruce often follows the stream margin while Douglas fir dominates the lower slopes of the ravine and ponderosa pine covers the ridges. Likewise, in the foothills ponderosa pine may occupy the valley bottom, but give way to piñon or chaparral vegetation along the summits of the ridges which border the valley. As Shreve (151) pointed out, the species with the widest altitudinal ranges are usually those capable of inhabiting exactly reversed habitats along the upper and lower edges of their ranges,—if topography were not so varied, the altitudinal ranges of these species would be much more restricted.

An interesting but rather rare type of inversion may be observed along the Clark's Fork River in western Montana, which cuts through the Bitterroot Mountains from east to west. By approaching the mountains this stream flows toward a region where precipitation is greater and temperature lower, even though the stream bed drops in elevation. One may descend the river from the prairie zone, at the town of Ravelli, and cross in turn the ponderosa pine, the Douglas fir, and the arborvitae-hemlock zones, each of which is encountered at successively *lower* elevations.

The telescoping of zones is most pronounced at intermediate elevations within the forest belt. At such altitudes, particularly where the topography is rather rugged, the altitudinal control of environmental factors may be overshadowed by the influences of slope exposure, cold air drainage, *etc.,* with a result that the distribution of climax types at these elevations often bears no apparent relationship to altitude. The slopes of the first high prominences encountered upon entering the foothills of a mountain range generally exhibit the typical complement of zones in their proper altitudinal sequence, but beyond the outermost line of foothills the zonal relationships of the climax forests are often obscure.

As pointed out long ago (98, 159), it is only in the *narrow* ravines and valleys that zones extend *downward*. In wide valleys, communities characteristic of low altitudes extend well up into the next zone. The apparent explanation of this difference is that the water-balance in a narrow ravine is more favorable than average for that altitude, while in broad valleys, where a body of hot air builds up each day during the growing season and cold air drainage is less pronounced, the environment is more xeric than average for that altitude.

Rvsd Plan - 00005626
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Zones in the sense of rigidly defined altitudinal belts clearly do not exist in the Rocky Mountains, but no careful student of plant sociology in this region would deny the existence of a regularly repeated series of distinct vegetational types, each of which bears a constant altitudinal or topographic relationship to contiguous types.

The attention of the taxonomist in particular should be called to this phenomenon of the interfingering of zones and the resultant inversions of altitudinal relationships. Instead of altimeter readings far more significant data as to the location of collections could be obtained by making a brief notation of the zonal relationships of the specimens. Apparently with a similar idea in mind, Heybrock (64) stated that "the zonal conception is indispensable for the investigation of the conditions of climate and vegetation."

### Mountain parks

In all forested zones there occur treeless or nearly treeless areas varying from a few meters to several miles in diameter. Some of these have been caused by fire or logging, or represent stages in primary hydro- or xeroseres. In consequence they are only temporarily lacking in forest cover, as is evidenced by the success of tree seedlings upon these areas. Still other areas, however, appear to be naturally inimical to tree growth; these are the true "mountain parks."

Except near the upper timberline, the plant cover of these parklands is characteristically similar to that of the adjacent basal plains. Thus in the central Rockies sagebrush (*Artemisia tridentata, A. cana, etc.*) is dominant in most parks on the west slope, while east of the divide the parkland vegetation is prairie-like. Ramaley (122) showed that the flora of these parks embraces fewer species with increasing altitude, and that the specific composition varies greatly with elevation. In the spruce-fir zone parks are often covered with willows, alders and sedges. Other parks at this elevation support a luxuriant growth of forbs and alpine grasses such as *Phleum alpinum* and *Deschampsia caespitosa* (109, 126, 129). More than half the flora of these parks is boreal in affinity (121).

Aspen, lodgepole pine or blue spruce (124) frequently form thin marginal zones about the peripheries of parks, but even these trees seem entirely incapable of invading the open park. The borders between the parks and adjacent forests are often exceptionally

Rvsd Plan - 00005627
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

abrupt, especially in small ones. At the periphery of parks in northern Arizona blue spruce makes very slow growth (124).

Relatively little research has been directed to the cause of the apparent inability of trees to invade parks. Pearson (106) made a climatological study of large parks in the ponderosa pine zone in Arizona. He concluded that "it is possible that the absence of natural forest in parks may be explained by the presence of adverse atmospheric conditions which make it impossible for seedlings to survive the first year; but it is probable that there are also other factors, such as unfavorable soil conditions." Later he showed that even at a depth of 12 inches the moisture content of the parkland soils is below the wilting coefficient for over three months in summer (109). In these particular parks, soil moisture conditions alone are sufficiently adverse to exclude trees.

In 1918 Robbins suggested that competitive ability of grassland vegetation, once it is well established, may prevent establishment of tree seedlings. If this were the sole factor involved, trees could invade parks slowly in a centripetal manner, weakening the contiguous grass cover with shade as the marginal trees extended their branches outward over the edge of the park.

An edaphic cause for parks, other than dryness of the soil, has long been suspected (135, 171). Commonly observed natural phenomena which suggest this explanation are as follows. Within a park there often occur small islands of timber which are confined to hillocks or to the upper extremity of a steep streamside embankment, both of which situations are better drained and aerated than is the remainder of the area encompassed by the periphery of the park. Secondly, parks are generally situated in the bottoms of shallow basins or broad aggraded valleys (75) which are surfaced with a thick mantle of fine alluvium washed from the surrounding slopes. Dunnewald (45) found that the only inherent difference between forest and parkland soils in the Bighorn Mountains in Wyoming is that the soils of the former are coarser and shallower. Miller (101) found that juniper is unable to invade areas of compact soils in northern Arizona while adjacent areas of looser soil are invaded. Cottam and Stewart (35) reported an invasion by juniper of parklands which were originally moist meadows, but which have become dry due to drainage channels resulting from severe erosion.

All these observations point to the conclusion that the conifers of the Rocky Mountain region are adversely affected by some factor

Rvsd Plan - 00005628
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

associated with fine textured, compact or poorly drained soils. Possibly this is but a matter of poor aeration. The significance of soil air in determining the distribution of plant communities was long ago championed by Cannon and Free (23) in connection with the zonation of vegetation about desert playas. Wilde and White (172) suggested that heavy soils may prove very detrimental to the seedlings of certain conifers by favoring the activity of damping-off fungi. There is also strong likelihood that fine texture or compactness may play a critical role by retarding elongation of the roots of seedlings so that the progressive drying out of the soil from the surface downward overtakes the root tips before they reach the relatively permanent supply of moisture contained in the subsoil.

Not all parkland soils are relatively fine textured, however. In the dry parklands which Pearson studied in Arizona, the soils are coarser than under the adjacent forest, suggesting that over-drainage might be an important factor. Also, chemical characteristics of the soil may have a bearing on this problem. Dunnewald (46) found that germination and survival of lodgepole and limber pine are 28% and 50% better, respectively, on forest than on parkland soils. Further experimentation indicated that water-soluble substances in the soil, which can be inactivated by boiling, account for at least a large part of the adverse effects upon germination.

On the west slope of the Bitterroots, especially in northern Idaho, many forest openings occur near the summits of the taller prominences, and always on their southerly exposures (43). These areas typically consist of a central spot of prairie dominated by *Agropyron spicatum* and/or *Festuca idahoensis,* surrounded by a belt of shrubs and scattered stunted trees. Unpublished studies by the writer have shown that the moisture content of these soils is below the wilting coefficient for a long period in summer, whereas soils in the adjoining forest remain moist during most or all of the year. The drought of the grassland areas seems to be a result of the effects of maximum exposure to the sun's rays and coarse soil. Grassland life forms aestivate when the soil dries out, but tree seedlings cannot and thereby the forest is excluded. Rydberg (131) described a similar but more severe condition in the Abajo Mountains of southeastern Utah where there is a complete lack of timber at all elevations on south and west slopes, although north and east faces have the normal complement of zones from juniper-piñon to alpine.

Rvsd Plan - 00005629
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Pickford and Reid (116) have described subalpine parks in the Wallowa and Blue Mountains of eastern Oregon and Washington, which are dominated by *Festuca viridula*. They stated that the soil of these parks is well-drained but made no etiologic study.

Considering all available information, it seems quite unlikely that any one type of factor, such as soil aeration or microclimate, can be invoked to explain all mountain parks. These openings occur over such wide altitudinal and latitudinal range, and are vegetated by such diverse plant communities, that there are undoubtedly several distinct types of causes for the inhibition of trees.

### VII. SUMMARY

The basal plains from which the Rocky Mountains rise are arid, and support only desert and grassland vegetation. The height to which these mountain masses rise brings about sufficient precipitation on their intermediate slopes to support forests of needle-leaved coniferous trees. This forest vegetation may be subdivided into five distinct altitudinal zones, each characterized by a climax association which, when well developed, occupies about 2,000 feet of vertical elevation. On the higher peaks and ridges above the forest zones, a tundra vegetation is found.

The phenomenon of zonation in the Rocky Mountain vegetation depends, on the one hand, upon differences among species as to their limits of tolerance of climatic variation, and on the other, upon gradients in climatic factors, chiefly temperature and moisture, from the bottom to the top of a mountain slope.

For the most part the upper altitudinal limits of the species seem to be determined by the relative physiologic efficiency of temperature during the growing season. The upper limits of the major climax associations (which are not as high as the absolute elevations to which the individuals of the dominant species extend) are biologically determined, for with the exception of the alpine zone the higher the range of the climax zone the greater the competitive powers of the species. Upper timberline is usually caused by physiologic drouth resulting from the concomitance of high wind velocities and cold soil.

The lower altitudinal limits in general seem to be determined by drouth, although lower timberline is frequently elevated above its climatic limits by bodies of fine-textured soil at low altitudes.

Rvsd Plan - 00005630
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

Other factors associated with elevation do not appear to be of sufficient intensity to limit plant distribution directly, although a number of these may be contributory to the primary factors.

Within the altitudinal range where a major association is best developed it is the climatic climax and occupies a wide variety of habitats. Toward its upper limits the same association characteristically becomes a topographic climax restricted to warm south-facing slopes, and may serve in a seral capacity following disturbance on other habitats. At its lower limits each of these associations plays the role of a topographic or edaphic climax which is confined to the most mesic habitats at that elevation.

At intermediate elevations in the mountains, exposure and soils may be of more significance in determining the local distribution of species than is elevation.

Zones decrease in elevation above sea level with increasing latitude, although the altitude-latitude relationship is not linear.

The typical pattern of zonation may be interrupted in any of several ways. One or more of the lower zones may be lacking, due to soil factors elevating the lower timberline. One or more of the upper zones may not be represented on a mountain, because of insufficient height of the range. Unforested parks may break the continuity of the forest zones. In certain latitudes a heavy infusion of species and communities more characteristic of the Pacific slope may also interrupt the typical zonation pattern. The last named phenomenon provides a floristic basis for dividing Rocky Mountain vegetation into four north-south provinces: southern, central, northern and far-northern.

## LITERATURE CITED

1. ALTER, J. C. Crop safety on mountain slopes. U. S. Dept. Agr., Yearbook 1912: 309–318. 1912.
2. ANONYMOUS. Big trees, the giant aspen of Utah. Am. For. 48: 148. 1942.
3. AXELROD, D. I. A Miocene flora from the western border of the Mojave Desert. Carnegie Inst. Wash., Publ. 516: 1–129. 1939.
4. BAILEY, V. Life zones and crop zones of New Mexico. U. S. Dept. Agr., No. Am. Fauna 35: 1–100. 1913.
5. BAKER, F. S. AND KORSTIAN, C. F. Is Douglas fir replacing western yellow pine in central Idaho? Jour. For. 20: 755–764. 1922.
6. ————. Character of the soil in relation to the reproduction of western yellow pine. Jour. For. 23: 630–634. 1925.
7. ———— AND KORSTIAN, C. F. Suitability of brush lands in the intermountain region for the growth of natural or planted western yellow pine forests. U. S. Dept. Agr., Tech. Bul. 256: 1–82. 1931.
8. BATES, C. G. et al. Climatic characteristics of forest types in the central Rocky Mountains. Soc. Am. For., Proc. 9: 78–97. 1914.

Rvsd Plan - 00005631
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

9. —————. Forest succession in the central Rocky Mountains. Jour. For. **15**: 587–592. 1917.

10. —————. The transect of a mountain valley. Ecology **4**: 54–62. 1923.

11. —————. Forest types in the central Rocky Mountains as affected by climate and soil. U. S. Dept. Agr., Bul. 1233: 1–152. 1924.

12. —————. Physiological requirements of Rocky Mountain trees. Jour. Agr. Res. **24**: 97–164. 1924.

13. ————— AND ROESER JR., J. Relative resistance of tree seedlings to excessive heat. U. S. Dept. Agr., Bul. 1263: 1–16. 1924.

14. —————. Some relations of plant ecology to sylvicultural practice. Ecology **7**: 469–480. 1926.

15. BLUMER, J. C. On the plant geography of the Chiricahus Mountains. Science **30**: 720–724. 1909.

16. —————. Change of aspect with altitude. Plant World **14**: 236–248. 1911.

17. —————. A comparison between two mountain sides. Plant World **13**: 134–140. 1910.

18. BRANDEGEE, T. S. Timberline in the Wasatch Range. Bot. Gaz. **5**: 125–126. 1880.

19. BURNS, G. P. Minimum light requirements referred to a definite standard. Vt. Agr. Exp. Sta. Bul. 235: 1–32. 1923.

20. BURROWS, A. T. The Chinook winds. U. S. Dept. Agr., Yearbook **1901**: 555–566. 1901.

21. BUTTERS, F. K. The vegetation of the Selkirk Mountains. pp. 352–362. *In* Mountaineering and exploration in the Selkirks, by H. Palmer. 1914.

22. CANNON, W. A. Distribution of the cacti with especial reference to the role played by the root response to soil temperature and soil moisture. Am. Nat. **50**: 435–442. 1916.

23. ————— AND FREE, E. E. The ecological significance of soil aeration. Jour. Ecol. **5**: 127. 1917.

24. —————. Physiological features of roots with especial reference to the relation of roots to aeration of the soil. Carnegie Inst. Wash., Publ. 368: 1–168. 1925.

25. CARY, M. A biological survey of Colorado. U. S. Dept. Agr., No. Am. Fauna **33**: 1–256. 1911.

26. —————. Life zone investigations in Wyoming. U. S. Dept. Agr., No. Am. Fauna **42**: 1–95. 1917.

27. CLAPP, E. H. *et al.* The western range. A great but neglected natural resource. Senate Document 199: 1–620. 1936.

28. CLEMENTS, F. E. Research methods in ecology. 1905.

29. —————. The causes of dwarfing in alpine plants. Science **25**: 287. 1907.

30. —————. The life history of lodgepole burn forests. U. S. Dept. Agr., For. Bul. 79: 1–56. 1910.

31. ————— *et al.* Factor and function in adaptation. Carnegie Inst. Wash., Year Book **37**: 229–233. 1938.

32. CONNAUGHTON, C. A. Fire damage in the ponderosa pine type in Idaho. Jour. For. **34**: 46–51. 1936.

33. COOPER, W. S. Alpine vegetation in the vicinity of Long's Peak, Colorado. Bot. Gaz. **45**: 319–337. 1908.

34. COSTELLO, D. F. AND PRICE, R. Weather and plant-development data as determinants of grazing periods on mountain range. U. S. Dept. Agr., Tech. Bul. 686: 1–31. 1939.

35. COTTAM, W. P. AND STEWART, G. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. Jour. For. **38**: 613–626. 1940.

36. COTTLE, H. J. Studies in the vegetation of southwestern Texas. Ecology **12**: 105–155. 1931.

Rvsd Plan - 00005632
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

37. COVILLE, F. V. AND MAC DOUGAL, D. T.   Desert botanical laboratory of the Carnegie Institution.   Carnegie Inst. Wash., Publ. **6**: 1–58.   1903.
38. COX, C. F.   Alpine plant succession on James Peak, Colorado.   Ecol. Mono. **3**: 299–372.   1933.
39. DAUBENMIRE, R. F.   Merriam's life zones of North America.   Quart. Rev. Biol. **13**: 327–332.   1938.
40. ————.   Some ecologic features of the subterranean organs of alpine plants.   Ecology **22**: 370–379.   1941.
41. ————.   Soil temperature versus drought as factors determining the lower altitudinal limits of trees in the Rocky Mountains.   [Unpubl. ms.]
42. ————.   Observations on the epiphyllous lichens of northern Idaho.   Am. Midl. Nat. [In press]   1943.
43. ———— AND SLIPP, A. W.   Plant succession on talus slopes in northern Idaho as influenced by slope exposure.   Torrey Bot. Club, Bul. [In press]   1943.
44. DAY, M. W.   Snow damage to conifer plantations.   Quart. Bul. Mich. Agr. Exp. Sta. **23**: 97–98.   1940.
45. DUNNEWALD, T. J.   Grass and timber soils distribution in the Big Horn Mountains.   Jour. Am. Soc. Agron. **22**: 577–586.   1930.
46. ————.   Soil factors in germination of pine seeds.   Univ. Wy. Publ. Sci. **1**: 267–274.   1934.
47. DUTT, B. K. AND GUHA-THAKURTA, A.   Effect of reduced atmospheric pressure on the growth of plants.   Trans. Bose Res. Inst. **12**: 1–9. 1937.
48. EMERSON, F. W.   The tension zone between the gramma grass and piñon-juniper associations in northeastern New Mexico.   Ecology **13**: 347–358.   1932.
49. FAIRCHILD, D.   The world was my garden.   1938.
50. FETHEROLF, J. M.   Aspen as a permanent forest type.   Jour. For. **15**: 757–760.   1917.
51. FISHER, G. M.   Comparative germination of tree species on various kinds of surface-soil material in the western white pine type.   Ecology **16**: 606–611.   1935.
52. GADOW, H.   Altitude and distribution of plants in southern Mexico.   Jour. Linn. Soc. **38**: 429–440.   1909.
53. GARDNER, W. J.   Results of a Rocky Mountain forest fire studied 50 years after its occurrence.   Soc. Am. For., Proc. **1**: 102–109.   1905.
54. GOODDING, L. N.   An interesting area of limber pine extending into southwestern Nebraska.   Jour. For. **21**: 175–176.   1923.
55. GORDON, J. H.   Temperature survey of the Salt River Valley, Arizona.   Mo. Wea. Rev. **49**: 271–275.   1921.
56. GRAHAM, E. H.   Botanical studies in the Uinta Basin of Utah and Colorado.   Ann. Carnegie Mus. **26**: 1–432.   1937.
57. GRIGGS, R. F.   Timberlines in the northern Rocky Mountains.   Ecology **19**: 548–564.   1938.
58. HAIG, I. *et al.*   Natural regeneration in the western white pine type.   U. S. Dept. Agr., Tech. Bul. **767**: 1–99.   1941.
59. HANN, J.   Handbook of climatology.   1903.
60. HANSON, H. C.   A study of the vegetation of northeastern Arizona.   Univ. Neb. Studies **24**: 85–175.   1924.
61. HARSHBERGER, J. W.   Preliminary notes on American snow patches and their plants.   Ecology **10**: 275–281.   1929.
62. HART, F. C.   Precipitation and run-off in relation to altitude in the Rocky Mountain region.   Jour. For. **35**: 1005–1010.   1937.
63. HAYES, G. L.   Influence of altitude and aspect on daily variations in factors of forest-fire danger.   U. S. Dept. Agr., Cir. **591**: 1–39.   1941.
64. HEYBROCK, W.   The interval between tree and pasture lines and the position of their extremes.   Geogr. Rev. **24**: 444–452.   1934.

Rvsd Plan - 00005633
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

65. HOCKENSMITH, R. D. AND TUCKER, E.   The relation of elevation to the nitrogen content of grassland and forest soils in the Rocky Mountains of Colorado.   Soil Sci. **36**: 41–45.   1933.

66. HOLCH, A. E. *et al.*   Root habits of certain plants of the foothill and alpine belts of Rocky Mountain National Park.   Ecol. Mono. **11**: 327–345.   1941.

67. HOLM, T. H.   The vegetation of the alpine region of the Rocky Mountains in Colorado.   Mem. Nat. Acad. Sci. **19**: 1–45.   1927.

68. ————.   Contributions to the morphology, synonymy, and geographical distribution of arctic plants.   Rept. Can. Arctic Exped. 1913–18. 5 (Botany, Part B): 1–139.   1922.

69. HOPKINS, A. D.   Bioclimatics.   U. S. Dept. Agr., Misc. Publ. **280**: 1–188.   1938.

70. HOWELL, J.   Piñon and juniper woodlands of the southwest.   Jour. For. **39**: 542–545.   1941.

71. HUBERMAN, M. A.   The role of western white pine in forest succession in northern Idaho.   Ecology **16**: 137–151.   1935.

72. HUMPHREYS, W. J.   Physics of the air.   1929.

73. IVES, R. L.   Forest replacement rates in the Colorado headwaters area.   Torrey Bot. Club Bul. **68**: 407–408.   1941.

74. ————.   Colorado Front Range crest clouds and related phenomena.   Geogr. Rev. **31**: 23–45.   1941.

75. ————.   Atypical subalpine environments.   Ecology **23**: 89–97.   1942.

76. JENNY, H.   Soil organic matter-temperature relationships in the eastern United States.   Soil Sci. **31**: 247–252.   1931.

77. KENDEIGH, S. C.   A study of Merriam's temperature laws.   Wilson Bul. **44**: 129–143.   1932.

78. KIENER, W.   Unisexual limber pines.   Science **82**: 193.   1935.

79. KORSTIAN, C. F.   Growth on cut-over and virgin western yellow pine lands in central Idaho.   Jour. Agr. Res. **28**: 1139–1148.   1924.

80. ———— AND BAKER, F. S.   Precipitation as a factor limiting the distribution of *Pinus ponderosa scopulorum*.   Jour. Ecol. **6**: 96. 1918.

81. ———— *et al.*   A chlorosis of conifers corrected by spraying with ferrous sulphate.   Jour. Agr. Res. **21**: 153–171.   1921.

82. ———— AND FETHEROLF, N. J.   Control of stem girdle of spruce transplants caused by excessive heat.   Phytopath. **11**: 485–490.   1921.

83. KRAUCH, H.   Some factors influencing Douglas fir reproduction in the southwest.   Jour. For. **34**: 601–608.   1936.

84. LARSEN, J. A.   Fires and forest succession in the Bitterroot Mountains of northern Idaho.   Ecology **11**: 631–672.   1930.

85. ————.   Forest types of the northern Rocky Mountains and their climatic controls.   Ecology **11**: 631–672.   1930.

86. LEOPOLD, A.   Grass, brush, timber, and fire in southern Arizona.   Jour. For. **22**: 1–10.   1924.

87. LINNEY, C. E. *et al.*   Climate as it affects crops and ranges in New Mexico.   New Mex. Agr. Exp. Sta. Bul. **182**: 1–83.   1930.

88. LITTLE, E. L., JR.   Alpine flora of San Francisco Mountain, Arizona.   Madrono **6**: 65–81.   1941.

89. LOWDERMILK, W. C.   Factors affecting reproduction of Engelmann spruce.   Jour. Agr. Res. **30**: 995–1009.   1925.

90. LOWELL, P.   The sun is dominant.   The Century **75**: 731–743.   1908.

91. MACDOUGAL, D. T.   The reactions of plants to new habitats.   Ecology **2**: 1–20.   1921.

92. MCINTOSH, A. C.   A botanical survey of the Black Hills of South Dakota.   Black Hills Engr. **19**: 159–276.   1931.

93. MACMILLAN, C.   Notes on some British Columbian dwarf trees.   Bot. Gaz. **38**: 379–381.   1904.

Rvsd Plan - 00005634
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

94. MARSHALL, R.  The life history of some western white pine stands on the Kaniksu National Forest.  Northw. Sci. **2**: 48–53.  1928.

95. MAURER, J.  Bodentemperatur und Sonnenstrahlung in den Schweizer Alpen.  Meteor. Zeits. **33**: 193–199.  1916.

96. MERRIAM, C. H.  Results of a biological survey of the San Francisco Mountain region and the desert of the Little Colorado, Arizona. U. S. Dept. Agr., No. Am. Fauna **3**: 1–136.  1890.

97. ——————.  Life zones and crop zones of the United States.  U. S. Dept. Agr., Biol. Surv. Bul. **10**: 9–79.  1889.

98. ——————.  Results of a biological reconnaissance of south-central Idaho.  U. S. Dept. Agr., No. Am. Fauna **5**: 1–127.  1891.

99. MILHAM, W. I.  Meteorology.  1918.

100. MILLER, E. C.  Plant physiology.  1938.

101. MILLER, F. H.  Reclamation of grasslands by Utah juniper on the Tusayan National Forest, Arizona.  Jour. For. **19**: 647–651.  1921.

102. MUNGER, T. T.  Replacement of yellow pine by lodgepole pine on the pumice soils of central Oregon.  Soc. Am. For., Proc. **9**: 396–406. 1914.

103. ——————.  Western yellow pine in Oregon.  U. S. Dept. Agr., Bul. 418: 1–48.  1917.

104. NICHOL, A. A.  The natural vegetation of Arizona.  Ariz. Agr. Exp. Sta., Tech. Bul. 68: 181–222.  1937.

105. PEARSON, G. A.  The role of aspen in the reforestation of mountain burns in Arizona and New Mexico.  Plant World **17**: 249–260. 1914.

106. ——————.  A meteorological study of parks and timbered areas in the western yellow pine forests of Arizona and New Mexico.  Mo. Wea. Rev. **41**: 1615–1629.  1914.

107. ——————.  Natural reproduction of western yellow pine in the southwest.  U. S. Dept. Agr., Bul. 1105: 1–144.  1923.

108. ——————.  Studies in transpiration of coniferous tree seedlings. Ecology **5**: 340–347.  1924.

109. ——————.  Forest types in the southwest as determined by climate and soil.  U. S. Dept. Agr., Tech. Bul. 247: 1–143.  1931.

110. ——————.  Herbaceous vegetation as a factor in the natural regeneration of ponderosa pine in the southwest.  Ecol. Mono. **12**: 315–338. 1942.

111. PEATTIE, R.  Mountain geography; A critique and field study.  1936.

112. PENLAND, C. W. T.  The alpine vegetation of the southern Rockies and the Ecuadorean Andes.  Colo. College Publ., Study Ser. **32**: 1–30. 1941.

113. PHILLIPS, F. J.  A study of piñon pine.  Bot. Gaz. **48**: 216–223.  1909.

114. ——————.  Two sprouting conifers of the southwest.  Bot. Gaz. **51**: 385–390.  1911.

115. PICKFORD, G. D. AND REID, E. H.  Guides to determine range condition and proper use of mountain meadows in eastern Oregon.  Pacific Northw. For. & Range Exp. Sta., Range Res. Rept. 3: 1–21.  1942.

116. —————— AND ——————.  Basis for judging subalpine grassland ranges of Oregon and Washington.  U. S. Dept. Agr., Cir. 655: 1–37.  1942.

117. PRESTON, R. J.  Rocky Mountain trees.  pp. 285.  1940.

118. PRICE, R. AND EVANS, R. B.  Climate of the west front of the Wasatch Plateau in central Utah.  Mo. Wea. Rev. **65**: 291–301.  1937.

119. RABER, O.  Water utilization by trees, with special reference to the economic forest species of the north temperate zone.  U. S. Dept. Agr., Misc. Publ. 257: 1–97.  1937.

120. RAMALEY, F.  Botany of northeastern Larimer County, Colorado. Univ. Colo. Studies **5**: 119–131.  1908.

121. ——————. . Dry grassland of a high mountain park in northern Colorado.  Plant World **19**: 249–260.  1916.

Rvsd Plan - 00005635

This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

122. ————. Xerophytic grasslands at different altitudes in Colorado. Torrey Bot. Club Bul. **46** : 37–52. 1919.
123. ————. Vegetation of chaparral-covered foothills southwest of Denver, Colorado. Univ. Colo. Studies **18** : 231–237. 1931.
124. RASMUSSEN, D. I. Biotic communities of Kaibab Plateau, Arizona. Ecol. Mono. **11** : 229–275. 1941.
125. RAUP, H. M. Phytogeographic studies in the Peace and upper Laird River regions, Canada, with a catalogue of the vascular plants. Contr. Arn. Arb. **6** : 1–230. 1934.
126. REED, E. L. Meadow vegetation in the montane region of northern Colorado. Torrey Bot. Club Bul. **44** : 97–109. 1917.
127. REITZ, L. P. Crop regions in Montana as related to environmental factors. Mont. Agr. Exp. Sta. Bul. 340 : 1–84. 1937.
128. ROBBINS, W. W. Native vegetation and climate of Colorado in their relation to agriculture. Colo. Agr. Exp. Sta., Bul. 224 : 1–56. 1917.
129. ————. Successions of vegetation in Boulder Park, Colorado. Bot. Gaz. **65** : 493–525. 1918.
130. ROESER, J., JR. A study of Douglas fir reproduction under various cutting methods. Jour. Agr. Res. **28** : 1233–1242. 1924.
131. RYDBERG, P. A. Phytogeographical notes on the Rocky Mountain region. I. Alpine region. Torrey Bot. Club, Bul. **40** : 677–686. 1913.
132. ————. Phytogeographical notes on the Rocky Mountain region. II. Origin of the alpine flora. Torrey Bot. Club, Bul. **41** : 89–103. 1914.
133. ————. Phytogeographical notes on the Rocky Mountain region. III. Formations in the alpine zone. Torrey Bot. Club, Bul. **41** : 459–482. 1914.
134. ————. Phytogeographical notes on the Rocky Mountain region. IV. Forests of the subalpine and montane zones. Torrey Bot. Club, Bul. **42** : 11–25. 1915.
135. ————. Phytogeographical notes on the Rocky Mountain region. V. Grasslands of the subalpine and montane zones. Torrey Bot. Club, Bul. **42** : 629–642. 1915.
136. ————. Phytogeographical notes on the Rocky Mountain region. VI. Distribution of the subalpine plants. Torrey Bot. Club, Bul. **43** : 343–364. 1916.
137. ————. Vegetative life zones of the Rocky Mountain region. N. Y. Bot. Gard., Mem. **6** : 477–499. 1916.
138. ————. Flora of the Rocky Mountains and adjacent plains. 1917.
139. ————. Phytogeographical notes on the Rocky Mountain region. VII. Formations in the subalpine zone. Torrey Bot. Club, Bul. **44** : 431–454. 1917.
140. SAMPSON, A. W. The stability of aspen as a type. Soc. Amer. For., Proc. **11** : 86–87. 1916.
141. ————. Climate and plant growth in certain vegetative associations. U. S. Dept. Agr., Bul. 700 : 1–72. 1918.
142. SANDERS, E. M. The natural regions of Mexico. Geogr. Rev. **11** : 212–226. 1921.
143. SHANTZ, H. L. A study of the vegetation of the mesa region east of Pike's Peak. Bot. Gaz. **42** : 16–47 ; 179–207. 1906.
144. SHAW, C. H. Vegetation and altitude. Am. Nat. **43** : 420–431. 1909.
145. ————. The causes of timber line on mountains ; the role of snow. Plant World **12** : 169–181. 1909.
146. ————. The vegetation of the Selkirks. Bot. Gaz. **61** : 477–494. 1916.
147. SHELFORD, V. E. Life zones, modern ecology, and the failure of temperature summing. Wilson Bul. **44** : 144–157. 1932.
148. SHIRLEY, H. L. Light as an ecological factor and its measurement. Bot. Rev. **1** : 355–381. 1935.

Rvsd Plan - 00005636
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

149. SHREVE, F.   The influence of low temperatures on the distribution of the giant cactus. Plant World 14: 136–146. 1911.
150. ————. Cold air drainage. Plant World 15: 110–115. 1912.
151. ————. The vegetation of a desert mountain range as conditioned by climatic factors. Carnegie Inst. Wash., Publ. 217: 1–112. 1915.
152. ————. A comparison of the vegetational features of two desert mountain ranges. Plant World 22: 291–307. 1919.
153. ————. Indirect factors influencing the vertical distribution of vegetation. Carnegie Inst. Wash., Yearbook 21: 64–65. 1922.
154. ————. Soil temperature as influenced by altitude and slope exposure. Ecology 5: 128–136. 1924.
155. ————. Physical conditions in sun and shade. Ecology 12: 96–104. 1931.
156. ————. [Personal correspondence. 1942.]
157. SPERRY, O. E.   A study of the growth, transpiration and distribution of the conifers of the Rocky Mountain National Park. Torrey Bot. Club, Bul. 63: 75–103. 1936.
158. STAHELIN, R.   Factors influencing the natural restocking of high altitude burns by coniferous trees in the central Rocky Mountains. Ecology 24: 19–30. 1943.
159. STANDLEY, P. C.   Vegetation of the Brazos Canyon, New Mexico. Plant World 18: 179–191. 1915.
160. STOECKLER, J. H. AND BATES, C. G.   Shelterbelts: the advantages of porous soils for trees. Jour. For. 37: 205–221. 1939.
161. TURNAGE, W. V. AND MALLERY, T. D.   An analysis of rainfall in the Sonoran desert and adjacent territory. Carnegie Inst. Wash., Publ. 529: 1–45. 1941.
162. VAN CLEEF, E.   Is there a type of storm path? Mo. Wea. Rev. 36: 56–58. 1908.
163. VESTAL, A. G.   Foothills vegetation in the Colorado Front Range. Bot. Gaz. 44: 353–385. 1917.
164. WATSON, J. R.   Plant geography of north central New Mexico. Bot. Gaz. 54: 194–217. 1912.
165. WEAVER, J. E.   A study of the vegetation of southeastern Washington and adjacent Idaho. Univ. Neb. Studies 17: 1–114. 1917.
166. WEIDMAN, R. H.   Evidences of racial influence in a 25-year test of ponderosa pine. Jour. Agr. Res. 59: 855–888. 1939.
167. ————. Forest succession as a basis of the sylviculture of western yellow pine. Jour. For. 19: 877–885. 1921.
168. WEIR, J. R.   Notes on the altitudinal range of forest fungi. Mycologia 10: 4–14. 1918.
169. WHITFIELD, C. J.   Ecological aspects of transpiration. I. Pike's Peak region: climatic aspects. Bot. Gaz. 93: 436–452. 1932.
170. ————. The ecology of the vegetation of the Pike's Peak region. Ecol. Mono. 3: 75–105. 1933.
171. WHITFORD, H. N.   The forests of Flathead Valley, Montana. Bot. Gaz. 39: 99–122, 194–218, 276–296. 1905.
172. WILDE, S. A. AND WHITE, D. P.   Damping off as a factor in the natural distribution of pine species. Phytopath. 29: 367–369. 1939.
173. WOOLSEY, T. S.   Western yellow pine in Arizona and New Mexico. U. S. Dept. Agr., Bul. 101: 1–33. 1911.
174. ZON, R.   Forests. In U. S. Dept. Agr. Atlas of Amer. Agr. I (E): 1–29. 1924.
175. ————. Effect of source of seed upon the growth of Douglas fir. Forestry Quart. 11: 499–502. 1913.

Rvsd Plan - 00005637
This content downloaded from 150.131.192.151 on Tue, 19 Dec 2017 19:10:19 UTC
All use subject to http://about.jstor.org/terms

# BREVIA

# Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk

D. C. Donato,[1]* J. B. Fontaine,[2] J. L. Campbell,[1] W. D. Robinson,[2] J. B. Kauffman,[3] B. E. Law[1]

Recent increases in wildfire activity in the United States have intensified controversies surrounding the management of public forests after large fires (1). The view that postfire (salvage) logging diminishes fire risk via fuel reduction and that forests will not adequately regenerate without intervention, including logging and planting, is widely held and commonly cited (2). An alternate view maintains that postfire logging is detrimental to long-term forest development, wildlife habitat, and other ecosystem functions (1). Scientific data directly informing this debate are lacking.

Here we present data from a study of early conifer regeneration and fuel loads after the 2002 Biscuit Fire, Oregon, USA, with and without postfire logging. Because of the fire's size (~200,000 ha), historic reforestation difficulties in the region (3), and an ambitious postfire logging proposal, the Biscuit Fire has become a national icon of postfire management issues. We used a spatially nested design of logged and unlogged plots replicated across the fire area and sampled before (2004) and after (2005) logging (4).

Natural conifer regeneration on sites that experienced high-severity fire was variable but generally abundant, with a median stocking density of 767 seedlings per hectare, primarily of Douglas fir (*Pseudotsuga menziesii*) (Fig. 1A). Such density exceeds the regional standards for fully stocked sites, suggesting that active reforestation efforts may be unnec-

essary. Postfire logging subsequently reduced regeneration by 71% to 224 seedlings per hectare (Fig. 1A) due to soil disturbance and physical burial by woody material during logging operations. Thus, if postfire logging is conducted in part to facilitate reforestation, replanting could result in no net gain in early conifer establishment.

Postfire logging significantly increased both fine and coarse downed woody fuel loads (Fig. 1B). This wood was composed of unmerchantable material (e.g., branches), and far exceeded expectations for fuel loads generated by postfire logging (4, 5). In terms of short-term fire risk, a reburn in logged stands would likely exhibit elevated rates of fire spread, fireline intensity, and soil heating impacts (6).

Postfire logging alone was notably incongruent with fuel reduction goals. Fuel reduction treatments (prescribed burning or mechanical removal) are frequently intended

after postfire logging, including in the Biscuit plan, but resources to complete them are often limited (7). Our study underscores that, after logging, the mitigation of short-term fire risk is not possible without subsequent fuel reduction treatments. However, implementing these treatments is also problematic. Mechanical removal is generally precluded by its expense, leaving prescribed burning as the most feasible method. This will result in additional seedling mortality and potentially severe soil impacts caused by long-duration combustion of logging-generated fuel loads. Therefore, the lowest fire risk strategy may be to leave dead trees standing as long as possible (where they are less available to surface flames), allowing for aerial decay and slow, episodic input to surface fuel loads over decades.

Our data show that postfire logging, by removing naturally seeded conifers and increasing surface fuel loads, can be counterproductive to goals of forest regeneration and fuel reduction. In addition, forest regeneration is not necessarily in crisis across all burned forest landscapes.



**Fig. 1. (A)** Natural conifer regeneration and **(B)** surface woody fuel loads before and after postfire logging of the Biscuit Fire, Oregon, USA. **(A)** shows that regeneration was abundant after the fire. Postfire logging significantly reduced seedling densities ($P < 0.01$, Wilcoxon signed rank test) from 767 seedlings per hectare to 224 seedlings per hectare. **(B)** shows that postfire logging significantly increased downed fine ($P < 0.01$) and coarse ($P < 0.05$) woody fuel loads (Mg ha$^{-1}$) relative to burn-only fuel loads by Wilcoxon signed rank test. To provide context, fuel data from unburned stands are shown as reference for prefire conditions (fuel loads in burn-logged stands were at or well above prefire levels). Graphs of seedling densities and fine (≤7.62 cm) and coarse (>7.62 cm) surface woody fuels are medians ± SE; sample size $n = 8$ stands for no burn, $n = 9$ for burn-only and burn-logged (4).

**References and Notes**

1. D. B. Lindenmayer et al., *Science* 303, 1303 (2004).
2. J. Sessions, P. Bettinger, R. Buckman, M. Newton, J. Hamann, *J. For.* 102, 38 (2004).
3. S. D. Tesch, S. D. Hobbs, *West. J. Appl. For.* 4, 89 (1989).
4. Materials and methods are available as supporting material on Science Online.
5. Timber decay associated with delays in postfire logging was anticipated to exacerbate the observed pulse of surface fuel. However, our data indicate that delay was responsible for ~10% of the woody fuel present after logging.
6. J. K. Agee, *Fire Ecology of Pacific Northwest Forests* (Island Press, Washington, DC, 1993).
7. R. W. Gorte, "Forest Fires and Forest Health" *Congressional Research Service* (Publication 95-511, 1996).
8. This work was supported by the Joint Fire Science Program and DOE grant DE-FG02-04ER63917. We thank field technicians and the Siskiyou National Forest.

**Supporting Online Material**
www.sciencemag.org/cgi/content/full/1122855/DC1
Materials and Methods
SOM Text
References and Notes

21 November 2005; accepted 21 December 2005
Published online 5 January 2006;
10.1126/science.1122855
Include this information when citing this paper.

[1]Department of Forest Science, [2]Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR 97331, USA. [3]Institute of Pacific Islands Forestry, U.S. Department of Agriculture Forest Service, Pacific Southwest Research Station, 60 Nowelo Street, Hilo, HI 96720, USA.

*To whom correspondence should be addressed. E-mail: dan.donato@oregonstate.edu

Rvsd Plan - 00005638

Corrected 10 January 2005; see page 4 for details.



www.sciencemag.org/cgi/content/full/1122855/DC1

# Supporting Online Material for

## Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk

D. C. Donato,* J. B. Fontaine, J. L. Campbell, W. D. Robinson, J. B. Kauffman, B. E. Law

*To whom correspondence should be addressed. E-mail: dan.donato@oregonstate.edu

Published 5 January 2006 on *Science* Express
DOI: 10.1126/science.1122855

**This PDF file includes:**

Materials and Methods
SOM Text
References and Notes

Rvsd Plan - 00005639

*Supporting Online Material*

## Abstract

We present data from a study of early conifer regeneration and fuel loads following the 2002 Biscuit Fire, Oregon, USA, with and without postfire logging.  Natural conifer regeneration was abundant after high-severity fire.  Postfire logging reduced median regeneration density by 71%, significantly increased downed woody fuel loads, and thus short-term fire risk.  Postfire logging can be counterproductive to the goals of forest regeneration and fuel reduction.

## Materials and Methods

We used a before-after/control-intervention (BACI) design to capitalize on pre- (2004) and post-(2005) treatment data and to account for interannual variation in responses. While the Biscuit Fire area includes a broad range of biophysical conditions, this study focused on stand types relevant to postfire logging: mature mixed-conifer stands that experienced high severity fire (>95% overstory tree mortality).  Sampled burn stands were spatially nested within "sites," defined by proximity (500-1000 m) and similar topographic/soil characteristics, and measured before logging.  The five sites were separated by $\geq$3 km.  Stands were sampled using one-hectare plots that included four systematically-placed 75-m transects for downed wood using the planar intercept method (*S1*); conifer seedlings were concurrently sampled in four 75-m x 1-m belt transects.  In each site, logging occurred in some but not all stands; selection was determined largely by land-use designations and socio-political influences rather than ecological boundaries. All stands were re-measured after logging.  Unburned mature forest stands with similar stand characteristics and adjacent to the fire area were sampled as a reference only for pre-fire conditions.  Nonparametric statistical tools (Wilcoxon signed rank tests, rank sum tests) were used for comparisons.  Analyses for effect of logging were carried out using paired tests of pre- and post-treatment data for logged stands only.  Time and space effects were assessed by comparing data from unlogged stands through time and against data from logged stands.  Logged and unlogged stands were not significantly different prior to treatment (p>0.10 by rank sum test), and unlogged stands did not change significantly between years (p>0.10 by Wilcoxon signed rank test).  Standard errors (SE) for graphical presentation were computed by back-transforming log scale mean SE.

## Supporting Text

It has been thought that any pulse of unmerchantable woody materials on the ground resulting from postfire logging would be negligible due to consumption of fine materials in the initial fire (*S2*).  However, our measurements show that <10% of woody biomass was consumed in the Biscuit Fire.  In addition, a key difference between postfire logging and green tree harvest is that merchantable wood volume is generally lower in fire-killed

trees due to burning, desiccation, decay, and lack of "crown sail" to lessen impact during falling.  This difference results in comparatively high levels of unmerchantable large woody material left on the ground.  Administrative delays in postfire planning can exacerbate decay levels, but in the case of the Biscuit Fire, logging commenced 2 years after fire at which time decay has been found to affect only ~10-15% of merchantable wood volume in this region (*S3*).  Thus the difference in merchantability is not solely due to time since fire and is partly intrinsic to any dead-tree harvest.

While our data show postfire logging increased short-term fire risk, it has been suggested that overall removal of woody material by logging reduces longer-term fire risk (*S2*).  This hypothesis merits study.  An important consideration is that contribution of woody fuel loads to potential fire behavior can be especially important during early stages of forest development, when low-profile vegetation structure renders stands more prone to mortality from fire (*S4*).  If postfire logging would achieve longer-term fuels reduction, it would do so in intermediate-aged stands in which susceptibility is lower, while compounding higher risk in young stands.

**Supporting References and Notes**

S1.   M. E. Harmon, J. Sexton, *Guidelines for Measurements of Woody Detritus in Forest Ecosystems* (U.S. LTER Pub. Num. 20, 1996).
S2.   J. D. McIver, L. Starr, *W. J. Appl. For.* **16**, 159 (2001).
S3.   E. C. Lowell, J. M. Cahill, *W. J. Appl. For.* **11**, 125 (1996).
S4.   C. P. Weatherspoon, C. N. Skinner, *For. Sci.* **41**, 430 (1995).

The abstract was edited to remove mention of the pending legislation.

# TECHNICAL COMMENT

# Comment on "Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk"

M. Newton,[1] S. Fitzgerald,[2] R. R. Rose,[1] P. W. Adams,[3] S. D. Tesch,[3] J. Sessions,[3]* T. Atzet,[4] R. F. Powers,[5] C. Skinner[5]

Donato *et al.* (Brevia, 20 January 2006, p. 352) concluded that logging after wildfire kills natural regeneration and increases fire risk. We argue that their paper lacks adequate context and supporting information to be clearly interpreted by scientists, resource managers, policy-makers, and the public.

**D**onato *et al.* (*1*) recently concluded that logging 2 to 3 years after wildfire kills natural regeneration and increases fire risk. The research may make a valuable contribution, but the study lacks adequate context and supporting information to be clearly interpreted. Here, we discuss the paper's methods and conclusions in the context of relevant management objectives and the forestry knowledge base concerning natural regeneration processes, mortality from logging, and fuel accumulations in southwestern Oregon and northwestern California.

Donato *et al.* (*1*) made inferences about natural regeneration processes, mortality from logging, and fuel accumulations without presenting key information regarding (i) agency postfire management directives for reforestation or downed wood levels (*2*), (ii) implications of delays in postfire plan implementation, or (iii) important environmental and disturbance descriptors such as plant associations, fire intensity, seed tree proximity, and weather patterns. Results from their study cannot be readily extrapolated because it was a short-term observational study of site-specific forest operations governed by agency management objectives. Other management plans, operations, or conditions could yield different results (*3*). In the case of the 2002 Biscuit Fire, logging was postponed for 2 years, allowing more seeds to germinate and increasing seedling exposure to injury during logging (*4*).

Donato *et al.* cite a lack of scientific data regarding the management of public forests after large fires. However, it should be noted that conifer reforestation (planted and natural) and vegetation ecology have been widely studied in the region. Studies show variable responses

with plant association, competing vegetation, local climate, soils, and other factors (*5*, *6*). Hobbs *et al.* (*5*) provide a synthesis of 13 years of research in southern Oregon and northern California. Fewer studies have examined reforestation after wildfire, especially over longer periods (*4*, *7–9*), but damage to natural regeneration after delayed salvage logging was reported more than 50 years ago (*4*, *8*).

Donato *et al.* (*1*) reported that natural conifer regeneration on sites affected by the Biscuit Fire was common, without also describing proximity to recent seed crops, weather, and competing vegetation, and further suggested that planting may be unnecessary to achieve some reforestation goals. Caution is urged when projecting forest development from such early conifer survival results. Competing vegetation can develop rapidly after disturbance in this region and can dramatically affect small conifer seedling survival and growth (*5–7*). Agency reforestation objectives were to establish a minimum number of suitable conifer trees in "free to grow" condition (*2*). Given the documented competitiveness of shrubs and hardwoods, as well as the historical variability in natural regeneration success, federal managers specified tree planting after salvage to better ensure the desired density and distribution of conifers (*2*). Artificial reforestation practices are science-based and well tested in southwestern Oregon and northwestern California (*3*, *5*, *7*). Performance of planted seedlings also commonly exceeds that of natural seedlings, which will assist in achieving some objectives (*5*, *7*, *10*).

It is also inappropriate to compare the 1- to 2-year-old seedling density measured in (*1*) with "free to grow" stocking standards prescribed under state regulations (*11*) and federal fire-recovery goals (*2*). Such standards are always defined at an older age or larger size after early seedling mortality stabilizes. Related protocols for conducting stocking surveys are designed to estimate both seedling density and distribution (*12*). The belt transects used by Donato *et al.* (*1*) also differ from systematic plot grids widely

used in forestry stocking surveys to determine the "number of well-distributed trees per unit area." Therefore, their reported results cannot be directly compared with regional stocking standards (*2*, *11*, *12*), because there is no indication of spatial distribution.

We also note that the term "logging" used in (*1*) is not adequately descriptive (*13*). Logging prescriptions provide a flexible silvicultural tool with capabilities and impacts that vary by equipment, management objectives, and site-specific conditions (*4*, *5*). Seedling protection was not prescribed in the postfire harvests studied in (*1*) because prompt salvage and subsequent planting were planned (*2*). Logging plans can be designed to limit damage to seedlings when desirable (*4*, *5*). Notably, the seedling damage reported by Donato *et al.* cannot be extrapolated without improved descriptions of the logging or follow-up slash treatments (*5*, *7*, *13*).

Turning to the data presented on fuel loads after the Biscuit Fire, Donato *et al.* reported increased "fire risk" as a consequence of increased downed woody fuels. However, what they actually assessed was fuel quantity in two fuel size classes. Moreover, they did not describe fuel continuity, a major factor contributing to fire behavior, nor did they present approximate differences in projected fire behavior, which can be determined using standard fire models (*14*, *15*). Conclusions suggesting that future fire hazard is less from deteriorating standing trees than from observed postlogging slash are unsupported speculation as presented. Management directives specifically included leaving logging slash for soil protection and wildlife habitat in areas deficient in downed wood as a function of plant association, topographic aspect, and fire intensity (*2*). On some sites, the observed increases in slash after logging may have been an intended result of the prescriptions, but Donato *et al.* provide insufficient information to discern this.

We believe the Donato *et al.* paper (*1*) could have better informed the discussion of this complex topic for all audiences with a more accurate title, use of standard forestry protocols, more complete disclosures of methods and management objectives, and less speculation beyond the presented data. If the authors were constrained by print space limitations, we urge them to use alternative mechanisms to disclose details critical to understanding and interpreting their results.

### References

1. D. C. Donato *et al.*, *Science* **311**, 352 (2006).
2. USDA Forest Service, *Biscuit Fire Final Environmental Impact Statement*, Appendix D (reforestation), Appendix G (dead wood management) (USDA Forest Service, Grants Pass, OR, 2004) www.fs.fed.us/r6/rogue-siskiyou/biscuit-fire/feis.
3. J. Sessions, P. Bettinger, R. Buckman, M. Newton, J. Hamann, *J. Forestry* **102**, 38 (2004).
4. D. F. Roy, *Salvage Logging May Destroy Douglas-Fir Reproduction: USFS California Forest and Range Exp. Stn. Research Note 107* (U.S. Forest Service, Berkeley, CA, 1956).

[1]Department of Forest Science, [2]Department of Forest Resources, [3]Department of Forest Engineering, Oregon State University, Corvallis, OR 97331, USA. [4]Atzet Ecological Consulting, Grants Pass, OR 97528, USA. [5]Pacific Southwest Research Station, Redding, CA 96002, USA.

*To whom correspondence should be addressed. E-mail: john.sessions@oregonstate.edu

Rvsd Plan - 00005643

5. S. D. Hobbs *et al.*, Eds. *Reforestation Practices in Southwestern Oregon and Northern California* (Oregon State University Forest Research Laboratory, Corvallis, OR, 1992).

6. J. K. Agee, *Fire Ecology of Pacific Northwest Forests* (Island Press, Washington, DC, 1993).

7. J. C. Stuart, M. C. Grifantini, L. Fox III, *For. Sci.* **39**, 561 (1993).

8. L. Isaac, *J. Forestry* **21**, 492 (1930).

9. R. Everett *et al.*, *Int. J. Wildland Fire* **9**, 223 (1999).

10. W. D. Shepperd, C. B. Edminster, S. A. Mata, *West. J. Appl. For.* **21**, 19 (2006).

11. Oregon Department of Forestry, *Oregon Forest Practices Administrative Rules and Abridged Forest Practices Act*, March 2004.

12. U.S. Department of the Interior Bureau of Land Management, Oregon State Office, *Regeneration Stocking Surveys Handbook*, H-5705-1, 2003, Release 5-249 (USDI BLM, Portland, OR, 2003).

13. J. D. McIver, L. Starr, *West. J. Appl. For.* **16**, 159 (2001).

14. K. Brown, E. D. Reinhardt, K. A. Kramer, 2003, *Coarse Woody Debris: Managing Benefits and Fire Hazard in the Recovering Forest* (USDA Forest Service, Rocky Mt. For. Res. Sta. RMRS-GTR-105, Missoula, MT, 2003).

15. R. C. Rothermel, *How to Predict the Spread and Intensity of Forest and Range Fires* (USDA Forest Service, Intermountain Research Station, Ogden, UT, 1983).

21 February 2006; accepted 6 July 2006
10.1126/science.1126478

Rvsd Plan - 00005644

TECHNICAL COMMENT

# Comment on "Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk"

B. N. Baird

Based on limited sampling 2 years after the 2002 Biscuit Fire in Oregon, Donato et al. (Brevia, 20 January 2006, p. 352) concluded that postfire logging reduced seedling regeneration by 71%. Analysis of the study methodology and raw data suggest that this estimate is statistically flawed and misleading and says nothing about the impacts of more prompt postfire harvest.

Donato et al. (1) reported results from small sections of forest studied 2 years after the 200,000-ha 2002 Biscuit Fire in central Oregon. They cited data collected over a 1-year interval comparing conifer seedling survival and woody debris remaining before and after logging and in control sites that were left unharvested. Based on this limited spatial and temporal snapshot, the authors offered a quantitative estimate of the effects of salvage logging that is potentially misleading and statistically unsound. Their conclusions also fail to consider the potential beneficial or adverse effects of harvest conducted much more promptly after fire, a practice that is commonplace on lands throughout the Pacific Northwest.

Donato et al. reported that postfire logging reduced seedling regeneration by 71%, but the

methods they used to arrive at this figure are questionable. Close inspection of the raw data [see table 1 in (2)] reveals that Donato et al. arrived at their 71% figure by comparing preharvest values from one plot with postharvest values obtained in a completely different plot. Absent other information about plot selection or characteristics, it is inappropriate to compare pre- and postharvest values from different plots and attribute causation entirely to logging or to suggest that this one comparison is indicative of logging effects in general. The validity of the 71% figure is further vitiated by the broad range of percent changes in seedling survival across both logged and unlogged plots [table 1 in (2)]. In five of the seven unlogged sites, substantial seedling loss, as great as 56%, occurred, perhaps due to factors such as heat mortality or grazing. Thus, even when pre- and posttreatment measures are assessed for the same plots, it is misleading to attribute the entirety of seedling reductions

observed over a 1-year period to harvest alone, because some mortality would likely have occurred in the absence of harvest.

There are also questions about the appropriateness of the statistical tests employed in this study. Donato et al. tested the significance of their results using the Wilcoxon signed rank test. In doing so, they failed to use a multivariate, repeated measures statistical procedure when they have clearly followed a multivariate research design. By using two or more univariate tests, the Donato et al. analysis erroneously inflates the error rate. When a more appropriate Between-Within Repeated Measures Analysis of Variance is performed comparing condition (i.e., unlogged versus logged) by time, the results fail to achieve significance

Although there are a number of ways the data presented in (1) could be analyzed, Donato et al. drew their conclusions based on very small data sets assembled over a short period of time and using methodologies that cannot sustain the sorts of causal statements made by the authors. Assessments about the ecological importance of postfire logging based on such limited sampling and narrow study design should therefore be considered with due caution. Furthermore, results of this study should not be used to make broad inferences about the impacts of other postfire harvest practices on forest health and recovery.

### References

1. D. C. Donato et al., Science 311, 352 (2006).
2. D. C. Donato et al., Science 313, 615 (2006); www.sciencemag.org/cgi/content/full/313/5787/615c.

15 March 2006; accepted 6 July 2006
10.1126/science.1127481

U.S. House of Representatives, 1421 Longworth House Office Building, Washington, DC 20515, USA.

Rvsd Plan - 00005645

# TECHNICAL COMMENT

# Response to Comments on "Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk"

D. C. Donato,[1]* J. B. Fontaine,[2] J. L. Campbell,[1] W. D. Robinson,[2] J. B. Kauffman,[3] B. E. Law[1]

We reported that postfire logging 2 to 3 years after the 2002 Biscuit Fire was associated with significant mortality in natural conifer regeneration and elevated potential fire behavior in the short term as a result of increased surface fuel loads. We underscore the strength of our study design and statistical conclusions, provide additional details of the research setting and scope, and address comments pertinent to forest development and fire ecology.

Although Newton *et al.* (1) and Baird (2) provide no compelling evidence to refute our findings, we are pleased with the opportunity for dialogue and to expand on our article (3). We respond by underscoring the strength of our study design, providing additional details of the research setting and scope, and addressing comments pertinent to forest development and fire ecology.

**Study background.** We reported that postfire logging (salvage) 2 to 3 years after the 2002 Biscuit Fire was associated with significant mortality in natural conifer regeneration and elevated potential fire behavior in the short term due to increased surface fuel loads (3). Our study design has robust inferential power (4), and the data strongly support these straightforward conclusions, as verified by independent statistical evaluations (5, 6).

Our scope of inference (3) is the salvage of the Biscuit Fire [see (4) for study details]. Areas sampled were typical of portions of the Biscuit Fire designated for salvage (4). Responses to postfire logging may vary between and within fires, forest types, and technique/timing of logging. Similar patterns of seedling damage/reduction resulting from postfire logging operations have been documented across a range of conditions (7–11), which may be because postfire logging is often conducted under the presumption of negligible natural regeneration and is therefore not designed to protect it. The logging techniques on which we reported (handfelling with helicopter yarding >2 years postfire) occur on public lands throughout the western United States.

The hypothesis that prompt postfire logging could have different effects merits study. Currently, there are no data comparing effects of

early versus delayed logging operations (12) and, to date, the few relevant studies of prompt postfire logging have also reported reductions in seedling densities (7, 8). More field data are needed to elucidate the range of potential effects under different conditions and prescriptions.

Short-term data from well-designed studies, such as (3), are important in providing benchmarks for long-term studies and isolating the mechanisms through which management affects forest processes. To date, the few longer term studies of postfire logging (13) have been confounded by multiple postfire treatments (e.g., logging, fuel treatment, replanting). A review of postfire management studies (12) states, "when treatments involve logging as well as other site preparation measures, it is impossible to distinguish the specific causative factor behind any observed vegetation change." We maintain that research on postdisturbance management effects will be most valuable when each treatment is studied as a distinct variable [e.g., (3, 14)].

**Early regeneration.** Although various reforestation practices after live tree harvest in southwest Oregon have been well studied (1, 15), natural post-wildfire regeneration remains far less studied in the region. Postfire conditions differ substantially from conditions following live tree harvest in several important ways [e.g., (16, 17)], including seedbed qualities, legacy structure, and stress seed crops. Thus, we caution against extrapolating knowledge from postharvest studies to natural post-wildfire regeneration.

Early regeneration data provide insight into important processes, including seed production, dispersal, germination, and early survival. The relation between short-term effects of postfire logging on these processes (3) and long-term recruitment patterns (1, 18, 19) is key to understanding the legacy of logging effects on stand development. Conifer regeneration following wildfires can be limited during two phases: (i) initial establishment due to seed source deficiency in large burned areas, and (ii) subsequent competition, survival, and release. We reported on the former, not the latter. This is important in

light of uncertainties regarding the degree to which this first phase would occur in high-severity portions of the Biscuit Fire (20, 21). We did not draw further conclusions about long-term effects of postfire logging (3). Relevant long-term data from replicated experiments do not exist (12).

Postfire succession in mixed-evergreen forests of the Klamath-Siskiyou region (which covers much of southwest Oregon and northwest California), is characterized by a period during which broadleaf vegetation forms a substantial overstory component (19). Several authors have suggested that, in the presence of shrub competition, early conifer establishment is especially important in attaining eventual conifer dominance (15, 20, 22). Alternatively, current studies indicate a variable, protracted conifer regeneration period in this region, with peak establishment generally within 5 years of fire and persistence in the presence of broadleaf species (18). Under either scenario, establishment of seedlings 2 to 3 years after fire represents an important period of succession in the Klamath-Siskiyou region. Subsequent competition from broadleaf vegetation has been shown to occur with or without postfire logging (13) and is therefore a related but separate issue from the results of our study (3).

With respect to regional stocking standards (23), we followed federal definition M, which states that a suitable tree (capable of meeting forest management objectives) "may qualify as a component of the stand by having survived at least one growing season in the field." The vast majority of seedlings we reported had been present for at least two growing seasons by 2005 (24). Regional stocking standards include prescriptions for density and distribution (1, 23). We reported data pertinent to density standards, quantified at the hectare scale using an effective method (4) and assessed for variability at the treatment scale (across logging units) rather than within each logging unit. Traditional stocking surveys (1) were not our intent. We indicated that the median density we quantified exceeded that found in adequately stocked sites per the Biscuit management plan [since sites must be stocked at a minimum density (23)]. This was a benchmark for comparison and not a conclusion regarding stocking per se, which is quantified differently. Because much of the Biscuit salvage was planned in land use allocations for which very low densities and variable spacing were prescribed (25), we suggest that stand level density is an important parameter relative to other stocking standards.

**Fuel dynamics.** Although fuel composition, arrangement, and continuity are all important variables contributing to potential fire behavior, a predominant factor affecting behavior of the flame front is the mass of fine downed wood (26, 27). We reported an increase by a factor of about 5 in fine downed wood as a result of postfire logging (3), which suggests that

[1]Department of Forest Science, [2]Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR 97331, USA. [3]Institute of Pacific Islands Forestry, USDA Forest Service, Pacific Southwest Research Station, 60 Nowelo Street, Hilo, HI 96720, USA.

*To whom correspondence should be addressed. E-mail: dan.donato@oregonstate.edu

Rvsd Plan - 00005646



**Fig. 1.** (A) Box-and-whisker plots of Biscuit Fire seedling data (seedlings per hectare) from (3) and (B) residuals from parametric test [analysis of variance (ANOVA)] on interannual changes in untransformed seedling data, as in (2). (A) shows tendency toward positive skewness (typical for ecological count data) for all groups and unequal variance, as well as marked difference between the 2005-logged sample compared with other samples. Dot within box is the median; box edges are the 25th and 75th percentiles; whiskers represent the data range; points beyond 1.5 times the interquartile range from the quartiles are drawn as horizontal lines across the whisker. Shapiro-Wilk normality test (32) indicates lack of normality: $W = 0.7173$, $P = 0.0023$ for 2005-logged plots. (B) shows that parametric ANOVA tests on untransformed data, as in (2), are prone to spurious results for the seedling data due to substantial departure from normality (Shapiro-Wilk normality test: $W = 0.7226$, $P = 0.0026$ for annual change in density between years in logged plots). Analyses after data transformations or nonparametric analyses are highly preferred (31).

salvaged environments are predisposed to fires of greater intensity than unsalvaged sites in the near term. Fire behavior modeling of different salvage/fuel-treatment scenarios, parameterized with field data, will best characterize potential fire behavior in postfire settings. However, standard fire behavior models [e.g., (26)] do not include fuel continuity as an independent variable and therefore assume similar connections between fuel loads and fire behavior.

One of the primary purposes of the Biscuit management plan was to reduce the "risk" of high intensity and/or stand replacement fire (21); thus, we presented our results relative to this objective (28). Prescriptions also called for broad ranges of downed wood levels for soil function and habitat (21). Our observation was that downed wood levels following logging were variable relative to prescriptions, often as much a function of inherent, localized felling and handling practices as they were reflective of any specific prescription. Regardless, our research quantified higher postsalvage fuel loads, which are associated with higher potential fire behavior, thus adding empirical field data to what has only been modeled thus far (29).

Given the observed pulse of surface fuels after logging and its potential effects on surface fire behavior, our suggestion that leaving woody material (dead trees) standing could result in lower fire hazard is a reasonable hypothesis. Surface fuel loads derived from fire-killed trees are determined by the dynamic balance between inputs (from the canopy) and outputs (decomposition). As such, no scenario produces a larger pool of fine (up to 7.62 cm) and 1000-hour [7.62 to 20.32 cm (19)] fuels than a single one-time input from clearfelling shortly after a fire.



**Fig. 2.** Changes in seedling densities between 2004 and 2005 for logged and unlogged plots, with logging occurring between measurement periods. Equivocal variation between years can be seen in the unlogged plots (no consistent trend), whereas logged plots all show marked declines.

Long-term interactions between these inputs and live fuel succession are poorly understood, especially for the largest fuel size classes. As we stated in (3), hypotheses regarding long-term fire potentials merit study [see (30)].

**Statistical analysis.** All appropriate, conservative methods for analyzing our data yield robust, biologically and statistically significant effects (3, 5, 6). These methods employ either nonparametric analyses that do not require normality or equal variance, or a common transformation ($\log_e$) to more closely meet assumptions of parametric tests [Fig. 1 and (31)]. Parametric tests on untransformed data, as in (2), are prone

**Table 1.** Seedling densities for each of the 16 burn plots before and after logging treatment. The following are test statistics and one-tailed $P$ values from multiple analytical methods of testing the hypothesis that the reduction in seedling density in logged plots exceeded interannual variation in unlogged plots. Rank sum test on percentage change in each plot: $W = 53$, $P = 0.006$; rank sum test on untransformed (raw) changes: $W = 60$, $P = 0.045$; two-sample $t$ test on percentage change in each plot: $t_{14} = 3.15$, $P = 0.004$; two-sample $t$ test on changes in $\log_e$-transformed densities: $t_{14} = 2.70$, $P = 0.009$; two-sample $t$ test on untransformed (raw) changes: $t_{14} = 1.52$, $P = 0.075$ [to our understanding this is equivalent to the analysis of Baird (2); see also Fig. 1B]. One-tailed tests are logically appropriate because, given the time frame of study as well as the timing of logging relative to the interannual and seasonal timing of regeneration, the immediate effect of logging on seedling densities (if different from zero) would be a reduction (7–10).

| | Seedlings per hectare | | |
| Plot | 2004 | Treatment | 2005 |
| --- | --- | --- | --- |
| 1 | 298 | logged | 164 |
| 2 | 471 | logged | 221 |
| 3 | 767 | logged | 454 |
| 4 | 576 | logged | 141 |
| 5 | 407 | logged | 217 |
| 6 | 1534 | logged | 224 |
| 7 | 2423 | logged | 349 |
| 8 | 1697 | logged | 1388 |
| 9 | 1137 | logged | 646 |
| 10 | 288 | unlogged | 220 |
| 11 | 622 | unlogged | 747 |
| 12 | 300 | unlogged | 260 |
| 13 | 888 | unlogged | 584 |
| 14 | 1448 | unlogged | 1566 |
| 15 | 1425 | unlogged | 626 |
| 16 | 2349 | unlogged | 1924 |

to spurious results due to substantial departure from normality and unequal variance (Fig. 1).

Baird's (2) description of our analysis is misleading. Repeated measures are irrelevant because we did not assume independence of 2004 and 2005 measurements within each plot (Table 1). We intended to quantify annual change within plots. In addition, our descriptive estimate of the sample-wide change in logged plots between years was a 71% decline in the sample median, which does not arise from analysis of any particular plot. Rather, the median is a conservative measure of central tendency for the entire sample before and after logging, providing descriptive information at the broader, treatment-wide level.

Because the sample of unlogged plots showed no consistent or statistically significant pattern in changes in seedling density over time (Fig. 2 and Table 1) (3, 6), and new in-seeding as well as mortality was occurring [see (18)], the statistically significant change in logged plots was attributed to logging. Analyses that include the

Rvsd Plan - 00005647

variation observed in the unlogged sample also yield findings of significant logging effects that differ only in the point estimate of effect magnitude (Table 1) (5, 6).

Independent statistical evaluations of our data support the conclusions of significant effects of postfire logging on seedling regeneration and fuels (5, 6). As stated in one such review, "Although there can be differences of opinion on methods of analysis, all reasonable methods will lead to congruent conclusions" (5).

The study design, results, and conclusions presented in (3) are strong, relevant, and straightforward. Newton et al. (1) and Baird (2) present different perspectives, but provide no data or evidence from other studies to contradict our findings and conclusions. A short-format paper such as ours is not intended to review or explore every angle but to present key data that will stimulate discussion and further research. We hope our research findings and comments provide direction for future studies and management.

**References and Notes**

1. M. Newton et al., Science 313, 615 (2006); www.sciencemag.org/cgi/content/full/313/5787/615a.
2. B. N. Baird, Science 313 615 (2006); www.sciencemag.org/cgi/content/full/313/5787/615b.
3. D. C. Donato et al., Science 311, 352 (2006).
4. Materials and methods are available as supporting material on Science Online.
5. F. L. Ramsey, testimony submitted to U.S. House of Representatives, Committee on Resources, Subcommittee on Forests and Forest Health, Congressional Oversight Hearing, Medford, OR (2006); http://resourcescommittee.house.gov/archives/109/testimony/2006/ramsey_record.pdf
6. M. M. P. Huso, testimony submitted to U.S. House of Representatives, Committee on Resources, Subcommittee on Forests and Forest Health, Congressional Oversight Hearing, Medford, OR (2006); http://resourcescommittee.house.gov/archives/109/testimony/2006/huso_record.pdf
7. D. F. Greene, S. Gauthier, J. Noel, M. Rousseau, Y. Bergeron, Front. Ecol. Environ. 4, 69 (2006).
8. J. J. Martinez-Sanchez, P. Ferrandis, J. Heras, J. M. Herranz, For. Ecol. Manage. 123, 1 (1999).
9. D. F. Roy, California Forest and Range Exp. Sta., For. Serv. Res. Note 107 (1956).
10. L. A. Isaac, G. S. Meagher, USDA Forest Service Pacific NW and Range Exp. Sta. (USDA, Portland, OR, 1938).
11. Reference 8 in (1) does not pertain to postfire logging damage to regeneration. See Isaac and Meagher (10).
12. J. D. McIver, L. Starr, West. J. Appl. For. 16, 159 (2001).
13. J. C. Stuart, M. C. Grifantini, L. Fox, III, Forestry Sci. 39, 561 (1993).
14. S. L. Stephens, For. Ecol. Manage. 105, 21 (1998).
15. S. D. Hobbs et al., Eds., Reforestation Practices in Southwestern Oregon and Northern California (Oregon State Univ. Forest Res. Lab., Corvallis, OR, 1992).
16. J. F. Franklin et al., For. Ecol. Manage. 155, 399 (2002).
17. D. B. Tinker, D. H. Knight, Ecosystems 3, 472 (2000).
18. J. Shatford, D. E. Hibbs, Cooperative Forest Ecosystem Research program, Oregon State Univ., Progress Report (2006).
19. J. K. Agee, Fire Ecology of Pacific Northwest Forests (Island Press, Washington, DC, 1993).
20. J. Sessions, P. Bettinger, R. Buckman, M. Newton, J. Hamann, J. Forestry 102, 38 (2004).
21. USDA Forest Service, Biscuit Fire Final Environmental Impact Statement, www.fs.fed.us/r6/rogue-siskiyou/biscuit-fire/feis last accessed June 16, 2006.
22. L. A. Isaac, J. Forestry 38, 716 (1940).
23. U.S. Department of the Interior Bureau of Land Management, Oregon State Office Regeneration Stocking Surveys Handbook, H-5705-1, Rel. 5-249 (USDI BLM, Portland, OR, 2003).
24. Such seedlings count toward meeting standards for density/distribution, even before a stand is "accepted" as beyond the juvenile stage [see definition P in (23)].
25. The management plan for Late Successional Reserves prescribes initial densities of 250 to 375 trees per hectare (eventual objective is 150 to 200 trees per hectare "free-to-grow") with variable, microsite-based spacing of 4.5 to 12 m (21). Low stocking rates would be possible even when stands are within this spacing prescription, which increases the relevance of stand level densities measured at broader scales.
26. P. L. Andrews, C. D. Bevins, R. C. Seli, USDA Forest Service Rocky Mt. Res. Sta. RMRS-GTR-106 (USDA, Ogden, UT, 2005).
27. R. C. Rothermel, USDA Forest Service, Intermountain Forest and Range Exp. Sta. Gen. Tech. Rep. INT-143 (USDA, Ogden, UT, 1983).
28. We maintained similar usage of the term "risk" (21) (although the term is also used to describe the probability of ignition) and clearly stated the affected parameters as those of potential fire behavior/effects (3).
29. J. K. Brown, E. D. Reinhardt, K. A. Kramer, USDA Forest Service Rocky Mt. Res. Sta. RMRS-GTR-105 (USDA, Ogden, UT, 2003).
30. M. D. Passovoy, P. Z. Fulé, For. Ecol. Manage. 223, 237 (2006).
31. F. L. Ramsey, D. W. Schafer, The Statistical Sleuth: A Course in Methods of Data Analysis, 2nd ed. (Duxbury Press, Belmont, CA, 2002).
32. S. S. Shapiro, M. B. Wilk, Biometrika 52, 591 (1965).
33. This manuscript benefited from reviews by statisticians L. L. Conquest, A. Gitelman, E. A. Housworth, M. M. P. Huso, P. Murtaugh, and F. L. Ramsey, as well as several colleagues and five anonymous reviewers. This work was supported by the Joint Fire Science Program and DOE grant DE-FG02-04ER63917. The views and conclusions contained in this document are those of the authors and should not be interpreted as representing the opinions or policies of the U.S. Government. Mention of trade names or commercial products does not constitute their endorsement by the U.S. Government.

**Supporting Online Material**

www.sciencemag.org/cgi/content/full/313/5787/615/DC1
Materials and Methods
References

20 March 2006; accepted 7 July 2006
10.1126/science.1126583

Rvsd Plan - 00005648



www.sciencemag.org/cgi/content/full/313/5787/615c/DC1

# Supporting Online Material for

## Response to Comments on "Post-Wildfire Logging Hinders Regeneration and Increases Fire Risk"

D. C. Donato,* J. B. Fontaine, J. L. Campbell,
W. D. Robinson, J. B. Kauffman, B. E. Law

*To whom correspondence should be addressed. E-mail: dan.donato@oregonstate.edu

Published 4 August 2006, *Science* **313**, 615c (2006)
DOI: 10.1126/science.1126583

**This PDF file includes:**

Materials and Methods
References

Rvsd Plan - 00005649

Supporting Online Material

**Study Design.**  We (S1) employed a replicated BACI (Before-After/Control-Intervention) design to assess the immediate impacts of salvage logging on the density of naturally seeded conifers and woody surface fuels.  Conifer seedlings and fuels were sampled on 16 one-hectare plots using long, rectangular subplots oriented in systematic directions (determined *a priori*) from a random start, first in 2004 and once again in 2005.  During this period, nine of the plots were logged (intervention) while seven were not logged (control).  Logged and unlogged burn plots were spatially intermingled across the fire to avoid confounding landscape heterogeneity with treatment effect, and were statistically verified for pre-treatment similarity (*post facto*).  Comparison of unlogged plots between years allowed us to control for time effects and attribute changes in logged plots to the effect of logging.  Unburned reference plots (n=8) were presented for comparison but did not enter into statistical analyses.

A replicated BACI design offers one of the most statistically robust, inferentially powerful approaches to studying postfire management (see S2).  We hope this design is applied more broadly, allowing strong inference to the effects of postfire management.

**Study Location.**  Our study was conducted in areas of the Biscuit Fire selected by the Forest Service for potential salvage logging.  Study sites were located in severely burned (overstory mortality >95%) mature to old-growth (>22.5cm DBH) Douglas-fir *(Pseudotsuga menziesii)* type conifer forests (S3).  We estimate 80-90% of all salvage logging on the Biscuit Fire occurred within this condition.  Study sites, and most Biscuit salvage areas, can be further characterized by: 1) dry Douglas-fir, dry white fir (*Abies concolor*), and dry to moist tanoak (*Lithocarpus densiflorus*) super Plant Association Groups (S4); 2) midslope topographic positions between 500 and 1200 m elevations; 3) generally >20° slope; 4) a full range of aspects; 5) non-ultramafic soils originating from coarse-grained igneous and metamorphic/metasedimentary parent materials (S4); 6) ≤500 m from contiguous live tree seed sources.  Logging techniques consisted of hand-felling with helicopter yarding, occurring 2-3 years postfire and comprising a range of harvest intensities from very few to nearly all trees felled at the scale of several hectares.  Common broadleaf associates included tanoak, Pacific madrone (*Arbutus menziesii*), canyon live oak (*Quercus chrysolepis*), chinquapin (*Chrysolepis chrysophylla*), greenleaf manzanita (*Arctostaphylos patula*), Oregon myrtlewood (*Umbellularia californica*) and snowbrush (*Ceanothus velutinus*).

**Regeneration Sampling Methods.**  Our research questions addressed hectare-scale conifer seedling density.  Because naturally occurring plants typically are not randomly or uniformly distributed in space (S2), we subsampled hectare plots for seedlings using long rectangular subplots (Four 75 m x 1 m subplots) where length exceeded the scale of any sub-hectare aggregation.  This technique yields more precise estimates of density than round or square subplots of the same size (S2), and subsamples a large area to maximize accuracy.  This method for sampling regeneration has ample precedent in ecological studies (e.g. S5,S6) and is effective in quantifying logging effects on regeneration (S7).

Rvsd Plan - 00005650

**Additional Details**.  This study represents part of a larger project examining vegetation, fuel profiles, and wildlife responses following wildfire and postfire management in the Klamath-Siskiyou region.

The study area experiences a warm-temperate, summer-dry Mediterranean climate regime (see S8,S9) in which growing season moisture can be limiting to plant growth and survival (S9,S10). Data averaged across four surrounding weather stations (Western Regional Climate Center, wrcc.dri.edu) show the following precipitation patterns for the growing seasons following the Biscuit Fire relative to 30-year averages: 2003 included a wet April and a dry May-September; 2004 (the critical first growing season [S9] for most of the reported seedlings) was dry throughout April-September; and 2005 included a wet April-June and a dry July-September. More extensive, site-specific data are needed to make detailed inferences on the relationship between climatic variability and regeneration in this topographically complex region.

Newton et al. requested information regarding fire intensity of our study areas.  Fire intensity is the thermal energy released during combustion, typically reported during the flaming phase of combustion (S11).  In our article we reported fire severity, clearly defined as >95% overstory mortality (S1).  Because we did not observe passage of the flaming front, we would only be able to report quantitative metrics of fire severity, not intensity.

## Literature Cited

S1.  D.C. Donato et al., *Science* **311**, 352 (2006).

S2.  C.L. Elzinga, D.W. Salzer, and J.W. Willoughby. United States Department of Interior, Bureau of Land Management, Tech. Ref. 1730-1 (USDI BLM, Portland, OR, 1998).

S3.  D.L. Azuma, J. Donnegan, D. Gedney. USDA Forest Service Pac. NW Res. Sta. PNW-RP-560. (Portland, OR, 2004).

S4.  United States Department of Agriculture, Forest Service. Biscuit Fire Final Environmental Impact Statement, http://www.fs.fed.us/r6/rogue-siskiyou/biscuit-fire/feis/ last accessed June 16, 2006.

S5.  W.S. Keeton, J.F. Franklin, *Ecol. Monogr.* **75**, 103 (2005).

S6.  D.F. Greene, S. Gauthier, J. Noel, M. Rousseau, Y. Bergeron, *Front. Ecol. Environ.* **4**, 69 (2006).

S7.  H.S. Han, L.D. Kellogg. *Int. J. For. Eng.* **11**, 63 (2000).

S8.  R.H. Whittaker, *Ecol. Monogr.* **30**, 279 (1960).

S9.  S.D. Hobbs; S.D. Tesch; P.W. Owston; R.E. Stewart; J.C. Tappeiner II; G.E. Wells. (Eds.) *Reforestation Practices in Southwestern Oregon and Northern California.* (Oregon State Univ. Forest Res. Lab., Corvallis, OR 1992).

S10.  R.H. Waring, *Northwest Sci.* **43**, 1 (1969).

S11.  S.J. Pyne, P.L. Andrews, R.D. Laven, *Introduction to Wildland Fire* (Wiley & Sons, New York, NY, 1996).

2



ECOLOGY

# Salvage Logging Research Continues To Generate Sparks

A premier forestry department is still smoldering over a controversial paper about salvage logging. The research garnered national headlines in early January when *Science* published a paper online by researchers, including some from Oregon State University (OSU), who concluded that logging after wildfires hinders the regeneration of forests and increases the risk of further fires. The paper made headlines again a few days later when another group of OSU faculty members asked that print publication be delayed until their criticisms were addressed.

That request led to cries of attempted censorship. The group of critics, in turn, charged that the paper was politically motivated. Now, a government agency that helped fund the study has put a hold on the grant, pending an investigation. "I expected a dustup, but nothing of this scale," says Jerry Franklin of the University of Washington, Seattle, who says he reviewed the paper.

Salvage logging is a long-standing forestry practice. If a wildfire kills trees but doesn't completely burn them, logging companies will harvest those logs and plant tree seedlings. Proponents of the practice say it can accelerate forest regrowth and make forests safer for firefighters.

Environmentalists have long criticized the practice, however, charging that logging machinery tears up the soil and that hauling out the dead wood removes valuable habitat for wildlife. But not much research has been published in peer-reviewed journals on the effects of postfire salvage logging. The topic is hot now because two bills pending in Congress would make it easier for companies to do salvage logging in national forests.

Enter the *Science* paper. The research comes from an ongoing study of the 2002 Biscuit Fire, which ravaged 200,000 hectares in southern Oregon. Comparing plots before and after salvage logging finished last year, a team led by plant physiologist Bev Law of OSU Corvallis and Boone Kauffman of the U.S. Forest Service (USFS) found 71% fewer naturally sprouted seedlings in the logged plots. Much of the work was done by first author Dan Donato, a second-year graduate student. Downed branches and twigs left over from the logging increased the amount of flammable material on the forest floor by severalfold, compared to the burned but unlogged plots. The team concluded that salvage logging hinders forest recovery and actually exacerbates fire risk—a finding that contradicts assertions made on behalf of the practice.

What really stirred up controversy, however, was a letter sent to the *Science* editors on 17 January by John Sessions, a forest modeler at OSU. He and eight co-authors from the university and USFS pointed out what they considered to be serious shortcomings in the paper. They say the conclusions are preliminary and that the paper didn't put the findings into context—neglecting to describe soil moisture at the site, for example, and not spelling out that fire risk is more complex than just the amount of dead wood left behind: "We believe that the peer review process failed." The letter was reported by *The Oregonian*, the state's largest newspaper.

Their request to delay publication of the print version of the paper until these concerns were corrected, or to print them alongside the paper, struck some as meddling with peer review. "I was stunned," says OSU's Barbara Bond. The paper appeared in print on schedule (*Science*, 20 January, p. 352). "We have confidence in our peer-review decision," says

**Scorched Earth.** Controversy remains over a paper that measured harm done by postfire logging

*Science* Editor-in-Chief Don Kennedy. "I think it's fairly clear [the letter] was an effort to suppress a paper."

The critics deny that and charge in turn that the authors of the *Science* paper are attempting to sway the debate on the bills in Congress. Sessions points out that the online version of the paper referred to the House and Senate bills, and the Bureau of Land Management (BLM) is now investigating whether this crossed the line of using government funds for lobbying.

Two other facts make critics suspect politicking. One of the administrators of the grant, former BLM ecologist Tom Sensenig, now with USFS, was not informed of the paper. "It was quite a surprise to have a cooperative agreement turn into a publication that was essentially kept secret," says Sensenig, who says he disagrees with the conclusions. In addition, the paper did not get the normal review from USFS or BLM, which Sessions and Sensenig say would have removed what they perceive as political overtones. Ann Bartuska, USFS's chief of research, agrees, but she doesn't see any major problems with the paper: "It's a good piece of work that's adding to the discussion."

Donato denies any political agenda and says the authors referred to the bills to highlight the timeliness of the research. There was no intention to avoid reviews, Donato says, but he declines to elaborate on that or why Sensenig wasn't included. "It was a misunderstanding," he says. Donato says he and his co-authors will respond to technical criticisms in the peer-reviewed literature. (Sessions and his colleagues plan to submit a technical comment to *Science*.)

Meanwhile, the dean of OSU's college of forestry, Hal Salwasser, has tried to calm the waters. A first attempt backfired when some students and faculty members interpreted a memo as criticizing Donato and his co-authors. On 26 January, Dean Salwasser wrote another department-wide e-mail in which he praised the authors for having a paper accepted at *Science* and reiterated a commitment to academic freedom. "I profoundly regret the negative debate that recent events have generated," he wrote. He has set up a committee on academic freedom within the college.

Sessions isn't backing off. He says he will press the board of AAAS (*Science*'s publisher) to investigate what he sees as shortcomings in peer review. Donato is hoping to be able to concentrate on his research sometime soon. "This has dominated my waking hours," he says. "It's been really crazy."

**–ERIK STOKSTAD**

Rvsd Plan - 00005652

Case 1:21-cv-02994-REB Document 24-18 Filed 06/21/22 USDC Colorado Page 86 of 346

NEWS >>

THIS WEEK

Fruits of earliest
cultivation?

1292

Lineage of
hobbit tools

1293

ACADEMIC CONDUCT

# University Bids to Salvage Reputation After Flap Over Logging Paper

Five tumultuous months after controversy erupted over industry influence and academic freedom, a leading U.S. academic forestry program is struggling to restore harmony and reestablish its credibility. A faculty report issued last week describes deep divisions within the College of Forestry at Oregon State University (OSU), Corvallis, in the aftermath of a paper by graduate student Dan Donato and colleagues on the ecological effects of salvage logging: the practice of removing timber after a major fire. The college's dean, Hal Salwasser, has agreed to adopt some reforms, but fallout over the paper continues and Salwasser himself may face a no-confidence vote later this month.

Salvage logging is seen by the forest industry as a good way to encourage regrowth and reduce fire risk. But a paper, published online by this journal on 5 January, found that the heavy equipment used to remove dead trees in one southern Oregon forest had killed seedlings and left woody debris that increased fire hazard. The paper attracted national attention when other OSU researchers claimed the work was deeply flawed and asked *Science* to delay its print publication. That request was widely perceived as an attempt at censorship (*Science*, 10 February, p. 761).

Observers say the conflagration has exposed a deep divide between departments with different perspectives on forest management. Last week's report by a faculty committee on academic freedom criticized Salwasser for "significant failures of leadership" that it says worsened those divisions. The committee suggests several ways to improve governance and collegiality, including a faculty code of ethics. But observers see those as first steps on

a long road to recovery. "It's a really tough situation," says forest ecologist Jerry Franklin of the University of Washington, Seattle.

Historically, colleges of forestry have been dominated by departments that favor active management to increase harvests and spur regeneration after fires, including salvage logging. That includes OSU's, which derives 12% of its budget from taxes on the logging industry in a state with highly productive forests. During the 1980s and 1990s, however, OSU and other colleges also increased their emphasis on biodiversity conservation.

But that tension isn't confined to academic circles. Responding to the *Science* paper, the U.S. House of Representatives' Committee on Resources held a field hearing in Medford,



**Under fire.** Dean Hal Salwasser (*inset*) of Oregon State University has been criticized for his leadership during the controversy over research by graduate student Dan Donato, who was called to testify before a congressional hearing.

Oregon, on 24 February on a bill to facilitate salvage logging. Two of the bill's sponsors grilled Donato on his research, subjecting him to what the OSU committee's report labels "intense, sometimes hostile, questioning." Meanwhile, memos critical of the Donato article—"some quite personal in their attacks," according to the report—were anonymously posted around the College of Forestry building.

The dispute intensified in April, after a state senator subpoenaed e-mails from Salwasser's

office. Those e-mails depicted the dean collaborating closely with industry to minimize the political fallout of the Donato paper. "It showed all of them working together to squash this *Science* article," says Denise Lach, an OSU sociologist on the academic freedom committee.

Salwasser says his goal was to protect students from the attacks. In other e-mails, however, Salwasser expressed contempt for environmental activists, calling them "goons" and comparing their protests to Mafia extortion. Salwasser says he now regrets those e-mails, which he calls "stupid, unthinking, unkind."

The committee agrees. It concludes that Salwasser's actions have "fostered the divisions within the college" and that the college's leadership council is too narrowly focused on industry interests. To improve the situation, the committee recommends a more diversified governing body, more transparent decision-making, a faculty code of conduct, and a possible reorganization of the college.

Although these suggestions have been greeted favorably, few expect them to resolve the underlying tension within the college. Beverly Law, Donato's adviser, says she worries that a code of conduct doesn't address the problem of bullying by some faculty members. Forest modeler John Sessions, one of the faculty members who lobbied *Science* to delay publication, says he wants access to both the field site and the data that were collected to understand the context of the study and its conclusions. But Law says that's out of the question. "It's my student's thesis, and [Sessions] is infringing on his ability to produce papers," she says, adding that plot locations are often not disclosed until a study is completed. "There has been a history of sabotaged research plots in this region." Replies Sessions, "The only thing that will satisfy me is full disclosure."

That lack of collegiality lies at the heart of the problem, according to the faculty committee. "In many ways, what we're trying to deal with is an interpersonal problem," says Lach. She and others hope that more conversations can help. But as Law notes wistfully, "I still think we have a long ways to go." A no-confidence vote is scheduled for 5 June, although the academic freedom committee has yet to decide who gets to vote.

**–ERIK STOKSTAD**

CREDITS: ROSS HAMILTON/THE OREGONIAN (INSET) OREGON STATE UNIVERSITY

Rvsd Plan - 00005653

**Utah State University**
**DigitalCommons@USU**

The Bark Beetles, Fuels, and Fire Bibliography

Quinney Natural Resources Research Library, S.J. and Jessie E.

1987

# Ecology, Silviculture, and Management of the Engelmann Spruce - Subalpine Fir Type in the Central and Southern Rocky Mountains

Robert R. Alexander

Follow this and additional works at: http://digitalcommons.usu.edu/barkbeetles

Part of the Ecology and Evolutionary Biology Commons, Entomology Commons, Forest Biology Commons, Forest Management Commons, and the Wood Science and Pulp, Paper Technology Commons

Recommended Citation

Alexander, R. (1987). Ecology, silviculture, and management of the Engelmann spruce - subalpine fir type in the central and southern Rocky Mountains. USDA Forest Service, Agriculture Handbook No. 659, 144 pp.

This Full Issue is brought to you for free and open access by the Quinney Natural Resources Research Library, S.J. and Jessie E. at DigitalCommons@USU. It has been accepted for inclusion in The Bark Beetles, Fuels, and Fire Bibliography by an authorized administrator of DigitalCommons@USU. For more information, please contact dylan.burns@usu.edu.



UtahStateUniversity
MERRILL-CAZIER LIBRARY

Rvsd Plan - 00005654

**United States
Department of
Agriculture**

Forest
Service

Agriculture
Handbook
No. 659

# Ecology, Silviculture, and Management of the Engelmann Spruce–Subalpine Fir Type in the Central and Southern Rocky Mountains

Robert R. Alexander
*Chief silviculturist*
Rocky Mountain Forest and Range Experiment Station
Ft. Collins, CO

Rvsd Plan - 00005655

Alexander, Robert R. Ecology, silviculture, and management of the Engelmann spruce–subalpine
fir type in the central and southern Rocky Mountains. Agric. Handb. No. 659. Washington,
DC: U.S. Department of Agriculture Forest Service; 1987.   144 p.

Summarizes and consolidates ecological and silvicultural knowledge of spruce–fir forests.
Describes the biological and environmental values, stand regeneration, stand management, and
growth and yield.

Keywords: Engelmann spruce, subalpine fir, silvics, silviculture, forest damage, regeneration,
stand development, silvicultural systems and cutting methods, growth and yield.

Rvsd Plan - 00005656

# Preface

The ecological, silvicultural, and managerial knowledge of Engelmann spruce (*Picea engelmannii* Parry ex. Engel.)–subalpine fir (*Abies lasiocarpa* (Hook.) Nutt.) forests in the central and southern Rocky Mountains is summarized and consolidated in this publication, which updates and expands a previous summary paper on subalpine forests (Alexander 1974). This publication is largely based on past research in the central and southern Rocky Mountains conducted by the Rocky Mountain Forest and Range Experiment Station. While much of the research was done on the Fraser Experimental Forest in central Colorado, other important studies were conducted on permanent and temporary plots on National Forest System Regions 2 and 3. This research was supplemented by research done elsewhere, mostly research done in the northern Rocky Mountains by the Intermountain Forest and Range Experiment Station, and in Alberta and British Columbia by the Canadian Forestry Service.

Past research has been directed at perpetuating Engelmann spruce, the most valuable species in the spruce–fir type. Initial studies, started by C. C. Bates and later J. Roeser, Jr., in the early 1900's, focused on methods of cutting required to establish regeneration, natural succession, seed production,

and physiological requirements. Since 1935, research has broadened to include (1) silvicultural practices and other cultural treatments required to regenerate and grow Engelmann spruce and associated species, (2) seed production and dispersal, (3) the relationship of environmental and biological factors to regeneration, (4) growth and mortality, (5) volume and site determination, (6) stand growth and yield, (7) artificial regeneration, (8) plant community classification, (9) development of understory vegetation, and (10) plant-water relations. In recent years, efforts have been expanded to include the effects of cultural treatments on other resource requirements.

This publication presents a detailed summary of the (1) ecology and resource, and (2) the silvics, silviculture, and management of spruce–fir forests. Major emphasis is placed on the silviculture and management of old-growth and the establishment of new stands. While not all questions can be answered, this publication provides the comprehensive body of knowledge available for managing spruce–fir forests. It is intended to guide land managers and land use planners who are responsible for prescribing and supervising the application of cultural treatments in the woods.

# Contents

|  | Page |
|---|---|
| **Introduction** | 1 |
| Distribution | 1 |
| The resource | 1 |
| Area, volume, and age-class distribution | 1 |
| Properties and uses of wood | 3 |
| **Tree and Forest Descriptions** | 4 |
| Tree characteristics | 4 |
| Engelmann spruce | 4 |
| Subalpine fir | 5 |
| Reaction to competition | 6 |
| Stand conditions | 7 |
| Plant-water relations | 8 |
| Habitat types | 9 |
| Timber types | 9 |
| **Habitat Conditions** | 10 |
| Climate | 10 |
| Altitudinal range | 11 |
| Geology and relief | 11 |
| Soils and landforms | 12 |
| Damaging agents | 12 |
| Wind | 12 |
| Insects | 14 |
| Diseases | 15 |
| Fire | 17 |
| Animals | 17 |

|  | Page |
|---|---|
| **Natural Regeneration Requirements** | 18 |
| Seed supply | 18 |
| Flowering and fruiting | 18 |
| Cone-bearing age | 18 |
| Time of seedfall | 20 |
| Seed and cone crop predictability | 20 |
| Production and periodicity | 20 |
| Seed soundness | 21 |
| Seed collection and extraction | 22 |
| Storage of seed | 22 |
| Seed viability and germinative capacity | 22 |
| Seed source | 23 |
| Seed dispersal | 23 |
| Seed losses | 25 |
| Factors affecting germination | 25 |
| Factors affecting initial survival and establishment | 26 |
| Initial root growth | 27 |
| Seedbed type | 27 |
| Climate | 29 |
| Insolation | 29 |
| Temperature | 29 |
| Moisture | 33 |
| Aspect | 33 |
| Soil | 33 |
| Diseases | 34 |
| Animal damage | 34 |
| Ground vegetation | 34 |
| Seed:seedling ratio | 35 |
| **Artificial Regeneration** | 36 |
| Direct seeding | 36 |
| Planting | 36 |
| Bare-root or container stock | 36 |
| Physiological requirements | 36 |
| Light | 36 |
| Water | 36 |
| Temperature | 37 |
| Need and timing | 37 |
| Site preparation | 37 |
| Planting stock | 38 |
| Type of container | 38 |
| Planting season | 38 |
| Storage | 38 |
| Spot selection | 39 |
| Planting method | 39 |
| Plantation protection | 39 |
| Records | 39 |

Rvsd Plan - 00005658

| | Page |
|---|---|
| **Past Cutting History** | 41 |
| | |
| **Old-Growth Management** | 44 |
| Regeneration silvicultural systems | 44 |
| Even-aged cutting methods | 44 |
| Management with advanced regeneration | 44 |
| Management for regeneration after cutting | 46 |
| Uneven-aged cutting methods | 59 |
| Individual-tree selection cutting | 59 |
| Group selection cutting | 60 |
| Stand structure goals | 60 |
| How to determine residual stand structure | 61 |
| Determining threshold diameter | 61 |
| Marking trees | 62 |
| Cutting cycles | 62 |
| Recommendations for selection cutting | 62 |
| Protecting the residual stand | 63 |
| Costs of sale administration and logging | 63 |
| Multiple-use silviculture | 63 |
| Soil and water resources | 63 |
| Water yield | 63 |
| Soil erosion and water quality | 65 |
| Nutrient losses and stream temperature changes | 66 |
| Wildlife and range resources | 66 |
| Game animal habitat | 66 |
| Nongame animal habitat | 66 |
| Livestock grazing | 68 |
| Recreation and esthetic resources | 68 |
| Comparison of cutting methods | 68 |

| | Page |
|---|---|
| **Growth and Yield** | 70 |
| Site quality | 70 |
| Height and age | 70 |
| Soil and topography | 70 |
| Volume tables | 70 |
| Growth of natural stands | 71 |
| Seedlings and saplings | 71 |
| Immature stands | 72 |
| Mature to overmature stands | 73 |
| Managed even-aged stands | 74 |
| Diameter growth | 75 |
| Height growth | 75 |
| Basal area growth | 78 |
| Volume increments | 78 |
| Total cubic-foot increment | 78 |
| Board-foot increment | 80 |
| Maximizing board-foot yields | 80 |
| Tradeoffs to increase value of other resources | 82 |
| | |
| **Literature Cited** | 85 |
| | |
| **Appendixes** | |
| A.   Habitat types, community types, and plant communities | 92 |
| B.   Summarized data on selected climatic factors | 118 |
| C.   How to determine residual stand structure for selection cutting | 124 |
| D.   Selected Engelmann spruce volume tables | 132 |
| E.   Selected tables | 140 |

# Introduction

Engelmann spruce–subalpine fir forests (SAF Type 206, Alexander 1980) are the predominant multiple-use forests in the central and southern Rocky Mountains (fig. 1). They are a large and productive timber resource, occupying the highest potential water-yielding areas and providing habitat for a variety of wildlife, forage for livestock, summer and winter recreational opportunities, and outstanding scenic beauty (Alexander 1977, Alexander and Engelby 1983).

Silvicultural research in spruce–fir forests has been primarily directed at growing crops for commercial timber production. Beginning in the early 1970's, public demand for a variety of resources and uses, and a growing concern for the environment, began to change research priorities. Although past silvicultural research has provided much of the currently used silvical information about Engelmann spruce and to a lesser degree subalpine fir, the changing priorities resulting from the interaction of timber management and other forest uses present a different set of problems for the manager, land-use planner, and silviculturist. Present and future research must develop silvicultural practices that will establish and maintain spruce–fir forests with the form, structure, and arrangement of stands needed to integrate all land uses. Multidisciplinary studies started 10 years ago are now beginning to provide some of the information on manipulation of existing stands to integrate different uses and successional trends and stability of various plant associations in response to different management prescriptions. The field and computer simulation techniques now available for the management of even-aged stands must be expanded to include uneven-aged stands and those with irregular stand structures. Managers can make better decisions about key uses when they can forecast timber potential and tradeoffs with other resources under alternative management systems. While the direction of future silvicultural research in spruce–fir forests will likely be multidisciplinary, it must be constantly reassessed to insure that the knowledge needed to manage spruce–fir forests for a wide variety of uses and needs is available.

## Distribution

The spruce–fir type is widespread in the central and southern Rocky Mountains. It is found in the high mountains of northwestern and north-central Wyoming, and south through Colorado to southern New Mexico and Arizona (fig. 2). The type also occurs in the Rocky Mountains from southwestern Alberta, Canada, south through the high mountains of eastern Washington and Oregon, Idaho and western Montana, and in the high mountains of Utah and eastern Nevada. In the Pacific Northwest, spruce–fir forests grow along the east slope of the Coast Range from west-central British Columbia, south along the west side of the Cascades through Washington and Oregon to northern California (Alexander and Shepperd 1984, Alexander and others 1984b).

## The Resource

### Area, Volume, and Age-Class Distribution

Engelmann spruce and subalpine fir, either singly or in combination, comprise a plurality of the stocking on an estimated 4.2 million acres of commercial forest land in the central and southern Rocky Mountains (table 1) (Green and Van Hooser 1983). Nearly all of the commercial forest land is publicly owned. About 88 percent of the area in the spruce–fir type and 89 percent of the volume is in the central Rocky Mountains, and about 70 percent of the area and 68 percent of the volume is in Colorado (tables 1 and 2).



**Figure 1**—Old-growth spruce–fir forests, Fraser Experimental Forest, CO.



**Figure 2**—Distribution of spruce–fir forests in the central and southern Rocky Mountains.

**Table 2**—*Volume of Engelmann spruce and subalpine fir timber on commercial forest land in the central and southern Rocky Mountain States, 1977 (adapted from Green and Van Hooser 1983)*

| State | Board-foot volume (Int. ¼-inch rule) | Cubic-foot volume |
|---|---|---|
| | *millions* | |
| Wyoming | 10,224 | 2,398 |
| Colorado | 31,920 | 7,114 |
| Arizona | 1,825 | 354 |
| New Mexico | 3,241 | 767 |
| Total | 47,210 | 10,663 |

**Table 3**—*Area of commercial spruce–fir forest land in the central and southern Rocky Mountains for all ownerships by productivity classes and stand size, 1977 (adapted from Green and Van Hooser 1983)*

| State | Stand size | Productivity class (ft³/acre/yr) 85–120 | 50–84 | 20–49 | Total |
|---|---|---|---|---|---|
| | | *1,000 acres* | | | |
| Wyoming | Sawtimber | 58 | 370 | 165 | 593 |
| | Poletimber | 8 | 52 | 25 | 85 |
| | Seedlings and saplings | 0 | 17 | 50 | 67 |
| | Nonstocked | 0 | 0 | 27 | 27 |
| Colorado | Sawtimber | 227 | 1,034 | 958 | 2,219 |
| | Poletimber | 5 | 135 | 176 | 316 |
| | Seedlings and saplings | 25 | 113 | 93 | 231 |
| | Nonstocked | 14 | 58 | 126 | 198 |
| Arizona | Sawtimber | 8 | 54 | 53 | 115 |
| | Poletimber | 0 | 0 | 2 | 2 |
| | Seedlings and saplings | 0 | 0 | 0 | 0 |
| | Nonstocked | 0 | 0 | 1 | 1 |
| New Mexico | Sawtimber | 3 | 228 | 7 | 298 |
| | Poletimber | 0 | 0 | 2 | 2 |
| | Seedlings and saplings | 13 | 13 | 13 | 39 |
| | Nonstocked | 0 | 0 | 32 | 32 |
| All States | Sawtimber | 296 | 1,746 | 1,183 | 3,225 |
| | Poletimber | 13 | 187 | 205 | 405 |
| | Seedlings and saplings | 38 | 143 | 156 | 337 |
| | Nonstocked | 14 | 58 | 186 | 258 |
| Total | | 361 | 2,134 | 1,730 | 4,225 |

**Table 1**—*Ownership of commercial[1] spruce–fir forest land in the central and southern Rocky Mountains, 1977 (adapted from Green and Van Hooser 1983)*

| State | Ownership National forest | Other public | Forest industry | Other private | Total |
|---|---|---|---|---|---|
| | *1,000 acres* | | | | |
| Wyoming | 677 | 64 | 2 | 29 | 772 |
| Colorado | 2585 | 60 | 3 | 316 | 2964 |
| Arizona | 17 | 101 | 0 | 0 | 118 |
| New Mexico | 101 | 36 | 0 | 234 | 371 |
| Total | 3380 | 261 | 5 | 579 | 4225 |

[1]Commercial forest land is defined as land with the potential for growing 20 cubic feet of timber per acre per year.

2

One of the important features of spruce–fir forests is the imbalance in age-class distribution (table 3). The largest proportion of the stocked area is in sawtimber and the smallest, in seedling and sapling stands. The vast majority of these stands are, therefore, overmature and declining in general vigor and soundness.

Only about 10 percent of the spruce–fir type is classified as immature stands (table 3). Most of the poletimber was established following wildfires in the early 1900's. Since wildfires are random events and most fires were relatively small in terms of average area burned, poletimber stands of spruce–fir are scattered. About 8 percent of the spruce–fir forest lands are classified as seedling and sapling stands. These stands originated from either fires or cutting. Nearly 6 percent of commercial forest lands are classified as nonstocked. Failure of tree reproduction following fire or cutting accounts for some of the nonstocked area, but not all nonstocked lands are capable of supporting commercial spruce–fir forests (Green and Van Hooser 1983).

Harvest of spruce and fir has greatly increased since the end of World War II. Spruce now leads all species except ponderosa pine (*Pinus ponderosa* Dougl. ex Laws.) in annual volume of cut in the central and southern Rocky Mountains. The demand for spruce should remain high because of the availability of sawlog-sized stands.

### Properties and Uses of Wood

Engelmann spruce is one of the lightest of the important commercial woods in the United States. The wood is generally straight grained, has moderately small shrinkage, can be readily air dried, and is a uniform color (Markstrom and Alexander 1984). It is rated low in beam and post strength and

in shock resistance (U.S. Department of Agriculture 1974a). The wood is soft and machines well for ordinary uses. It has good nail-holding properties, glues well, and is easy to work, but paint-holding properties are only average. If sufficient time is allowed, the lumber can be kiln dried without difficulty. The heartwood and sapwood, when used under conditions favorable to decay, are not durable. Spruce is considered somewhat resistant to preservative treatment; however, crossties have been successfully pressure treated for many years (Anderson 1956). Subalpine fir wood is light in weight, low in bending and compressive strength, moderately limber, soft, and low in resistance to shock. Shrinkage of wood is rated low to moderately high (U.S. Department of Agriculture 1974a).

The lumber of spruce is likely to contain many small knots. Consequently, it yields only minor amounts of select grades of lumber, but a relatively high proportion in the common grades (Mueller and Barger 1963). In the past, spruce was used principally for mine timbers, railroad ties, and poles. Today, much of the lumber of both spruce and fir is used in home construction where high strength is not required, and for prefabricated wood products. In recent years, rotary-cut spruce veneer has been used in plywood manufacture. Other uses of spruce include specialty items such as violins and pianos and aircraft parts (Anderson 1956, Markstrom and Alexander 1984). Engelmann spruce and subalpine fir have not been used much for pulp and paper in the central and southern Rocky Mountains, but their pulping properties are excellent, and they have been utilized in the northern Rocky Mountains. Long fibers, light color, and absence of resins permit them to be pulped readily by the sulfite, sulfate, or groundwood processes (Anderson 1956, U.S. Department of Agriculture 1974a).

# Tree and Forest Descriptions

## Tree Characteristics

### *Engelmann Spruce*

Engelmann spruce is one of the largest of the high mountain species. Under favorable conditions, average stand diameter will vary from 15 to 30 inches and average dominant height from 45 to 130 feet, depending upon site quality and density (fig. 3). Individual trees may exceed 40 inches in diameter and 160 feet in height (LeBarron and Jemison 1953). Engelmann spruce is a long-lived tree, maturing in about 300 years. Dominant spruces are often 250 to 450 years old, and trees 500 to 600 years old are not uncommon. Engelmann spruce has the capacity to make good growth at advanced ages. If given sufficient growing space, it will continue to grow steadily in diameter for 300 years, long after



**Figure 3**—Mature Engelmann spruce on the Fraser Experimental Forest, CO. Tree is 18 inches in diameter, more than 90 feet tall, and 250 years old at breast height.

the growth of most associated tree species slows down (Alexander and Shepperd 1984, LeBarron and Jemison 1953).

Engelmann spruce is considered to have a shallow root system (fig. 4). The weak tap root of seedlings does not persist beyond the juvenile stage, and when trees grow where the water table is near the surface or on soils underlain by impervious rock or clay hardpans, the weak, superficial lateral root system common to the seedling stage may persist to old age. Under these conditions, most roots are in the first 12 to 18 inches of soil. But where spruce grows on deep, porous, well-drained soils, the lateral root system may penetrate to a depth of 8 feet or more (Alexander and Shepperd 1984). The crowns of stand-grown spruce occupy from 50 to 70 percent of the total height of the mature tree. Crowns of open-grown trees may extend to the ground. They are shaped like a paraboloid—compact with short, whorled branches. The relationship of the width of live crown at its base to diameter at breast height for open-grown spruce in the central Rocky Mountains is shown in figure 5 (Alexander 1971). Needles are 1 to 1¼ inches long and tend to be crowded on the upper side of the branch because those on the lower side curve upwards. The bark is very thin. On young trees it tends to be grayish brown. The trunks of mature trees are broken into large purplish-brown to russet-red, loosely attached scales (fig. 6) (Alexander and Shepperd 1984.)

Little genetics information is available for Engelmann spruce. Concerning population differences, the few studies conducted indicate, for example, that spruce from high-elevation seed sources and northern latitudes break dormancy first in the spring and are the first to become dormant in the fall when grown in low-elevation nurseries. Conversely, seeds from low elevations and southern latitudes frequently are more resistant to spring frosts, but are less winter-hardy than those from middle and high elevations (Fowler and Roche 1977). In one study that compared seedlings from 20 seed sources, ranging from British Columbia to New Mexico, planted at 9,600 feet in Colorado, seedlings from northern latitudes and lower elevations made the best height growth (Shepperd and others 1981). Overall survival from all sources 10 years after outplanting was 73 percent, with no significant differences among sources.

There are no recognized races or geographical varieties of Engelmann spruce (Little 1979). There is abundant evidence that natural introgressive hybridization between Engelmann and white spruce occurs in sympatric areas, especially around Glacier National Park in Montana (Daubenmire 1974). It has been suggested that Engelmann and Sitka spruces cross in British Columbia, but it seems more likely that the crosses are between Sitka and white spruce. Engelmann spruce has been artificially crossed with several other spruces, but with only limited success (Fowler and Roche 1977).

Rvsd Plan - 00005663



**Figure 4**—Windthrown Engelmann spruce showing shallow root system.



**Figure 5**—Relationship of crown width to stem diameter at breast height for open-grown Engelmann spruce (Alexander 1971).



**Figure 6**—Bark of Engelmann spruce.

### Subalpine Fir

On exposed sites near timberline, subalpine fir is often reduced to a prostrate shrub, but under closed-forest conditions it attains diameters of 12 to 24 inches and heights of 45 to 100 feet, depending upon site quality and stand density (fig. 7). Trees larger than 30 inches in diameter and 130 feet tall are exceptional (Harlow and Harrar 1937, Sudworth 1916). Growth is not rapid; trees 10 to 20 inches in diameter are often 150 to 200 years old under closed-forest conditions. Trees older than 250 years are not uncommon. But, because the species suffers severely from heartrot, many trees either die or are complete culls at an early age. Subalpine fir has a shallow root system where it grows in situations that limit the depth of root penetration, and the superficial lateral root system common to the seedling stage persists to old age. Under more favorable conditions, subalpine fir develops a relatively deep lateral root system (Alexander and others 1984b). Crowns of stand-grown subalpine fir occupy from 70 to 80 percent of the total height of the mature tree and may reach nearly to the ground when open-grown. Crowns are shaped like a neiloid: compact with short, thick branches. Needles are 1 to 1¾ inches long, crowded, and nearly erect because of a twist at their base. The bark is

Rvsd Plan - 00005664



**Figure 7**—Mature subalpine firs on the Fraser Experimental Forest, CO. These trees are 12–14 inches in diameter, 60 feet tall, and more than 200 years old at breast height.



**Figure 8**—Bark of subalpine fir.

## Reaction to Competition

In the central and southern Rocky Mountains, Engelmann spruce is rated tolerant in its ability to endure shade (Baker 1949). It is definitely more shade tolerant than such associates as ponderosa pine, Rocky Mountain Douglas-fir (*Pseudotsuga menziesii* var. *glauca* (Beissn.) Franco), lodgepole pine (*Pinus contorta* Dougl. ex Loud), quaking aspen (*Populus tremuloides* Michx.), blue spruce (*Picea pungens* Engelm.), and southwestern white pine (*Pinus strobiformis* Engelm.); however, it is less shade tolerant than subalpine fir (its most common associate), corkbark fir, and white fir (*Abies concolor* (Gord. & Glend.) Lindl. ex Hildebr.).

Engelmann spruce is either co-climax with subalpine fir or a long-lived seral throughout much of its range. In the central and southern Rocky Mountains, Engelmann spruce and subalpine fir occur as either codominants or in nearly pure stands of one or the other. Elsewhere in the Rocky Mountains and associated ranges, subalpine fir is the major climax species. Engelmann spruce may also occur as a major climax species, but more often it is a persistent, long-lived seral species. Pure stands of either species can be found throughout the Rocky Mountains, however (Alexander 1980).

thin, gray, and smooth except for numerous resin blisters on young trees. It becomes shallowly fissured with age, especially near the base (fig. 8) (Alexander and others 1984b).

Information on the genetics of subalpine fir is virtually nonexistent. Undoubtedly any species with the range in elevation and latitude of subalpine fir will exhibit differences in growth, phenology, dormancy, resistance to heat and cold, etc., among different populations. Corkbark fir (*Abies lasiocarpa* var. *arizonica* (Merriam) Lemm.) is the only recognized natural geographical variety of subalpine fir (Little 1979). Like many species with wide distribution, it has probably developed races and hybrids that are unknown, and there is some evidence that natural introgressive hybridization between subalpine and balsam fir (*Abies balsamea* (L.) Mill.) occurs where they grow together in Canada.

6

Climax forests are not easily displaced by other vegetation, but fire, logging, and insects have played an important part in the successional status and composition of spruce–fir forests. Complete removal of the stand by fire or logging results in such drastic environmental changes that spruce and fir are usually replaced by lodgepole pine, quaking aspen, or shrub and grass communities (Roe and others 1970, Stahelin 1943, Whipple and Dix 1979). The kind of vegetation initially occupying the site usually determines the length of time it takes to return to a spruce–fir forest. It may vary from a few years if the site is initially occupied by lodgepole pine or quaking aspen to as many as 300 or more years if grass is the replacement community (fig. 9). However, the factors that determine the kind of replacement stand are not fully understood. Attacks by spruce beetle (*Dendroctonus rufipennis* Kirby) have usually resulted in a change in the dominant element of the stand from spruce to fir. Because of its larger size and longer life, spruce usually regains its dominant position in the stand only to be removed again by spruce beetles (Schmid and Frye 1977, Schmid and Hinds 1974).

## Stand Conditions

Old-growth spruce–fir forests occur on a wide range of sites and exhibit a great diversity of stand conditions and characteristics. For example, although spruce–fir forests form climax or near-climax plant associations throughout the central and southern Rocky Mountains, they differ from most climax forests in that stands are not truly all-aged (Alexander 1985, Hanley and others 1975, LeBarron and Jemison 1953). Some stands are clearly single-storied, indicating that spruce

forests can be grown under even-aged management. Other stands are two- or three-storied, and multistoried stands are not uncommon (Alexander 1973, Miller 1970). These may be the result of either past disturbances, such as fire, insect epidemics, or cutting, or the gradual deterioration of old-growth stands associated with normal mortality from wind, insects, and diseases. The latter circumstance is especially evident in the formation of some multistoried stands. On the other hand, some multistoried stands appear to have originated as uneven-aged stands and are successfully perpetuating this age-class structure (Alexander 1985, Hanley and others 1975, Whipple and Dix 1979). Regardless of stand structure, trees may be uniformly spaced or they may occur in clumps, groups, or patches. Two or more stand conditions and/or characteristics frequently occur on the same tract. This complicates the development of management practices and silvicultural prescriptions needed to convert old-growth to managed stands for a variety of uses (Alexander 1974).

The composition of spruce–fir forests varies considerably with elevation. At mid-elevations (10,000 to 11,000 feet), these forests are frequently pure spruce in the overstory with fir predominating in the understory. For example, in the central Rocky Mountains, spruce commonly makes up 70 percent or more of the overstory basal area, and fir from two-thirds to three-fourths of the understory and advanced reproduction (Alexander 1957a, 1963, 1968; Hodson and Foster 1910; Oosting and Reed 1952). This composition in relation to structure has developed under natural conditions because spruce is more exacting in its seedbed requirements and less able to compete with fir under low light intensities common to dense forests. Once established, however, spruce lives longer than fir and is less susceptible to disease (Alexander and Shepperd 1984, Alexander and others 1984b). Exceptions are stands recently attacked by spruce beetles, where fir is the dominant element in both the overstory and understory. At higher elevations in the central and southern Rocky Mountains, spruce may form essentially pure stands; at lower elevations where sites are usually drier, the density of spruce relative to fir may be low. In these latter situations in the central Rocky Mountains, lodgepole pine, a long-lived seral species, is frequently more numerous in the overstory than spruce (fig. 10).

Advanced spruce and fir reproduction is likely to be older than it appears because the early growth of both is slow. Spruce commonly takes from 20 to 40 years to reach a height of 4 to 5 feet, even under favorable conditions, whereas under a dense canopy, spruces 4 to 6 feet tall may be 75 or more years old (Oosting and Reed 1952). Spruce and fir reproduction suppressed for long periods of time will respond to release, however, and make acceptable growth (Alexander 1968, McCaughey and Schmidt 1982).



**Figure 9**—Natural succession in central Rocky Mountain spruce–fir stands following fire (Stahelin 1943).

7



**Figure 10**—An old-growth lodgepole pine stand with Engelmann spruce and subalpine fir in the understory, Fraser Experimental Forest, CO.

## Plant-Water Relations

The ecophysiology of Engelmann spruce and subalpine fir in relation to their common associates is becoming better understood. Kaufmann (1975, 1976, 1979, 1982a, 1982b, 1984a, 1984b) and Kaufmann and Troendle (1981) summarized what is known about the general water relations of Engelmann spruce and subalpine fir as follows: (1) Leaf water potential decreases in proportion to the transpiration rate but is influenced by soil temperature and water supply. (2) Needle water vapor conductance (directly proportional to stomatal opening) is controlled primarily by visible radiation intensity and absolute humidity difference from needle to air (evaporative demand), with secondary effects from temperature and water stress. (3) Nighttime minimum temperatures below 39 °F retard stomatal opening the next day, but stomata function well from early spring to late fall, even with considerable snowpack on the ground. (4) Leaf water vapor conductance is higher in Engelmann spruce than in subalpine fir, but lower than in lodgepole pine or quaking aspen. (5) Engelmann spruce trees have less total needle area per unit area of sapwood water-conducting tissue than subalpine fir but more than lodgepole pine or quaking aspen. (6) Engelmann spruce trees have a greater needle area per unit of bole or stand basal area than subalpine fir, lodgepole pine, or aspen. At equal basal area, annual transpiration of spruce is about 80 percent greater than lodgepole pine, 50 percent

8

Rvsd Plan - 00005667

greater than subalpine fir, and 220 percent greater than aspen. These high rates of transpiration result in Engelmann spruce occurring primarily on the wetter sites.

## Habitat Types

Habitat typing based on the concepts and methods developed by Daubenmire (1952), Daubenmire and Daubenmire (1968), and refined by others, began in the early 1970's in the central and southern Rocky Mountains. While not all of the area has been classified, Engelmann spruce occurs as a dominant, codominant, minor dominant or major seral species in 97 habitat types, community types, or plant communities, and subalpine fir in 81. Each has a distinctive biological potential and response in terms of successional trends, stability, and productivity when subjected to different management prescriptions. Those habitat types, community types, and plant communities that have been identified are presented in tables A–1 and A–2 in appendix A.

## Timber Types

Engelmann spruce and subalpine fir in the central and southern Rocky Mountains are found in the following forest cover types (Eyre 1980):

| SAF Number | Type |
|---|---|
| 206 | Engelmann spruce–subalpine fir |
| 208 | White bark pine (*Pinus albicaulis* Engelm.) |
| 209 | Bristlecone pine (*Pinus aristata* Engelm.) |
| 210 | Interior Douglas-fir |
| 216 | Blue spruce |
| 217 | Aspen |
| 218 | Lodgepole pine |
| 219 | Limber pine (*Pinus flexilis* James) |

The spruce–fir type in the central and southern Rocky Mountains has already been described. White bark pine, bristlecone pine, blue spruce, and limber pine are minor cover types. In northern Wyoming and in the Southwest, interior Douglas-fir is an important cover type. Other common associates in this cover type are ponderosa pine, limber pine, lodgepole pine, and quaking aspen in the central Rocky Mountains; and blue spruce, quaking aspen, white fir, ponderosa pine, southwestern white pine, and corkbark fir in the Southwest. The aspen cover type is widespread throughout the central and southern Rocky Mountains; other common associates in the aspen cover type are lodgepole pine, ponderosa pine, interior Douglas-fir, and white fir. The lodgepole pine cover type is found extensively throughout the central Rocky Mountains; other common associates in this cover type are quaking aspen and Douglas-fir.

# Habitat Conditions

## Climate

The continental climate of the central and southern Rocky Mountains is influenced by three principal air masses: (1) Storms move into the Rocky Mountains from the Pacific Ocean during winter and early spring, carrying relatively large amounts of moisture which are released on the western slopes as the air masses rise over the mountains (Johnson and Cline 1965, Marr 1961, U.S. Department of Agriculture 1941). Only small amounts of moisture fall on the eastern slopes. These same storm fronts from the west pass too far north during the summer to provide much moisture. (2) Snowfall also occurs when polar continental air moves south parallel to and east of the Front Range during the winter and interrupts the normal westerly flow (Marr 1961). (3) Normally, the warm, moist air from the Gulf of Mexico moving upslope provides moisture along the east slope of the Rockies during the spring and early summer, but at elevations below the spruce–fir zone (Marr 1961). However, when the storm track from the west moves south through northern New Mexico and combines with or causes a northward flow of Gulf air, the higher southern and eastern Rocky Mountains receive moisture (Johnson and Cline 1965). In addition, convective thunderstorms release some moisture in the high mountains during the summers. The diverse topography in the Rocky Mountains results in various microclimates in the subalpine zone that change significantly over short distances. In general, temperature decreases and precipitation increases with an increase in elevation (Daubenmire 1943). Climatic records for the spruce–fir zone are mostly from valley stations, but a few representative records for forested areas are provided by Alexander (1984), Baker (1944), Bates (1924), Haeffner (1971), and Marr and others (1968).

Climatic factors generally define the distribution of the spruce–fir type. Spruce and fir are restricted to high elevations because of their low tolerance to high temperatures and deficient moisture at lower elevations. The climate of the spruce–fir zone can be classified as cool and humid, with long, cold winters and short, cool summers (Alexander and Shepperd 1984, Marr 1961, Thornthwaite 1948). Spruce and fir occupy the highest and coldest forest environment in the central and southern Rocky Mountains, characterized by heavy snowfall, a short frost-free period, and temperature extremes of more than −50 °F to above 90 °F, with mean annual precipitation of 24 inches or more. The growing season varies with elevation but is normally from May through August. This period usually has a high proportion of clear, warm days. Climatic data for the Rocky Mountains within the spruce–fir zone are given in table 4 (Baker 1944, Haeffner 1971, Marr and others 1968).

The range of mean annual temperatures in the central and southern Rocky Mountains is narrow considering the wide distribution of the type. Average annual temperatures are 30–35 °F, with a January mean of 10–15 °F, and a July mean of 50–60 °F. However, frost can occur any month of the year. Growing season air temperature records from two stations at 10,500 feet elevation on the Fraser Experimental Forest in Colorado show that temperatures average about 46 °F but range from an average minimum of 36 °F to an average maximum of 58 °F (appendix B) (Alexander 1984). Temperatures rise abruptly in the late spring, with July and August the warmest months.

Spruce–fir forests receive from 24 to 55 inches of precipitation annually. Although precipitation increases with elevation, it varies from location to location. While there is only moderate or no seasonal deficiency in precipitation, summer is the driest season of the year from Wyoming south to southwestern Colorado. About two-thirds to three-fourths of the total precipitation falls as snow. Snowfall can exceed 350 inches annually. Southwestern Colorado, and Arizona and New Mexico receive considerable summer rainfall, while winter snowfall can be relatively light—less than 150 inches annually (Baker 1944, Johnson and Cline 1965, Marr 1961, Thornthwaite 1948). Records of precipitation during the growing season at 10,500 feet elevation on the Fraser Experimental Forest show that it averages about 9 inches, but ranges from 3 to 12.5 inches (appendix B) (Alexander 1984). Periods of extreme drought occur occasionally. Clear sunny days with no precipitation, high vapor pressure deficits, and incident net radiation resulting in high transpiration and evaporation rates are characteristic of late June and early July in most years.

---

**Table 4**—*Climatological data for three regional subdivisions within range of spruce–fir forests (adapted from Alexander and Shepperd 1984)*

| Climate | Rocky Mountain Region | | |
| | Northern[1] | Central[2] | Southern[3] |
|---|---|---|---|
| Average temperature (°F) | | | |
|   Annual | 30–35 | 30–35 | 35 |
|   July | 45–55 | 50–55 | 50–60 |
|   January | 10–20 | 10–15 | 15–20 |
| Annual precipitation (inches) | 24–45+ | 24–55 | 24–35+ |
| Annual snowfall (inches) | 250+ | 150–350+ | 200+ |
| Frost-free period[4] (days) | 30–60 | 30–60 | 30–60 |

[1]Includes the Rocky Mountains of Montana, Idaho, and Utah, and associated mountains of eastern Washington and Oregon.
[2]Includes the Rocky Mountains of Wyoming and Colorado.
[3]Includes the Rocky Mountains and associated ranges of New Mexico and Arizona.
[4]Frost can occur any month of the year.

Rvsd Plan - 00005669

Winds are predominately from the west and southwest and can be highly destructive to spruce–fir forests (Alexander 1964, 1967b, 1974; Alexander and Buell 1955; Daubenmire 1943). (Appendix B gives detailed climatic records for spruce–fir forests on the Fraser Experimental Forest, Colorado.)

## Altitudinal Range

In the mountains of north-central Wyoming, extensive stands of spruce and fir are found between 9,000 and 10,500 feet elevation, but stands may occur as low as 7,500 feet on north slopes, in cold pockets along streams, and in valley bottoms (Hoffman and Alexander 1976). In northwestern Wyoming, spruce–fir grows from 6,000 to 10,800 feet, but is more commonly found above 8,000 feet (Steele and others 1983). In southern Wyoming and in north and central Colorado, spruce–fir forests are commonly found between 9,000 and 11,500 feet on north aspects and above 10,000 feet on all other aspects. They may extend as low as 8,000 feet in cold pockets (Hoffman and Alexander 1980, 1983; Langenheim 1962; Marr 1961; Wirsing and Alexander 1975). On the higher plateaus of western Colorado, the altitudinal range of spruce–fir forests is restricted by topography to between 9,000 and 10,500 feet. In southwestern Colorado, and New Mexico and Arizona, spruce–fir forests grow from 8,500 to 12,000 feet on north slopes and from 10,000 to 12,000 feet on other aspects (Bates 1924, Pearson 1931). Throughout the Rocky Mountains, spruce–fir forests at the upper elevational limits grade into alpine tundra through an ecotone of krummholz (Daubenmire 1943, Marr 1961). Engelmann spruce is the dominant krummholz species (Wardle 1968).

## Geology and Relief

With the exceptions noted below, the Rocky Mountains are anticlinal structures with igneous and metamorphic cores (Eardley 1962, Thornbury 1965).

The Absaroka Mountain Range in northwestern Wyoming extends in a north-south direction about 80 miles with an average width of 50 miles. It is not a linear uplift, but a broad plateau of volcanic breccia and basalt that has been deeply eroded, leaving isolated, rugged mountain peaks. Glacial erosion has strongly etched the steep walls surrounding the mountain peaks (Eardley 1962, Fenneman 1931). The Bighorn Mountains of north-central Wyoming are an isolated spur of the Rocky Mountains. They are characterized by a central core of Precambrian granites and schists, partly covered on the north and south by arched formations of sedimentary conglomerates that form elevated plateaus. Steeply inclined sedimentary strata flank the core on the east and west (Bowman

1911, Fenneman 1931). The Wind River Mountains of western Wyoming are characterized by a central core of Precambrian crystalline rock. The subsummit uplands consists of granites. Older sedimentary rocks flank the mountains on the northeast side as high as 9,000 to 10,000 feet. Further to the east are foothills of sedimentary rock (Eardley 1962, Fenneman 1931).

The Front Range of the Rocky Mountains extends in a north-south direction from the Arkansas River in Colorado through the Medicine Bow Mountains in southern Wyoming (Thornbury 1965). It is characterized by a central core of Precambrian granites, schists, gneisses, and dolomites that may be largely concealed in some areas by glacial drift (Curtis 1960, Mears 1953, Oosting and Reed 1952, Thornbury 1965). Sedimentary rocks are locally present, but are not very important (Retzer 1962). The plateaus of western Colorado consist of sedimentary strata that have been pushed upwards without folding over a central core of Precambrian granites. Granites are exposed where rivers have dissected the sedimentary rock. Masses of igneous rock—basalt, andesite, and rhyolite—protrude through the sedimentary mantle in places to interrupt the plateau feature of this area (Bowman 1911, Eardley 1962, Fenneman 1931). The San Juan Mountains of southwestern Colorado are distinct from other mountain ranges in Colorado because they are predominantly volcanic lavas and tuffs over sedimentary rock (Cross and Larson 1935, Larson and Cross 1956). These mountains were carved by both glacial and water erosion from the volcanic mantle whose original surface had little relief (Fenneman 1931, Mather 1957). Precambrian granites are locally abundant (Stevens and Ratte 1964). The Jemez Mountains of north-central New Mexico are an extension of the San Juan Mountains. The Sangre de Cristo Range in southern Colorado and northern New Mexico resembles the Front Range. These mountains consist of a steep, north-south, anticlinal uplift of intrusive Precambrian granites flanked by sedimentary shales, sandstones, limestones, and conglomerates to the east and west that occasionally overreach the crest (Eardley 1962, Fenneman 1931).

The Capitan, Sacramento, and Black Mountain Ranges of southern New Mexico; and the Chiricahua, Pinaleno, and Santa Catalina Mountains of southern Arizona are blockfaulted, anticlinal uplifts with Precambrian granitic cores flanked by eroded sedimentary strata. The volcanic area of central Arizona and New Mexico includes the Mogollon Plateau, and White, Mogollon, and San Mateo Mountains. The Mogollon Plateau is a basalt-capped uplift in which the strata dip gently to the north and northeast. The White and Mogollon Mountains are granitic cores covered with volcanic ash. The San Francisco Plateau south of the Colorado River in north-central Arizona is a broad-structured, uplifted dome dominated by a lava flow dotted by several hundred volcanic cones, the highest of which is San Francisco Peak. North of the Colorado

River in northern Arizona is the North Kaibab Plateau, a system of uplifted sedimentary strata, predominately limestone, that is dissected into rounded valleys and gentle slopes and is part of the same uplifted domal structure that lies south of the Colorado River (Eardley 1962, Thornbury 1965, Wilson 1962).

## Soils and Landforms

There is only limited knowledge of the soils and landforms of the spruce–fir zone. Soils are young, and both soils and landforms complex. General descriptions and typical soil profile characteristics are given by Johnson and Cline (1965) and Retzer (1956, 1962), but the basic information on soils and landforms needed to determine the capability and suitability of forest land for different management activities is not available.

In the central and southern Rocky Mountains subalpine zone, soil materials vary according to the character of the bedrock from which they originated. Crystalline granite rock predominates, but conglomerates, shales, sandstones, basalts, and andesites commonly occur. Glacial deposits and stream alluvial fans are also common along valley bottoms. Of the great soils group, Cryorthods (Podzolic Soils) and Haplorthods (Brown Podzolic Soils) occur extensively on all aspects. Cryochrepts (Sols Bruns Acides) occur extensively on the drier aspects. Aquods (Ground-Water Podzolic Soils) are found in the more poorly drained areas. Cryoboralfs (Gray-Wooded Soils) are found where timber stands are less dense and parent material finer textured. Haploborolls (Brown Forest Soils) occur mostly in the lower subalpine zone along stream terraces and side slopes. Lithics (Lithosolic Soils) occur whenever bedrock is near the surface. Aquepts (Bog Soils) and Haplaquepts (Humic Gley Soils ) occur extensively in poorly drained upper stream valleys (Johnson and Cline 1965, U.S. Department of Agriculture 1975).

Regardless of the great soil groups that occur in the areas where spruce and fir grow, they make their best growth on moderately deep, well-drained, loamy sands and silts, and silt and clay loam soils developed from volcanic lava flows and sedimentary rock. Good growth is also made on alluvial soils developed from a wide range of parent materials, where an accessible water table is more important than physical properties of the soil. They do not make good growth on shallow, dry coarse-textured sands, and gravels developed primarily from granitic and schistic rock, and coarse sandstones and conglomerates, rocky glacial till, heavy clay surface soils, or saturated soils (Alexander and Shepperd 1984, Alexander and others 1984).

## Damaging Agents

### Wind

Windfall is a common cause of mortality after any kind of initial cuttings in mature and overmature spruce–fir forests (fig. 11). Low stumpage values and the generally scattered pattern of windfall may prevent the salvage of blowdown. Not



**Figure 11**—Windthrown Engelmann spruce after partial cutting.

12

only is the volume of windthrown trees lost, but such spruce trees provide ideal breeding grounds for the spruce beetle. The high endemic populations of beetles normally associated with old-growth spruce–fir forests can multiply rapidly to epidemic proportions in the windthrown trees and emerge to attack living trees. Losses from windfall and subsequent insect attacks inflict unpredictable damage on the forest and upset management plans.

Windfall losses have been found to be heavy following any kind of partial cutting in spruce–fir forests. The entire stand is opened up and, therefore, vulnerable. Less damage is associated with clearcutting because only the boundaries between cut and uncut areas are vulnerable. Losses can be substantial along the boundaries of clearcuttings, however, particularly if no special effort is made to select windfirm boundaries (Alexander 1964, 1967b).

While the tendency of spruce and fir to windthrow is usually attributed to a shallow root system, the development of the root system varies with soil and stand conditions. On medium to deep, well-drained soils, trees have a better root system than on shallow, poorly drained soils. Trees that have developed together in dense stands over long periods of time mutually protect each other, and do not have the roots, boles, or crowns to withstand sudden exposure to wind if opened up too drastically. If the roots and boles are defective, the risk of windthrow is increased. The presence of old windfalls in a stand is a good indicator of lack of windfirmness. Furthermore, regardless of the kind or intensity of cutting, or soil and stand conditions, windthrow is greater on some exposures than others (Alexander 1964, 1967b, 1973). Exposures where windfall risk is below average, above average, or very high have been identified as follows (fig. 12).

Low risk exposures:
1. Valley bottoms, except where parallel to the direction of prevailing winds, and flat areas.
2. All lower, and gentle middle north- and east-facing slopes.
3. All lower, and gentle middle south- and west-facing slopes that are protected from the wind by considerably higher ground not far to windward.

Moderate risk exposures:
1. Valley bottoms parallel to the direction of prevailing winds.
2. Gentle middle south and west slopes not protected to windward.
3. Moderate to steep middle, and all upper north- and east-facing slopes.
4. Moderate to steep middle south- and west-facing slopes protected by considerably higher ground not far to windward.

High risk exposures:
1. Ridgetops.
2. Saddles in ridges.
3. Moderate to steep middle south- and west-facing slopes not protected to windward.
4. All upper south- and west-facing slopes.



**Figure 12**—Wind risk in relation to topographic exposure.



**Figure 13**—Very high wind risk: valley bottoms parallel to the direction of the wind.



**Figure 14**—Very high wind risk: winds funneled through a saddle in a ridgetop.

13



**Figure 15**—Beetle-killed spruce stand, White River National Forest.



**Figure 16**—Engelmann spruce attacked by spruce beetles.

The risk of windfall in these situations is increased at least one category by such factors as poor drainage, shallow soils, defective roots and boles, and overly dense stands. Conversely, the risk of windfall is reduced if the stand is open grown or composed of young, vigorous, sound trees. All situations become *very high risk* if exposed to special topographic situations such as valley bottoms that are parallel to the wind, have steep side slopes, and become narrower in the direction of the wind (fig. 13) and gaps or saddles in ridges at higher elevations that can funnel winds into the area (fig. 14).

### Insects

Keen (1952) lists a large number of insect pests of Engelmann spruce. Of these, the spruce beetle is the most serious (Schmid and Frye 1977). It is restricted largely to mature and overmature spruce, and epidemics have occurred throughout recorded history (Hopkins 1909; Massey and Wygant 1954; Sudworth 1900a, 1900b). One of the most damaging outbreaks was in Colorado from 1939 to 1951, when spruce beetles killed nearly 4 billion fbm of standing spruce (fig. 15). Damaging attacks have been largely associated with extensive windthrow, where down trees have provided an ample food supply needed for a rapid buildup of beetle populations (Massey and Wygant 1954, Wygant 1958). Cull material left after logging and road right-of-way clearing have also started outbreaks, and there are many instances of heavy spruce beetle populations developing in scattered trees windthrown after heavy partial cutting (Wygant and LeJeune 1967). The beetle progeny then emerge to attack livng trees, sometimes seriously damaging the residual stand. Occasionally, heavy spruce beetle outbreaks have developed in overmature stands with no recent history of cutting or windfall, but losses in uncut stands that have not been subjected to catastrophic windstorms have usually been no greater than normal mortality associated with old growth (Alexander 1973).

Spruce beetles may emerge from May to July, and trees may be attacked from late May through early August. Beetles feed and breed in the phloem layer. The first evidence of attack is the red boring dust from entrance holes that usually accumulates in bark crevices on the boles and around the bases of infested trees (fig. 16). Small frass-clogged entrance holes may be visible in the bark. Pitch tubes are usually prevalent on the upper bole where attacks terminate. The needles of killed trees usually turn yellowish green and fall about one year after attack, but they may remain green until the second year (Schmid and Beckwith 1971, Schmid and Frye 1977). Frass usually does not accumulate on the ground under windthrown trees or logging residues nor do such trees or residues show pitch tubes. Frass does accumulate in the bark on the bottom surfaces, however.

14

Rvsd Plan - 00005673

Spruce beetles prefer downed material to standing trees, but if downed material is not available, then standing trees may be attacked. Overmature trees of large diameter are attacked first, but if an infestation persists, beetles will attack and kill smaller diameter trees after the larger trees in the stand are killed. In the central Rocky Mountains, susceptibility of spruce stands, in relation to location, decreases in the following order: (1) trees in creek bottoms, (2) better stands on benches and high ridges, (3) poorer stands on benches and high ridges, (4) mixed stands, and (5) immature stands (Knight and others 1956, Schmid and Beckwith 1971). Analysis of past infestations suggests the following characteristics are associated with potential outbreaks: (1) single- or two-storied stands, (2) high proportions of spruce in the overstory, (3) basal area of 150 square feet per acre or more in older and larger trees, and (4) an average 10-year periodic diameter growth of 0.4 inch or less (Schmid and Hinds 1974).

Natural factors such as nematodes, insect parasites and predators, and woodpeckers normally maintain beetle populations at low levels, but generally fail to control populations under outbreak conditions. Extremely low temperatures can eliminate beetle infestations, however, if the insect has not developed cold-hardiness. Temperatures of −15 °F under the bark will kill nearly all adults, while −30 °F will kill the larvae (Schmid and Beckwith 1971). A number of chemicals are effective in killing spruce beetles, but chemical control is expensive and is used only as a holding action until potentially susceptible trees can be removed (Schmid and Frye 1977). In infested stands, or those with potential beetle problems, felling and salvaging attacked or susceptible trees, and disposing of green cull material is the most effective silvicultural control in old-growth stands. The buildup of spruce beetle populations in logging residue can be minimized by cutting to low stump heights, limbing cull logs and tops, then cutting them into short lengths and scattering them where they will be exposed to the sun (Schmid 1977). Partial cutting that removes the larger overmature trees and releases the younger trees is another way to reduce potential insect problems in stands with a good stocking of trees in the smaller diameter classes. "Trap trees" intentionally felled prior to beetle flight are highly attractive, and often provide an effective way of concentrating and trapping spruce beetles (Nagel and others 1957). In static infestations, a ratio of 1 trap tree for every 10 standing infested trees is recommended. This ratio should be 1:2 for increasing infestations (Schmid and Frye 1977). After the beetles enter, the downed logs are usually salvaged, but they may be chemically treated or burned (Schmid and Beckwith 1971). Lethal traps, in which cacodylic acid is used to prevent brood development in trap trees, appear to be a potentially useful refinement to the regular trap-tree approach (Buffam and others 1973). As old-growth is converted to managed stands of second-growth, control of stand density and maintenance of vigor may be an effective silvicultural control.

The western spruce budworm (*Choristoneura occidentalis* Freeman) is another potentially dangerous insect attacking Engelmann spruce and subalpine fir (Furniss and Carolin 1977, Whiteside and Carolin 1961). Although spruce and fir are among the preferred hosts, budworm populations have been held in check by combinations of several natural control factors—parasites, predators, diseases, and adverse climatic conditions. The potential for future outbreaks is always present, however. An excellent summary of the ecology, past insecticidal treatments, and silvicultural practices associated with western spruce budworm in northern Rocky Mountain forests is given by Carlson and others (1983).

Subalpine fir is attacked by several groups of insects (Keen 1952), the most important of which is the fir engraver (*Scolytus ventralis* LeConte) (Stevens 1971). The western balsam bark beetle (*Dryocoetes confusus* Swaine) may at times be very destructive locally (Furniss and Carolin 1977).

### *Diseases*

The most common diseases in spruce-fir stands are caused by wood-rotting fungi that result in loss of volume (Hinds 1977, Hinds and Hawksworth 1966, Hornibrook 1950) and predispose trees to windthrow and windbreak (Alexander 1964, 1967b). Studies of cull indicators and associated decay in Colorado indicate that stand defect due to wood-rotting fungi in mature to overmature Engelmann spruce ranges from 7 to 26 percent of the gross volume (Hinds 1977). Trunk rots, which cause from 75 to 90 percent of the decay, are associated with *Phellinus pini* (Thore ex Fr.) Karst (=*Fomes pini* (Fr.) Karst), *Haematostereum sanguinolenta* (Aib. ex Schw. ex Fr.) Pouz. (=*Stereum sanguinolentum* (Alb. and Schw. ex Fr.) Fr.), *Echinodontium sulcatum* (Bart.) Gross (=*Stereum sulcatum* Bart.), and *Amylostereum chailletii* (Pers. ex Fr.) Boid (=*Stereum chailletii* (Pers. ex Fr.) Fr.) (fig. 17). Major root and butt fungi and *Phellinus nigrolimitalus* (Rohm.) Bourd. et Galz. (=*Fomes nigrolimitatus* (Rom.) Engel.), *Flammula alnicola* (Fr.) Kummer (=*Pholiota alnicola* (Fr.) Sanger), *Polyporus tomentosus* var. *circinatus* (Fr.) Sartory et Maire, *Gloeocystidiellum radiosum* (Fr.) Boid (=*Corticium radiosum* (Fr.) Fr.), and *Coniophora puteana* (Schum ex. Fr.) (Hinds 1977, Hinds and Hawksworth 1966). Most basal decay is associated with old basal wounds and frost cracks. Hinds and Hawksworth (1966) have proposed a means of estimating defect in standing spruce based on the average amount of cull. Most cull was associated with specific visible indicators that were grouped into three classes. Cull deductions for those indicators as a percentage of gross tree volumes are as follows (Hinds 1977):

15



**Figure 17**—Trunk rot in Engelmann spruce caused by *Phellinus pini* (=*Fomes pini*).



**Figure 18**—Dwarf mistletoe *(Arceuthobium microcarpum)* in Engelmann spruce.

| Indicators | Age class (years) | |
|---|---|---|
| | <250 | >250 |
| *Phellinus pini* punk knots or sporophores ............ | 68 | 86 |
| Broken top or dead top with adjacent dead rust brooms | 21 | 25 |
| Basal wounds, dead rust brooms, or dead leader in living crown, frost cracks, forks (all types), trees joined at base to one another, spike top, or trunk wounds ....................................... | 8 | 11 |

Decay in relation to age, diameter, and site quality have been determined for subalpine fir in Colorado (Hinds 1977, Hinds and others 1960). Stand defect in subalpine fir ranges from less than 7 percent of the volume in trees less than 10 inches d.b.h. to more than 40 percent in trees over 20 inches d.b.h. Trunk rots, which account for about 60 to 70 percent of the total defect, include *Haematostereum sanguinolenta, Phellinus pini,* and *Amylostereum chailletii.* These decay organisms enter the tree mainly through wounds or broken branches. Major root and butt fungi are *Gloeocystidiellum radiosum, Coniophora puteana, Armillaria mellea* (Vahl. ex Fr.) Quel., *Coniophorella olivacea* (Fr.) Karst (=*Coniophora olivacea* (Fr.) Karst.), *Polyporus tomentosus* var. *circinatus,* and *Philiota squarrosa* (Fr.) Kummer).

As old-growth is converted to managed stands, heart rots can be expected to decrease. Early removal of spruce, with known indicators of rot, and of fir in the older age classes, will aid in establishing healthy, vigorous forests with a greater growth potential. Rot losses in future stands can be minimized by shorter cutting rotations—140 to 160 years for spruce, and 100 to 120 years for fir. Careful marking of individual trees to be cut and close supervision of logging operations to reduce mechanical injuries will minimize points of entry for decay fungi. Proper slash disposal will lower the inoculum potential of heart rot fungi in residual stands. These sanitation methods are important because direct control of heart rots is not yet possible (Hinds 1977).

Spruce broom rust *(Chrysomyxa arctostaphyli* Diet.) and fir broom rust *(Melampsorella caryophyllacearum* Schroet.) are also common in spruce–fir forests. They cause bole deformation, loss of volume, spiketops, and windbreak, and provide infection courts for decay fungi (Peterson 1963). Conversion of old-growth to younger vigorous stands and sanitation cutting are about the only practical means of reducing rust infections. Dwarf mistletoe *(Arceuthobium microcarpum* (Engelm.) Hawksworth and Weins) attacks spruce over a limited range in the southwest (Hawksworth and Weins 1972) (fig. 18). It causes top-dieback and defects, provides courts of entry for other diseases and insects, reduces seed production, reduces growth and vigor, and may cause severe mortality. The largest spruce trees in residual overstories are the most heavily infected, and they are the source of infection for younger trees.

16

Rvsd Plan - 00005675

Infection is always greater in understory trees with an overstory of older infected trees than in stands without an overstory. While dwarf mistletoe is heaviest in older and larger trees, all classes are susceptible, even seedlings.

Both subalpine and corkbark firs are occasionally parasitized by dwarf mistletoes whose primary hosts are white fir or Douglas-fir, but these attacks are not damaging in most instances (Mathiasen and Hawksworth 1983). Separation of the old and new stands by clearcutting and felling unmerchantable residual trees appears to be the best way to control dwarf mistletoe. In areas of high tree values, such as recreational, administrative, and home sites, infected branches can be pruned from lightly infected trees, but heavily infected trees must be cut. Partial cutting and thinning generally create ideal conditions for maximum damage, and should be avoided where possible unless the infection is light.

### Fire

Historically, wildfires have burned over large areas where spruce–fir forests grow today. Thin bark, the persistence of dead lower limbs, and shallow root systems make spruce and fir susceptible to destruction or severe injury by fire. Moreover, fire damage to the roots and boles predisposes spruce and fir to windthrow and windbreak. However, because of the climate where spruce and fir grow, the risk of fire is less than in warmer climates, and relatively few acres have burned in the last 300 to 400 years (Alexander and Shepperd 1984).

### Animals

Animals rarely damage established spruce and fir trees. Animal damage to seed and seedlings is addressed later. Mule deer (*Odocoileus hemionus* Rafinesque) and elk (*Cervus elaphus* L.), when congregated in winter herds, may browse fire and spruce to some extent. Although fir is more palatable than spruce, both species are likely to be taken only as a last resort. Moreover, the spruce–fir type occurs in areas of heavy snowpack not suitable for deer and elk winter range. In the northern Rocky Mountains, subalpine fir provides important moose (*Alces alces* L.) habitat in the winter. Bears (*Ursus* sp.) and porcupines (*Erethizon dorsatum* Brandt) inhabit spruce–fir forests but seldom damage trees.

17

# Natural Regeneration Requirements

Although forest managers have traditionally relied upon natural regeneration to restock cutover spruce–fir forest lands in the central and southern Rocky Mountains, inadequate stocking on many cutover areas, especially after clearcutting, attests to the uncertainty of natural regeneration. Where natural regeneration has failed and/or local experience indicates a low probability of natural regeneration success, planting with spruce is often attempted as a method of reforestation. Survival of early plantings was usually low, but in recent years it has been higher because of better selection of planting sites, improved planting stock, better site preparation, and protection of planting stock from livestock and environmental losses. Direct seeding of spruce has been tried on both an experimental and an operational basis, but with little success (Alexander 1974, Ronco 1967).

In general, the basic requirements for successful natural regeneration include (1) an adequate supply of viable seed, (2) a suitable seedbed, and (3) an environment compatible with germination and initial survival (Roe and others 1970). There are a number of factors influencing the basic requirements that either benefit or limit regeneration (fig. 19).



**Figure 19**—Factors affecting the success of spruce natural reproduction (Roe and others 1970).

## Seed Supply

### *Flowering and Fruiting*

Engelmann spruce is monoecious; male and female strobili are formed in the axils of needles of the previous year's shoots after dormancy is broken, usually in late April to early May. Ovulate strobili (new conelets) are usually borne near ends of the shoots in the upper crown, and staminate strobili on branchlets in the lower crown (Fowler and Roche 1977, U.S. Department of Agriculture 1974b). Separation of male and female strobili within the crown is an important mechanism to reduce self-fertilization. The dark purple male flowers are ovoid to cylindrical in shape and pendant (fig. 20). Female flowers are scarlet, erect, and cylindrical in shape. Male flowers ripen, and pollen is wind disseminated in late May and early June at lower elevations, and from mid-June to early July at higher elevations. The conelets grow rapidly and soon reach the size of the old cones that may have persisted from previous years. The new cones mature in one season and are 1 to 2½ inches long. They ripen in August to early September, open, and shed their seed (fig. 21). The cones may fall throughout the following winter or may remain attached to the tree for some time (Alexander and Shepperd 1984, Schmidt and Lotan 1980, U.S. Department of Agriculture 1974b).

Subalpine fir is also monoecious. Male flowers, usually abundant, are borne in pendulous clusters from the axils of needles along the undersides of 1-year-old twigs, usually on the lower branchlets (fig. 22). Female flowers are fewer and are borne erect on the uppermost branchlets of the crown, where they occur singly or in small groups. The dark indigo-blue male flowers ripen and pollen is wind disseminated during June and early July. Male strobili enlarge following bud burst, but take on an elongated tassel form only during or after pollen shedding. The violet-purple female strobili quickly elongate upwards following bud burst, and in the early development of the new conelets, bracts are conspicuous. The new cones mature in 1 year and are usually 2½ to 4 inches long (fig. 23). They ripen in mid-August to mid-October. Cones disintegrate when ripe. The scales fall away with the large winged seed, leaving only a central spikelike axis (Alexander and others 1984b, Liu 1971, Schmidt and Lotan 1980, U.S. Department of Agriculture 1974b).

### *Cone-Bearing Age*

Although cones are produced on open-grown spruces and firs when they are 4 to 5 feet tall and 15 to 40 years old, seed production does not become significant until trees are larger and older (fig. 24). In the Fraser Experimental Forest, the most abundant crops in natural stands are produced on healthy,

Rvsd Plan - 00005677



Figure 20---Male flowers of Engelmann spruce.



Figure 21—Mature and immature cones and seeds of Engelmann spruce.



Figure 22---Male flowers of subalpine fir.



Figure 23---Mature cones and seeds of subalpine fir.



Figure 24—Engelmann spruce 5 feet tall, producing cones.

vigorous, dominant and codominant trees. Dominant and codominant spruces are generally 15 inches in diameter or larger and 150 to 300 years old, while firs are 12 inches in diameter or larger and 150 to 200 years old. Trees in the intermediate and overtopped crown classes are generally poor cone bearers (Alexander and Shepperd 1984, Alexander and others 1984, U.S. Department of Agriculture 1974b).

19

Rvsd Plan - 00005678

### Time of Seedfall

Seeds of Engelmann spruce usually mature from late August to mid-September. Seeds are usually shed by late October but some continue to fall throughout the winter. However, only minor amounts of seedfall occur before mid-September. In the Fraser Experimental Forest, where spruce seedfall in old-growth stands has been studied for long periods, about 50 percent or more of the sound seedfall usually occurs between the last week in September and mid-October (table 5). However, occasionally the most significant seedfall occurs after mid-October (Alexander and others 1982). In a good seed year in the Intermountain Region, from 66 to 75 percent of the total sound seed was released by October 20 on two areas, but only about 33 percent of the total sound seed was released by that date on a third area (Roe 1967).

Subalpine fir seeds ripen and seedfall begins in mid-September and is usually completed by the end of October (Alexander and others 1984b, U.S. Department of Agriculture 1974b).

### Seed and Cone Crop Predictability

The ability to estimate the size of seed and cone crops well in advance is important to forest managers because it provides the basis for scheduling harvesting operations, seedbed preparation for natural reproduction, seed collection, and other management activities (Dobbs 1972). Several ways of assessing future cone crops in advance, such as determining the number of staminate and ovulate buds at the end of the growing season, have been suggested for a number of species, but no reliable method for estimating cone crops has been developed for spruce or fir.

Detailed 10-year records of spruce seed production from 1970 to 1979 on the Fraser Experimental Forest have been used to develop mathematical relationships useful in estimating potential seed production (Alexander and others 1982). Regression analyses of seed production and stand inventory variables resulted in the following equations:

$$\ln(Y + 1) = 9.75 - 0.032X_1 + 1.03 \ln(X_2 + 1) \quad (1)$$

$R^2 = 0.77$, $S_{y \cdot x} = 67{,}500$ (approximated from the untransformed residuals)

where

$Y$ = average annual sound spruce seed production per acre
$X_1$ = average percent of live crown of dominant and codominant spruce
$X_2$ = basal area of dominant and codominant spruce per acre.

$$\ln(Y + 1) = 12.39 + 0.018X_1 - 97.33/(X_2 + 1) \quad (2)$$

$R^2 = 0.77$, $S_{y \cdot x} = 62{,}600$ (approximated from the untransformed residuals)

where

$Y$ = average annual sound spruce seed production per acre
$X_1$ = average height of dominant and codominant spruces
$X_2$ = average number of stems of dominant and codominant spruces per acre.

Both equations account for 77 percent of the total variation in the annual average seed production for the 10-year period. The addition of other variables did not significantly improve the precision of either estimate. Average annual seed production was used as the dependent variable because there was no way to account for annual variation. Furthermore, the independent variables did not change significantly from year to year.

### Production and Periodicity

Engelmann spruce is rated as a moderate to good seed producer (Alexander and Shepperd 1984, Alexander and others 1982, U.S. Department of Agriculture 1974b). Good to bumper seed crops, based on the following criteria, are

**Table 5**--*Percent of filled Engelmann spruce seeds released in years of significant seed production, by collection dates, Fraser Experimental Forest*

| Year | Collection date | | |
|------|-----------------|---------------|-----------|
|      | Mid-September | Early October | Late June |
|      | *Percent* | | |
| 1971 | 51 | --- | 49 |
| 1972 | 29 | 27 | 44 |
| 1974 | 12 | 31 | 57 |
| 1975 | 11 | 23 | 66 |
| 1977 | 6 | 64 | 30 |
| 1978 | 48 | 19 | 33 |
| 1980 | 10 | 50 | 40 |
| Mean | 24 | 30 | 46 |

Rvsd Plan - 00005679

generally borne every 2 to 5 years, with some seed produced almost every year (Alexander and Noble 1976).

| Number of sound seeds/acre | Seed crop rating |
|---|---|
| 0–10,000 | Failure |
| 10,000–50,000 | Poor |
| 50,000–100,000 | Fair |
| 100,000–250,000 | Good |
| 250,000–500,000 | Heavy |
| >500,000 | Bumper |

There is considerable variation in seed production from year to year and area to area. This variation in seed crops means that natural reproduction cannot be expected every year. Therefore, regeneration may require either the use of cutting methods that provide a seed source on site or artificial regeneration (Alexander 1974, 1977; Ronco 1972).

In Colorado, average annual seed production on the White River Plateau for an 18-year period (1914–31) was 83,000 sound seeds per acre; on the Uncompahgre Plateau, annual seed production for a comparable 15-year period (1914–28) averaged 350,000 sound seeds per acre (U.S. Department of Agriculture 1933). Good seed crops were produced on the White River only at 5- to 7-year intervals, with complete failures about every 2 years. On the Uncompahgre, good crops were produced every 2 to 4 years, with complete failures at about 3-year intervals. On the Fraser Experimental Forest in Colorado, annual seed production averaged only 32,100 sound seeds per acre during the period 1956–65 (Alexander 1969). Only one good and two moderate crops were recorded. In more recent studies, spruce seed production has been greater, possibly because the studies were better designed to sample seed production. One of these studies that observed seed production on five National Forests, covering 42 area–seed crop years from 1962 to 1971, rated seed crops as 5 bumper, 1 heavy, 6 good, and the remaining 30 fair to failure (Noble and Ronco 1978). In the one year, 1967, that a bumper seed crop was produced on all areas, seed production was the highest ever recorded in Colorado (Ronco and Noble 1971). In another study on the Fraser Experimental Forest covering 14 years (1970–81) and 13 locations, seed production was rated 2 bumper, 3 heavy, 2 good, and 7 fair to failure (table 6).

In the northern Rocky Mountains, Boe (1954) analyzed cone crops in Montana between the years 1908 and 1953. He reported that of 22 crops observed west of the Continental Divide during the 45-year period 5 were rated as good, 8 fair, and 9 poor. East of the Divide, seed production was poorer; only 2 good, 4 fair, and 15 poor crops were reported for a 21-year period. In other studies in the Northern and Intermountain Regions, seed production was rated as good to bumper in 1 year out of 5, with the other 4 years rated as failures (Roe 1967, Squillace 1954).

Seed production of subalpine and corkbark fir in the central and southern Rocky Mountains has generally been considered to be poor, with more failures than good seed years. In one study in Colorado, covering 42 area–seed crop years, subalpine fir was an infrequent seed producer. Some seed was produced in only 8 of the years, while the other 34 were complete failures (Noble and Ronco 1978). Similar results have been obtained from other seed production studies in Colorado. However, because these studies were designed to sample seed production in spruce–fir stands and because Engelmann spruce made up 90 percent or more of the dominant stand basal area, these results are only indicative of subalpine fir seed production in spruce–fir stands, not of individual dominant fir trees. Elsewhere in the Rocky Mountains and Pacific Northwest, subalpine fir has been rated a good seed producer, with good to heavy crops borne every 3 years and light crops or failures in between (Franklin and others 1974, LeBarron and Jemison 1953, U.S. Department of Agriculture 1974b).

### Seed Soundness

Variability in seed soundness accentuates differences in total seed production, with the proportion of sound seed usually higher in years of greater seed production. For example, based on 14-year seed production records (1970–83), the range of sound spruce seed produced from 250- to 300-year-old

**Table 6**—*Estimated number of sound Engelmann spruce seeds released, percent of sound seeds, and seed crop rating in each of 14 years, Fraser Experimental Forest*

| Year | Number of sound seeds per acre (thousands) | Percent of sound seeds | Seed crop rating |
|---|---|---|---|
| 1970 | 342 | 42 | Heavy |
| 1971 | 208 | 27 | Good |
| 1972 | 281 | 26 | Heavy |
| 1973 | 19 | 12 | Poor |
| 1974 | 271 | 38 | Heavy |
| 1975 | 193 | 53 | Good |
| 1976 | 15 | 22 | Poor |
| 1977 | 1,114 | 63 | Bumper |
| 1978 | 96 | 37 | Fair |
| 1979 | 13 | 19 | Poor |
| 1980 | 683 | 68 | Bumper |
| 1981 | 34 | 30 | Poor |
| 1982 | 8 | 19 | Failure |
| 1983 | 81 | 36 | Fair |

21

spruce–fir stands at 13 locations on the Fraser Experimental Forest was 12 to 68 percent (table 6). The amount of filled seed for each year of a 10-year period (1970-79), at each location was significantly related to total seedfall, as shown in the following equation (Alexander and others 1982):

$$Y = 0.413X \qquad (3)$$

$R^2 = 0.99$, $S_{y \cdot x} = 25,600$ (coefficient of determination not centered about the mean—zero-intercept model)

where

$Y$ = number of filled seeds per acre
$X$ = number of total seeds per acre.

The equation, which accounts for 99 percent of total variation in sound seed production, shows that the number of filled seed produced increases linearly with total seedfall (fig. 25). The large standard error of estimate also indicates considerable variability in the relationship between filled and total seed production between years and locations. Another significant finding is that, despite good or better seed production in 7 of the 14 years, an average of only 46 percent (range 26 to 68 percent) of the total seedfall collected was filled in those years (table 6).

In another study in Colorado that covered 42 area–seed crop years, filled spruce seed averaged 50 percent with a range of 35 to 63 percent. Filled fir seed averaged 37 percent with a range of 17 to 54 percent (Noble and Ronco 1978). However,

no definite relationship between filled seed and total seedfall could be established.

### Seed Collection and Extraction

Spruce and fir cones are usually gathered from squirrel caches or from felled trees. Cones on standing trees are difficult to collect because the cones are small and borne in the upper crown. Collections should be made in years of good seed crops to obtain the highest quality and yield of seed. Spruce and fir cones should be harvested promptly on ripening to avoid loss of seed. Seeds are generally mature before cones turn to their characteristic ripe color (light chestnut brown for spruce and purple gray to nearly black for fir). Spruce seed should be extracted promptly to avoid loss of viability. Cones can be air-dried for a few weeks or in a simple convection kiln for 6 to 24 hours at 100 to 120 °F, followed by shaking on a screen or tumbling to extract the seeds (U.S. Department of Agriculture 1974b). Fir seeds should not be extracted from cones immediately after collecting, to allow for afterripening. This is especially true of early-collected cones. Cones should be stored for a period of time in drying sheds with good air circulation around the cones. Fir cones can be processed by kiln-drying at 85 to 100 °F or air-dried for 1 to 3 weeks or more at 75 to 80 °F (U.S. Department of Agriculture 1974b).

### Storage of Seed

Spruce seed can be stored for 5 to 15 years. It has been stored in sealed containers at room temperature for short periods of time without loss of viability, but for long periods, storage in sealed containers at 33 to 38 °F with seed moisture content at 4 to 8 percent is recommended (U.S. Department of Agriculture 1974b). Fir seed should be stored in sealed containers at or near 0 °F with low (9 to 12 percent) moisture content. Seed stored in this manner will retain most of its viability for 5 years. If stored at room temperature in open containers, seed loses most of its viability in a year (U.S. Department of Agriculture 1974b).

### Seed Viability and Germinative Capacity

The viability of spruce seed is rated good (average germinative capacity is about 69 percent the first year) and persistent (30 to 50 percent after 5 years) if properly stored (U.S. Department of Agriculture 1974b). The average germinative capacity of spruce is higher than that of most associated species in the Rocky Mountains as shown in the following tabulation:



**Figure 25**—Periodic average annual sound seedfall of Engelmann spruce in relation to periodic average annual total seedfall, Fraser Experimental Forest (Alexander and others 1982).

22

| Species | Average germinative capacity (percent) |
|---|---|
| Engelmann spruce | 69 |
| Subalpine fir | 31–34 |
| Lodgepole pine | 65–80 |
| Western white pine | 44 |
| Interior Douglas-fir | 60–93 |
| Western larch | 57 |
| Grand fir | 46–57 |
| Western hemlock | 53–56 |
| White fir | 30–37 |
| Ponderosa pine | 64–86 |

Spruce does not normally require pretreatment, such as stratification, to break dormancy, and the percent viability of spruce seeds obtained from germination tests is frequently used to estimate the number of seed needed for nursery or field sowing. Under natural conditions, seed overwinters under the snow, and either germinates in the spring following snowmelt or later in the growing season after the summer rains. Occasionally some germination is delayed until the second year (Noble and Alexander 1977, Ronco 1967).

Subalpine fir seed viability is rated only fair (average germinative capacity is 31 to 34 percent) and the vitality transient except under ideal storage conditions (U.S. Department of Agriculture 1974b). However, observations and limited studies in the Rocky Mountains indicate that germinative capacity is often less than 30 percent (Shearer and Tackle 1960). Some lots of stored seeds exhibit embryo dormancy, which can be broken by stratification in moist sand or peat at 41 °F for 60 days (U.S. Department of Agriculture 1974b). Under natural conditions, fir seeds lie dormant under the snow and germinate the following growing season.

### Seed Source

There are several ways of providing a seed source for both spruce and fir. In cleared openings, the principal seed source is the trees left standing around the perimeter of the opening. Minor amounts of seed are available if smaller unmerchantable trees are left on the area, and some seed is also produced by the trees cut on the area. On partially cut areas, the residual trees are the principal seed source, but some seed is produced by trees cut on the area. Seeds are usually more uniformly dispersed on partially cut areas than on areas harvested by clearcutting or simulated shelterwood. One significant consideration in the kind of seed source to leave is resistance to windthrow. Recommendations developed for locating wind-firm boundaries on units harvested by clearcutting or simulated shelterwood (Alexander 1964, 1967b) have been modified to identify the kinds of trees and residual volumes that can be

successfully retained in partial cutting for different stand conditions and windfall risk situations (Alexander 1973).

### Seed Dispersal

Most spruce seed is dispersed from early September through the end of October, but some seed may fall throughout the winter (Alexander and others 1982). The small, winged seeds are light, averaging about 135,000 per pound (U.S. Department of Agriculture 1974b). Practically all of the seed is disseminated by wind and gravity. Mammals and birds are not important in seed dispersal.

The distance that viable seeds are dispersed is an important factor limiting successful natural regeneration of Engelmann spruce in clearcut openings. Proper decisions concerning size of opening that will adequately restock naturally, kind and amount of seedbed preparation, and whether to plant or rely on natural reproduction require an accurate estimate of effective seed dispersal.

The pattern of spruce seed dispersal observed in the Rocky Mountains in clearcut openings 200 to 800 feet across is strongly influenced by the direction of prevailing winds, and the amount of seed produced in the uncut windward stand. Sound seedfall generally decreases rapidly from within the uncut stand to the stand edge, and beyond into the clearcut opening. About 50 percent of the amount of seed falling under uncut stands has been dispersed as far as 100 feet into the opening from the windward stand edge, and about 10 percent dispersed as far as 300 feet. The initial rapid decrease in seedfall is followed by a gradual leveling off, with less than 5 percent of the seed falling under uncut stands dispersed as far as 600 feet from the windward source (Alexander 1969, Noble and Ronco 1978, Roe 1967, Roe and others 1970). This "tailing-off" suggests that significant quantities of seed were released during periods of high winds (Dobbs 1976). In the openings observed, a U-shaped pattern of seedfall was poorly defined. Minimum seedfall usually occurred about two-thirds of the way across the openings from the windward stand edge. Seedfall then increased, but at the leeward stand edge it was only about 30 percent of the seedfall along the windward stand edge.

Seed dispersal data from the central Rocky Mountains have been fitted to the following model using a nonlinear least squares regression program (Alexander and Edminster 1983).

$$SD = SO \exp(-0.00735D - 0.243) \qquad (4)$$

$R^2 = 0.99$, $S_{y \cdot x} = 37,500$ sound seeds per acre

where

Rvsd Plan - 00005682



$$SD = SO \times EXP(-0.00735 \times D - 0.243)$$

**Figure 26**—Estimated seed dispersal in relation to seed production in uncut stands and distances from source (Alexander and Edminster 1983).

$SD$ = number of sound seeds per acre falling at distance $D$ into the openings (the windward stand edge is denoted by $D = O$)

$SO$ = number of sound seeds per acre falling under the uncut stand 33 feet from the windward stand edge (denoted by $D = -33$)

$D$ = distance in feet into the opening from windward stand edge.

Although the equation accounts for 99 percent of the variability centered about the mean, the high standard error of estimate indicates that a large amount of variability is not accounted for by the equation.

Equation 4 is useful in estimating potential Engelmann spruce seedfall into openings in the central Rocky Mountains. Figure 26 and table 7 were developed from equation 4 to estimate seedfall into openings for a distance of 600 feet from the windward stand edge. Seed production under uncut stands was set at a range of 50,000 to 1,000,000 sound seeds per acre.

Estimates of seedfall into openings generally follows the pattern previously described for the Rocky Mountains (Alexander 1969, Noble and Ronco 1978, Roe 1967, Roe and others 1970). The amount of seedfall dispersed to the windward stand edge is about 80 percent of the seedfall under the uncut stand. About 40 percent of the amount of seedfall under the uncut windward stand is dispersed as far as 100 feet, and about 10 percent as far as 300 feet. The rapid decline in seedfall then levels off, with about 1 percent of the amount of seed falling under uncut stands dispersed as far as 600 feet from the windward stand edge (Alexander and Edminster 1983). This is in

**Table 7**—*Estimated sound seed dispersal per acre in relation to seed production in uncut stands and distance from source (adapted from Alexander and Edminster 1983)*[1]

| Seedfall uncut stands | Distance from windward timber source (feet) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 | 550 | 600 |
| | Seeds (thousands) | | | | | | | | | | | | |
| 50 | 39 | 27 | 19 | 13 | 9 | 6 | 4 | 3 | 2 | 1 | 1 | 0.7 | 0.5 |
| 100 | 78 | 54 | 38 | 26 | 18 | 12 | 9 | 6 | 4 | 3 | 2 | 1 | 1 |
| 200 | 157 | 109 | 75 | 52 | 36 | 25 | 17 | 12 | 8 | 6 | 4 | 3 | 2 |
| 300 | 235 | 163 | 113 | 78 | 54 | 37 | 26 | 18 | 12 | 9 | 6 | 4 | 3 |
| 400 | 314 | 217 | 150 | 104 | 72 | 50 | 35 | 24 | 17 | 11 | 8 | 6 | 4 |
| 500 | 392 | 272 | 188 | 130 | 90 | 62 | 43 | 30 | 21 | 14 | 10 | 7 | 5 |
| 600 | 471 | 326 | 226 | 156 | 108 | 75 | 52 | 36 | 25 | 17 | 12 | 8 | 6 |
| 700 | 549 | 380 | 263 | 182 | 126 | 87 | 61 | 42 | 29 | 20 | 14 | 10 | 7 |
| 800 | 627 | 434 | 301 | 208 | 144 | 100 | 69 | 48 | 33 | 23 | 16 | 11 | 8 |
| 900 | 706 | 489 | 338 | 234 | 162 | 112 | 78 | 54 | 37 | 26 | 18 | 12 | 9 |
| 1000 | 784 | 543 | 376 | 260 | 180 | 125 | 86 | 60 | 41 | 29 | 20 | 14 | 10 |

[1]$SD = SO \exp(-0.00735D - 0.243)$.

Rvsd Plan - 00005683

general agreement with the 0.5 to 5 percent estimates of seed-fall at 600 feet from source observed by Roe (1967).

Knowing the number of seeds that can be dispersed different distances in relation to the amount of seed produced in uncut stands is not enough to predict restocking success. The presence of large quantities of seed will not ensure restocking of harsh or incompatible environments (Roe and others 1970). For example, seedfall that averaged 1.8 million sound seeds per acre over the entire opening on one area in Colorado did not result in adequate restocking because of unfavorable seedbeds and adverse environmental conditions—intense solar radiation and high temperatures, low temperatures and frost heaving, and drying winds (Ronco and Noble 1971). The effective seeding distance, defined by Roe and others (1970) as the distance over which sufficient sound seed is dispersed to stock an area to an acceptable level under prevailing conditions, is more meaningful than mere seed dispersal distance.

Subalpine fir seed is larger than spruce, averaging about 38,400 to the pound (U.S. Department of Agriculture 1974b). Corkbark fir seeds are larger, averaging about 22,300 to the pound. In the Rocky Mountains, dissemination begins in September and is usually completed by the end of October. Practically all seed is wind disseminated, but thermal upslope drafts are of some importance in seed dispersal in mountainous terrain at mid to lower elevations (Shearer 1980). There are few data available on seed dispersal distances. Studies designed to measure Engelmann spruce seed dispersal, show similar dispersal patterns for subalpine fir (Noble and Ronco 1978).

## Seed Losses

Observations in spruce–fir forests have indicated that part of each seed crop is lost to cone and seed insects before seedfall (Hedlin and others 1980, Keen 1958). In a recently completed study in Colorado, insect-caused loss in Engelmann spruce averaged 28 percent of the total seed produced during a 4-year period (1974–77) (Schmid and others 1981). The percentage of infested cones was highest during years of poor seed production and accounted for about one-half of total unsound seed collected in seed traps during 1974–77. The primary seed-eating insects were a spruce seed moth (*Cydia* = (*Laspeyresia*) *youngana* Kearfott) and an unidentified species of fly, possibly a *Hylemya*, found only in the larval stage.

Pine squirrels (*Tamiasciurus hudsonicus fremonti* Audubon and Bachman) are major consumers of spruce and fir cones and seeds, as evidenced by the large caches common to spruce–fir forests. These caches have been the principal source of seed for reforestation. After seed is shed, small mammals are the principal source of seed losses. The most important seedeaters include deer mice (*Peromyscus maniculatus* Wagner), red-backed voles (*Clethrionomys gapperi* Vigors),

montane voles (*Microtus montanus* Peale), and least chipmunks (*Eutamias minimus* Bachman) (Alexander 1974). All spruce-fir forests support populations of these small mammals, and any disturbance that initiates understory plant succession favors a buildup of populations, particularly if slash and other down material is present to provide cover. Undoubtedly these mammals eat considerable seed, but the magnitude of losses is not known for the central and southern Rocky Mountains, and results from studies elsewhere are conflicting (Schopmeyer and Helmers 1947, Smith 1955).

## Factors Affecting Germination

Viable seeds of spruce and fir that survive over winter normally germinate following snowmelt in June or early July when seedbeds are moist and air temperatures are at least 45 °F. Germination under favorable seedbed and environmental conditions is usually completed in 3 to 4 weeks. Under other circumstances, it occurs over a period of 8 to 10 weeks; moreover, germination under these conditions may be delayed until after the summer rains. Field germination of spruce seeds over long periods of time on the Fraser Experimental Forest in Colorado have ranged from 0 to 28 percent of the sound seeds dispersed, depending upon the seedbed and environmental factors (Alexander 1984, Noble and Alexander 1977).

Although Engelmann spruce seeds will germinate well on a wide variety of seedbed types, the effectiveness of the seedbed is influenced by edaphic and environmental factors that operate primarily through their effects on moisture and temperature (Alexander 1984; Day 1963, 1964; Roe and Schmidt 1964; Roe and others 1970; Smith 1955). Dead shade may increase germination by reducing temperatures, thereby conserving moisture. Low temperatures on shaded seedbeds in the spring following snowmelt may delay germination however, so that by the time seedbeds are warm enough they are too dry. Germination can also be delayed if precipitation is low or irregular in June or early July following snowmelt (Alexander 1984, Noble and Alexander 1977). Exposed seedbed surfaces are rapidly dried out and heated to high temperatures during periods of clear weather. Few seeds can imbibe sufficient water to germinate, and most newly germinated seedlings are killed by either drought or stem girdle (Alexander 1984, Noble and Alexander 1977, Roe and others 1970). If germination is delayed until the late summer rains, the late-germinating seedlings are frequently unable to harden off before the onset of cold weather (Alexander 1984, Noble and Alexander 1977, Ronco 1967).

Aspect also influences germination. In a long-term study on the Fraser Experimental Forest, germination was considerably higher on the north than the south aspect (Alexander 1984). However, total germination on the north aspect was

only 6 percent, ranging from a high of 11 percent to a low of 1 percent; germination was improved in most years more by scarification and the combination of scarification and shade than by shade alone. On the south aspect, total germination over 10 years was 3 percent ranging from less than 1 to 14 percent; shade and the combination of shade and scarification improved germination, but scarification alone was not effective (table 8) (Alexander 1984).

Alexander and Noble (1971) studied the effects of amount and distribution of watering treatments—selected to represent precipitation patterns, temperatures, and humidities likely to occur at 10,500 feet elevation on the Fraser Experimental Forest in Colorado—on the germination of spruce in the

**Table 8**—*Percent germination of Engelmann spruce by aspect and seedbed treatment from 1969 to 1978, north and south aspects, Fraser Experimental Forest (adapted from Alexander 1984)*

| Year | Scarified, shaded | Scarified, unshaded | Unscarified, shaded | Unscarified, unshaded | All |
|---|---|---|---|---|---|
| | Seedbed treatment | | | | |
| **North aspect** | | | | | |
| 1969 | 21 | 13 | 4 | 1 | 10 |
| 1970 | 12 | 7 | 4 | 1 | 6 |
| 1971 | 1 | 2 | 0 | 1 | 1 |
| 1972 | 7 | 11 | 2 | 2 | 6 |
| 1973 | 7 | 4 | 10 | 3 | 6 |
| 1974 | 8 | 2 | 21 | 11 | 11 |
| 1975 | 9 | 8 | 5 | 1 | 6 |
| 1976 | 2 | 1 | 8 | 2 | 3 |
| 1977 | 11 | 5 | 1 | 1 | 4 |
| 1978 | 15 | 12 | 4 | >1 | 8 |
| Average | 9 | 6 | 6 | 2 | 6 |
| **South aspect** | | | | | |
| 1969 | 7 | 2 | 7 | 2 | 4 |
| 1970 | 0 | 0 | 1 | 0 | >1 |
| 1971 | 2 | 1 | >1 | 1 | 1 |
| 1972 | 11 | 10 | 27 | 11 | 14 |
| 1973 | 6 | 0 | 6 | 3 | 4 |
| 1974 | 0 | 0 | 6 | 5 | 3 |
| 1975 | >1 | 0 | 1 | 0 | >1 |
| 1976 | >1 | 0 | 1 | 0 | >1 |
| 1977 | 3 | 0 | 4 | 0 | 2 |
| 1978 | 1 | 1 | 1 | 0 | >1 |
| Average | 3 | 1 | 5 | 2 | 3 |

greenhouse. They concluded that under favorable seedbed and environmental conditions (1) more seedlings would emerge with frequent showers than with one or two larger storms when monthly precipitation is 1 inch or less, and (2) when monthly precipitation is 1 inch or more, germination is completed in a relatively short time with frequent showers, whereas seedlings will emerge throughout the growing season if precipitation falls in only one or two storms. These observations have been corroborated by field observations on the Fraser Experimental Forest (Alexander 1984).

Noble (1972) found no differences in spruce germination on two soil types in a greenhouse study in Colorado, but both soils were gravelly sandy loams. On the other hand, striking differences were found in germination on two soil types in western Montana (Roe and others 1970). Seeds were sown in the spring on a droughty sandy loam and a black, moderately heavy loam soil that retained a high moisture content throughout the growing season. More than nine times as many seedlings germinated on the heavier soil. Apparently, rapid surface drying limited moisture for germination on the sandy soil.

Germination of subalpine fir is usually good on mineral soil and moist humus seedbeds (Clark 1969, U.S. Department of Agriculture 1943). Fir is less exacting in its seedbed requirements than spruce, and will germinate and become established on a wider variety of seedbed types, including the undisturbed forest floor, undecomposed litter and duff, and decaying wood (Alexander and others 1984b, Day 1964).

## Factors Affecting Initial Survival and Establishment

In this publication, the first growing season is considered to be the period of initial survival, and the second through the fifth growing seasons, the time of seedling establishment.

Most spruce seedling mortality (usually about 50 percent or more of the total mortality) occurs during the first growing season, but losses can be substantial during the first 5 years after germination (Alexander 1984, Noble and Alexander 1977, Ronco 1967, 1970b). Although losses continue after 5 years, the probability of survival increases significantly. In a long-term study on the Fraser Experimental Forest (1969-83), only 38 percent of the seedlings that emerged survived the first growing season; however, 94 percent of the seedlings that were alive at the end of 5 years survived to the end of the study. Therefore, based on the previous year's survival, survival probability of spruce seedlings increased each year after germination (Alexander 1984):

Rvsd Plan - 00005685

| Years since germination | Mortality (percent) | Survival probability (percent) |
|---|---|---|
| 1 | 62 | 38 |
| 2 | 12 | 68 |
| 3 | 5 | 83 |
| 4 | 2 | 94 |
| 5 | 2 | 94 |
| 5+ | 1 | 94 |

These data were derived over a range of seedbed and environmental conditions. Survival probability would be better under a combination of conditions favorable to spruce survival and poorer under a combination of conditions unfavorable to spruce survival (Alexander 1984).

Seedling mortality begins soon after germination, usually in late June or early July. Environmental factors affecting survival exhibit a seasonal sequence of occurrence (Alexander 1984, Noble and Alexander 1977). Early season mortality, which may last to the end of July, is usually caused by biotic factors. As seedbeds dry out and warm up during mid to late summer, physical factors become more important.

### Initial Root Growth

The rate of root growth is an important determinant of initial survival of spruce seedlings. The further the root penetrates the soil, the better chance the seedling has of surviving drought, frost heaving, and erosion. Critical rooting depth depends upon seedbed type, weather, and soil properties.

First-year spruce seedlings (fig. 27), field grown on mineral soil seedbeds under partial shade on the Fraser Experimental Forest in Colorado, have a rooting depth of 3 to 4 inches, with a total root length of 5 inches (Noble 1973b). In an earlier



**Figure 27**—Depth of Engelmann spruce root penetration at the end of the first growing season.

study in the central Rocky Mountains, the root length of vigorous 1-year-old spruce seedlings averaged about 2.75 inches on seedbeds where the depth of humus was about 1 inch (Roeser 1924). In eastern Arizona, average first-year spruce root penetration was 2.7 inches on shaded mineral soil (Jones 1971). In the northern Rocky Mountains and British Columbia, first-year root penetration of spruce seedlings under field conditions was only about 1.5 inches (Roe and others 1970, Smith 1955).

No comparable data are available for subalpine fir in the central Rocky Mountains, but first-year root penetration of its variety, corkbark fir, in Arizona averaged 3.4 inches (Jones 1971). In British Columbia, first-year root length of subalpine fir averaged 2.7 inches (Eis 1965).

### Seedbed Type

In the undisturbed forest, spruce seedlings become established on a variety of seedbeds: duff, litter, partially decomposed humus, decaying and moss-covered wood, and on mounds of mineral soil upturned by withthrown trees (Alexander and Shepperd 1984, Dobbs 1972). These same seedbeds are available after logging, with some additional mineral soil and mineral soil mixed with humus. Removal of the overstory, however, will produce new microhabitats, many of which will be unfavorable to initial survival and seedling establishment. Seedbed preparation is one way to modify environmental factors limiting seedling survival (Alexander 1984, Roe and others 1970).

Spruce seedling survival and establishment after logging in the central Rocky Mountains has generally been better on prepared mineral soil seedbeds than on other seedbed types (Alexander 1969, 1984; Noble and Alexander 1977; U.S. Department of Agriculture 1943). When mineral soil is exposed by removing competing vegetation, a more stable moisture source and more nutrients are available for seedling growth than on other seedbed types (Smith 1962). Exceptions have been on south slopes, where shade has been more important in reducing water losses from soil and seedlings than the seedbed type (table 9) (Alexander 1984, Noble and Alexander 1977). In some instances, subalpine fir has established more readily on mineral soil, while in others more fir seedlings were found on undisturbed seedbeds (Alexander 1966, U.S Department of Agriculture 1943).

In the Intermountain Region, Roe and Schmidt (1964) found that mechanically exposed mineral soil was superior to all other seedbeds for initial survival and establishment of spruce seedlings. Decayed wood, the natural forest floor, and undisturbed duff were poor seedbeds. In northern Idaho, spruce stocking after 5 years was better on scarified seedbeds where 40 percent or more of the area was exposed mineral soil than on the

27

28

**Table 9**—*Percent survival of Engelmann spruce seedlings by aspect and seedbed treatment from 1969 to 1982, north and south aspects, Fraser Experimental Forest (adapted from Alexander 1984)*

| | Scarified, shaded | | | Scarified, unshaded | | | Unscarified, shaded | | | Unscarified, unshaded | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study |
| **North aspect** | | | | | | | | | | | | | | | |
| 1969 | 10.9 | 7.5 | 6.9 | 7.2 | 3.2 | 3.2 | 1.6 | 1.3 | 0.8 | 0 | 0 | 0 | 4.9 | 3.0 | 2.7 |
| 1970 | 8.8 | 4.5 | 4.3 | 4.3 | 1.6 | 1.6 | 2.1 | 0.3 | 0.3 | 0.5 | 0.5 | 0.5 | 3.9 | 1.8 | 1.7 |
| 1971 | 0.5 | 0.5 | 0.5 | 2.1 | 0.5 | 0.5 | 0 | 0 | 0 | 0.3 | 0 | 0 | 0.7 | 0.3 | 0.3 |
| 1972 | 1.3 | 0.8 | 0.8 | 0.8 | 0 | 0 | 0.3 | 0 | 0 | 0.3 | 0 | 0 | 0.7 | 0.2 | 0.2 |
| 1973 | 4.0 | 2.1 | 2.1 | 1.3 | 0.3 | 0.3 | 5.9 | 3.5 | 2.9 | 1.9 | 0 | 0 | 3.3 | 1.5 | 1.3 |
| 1974 | 5.9 | 2.9 | 2.7 | 1.1 | 0.3 | 0.3 | 4.5 | 2.4 | 2.1 | 2.1 | 0.5 | 0.5 | 3.4 | 1.5 | 1.4 |
| 1975 | 3.7 | 0.5 | 0.5 | 3.7 | 0.5 | 0.5 | 2.9 | 1.6 | 1.3 | 0.5 | 0 | 0 | 2.7 | 0.7 | 0.6 |
| 1976 | 0.5 | 0.3 | 0.3 | 0.5 | 0.3 | 0.3 | 5.9 | 2.9 | 2.9 | 1.9 | 1.3 | 1.3 | 2.1 | 1.2 | 1.2 |
| 1977 | 8.3 | 2.4 | 2.4 | 2.4 | 0.3 | 0.3 | 1.1 | 0.3 | 0.3 | 0.5 | 0 | 0 | 3.1 | 0.7 | 0.7 |
| 1978 | 10.9 | 9.9 | 9.9 | 7.2 | 6.1 | 6.1 | 2.9 | 1.6 | 1.6 | 0 | 0 | 0 | 5.3 | 4.4 | 4.4 |
| Average | 5.5 | 3.1 | 3.0[a] | 3.1 | 1.3 | 1.3 | 2.7 | 1.4 | 1.2 | 0.8 | 0.2 | 0.2 | 3.0 | 1.5 | 1.4 |
| **South aspect** | | | | | | | | | | | | | | | |
| 1969 | 1.3 | 0.3 | 0.3 | 0 | 0 | 0 | 2.4 | 1.9 | 1.9 | 0 | 0 | 0 | 0.9 | 0.5 | 0.5 |
| 1970 | 0 | 0 | 0 | 0 | 0 | 0 | 0.3 | 0.3 | 0.3 | 0 | 0 | 0 | 0.1 | 0.1 | 0.1 |
| 1971 | 0.5 | 0.5 | 0.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0.1 | 0.1 |
| 1972 | 1.9 | 0.8 | 0.8 | 0.5 | 0 | 0 | 1.1 | 0 | 0 | 0 | 0 | 0 | 0.9 | 0.2 | 0.2 |
| 1973 | 2.4 | 1.3 | 1.3 | 0 | 0 | 0 | 2.4 | 1.1 | 0.5 | 1.3 | 0 | 0 | 1.5 | 0.6 | 0.5 |
| 1974 | 0 | 0 | 0 | 0 | 0 | 0 | 0.3 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 |
| 1975 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1976 | 0 | 0 | 0 | 0 | 0 | 0 | 0.3 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 |
| 1977 | 0.3 | 0 | 0 | 0 | 0 | 0 | 0.3 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 |
| 1978 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Average | 0.6 | 0.3 | 0.3[b] | 0.1 | 0 | 0 | 0.7 | 0.3 | 0.3 | 0.1 | 0 | 0 | 0.4 | 0.2 | 0.2 |

[a]  Seedling age in 1982 ranged from 5 years old (1978 germination) to 14 years old (1969 germination).
[b]  Seedling age in 1982 ranged from 10 years old (1973 germination) to 14 years old (1969 germination).

Rvsd Plan - 00005687

natural forest floor or areas where scarification had exposed only about 20 percent of the surface in mineral soil (Boyd and Deitschman 1969). In southwestern Alberta on the Crowsnest Forest, spruce seedling establishment was best on decayed wood, but success was associated with moist sites (Day 1963, Day and Duffy 1963).

Spruce seedling establishment on burned seedbeds has been variable. Stocking was poor or nonexistent in the central Rocky Mountain and Intermountain Regions on burned piles and windrows where burning left layers of loose ash several inches deep, or generated such great heat that rocks were fractured (Roe and Schmidt 1964, Roe and others 1970, U.S. Department of Agriculture 1943). Under these conditions, burned seedbeds are not likely to support any seedlings for long periods of time (Roe and others 1970). On the other hand, Boyd and Deitschman (1969) found that spruce stocking on seedbeds 5 years after prescribed burning was as good as on scarified seedbeds where 40 percent or more of the area was exposed mineral soil.

The length of time seedbed treatment remains effective also varies. On the Fraser Experimental Forest in Colorado, scarified seedbeds on light-textured, gravelly, sandy loam soils and a *Vaccinium* ground cover were still discernible 8 to 10 years after treatment, whereas scarified seedbeds on more heavily textured soils with a ground cover of grasses and sedges were largely obliterated in 3 years (Alexander 1969). Seedbeds on the latter soils were not receptive long enough for seedlings to become established. Mechanically scarified and prescription-burned seedbeds did not last longer than about 5 years in northern Idaho, but that was sufficient time for seedlings to become established (Boyd and Deitschman 1969). The best results with natural or artificial seeding on scarified seedbeds in the interior of British Columbia were obtained in the first and second growing seasons after seedbed treatment (Arlidge 1967).

Spruce seedling survival and establishment on natural seedbeds is limited by the depth of organic matter, whether it is partially decomposed L, F, and H layers or an accumulation of litter, duff, or other debris (Roe and others 1970). Although germination may have been good, few spruces became established in the Intermountain Region where the depth of organic matter on the seedbed exceeded 2 inches (Roe and Schmidt 1964). Poor establishment was attributed to first-year root penetration that was too shallow to keep pace with the rate at which the seedbed dried out during the summer. Even with a deeper first-year root penetration, seedlings in the central Rocky Mountains do not become established readily on seedbeds covered with heavy layers (5–7 inches) of duff, litter, or partially decomposed humus (Alexander 1984, Noble and Alexander 1977, Roeser 1924).

## *Climate*

The climate of the central and southern Rocky Mountain spruce–fir zone is characterized by extremes in insolation, temperature, and moisture (Alexander 1984, Alexander and Shepperd 1984, Alexander and others 1984b, appendix B). Some of these extremes limit regeneration success.

### Insolation

Light intensity and total solar radiation are high where spruce grows. Solar radiation in the high mountains of Colorado can be as high as 2.2 cal/cm²/m on a clear day with scattered cumulus clouds (Gates and Janke 1966, Spomer 1962). On cloudless days, daily and weekly mean maximums of about 1.9 cal/cm²/m throughout the summer have been reported (Spomer 1962). Maximum air temperatures at 10,000 feet elevation rarely exceed 78 °F, however (Alexander 1984, Roe and others 1970).

Light is essential to seedling survival, and although 40 to 60 percent of full shade is most favorable to seedling establishment, spruce will germinate in all light intensities found in nature. However, spruce does not establish readily in the open at high elevations in the Rocky Mountains. Planted seedlings develop a chlorotic appearance that is unrelated to nitrogen content (Ronco 1970c) and they subsequently die. High light intensity (visible light can be as high as 13,000 footcandles (fc) from shortly after sunrise to shortly before sunset) is one of the factors contributing to the mortality of seedlings planted in the open (Ronco 1970d) (fig. 28). Mortality can be reduced by shading planted seedlings (Ronco 1961, 1970a, 1972). Because Ronco (1970d) found photosynthesis higher for shaded than unshaded seedlings, he suggests that solarization—a phenomenon by which light intensity inhibits photosynthesis—leads to irreversible tissue damage and subsequent death of seedlings.

In the Intermountain Region, more natural seedlings were established in the shade of nonliving material than elsewhere (Roe and Schmidt 1964). Shade not only reduced light intensity, but lowered temperatures and conserved moisture, thereby improving the microenvironment for seedling survival and establishment. On the other hand, spruce seedlings cannot compete with subalpine fir in the low light intensities commonly found in dense natural stands.

### Temperature

Engelmann spruce is restricted to high elevations because of low tolerance to high air temperatures (Bates 1923, Hellmers and others 1970). However, solar radiation at high elevations heats exposed soil surfaces and increases water

29



**Figure 28**—Chlorotic Engelmann spruce seedling planted in the open, damaged by high light intensity.

losses from both seedlings and soil by both transpiration and evaporation. Drought and/or stem girdling causes heavy mortality, especially among first-year seedlings (table 10) (Alexander 1984, Noble and Alexander 1977, Roe and others 1970). Tree seedlings in the succulent stage are particularly susceptible to stem girdling if soils are dry. The cortex is killed by temperatures of 130 °F, but prolonged exposures to lower temperatures may also be lethal. On the Fraser Experimental Forest, temperatures on duff surfaces have exceeded 150 °F in the open on both north and south slopes at 10,500 feet elevation in the month of June, but average maximum surface temperatures on unshaded mineral soil were much less. They ranged from 110 °F on north aspects to 124 °F on south aspects (Alexander 1984, Noble and Alexander 1977). Maximum air temperature during this period did not exceed 78 °F. Early shading improved survival of first-year seedlings on north aspects on both mineral soil and duff seedbeds, and was essential to any survival on south aspects regardless of seedbed type (table 11) (Alexander 1984). In western Montana, at lower elevations on gentle north slopes, soil surface temperatures exceeded 160 °F several times during one summer (Roe and others 1970). Early shade protection improved survival of newly germinated spruce seedlings; 30 to 50 per-

cent of the seedlings were lost to heat girdling on unshaded plots, compared to 10 percent on shaded plots. Day (1963) studied heat and drought mortality of newly germinated spruce seedlings in southwestern Alberta, and found that when water was excluded nearly three-fourths of the mortality on four different unshaded seedbed types was caused by heat girdling. Surface temperatures as low as 113 °F caused heat girdling, but losses were not high until soil surface temperatures were above 122 °F. Shading reduced heat girdling on all seedbed types. Soil surface temperatures in excess of lethal levels for spruce seedlings, especially on burned seedbeds, have been reported in British Columbia (Smith 1955).

Air and below-surface soil temperatures are not usually directly responsible for seedling mortality, but they affect growth. Helmers and others (1970) studied the growth of Engelmann spruce seedlings under 30 different combinations of day and night temperatures. They found that the greatest height and root growth, and top and root dry-matter production was with a diurnal variation of 66 °F (air and soil) day temperatures and 73 °F (air and soil) night temperatures. Shepperd (1981), using the same night temperature regime, raised the day soil temperature to 73 °F and significantly increased root growth.

The growing season is short at 10,000 feet elevation in the Rocky Mountains, and frost can occur any month during this period (Alexander and Shepperd 1984, Ronco 1967). Frost is most likely to occur in depressions and cleared openings because of cold air drainage and radiation cooling, respectively. Newly germinated spruce seedlings are susceptible to damage from early fall frosts. In a greenhouse and laboratory study, new seedlings did not survive temperatures as low as 15 °F until about 10 weeks old, following bud formation at 8 weeks and bud set and needle maturation at 10 to 12 weeks (Noble 1973a).

After the first year, seedlings are most susceptible to frost early in the growing season when tissues are succulent. Shoots are killed or injured by mechanical damage resulting when tissue freezes and thaws. Frost damage has been recorded in most years in Colorado (Ronco 1967). In light frost years damage was minor, but heavy frost either damaged or killed all new shoots of open-grown seedlings (fig. 29). Furthermore, the loss of new shoots was at the expense of stored food reserves. Frost damage was nearly eliminated by shading the seedlings (Ronco 1967).

In the early fall, the combination of warm daytime temperatures, below freezing nighttime temperatures, and saturated soil unprotected by snow is conducive to frost heaving. On the Fraser Experimental Forest, Colorado, these conditions generally occurred in about 1 out of 2 years (Alexander 1984, Noble and Alexander 1977). Frost heaving was one of the principal causes of first-year seedling mortality on

**Table 10**—*Percent total mortality of Engelmann spruce seedlings by aspect, cause, and seedbed treatment, Fraser Experimental Forest (adapted from Alexander 1984)*

| | Scarified, shaded | | | Scarified, unshaded | | | Unscarified, shaded | | | Unscarified, unshaded | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | After 1 year | After 5 years | End of study[1] | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study | After 1 year | After 5 years | End of study |
| **North aspect** | | | | | | | | | | | | | | | |
| Drought | 9.9 | 14.2 | 14.2 | 8.3 | 9.9 | 9.9 | 15.6 | 20.2 | 20.5 | 7.8 | 10.4 | 10.4 | 41.6 | 54.7 | 55.0 |
| Clipping | 7.2 | 7.2 | 7.2 | 6.1 | 6.1 | 6.1 | 1.3 | 1.3 | 1.3 | 0 | 0 | 0 | 14.6 | 14.6 | 14.6 |
| Frost heave | 0.3 | 6.4 | 6.4 | 0.6 | 4.5 | 4.5 | 0.1 | 0.7 | 0.7 | 0 | 0.5 | 0.5 | 1.0 | 12.1 | 12.1 |
| Snow mold | 0 | 0.9 | 1.3 | 0 | 2.6 | 2.6 | 0 | 0.7 | 1.2 | 0 | 0 | 0 | 0 | 4.2 | 5.1 |
| Washout | 2.0 | 2.3 | 2.3 | 1.0 | 1.2 | 1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 2.9 | 3.5 | 3.5 |
| Freezing | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 1.1 | 1.6 | 1.6 |
| Heat girdle | 0.7 | 0.7 | 0.7 | 0.9 | 0.9 | 0.9 | 0.1 | 0.1 | 0.1 | 0 | 0 | 0 | 1.7 | 1.7 | 1.7 |
| Other[2] | 0.9 | 1.9 | 2.0 | 1.4 | 2.5 | 2.5 | 0.6 | 1.8 | 1.9 | 0 | 0 | 0 | 2.9 | 6.2 | 6.4 |
| Total | 21.0 | 33.7 | 34.2 | 18.3 | 27.8 | 27.8 | 18.1 | 25.5 | 26.4 | 8.5 | 11.6 | 11.6 | 65.8 | 98.6 | 100.0 |
| **South aspect** | | | | | | | | | | | | | | | |
| Drought | 10.1 | 11.1 | 11.1 | 7.7 | 7.7 | 7.7 | 23.8 | 26.0 | 26.5 | 13.9 | 14.7 | 14.7 | 55.5 | 59.5 | 60.0 |
| Clipping | 7.0 | 7.0 | 7.0 | 0.5 | 0.5 | 0.5 | 10.8 | 10.8 | 10.8 | 1.2 | 1.2 | 1.2 | 19.5 | 19.5 | 19.5 |
| Frost heave | 0.5 | 2.2 | 2.4 | 0.5 | 0.9 | 0.9 | 0.5 | 0.5 | 0.5 | 0 | 0 | 0 | 1.5 | 3.6 | 3.8 |
| Snow mold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2 | 0.2 | 0 | 0 | 0 | 0 | 0.2 | 0.2 |
| Washout | 1.2 | 1.2 | 1.2 | 0.7 | 0.7 | 0.7 | 0 | 0 | 0 | 0 | 0 | 0 | 1.9 | 1.9 | 1.9 |
| Freezing | 0 | 0.2 | 0.2 | 0 | 0 | 0 | 0.5 | 0.5 | 0.5 | 0 | 0 | 0 | 0.5 | 0.7 | 0.7 |
| Heat girdle | 1.0 | 1.0 | 1.0 | 1.7 | 1.7 | 1.7 | 4.8 | 4.8 | 4.8 | 2.6 | 2.6 | 2.6 | 10.1 | 10.1 | 10.1 |
| Other[3] | 0.2 | 0.5 | 0.5 | 0.7 | 0.7 | 0.7 | 1.0 | 1.9 | 1.9 | 0.7 | 0.7 | 0.7 | 2.6 | 3.8 | 3.8 |
| Total | 20.0 | 23.2 | 23.5[4] | 11.8 | 12.2 | 12.2 | 41.4 | 44.7 | 45.2 | 18.4 | 19.2 | 19.2 | 91.6 | 99.3 | 100.0 |

[1]   Seedling age at end of study in 1982 varied from 5 to 14 years.
[2]   Includes insolation, damping off, gophers, and unknown.
[3]   Includes insolation, damping off, and unknown.
[4]   Seedling age at end of study in 1982 varied from 10 to 14 years.

Rvsd Plan - 00005690

32

**Table 11**—*Seed:seedling ratios of Engelmann spruce at the end of germination and after the first and fifth growing seasons by seedbed treatment and aspect, Fraser Experimental Forest (adapted from Alexander 1983)*

| Seedbed treatment | Germinating seedlings | | | First-year survival[1] | | | Fifth-year survival[2] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | Range | Percent | Mean | Range | Percent | Mean | Range | Percent |
| **North aspect** | | | | | | | | | |
| Scarified, shaded | 11:1 | 5:1 to 94:1 | 9 | 18:1 | 9:1 to 188:1 | 59 | 32:1 | 10:1 to 375:1 | 57 |
| Scarified, unshaded | 15:1 | 8:1 to 94:1 | 6 | 33:1 | 14:1 to 188:1 | 47 | 76:1 | 16:1 to ∞ | 44 |
| Unscarified, shaded | 17:1 | 5:1 to ∞[3] | 6 | 37:1 | 17:1 to ∞ | 45 | 72:1 | 29:1 to ∞ | 52 |
| Unscarified, unshaded | 42:1 | 9:1 to 375:1 | 2 | 125:1 | 54:1 to ∞ | 34 | 417:1 | 75:1 to ∞ | 30 |
| **South aspect** | | | | | | | | | |
| Scarified, shaded | 35:1 | 9:1 to ∞ | 3 | 156:1 | 42:1 to ∞ | 22 | 341:1 | 75:1 to ∞ | 46 |
| Scarified, unshaded | 74:1 | 10:1 to ∞ | 1 | 1875:1 | 188:1 to ∞ | 4 | ∞ | | 0 |
| Unscarified, shaded | 19:1 | 4:1 to 375:1 | 5 | 144:1 | 14:1 to ∞ | 13 | 312:1 | 54:1 to ∞ | 46 |
| Unscarified, unshaded | 46:1 | 9:1 to ∞ | 2 | 750:1 | 94:1 to ∞ | 6 | ∞ | | 0 |

[1] Ratio of germinating seedlings to survival at the end of the first growing season.

[2] Ratio of seedlings alive at the end of the first growing season to seedlings alive at the end of fifth growing season.

[3] ∞ = no germination or survival.

Rvsd Plan - 00005691

scarified seedbeds on north slopes (Alexander 1984). Furthermore, seedlings continued to frost heave after four growing seasons. Shading reduced losses by reducing radiation cooling.

### Moisture

The moisture condition of the seedbed during the growing season largely determines first-year seedling survival. On some sites in the central Rocky Mountains, summer drought is responsible for substantial first-year mortality, especially in years when precipitation is low or irregular. On the Fraser Experimental Forest, drought and desiccation caused more than half of the first-year seedling mortality on south slopes; and nearly two-thirds of all mortality after 5 years (Alexander 1984). On north slopes during the same period, drought accounted for about 40 percent of first-year seedling mortality, and more than one-half of all mortality at the end of 5 years (table 10).

In the northern Rocky Mountains, late spring and early summer drought is a serious threat to first-year seedlings during most years. In western Montana, all seedlings on one area were killed by drought in a 2-week period in late summer, when their rate of root penetration could not keep pace with soil drying during a prolonged dry period (Roe and others 1970). Late spring and early summer drought is also a serious cause of first-year seedling mortality in the southern Rockies. Drought losses can continue to be significant during the first 5 years of seedling development, especially during prolonged summer dry periods (Alexander 1984, Noble and Alexander 1977).

The moisture provided by precipitation during the growing season is particularly critical to the survival of seedlings during the first year. Alexander and Noble (1971) studied the effects of amount and distribution of watering treatments on seedling survival in the greenhouse. The treatments simulated common summer precipitation patterns in north-central Colorado. They concluded that under favorable seedbed and environmental conditions (1) at least 1 inch of well-distributed precipitation is needed monthly before seedlings will survive drought; (2) with this precipitation pattern, more than 1.5 inches of monthly rainfall is not likely to increase seedling survival; but (3) few seedlings will survive drought with less than 2 inches of rainfall monthly when precipitation comes in only one or two storms.

Summer precipitation may not always benefit seedling survival and establishment. Summer storms in the Rocky Mountains may be so intense that much of the water runs off, especially from bare soil surfaces. Moreover, soil movement on unprotected seedbeds buries some seedlings and uncovers the roots of others (Roe and others 1970).



**Figure 29**—Frost damage to an open-grown Engelmann spruce seedling.

### *Aspect*

Aspect greatly affects initial seedling survival and establishment through its influence on temperature and moisture. Survival of spruce seedlings on the Fraser Experimental Forest was much higher on north than south aspects (table 9) despite the fact that the south aspect averaged 1 to 3 inches more precipitation during the growing season (Alexander 1984, Noble and Alexander 1977). Incoming net radiation averaged 8 percent higher on the south aspect, and resulted in higher vapor pressure deficits and higher soil surface temperatures across all seedbed types even though average air temperature differences between north and south aspects were less than 2 °F. As a result evapotranspiration rates increased, creating drier environments. This caused an increase in seedling mortality from drought and heat girdle on the south aspect (table 10).

### *Soil*

Throughout the Rocky Mountains, spruce and fir grow on a wide range of soils (Johnson and Cline 1965, Retzer 1962),

Rvsd Plan - 00005692

but there is little information about the soil requirements for regeneration. Noble (1972) compared first-year spruce seedling survival and growth on two soils in the greenhouse. One soil—Bobtail gravelly sandy loam—was a Cryochrept that developed in place under a mixed spruce–fir–lodgepole pine stand from mixed schists and gneisses metamorphosed from granitic rock. The other soil—Darling gravelly sandy loam—was a Cryorthod developed in place under a spruce–fir stand from coarse-textured material weathered from mixed schists and gneisses. The Bobtail soil crusted and compacted when watered—as it did in the field—and root penetration was significantly less than on Darling soils. Consequently, 1.5 inches of water well-distributed monthly was required to obtain survival on Bobtail soils, whereas significant survival was obtained on Darling soils with 1 inch of water well-distributed monthly. Top growth and total dry matter production after 24 weeks were about the same on both soils. Spruce generally establishes and makes good growth on moderately well-drained silt and clay loam soils developed in place from volcanic and fine sedimentary rock, and on alluvial soils developed from a variety of parent materials, because these soils do not dry out rapidly. Spruce does not establish or grow as well on shallow, dry, coarse-textured sands, gravels, heavy clay surface soils, or saturated soils (Alexander and Shepperd 1984).

No information is available on the range of pH tolerated by spruce and fir, or their nutrient requirements.

### Diseases

Newly germinated seedlings are killed by damping-off fungi (Alexander 1984, Noble and Alexander 1977, Ronco 1967). Losses normally occur early in the growing season before seedlings cast their seedcoats, and can be serious on all seedbed types if they remain damp for long periods of time. Damping-off was responsible for 17 percent of the first-year seedling mortality in central Colorado on both mulched and unmulched mineral soil seedbeds in a year when the growing season was particularly wet (Ronco 1967). Damping-off was the principal cause of mortality of newly germinated seedlings in the greenhouse when they were watered sufficiently to keep the soil surfaces from drying (Alexander and Noble 1971, Noble 1972).

Snowmold fungus (*Herpotrichia nigra* Hartig) occasionally damages or kills both natural and planted seedlings (Alexander 1984; Noble and Alexander 1977; Ronco 1967, 1970a). Losses are most severe when seedlings remain under the snow too long, as in years of heavy snowfall or when weather retards snowmelt in the spring, or in depressions where snow normally accumulates and melts slowly. Snowmold was responsible for 5 percent of the mortality on north aspects on the Fraser Experimental Forest (table 10) (Alexander 1984).

### Animal Damage

A number of animals have been reported to kill or damage spruce seedlings. Mice and other small rodents seldom consume cotyledonous seedlings, but about 15 to 20 percent of the total mortality on a long-term study on the Fraser Experimental Forest resulted from the clipping of cotyledons on newly germinated seedlings by gray-headed juncos (*Junco caniceps* Woodhouse) (fig. 30) (Alexander 1984, Noble and Alexander 1977, Noble and Shepperd 1973). Established seedlings are not immune, however, to rodent damage. During some winters, established seedlings are debarked and killed by montane voles, and northern pocket gophers (*Thomomys talpoides* Richardson) periodically cause heavy mortality to spruce plantations up to 3 to 4 years after planting (Ronco 1967, 1970a).

The extremely small size of young spruce seedlings makes them especially vulnerable to damage by grazing and browsing animals. In western Montana, cattle—in one trip through a seedling survival study area—trampled or killed 10 percent of the marked first-year spruce seedlings. They were either buried or kicked out of the ground (Roe and others 1970). Trampling damage by cattle and big-game animals is likely to be more severe on prepared seedbeds, especially if they have been plowed or disked, because the cleared ground provides easy travel routes. Spruce is seldom eaten by these animals, but young subalpine fir is occasionally browsed heavily by big game.

### Ground Vegetation

Understory vegetation can be either a benefit or a serious constraint to spruce seedling survival and establishment (Alexander 1966, Day 1964, Roe and others 1970, Ronco 1972). Observations of natural and artificial regeneration on several areas in the central Rocky Mountains have indicated spruce seedlings become established more readily on sites protected by such plants as willow (*Salix* spp.), shrubby cinquefoil (*Potentilla fruticosa* (L.) Rydb.), fireweed (*Epilobium angustifolium* L.), and whortleberry (*Vaccinium* spp.) than in the open. These plants shade seedlings without seriously depleting soil moisture. In contrast, mortality has been recorded when seedlings are started near clumps or scattered individual plants of grasses or sedges (*Carex* spp.), or herbaceous plants such as bluebells (*Mertensia* spp.), currants (*Ribes* sp.), and Oregon-grape (*Berberis repens* Lindl.), which spread to form a dense, solid cover with roots completely occupying the soil. Death is due to root competition for moisture and smothering by cured vegetation compacted under dense snow (Ronco 1972). The probability of regeneration success on an area with a complete cover of dense sod of grasses and

sedges is low. In Utah, Pfister (1972) rated the environment for spruce regeneration success as severe in habitat types where the understory was dominated by *Ribes montigenum* (McClat.), and moderate where the understory was dominated by *Berberis repens*. He concluded that natural regeneration success could be obtained in these habitat types only by maintaining a continuous forest cover, thereby limiting the development of understory vegetation.

### Seed:Seedling Ratio

The number of seeds required to produce a first-year seedling and an established seedling (at least 5 years old) and the number of first-year seedlings that produce an established seedling vary considerably, depending upon seed production, distance from source, seedbed, and other environmental conditions. In one study in clearcut openings in Colorado during the period 1961–75 covering a wide variety of conditions, an average of 665 (range 60 to 2,066) sound spruce seeds were required to produce a single first-year seedling. It required an average of 6,800 spruce seeds (range 926 to 20,809) to produce an established seedling. An average of 21 first-year seedlings were necessary to produce a single established seedling, although as few as 4 and as many as 24 first-year seedlings were required under different conditions (Noble and Ronco 1978). An average of 150 fir seeds (range 35 to 290) were required to produce a first-year seedling, and an average of 755 seeds (range 483 to 1,016) to produce an established seedling. For every established seedling, it required an average of 10 first-year seedlings (range 4 to 14) (Noble and Ronco 1978).

Aspects and cultural treatments can also be important factors in the successful establishment of Engelmann spruce in clearcut openings. In another Colorado study, an average of 18 sound seeds were required to produce a single first-year seedling on shaded, mineral soil seedbeds on north slopes; and 32 sound seeds to produce an established 5-year seedling. On unshaded, natural seedbeds with a north aspect, it required 125 seeds to produce a first-year seedling and 417 seeds to produce a 5-year-old seedling. In contrast, 156 seeds were required to produce a first-year seedling on shaded, mineral soil seedbeds on south slopes, and 341 seeds to produce a 5-year-old seedling. On unshaded, natural seedbeds it required 750 seeds to produce a first-year seedling, but no seedling survived as long as 5 years (table 11) (Alexander 1983, 1984).

The important factors influencing natural regeneration of Engelmann spruce after clearcutting in the central Rocky Mountains are summarized in figure 31.



**Figure 30**—Clipping damage to newly germinated spruce seedlings caused by juncos, Fraser Experimental Forest.



REGENERATION CONDITIONS

| | FAVORABLE | | UNFAVORABLE |
|---|---|---|---|
| a | > 250,000 seed/acre | SEED CROP | < 50,000 seed/acre |
| b | North and East | ASPECT | South and West |
| c | Ambient air > 32°F night and < 78°F day; maximum surface < 90°F | TEMPERATURES | Ambient air < 32°F night and > 78°F day; maximum surface > 90°F |
| d | > 0.50 in. week | PRECIPITATION | < 0.40 in. week |
| e | Light-textured, sandy-loam | SOIL | Heavy-textured, clay-loam |
| f | > 40% exposed mineral soil | SEEDBED | < 20% exposed mineral soil |
| g | 50–70% dead shade | | < 30% dead shade |
| h | < 2 in. duff and litter | | > 4 in. duff and litter |
| i | Light vegetative cover < 30% non sod-forming | | Heavy vegetative cover > 60% sod-forming |
| j | Seedings > 12 weeks old by mid-Sept | SURVIVAL | Seedlings < 12 weeks old by mid-Sept |
| k | Low population of birds and small mammals that eat tree seed and young seedlings | | High population of birds and small mammals that eat tree seed and young seedlings |
| l | Protection from trampling | | No protection from trampling |
| m | Fall snow cover when frost heaving conditions exist | | No fall snow cover when frost heaving conditions exist |
| n | No late lying spring snowfields when conditions favorable to snowmold exist | | Late lying spring snowfields when conditions favorable to snowmold exist |

**Figure 31**—Conditions favorable and unfavorable to natural regeneration of spruce (Alexander 1984).

35

# Artificial Regeneration

## Direct Seeding

Limited seeding trials with Engelmann spruce, where treated seed was sown in the spring on prepared seed spots, were not successful (Ronco 1967). Until reliable techniques have been worked out for the central and southern Rocky Mountains, direct seeding of spruce is not recommended as an operational regeneration practice.

## Planting

### *Bare-Root or Container Stock*

Container-grown Engelmann spruce seedlings have not been used long enough to permit a fair evaluation of their potential. Because roots of containerized seedlings are never removed from soil, they are less susceptible to shock and may require less care in handling and planting than bare-root stock.

Guidelines for planting bare-root and container-grown spruce in the central and southern Rocky Mountains have been prepared by Ronco (1972) and National Forest System Region 2. The recommendations summarized here are theirs unless indicated otherwise.

### *Physiological Requirements*

**Light**

Examination of Engelmann spruce plantations established on National Forests as early as the 1910's led Korstian and Baker (1925) to conclude that denuded areas in the spruce–fir zone could be successfully reforested if seedlings were protected by "down logs, stumps, and open brush." Ronco (1970d) showed that such protection is necessary because spruce seedlings are injured by high light intensities—a phenomenon known as solarization—and generally survive poorly when exposed to full sunlight for prolonged periods. Chlorotic (yellow-colored) foliage is the most common visible evidence of light injury to seedlings planted in the open.

Light injury has often been observed in many other shade-adapted or tolerant species, and appears to be related to the photosynthetic behavior of such plants. Shade plants, including spruces, have lower maximum photosynthetic rates, and their photosynthetic mechanisms become light saturated at lower intensities than sun plants (intolerant species). Furthermore, they become increasingly susceptible to solarization the higher the light intensity increases above the saturation point. Open-grown spruce seedlings are particularly vulnerable because they are exposed to light intensities that are three to four times greater than those at saturation during most of the day.

The occurrence of solarization does not depend solely on the intensity of light. Duration of exposure is critical, and other factors, including high leaf temperatures and plant water stresses, may trigger the phenomenon. Thus, while light injury can be avoided simply by shading seedlings, the interrelationship of causal factors complicates preventive measures when all-day shade is not available. Shade during the hottest part of the day benefits planted spruce seedlings, even though they are exposed to full sunlight during morning and evening hours (Ronco 1961, 1970d). Midday and afternoon shade is necessary, probably because seedlings are subjected to higher temperatures and water stresses during these periods.

**Water**

The internal water balance of seedlings is probably of greater importance for growth and survival than any other factor. Water deficits alter the chemical composition of seedlings and decrease the rate of their physiological functions (Kramer and Kozlowski 1960). Deficits are created whenever water loss from transpiration exceeds water uptake by roots. Thus, water stresses may result from (1) lack of precipitation (drought); (2) high transpiration rates; or (3) reduced water uptake caused by cold soils, poor root conditions, or low moisture-holding capacity of soils.

Newly planted seedlings are most likely subjected to some water stress, but laboratory and field studies suggest that dehydration is not the major cause of mortality observed in spruce plantations (Ronco 1970d). Water deficits in seedlings probably arise from the combined effects of transpiration and reduced water uptake rather than drought, since precipitation in the spruce–fir zone is generally adequate for seedling survival. For example, soil-moisture measurements in plantations on the White River Plateau in western Colorado during a particularly dry summer showed that moisture at root-zone depth was at or near field capacity throughout the summer and early fall. On the other hand, root initiation and elongation in newly planted seedlings was retarded due to low soil temperatures. Thus, normal transpiration losses coupled with slow root development may create water deficits in planted seedlings until roots become established.

More favorable water balances in seedlings can be obtained by using protective cover to reduce transpiration rates, which might otherwise be accelerated by exposing foliage to wind, or the heating effect of direct sunlight on needles. Little control can be exerted over those factors relating to water uptake, except to discard seedlings with spindly root systems. Similarly, precipitation is not controllable, but the amount of moisture available for seedling use can be increased by avoiding soil conditions that decrease water storage capacity (excessively rocky areas) or create a heavy drain on stored water (heavily sodded areas).

36

## Temperature

Engelmann spruce is adapted to a cool environment, but new growth is still very sensitive to freezing temperatures, which commonly occur several nights during any growing season. All new growth on mature trees and seedlings—either natural or planted—is frequently killed when air temperatures are below freezing and heat loss from foliage is increased because of radiation to the clear nighttime air (Ronco 1967). Both the severity and frequency of frost injury can be lessened, however, by reducing such radiant heat loss from seedling foliage and surrounding soil. Stumps, logs, slash, or a cover of live vegetation are effective barriers.

Daytime air temperatures, which rarely exceed 75 °F in the central Rocky Mountains, are probably not high enough to directly injure planted seedlings. However, elevated needle and soil-surface temperatures resulting from exposure to direct sunlight increases water losses from both seedlings and soil. Fortunately, the same type of cover that protects against freezing injury also tends to reduce water losses.

### Need and Timing

Good sites logged and prepared for natural regeneration that fail to restock in 3 to 5 years, or where experience has shown that they are not likely to restock in 3 to 5 years, should be planted immediately after logging before other vegetation has completely invaded the site. A minimum goal should be about 300 well-established spruce seedlings in addition to whatever other species may have become established (Roe and others 1970). Three hundred is a minimum. Desirable stocking is 600 to 800 trees per acre (Alexander 1983, 1984; Alexander and Edminster 1980).

Planting cutover areas has several advantages. By growing stock in nurseries or greenhouses, many of the vagaries of the natural regeneration system are avoided, such as unpredictable seed years, irregular seed dissemination, and high rates of early seedling mortality. Planting permits better control of stand density, tree distribution, and species and genetic composition of the stand. Planting, unlike natural regeneration, does not impose a restriction on size of cutting units, and it removes the necessity of reserving merchantable trees for seed. Furthermore, successful planting may shorten the regeneration period (Roe and others 1970).

There are, however, some disadvantages to planting. Field planting requires close coordination between cutting plans and the availability of planting stock. Delay in planting after logging may increase the costs of site preparation. Costs of surviving seedlings are frequently higher than those of natural regeneration. Close supervision is needed to assure planting of only large, vigorous stock, proper storage and transporta-

tion, proper handling of stock from the nursery until planted, and proper planting techniques. Furthermore, planting spruce requires just as much site preparation as natural seeding. Many planting failures in the Rocky Mountains can be traced to improper application of one or more of the above-mentioned procedures (Roe and others 1970).

### Site Preparation

Site preparation for spruce plantations probably requires more consideration than for most other species because of the complex relationship between the environment and seedling requirements. For example, warmer soils and increased moisture availability accompanying complete vegetation removal would benefit seedlings, but because of their sensitivity, seedlings would be more prone to severe injury from intense light and frost. Therefore, in the absence of logs or stumps, live vegetation such as willows, cinquefoil, fireweed, whortleberry, or other species of similar growth habit may be desirable as protective cover even though they compete with seedlings.

Hand scalping will probably be adequate for most planting operations. Hand-scalped spots should not be smaller than 18 to 24 inches square. Aboveground parts of plants are totally removed, but lateral roots from vegetation surrounding the scalp usually remain active. Thus, the zone of soil released from the competitive effects of vegetation tapers rapidly below the ground surface.

Heavy concentrations of slash should be treated to reduce fire and insect hazards and adverse visual impacts, but slash disposal and seedbed preparation with heavy machinery should be minimized. Removing vegetative competition or treating slash can adversely affect plantation establishment by destroying microsites that afford protection for planted seedlings. Machines could be used, however, to obtain better distribution of favorable microsites over the plantation by rearranging logs. Exposure of mineral soil during such operations would also create favorable seedbeds, which might result in supplemental stocking from natural regeneration.

In areas where hand-scalping is unsatisfactory because of dense sod-forming grasses and sedges or a heavy cover of herbaceous species such as *Mertensia*, vegetation may be controlled by such machine methods as disking, furrowing, mounding, ridging (berms resulting from plowing), and bulldozing. Where competing vegetation consists of relatively tall brush species that form dense cover, complete removal or cleared strips of bulldozer-blade widths may be desirable. Machine-scalping with disks or plows (furrowing or ridging) should leave vegetation-free areas 1.5 to 2 feet wide. Broadcast burning can be used on areas where there is no advanced

37

reproduction or residual stand. Logs not consumed in the fire will provide shade for planted seedlings (Roe and others 1970).

### *Planting Stock*

Planting stock should meet the following specifications for bare-root stock: (1) stems no shorter than 3 to 4 inches, well developed, with not less than two or three branches; (2) roots no shorter than 5 to 6 inches, compact, fibrous, and well developed with several lateral roots; (3) tops and roots with a low shoot/root ratio. These guidelines are based on limited experience in the Rocky Mountains. Local conditions and experience should be followed where modifications are called for.

The minimum size standards for container-grown seedlings based on the container sizes indicated are:

| Container size | Seedling stem size | |
|---|---|---|
| | Caliper (mm) | Height (cm) |
| 4 cubic inches | | |
| Max./min. | 1.8 | 6–7 |
| Desirable | 2.2+ | 10–14 |
| 10 cubic inches | | |
| Max./min. | 2.3 | 6–20 |
| Desirable | 3.0+ | 8–15 |

### *Type of Container*

National Forest System Region 2 prefers a nonreturnable plastic container, removed prior to planting to reusable containers. The three containers presently used are:

Tube-pack-8 (NP)/10 cubic inch/144 seedlings per tray
Pine cell (RL)/4 cubic inch/200 seedlings per tray
Super cell (RL)/10 cubic inch/98 seedlings per tray.

### *Planting Season*

Bare-root spruce should be planted in the spring immediately after snowmelt; delay should be only long enough for free water to drain from the soil so that it can be properly packed around the roots. Plant southwest- and south-facing slopes first, east and north slopes last. In addition to facilitating access to planting areas, such scheduling will tend to lengthen the planting season by extending the period over which soil-moisture conditions are more favorable. Local experience and judgment will be needed to determine when planting should be terminated in the spring, or temporarily suspended because of unfavorable planting conditions. The planting season in the spruce–fir zone normally extends from about May 25 to June 25. In years of late snowmelt, however, the season may be extended somewhat, but no seedlings should be planted after July 10 or they will not have sufficient time to harden off. The length of the planting season depends primarily on available soil moisture, but unseasonably high temperatures would also be sufficient reason for terminating planting because of the adverse effect on transpiration. Similarly, planting may be temporarily halted during the regular planting season because of unseasonably warm temperatures, especially if they are forcasted for several consecutive days.

Summer and fall planting of bare-root stock are not recommended for several reasons. First, good stock would not be available. Seedlings lifted in the spring and stored for summer planting would be subjected to the adverse effects of prolonged storage, whereas nursery stock lifted in early fall before the seedlings are fully dormant would be in poor physiological condition. Second, by the time nursery seedlings can be safely lifted in late October or November, the high-elevation sites are generally inaccessible. Third, in those instances where good weather does permit fall planting, it also makes success less certain. Without a protective cover of snow, seedlings may be desiccated (winterkilled) because of an imbalance between transpiration and water uptake. Furthermore, cold soil at this time of year retards or even prevents root growth, and seedlings do not have the benefit of a well-developed root system to reduce the possibility of winterkill. Finally, seedlings will break dormancy if planted before temperatures and photoperiods prevent growth, but they will be subjected to freezing fall temperatures nearly every night before shoots can fully develop—normally about 7 to 8 weeks. Subsequent frost injury to the new growth substantially increases mortality, and growth of surviving seedlings is lessened the following spring.

National Forest System Region 2 usually plants container-grown stock in the spring, with some fall planting between September 15 and October 10. To date, there is not enough data available to determine if fall planting of container-grown seedlings will be more successful than with bare-root stock.

### *Storage*

Nearly all planting in the central and southern Rocky Mountains requires that bare-root seedlings be lifted while they are still dormant, and stored at the nursery until planting sites are free of snow. Because of the incidence of mold and depletion of food reserves, spruce should not be held in storage longer than 3 months. Seedlings must be treated as dormant plants during transit to planting sites. If refrigerated transport is not available, cover bundles or bags with canvas to maintain temperatures between 34 to 40 °F. Storage problems are more severe in the field because limited facilities on the planting site make temperature control difficult. Well-insulated storage

Rvsd Plan - 00005697

sheds that can be cooled by ice or snow can be used in the absence of mechanical refrigeration. If such storage is not available, cool, moist cellars or even snowbanks can be used. Seedlings can be held in storage locally up to 7 days if temperatures can be maintained below 40 °F; otherwise limit local storage to 3 days. When transferring seedlings from bundles or bags to planting containers, handle the seedlings carefully to prevent root breakage and do not expose roots to sun or wind.

Container-grown seedlings are usually moved from the greenhouse to the planting site in refrigerated trailers. Storage at the planting site is similar to that for bare-root seedlings.

### Spot Selection

Plant seedlings with roots in moist soil and only on those spots protected by stumps, logs, slash, or live vegetation. Plant only on the north or east sides of protective cover (fig. 32), and no more than 3 inches from protective cover unless cover is tall enough to cast a wide shadow. Avoid planting in depressions, frost pockets, on small mounds, and in areas with extensive sod-forming vegetation, where advanced reproduction shows evidence of snowmold or where material from slash disposal has been incorporated into the soil.

### Planting Method

Use the hole method. Dig holes with hand tools such as mattocks or with power augers. If power augers are used, do not dig holes too far in advance of planting or else the soil in the root zone may dry.

### Plantation Protection

Protect new plantings from trampling by livestock until seedlings are at least 3 feet high. Plantations may require fencing or adjustments in grazing allotments. New plantings should also be protected from rodents. Sample the rodent populations on the areas scheduled to be planted. If populations are large, provide controls until seedlings become established.

### Records

Adequate data from detailed records are needed to (1) correct deficiencies causing failure, and (2) recognize good practices leading to successful plantations. Decisions affecting regeneration practices can then be based on quantitative information rather than conjecture. Following are recommendations suggested by Ronco (1972):

1. Provide a record of plantation establishment: (a) loca-



**Figure 32**—Good spot selection: Engelmann spruce seedling planted on the east side of a log where shade is fully utilized.

tion; (b) size; (c) species planted; (d) kind of stock (age, size, quality, or grade); (e) seed source; (f) planting dates; (g) method of preparation and equipment used; (h) method of planting and kind of tools used; and (i) density of planting.

2. Maintain continuous thermograph record of temperatures during transit and local storage.

3. Use staked trees to obtain continuous detailed information:
   a. Stake at least 100 trees in small plantations, and 1.5-2.5 percent of total planted in large plantations.
   b. Staked trees should be aligned across the direction of travel to sample variation due to planters.
   c. Staked trees should be aligned roughly perpendicular to the contour to sample topographic variation.

4. Determine course of plantation establishment by recording survival at the end of the first, and the beginning of the second and third growing seasons as a minimum; more frequent measurements may be required the first season to adequately understand seedling behavior, particularly if experience is lacking.

39

5. Identify and record cause of mortality of or injury to staked seedlings:

   a. Rodent girdling or severing of the stem can usually be identified (mice, gophers, or porcupines) by the relative size of incisor tooth marks left in woody tissue.

   b. Frost injury can be recognized within a few days after freezing by the limp, wilted appearance of current growth. The current foliage later turns a light tan or straw color, regardless of the stage of development of the shoot. Older foliage shows no visible injury.

   c. Solarization is most easily detected by the yellow or yellowish-green foliage—symptoms appear first in older foliage, but chlorosis is often evident in current growth by the end of the growing season.

   d. Snowmold pathogens are readily identified by the dense, brown or brownish-black, mycelial mat formed over individual branches or entire seedlings.

   e. Drought injury can be recognized by the faded, light-green or blue-green, dry and brittle needles, which usually drop off; undeveloped current-year shoots may wilt under severe dehydration. After the seedling has died, any remaining needles usually turn a dark, reddish brown within 7 to 10 days even if soil moisture becomes available.

   f. If seedlings show drought symptoms, the cause can sometimes be traced to improper planting—loosely packed soil or doubled roots.

   g. Browsing damage by wildlife or livestock can often be determined by the frayed or splintered appearance of severed branches.

   h. Trampling injury caused by large animals is evident from broken foliage and tracks near seedlings.

6. Record vigor of staked seedlings as poor, fair, good or as otherwise desired for use as a measure of plantation success along with survival data.

7. Measure or estimate precipitation and general weather conditions for several weeks after planting.

8. Record, and most importantly, file data in such a manner that personnel not immediately involved with the specific plantation can use the information most effectively.

Rvsd Plan - 00005699

# Past Cutting History



**Figure 33**—Two-cut shelterwood that initially removed 60 percent of the volume in a spruce–fir stand, Fraser Experimental Forest.

Limited areas of the original spruce–fir forests were logged in the late 1800's to provide fuel, lumber, and timbers for early mining camps. Cutting on the National Forests dates back more than 50 years, but until the 1950's only relatively small quantities of timber were harvested. Cutting has accelerated rapidly since.

Most cuttings in spruce–fir forests before 1950 in the central and southern Rocky Mountains were of a type that could collectively be called "partial cuttings." They ranged from removal of a few individual trees to removal of all the larger, more valuable trees in the stand. Seedbed preparation was usually limited to the disturbance created by logging, and slash was untreated or lopped. Most skidding was done with horses.

In general, heavy partial cutting—usually considered necessary to make logging profitable—was not successful as a means of arresting stand deterioration or increasing net increment on residual trees even though most of these cuttings successfully regenerated a new stand. For example, residual stands of spruce–fir in Colorado suffered heavy mortality when 60 percent of the original volume was removed in the first

cut of a two-cut shelterwood (Alexander 1956, 1963) (fig. 33) (table 12). Net increment was only about one-third of that in uncut stands. Similar results followed heavy partial cutting elsewhere in the central Rocky Mountains (U.S. Department of Agriculture 1933), and in the northern Rockies (Roe and DeJarnette 1965). Even when mortality was not a problem, heavy partial cutting left the older, decadent stands in a shabby condition, with little appearance of permanent forest cover.

Windfall, the principal cause of mortality, increased as the intensity of cutting increased. Low stumpage values and the generally scattered pattern of windfall usually prevented salvage of blowdown after partial cutting. Not only was the volume of windthrown trees lost, but the combination of down spruce and overstory shade provided breeding grounds for spruce beetles.

Partial cutting was successful—in the sense that the residual stand did not suffer heavy mortality and stands were regenerated—in some spruce–fir stands where large reserve volumes were left in protected locations. In one study in northern Idaho, windfall losses were light after a partial cutting that

**Table 12**—*Growth and mortality per acre in relation to cutting treatments, 1944–55, Fraser Experimental Forest (adapted from Alexander 1963)*

| Treatment | Mean annual increment | Average mortality by cause | | |
| | | Windfall | Bark beetles and diseases | Miscellaneous |
|---|---|---|---|---|
| | | *Board feet* | | |
| Strip clearcutting | 28 | 48 | 21 | 1 |
| Group selection | 46 | 40 | 19 | 2 |
| Two-cut shelterwood | 43 | 60 | 7 | 2 |
| Uncut | 116 | 7 | 57 | 8 |

left a residual stand of 6,000 board feet (fbm) per acre in a sheltered location on deep, well-drained soil (Roe and De-Jarnette 1965). On the Grand Mesa National Forest in Colorado, where spruce trees are relatively short and there are no serious wind problems associated with topography, few trees blew down when about 40 percent of the original volume was removed from two-storied stands. In single-storied stands, however, only about 30 percent of the original volume could be safely removed. On the other hand, heavier partial cutting that removed 50 percent or more of the original volume per acre from spruce–fir forests in the dry ''rain shadow'' of the Continental Divide on the Rio Grande National Forest did not result in blowdown to the residual stand. However, these two-storied stands were growing on sites where productivity was very low. Individual trees were short, widely spaced, and therefore relatively windfirm before cutting.

There are also numerous examples of early cuttings—between 1910 and 1930—on many National Forests in Colorado where very light partial cutting that removed 10 to 15 percent of the stand did not result in substantial windthrow of residual trees. Although an overstory tends to favor fir reproduction over spruce, regeneration success of spruce has been acceptable under a wide variety of partial cutting treatments (table 13) (Alexander 1963, Roe and DeJarnette 1965).

In the early 1950's harvesting shifted to clearcutting. The first clearcuttings were in narrow strips (200 to 400 feet wide) (fig. 34) or small patches or groups that simulated group selection cutting (fig. 35) with little seedbed preparation or slash disposal. Advanced regeneration was not completely destroyed. In general, windfall losses were less than after heavy partial cutting, and the cutovers were usually adequately restocked with a combination of surviving advanced and new reproduction (Alexander 1956, 1957a, 1963, 1966, 1968) (table 14). By the late 1950's, the common practice was to clearcut in large blocks, patches, or wide strips. These larger openings were justified as being more effective in controlling

**Table 13**—*Stocking of spruce and fir seedlings and saplings 5 years after partial cutting treatments in 1944, Fraser Experimental Forest (adapted from Alexander 1963)*

| Treatment species | Seedlings and saplings | | | Stocking | | |
| | 1944 | 1949 | 1959 | 1944 | 1949 | 1959 |
|---|---|---|---|---|---|---|
| | ---------*no./acre*--------- | | | ---------*percent*-------- | | |
| Group selection: | | | | | | |
| Engelmann spruce | 1,127 | 2,111 | 4,079 | 35 | 38 | 61 |
| Subalpine fir | 2,745 | 3,755 | 4,154 | 57 | 58 | 80 |
| Two-cut shelterwood: | | | | | | |
| Engelmann spruce | 1,411 | 2,527 | 3,736 | 37 | 48 | 69 |
| Subalpine fir | 1,482 | 2,518 | 2,919 | 37 | 41 | 77 |

**Table 14**—*Stocking of spruce and fir seedlings and saplings 10 years after clearcutting in 1956, Fraser Experimental Forest (adapted from Alexander 1968)*

| Clearcut width species | Seedlings and saplings | | Stocking | |
| | 1956 | 1966 | 1956 | 1966 |
|---|---|---|---|---|
| | -------*no./acre*------- | | ----- *percent* ----- | |
| 1-chain wide: | | | | |
| Engelmann spruce | 1,360 | 1,453 | 47 | 52 |
| Subalpine fir | 3,036 | 3,557 | 68 | 70 |
| 2-chain wide: | | | | |
| Engelmann spruce | 894 | 988 | 37 | 46 |
| Subalpine fir | 3,289 | 3,378 | 75 | 77 |
| 3-chain wide: | | | | |
| Engelmann spruce | 2,017 | 2,386 | 54 | 68 |
| Subalpine fir | 3,186 | 4,176 | 70 | 80 |
| 6-chain wide: | | | | |
| Engelmann spruce | 1,182 | 1,208 | 48 | 52 |
| Subalpine fir | 4,775 | 5,306 | 79 | 82 |

Rvsd Plan - 00005701



**Figure 34**—Strip clearcutting that removed 50 percent of the volume in a spruce–fir stand, Fraser Experimental Forest.



**Figure 35**—Group selection that removed 50 percent of the volume in a spruce–fir stand in openings about one tree height in diameter on one-third of the area, Fraser Experimental Forest.

spruce beetles and in reducing logging costs. Slash and cull material were either broadcast-burned, or dozer-piled or windrowed and burned. Hazards from fire and insects were reduced, but removal of all slash, cull material, and residual trees left the seedbeds devoid of shade, thereby creating a difficult microenvironment for the establishment of either natural or artificial regeneration (Roe and others 1970, Ronco 1970a). Furthermore, the destruction of desirable advanced reproduction was usually an unnecessary loss of valuable growing stock.

In the 1970's, after nearly 20 years of harvesting spruce–fir almost exclusively by clearcutting, there was a shift in cut-ting practices to either some form of partial cutting—usually shelterwood—or a combination of partial cutting and small cleared openings without complete cleanup of slash and other logging debris (Alexander 1973). This shift was necessary because clearcutting large areas often (1) resulted in adverse visual and environmental impacts, (2) was incompatible with the objectives of other forest uses, and (3) led to regeneration failures. Today, spruce–fir forests are harvested by a variety of cutting methods (Alexander 1977, Alexander and Engelby 1983).

# Old–Growth Management

## Regeneration Silvicultural Systems

Spruce–fir forests can be harvested by clearcutting, shelter-wood, and selection cutting, plus their modifications. The seed-tree cutting method is not a suitable method of regenerating spruce–fir stands because of susceptibility to windfall (Alexander 1977, Alexander and Engelby 1983). The objective of each regeneration system is to harvest the timber crop and obtain adequate reproduction. The choice of cutting method depends on management objectives and environmental considerations, but stand conditions, associated vegetation, and windfall and spruce beetle susceptibility that vary from place to place on any area, impose limitations on how individual stands can be handled. Cutting to bring old-growth under management is likely to be a compromise, therefore, between what is desirable and what is possible. Management on many areas may involve a combination of several partial cutting treatments, clearcutting, and sanitation salvage cutting (Alexander 1973, 1974, 1977).

### Even-Aged Cutting Methods

Even-aged cutting methods—clearcutting and shelter-wood—have been used almost exclusively in spruce–fir stands since the mid-1950's because of a number of factors, including the following:

1. Spruce and fir, although tolerant with respect to their ability to reproduce and grow in shade, frequently do not have the age-class structure normally associated with tolerant species. They often tend to be even-aged or even-sized rather than all-aged (LeBarron and Jemison 1953).

2. Many spruce–fir stands are overmature. One way to bring these stands under management is to harvest the old growth, either in one operation or over a short period of time, and replace it with a new stand.

3. Heavy partial cutting or clearcutting generally reduces the cost of logging because fixed costs are spread over a greater volume of timber removed.

Managed forests are characterized by a distribution of even-aged stands, with each stand of sufficient acreage to be mapped, located on the ground and scheduled for treatment. Regulation is accomplished through control of the area in each size class and length of rotation.

### Management With Advanced Regeneration

**Simulated Shelterwood Cutting**—This cutting method removes the overstory from a manageable stand of advanced

reproduction in one or more operations (fig. 36). It simulates the final harvest of a standard shelterwood. This option can be used in stands where trees are uniformly spaced or where they are clumpy, groupy, or patchy.

Although many spruce–fir forests have an understory of advanced growth that will respond to release after cutting, wide variations in age, composition, quality, and quantity of advanced reproduction require careful evaluation of the potential for future management. This management potential must be determined before cutting. One course of action is followed if the advanced reproduction is to be managed, another if a manageable stand is not present, cannot be saved, or the manager chooses to destroy it and start over (Roe and others 1970).

**Prelogging Evaluation**—The initial examination must answer the following questions: (a) How much of the area is stocked with acceptable seedlings and saplings, and will that stocking insure a satisfactory replacement stand? (b) Can it be logged economically by methods that will save advanced reproduction? (c) Is the timber volume too heavy to save advanced reproduction if it is removed in one cut? (d) How much of the area will require subsequent natural or artificial regeneration, either because advanced reproduction is not present or will be destroyed in logging?

Because any kind of cutting is likely to destroy at least half of the advanced growth, a manageable stand of advanced reproduction before cutting should contain at least 600 acceptable seedlings and saplings per acre, at least half of which should be spruce. There are few data available on the growth response of advanced reproduction after release in the central and southern Rocky Mountains, but in the Intermountain Region, McCaughey and Schmidt (1982) found that both advanced spruce and fir made better height growth after clearcutting and partial cutting than in the uncut stand. The following criteria are therefore based largely on experience and observations. To be acceptable, reproduction must be of good form, able to make vigorous growth when released, and be free of defect or mechanical injury that cannot be outgrown. Trees more than 4 inches d.b.h. may be acceptable, but they should not be included in the prelogging regeneration survey because they are more likely to be damaged or destroyed in logging, or windthrown after logging. Stands or portions of stands not meeting these criteria will have to be restocked subsequently with natural or artificial regeneration (Roe and others 1970).

**Cutting and Slash Disposal Treatment To Save Advanced Regeneration**—Mature and overmature trees should be cut to release advanced reproduction and harvest merchantable volume. Seed sources need not be reserved from cutting unless

Rvsd Plan - 00005703

# Old–Growth Management

## Regeneration Silvicultural Systems

Spruce–fir forests can be harvested by clearcutting, shelterwood, and selection cutting, plus their modifications. The seed-tree cutting method is not a suitable method of regenerating spruce–fir stands because of susceptibility to windfall (Alexander 1977, Alexander and Engelby 1983). The objective of each regeneration system is to harvest the timber crop and obtain adequate reproduction. The choice of cutting method depends on management objectives and environmental considerations, but stand conditions, associated vegetation, and windfall and spruce beetle susceptibility that vary from place to place on any area, impose limitations on how individual stands can be handled. Cutting to bring old-growth under management is likely to be a compromise, therefore, between what is desirable and what is possible. Management on many areas may involve a combination of several partial cutting treatments, clearcutting, and sanitation salvage cutting (Alexander 1973, 1974, 1977).

### *Even-Aged Cutting Methods*

Even-aged cutting methods—clearcutting and shelterwood—have been used almost exclusively in spruce–fir stands since the mid-1950's because of a number of factors, including the following:

1. Spruce and fir, although tolerant with respect to their ability to reproduce and grow in shade, frequently do not have the age-class structure normally associated with tolerant species. They often tend to be even-aged or even-sized rather than all-aged (LeBarron and Jemison 1953).

2. Many spruce–fir stands are overmature. One way to bring these stands under management is to harvest the old growth, either in one operation or over a short period of time, and replace it with a new stand.

3. Heavy partial cutting or clearcutting generally reduces the cost of logging because fixed costs are spread over a greater volume of timber removed.

Managed forests are characterized by a distribution of even-aged stands, with each stand of sufficient acreage to be mapped, located on the ground and scheduled for treatment. Regulation is accomplished through control of the area in each size class and length of rotation.

### Management With Advanced Regeneration

**Simulated Shelterwood Cutting**—This cutting method removes the overstory from a manageable stand of advanced reproduction in one or more operations (fig. 36). It simulates the final harvest of a standard shelterwood. This option can be used in stands where trees are uniformly spaced or where they are clumpy, groupy, or patchy.

Although many spruce–fir forests have an understory of advanced growth that will respond to release after cutting, wide variations in age, composition, quality, and quantity of advanced reproduction require careful evaluation of the potential for future management. This management potential must be determined before cutting. One course of action is followed if the advanced reproduction is to be managed, another if a manageable stand is not present, cannot be saved, or the manager chooses to destroy it and start over (Roe and others 1970).

**Prelogging Evaluation**—The initial examination must answer the following questions: (a) How much of the area is stocked with acceptable seedlings and saplings, and will that stocking insure a satisfactory replacement stand? (b) Can it be logged economically by methods that will save advanced reproduction? (c) Is the timber volume too heavy to save advanced reproduction if it is removed in one cut? (d) How much of the area will require subsequent natural or artificial regeneration, either because advanced reproduction is not present or will be destroyed in logging?

Because any kind of cutting is likely to destroy at least half of the advanced growth, a manageable stand of advanced reproduction before cutting should contain at least 600 acceptable seedlings and saplings per acre, at least half of which should be spruce. There are few data available on the growth response of advanced reproduction after release in the central and southern Rocky Mountains, but in the Intermountain Region, McCaughey and Schmidt (1982) found that both advanced spruce and fir made better height growth after clearcutting and partial cutting than in the uncut stand. The following criteria are therefore based largely on experience and observations. To be acceptable, reproduction must be of good form, able to make vigorous growth when released, and be free of defect or mechanical injury that cannot be outgrown. Trees more than 4 inches d.b.h. may be acceptable, but they should not be included in the prelogging regeneration survey because they are more likely to be damaged or destroyed in logging, or windthrown after logging. Stands or portions of stands not meeting these criteria will have to be restocked subsequently with natural or artificial regeneration (Roe and others 1970).

**Cutting and Slash Disposal Treatment To Save Advanced Regeneration**—Mature and overmature trees should be cut to release advanced reproduction and harvest merchantable volume. Seed sources need not be reserved from cutting unless

Rvsd Plan - 00005704



**Figure 36**—Simulated shelterwood in an old-growth spruce–fir stand, Fraser Experimental Forest.

required for fill-in stocking. The size, shape, and arrangement of units cut is not critical from a regeneration standpoint, but to be compatible with other key uses, they should be no wider than about five to eight times tree height, irregular in shape, and should blend into the landscape. Not more than one-third of any drainage or working circle should be cut over at any one time where water production and wildlife habitat are important considerations. The same recommendations for cutting to save the residual, slash disposal, and seedbed preparation described later under standard shelterwood cutting applies here.

**Postlogging Evaluation**—Regardless of how much care is taken in logging and slash treatment, a certain amount of advanced reproduction will be damaged or destroyed. The area must be surveyed to (1) determine the extent of damage to the reproduction, and (2) plan stand improvement—cleaning, weeding, and thinning—to release crop trees. In addition to whatever trees larger than 4 inches d.b.h. survive intact, at least 300 well-distributed[1] acceptable seedlings and saplings per acre, of which at least half should be spruce, must have survived to consider the area adequately stocked (fig. 37). Areas that do not meet these standards will need fill-in or supplemental stocking.

Guidelines are available to aid in marking trees to be cut



**Figure 37**—Adequate stocking of advanced spruce and fir reproduction after simulated shelterwood, harvesting, slash disposal, and stand improvement, Fraser Experimental Forest.

45



**Figure 38**—Clearcutting in small patches in an old-growth spruce–fir stand, Fraser Experimental Forest.

or left (Alexander 1957b). Cutover areas should not be considered in an adequate growing condition until the crop trees are free to grow and the necessary fill-in planting or natural regeneration is complete (Roe and others 1970)

**Management for Regeneration After Cutting**

**Clearcutting**—This regeneration cutting method harvests the timber crop in one step for the purpose of establishing a new stand. Since a large proportion of the spruce–fir type is in overmature sawtimber stands that offer little opportunity for future management because of their advanced age, relatively slow growth, and susceptibility to wind and insects, forest managers concerned with timber production have most often elected to convert old growth to managed stands by clearcutting in strips, patches, and blocks (fig. 38). Harvesting and regeneration practices developed in the central Rocky Mountains have therefore been directed toward this objective. Much of the criticism leveled at clearcutting in spruce–fir has a valid basis, particularly where large openings were cut, geometric patterns that did not complement the landscape were used, un-

sightly logging debris was left on the ground, and areas were not regenerated. The cause of these criticisms can be eliminated if available knowledge is put into practice. From a silvicultural point of view, therefore, clearcutting is still an acceptable harvesting method in spruce–fir forests (Alexander 1974, 1977, Alexander and Engelby 1983).

Cutting unit layout, logging plans, slash disposal, and seedbed treatment should be designed to (1) facilitate seed dispersal, (2) promote seedling survival and establishment, and (3) create favorable growing conditions. If natural regeneration fails, plans must then be made to use artificial regeneration (Roe and others 1970). Clearcutting can be readily adapted to multiple-use land management by judicious selection of size, shape, and arrangement of openings in combination with other high-forest cutting practices (Alexander 1974, 1977).

Several factors must be considered when clearcutting. Included are (1) size of opening, (2) windfall, and (3) slash treatment and seedbed preparation.

**Size of Cutting Unit**—Requirements for seed dispersal and site preparation will influence the size of opening that will

Rvsd Plan - 00005706

restock naturally. The best seedbed preparation is wasted if the seedbed does not receive sufficient seed; likewise, any quantity of seed is wasted if it does not fall on a receptive seedbed (Roe and others 1970). The cutting unit must therefore be designed so that seed from the surrounding timber margin reaches all parts of the opening unless supplementary artificial regeneration is planned. Effective seeding distance and aspect determine the size of opening.

The tabulations below are guides developed for the central Rocky Mountains. They are based on 20 years of seed production and dispersal data from six areas in Colorado (table 7) (Alexander 1969, Alexander and Edminster 1983, Alexander and others 1982, Noble and Ronco 1978), and 5 years of spruce survival data from the Fraser Experimental Forest in Colorado in an *Abies lasiocarpa/Vaccinium scoparium* habitat type (table 11) (Alexander 1983, 1984). Effective seeding distance, as used here, is defined as the distance to which sufficient sound seed is dispersed to provide 800 five-year-old seedlings—a desirable stocking goal for Engelmann spruce (Alexander and Edminster 1980)—on (1) mineral soil seedbeds where competition from competing vegetation has been eliminated, and with 50 percent overhead shade; (2) mineral soil seedbeds where competing vegetation has been removed; (3) natural seedbeds with 50 percent overhead shade; and (4) natural seedbeds. Protection from rodents was provided for all treatments. The numbers of viable seeds required to produce 800 five-year-old seedlings in relation to seedbed and aspect are:

| | |
|---|---|
| Shaded mineral soil: | |
| North ......................... | 25,600 |
| South ......................... | 272,800 |
| Unshaded mineral soil: | |
| North ......................... | 57,600 |
| South ......................... | ∞ |
| Shaded, natural: | |
| North ......................... | 60,800 |
| South ......................... | 249,600 |
| Unshaded, natural: | |
| North ......................... | 333,600 |
| South ......................... | ∞ |

The estimated maximum distance that can be seeded from all sides and maximum size of opening that can be restocked in 5 years on two aspects, based on an accumulative 5-year seed production of 500,000 sound seeds per acre, is shown below (Alexander 1983, 1984; Alexander and Edminster 1983; Alexander and others 1982):

---

[1]Based on sample plots of 1/300 acre, 40 percent of 120 should be stocked in order to consider regeneration well distributed.

| | Distance (feet) | Opening size (tree heights) |
|---|---|---|
| Shaded, mineral soil: | | |
| North | 400–450 | 5–6 |
| South | 50–100 | 1–1½ |
| Unshaded, mineral soil: | | |
| North | 300–350 | 4–5 |
| South | 0 | 0 |
| Shaded, natural: | | |
| North | 300–350 | 4–5 |
| South | 50–100 | 1–1½ |
| Unshaded, natural: | | |
| North | 0 | 0 |
| South | 0 | 0 |

Based on these seeding distances, the following conclusions can be drawn:

1. Clearcutting with natural regeneration is most likely to succeed on north and east aspects, if the right combination of mineral soil and shade has been created. Even then, more than one good seed year will likely be required to obtain adequate restocking.

2. Clearcutting on south and west aspects is not likely to result in an acceptable stand of new reproduction in a reasonable period of time, even with favorable seedbed and environmental conditions, without fill-in planting to bring reproduction to the minimum acceptable standard.

3. Where larger openings than shown are cut on north and east aspects, it will be necessary to plant the area beyond the effective seeding distance.

4. Where the seed source is of poor quality, plan to plant the cutovers.

Similar guides developed for Intermountain Region conditions by Roe and others (1970) suggest that openings larger than indicated here (up to 660 feet or about 8 times tree height) can be restocked on north aspects if the seed source contains 200 or more square feet of basal area in spruce trees 10 inches d.b.h. and larger, but openings of only 200 to 400 feet wide are likely to restock on south aspects. Effective seeding distance with a light seed source (70 square feet of basal area or less) will vary from 0 to 200 feet on north aspects and be 0 on other aspects.

*Windfall*—A significant consideration in the location of cutting unit boundaries is windfirmness. Not only are trees along margins of openings the principal source of seed for regeneration, but they also provide ideal breeding grounds for spruce

47



Figure 39—Clearcut opening directly below a saddle where wind vortexing can occur and increase the blowdown risk.



Figure 40—Clearcut unit boundary on a ridgetop where the risk of blowdown is increased.



Figure 41—Clearcut unit boundaries laid out across the slope that expose the short dimension of the unit to the wind help  reduce blowdown.

beetles when windthrown. The following guidelines for minimizing windfall around the perimeter of clearcut openings were developed in Colorado (Alexander 1964, 1967b, 1974).

1.  Protection from wind for the vulnerable leeward boundaries is most important.

2.  Do not locate cutting boundaries where they will be exposed to accelerated winds funneling through saddles in ridges to the south and west of the cutover area, especially if the ridges are at high elevations (fig. 14). Success in reducing blowdown from that kind of exposure depends upon the ability of the forester who lays out the cutting-unit boundaries to recognize exceptionally hazardous situations.

3.  Avoid locating cutting boundaries on ridges or directly below saddles in ridges (fig. 39), especially ridgetops of secondary drainages to the lee and at right angles to the main drainage when the latter is a narrowing valley with steep slopes. One cutting unit should straddle each ridgetop and extend downslope in both directions for a distance of at least 200 feet. That unit may be cut or uncut. Such an arrangement will avoid leaving a cutting boundary on the top of a ridge (fig. 40).

4.  Where topography, soils, and stand conditions will permit, lay out each clearcut unit so the maximum amount of cutting boundary is parallel to the contour or along a road (fig. 41).

5.  Do not lay out cutting units with dangerous windcatching indentations (fig. 42) or with long, straight lines and square corners in the leeward boundary or in boundaries that are parallel to storm winds. V- or U-shaped indentations in the boundary can funnel wind into the reserve stand. Long, straight, cutting boundary lines and square corners also deflect the wind and cause increased velocities, especially where the deflected currents converge like a windstream when flowing over a crest. Irregular cutting boundaries without sharp indentations or square corners lessen the opportunity for deflection and funneling of air currents.

6.  Do not locate boundaries on poorly drained or shallow soils. Trees grown under these conditions are shallow rooted and susceptible to windthrow.

7.  Locate cutting boundaries in stands of sound trees. Trees with decayed roots and boles or root systems that were cut or torn during road building or log skidding operations are poor windfall risks.

Rvsd Plan - 00005708

8. Locate cutting boundaries in immature stands when possible. Stands of young trees are usually less easily uprooted by strong winds.

9. Locate cutting boundaries in poorly stocked stands. Open-grown trees are more windfirm than trees grown in dense stands.

10. Avoid locating cutting boundaries in areas where there is evidence of old prelogging blowdowns.

11. Reduce blowdown in areas with exceptionally hazardous windfall potential by locating the vulnerable leeward boundaries where hazards are below average, or by eliminating those boundaries by progressive cutting into the wind.

***Slash Treatment and Site Preparation***—There are a number of things to consider when planning the treatment of spruce slash: (1) slash 8 inches in diameter or larger provides a habitat for spruce beetles; (2) slash provides beneficial shade for germination and seedling establishment; (3) in heavy concentrations, it obstructs natural seedling establishment; and (4) it creates an adverse visual impact (Alexander 1974).

Burning slash in large concentrations such as windrows or piles often creates enough heat in the soil to inhibit the development of any kind of plant growth for an unknown period of time. Windrows or piles should therefore be small or narrow, and should cover a minimum proportion of the area (Roe and others 1970).

Mineral soil can be exposed by mechanically scarifying the ground surface, sometimes in connection with slash disposal, or by broadcast burning. To be effective, broadcast burning should consume most but not necessarily all of the duff or organic material on the ground. On the other hand, it should not burn so intensely that all fuel is consumed, a deep layer of loose ash accumulates, the mineral soil changes color, or the rocks fracture. It must leave cull logs, tops, and other large slash to provide shade and protection for soil and seedlings. Timing of the burn is exceedingly important. The spruce type is generally so cool and moist that times when effective broadcast burns can be achieved are limited. The key to the time to burn is the moisture content of the duff—it must be dry enough to be consumed. If only the surface is dry, a blackened organic layer that inhibits seedling establishment will remain (Roe and others 1970).

Careful mechanical scarification will prepare a satisfactory seedbed if it exposes mineral soil and destroys some of the competing vegetation, but leaves shade protection. At least 40 percent of the area should be left as exposed mineral soil. It may be necessary, however, to rearrange some of the residual slash to provide adequate shade. Tractors equipped



**Figure 42**—Irregular cutting boundaries without sharp indentations or square corners help reduce blowdown.

with brush blades can be used. A complete cleanup job is neither necessary nor desirable. There is a double advantage in not cleaning up too thoroughly: first, residual tops and slash shade the seedbed; second, residual organic material reduces soil erosion. Cut green spruce material over 8 inches in diameter should be removed or treated to prevent the buildup of spruce beetle populations, but fir material may be left. On highly erodible soils, disking or a similar procedure that incorporates the organic material with mineral soil is preferred. Some of the larger debris may then be pushed back on the scarified area for protection from erosion, and walked over to break it down (Alexander 1974, Roe and others 1970).

**Standard Shelterwood Cutting**—This regeneration cutting method harvests a timber stand in a series of cuts. In a standard shelterwood, regeneration of the new stand occurs under the shade of a partial overstory canopy. The final harvest removes the shelterwood and permits a new stand to develop in the opening. In a group shelterwood (a modification of the shelterwood method), regeneration of the new stand occurs in small openings that leave standing trees around the margins as a seed source. Openings are too small (2 acres or less) to be classified as clearcuts. This kind of cutting has been called a modified group selection, but differs from a selection cut in the way the growing stock is regulated.

These cutting methods may be the only even-aged options available to the manager where (1) multiple-use considerations preclude clearcutting, (2) combinations of small cleared openings and high forests are required to meet the needs of various

49

uses, or (3) areas are difficult to regenerate after clearcutting. However, windfall, insects, and stand conditions impose limitations on how stands can be managed. A careful appraisal of the capabilities and limitations of each stand is necessary to determine cutting practices. Furthermore, shelterwood cutting requires careful marking of individual trees or groups of trees to be removed, and close supervision of logging. The following recommendations for shelterwood cutting practices are keyed to broad stand descriptions based largely on experience, windfall risk situations, and insect problems (Alexander 1973, 1974). Practices needed to obtain natural reproduction are also discussed.

I. *Single-storied stands*
   A. Description
      1. Stands appear to be even-aged (fig. 43), but usually contain more than one age class. The canopy may not be of a uniform height because of changes in topography or stand density.
      2. Codominant trees form the general canopy level. Dominants 5 to 20 feet above the general canopy. Taller intermediates extend into the general canopy; shorter intermediates are below, but do not form a second story.
      3. Uniform diameters and crown length of dominants and codominants.
      4. Few coarse-limbed trees. If two-aged or more, younger trees have finer branches and smaller diameters than older trees.
      5. Trees usually uniformly spaced.
      6. A manageable stand of advanced reproduction usually absent.
      7. Lodgepole pine absent or sparse.
   B. Recommended cutting treatments
      1. If windfall risk is low, and trees uniformly spaced (fig. 44)—
         a. The first cut removes about 30 percent of the basal area on an individual tree basis (fig. 45). This is the first or *preparatory cut* of a three-step shelterwood. Because all overstory trees are about equally suscepti-



Figure 44—A uniformly spaced spruce–fir stand.



**Original Stand**

**30% Cut**

**5-10 Years Seed Cut**

**Removal Cut**

Figure 45—Sequence of entries with a three-cut shelterwood in a uniformly spaced, single-storied spruce–fir stand in a low windfall risk situation.



Figure 43—A single-storied spruce–fir stand.

Rvsd Plan - 00005710



**Figure 46**—Trees around the perimeter of a natural opening should be left uncut until the final entry.

ble to windthrow, maintain the general canopy level by removing some trees from each crown class. Remove first trees with known indicators of defect, but avoid creating openings in the canopy larger than one tree height in diameter by distributing the cut over the entire area. Do not remove dominant trees in the interior of the stand that are protecting other trees to their leeward if these latter trees are to be reserved for the next cut. In these, and all other stands described where natural openings of one to several acres occur, leave the trees around the perimeter for a distance of about one tree height until the final entry. These trees are usually windfirm, and protect trees in the interior of the stand (fig. 46).

b.  The second entry into the stand should not be made for at least 5 to 10 years after the first cut. This cut removes about 30 percent of the original basal area on an individual tree basis, and is the *seed cut* of a three-step shelterwood. Reserve the largest and most vigorous dominants and codominants as seed sources, but distribute the cut over the entire area to avoid cutting openings in the canopy.

c.  The last entry is the *final harvest* that removes the remaining overstory. It should not be made until a manageable stand of reproduction has become established, but the cut should not be further delayed because the overwood hampers the later growth of seedlings.

d.  The manager also has the option of removing less than 30 percent of the basal area at any entry and making more entries, but they cannot be made more often than every 5 to 10 years.

Rvsd Plan - 00005711



Figure 47—A clumpy spruce–fir stand.



**Figure 48**—A groupy spruce–fir stand.



**Figure 49**—Sequence of entries with a group shelterwood in a clumpy, single-storied spruce–fir stand with low wind risk.

2. If windfall risk is low, and trees are clumpy (fig. 47) or groupy (fig. 48)—

   a. The first cut is a *group* shelterwood that removes about 30 percent of the basal area. Harvesting timber in groups will take advantage of the natural arrangement of the trees. Group openings should be kept small—not more than one or two tree heights in diameter—and not more than one-third of the area should be cut over (fig. 49). All trees in a clump should be either cut or left because removing only part of the clump is likely to result in windthrow.

   b. The second entry into the stand should not be made until the first group of openings has regenerated. This cut can remove about 30 percent of the original basal area without cutting over more than an additional one-third of the area. Openings should be no closer than about one to two tree heights to the original openings.

   c. The final entry removes the remaining

groups. Timing of this cut depends upon the regeneration method chosen for the new openings. If natural regeneration is chosen, the final harvest must be delayed until the regeneration in the openings cut earlier is large enough to provide a seed source; otherwise, the openings must be planted.

   d. The choice may be to remove less than 30 percent of the basal area and cut over less than one-third of the area at any one time. This will require more entries, but no subsequent cut can be made until the previous openings have regenerated.

3. If windfall risk is above average (moderate), and trees are uniformly spaced, there are two alternatives.

   *Alternative 1* (fig. 50):

   a. The first cut is a *preparatory* cutting that removes about 10 percent of the basal area on an individual tree basis to open up the stand, but also to minimize windfall risk to the remaining trees. This cutting

Rvsd Plan - 00005712



**Figure 50**—Sequence of entries for alternative 1 with a shelterwood in a uniformly spaced, single-storied spruce–fir stand with above average wind risk.



**Figure 51**—Sequence of entries for alternative 2 with a shelterwood in a uniformly spaced, single-storied spruce–fir stand with above average wind risk.

resembles a *sanitation cut* in that the poorest risk trees are removed, but the general canopy level is maintained.

b. The second entry can be made in about 10 years, and removes 15 to 20 percent of the original basal area on an individual tree basis. Any windfall salvaged after the first cut should be included in the computation of basal area removed. This *preparatory cut* will continue to open up the stand gradually while preparing the stand for the seed cut. Trees marked for removal should come from the intermediates and small codominants, but maintain the general canopy level.

c. Another 5 to 10 years will be required to determine if the stand is windfirm enough to make another entry. This entry is the *seed cut* that removes about 15 to 20 percent of the original basal area, including any windfalls salvaged since the last cutting. Reserve the largest and most vigorous dominants and codominants as a seed source, but distribute the cut over the entire area.

d. The last entry is the *final harvest* that removes the remaining overstory. It cannot be made until a manageable stand of reproduction has been established. About 50 percent of the original basal area will be removed, and if it is more than 10,000 fbm per acre, it is too heavy to be removed in one harvest without undue damage to the reproduction. The manager must plan on a two-step final harvest; the second step can begin as soon as the skidding is finished in the first step, providing a manageable stand of reproduction still exists.

*Alternative 2* (fig. 51)—Alternative 2 is somewhat risky because it increases the changes of blowdown, but it does encourage a better stand of reproduction:

a. The first entry is the same as under Alternative 1.

b. The second and third entries are made at 5- to 10-year intervals. Each entry removes about 10 percent of the basal area. The objectives are still to open up the stand, minimize windfall risk, and remove the poorest risk trees.

c. The fourth entry will be made about 10 years after the third entry, and is the *seed cut* that removes 30 to 40 percent of the basal area, including windfalls salvaged since the last cutting. Leave the largest and most vigorous dominants and codominants as a seed source, but distribute the cut over the entire area.

d. The last entry is the *final harvest* that

53

Rvsd Plan - 00005713

removes the remaining 30 to 40 percent of the basal area. It cannot be made until there is a manageable stand of reproduction.

4. If windfall risk is above average and trees are clumpy (fig. 52)—

   a. The first cut removes about 10 to 20 percent of the basal area in a group shelterwood (fig. 52). Diameter of group openings should be no larger than one tree height, with not more than one-fifth of the area cut over. All trees in a clump should be cut or left. In stands with small natural openings, they can be enlarged one tree height by removing clumps of trees to the windward.

   b. Four additional entries into the stand can be made at periodic intervals, but no new entry should be made until the openings cut the previous entry have regenerated. The last groups to be removed should be retained until the original group openings are large enough to provide a seed source. About 20 percent of the basal area should be removed over about one-fifth of the area at each entry.

5. If the windfall hazard is very high, the choice is limited to removing all the trees or leaving the area uncut. Cleared openings should not be larger than regeneration requirements dictate, and should be interspersed with uncut areas of at least equal size. No more than one-third of the total area should be cutover at one time.

## II. *Two-storied stands*

A. Description

   1. Stands appear to be two-aged (fig. 53), but usually contain more than two age classes.
   2. Top story is usually spruce and resembles a single-storied stand.
   3. Second story, often fir, is younger and smaller in diameter, and always below the top story and clearly distinguishable from the overstory.
   4. May be a manageable stand of advanced reproduction.
   5. Individual trees vary from uniformly spaced to clumpy.
   6. Lodgepole pine is absent or sparse.

B. Recommended cutting treatments—same as for three-storied stands.

## III. *Three-storied stands*

A. Description

   1. Stands appear to be three-aged (fig. 54), but usually contain more than three age classes. Occasionally two-aged, but never all-aged.
   2. If the stand is three-aged or more, top story is predominantly spruce and resembles an open-grown single-storied stand. Second and third



**Figure 53**—A two-storied spruce–fir stand.



**Figure 54**—A three-storied spruce–fir stand.

Original Stand

10-20% Cut

10-20% Cut

10-20% Cut

10-20% Cut

**Figure 52**—Sequence of entries with a group shelterwood in a clumpy, single-storied spruce–fir stand with above average windfall risk.

54

stories usually have younger and smaller trees, predominantly fir. In a typical stand, second story is 10 to 30 feet below top story. Third story is 10 to 30 feet below the second story.

3. If two-aged, the first two stories are old growth with spruce in the top story and fir in the second story. Third story will be younger and smaller fir.

4. May be a manageable stand of advanced reproduction.

5. More often clumpy than uniformly spaced.

6. Lodgepole pine is usually absent or sparse.

B. Recommended cutting treatments (two- and three-storied stands)—Trees in the overstory are usually more windfirm than those in single-storied stands. Second and third stories are likely to be less windfirm than top story.

1. If windfall risk is low, and trees are uniformly spaced (fig. 55)—

   a. The first cut removes about 40 percent of the basal area (fig. 55). This cutting is heavy enough to be the *seed cut* of a two-step shelterwood, but marking follows the rules for individual tree selection. Because the overstory is likely to be more windfirm, leave selected dominants and codominants as a seed source. Distribute the cut over the entire area to avoid cutting holes in the canopy larger than one tree height in diameter. Do not remove dominant trees from the interior of the stand that protect trees to their leeward if these latter trees are to be reserved for the next cut.

   b. The second entry is the *final harvest* that removes the remaining stand and releases reproduction. It cannot be made until the reproduction is established. If the residual volume is greater than about 10,000 fbm per acre, make the *final harvest* in two steps to avoid undue damage to reproduction. The second step can begin as soon as the skidding is finished in the first step, providing that a manageable stand of reproduction still exists.

   c. If there is a manageable stand of advanced reproduction and overstory volume is not too heavy, the first cut can be simulated shelterwood that removes all the overstory. Otherwise, the first cut can remove 40 percent of the basal area on an individual tree basis leaving the most windfirm dominants

and codominants. The timing of the second cut is not critical from a regeneration standpoint, providing a manageable stand of reproduction still exists after the first cut.

   d. The manager may elect other options like cutting less than the recommended basal area, making more entries, and spreading the cut over a longer period of time. Another option is to convert these stands to an uneven-aged structure by cutting 10 to 20 percent of the basal area at 10- to 20-year intervals. Ultimately the stand will contain a series of age classes.

2. If windfall risk is low, and trees are clumpy (fig. 56)—

   a. The first cut removes about 40 percent of the basal area in a group shelterwood cutting (fig. 56). Group openings can be larger (two or three times tree height) than for single-storied stands, but no more than one-third of the area should be cutover. Group openings should be irregular in shape, but without dangerous windcatching indentations in the edges. All trees in a clump should either be cut or left.

   b. Two additional entries can be made. They each remove about 30 percent of the original basal area in openings two to three times tree height in diameter. Not more than one-third of the area should be cutover at any one time. If there is not a manageable stand of advanced reproduction, the manager must wait until the first group of openings is regenerated before additional cutting. Furthermore, cutting of the final groups must be delayed until there is a seed source or the openings must be planted. If there is a manageable stand of advanced reproduction, the timing between cuts is not critical from a regeneration standpoint.

   c. The manager has the option of removing less than the recommended basal area and cutting less than the recommended area at any one time, which will require more entries and spread the cut over a longer time.

3. If windfall risk is above average, and trees are uniformly spaced (fig. 57)—

   a. The first entry is a *preparatory* cut that removes up to 20 percent of the basal area on an individual tree basis if there is not



Figure 55—Sequence of entries with a two-cut shelterwood in a uniformly spaced, two- or three-storied spruce–fir stand with low wind risk.



Figure 56—Sequence of entries with a group shelterwood in a clumpy, two- or three-storied spruce–fir stand with low wind risk.



Figure 57—Sequence of entries with a shelterwood in a uniformly spaced, two- or three-storied spruce–fir stand with above average wind risk.

a manageable stand of advanced reproduction. Remove predominants, intermediates with long dense crowns, and defective trees first, but maintain the general canopy level. This cut opens up the stand while minimizing windfall risk to residual trees.

b. The second cut should be made in about 10 years. This entry, the *seed cut*, removes about 40 percent of the original basal area, including the salvage of any windfalls that have occurred. Reserve the best dominants and codominants as a seed source, but distribute the cut over the entire area.

c. The last entry is the *final harvest* that removes the remaining merchantable volume and releases the new reproduction. If the volume of the residual stand is too heavy, the final harvest should be in two steps.

d. If these stands have a manageable stand of reproduction, and the volume per acre is not too heavy, the first cut can be simulated shelterwood that removes the overstory. If the volume is too heavy for a one-step removal, the manager should follow the above recommendations because the wind hazard is too great to permit a two-step removal in a stand not previously opened up.

4. If windfall risk is above average, and trees are clumpy—

a. The first cut is a group shelterwood that removes about 25 percent of the basal area (fig. 58). Group openings are small—not more than one or two tree heights in diameter—and not more than one-fourth of the area should be cutover. All trees in a clump should either be cut or left. Small natural openings can be enlarged one or two tree heights by removing trees in clumps to windward of the opening.

b. Three additional entries should be made. About 25 percent of the original basal area is removed on about one-fourth of the area in each entry. The interval between cuts will depend upon the time required to regenerate each series of openings. The manager must either delay the removal of the final groups until a seed source is available or plant the openings.

5. If windfall risk is very high, the choice is

Rvsd Plan - 00005716

usually limited to removing all trees or leaving the area uncut. Cleared openings should not be larger than regeneration requirements dictate, and interspersed with uncut areas. Not more than one-third of the total area in this windfall risk situation should be cut at any one time.

IV. **Multistoried stands**

  A. Description

    1. Stands generally uneven-aged (fig. 59) with a wide range in diameters.

    2. If the stand developed from relatively few individuals, overstory trees are coarse limbed and fill-in trees finer limbed.

    3. If the stand developed from the deterioration of a single- or two-storied stand, overstory trees may be no limbier than fill-in trees.

    4. Almost always a manageable stand of reproduction.

    5. Fill-in trees may be clumpy, but overstory trees usually are uniformly spaced.

    6. Lodgepole pine may occur as a scattered component of the stand.

  B. Recommended Cutting Treatments—These are usually the most windfirm stands, even where they have developed from the deterioration of single- and two-storied stands.

    1. If windfall risk is low, there is considerable flexibility in harvesting these stands. All size classes can be cut, with emphasis on either the largest or smallest trees. For example, the first cut can range from removal of all large trees in the overstory to release the younger growing stock, to a thinning from below to improve the spacing of the larger trees (fig. 60). If the manager elects to make a simulated shelterwood that removes the overwood, and the volume is too heavy, it should be harvested in two steps. Cutting can then be directed toward either even- or uneven-aged management, with entries made as often as growth and regeneration needs dictate.

    2. If the windfall risk is above average or very high, the safest first cut is a simulated shelterwood that removes the overwood with a thinning from below to obtain a widely spaced, open-grown stand that will be windfirm (fig. 61). Cutting can then be directed toward either even- or uneven-aged management.



Figure 58—Sequence of entries with a group shelterwood in a clumpy, two- or three-storied spruce–fir stand with above average wind risk.



Figure 59—A multistoried spruce–fir stand.

*Modifications to Cutting Treatments Imposed by Spruce Beetles*—

1. If spruce beetles are present in the stand at an endemic level, or in adjacent stands in sufficient numbers to make successful attacks, and—

  a. Less than the recommended percentage of basal area to be removed is in susceptible trees, any attacked and all susceptible trees should be removed in the first cut. This will include most of the larger spruce trees and is a calculated risk, especially in above-average wind risk situations. Furthermore, the percentage of fir in the stand will increase. Provision should be made to salvage attacked trees. The remaining cuts should be scheduled in accordance with windfall risk, insect susceptibility, and regeneration needs (Alexander 1974).

  b. More than the recommended percentage of basal area to be removed is in susceptible trees, the manager has three options: (1) remove all the susceptible trees, (2) remove the recommended basal area in attacked and susceptible trees and ac-

57



**Figure 60**—Options for the first entry into a multistoried spruce–fir stand with low wind risk.



**Figure 61**—First entry into a multistoried spruce–fir stand with above average to high wind risk.

cept the risk of future losses, or (3) leave the stand uncut. If the stand is partially cut or left uncut, surviving spruce would probably make up at least half of the residual basal area, but most of the merchantable spruce would be small-diameter trees (Alexander 1974).

2. If the stand is sustaining an infestation that is building up, the manager may choose to either partially cut or leave the stand uncut because clearcutting is unacceptable but must accept the risk of an outbreak that will destroy most of the merchantable spruce in the stand and spread to adjacent stands (Alexander 1974).

*Cutting To Save the Residual*—In shelterwood cutting, protection of the residual stand from logging damage is a primary concern (fig. 62). The residual includes merchantable trees left after standard shelterwood and reproduction established after the seed cut in standard shelterwood and after each cut in group shelterwood. Before the final harvest is made with standard shelterwood, and before each entry with group shelterwood, the manager must determine if there is an acceptable stand of reproduction. Furthermore, the manager must reevaluate the stand after final harvest in standard shelterwood

and after each entry with group shelterwood to determine the need for supplemental stocking. The same criteria used to evaluate advanced reproduction with a simulated shelterwood applies here.

Protection begins with a well-designed logging plan at the time of the first cut. Logging equipment must be suited to the terrain. To minimize damage, skidroads must be laid out—about 200 feet apart, depending on the topography—and marked on the ground (fig. 63). These skidroads should be kept narrow, and located so that they can be used to move logs out of the woods at each cut. Close supervision of logging will be required to restrict travel of skidding and other logging equipment to the skidroads. In shelterwood cuttings, trees should be felled into openings as much as possible using a herringbone pattern that will permit logs to be pulled onto the skidroads with a minimum of disturbance (Alexander 1957a, 1974; Roe and others 1970). Where it may be necessary to deviate from the herringbone felling angle in order to drop trees into openings, the logs will have to be bucked into short lengths to reduce skidding damage. Trees damaged in felling and skidding should not be removed if they are still windfirm. The felling pattern should be similar in group shelterwood cutting, where a manageable stand of reproduction has been established after previous entries. Otherwise all trees should be felled into the openings. Both shelterwood cuttings require close coordination between felling and skidding because it may be necessary to fell and skid one tree before another tree is felled (Alexander 1974).

*Slash Disposal and Seedbed Preparation*—Some slash disposal will probably be needed after each cut, but it should be confined to areas of heavy concentrations as required for protection from fire and insects or the reduction of visual impact because most equipment now available for slash disposal is not readily adaptable to working in shelterwood cuttings. Care taken in logging is wasted if residual trees are damaged and reproduction destroyed in slash disposal. Furthermore, burning of slash will cause additional damage to the residual. Skid out as much of the sound dead and green cull material as possible for disposal at the landings or at the mill. Some hand-piling or hand-scattering may be needed where slash disposal equipment cannot be used. In group shelterwood cutting, if a manageable stand of reproduction has not been established, dozers equipped with brush blades can be used to concentrate slash for burning in the openings. Piles should be kept small to reduce the amount of heat generated. Leave some of the larger pieces of slash and other debris in place to provide shade for new seedlings. Remove cut green spruce material larger than 8 inches in diameter to reduce the buildup of spruce beetle populations (Alexander 1974).

On areas to be regenerated, a partial overstory canopy of

58



**Figure 62**—Save the residual stand when partial cutting.



**Figure 63**—Schematic drawing of layout of skid roads and felling pattern.

trees standing around the margins of small openings provide two of the basic elements necessary for regeneration success—a seed source within effective seeding distance, and an environment compatible with germination, initial survival, and seedling establishment. The manager must make sure that the third element—a suitable seedbed—is provided after the seed cut where standard shelterwood cutting is used, and after each cut where group shelterwood is used. If at least 40 percent of the available ground surface is not exposed mineral soil after logging and slash disposal, additional seedbed preparation is needed. Until special equipment is developed, the same problem exists as with slash disposal. The equipment available today is too large to work well around standing trees. Smaller machines equipped with suitable attachments will have to be used, but they must be closely supervised to minimize damage to the residual (Alexander 1974).

### Uneven-Aged Cutting Methods

Multi-storied and three-storied spruce–fir stands are frequently uneven- to broad-aged or have the diameter distribution associated with uneven-aged stands. Although uneven-aged cutting methods—individual tree and group selection—have seldom been used in spruce–fir forests, they appear to simulate the natural dynamics of these forests. Moreover, uneven-aged management is more compatible or desirable for some management objectives or resource needs. For example, the impact on the forest should be as light as possible in areas of steep topography and erodible soils, or where management goals, in terms of both resource and social responses, include maintenance of continuous high forests. Uneven-aged management is usually more appropriate for these conditions and objectives.

Uneven-aged management includes cultural treatments, thinnings, and harvesting necessary to maintain continuous high forest cover, provide for regeneration of desirable species, either continuously or at each harvest, and provide for controlled growth and development of trees through the range of size classes needed for sustained yield of forest products. Managed uneven-aged stands are characterized by trees of many sizes intermingled singly or in groups. Cutting methods do not produce stands of the same age that are large enough to be recognized as a stand. Forests are subdivided into recognizable units that can be located on the ground on the basis of timber type, site, logging requirements, etc., rather than acreage in stand-age classes. Both individual tree selection and group selection cutting methods will be considered in spruce–fir stands with irregular to all-aged structure (Alexander and Edminster 1977a, 1977b).

### Individual-Tree Selection Cutting

This regeneration cutting method harvests trees in several or all diameter classes on an individual basis. Regeneration occurs continuously. The ultimate objective is to provide a stand with trees of different sizes and age classes intermingled on the same site (U.S. Department of Agriculture 1983). Choice of trees to be cut depends on their characteristics and relationship to stand structure goals set up to regulate the cut. This cutting method provides maximum flexibility in choosing trees to cut or leave, and is appropriate only in uniformly spaced stands with irregular to all-aged structure. Individual-tree selection cutting will favor fir over spruce, and in mixed spruce–fir–lodgepole pine stands, few intolerant pines will become established after initial cutting (Alexander and Edminster 1977b).

59

## Group Selection Cutting

This regeneration cutting method harvests trees in groups, ranging in size from a fraction of an acre up to about 2.0 acres (U.S. Department of Agriculture 1983). This cutting method is similar to a group shelterwood except in the way the growing stock is regulated. The area cut is smaller than the minimum feasible for a single stand under even-aged management. Trees are marked on an individual tree basis, but emphasis is on group characteristics, which means trees with high potential for future growth are removed along with trees with low growth potential. Loss in flexibility is partly offset by the opportunity to uniformly release established regeneration, and reduce future logging damage. When groups are composed of only a few trees, the method can be used together with individual-tree selection cutting. This cutting method is most appropriate in irregular to all-aged stands that are clumpy or groupy. However, it can be used in uniformly spaced stands with the size, shape, and arrangement of openings based on factors other than the natural stand conditions (Alexander and Edminster 1977a, 1977b).

## Stand Structure Goals

Under uneven-aged management, yields are regulated through control over growing stock. To establish the desired residual structure of a stand, it is necessary to control (1) residual stocking, in terms of volume or basal area, that must be left after cutting to maintain adequate growth and yield; (2) diameter of the maximum size tree to be left; and (3) diameter distribution of the residual stand that will provide for regeneration, growth, and development of replacement trees (Alexander and Edminster 1977b).

**Control of Stocking**—The first step in applying a selection cut to a spruce–fir stand is to determine the residual stocking level to be retained. Since total stand growth for many species adapted to uneven-aged management does not differ greatly over the range of stocking levels likely to be management goals, stocking levels set near the lower limit, where no growth is lost, concentrate increment on fewest stems. This reduces time required to grow individual trees to a specific size, and requires a minimum investment in growing stock (Alexander and Edminster 1977b).

The residual stocking level with the best growth in spruce–fir stands will vary with species composition, management objectives, productivity, diameter distribution, etc. In unregulated old-growth spruce–fir stands with irregular structure, stocking usually varies from 150 to 300 square feet of basal area per acre in trees in the 4.0-inch and larger diameter classes (Alexander 1985, Alexander and others 1982). Basal areas

above 200 square feet per acre probably represent overstocking. While no guidelines are available for uneven-aged stands, residual stocking levels of GSL 100 to GSL 180 are suggested for managed even-aged stands, depending on site productivity, number of entries, and other management objectives (Alexander and Edminster 1980). These levels should be useful in estimating initial residual stocking goals in terms of square feet of basal area per acre for that part of the stand that will eventually be regulated under uneven-aged management (Alexander and Edminster 1977b).

While these general recommendations are probably adequate as a place to start, use of yield tables for even-aged spruce–fir stands in setting stocking goals for uneven-aged stands assumes there is little difference between the growing stock of the two, other than a redistribution of age classes over a smaller area (Bond 1952). This may be true when stands without a manageable understory of advanced growth are harvested by a group selection method; the end result is likely to be a series of small even-aged groups represented in the same proportion as a series of age classes in even-aged management. If advanced growth of smaller trees has become established under a canopy of larger trees, however, a different structure may develop with either individual-tree or group selection systems because growing space occupied by each age or size class is being shared (Reynolds 1954). Assuming that damage to understory trees resulting from removal of part of the overstory trees can be minimized, advanced growth will successfully establish a series of age classes on some areas. In this situation, more trees of a larger size can be grown per acre than with a balanced even-aged growing stock (Bourne 1951, Meyer and others 1961). Nevertheless, without better information, the residual stocking goals set for even-aged management are the best criteria available.

**Maximum Tree Size**—The second item of information needed is the maximum diameter of trees to be left after cutting. In old-growth spruce–fir stands, maximum diameter usually varies from 18 to 30 inches at breast height, depending on stand density, site quality, species composition, etc. Examination of plot inventory information from unmanaged stands with irregular stand structure, suggests that a diameter of 24 inches can be attained within the time period generally considered reasonable under a wide range of site quality and stocking conditions. In the absence of any information on growth rates in uneven-aged stands, or rates of return for specific diameter and stocking classes, a 24-inch maximum diameter seems a reasonable first approximation to set for timber production. Trees of larger diameter with a lower rate of return on investment may be appropriate for multiple-use reasons (Alexander and Edminster 1977b).

Rvsd Plan - 00005720

**Control of Diameter Distribution**—Control over distribution of tree diameters is also necessary to regulate yields under uneven-aged management. This is the most important step, and it is accomplished by establishing the desired number of trees or basal area for each diameter class.

There are a number of ways to express diameter distributions in uneven-aged stands. When used with flexibility, the quotient $q$ between number of trees in successive diameter classes is a widely accepted means of calculating the desired distribution (Meyer 1952). Values of $q$ ranging between 1.3 and 2.0 (for 2-inch diameter classes) have been recommended for various situations. The lower the $q$ value, the smaller the difference in number of trees between diameter classes. Stands maintained at a low $q$ value have a higher proportion of available growing stock in larger trees, for any residual stocking level, but may require periodic removal of the largest number of small trees in the diameter class where unregulated growing stock crosses the threshold into the portion of the stand to be regulated (Alexander and Edminster 1977b).

Consider, for example, differences in numbers of small and large trees maintained at a $q$ level of 1.3, 1.5, 1.8, and 2.0 inches in stands with the same residual basal area (100 square feet) (table 15). At all stocking levels considered appropriate for future management goals, larger numbers of small trees would have to be cut under lower $q$ levels at the threshold diameter class (in this example, the 4-inch class). Fewer larger trees would be retained under higher $q$ levels.

In the absence of any experience, data, or good growth and yield information, the best estimate of numbers of trees to leave by diameter classes is to use the lowest $q$ value that is reasonable in terms of existing markets, stand conditions, and funds available for cultural work. Examination of plot data from a wide range of old-growth spruce–fir stands indicates that pretreatment distributions are likely to range between 1.3 and 1.8 for 2-inch classes. As a general recommendation, $q$ levels between 1.3 and 1.5 appear reasonable initial goals for the first entry into unmanaged stands (Alexander and Edminster 1977b).

## How To Determine Residual Stand Structure

Once goals for residual stocking, maximum tree diameter, and $q$ values have been selected, the specific structure for a stand can be calculated—providing data are available to construct a stand table. (Methodology is shown in appendix C.)

## Determining Threshold Diameter

In the examples in appendix C, calculations were made down to the 4-inch diameter class by 2-inch classes because there are usually a large number of small trees in spruce–fir stands that are below minimum merchantable diameter. They compete with larger stems for growing space, and we need to know what is happening in this part of the stand. More importantly, these trees provide ingrowth into merchantable size classes needed to practice individual-tree selection silviculture.

Although small trees should not be ignored in inventory and record keeping, it may be neither desirable nor possible to

**Table 15**—*Residual stand structures per acre for 100 ft² of basal area and maximum tree d.b.h. of 24 for various* q *values (adapted from Alexander and Edminster 1977b)*

| Diameter class (Inches) | q = 1.3 | | q = 1.5 | | q = 1.8 | | q = 2.0 | |
|---|---|---|---|---|---|---|---|---|
| | Trees | Basal area | Trees | Basal area | Trees | Basal area | Trees | Basal area |
| | *no.* | *ft²* | *no.* | *ft²* | *no.* | *ft²* | *no.* | *ft²* |
| 4 | 38.80 | 3.38 | 79.08 | 6.89 | 156.01 | 13.62 | 210.18 | 18.35 |
| 6 | 29.90 | 5.87 | 52.72 | 10.34 | 86.68 | 17.01 | 105.09 | 20.63 |
| 8 | 23.02 | 8.04 | 35.14 | 12.26 | 48.15 | 16.81 | 52.54 | 18.35 |
| 10 | 17.96 | 9.65 | 23.43 | 12.78 | 26.75 | 14.59 | 26.27 | 14.33 |
| 12 | 13.62 | 10.69 | 15.62 | 12.26 | 14.86 | 11.67 | 13.14 | 10.32 |
| 14 | 10.47 | 11.20 | 10.41 | 11.12 | 8.26 | 8.83 | 6.57 | 7.02 |
| 16 | 8.07 | 11.26 | 6.95 | 9.70 | 4.59 | 6.41 | 3.28 | 4.58 |
| 18 | 6.21 | 10.97 | 4.63 | 8.18 | 2.55 | 4.50 | 1.64 | 2.90 |
| 20 | 4.77 | 10.41 | 3.08 | 6.73 | 1.42 | 3.09 | 0.82 | 1.79 |
| 22 | 3.67 | 9.68 | 2.06 | 5.42 | 0.79 | 2.08 | 0.41 | 1.08 |
| 24 | 2.82 | 8.86 | 1.37 | 4.30 | 0.44 | 1.37 | 0.20 | 0.64 |
| Total | 159.14 | 100.01 | 234.49 | 99.98 | 350.50 | 99.98 | 420.14 | 99.99 |

regulate their numbers. In spruce–fir forests in the central Rocky Mountains, minimum merchantable diameter is usually 7 to 8 inches. Regulation of the number of trees below this size requires an investment in cultural work that may not be recaptured under current market conditions. On the other hand, if trees below minimum merchantable size are left unregulated, cutting must always be heavy in the threshold diameter classes to bring ingrowth trees down to the desired number. It also means that more growing space is required for small trees than called for by the idealized stand structure. Moreover, the higher the threshold diameter class, the greater the proportion of the stand that is unregulated. More growing space is occupied by trees of low value that will be cut as soon as they cross the threshold diameter (Alexander and Edminster 1977b).

## Marking Trees

After residual stocking goals have been calculated and a decision made on how to handle small trees, it is time to mark the stand in the field. Marking is difficult in spruce–fir stands because the marker must designate cut or leave trees, usually with one pass through the stand, based on limited inventory data. At the same time, the marker must apply good silvicultural practices and be aware of economic limitations. As a general rule, good silvicultural prescriptions are more important than strict adherence to structural goals, especially in unregulated stands being cut for the first time. However, marking without a structural goal—or prescribing structural goals that cannot be attained or applied—defeats the objective of regulation.

Marking for individual tree selection is more complex than for other systems, and some formal control procedure is necessary. Often, only an estimate of the initial and desired residual diameter distribution is needed. With these estimates, basal areas and number of trees to be removed per acre by diameter classes can be determined. Control is maintained by a process of successive checks of residual versus the goal. For example, the markers should systematically make prism estimates of the residual stand after marking, recording trees by 2- or 4-inch classes on a standard cumulative tally sheet. Periodically, they should convert the prism tally to trees per acre, and compare their average prism estimate to the structural goal. Markers must then adjust to any serious deviation from the structural goal, such as too heavy marking in some diameter classes and too light in others. Their next check will determine if progress is being made or if further changes are needed. By this process, the average residual stand should come fairly close to the structural goal (Alexander and Edminster 1977b).

## Cutting Cycles

Procedures described above and in appendix C are for initial entry into unregulated old-growth spruce–fir stands that are to be converted to managed uneven-aged stands using either individual-tree or group selection cutting. It is not likely that unregulated stands will be brought under management with one entry or even a series of entries. It is more likely that limitations imposed by stand conditions, windfall risk, and spruce beetle susceptibility will result in either over- or under-cutting, at least in the first entry.

## Recommendations for Selection Cutting

The recommendations summarized below are based on experience, windfall risk, and spruce beetle susceptibility. Selection cutting methods are appropriate for three- and multi-storied stands with irregular or uneven-aged stand structure. Individual tree selection should be confined to stands with uniform spacing. Group selection can be used in stands with either clumpy-groupy spacing or uniform spacing. Selection cutting methods are not appropriate in high wind risk situations or in stands sustaining a spruce beetle attack or in stands where beetles are present in sufficient numbers within the stand or adjacent stands to make successful attacks.

1.  The stocking goal for the initial entry should be set so that not more than—
    a.  30 to 40 percent of the stand basal area is removed in *low wind risk situations*. With individual tree selection, the cut should be distributed over the entire area. With group selection, not more than one-third of area should be cut. If the stand is clumpy, the size of opening should be determined by the size of the clump. If the stand is uniformly spaced, the size of opening should not exceed 2 times tree height.
    b.  20 to 30 percent of the stand basal area is removed in *above average wind risk situations*. Distribute the cut over the entire area with individual-tree selection. Not more than one-fourth of the area should be cut with group selection. Keep the openings small. If the stand is clumpy, the opening should be no larger than the size of the clump. If the stand is uniformly spaced, openings should not exceed 1 times tree height.

2.  Maximum diameter should not exceed that attained in the unmanaged stand.

Rvsd Plan - 00005722

3.  The diameter distribution should be set at a $q$ value that most closely approximates the natural $q$ value of the stand. However, remember that low $q$ values require cutting a larger number of treees at the threshold diameter class and high $q$ values retain a few larger trees.

4.  The threshold value should be set at the smallest diameter class practical. All trees below the threshold diameter class are unregulated.

5.  Some diameter classes will have a surplus of trees and some will have a deficit. Surpluses and deficits must be balanced if the residual basal area is to be maintained.

6.  Subsequent entries should be made at 10- to 30-year intervals. While it would be desirable to enter the stand at 10-year intervals, it is not likely that this will be possible in most instances. Some diameter classes will not be completely represented; therefore, volumes available for cutting may not warrant a 10-year reentry until a controlled diameter distribution is attained.

**Protecting the Residual Stand**

Protection of the residual stand is of primary concern with any partial cutting system, but it is especially critical with individual-tree selection cutting because of frequent entries into the stand once a controlled diameter distribution is attained. Damage can result from felling, skidding, and slash disposal.

Felling damage can be reduced by using group selection and dropping trees into the openings, or marking a small clump of trees where felling one large tree will damage several adjacent trees. Procedures outlined for protecting the residual and disposing of slash for shelterwood cutting should be followed here.

*Costs of Sale Administration and Logging*

One of the most important factors affecting the administrative cost of selling timber is the number of entries needed for harvesting. Clearcutting and simulated shelterwood require only one entry. Standard shelterwood requires two to three entries, while group shelterwood and individual-tree and group selection require from three to six, depending upon cutting cycles. In managed stands, even-aged systems require a minimum of two additional entries for thinnings, but number of entries under uneven-aged systems would not change (Alexander 1977).

Costs of sale layout, marking, and sale contract administration are lower for clearcutting, simulated and group shelterwood, group selection (when groups are near the maximum size), and the final cut of standard shelterwood than for in-

dividual tree selection and intermediate, preparatory, and seed cuts of standard shelterwood. Costs are reduced because only cutting boundaries are marked, and no time is spent deciding which trees to cut or leave. Sale administration is easier because there are no residual or unmarked trees to protect. However, reproduction must be protected at the time of final cut under any shelterwood system (Alexander 1977).

Timber harvest usually requires road construction, because large acreages of spruce–fir forests are in unmanaged old-growth stands. Clearcutting is the most economical method in terms of volume removed per unit of road, while individual tree selection is the most expensive. Development of a transportation system to manage spruce–fir forests is a costly initial investment that will require funding in addition to monies paid for stumpage at the time of first entry. Once the transportation system has been constructed, road costs should be independent of cutting method (Alexander 1977).

In addition to producing maximum volume per acre in one operation, clearcutting permits the greatest flexibility in selection of logging equipment and minimum concern for protection of residual trees. The first entry of a standard shelterwood is intermediate in volume production per acre, requires moderate concern for the residual stand, and places some constraints on selection of equipment. The final cut of a standard shelterwood or simulated shelterwood has the advantages of clearcutting except for the need to protect the new stand. Individual tree selection requires maximum concern for the residual stand; group selection and group shelterwood require slightly less if the size of opening is near maximum. Under uneven-aged cutting methods and group shelterwood, volumes per entry are intermediate, size-class diversity of products harvested is maximum, and selection of logging equipment is limited.

# Multiple-Use Silviculture

*Soil and Water Resources*

**Water Yield**

In spruce–fir forests, where approximately 90 percent of natural streamflow (12 to 15 inches) comes from melting snow, water production is increased by cutting openings in the canopy (fig. 64). Size and arrangement of openings are critical. Largest increases in water available for streamflow (2.0+ inches) result when 30 to 40 percent of a drainage is harvested in small clear-cut patches (3 to 5 acres) dispersed over the entire watershed (Leaf 1975; Leaf and Alexander 1975; Troendle 1982, 1983a, 1983b; Troendle and Leaf 1981). With this pattern, wind movement across the canopy is changed so that more snow accumulates in the openings than under adjacent



**Figure 64**—Three-acre openings cut to increase streamflow, Fraser Experimental Forest.

stands. Total snowfall in the drainage may or may not be increased by cutting, depending on the aspect (Hoover and Leaf 1967, Troendle and Meiman 1984), but melt occurs earlier and at an increased rate in the openings, causing the rising limb of the hydrograph to occur earlier than before timber harvest. Most of the increase in flow occurs during the period before the peak, which may be somewhat higher, but recession flows are about the same as before harvest (fig. 65). Increase in streamflow is not likely to diminish significantly for 20 to 30 years, and treatment effect will not disappear until the new stand in the opening is tall enough to change the snow accumulation pattern. At that time a number of alternatives can be considered:

1. Recut the original openings. The remaining area would be retained as continuous high forest; trees would be periodically harvested on an individual-tree basis. Ultimately, the reserve stand would approach an all-aged structure with the overstory canopy remaining at about the same height, although the original overstory could not be maintained indefinitely.

2. Make a light cut distributed over the entire watershed, removing about 20 to 30 percent of the basal area on an individual-tree basis or in small groups. The objective would be to open up the stand enough so it develops windfirmness and to salvage low-vigor and poor-risk trees. Openings five to eight times tree height (H) can then be cut on about one-third of the area. The remaining two-thirds of the area would be retained as permanent high forest, with trees periodically removed on an individual-tree basis or in small groups.

64

Rvsd Plan - 00005724

3. Another alternative that would integrate water and timber production would be to harvest all of the old growth in a cutting block in a series of cuts spread over a period of 120 to 160 years. Each cutting block would contain at least 300 acres, subdivided into circular or irregular-shaped units approximately 2 acres in size or with a diameter four to five times the height of the general canopy level. At periodic intervals, some of these units, distributed over the cutting block, would be harvested and the openings regenerated. The interval between cuttings could vary from as often as every 10 years to as infrequently as every 30 to 40 years. The percentage of units cut at each interval would be determined by cutting cycle divided by rotation age times 100. At the end of one rotation, each cutting block would be composed of groups of trees in several age classes, ranging from reproduction to trees ready for harvest. The tallest trees would be somewhat shorter than the original overstory, but any adverse effect on snow deposition should be minimized by keeping the openings small and widely spaced (Alexander 1974).

Cutting openings larger than 5 acres may be less efficient in increasing streamflow; as opening size increases, wind can scour deposited snow causing it to evaporate into the air or blow into adjacent stands where soil recharge requirements and evapotranspiration are greater (fig. 66). However, these larger openings can be managed to minimize wind scour and maintain snowpack on the site. By leaving residual stems standing and leaving moderately heavy slash in place to provide roughness to hold snow, 20 to 30 percent more water can be retained in the snowpack than in the uncut forest even in relatively large openings.

Group selection and group shelterwood cutting can be nearly as favorable for water production as patch clearcutting if openings are near the maximum size of 2 acres. Increases in water available for streamflow under individual-tree selection will be less than cutting small openings but still significantly higher than in the uncut forest. Canopy reduction by removing trees on an individual basis results in less interception of snow and subsequent evaporation from the canopy. This combined with any other reduction in consumptive use can result in greater streamflow (Troendle and Meiman 1984).

Standard shelterwood results in increases similar to individual-tree selection as long as an overstory remains. After final harvest under any standard shelterwood alternative, water available for streamflow may be expected to increase to the level obtained under patch clearcutting, provided that the area cut is similar in size and arrangement to openings recommended for patch clearcutting. The interval of increased water yield will be proportional to time required for the replacement stand



**Figure 65**—Average hydrograph, Fool Creek Watershed, Fraser Experimental Forest, before and after logging (Troendle and Leaf 1981).



**Figure 66**—Snow retention as a function of size of opening. H is the size of the surrounding canopy (Troendle and Leaf 1981).

to reach sufficient height to modify wind movement across the canopy (Alexander 1977).

## Soil Erosion and Water Quality

Soil and site conditions are not the same in all spruce–fir forests, but the careful location, construction, and maintenance of skid and haul roads associated with any silvicultural system should cause no lasting increase in sedimentation. For example, on the Fool Creek drainage in central Colorado where about 12 miles of main and secondary roads were constructed to remove timber in alternate clearcut strips from about one-third of the drainage, annual sediment yields during road construction and logging were only about 200 pounds per acre (Leaf 1970), and decreased rapidly after logging despite a persistent increase in runoff. Annual sediment yields after logging have averaged about 43 pounds per acre, compared with 11 to 31 pounds from undisturbed watersheds (Leaf 1975).

## Nutrient Losses and Stream Temperature Changes

Removal of logs in timber harvest represents a small and temporary net loss of nutrients, since only a minor proportion of the nutrients taken up by a tree is stored in the bole. Clearcutting spruce–fir forests results in a greater immediate loss than individual-tree selection, but over a rotation the losses would balance out because of more frequent cuts under the selection system. Furthermore, nutrients lost after clearcutting should be replaced in 10 to 20 years through natural cycling as regeneration becomes established (Alexander 1977).

Comparison of streamflow from logged and unlogged subalpine watersheds in central Colorado provided some indication of the effect of harvesting on chemical water quality. Ten years after clearcutting, cation concentration during a 10-week period was 1.8 parts per million greater and cation outflow 5.2 pounds per acre per year greater on the logged watershed (Stottlemyer and Ralston 1968).

Increases in stream temperature can be avoided, even with clearcutting, by retaining a border of trees along stream channels. Actually, clearcutting to the stream channel and subsequent warming of the water may be advantageous in spruce–fir forests, where streams are frequently small and too cold to support adequate food supplies for fish (Alexander 1977).

### *Wildlife and Range Resources*

## Game Animal Habitat

Spruce–fir forests provide summer habitat for mule deer and elk, and yearlong habitat for blue grouse (*Dendragapus obscurus* Say). Clearcutting, group shelterwood, and group selection provide the largest increases in quantity and quality of forage for big game, but use is often limited by the amount of cover available for hiding, resting, and ruminating. Furthermore, game animal populations are not directly related to forage availability on summer ranges, because carrying capacity of winter ranges limits animal numbers. Mature, unlogged, spruce–fir stands in Colorado produce enough forage to carry more mule deer than are presently estimated to occupy summer ranges (Regelin and others 1974).

Dispersed openings 2 to 20 acres in size are used more by deer and elk than smaller or larger openings or uncut timber (Regelin and Wallmo 1978, Reynolds 1966, Wallmo 1969, Wallmo and others 1972). Small openings provide little diversity, and overly large openings cause too radical an alteration in habitat, especially if coupled with extensive site preparation and tree planting. As trees grow to seedling and sapling size, forage production in cleared areas diminishes but cover increases. Forage increases again as stands reach sawlog size and cover approaches the maximum for the spruce–fir type.

Openings created by harvesting provide better habitat than natural openings because the vegetation that initially comes in on cutover areas is more palatable to deer and elk. Reynolds (1966) suggested that openings be maintained by cleaning up the logging slash and debris, removing new tree reproduction, and seeding the area to forage species palatable to big game. However, because natural succession on areas is likely to replace the more palatable species in 15 to 20 years (Regelin and Wallmo 1978), a more desirable alternative would be to cut new openings periodically while allowing the older cuttings to regenerate. That would provide a constant source of palatable forage and the edge effect desired. The openings created should be widely spaced, with stands between openings maintained as high forest (Alexander 1977).

One alternative that would integrate wildlife habitat improvement with timber production would be to cut about one-sixth of a cutting block every 20 years in openings about four to five times tree height. Each ''working circle'' would be subdivided into a number of cutting blocks (of at least 300 acres) so that not all periodic cuts would be made in a single year on a working circle. Such periodic cutting would provide a good combination of numbers and species of palatable forage plants and the edge effect desired, while creating a several-aged forest of even-aged groups (Alexander 1974).

Standard shelterwood cutting provides less forage for big game than cutting methods that create openings, and the reduction is in proportion to the density of the overstory and length of time it is retained. Shelterwood cutting also provides less cover than an uncut forest. Individual-tree selection provides forage and cover comparable to uncut forests, thus maintaining one type of habitat at the expense of creating diversity (Alexander 1977).

Game animals other than deer or elk are also affected by the way forests are handled. For example, with the curtailment of wildfires, some reduction in stand density by logging is probably necessary to create or maintain drumming grounds for male blue grouse. Standard shelterwood, group shelterwood, or group selection cutting that opens up the stand enough to allow regeneration to establish in thickets provides desirable cover. Small, dispersed clearcuts (5 to 10 acres) are also favorable if thickets of new reproduction become established (Martinka 1972).

## Nongame Animal Habitat

Little information is available on the relationship of cutting methods in spruce–fir forests to specific nongame habitat requirements, but it is possible to estimate probable effects. Clearcutting, group shelterwood, and group selection that create small, dispersed openings will provide a wide range of habitats attractive to some birds and small mammals by in-

66

creasing the amount of nontree vegetation—at least initially—and length of edge between dissimilar vegetation types. On the Fool Creek watershed, for example, where 40 percent of the timber was cleared in alternate strips one to six chains wide, many species of birds feed in openings and nest in trees along the edge. In contrast, only woodpeckers and sapsuckers have been observed in adjacent uncut stands (Myers and Morris 1975). On the other hand, on two 100-acre subdrainages on Deadhorse Creek in the Fraser Experimental Forest, where one-third of one subdrainage was clearcut in 3-acre patches and the other was left uncut, Scott and others (1982) compared numbers and species of nongame birds. They found that total numbers of birds did not significantly change with cutting. There was, however, a small postharvest decline in the

"foliage nesting" and "picker" and "gleaner" feeding guilds (table 16). There were no significant changes in small mammal populations after timber harvest (table 17).

Standard shelterwood cutting provides a variety of habitats used by species that forage in stands with widely spaced trees, but not by those that require closed forests or fully open plant communities. Under this method, trees are still available for nesting, denning, and feeding until the final harvest, when consideration should be given to retaining some of the snags and live trees with cavities (Alexander 1977). To insure future cavities, Scott and others (1978) recommend leaving all broken-top snags greater than 8 inches d.b.h. and live trees with broken-tops or scars.

Enthusiasm for habitat diversity should be tempered with

**Table 16**—*Estimated bird densities (birds/100 acres) by species, nesting, and foraging guilds on uncut and patch clearcut subalpine forest in central Colorado (values are means of 2 years pretreatment and 2 years posttreatment density estimates[1]) (adapted from Scott and others 1982)*

| Bird species | Foraging guild | Nesting guild | Treated drainage | | Uncut drainage | |
|---|---|---|---|---|---|---|
| | | | Pre 1976–77 | Post 1978–79 | 1976–77 | 1978–79 |
| Williamsons' sapsucker | HT | CD | 17 | 9 | 12 | 5 |
| Hairy woodpecker | HT | CD | <1 | 3 | 5 | 6 |
| Northern flicker | GF | CD | 7 | 9 | 4 | <1 |
| Olive-sided flycatcher | AF | FN | 0a | 5b | <1a | 0a |
| Western flycatcher | AF | CD | 11b | 5b | 23c | 4b |
| Mountain chickadee | PG | CD | 44 | 27 | 50 | 45 |
| Red-breasted nuthatch | PG | CD | 15 | 13 | 3 | 5 |
| Golden-crowned kinglet | PG | FN | 5a | 0b | 3b | 0b |
| Ruby-crowned kinglet | PG | FN | 56a | 38b | 54a | 89a |
| Townsend's solitaire | GF | GN | 14 | 9 | 14 | 13 |
| Hermit thrush | GF | FN | 29 | 25 | 26 | 29 |
| American robin | GF | FN | 18 | 3 | 16 | <1 |
| Yellow-rumped warbler | PG | FN | 41 | 57 | 47 | 80 |
| Lincoln's sparrow | GF | GN | 0 | 5 | 0 | 0 |
| Song sparrow | GF | GN | 0 | 4 | 0 | 0 |
| Dark-eyed junco | GF | GN | 47 | 57 | 52 | 58 |
| Other birds | | | 3 | 3 | 5 | 3 |
| Total | | | 307 | 272 | 314 | 337 |
| Foraging guilds | | | | | | |
| PG (Pickers & gleaners) | | | 161a | 135a | 162a | 219b |
| GF (Ground feeders) | | | 115 | 112 | 112 | 100 |
| HT (Hammerers & tearers) | | | 17 | 15 | 17 | 14 |
| AF (Aerial feeders) | | | 14a | 10b | 23c | 4d |
| Nesting guilds | | | | | | |
| CD (Cavity & depression) | | | 94 | 69 | 102 | 68 |
| FN (Foliage nesters) | | | 151 | 128 | 146 | 198 |
| GN (Ground nesters) | | | 61 | 75 | 66 | 71 |

[1]Within species or guilds, numbers followed by no letter or the same letter are not significantly different ($P = 0.05$) (Duncan's multiple range test).

67

caution. Harvest of old-growth timber can be devastating to species that nest or den in snags and in cavities of live trees, feed largely on tree seeds, or require solitary habitats with continuous forest cover. Individual-tree selection provides the least horizontal diversity, and favors species attracted to uncut forests or that require vertical diversity. However, snags and live tree cavities can be retained under any silvicultural system (Alexander 1977).

## Livestock Grazing

Much grazing land lies adjacent to or intermingled with spruce-fir forests. Under a mature canopy, forage production is light and generally not readily accessible to livestock. The quantity and quality of forage increases in proportion to the amount of canopy removed. Utilization of available forage is usually greater in large clear-cut areas because forage is more accessible to livestock. Forage production in openings decreases rapidly as new trees grow out of the seedling-sapling stage, and it can be maintained only by frequent cuttings (Alexander 1977).

### *Recreation and Esthetic Resources*

Spruce-fir forests provide a variety of recreational opportunities. Users who hike, backpack, ski, tour, or view scenic beauty are generally attracted to forests whose natural appearance is little altered by human activities (Calvin 1972). In contrast, hunters have best success where human activities are apparent—timber sales and other areas readily accessible by roads. Fishing is largely done in accessible lakes, reser-

voirs, and streams. Camping opportunities in the conventional sense exist at both publicly and privately developed sites served by roads, while a major portion of scenery viewing is by automobile from developed roads. Moreover, most of the winter use of snowmobiles for recreation in spruce-fir forests is on roads. Lastly, some forms of recreation such as downhill skiing and mountain home development require drastic modification of the natural forest landscape (Alexander 1977).

Clearcutting has the greatest visual impact, and individual-tree selection the least. However, variety typical of forests at the highest elevations—whose texture is broken by natural openings—is preferred to the monotony of vast, unbroken forest landscapes at middle and lower elevations (Kaplan 1973).

To enhance amenity values, openings cut for timber and water production and wildlife habitat improvement should be a repetition of natural shapes, visually tied together to create a balanced and unified pattern that will complement the landscape (Barnes 1971). This is especially important for openings in the middleground and background seen from a distance. Standard or simulated shelterwood, or individual-tree selection can be used to retain a landscape in foregrounds.

Individual-tree selection, group selection, and group shelterwood cutting are appropriate in high-use recreation areas, travel influence zones, scenic-view areas, and lands adjacent to ski runs, and also near support facilities and subdivision developments where permanent forest cover is desired. The visual impact of logging can be minimized by careful cleanup of debris and slash while leaving some material to maintain favorable microsites for tree regeneration and by careful location of roads (Alexander 1977).

### *Comparison of Cutting Methods*

A comparison of the effects of different silvicultural systems and cutting methods, and their modifications, on resource values and timber economics in spruce-fir forests is shown in figure 67. These relative rankings are based on research and experience, and subject to change as additional information on resource interactions becomes available.

No silvicultural system or cutting method meets all resource needs, but neither does preservation. Cutting small openings provides maximum yields of timber at minimum costs, promotes the largest increases in water production without undue reduction in quality, produces diversity in food supply and cover favored by many wildlife species, and is necessary for the development of recreation sites for skiing and home subdivisions. Production and utilization of livestock forage are less than on larger openings, while clearcutting in any form destroys the habitat of wildlife species that dwell in closed forests. Clearcutting can create adverse visual effects if no

**Table 17**—*Number of animals caught on uncut and patch clearcut subalpine forest in central Colorado, for 2 years pretreatment and 2 years posttreatment*[1] *(adapted from Scott and others 1982)*

| Small mammals | Treated drainage | | Uncut drainage | |
|---|---|---|---|---|
| | Pre-treatment | Post-treatment | Pre-treatment | Post-treatment |
| Red-backed vole | 99a | 205a | 79a | 156a |
| Least chipmunk | 32a | 64b | 32a | 43a |
| Deer mouse | 10 | 9 | 23 | 8 |
| Montane vole | 0 | 0 | 6 | 5 |
| Masked shrew | 6 | 8 | 1 | 3 |
| Other mammals | 1 | 7 | 6 | 5 |
| Total | 148 | 293 | 147 | 220 |

[1]Numbers followed by the same letter are not significantly different ($P = 0.05$) (Duncan's multiple range test).

thought is given to the size and arrangement of the openings, but it can also be used to create landscape variety that will enhance amenity values.

Standard and simulated shelterwood cutting also provide maximum timber yields over the same time interval, but at increased costs; they produce a wide range of wildlife habitats, but with less forage than openings and less cover than uncut forests. Water yields are increased significantly over natural streamflow, but not as much as with clearcutting small openings. Shelterwood cutting provides a partial retention of the forest landscape, particularly when the overstory is retained for a long period (Alexander 1977).

Group selection and group shelterwood cutting, with the size of opening near the maximum, favor and discriminate against the same resource values as patch or strip clearcutting. They are more expensive and less flexible, however. Individual-tree selection cutting can maximize timber production, but it is the most expensive harvest method. Water yields are greater than in uncut forests. Individual-tree selection cutting provides minimum horizontal diversity in wildlife habitat, but favors species attracted to uncut forests. It also provides maximum partial retention of the natural forest landscape. Group selection with very small openings accomplishes about the same things as individual-tree selection (Alexander 1977).

Not all resource needs can be met on a given site, nor is any one cutting method compatible with all uses. Land managers must recognize the potential multiple-use values of each area, determine the primary and secondary uses, and then



**Figure 67**—Relative ranking of the effects of cutting methods on the resources of spruce–fir forests scale: 1 signifies the least favorable, 5 the most favorable (Alexander 1977).

select the management alternative that will enhance or protect these values. On an individual site it is likely that some uses must be sacrificed or diminished to maintain the quantity and quality of others (Alexander 1977).

# Growth and Yield

## Site Quality

The evaluation of site quality is essential to the land manager as a means of identifying and intensifying management practices where timber production has the greatest potential.

### Height and Age

Site index is the only method now available for estimating the potential productivity of spruce–fir forests in the central and southern Rocky Mountains. Alexander (1967a) prepared curves of the height and age relationship of dominant spruces that are suitable for estimating site index at base age 100 years in spruce–fir stands where age at breast height is at least 20 years (fig. 68). Age at breast height was used as the index age because the slow, variable height growth to 4.5 feet makes use of total age meaningless. Data for these curves came from 2,100 dominant spruces with annual ring sequences showing no evidence of past suppression, on 350 plots in southern Wyoming and throughout Colorado. These plots were selected to represent the available range in density, site quality, and age.

Height measurements to the nearest foot and age at breast height from increment borings of at least six dominant spruce trees should be averaged when the site index curves are used. This will provide an integrated site index value that applies over the area occupied by the trees to be evaluated. Little diminishment of sampling error is achieved by measuring more than six trees (Brickell 1966).

In addition to being dominants, trees selected for measurement should meet the following criteria:

1. Even-aged—not more than a 20-year spread in the age of the dominant stand.

2. At least 20 years old at breast height—preferably 50 years old or older, because of the variability in height growth of trees on the same site at ages 20 to 50 years.

3. No visible evidence of crown damage, such as broken or forked tops, disease, or excessive sweep or crook.

4. Increment core shows a normal pattern of ring widths from pith to cambium—no evidence of past injuries or prolonged suppression.

### Soil and Topography

The conventional height-age method cannot be used to estimate site index if there are no trees present, or if trees are either too young or unsuitable for measurement. For example, the height-age curves developed by Hornibrook (1942) are not suitable for estimating site index because they were based on residual trees left after partial cutting, many of which were not dominants or codominants in the original stand.

Site index for granitic soils in northern Colorado and southern Wyoming can be estimated from the depth of soil to the top of the C horizon and elevation in feet (Sprackling 1972). Data came from 127 plots located on the Roosevelt, Arapaho, Medicine Bow, and Routt National Forests. The equation from which figure 69 is derived is shown below:

$$Y = -106.64 + 62.46X_1 + 809.40X_2 \qquad (5)$$

where

$Y$ = site index
$X_1$ = log of soil depth to top of C horizon, in inches
$X_2$ = 1000/elevation, in feet
$S_{y \bullet x} \pm 9.00 \pm R^2 = 0.65$

Site indexes estimated from these soil and topographic factors are strictly applicable only to the point sampled. The more variable the site, the more points must be sampled to precisely estimate site index over the area. In practice, however, site index sampled from what appear to be extremes on the ground for any given area is usually all that is needed.

Soil-topographic site indexes have not been developed for other areas in the central and southern Rocky Mountains.

If we are to develop a true measure of site quality that includes potential productivity, regeneration capacity, and successional trends, the concept of "ecological land classification" that includes vegetation, soils, and landform appears to offer the best possibility of success (Driscoll and others 1983).

## Volume Tables

Volume tables and point sampling factors have been prepared for Engelmann spruce in Colorado and Wyoming (Myers and Edminster 1972). The nineteen tables include:

1. Gross volumes in total and merchantable cubic feet.

2. Gross volumes in fbm, both Scribner and International 1/4 log scales.

3. Point sampling factors in merchantable cubic feet and fbm.

Volume on an area may be determined from either:

1. Measurements of tree diameters and heights.

Rvsd Plan - 00005730



**Figure 68**---Site index curves for Engelmann spruce in the central and southern Rocky Mountains. Base age: 100 years, breast height (Alexander 1967a).



**Figure 69**---Site indexes for Engelmann spruce on granitic soils in southern Wyoming and northern Colorado calculated from soil depth to the top of the C horizon and elevation (Sprackling 1972).

2. Measurements of diameters and sufficient heights to convert the tables to local tables.

3. Tree counts obtained by point sampling.

Those tables that meet current merchantability standards, and the equations from which they were derived are presented in appendix D.

## Growth of Natural Stands

### Seedlings and Saplings

The early growth of Engelmann spruce and subalpine fir is very slow (LeBarron and Jemison 1953). The slow initial root growth has been delineated in an earlier section. Initial shoot growth of natural seedlings is equally slow in Colorado. First-year seedlings are seldom more than 1 inch tall. After 5 years, seedlings average 1 to 3 inches in height under natural conditions, and 2 to 4 inches in height on both partially shaded and unshaded, prepared, mineral soil seedbeds. Ten-year-old seedlings may be only 6 to 8 inches tall under natural conditions, and 10 to 20 inches tall on both partially shaded and unshaded, prepared, mineral soil seedbeds (fig. 70). After 10 years, trees grow at a more rapid rate, averaging about 4 to 5 feet in height in about 20 years in full sun or light overstory shade and in about 40 years under moderate overstory shade. Severe suppression of seedling growth does occur at low light levels. It is not uncommon to find trees 100 years old and only 3 to 5 feet tall under the heavy shade of a closed forest canopy (fig. 71).

Shoot growth of subalpine fir is equally slow at high elevations. First-year seedlings are frequently less than 1 inch tall. Mean annual height growth of seedlings during the first 10 to 20 years is usually not much better (fig. 72). In one study, seedlings 15 years old averaged only 11 inches in height on burned-over slopes, 10 inches on cutover, dry slopes; and 6 inches on cutover, wet flats (Hodson and Foster 1910). In another study, seedlings grown on mineral soil averaged only 24 inches in height after 21 years (Herring and McMinn 1980). In general, trees reach 4 to 5 feet in height in about 20 to 40 years under favorable environmental and stand conditions. However, trees less than 5 inches in diameter are often 100 or more years old at higher elevations, and trees 4 to 6 feet high and 35 to 50 years old are common under closed-forest conditions (fig. 73) (Kirkwood 1922, Oosting and Reed 1952).

Seedling growth has been somewhat better elsewhere in the Rocky Mountains, especially at lower elevations. For exam-

71



**Figure 70**—Engelmann spruce seedlings on mineral soil seedbeds average only 8 to 10 inches in height after 10 years.



**Figure 71**—Engelmann spruce advanced reproduction released by removal of the overstory. Trees average 3 to 5 feet in height and are 80 to 100 years old.

ple, in one study in the Intermountain West, average annual shoot growth of natural 10-year-old spruce seedlings averaged 4.5 inches on clearcut areas, and 3.2 inches on areas with a partial overstory (McCaughey and Schmidt 1982). Planted spruces, 5 to 8 years old, have averaged 20 to 24 inches in height, while 8-year-old naturally reproduced spruce were only 12 inches tall. In Montana, planted spruces have been reported to reach breast height (4.5 feet) in about 10 years. Average annual height growth of subalpine fir seedlings for the first 10 years after release usually exceeds the height growth of spruce on both clearcut and partial cut areas (McCaughey and Schmidt 1982).

Early diameter growth of Engelmann spruce is less affected by competition for growing space than that of its more intolerant associates. In a study of seed spot density in northern Idaho, diameter growth of spruce seedlings after 17 years was only slightly greater on thinned seed spots, and height growth was unaffected by the thinning. In contrast, diameter and height growth of western white pine increased significantly as the number of seedlings per seed spot decreased (Roe and Boe 1952).

### Immature Stands

Immature stands of spruce–fir and individual spruce and fir trees that establish after fire or cutting attain their greatest growth after they reach a height of 4 to 5 feet and are at least 20 years old. They maintain good growth rates to maturity despite increased competition for light, moisture, and nutrients. Diameter growth is usually used to measure release because of its sensitivity to changes in stand density. Observations of diameter growth of residual spruce and fir left after partial or diameter-limit cutting show that individual trees respond to release, and the degree of release is related to initial diameter, tree vigor, site quality, and stand density (Hornibrook 1942, Roe and DeJarnette 1965, Stettler 1958). However, conventional thinning studies have not been made in spruce–fir forests in the central Rocky Mountains, partly because of the relatively few young stands and partly because spruce and fir do not grow in dense stands common to associates such as lodgepole pine and aspen.

The height growth of individual trees is important because of the relationship between site quality and the height of dominant trees. For tolerant species like spruce and fir, height growth of dominant trees is unaffected over a wide range of stand density; consequently, volume growth is also less affected by changes in stand density for any given site index and age. Based on height-age curves developed for site index, Engelmann spruce on an average site (70) grows about 11 feet between ages 20 and 30 years, and about 4 feet between ages 90 and 100 years (table 18). In their first 100 years,

Rvsd Plan - 00005732

dominant spruces attain about 78 percent of their height at age 300 years (Alexander 1967a). However, spruce does not compete well in height growth with either lodgepole pine or aspen in the first 80 to 100 years.

### Mature to Overmature Stands

With a high proportion of spruce–fir forests still in old-growth stands, the forest manager must largely accept what nature has provided during the period of conversion. Individual Engelmann spruce trees have the capacity to make good growth at advanced ages. If given sufficient growing space, they will

**Table 18**—*Expected height of dominant Engelmann spruce trees for site indexes 40 to 120, by decadal ages 20 to 300 years at breast height (adapted from Alexander 1967a)*

| Breast height age (years) | Site index class | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 |
| | *height in feet* | | | | | | | | |
| 20 | 6 | 9 | 13 | 16 | 20 | 23 | 27 | 30 | 34 |
| 30 | 11 | 16 | 22 | 27 | 33 | 39 | 44 | 50 | 55 |
| 40 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 |
| 50 | 20 | 28 | 36 | 44 | 52 | 59 | 67 | 75 | 83 |
| 60 | 24 | 33 | 42 | 50 | 59 | 67 | 76 | 84 | 93 |
| 70 | 29 | 38 | 47 | 56 | 65 | 74 | 83 | 92 | 101 |
| 80 | 33 | 42 | 52 | 61 | 70 | 80 | 89 | 98 | 108 |
| 90 | 37 | 46 | 56 | 66 | 75 | 85 | 95 | 104 | 114 |
| 100 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 |
| 110 | 43 | 53 | 64 | 74 | 84 | 94 | 105 | 115 | 125 |
| 120 | 46 | 56 | 67 | 77 | 88 | 98 | 109 | 119 | 130 |
| 130 | 48 | 59 | 70 | 80 | 91 | 101 | 112 | 123 | 133 |
| 140 | 51 | 61 | 72 | 83 | 94 | 104 | 115 | 126 | 136 |
| 150 | 53 | 64 | 74 | 85 | 96 | 107 | 118 | 129 | 139 |
| 160 | 55 | 66 | 76 | 87 | 98 | 109 | 120 | 131 | 142 |
| 170 | 56 | 67 | 78 | 89 | 100 | 111 | 122 | 133 | 144 |
| 180 | 58 | 69 | 80 | 90 | 101 | 112 | 123 | 134 | 145 |
| 190 | 59 | 70 | 81 | 92 | 103 | 114 | 125 | 135 | 146 |
| 200 | 60 | 71 | 82 | 93 | 104 | 115 | 126 | 136 | 147 |
| 210 | 61 | 72 | 83 | 94 | 105 | 116 | 127 | 137 | 148 |
| 220 | 62 | 73 | 84 | 95 | 106 | 117 | 127 | 138 | 149 |
| 230 | 63 | 74 | 85 | 95 | 106 | 117 | 128 | 139 | 150 |
| 240 | 63 | 74 | 85 | 96 | 107 | 118 | 129 | 140 | 150 |
| 250 | 64 | 75 | 86 | 96 | 107 | 118 | 129 | 140 | 151 |
| 260 | 64 | 75 | 86 | 97 | 108 | 118 | 129 | 140 | 151 |
| 270 | 64 | 75 | 86 | 97 | 108 | 119 | 130 | 141 | 152 |
| 280 | 64 | 75 | 86 | 97 | 108 | 119 | 130 | 141 | 152 |
| 290 | 64 | 75 | 86 | 97 | 108 | 119 | 130 | 141 | 152 |
| 300 | 64 | 75 | 86 | 97 | 108 | 119 | 130 | 141 | 152 |



**Figure 72**—Subalpine fir seedlings in the open average less than 15 inches in height when 15 years old.



**Figure 73**—Subalpine fir advanced reproduction released by removal of the overstory. Trees average 3 to 5 feet in height and are at least 50 years old.

Rvsd Plan - 00005733

continue to grow steadily in diameter for 300 years, long after the growth of most associated tree species, including subalpine fir, slows down (Alexander and Shepperd 1984, LeBarron and Jemison 1953). Estimates based on Forest Survey data, rather than detailed growth and yield studies, indicate that average annual growth in virgin spruce–fir stands will vary from a net loss due to mortality to an increase of 80 to 100 feet board measured per acre (Miller and Choate 1964). Average volumes per acre in old-growth spruce–fir may be practically nothing at timberline, 5,000 to 15,000 fbm on poor sites, and 25,000 to 40,000 fbm on better sites. Volumes as high as 80,000 to 100,000 fbm per acre have been reported for very old stands on exceptional sites (Pearson 1931, Thompson 1929, U.S. Department of Agriculture 1942).

## Managed Even-Aged Stands

Large areas of old-growth spruce–fir are being converted into even-aged stands that must be managed from the regeneration period to final harvest. The term managed, as used here, refers to control of stand density throughout the life of the stand. Yield tables for managed stands are essential to the land manager as basis for decisions on the following:

1. Site quality classes that will repay the cost of thinning and other cultural treatments.

2. Levels of growing stock—including the frequency of thinning or intermediate cutting—to meet management objectives.

3. Length of rotation, cutting cycles, and allowable cut for different cutting methods, management goals, and utilization standards.

4. The place of timber management in multiple-use management. Better decisions are possible regarding key uses when the timber potential of managed stands can be forecast.

Furthermore, yield tables that show what can be accomplished by different management practices will provide goals toward which conversion to managed stands can be directed. Intensive management of spruce–fir forests provides many opportunities for increasing usable wood production, but estimates of future stand development under various management regimes are needed.

The best information available on the growth of spruce and

fir from sapling stage to final harvest under even-aged management with either a clearcut or shelterwood cut is provided by field and computer simulation procedures developed by Myers (1971) and Alexander and others (1975) and refined by Edminster (1978). The procedures were developed from field data on past growth related to stand density, age, and site quality. Data were obtained from a large number of both permanent and temporary plots established in thinned and natural stands throughout the central Rocky Mountains.

The modeling concept used in these programs holds that the whole stand is the primary model unit, characterized by average values. The equations upon which the growth and yield simulations are based are given in Alexander and others (1975). The programs project stand development by consecutive, 10-year periods and include relationships to project average stand diameter, average dominant and codominant height, and number of trees per acre. Average diameter at the end of a projection period is a function of average diameter at the beginning of the period, site index, and basal area per acre. Periodic average dominant and codominant height growth at managed stand densities is a function of age and site index. Periodic mortality is a function of average diameter and basal area per acre. Stand volume equations are used to compute total cubic feet per acre; factors are computed to convert this to merchantable cubic feet and board feet. Prediction equations are included to estimate the effects of differing intensities of thinning from below on average diameter, average dominant and codominant height, and trees retained per acre.

Yield simulations discussed in the sections that follow were made using the same hypothetical initial stand conditions for all growth parameters:

1. Average age at first thinning is 30 years. Note that age in the yield table simulation is measured at breast height (4.5 feet). A minimum of 20 years is allowed for spruce and fir trees to regenerate and grow to 4.5 feet in height. The total age of the stand is, therefore, at least 20 years older than age measured at breast height. The age referred to hereafter in the text, and in all tables and figures, is measured at breast height.

2. Average stand diameter is 4.5 inches d.b.h.

3. Stand density is 800 trees per acre.

4. Site index is 50-, 60-, 70-, 80-, 90- and 100-foot classes, at base age 100 years (Alexander 1967).

5. Projections were made for 70 years (stand age 100 years), 90 years (stand age 120 years), 110 years (stand age 140 years), and 130 years (stand age 160 years).

6. Thinnings from below were made every 20 to 30 years

---

[2]There are no comparable predictive methods now available that will estimate growth and yield of managed uneven-aged stands.

to growing stock levels (GSL's)[3] of 40, 60, 80, 100, 120, 140, 160, and 180, with initial and subsequent entries made to the same GSL.

7. A clearcut and two-cut shelterwood options were used.

8. Minimum size for inclusion in board-foot volume determination was 8 inches d.b.h. to a 6-inch top. Volumes were determined from tables prepared by Myers and Edminster (1972).

9. All entries were made as scheduled even though all thinnings could be precommercial.

### Diameter Growth

Periodic mean annual diameter growth of spruce and fir is related to stand density and site quality, but is affected little by the cutting cycles tested. Cutting cycles do influence average stand diameter, however, because thinning from below increases average diameter at each entry. Actual basal area in a stand with an average diameter of less than 10 inches d.b.h. continues to increase, because periodic thinning does not reduce basal area to a fixed amount (GSL) until an average stand diameter of 10 inches d.b.h. is reached. Consequently, the rate of diameter growth for a given GSL is not constant over time and is essentially a negative exponential function of basal area per acre in the program. In contrast, periodic diameter growth is a linear function of site index, so that differences in diameter growth resulting from site quality are constant throughout the range of GSL's and rotations examined (Alexander and Edminster 1980).

Growth rates and changes in diameter resulting from thinning frequency were examined to determine average size of trees relative to rotation age. For example, with a clearcut option and a 20-year cutting cycle, trees reach average stand diameters at 9.6 to 28.3 inches d.b.h. after 100 years, and 16.8 to 46.3 inches d.b.h. after 160 years, for the range of GSL's and site indexes tested (table 19). (See appendix E for these data with a shelterwood option.) On an average site (index 70), with a 20-year cutting cycle, mean stand diameters reached 10 inches d.b.h. at 50 to 82 years of age for the range of GSL's 40 to 180 (fig. 74) (Alexander and Edminster 1980).

With a shelterwood option, the thinning regimes are the same until 20 years before the final harvest at rotation age, when a heavier cut is made. Since the seed cut is also made from



**Figure 74**—Estimated average stand diameter in relation to age and growing stock level on site index 70 lands with a 20-year thinning schedule and clearcut option (Alexander and Edminster 1980).

below to reserve the larger trees for seed production, the average stand diameters at rotation age are slightly larger than with a clearcut option (fig. 75). On an average site (index 70) with a 20-year cutting cycle and the range of GSL's tested, mean stand diameters under a shelterwood option reach 10 inches at about the same ages as with a clearcut option (Alexander and Edminster 1980).

### Height Growth

Periodic mean annual height growth of spruce and fir increases with site index and decreases with age, but is influenced little by GSL, cutting method, or the cutting cycle. However, because fewer and, therefore, taller trees are left after each thinning from below, the mean height of the dominant and codominant trees is increased slightly at each entry. The increase is positively correlated with thinning frequency and negatively correlated with GSL (Alexander and Edminster 1980).

---

[3]Growing stock level (GSL) is defined as the residual square feet of basal area when average stand diameter is 10 inches or more. Basal area retained in a stand with an average diameter of less than 10 inches is less than the designated level (Edminster 1978, Myers 1971).

75

76

**Table 19**—*Estimated average diameter and number of trees per acre of spruce–fir at final harvest in relation to growing stock level, site index, rotation age, and cutting cycle, with a clearcut option (adapted from Alexander and Edminster 1980)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40 | | 60 | | 80 | | 100 | | 120 | | 140 | | 160 | | 180 | |
| | | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) |
| **Site index 50** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 21 | 20.2 | 44 | 17.1 | 74 | 15.1 | 107 | 14.0 | 155 | 12.7 | 233 | 11.2 | 281 | 10.5 | 371 | 9.6 |
| 120 | | 13 | 25.7 | 25 | 22.2 | 45 | 19.3 | 67 | 17.6 | 97 | 16.0 | 145 | 14.1 | 200 | 12.8 | 294 | 11.2 |
| 140 | | 9 | 30.1 | 16 | 27.9 | 28 | 24.2 | 42 | 22.0 | 62 | 19.8 | 93 | 17.5 | 130 | 15.8 | 192 | 13.8 |
| 160 | | 7 | 34.8 | 12 | 32.2 | 18 | 30.0 | 28 | 27.0 | 42 | 24.1 | 62 | 21.3 | 89 | 19.1 | 129 | 16.8 |
| 100 | 30 | 24 | 18.9 | 48 | 16.3 | 79 | 14.6 | 123 | 13.1 | 172 | 12.1 | 256 | 10.7 | 303 | 10.1 | 378 | 9.5 |
| 120 | | 24 | 21.7 | 48 | 18.6 | 79 | 16.6 | 123 | 14.8 | 172 | 13.6 | 256 | 11.9 | 303 | 11.3 | 353 | 10.5 |
| 140 | | 12 | 25.8 | 24 | 24.3 | 40 | 21.6 | 63 | 19.0 | 90 | 17.4 | 139 | 15.2 | 182 | 14.1 | 254 | 12.6 |
| 160 | | 8 | 33.1 | 12 | 31.4 | 22 | 27.4 | 36 | 23.8 | 51 | 21.9 | 77 | 19.2 | 105 | 17.5 | 153 | 15.4 |
| **Site index 60** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 18 | 21.6 | 36 | 18.8 | 62 | 16.6 | 85 | 15.8 | 132 | 13.9 | 170 | 13.2 | 247 | 11.7 | 305 | 11.1 |
| 120 | | 11 | 27.7 | 21 | 24.3 | 37 | 21.4 | 51 | 20.2 | 80 | 17.7 | 102 | 16.9 | 148 | 15.0 | 189 | 14.0 |
| 140 | | 8 | 32.5 | 13 | 30.7 | 23 | 27.0 | 32 | 25.3 | 50 | 22.2 | 64 | 21.1 | 93 | 18.8 | 121 | 17.4 |
| 160 | | 6 | 37.6 | 10 | 35.4 | 17 | 31.5 | 21 | 30.1 | 33 | 27.3 | 42 | 25.9 | 61 | 23.1 | 81 | 21.2 |
| 100 | 30 | 20 | 20.6 | 39 | 18.1 | 68 | 15.9 | 98 | 14.8 | 143 | 13.3 | 191 | 12.5 | 251 | 11.6 | 336 | 10.6 |
| 120 | | 20 | 23.8 | 39 | 20.8 | 68 | 18.2 | 98 | 16.8 | 143 | 15.1 | 191 | 14.1 | 251 | 13.0 | 312 | 11.9 |
| 140 | | 10 | 31.3 | 19 | 27.2 | 33 | 23.9 | 49 | 21.8 | 73 | 19.6 | 98 | 18.2 | 132 | 16.7 | 184 | 15.0 |
| 160 | | 6 | 36.3 | 12 | 31.6 | 17 | 30.9 | 27 | 27.7 | 39 | 25.0 | 54 | 23.1 | 73 | 21.1 | 104 | 18.8 |
| **Site index 70** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 16 | 23.1 | 30 | 20.7 | 50 | 18.5 | 74 | 17.0 | 105 | 15.6 | 135 | 14.9 | 182 | 13.7 | 241 | 12.6 |
| 120 | | 9 | 30.6 | 17 | 27.1 | 29 | 24.1 | 44 | 21.9 | 62 | 20.1 | 80 | 19.1 | 109 | 17.5 | 147 | 16.0 |
| 140 | | 6 | 36.0 | 12 | 31.8 | 18 | 30.5 | 27 | 27.7 | 39 | 25.4 | 50 | 24.1 | 66 | 22.0 | 90 | 20.2 |
| 160 | | 6 | 40.6 | 9 | 36.9 | 13 | 35.2 | 20 | 32.0 | 25 | 31.6 | 32 | 29.9 | 44 | 27.2 | 59 | 24.9 |
| 100 | 30 | 18 | 21.9 | 34 | 19.6 | 53 | 18.0 | 81 | 16.2 | 114 | 15.0 | 152 | 14.0 | 207 | 12.8 | 268 | 12.0 |
| 120 | | 18 | 25.5 | 34 | 22.6 | 53 | 20.7 | 81 | 18.6 | 114 | 17.2 | 152 | 16.0 | 207 | 14.6 | 266 | 13.5 |
| 140 | | 8 | 34.0 | 16 | 29.8 | 25 | 27.2 | 40 | 24.4 | 56 | 22.5 | 74 | 21.0 | 103 | 19.1 | 137 | 17.5 |
| 160 | | 5 | 39.5 | 10 | 34.6 | 17 | 31.6 | 21 | 31.2 | 30 | 28.9 | 40 | 26.7 | 55 | 24.4 | 76 | 22.1 |

Rvsd Plan - 00005736

# Table 19— *(continued)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40 | | 60 | | 80 | | 100 | | 120 | | 140 | | 160 | | 180 | |
| | | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) | No. of trees | Diameter (inches) |
| **Site index 80** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 14 | 25.2 | 27 | 21.9 | 42 | 20.4 | 63 | 18.4 | 87 | 17.2 | 113 | 16.3 | 143 | 15.5 | 192 | 14.2 |
| 120 | | 9 | 30.4 | 15 | 28.8 | 23 | 26.9 | 37 | 23.9 | 50 | 22.4 | 65 | 21.2 | 83 | 20.1 | 112 | 18.4 |
| 140 | | 6 | 36.0 | 11 | 33.9 | 17 | 31.6 | 23 | 30.3 | 31 | 28.4 | 40 | 26.9 | 51 | 25.5 | 68 | 23.4 |
| 160 | | 6 | 40.8 | 8 | 39.3 | 12 | 36.7 | 17 | 35.1 | 23 | 32.9 | 29 | 31.2 | 33 | 31.6 | 43 | 29.3 |
| 100 | 30 | 16 | 23.6 | 29 | 21.1 | 47 | 19.2 | 68 | 17.8 | 95 | 16.4 | 127 | 15.4 | 161 | 14.6 | 229 | 13.0 |
| 120 | | 16 | 27.4 | 29 | 24.5 | 47 | 22.2 | 68 | 20.6 | 95 | 19.1 | 127 | 17.8 | 160 | 16.7 | 227 | 14.8 |
| 140 | | 9 | 32.8 | 13 | 32.7 | 22 | 29.3 | 32 | 27.3 | 45 | 25.2 | 60 | 23.5 | 79 | 21.9 | 113 | 19.5 |
| 160 | | 6 | 38.4 | 9 | 38.0 | 14 | 34.1 | 20 | 31.9 | 27 | 29.4 | 32 | 30.2 | 41 | 28.3 | 60 | 24.9 |
| **Site index 90** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 12 | 26.7 | 23 | 24.0 | 37 | 21.7 | 51 | 20.5 | 72 | 19.0 | 94 | 17.9 | 121 | 16.9 | 155 | 15.8 |
| 120 | | 8 | 32.2 | 12 | 32.1 | 21 | 28.6 | 29 | 2.69 | 41 | 25.0 | 54 | 23.4 | 68 | 22.2 | 90 | 20.6 |
| 140 | | 6 | 38.2 | 9 | 37.7 | 15 | 33.7 | 21 | 31.7 | 25 | 31.8 | 33 | 29.8 | 41 | 28.3 | 54 | 26.3 |
| 160 | | 4 | 44.6 | 7 | 43.6 | 11 | 39.2 | 15 | 36.9 | 18 | 36.8 | 24 | 34.6 | 31 | 32.8 | 40 | 30.6 |
| 100 | 30 | 14 | 25.2 | 26 | 22.5 | 41 | 20.6 | 57 | 19.5 | 77 | 18.4 | 108 | 16.8 | 136 | 16.0 | 181 | 14.7 |
| 120 | | 14 | 29.4 | 26 | 26.3 | 41 | 24.0 | 57 | 22.7 | 77 | 21.4 | 108 | 19.5 | 135 | 18.5 | 179 | 16.8 |
| 140 | | 8 | 35.2 | 14 | 31.5 | 19 | 31.8 | 27 | 30.1 | 36 | 28.4 | 49 | 26.0 | 63 | 24.5 | 87 | 22.3 |
| 160 | | 5 | 41.2 | 9 | 37.1 | 12 | 37.1 | 17 | 35.1 | 23 | 33.2 | 31 | 30.4 | 33 | 31.6 | 46 | 28.6 |
| **Site index 100** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 11 | 28.3 | 20 | 25.8 | 32 | 23.4 | 45 | 21.9 | 59 | 21.0 | 81 | 19.4 | 121 | 18.3 | 132 | 17.2 |
| 120 | | 7 | 34.3 | 13 | 31.2 | 18 | 30.9 | 25 | 28.9 | 33 | 27.7 | 45 | 25.7 | 68 | 24.3 | 76 | 22.5 |
| 140 | | 5 | 40.7 | 9 | 37.0 | 13 | 36.4 | 18 | 34.1 | 23 | 32.7 | 32 | 30.4 | 41 | 31.2 | 45 | 28.2 |
| 160 | | 5 | 46.3 | 7 | 43.2 | 9 | 42.2 | 13 | 39.7 | 17 | 38.1 | 23 | 35.5 | 31 | 36.2 | 33 | 33.6 |
| 100 | 30 | 11 | 25.6 | 20 | 24.1 | 31 | 22.3 | 43 | 21.0 | 57 | 19.8 | 77 | 18.5 | 99 | 17.5 | 131 | 16.0 |
| 120 | | 11 | 31.1 | 20 | 28.3 | 31 | 26.1 | 43 | 24.6 | 57 | 23.0 | 77 | 21.5 | 98 | 20.3 | 128 | 18.4 |
| 140 | | 6 | 37.3 | 11 | 33.9 | 17 | 31.5 | 24 | 32.9 | 26 | 30.5 | 34 | 28.7 | 45 | 27.0 | 60 | 24.5 |
| 160 | | 4 | 43.8 | 7 | 39.8 | 11 | 37.1 | 15 | 38.3 | 15 | 35.7 | 21 | 33.5 | 28 | 31.6 | 38 | 31.7 |

Rvsd Plan - 00005737



**Figure 75**—Estimated average stand diameter with clearcut and shelterwood options in relation to age for site indexes 50 and 100 at growing stock level 100 with a 20-year thinning schedule (Alexander and Edminster 1980).



**Figure 76**—Estimated mean annual total cubic-foot volume increment per acre with clearcut and shelterwood options in relation to growing stock level and site index classes 60, 80, and 100, for a 140-year rotation with a 20-year thinning schedule (Alexander and Edminster 1980).

### *Basal Area Growth*

Periodic mean annual basal area increment is related to stand density, site quality, and frequency of thinning, but is relatively unaffected by cutting method. Because actual basal area continues to increase in a stand until average stand diameter reaches 10 inches d.b.h. and thinning reduces basal area to a fixed amount (GSL), the rate of basal area growth for a given GSL is not constant over time. Periodic basal area increment is greater at higher GSL's, but the rate of increase diminishes at higher stand densities. Periodic mean basal area growth is also greater at higher site indexes. Moreover, the differences in basal area growth between site classes become progressively greater with higher GSL's. Periodic mean basal area increment is greater with a 30-year cutting cycle than with a 20-year entry at all growing stock levels examined (Alexander and Edminster 1980).

### *Volume Increments*

### Total Cubic-Foot Increment

Cubic-foot volume production is related to stand density, site quality, rotation age, and frequency of thinning (table 20). Cutting methods, however, have little effect on cubic volume growth (fig. 76). (See appendix E for these data with a shelterwood option.)

Although mean annual cubic volume increment increases as GSL and site index increase, the rate of increase diminishes as GSL increases, while differences in growth between site classes become greater with increasing GSL (fig. 77). Cubic volume increment will apparently continue to increase at GSL's above 180 on all but site index 50 lands (Alexander and Edminster 1980).

Average annual cubic volume increment per acre is greater on site index 80 to 100 lands at GSL's 40 to 140 on 100-year rotations. At GSL's above 140, growth is greater on a 120-year rotation. On site index 50 to 70 lands, growth is generally greater on rotations longer than 100 years at GSL's greater than 60.

Mean annual cubic volume increment is always greater with a 30-year cutting cycle for all GSL's at rotations of 120 years or longer. At GSL's greater than 160 with a 100-year rotation, there is little difference in cubic volume between a 20- and 30-year cutting cycle (Alexander and Edminster 1980).

Rvsd Plan - 00005738

**Table 20**—*Estimated total cubic-foot volume production per acre of spruce–fir in relation to growing stock level, site index, rotation age, and cutting cycle, with a clearcut option (adapted from Alexander and Edminster 1980)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 |
| | | 1,000 cubic feet | | | | | | | |
| *Site index 50* | | | | | | | | | |
| 100 | 20 | 2.09 | 2.56 | 3.00 | 3.34 | 3.58 | 3.73 | 3.82 | 3.74 |
| 120 | | 2.42 | 3.10 | 3.74 | 4.22 | 4.60 | 4.91 | 5.04 | 4.87 |
| 140 | | 2.74 | 3.56 | 4.33 | 4.90 | 5.46 | 5.95 | 6.24 | 6.12 |
| 160 | | 3.06 | 3.98 | 4.86 | 5.65 | 6.37 | 6.98 | 7.41 | 7.36 |
| 100 | 30 | 2.19 | 2.71 | 3.09 | 3.35 | 3.52 | 3.63 | 3.70 | 3.58 |
| 120 | | 2.62 | 3.36 | 3.94 | 4.34 | 4.67 | 4.84 | 4.92 | 4.70 |
| 140 | | 2.95 | 3.85 | 4.54 | 5.17 | 5.61 | 5.96 | 6.09 | 5.99 |
| 160 | | 3.30 | 4.32 | 5.12 | 5.82 | 6.53 | 7.01 | 7.28 | 7.18 |
| *Site index 60* | | | | | | | | | |
| 100 | 20 | 2.59 | 3.26 | 3.89 | 4.44 | 4.82 | 5.08 | 5.20 | 5.11 |
| 120 | | 3.00 | 3.95 | 4.75 | 5.41 | 6.00 | 6.46 | 6.73 | 6.94 |
| 140 | | 3.37 | 4.49 | 5.40 | 6.24 | 7.00 | 7.78 | 8.27 | 8.55 |
| 160 | | 3.74 | 4.98 | 6.08 | 7.02 | 7.90 | 8.67 | 9.39 | 9.86 |
| 100 | 30 | 2.82 | 3.55 | 4.11 | 4.50 | 4.81 | 5.06 | 5.20 | 5.13 |
| 120 | | 3.30 | 4.31 | 5.15 | 5.76 | 6.24 | 6.58 | 6.78 | 6.90 |
| 140 | | 3.70 | 4.86 | 5.87 | 6.69 | 7.29 | 7.92 | 8.27 | 8.46 |
| 160 | | 4.08 | 5.41 | 6.58 | 7.55 | 8.32 | 8.94 | 9.38 | 9.76 |
| *Site index 70* | | | | | | | | | |
| 100 | 20 | 3.30 | 4.18 | 4.89 | 5.55 | 6.17 | 6.66 | 6.99 | 6.90 |
| 120 | | 3.78 | 4.88 | 5.87 | 6.70 | 7.48 | 8.22 | 8.76 | 9.11 |
| 140 | | 4.20 | 5.49 | 6.61 | 7.69 | 8.65 | 9.58 | 10.25 | 10.82 |
| 160 | | 4.62 | 6.08 | 7.39 | 8.61 | 9.76 | 10.86 | 11.68 | 12.35 |
| 100 | 30 | 3.42 | 4.42 | 5.23 | 5.94 | 6.45 | 6.67 | 6.97 | 7.03 |
| 120 | | 4.07 | 5.24 | 6.38 | 7.34 | 8.23 | 8.76 | 9.07 | 9.23 |
| 140 | | 4.49 | 5.87 | 7.17 | 8.39 | 9.42 | 10.15 | 10.70 | 10.98 |
| 160 | | 4.93 | 6.50 | 8.02 | 9.42 | 10.56 | 11.44 | 12.06 | 12.51 |
| *Site index 80* | | | | | | | | | |
| 100 | 20 | 3.90 | 5.00 | 5.95 | 6.81 | 7.62 | 8.37 | 8.92 | 9.15 |
| 120 | | 4.46 | 5.78 | 6.96 | 8.00 | 9.00 | 10.01 | 10.80 | 11.48 |
| 140 | | 4.97 | 6.50 | 7.92 | 9.16 | 10.36 | 11.56 | 12.60 | 13.44 |
| 160 | | 5.42 | 7.18 | 8.75 | 10.22 | 11.68 | 12.99 | 14.24 | 15.30 |
| 100 | 30 | 4.23 | 5.44 | 6.50 | 7.42 | 8.14 | 8.68 | 9.04 | 9.15 |
| 120 | | 4.88 | 6.38 | 7.69 | 8.86 | 9.89 | 10.67 | 11.24 | 11.41 |
| 140 | | 5.40 | 7.08 | 8.55 | 9.95 | 11.23 | 12.28 | 13.01 | 13.47 |
| 160 | | 5.94 | 7.82 | 9.60 | 11.26 | 12.72 | 13.89 | 14.77 | 15.26 |
| *Site index 90* | | | | | | | | | |
| 100 | 20 | 4.56 | 5.89 | 7.06 | 8.10 | 9.08 | 9.97 | 10.72 | 11.26 |
| 120 | | 5.16 | 6.77 | 8.32 | 9.55 | 10.79 | 11.88 | 12.92 | 13.76 |
| 140 | | 5.73 | 7.64 | 9.30 | 10.81 | 12.23 | 13.62 | 14.90 | 15.97 |
| 160 | | 6.26 | 8.32 | 10.30 | 12.03 | 13.73 | 15.23 | 16.70 | 18.03 |
| 100 | 30 | 4.98 | 6.40 | 7.74 | 8.97 | 10.00 | 10.70 | 11.20 | 11.52 |
| 120 | | 5.72 | 7.49 | 9.22 | 10.69 | 11.89 | 12.88 | 13.56 | 14.02 |
| 140 | | 6.31 | 8.30 | 10.22 | 12.04 | 13.66 | 14.91 | 15.95 | 16.38 |
| 160 | | 6.99 | 9.15 | 11.34 | 13.38 | 15.12 | 16.11 | 17.68 | 18.38 |
| *Site index 100* | | | | | | | | | |
| 100 | 20 | 5.33 | 6.82 | 8.21 | 9.54 | 10.78 | 11.87 | 12.81 | 13.37 |
| 120 | | 6.02 | 7.82 | 9.52 | 11.14 | 12.67 | 14.11 | 15.34 | 16.12 |
| 140 | | 6.64 | 8.74 | 10.70 | 12.60 | 14.42 | 16.07 | 17.56 | 18.58 |
| 160 | | 7.28 | 9.58 | 11.81 | 13.95 | 16.02 | 17.94 | 19.58 | 20.91 |
| 100 | 30 | 5.75 | 7.44 | 9.06 | 10.60 | 11.91 | 12.96 | 13.70 | 14.08 |
| 120 | | 6.61 | 8.80 | 10.66 | 12.55 | 14.10 | 15.47 | 16.42 | 16.94 |
| 140 | | 7.25 | 9.65 | 11.96 | 14.11 | 15.99 | 17.68 | 18.76 | 19.57 |
| 160 | | 7.87 | 10.59 | 13.10 | 15.54 | 17.78 | 19.73 | 20.98 | 21.86 |



**Figure 77**—Estimated mean annual total cubic-foot volume increment per acre in relation to growing stock level and site index for a 120-year rotation with a 30-year thinning interval and clearcut option (Alexander and Edminster 1980).

**Figure 78**—Estimated mean annual board-foot volume increment per acre with clearcut and shelterwood options in relation to growing stock level for site index classes 60, 80, and 100, for a 140-year rotation with a 20-year thinning schedule (Alexander and Edminster 1980).

## Board-Foot Increment

Board-foot volume production (table 21) is related to all stand parameters evaluated, but there is little difference in average annual increment between clearcut and shelterwood options (fig. 78). Mean annual sawtimber volume growth increases as stand density increases throughout the range of GSL's on site index 70 or better lands, but generally levels off or declines on lands with site index less than or equal to 60 at GSL's above 160 (fig. 79) (Alexander and Edminster 1980). (See appendix E for corresponding data with a shelterwood option.)

Board-foot volume growth increases with site quality, and the differences in growth between site classes are greater as GSL increases. Throughout the range of GSL's, average annual board-foot increment per acre for all site classes is always greater on a 160-year rotation (fig. 80).

At GSL's 40 through 160 on rotations longer than 100 years, and at GSL's 40 to 140 on shorter rotations, board-foot volume growth is greater on a 30-year cutting cycle than on a 20-year cycle. At higher GSL's, growth is greater with more frequent thinnings (fig. 81) (Alexander and Edminster 1980).

## Maximizing Board-Foot Yields

What yields can be expected with intensive management of spruce–fir to maximize timber production? If the objective is to integrate timber production with other resource uses, what are the timber tradeoffs? How can these objectives be attained with the fewest precommercial thinnings?



**Figure 79**—Estimated mean annual board-foot volume increment per acre in relation to growing stock level and site index for a 140-year rotation with a 20-year thinning schedule and clearcut option (Alexander and Edminster 1980).

The largest volume production per acre (104,800 board feet) is attained with a clearcut option on site index 100 lands, at GSL 180, on a 160-year rotation, with a 30-year cutting cycle (table 21). These stands will contain about 38 trees per acre with an average d.b.h. of nearly 32 inches at rotation age (table 19). Volume production and tree size attained are about the same under a two-cut shelterwood (see appendix E).

80

**Table 21**—*Estimated board-foot volume production per acre of spruce–fir in relation to growing stock level, site index, rotation age, and cutting cycle, with a clearcut option (trees 8 inches d.b.h. and larger to a 6-inch top) (adapted from Alexander and Edminster 1980)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 |
| | | 1,000 board feet | | | | | | | |
| *Site index 50* | | | | | | | | | |
| 100 | 20 | 7.1 | 8.9 | 10.4 | 11.6 | 12.0 | 11.7 | 11.4 | 10.9 |
| 120 | | 9.2 | 12.1 | 14.6 | 16.4 | 17.4 | 17.8 | 17.4 | 16.2 |
| 140 | | 11.2 | 14.8 | 18.1 | 21.0 | 22.8 | 23.7 | 23.9 | 23.1 |
| 160 | | 13.3 | 17.9 | 21.8 | 25.3 | 27.8 | 29.4 | 30.9 | 29.9 |
| 100 | 30 | 7.5 | 9.1 | 10.5 | 11.4 | 11.6 | 11.4 | 11.0 | 10.3 |
| 120 | | 10.0 | 12.7 | 15.1 | 16.8 | 17.5 | 17.4 | 17.2 | 16.1 |
| 140 | | 12.2 | 15.7 | 18.8 | 21.1 | 23.1 | 23.5 | 23.5 | 22.5 |
| 160 | | 14.6 | 19.0 | 22.7 | 26.4 | 28.6 | 29.8 | 30.2 | 28.8 |
| *Site index 60* | | | | | | | | | |
| 100 | 20 | 9.1 | 12.0 | 14.1 | 16.1 | 17.0 | 17.4 | 17.6 | 17.0 |
| 120 | | 11.6 | 15.6 | 19.2 | 21.8 | 23.6 | 25.2 | 26.2 | 25.8 |
| 140 | | 14.1 | 19.3 | 23.8 | 27.2 | 29.7 | 31.6 | 33.3 | 34.3 |
| 160 | | 16.6 | 22.9 | 28.3 | 32.6 | 36.0 | 39.2 | 41.3 | 42.4 |
| 100 | 30 | 9.8 | 12.5 | 14.3 | 15.6 | 16.5 | 17.0 | 17.0 | 16.3 |
| 120 | | 12.8 | 17.0 | 20.4 | 22.6 | 24.0 | 25.4 | 26.2 | 25.2 |
| 140 | | 15.4 | 20.6 | 25.1 | 28.6 | 31.5 | 33.7 | 34.9 | 33.7 |
| 160 | | 18.1 | 24.2 | 29.1 | 33.9 | 37.9 | 40.8 | 42.4 | 41.4 |
| *Site index 70* | | | | | | | | | |
| 100 | 20 | 11.7 | 15.0 | 17.9 | 20.6 | 23.0 | 24.7 | 25.4 | 24.9 |
| 120 | | 14.8 | 19.2 | 23.6 | 27.6 | 31.2 | 34.1 | 36.1 | 35.8 |
| 140 | | 17.6 | 23.8 | 29.1 | 34.3 | 38.9 | 42.7 | 45.1 | 46.2 |
| 160 | | 20.6 | 27.7 | 34.2 | 40.6 | 46.6 | 50.7 | 54.2 | 56.8 |
| 100 | 30 | 12.4 | 16.2 | 19.2 | 21.6 | 23.2 | 24.3 | 24.6 | 24.1 |
| 120 | | 16.1 | 21.7 | 26.0 | 29.6 | 32.8 | 34.8 | 35.5 | 34.8 |
| 140 | | 19.0 | 25.5 | 31.6 | 36.9 | 40.7 | 43.4 | 44.7 | 45.1 |
| 160 | | 22.1 | 29.8 | 37.1 | 43.0 | 48.2 | 52.3 | 54.9 | 56.5 |
| *Site index 80* | | | | | | | | | |
| 100 | 20 | 13.8 | 18.2 | 22.2 | 26.0 | 29.6 | 32.5 | 34.3 | 34.1 |
| 120 | | 17.4 | 23.9 | 29.4 | 34.2 | 38.6 | 42.7 | 46.4 | 47.4 |
| 140 | | 20.7 | 28.8 | 35.7 | 41.6 | 47.5 | 52.9 | 57.0 | 60.1 |
| 160 | | 24.3 | 33.4 | 41.8 | 49.0 | 56.0 | 62.6 | 68.2 | 72.6 |
| 100 | 30 | 15.5 | 20.0 | 24.2 | 27.8 | 30.6 | 32.4 | 33.5 | 33.0 |
| 120 | | 19.8 | 25.7 | 31.8 | 37.4 | 41.8 | 45.0 | 46.4 | 45.7 |
| 140 | | 23.2 | 31.4 | 38.1 | 44.8 | 50.1 | 54.6 | 57.8 | 58.5 |
| 160 | | 27.0 | 33.3 | 45.6 | 53.6 | 60.2 | 65.9 | 69.8 | 71.2 |
| *Site index 90* | | | | | | | | | |
| 100 | 20 | 16.4 | 22.6 | 27.8 | 32.1 | 35.9 | 39.1 | 42.5 | 44.5 |
| 120 | | 20.4 | 28.6 | 35.4 | 41.3 | 46.9 | 52.0 | 56.2 | 59.9 |
| 140 | | 24.4 | 33.9 | 42.3 | 50.1 | 57.4 | 63.7 | 69.3 | 74.2 |
| 160 | | 28.2 | 39.4 | 49.4 | 58.7 | 67.2 | 74.7 | 82.2 | 89.0 |
| 100 | 30 | 18.7 | 25.2 | 30.7 | 35.5 | 39.3 | 42.2 | 43.8 | 43.2 |
| 120 | | 23.5 | 31.9 | 39.7 | 46.6 | 52.2 | 56.4 | 58.9 | 58.2 |
| 140 | | 27.4 | 37.2 | 46.9 | 55.6 | 62.6 | 68.3 | 72.1 | 73.1 |
| 160 | | 31.7 | 43.2 | 54.4 | 65.0 | 73.6 | 80.6 | 85.8 | 87.0 |
| *Site index 100* | | | | | | | | | |
| 100 | 20 | 19.6 | 26.6 | 32.7 | 38.4 | 43.6 | 48.2 | 51.8 | 54.2 |
| 120 | | 24.2 | 33.2 | 41.5 | 49.0 | 56.0 | 62.4 | 68.0 | 71.6 |
| 140 | | 28.6 | 39.5 | 49.8 | 59.2 | 68.0 | 76.0 | 83.2 | 88.1 |
| 160 | | 33.1 | 45.8 | 57.8 | 68.5 | 79.4 | 88.8 | 97.6 | 104.6 |
| 100 | 30 | 21.9 | 29.2 | 36.3 | 43.3 | 48.7 | 52.6 | 54.2 | 53.6 |
| 120 | | 27.6 | 37.9 | 47.6 | 56.3 | 63.2 | 69.2 | 72.1 | 71.4 |
| 140 | | 32.1 | 44.4 | 56.0 | 66.4 | 75.3 | 82.7 | 87.4 | 88.9 |
| 160 | | 36.6 | 51.2 | 64.5 | 76.5 | 87.7 | 96.6 | 103.0 | 104.8 |





**Figure 80**—Estimated mean annual board-foot volume increment per acre in relation to growing stock level and rotation age on site index 80 lands with a 30-year thinning schedule and clearcut option (Alexander and Edminster 1980).

**Figure 81**—Estimated mean annual board-foot volume increment per acre in relation to thinning schedules for 100- and 140-year rotations on site index 80 lands under clearcut option (Alexander and Edminster 1980).

Volume production declines substantially when GSL is reduced. The decline is greater with each successive reduction. At site indexes 60 to 90, with a clearcut option, largest volume production also occurs at GSL 180 on a 160-year rotation but with a 20-year cutting cycle. On site index 50 lands, greatest production is at GSL 160 on a 20-year cutting cycle, with GSL's 120 and 140 nearly as favorable (Alexander and Edminster 1980).

Table 21 also shows the amount of volume given up as GSL is reduced from 180 to 40 for all combinations of stand parameters examined. Moreover, it shows that more volume can be produced over the same time span with 160-year rotations than with shorter rotations.

Whether the board-foot volume production potential can be achieved depends largely on how much money can be invested in thinning. It is assumed that once a stand reaches a minimum merchantable size of 8 inches average d.b.h. to a 6-inch top, market conditions permit intermediate thinnings to be made as scheduled. If economic constraints limit managers to only one precommercial thinning in the life of the stand, their options are severely restricted with either a clearcut or shelterwood cut alternative. For example, on site index 50 to 60 lands, stand density must be reduced to GSL's 40 to 60, respectively, and the cutting cycle increased to 30 years (table 22). On site index 80 lands, a GSL of 120 can be maintained with a 30-year cutting cycle, and on site index 100 lands where there is considerable flexibility, a GSL of 160 can be maintained.

Thinnings to a constant GSL have been assumed up to now.

However, if only one precommercial thinning is possible, managers can increase their flexibility by changing GSL's with successive reentries. For example, on site index 70 lands with a 30-year cutting cycle, stand density is initially reduced to GSL 100. At the time of the second thinning, GSL is increased to 120, and it is increased to 140 with the third thinning. Volume production will be less than maximum, but reasonably close to the volume available from a stand maintained at a constant GSL 140. Attempts to raise the GSL to 140 at the time of the second entry into the stand would result in the need for a second precommercial thinning. By following this procedure, managers can increase GSL on site index 60 lands from 60 to 100.

Where economic conditions permit investment of funds in two precommercial thinnings, the manager has the opportunity to maximize timber production on site index 60 to 100 lands. On site index 50 lands, a GSL of 120 could be maintained, or it could be increased to GSL 140 by changing the level at the second entry, provided that the rotation was at least 140 years.

### Tradeoffs to Increase Value of Other Resources

Understory vegetation in spruce–fir forests is potentially important as forage for big game, but production is lower in stands with high overstory density and closed canopies. To increase forage production, the manager must be willing to trade off timber production. For example, reduction of tree competition by clearcutting old-growth stands to bring them

Rvsd Plan - 00005742



**Figure 82**—Projected changes in annual water yield from simulation for growing stock level 100 and site index 70 lands, with a 140-year rotation, 30-year thinning schedule, and clearcut option (Leaf and Alexander 1975).

under management produces favorable changes in the amount and composition of understory species used as forage by deer (Regelin and Wallmo 1978, Wallmo 1969, Wallmo and others 1972). Changes in vegetational composition and the quantities of forage available, rather than any differences in nutritive values, accounts for heavier grazing of cut areas (Regelin and others 1974). This change in production and composition, which varies considerably with habitat type, persists 15 to 20

**Table 22**—*Number of precommercial thinnings of spruce–fir in relation to growing stock level, site index, rotation age, and cutting cycle, with a clearcut or shelterwood option (adapted from Alexander and Edminster 1980)*

| Cutting cycle (years) | Site index | Growing stock level | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 |
| 20 | 50 | 2 | 2 | 2 | 3 | 3 | 4 | 4 | 5[1] |
| | 60 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4[1] |
| | 70 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 |
| | 80 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 |
| | 90 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 100 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| 30 | 50 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 3 |
| | 60 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 |
| | 70 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| | 80 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| | 90 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| | 100 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 |

[1]Thinnings on a 100-year rotation would be precommercial.

years before competition from new tree reproduction begins to reduce understory vegetation (Regelin and Wallmo 1978). Thinning second-growth spruce–fir stands also increases amount and composition of understory species, especially where stand density is reduced to low levels. However, data and methodology are not available to quantify changes in understory production and composition associated with the various habitat types for the range of GSL's, rotation ages, cutting cycles, and sites indexes examined here for timber production.

Spruce–fir forests yield the most water in the Rocky Mountains. The proportion of water yield to precipitation is high because of the cold climate, short growing season, and the accumulation of an overwinter snowpack (Leaf 1975). Because most of the water available for streamflow comes from snowmelt, the most efficient pattern of timber harvest for water yield in old-growth stands is to clearcut about 30 to 40 percent of a drainage (1) in small, irregular-shaped patches about five to eight times tree height in diameter, (2) protected from the wind, and (3) interspersed with uncut patches of about the same size (Leaf 1975). Leaf and Alexander (1975) estimated water available for streamflow after clearcutting in spruce–fir stands under different management strategies using simulations generated by hydrologic and timber yield models (Alexander and others 1975, Edminster 1978). Projected water yield increases at GSL 100, on a 30-year cutting cycle, on site index 70 lands, for a 140-year rotation are shown in figure 82. Simulation analyses also showed that estimated water yield in managed stands was influenced little by any combination of initial and subsequent GSL's that ranged from 80 to 120. More water should be available for streamflow at lower GSL's because of the reduction in consumptive use by trees, but no comparisons were made at higher or lower GSL's because of limitations in the simulation programs. One unknown factor is water use by competing understory vegetation associated with different habitat types for different GSL's.

Based on information available from research and simulation, it is clear that stand density must be substantially reduced and maintained at a low (GSL 40 to 60) stocking level to benefit water and forage resources. Other resource values may require moderate (GSL 80 to 100) stocking levels. Considerable timber volume production is given up, however, at low to moderate stand density levels. For example, on site index 100 lands, at GSL 80 with 160-year rotation and 30-year reentry schedule, 40,300 fewer board feet per acre are produced than with GSL 180. If the GSL is reduced to 40, the loss in volume production is 68,200 fbm per acre (table 21) (Alexander and Edminster 1980).

83

# Literature Cited

Alexander, Billy G., Jr.; Ronco, Frank, Jr.; Fitzhugh, E. Lee; Ludwig, John A. A classification of forest habitat types of the Lincoln National Forest, New Mexico. Gen. Tech. Rep. RM–104. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1984a. 29 p.

Alexander, Billy G., Jr.; Fitzhugh, E. Lee; Ronco, Frank, Jr.; Ludwig, John A. A forest habitat type classification of part of the Cibola National Forest, New Mexico. Gen. Tech. Rep. _____. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; [in press].

Alexander, Robert R. A comparison of growth and mortality following cutting in old-growth mountain spruce–fir stands. Res. Note 20. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1956. 4 p.

Alexander, Robert R. Damage to advanced reproduction in clearcutting spruce–fir. Res. Note 27. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1957a. 3 p.

Alexander, Robert R. Preliminary guide to stand improvement in cutover stands of spruce–fir. Res. Note 26. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1957b. 6 p.

Alexander, Robert R. Harvest cutting old-growth mountain spruce–fir in Colorado. Journal of Forestry. 61: 115–119; 1963.

Alexander, Robert R. Minimizing windfall around clear cuttings in spruce–fir forests. Forest Science. 10: 130–142; 1964.

Alexander, Robert R. Stocking of reproduction on spruce–fir clearcuttings in Colorado. Res. Note RM–72. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1966. 8 p.

Alexander, Robert R. Site indexes for Engelmann spruce in the central Rocky Mountains. Res. Pap. RM–32. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1967a. 7 p.

Alexander, Robert R. Windfall after clearcutting on Fool Creek—Fraser Experimental Forest, Colorado. Res. Note RM–92. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1967b. 11 p.

Alexander, Robert R. Natural reproduction of spruce–fir after clearcutting in strips, Fraser Experimental Forest. Res. Note RM–101. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1968. 4 p.

Alexander, Robert R. Seedfall and establishment of Engelmann spruce in clearcut openings: A case history. Res. Pap. RM–53. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1969. 8 p.

Alexander, Robert R. Crown competition factor (CCF) for Engelmann spruce in the central Rocky Mountains. Res. Note RM–188. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1971. 4 p.

Alexander, Robert R. Partial cutting in old-growth spruce–fir. Res. Pap. RM–110. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1973. 16 p.

Alexander, Robert R. Silviculture of subalpine forests in the central and southern Rocky Mountains: The status of our knowledge. Res. Pap. RM–121. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1974. 88 p.

Alexander, Robert R. Cutting methods in relation to resource use in central Rocky Mountain spruce–fir forests. Journal of Forestry. 75: 395–400; 1977.

Alexander, Robert R. Engelmann spruce–subalpine fir 206. In: Eyre, F.A., ed. Forest cover types of the United States and Canada. Washington, DC: Society of American Foresters; 1980: 86–87.

Alexander, Robert R. Seed: seedling ratios of Engelmann spruce after clearcutting in the central Rocky Mountains. Res. Note RM–426. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1983. 6 p.

Alexander, Robert R. Natural regeneration of Engelmann spruce after clearcutting in the central Rocky Mountains in relation to environmental factors. Res. Pap. RM–254. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1984. 17 p.

Alexander, Robert R. Diameter and basal area distributions in old-growth spruce–fir stands on the Fraser Experimental Forest. Res. Note RM–451. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1985. 4 p.

Alexander, Robert R.; Buell, Jesse H. Determining the direction of destructive winds in a Rocky Mountain timber stand. Journal of Forestry. 53: 19–23; 1955.

Alexander, Robert R.; Edminster, Carleton B. Regulation and control of cut under uneven-aged management. Res. Pap. RM–182. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1977a. 7 p.

Alexander, Robert R.; Edminster, Carleton B. Uneven-aged management of old-growth spruce–fir forests: Cutting methods and stand structure goals for initial entry. Res. Pap. RM–186. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1977b. 12 p.

Alexander, Robert R.; Edminster, Carleton B. Management of spruce–fir in even-aged stands in the central Rocky Mountains. Res. Pap. RM–217. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1980. 14 p.

Alexander, Robert R.; Edminster, Carleton B. Engelmann spruce seed dispersal in the central Rocky Mountains. Res. Note RM–424. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1983. 4 p.

Alexander, Robert R.; Engelby, Orville. Engelmann spruce–subalpine fir. In: Burns, R.M., tech. comp. Silvicultural systems for major forest types of the United States. Agric. Handb. 445. Washington, DC: U.S. Department of Agriculture; 1983: 59–64.

Alexander, Robert R.; Noble, Daniel L. Effects of watering treatments on germination, survival, and growth of Engelmann spruce: A greenhouse study. Res. Note RM–182. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1971. 7 p.

Alexander, Robert R.; Noble, Daniel L. Production of Engelmann spruce seed, Fraser Experimental Forest: A 5-year progress report. Res. Note RM–324. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1976. 4 p.

Alexander, Robert R.; Shearer, Raymond C.; Shepperd, Wayne D. Silvical characteristics of subalpine fir. Gen. Tech. Rep. RM–115. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1984b. 29 p.

Alexander, Robert R.; Shepperd, Wayne D. Silvical characteristics of Engelmann spruce. Gen. Tech. Rep. RM–114. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1984. 38 p.

Alexander, Robert R.; Shepperd, Wayne D.; Edminster, Carleton B. Yield tables for managed even-aged stands of spruce–fir in the central Rocky Mountains. Res. Pap. RM–134. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1975. 20 p.

Alexander, Robert R.; Watkins, Ross K.; Edminster, Carleton B. Engelmann spruce seed production on the Fraser Experimental Forest, Colorado. Res. Note RM–419. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1982. 6 p.

Anderson, I.V. Engelmann spruce, its properties and uses. Res. Pap. 39. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1956. 16 p.

Arlidge, J.W.C. The durability of scarified seedbeds for spruce regeneration. Res. Note 42. Victoria, B.C.: Forest Service, British Columbia Department of Lands, Forest and Water Resources; 1967. 20 p.

Baker, Frederick S. Mountain climates of the western United States. Ecol. Monogr. 14: 225–254; 1944.

Baker, Frederick S. A revised tolerance table. Journal of Forestry. 47: 179–181; 1949.

Barnes, R. Lawrence. Patterned tree harvest proposed. Western Conservation Journal. 28: 44–47; 1971.

Bates, Carlos G. Physiological requirements of Rocky Mountain trees. Journal of Agricultural Research. 24: 97–164; 1923.

Bates, Carlos G. Forest types in the central Rocky Mountains as affected by climate and soils. Dept. Bull. 1233. Washington, DC: U.S. Department of Agriculture; 1924. 152 p.

Boe, Kenneth N. Periodicity of cone crops in five Montana conifers. Montana Academy of Science Proceedings. 14: 5–9; 1954.

Bond, E.W. Growing stock differences in even-aged and all-aged forests. Journal of Forestry. 50: 691–693; 1952.

Bourne, R. A fallacy in the theory of growing stock. Forestry. 24: 6–18; 1951.

Bowman, Isaiah. Forest physiography. London: John Wiley and Sons; 1911. 759 p.

Boyd, Raymond J.; Deitschman, Glen H. Site preparation aids natural regeneration in western larch-Engelmann spruce strip clearcuttings. Res. Pap. INT–64. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1969. 10 p.

Brickell, James E. Site index curves for Engelmann spruce in the northern and central Rocky Mountains. Res. Note INT–42. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1966. 8 p.

Buffam, P.E.; Lister, C.K.; Stevens, R.E.; Frye, R.H. Fall cacodylic acid treatments to produce lethal traps for spruce beetles. Environmental Entomology. 2: 259–262; 1973.

Calvin, J.S. An attempt at assessing preferences for natural landscapes. Environment and Behavior. 4(4): 447–470; 1972.

Carlson, Clinton E.; Fellin, David G.; Schmidt, Wyman C. The western spruce budworm in northern Rocky Mountain forests: A review of ecology, past insecticidal treatments and silvicultural practices. In: O'Louglin, Jennifer; Pfister, Robert D., comps. and eds. Management of second-growth forests, the state of the knowledge and research needs: Proceedings; 1982 May 14; Missoula, MT. Missoula, MT: Montana Forest and Conservation Experiment Station and University of Montana; 1983: 76–103.

Clark, M.B. Direct seeding experiments in the Southern Interior Region of British Columbia. Res. Note 49. Victoria, BC: Forest Service, British Columbia Department of Lands, Forest and Water Resources; 1969. 10 p.

Cross, W.; Larson, E.S. A brief review of the geology of the San Juan region of southwestern Colorado. Geol. Surv. Bull. 843. Washington, DC: U.S. Department of Interior; 1935. 138 p.

Curtis, B.F. Major geologic features of Colorado. In: Weimer, R.J.; Haun, J.D., eds. Guide to geology of Colorado. New York: Geological Society of America, Rocky Mountain Association of Geology, and Colorado Scientific Society; 1960: 1–8.

Daubenmire, R. Vegetation zones in the Rocky Mountains. Botany Review. 9: 325–393; 1943.

Daubenmire, R. Forest vegetation of northern Idaho and adjacent Washington and its bearing on concepts of vegetation classification. Ecological Monographs. 22: 301–330; 1952.

Daubenmire, R. Taxonomic and ecologic relationships between *Picea glauca* and *Picea engelmannii*. Canadian Journal of Botany. 52: 1545–1550; 1974.

Daubenmire, R.; Daubenmire, Jean B. Forest vegetation of eastern Washington and northern Idaho. Tech. Bull. 60. Pullman, WA: Washington Agriculture Experiment Station; 1968. 104 p.

Day, R.J. Spruce seedling mortality caused by adverse summer micro-climate in the Rocky Mountains. Res. Br. Publ. 1003. Ottawa, ON: Canadian Department of Forestry; 1963. 36 p.

Day, R.J. The microenvironments occupied by spruce and fir regeneration in the Rocky Mountains. Res. Br. Publ. 1037. Ottawa, ON: Canadian Department of Forestry; 1964. 25 p.

Day, R.J.; Duffy, P.J.B. Regeneration after logging in the Crowsnest Forest. Res. Br. Publ. 1007. Ottawa, ON: Canadian Department of Forestry; 1963. 32 p.

DeVelice, Robert L.; Ludwig, John A.; Moir, William H.; Ronco, Frank, Jr. A classification of forest habitat types of northern New Mexico and southern Colorado. Gen. Tech. Rep. RM–131. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1986. 59 p.

Dobbs, Robert C. Regeneration of white and Engelmann spruce. Pac. Coast Res. Cent. Inf. Rep. BS–X–69. Victoria, BC: Department of Environment, Canadian Forestry Service; 1972. 77 p.

Dobbs, R.C. White spruce seed dispersal in central British Columbia. Forestry Chronicle. 52(5): 225–228; 1976.

Driscoll, Richard B.; Merkel, Daniel L.; Higihara, James B.; Radloff, David L. A component land classification for the United States: A status report. Tech. Note 360. Denver, CO: U.S. Department of Interior, Bureau of Land Management, Denver Service Center; 1983. 30 p.

Eardley, A.J. Structural geology of North America. 2d ed. New York: Harper and Row; 1962. 743 p.

Edminster, Carleton B. RMYLD: Computation of yield tables for even-aged and two-storied stands. Res. Pap. RM–199. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1978. 26 p.

Eis, Slavo J. Development of white spruce and alpine fir seedlings on cutover areas in the central interior of British Columbia. Forestry Chronicle. 41: 419–431; 1965.

Eyre, F.H., ed. Forest cover types of the United States and Canada. Washington, DC: Society of American Foresters; 1980. 148 p.

Fenneman, Nevin M. Physiography of the western United States. New York: McGraw-Hill; 1931. 534 p.

Fitzhugh, E. Lee; Moir, William H.; Ludwig, John A.; Ronco, Frank, Jr. Forest habitat types in the Apache, Gila, and part of the Cibola National Forests. Gen. Tech. Rep. RM–_____. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; [in press].

Fowler, D.C.; Roche, L. Genetics of Engelmann spruce. Res. Pap. WO–30. Washington, DC: U.S. Department of Agriculture, Forest Service; 1977. 13 p.

Franklin, Jerry F.; Carkin, Richard; Booth, Jack. Seeding habits of upper-slope tree species. Part I: A 12-year record of cone production. Res. Note PNW–213. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Forest and Range Experiment Station; 1974. 12 p.

Furniss, R.L.; Carolin, V.M. Western forest insects. Misc. Publ. 1339. U.S. Department of Agriculture; 1977. 654 p.

Gates, David M.; Janke, R. The energy environment of the alpine tundra. Oecologia Plantarum. 1: 39–61; 1966.

Rvsd Plan - 00005745

Green, Allen W.; Van Hooser, Duane D. Forest resources of the Rocky Mountain states. Res. Bull. INT-33. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1983. 127 p.

Haeffner, Arden D. Daily temperatures and precipitation for subalpine forests, Colorado. Res. Pap. RM-80. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1971. 48 p.

Hanley, David P.; Schmidt, Wyman C.; Blake, George M. Stand succession and successional status of two spruce–fir forests in southern Utah. Res. Pap. INT-176. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1975. 16 p.

Harlow, William M.; Harrar, Ellwood S. Textbook of dendrology. New York: McGraw-Hill; 1937. 527 p.

Hawksworth, Frank G.; Wiens, Delbert. Biology and classification of dwarf mistletoes (Arceuthobium). Agric. Handb. 410. Washington, DC: U.S. Department of Agriculture, Forest Service; 1972. 204 p.

Hedlin, Alan E.; Yates, Harry O.; Tovar, David C.; and others. Cone and seed insects of North American conifers. Ottawa, ON: Environment Canada, Canadian Forest Service; 1980. 122 p.

Hellmers, H.; Genthe, M.K.; Ronco, F. Temperature affects growth and development of Engelmann spruce. Forest Science. 16: 447–452; 1970.

Herring, L.J.; McMinn, R.G. Natural and advanced regeneration of Engelmann spruce and subalpine fir compared 21 years after site treatment. Forestry Chronicle. 56: 55–57; 1980.

Hess, Karl. Phyto-edaphic study of habitat types of the Arapaho and Roosevelt National Forests. Fort Collins, CO: Department of Range Science, Colorado State University; 1981. 558 p. Ph.D. dissertation.

Hess, Karl; Wasser, Clinton H. Grassland, shrubland, and forestland habitat types of the White River-Arapaho National Forest. Final report of contract 53–82FT–1–19. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1982. 335 p.

Hinds, T.E. Heart rots of Engelmann spruce and subalpine fir in the central Rocky Mountains. For. Ins. and Dis. Leafl. 150. Washington, DC: U.S. Department of Agriculture, Forest Service; 1977. 8 p.

Hinds, Thomas E.; Hawksworth, Frank G. Indicators and associated decay of Engelmann spruce in Colorado. Res. Pap. RM-25. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1966. 15 p.

Hinds, Thomas E.; Hawksworth, Frank G.; Davidson, Ross W. Decay of subalpine fir in Colorado. Stn. Pap. 51. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1960. 13 p.

Hodson, E.R.; Foster, J.H. Engelmann spruce in the Rocky Mountains. Cir. 170. Washington, DC: U.S. Department of Agriculture, Forest Service; 1910. 23 p.

Hoffman, George R.; Alexander, Robert R. Forest vegetation of the Bighorn Mountains, Wyoming: A habitat type classification. Res. Pap. RM-170. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1976. 38 p.

Hoffman, George R.; Alexander, Robert R. Forest vegetation of the Routt National Forest in northwestern Colorado: A habitat type classification. Res. Pap. RM-221. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1980. 41 p.

Hoffman, George R.; Alexander, Robert R. Forest vegetation of the White River National Forest in western Colorado: A habitat type classification. Res. Pap. RM-249. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1983. 36 p.

Hoover, Marvin D.; Leaf, Charles F. Process and significance of interception in Colorado subalpine forest. In: Sopper, W.E.; Lull, H.W., eds. Forest Hydrology: International Symposium on Forest Hydrology; 1965 August–September; University Park, PA. New York: Pergamon Press; 1967: 213–224.

Hopkins, A.D. Practical information on the scolytid beetles in North American forests. Part I: Barkbeetles of the genus Dendroctonus. Entomol. Bull. 83. Washington, DC: U.S. Department of Agriculture; 1909. 169 p.

Hornibrook, E.M. Yield of cutover stands of Engelmann spruce. Journal of Forestry. 40: 778–781; 1942.

Hornibrook, E.M. Estimating defect in mature and over mature stands of three Rocky Mountain conifers. Journal of Forestry. 48: 408–417; 1950.

Johnson, D.D.; Cline, A.J. Colorado mountain soils. Advances in Agronomy. 17: 223–281; 1965.

Jones, John R. Mixed conifer seedling growth in eastern Arizona. Res. Pap. RM-77. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1971. 19 p.

Kaplan, R. Predictors of environmental preferences. Designers and "clients." In: Prieser, W.F.E., ed. Environmental Design Research. Proceedings of fourth international EDRA conference; 1973 April; Blacksburg, VA. Stroudsburg, PA: Dowden, Hutchinson, and Ross; 1973: 265–274.

Kaufmann, Merrill R. Leaf water stress in Engelmann spruce—influence of the root and shoot environments. Plant Physiology. 56: 841–844; 1975.

Kaufmann, Merrill R. Stomatal response of Engelmann spruce to humidity, light, and water stress. Plant Physiology. 57: 898–901; 1976.

Kaufmann, Merrill R. Stomatal control and the development of water deficit in Engelmann spruce seedlings during drought. Canadian Journal of Forest Research. 9: 297–304; 1979.

Kaufmann, Merrill R. Leaf conductance as a function of photosynthetic photon flux density and absolute humidity difference from leaf to air. Plant Physiology. 69: 1018–1023; 1982a.

Kaufmann, Merrill R. Evaluation of season, temperature, and water stress effects on stomata using a leaf conductance model. Plant Physiology. 69: 1023–1026; 1982b.

Kaufmann, Merrill R. A canopy model (RM-CWU) for determining transpiration of subalpine forests. Part I: Model development. Canadian Journal of Forest Research. 14: 218–226; 1984a.

Kaufmann, Merrill R. A canopy model (RM-CWU) for determining transpiration of subalpine forests. Part II: Consumptive water use in two watersheds. Canadian Journal of Forest Research. 14: 227–232; 1984b.

Kaufmann, Merrill R.; Troendle, Charles A. The relationship of leaf area and foliage biomass to sapwood conducting area in four subalpine forest tree species. Forest Science. 27(1): 477–482; 1981.

Keen, F.P. Insect enemies of western forests. Misc. Publ. 273. Washington, DC: U.S. Department of Agriculture; 1952. 280 p.

Keen, F.P. Cone and seed insects of western forest trees. Tech. Bull. 1169. Washington, DC: U.S. Department of Agriculture; 1958. 168 p.

Kirkwood, J.E. Forest distribution in the northern Rocky Mountains. Mont. State Univ. Bull. 247. Missoula, MT: Montana State University; 1922. 180 p.

Knight, F.B.; McCambridge, W.F.; Wilford, B.H. Estimating Engelmann spruce beetle infestations in the central Rocky Mountains. Stn. Pap. 25. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1956. 12 p.

Korstian, C.F.; Baker, F.S. Forest planting in the Intermountain Region. Dep. Bull. 1264. Washington, DC: U.S. Department of Agriculture; 1925. 56 p.

Komarkova, Vera. Habitat types on selected parts of the Gunnison and Uncompahgre National Forests. Progress Report. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1984. 254 p.

87

Kramer, Paul J.; Kozlowski, Theodore T. Physiology of trees. New York and Toronto: McGraw-Hill; 1960. 642 p.

Langenheim, Jean B. Vegetation and environmental patterns in the Crested Butte area, Gunnison County, Colorado. Ecological Monographs. 32: 249–285; 1962.

Larson, E.S.; Cross, W. Geology and petrology of the San Juan Region, southwestern Colorado. Prof. Pap. 258. Washington, DC: U.S. Geological Survey; 1956. 303 p.

Leaf, Charles F. Sediment yields from central Colorado snow zone. American Society of Civil Engineers Journal: Hydraulogic Division. 96(HY1): 87–93, 97(HY2): 350–351; 1970.

Leaf, Charles F. Watershed management in the Rocky Mountain subalpine zone: The status of our knowledge. Res. Pap. RM–137, Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1975. 31 p.

Leaf, Charles F.; Alexander, Robert R. Simulating timber yields and hydrologic impacts resulting from timber harvest on subalpine watersheds. Res. Pap. RM–133. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1975. 20 p.

LeBarron, Russell K.; Jemison, George M. Ecology and silviculture of the Engelmann spruce–subalpine fir type. Journal of Forestry. 51: 349–355; 1953.

Little, Elbert L., Jr. Checklist of United States trees (native and naturalized). Agric. Handb. 541. Washington, DC: U.S. Department of Agriculture; 1979.

Liu, Tang-Shui. A monograph of the genus Abies. Taipei, Taiwan: Department of Forestry, College of Agriculture, National Taiwan University; 1971. 698 p.

Markstrom, Donald C.; Alexander, Robert R. Engelmann spruce. Am. Woods Leafl. FS–264. Washington, DC: U.S. Department of Agriculture, Forest Service; 1984. 7 p.

Marr, John W. Ecosystems of the east slope of the Front Range in Colorado. Ser. Biol. 8. Boulder, CO: University of Colorado Press; 1961. 134 p.

Marr, John W.; Clark, J.M.; Osburn, W.S.; Paddock, M.W. Data on mountain environments. Part III: Front Range in Colorado, four climax regions 1959–64. Ser. Biol. 29. Boulder, CO: University of Colorado Press; 1968. 181 p.

Martinka, Robert R. Structural characteristics of blue grouse territories in southwestern Montana. Journal of Wildlife Management. 36: 489–510; 1972.

Massey, C.L.; Wygant, N.D. Biology and control of the Engelmann spruce beetle in Colorado. Circ. 944. Washington, DC: U.S. Department of Agriculture; 1954. 35 p.

Mather, Kirtley F. Geomorphology of the San Juan Mountains. In: Guidebook of Southwestern San Juan Mountains, Colorado. New Mexico Geological Society, Eighth Field Conference; 1957 September; 1957: 258 p.

Mathiasen, R.L.; Hawksworth, F.G. Dwarf mistletoes on true firs in the Southwest. Ariz. For. Note No. 18. Flagstaff, AZ: Northern Arizona University, School of Forestry; 1983. 12 p.

McCaughey, Ward W.; Schmidt, Wyman C. Understory tree release following harvest cutting in spruce–fir forests of the Intermountain West. Res. Pap. INT–285. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1982. 19 p.

Mears, B. Quaternary features of the Medicine Bow Mountains, Wyoming. In: Guidebook: Eighth Annual Field Conference. Laramie Basin, WY, and North Park, CO: Wyoming Geological Association and University of Wyoming; 1953: 81–84.

Meyer, H.A. Structure, growth and drain in balanced uneven-aged forests. Journal of Forestry. 50: 85–92; 1952.

Meyer, H.A.; Recknagel, A.D.; Stevenson, D.D.; Bartoo, R.A. Forest Management. New York: The Roland Press; 1961. 282 p.

Miller, Phillip C. Age distributions of spruce and fir in beetle-killed stands on the White River Plateau. American Midland Naturalist. 83: 206–212; 1970.

Miller, Robert L.; Choate, Grover A. The forest resource of Colorado. Resour. Bull. INT–3. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1964. 55 p.

Moir, William H.; Ludwig, John A. A classification of spruce–fir and mixed conifer habitat types of Arizona and New Mexico. Res. Pap. RM–207. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1979. 47 p.

Moser, John W. Specification of density for the inverse J-shaped diameter distribution. Forest Science. 22: 177–180; 1976.

Mueller, Lincoln A.; Barger, Roland L. Lumber grade recovery from Engelmann spruce in Colorado. Res. Pap. RM–1. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1963. 23 p.

Myers, Clifford A. Field and computer procedures for managed-stand yield tables. Res. Pap. RM–79. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1971. 24 p.

Myers, Clifford A.; Edminster, Carleton B. Volume tables and point-sampling factors for Engelmann spruce in Colorado and Wyoming. Res. Pap. RM–95. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1972. 23 p.

Myers, C.A.; Morris, M.J. Watershed management practices and habitat values in coniferous forests. In: Proceedings, symposium on management of forest and range habitats for nongame birds; 1975 May 6–9; Tucson, AZ. Gen. Tech. Rep. WO–1. Washington, DC: U.S. Department of Agriculture, Forest Service; 1975: 288–294.

Nagel, R.H.; McComb, David; Knight, F.B. Trap tree method for controlling the Engelmann spruce beetle in Colorado. Journal of Forestry. 55: 894–898; 1957.

Noble, Daniel L. Effects of soil type and watering on germination, survival, and growth of Engelmann spruce: A greenhouse study. Res. Note RM–216. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1972. 4 p.

Noble, Daniel L. Age of Engelmann spruce seedlings affects ability to withstand low temperature: A greenhouse study. Res. Note RM–232. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1973a. 4 p.

Noble, Daniel L. Engelmann spruce seedling roots reach depth of 3 to 4 inches their first season. Res. Note RM–241. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1973b. 3 p.

Noble, Daniel L.; Alexander, Robert R. Environmental factors affecting natural regeneration of Engelmann spruce in the central Rocky Mountains. Forest Science. 23: 420–429; 1977.

Noble, Daniel L.; Ronco, Frank, Jr. Seedfall and establishment of Engelmann spruce and subalpine fir in clearcut openings in Colorado. Res. Pap. RM–200. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1978. 12 p.

Noble, Daniel L.; Shepperd, Wayne D. Gray-headed juncos important to first season mortality of spruce. Journal of Forestry. 71: 763–765; 1973.

Oosting, Henry J.; Reed, John F. Virgin spruce–fir in the Medicine Bow Mountains, Wyoming. Ecological Monographs. 22: 69–91; 1952.

Pearson, G.A. Forest types in the southwest as determined by climate and soil. Tech. Bull. 247. Washington, DC: U.S. Department of Agriculture; 1931. 144 p.

Peterson, Roger S. Effects of broom rusts on spruce and fir. Res. Pap. INT-7. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1963. 10 p.

Pfister, Robert D. Vegetation and soils in the subalpine forest of Utah. Dissertation Abstracts. 33(06). 1972.

Regelin, Wayne L.; Wallmo, Olof C.; Nagy, Julius G.; Dietz, Donald R. Effect of logging on forage values for deer in Colorado. Journal of Forestry. 72: 282–285; 1974.

Regelin, Wayne L.; Wallmo, Olof C. Duration of deer forage benefits after clearcut logging of subalpine forest in Colorado. Res. Note RM–356. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1978. 4 p.

Retzer, John L. Alpine soils of the Rocky Mountains. Journal of Soil Science. 7: 22–32; 1956.

Retzer, J.L. Soil survey of Fraser alpine area, Colorado. Soil Surv. Ser. 1956, No. 20. Washington, DC: U.S. Department of Agriculture, Forest Service and Soil Conservation Service, in cooperation with Colorado Agricultural Experiment Station; 1962. 47 p.

Reynolds, R.R. Growing stock in all-aged forests. Journal of Forestry. 52: 744–747; 1954.

Reynolds, Hudson G. Use of openings in spruce fir forests by deer, elk and cattle. Res. Note RM–63. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1966. 4 p.

Roe, Arthur L. Seed dispersal in a bumper spruce seed year. Res. Pap. INT–39. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1967. 10 p.

Roe, Arthur L.; Alexander, Robert R.; Andrews, Milton D. Engelmann spruce regeneration practices in the Rocky Mountains. Prod. Res. Rep. 115. Washington, DC: U.S. Department of Agriculture, Forest Service; 1970. 32 p.

Roe, Arthur L.; Boe, Kenneth N. Spot seeding on a broadcast burned lodgepole pine clearcutting. Res. Note 108. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1952. 3 p.

Roe, Arthur L.; DeJarnette, G.M. Results of regeneration cutting in a spruce-subalpine fir stand. Res. Pap. INT–17. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1965. 4 p.

Roe, Arthur L.; Schmidt, Wyman C. Factors affecting natural regeneration of spruce in the Intermountain Region. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1964. 68 p.

Roeser, J. A study of Douglas-fir reproduction under various methods of cutting. Journal of Agricultural Research. 28: 1233–1242; 1924.

Ronco, Frank. Planting in beetle-killed spruce stands. Res. Note RM–60. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1961. 6 p.

Ronco, Frank. Lessons from artificial regeneration studies in a cutover beetle-killed spruce stand in western Colorado. Res. Note RM–90. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1967. 8 p.

Ronco, Frank. Shading and other factors affect survival of planted Engelmann spruce seedlings in central Rocky Mountains. Res. Note RM–163. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1970a. 7 p.

Ronco, Frank. Engelmann spruce seed dispersal and seedling establishment in clearcut forest openings in Colorado—a progress report. Res. Note RM–168. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1970b. 7 p.

Ronco, Frank. Chlorosis of planted Engelmann spruce seedlings unrelated to nitrogen content. Canadian Journal of Botany. 48: 851–853; 1970c.

Ronco, Frank. Influence of high light intensity on survival of planted Engelmann spruce. Forest Science. 16: 331–339; 1970d.

Ronco, Frank. Planting Engelmann spruce. Res. Pap. RM–89. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1972. 24 p.

Ronco, Frank; Noble, Daniel L. Engelmann spruce regeneration in clearcut openings not insured by record seed crop. Journal of Forestry. 69: 578–579; 1971.

Schmid, John M. Guidelines for minimizing spruce beetle populations in logging residuals. Res. Pap. RM–185. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1977. 8 p.

Schmid, John M.; Beckwith, Roy C. The Engelmann spruce beetle. For. Pest Leafl. 127. Washington, DC: U.S. Department of Agriculture, Forest Service; 1971. 7 p.

Schmid, J.M.; Frye, R.H. Spruce beetle in the Rockies. Gen. Tech. Rep. RM–49. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1977. 38 p.

Schmid, J.M.; Hinds, T.E. Development of spruce-fir stands following spruce beetle outbreaks. Res. Pap. RM–131. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1974. 16 p.

Schmid, J.M.; Mitchell, James C.; Stevens, Robert E. Cydia youngana (Kearfott) (Lepidoptera: Tortricidae) and associates in Engelmann spruce cones, Fraser Experimental Forest, Colorado, 1974–77. Res. Note RM–394. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1981. 5 p.

Schmidt, Wyman C.; Lotan, James E. Phenology of common forest flora in the northern Rockies—1928 to 1937. Res. Pap. INT–259. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1980. 20 p.

Schopmeyer, C.S.; Helmers, A.E. Seeding as a means of reforestation in the northern Rocky Mountain Region. Circ. 772. Washington, DC: U.S. Department of Agriculture; 1947. 30 p.

Scott, Virgil E.; Crouch, Glenn L.; Whelan, Jill A. Responses of birds and small mammals to clearcutting in a subalpine forest in central Colorado. Res. Note RM–422. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1982. 6 p.

Scott, Virgil E.; Whelan, Jill A.; Alexander, Robert R. Dead trees used by cavity-nesting birds on the Fraser Experimental Forest: A case history. Res. Note RM–360. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1978. 4 p.

Shearer, Raymond C. Regeneration establishment in response to harvesting and residue management in a western larch-Douglas-fir forest. In: Proceedings, symposium on environmental consequences of timber harvesting in the Rocky Mountains; 1979 September 11–13; Missoula, MT. Gen. Tech. Rep. INT–90. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1980: 249–269.

Shearer, Raymond C.; Tackle, David. Effects of hydrogen peroxide on germination in three western conifers. Res. Note INT–80. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1960. 4 p.

Shepperd, Wayne D. Variation in growth of Engelmann spruce seedlings under selected temperature environments. Res. Note RM–104. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1981. 3 p.

Shepperd, Wayne D.; Jeffers, Richard M.; Ronco, Frank, Jr. An Engelmann spruce seed source study in the central Rockies. Res. Pap. RM-231. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1981. 5 p.

Smith, David M. The practice of silviculture. New York: John Wiley and Sons; 1962. 578 p.

Smith, J.H.G. Some factors affecting reproduction of Engelmann spruce and alpine fir. Tech. Publ. 43. Victoria, BC: British Columbia Department of Lands and Forestry, Forest Service; 1955. 43 p.

Spomer, G.E. Physiological ecology of alpine plants. Fort Collins, CO: Colorado State University; 1962. 181 p. Ph.D. dissertation.

Sprackling, John A. Soil-topographic site index for Engelmann spruce. Fort Collins, CO: Colorado State University; 1972. 60 p. Ph.D. dissertation.

Squillace, A.E. Engelmann spruce seed dispersal into a clearcut area. Res. Note INT-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1954. 4 p.

Stahelin, R. Factors influencing the natural restocking of high altitude burns by coniferous trees in the central Rocky Mountains. Ecology. 24: 19-30; 1943.

Steele, Robert; Cooper, Stephen V.; Ondov, David M.; Pfister, Robert D. Forest habitat types of eastern Idaho–western Wyoming, Gen. Tech. Rep. INT-144. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1983. 122 p.

Steen, Ordell; Dix, Ralph. A preliminary classification of Colorado subalpine forests. Preliminary report. Fort Collins, CO: Department of Biology and Plant Pathology, Colorado State University; 1974. 10 p. On file at: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO.

Stettler, Reinhard F. Development of a residual stand of interior spruce-alpine fir during the first 28 years following cutting to a 12-inch-diameter limit. Res. Note 34. Victoria, BC: British Columbia Department of Lands and Forestry, Forest Service; 1958. 15 p.

Stevens, Robert E. Fir-engraver. For. Pest Leafl. 13. Washington, DC: U.S. Department of Agriculture, Forest Service; 1971. 7 p.

Stevens, T.A.; Ratte, J.C. Revised tertiary volcanic sequence in the central San Juan Mountains, Colorado. Prof. Pap. 400–B. Washington, DC: U.S. Geological Survey; 1964: B14–B17.

Stottlemeyer, J.R.; Ralston, C.W. Nutrient balance relationships for watersheds on the Fraser Experimental Forest. In: Proceedings of 3rd North American forest soils conference; 1968; Raleigh, NC. Corvallis, OR: Oregon State University Press; 1970: 359-382. Vol. 3.

Sudworth, George B. White River Plateau timber land reserve. In: Twentieth annual report, 1898–1899. Part V: Forest Reserves. Washington, DC: U.S. Geological Survey; 1900a. 117–179.

Sudworth, George B. Battlement Mesa forest reserve. In: Twentieth annual report, 1898–1899. Part V, Forest Reserves. Washington, DC: U.S. Geological Survey; 1900b: 181–243.

Sudworth, George B. The spruce and balsam fir trees of the Rocky Mountain region. Bull. 327. Washington, DC: U.S. Department of Agriculture; 1916. 43 p.

Thompson, M.W. Timber growing and cutting practice in the lodgepole pine region. Bull. 1499. Washington, DC: U.S. Department of Agriculture; 1929. 33 p.

Thornbury, William D. Regional geomorphology of the United States. New York: John Wiley and Sons; 1965. 609 p.

Thornthwaite, C.W. An approach toward a rational classification of climate. Geography Review. 38(1): 55–94; 1948.

Troendle, Charles A. The effects of small clearcuts on water yield from the Deadhorse watershed; Fraser, Colorado. In: Proceedings, 50th annual meeting of the Western Snow Conference; 1982 April 19–23; Reno, NV. Fort Collins, CO: Colorado State University; 1982: 75–83.

Troendle, Charles A. The Deadhorse experiment: A field verification of the subalpine water balance model. Res. Note RM-425. Fort Collins, CO. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1983a. 7 p.

Troendle, C.A. The potential for water yield augmentation from forest management in the Rocky Mountain Region. Water Res. Bull. 19. American Water Resources Association; 1983b: 359–373.

Troendle, Charles A.; Leaf, Charles F. Effects of timber harvesting in the snow zone on volume and timing of water yield. In: Baumgartner, David A., ed. and comp. Proceedings, Interior West Watershed Symposium; 1980 April 8–10; Spokane, WA. Pullman, WA: Cooperative Extension, Washington State University; 1981: 231–243.

Troendle, C.A.; Meiman, J.R. Options for harvesting timber control snowpack accumulation. In: Proceedings, 52nd Annual Meeting of the Western Snow Conference; 1984 April 17–19; Sun Valley, ID. Ft. Collins, CO: Colorado State University; 1984: 86–98.

U.S. Department of Agriculture. Climate and man. USDA Yearbook 1941. Washington, DC: U.S. Department of Agriculture; 1941. 1,248 p.

U.S. Department of Agriculture, Forest Service. Annual report for 1932, Rocky Mountain Region. Fort Collins, CO: Rocky Mountain Forest and Range Experiment Station; 1933. 71 p. On file at: Library, Rocky Mountain Forest and Range Experiment Station, Ft. Collins, CO.

U.S. Department of Agriculture, Forest Service. Annual report for 1942, Rocky Mountain Region. Fort Collins, CO: Rocky Mountain Forest and Range Experiment Station; 1942. 36 p.

U.S. Department of Agriculture, Forest Service. Annual report for 1943, Rocky Mountain Region. Fort Collins, CO: Rocky Mountain Forest and Range Experiment Station; 1943. 46 p.

U.S. Department of Agriculture, Forest Service. Wood handbook. Agric. Handb. 72. Washington, DC: U.S. Department of Agriculture; 1974a. 431 p.

U.S. Department of Agriculture, Forest Service. Seeds of woody plants of the United States. C.S. Schopmeyer, tech. coord. Agric. Handb. 450. Washington, DC; 1974b. 883 p.

U.S. Department of Agriculture, Forest Service. Silvicultural systems for the major forest types of the United States. Russell E. Burns, tech. comp. Agric. Handb. 445. Washington, DC: U.S. Department of Agriculture; 1983. 191 p.

U.S. Department of Agriculture, Soil Conservation Service. A basic system of soil class for making and interpreting soil survey. Agric. Handb. 436. Washington, DC: U.S. Department of Agriculture; 1975. 754 p.

Wallmo, O.C. Response of deer to alternate-strip clearcutting of lodgepole pine and spruce–fir timber in Colorado. Res. Note RM–141. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1969. 4 p.

Wallmo, O.C.; Regelin, W.L.; Reichert, D.W. Forage use by mule deer relative to logging in Colorado. Journal of Wildlife Management. 36: 1,025–1,033; 1972.

Wardle, Peter. Engelmann spruce (Picea engelmannii Engel.) at its upper limits on the Front Range, Colorado. Ecology. 49: 483–495; 1968.

Whipple, Stephen A.; Dix, Ralph L. Age structure and successional dynamics of a Colorado subalpine forest. American Midland Naturalist. 101: 142–158; 1979.

Rvsd Plan - 00005749

Whiteside, J.M.; Carolin, V.M., Jr. Spruce budworm in the western United States. For. Pest Leafl. 53. Washington, DC: U.S. Department of Agriculture, Forest Service; 1961. 8 p.

Wilson, Eldred D. A resume of the geology of Arizona. Bull. 171. Tucson, AZ: Arizona Bureau of Mines and University of Arizona; 1962. 170 p.

Wirsing, John M.; Alexander, Robert R. Forest habitat types on the Medicine Bow National Forest, southeastern Wyoming: Preliminary report. Gen. Tech. Rep. RM–12. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station; 1975. 11 p.

Wygant, N.D. Engelmann spruce beetle control in Colorado. 10th International Congress of Entomology Proceedings. 4: 181–184; 1958.

Wygant, N.D.; LeJeune, R.R. Engelmann spruce beetle *Dendroctonus obesus* (Mann) (=*D. engelmannii* Hopk.). In: Important forest insects and diseases of mutual concern to Canada, the United States and Mexico. Publ. 1180. Ottawa, ON: Canadian Department of Forest and Rural Development; 1967: 93–95.

Youngblood, Andrew P.; Mueggler, Walter F. Aspen community types on the Bridger-Teton National Forest in western Wyoming. Res. Pap. INT–272. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station; 1981. 34 p.

91

**Table A–1**—*Habitat types, community types, and plant communities in the central and southern Rocky Mountains in which Engelmann spruce (Picea engelmannii) is a major climax, co-climax, minor climax, or major seral*

| Habitat type, community type, or plant community | Location | Site | Successional status P. engelmannii | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| | | | *Picea engelmannii* series | | | |
| *Picea engelmannii/ Acer glabrum* H.T. | Chiricahua Mountains, Arizona; Sacramento Mountains, New Mexico | Warm moist | Climax | *Abies lasiocarpa Pseudotsuga menziesii Populus tremuloides* | *A. glabrum Bromus ciliatus Viola canadensis Smilacina stellata* | Alexander and others 1984a Moir and Ludwig 1979 |
| *Picea engelmannii/ Juniperus communis* H.T. | Wind River and Absaroka Mountains, northwestern Wyoming | Warm dry | Climax | *Pinus flexilis P. menziesii Pinus albicaulis Pinus contorta Juniperus scopulorum* | *J. communis Arnica cordifolia Frasera speciosa* | Steele and others 1983 |
| *Picea engelmannii/ Linnaea borealis* H.T. | Wind River Mountains, northwestern Wyoming | Cool well-drained | Climax | *P. contorta P. menziesii* | *L. borealis Vaccinium globulare Symphoricarpos albus J. communis* | Steele and others 1983 |
| *Picea engelmannii/ Physocarpus malvaceus* H.T. | Mountains of northwestern Wyoming | Warm moist | Climax | *P. contorta P. menziesii* | *P. malvaceus Galium triflorum Disporum trachycarpum Thalictrum* spp. | Steele and others 1983 |
| *Picea engelmannii/ Ribes montigenum* H.T. | Wind River Mountains, northwestern Wyoming | Cool dry to well-drained | Climax | *P. contorta P. albicaulis* | *R. montigenum Aquilegia caerulea Lupinus* spp. *A. cordifolia* | Steele and others 1983 |
| *Picea engelmannii- Vaccinium myrtillus* H.T. [*P. engelmannii/V. myrtillus- Polemonium pulcherrimum* H.T.] [*P. engelmannii/Vaccinium scoparium-P. delicatum* H.T.] | Sangre de Cristo Mountains, southern Colorado and northern New Mexico | Cool dry | Climax | *A. lasiocarpa* (minor climax) *Pinus aristata P. tremuloides* | *P. delicatum (P. pulcherrimum) Senecio* spp. *Deschampsia caespitosa Poa reflexa* | DeVelice and others 1986 Moir and Ludwig 1979 |
| *Picea engelmannii/Vaccinium scoparium* H.T. | Wind River and Bighorn Mountains, Wyoming | Cool dry | Climax | *A. lasiocarpa* (minor climax WR Mts.) *P. flexilis P. contorta P. menziesii P. albicaulis* | *V. scoparium A. cordifolia Carex rossii Antennaria* spp. *Fragaria virginiana* | Hoffman and Alexander 1976 Steele and others 1983 |
| *Picea engelmannii/ Bromus ciliatus* H.T. | Mogollon and Black Mountains, New Mexico | Cool dry | Climax | *P. menziesii* | *B. ciliatus C. rossii Astragalus miser Fragaria* spp. | Fitzhugh and others 1985 |

Rvsd Plan - 00005751

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Picea engelmannii/ Elymus triticoides* H.T. | Capitan Mountains, New Mexico | Cool dry to well-drained | Climax or co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* | *E. triticoides* *A. glabrum* *Jamesia americana* | Alexander and others 1984a Moir and Ludwig 1979 |
| *Picea engelmannii/ Carex disperma* H.T. | Mountains of north-western Wyoming | Cool moist | Climax | *A. lasiocarpa* *Picea pungens* | *C. disperma* *Pyrola secunda* *G. triflorum* | Steele and others 1983 |
| *Picea engelmannii/ Carex foenea* H.T. | Pinaleno Mountains, Arizona | Cool dry | Climax | Generally in pure stands | *C. foenea* | Moir and Ludwig 1979 |
| *Picea engelmannii/ Arnica cordifolia* H.T. | Mountains of north-western Wyoming | Cool well-drained | Climax | *P. menziesii* *P. flexilis* *P. albicaulis* *P. tremuloides* | *A. cordifolia* *C. rossii* *A. miser* *F. speciosa* | Steele and others 1983 |
| *Picea engelmannii/ Caltha leptosepala* H.T. | Mountains of north-western Wyoming | Cool moist | Climax | *A. lasiocarpa* *P. contorta* *P. albicaulis* | *C. leptosepala* *V. scoparium* *Trollius laxus* | Steele and others 1983 |
| *Picea engelmannii/ Equisetum arvense* H.T. | Mountains of north-western Wyoming | Warm to cool wet | Climax | *A. lasiocarpa* *P. contorta* *P. pungens* | *E. arvense* *Streptopus amplexifolius* *Senecio triangularis* *Luzula parviflora* | Steele and others 1983 |
| *Picea engelmannii/ Galium triflorum* H.T. | Mountains of north-western Wyoming | Cool moist | Climax | *A. lasiocarpa* *P. contorta* *P. pungens* *P. menziesii* | *G. triflorum* *Actaea rubra* *S. stellata* *S. amplexifolius* | Steele and others 1983 |
| *Picea engelmannii/ Geum rossii* H.T. | San Francisco Peaks, Arizona | Cool dry | Climax | *P. tremuloides* | *G. rossii* *P. delicatum* *Festuca brachyphylla* | Moir and Ludwig 1979 |
| *Picea engelmannii/ Hypnum revolutum* H.T. | Mountains of north-western Wyoming | Cool dry | climax | *P. flexilis* *P. albicaulis* *P. menziesii* | *H. revolutum* *Discranowiesia crispula* | Steele and others 1983 |
| *Picea engelmannii/ Senecio cardamine* H.T. | Blue Mountains, Arizona | Cool moist | Climax | *P. menziesii* *Pinus ponderosa* *Pinus strobiformis* *A. lasiocarpa* *Abies concolor* *P. pungens* *P. tremuloides* | *S. cardamine* *Geranium richardsonii* *Fragaria ovalis* *Viola canadensis* | Fitzhugh and others 1985 |

Rvsd Plan - 00005752

94

**Table A-1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Picea engelmannii/ Trifolium dasyphyllum* H.T. | High mountains of north-central Colorado | Cold moist | Climax or co-climax with *A. lasiocarpa* | *A. lasiocarpa P. tremuloides P. flexilis* | *T. dasyphyllum Pyrola chlorantha Sedum lanceolatum Trisetum spicatum* | Hess 1981 |
| *Picea engelmannii/ Moss* spp. H.T. | Mountains of New Mexico and Arizona | Cool dry to well-drained | Climax or co-climax with *A. lasiocarpa* | *A. lasiocarpa P. tremuloides P. aristata P. menziesii* | Moss spp. *Ribes* spp. *Lathyrus arizonicus Vaccinium* spp. *Rosa* spp. | Alexander and others 1985 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Picea engelmannii/ Scree* H.T. | Mountains of north-ern New Mexico and southern Colorado | Warm dry | Climax | *A. lasiocarpa* (minor climax) | *J. communis Saxifrage bronchialis* | DeVelice and others 1986 |

| *Abies lasiocarpa* series | | | | | | |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Acer glabrum* H.T. | Mountains of north-western Wyo-ming; mountains of north-central and northwestern New Mexico | Warm moist | Seral to *A. lasiocarpa* | *A. lasiocarpa P. menziesii P. contorta* | *A. glabrum Thalictrum occidentale Thalictrum fendleri Osmorhiza chilensis Pachistima myrsinites* | Alexander and others 1985 Steele and others 1983 |
| *Abies lasiocarpa/ Berberis repens* H.T. | Mountains of north-western Wyoming | Warm to cool, well-drained | Minor climax to *A. lasiocarpa* | *A. lasiocarpa P. contorta P. menziesii P. flexilis P. tremuloides* | *B. repens R. montigenum Symphoricarpos oreophilus P. myrsinites Shepherdia canadensis* | Steele and others 1983 |
| *Abies lasiocarpa/ Juniperus communis* H.T. | Mountains of north-western Wyo-ming, northern Arizona, and New Mexico | Warm to cold dry | Seral to or co-climax with *A. lasiocarpa* | *A. lasiocarpa P. menziesii P. contorta P. tremuloides A. concolor* (SW only) | *J. communis P. secunda S. canadensis V. globulare* | Moir and Ludwig 1979 Steele and others 1983 |
| *Abies lasiocarpa/ Linnaea borealis* H.T. *A. lasiocarpa-Picea engelmannii/L. borealis* P.C. | Mountains of north-western Wyoming and central Colorado | Cool, moist to well-drained | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. contorta P. menziesii P. tremuloides* | *L. borealis A. cordifolia V. scoparium Calamagrostis rubescens Rubus parviflorus* | Steele and others 1983 Steen and Dix 1974 |

BLM_Bishop - 00005753

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Menziesia ferruginea* H.T. | Mountains of north-western Wyoming | Cool moist | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* | *M. ferruginea* *V. globulare* *R. parviflorus* *Actaea rubra* | Steele and others 1983 |
| *Abies lasiocarpa/ Pachistima myrsinites* H.T. *A. lasiocarpa-Picea engelmannii/P. myrsinites* P.C. | Mountains of cen-tral and southern Colorado | Warm dry to well-drained | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* *P. tremuloides* | *P. myrsinites* *Clintonia uniflora* *G. triflorum* *Carex geyeri* *Erigeron* spp. | Hess and Wasser 1982 Steen and Dix 1974 |
| *Abies lasiocarpa/ Physocarpus malvaceus* H.T. | Mountains of north-western Wyoming | Warm moist north slopes | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* *P. tremuloides* | *P. malvaceus* *A. cordifolia* *Amelanchier alnifolia* *P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Ribes montigenum* H.T. | Mountains of north-western Wyoming | Cool dry | Seral or minor climax to *A. lasiocarpa* *P. albicaulis* | *A. lasiocarpa* *P. contorta* *P. tremuloides* *P. albicaulis* | *R. montigenum* | Steele and others 1983 |
| *Abies lasiocarpa/ Rubus parviflorus* H.T. | Mimbres and Mogollon Moun-tains, New Mexico San Juan Moun-tains, Colorado | Warm moist | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* *A. concolor* *P. tremuloides* | *R. parviflorus* *Vaccinium myrtillus* *A. glabrum* *P. myrsinites* | DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies lasiocarpa/ Salix glauca* H.T. [*A. lasiocarpa-Picea engelmannii/S. glauca* H.T.] | High mountains of Colorado | Cold wet | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. flexilis* | *S. glauca* *V. myrtillus* *P. pulcherrimum* *Acomastylis rossii* | Hess 1981 Hess and Wasser 1982 Komarkova 1984 |
| *Abies lasiocarpa/ Shepherdia canadensis* H.T. (WY) *A. lasiocarpa-Picea engelmannii/S. canadensis* P.C.(CO) | Bighorn Mountains, Wyoming Mountains of cen-tral and southern Colorado | Cool to warm dry | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* *P. contorta* *P. tremuloides* | *S. canadensis* *V. scoparium* | Hoffman and Alex-ander 1976 Steen and Dix 1974 |
| *Abies lasiocarpa/ Spiraea betulifolia* H.T. | Mountains of north-western Wyoming | Warm dry | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* | *S. betulifolia* *B. repens* *P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Symphoricarpos albus* H.T. | Mountains of north-western Wyoming | Warm well-drained lower slopes | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* *P. tremuloides* | *S. albus* *A. alnifolia* *c. rubescens* | Steele and others 1983 |

95

Rvsd Plan - 00005754

96

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Vaccinium globulare* H.T. | Mountains of north-western Wyoming | Cool well-drained | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* *P. albicaulis* | *V. globulare* *P. myrsinites* *V. scoparium* | Steele and others 1983 |
| *Abies lasiocarpa/ Vaccinium myrtillus* H.T. [*A. lasiocarpa/V. myrtillus-Linnaea borealis* H.T.] [*A. lasiocarpa/V. myrtillus-Rubus parviflorus* H.T.] [*A. lasiocarpa/Vaccinium scoparium-L. borealis* H.T.] | Mountains of east-ern Arizona, northern New Mexico, and southern Colorado | Cool well-drained | Climax to co-climax with *A. lasiocarpa* (AZ) | *A. lasiocarpa* *A. concolor* *P. menziesii* *P. tremuloides* *P. aristata* *P. flexilis* *P. pungens* *P. strobiformis* | *V. myrtillus* *V. scoparium* *D. trachycarpum* *Polemonium flavum* *Calamagrostis canadensis* *L. borealis* *R. parviflorus* | Alexander and others 1985 DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies lasiocarpa/ Vaccinium scoparium* H.T. *A. lasiocarpa-Picea engelmannii/V. scoparium* P.A. [*P. engelmannii/ V. scoparium* H.T.] | Mountains south from Wyoming to Arizona and New Mexico | Cool dry | Climax, co-climax, or minor climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* *P. menziesii* *P. albicaulis* | *V. scoparium* *C. rubescens* *V. myrtillus* *A. cordifolia* *C. geyeri* *Erigeron superbus (E. eximius)* *L. borealis* *P. myrsinites* *Phyllodoce empetriformis* | Hess 1981 Hess and Wasser 1982 Hoffman and Alex-ander 1976 Hoffman and Alex-ander 1980 Hoffman and Alex-ander 1983 Komarkova 1984 Moir and Ludwig 1979 Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| *Abies lasiocarpa/ Xerophyllum tenax* H.T. | Mountains of north-western Wyoming | Warm dry | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. albicaulis* *P. contorta* *P. menziesii* | *X. tenax* *V. scoparium* *V. globulare* | Steele and others 1983 |
| *Abies lasiocarpa/ Calamagrostis canadensis* H.T. *A. lasiocarpa-Picea engelmannii/C. canadensis* H.T. [*P. engelmannii/C. canadensis* H.T.] | Mountains of north-western Wyoming Mountains of north-central and western Colorado | Cool wet | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* | *C. canadensis* *Vaccinium caespitosum* *S. triangularis* *G. triflorum* | Hess 1981 Komarkova 1984 Steele and others 1983 |

Rvsd Plan - 00005755

**Table A–1—**(continued)

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Calamagrostis rubescens* H.T. | Mountains of north-western Wyoming | Warm dry | Seral to *A. lasiocarpa* | *A. lasiocarpa P. contorta P. menziesii P. tremuloides* | *C. rubescens P. myrsinites B. repens A. cordifolia* | Steele and others 1983 |
| *Abies lasiocarpa/ Luzula hitchcockii* H.T. | Mountains of north-western Wyoming | Cool well-drained | Seral to *A. lasiocarpa* | *A. lasiocarpa P. contorta P. albicaulis* | *L. hitchcockii A. cordifolia V. scoparium* | Steele and others 1983 |
| *Abies lasiocarpa/ Carex geyeri* H.T. *A. lasiocarpa-Picea engelmannii-C. geyeri* H.T. [*P. engelmannii/C. geyeri* H.T.] | Mountains of Wyoming, north-central and western Colorado | Cool dry to warm dry | Co-climax with *A. lasiocarpa* | *C. geyeri P. menziesii P. contorta P. albicaulis P. tremuloides* | *C. geyeri A. cordifolia Symphoricarpos oreophilus Lupinus argenteus* | Hess 1981 Hess and Wasser 1981 Hoffman and Alexander 1980 Hoffman and Alexander 1983 Komarkova 1984 Steele and others 1983 Steen and Dix 1974 Wirsing and Alexander 1975 |
| *Abies lasiocarpa/ Actaea rubra* H.T. | Mountains of north-western Wyoming | Warm moist lower slopes | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. pungens P. contorta P. menziesii* | *A. rubra O. chilensis Lonicera utahensis V. globulare* | Steele and others 1983 |
| *Abies lasiocarpa/ Arnica cordifolia* H.T. | Mountains of north-western, north-central Wyoming and central Colorado | Cool well-drained | Seral to or co-climax with *A. lasiocarpa* | *A. lasiocarpa P. contorta P. menziesii P. albicaulis P. tremuloides* | *A. cordifolia P. secunda A. miser F. virginiana S. canadensis* | Hoffman and Alexander 1976 Komarkova 1984 Steele and others 1983 |
| *Abies lasiocarpa/ Arnica latifolia* H.T. | Mountains of north-western Wyoming | Cool dry | Seral to *A. lasiocarpa* | *A. lasiocarpa P. contorta P. tremuloides P. menziesii P. albicaulis* | *A. latifolia Aster engelmannii Pedicularis racemosa* | Steele and others 1983 |
| *Abies lasiocarpa-Picea engelmannii/ Cardamine cordifolia* P.C. [*A. lasiocarpa/Mertensia ciliata* H.T.] | Mountains of central and southern Colorado | Cool wet | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. tremuloides* | *C. cordifolia M. ciliata Mitella pentandra Carex bella* | DeVelice and others 1986 Steen and Dix 1974 |

Rvsd Plan - 00005756

**Table A-1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Erigeron superbus (E. eximius)* H.T. | Mountains of south-western Colorado and northern New Mexico and Arizona | Cool dry | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. ponderosa A. concolor P. menziesii P. strobiformis P. tremuloides* | *E. superbus (E. eximius) G. richardsonii L. arizonicus Lonicera involucrata A. cordifolia* | Alexander and others 1985 DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies lasiocarpa-Picea engelmannii/Lupinus argenteus* P.C. | Mountains of cen-tral and southern Colorado | Warm well-drained | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. contorta* | *L. argenteus V. scoparium* | Steen and Dix 1974 |
| *Abies lasiocarpa/ Pedicularis racemosa* H.T. | Mountains of north-western Wyoming | Warm dry | Seral to *A. lasiocarpa* | *A. lasiocarpa P. menziesii P. contorta P. albicaulis* | *P. racemosa A. cordifolia S. oreophilus P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Polemonium delicatum* H.T. *A. lasiocarpa/Picea engelmannii/P. delicatum* P.C. | High mountains of central and west-ern Colorado | Cool dry | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. contorta P. tremuloides* | *P. delicatum Osmorhiza obtusa Vaccinium* spp. | Komarkova 1984 Steen and Dix 1974 |
| *Abies lasiocarpa/ Senecio sanguisorboides* H.T. | Sacramento Moun-tains, southern New Mexico | Cool dry to well-drained | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. menziesii P. tremuloides* | *S. sanguisorboides R. montigenum Ribes wolfii* | Alexander and others 1984 Moir and Ludwig 1979 |
| *Abies lasiocarpa-Picea engelmannii/ Senecio triangularis* H.T. [*P. engelmannii/ S. triangularis* H.T.] | Mountains of cen-tral and western Colorado | Cool moist | Co-climax with *A. lasiocarpa* | *A. lasiocarpa* | *S. triangularis M. ciliata C. cordifolia E. arvense* | Hess 1981 Komarkova 1984 |
| *Abies lasiocarpa/ Thalictrum occidentale* H.T. | Mountains of north-western Wyoming | Warm well-drained | Seral to *A. lasiocarpa* | *A. lasiocarpa P. menziesii P. contorta P. tremuloides P. albicaulis* | *T. occidentale A. cordifolia O. chilensis* | Steele and others 1983 |
| *Abies lasiocarpa/Moss* spp. H.T. *A. lasiocarpa-Picea engelmannii/Moss* spp. P.C. | Mountains of north-ern New Mexico and southwestern and central Colorado | Cool dry | Co-climax with *A. lasiocarpa* | *A. lasiocarpa P. tremuloides P. aristata P. contorta* (CO) | Moss spp. *Rosa* spp. *V. caespitosum* | DeVelice and others 1986 Komarkova 1984 Steen and Dix 1974 |

Rvsd Plan - 00005757

**Table A-1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| | | | *Picea pungens* series | | | |
| *Picea pungens/Linnaea borealis* H.T. [*P. pungens-Pseudotsuga menziesii/L. borealis* H.T.] | Sangre de Cristo Mountains, southern Colorado and northwestern New Mexico | Cool well-drained | Minor climax to *P. pungens P. menziesii A. concolor* | *P. pungens P. menziesii A. concolor P. tremuloides A. lasiocarpa P. flexilis* | *L. borealis P. myrsinites V. myrtillus* | DeVelice and others 1986 Moir and Ludwig 1979 |
| *Picea pungens/ Carex foenea* H.T. | Mountains of north-central and northwestern New Mexico | Cool moist | Minor climax to *P. pungens P. menziesii* | *P. pungens P. menziesii P. tremuloides* | *C. foenea A. glabrum Festuca arizonica E. eximius* | Alexander and others 1985 |
| *Picea pungens/Erigeron eximius* H.T. [*P. pungens-Picea engelmannii/ E. superbus* H.T.] | Mountains of northern New Mexico and southern Colorado | Cool dry | Minor climax to *P. pungens P. menziesii A. concolor* | *A. lasiocarpa* (minor climax) *P. pungens P. menziesii A. concolor P. tremuloides P. strobiformis P. ponderosa P. flexilis* | *E. superbus (E. eximius) F. arizonica C. foenea F. virginiana G. richardsonii T. fendleri* | DeVelice and others 1986 Moir and Ludwig 1979 |
| *Picea pungens/ Fragaria ovalis* H.T. | Mountains of New Mexico | Cool moist | Minor climax to *P. pungens P. menziesii* | *P. pungens P. menziesii A. lasiocarpa P. ponderosa P. strobiformis P. tremuloides A. concolor* | *F. ovalis C. foenea F. arizonica E. superbus (E. eximius)* | Alexander and others 1984a Fitzhugh and others 1985 |
| *Picea pungens/Senecio cardamine* H.T. [*P. pungens-Picea engelmannii/ S. cardamine* H.T.] | White Mountains, Arizona | Cool moist | Co-climax with *P. pungens* | *A. lasiocarpa* (minor climax) *P. pungens P. menziesii A. concolor P. strobiformis P. tremuloides P. ponderosa* | *S. cardamine Pteridium aquilinum Helenium hoopesii V. canadensis* | Moir and Ludwig 1979 |

Rvsd Plan - 00005758

100

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
|  | | | *Pinus contorta* series and other *P. contorta* dominated vegetation | | | |
| *Pinus contorta/ Arctostaphylos uva-ursi* P.C. | Mountains of central and southern Colorado | Warm dry | Ultimate climax unknown; probably co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. engelmannii* *P. tremuloides* | *A. uva-ursi* *B. repens* *Sitanion hystrix* | Steen and Dix 1974 |
| *Pinus contorta/ Juniperus communis* H.T. (CO); C.T. (WY) | Mountains of northwestern Wyoming and central Colorado | Warm dry | Minor climax to *P. contorta* (CO). Ultimate climax unknown (WY); probably seral to or co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* *P. tremuloides* *P. albicaulis* *P. contorta* | *J. communis* *A. uva-ursi* *S. canadensis* *A. cordifolia* | Hess 1981 Steele and others 1983 |
| *Pinus contorta/ Linnaea borealis* C.T. (WY); P.C. (CO) | Mountains of northwestern Wyoming and central Colorado | Cool moist to well-drained | Ultimate climax unknown; probably seral to or co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. menziesii* *P. contorta* | *L. borealis* *V. scoparium* *V. globulare* *A. cordifolia* *C. rubescens* | Steele and others 1983 Steen and Dix 1974 |
| *Pinus contorta/ Pachistima myrsinites* P.C. | Mountains of central and southern Colorado | Warm dry to well-drained | Ultimate climax unknown; probably co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. tremuloides* *P. contorta* | *P. myrsinites* *V. scoparium* *J. communis* *L. borealis* *Lathyrus leucanthus* | Steen and Dix 1974 |
| *Pinus contorta/ Shepherdia canadensis* C.T. (WY); P.C. (CO) | Mountains of northwestern Wyoming and central Colorado | Cool-warm dry to well-drained | Ultimate climax unknown; probably co-climax with *P. menziesii* or *A. lasiocarpa* | *P. menziesii* *A. lasiocarpa* *P. tremuloides* *P. contorta* | *S. canadensis* *A. cordifolia* *J. communis* *L. borealis* *A. uva-ursi* | Steen and Dix 1974 Steele and others 1983 |
| *Pinus contorta/ Spiraea betulifolia* C.T. | Mountains of northwestern Wyoming | Warm dry | Ultimate climax unknown; probably seral or minor climax to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* | *S. betulifolia* *C. rubescens* *C. geyeri* | Steele and others 1983 |

Rvsd Plan - 00005759

Table A-1—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| Pinus contorta/ Vaccinium globulare C.T. | Mountains of north-western Wyoming | Cool well-drained | Ultimate climax unknown; prob-ably seral or minor climax to A. lasiocarpa P. menziesii | P. menziesii A. lasiocarpa P. contorta | V. globulare L. utahensis V. scoparium C. rubescens | Steele and others 1983 |
| Pinus contorta/ Vaccinium scoparium C.T. (WY); P.C. (CO) | Mountains of north-western Wyo-ming, southern Wyoming, and central Colorado | Cool to cold dry | Ultimate climax unknown; prob-ably minor climax to or co-climax with A. lasiocarpa | P. menziesii A. lasiocarpa P. albicaulis P. flexilis P. contorta | V. scoparium C. rubescens A. cordifolia L. argenteus B. repens C. geyeri | Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| Pinus contorta/ Calamagrostis rubescens C.T. | Mountains of north-western Wyoming | Warm dry | Ultimate climax unknown; prob-ably seral to minor climax to A. lasiocarpa | A. lasiocarpa P. menziesii P. contorta | C. rubescens V. scoparium C. geyeri | Steele and others 1983 |
| Pinus contorta/ Carex geyeri H.T. (CO); C.T. (WY) | Mountains of north-western Wyo-ming, southern Wyoming, and northern and cen-tral Colorado | Cool dry | Ultimate climax unknown; prob-ably seral to or co-climax with A. lasiocarpa | A. lasiocarpa P. contorta P. menziesii P. albicaulis P. flexilis P. tremuloides | C. geyeri S. oreophilus A. cordifolia L. argenteus B. repens J. communis | Hess 1981 Hess and Wasser 1982 Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| Pinus contorta/ Carex rossii C.T. | Mountains of north-western Wyoming | Warm dry | Ultimate climax unknown; prob-ably seral to or co-climax with A. lasiocarpa | A. lasiocarpa P. contorta P. tremuloides P. albicaulis | C. rossii L. argenteus Poa nervosa | Steele and others 1983 |
| Pinus contorta/ Arnica cordifolia C.T. | Mountains of north-western Wyoming | Cool dry | Ultimate climax unknown; prob-ably seral or minor climax to A. lasiocarpa | A. lasiocarpa P. albicaulis P. flexilis P. contorta | A. cordifolia Antennaria racemosa A. miser P. secunda | Steele and others 1983 |
| Pinus contorta/ Lupinus argenteus P.C. | Mountains of cen-tral and southern Colorado | Warm dry to well-drained | Ultimate climax unknown; prob-ably co-climax with A. lasiocarpa | A. lasiocarpa P. tremuloides P. contorta | L. argenteus | Steen and Dix 1974 |

Rvsd Plan - 00005760

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Populus tremuloides* series and other *P. tremuloides* dominated vegetation | | | | | | |
| *Populus tremuloides-Abies lasiocarpa/Berberis repens* C.T. *P. tremuloides/B. repens* C.T. | Mountains of western Wyoming | Warm to cool well-drained | Seral or minor climax to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* | *B. repens* *S. albus* *P. myrsinites* | Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Pachistima myrsinites* P.C. | Mountains of central and south-western Colorado | Warm dry | Ultimate climax unknown; probably co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* *P. menziesii* | *P. myrsinites* *V. scoparium* *C. geyeri* | Steen and Dix 1974 |
| *Populus tremuloides-Abies lasiocarpa/Shepherdia canadensis* C.T. *P. tremuloides/S. canadensis* C.T. | Mountains of western Wyoming | Cool dry to well-drained | Minor climax to *A. lasiocarpa* | *A. lasiocarpa* *P. tremuloides* *P. contorta* | *S. canadensis* *A. cordifolia* *Rosa woodsii* *T. fendleri* | Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Elymus glaucus* P.C. | Mountains of central and south-western Colorado | Warm moist to well-drained | Ultimate climax unknown; probably co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* | *E. glaucus* *A. alnifolia* *Symphoricarpos* spp. *Ligusticum porteri* | Steen and Dix 1974 |
| *Populus tremuloides/ Festuca thurberi* P.C. | Mountains of southwestern Colorado | Warm dry | Ultimate climax unknown; probably co-climax with *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. menziesii* *P. flexilis* *P. tremuloides* | *F. thurberi* *B. repens* *S. oreophilus* *F. ovalis* | Steen and Dix 1974 |
| *Populus tremuloides/ Equisetum arvense* C.T. | Mountains of western Wyoming | Cool wet | Probably climax | *A. lasiocarpa* *P. contorta* *P. tremuloides* | *E. arvense* *E. glaucus* *T. fendleri* | Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Heracleum lanatum* C.T. | Mountains of western Wyoming | Warm moist | Seral or minor climax to *A. lasiocarpa* | *A. lasiocarpa* *P. contorta* *P. tremuloides* | *H. lanatum* *Pedicularis bracteosa* *T. fendleri* *E. glaucus* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Ligusticum filicinum* C.T. *P. tremuloides/L. filicinum* C.T. | Mountains of western Wyoming | Cool moist to well-drained | Minor climax to *A. lasiocarpa* | *A. lasiocarpa* *P. tremuloides* | *L. filicinum* *P. bracteosa* *T. fendleri* *E. glaucus* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Pedicularis racemosa* C.T. | Mountains of western Wyoming | Cool moist | Seral to *A. lasiocarpa* | *A. lasiocarpa* *P. tremuloides* | *P. racemosa* *A. cordifolia* *S. oreophilus* | Youngblood and Mueggler 1981 |

**Table A-1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Populus tremuloides/ Ranunculus alismaefolius* C.T. | Mountains of western Wyoming | Cool moist to wet | Seral to *A. lasiocarpa* | *A. lasiocarpa P. tremuloides* | *R. alismaefolius* Carex microptera Trifolium longipes | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Rudbeckia occidentalis* C.T. *P. tremuloides/R. occidentalis* C.T. | Mountains of western Wyoming | Cool moist to well-drained | Seral to *A. lasiocarpa* | *A. lasiocarpa P. tremuloides* | *R. occidentalis T. longipes Nemophila breviflora Melica spectabilis* | Youngblood and Mueggler 1981 |
| | | | *Pseudotsuga menziesii* series | | | |
| *Pseudotsuga menziesii/ Pachistima myrsinites* H.T. | Mountains of west-central Colorado | Warm dry | Minor climax to *P. menziesii* | *P. menziesii P. contorta P. tremuloides* | *P. myrsinites S. oreophilus A. cordifolia B. repens V. myrtillus* | Hess and Wasser 1982 |
| *Pseudotsuga menziesii* Scree H.T. | Mountains of northern and southwestern New Mexico | Warm dry | Seral to *P. menziesii* | *P. menziesii A. lasiocarpa P. tremuloides P. strobiformis* | *Salix* spp. *S. oreophilus Holodiscus dumosus B. ciliatus* | DeVelice and others 1986 Fitzhugh and others 1985 |
| | | | *Abies concolor* series | | | |
| *Abies concolor/ Acer glabrum* H.T. | Mountains of northern New Mexico and Arizona | Warm dry | Minor climax to *A. concolor P. menziesii* | *A. concolor P. menziesii P. pungens P. tremuloides A. lasiocarpa* | *A. glabrum A. alnifolia B. repens P. myrsinites* | DeVelice and others 1986 Fitzhugh and others 1985 |
| *Abies concolor/ Robina neomexicana* H.T. [*A. concolor-Pseudotsuga menziesii/R. neomexicana* H.T.] | Mountains of New Mexico and Arizona | Warm dry | Minor climax to *A. concolor P. menziesii* | *A. concolor P. ponderosa P. menziesii P. tremuloides P. strobiformis* | *R. neomexicana S. oreophilis Quercus gambelii* | Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies concolor/ Vaccinium myrtillus* H.T. | Mountains of northern New Mexico and southern Colorado | Cool dry | Minor climax to *A. concolor P. menziesii* | *A. concolor P. menziesii P. pungens A. lasiocarpa P. tremuloides* | *V. myrtillus A. glabrum A. uva-ursi P. myrsinites R. parviflorus* | DeVelice and others 1986 |

Rvsd Plan - 00005762

104

**Table A-1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies concolor/ Erigeron superbus (E. eximius)* H.T. | Mountains of north-ern New Mexico | Cool moist | Minor climax to *A. concolor P. menziesii* | *A. concolor P. menziesii P. pungens P. tremuloides* | *E. superbus (E. eximius) C. foenea Lathyrus* spp. *Fragaria* spp. | DeVelice and others 1986 |
| | | | *Pinus flexilis* series | | | |
| *Pinus flexilis/ Arctostaphylos uva-ursi* H.T. | Mountains of north-ern New Mexico and southern Colorado | Warm dry | Minor climax to *P. flexilis* | *P. flexilis P. menziesii* (minor climax) | *A. uva-ursi J. communis* | DeVelice and others 1986 |
| *Pinus flexilis/ Calamagrostis purpurascens* H.T. | High mountains east slope Con-tinental Divide, Colorado | Cool dry | Minor climax to *P. flexilis* | *P. flexilis* | *C. purpurascens Carex* spp. *T. spicatum* | Hess 1981 |
| *Pinus flexilis/ Trifolium dasyphyllum* H.T. | Mountains of north-central Colorado | Cool dry | Minor climax to *P. flexilis* | *P. flexilis* | *T. dasyphyllum C. purpurascens C. foenea* | Hess 1981 |
| | | | *Pinus aristata* series | | | |
| *Pinus aristata/ Festuca arizonica* H.T. | Mountains of south-ern Colorado | Warm dry | Co-climax with *P. aristata* | *P. aristata* (may be pure stands on drier sites) | *F. arizonica F. thurberi* | DeVelice and others 1986 |
| *Pinus aristata/ Festuca thurberi* H.T. | San Juan and Sangre de Cristo Mountains, Colorado | Cool dry | Co-climax with *P. aristata* | *P. aristata* | *F. thurberi R. montigenum P. delicatum (P. pulcherrimum)* | DeVelice and others 1986 |
| *Pinus aristata/ Trifolium dasyphyllum* H.T. | Mountains of north-central Colorado | Cool dry | Minor climax to *P. aristata* | *P. aristata* | *T. dasyphyllum C. purpurascens P. delicatum (P. pulcherrimum)* | Hess 1981 |

Rvsd Plan - 00005763

**Table A–1**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *P. engelmannii* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| | | | *Pinus albicaulis* series | | | |
| *Pinus albicaulis/ Vaccinium scoparium* H.T. | Mountains of north-western Wyoming | Cool dry | Minor climax to *P. albicaulis* *P. contorta* | *P. albicaulis* *P. contorta* *A. lasiocarpa* | *V. scoparium* *C. rossii* *A. cordifolia* | Steele and others 1983 |
| *Pinus albicaulis/ Carex rossii* H.T. | Mountains of north-western Wyoming | Cool dry | Minor climax to *P. albicaulis* *P. contorta* | *P. albicaulis* *A. lasiocarpa* *P. contorta* *P. flexilis* | *C. rossii* | Steele and others 1983 |

Rvsd Plan - 00005764

106

**Table A–2**—*Habitat types, community types, and plant communities in the central and southern Rocky Mountains in which* Abies lasiocarpa *is a major climax, co-climax, minor climax, or major seral*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| | | | *Abies lasiocarpa* series | | | |
| *Abies lasiocarpa/Acer glabrum* H.T. | Mountains of northwestern Wyoming Mountains of northcentral and northwestern New Mexico | Warm moist | Climax | *Picea engelmannii* *Pseudotsuga menziesii* *Pinus contorta* | *A. glabrum* *Thalictrum occidentale* *Thalictrum fendleri* *Osmorhiza chilensis* *Pachistima myrsinites* | Alexander and others 1985 Steele and others 1983 |
| *Abies lasiocarpa/ Berberis repens* H.T. | Mountains of northwestern Wyoming | Warm-cool well-drained | Climax | *P. engelmannii* (minor climax) *P. contorta* *P. menziesii* *Pinus flexilis* *Populus tremuloides* | *B. repens* *Symphoricarpos oreophilus* *P. myrsinites* *Shepherdia canadensis* | Steele and others 1983 |
| *Abies lasiocarpa/ Juniperus communis* H.T. | Mountains of northwestern Wyoming, northern Arizona, and New Mexico | Warm to cold dry | Climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. menziesii* *P. contorta* *P. tremuloides* *Abies concolor* (NM,AZ) | *J. communis* *Pyrola secunda* *S. canadensis* *Arnica cordifolia* | Moir and Ludwig 1979 Steele and others 1983 |
| *Abies lasiocarpa/Linnaea borealis* H.T. *A. lasiocarpa-Picea engelmannii/L. borealis* P.C. | Mountains of northwestern Wyoming and central Colorado | Cool moist to well-drained | Climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. menziesii* *P. tremuloides* | *L. borealis* *Vaccinium scoparium* *Calamagrostis rubescens* *A. cordifolia* | Steele and others 1983 Steen and Dix 1974 |
| *Abies lasiocarpa/ Menziesia ferruginea* H.T. | Mountains of northwestern Wyoming | Cool moist | Climax | *P. engelmannii* *P. contorta* *P. menziesii* | *M. ferruginea* *Rubus parviflorus* *Actaea rubra* *Vaccinium globulare* | Steele and others 1983 |
| *Abies lasiocarpa/Pachistima myrsinites* H.T. *A. lasiocarpa-Picea engelmannii/P. myrsinites* P.C. | Mountains of central and southern Colorado | Warm dry to well-drained | Climax or co-climax with *P. engelmannii* | *P. menziesii* *P. contorta* *P. tremuloides* *P. engelmannii* | *P. myrsinites* *Clintonia uniflora* *Galium triflorum* *Carex geyeri* *Erigeron* spp. | Hess and Wasser 1982 Steen and Dix 1974 |
| *Abies lasiocarpa/ Physocarpus malvaceus* H.T. | Mountains of northwestern Wyoming | Warm moist north slopes | Climax | *P. engelmannii* *P. menziesii* *P. tremuloides* | *P. malvaceus* *Spiraea betulifolia* *Amelanchier alnifolia* *P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Ribes montigenum* H.T. | Mountains of northwestern Wyoming | Cool dry | Climax | *P. engelmannii* *P. contorta* *Pinus albicaulis* | *R. montigenum* | Steele and others 1983 |

Rvsd Plan - 00035765

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Rubus parviflorus* H.T. | Mimbres and Mogollon Mountains, New Mexico San Juan Mountains, Colorado | Warm moist | Co-climax with *P. engelmannii* | *P. engelmannii P. menziesii* (NM) *A. concolor* (NM) *P. tremuloides* | *R. parviflorus Vaccinium myrtillus A. glabrum P. myrsinites* | DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies lasiocarpa/ Salix glauca* H.T. [*A. lasiocarpa-Picea engelmannii/S. glauca* H.T.] | High mountains of Colorado | Cold wet | Co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. flexilis* | *S. glauca V. myrtillus Polemonium pulcherrimum Acomastylis rossii* | Hess 1981 Hess and Wasser 1982 Komarkova 1984 |
| *Abies lasiocarpa/ Shepherdia canadensis* H.T. (WY) *A. lasiocarpa-Picea engelmannii/S. canadensis* P.C. (CO) | Bighorn Mountains, Wyoming Mountains of central and southern Colorado | Cool-warm dry | Co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides P. menziesii* | *S. canadensis V. scoparium* | Hoffman and Alexander 1976 Steen and Dix 1974 |
| *Abies lasiocarpa/ Spiraea betulifolia* H.T. | Mountains of northwestern Wyoming | Warm dry | Climax | *P. engelmannii P. menziesii P. contorta* | *S. betulifolia P. myrsinites B. repens* | Steele and others 1983 |
| *Abies lasiocarpa/ Symphoricarpos albus* H.T. | Mountains of northwestern Wyoming | Warm well-drained lower slopes | Climax | *P. engelmannii P. menziesii P. contorta P. tremuloides* | *S. albus A. alnifolia C. rubescens* | Steele and others 1983 |
| *Abies lasiocarpa/ Vaccinium globulare* H.T. | Mountains of northwestern Wyoming | Cool well-drained uplands | Climax | *P. engelmannii P. contorta P. menziesii P. albicaulis* | *V. globulare V. scoparium P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Vaccinium myrtillus* H.T. [*A. lasiocarpa/V. myrtillus-Linnaea borealis* H.T.] [*A. lasiocarpa/V. myrtillus-Rubus parviflorus* H.T.] [*A. lasiocarpa/Vaccinium scoparium-L. borealis* H.T.] | Mogollon Plateau, Arizona Mountains of northern New Mexico and southern Colorado | Cool moist to well-drained | Climax (AZ) co-climax with *P. engelmannii* (NM,CO) | *P. engelmannii Pinus aristata P. tremuloides P. menziesii A. concolor P. flexilis Picea pungens* | *V. myrtillus Disporum trachycarpum Calamagrostis canadensis Polemonium flavum V. scoparium L. borealis R. parviflorus* | Alexander and others 1985 DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |

Rvsd Plan - 00005766

108

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status A. lasiocarpa | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Carex rossii* H.T. | Mountains of northwestern Wyoming | Cool dry | Climax | *P. contorta* *P. tremuloides* *P. flexilis* | *C. rossii* | Steele and others 1983 |
| *Abies lasiocarpa/ Vaccinium scoparium* H.T. *A. lasiocarpa-Picea engelmannii/V. scoparium* P.C. [*P. engelmannii/V. scoparium* H.T.] | Mountains south from Wyoming to Arizona and New Mexico | Cool dry | Climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. tremuloides* *P. menziesii* *P. albicaulis* | *V. scoparium* *C. rubescens* *V. myrtillus* *A. cordifolia* *C. geyeri* *Erigeron superbus (E. eximius)* *L. borealis* *P. myrsinites* *Phyllodoce empetriformis* | Hess 1981 Hess and Wasser 1982 Hoffman and Alexander 1976 Hoffman and Alexander 1980 Hoffman and Alexander 1983 Komarkova 1984 Moir and Ludwig 1979 Steele and others 1983 Steen and Dix 1974 Wirsing and Alexander 1975 |
| *Abies lasiocarpa/ Xerophyllum tenax* H.T. | Mountains of northwestern Wyoming | Warm dry | Climax | *P. engelmannii* *P. albicaulis* *P. contorta* *P. menziesii* | *X. tenax* *V. scoparium* *V. globulare* | Steele and others 1983 |
| *Abies lasiocarpa/ Calamagrostis canadensis* H.T. *A. lasiocarpa-Picea engelmannii/C. canadensis* H.T. [*P. engelmannii/C. canadensis* H.T.] | Mountains of western Wyoming, and north-central and western Colorado | Cool wet | Climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. tremuloides* *P. menziesii* | *C. canadensis* *G. triflorum* *Vaccinium caespitosum* *Senecio triangularis* | Hess 1981 Komarkova 1984 Steele and others 1983 |
| *Abies lasiocarpa/ Calamagrostis rubescens* H.T. | Mountains of northwestern Wyoming | Warm dry | Climax | *P. contorta* *P. menziesii* *P. engelmannii* *P. tremuloides* | *C. rubescens* *P. myrsinites* *B. repens* *A. cordifolia* | Steele and others 1983 |
| *Abies lasiocarpa/ Luzula hitchcockii* H.T. | Mountains of northwestern Wyoming | Cool well-drained | Climax | *P. albicaulis* *P. contorta* *P. engelmannii* | *L. hitchcockii* *A. cordifolia* *V. scoparium* | Steele and others 1983 |

Rvsd Plan - 00005767

Table A–2—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Carex geyeri* H.T. *A. lasiocarpa-Picea engelmannii/C. geyeri* P.C. [*P. engelmannii/C. geyeri* H.T.] | Mountains of north-western Wyo-ming, southern Wyoming, and north-central and western Colorado | Warm to cool, dry | Climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. menziesii P. albicaulis P. tremuloides* | *C. geyeri Symphoricarpos oreophilus A. cordifolia Lupinus argenteus* | Hess 1981 Hess and Wasser 1982 Hoffman and Alex-ander 1975 Hoffman and Alex-ander 1983 Komarkova 1984 Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| *Abies lasiocarpa/ Actaea rubra* H.T. | Mountains of north-western Wyoming | Warm moist lower slopes | Co-climax with *P. engelmannii* | *P. engelmannii P. pungens P. menziesii P. contorta* | *A. rubra O. chilensis Lonicera utahensis V. globulare* | Steele and others 1983 |
| *Abies lasiocarpa/ Arnica cordifolia* H.T. | Mountains of north-western, north-central Wyoming, and western Colorado | Cool well-drained | Climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. albicaulis P. menziesii P. tremuloides* | *A. cordifolia P. secunda Astragalus miser Fragaria virginiana S. canadensis* | Hoffman and Alex-ander 1976 Komarkova 1984 Steele and others 1983 |
| *Abies lasiocarpa/ Arnica latifolia* H.T. | Mountains of north-western Wyoming | Cool dry | Seral to *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides P. menziesii P. albicaulis* | *A. latifolia Aster engelmannii Pedicularis racemosa* | Steele and others 1983 |
| *Abies lasiocarpa/ Picea engelmannii/ Cardamine cordifolia* P.C. [*A. lasiocarpa/Mertensia ciliata* H.T.] | Mountains of cen-tral and southern Colorado | Cool wet | Co-climax with *P. engelmannii* | *P. engelmannii P. tremuloides* | *C. cordifolia M. ciliata Mitella pentandra Carex bella* | DeVelice and others 1985 Steen and Dix 1974 |
| *Abies lasiocarpa/ Erigeron superbus (E. eximius)* H.T. | Mountains of south-west Colorado, northern New Mexico and Arizona | Cool dry | Co-climax with *P. engelmannii* | *P. engelmannii P. menziesii A. concolor Pinus ponderosa Pinus strobiformis P. tremuloides* | *E. superbus (E. eximius) Geranium richardsonii Lathyrus arizonicus Lonicera involucrata A. cordifolia* | Alexander and others 1985 DeVelice and others 1986 Fitzhugh and others 1985 Moir and Ludwig 1979 |

Rvsd Plan - 00005768

110

**Table A-2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/ Lathyrus arizonicus* H.T. [*A. lasiocarpa-Pinus strobiformis/L. arizonicus* H.T.] | San Francisco Peaks, Arizona Mogollon Mountains, New Mexico | Cool dry | Climax | *P. tremuloides P. menziesii* | *L. arizonicus G. richardsonii Smilacina stellata A. glabrum S. orephilus Vicia americana* | Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Abies lasiocarpa/ Picea engelmannii/Lupinus argenteus* P.C. | High mountains of central and southern Colorado | Warm well-drained | Co-climax with *P. engelmannii* | *P. engelmannii P. contorta* (long-lived seral) | *L. argenteus V. scoparium* | Steen and Dix 1974 |
| *Abies lasiocarpa/ Pedicularis racemosa* H.T. | Mountains of northwestern Wyoming | Warm dry | Climax | *P. engelmannii P. contorta P. menziesii P. albicaulis* | *P. racemosa A. cordifolia S. oreophilus P. myrsinites* | Steele and others 1983 |
| *Abies lasiocarpa/ Polemonium delicatum* H.T. *A. lasiocarpa/Picea engelmannii/P. delicatum* P.C. | High mountains of central and western Colorado | Cool dry | Co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides* | *P. delicatum Osmorhiza obtusa Vaccinium* spp. | Komarkova 1984 Steen and Dix 1974 |
| *Abies lasiocarpa/ Senecio sanguisorboides* H.T. | Sacramento Mountains, southern New Mexico | Cool dry to well-drained | Co-climax with *P. engelmannii* | *P. engelmannii P. menziesii P. tremuloides* | *S. sanguisorboides R. montigenum Ribes wolfii* | Alexander and others 1984a Moir and Ludwig 1979 |
| *Abies lasiocarpa/ Senecio triangularis* H.T. *A. lasiocarpa-Picea engelmannii/S. triangularis* H.T. [*P. engelmannii/S. triangularis* H.T.] | Mountains of northcentral and western Colorado | Cool wet | Co-climax with *P. engelmannii P. contorta* | *P. engelmannii P. contorta* | *S. triangularis C. cordifolia Equisetum arvense M. ciliata* | Hess 1981 Komarkova 1984 |
| *Abies lasiocarpa/ Thalictrum occidentale* H.T. | Mountains of northwestern Wyoming | Warm well-drained | Climax | *P. engelmannii P. menziesii P. contorta P. tremuloides P. albicaulis* | *T. occidentale O. chilensis A. cordifolia* | Steele and others 1983 |
| *Abies lasiocarpa/ Moss* spp. H.T. *A. lasiocarpa-Picea engelmannii/Moss* spp. P.C. | High mountains of central and southwestern Colorado, and northern New Mexico | Cool dry to well-drained | Co-climax with *P. engelmannii* | *P. engelmannii P. aristata P. tremuloides P. contorta* | *Moss* spp. *V. caespitosum Rosa* spp. | DeVelice and others 1986 Komarkova 1984 Steen and Dix 1974 |

Rvsd Plan - 00005769

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Abies lasiocarpa/* Scree H.T. | Mogollon Mountains, New Mexico | Warm dry | Climax | *P. menziesii* *P. strobiformis* | *S. oreophilus* *J. communis* *Holodiscus dumosus* | DeVelice and others 1986 Fitzhugh and others 1985 |
| *Picea engelmannii* series | | | | | | |
| *Picea engelmannii/* *Acer glabrum* H.T. | Sacramento Mountains, New Mexico Chiricahua Mountains, Arizona | Warm moist | Minor climax to *P. engelmannii* | *P. engelmannii* *P. menziesii* *P. tremuloides* | *A. glabrum* *Bromus ciliatus* *Viola canadensis* *S. stellata* | Alexander and others 1984a Moir and Ludwig 1979 |
| *Picea engelmannii/* *Vaccinium myrtillus* [*P. engelmannii/V. myrtillus- Polemonium pulcherrimum* H.T.] [*P. engelmannii/Vaccinium scoparium-P. delicatum* H.T.] | Sangre de Cristo Mountains, southern Colorado and northern New Mexico | Cool dry | Minor climax to *P. engelmannii* | *P. engelmannii* *P. tremuloides* *P. aristata* | *P. delicatum (P. pulcherrimum)* *Senecio* spp. *Deschampsia caespitosa* *Poa reflexa* *V. myrtillus* | DeVelice and others 1986 Moir and Ludwig 1979 |
| *Picea engelmannii/* *Vaccinium scoparium* H.T. | Mountains of northwestern Wyoming | Cool dry | Minor climax to *P. engelmannii* | *P. engelmannii* *P. contorta* *P. flexilis* *P. albicaulis* | *V. scoparium* *A. cordifolia* *Antenaria* spp. *Lupinus* spp. | Steele and others 1983 |
| *Picea engelmannii/* *Elymus triticoides* H.T. | Capitan Mountains, New Mexico | Cool dry to well-drained | Minor climax to or co-climax with *P. engelmannii* | *P. engelmannii* *P. menziesii* | *E. triticoides* *A. glabrum* *Jamesia americana* | Alexander and others 1984 Moir and Ludwig 1979 |
| *Picea engelmannii/* *Carex disperma* H.T. | Mountains of northwestern Wyoming | Cool moist | Minor climax to *P. engelmannii* | *P. engelmannii* *P. pungens* | *C. disperma* *P. secunda* *G. triflorum* | Steele and others 1983 |
| *Picea engelmannii/* *Caltha leptosepala* H.T. | Mountains of northwestern Wyoming | Warm moist | Minor climax to *P. engelmannii* | *P. engelmannii* *P. contorta* *P. albicaulis* | *C. leptosepala* *Trollius laxus* *V. scoparium* | Steele and others 1983 |
| *Picea engelmannii/* *Equisetum arvense* H.T. | Mountains of northwestern Wyoming | Warm to cool, wet | Minor climax to *P. engelmannii* | *P. engelmannii* *P. contorta* *P. pungens* | *E. arvense* *S. amplexifolius* *S. triangularis* *Luzula parviflora* | Steele and others 1983 |

112

Table A–2—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Picea engelmannii/ Galium trifolium* | Mountains of north-western Wyoming | Cool moist | Climax | *A. lasiocarpa P. contorta P. pungens P. menziesii* | *G. trifolium A. rubra S. stellata S. amplexifolius* | Steele and others 1983 |
| *Picea engelmannii/ Senecio cardamine* H.T. | Blue Mountains, Arizona | Cool moist | Seral to or minor climax to *P. engelmannii* | *P. engelmannii P. menziesii P. pungens P. ponderosa P. strobiformis A. concolor P. tremuloides* | *S. cardamine Fragaria ovalis G. richardsonii V. canadensis L. arizonicus* | Fitzhugh and others 1985 |
| *Picea engelmannii/ Trifolium dasyphyllum* H.T. | Mountains of north-central Colorado | Cold moist | Minor climax to or co-climax with *P. engelmannii* | *P. engelmannii* | *T. dasyphyllum Pyrola chlorantha Sedum lanceolatum* | Hess 1981 |
| *Picea engelmannii/ Moss* spp. H.T. | Mountains of south-western Colorado and northern New Mexico | Cool dry to well-drained | Co-climax with *P. engelmannii* | *P. engelmannii P. aristata P. tremuloides P. menziesii* | Moss spp. *Ribes* spp. *Vaccinium* spp. | Alexander and others 1985 Fitzhugh and others 1985 Moir and Ludwig 1979 |
| *Picea engelmannii/ Scree* H.T. | Mountains of north-ern New Mexico and southern Colorado | Warm dry | Minor climax to *P. engelmannii* | *P. engelmannii* | *J. communis Saxifrage bronchialis* | DeVelice and others 1986 |
| | | | *Picea pungens* series | | | |
| *Picea pungens/ Amelanchier alnifolia* H.T. | Mountains of western and cen-tral Colorado | Warm moist | Minor climax to *P. pungens* | *P. pungens P. menziesii Populus angustifolia* | *A. alnifolia Cornus stolonifera C. geyeri Swida sericea* | Hess and Wasser 1982 Komarkova 1984 |
| *Picea pungens/ Linnaea borealis* H.T. [*P. pungens-Pseudotsuga menziesii/L. borealis* H.T.] | Mountains of north-ern New Mexico and southern Colorado | Cool well-drained | Minor climax to *P. pungens A. concolor P. menziesii* | *P. pungens A. concolor P. menziesii P. engelmannii P. tremuloides P. flexilis* | *L. borealis P. myrsinites V. myrtillus R. parviflorus* | DeVelice and others 1986 Moir and Ludwig 1979 |

Rvsd Plan - 00005771

**Table A-2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Picea pungens/ Erigeron eximius* H.T. [*P. pungens-Picea engelmannii/E. superbus* H.T.] | White Mountains, Arizona | Cool dry | Minor climax to *P. pungens P. engelmannii* | *P. pungens P. engelmannii P. menziesii P. ponderosa P. strobiformis P. tremuloides A. concolor* | *E. superbus (E. eximius) Festuca arizonica Carex foenea F. virginiana* | *Moir and Ludwig 1979* |
| *Picea pungens/ Fragaria ovalis* H.T. | Mountains of Arizona and New Mexico | Cool moist | Minor climax to *P. pungens P. menziesii* | *P. pungens P. menziesii P. engelmannii P. tremuloides A. concolor* | *F. ovalis Senecio cardamine E. eximius (E. superbus) C. foenea F. arizonica* | Fitzhugh and others 1985 |
| *Picea pungens/ Senecio cardamine* H.T. [*P. pungens-Picea engelmannii/S. cardamine* H.T.] | White Mountains, Arizona | Cool moist | Co-climax with or minor climax to *P. pungens P. engelmannii* | *P. pungens P. engelmannii P. ponderosa P. menziesii P. strobiformis P. tremuloides A. concolor* | *S. cardamine Pteridium aquilinum Helenium hoopesii V. canadensis* | Fitzhugh and others 1985 Moir and Ludwig 1979 |

*Pinus contorta* series and other *P. contorta* dominated vegetation

| | | | | | | |
|---|---|---|---|---|---|---|
| *Pinus contorta/ Arctostaphylos uva-ursi* P.C. | Mountains of central and southern Colorado | Warm dry | Ultimate climax unknown; probably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides* | *A. uva-ursi B. repens Sitanion hystrix* | Steen and Dix 1974 |
| *Pinus contorta/ Juniperus communis* H.T. (CO); C.T. (WY) | Mountains of northwestern Wyoming and central Colorado | Warm dry | Minor climax to *P. contorta* (CO) Ultimate climax unknown (WY); probably co-climax with *P. engelmannii P. menziesii* | *P. engelmannii P. menziesii P. contorta P. tremuloides P. albicaulis* | *J. communis A. uva-ursi S. canadensis A. cordifolia* | Hess 1981 Steele and others 1983 |

Rvsd Plan - 00005772

114

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Pinus contorta/ Linnaea borealis* C.T. (WY); P.C. (CO) | Mountains of north-western Wyoming and central Colorado | Cool moist to well-drained | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. menziesii* *P. tremuloides* | *L. borealis* *V. scoparium* *V. globulare* *A. cordifolia* *C. rubescens* | Steele and others 1983 Steen and Dix 1974 |
| *Pinus contorta/ Pachistima myrsinites* P.C. | Mountains of cen-tral and southern Colorado | Warm dry to well-drained | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. tremuloides* | *P. myrsinites* *V. scoparium* *J. communis* *L. borealis* | Steen and Dix 1974 |
| *Pinus contorta/ Shepherdia canadensis* C.T. (WY); P.C. (CO) | Mountains of north-western Wyoming and central Colorado | Cool-warm dry to well-drained | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. tremuloides* *P. menziesii* | *S. canadensis* *A. cordifolia* *J. communis* *L. borealis* *A. uva-ursi* | Steele and others 1983 Steen and Dix 1974 |
| *Pinus contorta/ Spiraea betulifolia* C.T. | Mountains of north-western Wyoming | Warm dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. menziesii* | *S. betulifolia* *C. rubescens* *C. geyeri* | Steele and others 1983 |
| *Pinus contorta/ Vaccinium globulare* C.T. | Mountains of north-western Wyoming | Cool well-drained | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. menziesii* | *V. globulare* *L. utahensis* *V. scoparium* *C. rubescens* | Steele and others 1983 |
| *Pinus contorta/ Vaccinium scoparium* C.T. (WY); P.C. (CO) | Mountains of north-western Wyo-ming, southern Wyoming, and central Colorado | Cool to cold dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* *P. menziesii* | *P. engelmannii* *P. menziesii* *P. contorta* *P. albicaulis* *P. flexilis* | *V. scoparium* *C. rubescens* *A. cordifolia* *L. argenteus* *B. repens* *C. geyeri* *Ribes cereum* | Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| *Pinus contorta/ Calamagrostis rubescens* C.T. | Mountains of north-western Wyoming | Warm dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. menziesii* | *C. rubescens* *V. scoparium* *C. geyeri* | Steele and others 1983 |

Rvsd Plan - 00005773

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Pinus contorta/ Carex geyeri* C.T. (WY); P.C. (CO) | Mountains of north-western Wyo-ming, southern Wyoming, and central Colorado | Cool dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. menziesii P. albicaulis P. flexilis P. tremuloides* | *C. geyeri S. oreophilus A. cordifolia L. argenteus B. repens J. communis* | Hess 1981 Hess and Wasser 1982 Steele and others 1983 Steen and Dix 1974 Wirsing and Alex-ander 1975 |
| *Pinus contorta/ Carex rossii* C.T. | Mountains of north-western Wyoming | Warm dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. albicaulis P. tremuloides* | *C. rossii L. argenteus Poa nervosa* | Steele and others 1983 |
| *Pinus contorta/ Arnica cordifolia* C.T. | Mountains of north-western Wyoming | Cool dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. albicaulis P. flexilis* | *A. cordifolia Antennaria racemosa A. miser P. secunda* | Steele and others 1983 |
| *Pinus contorta/ Lupinus argenteus* P.C. | Mountains of cen-tral and southern Colorado | Warm dry to well-drained | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides* | *L. argenteus* | Steen and Dix 1974 |
| *Pinus contorta/ Lichen spp.* P.C. | Mountains of cen-tral and southern Colorado | Hot dry | Ultimate climax unknown; prob-ably climax | *P. contorta P. tremuloides* | Lichen spp. | Steen and Dix 1974 |

*Populus tremuloides* series and other *P. tremuloides* dominated vegetation

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Populus tremuloides-Abies lasiocarpa/Berberis repens* C.T. *P. tremuloides/B. repens* C.T. | Mountains of western Wyoming | Warm to cool. Well-drained | Climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides* | *B. repens S. albus P. myrsinites* | Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Pachistima myrsinites* P.C. | Mountains of cen-tral and south-western Colorado | Warm dry | Ultimate climax unknown; prob-ably climax or co-climax with *P. engelmannii* | *P. engelmannii P. contorta P. tremuloides* | *P. myrsinites V. scoparium C. geyeri C. rubescens* | Steen and Dix 1974 |

Rvsd Plan - 00005774

116

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status A. lasiocarpa | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Populus tremuloides-Abies lasiocarpa/Prunus virginiana* C.T. *P. tremuloides/P. virginiana* C.T. | Mountains of western Wyoming | Warm dry | Climax or co-climax with *P. menziesii* | *P. menziesii* *P. contorta* *P. tremuloides* | *P. virginiana* *B. repens* *S. oreophilus* *Rosa woodsii* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Shepherdia canadensis* C.T. *P. tremuloides/S. canadensis* C.T. | Mountains of western Wyoming | Cool-dry to well-drained | Climax | *P. engelmannii* *P. contorta* *P. tremuloides* | *S. canadensis* *Geranium viscosissimum* *A. cordifolia* *R. woodsii* *T. fendleri* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Symphoricarpos oreophilus* C.T. *P. tremuloides/S. oreophilus* C.T. | Mountains of western Wyoming | Warm well-drained | Ultimate climax unknown; probably climax or co-climax with *P. menziesii* | *P. menziesii* *A. concolor* *P. tremuloides* | *S. oreophilus* *P. virginiana* *B. repens* *Elymus glaucus* *C. rubescens* | Steele and others 1983 Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Elymus glaucus* P.C. | Mountains of central and southwestern Colorado | Warm moist to well-drained | Ultimate climax unknown; probably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. contorta* *P. tremuloides* | *E. glaucus* *A. alnifolia* *Symphoricarpos* spp. *Ligusticum porteri* | Steen and Dix 1974 |
| *Populus tremuloides/ Festuca thurberi* P.C. | Mountains of southwestern Colorado | Warm dry | Ultimate climax unknown; probably climax or co-climax with *P. engelmannii* | *P. engelmannii* *P. tremuloides* *P. menziesii* *P. flexilis* | *F. thurberi* *B. repens* *S. oreophilus* *Fragaria ovalis* | Steen and Dix 1974 |
| *Populus tremuloides-Abies lasiocarpa/Arnica cordifolia* C.T. *P. tremuloides/A. cordifolia* C.T. | Mountains of western Wyoming | Cool moist to well-drained | Climax | *P. contorta* *P. tremuloides* | *A. cordifolia* *S. oreophilus* *C. rossii* *O. chilensis* *P. nervosa* | Youngblood and Mueggler 1981 |
| *Populus tremuloides/ Heracleum lanatum* C.T. | Mountains of western Wyoming | Warm moist | Climax | *P. engelmannii* *P. contorta* *P. tremuloides* | *H. lanatum* *Pedicularis bracteosa* *T. fendleri* *E. glaucus* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Ligusticum filicinum* C.T. *P. tremuloides/L. filicinum* C.T. | Mountains of western Wyoming | Cool moist to well-drained | Climax | *P. menziesii* *P. flexills* *P. tremuloides* | *L. filicinum* *T. fendleri* *G. viscosissimum* *Osmorhiza occidentalis* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Pedicularis racemosa* C.T. | Mountains of western Wyoming | Cool moist | Climax | *P. engelmannii* *P. tremuloides* | *P. racemosa* *A. cordifolia* *S. oreophilus* | Youngblood and Mueggler 1981 |

Revised Plan - 000057775

**Table A–2**—*(continued)*

| Habitat type, community type, or plant community | Location | Site | Successional status *A. lasiocarpa* | Principal tree associates | Principal understory species | Authority |
|---|---|---|---|---|---|---|
| *Populus tremuloides/ Ranunculus alismaefolius* C.T. | Mountains of western Wyoming | Cool moist to wet | Climax | *P. engelmannii* *P. tremuloides* | *R. alismaefolius* *Carex microptera* *Trifolium longipes* | Youngblood and Mueggler 1981 |
| *Populus tremuloides-Abies lasiocarpa/Rudbeckia occidentalis* C.T. *P. tremuloides/R. occidentalis* C.T. | Mountains of western Wyoming | Cool moist to well-drained | Climax | *P. engelmannii* *P. tremuloides* | *R. occidentalis* *T. longipes* *Nemophila breviflora* *Melica spectabilis* *Symphoricarpos* spp. | Youngblood and Mueggler 1981 |
| *Pseudotsuga menziesii* series |||||||
| *Pseudotsuga menziesii/ Scree* H.T. | Mountains of southwestern New Mexico | Warm dry | Seral to *P. menziesii* | *P. menziesii* *P. engelmannii* *P. tremuloides* *P. strobiformis* | *Salix* spp. *S. oreophilus* *H. dumosus* *B. ciliatus* | DeVelice and others 1986 Fitzhugh and others 1985 |
| *Abies concolor* series |||||||
| *Abies concolor/ Acer glabrum* H.T. | Mountains of northern New Mexico | Warm moist | Minor climax to *A. concolor* *P. menziesii* | *A. concolor* *P. menziesii* *P. engelmannii* *P. pungens* *P. tremuloides* | *A. glabrum* *J. communis* *B. repens* *H. dumosus* *H. hoopesii* | Fitzhugh and others 1985 |
| *Abies concolor/ Vaccinium myrtillus* H.T. | Mountains of northern New Mexico and southern Colorado | Cool dry | Minor climax to *A. concolor* *P. menziesii* | *A. concolor* *P. menziesii* *P. pungens* *P. engelmannii* *P. tremuloides* | *E. superbus* *C. foenea* *Lathyrus* spp. *Fragaria* spp. | DeVelice and others 1986 |
| *Pinus albicaulis* series |||||||
| *Pinus albicaulis/ Vaccinium scoparium* H.T. | Mountains of northwestern Wyoming | Cool dry | Minor climax to *P. albicaulis* *P. contorta* | *P. albicaulis* *P. contorta* *P. engelmannii* | *V. scoparium* *A. cordifolia* *C. rossii* | Steele and others 1983 |
| *Pinus albicaulis/ Carex rossii* H.T. | Mountains of northwestern Wyoming | Cool dry | Minor climax to *P. albicaulis* *P. contorta* | *P. albicaulis* *P. contorta* *P. engelmannii* (minor climax) *P. flexilis* | *C. rossii* | Steele and others 1983 |

Rvsd Plan - 00005776

# Appendix B—Summarized Data on Climatic Factors (1969–82 growing seasons in spruce–fir forests at 10,500-foot elevation, Fraser Experimental Forest, CO)

**Table B–1**—*Average maximum, minimum, and mean for the five weather factors measured June through October, 1969–82 (adapted from Alexander 1984)*

| Factor | North aspect | | | South aspect | | |
|---|---|---|---|---|---|---|
| | Maximum | Minimum | Mean | Maximum | Minimum | Mean |
| Air temperature (°F) | 57.4 | 34.9 | 45.7 | 58.6 | 37.7 | 47.1 |
| Precipitation (inches) | 11.82 | 2.53 | 8.63 | 13.55 | 3.39 | 9.85 |
| Vapor pressure deficit (inches Hg) | 0.46 | 0.19 | 0.34 | 0.51 | 0.22 | 0.38 |
| Net radiation (langley/day) | 554 | 406 | 480 | 600 | 446 | 526 |
| Wind (mi/hr) | 11.6 | — | 3.2 | 17.6 | — | 5.3 |

**Table B–2**—*Mean hourly maximum, minimum, and mean air temperatures (°F) by aspect during the 1969–82 growing seasons (adapted from Alexander 1984)*

| Year | June[1] Max. | Min. | Mean | July Max. | Min. | Mean | August Max. | Min. | Mean | September Max. | Min. | Mean | October[2] Max. | Min. | Mean | Seasonal Max. | Min. | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **North aspect** | | | | | | | | | | | | | | | | | | |
| 1969 | 52.5 | 32.3 | 40.4 | 67.1 | 44.0 | 53.3 | 66.6 | 43.5 | 53.8 | 54.9 | 33.9 | 41.2 | 34.9 | 17.4 | 24.5 | 55.2 | 34.2 | 42.6 |
| 1970 | 65.3 | 42.1 | 53.6 | 65.1 | 41.5 | 52.7 | 63.7 | 41.9 | 51.5 | 51.4 | 29.1 | 39.4 | 41.6 | 23.9 | 31.9 | 57.4 | 35.7 | 45.8 |
| 1971 | 66.4 | 43.1 | 55.4 | 65.5 | 41.8 | 53.7 | 63.3 | 39.2 | 50.2 | 51.5 | 28.9 | 39.9 | 45.1 | 24.9 | 34.7 | 58.4 | 35.6 | 46.8 |
| 1972 | 60.7 | 36.8 | 48.3 | 66.1 | 40.6 | 53.4 | 62.3 | 39.0 | 49.7 | 52.9 | 34.0 | 42.9 | — | — | — | 60.5 | 37.6 | 48.6 |
| 1973 | 59.8 | 36.4 | 48.4 | 60.7 | 38.5 | 49.1 | 62.0 | 39.5 | 49.8 | 51.1 | 30.1 | 40.0 | — | — | — | 58.4 | 36.1 | 46.8 |
| 1974 | 60.0 | 37.6 | 49.5 | 62.3 | 39.8 | 50.3 | 61.7 | 38.1 | 49.6 | 53.7 | 31.3 | 42.0 | 44.6 | 27.0 | 34.6 | 56.5 | 34.8 | 45.2 |
| 1975 | 58.4 | 29.8 | 44.7 | 64.6 | 39.5 | 51.3 | 62.4 | 38.0 | 50.0 | 54.2 | 32.1 | 42.3 | 45.9 | 22.2 | 33.6 | 57.1 | 32.3 | 44.4 |
| 1976 | 56.5 | 32.9 | 44.9 | 66.3 | 41.1 | 53.5 | 60.2 | 37.5 | 48.4 | 52.5 | 32.4 | 41.7 | — | — | — | 58.9 | 36.0 | 47.1 |
| 1977 | 65.5 | 40.2 | 53.0 | 63.8 | 42.4 | 53.6 | 62.4 | 41.1 | 50.9 | 56.7 | 34.1 | 44.5 | 42.6 | 23.5 | 33.1 | 58.2 | 36.3 | 47.0 |
| 1978 | 64.8 | 42.7 | 54.0 | 68.3 | 41.3 | 55.1 | 62.3 | 36.8 | 49.0 | 55.5 | 31.6 | 43.2 | 48.9 | 28.3 | 37.8 | 60.0 | 36.1 | 47.8 |
| 1979 | 62.8 | 37.6 | 51.0 | 66.3 | 39.9 | 52.8 | 61.5 | 39.2 | 49.4 | 60.3 | 36.1 | 47.2 | 46.3 | 25.6 | 35.7 | 59.4 | 35.7 | 47.2 |
| 1980 | — | — | — | 67.1 | 41.4 | 54.0 | 62.2 | 38.2 | 49.7 | 56.7 | 33.3 | 44.5 | 45.8 | 25.7 | 35.0 | 58.0 | 34.7 | 45.8 |
| 1981 | 65.6 | 39.7 | 52.9 | 64.2 | 40.8 | 52.0 | 61.4 | 37.1 | 48.4 | 56.2 | 33.7 | 43.8 | 44.4 | 29.4 | 35.7 | 58.3 | 36.1 | 46.6 |
| 1982 | — | — | — | 63.2 | 39.0 | 50.8 | 62.5 | 39.8 | 50.1 | 51.1 | 32.1 | 40.8 | — | — | — | 58.9 | 37.0 | 47.2 |
| Average | 61.5 | 37.6 | 49.7 | 65.0 | 40.8 | 52.5 | 62.5 | 39.2 | 50.0 | 54.2 | 32.3 | 42.4 | 44.0 | 24.8 | 33.7 | 57.4 | 34.9 | 45.7 |
| **South aspect** | | | | | | | | | | | | | | | | | | |
| 1969 | 52.7 | 34.8 | 41.4 | 68.0 | 45.8 | 55.7 | 68.9 | 45.8 | 55.4 | 58.0 | 36.8 | 45.5 | 35.8 | 18.7 | 26.7 | 56.7 | 36.4 | 44.9 |
| 1970 | 64.8 | 44.8 | 53.9 | 66.6 | 43.5 | 53.5 | 66.0 | 45.0 | 53.6 | 53.6 | 31.9 | 41.9 | 43.1 | 26.4 | 32.7 | 58.8 | 38.3 | 47.1 |
| 1971 | 67.6 | 44.0 | 54.5 | 65.1 | 43.2 | 52.7 | 64.8 | 42.1 | 51.4 | 51.8 | 29.2 | 29.8 | 47.2 | 26.3 | 35.6 | 59.3 | 37.0 | 46.8 |
| 1972 | 60.8 | 38.9 | 49.2 | 67.2 | 43.4 | 54.3 | 63.7 | 42.0 | 51.2 | 53.8 | 35.7 | 43.9 | — | — | — | 61.4 | 40.0 | 49.6 |
| 1973 | 60.3 | 38.8 | 44.3 | 63.8 | 42.1 | 51.8 | 64.9 | 44.0 | 53.2 | 54.6 | 34.6 | 44.0 | — | — | — | 60.9 | 39.9 | 49.6 |
| 1974 | 61.9 | 40.0 | 50.1 | 63.7 | 42.6 | 51.4 | 63.2 | 41.3 | 51.1 | 55.7 | 33.9 | 43.8 | 46.1 | 29.8 | 36.0 | 58.1 | 37.5 | 46.5 |
| 1975 | 62.0 | 36.2 | 49.5 | 66.6 | 43.8 | 53.7 | 63.8 | 41.5 | 52.0 | 55.8 | 35.3 | 44.5 | 47.7 | 25.7 | 36.1 | 59.2 | 36.5 | 47.2 |
| 1976 | 54.4 | 33.3 | 44.3 | 65.3 | 43.4 | 53.5 | 60.0 | 39.4 | 48.8 | 51.9 | 34.1 | 42.0 | — | — | — | 57.9 | 37.6 | 47.2 |
| 1977 | 64.2 | 41.4 | 52.1 | 63.9 | 42.9 | 52.5 | 60.6 | 41.6 | 50.1 | 55.2 | 35.1 | 44.0 | 41.1 | 23.7 | 32.4 | 57.0 | 36.9 | 46.2 |
| 1978 | 66.1 | 45.8 | 56.1 | 70.7 | 46.9 | 58.2 | 63.7 | 41.2 | 51.4 | 56.3 | 34.9 | 44.8 | 50.7 | 30.0 | 38.9 | 61.5 | 40.0 | 50.0 |
| 1979 | 67.1 | 42.9 | 55.0 | 68.1 | 44.5 | 55.0 | 63.2 | 43.6 | 51.8 | 63.2 | 40.2 | 50.4 | 50.3 | 30.7 | 39.7 | 62.4 | 40.4 | 50.4 |
| 1980 | — | — | — | 69.6 | 46.8 | 57.3 | 63.8 | 42.1 | 51.8 | 58.9 | 37.2 | 47.1 | 47.7 | 28.8 | 36.9 | 60.0 | 38.7 | 48.3 |
| 1981 | 61.9 | 38.1 | 49.6 | 62.2 | 40.8 | 50.5 | 62.8 | 41.0 | 50.5 | 58.5 | 37.4 | 46.3 | 45.4 | 32.0 | 37.7 | 58.2 | 37.9 | 46.9 |
| 1982 | — | — | — | 64.6 | 43.4 | 53.0 | 63.7 | 44.2 | 52.2 | 52.9 | 36.0 | 43.6 | — | — | — | 60.4 | 41.2 | 49.6 |
| Average | 62.0 | 39.9 | 50.4 | 66.1 | 43.8 | 53.8 | 63.8 | 42.5 | 51.8 | 55.7 | 35.2 | 44.4 | 45.5 | 27.2 | 35.3 | 58.6 | 37.7 | 47.1 |

[1]  June averages are based upon measurements taken during part of the month following activation of weather station, which varied from June 3 to June 30 depending upon the time of snowmelt.

[2]  October averages are based upon measurements taken during part of the month preceding deactivation of weather station, which varied from October 1 to October 30 depending upon time of snowmelt.

Rvsd Plan - 00005778

**Table B–3**—*Mean monthly precipitation (inches) by aspect during the 1969–82 growing seasons (adapted from Alexander 1984)*

| Year | Total months | June | July | August | September | October | Seasonal Total | Seasonal Average |
|------|------|------|------|--------|-----------|---------|-------|---------|
| North aspect | | | | | | | | |
| 1969 | 4 | 5.22 | 1.48 | 2.26 | 2.33 | — | 11.29 | 2.82 |
| 1970 | 5 | 0.35 | 1.81 | 2.85 | 3.74 | 0 | 8.75 | 1.75 |
| 1971 | 5 | 0.27 | 1.23 | 1.74 | 2.07 | 1.62 | 6.93 | 1.39 |
| 1972 | 4 | 2.04 | 0.95 | 3.08 | 2.74 | — | 8.81 | 2.20 |
| 1973 | 4 | 1.10 | 4.22 | 1.58 | 1.84 | — | 8.74 | 2.18 |
| 1974 | 5 | 3.33 | 3.49 | 0.89 | 1.28 | 1.65 | 10.64 | 2.13 |
| 1975 | 5 | 0.24 | 1.99 | 2.24 | 1.41 | 1.99 | 7.89 | 1.57 |
| 1976 | 4 | 1.75 | 2.46 | 2.61 | 3.43 | — | 10.25 | 2.56 |
| 1977 | 5 | 1.17 | 4.33 | 2.47 | 1.75 | 2.10 | 11.82 | 2.36 |
| 1978 | 4 | 0 | 0.93 | 0.92 | 0.68 | — | 2.53 | 0.63 |
| 1979 | 5 | 0.21 | 1.82 | 2.55 | 0.47 | 0.79 | 5.84 | 1.17 |
| 1980 | 4 | — | 1.57 | 1.93 | 1.54 | 0.03 | 5.07 | 1.27 |
| 1981 | 5 | 0.44 | 3.23 | 2.30 | 1.54 | 0.41 | 7.92 | 1.58 |
| 1982 | 3 | — | 0.72 | 2.58 | 2.12 | — | 5.42 | 1.81 |
| Total | 62 | 16.12 | 30.23 | 30.00 | 26.94 | 8.59 | 111.88 | |
| Average | 4.43 | 1.34 | 2.16 | 2.14 | 1.92 | 1.07 | 8.63 | 1.80 |
| South aspect | | | | | | | | |
| 1969 | 4 | 5.72 | 2.03 | 2.21 | 3.59 | — | 13.55 | 3.39 |
| 1970 | 5 | 0.17 | 1.15 | 3.54 | 3.55 | 0.02 | 8.43 | 1.69 |
| 1971 | 5 | 0.27 | 1.62 | 2.84 | 2.88 | 1.27 | 8.88 | 1.78 |
| 1972 | 4 | 2.54 | 1.13 | 3.09 | 3.44 | — | 10.20 | 2.55 |
| 1973 | 4 | 1.58 | 3.68 | 1.30 | 2.69 | — | 9.25 | 2.31 |
| 1974 | 5 | 4.43 | 3.31 | 0.93 | 1.63 | 1.89 | 12.19 | 2.44 |
| 1975 | 5 | 0.10 | 2.28 | 1.67 | 0.97 | 2.54 | 7.56 | 1.51 |
| 1976 | 4 | 2.02 | 1.68 | 2.50 | 3.81 | — | 10.01 | 2.50 |
| 1977 | 5 | 0.78 | 3.39 | 2.94 | 1.92 | 2.40 | 11.43 | 2.29 |
| 1978 | 4 | 0.14 | 1.10 | 1.19 | 0.96 | — | 3.39 | 0.85 |
| 1979 | 5 | 0.37 | 1.65 | 3.77 | 0.51 | 1.13 | 7.43 | 1.49 |
| 1980 | 4 | — | 3.21 | 2.27 | 2.44 | 0.14 | 8.06 | 2.01 |
| 1981 | 5 | 1.10 | 2.85 | 1.65 | 2.47 | 0.58 | 8.65 | 1.73 |
| 1982 | 3 | — | 1.28 | 4.19 | 2.62 | — | 8.09 | 2.70 |
| Total | 62 | 19.22 | 30.36 | 34.09 | 33.48 | 9.97 | 127.12 | |
| Average | | 1.60 | 2.17 | 2.44 | 2.39 | 1.25 | 9.85 | 2.05 |

Rvsd Plan - 00005779

**Table B-4**—*Average daily maximum, minimum, and mean vapor pressure deficits (mm Hg) by aspect during the 1969–82 growing seasons (adapted from Alexander 1984)*

| Year | June Max. | June Min. | June Mean | July Max. | July Min. | July Mean | August Max. | August Min. | August Mean | September Max. | September Min. | September Mean | October Max. | October Min. | October Mean | Seasonal Max. | Seasonal Min. | Seasonal Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **North aspect** | | | | | | | | | | | | | | | | | | |
| 1969 | 12.43 | 2.69 | 9.26 | 14.75 | 8.02 | 12.00 | 16.42 | 3.84 | 10.44 | 10.52 | 5.25 | 7.46 | 5.35 | 2.51 | 4.03 | 11.89 | 4.46 | 8.64 |
| 1970 | 14.19 | 9.13 | 11.66 | 13.14 | 2.78 | 10.48 | 13.97 | 3.45 | 8.15 | 7.66 | 2.30 | 5.23 | 5.71 | 2.43 | 3.53 | 10.93 | 4.02 | 7.81 |
| 1971 | 13.14 | 6.89 | 10.42 | 10.87 | 5.88 | 8.74 | 12.62 | 5.56 | 9.53 | 8.85 | 1.81 | 6.51 | 8.68 | 2.15 | 6.12 | 10.83 | 4.46 | 8.26 |
| 1972 | 9.00 | 7.65 | 8.15 | 11.27 | 9.31 | 10.16 | 12.10 | 6.09 | 9.02 | 8.51 | 0.95 | 5.31 | — | — | — | 10.22 | 6.00 | 8.16 |
| 1973 | 10.76 | 3.37 | 7.83 | 11.64 | 0.76 | 6.78 | 10.50 | 6.32 | 8.20 | 10.43 | 0.97 | 7.12 | — | — | — | 10.83 | 2.86 | 7.48 |
| 1974 | 16.12 | 3.82 | 12.35 | 13.32 | 5.67 | 10.13 | 11.09 | 9.01 | 10.42 | 12.08 | 4.71 | 8.50 | 8.13 | 2.68 | 5.26 | 12.15 | 5.18 | 9.33 |
| 1975 | 13.59 | 5.98 | 8.83 | 15.73 | 9.48 | 12.03 | 15.77 | 5.18 | 9.52 | 13.67 | 5.24 | 8.47 | 8.80 | 1.83 | 6.35 | 13.51 | 5.54 | 9.04 |
| 1976 | 15.60 | 1.71 | 9.73 | 14.55 | 8.24 | 10.80 | 13.43 | 6.78 | 10.27 | 9.97 | 0.68 | 5.95 | — | — | — | 13.88 | 4.35 | 9.19 |
| 1977 | 16.33 | 10.90 | 13.28 | 14.76 | 2.98 | 10.74 | 15.47 | 5.89 | 11.10 | 12.27 | 6.63 | 9.39 | 4.13 | 1.32 | 2.55 | 12.59 | 5.54 | 9.41 |
| 1978 | 14.07 | 10.47 | 11.91 | 17.63 | 11.60 | 14.08 | 12.62 | 7.11 | 10.40 | 12.99 | 6.17 | 9.26 | 8.57 | 5.85 | 6.82 | 13.18 | 8.24 | 10.49 |
| 1979 | 14.64 | 1.38 | 9.46 | 15.47 | 9.00 | 12.32 | 15.69 | 0.88 | 9.22 | 15.02 | 6.83 | 9.88 | 9.80 | 0.88 | 6.11 | 14.12 | 3.79 | 9.40 |
| 1980 | — | — | — | 16.00 | 7.29 | 11.69 | 14.96 | 5.71 | 11.28 | 10.61 | 7.02 | 8.35 | 9.80 | 2.07 | 6.56 | 12.56 | 5.52 | 9.47 |
| 1981 | 11.75 | 5.24 | 9.07 | 15.77 | 7.93 | 12.31 | 12.80 | 5.67 | 9.21 | 10.33 | 4.16 | 7.67 | — | — | — | 12.66 | 5.75 | 9.56 |
| 1982 | — | — | — | 14.27 | 4.69 | 10.56 | 14.08 | 8.24 | 10.18 | 8.85 | 5.80 | 7.32 | 9.54 | 2.58 | 6.04 | 11.68 | 5.33 | 8.52 |
| Average | 13.47 | 5.77 | 10.16 | 14.27 | 6.69 | 10.92 | 13.68 | 5.70 | 9.78 | 10.76 | 4.18 | 7.60 | 7.75 | 2.43 | 5.34 | 11.97 | 4.95 | 8.76 |
| **South aspect** | | | | | | | | | | | | | | | | | | |
| 1969 | 12.52 | 2.85 | 9.52 | 16.55 | 11.26 | 13.43 | 18.06 | 6.76 | 13.12 | 13.32 | 6.93 | 9.57 | 7.36 | 2.94 | 5.14 | 13.56 | 6.15 | 10.16 |
| 1970 | 14.47 | 11.45 | 12.96 | 14.76 | 4.32 | 11.78 | 15.27 | 3.84 | 9.43 | 7.96 | 3.14 | 6.47 | 8.38 | 3.07 | 4.87 | 12.17 | 5.17 | 9.10 |
| 1971 | 14.18 | 10.02 | 12.02 | 14.34 | 5.50 | 10.18 | 12.70 | 5.97 | 10.60 | 11.69 | 2.52 | 8.42 | 10.47 | 2.66 | 7.55 | 12.68 | 5.33 | 9.75 |
| 1972 | 9.80 | 8.25 | 8.88 | 13.26 | 10.47 | 11.68 | 14.08 | 8.54 | 10.80 | 10.61 | 0.73 | 5.85 | — | — | — | 11.94 | 7.00 | 9.30 |
| 1973 | 10.87 | 2.39 | 7.74 | 14.37 | 1.91 | 8.89 | 10.87 | 7.29 | 8.71 | 11.60 | 0.82 | 7.74 | — | — | — | 11.93 | 3.10 | 8.27 |
| 1974 | 15.93 | 3.67 | 12.09 | 13.43 | 5.43 | 9.56 | 15.07 | 8.48 | 11.00 | 12.43 | 4.27 | 8.05 | 8.43 | 3.02 | 5.23 | 13.06 | 4.97 | 9.19 |
| 1975 | 14.88 | 5.12 | 8.56 | 19.15 | 11.26 | 13.23 | 14.07 | 6.17 | 9.57 | 15.67 | 4.05 | 9.01 | 9.46 | 1.50 | 6.71 | 14.65 | 5.62 | 9.42 |
| 1976 | 14.57 | 1.08 | 9.71 | 13.25 | 9.67 | 11.37 | 13.27 | 4.32 | 10.76 | 11.26 | 0.97 | 8.01 | — | — | — | 13.09 | 4.01 | 9.96 |
| 1977 | 15.42 | 10.33 | 12.25 | 13.79 | 2.99 | 9.91 | 14.02 | 5.02 | 10.47 | 12.70 | 5.92 | 8.99 | 1.68 | 0.90 | 1.12 | 11.52 | 5.03 | 8.55 |
| 1978 | 13.60 | 10.52 | 11.99 | 19.30 | 11.18 | 15.10 | 13.43 | 7.14 | 11.39 | 14.27 | 5.54 | 10.92 | 9.84 | 6.44 | 7.91 | 14.09 | 8.16 | 11.46 |
| 1979 | 14.96 | 13.33 | 13.55 | 15.67 | 9.82 | 13.14 | 14.62 | 0.17 | 8.73 | 15.73 | 7.51 | 10.77 | 11.49 | 0.33 | 7.00 | 14.49 | 6.23 | 10.64 |
| 1980 | — | — | — | 16.08 | 5.69 | 12.70 | 15.26 | 6.59 | 11.63 | 12.01 | 7.97 | 9.79 | 12.17 | 5.30 | 8.70 | 13.88 | 6.39 | 10.70 |
| 1981 | 12.11 | 4.20 | 8.73 | 16.33 | 7.42 | 12.12 | 13.67 | 6.57 | 10.74 | 11.39 | 4.27 | 8.41 | — | — | — | 13.38 | 5.62 | 10.00 |
| 1982 | — | — | — | 14.55 | 4.02 | 10.50 | 15.02 | 9.10 | 11.26 | 10.60 | 6.34 | 8.47 | 10.43 | 2.98 | 6.62 | 12.65 | 5.61 | 9.21 |
| Average | 13.61 | 6.93 | 10.67 | 15.34 | 7.21 | 11.68 | 14.24 | 6.00 | 10.59 | 12.23 | 4.36 | 8.60 | 8.97 | 2.91 | 6.08 | 12.88 | 5.48 | 9.52 |

Rvsd Plan - 00005780

122

**Table B–5**—*Average daily maximum, minimum, and mean net incident radiation (1y) by aspect during the 1969–82 growing seasons (adapted from Alexander 1984)*

| Year | June Max. | June Min. | June Mean | July Max. | July Min. | July Mean | August Max. | August Min. | August Mean | September Max. | September Min. | September Mean | October Max. | October Min. | October Mean | Seasonal Max. | Seasonal Min. | Seasonal Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North aspect | | | | | | | | | | | | | | | | | | |
| 1969 | 589 | 493 | 533 | 695 | 571 | 632 | 593 | 428 | 506 | 506 | 353 | 407 | 264 | 218 | 247 | 529 | 413 | 465 |
| 1970 | 699 | 531 | 636 | 690 | 472 | 579 | 540 | 381 | 448 | 471 | 344 | 413 | 432 | 206 | 305 | 566 | 387 | 476 |
| 1971 | 781 | 370 | 593 | 708 | 589 | 644 | 622 | 369 | 496 | 533 | 402 | 468 | 404 | 301 | 340 | 610 | 406 | 508 |
| 1972 | 759 | 588 | 639 | 710 | 564 | 657 | 578 | 385 | 468 | 432 | 363 | 402 | 388 | 191 | 274 | 573 | 418 | 488 |
| 1973 | 677 | 549 | 622 | 705 | 377 | 552 | 550 | 402 | 474 | 454 | 331 | 405 | 326 | 259 | 286 | 542 | 384 | 468 |
| 1974 | 693 | 510 | 622 | 696 | 477 | 547 | 584 | 495 | 537 | 510 | 428 | 470 | 442 | 127 | 297 | 585 | 407 | 495 |
| 1975 | 701 | 538 | 627 | 624 | 553 | 587 | 610 | 440 | 522 | 540 | 329 | 441 | 444 | 233 | 346 | 584 | 419 | 505 |
| 1976 | 696 | 580 | 631 | 601 | 442 | 539 | 543 | 413 | 496 | 503 | 253 | 364 | 370 | 296 | 337 | 543 | 397 | 473 |
| 1977 | 704 | 518 | 590 | 701 | 397 | 555 | 518 | 382 | 450 | 474 | 385 | 430 | 385 | 250 | 317 | 556 | 386 | 468 |
| 1978 | 761 | 504 | 658 | 648 | 579 | 606 | 609 | 511 | 538 | 482 | 353 | 413 | 421 | 216 | 334 | 584 | 433 | 510 |
| 1979 | 636 | 572 | 613 | 618 | 513 | 547 | 496 | 389 | 420 | 473 | 388 | 438 | 421 | 240 | 333 | 529 | 420 | 470 |
| 1980 | 768 | 680 | 717 | 654 | 489 | 583 | 544 | 382 | 491 | 479 | 432 | 456 | 441 | 193 | 338 | 577 | 435 | 517 |
| 1981 | 703 | 606 | 657 | 533 | 472 | 503 | 523 | 339 | 444 | 432 | 368 | 397 | 308 | 228 | 282 | 500 | 403 | 456 |
| 1982 | 660 | 487 | 564 | 596 | 482 | 546 | 454 | 348 | 390 | 339 | 285 | 308 | 348 | 264 | 303 | 479 | 373 | 422 |
| Average | 702 | 538 | 622 | 656 | 498 | 577 | 555 | 405 | 477 | 473 | 358 | 415 | 385 | 230 | 310 | 554 | 406 | 480 |
| South aspect | | | | | | | | | | | | | | | | | | |
| 1969 | 585 | 488 | 528 | 690 | 582 | 638 | 622 | 469 | 546 | 579 | 425 | 485 | 382 | 303 | 337 | 572 | 453 | 507 |
| 1970 | 691 | 526 | 630 | 685 | 472 | 585 | 577 | 416 | 484 | 569 | 429 | 492 | 557 | 275 | 414 | 616 | 424 | 521 |
| 1971 | 773 | 368 | 587 | 731 | 600 | 651 | 643 | 411 | 531 | 626 | 486 | 557 | 541 | 434 | 464 | 663 | 460 | 558 |
| 1972 | 751 | 584 | 633 | 734 | 575 | 665 | 607 | 429 | 504 | 538 | 413 | 480 | 500 | 276 | 370 | 626 | 455 | 530 |
| 1973 | 670 | 546 | 616 | 700 | 381 | 557 | 588 | 488 | 511 | 519 | 412 | 482 | 453 | 334 | 392 | 586 | 432 | 512 |
| 1974 | 686 | 507 | 616 | 689 | 487 | 551 | 625 | 522 | 572 | 594 | 517 | 560 | 554 | 183 | 393 | 630 | 443 | 538 |
| 1975 | 694 | 533 | 621 | 624 | 571 | 593 | 645 | 471 | 564 | 622 | 386 | 526 | 573 | 337 | 468 | 632 | 460 | 554 |
| 1976 | 689 | 570 | 623 | 597 | 457 | 544 | 593 | 450 | 536 | 574 | 316 | 431 | 513 | 435 | 472 | 593 | 446 | 521 |
| 1977 | 696 | 513 | 585 | 724 | 405 | 571 | 544 | 417 | 486 | 542 | 452 | 514 | 535 | 344 | 432 | 608 | 426 | 518 |
| 1978 | 753 | 501 | 651 | 660 | 583 | 612 | 639 | 546 | 580 | 551 | 427 | 492 | 543 | 317 | 454 | 629 | 475 | 558 |
| 1979 | 630 | 568 | 607 | 617 | 510 | 552 | 520 | 416 | 453 | 567 | 484 | 522 | 421 | 240 | 450 | 551 | 444 | 517 |
| 1980 | 764 | 692 | 710 | 666 | 489 | 590 | 571 | 426 | 530 | 598 | 522 | 560 | 569 | 269 | 457 | 634 | 480 | 569 |
| 1981 | 695 | 602 | 650 | 544 | 469 | 509 | 559 | 370 | 490 | 523 | 432 | 474 | 445 | 317 | 385 | 553 | 438 | 502 |
| 1982 | 656 | 482 | 559 | 595 | 492 | 549 | 476 | 388 | 419 | 410 | 335 | 373 | 450 | 382 | 409 | 517 | 416 | 462 |
| Average | 695 | 534 | 615 | 661 | 505 | 583 | 586 | 444 | 515 | 558 | 431 | 496 | 503 | 318 | 421 | 600 | 446 | 526 |

**Table B–6**—*Mean daily and peak gust wind velocity (mp/h) by aspect during the 1970–82 growing seasons (adapted from Alexander 1984)*

| Year | June Hourly rate | June Peak gust | July Hourly rate | July Peak gust | August Hourly rate | August Peak gust | September Hourly rate | September Peak gust | October Hourly rate | October Peak gust | Total Hourly rate | Total Peak gust | Average Hourly rate | Average Peak gust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North aspect | | | | | | | | | | | | | | |
| 1970 | — | — | — | — | 1.4 | 3.4 | 1.9 | 5.2 | 1.3 | 3.4 | 4.6 | 12.0 | 1.5 | 4.0 |
| 1971 | — | — | 2.4 | 5.9 | 2.2 | 4.8 | 2.3 | 6.3 | 2.1 | 5.7 | 9.0 | 22.7 | 2.2 | 5.7 |
| 1972 | 2.6 | 6.9 | 2.2 | 5.5 | 1.7 | 4.2 | 1.8 | 5.2 | — | — | 8.3 | 21.8 | 2.1 | 5.4 |
| 1973 | 2.2 | 5.7 | 2.0 | 4.6 | 1.8 | 4.1 | 1.8 | 4.7 | — | — | 7.8 | 19.1 | 2.0 | 4.8 |
| 1974 | 2.2 | 6.1 | 1.6 | 4.5 | 1.7 | 5.5 | 1.6 | 5.1 | 1.8 | 5.3 | 8.9 | 26.5 | 1.8 | 5.3 |
| 1975 | 2.7 | 6.8 | 1.6 | 4.3 | 1.4 | 4.4 | 1.2 | 4.2 | 1.7 | 4.9 | 8.6 | 24.6 | 1.7 | 4.9 |
| 1976 | 2.6 | 7.3 | 1.7 | 4.6 | 1.5 | 4.2 | 1.1 | 3.2 | — | — | 6.9 | 19.3 | 1.7 | 4.8 |
| 1977 | 2.1 | 5.4 | 1.6 | 4.2 | 1.5 | 4.1 | 1.8 | 4.8 | — | — | 7.0 | 18.5 | 1.8 | 4.6 |
| 1978 | 2.4 | 6.3 | 1.3 | 4.5 | 1.3 | 4.4 | 1.2 | 4.2 | 1.4 | 4.9 | 7.6 | 24.3 | 1.5 | 4.9 |
| 1979 | 1.7 | 6.0 | 1.1 | 4.1 | 1.0 | 4.0 | 1.0 | 3.9 | 1.2 | 5.0 | 6.0 | 22.9 | 1.2 | 4.6 |
| 1980 | — | — | 1.6 | 4.2 | 1.4 | 4.2 | 1.9 | 4.2 | 1.2 | 3.2 | 6.1 | 15.8 | 1.5 | 4.0 |
| 1981 | 1.4 | 3.8 | 0.5 | 1.8 | 0.5 | 1.3 | 0.4 | 1.2 | 0.3 | 1.3 | 3.1 | 9.4 | 0.6 | 1.9 |
| 1982 | — | — | 1.0 | 2.4 | 0.6 | 1.6 | 0.7 | 1.9 | 0.8 | 2.8 | 3.1 | 7.8 | 0.8 | 2.0 |
| Total | 19.9 | 54.3 | 18.6 | 50.6 | 17.8 | 50.3 | 19.0 | 53.5 | 11.7 | 36.4 | 87.0 | 245.1 | | |
| Average | 2.2 | 6.0 | 1.6 | 4.2 | 1.4 | 3.9 | 1.5 | 4.1 | 1.4 | 4.0 | 8.0 | 22.2 | 1.6 | 4.5 |
| South aspect | | | | | | | | | | | | | | |
| 1970 | — | — | — | — | 1.1 | 3.6 | 2.6 | 7.0 | 2.5 | 6.2 | 6.2 | 16.8 | 2.1 | 5.5 |
| 1971 | — | — | 2.2 | 6.3 | 1.2 | 4.2 | 2.6 | 8.2 | 2.6 | 8.6 | 8.6 | 27.3 | 2.2 | 6.8 |
| 1972 | 2.3 | 9.7 | 2.2 | 7.1 | 1.8 | 5.3 | 2.7 | 9.1 | — | — | 9.0 | 31.2 | 2.2 | 7.8 |
| 1973 | 3.3 | 9.4 | 2.2 | 6.3 | 2.2 | 6.4 | 2.8 | 7.2 | — | — | 10.5 | 29.3 | 2.6 | 7.3 |
| 1974 | 2.7 | 7.7 | 1.8 | 5.6 | 2.3 | 7.5 | 2.3 | 7.5 | 2.3 | 7.1 | 11.4 | 35.4 | 2.3 | 7.1 |
| 1975 | 3.3 | 10.4 | 1.6 | 5.4 | 1.7 | 6.5 | 1.7 | 6.1 | 2.1 | 7.1 | 10.4 | 35.5 | 2.1 | 7.1 |
| 1976 | 3.4 | 10.8 | 1.8 | 5.6 | 1.8 | 5.8 | 1.7 | 5.1 | — | — | 8.7 | 27.3 | 2.2 | 6.8 |
| 1977 | 2.3 | 7.7 | 1.5 | 5.7 | 2.0 | 7.2 | 2.7 | 9.0 | — | — | 8.5 | 29.6 | 2.1 | 7.4 |
| 1978 | 2.4 | 8.5 | 1.9 | 7.2 | 1.9 | 7.0 | 1.8 | 6.7 | 2.6 | 8.6 | 10.6 | 38.0 | 2.1 | 7.6 |
| 1979 | 1.7 | 7.4 | 1.5 | 6.0 | 1.2 | 5.8 | 1.5 | 5.7 | 2.2 | 7.9 | 8.1 | 32.8 | 1.6 | 6.6 |
| 1980 | — | — | 2.4 | 6.9 | 2.5 | 7.2 | 2.8 | 8.2 | 2.6 | 6.2 | 10.3 | 28.5 | 2.6 | 7.1 |
| 1981 | 2.2 | 5.8 | 0.9 | 2.7 | 0.8 | 2.3 | 0.9 | 2.8 | 1.0 | 2.8 | 5.8 | 16.4 | 1.2 | 3.3 |
| 1982 | — | — | 2.3 | 4.4 | 0.7 | 2.1 | 0.8 | 2.6 | 1.6 | 5.1 | 5.4 | 14.2 | 1.4 | 3.6 |
| Total | 23.6 | 77.4 | 22.2 | 69.2 | 21.1 | 70.9 | 26.7 | 85.2 | 19.5 | 59.5 | 113.1 | 362.2 | | |
| Average | 2.6 | 8.6 | 1.9 | 5.6 | 1.6 | 5.5 | 2.0 | 6.5 | 2.2 | 6.6 | 10.3 | 32.8 | 2.0 | 6.6 |

Rvsd Plan - 00005782

# Appendix C—How To Determine Residual Stand Structure for Selection Cutting

A plot of the distribution of number of trees in successive diameter classes follows a typical inverse *J*-shaped curve (fig. C–1), which may be described by the negative exponential function:

$$N_i = ke^{-aD_i} \qquad (C\text{--}1)$$

where $N_i$ and $D_i$ are, respectively, number of trees per acre and midpoint of the $i$ th diameter class. Parameters $a$ and $k$ characterize a given distribution. The constant $a$ controls the rate at which number of trees change between successive diameter classes. The value of $a$ is related to $q$ by the equation:

$$a = (\ln q)/h \qquad (C\text{--}2)$$

where $h$ is the width of the diameter classes. For 2-in diameter classes discussed in this paper, $h = 2$. Substituting equation (C–2) into equation (C–1) with $h = 2$ gives the following expression of the negative exponential function:

$$N_i = ke^{-D_i(\ln q)/2} \qquad (C\text{--}3)$$

The value of $q$ can be estimated for a given set of stand inventory data by using the linear regression:

$$\ln N_i = b_o + b_iD_i$$

where $b_o$ and $b_i$ are estimates of the regression parameters. For 2-in diameter classes, $q = e^{-2b_i}$. Note the value of $q$ for 2-in diameter classes is the square of $q$ for 1-in classes.

The value of $k$ in equations (C–1) and (C–3) represents a measure of density, but it is not easily related to usable measures for timber management purposes. The most useful density measures for uneven-aged spruce–fir stands are stand basal area per acre and crown competition factor (CCF) per acre (Alexander 1971). Moser (1976) presents a method for relating basal area and CCF to $k$ that is adapted here to spruce–fir stands. Both density measures may be expressed by the formula:

$$\text{density} = c_1\sum_i N_i + c_2\sum_i N_iD_i + c_3\sum_i N_iD_i{}^2 \qquad (C\text{--}4)$$

where values of coefficients $c_1$, $c_2$, and $c_3$ are:

|       | *Basal area* | *CCF* |
|-------|--------------|-------|
| $c_1$ | 0.0          | 0.0340 |
| $c_2$ | .0           | .0161 |
| $c_3$ | .0054542     | .0019 |



**Figure C–1**—Diameter distribution for a $q$ of 1.5, maximum tree d.b.h. of 24 in, and a residual stock of 80 ft² of basal area per acre (Alexander and Edminster 1977b).

The $\Sigma_i$ in equation (C–4) represents a summation over all diameter classes. After substituting equation (C–3) into equation (C–4) and performing some algebraic manipulations, the density parameter $k$ may be expressed as:

$$k = \frac{\text{density}}{\sum\limits_i (c_1 + c_2D_i + c_3D_i{}^2)e^{-D_i(\ln q)/2}} \qquad (C\text{--}5)$$

Thus, for a given density expressed as basal area per acre of CCF, a range of diameter classes, and a $q$ value, the value of the density parameter $k$ of the negative exponential function may be computed. Values of the denominator of equation (C–5) for a range of 2-in diameter classes and $q$ values are presented in tables C–1 and C–2 to simplify computation of $k$. After $k$ is computed, number of trees in each diameter class may be computed using equation (C–3).

Table C–3 gives values of $e^{-D_i(\ln q)/2}$ to simplify computation of number of trees in 2-in diameter classes using equation (C–3). Table C–4 is included to aid in computation of

Rvsd Plan - 00005783

**Table C–1**—*Values for the denominator of equation (C–5) for different q ratios and diameter ranges using basal area as the density measure (adapted from Alexander and Edminster 1977b)*

| 2–in diameter classes (1) | q ratio | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1.1 (2) | 1.2 (3) | 1.3 (4) | 1.4 (5) | 1.5 (6) | 1.6 (7) | 1.7 (8) | 1.8 (9) | 1.9 (10) | 2.0 (11) |
| 2 | 0.01983 | 0.01818 | 0.01678 | 0.01558 | 0.01454 | 0.01364 | 0.01283 | 0.01212 | 0.01148 | 0.01091 |
| 4 | .09196 | .07878 | .06842 | .06011 | .05333 | .04772 | .04303 | .03905 | .03566 | .03273 |
| 6 | .23948 | .19241 | .15779 | .13166 | .11151 | .09566 | .08300 | .07272 | .06428 | .05727 |
| 8 | .47790 | .36075 | .28001 | .22253 | .18046 | .14893 | .12479 | .10597 | .09107 | .07909 |
| 10 | .81656 | .57994 | .42691 | .32394 | .25228 | .20094 | .16320 | .13484 | .11310 | .09613 |
| 12 | 1.25990 | .84297 | .58963 | .42825 | .32124 | .24775 | .19574 | .15793 | .12979 | .10840 |
| 14 | 1.80848 | 1.14132 | .75999 | .52966 | .38380 | .28758 | .22179 | .17539 | .14175 | .11675 |
| 16 | 2.45985 | 1.46605 | .93116 | .62428 | .43828 | .32009 | .24181 | .18806 | .14997 | .12221 |
| 18 | 3.20930 | 1.80854 | 1.09780 | .70981 | .48425 | .34580 | .25671 | .19697 | .15545 | .12566 |
| 20 | 4.05043 | 2.16089 | 1.25606 | .78523 | .52209 | .36565 | .26753 | .20308 | .15901 | .12779 |
| 22 | 4.97568 | 2.51618 | 1.40336 | .85042 | .55261 | .38065 | .27524 | .20719 | .16127 | .12908 |
| 24 | 5.97669 | 2.86853 | 1.53820 | .90583 | .57682 | .39181 | .28063 | .20991 | .16269 | .12985 |
| 26 | 7.04470 | 3.21314 | 1.65994 | .95229 | .59576 | .40000 | .28435 | .21168 | .16357 | .13030 |
| 28 | 8.17072 | 3.54619 | 1.76854 | .99077 | .61041 | .40593 | .28689 | .21282 | .16410 | .13056 |
| 30 | 9.34585 | 3.86479 | 1.86444 | 1.02232 | .62162 | .41019 | .28861 | .21354 | .16443 | .13071 |
| 32 | 10.56133 | 4.16688 | 1.94837 | 1.04797 | .63012 | .41322 | .28975 | .21400 | .16462 | .13079 |
| 34 | 11.80875 | 4.45107 | 2.02126 | 1.06864 | .63652 | .41536 | .29052 | .21429 | .16474 | .13084 |
| 36 | 13.08011 | 4.71658 | 2.08412 | 1.08520 | .64131 | .41685 | .29102 | .21447 | .16480 | .13087 |

Rvsd Plan - 00005784

126

**Table C–2**—*Values for the denominator of equation (C–5) for different q ratios and diameter ranges using crown competition factor (CCF) as the density measure (adapted from Alexander and Edminster 1977b)*

| 2–in diameter classes (1) | q ratio | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1.1 (2) | 1.2 (3) | 1.3 (4) | 1.4 (5) | 1.5 (6) | 1.6 (7) | 1.7 (8) | 1.8 (9) | 1.9 (10) | 2.0 (11) |
| 2 | 0.06709 | 0.06150 | 0.05677 | 0.05271 | 0.04920 | 0.04612 | 0.04341 | 0.04100 | 0.03884 | 0.03690 |
| 4 | .17354 | .15094 | .13298 | .11843 | .10644 | .09644 | .08798 | .08075 | .07452 | .06910 |
| 6 | .32305 | .26611 | .22356 | .19095 | .16541 | .14502 | .12848 | .11488 | .10353 | .09397 |
| 8 | .51730 | .40326 | .32314 | .26498 | .22159 | .18842 | .16254 | .14197 | .12536 | .11175 |
| 10 | .75635 | .55798 | .42683 | .33657 | .27228 | .22513 | .18965 | .16234 | .14091 | .12378 |
| 12 | 1.03904 | .72570 | .53058 | .40308 | .31625 | .25498 | .21040 | .17707 | .15155 | .13161 |
| 14 | 1.36325 | .90202 | .63127 | .46301 | .35323 | .27852 | .22580 | .18739 | .15862 | .13654 |
| 16 | 1.72620 | 1.08296 | .72664 | .51573 | .38358 | .29663 | .23695 | .19445 | .16320 | .13958 |
| 18 | 2.12459 | 1.26502 | .81523 | .56120 | .40802 | .31030 | .24487 | .19918 | .16611 | .14142 |
| 20 | 2.55486 | 1.44526 | .89618 | .59978 | .42737 | .32045 | .25041 | .20231 | .16793 | .14251 |
| 22 | 3.01324 | 1.62128 | .96916 | .63208 | .44249 | .32789 | .25422 | .20434 | .16905 | .14314 |
| 24 | 3.49590 | 1.79117 | 1.03417 | .65879 | .45417 | .33327 | .25682 | .20565 | .16974 | .14351 |
| 26 | 3.99905 | 1.95352 | 1.09152 | .68068 | .46309 | .33713 | .25858 | .20649 | .17015 | .14373 |
| 28 | 4.51897 | 2.10730 | 1.14167 | .69845 | .46986 | .33987 | .25975 | .20701 | .17040 | .14385 |
| 30 | 5.05209 | 2.25184 | 1.18518 | .71276 | .47494 | .34180 | .26053 | .20734 | .17054 | .14391 |
| 32 | 5.59503 | 2.38678 | 1.22267 | .72422 | .47874 | .34315 | .26104 | .20755 | .17063 | .14395 |
| 34 | 6.14461 | 2.51199 | 1.25478 | .73333 | .48156 | .34409 | .26137 | .20768 | .17068 | .14397 |
| 36 | 6.69785 | 2.62752 | 1.28213 | .74053 | .48364 | .34474 | .26159 | .20775 | .17071 | .14399 |

Rvsd Plan - 00005785

**Table C–3**—*Values of* $e^{-D_i(\ln q)/2}$ *in equation (C–3) for different q ratios (adapted from Alexander and Edminster 1977b)*

| 2–in diameter classes $D_i$ (1) | q ratio | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1.1 (2) | 1.2 (3) | 1.3 (4) | 1.4 (5) | 1.5 (6) | 1.6 (7) | 1.7 (8) | 1.8 (9) | 1.9 (10) | 2.0 (11) |
| 2 | 0.909091 | 0.833333 | 0.769231 | 0.714286 | 0.666667 | 0.625000 | 0.588235 | 0.555556 | 0.526316 | 0.500000 |
| 4 | .826446 | .694444 | .591716 | .510204 | .444444 | .390625 | .346021 | .308642 | .277008 | .250000 |
| 6 | .751315 | .578704 | .455166 | .364431 | .296296 | .244141 | .203542 | .171468 | .145794 | .125000 |
| 8 | .683013 | .482253 | .350128 | .260308 | .197531 | .152588 | .119730 | .095260 | .076734 | .062500 |
| 10 | .620921 | .401878 | .269329 | .185934 | .131687 | .095367 | .070430 | .052922 | .040385 | .031250 |
| 12 | .564474 | .334898 | .207176 | .132810 | .087791 | .059605 | .041429 | .029401 | .021256 | .015625 |
| 14 | .513158 | .279082 | .159366 | .094865 | .058528 | .037253 | .024370 | .016334 | .011187 | .007813 |
| 16 | .466507 | .232568 | .122589 | .067760 | .039018 | .023283 | .014335 | .009074 | .005888 | .003906 |
| 18 | .424098 | .193807 | .094300 | .048400 | .026012 | .014552 | .008433 | .005041 | .003099 | .001953 |
| 20 | .385543 | .161506 | .072538 | .034572 | .017342 | .009095 | .004960 | .002801 | .001631 | .000977 |
| 22 | .350494 | .134588 | .055799 | .024694 | .011561 | .005684 | .002918 | .001556 | .000858 | .000488 |
| 24 | .318631 | .112157 | .042922 | .017639 | .007707 | .003553 | .001716 | .000864 | .000452 | .000244 |
| 26 | .289664 | .093464 | .033017 | .012599 | .005138 | .002220 | .001010 | .000480 | .000238 | .000122 |
| 28 | .263331 | .077887 | .025398 | .008999 | .003425 | .001388 | .000594 | .000267 | .000125 | .000061 |
| 30 | .239392 | .064905 | .019537 | .006428 | .002284 | .000867 | .000349 | .000148 | .000066 | .000031 |
| 32 | .217629 | .054088 | .015028 | .004591 | .001522 | .000542 | .000206 | .000082 | .000035 | .000015 |
| 34 | .197845 | .045073 | .011560 | .003280 | .001015 | .000339 | .000121 | .000046 | .000018 | .000008 |
| 36 | .179859 | .037561 | .008892 | .002343 | .000677 | .000212 | .000071 | .000025 | .000010 | .000004 |

Rvsd Plan - 00005786

**Table C–4**—*Values of tree basal area and maximum crown area, by diameter class (adapted from Alexander and Edminster 1977b)*

| Diameter class (in.) | Basal area (ft²) | Maximum crown area (percent of acre) |
|---|---|---|
| 2 | 0.022 | 0.074 |
| 4 | .087 | .129 |
| 6 | .196 | .199 |
| 8 | .349 | .284 |
| 10 | .545 | .385 |
| 12 | .785 | .501 |
| 14 | 1.069 | .632 |
| 16 | 1.396 | .778 |
| 18 | 1.767 | .939 |
| 20 | 2.182 | 1.116 |
| 22 | 2.640 | 1.308 |
| 24 | 3.142 | 1.515 |
| 26 | 3.687 | 1.737 |
| 28 | 4.276 | 1.974 |
| 30 | 4.909 | 2.227 |
| 32 | 5.585 | 2.495 |
| 34 | 6.305 | 2.778 |
| 36 | 7.069 | 3.076 |

basal area or CCF by diameter classes; it gives basal area and maximum crown area (MCA) for the tree with a diameter equal to the midpoint of each diameter class. The MCA values for all trees are summed on a per acre basis to compute CCF.

Two existing old-growth spruce–fir stands on the San Juan National Forest in Colorado have been selected to illustrate the procedure (stands A and B). The actual inventory data for stand A are shown in columns 1, 2, and 3 of table C–5. A residual basal area of 80 ft² per acre in trees 3.0 in diameter and larger has been chosen because (1) it allows maximum reduction (30 percent) in present basal area consistent with previously developed recommendations for minimizing blowdown after partial cutting (Alexander 1973), and (2) it is the lowest basal area that appears to be a realistic timber management goal in spruce–fir stands. A maximum tree diameter of 24 in breast height was chosen because it also appears to be a realistic goal to be attained in a reasonable period of time. Lastly, a $q$ of 1.5 was chosen because it approximates the $q$ in the natural stand, and does not require removal of a large number of small trees. A lower $q$ may be feasible, but it would require heavy cutting in lower diameter classes.

To determine the residual stand goal, the value of the residual density parameter $k$ corresponding to a basal area of 80 ft² must be calculated. Values needed for this computation

**Table C–5**—*Actual stand conditions and management goals for stand A using basal area as the density measure (all data on a per-acre basis—stand goals: q = 1.5, residual basal area = 80 ft²; maximum tree d.b.h. of 24 in.) (adapted from Alexander and Edminster 1977b)*

| Diameter class (1) | Actual stand | | Residual stand goal | | Final stand | | Cut | |
|---|---|---|---|---|---|---|---|---|
| | Trees (2) | Basal area (3) | Trees (4) | Basal area (5) | Trees (6) | Basal area (7) | Trees (8) | Basal area (9) |
| | no. | ft² | no. | ft² | no. | ft² | no. | ft² |
| 4 | 57 | 4.97 | 63.23 | 5.52 | 57.0 | 4.98 | 0 | 0 |
| 6 | 53 | 10.41 | 42.16 | 8.28 | 42 | 8.24 | 11 | 2.16 |
| 8 | 46 | 16.06 | 28.10 | 9.81 | 28 | 9.77 | 18 | 6.28 |
| 10 | 32 | 17.45 | 18.74 | 10.22 | 19 | 10.36 | 13 | 7.09 |
| 12 | 16 | 12.57 | 12.49 | 9.81 | 12.5 | 9.81 | 3.5 | 2.75 |
| 14 | 14 | 14.97 | 8.33 | 8.90 | 8.5 | 9.09 | 5.5 | 5.88 |
| 16 | 6 | 8.38 | 5.55 | 7.75 | 6 | 8.38 | 0 | 0 |
| 18 | 3 | 5.30 | 3.70 | 6.54 | 3 | 5.30 | 0 | 0 |
| 20 | 5 | 10.91 | 2.47 | 5.39 | 5 | 10.91 | 0 | 0 |
| 22 | 0 | 0 | 1.64 | 4.33 | 0 | 0 | 0 | 0 |
| 24 | 2 | 6.28 | 1.10 | 3.46 | 1 | 3.14 | 1 | 3.14 |
| 26 | 2 | 7.37 | — | — | — | — | 2 | 7.37 |
| Total | 236 | 114.67 | 187.51 | 80.01 | 182 | 79.98 | 54 | 34.67 |

128

with a $q$ of 1.5 are given in column 6 of table C–1. The value of $k$ is computed as

$$k = \frac{80.0}{0.57682 - 0.01454} = 142.2779$$

where 80.0 is the desired basal area per acre, 0.57682 is the table value for the desired maximum tree diameter class of 24 in, and 0.01454 is the table value for 2-in class. Note that the value for the 2-in class is subtracted from the 24-in class value, since trees below the 4-in class are not being considered in the management guidelines. Desired residual number of trees in each diameter class (column 4 of table C–5) can now be directly calculated by multiplying the proper diameter class values given in column 6 of table C–3 by the value of $k$ computed above. The desired residual basal area in each diameter class (column 5 of table C–5) can be calculated by multiplying the residual number of trees in each diameter class by the tree basal area given in table C–4.

Comparing actual and desired diameter distributions will show where deficits and surpluses occur (fig. C–2). To bring this stand under management, number of trees should be allowed to increase in the diameter classes that are below the idealized stocking curve, with cutting limited to those diameter classes with surplus trees. As a guiding rule, enough trees should be left above the curve in surplus diameter classes to balance the deficit in trees in diameter classes below the curve. In this example, all surplus trees will be cut in the 6- to 14-in diameter classes, and in the 24- and 26-in classes, while no trees will be cut in the other classes. The final stand structure is shown in figure C–3 and columns 6 and 7 of table C–5. Columns 8 and 9 show the trees and basal area removed.

Similar goals can be calculated using CCF as the density measure. Actual stand inventory data are again shown in columns 1, 2, and 3 of table C–6. Again assuming a 30 percent reduction in stand density, the residual CCF should be 55.8. Data from column 6 of table C–2 provides the following value of $k$:

$$k = \frac{55.8}{0.45417 - 0.04920} = 137.7880$$

The value of $k$ is then used to compute the residual number of trees and MCA values (columns 4 and 5, table C–6). Computations are similar to the previous method of using basal area, except that a slightly different $k$ value, and tree MCA values are used. The final stand structure and trees to be cut are shown in columns 6 through 9 in table C–6.

It is not likely that unregulated stands will be brought under control with one cut or even a series of cuts. More likely,



**Figure C–2**—Actual stocking curve of stand A from inventory data, and the idealized stocking curve based on stand structure goals (Alexander and Edminster 1977b).



**Figure C–3**—Actual stocking curve of stand A and recommended stocking curve based on stand structure goals, actual stand structure, and management and silvicultural constraints (Alexander and Edminster 1977b).

129



**Figure C–4**—Actual stocking curve of stand B from inventory data and the idealized stocking curve based on stand structure goals (Alexander and Edminster 1977b).



**Figure C–5**—Actual stocking curve of stand B and the recommended stocking curve based on stand structure goals, actual stand structure, and management and silvicultural constraints (Alexander and Edminster 1977b).

**Table C–6**—*Actual stand conditions and management goals for stand A using crown competition factor (CCF) as the density measure (all data on a per-acre basis) (adapted from Alexander and Edminster 1977b)*

| Diameter class (1) | Actual stand | | Residual stand goal | | Final stand | | Cut | |
|---|---|---|---|---|---|---|---|---|
| | Trees (2) | Total maximum crown area (3) | Trees (4) | Total maximum crown area (5) | Trees (6) | Total maximum crown area (7) | Trees (8) | Total maximum crown area (9) |
| | *no.* | *CCF* | *no.* | *CCF* | *no.* | *CCF* | *no.* | *CCF* |
| 4 | 57 | 7.35 | 61.24 | 7.90 | 57 | 7.35 | 0 | 0 |
| 6 | 53 | 10.55 | 40.83 | 8.13 | 41 | 8.16 | 12 | 2.39 |
| 8 | 46 | 13.06 | 27.22 | 7.73 | 27 | 7.67 | 19 | 5.39 |
| 10 | 32 | 12.32 | 18.14 | 6.98 | 18 | 6.93 | 14 | 5.39 |
| 12 | 16 | 8.02 | 12.10 | 6.06 | 12 | 6.01 | 4 | 2.01 |
| 14 | 14 | 8.85 | 8.06 | 5.09 | 8 | 5.09 | 6 | 3.76 |
| 16 | 6 | 4.67 | 5.38 | 4.19 | 6 | 4.67 | 0 | 0 |
| 18 | 3 | 2.82 | 3.58 | 3.36 | 3 | 2.82 | 0 | 0 |
| 20 | 5 | 5.58 | 2.39 | 2.67 | 5 | 5.58 | 0 | 0 |
| 22 | 0 | 0 | 1.59 | 2.08 | 0 | 0 | 0 | 0 |
| 24 | 2 | 3.30 | 1.06 | 1.61 | 1 | 1.52 | 1 | 1.51 |
| 26 | 2 | 3.47 | — | — | — | — | 2 | 3.47 |
| Total | 236 | 79.72 | 181.59 | 55.80 | 178 | 55.80 | 54 | 23.92 |

130

Rvsd Plan - 00005789

limitations imposed by stand conditions, windfall, and insect susceptibility will result in either overcutting or undercutting spruce–fir stands, at least at the first entry. Another example will illustrate this, using information from another stand on the San Juan National Forest (stand B). Actual stand inventory data are shown in columns 1, 2, and 3 in table C–7. A residual basal area of 120 ft² per acre in trees 3.0 in in diameter and larger would be a desirable stocking level based on previous assumptions. This would be too heavy a cut, however, because it would open up the stand to possible damage from wind and subsequent loss to spruce beetles. With 223 ft² of basal area per acre in the stand, an initial reduction

to 150 ft² per acre in trees 3.0 in in diameter and larger would be appropriate. A $q$ of 1.5 and a maximum tree diameter of 24 in were again selected for the same reasons as in the first example. Procedures used to obtain columns 4 and 5 in table C–7 are also the same as before (table C–5). A comparison of curves of actual and desired distributions shows where deficits and surpluses occur (fig. C–4). In this example, the bulk of trees removed will come from the 14- to 20-in diameter classes, but no more than half of the trees would be removed in the largest diameter classes. Few or no trees would be cut in the smaller diameter classes. The final stand structure is shown in figure C–5 and columns 6 and 7 in table C–7.

**Table C–7**—*Actual stand conditions and management goals for stand B using basal area as the density measure*[1] *(all data on a per-acre basis—stand goals: q = 1.5, residual basal area = 150 ft²; maximum tree d.b.h. of 24 in.) (adapted from Alexander and Edminster 1977b)*

| Diameter class (1) | Actual stand | | Residual stand goal | | Final stand | | Cut | |
|---|---|---|---|---|---|---|---|---|
| | Trees (2) | Basal area (3) | Trees (4) | Basal area (5) | Trees (6) | Basal area (7) | Trees (8) | Basal area (9) |
| | *no.* | *ft²* | *no.* | *ft²* | *no.* | *ft²* | *no.* | *ft²* |
| 4 | 109 | 9.52 | 118.56 | 10.35 | 109 | 9.52 | 0 | 0 |
| 6 | 49 | 9.62 | 79.04 | 15.52 | 49 | 9.62 | 0 | 0 |
| 8 | 54 | 18.85 | 52.70 | 18.40 | 54 | 18.85 | 0 | 0 |
| 10 | 31 | 16.91 | 35.13 | 19.16 | 31 | 16.91 | 0 | 0 |
| 12 | 24 | 18.85 | 23.42 | 18.39 | 23 | 18.06 | 1 | 0.79 |
| 14 | 29 | 31.00 | 15.61 | 16.69 | 17 | 18.17 | 12 | 12.83 |
| 16 | 26 | 36.30 | 10.41 | 14.54 | 13 | 18.15 | 13 | 18.15 |
| 18 | 13 | 22.97 | 6.94 | 12.26 | 8 | 14.14 | 5 | 8.83 |
| 20 | 10 | 21.82 | 4.63 | 10.10 | 5 | 10.91 | 5 | 10.91 |
| 22 | 10 | 26.40 | 3.08 | 8.13 | 5 | 13.20 | 5 | 13.20 |
| 24 | 1 | 3.14 | 2.06 | 6.47 | 1 | 3.14 | 0 | 0 |
| 26 | 2 | 7.37 | — | — | — | — | 2 | 7.37 |
| Total | 358 | 222.75 | 351.58 | 150.01 | 315 | 150.67 | 43 | 72.18 |

[1] Residual density parameter $k$ for this example is computed as

$$k = \frac{150.0}{0.57682 - 0.01454} = 266.77$$

Numbers of residual trees in each diameter class (column 4) are computed by multiplying values in column 6, table 4, by $k$.

# Appendix D—Selected Engelmann Spruce Volume Tables

Volume on an area may be determined from (1) measurements of tree diameters and heights, (2) measurements of diameters of sufficient heights to convert the appropriate volume tables to local volume tables, or (3) tree counts obtained by point-sampling.

## Volume Tables

Headings and footnotes with tables D–1 to D–4 give the volume unit, type of height measurement, utilization standards, and volume equations used in its compilation. Ten-foot or half-log height classes and full-inch diameter classes were used in all tables.

The volume tables were derived from linear regressions in $V$ and $D^2H$, of the form:

$$V = a + b\,D^2H$$

where:

$V$ = gross volume in the appropriate unit,
$D$ = diameter breast high outside bark,
$H$ = total height in feet or in standard logs and half-logs, and
$a, b$ = regression constants.

Two equations were used to derive each table. Usually, the relationship between $V$ and $D^2H$ could not be expressed by a single linear regression over the full range of the basic data.

## Point-Sampling Factors

Tables of point-sampling factors (tables D–5 to D–7, inclusive) give the factors for each of numerous combinations of tree diameter and height. Tabulated volumes per square foot of basal area were obtained from the equations in the table footnotes. These equations resulted from the division of each term of the corresponding tree volume equation by $0.005454D^2$, a formula for basal area (B).

Point-sample cruising for volume can be done in several ways: (1) measure the diameter and height of each tree counted through the prism or relascope, (2) measure the height of each counted tree and estimate its diameter, or (3) measure the heights of the counted trees and make no record of the diameters. The procedure selected will depend on the accuracy desired (relative accuracy usually descends in the order listed above) and the time and personnel available for the job.

If the diameter and height of each counted tree are measured, a volume conversion factor is selected for each combination of diameter and height. Factors are read from the appropriate factor table (tables D–3, D–5, D–7, inclusive) or computed from equations in the table footnotes. Volume per acre is computed as follows:

1. Multiply the number of trees in each diameter-height class by the point-sampling factor for the class.

2. Total the products of step 1.

3. Multiply this total by the basal area factor of the prism or other angle gauge used.

4. Divide the product of step 3 by the number of points sampled on the tract.

Time can often be saved if the heights of the counted trees are measured, while diameters are estimated and tallied by broad diameter classes. Inspection of the factor tables shows that volumes per square foot of basal area often do not differ greatly among trees of a single height class. For example, the merchantable cubic volumes of trees 70 feet tall vary from 26.2 to 29.4 cubic feet per square foot as diameter increases from 5 to 23 inches (table D–3).

It is recommended that diameters not be recorded at all when the distribution of diameters and heights on the area inventoried indicates there is little change in volume per square foot within a height class. Point sampling factors based on height only can be computed from the factor tables given here.

The factor for each height class can be computed using almost the same procedure used to derive a local volume table from a standard table. Diameters are plotted over heights, since height will be retained as the measured variable.

Rvsd Plan - 00005791

**Table D–1**—*Gross volumes of entire stem in cubic feet inside bark, Engelmann spruce in Colorado and Wyoming[1] (including stump and top) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) : | Total height in feet | | | | | | | | | | | | | : Basis: Trees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| : | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | : Trees |
| | volume in cubic feet | | | | | | | | | | | | | |
| 1 | 0.12 | 0.17 | | | | | | | | | | | | 21 |
| 2 | 0.21 | 0.36 | 0.51 | 0.66 | | | | | | | | | | 25 |
| 3 | 0.36 | 0.65 | 0.94 | 1.24 | 1.53 | | | | | | | | | 25 |
| 4 | 0.55 | 1.03 | 1.52 | 2.00 | 2.48 | | | | | | | | | 20 |
| 5 | | 1.51 | 2.23 | 2.96 | 3.68 | 4.40 | | | | | | | | 26 |
| 6 | | 2.08 | 3.09 | 4.10 | 5.11 | 6.12 | 7.13 | | | | | | | 24 |
| 7 | | | 4.10 | 5.44 | 6.79 | 8.13 | 9.48 | 10.8 | | | | | | 19 |
| 8 | | | 5.24 | 6.97 | 8.70 | 10.4 | 12.2 | 13.9 | | | | | | 28 |
| 9 | | | 6.54 | 8.69 | 10.8 | 13.0 | 15.2 | 17.3 | | | | | | 22 |
| 10 | | | 7.97 | 10.6 | 13.2 | 15.9 | 18.5 | 21.1 | 23.8 | | | | | 21 |
| 11 | | | 12.7 | 15.9 | 19.0 | 22.2 | 25.4 | 28.5 | 31.7 | | | | | 40 |
| 12 | | | | 18.7 | 22.5 | 26.2 | 29.9 | 33.7 | 37.4 | | | | | 42 |
| 13 | | | | 21.8 | 26.2 | 30.6 | 34.9 | 39.3 | 43.6 | | | | | 11 |
| 14 | | | | | 30.2 | 35.2 | 40.3 | 45.3 | 50.3 | 55.1 | | | | 19 |
| 15 | | | | | 34.5 | 40.3 | 46.0 | 51.7 | 56.8 | 61.4 | | | | 21 |
| 16 | | | | | 39.1 | 45.6 | 52.1 | 57.7 | 63.0 | 68.2 | | | | 17 |
| 17 | | | | | | 44.0 | 51.3 | 57.7 | 63.6 | 69.5 | 75.4 | 81.3 | | 11 |
| 18 | | | | | | | 56.7 | 63.3 | 69.9 | 76.5 | 83.1 | 89.7 | | 13 |
| 19 | | | | | | | 61.8 | 69.1 | 76.5 | 83.8 | 91.1 | 98.5 | | 11 |
| 20 | | | | | | | 67.2 | 75.3 | 83.4 | 91.5 | 99.6 | 108 | 116 | 13 |
| 21 | | | | | | | 72.9 | 81.8 | 90.7 | 99.6 | 109 | 117 | 126 | 10 |
| 22 | | | | | | | 78.8 | 88.6 | 98.4 | 108 | 118 | 128 | 137 | 5 |
| 23 | | | | | | | 85.0 | 95.7 | 106 | 117 | 128 | 138 | 149 | 7 |
| 24 | | | | | | | | 103 | 115 | 126 | 138 | 149 | 161 | 9 |
| 25 | | | | | | | | 111 | 123 | 136 | 148 | 161 | 174 | 6 |
| 26 | | | | | | | | 119 | 132 | 146 | 160 | 173 | 187 | 4 |
| 27 | | | | | | | | 127 | 142 | 156 | 171 | 186 | 200 | 7 |
| 28 | | | | | | | | | 152 | 167 | 183 | 199 | 214 | 4 |
| 29 | | | | | | | | | 162 | 178 | 195 | 212 | 229 | 4 |
| 30 | | | | | | | | | 172 | 190 | 208 | 226 | 244 | 3 |
| 31 | | | | | | | | | 183 | 202 | 221 | 240 | 259 | 1 |
| 32 | | | | | | | | | | 214 | 235 | 255 | 275 | 2 |
| 33 | | | | | | | | | | | 249 | 270 | 292 | 0 |
| 34 | | | | | | | | | | | | 286 | 309 | 1 |
| 35 | | | | | | | | | | | | 302 | 327 | 0 |
| 36 | | | | | | | | | | | | 319 | 345 | 1 |
| Basis: No. trees | 35 | 36 | 28 | 40 | 40 | 57 | 69 | 64 | 46 | 46 | 25 | 4 | 3 | 493 |

[1] Derived from: $V = 0.00239\ D^2H + 0.06439$, for $D^2H$ to 22,500.

   $\quad\quad\quad\quad\quad\ V = 0.00193\ D^2H + 10.41663$, for $D^2H$ larger than 22,500.

Standard errors of estimate: $\pm$ 13.24 percent; $\pm$ 9.29 percent.

Diameter classes full–inch: e.g. 20–inch class includes 20.0 to 20.9.

133

**Table D–2**—*Gross merchantable volumes in cubic feet inside bark to a 4.0-inch top, Engelmann spruce in Colorado and Wyoming*[1] *(excluding stump and top; stump height 1.0 foot) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) | Total height in feet | | | | | | | | | | | Basis: Trees |
| | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | volume in cubic feet | | | | | | | | | | | |
| 5 | 1.28 | 1.98 | 2.68 | 3.38 | | | | | | | | 26 |
| 6 | 2.11 | 3.09 | 4.07 | 5.05 | 6.03 | | | | | | | 24 |
| 7 | 3.08 | 4.39 | 5.69 | 7.00 | 8.30 | 9.61 | | | | | | 19 |
| 8 | 4.20 | 5.87 | 7.55 | 9.23 | 10.9 | 12.6 | | | | | | 28 |
| 9 | 5.45 | 7.55 | 9.64 | 11.7 | 13.8 | 15.9 | | | | | | 22 |
| 10 | 6.84 | 9.40 | 12.0 | 14.5 | 17.1 | 19.6 | 22.2 | | | | | 21 |
| 11 | | 11.4 | 14.5 | 17.6 | 20.6 | 23.7 | 26.8 | 29.9 | | | | 40 |
| 12 | | | 17.3 | 20.9 | 24.5 | 28.2 | 31.8 | 35.4 | | | | 42 |
| 13 | | | 20.3 | 24.5 | 28.8 | 33.0 | 37.2 | 41.5 | | | | 11 |
| 14 | | | | 28.4 | 33.3 | 38.2 | 43.1 | 47.9 | 52.8 | | | 19 |
| 15 | | | | 32.6 | 38.2 | 43.8 | 49.3 | 54.9 | 60.5 | | | 21 |
| 16 | | | | 37.1 | 43.4 | 49.7 | 56.0 | 62.3 | 67.6 | | | 17 |
| 17 | | | | 41.8 | 48.9 | 56.0 | 63.1 | 68.9 | 74.4 | 80.0 | | 11 |
| 18 | | | | | 54.8 | 62.7 | 69.2 | 75.4 | 81.6 | 87.9 | | 13 |
| 19 | | | | | 60.9 | 68.5 | 75.4 | 82.3 | 89.2 | 96.2 | | 11 |
| 20 | | | | | 66.7 | 74.3 | 82.0 | 89.6 | 97.2 | 105 | 113 | 13 |
| 21 | | | | | 72.0 | 80.4 | 88.8 | 97.2 | 106 | 114 | 122 | 10 |
| 22 | | | | | 77.6 | 86.8 | 96.0 | 105 | 114 | 124 | 133 | 5 |
| 23 | | | | | 83.5 | 93.5 | 104 | 114 | 124 | 134 | 144 | 7 |
| 24 | | | | | | 101 | 111 | 122 | 133 | 144 | 155 | 9 |
| 25 | | | | | | 108 | 120 | 131 | 143 | 155 | 167 | 6 |
| 26 | | | | | | 115 | 128 | 141 | 154 | 166 | 179 | 4 |
| 27 | | | | | | 123 | 137 | 151 | 165 | 178 | 192 | 7 |
| 28 | | | | | | | 146 | 161 | 176 | 191 | 205 | 4 |
| 29 | | | | | | | 156 | 171 | 187 | 203 | 219 | 4 |
| 30 | | | | | | | 165 | 182 | 199 | 216 | 233 | 3 |
| 31 | | | | | | | 176 | 194 | 212 | 230 | 248 | 1 |
| 32 | | | | | | | | 205 | 225 | 244 | 263 | 2 |
| 33 | | | | | | | | | 238 | 258 | 279 | 0 |
| 34 | | | | | | | | | | 273 | 295 | 1 |
| 35 | | | | | | | | | | 288 | 311 | 0 |
| 36 | | | | | | | | | | 304 | 328 | 1 |
| Basis: No. of trees | 14 | 34 | 40 | 57 | 69 | 64 | 46 | 46 | 25 | 4 | 3 | 402 |

[1]  Derived from: $V = 0.00232 \, D^2H - 0.83010$, for $D^2H$ to 27,900.
 $V = 0.00182 \, D^2H + 13.11320$, for $D^2H$ larger than 27,900.
Standard errors of estimate: $\pm$ 12.93 percent; $\pm$ 8.50 percent.
Diameter classes full–inch; e.g. 20–inch class includes 20.0 to 20.9.

Rvsd Plan - 00005793

**Table D–3**—*Gross volumes in board feet Scribner Rule, Engelmann spruce in Colorado and Wyoming[1] (excluding stump and top; stump height 1.0 feet; top diameter 6 inches inside bark) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) | Total height in feet | | | | | | | | | | Basic Trees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | |
| | volume in board feet | | | | | | | | | | |
| 7 | 10 | 16 | 22 | 28 | 34 | | | | | | 19 |
| 8 | 17 | 24 | 32 | 40 | 48 | | | | | | 28 |
| 9 | 24 | 34 | 44 | 54 | 64 | | | | | | 22 |
| 10 | 33 | 45 | 57 | 70 | 82 | 94 | | | | | 22 |
| 11 | 43 | 57 | 72 | 86 | 101 | 115 | 131 | | | | 40 |
| 12 | | 71 | 88 | 105 | 122 | 141 | 160 | | | | 42 |
| 13 | | 85 | 105 | 125 | 147 | 169 | 191 | | | | 11 |
| 14 | | 100 | 124 | 149 | 174 | 200 | 225 | 250 | | | 19 |
| 15 | | | 145 | 174 | 203 | 232 | 261 | 290 | | | 21 |
| 16 | | | 168 | 201 | 234 | 267 | 299 | 332 | | | 17 |
| 17 | | | 193 | 230 | 267 | 303 | 340 | 377 | 414 | | 11 |
| 18 | | | | 260 | 301 | 342 | 383 | 425 | 466 | | 13 |
| 19 | | | | 292 | 338 | 383 | 429 | 475 | 521 | | 11 |
| 20 | | | | 326 | 376 | 427 | 477 | 528 | 578 | 629 | 13 |
| 21 | | | | 361 | 417 | 472 | 528 | 583 | 639 | 694 | 10 |
| 22 | | | | 398 | 459 | 520 | 581 | 641 | 702 | 763 | 5 |
| 23 | | | | 437 | 503 | 570 | 636 | 702 | 769 | 835 | 7 |
| 24 | | | | | 549 | 621 | 694 | 766 | 838 | 910 | 9 |
| 25 | | | | | 597 | 676 | 754 | 832 | 910 | 988 | 6 |
| 26 | | | | | 647 | 732 | 816 | 901 | 985 | 1069 | 4 |
| 27 | | | | | 699 | 790 | 881 | 972 | 1063 | 1154 | 7 |
| 28 | | | | | | 851 | 948 | 1046 | 1144 | 1241 | 4 |
| 29 | | | | | | 914 | 1018 | 1123 | 1227 | 1332 | 4 |
| 30 | | | | | | 978 | 1090 | 1202 | 1314 | 1426 | 3 |
| 31 | | | | | | 1046 | 1165 | 1284 | 1403 | 1523 | 1 |
| 32 | | | | | | | 1242 | 1369 | 1496 | 1623 | 2 |
| 33 | | | | | | | | 1456 | 1591 | 1726 | 0 |
| 34 | | | | | | | | | 1689 | 1832 | 1 |
| 35 | | | | | | | | | 1790 | 1941 | 0 |
| 36 | | | | | | | | | 1894 | 2054 | 1 |

[1]  Derived from:  $V = 0.01097 D^2H - 15.14466$, for $D^2H$ to 12,200.

$V = 0.01202 D^2H - 27.91343$, for $D^2H$ larger than 12,200.

Standard errors of estimate: $\pm 15.91$ percent; $\pm 13.63$ percent.

Diameter classes full–inch; e.g. 20–inch class includes 20.0 to 20.9.

Rvsd Plan - 00005794

Table D–4—*Gross volumes in board feet International 1/4-inch Rule, Engelmann spruce in Colorado and Wyoming*[1] *(excluding stump and top; stump height 1.0 foot; top diameter 6 inches inside bark) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) | Total height in feet | | | | | | | | | | Basis: Trees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | |
| | *volume in board feet* | | | | | | | | | | |
| 7 | 6 | 14 | 21 | 29 | 37 | | | | | | 19 |
| 8 | 15 | 25 | 35 | 45 | 55 | | | | | | 28 |
| 9 | 25 | 37 | 50 | 62 | 75 | | | | | | 22 |
| 10 | 36 | 51 | 66 | 82 | 97 | 112 | | | | | 22 |
| 11 | 48 | 66 | 85 | 103 | 122 | 140 | 158 | | | | 40 |
| 12 | | 83 | 105 | 127 | 148 | 170 | 192 | | | | 42 |
| 13 | | 101 | 126 | 152 | 177 | 203 | 228 | | | | 11 |
| 14 | | 121 | 150 | 179 | 208 | 238 | 267 | 296 | | | 19 |
| 15 | | | 175 | 208 | 242 | 275 | 309 | 342 | | | 21 |
| 16 | | | 202 | 239 | 277 | 315 | 353 | 387 | | | 17 |
| 17 | | | 230 | 273 | 315 | 357 | 395 | 433 | 471 | | 11 |
| 18 | | | | 308 | 355 | 397 | 440 | 482 | 524 | | 13 |
| 19 | | | | 345 | 393 | 440 | 487 | 534 | 581 | | 11 |
| 20 | | | | 380 | 432 | 484 | 536 | 588 | 640 | 692 | 13 |
| 21 | | | | 417 | 474 | 531 | 588 | 645 | 702 | 759 | 10 |
| 22 | | | | 455 | 517 | 580 | 642 | 705 | 767 | 803 | 5 |
| 23 | | | | 494 | 563 | 631 | 699 | 767 | 835 | 904 | 7 |
| 24 | | | | | 610 | 684 | 758 | 832 | 907 | 981 | 9 |
| 25 | | | | | 659 | 740 | 820 | 900 | 981 | 1061 | 6 |
| 26 | | | | | 711 | 798 | 884 | 971 | 1058 | 1144 | 4 |
| 27 | | | | | 764 | 858 | 951 | 1044 | 1138 | 1231 | 7 |
| 28 | | | | | | 920 | 1020 | 1120 | 1221 | 1321 | 4 |
| 29 | | | | | | 984 | 1092 | 1199 | 1307 | 1414 | 4 |
| 30 | | | | | | 1051 | 1166 | 1281 | 1396 | 1511 | 3 |
| 31 | | | | | | 1120 | 1242 | 1365 | 1488 | 1610 | 1 |
| 32 | | | | | | | 1321 | 1452 | 1582 | 1713 | 2 |
| 33 | | | | | | | | 1542 | 1680 | 1819 | 0 |
| 34 | | | | | | | | | 1781 | 1928 | 1 |
| 35 | | | | | | | | | 1885 | 2040 | 0 |
| 36 | | | | | | | | | 1991 | 2156 | 1 |
| Basis: No. Trees | 13 | 26 | 54 | 69 | 63 | 48 | 48 | 25 | 4 | 3 | 353 |

[1]  Derived from: V = 0.01391 $D^2H$ – 25.61022, for $D^2H$ to 27,300.
V = 0.01235 $D^2H$ + 17.02079, for $D^2H$ larger than 27,300.
Standard errors of estimate: ± 18.12 percent; ± 11.98 percent.
Diameter classes full–inch; e.g. 20–inch class includes 20.0 to 20.9.

Rvsd Plan - 00005795

**Table D–5**—*Gross merchantable volumes in cubic feet per square foot of basal area, Engelmann spruce in Colorado and Wyoming*[1] *(excluding stump and top; stump height 1.0 foot; top diameter 4 inches inside bark) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) : | Total height in feet | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| : | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 |
| | | | | | | —cubic feet— | | | | | |
| 5 | 7.7 | 12.0 | 16.2 | 20.5 | | | | | | | |
| 6 | 9.2 | 13.4 | 17.7 | 21.9 | 26.2 | | | | | | |
| 7 | 10.1 | 14.3 | 18.6 | 22.8 | 27.1 | 31.3 | | | | | |
| 8 | 10.7 | 14.9 | 19.2 | 23.4 | 27.7 | 31.9 | | | | | |
| 9 | 11.1 | 15.3 | 19.6 | 23.8 | 28.1 | 32.3 | | | | | |
| 10 | 11.4 | 15.6 | 19.9 | 24.1 | 28.4 | 32.7 | 36.9 | | | | |
| 11 | | 15.9 | 20.1 | 24.4 | 28.6 | 32.9 | 37.1 | 41.4 | | | |
| 12 | | | 20.3 | 24.5 | 28.8 | 33.1 | 37.3 | 41.6 | | | |
| 13 | | | 20.4 | 24.7 | 28.9 | 33.2 | 37.5 | 41.7 | | | |
| 14 | | | | 24.8 | 29.1 | 33.3 | 37.6 | 41.8 | 46.1 | | |
| 15 | | | | 24.9 | 29.1 | 33.4 | 37.7 | 41.9 | 46.2 | | |
| 16 | | | | 25.0 | 29.2 | 33.5 | 37.7 | 42.0 | 45.5 | | |
| 17 | | | | 25.0 | 29.3 | 33.5 | 37.8 | 41.2 | 44.6 | 47.9 | |
| 18 | | | | | 29.3 | 33.6 | 37.1 | 40.4 | 43.7 | 47.1 | |
| 19 | | | | | 29.4 | 33.0 | 36.4 | 39.7 | 43.0 | 46.4 | |
| 20 | | | | | 29.1 | 32.4 | 35.8 | 39.1 | 42.4 | 45.8 | 49.1 |
| 21 | | | | | 28.6 | 31.9 | 35.2 | 38.6 | 41.9 | 45.2 | 48.6 |
| 22 | | | | | 28.1 | 31.4 | 34.8 | 38.1 | 41.5 | 44.8 | 48.1 |
| 23 | | | | | 27.7 | 31.0 | 34.4 | 37.7 | 41.1 | 44.4 | 47.7 |
| 24 | | | | | | 30.7 | 34.0 | 37.4 | 40.7 | 44.0 | 47.4 |
| 25 | | | | | | 30.4 | 33.7 | 37.1 | 40.4 | 43.7 | 47.1 |
| 26 | | | | | | 30.1 | 33.5 | 36.8 | 40.1 | 43.5 | 46.8 |
| 27 | | | | | | 29.9 | 33.2 | 36.5 | 39.9 | 43.2 | 46.6 |
| 28 | | | | | | | 33.0 | 36.3 | 39.7 | 43.0 | 46.3 |
| 29 | | | | | | | 32.8 | 36.1 | 39.5 | 42.8 | 46.1 |
| 30 | | | | | | | 32.6 | 36.0 | 39.3 | 42.6 | 46.0 |
| 31 | | | | | | | 32.5 | 35.8 | 39.1 | 42.5 | 45.8 |
| 32 | | | | | | | | 35.6 | 39.0 | 42.3 | 45.7 |
| 33 | | | | | | | | | 38.8 | 42.2 | 45.5 |
| 34 | | | | | | | | | | 42.1 | 45.4 |
| 35 | | | | | | | | | | 42.0 | 45.3 |
| 36 | | | | | | | | | | 41.8 | 45.2 |

[1]  Derived from: $V/B = 0.4254\ H - 152.2002/D^2$, above dotted line
$V/B = 0.3337\ H + 2404.3271/D^2$, below dotted line
Diameter classes full–inch; e.g. 20–inch class includes 20.0 to 20.9.

137

Rvsd Plan - 00005796

**Table D–6**—*Gross volumes in board feet Scribner Rule per square foot of basal area, Engelmann spruce in Colorado and Wyoming*[1]
*(excluding stump and top; stump height 1.0 foot; top diameter 6 inches inside bark) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) | Total height in feet | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 |
| | \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-board feet\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- | | | | | | | | | |
| 7 | 31 | 51 | 71 | 91 | 111 | | | | | |
| 8 | 42 | 62 | 82 | 102 | 122 | | | | | |
| 9 | 50 | 70 | 90 | 110 | 130 | | | | | |
| 10 | 55 | 75 | 95 | 116 | 136 | 156 | | | | |
| 11 | 59 | 80 | 100 | 120 | 140 | 160 | 182 | | | |
| 12 | | 83 | 103 | 123 | 144 | 166 | 188 | | | |
| 13 | | 85 | 105 | 126 | 148 | 170 | 192 | | | |
| 14 | | 87 | 108 | 130 | 152 | 174 | 196 | 218 | | |
| 15 | | | 111 | 133 | 155 | 177 | 199 | 221 | | |
| 16 | | | 113 | 135 | 158 | 180 | 202 | 224 | | |
| 17 | | | 116 | 138 | 160 | 182 | 204 | 226 | 248 | |
| 18 | | | | 139 | 161 | 183 | 205 | 227 | 250 | |
| 19 | | | | 141 | 163 | 185 | 207 | 229 | 251 | |
| 20 | | | | 142 | 164 | 186 | 208 | 230 | 252 | 274 |
| 21 | | | | 143 | 165 | 187 | 209 | 231 | 253 | 275 |
| 22 | | | | 144 | 166 | 188 | 219 | 232 | 254 | 276 |
| 23 | | | | 145 | 167 | 189 | 211 | 233 | 255 | 277 |
| 24 | | | | | 168 | 190 | 212 | 234 | 256 | 278 |
| 25 | | | | | 168 | 190 | 213 | 235 | 257 | 279 |
| 26 | | | | | 169 | 191 | 213 | 235 | 257 | 279 |
| 27 | | | | | 170 | 192 | 214 | 236 | 258 | 280 |
| 28 | | | | | | 192 | 214 | 236 | 258 | 280 |
| 29 | | | | | | 192 | 215 | 237 | 259 | 281 |
| 30 | | | | | | 193 | 215 | 237 | 259 | 281 |
| 31 | | | | | | 193 | 215 | 237 | 259 | 281 |
| 32 | | | | | | | 216 | 238 | 260 | 282 |
| 33 | | | | | | | | 238 | 260 | 282 |
| 34 | | | | | | | | | 260 | 282 |
| 35 | | | | | | | | | 260 | 282 |
| 36 | | | | | | | | | 261 | 283 |

[1]  Derived from: $V/B = 2.0114\,H - 2776.7987/D^2$, above dotted line
$V/B = 2.2039\,H - 5117.9740/D^2$, below dotted line
Diameter classes full–inch: e.g. 20–inch class includes 20.0 to 20.9.

Rvsd Plan - 00005797

**Table D-7**—*Gross volumes in board feet International 1/4-inch Rule per square foot of basal area, Engelmann spruce in Colorado and Wyoming[1] (excluding stump and top; stump height 1.0 foot; top diameter 6 inches inside bark) (adapted from Myers and Edminster 1972)*

| Diameter breast height outside bark (inches) | Total height in feet | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 |
| | —————————————————————————board feet———————————————————————— | | | | | | | | | |
| 7 | 19 | 44 | 70 | 95 | 121 | | | | | |
| 8 | 37 | 63 | 88 | 114 | 139 | | | | | |
| 9 | 50 | 75 | 101 | 126 | 151 | | | | | |
| 10 | 59 | 85 | 110 | 136 | 161 | 187 | | | | |
| 11 | 67 | 92 | 118 | 143 | 169 | 194 | 220 | | | |
| 12 | | 97 | 123 | 148 | 174 | 199 | 225 | | | |
| 13 | | 102 | 127 | 153 | 178 | 204 | 229 | | | |
| 14 | | 105 | 131 | 156 | 182 | 207 | 233 | 258 | | |
| 15 | | | 133 | 159 | 184 | 210 | 235 | 261 | | |
| 16 | | | 136 | 161 | 187 | 212 | 238 | 261 | | |
| 17 | | | 138 | 163 | 189 | 214 | 237 | 259 | 282 | |
| 18 | | | | 165 | 190 | 213 | 236 | 258 | 281 | |
| 19 | | | | 166 | 189 | 212 | 235 | 257 | 280 | |
| 20 | | | | 166 | 189 | 211 | 234 | 257 | 279 | 302 |
| 21 | | | | 165 | 188 | 211 | 233 | 256 | 278 | 301 |
| 22 | | | | 165 | 187 | 210 | 233 | 255 | 278 | 301 |
| 23 | | | | 164 | 187 | 209 | 232 | 255 | 277 | 300 |
| 24 | | | | | 186 | 209 | 232 | 254 | 277 | 300 |
| 25 | | | | | 186 | 209 | 231 | 254 | 277 | 299 |
| 26 | | | | | 186 | 208 | 231 | 254 | 276 | 299 |
| 27 | | | | | 185 | 208 | 231 | 253 | 276 | 298 |
| 28 | | | | | | 208 | 230 | 253 | 276 | 298 |
| 29 | | | | | | 207 | 230 | 253 | 275 | 298 |
| 30 | | | | | | 207 | 230 | 252 | 275 | 298 |
| 31 | | | | | | 207 | 230 | 252 | 275 | 298 |
| 32 | | | | | | | 229 | 252 | 275 | 297 |
| 33 | | | | | | | | 252 | 275 | 297 |
| 34 | | | | | | | | | 274 | 297 |
| 35 | | | | | | | | | 274 | 297 |
| 36 | | | | | | | | | 274 | 297 |

[1] Derived from: $V/B = 2.5504\,H - 4695.6766/D^2$, above dotted line
$V/B = 2.2644\,H + 3120.7902/D^2$, below dotted line
Diameter classes full-inch: e.g. 20-inch class includes 20.0 to 20.9.

139

Rvsd Plan - 00005798

# Appendix E—Selected Tables

**Table E–1**—*Basal areas after intermediate cutting in relation to average stand diameter and growing stock level*

| Average stand d.b.h. after cutting (inches) | Growing stock level | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 140 | 160 |
| | ft²/acre | | | | | | | | | | |
| 2 | 6.0 | 7.5 | 9.1 | 10.6 | 12.1 | 13.6 | 15.1 | 16.7 | 18.2 | 21.2 | 24.2 |
| 3 | 11.8 | 14.8 | 17.7 | 20.6 | 23.6 | 26.6 | 29.5 | 32.4 | 35.4 | 41.5 | 47.4 |
| 4 | 17.6 | 22.0 | 26.4 | 30.8 | 35.2 | 39.6 | 44.0 | 48.4 | 52.8 | 61.6 | 70.4 |
| 5 | 23.4 | 29.2 | 35.0 | 40.9 | 46.7 | 52.5 | 58.4 | 64.2 | 70.0 | 81.9 | 93.6 |
| 6 | 28.3 | 35.4 | 42.4 | 49.5 | 56.6 | 63.7 | 70.8 | 77.8 | 84.9 | 99.0 | 113.2 |
| 7 | 32.7 | 40.9 | 49.1 | 57.3 | 65.5 | 73.7 | 81.9 | 90.1 | 98.2 | 114.4 | 130.8 |
| 8 | 36.2 | 45.3 | 54.4 | 63.4 | 72.5 | 81.6 | 90.6 | 99.7 | 108.8 | 126.9 | 145.0 |
| 9 | 38.8 | 48.4 | 58.1 | 67.8 | 77.5 | 87.2 | 96.9 | 106.6 | 116.2 | 135.6 | 155.0 |
| 10 | 40.0 | 50.0 | 60.0 | 70.0 | 80.0 | 90.0 | 100.0 | 110.0 | 120.0 | 140.0 | 160.0 |

**Table E–2**—*Number of trees per acre in relation to average diameter and growing stock level*

| Average stand d.b.h. after thinning (inches) | Growing stock level | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 140 | 160 |
| | no. of trees | | | | | | | | | | |
| 2 | 277 | 345 | 418 | 488 | 553 | 626 | 692 | 767 | 836 | 968 | 1017 |
| 3 | 241 | 301 | 360 | 420 | 481 | 542 | 601 | 660 | 721 | 843 | 964 |
| 4 | 202 | 252 | 302 | 353 | 403 | 454 | 504 | 554 | 605 | 707 | 808 |
| 5 | 172 | 214 | 257 | 300 | 342 | 385 | 428 | 471 | 513 | 601 | 687 |
| 6 | 144 | 180 | 216 | 252 | 288 | 324 | 361 | 396 | 432 | 505 | 577 |
| 7 | 122 | 153 | 184 | 214 | 245 | 276 | 306 | 337 | 367 | 428 | 489 |
| 8 | 104 | 130 | 156 | 182 | 208 | 234 | 260 | 286 | 312 | 364 | 415 |
| 9 | 88 | 110 | 132 | 154 | 175 | 197 | 219 | 241 | 263 | 307 | 351 |
| 10 | 73 | 92 | 110 | 128 | 147 | 165 | 183 | 202 | 220 | 257 | 293 |

**Table E–3**—*Average distance in feet between residual trees in relation to average diameter and growing stock level*

| Average stand d.b.h. after thinning (inches) | Growing stock level | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 140 | 160 |
| | feet | | | | | | | | | | |
| 2 | 12.5 | 11.1 | 10.2 | 9.4 | 8.8 | 8.3 | 7.8 | 7.5 | 7.2 | 6.7 | 6.3 |
| 3 | 13.4 | 12.0 | 11.0 | 10.2 | 9.5 | 9.0 | 8.5 | 8.1 | 7.8 | 7.2 | 6.7 |
| 4 | 14.7 | 13.2 | 12.0 | 11.1 | 10.4 | 9.8 | 9.3 | 8.9 | 8.5 | 7.9 | 7.3 |
| 5 | 15.9 | 14.4 | 13.0 | 12.0 | 11.3 | 10.6 | 10.1 | 9.6 | 9.2 | 8.5 | 8.0 |
| 6 | 17.4 | 15.6 | 14.4 | 13.2 | 12.3 | 11.6 | 11.0 | 10.5 | 10.0 | 9.3 | 8.7 |
| 7 | 18.9 | 16.9 | 15.4 | 14.3 | 13.3 | 12.6 | 11.9 | 11.4 | 10.9 | 10.1 | 9.4 |
| 8 | 20.5 | 18.3 | 16.7 | 15.5 | 14.5 | 13.6 | 13.0 | 12.3 | 11.8 | 10.9 | 10.2 |
| 9 | 22.3 | 20.1 | 18.2 | 16.8 | 15.8 | 14.9 | 14.1 | 13.4 | 12.9 | 11.9 | 11.1 |
| 10 | 24.4 | 21.8 | 20.1 | 18.4 | 17.2 | 16.2 | 15.4 | 14.7 | 14.1 | 13.0 | 12.2 |

Rvsd Plan - 00005799

**Table E–4**—*Estimated average diameter and number of trees per acre of spruce–fir at final harvest in relation to growing stock levels, site indexes, rotation age, and cutting cycle, with a shelterwood option (adapted from Alexander and Edminster 1980)*

| Rotation age (years) | Cutting cycle (years) | 40 No. of trees | 40 Diameter (inches) | 60 No. of trees | 60 Diameter (inches) | 80 No. of trees | 80 Diameter (inches) | 100 No. of trees | 100 Diameter (inches) | 120 No. of trees | 120 Diameter (inches) | 140 No. of trees | 140 Diameter (inches) | 160 No. of trees | 160 Diameter (inches) | 180 No. of trees | 180 Diameter (inches) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Site index 50** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 19 | 20.6 | 39 | 17.5 | 65 | 15.6 | 95 | 14.3 | 135 | 13.1 | 194 | 11.8 | 236 | 11.1 | 289 | 10.1 |
| 120 | | 11 | 26.7 | 22 | 22.6 | 39 | 19.7 | 57 | 18.2 | 84 | 16.5 | 125 | 14.5 | 169 | 13.3 | 226 | 12.2 |
| 140 | | 7 | 33.5 | 13 | 28.8 | 24 | 24.9 | 36 | 22.6 | 53 | 20.5 | 79 | 18.1 | 110 | 16.3 | 161 | 14.3 |
| 160 | | 6 | 35.1 | 11 | 32.3 | 16 | 30.7 | 23 | 27.9 | 35 | 24.9 | 52 | 22.1 | 72 | 20.0 | 107 | 17.4 |
| 100 | 30 | 22 | 19.3 | 43 | 16.7 | 72 | 14.9 | 107 | 13.6 | 151 | 12.4 | 208 | 11.2 | 250 | 10.8 | 295 | 10.0 |
| 120 | | 12 | 25.2 | 25 | 21.6 | 42 | 19.1 | 65 | 17.1 | 91 | 15.8 | 136 | 13.9 | 181 | 12.9 | 235 | 12.0 |
| 140 | | 9 | 29.6 | 18 | 25.3 | 29 | 22.6 | 46 | 20.1 | 65 | 18.4 | 100 | 16.1 | 131 | 15.0 | 180 | 13.5 |
| 160 | | 7 | 33.3 | 11 | 31.8 | 18 | 28.3 | 30 | 24.7 | 44 | 22.5 | 66 | 19.7 | 87 | 18.2 | 122 | 16.3 |
| **Site index 60** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 17 | 21.8 | 34 | 19.0 | 57 | 16.9 | 76 | 16.2 | 116 | 14.3 | 153 | 13.4 | 209 | 12.3 | 259 | 10.1 |
| 120 | | 9 | 28.7 | 19 | 24.7 | 33 | 21.8 | 45 | 20.7 | 70 | 18.1 | 90 | 17.2 | 131 | 15.3 | 164 | 12.2 |
| 140 | | 7 | 32.7 | 11 | 31.8 | 19 | 27.9 | 27 | 26.1 | 43 | 22.2 | 55 | 21.9 | 79 | 19.4 | 103 | 14.3 |
| 160 | | 5 | 37.9 | 9 | 35.6 | 15 | 31.4 | 18 | 32.0 | 28 | 28.0 | 36 | 26.8 | 51 | 23.8 | 67 | 17.4 |
| 100 | 30 | 19 | 20.8 | 36 | 18.4 | 62 | 16.2 | 85 | 15.3 | 129 | 13.7 | 164 | 13.0 | 217 | 12.1 | 264 | 10.1 |
| 120 | | 10 | 27.6 | 20 | 24.1 | 35 | 21.1 | 51 | 19.5 | 76 | 17.4 | 99 | 16.4 | 133 | 15.1 | 183 | 13.7 |
| 140 | | 7 | 32.8 | 14 | 28.5 | 24 | 25.0 | 36 | 23.1 | 53 | 20.7 | 70 | 19.3 | 95 | 17.0 | 133 | 15.9 |
| 160 | | 6 | 36.5 | 11 | 31.9 | 15 | 31.1 | 23 | 28.3 | 34 | 25.6 | 46 | 23.8 | 62 | 21.8 | 86 | 19.5 |
| **Site index 70** | | | | | | | | | | | | | | | | | |
| 100 | 20 | 15 | 23.4 | 28 | 21.0 | 46 | 18.7 | 69 | 17.2 | 97 | 15.9 | 123 | 15.1 | 166 | 13.9 | 210 | 13.1 |
| 120 | | 8 | 31.0 | 15 | 27.5 | 26 | 24.5 | 39 | 22.5 | 55 | 20.5 | 70 | 19.6 | 94 | 18.1 | 126 | 16.7 |
| 140 | | 6 | 36.1 | 11 | 32.1 | 15 | 31.5 | 23 | 28.5 | 33 | 26.0 | 43 | 24.7 | 59 | 22.6 | 79 | 20.7 |
| 160 | | 4 | 42.0 | 8 | 37.1 | 12 | 35.5 | 18 | 32.5 | 21 | 32.3 | 27 | 30.8 | 38 | 28.0 | 50 | 25.8 |
| 100 | 30 | 17 | 22.3 | 30 | 20.2 | 49 | 18.2 | 75 | 16.6 | 103 | 15.5 | 138 | 14.4 | 184 | 13.3 | 231 | 12.5 |
| 120 | | 9 | 29.3 | 17 | 26.2 | 27 | 24.0 | 42 | 21.4 | 59 | 19.9 | 79 | 18.5 | 109 | 16.9 | 139 | 15.8 |
| 140 | | 7 | 34.4 | 11 | 31.8 | 19 | 28.4 | 29 | 25.7 | 41 | 23.6 | 55 | 22.0 | 75 | 20.1 | 99 | 18.5 |
| 160 | | 5 | 39.7 | 9 | 35.0 | 15 | 31.9 | 19 | 32.1 | 25 | 29.5 | 34 | 27.5 | 48 | 25.0 | 63 | 23.0 |

Rvsd Plan - 00005800

142

**Table E-4**—*(continued)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40 | | 60 | | 80 | | 100 | | 120 | | 140 | | 160 | | 180 | |
| | | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) | No. of trees | Dia-meter (inches) |
| Site index 80 | | | | | | | | | | | | | | | | | |
| 100 | 20 | 13 | 25.3 | 25 | 22.3 | 39 | 20.6 | 59 | 18.8 | 79 | 17.7 | 103 | 16.7 | 133 | 15.7 | 177 | 14.4 |
| 120 | | 7 | 33.7 | 14 | 29.3 | 21 | 27.2 | 32 | 24.7 | 44 | 22.9 | 58 | 21.6 | 74 | 20.5 | 99 | 18.8 |
| 140 | | 6 | 36.2 | 10 | 34.1 | 14 | 31.9 | 19 | 31.4 | 27 | 29.1 | 35 | 27.5 | 44 | 26.0 | 59 | 23.9 |
| 160 | | 4 | 42.2 | 7 | 39.6 | 11 | 36.9 | 15 | 35.3 | 20 | 33.2 | 25 | 31.5 | 28 | 32.6 | 37 | 29.9 |
| 100 | 30 | 15 | 24.0 | 27 | 21.5 | 44 | 19.6 | 63 | 18.2 | 87 | 16.9 | 118 | 15.7 | 145 | 15.1 | 196 | 13.8 |
| 120 | | 8 | 31.7 | 15 | 28.4 | 24 | 25.8 | 35 | 23.7 | 48 | 22.1 | 66 | 20.5 | 83 | 19.4 | 117 | 17.4 |
| 140 | | 7 | 33.0 | 10 | 34.0 | 16 | 30.8 | 23 | 28.6 | 33 | 26.6 | 44 | 24.7 | 58 | 23.0 | 81 | 20.6 |
| 160 | | 5 | 38.8 | 8 | 38.3 | 13 | 34.4 | 18 | 32.1 | 20 | 33.2 | 28 | 30.6 | 36 | 28.7 | 51 | 25.8 |
| Site index 90 | | | | | | | | | | | | | | | | | |
| 100 | 20 | 12 | 26.7 | 22 | 24.0 | 35 | 21.9 | 48 | 20.8 | 67 | 19.3 | 89 | 18.1 | 110 | 17.4 | 139 | 16.4 |
| 120 | | 7 | 34.7 | 11 | 32.2 | 19 | 29.1 | 26 | 27.5 | 37 | 25.3 | 48 | 23.8 | 62 | 22.4 | 80 | 21.1 |
| 140 | | 5 | 38.5 | 8 | 37.9 | 13 | 34.0 | 18 | 31.9 | 21 | 32.9 | 29 | 30.5 | 36 | 29.0 | 47 | 26.8 |
| 160 | | 4 | 44.7 | 6 | 43.9 | 10 | 39.4 | 14 | 37.1 | 16 | 37.0 | 22 | 34.8 | 27 | 33.1 | 30 | 33.6 |
| 100 | 30 | 13 | 25.6 | 25 | 22.7 | 38 | 21.0 | 63 | 19.7 | 71 | 18.7 | 100 | 17.1 | 125 | 16.4 | 164 | 15.2 |
| 120 | | 7 | 33.9 | 13 | 30.4 | 21 | 27.8 | 35 | 26.1 | 39 | 24.7 | 55 | 22.6 | 69 | 21.4 | 91 | 19.8 |
| 140 | | 6 | 35.4 | 12 | 31.7 | 13 | 33.9 | 23 | 31.7 | 26 | 29.8 | 37 | 27.1 | 46 | 25.9 | 64 | 23.3 |
| 160 | | 4 | 41.6 | 8 | 37.3 | 11 | 37.4 | 18 | 35.3 | 20 | 33.4 | 25 | 30.8 | 29 | 32.0 | 39 | 29.4 |
| Site index 100 | | | | | | | | | | | | | | | | | |
| 100 | 20 | 11 | 28.1 | 19 | 25.7 | 30 | 23.7 | 43 | 22.0 | 57 | 21.0 | 77 | 19.5 | 99 | 18.4 | 119 | 17.9 |
| 120 | | 7 | 34.6 | 10 | 31.4 | 16 | 34.4 | 23 | 29.5 | 30 | 28.3 | 41 | 26.0 | 53 | 24.5 | 67 | 23.0 |
| 140 | | 5 | 40.8 | 8 | 37.2 | 12 | 36.7 | 16 | 34.3 | 21 | 32.9 | 23 | 33.9 | 30 | 31.8 | 40 | 29.5 |
| 160 | | 3 | 47.8 | 6 | 43.4 | 8 | 42.6 | 12 | 39.9 | 15 | 38.3 | 21 | 35.7 | 23 | 34.6 | 30 | 33.8 |
| 100 | 30 | 11 | 27.2 | 22 | 24.3 | 34 | 22.4 | 47 | 21.3 | 63 | 20.7 | 83 | 18.9 | 106 | 17.9 | 139 | 16.6 |
| 120 | | 7 | 35.2 | 11 | 32.7 | 18 | 30.2 | 25 | 28.3 | 34 | 26.7 | 45 | 25.0 | 58 | 23.6 | 77 | 21.7 |
| 140 | | 6 | 37.4 | 10 | 34.1 | 16 | 31.5 | 17 | 34.2 | 23 | 32.1 | 30 | 30.3 | 38 | 28.5 | 53 | 25.7 |
| 160 | | 4 | 44.1 | 7 | 40.1 | 11 | 37.3 | 13 | 36.6 | 18 | 35.9 | 23 | 33.9 | 30 | 32.0 | 32 | 32.5 |

Rvsd Plan - 00005801

**Table E–5—**Total cubic-foot volume production per acre of spruce–fir in relation to growing stock level, site index, rotation age, and cutting cycle, with a shelterwood option (adapted from Alexander and Edminster 1980)

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 |
| | | 1,000 cubic feet | | | | | | | |
| Site index 50 | | | | | | | | | |
| 100 | 20 | 2.00 | 2.44 | 2.87 | 3.23 | 3.54 | 3.74 | 3.80 | 3.63 |
| 120 | | 2.38 | 2.95 | 3.54 | 4.08 | 4.44 | 4.72 | 4.90 | 4.90 |
| 140 | | 2.70 | 3.42 | 4.13 | 4.76 | 5.33 | 5.85 | 6.06 | 5.92 |
| 160 | | 2.99 | 3.90 | 4.78 | 5.54 | 6.22 | 6.75 | 7.09 | 7.09 |
| 100 | 30 | 2.08 | 2.54 | 2.90 | 3.20 | 3.40 | 3.60 | 3.68 | 3.55 |
| 120 | | 2.48 | 3.14 | 3.71 | 4.10 | 4.40 | 4.60 | 4.68 | 4.68 |
| 140 | | 2.90 | 3.78 | 4.41 | 5.01 | 5.47 | 5.80 | 5.92 | 5.82 |
| 160 | | 3.22 | 4.16 | 4.98 | 5.74 | 6.30 | 6.74 | 7.09 | 7.09 |
| Site index 60 | | | | | | | | | |
| 100 | 20 | 2.51 | 3.16 | 3.73 | 4.25 | 4.61 | 4.88 | 5.07 | 5.26 |
| 120 | | 2.90 | 3.83 | 4.51 | 5.21 | 5.76 | 6.17 | 6.48 | 6.72 |
| 140 | | 3.30 | 4.34 | 5.31 | 6.10 | 6.83 | 7.49 | 7.88 | 8.19 |
| 160 | | 3.66 | 4.91 | 6.02 | 7.01 | 7.78 | 8.45 | 9.02 | 9.52 |
| 100 | 30 | 2.64 | 3.29 | 3.86 | 4.35 | 4.70 | 4.93 | 5.10 | 5.22 |
| 120 | | 3.14 | 3.97 | 4.76 | 5.40 | 5.84 | 6.18 | 6.48 | 6.66 |
| 140 | | 3.61 | 4.76 | 5.74 | 6.48 | 7.04 | 7.55 | 7.89 | 8.20 |
| 160 | | 4.02 | 5.36 | 6.42 | 7.34 | 8.22 | 8.86 | 9.36 | 9.49 |
| Site index 70 | | | | | | | | | |
| 100 | 20 | 3.13 | 3.96 | 4.64 | 5.34 | 5.91 | 6.40 | 6.71 | 6.90 |
| 120 | | 3.68 | 4.70 | 5.60 | 6.47 | 7.24 | 7.94 | 8.42 | 8.77 |
| 140 | | 4.14 | 5.32 | 6.43 | 7.50 | 8.53 | 9.32 | 9.97 | 10.53 |
| 160 | | 4.51 | 5.92 | 7.26 | 8.48 | 9.65 | 10.59 | 11.44 | 12.14 |
| 100 | 30 | 3.25 | 4.14 | 4.95 | 5.59 | 6.09 | 6.42 | 6.76 | 7.00 |
| 120 | | 3.84 | 4.98 | 5.94 | 6.82 | 7.52 | 8.04 | 8.44 | 8.76 |
| 140 | | 4.47 | 5.74 | 6.97 | 7.27 | 9.21 | 9.90 | 10.36 | 10.63 |
| 160 | | 4.86 | 6.37 | 7.86 | 9.20 | 10.30 | 11.17 | 11.78 | 12.16 |
| Site index 80 | | | | | | | | | |
| 100 | 20 | 3.75 | 4.78 | 5.68 | 6.46 | 7.20 | 7.90 | 8.55 | 8.95 |
| 120 | | 4.33 | 5.66 | 6.68 | 7.92 | 8.88 | 9.82 | 10.51 | 10.86 |
| 140 | | 4.87 | 6.38 | 7.80 | 9.06 | 10.09 | 11.20 | 12.18 | 13.05 |
| 160 | | 5.31 | 7.04 | 8.74 | 10.13 | 11.41 | 12.72 | 13.82 | 14.91 |
| 100 | 30 | 4.00 | 5.02 | 5.99 | 6.89 | 7.64 | 8.22 | 8.64 | 8.95 |
| 120 | | 4.64 | 6.00 | 7.25 | 8.45 | 9.36 | 10.04 | 10.56 | 10.92 |
| 140 | | 5.31 | 6.97 | 8.47 | 9.86 | 11.05 | 12.01 | 12.71 | 13.12 |
| 160 | | 5.87 | 7.68 | 9.30 | 10.85 | 12.29 | 13.46 | 14.37 | 15.07 |
| Site index 90 | | | | | | | | | |
| 100 | 20 | 4.42 | 5.67 | 6.79 | 7.78 | 8.61 | 9.43 | 10.23 | 10.82 |
| 120 | | 5.06 | 6.56 | 8.00 | 9.34 | 10.44 | 11.45 | 12.38 | 13.08 |
| 140 | | 5.60 | 7.41 | 9.09 | 10.56 | 11.98 | 13.24 | 14.46 | 15.65 |
| 160 | | 6.18 | 8.18 | 10.13 | 11.98 | 13.52 | 14.96 | 16.42 | 17.76 |
| 100 | 30 | 4.74 | 6.02 | 7.13 | 8.15 | 9.08 | 9.90 | 10.56 | 11.04 |
| 120 | | 5.58 | 7.14 | 8.78 | 10.13 | 11.21 | 12.20 | 12.98 | 13.58 |
| 140 | | 6.17 | 8.22 | 10.07 | 11.75 | 13.09 | 14.36 | 15.26 | 15.93 |
| 160 | | 6.61 | 8.94 | 11.14 | 13.04 | 14.64 | 15.94 | 17.10 | 18.06 |
| Site index 100 | | | | | | | | | |
| 100 | 20 | 5.17 | 6.55 | 7.91 | 9.17 | 10.20 | 11.10 | 11.90 | 12.70 |
| 120 | | 5.89 | 7.63 | 9.23 | 10.84 | 12.40 | 13.69 | 14.80 | 15.60 |
| 140 | | 6.55 | 8.54 | 10.51 | 12.33 | 14.03 | 15.67 | 17.05 | 18.17 |
| 160 | | 7.06 | 9.42 | 11.55 | 13.78 | 15.76 | 17.63 | 19.26 | 20.53 |
| 100 | 30 | 5.40 | 7.02 | 8.45 | 9.76 | 10.97 | 11.97 | 12.70 | 13.20 |
| 120 | | 6.34 | 8.24 | 10.14 | 11.98 | 13.44 | 14.66 | 15.60 | 16.26 |
| 140 | | 7.17 | 9.52 | 11.76 | 13.89 | 15.71 | 17.15 | 18.34 | 19.08 |
| 160 | | 7.76 | 10.34 | 12.83 | 15.25 | 17.36 | 19.14 | 20.53 | 21.50 |

**Table E–6**—*Estimated total board-foot volume production per acre of spruce–fir in relation to growing stock level, site index, rotation age, and cutting cycle—shelterwood option (trees 8 inches d.b.h. and larger to a 6-inch top) (adapted from Alexander and Edminster 1980)*

| Rotation age (years) | Cutting cycle (years) | Growing stock level | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 |
| | | 1,000 board feet | | | | | | | |
| Site index 50 | | | | | | | | | |
| 100 | 20 | 6.3 | 8.5 | 9.7 | 10.7 | 11.4 | 11.7 | 11.5 | 10.1 |
| 120 | | 8.8 | 11.5 | 13.7 | 15.8 | 16.8 | 17.0 | 16.8 | 16.2 |
| 140 | | 10.9 | 14.4 | 17.5 | 19.9 | 21.8 | 23.2 | 23.0 | 21.8 |
| 160 | | 13.0 | 17.6 | 21.1 | 24.6 | 26.9 | 28.8 | 29.1 | 28.2 |
| 100 | 30 | 7.0 | 8.5 | 9.7 | 10.6 | 11.1 | 11.2 | 11.0 | 10.1 |
| 120 | | 9.2 | 12.0 | 14.0 | 15.4 | 16.1 | 16.3 | 16.1 | 15.6 |
| 140 | | 11.8 | 15.5 | 18.1 | 20.6 | 22.4 | 22.8 | 22.5 | 21.8 |
| 160 | | 13.9 | 17.9 | 21.8 | 25.4 | 28.2 | 29.8 | 29.4 | 28.0 |
| Site index 60 | | | | | | | | | |
| 100 | 20 | 8.5 | 11.4 | 13.5 | 15.3 | 16.4 | 17.1 | 17.7 | 18.0 |
| 120 | | 11.0 | 15.0 | 18.4 | 20.8 | 22.4 | 23.9 | 24.8 | 25.8 |
| 140 | | 13.6 | 18.5 | 23.0 | 26.5 | 29.3 | 31.4 | 33.0 | 33.9 |
| 160 | | 16.0 | 22.1 | 27.5 | 31.9 | 34.9 | 37.6 | 39.8 | 41.6 |
| 100 | 30 | 8.9 | 11.2 | 13.1 | 14.8 | 16.1 | 16.7 | 17.2 | 16.4 |
| 120 | | 11.9 | 15.2 | 18.2 | 21.0 | 22.6 | 23.6 | 24.2 | 23.6 |
| 140 | | 14.8 | 20.0 | 24.2 | 27.7 | 30.5 | 32.2 | 33.0 | 32.2 |
| 160 | | 17.6 | 23.7 | 28.6 | 32.6 | 36.3 | 39.8 | 41.1 | 40.3 |
| Site index 70 | | | | | | | | | |
| 100 | 20 | 10.7 | 14.3 | 17.3 | 19.9 | 22.0 | 23.5 | 24.3 | 25.0 |
| 120 | | 14.0 | 19.0 | 23.2 | 26.9 | 29.9 | 32.2 | 34.1 | 35.5 |
| 140 | | 17.2 | 22.8 | 28.4 | 33.2 | 37.4 | 40.5 | 43.1 | 45.1 |
| 160 | | 20.0 | 27.0 | 33.6 | 39.7 | 45.0 | 49.3 | 53.1 | 55.2 |
| 100 | 30 | 11.2 | 14.8 | 17.8 | 20.1 | 21.6 | 22.7 | 27.6 | 28.1 |
| 120 | | 14.8 | 19.8 | 23.8 | 27.1 | 29.6 | 31.8 | 33.1 | 33.7 |
| 140 | | 18.8 | 24.6 | 30.5 | 35.3 | 39.3 | 42.1 | 44.1 | 44.8 |
| 160 | | 21.4 | 29.0 | 36.2 | 42.1 | 46.9 | 50.4 | 52.6 | 53.6 |
| Site index 80 | | | | | | | | | |
| 100 | 20 | 12.9 | 17.2 | 21.1 | 24.5 | 27.6 | 30.0 | 32.2 | 33.5 |
| 120 | | 16.7 | 22.9 | 28.0 | 32.4 | 36.7 | 40.3 | 43.2 | 45.0 |
| 140 | | 20.2 | 28.3 | 34.3 | 40.0 | 45.6 | 50.7 | 54.9 | 58.1 |
| 160 | | 23.4 | 32.6 | 40.6 | 47.8 | 54.7 | 60.9 | 66.2 | 70.2 |
| 100 | 30 | 14.2 | 18.4 | 22.4 | 25.7 | 28.2 | 30.0 | 31.2 | 31.8 |
| 120 | | 18.4 | 24.2 | 29.8 | 34.9 | 38.5 | 41.3 | 43.0 | 43.8 |
| 140 | | 22.7 | 30.5 | 37.7 | 44.0 | 49.0 | 53.5 | 56.0 | 57.4 |
| 160 | | 26.1 | 35.4 | 43.7 | 51.7 | 58.4 | 63.5 | 67.2 | 69.0 |
| Site index 90 | | | | | | | | | |
| 100 | 20 | 15.7 | 20.8 | 25.9 | 30.3 | 33.9 | 36.9 | 39.8 | 42.0 |
| 120 | | 19.8 | 26.8 | 33.4 | 39.7 | 44.6 | 49.4 | 53.5 | 57.0 |
| 140 | | 24.1 | 32.6 | 40.7 | 48.2 | 55.3 | 61.5 | 67.2 | 71.7 |
| 160 | | 24.1 | 38.1 | 48.2 | 57.4 | 65.6 | 72.9 | 80.0 | 86.6 |
| 100 | 30 | 17.2 | 22.6 | 27.4 | 31.5 | 34.9 | 37.3 | 39.4 | 40.7 |
| 120 | | 22.0 | 29.8 | 37.2 | 43.0 | 48.2 | 52.2 | 55.0 | 55.9 |
| 140 | | 26.7 | 36.8 | 45.6 | 53.9 | 61.5 | 65.1 | 69.0 | 70.6 |
| 160 | | 30.4 | 42.1 | 52.8 | 62.6 | 71.8 | 78.2 | 83.2 | 85.0 |
| Site index 100 | | | | | | | | | |
| 100 | 20 | 18.5 | 24.6 | 30.7 | 36.1 | 40.3 | 44.0 | 47.4 | 50.5 |
| 120 | | 23.4 | 31.8 | 39.5 | 47.0 | 54.0 | 60.0 | 64.8 | 68.4 |
| 140 | | 27.9 | 38.2 | 48.4 | 57.7 | 65.9 | 73.5 | 80.5 | 85.7 |
| 160 | | 31.8 | 44.5 | 56.2 | 66.9 | 77.4 | 87.0 | 95.4 | 101.8 |
| 100 | 30 | 19.8 | 26.8 | 33.4 | 39.0 | 43.7 | 46.8 | 49.0 | 50.4 |
| 120 | | 26.0 | 35.0 | 43.8 | 51.8 | 59.0 | 64.1 | 66.8 | 68.2 |
| 140 | | 31.4 | 43.1 | 54.2 | 64.7 | 73.2 | 79.8 | 84.6 | 86.1 |
| 160 | | 36.5 | 49.4 | 61.8 | 73.9 | 84.8 | 93.8 | 100.0 | 102.6 |

Forest Ecology and Management 361 (2016) 154–162



Contents lists available at ScienceDirect

# Forest Ecology and Management

journal homepage: www.elsevier.com/locate/foreco



# Bark beetle effects on a seven-century chronosequence of Engelmann spruce and subalpine fir in Colorado, USA



Drew P. Derderian [a], Haishan Dang [b], Gregory H. Aplet [c], Dan Binkley [d,e,*]

[a] Department of Forest and Rangeland Stewardship, Colorado State University, Fort Collins, CO 80521, USA
[b] Key Laboratory of Aquatic Botany and Watershed Ecology, Wuhan Botanical Garden, Chinese Academy of Sciences, Wuhan 430074, PR China
[c] The Wilderness Society, 1660 Wynkoop St., Suite 850, Denver, CO 80202, USA
[d] Department of Ecosystem Science and Sustainability, Colorado State University, Fort Collins, CO 80521, USA
[e] Department of Forest Ecology and Management, Swedish University of Agricultural Sciences, S-901 83 Umeå, Sweden

## ARTICLE INFO

Article history:
Received 30 July 2015
Received in revised form 7 November 2015
Accepted 11 November 2015

## ABSTRACT

Many important trends in forest development across landscapes and centuries are difficult to measure directly, and a space-for-time substitution in a chronosequence may provide useful insight at these scales. The value of chronosequences for forest ecology and management depends on a number of sources of variation, including geographic differences in site productivity, differences in climate over long periods, and the presence or absence of rapid events such as fire, windthrow, and insect outbreaks. Confidence in the value of a chronosequence may be increased if later resampling shows that each site followed the predominant trajectory expected from the chronosequence pattern. We resampled a 700-year chronosequence of Engelmann spruce (Picea engelmannii) and subalpine fir (Abies lasiocarpa) three decades after the initial sampling. The original chronosequence suggested long-term stasis in both biomass and production after about 200 years of stand developments in the absence of major fire, beetle outbreaks, and windstorms. Three decades later, a spruce beetle (Dendroctonus rufipennis) outbreak had reduced spruce biomass by 68% and total stand biomass by 44% across the chronosequence (to an average of 7.8 kg m$^{-2}$). There remained no trend in total stem biomass with stand age, averaging 13.9 kg m$^{-2}$ of stemwood across all ages. Stem production averaged 0.15 kg m$^{-2}$ yr$^{-1}$ between 1984 and 2013, higher than the 0.09 kg m$^{-2}$ yr$^{-1}$ estimated in 1984. Over the three decades, stand biomass shifted from about 2/3 spruce to 2/3 fir. Stands may be selected for chronosequences based on an absence of rapid events that substantially change stand structure, but this may limit the ability of a chronosequence to represent real long-term patterns across landscapes.

© 2015 Elsevier B.V. All rights reserved.

## 1. Introduction

Forests of spruce (Picea) and fir (Abies) cover vast portions of the northern hemisphere. A variety of ecological factors appear to sustain the codominance of trees in these forests, including shared abilities to survive for decades and centuries in highly shaded locations, and differential susceptibility to pests (e.g. Peet, 1981; Veblen, 1986a,b; Seymour, 1992; Aplet et al., 1988; Nishimura et al., 2010). Forests dominated by Engelmann spruce (Picea engelmannii) and subalpine fir (Abies lasiocarpa) dominate many landscapes from central British Columbia and Alberta in Canada southward to Arizona and New Mexico in the United States (Alexander, 1984). Long-term changes in composition, production,

and biomass develop at century time scales in these forests, posing major challenges for testing ideas about the changes in these forests over time.

A chronosequence approach has the potential to identify trends expected through time based on patterns among stands of different ages across landscapes, assuming that a predominant trajectory should be followed within individual stands (Walker et al., 2010). The critical assumption of a chronosequence is that variations in ecological factors across space and time are relatively small compared to the predominant trajectory over time. Differences in site factors may confound any time-related pattern, as would any trends in climate across centuries. The occurrence and legacies of rapid change events such as fires, insect outbreaks, and windstorms could add variance that further limits the utility of chronosequences. These three sources of variation (ecological site factors, climate, and rapid events) may even challenge the idea that a clear predominant trajectory should be expected for forest development across landscapes and centuries.

* Corresponding author. Department of Ecosystem Science and Sustainability, Colorado State University, Fort Collins, CO 80521, USA.
E-mail address: dan.binkley@alumni.ubc.ca (D. Binkley).

http://dx.doi.org/10.1016/j.foreco.2015.11.024
0378-1127/© 2015 Elsevier B.V. All rights reserved.

Rvsd Plan - 00005804

Aplet et al. (1988, 1989) used a chronosequence approach to determine the likely changes in forest composition, stemwood biomass, and stemwood production across seven centuries of change in forests of Engelmann spruce and subalpine fir in northern Colorado. They chose nine stands representing different ages since stand-initiating disturbance (likely severe fire) and used tree ages, diameters, growth, recruitment, and coarse woody debris to examine stand development in response to chronic factors (competition, minor windthrow, endemic bark beetle activity, root diseases) in the absence of major mortality events. Later, Rebertus et al. (1992) presented a general course of forest development (citing Whipple and Dix, 1979; Peet, 1981; Veblen, 1986a, and Aplet et al., 1988) that, in the absence of broad-scale disturbance, follows a continuum that can be divided into four broad phases: colonization, spruce exclusion, spruce reinitiation, and second-generation spruce–fir "old growth." Colonization follows a major disturbance and consists of recruitment of both spruce and fir under conditions of available resources. As the canopy closes, conditions become inhospitable for spruce regeneration, and the stand enters the spruce exclusion period, while fir continues to recruit. Eventually, mortality of large trees, either through competition-induced mortality or as fir reaches the end of its lifespan, opens the canopy and spruce recruitment reinitiates. With time, this spruce recruitment joins the fir as an all-aged forest or forms a second cohort in a long-period cycle of recruitment and exclusion. Various authors (Rebertus et al., 1992; Aplet et al., 1988; Peet, 1981) noted that existence of second-generation forest is unlikely to persist for long, if it is indeed ever reached, as virtually all stand age class structures show evidence of stand initiating disturbance events, and stands containing trees >500 years old are rare.

Chronosequence studies depend on the assumption that the only significant difference between sites is time, and Aplet et al. (1989) cautioned that "[i]n spite of restricting slope, aspect, parent material and climate in this study, other unknown plot-to-plot variation (e.g. initial density and species composition, site quality, stand history) may exist." Rebertus et al. (1992) noted that various authors concluded that differences in site quality among stands affect developmental dynamics such that a variety of stand structures may result: actual trajectories may vary substantially in a population of stands around any central tendency. On especially dry and wet sites, slow recruitment may prevent the onset of a spruce exclusion phase, and Aplet et al. (1989) suggested that, on relatively high-quality sites, overstory mortality early in stand development keeps the canopy open and allows for continuous spruce recruitment. Other authors have reported similar differences in stand trajectory depending on site quality (Whipple and Dix, 1979; Peet, 1981).

Despite apparent differences among sites, Aplet et al. (1989) reported generally stable stand-level biomass from 125 through 700 years of stand development. Stemwood production peaked early in stand development, and then dropped by about half from age 250 years onward. The decline in stemwood production mirrored the decline in stand leaf area. Beyond 175 years since stand establishment, spruce comprised about two-thirds of stem biomass and half of stem production. The distribution of sizes and ages of fir was relatively constant after 200 years, though the distributions for spruce continued to change as the initial even-aged cohort progressed through time. Total biomass and production of stems showed no trend after 200 years.

Did the lack of trend result from long-term patterns of consistent production and mortality (leading to no change in biomass), or did the lack of apparent trend reflect confounding variations of ecological site factors, time, and rapid events that obscured the trends actually followed through the history of each stand? Aplet et al. (1988) marked individual trees so these questions could be tested by resampling in future decades. We report on the

changes in stem biomass and production over the next three decades, addressing two questions:

1. Did each stand follow the trend in stemwood biomass and production over time that was suggested by the original chronosequence?
2. Would a remeasurement show the same pattern as the original chronosequence?

Two additional questions were developed once it was clear that rapid mortality from spruce beetles (*Dendroctonus rufipennis*; Colorado State Forest Service, 2013) had substantially altered the stands:

3. Did mortality differ with tree size?
4. Did mortality differ with stand age?

## 2. Methods

The methods of the original sampling of the chronosequence were described in detail by Aplet et al. (1988, 1989). The stands are located in the upper watersheds of the Cache La Poudre River and Laramie River in Larimer County, Colorado, USA, between 3000 m and 3200 m, most on north-facing aspects (Fig. 1; see Table 1 of Aplet et al. (1989) for details on location and site, where Stand 1 in the present study corresponds to Stand 2 in the 1989 paper, etc.). Spruce and fir comprised >97% of overstory trees and biomass, with minor amounts of lodgepole pine (*Pinus contorta*). Trees of all sizes were cored as close to the base as possible, and stand ages were determined from the oldest, largest trees, all of which displayed ring patters indicative of growth in the open. No stands showed evidence of trees that survived the stand-initiating disturbance.

All of the original plots from 1984 were resampled in 2013 except for the youngest stand (about 125 years old in 1984), which had not been permanently marked for resampling. Each stand was sampled with three plots, either 0.05 ha plots (the youngest resampled stand) or 0.10 ha plots (all others). The resampling entailed locating each original tree and measuring current diameter at breast height (1.4 m), and tallying tree condition (live, dead standing, or dead fallen), but we made no attempt to assess cause of death. A few trees were missing tags, but they were identified reliably based on species, size and location within plots. The diameter cut-off for measurement in 1984 was 5 cm, and new recruits that passed this threshold were tallied by diameter and species (Table 1).

The biomass of stems was estimated using allometric equations for volume, based on diameter and height, and wood density (see methods in Aplet et al., 1989). The diameters were measured directly, and heights were estimated based on locally derived linear relationships between diameter and height in 1984 (measured with a clinometer: spruce, $n = 390$ $r^2 = 0.86$; fir, $n = 307$ $r^2 = 0.88$). Stemwood volume was calculated with equations from Myers and Edminster (1972), and volume was converted to mass based on typical densities (368 kg m$^{-3}$ for spruce, and 433 kg m$^{-3}$ for fir, Wenger, 1984). The values for fir and spruce are given separately, and the total stand values are slightly higher than the sum of the two species owing to inclusion of minor contributions of lodgepole pine.

Stemwood in the first sampling was determined from 10-year growth increments on cores. For the resampling, productivity was calculated from gross stem increments between 1984 and 2013. The production estimates for the 1984 sampling would be somewhat low, as the growth of any tree that occurred between 1975 and 1984 was included only if the tree was alive in 1984. The production estimates for the 2013 sampling did include any

Rvsd Plan - 00005805



**Fig. 1.** Location of sampled stands. Stand 1 is near Cameron Pass on Colorado Highway 14. Chambers Lake appears near Stand 4 for reference.

**Table 1**
Stand descriptions.

| Stand number | Stand age (1984) | Density (trees ha⁻¹) | | | | Quadratic mean diameter (cm) | | | | Basal area (m² ha⁻¹) | | | |
| | | 1984 | | 2013 | | 1984 | | 2013 | | 1984 | | 2013 | |
| | | Fir | Spruce | Fir | Spruce | Fir | Spruce | Fir | Spruce | Fir | Spruce | Fir | Spruce |
| 1 | 170 | 1307 | 1740 | 513 | 873 | 14.9 | 16.1 | 14.6 | 15.1 | 22 | 36 | 9 | 16 |
| 2 | 270 | 1007 | 1480 | 1187 | 813 | 15.0 | 22.0 | 14.4 | 18.7 | 18 | 56 | 19 | 22 |
| 3 | 270 | 1313 | 1080 | 1587 | 560 | 16.1 | 26.8 | 15.3 | 22.1 | 27 | 62 | 29 | 21 |
| 4 | 370 | 1947 | 1080 | 1867 | 500 | 14.5 | 30.6 | 14.8 | 20.5 | 32 | 65 | 32 | 17 |
| 5 | 370 | 1480 | 1113 | 1560 | 513 | 12.9 | 26.0 | 14.3 | 22.4 | 25 | 60 | 25 | 20 |
| 6 | 570 | 1860 | 953 | 1767 | 247 | 15.3 | 28.5 | 15.5 | 23.3 | 34 | 56 | 33 | 11 |
| 7 | 570 | 2660 | 827 | 2663 | 653 | 15.4 | 25.3 | 16.9 | 20.8 | 50 | 42 | 59 | 22 |
| 8 | 695 | 1693 | 987 | 1660 | 360 | 15.1 | 29.1 | 15.2 | 23.4 | 31 | 67 | 30 | 15 |

increment on trees that were alive in 1984 but dead in 2013, with exception of trees that had died and fallen (preventing precise remeasurement of diameter). Measurements made on dead trees also introduce errors associated with shrinkage relative to live trees. We realize that these two methods produce results that are not easily compared, but we were limited by circumstances and compare the two figures with caution.

The values for each stand were averaged from the three plots in each stand (the experimental units of the study). Biomass mortality was calculated as the annual average of the mass of trees that died between 1984 and 2013, with mass determined on the diameter measured in 2013. Net production was the difference between gross stem production and stem mortality. Basal area of dead trees was reported in 1988, but no estimates of dead trees basal area made in the 1984 sampling.

Long-term trends, and relationships between tree size and mortality, were examined with linear and curvilinear routines in CurveExpert Professional 2.2©. The changes over 29 years within stands were tested with paired *t*-tests (in Excel) for stand means of 1984 and 2013. We chose a significance level of $P < 0.05$ to protect against Type I errors.

## 3. Results

Spruce beetle mortality resulted in substantial reductions in spruce in the larger size classes in each stand, but fir diameter class

structure changed very little from 1984 to 2013 (Fig. 2). Table 2 shows changes in live-tree density from 1984 to 2013 for small- (5–15 cm), medium- (25–35 cm), and large-diameter (>50 cm) trees. Spruce experienced reductions in density of medium- and large-diameter trees from 25 to 100 percent in all stands. Overall, only one third of spruce over 30 cm in 1984 survived to 2013. Small-diameter spruces suffered considerably less mortality except in the youngest stand, where mortality exceeded fifty percent, and in Stand 7, in which small-diameter spruce actually increased slightly in density. Fir, in contrast, showed considerably more variability, displaying reductions in density of small- and medium-diameter trees greater than fifty percent in the youngest stand but less change in the density of small-diameter trees and highly variable change in medium-diameter trees across the remaining centuries of the chronosequence. Aggregating all trees across the chronosequence, fewer than half of the fir trees >30 cm diameter in 1984 survived to 2013, indicating that the relative stability or increase in density of medium-sized fir was due to growth into that class over the thirty years. Overall, mortality showed no trend with stand age for either fir or spruce, but large trees of both species had much greater mortality rates than smaller trees (Fig. 3). No trees of either species >60 cm survived.

Total stem biomass showed no trend with stand age in either 1984 or 2013, but high mortality of spruce led to lower biomass for all stand ages in 2013 (Figs. 4 and 5). Fir biomass remained unchanged over the three decades, but spruce biomass declined

*D.P. Derderian et al. / Forest Ecology and Management 361 (2016) 154–162*   157



**Fig. 2.** Diameter distributions for stands (ages for 1984 sampling date).

by over two-thirds. The gross stem production was increased from the 1975–1984 period to the 1984–2013 period (though differences in measurement methods make direct comparisons difficult),

but about two-thirds of the spruce stem production occurred on trees that did not survive to 2013. Fir mortality matched fir production, leading to zero net increment for fir. Spruce mortality

Rvsd Plan - 00005807

**Table 2**
Change in density for three size classes of trees.

| Stand number | Stand age (1984) | Fir | | | Spruce | | |
|---|---|---|---|---|---|---|---|
| | | 5–15 cm | 25–35 cm | >50 cm | 5–15 cm | 25–35 cm | >50 cm |
| *Percent change 1984–2013* | | | | | | | |
| 1 | 170 | −58 | −50 | | −53 | −65 | −100 |
| 2 | 270 | 20 | 0 | | −38 | −67 | −100 |
| 3 | 270 | 23 | −40 | 0 | −12 | −66 | −60 |
| 4 | 370 | −3 | 57 | | −13 | −69 | −82 |
| 5 | 370 | 7 | −14 | | −27 | −58 | −25 |
| 6 | 570 | −5 | 38 | | −27 | −87 | −100 |
| 7 | 570 | −11 | 25 | 50 | 3 | −75 | −29 |
| 8 | 695 | −4 | −25 | | −32 | −78 | −83 |

was very large, averaging $0.27 \text{ kg m}^{-2} \text{ yr}^{-1}$ across the 29 years, leading to an average net increment of $-0.21 \text{ kg m}^{-2}$.

The original chronosequence showed no evidence of major mortality events, and the pattern showed that gross stem production should equal mortality, with no net gain or loss in stem biomass with stand age. Both the 1984 and 2013 chronosequences showed the same pattern of zero slope for biomass and production, but the onset of high mortality from the spruce beetle outbreak dropped biomass by about half by 2013. The biomass chronosequence in 2013 fell outside the 95% confidence interval of the 1984 chronosequence period (Fig. 6).

## 4. Discussion

Aplet et al. (1988, 1989) predicted that the stable age- and size-class distributions reached by subalpine fir by the end of the third century of stand development should persist, and those predictions appear to have held up, as the fir diameter class structure remains relatively unchanged after 30 years for stands over 300 years old (Fig. 2). In stand 1, which Aplet et al., considered in the highly

competitive "spruce exclusion stage," characterized by intense self-thinning, the high rates of mortality observed in small-diameter trees of both species relative to other stands is consistent with the low rates of radial growth in small-diameter trees observed in Stand 1 in 1984 (Aplet et al., 1988). The fact that diameter class distributions have not changed while more than half of the firs >30 cm have died suggests that the fir population is dynamic but stable in structure, as predicted in 1984.

Spruce, in contrast, did not meet expectations because the rapid changes from the beetle outbreak interrupted the chronic patterns of change. Aplet et al., predicted that, in the absence of disturbance, the stand initiating cohort, evident in both age-class (Aplet et al., 1988) and diameter-class (Aplet et al., 1989) distributions would continue to move through the population until spruce reached the end of its natural lifespan. Instead, the spruce beetle outbreak largely eliminated that cohort from all developing stands, regardless of stand age. The effect was to accelerate the transition from a unimodal diameter class distribution in most stands to a flatter or "inverse-j" shaped distribution predicted of old-growth forest. The exception was Stand 1, which in 1984 still had not developed



**Fig. 3.** Across all stands in the chronosequence, the density of trees <25 cm dbh was greater than larger trees for both species (A and B). Survival from 1984 to 2013 declines strongly with tree dbh (C and D).

Rvsd Plan - 00005808



Fig. 4. The effect of stand age was not significant for stem biomass, production, mortality, or net increment for either species in the original sampling (left), or in the second sampling (right). Note that the number of observations of stemwood production in 1984 (c) is limited to five, due to the loss of production data from three stands.

a unimodal diameter class structure. It was still in the process of self-thinning of slow-growing, small-diameter trees, a process evident in the relatively high reduction in small-diameter trees observed here (Table 2). While we did not confirm the cause of death for each tree, it is likely that spruce beetle hastened the mortality that was already ongoing in this stand. In contrast, Stand 7, which exhibited high growth rates in a newly "reinitiated" cohort of small-diameter spruce in 1984 (Aplet et al., 1988), exhibited an increase in the number of small-diameter spruce by 2013, suggesting that vigorous, second generation spruce may be more resistant to bark beetles than suppressed or larger trees of the original cohort. Hart et al. (2015) similarly found smaller spruce that survived or recruited following a 1940s spruce beetle outbreak on the nearby White River Plateau were relatively unaffected by the recent regional outbreak that affected our stands.

The chronosequence examined here exhibited some behavior consistent with predictions and some behavior that was unexpected. Spatial variation across the landscape may have led to variation in patterns of stand development. Aplet (1987) observed that stands with a higher site index (Stands 3, 4, and 7) had a very brief or non-existent "spruce exclusion" phase, due to higher rates of mortality on higher sites (Franklin et al., 1987), while Stands 6 and 8 seem barely to have entered the "spruce reinitiation" stage, despite their great age. Temporal variation may have two features, with factors related to stand age combining with time-related factors such as the weather patterns for specific sets of years. Buechling and Baker (2004) and Sibold and Veblen (2006) observed a link between fire occurrence and drought in forests in this area, indicating that the environment for establishment and growth

likely vary over time. Higuera et al. (2014) detected a long-term drying trend over the past 1500 years, and Smith et al. (2015) found a recent increase in drought-associated mortality in nearby forests, even in the absence of lethal beetle activity, indicating that climate may not be as stable as previously assumed in these stands. For a variety of reasons, stands may exhibit a range of behaviors within a chronosequence, including skipping a stage entirely. Still, there are insights to be gained by examining stands of different ages that exhibit consistent behaviors across stand ages, despite some differences among sites or plot histories.

Of the three factors that can confound a chronosequence – ecological site factors, climate, and rapid events – the rapid change wrought by spruce beetles had a large impact on the three-decade changes in these forests. We do not know how unusual this event was across this landscape or over a period of centuries. Hart et al. (2014) identified four periods of broad-scale spruce beetle outbreak across northwestern Colorado over the past 300 years, but most sites exhibited only one or two outbreaks, and only one, on the opposite side of Rocky Mountain National Park from our study site, exhibited as many as four. In our chronosequence, few of the very old spruce survived in 2013, which might suggest that this outbreak has been unprecedented over several centuries. However, the original selection of stands was based on the occurrence of very old trees, and it is possible that historical beetle outbreaks could have killed the majority of old spruce across the landscape, leaving only patches of old spruce to be sampled in 1984. Baker and Veblen (1990) concluded, based on observations of historical photos, that spruce beetle epidemics were widespread and common historically and "may have played a role comparable

Rvsd Plan - 00005809



**Fig. 5.** Grand averages (bars are standard deviations) of all stand ages, showing the spruce biomass declined (A and B) despite sustained production (C and D), as a result of high mortality. Fir production equaled mortality, giving no change in biomass (and near-zero net increment, F).

**Fig. 6.** Total stem biomass did not relate significantly to stand age in either period (A), but the trends for each period fell outside the 95% confidence interval of the other period. The trends in the fir composition of stem biomass also differed between periods (B), and the age-trend was significant ($r^2 = 0.57$, $P = 0.03$) for 2013. The contribution of fir to stand stem production showed no trend with age, and did not differ between periods (C).

to that of fire." They found that stands across western Colorado differed in the intensity of past effects, leaving open the possibility that much of the study landscape experienced beetle epidemics historically, and the chronosequence was anomalous. However, none of the stands exhibited evidence of abrupt growth increases in extracted cores, suggesting that widespread beetle-caused mortality had not occurred in this landscape for several centuries prior to the recent outbreak. Veblen et al. (1991) examined two stands in our study area and similarly found "no evidence of an epidemic."

Perhaps the most notable change in three decades was the shift in biomass composition, moving from two-thirds spruce in 1984 to two-thirds fir in 2013. This shift is not surprising, given the magnitude of the beetle outbreak, and closely mirrors the results reported by Veblen et al. (1991) for spruce–fir landscapes that experienced a spruce beetle outbreak in the 1940s. The shift underscores the influence of rapid-change events that are typically not included in chronosequence studies. The development of spruce forests across landscapes and regions, decades and centuries, may be heavily influenced by rapid changes of fire, windstorms, and insect outbreaks (Rebertus et al., 1992; Veblen et al., 1994; DeRose and Long, 2007; O'Connor et al., 2015). In the forests studied here, rates of stem production were on the order of 0.1 kg C m$^{-2}$ yr$^{-1}$ and even higher in the first century (Aplet et al., 1989), so standing live biomass in these forests equals only

about a century of production, indicating that mortality is high throughout stand development. Competition-driven mortality (self-thinning) may account for substantial amounts of mortality, but the low accumulation of stem mass over multiple centuries likely indicates substantial mortality from wind and insects over the centuries. The dramatic loss of live stem mass between 1984 and 2013 might take less than a century to be replaced at current rates of stem growth, if further mortality events are not substantial.

How well would the 1984 chronosequence represent patterns across a greater range of topography? Binkley et al. (2003) sampled 18 spruce/fir stands in Rocky Mountain National Park, between 10 and 40 km south from the chronosequence plots (and about 80 m higher). The 18 forests were chosen to span the full range of

aspects and topography, including upper and lower slopes and concave and convex slopes. The stem biomass of these 250- to 450-year-old stands averaged 19.9 kg m$^{-2}$, about 40% more than the average of the 1984 chronosequence plots. Fir biomass dominated the 18 stands (55% of stand total), in contrast to spruce dominance on the 1984 chronosequence (65% of stand total). Stem production was also about 60% greater for the 18 sites spread across the topographic gradients, although fir averaged a consistent 56% of total stem production in both cases.

Across these gradients of space and time, what trends might be expected to be strong? Spruce and fir clearly tend to persist with neither species fully displacing the other. Veblen (1986b) suggested that coexistence is maintained in equilibrium in stand over 250 years by differences in fecundity and mortality rates between the two species. In contrast, Aplet et al. (1988) posited a non-equilibrium model rooted in the interplay of population dynamics traceable to the stand-initiating disturbance. Even if differences in fecundity, tolerance, and lifespans did produce a tendency toward competitive exclusion, varying factors are likely to introduce enough randomness that near-complete dominance by either species is unlikely. As Lertzman et al. (1998) found in trying to classify fire regimes, heterogeneity in the timing, intensity, and spatial distribution of disturbances challenges our ability to describe a "typical" course of forest stand development in this type.

When appropriately applied, chronosequences offer invaluable insights into the nature of vegetation change, but they have their limitations (Walker et al., 2010). Some studies have assessed the validity of chronosequence designs by resampling the same ecosystems at later dates, finding that minor and even major trends from the chronosequences were not supported by remeasurements. Johnson and Miyanishi (2008) examined classic chronosequences on sand dunes, across landscapes as ponds fill in and become forests, forest development following deglaciation, and forest establishment on abandoned agricultural fields. They concluded that each of these textbook examples presented incorrect predictions of ecosystem change, and that the chronosequence approach was invalid. Hollingsworth et al. (2010) resampled permanent plots in the classic riverside-terrace age sequence along the Tanana River, and found that spruce stands of different ages seem to follow independent trajectories rather than a common trend, and nitrogen-fixing alder (*Alnus tenuifolia*) increased across the whole age sequence rather than remaining restricted to the young stages as expected from the original chronosequence. Some of the deviations from the chronosequence trends were driven by herbivory (beavers, snowshoe hares) and weather (drought and snow damage to trees).

More recently, though Harmon and Pabst (2015) tested the classic chronosequence of developing Douglas-fir forest in the Pacific Northwest by following three 0.4 ha plots over one hundred years of development and found that population and community behavior were consistent with predictions from chronosequences but that, similar to our study, ecosystem-level trends were not. Rather than the convex flattening of biomass accumulation predicted by theory, they found biomass to increase linearly, a phenomenon they attributed to high heterogeneity of mortality at the plot scale. They conclude, "[T]esting hypotheses developed from chronosequences and other reconstructions with long-running temporal observations . . . is a necessary step."

In the ecology and management of forests, the value of chronosequences and resampling of individual stands depends in large part on whether forests actually follow a common trajectory over time. Rates of current processes such as stand growth may be strongly related to stand age, and clear patterns may show up in both chronosequences and in re-sampling of individual stands (e.g., Ryan et al., 1997). Forest features that reflect the long-term legacies of contingent events, such as localized wind-

storms or population irruptions of seedling–browsing herbivores, may not show predictable trends over time (e.g., Bernadzki et al., 1998). Walker et al. (2010) conclude that chronosequences are best suited for the study of vegetation development where trajectories are convergent, have low species diversity, and are infrequently disturbed, all of which appear to apply here. Johnson and Miyanishi (2008) exhort all authors employing chronosequences to provide "strong tests" of critical assumptions. The consistency of pattern in age and size distributions (Aplet et al., 1988, 1989) and the lack of evidence of past disturbances in the tree ring record for this area (Veblen et al., 1991) indicate that disturbances of the scope and scale of the recent beetle outbreak were rare historically. The species diversity of this developmental sequence (spruce and fir only) is obviously low, and the convergence toward an all-age, old-growth structure suggest that this chronosequence meets Walker et al.'s criteria and Johnson and Miyanishi's test.

The fundamental influence of historical legacies challenges expectations that forests should show stable patterns over large areas and spans of time. If forests should not be expected to follow a single predominant trajectory, then both chronosequence and resampling approaches should not be expected to produce clear patterns across stand ages. At the scale of multiple stands and landscapes, the central tendencies from chronosequences and resampling of individual stands may have too much variation to be very useful. Clearly, the chronosequence studied here no longer meets the requirement of a common disturbance history, as the spruce beetle epidemic affected each stand at a different point in its development. Still, there is value in continuing to study these plots, as they may reveal the effect of a regional epidemic on stands at different stages of development. The future development of a post-beetle stand may depend on its pre-beetle structure, and some stands appear to have fared better than others despite heavy mortality across stands. Alternatively, the apparent conversion of all stands to an all-age, old-growth structure may confer future resilience to disturbances, like bark beetle outbreaks, that preferentially target one size or age class over another.

## Acknowledgements

Haishan Dang was supported in part by the National Natural Science Foundation of China (31470521, 31270011). Dan Binkley was supported in part by a Wallenberg Professorship from the Royal Academy of Forestry and Agriculture and the Swedish University of Agricultural Sciences. We thank Bill Romme for useful comments on the manuscript, and for sharing ideas over long periods of time.

## References

Alexander, R.R., 1984. Silvical Characteristics of Engelmann Spruce. U.S. Dept. of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colo.

Aplet, G.H., 1987. Developmental dynamics of Engelmann spruce–subalpine fir forests of the Colorado Front Range. Ph.D. Dissertation, Colorado State University, Fort Collins CO.

Aplet, G.H., Laven, R.D., Smith, F.W., 1988. Patterns of community dynamics in Colorado Engelmann spruce–subalpine fir forests. Ecology 69, 312–319.

Aplet, G.H., Smith, F.W., Laven, R.D., 1989. Stemwood biomass and production during spruce–fir stand development. J. Ecol. 77, 70–77.

Baker, W.L., Veblen, T.T., 1990. Spruce beetles and fires in the nineteenth-century subalpine forests of western Colorado, U.S.A. Arct. Alp. Res. 22, 65–80.

Bernadzki, E., Bolibok, L., Brzeziecki, B., Zajączkowski, J., Żybura, H., 1998. Compositional dynamics of natural forests in the Białwieza National Park, northeastern Poland. Veg. Sci. 9, 29–238.

Binkley, D., Olsson, U., Rochelle, R., Stohlgren, T., Nikolov, N., 2003. Structure, production and resource use in old-growth spruce/fir forests in the central Rocky Mountains, USA. For. Ecol. Manage. 172, 271–279.

Buechling, A., Baker, W.L., 2004. A fire history from tree rings in a high-elevation forest of Rocky Mountain National Park. Can. J. For. Res. 34, 1259–1273.

Colorado State Forest Service, 2013. 2013 Colorado forest insect and disease update: a supplement to the 2013 Report on the Health of Colorado's Forests. Warner College of Natural Resources, Colorado State University, Fort Collins.

DeRose, R.J., Long, J.N., 2007. Disturbance, structure, and composition: spruce beetle and Engelmann spruce forests on the Markagunt Plateau, Utah. For. Ecol. Manage. 244, 16–23.

Franklin, J.F., Shugart, H.H., Harmon, M.E., 1987. Tree death as an ecological process: the causes, consequences, and variability of tree mortality. Bioscience 37, 550–556.

Harmon, M.E., Pabst, R.J., 2015. Testing predictions of forest succession using long-term measurements: 100 yrs of observation in the Oregon Cascades. J. Veg. Sci. http://dx.doi.org/10.1111/jvs.12273.

Hart, S.J., Veben, T.T., Eisenhart, K.S., Jarvis, D., Kulakowski, D., 2014. Drought induces spruce beetle (*Dendroctonus rufipennis*) outbreaks across northwestern Colorado. Ecology 95, 930–939.

Hart, S.J., Veblen, T.T., Mietkiewicz, N., Kulakowski, D., 2015. Negative feedbacks on bark beetle outbreaks: widespread and severe spruce beetle infestation restricts subsequent infestation. Plos One 10 (5), e0127975. http://dx.doi.org/10.1371/journal.pone.0217975.

Higuera, P.E., Briles, C.E., Whitlock, C., 2014. Fire-regime complacency and sensitivity to centennial- through millennial-scale climate change in Rocky Mountain subalpine forests, Colorado, USA. J. Ecol. 102, 1429–1441.

Hollingsworth, T.N., Lloyd, A.H., Nossov, D.R., Ruess, R.W., Charlton, B.A., Kielland, K., 2010. Twenty-five years of vegetation change along a putative successional chronosequence on the Tanana River, Alaska. Can. J. For. Res. 40, 1273–1287.

Johnson, E.A., Miyanishi, K., 2008. Testing the assumptions of chronosequences in succession. Ecol. Lett. 11, 419–431.

Lertzman, K., Fall, J., Dorner, B., 1998. Three kinds of heterogeneity in fire regimes: at the crossroads of fire history and landscape ecology. Northwest Sci. 72, 4–23.

Myers, C.A., Edminster, C.B., 1972. Volume Table and Point-Sampling Factors for Engelmann Spruce in Colorado and Wyoming. USDA Forest Service Research Paper RM-95.

Nishimura, N., Kato, K., Sumida, A., Ono, K., Tanouchi, H., Iida, S., Hoshino, D., Yamamoto, S.-I., Hara, K., 2010. Effects of life history strategies and tree competition on species coexistence in a sub-boreal coniferous forest of Japan. Plant Ecol. 206, 29–40.

O'Connor, C.D., Lynch, A.M., Falk, D.A., Swetnam, T.W., 2015. Post-fire forest dynamics and climate variability affect spatial and temporal properties of spruce beetle outbreaks on a Sky Island mountain range. For. Ecol. Manage. 336, 148–162.

Peet, R.K., 1981. Forest vegetation of the Colorado front range: composition and dynamics. Vegetatio 45, 3–75.

Rebertus, A.J., Veblen, T.T., Roovers, L.M., Mast, J.N., 1992. Structure and dynamics of old-growth Engelmann spruce–sub-alpine fir in Colorado. In: Pages 139–153 in Old-growth forests in the Southwest and Rocky Mountain Regions: Proceedings of a Workshop, March 9–13, 1992, Portal, Arizona. USDA Forest Service Rocky Mountain Research Station GTR-213. Fort Collins CO.

Ryan, M.G., Binkley, D., Fownes, J.H., 1997. Age-related decline in forest productivity: pattern and process. Adv. Ecol. Res. 27, 213–262.

Seymour, R.S., 1992. The red spruce–balsam fir forest of Maine: evolution of silvicultural practice in response to stand development patterns and disturbances. In: Kelty, M.J., Larson, B.C., Oliver, C.D. (Eds.), The Ecology and Silviculture of Mixed-Species Forests. Springer, Amsterdam, pp. 218–244.

Sibold, J.S., Veblen, T.T., 2006. Relationships of subalpine forest fires in the Colorado Front range with interannual and multidecadal-scale climatic variation. J. Biogeogr. 33, 833–844.

Smith, J.M., Paritsis, J., Veblen, T.T., Chapman, T.B., 2015. Permanent forest plots show accelerating tree mortality in subalpine forests of the Colorado Front Range from 1982 to 2013. For. Ecol. Manage. 341, 8–17.

Veblen, T.T., 1986a. Age and size structure of subalpine forests in the Colorado Front Range. Bull. Torrey Bot. Club 113, 225–240.

Veblen, T.T., 1986b. Treefalls and the coexistence of conifers in subalpine forests of the central Rockies. Ecology 67, 644–649.

Veblen, T.T., Hadley, K.S., Reid, M.S., Rebertus, A.J., 1991. Response of subalpine forests to spruce beetle outbreak in Colorado. Ecology 72, 213–231.

Veblen, T.T., Hadley, K.S., Nel, E.M., Kitzberger, T., Reid, M., Villalba, R., 1994. Disturbance regime and disturbance interactions in a rocky-mountain sub-alpine forest. J. Ecol. 82, 125–135.

Walker, L.R., Wardle, D.A., Bardgett, R.D., Clarkson, B.D., 2010. The use of chronosequences in studies of ecological succession and soil development. J. Ecol. 98, 725–736.

Wenger, K.F., 1984. Forestry Handbook. John Wiley & Sons, New York.

Whipple, S.A., Dix, R.L., 1979. Age structure and successional dynamics of a Colorado subalpine forest. Am. Midl. Nat. 101, 142–158.

Environmental Research Letters

**LETTER • OPEN ACCESS**

# Tree mortality from fires, bark beetles, and timber harvest during a hot and dry decade in the western United States (2003–2012)

To cite this article: Logan T Berner *et al* 2017 *Environ. Res. Lett.* **12** 065005

View the article online for updates and enhancements.

## Related content

- Carbon stocks of trees killed by bark beetles and wildfire in the western United States
  Jeffrey A Hicke, Arjan J H Meddens, Craig D Allen et al.

- Do insect outbreaks reduce the severity of subsequent forest fires?
  Garrett W Meigs, Harold S J Zald, John L Campbell et al.

- Carbon changes in conterminous US forests associated with growth and majordisturbances: 1992–2001
  Daolan Zheng, Linda S Heath, Mark J Ducey et al.

This content was downloaded from IP address 204.188.224.97 on 16/09/2017 at 23:09

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005          https://doi.org/10.1088/1748-9326/aa6f94

# Environmental Research Letters



**OPEN ACCESS**

**RECEIVED**
5 February 2017

**REVISED**
14 April 2017

**ACCEPTED FOR PUBLICATION**
26 April 2017

**PUBLISHED**
8 June 2017

Original content from this work may be used under the terms of the Creative Commons Attribution 3.0 licence.

Any further distribution of this work must maintain attribution to the author(s) and the title of the work, journal citation and DOI.



**LETTER**

# Tree mortality from fires, bark beetles, and timber harvest during a hot and dry decade in the western United States (2003–2012)

**Logan T Berner**[1,4], **Beverly E Law**[1], **Arjan J H Meddens**[2] **and Jeffrey A Hicke**[3]

[1] Department of Forest Ecosystems and Society, Oregon State University, Corvallis, OR, United States of America
[2] Department of Natural Resources and Society, University of Idaho, Moscow, ID, United States of America
[3] Department of Geography, University of Idaho, Moscow, ID, United States of America
[4] Current address: School of Informatics, Computing and Cyber Systems, Northern Arizona University, Flagstaff, AZ, United States of America

**E-mail:** logan.berner@nau.edu

**Keywords:** forest disturbance, carbon stock, logging, greenhouse gas emission, drought, climate change, tree biomass

Supplementary material for this article is available online

## Abstract

High temperatures and severe drought contributed to extensive tree mortality from fires and bark beetles during the 2000s in parts of the western continental United States. Several states in this region have greenhouse gas (GHG) emission targets and would benefit from information on the amount of carbon stored in tree biomass killed by disturbance. We quantified mean annual tree mortality from fires, bark beetles, and timber harvest from 2003–2012 for each state in this region. We estimated tree mortality from fires and beetles using tree aboveground carbon (AGC) stock and disturbance data sets derived largely from remote sensing. We quantified tree mortality from harvest using data from US Forest Service reports. In both cases, we used Monte Carlo analyses to track uncertainty associated with parameter error and temporal variability. Regional tree mortality from harvest, beetles, and fires ($MORT_{H+B+F}$) together averaged $45.8 \pm 16.0$ Tg AGC yr$^{-1}$ ($\pm95\%$ confidence interval), indicating a mortality rate of $1.10 \pm 0.38\%$ yr$^{-1}$. Harvest accounted for the largest percentage of $MORT_{H+B+F}$ ($\sim50\%$), followed by beetles ($\sim32\%$), and fires ($\sim18\%$). Tree mortality from harvest was concentrated in Washington and Oregon, where harvest accounted for $\sim80\%$ of $MORT_{H+B+F}$ in each state. Tree mortality from beetles occurred widely at low levels across the region, yet beetles had pronounced impacts in Colorado and Montana, where they accounted for $\sim80\%$ of $MORT_{H+B+F}$. Tree mortality from fires was highest in California, though fires accounted for the largest percentage of $MORT_{H+B+F}$ in Arizona and New Mexico ($\sim50\%$). Drought and human activities shaped regional variation in tree mortality, highlighting opportunities and challenges to managing GHG emissions from forests. Rising temperatures and greater risk of drought will likely increase tree mortality from fires and bark beetles during coming decades in this region. Thus, sustained monitoring and mapping of tree mortality is necessary to inform forest and GHG management.

## 1. Introduction

Forests help regulate Earth's climate in part by sequestering carbon from the atmosphere (Bonan 2008, Pan *et al* 2011a, Anderson-Teixeira *et al* 2012), yet tree mortality from disturbance accelerates carbon transfer from these ecosystems back to the atmosphere (Kurz *et al* 2008, Baccini *et al* 2012, Brinck *et al* 2017).

Forests globally store a similar amount of carbon as the atmosphere (Pan *et al* 2011a, Houghton 2013), with much of the carbon ($\sim42\%$) held in the biomass of living trees (Pan *et al* 2011a). Disturbances such as forest fires, insect outbreaks, and timber harvest can kill trees over large areas each year (Goetz *et al* 2012, Meddens *et al* 2012, Kautz *et al* 2016, Williams *et al* 2016) and thus contribute to increased regional

© 2017 The Author(s). Published by IOP Publishing Ltd

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005



carbon emissions as tree biomass subsequently decomposes or is rendered into wood products that have finite longevity (Harmon *et al* 1990, Harmon *et al* 2011, Ghimire *et al* 2015). Carbon emissions from forest disturbance can challenge efforts to meet greenhouse gas (GHG) emission targets (Gonzalez *et al* 2015), but are also highly uncertain in many parts of the world (Pacala *et al* 2010). Both the growing global demand for wood products (FAO 2017) and the increase in forest disturbance due to ongoing climatic change (Allen *et al* 2010, Williams *et al* 2012, Kautz *et al* 2016) underscore the need to better understand carbon implications of tree mortality from disturbance.

Forest disturbance by fires and insects increased during recent decades in the western contiguous United States as the regional climate became warmer and more arid (Westerling *et al* 2006, Williams *et al* 2012, Dennison *et al* 2014, Hicke *et al* 2015, Abatzoglou and Williams 2016). Regional mean annual air temperature increased 0.8 °C–1.1 °C from 1895 to 2011, with most of the warming having occurred in recent decades (Mote *et al* 2014, Walsh *et al* 2014). Higher temperatures contributed to higher atmospheric vapor pressure deficits (Abatzoglou and Williams 2016), reduced mountain snowpack (Mote *et al* 2005), and more frequent and severe drought (McCabe *et al* 2004, Diffenbaugh *et al* 2015). For instance, the western US recently experienced its most severe drought (2000–2004) in the past 800 years (Schwalm *et al* 2012), with hot and dry conditions then prevailing through the 2000s (Diffenbaugh *et al* 2015, Abatzoglou and Williams 2016). These conditions contributed to extensive forest disturbance by fires and bark beetles relative to recent decades (Williams *et al* 2012, Creeden *et al* 2014, Abatzoglou and Williams 2016). High temperatures and drought increase regional forest fire occurrence (Littell *et al* 2016) and the likelihood of post-fire tree mortality (i.e. increased fire severity; van Mantgem *et al* 2013), while also increasing beetle populations and the vulnerability of drought-stricken trees to beetle attack (Raffa *et al* 2008, Creeden *et al* 2014, Hart *et al* 2014). Projections indicate that regional temperatures could rise another ~3.8 °C–5.5 °C by the end of the 21st century and that much of the region, particularly the Southwest, could become increasingly arid and prone to drought under a high GHG scenario (RCP 8.5; Kunkel *et al* 2013, Walsh *et al* 2014, Cook *et al* 2015). These changes in regional climate could further accelerate tree mortality (Adams *et al* 2009, Allen *et al* 2015) and increase carbon emissions from forest ecosystems (Spracklen *et al* 2009, Jiang *et al* 2013, McDowell *et al* 2015).

Several states in the western US have GHG reduction targets (e.g. Oregon, California) and would thus benefit from information on the magnitude and primary causes of recent tree mortality. Prior studies have shown that fires, bark beetles, and timber harvest

are important causes of tree mortality in this region (Masek *et al* 2011, Meddens *et al* 2012, Hicke *et al* 2015). In this study, we asked 'What was the magnitude and relative contribution of mean annual tree mortality from fires, bark beetles, and timber harvest from 2003–2012 both regionally and among the 11 western states?' Tree mortality can be quantified over large areas in terms of carbon using remote sensing estimates of tree aboveground biomass (AGB) together with information on the carbon content of AGB, as well as disturbance extent and severity (Baccini *et al* 2012, Hicke *et al* 2013). Here we quantified tree mortality as the amount of *carbon stored in tree AGB* (AGC) killed by disturbance (e.g. Mg AGC ha yr$^{-1}$ or Tg AGC state yr$^{-1}$). Specifically, we developed spatially explicit estimates of annual tree mortality from fires and bark beetles across regional forestland building off of a remote sensing framework from an earlier study (Hicke *et al* 2013). In addition to the remote sensing analysis, we estimated mean annual tree mortality from timber harvest for each state using harvest statistics from the US Forest Service (USFS; Smith *et al* 2009, Oswalt *et al* 2014). The USFS recently recommended that metrics related to fire and insect effects be used to track national climate change impacts (Heath *et al* 2015), further underscoring the importance of quantifying the magnitude and regional variation in tree mortality from these types of disturbance.

## 2. Methods

### 2.1. Geospatial data sets and preprocessing
#### 2.1.1. General information
We quantified tree mortality from fires (MORT$_{fire}$, Mg AGC ha yr$^{-1}$) and bark beetles (MORT$_{beetle}$, Mg AGC ha yr$^{-1}$) from 2003–2012 across 802 575 km² of forestland located in the western US (figure 1, 31.3°N–49.0°N, 102.0°W–124.5°W). Forestlands were included if consistently mapped as forest by three separate tree AGB data sets (described below). We conducted the analysis on a 1 km resolution grid in an Albers Equal Area projection, with the resolution chosen to match the bark beetle data set (Meddens *et al* 2012). We analyzed and visualized the data using ArcGIS 10 (ESRI, Redlands, CA) and *R* statistical software (version 3.2; R Core Team 2015), along with the *R* packages *raster* (Hijmans and van Etten 2013) and *dplyr* (Wickham and Francois 2015). The data preprocessing work flow described in the following section is illustrated in figure 2.

#### 2.1.2. Tree carbon stocks
We estimated tree AGC using three tree AGB geospatial data sets together with information on the fraction of dry biomass that is carbon ($f_{carbon}$). The tree AGB data sets were produced by spatially interpolating USFS inventory measurements (FIA)

Rvsd Plan - 00005815

**IOP** Publishing    *Environ. Res. Lett.* **12** (2017) 065005     Letters



**Figure 1.** Study area extent, state boundaries, and live tree aboveground carbon (AGC) stocks on forestland in the western United States. Tree AGC stocks reflect conditions during the 2000s and are based on the average of three recent tree aboveground biomass data sets (Blackard *et al* 2008, Kellndorfer *et al* 2012, Wilson *et al* 2013) together with information on carbon content of dry biomass (Lamlom and Savidge 2003).

using satellite and geophysical data sets in conjunction with machine learning algorithms (Blackard *et al* 2008, Kellndorfer *et al* 2012, Wilson *et al* 2013). Wilson *et al* (2013) provided estimates of tree AGC assuming that $f_{carbon}$ was 50%; we converted these estimates back to tree AGB by multiplying by 2. We acquired each data set at 250 m spatial resolution, reprojected it to an Albers Equal Area projection, and then applied a common mask that identified pixels consistently classified as forest among all data sets. Next, we aggregated from 250 m to 1 km resolution by computing total tree AGB in each 1 km pixel (i.e. Mg AGB pixel$^{-1}$).

We quantify tree mortality from 2003–2012 and required estimates of tree AGB prior to disturbance. Two of these data sets represented tree AGB circa 2000 (Blackard *et al* 2008, Kellndorfer *et al* 2012), whereas the third depicted tree AGB circa 2003–2008 (Wilson *et al* 2013). Therefore we needed to estimate pre-disturbance tree AGB in pixels that were disturbed during these six years in the Wilson *et al* (2013) data set. We followed an existing approach (Hicke *et al* 2013) that involved comparing tree AGB in fire and beetles disturbed pixels against the average tree AGB of undisturbed pixels from the same forest type (Ruefenacht *et al* 2008) and ecoregion (Omernik 1987). If tree AGB in the disturbed pixel was less than the average tree AGB of undisturbed pixels, then we set tree AGB in the disturbed pixel to this average, but otherwise left the disturbed pixel unaltered. After implementing this correction, we then computed the average and standard error (SE) of tree AGB for each

pixel over the three data sets ($\overline{AGB}$, $SE_{AGB}$). Lastly, we estimated the average and SE of $f_{carbon}$ ($\overline{f_{carbon}}$, $SE_{carbon}$) for hardwood (angiosperm, 48.49 ± 0.42% C, $n = 8$) and softwood (gymnosperm, 50.87 ± 0.63% C, $n = 11$) tree species found in this region (Lamlom and Savidge 2003).

*2.1.3. Forest fires*
We used annual maps of fire severity from 2003–2012 produced by the Monitoring Trends in Burn Severity (MTBS) project (Eidenshink *et al* 2007). These maps were derived from 30 m resolution Landsat images acquired before and after fires larger than ~405 ha in the western US. Fire severity was mapped using the differenced Normalized Burn Ratio (dNBR) and then each pixel was classified as one of five thematic severity classes. We focused on pixels that burned at low-, moderate-, or high-severity and excluded those that were unburned or showed post-fire greening. We identified fire in forests by generating a 30 m resolution forest mask based on forestland in either of two national land cover maps (Homer *et al* 2007, Rollins 2009). We then computed the annual fraction of forest area that burned at each severity ($A_s$) in each 1 km pixel over the decade. Lastly, we incorporated field measurements of the fraction of tree biomass killed at each severity ($f_{fire}$). We computed the mean and SE of $f_{fire}$ ($\overline{f_{fire}}$, $SE_{fire}$) for forests dominated by hardwood and softwood tree species based on 116 estimates of $f_{fire}$ synthesized from 29 field studies conducted in the western United States (table S1 available at stacks.iop. org/ERL/12/065005/mmedia, Ghimire *et al* 2012).

Rvsd Plan - 00005816

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005





**Figure 2.** Workflow illustrating data sets (solid boxes) and processing steps (dashed boxes) for estimating tree mortality due to bark beetles and fires from 2003–2012 across the western United States (thick solid box). Data citations, spatial resolutions, and temporal ranges are shown where applicable.

### 2.1.4. Bark beetles

We used annual maps depicting the areal extent of tree canopy mortality due to 12 bark beetle species that were produced from aerial surveys, forest inventory measurements, and high-resolution satellite imagery (Meddens *et al* 2012). The USFS National Forest Health Monitoring program conducts aerial detection surveys (ADS) that provide a coarse snapshot of insect and other forest disturbance at a landscape scale (Johnson and Wittwer 2008). Trained observers conduct surveys from fixed-wing aircraft that involve sketch-mapping the extent of areas affected by insect outbreaks and then visually estimating the number of dead trees within affected areas. Meddens *et al* (2012) used the ADS observations to estimate annual canopy mortality area due to bark beetles across the western US from 1997–2010, with estimates then extended through 2012 (Hicke *et al* 2015).

Canopy mortality area was estimated at 1 km resolution based on the number of recently killed trees and the average canopy area of each tree species. The

ADS observations underestimated the number of trees killed by bark beetles in comparison with field observations and QuickBird (2.4 m resolution) satellite imagery from Colorado, Idaho, and New Mexico. This led to the development of adjustment factors for several forest types based on the ratio of dead trees mapped from satellite to ADS tree kill counts. These adjustment factors were then used to modify ADS tree kill counts, resulting in high and middle (most realistic) estimates as well as low estimates based on unaltered ADS numbers (more details in: Meddens *et al* 2012, Hicke *et al* 2015). The data set includes bark beetle species that cumulatively killed at least 100 000 trees across the domain from 1997–2010. Specifically, it includes (from greatest to least mortality area) mountain pine beetle (*Dendroctonus ponderosae* Hopkins), piñon ips (*Ips confusus* (LeConte)), Douglas-fir beetle (*Dendroctonus pseudotsugae* Hopkins), western balsam bark beetle (*Dryocoetes confuses* (Swaine)), and fir engraver (*Scolytus ventralis* LeConte), as well as seven additional beetle species

Rvsd Plan - 00005817

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005  Letters

that killed fewer trees. We masked these data to our domain and then summed canopy mortality area across bark beetle species for each 1 km pixel in a given year (i.e. a voxel) from 2003–2012. We then calculated annual tree canopy mortality fraction ($f_{beetle}$) for each voxel by dividing canopy mortality area by forest cover fraction. We incorporated the lower, middle, and upper estimates of $f_{beetle}$ into our analysis.

## 2.2. Tree mortality from bark beetles and fires

We developed spatially explicit estimates of annual $MORT_{beetle}$ and $MORT_{fire}$ from 2003–2012 and quantified uncertainty in these estimates using a Monte Carlo approach (e.g. Harmon *et al* 2007, Gonzalez *et al* 2015). The Monte Carlo involved generating 100 realizations of annual tree mortality in each voxel, where each realization iteratively varied tree $\overline{AGC}$, $\bar{f}_{carbon}$, $f_{beetle}$, and $\bar{f}_{fire}$ based on uncertainty in each term. We assumed that tree AGC within a pixel only changed due to disturbance (i.e. no tree growth or recruitment), which potentially caused us to slightly underestimate tree mortality. For instance, stand age averaged 97 ± 73 years (± 1SD) in our study area (Pan *et al* 2011b). Field measurements from the Western Cascades (Hudiburg *et al* 2009) and the Rocky Mountains showed that tree AGC could increase 6%–7% between stands that are 97 and 106 years old. This simplifying assumption made it so that cumulative tree mortality within a pixel could not exceed the initial tree AGC. For each realization $r$ we first computed tree AGC for pixel $p$ of year $t$ = 2003 as

$$\overline{AGC}_{r,p,t} = (\overline{AGB}_{p,t} + a_{AGB,r} \times SE_{AGB,p}) \times (\bar{f}_{carbon} + a_{carbon,r} \times SE_{carbon}) \quad (1)$$

where $\bar{f}_{carbon}$ and $SE_{carbon}$ varied by forest type and $a_x$ was a random number from a normal distribution (mean = 0, SD = 1) that differed for each variable with each realization. The other variables are defined above. We then calculated $MORT_{beetle}$ as

$$MORT_{beetle,r,p,t} = \overline{AGC}_{r,p,t} \times \hat{f}_{beetle,p,t} \quad (2)$$

where $\hat{f}_{beetle,p,t}$ was an estimate of $f_{beetle}$ drawn randomly from a triangular distribution defined uniquely for each voxel using the low, middle, and high estimates of $f_{beetle}$. Each distribution was fit using the *triangle* package in R (Carnell 2016). Next, we computed $MORT_{fire}$ as

$$MORT_{fire,r,p,t} = (\overline{AGC}_{r,p,t} - MORT_{beetle,r,p,t}) \\ \times \underset{s}{\overset{severity\ classes}{\sum}} [A_{p,t,s} \times (\bar{f}_{fire,s} + a_{fire,s,r} \\ \times SE_{fire,s})] \quad (3)$$

We then reduced tree AGC stocks at the start of year $t$ + 1 to account for mortality in year $t$, such that

$$\overline{AGC}_{r,p,t+1} = \overline{AGC}_{r,p,t} - (MORT_{beetle,r,p,t} + MORT_{fire,r,p,t}) \quad (4)$$

We repeated equations 2–4 annually through 2012 and then repeated the entire process 100 times.

We then computed the mean and standard deviation (SD) of these multiple estimates of tree mortality for each voxel, where the SD represented uncertainty due to parameter error (e.g. $SE_{AGB}$, $SE_{fire}$). Altogether, this process yielded spatially explicit estimates of annual tree mortality (and uncertainty) caused by fires and bark beetles from 2003–2012 across forestland in the western United States.

Following the geospatial analysis, we estimated mean annual tree mortality from fires ($\overline{MORT}_{fire}$) and bark beetles ($\overline{MORT}_{beetle}$) for each state from 2003–2012 and used a Monte Carlo analysis to propagate uncertainty in these estimates associated with parameter error and temporal variability. As illustrated for fires (identical for beetles), we first derived 1000 realizations $r$ of annual tree mortality in each state from $t$ = 2003 to 2012, as per

$$MORT_{fire,\,r,state,t} = \sum_{p=1}^{N\ pixels} (MORT_{fire,p,t} + a_r \times SD_{MORT\ fire,p,t}) \quad (5)$$

and then summarized (mean and SD) each set of realizations. We used these annual statewide summaries to then repeatedly ($N_r$ = 1000) estimate both the mean and SE of annual mortality from 2003–2012 for each state, where each realization randomly varied annual statewide mortality by its parameter error (i.e. SD computed above). We again summarized (mean and SD) each set of realizations for both statistics. This yielded an estimate of $\overline{MORT}_{fire}$ for each state and produced estimates of uncertainty in $\overline{MORT}_{fire}$ due to parameter error (i.e. SD of estimates of $\overline{MORT}_{fire}$) and temporal variability (i.e. mean of estimates of SE of annual mortality).

In the final step, we derived a 95% confidence interval (CI) around each estimate of $\overline{MORT}_{fire}$ that accounted for both parameter error and temporal variability. This involved repeatedly estimating $\overline{MORT}_{fire}$ for each state, where each realization randomly varied $\overline{MORT}_{fire}$ by uncertainty associated with both parameter error and temporal variability. We then computed the 95% CI (Gonzalez *et al* 2015) for each state, as per

$$95\% \quad CI = \frac{\overline{MORT}_{fire}^{97.5} - \overline{MORT}_{fire}^{2.5}}{2} \quad (6)$$

where $\overline{MORT}_{fire}^{97.5}$ and $\overline{MORT}_{fire}^{2.5}$ were the 97.5th and 2.5th percentiles of 1000 realizations of $\overline{MORT}_{fire}$. Overall, this approach yielded estimates of mean annual tree mortality (±95% CI) due to fires and bark

**Rvsd Plan - 00005818**

**IOP** Publishing    *Environ. Res. Lett.* **12** (2017) 065005     **Letters**

beetles from 2003–2012 for each state in the western US. We present these estimates both in terms of absolute tree mortality (Tg AGC yr$^{-1}$) and mortality rate (i.e. % of statewide $\overline{\text{AGC}}$ in tree biomass killed each year).

### 2.3. Tree mortality from timber harvest

We estimated mean annual tree mortality caused by timber harvest from 2003–2012 for each state ($\overline{\text{MORT}}_{\text{harvest}}$, Tg AGC yr$^{-1}$) using timber product output surveys from several USFS reports along with information on tree characteristics. We again used a Monte Carlo analysis to propagate uncertainty in $\overline{\text{MORT}}_{\text{harvest}}$ that was associated with parameter error and temporal variability. The USFS reported harvest for each state in terms of mean annual growing stock volume (GSV, m$^3$ yr$^{-1}$) removed from c. 2003 to 2007 (Smith *et al* 2009) and c. 2008 to 2012 (Oswalt *et al* 2014). Harvest was reported separately for hardwood and softwood tree species. We calculated mean annual GSV removed across these two periods for both species groups in each state ($\overline{\text{GSV}}$). In each case, we then estimated $\overline{\text{MORT}}_{\text{harvest}}$ from $\overline{\text{GSV}}$ using information on the ratio of total aboveground tree volume to GSV($R$), wood density (WD, Mg m$^{-3}$), and the fraction of dry woody biomass that is carbon ($f_{\text{carbon}}$), as per

$$\overline{\text{MORT}}_{\text{harvest}} = \overline{\text{GSV}} \times \overline{R} \times \overline{\text{WD}} \times \overline{f} \quad (7)$$

We repeatedly ($N_r = 1000$) estimated $\overline{\text{MORT}}_{\text{harvest}}$ for both species groups in each state as part of the Monte Carlo analysis, which again involved randomly varying each parameter by its uncertainty (e.g. as shown in equation (1)). It was not possible to directly compute the uncertainty (SE) associated with temporal variability in the amount of GSV annually removed since annual harvest data were not available for each state. We therefore assumed that the SE was 4.6% of $\overline{\text{GSV}}$ based concurrent annual harvest data from Oregon, which accounted for 35% regional harvest (Oregon Department of Forestry 2017). We used estimates of average $R$ ($\overline{R}$) that varied for hardwoods and softwoods, as well as among states in different USFS regions (Birdsey 1992), assuming in each case that the SE was 2% of $\overline{R}$ (Levy *et al* 2004). We computed average $WD$ ($\overline{WD}$) and its uncertainty (SE$_{\text{WD}}$) for both species groups in each state by (1) identifying the four tree species in each group that accounted for the largest percentages of total tree AGB on USFS inventory plots surveyed 2003–2012 (Smith 2002) and then (2) summarizing WD measurements among these species (Miles and Smith 2009). After repeatedly estimating $\overline{\text{MORT}}_{\text{harvest}}$, we then derived the average and associated 95% CI from each set of 1000 realizations (e.g. equation (6)). We report $\overline{\text{MORT}}_{\text{harvest}}$ ($\pm$ 95% CI) for each state both in terms of absolute mortality (Tg AGC yr$^{-1}$) and mortality rate (% yr$^{-1}$).



**Figure 3.** Regional mean annual tree mortality from fires, bark beetles, and timber harvest from 2003–2012 on forestland in the western United States. Tree mortality was quantified as the amount of aboveground carbon (AGC) stored in tree biomass killed by disturbance (Tg AGC yr$^{-1}$). Tree mortality from bark beetles and fires was derived using remote sensing, whereas harvest was derived from USFS forest resource assessments (Smith *et al* 2009, Oswalt *et al* 2014). Error bars depict 95% confidence intervals computed with a Monte Carlo analysis and incorporate temporal variability and parameter error. We estimated that regional mean annual tree mortality from fires, beetles, and harvest was 45.8 ± 16.0 Tg AGC yr$^{-1}$ from 2003–2012, with fires, beetles, and harvest accounting for 18%, 32%, and 50% of annual mortality, respectively.

## 3. Results

### 3.1. Regional tree mortality from disturbance

Taken together, mean annual tree mortality from timber harvest, bark beetles, and fires ($\overline{\text{MORT}}_{\text{H+B+F}}$) was 45.8 ± 16.0 Tg AGC yr$^{-1}$ from 2003–2012 across the western US. Regional tree $\overline{\text{AGC}}$ stocks totaled 4.16 ± 0.12 Pg, suggesting that the tree mortality rate was 1.10 ± 0.38% yr$^{-1}$. Timber harvest accounted for the largest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ (50%), followed by bark beetles (32%) and then fires (18%, figure 3, table S2).

### 3.2. Tree mortality from fire

Mean annual tree mortality from fires ($\overline{\text{MORT}}_{\text{fire}}$) was 8.2 ± 6.2 Tg AGC yr$^{-1}$ and the mortality rate was 0.20 ± 0.15% yr$^{-1}$ from 2003–2012 in the western US (figures 3, 4(*a*), 5, table S2). Absolute $\overline{\text{MORT}}_{\text{fire}}$ was highest in northern California, central Idaho, and western Montana, with these states accounting for 64% of regional $\overline{\text{MORT}}_{\text{fire}}$. Forests in Arizona and New Mexico experienced the highest annual rates of $\overline{\text{MORT}}_{\text{fire}}$ (0.36%–0.57% yr$^{-1}$), as well as the highest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ caused by fire (51%–55%). Conversely, forests in Colorado, Oregon, and Washington had the lowest rates of $\overline{\text{MORT}}_{\text{fire}}$ (0.03%–0.08% yr$^{-1}$) and the lowest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ caused by fire (2%–8%). Fires that occurred in Oregon and Washington were largely concentrated along the eastern slopes of the Cascade Range.

Rvsd Plan - 00005819

**IOP** Publishing    *Environ. Res. Lett.* **12** (2017) 065005





**Figure 4.** Cumulative tree mortality due to (*a*) fires and (*b*) bark beetles from 2003–2012 on forestland in the western United States. Tree mortality was quantified as the amount of aboveground carbon (AGC) stored in tree biomass killed by disturbance (e.g. Mg AGC ha⁻¹). Note that (*a*) tree mortality from fire was concentrated in northern California, central Idaho, and southern Arizona/New Mexico, whereas (*b*) tree mortality from bark beetles occurred widely at low levels, but was highest in northern Colorado and western Montana.



**Figure 5.** Mean annual tree mortality from fires, bark beetles, and timber harvest on forestland from 2003–2012 for each state in the western US. Tree mortality was quantified as the amount of aboveground carbon (AGC) stored in tree biomass killed by disturbance. Mean annual tree mortality is summarized in terms of (*a*) absolute mortality (Tg AGC yr⁻¹), (*b*) mortality rate (percentage of statewide AGC in tree biomass killed per year, % yr⁻¹), and (*c*) percentage of mortality caused by each type of disturbance (%). Tree mortality from bark beetles and fires was derived using remote sensing, whereas harvest was derived from USFS forest resource assessments. Error bars depict 95% confidence intervals that were computed using a Monte Carlo analysis and incorporate temporal variability and parameter error from all three types of disturbances.

Rvsd Plan - 00005820

**IOP** Publishing   *Environ. Res. Lett.* **12** (2017) 065005    Letters

### 3.3. Tree mortality from bark beetles

Mean annual tree mortality from bark beetles ($\overline{\text{MORT}}_{\text{beetle}}$) was 14.6 ± 7.0 Tg AGC yr$^{-1}$ and the mortality rate was 0.35 ± 0.17% yr$^{-1}$ from 2003–2012 in the western US (figures 3, 4(*b*), 5, table S2). Absolute $\overline{\text{MORT}}_{\text{beetle}}$ was highest in northern Colorado, western Montana, and central Idaho, with these states accounting for 52% of regional $\overline{\text{MORT}}_{\text{beetle}}$ (table S2). Forests in Colorado and Wyoming had the highest annual rates of $\overline{\text{MORT}}_{\text{beetle}}$ (1.12%–1.22% yr$^{-1}$) and the highest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ caused by bark beetles (80%–93%). Conversely, Oregon and Washington had not only two of the lowest rates of $\overline{\text{MORT}}_{\text{fire}}$, but also two of the lowest rates of $\overline{\text{MORT}}_{\text{beetle}}$ (0.10%–0.20% yr$^{-1}$).

### 3.4. Tree mortality from timber harvest

Mean annual tree mortality from timber harvest ($\overline{\text{MORT}}_{\text{harvest}}$) was 23.0±2.8 Tg AGC yr$^{-1}$ and the mortality rate was 0.55±0.07% yr$^{-1}$ from 2003–2012 in the western US (figures 3, 5, table S2). Timber harvest in Oregon and Washington accounted for 67% of regional $\overline{\text{MORT}}_{\text{harvest}}$. These two states had the highest rates of $\overline{\text{MORT}}_{\text{harvest}}$ (0.85%–0.86% yr$^{-1}$) and the highest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ caused by harvest (76%–83%). Conversely, forest in Colorado, Utah, and New Mexico had the lowest rates of $\overline{\text{MORT}}_{\text{harvest}}$ (0.04%–0.06% yr$^{-1}$) and among the lowest percentage of $\overline{\text{MORT}}_{\text{H+B+F}}$ caused by harvest (3%–10%).

## 4. Discussion

### 4.1. Regional tree mortality from disturbance

In this study, we quantified tree mortality caused by timber harvest, bark beetles, and fire from 2003–2012 across the western US. We found that regional mean annual tree mortality from timber harvest (~23 Tg AGC yr$^{-1}$) was quite similar in magnitude to the mortality from fires and bark beetles combined (~22 Tg AGC yr$^{-1}$). Regional timber harvest declined about 40% since the 1980s (Oswalt *et al* 2014), yet harvest still caused significantly more tree mortality than bark beetles or fires during the 2000s, a period during which hot and dry conditions contributed to extensive beetle and fire activity relative to the last several decades (Williams *et al* 2012, Hicke *et al* 2015, Meddens *et al* 2015, Abatzoglou and Williams 2016, Cohen *et al* 2016).

Our regional tree mortality estimates were comparable with several other studies from the western US. For instance, forest inventories indicated that the regional tree mortality rate was ~0.72%–0.92% yr$^{-1}$ during the 2000s in areas unaffected by harvest or land clearing (Oswalt *et al* 2014). By comparison, we estimated that the tree mortality rate from fires and bark beetles combined was ~0.56% yr$^{-1}$, suggesting that these disturbances together might have accounted

for ~60%–80% of regional tree mortality not associated timber harvest or land clearing. Our estimates of tree mortality from fires and bark beetles were also of similar magnitude to those predicted using the CASA (Carnegie–Ames–Stanford Approach) carbon cycle model with fire (Ghimire *et al* 2012) and beetle (Ghimire *et al* 2015) disturbances prescribed using MTBS and ADS data sets, respectively. Lastly, our estimates of regional MORT$_{\text{H+B+F}}$ in 2003 and 2004 differed by ±5% from estimates of tree mortality due to all forms (undifferentiated) of disturbance that were derived using a regional sample of Landsat scenes from 1986–2004 (Powell *et al* 2014). Similarity among these field, modeling, and remote sensing estimates of regional tree mortality is encouraging. Together these comparisons suggest that timber harvest, bark beetles, and fires were the primary causes of tree mortality from disturbance during the 2000s in the western US.

Our current estimates of cumulative (2003–2012) regional tree mortality from fires and bark beetles were both ~40% lower than earlier best-estimates reported by Hicke *et al* (2013). This downward revision stemmed from refinements in representation of tree AGB, more realistic parameterization of tree mortality from fire, and a routine that tracked prior tree mortality within each grid cell. Estimating tree mortality in terms of carbon necessitated accurate representation of tree AGB; however, estimates of tree AGB differ among available data sets, particularly at the pixel scale (figure S1; Huang *et al* 2015, Neeti and Kennedy 2016). We therefore chose to incorporate an ensemble of available data sets (Blackard *et al* 2008, Kellndorfer *et al* 2012, Wilson *et al* 2013) rather than rely on a single data set as was done in the prior study (Hicke *et al* 2013). This improvement accounted for ~10% of the reduction in tree mortality between studies and allowed us to propagate uncertainty in tree AGB into our estimates of mortality. Our current analysis also used a regional synthesis of field measurements (Ghimire *et al* 2012) to vary tree mortality fraction by forest type and fire severity rather than assume complete tree mortality in areas that burned at moderate or high severity (Hicke *et al* 2013). This further reduced our estimates of tree mortality from fire. Lastly, we found that 39% of the forested grid cells (1 km$^2$) registered multiple disturbances during this decade. We therefore implemented a routine that reduced tree AGB each time a disturbance occurred, which reduced the amount of tree AGB killed by subsequent disturbance. These improvements enabled more robust estimation of how much carbon was stored in trees recently killed by fires and beetles across the western US.

The carbon in trees killed by disturbance will be emitted to the atmosphere as dead trees decompose in the forest and as harvested trees are processed into wood products with varying efficiency and longevity (Harmon *et al* 1990, Harmon *et al* 2011, Hudiburg *et al* 2011). Ignoring pyrogenic emissions, mean

**Rvsd Plan - 00005821**

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005

 Letters

annual tree mortality from fire and beetles could together lead to emission of ~0.8 Tg C yr$^{-1}$ during the following decade assuming exponential decay and an intermediate rate constant ($k = 0.04$; Harmon *et al* 1986). Actual decomposition rates will depend on the interplay among snag fall rate, microclimate, wood chemistry, tree anatomy, and other factors (Weedon *et al* 2009, Harmon *et al* 2011). Similarly, mean annual tree mortality from harvest could lead to emission of around 1.3 Tg C yr$^{-1}$ during the following decade assuming that (1) 60% of harvested material went to fuels, paper, and residues that lasted < 5 years (Harmon *et al* 1990) and that (2) the remaining 40% of material went to longer term storage that remained unchanged during the first decade. In other words, tree mortality from harvest, bark beetles, and fires averaged 45.8 ± 16.0 Tg AGC yr$^{-1}$, yet annual emissions are potentially closer to 2 Tg C yr$^{-1}$ during the first decade following disturbance and will persist for decades to centuries. By comparison, regional fossil fuel emissions averaged ~260 Tg C yr$^{-1}$ during this period (US Energy Information Administration 2015). More accurate assessment of the timing and magnitude of carbon emissions requires using robust ecosystem models and life cycle assessments (e.g. Hudiburg *et al* 2011, Ghimire *et al* 2015).

### 4.2. Tree mortality from fire

Tree mortality from fire was highest in the Southwest, with regional variation in mortality associated with differences in drought severity and human activities. States with more consistently severe summer drought tended to have the highest average tree mortality rate from fires (e.g. Arizona), whereas states that experienced less consistently severe drought tended to have lower mortality from fires (e.g. Oregon, figures S2, S3). Hot and dry conditions increase fuel flammability and fire occurrence among forests in the western US (Littell *et al* 2009, Morton *et al* 2013, Abatzoglou and Williams 2016). Furthermore, drought-stricken trees are more likely to die if a fire does occur (van Mantgem *et al* 2013), potentially because of more extensive xylem cavitation and hydraulic impairment during a fire (Michaletz *et al* 2012, van Mantgem *et al* 2013).

Human activities, including fire ignition and suppression, also affected regional variation in fire activity. Human fire ignitions were responsible for ~32% of the total area burned in the western US from 1992–2012 and were concentrated among the more densely populated coastal states (Balch *et al* 2017). Humans were the primary cause of fire ignitions in California (Balch *et al* 2017), where drought-affected forests experienced the highest tree mortality from fire of any western state (~2.6 Tg AGC yr$^{-1}$). The federal government recently spent ~$400 million per year on fire suppression in California, which accounted for about half of the federal expenditure on fire suppression in the western US (Kenward and Raja 2013). Nevertheless, plant mortality from fire averaged

~4.3 Tg AGC yr$^{-1}$ across all of California's ecosystems from 2001–2010, which led to an estimated 8% net reduction in statewide plant AGC and complicated efforts to reduce GHG emissions (Gonzalez *et al* 2015).

It is widely perceived in California and other parts of the region that beetle-killed trees increase subsequent risk of fire (Heller 2017), yet recent studies indicate that beetle outbreaks have not increased burn area (Hart *et al* 2015, Meigs *et al* 2015a) or fire severity in the region (Bond *et al* 2009, Meigs *et al* 2016, Reilly and Spies 2016). Similarly, we found no association between statewide tree mortality rates from fires and beetles ($P = 0.88$), though lagged effects and the spatial scale of this comparison could mask potential interactions.

The MTBS data set provides a valuable record of fire extent and severity across the nation (Eidenshink *et al* 2007), though additional efforts are needed to better quantify fire severity (Kolden *et al* 2015). It is also important to better understand how mortality differs among co-occurring trees species with different functional traits (e.g. bark thickness; Pausas 2015). Projected shifts towards a hotter, drier climate could potentially increase fire activity in the Southwest and other dry parts of the region over the coming century (Spracklen *et al* 2009, Williams *et al* 2014), contributing to increases in tree mortality, cost of wildfire management, and GHG emissions.

### 4.3. Tree mortality from bark beetles

Tree mortality from bark beetles was pervasive at low levels across the region, though was pronounced in the Rocky Mountains (e.g. Colorado) where beetles accounted for ~80% of $\overline{MORT}_{H+B+F}$. Mountain pine beetles were responsible for ~62% of tree mortality area (5.37 Mha) caused by bark beetles from 1997–2010 in the western US and largely affected lodgepole pine (Meddens *et al* 2012, Hicke *et al* 2015). In this region, lodgepole pine occur most extensively in the Rocky Mountains, where stands were generally of an age (80–120 years) and stem density (>500 stems ha$^{-1}$) that rendered them more susceptible to beetle attack than lodgepole pine in the coastal states, which tended to be younger and less widespread (Hicke and Jenkins 2008). Forests in the Rocky Mountains also experienced long-term warming that increased beetle populations by reducing beetle mortality during winter and accelerating beetle development (Logan and Powell 2001, Creeden *et al* 2014). Furthermore, states with the most severe singe-year summer drought tended to have the highest average tree mortality rate from beetles (e.g. Colorado, Wyoming), whereas states that experienced less acute drought tended to have lower mortality from beetles (e.g. Oregon, figure S4). High tree mortality from beetles in the Rocky Mountains has been linked to acute drought that weakened tree defense against beetle attack (Creeden *et al* 2014, Hart *et al* 2014) in stands already subject to

Rvsd Plan - 00005822

**IOP** Publishing          *Environ. Res. Lett.* **12** (2017) 065005



high structural susceptibility and larger beetle populations (Logan and Powell 2001, Hicke and Jenkins 2008).

Lower tree mortality from beetles in other parts of the region could reflect less severe drought (Abatzoglou and Redmond 2017), lower stand susceptibility (Hicke and Jenkins 2008), and different host and beetle species. Low insect-caused mortality among wet coastal forests (Meddens *et al* 2012, Meigs *et al* 2015b, Reilly and Spies 2016) might be linked to higher tree species diversity (Waring *et al* 2006) limiting host availability and population size of host-specific beetle species (Anderegg *et al* 2015). The coastal forests also tend to be younger than forests in the Rocky Mountains (Pan *et al* 2011b) due to more extensive timber harvest (Masek *et al* 2011), which might reduce the likelihood of beetle attack since beetles tend to prefer large old trees (Raffa *et al* 2008). On the other hand, land-use activities that homogenize forest structure and composition can increase the likelihood of beetle outbreaks (Raffa *et al* 2008). Future efforts are needed to reduced uncertainty in the causes, extent, and severity of bark beetle outbreaks (Meddens *et al* 2012, Gartner *et al* 2015) given that rising temperatures and local land use activities could amplify tree mortality from bark beetles over the coming century in parts of this region (Hicke *et al* 2006, Raffa *et al* 2008).

### 4.4. Tree mortality from harvest

Tree mortality from timber harvest was highest in Oregon and Washington and accounted for ~80% of $\overline{MORT}_{H+B+F}$ in these states. Much of the timber harvest in these states occurs in highly productive coastal forests, where rates of timber extraction per unit of forest area are the highest in the country (Masek *et al* 2011, Law and Waring 2015). These coastal forests were a net source of carbon to the atmosphere during the 1980s due to high rates of timber harvest, though declines in harvest following implementation of the Northwest Forest Plan in 1994 led forests on public lands to became a net carbon sink during the 2000s (Turner *et al* 2011). Forests in Oregon and northern California currently store ~3.2 Pg C, yet could theoretically store ~5.9 Pg C if stand-replacing disturbances did not occur on the landscape (Hudiburg *et al* 2009). Recent tree mortality from timber harvest far exceeded tree mortality caused by both bark beetles and fires in the Pacific Northwest, highlighting that reductions in timber harvest could help these states meet GHG emission reduction targets. Continued warming and drying could reduce the amount of tree biomass available to be harvested in the Interior West over the coming century (Williams *et al* 2012, Jiang *et al* 2013, Berner *et al* 2017), yet it is currently unclear how the net effects of ongoing climate change will affect tree biomass and resource availability in the Pacific Northwest (Hudiburg *et al* 2013, Jiang *et al* 2013, Kang *et al* 2014, McDowell *et al* 2015).

## 5. Conclusions

Timber harvest, bark beetles, and fires were important causes of tree mortality from 2003–2012 across forests in the western US. This was a period during which high temperatures contributed to severe drought that increased both fire and bark beetle activity relative to recent decades. Regional tree mortality from these disturbances together averaged 45.8 ± 16.0 Tg AGC yr$^{-1}$, with harvest accounting for a significantly larger percentage (50%) than bark beetles (32%) or fires (18%). The amount of carbon in tree aboveground biomass killed each year by these disturbances was equivalent to ~18% of concurrent regional carbon emissions from fossil fuel consumption (US Energy Information Administration 2015). Tree mortality from timber harvest was concentrated in the high-biomass forests of the Northwest, where it accounted for ~80% of the mortality caused by these three types of disturbance. Shifts in management priorities in the Northwest could reduce tree mortality and subsequent GHG emissions as a means of mitigating climate change. Bark beetles caused tree mortality widely across the region, thought mortality was concentrated in the Rocky Mountains. Tree age and high stem density in these mountain forests made them susceptible to beetle attack, while rising air temperatures increased beetle populations and caused drought-induced reductions in tree defense against beetle attack. Lastly, tree mortality from fires peaked in California, where high temperatures increased fuel aridity and human activities increased fire ignitions. Tree mortality from bark beetles and fires will likely increase in parts of the regions over the coming decades as anthropogenic GHG emissions drive higher temperatures and increased risk of drought. Efforts to manage natural resources and meet GHG emission targets will all benefit from better understanding of the magnitude, location, and causes of tree mortality.

## Data Availability

Our geospatial estimates of tree mortality from fires and bark beetles will be publicly archived with Oak Ridge National Laboratory at the Distributed Active Archive Center for Biogeochemical Dynamics (https://daac.ornl.gov/). This data set includes annual estimates of tree mortality and uncertainty from 2003 to 2012 at 1 km spatial resolution for the western US.

## Acknowledgments

ITB was supported by NASA Headquarters under the NASA Earth and Space Science Fellowship Program (Grant NNX14AN65H) and by the ARCS Foundation Scholar program. BEL and JAH were supported by the USDA National Institute of Food and Agriculture

Rvsd Plan - 00005823

IOP Publishing        *Environ. Res. Lett.* **12** (2017) 065005

 **Letters**

(Grant 2013–67003-20652). AJHM was supported by the Interior Northwest Climate Science Center (NW CSC) through a Cooperative Agreement (G14AP00177) from the United States Geological Survey (USGS). The contents of this article are solely the responsibility of the authors and do not necessarily represent the views of the NW CSC or the USGS. We thank the two reviewers for their helpful comments, and Mark Harmon and Ariel Muldoon for guidance on uncertainty analysis using Monte Carlo. We cite no conflicts of interest.

## References

Abatzoglou J T and Redmond K 2017 West Wide Drought Tracker, University of Idaho (www.wrcc.dri.edu/wwdt/time/)

Abatzoglou J T and Williams A P 2016 Impact of anthropogenic climate change on wildfire across western US forests *Proc. Natl Acad. Sci.* **113** 11770–5

Adams H D, Guardiola-Claramonte M, Barron-Gafford G A, Villegas J C, Breshears D D, Zou C B, Troch P A and Huxman T E 2009 Temperature sensitivity of drought-induced tree mortality portends increased regional die-off under global-change-type drought *Proc. Natl Acad. Sci. USA* **106** 7063–6

Allen C D, Breshears D D and McDowell N G 2015 On underestimation of global vulnerability to tree mortality and forest die-off from hotter drought in the Anthropocene *Ecosphere* **6** 1–55

Allen C D, Macalady A K, Chenchouni H, Bachelet D, McDowell N, Vennetier M, Kitzberger T, Rigling A, Breshears D D and Hogg E H 2010 A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests *Forest Ecol. Manage.* **259** 660–84

Anderegg W R, Hicke J A, Fisher R A, Allen C D, Aukema J, Bentz B, Hood S, Lichstein J W, Macalady A K and McDowell N 2015 Tree mortality from drought, insects, and their interactions in a changing climate *New Phytol.* **208** 674–83

Anderson-Teixeira K J, Snyder P K, Twine T E, Cuadra S V, Costa M H and DeLucia E H 2012 Climate-regulation services of natural and agricultural ecoregions of the Americas *Nat. Clim. Change* **2** 177–81

Baccini A *et al* 2012 Estimated carbon dioxide emissions from tropical deforestation improved by carbon-density maps *Nat. Clim. Change* **2** 182–5

Balch J K, Bradley B A, Abatzoglou J T, Nagy R C, Fusco E J and Mahood A L 2017 Human-started wildfires expand the fire niche across the United States *Proc. Natl Acad. Sci.* **114** 2946–51

Berner L T, Law B E and Hudiburg T W 2017 Water availability limits tree productivity, carbon stocks, and carbon residence time in mature forests across the western US *Biogeosciences* **14** 365–78

Birdsey R A 1992 Carbon storage accumulation in United States forest ecosystems *General Technical Report WO-59* (Washington, DC: USDA Forest Service) 55

Blackard J, Finco M, Helmer E, Holden G, Hoppus M, Jacobs D, Lister A, Moisen G, Nelson M and Riemann R 2008 Mapping US forest biomass using nationwide forest inventory data and moderate resolution information *Remote Sens. Environ.* **112** 1658–77

Bonan G B 2008 Forests and climate change: forcings, feedbacks, and the climate benefits of forests *Science* **320** 1444–9

Bond M L, Lee D E, Bradley C M and Hanson C T 2009 Influence of pre-fire tree mortality on fire severity in conifer forests of the San Bernardino Mountains, California *Open Forest Sci. J.* **2** 41–7

Brinck K, Fischer R, Groeneveld J, Lehmann S, De Paula M D, Pütz S, Sexton J O, Song D and Huth A 2017 High resolution analysis of tropical forest fragmentation and its impact on the global carbon cycle *Nat. Commun.* **8** 14855

Carnell R 2016 triangle: Provides the standard distribution functions for the triangle distribution *R package version 0.10* (https://cran.r-project.org/package=triangle)

Cohen W B, Yang Z, Stehman S V, Schroeder T A, Bell D M, Masek J G, Huang C and Meigs G W 2016 Forest disturbance across the conterminous United States from 1985–2012: the emerging dominance of forest decline *Forest Ecol. Manage.* **360** 242–52

Cook B I, Ault T R and Smerdon J E 2015 Unprecedented 21st century drought risk in the American Southwest and Central Plains *Sci. Adv.* **1** e1400082

Creeden E P, Hicke J A and Buotte P C 2014 Climate, weather, and recent mountain pine beetle outbreaks in the western United States *Forest Ecol. Manage.* **312** 239–51

Dennison P E, Brewer S C, Arnold J D and Moritz M A 2014 Large wildfire trends in the western United States, 1984–2011 *Geophys. Res. Lett.* **41** 2928–33

Diffenbaugh N S, Swain D L and Touma D 2015 Anthropogenic warming has increased drought risk in California *Proc. Natl Acad. Sci.* **112** 3931–6

Eidenshink J, Schwind B, Brewer K, Zhu Z, Quayle B and Howard S 2007 A project for monitoring trends in burn severity *Fire Ecol.* **3** 3–21

FAO 2017 Forest production and trade (United Nations Food and Agriculture Organization)

Gartner M H, Veblen T T, Leyk S and Wessman C A 2015 Detection of mountain pine beetle-killed ponderosa pine in a heterogeneous landscape using high-resolution aerial imagery *Int. J. Remote Sens.* **36** 5353–72

Ghimire B, Williams C A, Collatz G J and Vanderhoof M 2012 Fire-induced carbon emissions and regrowth uptake in western US forests: documenting variation across forest types, fire severity, and climate regions *J. Geophys. Res. Biogeosci.* **117** G03036

Ghimire B, Williams C A, Collatz G J, Vanderhoof M, Rogan J, Kulakowski D and Masek J G 2015 Large carbon release legacy from bark beetle outbreaks across Western United States *Glob. Change Biol.* **21** 3087–101

Goetz S J *et al* 2012 Observations and assessment of forest carbon dynamics following disturbance in North America *J. Geophys. Res.* **117** G02022

Gonzalez P, Battles J J, Collins B M, Robards T and Saah D S 2015 Aboveground live carbon stock changes of California wildland ecosystems, 2001–2010 *Forest Ecol. Manage.* **348** 68–77

Harmon M E, Bond-Lamberty B, Tang J and Vargas R 2011 Heterotrophic respiration in disturbed forests: a review with examples from North America *J. Geophys. Res. Biogeosci.* **116** G00K04

Harmon M E, Ferrell W K and Franklin J F 1990 Effects on carbon storage of conversion of old-growth forests to young forests *Science* **247** 699–702

Harmon M E, Franklin J F, Swanson F J, Sollins P, Gregory S, Lattin J, Anderson N, Cline S, Aumen N G and Sedell J 1986 Ecology of coarse woody debris in temperate ecosystems *Adv. Ecol. Res.* **15** 133–302

Harmon M E, Phillips D L, Battles J, Rassweiler A, Hall R and Lauenroth W 2007 *Principles and Standards for Measuring Net Primary Production in Long-Term Ecological Studies* ed T Fahey and A Knapp (Oxford: Oxford University Press) pp 238–60

Hart S J, Schoennagel T, Veblen T T and Chapman T B 2015 Area burned in the western United States is unaffected by recent mountain pine beetle outbreaks *Proc. Natl Acad. Sci.* **112** 4375–80

Hart S J, Veblen T T, Eisenhart K S, Jarvis D and Kulakowski D 2014 Drought induces spruce beetle (*Dendroctonus rufipennis*) outbreaks across northwestern Colorado *Ecology* **95** 930–9

Rvsd Plan - 00005824

**IOP** Publishing     *Environ. Res. Lett.* **12** (2017) 065005



Letters

Heath L S, Anderson S M, Emery M R, Hicke J A, Littell J, Lucier A, Masek J G, Peterson D L, Pouyat R and Potter K M 2015 Indicators of climate impacts for forests: recommendations for the US National Climate Assessment indicators system *General Technical Report NRS-155* (Newtown Square, PA: USDA Forest Service) 156

Heller M 2017 Federal fire policy may be based on faulty science *E&E News Greenwire* (www.eenews.net/greenwire/stories/1060051219/print)

Hicke J A and Jenkins J C 2008 Mapping lodgepole pine stand structure susceptibility to mountain pine beetle attack across the western United States *Forest Ecol. Manage.* **255** 1536–47

Hicke J A, Logan J A, Powell J and Ojima D S 2006 Changing temperatures influence suitability for modeled mountain pine beetle (*Dendroctonus ponderosae*) outbreaks in the western United States *J. Geophys. Res. Biogeosci.* **111** G02019

Hicke J A, Meddens A J, Allen C D and Kolden C A 2013 Carbon stocks of trees killed by bark beetles and wildfire in the western United States *Environ. Res. Lett.* **8** 035032

Hicke J A, Meddens A J and Kolden C A 2015 Recent tree mortality in the Western United States from bark beetles and forest fires *Forest Sci.* **62** 141–53

Hijmans R J and van Etten J 2013 *Raster: Geographic Analysis and Modeling with Raster Data* (Vienna: R Foundation for Statistical Computing)

Homer C, Dewitz J, Fry J, Coan M, Hossain N, Larson C, Herold N, McKerrow A, VanDriel J N and Wickham J 2007 Completion of the 2001 national land cover database for the conterminous United States *Photogramm. Eng. Remote Sens.* **73** 337

Houghton R 2013 *Global Forest Monitoring from Earth Observation* ed F Achard and M C Hansen (Boca Raton, FL: CRC Press) pp 15–39

Huang W, Swatantran A, Johnson K, Duncanson L, Tang H, O'Neil Dunne J, Hurtt G and Dubayah R 2015 Local discrepancies in continental scale biomass maps: a case study over forested and non-forested landscapes in Maryland, USA *Carbon Balance Manage.* **10** 1–16

Hudiburg T, Law B, Turner D P, Campbell J, Donato D and Duane M 2009 Carbon dynamics of Oregon and Northern California forests and potential land-based carbon storage *Ecol. Appl.* **19** 163–80

Hudiburg T W, Law B E, Wirth C and Luyssaert S 2011 Regional carbon dioxide implications of forest bioenergy production *Nat. Clim. Change* **1** 419–23

Hudiburg T W, Luyssaert S, Thornton P E and Law B E 2013 Interactive effects of environmental change and management strategies on regional forest carbon emissions *Environ. Sci. Technol.* **47** 13132–40

Jiang X, Rauscher S A, Ringler T D, Lawrence D M, Williams A P, Allen C D, Steiner A L, Cai D M and McDowell N G 2013 Projected future changes in vegetation in Western North America in the twenty-first century *J. Clim.* **26** 3671–87

Johnson E and Wittwer D 2008 Aerial detection surveys in the United States *Australian Forestry* **71** 212–5

Kang S, Running S W, Kimball J S, Fagre D B, Michaelis A, Peterson D L, Halofsky J E and Hong S 2014 Effects of spatial and temporal climatic variability on terrestrial carbon and water fluxes in the Pacific Northwest, USA *Environ. Modell. Scftw.* **51** 228–39

Kautz M, Meddens A J, Hall R J and Arneth A 2016 Biotic disturbances in Northern Hemisphere forests–a synthesis of recent data, uncertainties and implications for forest monitoring and modelling *Glob. Ecol. Biogeogr.* **26** 533–52

Kellndorfer J, Walker W, LaPoint E, Bishop J, Cormier T, Fiske G, Hoppus M, Kirsch K and Westfall J 2012 NACP Aboveground Biomass and Carbon Baseline Data (NBCD 2000), USA, 2000 Data set *ORNL DAAC, Oak Ridge, Tennessee, USA*

Kenward A and Raja U 2013 Nearly half of all western wildfire costs go to California *Climate Central* (www.climatecentral.org/news/nearly-half-of-all-wildfire-costs-go-to-california-16406)

Kolden C A, Smith A M and Abatzoglou J T 2015 Limitations and utilisation of monitoring trends in burn severity products for assessing wildfire severity in the USA *Int. J. Wildland Fire* **24** 1023–8

Kunkel K E, Stevens L E, Stevens S E, Sun L, Janssen E, Wuebbles D, Redmond K T and Dobson J G 2013 Regional climate trends and scenarios for the US National Climate Assessment: Part 5 *Climate of the Southwest US* (Washington, DC: US Department of Commerce, National Oceanic and Atmospheric Administration, National Environmental Satellite, Data, and Information Service) p 87

Kurz W A, Dymond C C, Stinson G, Rampley G J, Neilson E T, Carroll A L, Ebata T and Safranyik L 2008 Mountain pine beetle and forest carbon feedback to climate change *Nature* **452** 987–90

Lamlom S and Savidge R 2003 A reassessment of carbon content in wood: variation within and between 41 North American species *Biomass Bioenergy* **25** 381–8

Law B E and Waring R H 2015 Carbon implications of current and future effects of drought, fire and management on Pacific Northwest forests *Forest Ecol. Manage.* **355** 4–14

Levy P, Hale S and Nicoll B 2004 Biomass expansion factors and root: shoot ratios for coniferous tree species in Great Britain *Forestry* **77** 421–30

Littell J S, McKenzie D, Peterson D L and Westerling A L 2009 Climate and wildfire area burned in western US ecoprovinces, 1916–2003 *Ecol. Appl.* **19** 1003–21

Littell J S, Peterson D L, Riley K L, Liu Y and Luce C H 2016 A review of the relationships between drought and forest fire in the United States *Glob. Change Biol.* **22** 2353–69

Logan J A and Powell J A 2001 Ghost forests, global warming, and the mountain pine beetle (Coleoptera: Scolytidae) *Am. Entomol.* **47** 160

Masek J G, Cohen W B, Leckie D, Wulder M A, Vargas R, de Jong B, Healey S, Law B, Birdsey R and Houghton R 2011 Recent rates of forest harvest and conversion in North America *J. Geophys. Res. Biogeosci.* **116** G00K03

McCabe G J, Palecki M A and Betancourt J L 2004 Pacific and Atlantic Ocean influences on multidecadal drought frequency in the United States *Proc. Natl Acad. Sci.* **101** 4136–41

McDowell N G, Williams A, Xu C, Pockman W, Dickman L, Sevanto S, Pangle R, Limousin J, Plaut J and Mackay D 2015 Multi-scale predictions of massive conifer mortality due to chronic temperature rise *Nat. Clim. Change* **6** 295–300

Meddens A J, Hicke J A and Ferguson C A 2012 Spatiotemporal patterns of observed bark beetle-caused tree mortality in British Columbia and the western United States *Ecol. Appl.* **22** 1876–91

Meddens A J, Hicke J A, Macalady A K, Buotte P C, Cowles T R and Allen C D 2015 Patterns and causes of observed piñon pine mortality in the southwestern United States *New Phytol.* **206** 91–7

Meigs G W, Campbell J L, Zald H S, Bailey J D, Shaw D C and Kennedy R E 2015a Does wildfire likelihood increase following insect outbreaks in conifer forests? *Ecosphere* **6** 1–24

Meigs G W, Kennedy R E, Gray A N and Gregory M J 2015b Spatiotemporal dynamics of recent mountain pine beetle and western spruce budworm outbreaks across the Pacific Northwest Region, USA *Forest Ecol. Manage.* **339** 71–86

Meigs G W, Zald H S, Campbell J L, Keeton W S and Kennedy R E 2016 Do insect outbreaks reduce the severity of subsequent forest fires? *Environ. Res. Lett.* **11** 045008

Michaletz S T, Johnson E and Tyree M 2012 Moving beyond the cambium necrosis hypothesis of post-fire tree mortality: cavitation and deformation of xylem in forest fires *New Phytol.* **194** 254–63

Miles P K and Smith B W 2009 Specific gravity and other properties of wood and bark for 156 tree species found in north America *USDA Forest Service Northern Research Station, NSP-RP-38* 18

Rvsd Plan - 00005825

**IOP** Publishing                *Environ. Res. Lett.* **12** (2017) 065005



Morton D, Collatz G, Wang D, Randerson J, Giglio L and Chen Y 2013 Satellite-based assessment of climate controls on US burned area *Biogeosciences* 10 247–60

Mote P A *et al* 2014 *Climate Change Impacts in the United States: The Third National Climate Assessment* ed J M Melillo (Washington, DC: US Global Change Research Program) pp 487–513

Mote P W, Hamlet A F, Clark M P and Lettenmaier D P 2005 Declining mountain snowpack in Western North America *Bull. Am. Meteorol. Soc.* 86 39–49

Neeti N and Kennedy R 2016 Comparison of national level biomass maps for conterminous US: understanding pattern and causes of differences *Carbon Balance Manage.* 11 1–19

Omernik J M 1987 Ecoregions of the conterminous United States *Ann. Assoc. Am. Geogr.* 77 118–25

Oregon Department of Forestry 2017 Timber Harvest Data 1942–2015 *Available online* (https://data.oregon.gov/Natural-Resources/Timber-Harvest-Data-1942-2015/v7yh-3c7a) (Accessed: 14 July 2016)

Oswalt S N, Smith W B, Miles P D and Pugh S A 2014 Forest Resources of the United States, 2012: a technical document supporting the Forest Service 2010 update of the RPA Assessment *General Technical Report WO-91* (Washington, DC: USDA Forest Service) 228

Pacala S W, Breidenich C, Brewer P, Fung I, Gunson M, Heddle G, Law B, Marland G, Paustian K and Prather M 2010 Verifying greenhouse gas emissions: methods to support international climate agreements *Committee on Methods for Estimating Greenhouse Gas Emissions*

Pan Y, Birdsey R A, Fang J, Houghton R, Kauppi P E, Kurz W A, Phillips O L, Shvidenko A, Lewis S L and Canadell J G 2011a A large and persistent carbon sink in the world's forests *Science* 333 988–93

Pan Y, Chen J M, Birdsey R, McCullough K, He L and Deng F 2011b Age structure and disturbance legacy of North American forests *Biogeosciences* 8 715–32

Pausas J G 2015 Bark thickness and fire regime *Funct. Ecol.* 29 315–27

Powell S L, Cohen W B, Kennedy R E, Healey S P and Huang C 2014 Observation of trends in biomass loss as a result of disturbance in the conterminous US: 1986–2004 *Ecosystems* 17 142–57

R Core Team 2015 *R: A Language and Environment for Statistical Computing* (Vienna: R Foundation for Statistical Computing)

Raffa K F, Aukema B H, Bentz B J, Carroll A L, Hicke J A, Turner M G and Romme W H 2008 Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions *Bioscience* 58 501–17

Reilly M J and Spies T A 2016 Disturbance, tree mortality, and implications for contemporary regional forest change in the Pacific Northwest *Forest Ecol. Manage.* 374 102–10

Rollins M G 2009 LANDFIRE: a nationally consistent vegetation, wildland fire, and fuel assessment *Int. J. Wildland Fire* 18 235–49

Ruefenacht B, Finco M, Nelson M, Czaplewski R, Helmer E, Blackard J, Holden G, Lister A, Salajanu D and Weyermann D 2008 Conterminous US and Alaska forest type mapping using forest inventory and analysis data *Photogramm. Eng. Remote Sens.* 74 1379–88

Schwalm C R, Williams C A, Schaefer K, Baldocchi D, Black T A, Goldstein A H, Law B E, Oechel W C and Scott R L 2012 Reduction in carbon uptake during turn of the century drought in western North America *Nat. Geosci.* 5 551–6

Smith W, Miles P, Perry C and Pugh S 2009 Forest resources of the United States 2007: A technical document supporting the Forest Service 2010 RPA assessment *General Technical Report WO-78* (Washington, DC: USDA Forest Service) 349

Smith W B 2002 Forest inventory and analysis: a national inventory and monitoring program *Environ. Pollut.* 116 S233–42

Spracklen D V, Mickley L J, Logan J A, Hudman R C, Yevich R, Flannigan M D and Westerling A L 2009 Impacts of climate change from 2000 to 2050 on wildfire activity and carbonaceous aerosol concentrations in the western United States *J. Geophys. Res. Atmos.* 114 D20301

Turner D P, Ritts W D, Yang Z, Kennedy R E, Cohen W B, Duane M V, Thornton P E and Law B E 2011 Decadal trends in net ecosystem production and net ecosystem carbon balance for a regional socioecological system *Forest Ecol. Manage.* 262 1318–25

US Energy Information Administration 2015 *Energy-related Carbon Dioxide Emissions at the State Level, 2000–2013* (Washington, DC: US Department of Energy)

van Mantgem P J, Nesmith J C, Keifer M, Knapp E E, Flint A and Flint L 2013 Climatic stress increases forest fire severity across the western United States *Ecology letters* 16 1151–6

Walsh J *et al* 2014 *Climate Change Impacts in the United States: The Third National Climate Assessment* ed J M Melillo *et al* (US Global Change Research Program) pp 19–67

Waring R, Coops N, Fan W and Nightingale J 2006 MODIS enhanced vegetation index predicts tree species richness across forested ecoregions in the contiguous USA *Remote Sens. Environ.* 103 218–26

Weedon J T, Cornwell W K, Cornelissen J H, Zanne A E, Wirth C and Coomes D A 2009 Global meta-analysis of wood decomposition rates: a role for trait variation among wood species? *Ecol. Lett.* 12 45–56

Westerling A L, Hidalgo H G, Cayan D R and Swetnam T W 2006 Warming and earlier spring increase western US forest wildfire activity *Science* 313 940–3

Wickham H and Francois R 2015 dplyr: A Grammar of Data Manipulation *R package version 0.4.2* (http://CRAN.R-project.org/package=dplyr)

Williams A P, Allen C D, Macalady A K, Griffin D, Woodhouse C A, Meko D M, Swetnam T W, Rauscher S A, Seager R and Grissino-Mayer H D 2012 Temperature as a potent driver of regional forest drought stress and tree mortality *Nat. Clim. Change* 3 292–7

Williams A P, Seager R, Macalady A K, Berkelhammer M, Crimmins M A, Swetnam T W, Trugman A T, Buenning N, Noone D and McDowell N G 2014 Correlations between components of the water balance and burned area reveal new insights for predicting forest fire area in the southwest United States *Int. J. Wildland Fire* 24 14–26

Williams C A, Gu H, MacLean R, Masek J G and Collatz G J 2016 Disturbance and the carbon balance of US forests: a quantitative review of impacts from harvests, fires, insects, and droughts *Glob. Planet. Chang.* 143 66–80

Wilson B T, Woodall C and Griffith D 2013 Imputing forest carbon stock estimates from inventory plots to a nationally continuous coverage *Carbon Balance Manage.* 8 1–15

Rvsd Plan - 00005826

**Utah State University**
**DigitalCommons@USU**

The Bark Beetles, Fuels, and Fire Bibliography

Quinney Natural Resources Research Library, S.J. and Jessie E.

1982

# Factors Influencing Understory Seedling Establishment of Engelmann Spruce (Picea engelmannii) and Subalpine Fir (Abies lasiocarpa) in Southeast Wyoming

Alan K. Knapp

William K. Smith

Follow this and additional works at: http://digitalcommons.usu.edu/barkbeetles

Part of the Ecology and Evolutionary Biology Commons, Entomology Commons, Forest Biology Commons, Forest Management Commons, and the Wood Science and Pulp, Paper Technology Commons

Recommended Citation

Knapp, A. and Smith, W. (1982). Factors influencing understory seedling establishment of Engelmann spruce (Picea engelmannii) and subalpine fir (Abies lasiocarpa) in southeast Wyoming. Can. J. Bot. 60(12): 2753–2761.

This Article is brought to you for free and open access by the Quinney Natural Resources Research Library, S.J. and Jessie E. at DigitalCommons@USU. It has been accepted for inclusion in The Bark Beetles, Fuels, and Fire Bibliography by an authorized administrator of DigitalCommons@USU. For more information, please contact dylan.burns@usu.edu.



UtahStateUniversity
MERRILL-CAZIER LIBRARY

2753

# Factors influencing understory seedling establishment of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) in southeast Wyoming

Alan K. Knapp[1] and William K. Smith[2]

*Department of Botany, University of Wyoming, Laramie, Wyoming, U.S.A. 82071*

Received October 26, 1981

Knapp, A. K., and W. K. Smith. 1982. Factors influencing understory seedling establishment of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) in southeast Wyoming. Can. J. Bot. **60**: 2753–2761.

Although seedlings of *Abies lasiocarpa* are generally more abundant than those of *Picea engelmannii* in the understory of mature spruce–fir forests throughout the central and northern Rocky Mountains, little information exists concerning environmental or plant factors that may influence the establishment of these two conifers. Field measurements in the Medicine Bow Mountains of southeast Wyoming showed that seedlings of *A. lasiocarpa* had greater photosynthetic rates at low understory light levels and required lower levels of incident radiation for saturation of photosynthesis compared with those of *P. engelmannii*. However, both conifers occurred in understory locations where total daily solar radiation was equally low ($<2$ MJ·m$^{-2}$·day$^{-1}$) and thus, a lack of light did not appear to be responsible for the low number of *P. engelmannii* seedlings in the understory. In contrast, seedlings of *P. engelmannii* were substantially more abundant at locations with thinner litter layers compared with those of *A. lasiocarpa*. Also, laboratory studies showed that the smaller seeds of *P. engelmannii* germinated more rapidly and at lower temperatures than seeds of *A. lasiocarpa* although growth of tap roots on *A. lasiocarpa* seedlings was greater initially ($\simeq$ 200% longer in 2-week-old seedlings) as well as for 10-week-old seedlings (50% longer). The deeper penetrating tap root of *A. lasiocarpa* seedlings may enable this conifer to establish more abundantly on thick, rapidly drying litter layers that are characteristic of mature spruce–fir forests. In contrast, establishment of *P. engelmannii* seedlings may be limited to microsites without a thick litter layer such as disturbed areas or decomposing wood, where surface drying may occur more gradually throughout the summer. These results are discussed in terms of the potential effects of seedling establishment on the observed patterns in climax vegetation of central and northern Rocky Mountain subalpine forests.

## Introduction

In the central and northern Rocky Mountains, seedlings of subalpine fir (*Abies lasiocarpa* [Hook.] Nutt.) are often more numerous than those of Engelmann spruce (*Picea engelmannii* Parry) in the understory of mature spruce–fir forests (Hodson and Foster 1910; Oosting and Reed 1952; Smith 1955; Day 1964, 1972; Miller 1970; Loope and Gruell 1973; Schmid and Hinds 1974; Whipple and Dix 1979). In fact, Day (1972) and Wirsing and Alexander (1975) have suggested that if existing spruce–fir forests remained disturbance-free for an adequate period of time, *A. lasiocarpa* would be the climax conifer at many sites in the subalpine zone. However, other investigators have felt that *P. engelmannii* and *A. lasiocarpa* may co-occur indefinitely, despite the greater number of *A. lasiocarpa* seedlings. This continuing co-occurrence could result from the greater longevity of *P. engelmannii* trees (Oosting and Reed 1952), the effects of cyclic insect outbreaks on stand structure (Schmid and Hinds 1974), or the periodic recruitment of *P. engelmannii* seedlings (Miller 1970; Whipple and Dix 1979).

Specific plant and environmental factors influencing the establishment of western conifers in understory environments have received little attention. Three hypotheses which have been proposed previously to explain the greater number of *A. lasiocarpa* seedlings relative to *P. engelmannii* are (*i*) the inability of *P. engelmannii* to utilize the low levels of solar radiation in a subalpine understory (Baker 1949; LeBarron and Jemison 1953; Krajina 1965; Miller 1970; Day 1972; Loope and Gruell 1973; Alexander 1974; Whipple and Dix 1979), (*ii*) greater success in establishment of *A. lasiocarpa* seedlings owing to more rapid seedling growth from the larger seeds of *A. lasiocarpa* (Hodson and Foster 1910; Oosting and Reed 1952; Smith 1954, 1955; Smith and Clark 1960; Day 1964), and (*iii*) greater mortality of *P. engelmannii* seeds and seedlings compared with those of *A. lasiocarpa*, caused by pathogenic agents in the forest floor of mature spruce–fir forests. However, the results of Daniel and Schmidt (1972) did not support the latter hypothesis. A fourth hypothesis invokes a differential susceptibility to desiccation that could occur with different substrates or litter depths.

The purpose of this study was to investigate the first two hypotheses listed above. To evaluate the initial hypothesis, the location of seedlings in the understory in relation to understory light, and their photosynthetic responses to low light levels was measured. The second hypothesis was evaluated using measurements of seed germination, early seedling growth, and the location of

---

[1]Present address: Division of Biology, Kansas State University, Manhattan, KA, U.S.A. 66506.
[2]Author to whom correspondence should be addressed.

0008-4026/82/122753-09$01.00/0
©1982 National Research Council of Canada/Conseil national de recherches du Canada

seedlings in relation to understory litter depths to determine if differences in seedling development between *P. engelmannii* and *A. lasiocarpa* could contribute to the observed differences in establishment of these conifers. The relative importance of each of these factors is discussed in relation to seedling patterns in the understory and the observed vegetation patterns of subalpine conifers in the central and northern Rocky Mountains.

## Materials and methods

### Study sites

Study sites were located in a virgin spruce–fir forest in the Snowy Range Natural Area (3100 m) of the Medicine Bow National Forest approximately 65 km west of Laramie, Wyoming (41°21′ N, 106°14′ W). Two study areas (0.2 and 0.1 ha) were chosen in stands with different age structure to evaluate the relationships between the understory location of *P. engelmannii* and *A. lasiocarpa* seedlings and the corresponding incident solar radiation and litter depth at each seedling location. Seedlings (<30 cm tall) were sampled in both study areas along with the density of saplings (>30 cm tall to 10 cm diameter at breast height (dbh)) and the density and basal area of trees (>10 cm dbh) using a point-quarter distance sampling method (Cottam and Curtis 1956). Estimates of the area of the forest floor occupied by different seedbeds (i.e., litter, decayed wood, moss etc.) were made using a line intercept method (Mueller-Dombois and Ellenberg 1974). Ages of the largest trees at each site were estimated from the relationship between diameter and age described in Oosting and Reed (1952) for adjacent virgin stands.

### Understory light and photosynthesis

All seedlings in both study areas were marked and 137 (38% of the total) were chosen randomly for measurements of the total daily solar radiation received at each seedling location. Incident photosynthetically active radiation (PAR, 0.4–0.7 μm) was measured at 0.5-h intervals from dawn to dusk at each seedling location over 4 clear days in late June. At each location, the surface of the PAR sensor was positioned perpendicular to the vertical axis of the seedling and directly above the terminal leader. The type of seedbed and the depth of the litter layer (organic matter above mineral soil) were also determined at each seedling location. Incident PAR was measured with a light meter (Lambda instruments model LI-185A) and a quantum sensor (LI-190S) and converted to total solar radiation using an empirical relationship developed with a radiometer (Eppley model PSP). The frequency distribution of the two conifers relative to total solar radiation was tested for normality using a chi-square analysis (Zar 1974).

The photosynthetic responses of *P. engelmannii* and *A. lasiocarpa* seedlings to low incident PAR were compared under natural understory conditions for six 2- to 4-year-old seedlings of each conifer species. Net photosynthesis per unit leaf area ($J_{CO_2}$) and the amount of incident PAR at photosynthetic saturation (95% of maximum $J_{CO_2}$) and compensation ($J_{CO_2} = 0$) were determined for undisturbed seedlings sealed in a Plexiglas cuvette (equipped with a fan) coupled to an open-flow infrared gas analyzer (Beckman model 865). All

seedlings of each species were watered daily for 3 days before photosynthesis measurements began and were at natural locations that were receiving approximately equal amounts of total daily solar radiation. The amount of light striking the seedling during photosynthetic measurements was regulated with a variable auto-transformer (Powerstat model 3PN116B) connected to a 150 W tungsten-filament flood lamp filtered through 10 cm of water. The quantity of light incident on the seedlings was measured with the Lambda light sensor and leaf temperatures were measured with a fine wire (0.018 cm diameter) copper–constantan thermocouple wrapped around an unshaded needle near the middle of the seedling. Leaf temperatures were maintained at 20–23°C for all light response curves. Total leaf area was determined geometrically using a light microscope and dial calipers, and $J_{CO_2}$ was expressed on a projected leaf area basis (1/2 total leaf area).

### Seed size, germination, and seedling growth

The influence of seed size, germination, and early seedling growth on seedling establishment in the understory was evaluated using seeds obtained from mature cones collected in north central Colorado and southeast Wyoming during autumn 1980. Seeds were grouped into lots of 100 and weighed (± 0.1 mg) before storage at 4°C until germination studies were initiated. Prior to the germination studies, six to eight replicates of 50 seeds of each species were surface sterilized in a 0.3% solution of calcium hypochlorite for 5 min and rinsed 3 times in distilled water. The seeds were placed on the surface of an agar medium (1%) in sterile petri dishes and placed in an environmental chamber at temperatures of 10, 15, 20, and 25°C with an 8-h photoperiod. Germinated seeds were counted and removed daily and germination was considered complete when the radicle protruded at least 1 mm.

Seedling growth was monitored over a 10-week period under greenhouse conditions which included a 14-h photoperiod with mean day air temperatures of 19°C (15–22°C range), mean night temperatures of 13°C (10–15°C), total daily radiation typically between 4.0–5.5 MJ·m$^{-2}$·day$^{-1}$, and relative humidity averaging 30% (12–53%). These growth conditions are similar to those reported during midsummer by Young and Smith (1979, 1980) and Smith (1981) for the subalpine understory environment of the Medicine Bow Mountains. Germinated seeds were transferred from the petri dishes along with a small agar block to 15 cm deep pots containing sand. Each pot contained five to seven seedlings of either *P. engelmannii* or *A. lasiocarpa* and was watered daily and fertilized weekly with a commercial fertilizer (Ra-Pid-Gro Corp., Dansville, NY). Seedlings were harvested weekly by randomly selecting one pot of each species and systematically rearranging the remaining pots. Harvested seedlings were carefully removed from the soil, washed, and root and shoot lengths were measured (±1 mm). Root and shoot dry weights were then determined (±0.1 mg) after oven-drying at 85°C for 24 h. Relative growth rates (RGR) were calculated from dry weight measurements using the equation (Evans 1972);

[1]    $$RGR = \frac{\ln W_{t_2} - \ln W_{t_1}}{t_2 - t_1}$$

where *W* is total dry weight at times $t_1$ and $t_2$. Statistical comparisons of sample means for all measurements were made using Student's *t*-test (Zar 1974).

Rvsd Plan - 00005829

TABLE 1. Overstory and understory stand characteristics for the principal conifers at the two study sites

| Stand | Total density (trees/ha) | Density (trees/ha) | Relative density (%) | Average basal area (cm$^2$) | Basal area (m$^2$/ha) | Relative basal area (%) |
|---|---|---|---|---|---|---|
| Science camp | | | | | | |
| Mature trees | | | | | | |
| (>10 cm dbh) | 921(±59) | | | | | |
| *Picea engelmannii* | | 678 | 74 | 932 | 63 | 89 |
| *Abies lasiocarpa* | | 230 | 25 | 302 | 7 | 10 |
| *Pinus contorta* | | 13 | 1 | 829 | 1 | 1 |
| Saplings | | | | | | |
| (< 10 cm dbh) | 2217(±194) | | | | | |
| *P. engelmannii* | | 431 | 19 | — | — | — |
| *A. lasiocarpa* | | 1786 | 81 | — | — | — |
| *P. contorta* | | — | — | — | — | — |
| Seedlings | | | | | | |
| (< 30 cm tall) | 1789 | | | | | |
| *P. engelmannii* | | 726 | 41 | — | — | — |
| *A. lasiocarpa* | | 1063 | 59 | — | — | — |
| *P. contorta* | | — | — | — | — | — |
| Natural area | | | | | | |
| Mature Trees | 728(±46) | | | | | |
| *P. engelmannii* | | 394 | 54 | 1671 | 66 | 86 |
| *A. lasiocarpa* | | 334 | 46 | 323 | 11 | 14 |
| Saplings | 938(±65) | | | | | |
| *P. engelmannii* | | 195 | 21 | — | — | — |
| *A. lasiocarpa* | | 743 | 79 | — | — | — |
| Seedlings | 1027 | | | | | |
| *P. engelmannii* | | 254 | 25 | — | — | — |
| *A. lasiocarpa* | | 773 | 75 | — | — | — |

NOTE: Values in parentheses represent one standard error of the mean. *Pinus contorta* is ssp. *latifolia* (Engelm.).

## Results

Although trees of *P. engelmannii* were more abundant and had greater basal area in the overstory than those of *A. lasiocarpa* at both study sites, saplings and seedlings of *A. lasiocarpa* were more numerous in the understory (Table 1). The estimated age of the oldest trees at the Natural Area site (420 year) was greater than for trees at the Science Camp site (340 year) even though both sites were within a continuous spruce–fir forest. Also, the ratio of seedlings of *A. lasiocarpa* to *P. engelmannii* was greater at the Natural Area site ($\cong$3:1) than at the Science Camp site ($\cong$1.5:1).

### Understory light, photosynthesis, and litter depth

The distribution of seedlings according to the total daily solar radiation received at each seedling location was similar at both sites and therefore combined (Fig. 1). The mean total daily radiation received by *P. engelmannii* seedlings was 6.6 MJ·m$^{-2}$·day$^{-1}$ compared with 5.6 MJ·m$^{-2}$·day$^{-1}$ for those of *A. lasiocarpa* ($P < 0.05$). The chi-square analysis indicated that neither species deviated significantly from a normal distribution relative to total daily radiation received. Seedlings of

both species occurred in locations receiving total daily radiation ranging from < 2.0 to > 13.0 MJ·m$^{-2}$·day$^{-1}$; however, the frequency of *A. lasiocarpa* seedlings decreased more uniformly as solar radiation increased compared with those of *P. engelmannii* (Fig. 1). The greatest proportion of the total daily solar radiation (62%) was received by seedlings of both conifers at midday (solar noon ± 2 h) and *A. lasiocarpa* seedlings occurred more frequently at locations receiving less midday radiation compared with *P. engelmannii* seedlings which were more abundant at locations receiving greater midday radiation (Fig. 1).

A comparison of the influence of light level on $J_{CO_2}$ for seedlings of both conifers indicated that net photosynthesis was greater in *A. lasiocarpa* seedlings at all light levels (Fig. 2) with an approximately 34% greater mean maximum $J_{CO_2}$ for *A. lasiocarpa* (1.72 µmol·m$^{-2}$·s$^{-1}$), compared with *P. engelmannii* (1.28 µmol·m$^{-2}$·s$^{-1}$). Net photosynthesis became saturated at light levels of near 780 µE·m$^{-2}$·s$^{-1}$ in *A. lasiocarpa* compared with 1060 µE·m$^{-2}$·s$^{-1}$ for *P. engelmannii* while light compensation points ranged between 60 and 70 µE·m$^{-2}$·s$^{-1}$ for both conifers.

Rvsd Plan - 00005830



FIG. 1. Relative frequency of *A. lasiocarpa* and *P. engelmannii* seedlings at understory locations according to the quantity of solar radiation received integrated over the entire day and the midday period (solar noon ± 2 h). Data are combined for the two study sites. Hatched bars represent *P. engelmannii*, open bars *A. lasiocarpa*.

Seedlings of *P. engelmannii* were located in areas where the litter layer above mineral soil was significantly thinner compared with locations with *A. lasiocarpa* seedlings ($\bar{x} = 1.9$ cm vs. 3.3 cm, $P < 0.05$). Moreover, only 5% of the *P. engelmannii* seedlings were located in litter > 2.5 cm deep compared with 42% for *A. lasiocarpa* (Fig. 3). Also, 19% of the *P. engelmannii* seedlings and 15% of the *A. lasiocarpa* seedlings were found growing on decomposing wood which occupied < 5% of the forest floor.

*Seed size, germination, and seedling growth*

Seed weight, germination success, and early seedling growth were measured to quantify differences between *A. lasiocarpa* and *P. engelmannii* that may influence seedling establishment in the subalpine understory environment. Although seeds of *A. lasiocarpa* averaged 175% heavier than seeds of *P. engelmannii* ($\bar{x} = 7.9$ mg vs. 2.9 mg, $P < 0.01$), the lighter seeds of *P. engelmannii* germinated earlier and more rapidly at all temperature treatments (Table 2). Fifty percent of the maximum germination recorded at each temperature occurred at about 7 days after planting for *P. engelmannii* compared with about 15 days for *A. lasiocarpa*. Maximum germination was slightly greater for *P. engelmannii* (54.8%) than *A. lasiocarpa* (46.0%) and germination was reduced from maximum values by about 84% at 15°C ($P < 0.05$) and 98% at 10°C ($P < 0.05$) in *A. lasiocarpa* compared with 26% (not significant) and 93% ($P < 0.05$), respectively, in *P. engelmannii*.

For seedlings grown under controlled greenhouse conditions, no significant difference in shoot length was recorded between *A. lasiocarpa* and *P. engelmannii* throughout the 10 week growth period (Fig. 4). The decrease in shoot length from the 2nd to the 3rd week was probably caused by the loss of the seed coat and expansion of the cotyledons. Shoot lengths did not increase significantly after the 3rd week, even though primary needles developed in both conifers when seedlings were 4 weeks old. However, 2 weeks after germination the mean length of the tap root in *A. lasiocarpa* seedlings was over 200% greater than the length of the tap root in *P. engelmannii* seedlings (29.0 mm vs. 9.4 mm) (Fig. 4). The difference in mean length of tap root increased to 35.1 mm at 10 weeks. Throughout the study, length of tap root was synonymous with the depth of penetration of the tap root. The average rate of root elongation calculated for the entire 10-week period was 1.77 mm·day⁻¹ for *A. lasiocarpa* and 1.27 mm·day⁻¹ for *P. engelmannii*. The maximum length of tap root recorded was 171 mm for *A. lasiocarpa* compared with 129 mm for *P. engelmannii*. Lateral roots developed in both conifers at 5 weeks, but were more numerous and longer at the end of the study in *P. engelmannii*. Root weights were generally greater for seedlings of *A. lasiocarpa* than those of *P. engelmannii* and the mean root weight of 10-week-old seedlings was 10.7 mg for *A. lasiocarpa* compared with 7.0 mg ($P < 0.01$) for *P. engelmannii*. Shoot weights were not significantly different between the two conifers at the conclusion of the 10-week study.

Relative growth rates (RGR) of the roots were calculated for the entire 10-week growth period while shoot and seedling RGR was computed for the 8-week

Rvsd Plan - 00005831



FIG. 2. Response of net photosynthesis ($J_{CO_2}$) to incident photosynthetically active radiation in 2- to 4-year-old seedlings of *A. lasiocarpa* (*A.l.*) and *P. engelmannii* (*P.e.*). Light saturation of photosynthesis (95% maximum $J_{CO_2}$) is indicated for each conifer by arrows and vertical bars represent ± 1 standard error of the mean.



FIG. 3. Relative frequency of seedlings of *A. lasiocarpa* and *P. engelmannii* (combined for the two study sites) according to litter depth (organic matter above mineral soil) and decayed wood. Hatched bars, *P. engelmannii*; open bars, *A. lasiocarpa*.

Rvsd Plan - 00005832

CAN. J. BOT. VOL. 60, 1982

TABLE 2. Germination characteristics for seeds of *Abies lasiocarpa* and *Picea engelmannii* at constant temperatures

| Temperature (°C) | Germination (%) | | Time until initial germination (days) | | Time until 50% maximum germination (days) | |
|---|---|---|---|---|---|---|
| | *P. engelmannii* | *A. lasiocarpa* | *P. engelmannii* | *A. lasiocarpa* | *P. engelmannii* | *A. lasiocarpa* |
| 10 | 3.5(2.1)* | 1.0(0.6)* | 5 | 8 | 7 | — |
| 15 | 40.5(6.8) | 7.1(1.4)* | 5 | 7 | 8 | 15 |
| 20 | 54.8(6.4) | 40.0(2.6) | 4 | 6 | 5 | 13 |
| 25 | 42.0(4.5) | 46.0(2.9) | 5 | 7 | 7 | 15 |

NOTE: Values in parentheses represent one standard error of the mean.
*Indicates germination is significantly lower than the maximum value ($P < 0.05$).



FIG. 4. Root and shoot lengths of seedlings of *A. lasiocarpa* and *P. engelmannii* plotted on a weekly basis for a 10-week period following germination. Vertical bars represent ± 1 standard error of the mean.

TABLE 3. Relative growth rates (grams per gram per day) of entire seedlings and roots and shoots of *A. lasiocarpa* and *P. engelmannii* grown over a 10-week period and harvested at weekly intervals

| | *P. engelmannii* | *A. lasiocarpa* |
|---|---|---|
| Seedlings | 0.041(0.002) | 0.028(0.003) |
| Shoot | 0.038(0.003) | 0.019(0.004) |
| Root | 0.051(0.001) | 0.055(0.003) |
| Root/shoot | 1.6 | 2.9 |

NOTE: Values in parentheses represent one standard error of the mean.

period following the loss of the seed coat (Table 3). Although the RGR of whole seedlings was greater in *P. engelmannii* than in *A. lasiocarpa*, root RGR was greater in *A. lasiocarpa* seedlings. The ratio of root-to-shoot RGR was substantially greater for *A. lasiocarpa* than for *P. engelmannii* seedlings (2.9 vs. 1.6).

## Discussion

There were numerous differences between seedlings of *P. engelmannii* and *A. lasiocarpa*. They included understory location, photosynthesis and root growth, and differences in seed size and germination. Seedlings of *A. lasiocarpa* were more abundant in locations receiving less solar radiation (Fig. 1) and had correspondingly greater photosynthetic rates at the lower light levels characteristic of the understory environment (Fig. 2). The smaller seeds of *P. engelmannii* germinated earlier and more rapidly than those of *A. lasiocarpa* and the reduction in germination at lower temperatures was greater for *A. lasiocarpa*. However, root growth and penetration was greater for seedlings of *A. lasiocarpa* (Fig. 4), and they were more abundant at understory locations with thicker litter layers (Fig. 3).

The spatial heterogeneity of understory light in western coniferous forests may be an important factor influencing the location of certain understory species (Young and Smith 1979, 1980). The ability of plants of *A. lasiocarpa* to utilize low light levels more efficiently and the saturation of $J_{CO_2}$ at low incident radiation are characteristic of greater shade adaptation in this species (Boardman 1977; Bazzaz 1979; Young and Smith 1980). However, if low understory light is a factor limiting the abundance of *P. engelmannii* seedlings in the subalpine understory, understory locations receiving quantities of solar radiation below a minimum level should not be occupied by *P. engelmannii* seedlings. No minimum threshold of total daily radiation was apparent for either *P. engelmannii* or *A. lasiocarpa* in the spruce–fir stands studied here (Fig. 1). Therefore, as stand age increases and the canopy closes, the reduced

Rvsd Plan - 00005833

amount of solar radiation reaching the forest floor does not appear to be solely responsible for the lower number of *P. engelmannii* seedlings in the understory relative to those of *A. lasiocarpa*.

Solar radiation striking the forest floor can alter surface temperatures and water relations and, thus, have a strong influence on germination and establishment patterns (Koller 1972). Although *A. lasiocarpa* seedlings were less common in understory locations receiving greater quantities of solar radiation, Knapp and Smith (1981) reported that the water relations of such seedlings did not appear to be adversely affected by exposure to high levels of solar radiation (>30 $MJ \cdot m^{-2} \cdot day^{-1}$). This result sugests that high understory levels of solar radiation (>10 $MJ \cdot m^{-2} \cdot day^{-1}$) are probably not detrimental to established *A. lasiocarpa* seedlings in the understory. However, the larger seeds of *A. lasiocarpa* were slower to germinate than seeds of *P. engelmannii* and germination was significantly reduced at ≤15°C. These characteristics may delay germination of *A. lasiocarpa* seeds until later in the spring when surface soil moisture is more likely to be limiting and, thus, could decrease germination and establishment of this conifer in microsites that receive greater solar radiation. Rapid germination has been reported to be a potential mechanism for avoiding drought (Wright 1968; Pollock and Roos 1972) and the ability of *P. engelmannii* to germinate rapidly and at low temperatures, demonstrated in the present study and by others (Patten 1963; Kaufmann and Eckard 1977), may allow this conifer to begin establishment earlier in the spring when soil moisture may be more favorable.

Rapid root growth and penetration into the soil may also be important for avoiding drought or temperature extremes (Baker 1972). Many studies indicate that larger seeds produce larger and more vigorous seedlings compared with smaller seeds (Harper and Clatworthy 1963; Pollock and Roos 1972; Schaal 1980). Salisbury (1942) reported that differences in seed size, and consequently differences in seedling growth and root length, may strongly influence successional patterns among species that reproduce solely by seed. Although numerous studies have shown that 1-year-old seedlings of *A. lasiocarpa* have longer roots than similar aged seedlings of *P. engelmannii* (Smith 1955; Eis 1965; Roe et al. 1970; Noble 1973; Day 1964), seed size may influence seedling growth for only a short, but critical period during early establishment (Baker 1972). In the present study, the tap root of *A. lasiocarpa* seedlings was larger and had penetrated deeper into the soil than that of *P. engelmannii* following the initial 2-week period of growth and this difference was maintained throughout the 10-week study. Greater initial root penetration in *A. lasiocarpa* (generated by the larger

seed) may increase the probability of successful establishment of this conifer immediately following germination, and the greater ratio of RGR of roots to shoots for *A. lasiocarpa* compared with *P. engelmannii* suggests that a greater proportion of photosynthate may be allocated to root growth in *A. lasiocarpa* during the subsequent period of growth when cotyledons and needles are photosynthesizing.

The different understory patterns observed for *A. lasiocarpa* and *P. engelmannii* may also reflect differences in substrates on the forest floor which are available for establishment. The poor moisture retention of loosely compacted litter is well-known (Smith 1955; Prochnau 1963; Day 1964; Alexander 1974) while decayed wood in the understory has been reported to have excellent moisture retention (Day 1963, 1964). Smith (1954) reported that in mature spruce–fir stands in the northern Rocky Mountains, mineral soil and decayed wood, which occupied 10% of the area, supported 100% of the *P. engelmannii* seedlings. Seedlings of *A. lasiocarpa* were also more abundant on mineral soil and decayed wood; however, 10% were found on litter and moss seedbeds as well. Our results showed that, although the majority of seedlings were found on litter, a larger portion of seedlings of both species also occurred in decomposing wood than would be expected from the area occupied by this substrate (Fig. 3). The more frequent occurrence of *A. lasiocarpa* seedlings on thicker layers of litter suggests that establishment of this species may be less affected by litter depth, possibly due to the greater root penetration measured for seedlings of *A. lasiocarpa*. The detrimental effect of thick litter layers on *P. engelmannii* establishment may be especially severe in old-growth forests since litter depth generally increases with stand age in most forests (Reynolds and Knight 1973; Florence and Lamb 1974; MacLean and Wein 1978).

In summary, the ability of *A. lasiocarpa* to produce significantly longer tap roots may increase the probability of *A. lasiocarpa* establishing on litter layers in the understory of mature spruce–fir forests and, thus, contribute to the greater abundance of this conifer compared with *P. engelmannii* in the understory. However, the presence of decayed wood and small scale variations in forest floor depth may provide a limited number of locations for establishment of *P. engelmannii*, even in very old forests. This feature, coupled with the longer life span of *P. engelmannii* relative to *A. lasiocarpa* and the frequency of fire in this forest type (Day 1972) may allow *P. engelmannii* to remain a codominant climax conifer with *A. lasiocarpa* in the subalpine zone of southeast Wyoming. Low levels of understory light did not appear to be a limiting factor responsible for the lower number of *P. engelmannii*

Rvsd Plan - 00005834

2760                                          CAN. J. BOT. VOL. 60, 1982

seedlings relative to *A. lasiocarpa*, despite the ability of *A. lasiocarpa* seedlings to photosynthesize more rapidly at low light levels within the understory. Finally, numerous other factors such as seed source availability, type and history of disturbance, aspect, slope, and climatic anomalies may also influence the establishment of these two conifers in the subalpine zone (Day 1964; Romme and Knight 1981). Further studies on the effects and rate of drying in the litter and surface soil layer on seedling growth and survival are needed before the importance of differences in seedling root penetration on the observed distribution patterns of *A. lasiocarpa* and *P. engelmannii* can be evaluated more fully.

## Acknowledgments

Portions of this research were funded by a National Park Service—University of Wyoming cooperative grant. Dr. G. Fechner, Colorado State University, supplied some of the *P. engelmannii* seeds. J. Yavitt and S. Knapp provided valuable field assistance.

ALEXANDER, R. R. 1974. Silviculture of subalpine forests in the central and southern Rocky Mountains: the status of our knowledge. U.S. Dep. Agric. For. Serv. Res. Pap. RM-121.

BAKER, F. S. 1949. A revised tolerance table. J. For. **47**: 179–181.

BAKER, H. G. 1972. Seed weight in relation to environmental conditions in California. Ecology, **53**: 997–1010.

BAZZAZ, F. A. 1979. The physiological ecology of plant succession. Annu. Rev. Ecol. Syst. **10**: 351–371.

BOARDMAN, N. K. 1977. Comparative photosynthesis of sun and shade plants. Annu. Rev. Plant Physiol. **28**: 355–377.

COTTAM, G., and J. T. CURTIS. 1956. The use of distance measures in phytosociological sampling. Ecology, **37**: 451–460.

DANIEL, T. W., and J. SCHMIDT. 1972. Lethal and nonlethal effects of the organic horizons of forested soils on the germination of seeds from several associated conifer species of the Rocky Mountains. Can. J. For. Res. **2**: 179–184.

DAY, R. J. 1963. Spruce seedling mortality caused by adverse summer microclimate in the Rocky Mountains. Can. For. Branch Publ. 1003.

––––– 1964. The microenvironments occupied by spruce and fir regeneration in the Rocky Mountains. Can. For. Branch Publ. 1037.

––––– 1972. Stand structure, succession, and use of southern Alberta's Rocky Mountain forest. Ecology, **53**: 472–478.

EIS, S. 1965. Development of white spruce and alpine fir seedlings on cut-over areas in the central interior of British Columbia. For. Chron. **41**: 419–431.

EVANS, G. C. 1972. The quantitative analysis of plant growth. Blackwell Scientific Publications, Oxford.

FLORENCE, R. G., and D. LAMB. 1974. Influence of stand and site on radiata pine litter in South Australia. N.Z. J. For. Sci. **4**: 502–510.

HARPER, J. L., and J. N. CLATWORTHY. 1963. The comparative biology of closely related species. VI. Analysis of the growth of *Trifolium repens* and *T. fragiferum* in pure and mixed populations. J. Exp. Bot. **14**: 172–190.

HODSON, E. R., and J. H. FOSTER. 1910. Engelmann spruce in the Rocky Mountains, with special reference to growth, volume, and reproduction. U.S. Dep. Agric. For. Serv. Circ. 170.

KAUFMANN, M. R., and A. N. ECKARD. 1977. Water potential and temperature effects on germination of Engelmann spruce and lodgepole pine seeds. For. Sci. **23**: 27–33.

KNAPP, A. K., and W. K. SMITH. 1981. Water relations and succession in subalpine conifers in Southeastern Wyoming. Bot. Gaz. (Chicago), **142**: 502–511.

KOLLER, D. 1972. Environmental control of seed germination. *In* Seed biology. Vol. 2. *Edited by* T. T. Kozlowski. Academic Press, New York.

KRAJINA, V. J. 1965. Ecology of western North America. Vol. 1. University of British Columbia, Vancouver, B.C.

LEBARRON, R. K., and G. M. JEMISON. 1953. Ecology and silviculture of the Engelmann spruce – alpine fir type. J. For. **51**: 349–355.

LOOPE, L. L., and G. E. GRUELL. 1973. The ecological role of fire in the Jackson Hole area, northwestern Wyoming. Quaternary Res. **3**: 425–443.

MACLEAN, D. A., and R. W. WEIN. 1978. Weight loss and nutrient changes in decomposing litter and forest floor material in New Brunswick forest stands. Can. J. Bot. **56**: 2730–2749.

MILLER, P. C. 1970. Age distribution of spruce and fir in beetle-killed forests on the White River Plateau, Colo. Am. Mid. Nat. **83**: 206–212.

MUELLER-DOMBOIS, D., and H. ELLENBERG. 1974. Aims and methods of vegetation ecology. John Wiley and Sons, New York.

NOBLE, D. L. 1973. Engelmann spruce seedling roots reach depth of 3 to 4 inches their first season. U.S. Dep. Agric. For. Serv. Res. Note RM-241.

OOSTING, H. J., and J. F. REED. 1952. Virgin spruce–fir of the Medicine Bow Mountains, Wyoming. Ecol. Monogr. **22**: 69–91.

PATTEN, D. T. 1963. Light and temperature influence on Engelmann spruce seed germination and subalpine forest advance. Ecology, **44**: 817–818.

POLLOCK, B. M., and E. E. ROOS. 1972. Seed and seedling virgor. *In* Seed biology. Vol. 1. *Edited by* T. T. Kozlowski. Academic Press, New York. pp. 313–387.

PROCHNAU, A. E. 1963. Direct seeding experiments with white spruce, alpine fir, Douglas fir, and lodgepole pine in the central interior of British Columbia. B.C. For. Serv. For. Res. Div. Res. Note 37.

REYNOLDS, J. F., and D. H. KNIGHT. 1973. The magnitude of snowmelt and rainfall interception by litter in lodgepole pine and spruce–fir forests in Wyoming. Northwest Sci. **47**: 50–60.

ROE, A. L., R. R. ALEXANDER, and M. D. ANDREWS. 1970. Engelmann spruce regeneration practices in the Rocky Mountains. U.S. Dep. Agric. For. Prod. Res. Rep. 115.

ROMME, W. H., and D. H. KNIGHT. 1981. Fire frequency and subalpine forest succession along a topographic gradient in Wyoming. Ecology, **62**: 319–326.

SALISBURY, E. J. 1942. The reproductive capacity of plants; studies in quantitative biology. G. Bell and Sons, London.

Schaal, B. A. 1980. Reproductive capacity and seed size in *Lupinus texensis*. Am. J. Bot. **67**: 703–709.

Schmid, J. M., and T. E. Hinds. 1974. Development of spruce–fir stands following spruce beetle outbreaks. U.S. Dep. Agric. For. Serv. Res. Pap. RM-131.

Smith, J. H. G. 1954. A cooperative study of Engelmann spruce–alpine fir silviculture and management. Northwest Sci. **28**: 157–165.

——— 1955. Some factors affecting reproduction of Engelmann spruce and alpine fir. B.C. Dep. Lands For. For. Serv., Tech. Publ. 43.

Smith, J. H. G., and M. B. Clark. 1960. Growth and survival of Engelmann spruce and alpine fir on seed spots at Bolean Lake, B.C., 1954–59. For. Chron. **36**: 46–49.

Smith, W. K. 1981. Temperature and water relation patterns in subalpine understory plants. Oecologia, **48**: 353–359.

Whipple, S. A., and R. L. Dix. 1979. Age structure and successional dynamics of a Colorado subalpine forest. Am. Mid. Nat. **101**: 142–158.

Wirsing, J. M., and R. R. Alexander. 1975. Forest habitat types on the Medicine Bow National Forest, southeastern Wyoming: preliminary report. U.S. Dep. Agric. For. Serv. Gen. Tech. Rep. RM-12.

Wright, R. D. 1968. Lower elevational limits of montane trees. II. Environment-keyed responses of three conifer species. Bot. Gaz. (Chicago), **129**: 219–226.

Young, D. R., and W. K. Smith. 1979. Influence of sunflecks on the temperature and water relations of two subalpine understory congeners. Oecologia, **43**: 195–205.

——— 1980. Influence of sunlight on photosynthesis, water relations, and leaf structure in the understory species *Arnica cordifolia*. Ecology, **61**: 1380–1390.

Zar, J. H. 1974. Biostatistical analysis. Prentice-Hall, Inc., Engelwood Cliffs, New Jersey.

Rvsd Plan - 00005836

# Canadian Journal of Botany

# Journal canadien de botanique

**Volume 60     Number 12     December 1982**

**Volume 60     numéro 12     décembre 1982**

**ARTICLE**

*In situ* $H_2$ production and utilization by natural populations of $N_2$-fixing blue-green algae
**Hans W. Paerl   2542**

*Cell biology/Biologie cellulaire*

**ARTICLES**

Ultrastructural association of the chromatin-containing lacunar spaces with the vacuolar component of the interphase nucleolus in *Allium cepa*
**L. A. Chouinard   2624**

Studies of vegetative compatibility–incompatibility in higher plants. V. A morphometric analysis of the development of a compatible and an incompatible graft
**Randy Moore   2780**

Modification du pH vacuolaire des cellules épidermiques foliaires de *Solanum dulcamara* soumises à l'action d'un acarien cécidogène
**Evelyne Westphal   2882**

*Ecology/Ecologie*

**ARTICLES**

A laboratory study of postfire nutrient redistribution in subarctic spruce–lichen woodlands
**M.-A. Dubreuil and T. R. Moore   2511**

Biomass allocation in hermaphrodite flowers
**Jon Lovett Doust and Paul B. Cavers   2530**

Peatland vegetation organization and dynamics in the western subarctic, Northwest Territories, Canada
**M. A. Jasieniuk and E. A. Johnson   2581**

Classification of fens near southern James Bay, Ontario, using vegetational physiognomy
**Richard A. Sims, Daryl W. Cowell, and Greg M. Wickware   2608**

The composition, diversity, and heterogeneity of some jack pine (*Pinus banksiana*) stands in northeastern Ontario
**T. J. Carleton   2629**

Adaptation in widespread populations of *Rumex crispus* as determined using composite diagrams
**L. Hume and P. B. Cavers   2637**

Phytosociological structure of seaweed communities and the invasion of *Fucus serratus* in Nova Scotia
**Mark Dale   2652**

Growth and reproduction of American ginseng (*Panax quinquefolius*) in Wisconsin, U.S.A.
**Susan G. Carpenter and Grant Cottam   2692**

The productivity and carbohydrate economy of a developing stand of *Rubus idaeus*
**Gordon G. Whitney   2697**

The effects of ozone and nitrogen fertilizer on tall fescue, ladino clover, and a fescue–clover mixture. I. Growth, regrowth, and forage production
**Ruben A. Montes, Udo Blum, and Allen S. Heagle   2745**

Factors influencing understory seedling establishment of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) in southeast Wyoming
**Alan K. Knapp and William K. Smith   2753**

*Mycology and plant pathology/Mycologie et phytopathologie*

**ARTICLES**

Zoospore ultrastructure of *Polymyxa graminis* (Plasmodiophoromycetes)
**Donald J. S. Barr and Paula M. E. Allan   2496**

Populations of endogonaceous fungi at two locations in central Iowa
**Christopher Walker, Carl W. Mize, and Harold S. McNabb, Jr.   2518**

S.J. & Jessie E. Quinney
Natural Resources
Research Library

# Historical Range of Variability:
# A Useful Tool
# for Evaluating Ecosystem Change

Penelope Morgan
Gregory H. Aplet
Jonathan B. Haufler
Hope C. Humphries
Margaret M. Moore
W. Dale Wilson

**ABSTRACT.** The concept of historical range of variability in ecosystem structure or process is valuable in understanding and illustrating the dynamic nature of ecosystems; the processes that sustain and change ecosystems, especially disturbances; the current state of

Penelope Morgan is Associate Professor, College of Forestry, Wildlife and Range Sciences, University of Idaho, Moscow, ID 83843.

Gregory H. Aplet is Forest Ecologist, The Wilderness Society, 900 17th St., Washington DC 20006.

Jonathan B. Haufler is Manager, Wildlife and Ecology, Boise Cascade Corporation, P. O. Box 50, Boise, ID 83728.

Hope C. Humphries is Ecological Modeler, The Nature Conservancy, 2060 Broadway, Suite 230, Boulder, CO 80302.

Margaret M. Moore is Associate Professor, School of Forestry, Northern Arizona University, Flagstaff, AZ 86011.

W. Dale Wilson is Forest Soil Scientist, Clearwater National Forest, USDA Forest Service, Orofino, ID 83544.

The authors thank the following individuals for their review and comments on this paper: Patrick Bourgeron, Arthur Zack, Lee Harry, and Leon Neuenswander.

[Haworth co-indexing entry note]: "Historical Range of Variability: A Useful Tool for Evaluating Ecosystem Change." Morgan, Penelope et al. Co-published simultaneously in the *Journal of Sustainable Forestry* (The Haworth Press, Inc.) Vol. 2, No. 1/2, 1994, pp. 87-111; and: *Assessing Forest Ecosystem Health in the Inland West* (eds: R. Neil Sampson and David L. Adams) The Haworth Press, Inc., 1994, pp. 87-111. Multiple copies of this article/chapter may be purchased from The Haworth Document Delivery Center [1-800-3-HAWORTH; 9:00 a.m. - 5:00 p.m. (EST)].

© 1994 by The Haworth Press, Inc. All rights reserved.

87

Rvsd Plan - 00005838

the system in relationship to the past; and the possible ranges of conditions that are feasible to maintain. Because ecosystems are structured hierarchically, historical range of variability must be characterized at multiple spatial scales and relevant time scales. Historical range of variability is a useful reference for determining a range of desired future conditions, and for establishing the limits of acceptable change for ecosystem components and processes.

**KEYWORDS.** Natural range of variability, hierarchy, presettlement, scale, sustainability, forest health, ecosystem management.

## INTRODUCTION

The historical range of variability characterizes fluctuations in ecosystem conditions or processes over time (Figure 1). It can describe variations in diverse characteristics, such as tree density, vertebrate population size, water temperature, frequency of disturbance or rates of change, and it can be applied at multiple spatial scales from the site to regions comprising millions of acres or more (Swanson et al. 1993). The essential function of a description of historical range of variability is to define the bounds of system behavior that remain relatively consistent over time.

The concept of historical range of variability has been developed to describe the dynamics of ecosystems undergoing continual change. Pristine forests were not undisturbed, but were subject to recurrent disturbances. In fact, recurrent disturbances are necessary to maintain the diversity of ecosystem structures and functions that have supported the variety of life and processes that we call biodiversity (Keystone Center 1991). Many species are adapted not only to recurrent disturbance (Noble and Slatyer 1980), but to particular disturbance regimes (Mutch 1970). Accumulating evidence of the pervasiveness of change has led ecologists to reject the concept of an equilibrium reached by ecological systems (Botkin 1990), although nonequilibrium dynamics at one scale can be incorporated within steady-state or equilibrium dynamics at a broader scale (Urban et al. 1987).

The rate of change in ecosystem characteristics is as important to the concept of historical range of variability as is the magnitude of historical fluctuations. The status of an ecosystem variable, such as the amount of late successional forest in the landscape, may have varied dramatically over time, but it did so at characteristic rates that reflect important ecosystem processes. The rate of change affects the ability of species to adapt to



FIGURE 1. Historical range of variability in ecosystem processes or structure over time.

Rvsd Plan - 00005839

new conditions. Thus, the rate of change is likely to have as great an influence on biodiversity as the ecosystem conditions themselves.

The range of variability in ecosystem conditions and processes has been described using terms such as "historical," "natural," and "presettlement" (Kilgore 1987; Brooks and Grant 1992a, 1992b). Each of these terms conveys different meanings to different people. To some, "historical" refers only to written or oral history; to others, "natural" and "presettlement" leave people out of the ecosystem. Still others are concerned that none of these terms are bounded in time. We use "historical" more broadly to describe dynamics over a time frame relevant to understanding the behavior of contemporary ecosystems and the implications for management. This period does not need to be on the scale of evolutionary time, but it should reflect the adaptation of species to their dynamic environment.

In this paper we will address the following questions: What is the value of the concept of historical range of variability? How can this concept be applied across multiple temporal and spatial scales? What are the methods for describing historical range of variability? What are the implications for management? We conclude with a brief set of recommendations to guide its use in the maintenance of forest health.

## VALUE OF THE CONCEPT

One of the most difficult challenges facing resource management professionals is the task of maintaining biological diversity, the components of the ecosystems we manage. One reason this is so difficult is that managers lack tangible models of sustainable ecosystems. As the human population has exploded throughout the world, humans have altered ecosystems in ways and at rates that are unprecedented in the evolutionary history of these systems. The concept of historical range of variability provides a window for understanding the set of conditions and processes that sustained ecosystems prior to their recent alterations by humans.

Historical range of variability can serve as a useful tool for understanding the causes and consequences of change in ecosystem characteristics over time. It provides a context for interpreting natural processes, especially disturbance, and it allows variability in patterns and processes to be understood in terms of a dynamic system. Study of past ecosystem behavior can provide the framework for understanding the structure and behavior of contemporary ecosystems, and is the basis for predicting future conditions.

There is evidence for the relationship between historical ecosystem

behavior, especially the process of disturbance, and the maintenance of biological diversity. For instance, large areas of wilderness in interior Alaska are likely within the bounds of historical disturbance regimes. As a result, these areas remain largely intact, having suffered few recent species extinctions. Remote wilderness is not the only example in which maintenance of natural disturbance regimes sustains ecosystems. One of the most dynamic systems in the world, the rocky intertidal zone, experiences frequent severe disturbances during which fresh substrate is exposed to colonization by new individuals. In the absence of unnatural disruptions, such as oil spills, the dominant disturbance regime maintains the biodiversity of the ecosystem (Sousa 1979).

The effect of maintaining natural disturbance regimes extends to the managed landscape as well. Prescribed fires are being used to restore many native plant communities. Similar effects can be achieved accidentally. At Fort Bragg, North Carolina, fires ignited by artillery shelling have maintained a historical disturbance regime of frequent, low-intensity fires that supports a phenomenal diversity of herbaceous plants beneath the pine overstory. In the same pine type where fires have been excluded, shrubs have displaced many herbaceous species, resulting in the loss of understory species diversity.

Deleterious effects on biological diversity and ecosystem function are often observed where ecosystem conditions and processes have been altered significantly from the historical range of variability. The exclusion of low-intensity surface fires from the ponderosa pine forests of the Inland West has so altered ecosystem structure and function that catastrophic fire now threatens the sustainability of the forest ecosystem in some places (Covington and Moore 1994a, 1994b). Barrows (1978) and Swetnam (1990) documented that fires occurring in ponderosa pine forests of the southwestern United States are now 3 to 6 times larger than those occurring prior to settlement by Euro-Americans. Habitat for animals such as the flammulated owl, northern goshawk and other species may be at risk of elimination. Elsewhere, the invasion of exotic species has changed the composition, structure, and even the function of whole ecosystems in ways that threaten the continued existence of the historical components of those ecosystems (D'Antonio and Vitousek 1992; Vitousek 1986). Examples include cheat grass in the sagebrush grasslands of the Inland West, which supports fires of unprecedented frequency; and forest diseases, such as chestnut blight in the eastern hardwood forest or white pine blister rust in whitebark pine forests in the western US (Keane and Arno 1993) which have drastically reduced the abundance of formerly dominant trees.

The historical range of variability provides researchers and managers

with a reference against which to evaluate present ecosystem change. This is useful both for describing ecosystem dynamics and for measuring the effects of management activities. For example, the historical range of variability is useful as a standard in cumulative effects analyses of environmental impacts resulting from multiple management activities. In the Idaho Cumulative Effects Watershed Analysis Process (Idaho Department of Lands 1993), the amount of sediment likely to be generated through road construction or other activities is compared against the range of variability in reference data for in-stream fine sediments. The reference data have been collected from the 1970s to the present in streams minimally altered by road construction and other human activities and thus likely reflect a portion of the range of conditions inherent in natural systems.

Understanding ecosystem function and the magnitude of current departures from historical conditions can help identify risks to ecosystem sustainability. For example, if a landscape currently dominated by early successional forests had historically supported consistently high amounts of old-growth, this significant departure from historical conditions indicates a potential threat to the long-term sustainability of old-growth dependent species. Identification of such a risk resulted in considerable management attention to the conservation of the ancient forests of western Washington, Oregon, and northern California (FEMAT 1993).

The historical range of variability can also help in the identification of conflicting policies. For example, as has already been discussed, the policy of fire exclusion is inconsistent with the forest fire history of the Inland West. Continued fire exclusion is likely to lead to catastrophic fires, the opposite of the intended effect of the policy. Fire exclusion is also preventing the creation of biologically diverse early successional habitat. In western Oregon, where rare old growth has received most of the attention, some researchers have called post-fire brush "the least common seral stage in the region" (Hansen et al. 1991). Moreover, control of "competing vegetation" and language in the National Forest Management Act encouraging rapid regeneration of harvested sites oppose the conservation of this important habitat type.

Finally, the concept of the historical range of variability is valuable for communicating the dynamics of complex ecosystems. To many, ecosystem processes, such as succession, may seem abstract until illustrated with examples of resultant changes in ecosystem conditions. Historical range of variability provides a tangible illustration of ecosystem dynamics to help managers and the general public to reach a common understanding of the behavior of forest ecosystems, an essential step toward identifying and resolving conflict.

## IMPORTANCE OF SCALE

The identification of the spatial and temporal scales relevant to ecosystem patterns and processes are critical to the concept of historical range of variability. The measurement of structure or process (including disturbances) of an ecosystem and the resulting interpretations depend on the scale at which the measurements are made (Turner and Gardner 1991; Urban et al. 1987; Wiens 1985). Scale refers to both spatial (e.g., size of area) and temporal (e.g., length of time) dimensions. The level of biotic organization (e.g., organism to population) should be distinguished from the spatial and temporal scale (Turner and Gardner 1991; Wiens 1985). We endorse the implementation of a national hierarchical ecological classification framework (e.g., ECOMAP 1993) for organizing our spatial information.

Patterns and processes operating at characteristic temporal and spatial scales can be hierarchically arranged (O'Neill et al. 1986; Urban et al. 1987). Nested hierarchies contain finer spatial scales and shorter time scales at lower levels and broader spatial scales and longer time scales at higher levels (Urban et al. 1987). These broader scales provide context and constrain ecosystem structure and dynamics. Explanation of ecosystem properties may be sought in the interactions of the component parts (Allen and Starr 1982; Urban et al. 1987). For instance, the species composition within a forest stand depends upon which species successfully establish within available microsites (a finer scale). At a broader scale, the ecoregion constrains the species which can occur in a stand, and provides a context for evaluating a given stand's unique composition.

The choice of the appropriate temporal and spatial scales should be based upon the objectives of the analysis (Bourgeron and Jensen 1993). Different processes driving ecosystem change operate at different temporal and spatial scales. Site quality develops over geologic time, vegetation reflects successional time, and stream characteristics can change over very brief periods. Broad-scale processes are usually slow (Urban et al. 1987). For example, the uplifting and downcutting of the Idaho Batholith that formed the canyons and river breaklands in the Clearwater and Salmon River drainages occurred over 80,000,000 years (Alt and Hyndman 1989). In contrast, the finer-scale process of landform erosion occurs over mere decades and centuries.

A uniquely appropriate spatial scale can be chosen for most ecosystem patterns and their associated processes based upon the objectives of the analysis. When multiple processes are analyzed, each may occur at a different spatial scale, thus requiring analysis at several scales. Some processes, such as fire, influence ecosystems at multiple temporal and

Rvsd Plan - 00005842

spatial scales. Fire regimes are subject both to regional, long-term climatic influences and local short-term drought cycles (Clark 1988; Swetnam 1993; Swetnam and Betancourt 1990). Furthermore, fire frequency differs with the size of the area described (Arno and Peterson 1983). In such cases, characterizing the historical range of variability across multiple spatial and temporal scales is appropriate.

### Relevant Temporal Scales

Temporal scale influences ranges of variability for an area. Over many thousands of years, tectonic plate movements have produced changes in landforms, species assemblages, and isolation (MacArthur 1972). Over 5,000 to 10,000 years, climatic shifts in the Inland West have resulted in areas changing from glaciers to complex vegetation associations (Johnson et al. 1993). In major volcanic eruptions, ash was deposited to considerable depths, changing soil conditions and plant associations. These dramatic fluctuations are important to our understanding of the evolutionary development of current biodiversity, but are of little practical use in predicting the short-term dynamics of contemporary ecosystems in the Inland West.

Historical range of variability should be assessed over a time period characterized by relatively consistent climatic, edaphic, topographic, and biogeographic conditions. For forests, the time should encompass multiple generations of trees, and should be at least a few centuries. In practice, the time period will be constrained by the ability to look backwards through time. Steele (1994) suggested a time frame of 100 to 400 years to be appropriate for interpreting secondary successional dynamics. Hann et al. (1993) suggested at least 100 years for their analysis.

### Relevant Spatial Scales

Spatial scale has a major influence on how historical range of variability is used, and on the variables chosen for assessment. Some ecosystem variables have applications for very small areas, such as evaluating a specific stand or site. Variables at this scale might include descriptors of stand composition or structure, soil carbon or nutrient status, standing biomass, or annual productivity (Figure 2).

At a scale encompassing a larger area, such as a watershed, variables such as stream temperature, pool-to-riffle ratios, or in-stream flow might be appropriate (Figure 2). Historical ranges of variability can be used as reference baselines for analyses of the current status of the watershed for



FIGURE 2. The influence of scale on the indentification of appropriate ecosystem variables in relation to historical ranges of variability (HRV).

cumulative effects determinations, for fish habitat assessments, or for water quality analyses.

At a landscape scale, relevant variables might include acres of each successional stage (e.g., Oliver and Larson's (1990) understory reinitiation stage) by habitat type present in the landscape (Figure 2). Such analysis would provide insights into the relative abundance of different successional stages occurring in the landscape at present and in the past. This information will be useful in determining ranges of desired future conditions needed to maintain biodiversity (Haufler 1994).

It is critical that the historical range of variability be described at the appropriate spatial scales. For example, cobble embeddedness, a measure of the amount of fine sediment in a stream channel and an indicator of fish habitat quality and stream health, was described for stream reaches within the Fish Creek watershed in northern Idaho (Clearwater BioStudies, Inc. 1993). The 68,000 acre watershed was essentially undeveloped. Stream channels were divided into 67 reaches based on Rosgen channel type. Ranges of variability in the percent of cobbles embedded in stream bottoms were developed by stratifying stream reaches by adjacent landform (Figure 3). Each landform has associated with it particular stream channel characteristics, including gradient, amount and movement of fine sediment, and pool to riffle ratios. If cobble embeddedness were averaged and incorporated into a single historical range of variability for all stream reaches, the resulting range would be of limited utility for understanding stream reaches that occurred adjacent to unusually erosive or stable landforms.

Thus, while the watershed may be the appropriate scale at which to consider characteristics like stream volume and temperature, landform is the more relevant scale for characterizing other aspects of water quality. Landform also influences site quality, potential vegetation, and fire and other disturbance regimes (Swanson et al. 1988). Because the adjacent landform exerts such influence on site and stream characteristics, landform provides a link between the aquatic and terrestrial ecosystems.

## METHODS FOR DESCRIBING
## HISTORICAL RANGE OF VARIABILITY

Methods available for determining the historical range of variability can be applied at a variety of scales and can provide various levels of detail. The objectives of an analysis may require rapid assessment over a large area or may dictate that detailed information be collected at a finer scale of resolution. Variability may be characterized in terms of the states



FIGURE 3. Notched box plots of percent of cobbles embedded in bottoms of stream reaches stratified by adjacent landform for Fish Creek, Idaho watershed. Vertical lines represent 25th percentile, median, and 75th percentile of data, respectively. Notches indicate 95% confidence limits. Horizontal lines show range of data values.

Rvsd Plan - 00005843

of an ecological system or may be focused on processes (Swanson et al. 1993). Characterization of historical range of variability in terms of both system structures and processes is desirable whenever possible.

### Tree Ring Analysis

The annual growth rings of living trees, snags, logs, or stumps can be analyzed to estimate past and present age classes, seral stages, or species composition (Cooper 1960; White 1985). Age structure and fire scar analysis can be used to estimate the pattern of vegetation and disturbance in the past (Arno et al. 1993; Baker and Veblen 1990; Romme 1982).

Dendroecological techniques (Fritts 1971, 1976; Fritts and Swetnam 1989) can be used in forested ecosystems to determine past climatic fluctuations; to describe the past and present structure of forests by age classes, seral stages, or tree density; to characterize patch sizes, frequency, and severity of disturbance regimes, including fire and, to a limited extent, insects and disease. Analysis of the number and width of annual growth rings provides both climatic and ecological information where trees form consistent annual rings. These methods are labor-intensive and time-consuming. The relative effects of climatic fluctuations, competition, insects or disease, and other influences on growth may be difficult to identify and partition. Disturbances such as fires or timber harvest may remove much of the record of past disturbance, and as snags and stumps decompose it becomes more difficult to reconstruct past vegetation structure and disturbance patterns.

### Paleoecological Methods

Paleoecological techniques can be used to extend the length of record for characterizing disturbance regimes. Fire frequency over thousands of years can be determined from charcoal layers (which indicate fire occurrence) and pollen content (which indicates vegetation composition). These approaches are limited by lack of detailed information about fire events, spatial extent of inferences, and difficulties in inferring the relationship between pollen abundance and vegetation composition.

### Written and Photographic Records

Site-specific data sources and techniques include early land survey records from the 1800s (General Land Office notes) (Bourdo 1956); forest reserve reports from the late 1800s and early 1900s which may contain maps and plot data (e.g., Graves 1899; Leiberg 1900, 1899; Leiberg et al. 1904); early forest inventories (e.g., Lang and Stewart 1910); and comparison of historical and current photographs (e.g., Progulske 1974; Gruell 1983; Gruell et al. 1982; Veblen and Lorenz 1986; Boise National Forest 1993).

Expert opinion (Caraher et al. 1992), comparisons of historical and current photographs, and qualitative descriptions provide general information that can be used to supplement quantitative data or serve as a primary source of information where quantitative data are lacking. Limitations include potential bias and lack of rigor, detail, and length of record (Swanson et al. 1993).

### GIS Data Layers

Maps of disturbance events at multiple time intervals and maps of derived disturbance regime classes can be critical for assessment of historical range of variability, if sufficient spatial information exists for their construction. Composite maps created from geographical information systems (GIS) overlays can be used in the various levels of hierarchical ecological classifications (Hann et al. 1993). Overlays of vegetation and topographic variables such as slope, aspect and elevation can be used to indicate fire regime in some forested systems (Barrett and Arno 1991). Other data layers useful in determining ranges of variability include soils, geologic substrate, potential vegetation and climate attributes. Choice of scale and mapping units is dictated by the objectives of the analysis.

### Substitutions for Historical Data

Areas believed to have relatively unaltered disturbance regimes can be used to assess ranges of variability, utilizing the full array of available techniques for quantifying pattern and process. Data from large wilderness areas or national parks may be applicable. Unfortunately, the degree to which even large wilderness ecosystems have been altered by human activities may limit their applicability to historical range of variability. Alteration in fire regimes through fire exclusion in western forest systems is pervasive, severely reducing the number of suitable areas for such an analysis. Air pollution, hunting, grazing, mining, fire suppression, and other human activities both within and near wilderness areas have influenced ecosystem structure and function. Also, wilderness areas seldom include a full spectrum of ecological conditions. For instance, there are few low-elevation forest and shrubland types represented within wilderness areas.

When the current range in variability of relatively unaltered areas is used as a surrogate, field sampling, remote sensing and statistical or expert models are useful for characterizing that variability. The range of biophysical environments can be determined using classification techniques or expert models (DeVelice et al. 1993, Engelking et al. 1993). Biotic responses to ranges of environmental variability can be assessed using ordination techniques such as canonical correspondence analysis (ter Braak 1988; Engelking et al. 1993) or generalized linear models (McCullagh and Nelder 1989; Nicholls 1989; Engelking et al. 1993).

### Modeling

Simulation models with stochastic properties that incorporate the effects of disturbance on vegetation can be useful analytical tools for the assessment of historical ranges of variability. Individual-based models such as FIRESUM include effects of fire (Keane et al. 1990a, 1990b) and insects and introduced disease (Keane et al. 1990b). Inclusion of spatial relationships in individual-based models, e.g., ZELIG (Smith and Urban 1988) can extend their range of effectiveness. At the stand level, the effect of an insect pest on forests can be assessed using the PROGNOSIS model linked with a spruce budworm model (Wykoff 1985). The impact of climate change on ecosystem structure can be simulated using Forest-BGC (Running and Coughlan 1988). Simulation models can be linked to GIS to provide input and display output. Baker (1992) used a GIS-based spatial simulation model to examine the effects of fire on landscape dynamics in northeastern Minnesota. Well-validated simulation models incorporating disturbance can provide estimates of ranges of variability in ecosystem processes or other components when historical data are incomplete. Sometimes, models can be used to reconstruct past conditions (Hann et al. 1993). The simulation models can also be used to evaluate possible pathways of ecosystem change. Climate simulation models such as MTCLIM (Hungerford et al. 1989) can be used to estimate climate attributes to determine ranges of environmental variability and to support statistical modeling efforts.

### IMPLICATIONS FOR MANAGEMENT

Studying the historical range of variability will greatly assist in understanding ecosystem processes and species adaptations to change within ecosystems. This knowledge is helpful in ecosystem management and in

sustaining forest health. Indeed, this is the greatest value of assessing the historical range of variability. Increased understanding of the processes that have shaped and will continue to shape ecosystem patterns will aid in the design of management activities that work in concert with, rather than counter to, these processes. Complete understanding is unattainable, but management can be adapted (Walters 1986; Walters and Holling 1990) as new information becomes available.

The risks and probabilities of changes in ecosystems are likely to be related to the magnitude and direction of departures from the historical range of variability. Such risks and probabilities have both ecological (Covington et al. 1994) and societal dimensions (McKetta et al. 1994). When ecosystems are outside the historical range of variability, changes may occur dramatically and rapidly. An investment of money, energy, or human effort may be required to counter processes that would change the desired state of the ecosystem.

The historical range of variability provides managers and researchers with a reference against which to evaluate ecosystem change. It is useful as a monitoring baseline if the goals of management are defined relative to the historical range of variability.

### Range of Desired Future Conditions

The historical range of variability in conditions, processes, populations, or structures of variability can be used as a reference in establishing the range of desired future conditions. Societal needs and values should also be considered when identifying the range of desired future conditions.

The historical range of variability can be used to identify the range of future conditions that are sustainable. Such an approach, based upon a strong biological rationale, is scientifically defensible as a strategy for sustaining biodiversity.

The historical range of variability can be used to judge what sort and degree of complexity in a landscape is appropriate as a management goal. Managers may choose to judiciously alter the size or frequency of disturbance in an ecosystem. For example, in ponderosa pine/Douglas-fir forests of the Inland West, Keane et al. (1990a) speculated, based upon simulation modeling results, that partial timber harvest could be combined with periodic prescribed fires at 20-year intervals to maintain the nutrient cycles, stand structures, regeneration, growth and mortality of plants, and the range of stand and landscape compositions experienced when fires historically burned every 10 years. The effects of this alteration on vegetation composition, structure, and other ecological characteristics should be monitored to ensure that biodiversity is maintained.

Use of the historical range of variability approach does not necessarily imply that systems must be maintained within that range (Figure 4), but the risks associated with departure from historical conditions must be acknowledged in the decision-making process. Any departure should be made with caution, and the effects should be rigorously monitored for undesirable results.

### Acceptable Bounds for Ecosystem Change

The historical range of variability will be useful in defining the bounds of acceptable ecosystem change, and in determining the minimum acceptable levels for ecosystem elements and processes in managed landscapes (Oliver et al. 1994). The limits of acceptable change approach used in wilderness management embodies one such application (Hendee et al. 1990).

### LIMITATIONS OF THE HISTORICAL
### RANGE OF VARIABILITY CONCEPT

Although the historical range of variability is a useful concept, its application in particular ecosystems is limited by lack of historical data, difficulties in interpreting the historical record, and societal limitations (Swanson et al. 1993). Additionally, many aspects of the future are likely to be without historical precedent, limiting the usefulness of the historical range of variability as a goal, per se. Lastly, synthesizing historical ranges of variability for multiple characteristics of ecosystems and at multiple spatial scales is difficult.

For many conditions and processes, the historical record reveals little information. For example, very little data exist on historical stream flow; the temperature, sediment content, or nutrient content of water; soil nutrient content or turnover rates; and the influence of many diseases and insects. Records are best where disturbance events were frequent and left an indelible mark, and where ecosystems were little influenced by Euro-American settlement prior to 1900. The historical range of variability concept is most difficult to apply where recent human influence has been great and/or where disturbances were infrequent and catastrophic, as more recent disturbances destroy evidence of previous disturbances (Swanson et al. 1993). Additionally, reconstruction of past vegetation structure and composition is much more difficult where woody plants do not occur or where they do not form distinct annual growth rings. In many cases,

Rvsd Plan - 00005846



FIGURE 4. Approaches to the use of historical range of variability (HRV) in land management planning for ranges of desired future conditions.

reconstruction of ecosystem structure is limited to the past one to three centuries.

Interpretation of the historical record is limited by incomplete understanding of the causes of observed phenomena. For instance, it is difficult to interpret the relative influence of lightning, Native Americans, and Euro-American settlers on fire frequency and spatial pattern in the Interior West in the mid 1800s (Gruell 1985), and only the results of fires can be observed, not their causes. Similarly, release events observed in tree rings may be the result of fire, wind, insects, or some other disturbance.

Societal values may also limit the designation of historical range of variability as the range of desired future conditions. For example, while managers increasingly understand the importance of large, stand-replacing fires in maintaining many forested ecosystems, the general public is likely to find crown fires undesirable and would prefer to see such fires managed to reduce the risk to human life and property, and to local populations of wildlife and their habitat. More fundamentally, many people do not understand the dynamic nature of ecosystems and may not accept historical range of variability as a valuable concept. In addition, some levels of desired products may only be obtained if ecosystems are managed outside the historical range of variability. In this case, either societal needs and values must change or the costs and consequences to ecosystem sustainability must be understood and accepted.

Finally, humans have changed many ecosystems so dramatically as to limit the usefulness of historical conditions as a guide for the future. Exotic species introductions, native species extinctions, air and water pollution, and climate change result in unprecedented conditions. Where ecosystems are so altered, restoration of historical conditions is impossible or prohibitively expensive. Nevertheless, the historical range of variability is extremely useful in understanding the origins of existing ecosystems, and knowledge of past ecosystem dynamics is invaluable in projecting future ecosystem behavior.

## RECOMMENDATIONS AND CONCLUSIONS

We will never completely understand all aspects of the composition, structure, and function of contemporary ecosystems, much less their historical characteristics. This should not discourage investing in additional research into ecosystem structure, composition, and function. Research should be extended to understanding the historical range of variability in these characteristics, as this information is essential to understanding the causes of current conditions and projecting future alternatives.

In summary, we recommend and conclude the following.

1. The concept of historical range of variability in ecosystem structure or process is valuable in helping to understand and illustrate the dynamic nature of ecosystems; the processes that sustain or change ecosystems, especially disturbances; and the current state of the system in relationship to the past. Thus, the historical range of variability is useful in evaluating the sustainability of ecosystem conditions.

2. The historical range of variability can become a reference for determining a range of desired future conditions. Where the range of desired future conditions is defined relative to it, the historical range of variability is useful as a baseline for monitoring.

3. The historical range of variability can be used as a reference in establishing the limits of acceptable change in key ecosystem patterns and processes. Determining the departure of current conditions from the historical range of variability can be helpful in assessing and communicating the risk and probability of change and the inputs required to resist that change. Alternative future conditions can also be evaluated relative to the historical range of variability in ecosystem components and processes.

4. Because ecosystems are structured hierarchically, historical range of variability must be characterized at multiple spatial scales appropriate to ecosystem processes. We endorse the implementation of the hierarchical ecological classification system such as ECOMAP (1993), which will help organize existing knowledge into a useful framework. In addition, we must characterize the historical range of variability at time scales that are both relevant to ecosystem dynamics and management goals.

5. A variety of methods exist to describe the historical range of variability, such as reconstruction of past forest structure and composition from tree rings, pollen in sediment, and historical photographs.

6. Some limitations to the approach include the lack of historical data, difficulties of interpreting the historical record, and societal values. The historical range of variability will be of limited utility as an alternative future model in ecosystems drastically affected by invasion of exotic species, air pollution, climate change, or the extinction or near elimination of some native species. However, even in these situations, the historical range of variability is a useful tool for understanding ecosystem function, which is essential to predicting the behavior of altered as well as natural ecosystems.

7. We must identify and maintain reference areas from which we can draw data to substitute for historical information. Where particular

ecosystems are not well-represented within research natural areas, wilderness, or other appropriate reference areas, additional areas should be identified and managed as reference areas. The few areas that remain relatively unaltered by human activity are of unquestionable value as a window to the past. Even so, many designated reserves have been affected by air pollution, fire exclusion, grazing, mining, and other human activities both within and adjacent to them.

8. Many important sources of information, including old trees, old records, and old people are succumbing to the pressures of time. There is an urgent need to ascertain historical ranges of variability for many ecosystems before these records are irretrievably lost.

## REFERENCES

Allen, T. F. H. and T. B. Starr. 1982. Hierarchy: Perspectives for ecological complexity. University of Chicago Press. Chicago.

Alt, D. and D. W. Hyndman. 1989. Roadside geology of Idaho. Mountain Press Publishing Company. Missoula, MT.

Arno, S. F. and T. D. Petersen. 1983. Variation in estimates of fire intervals: A closer look at fire history on the Bitterroot National Forest. Res. Pap. INT-301. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. Ogden, UT. 8 p.

Arno, S. F., E. D. Reinhardt and J. H. Scott. 1993. Forest structure and landscape patterns in the subalpine lodgepole type: A procedure for quantifying past and present conditions. Gen. Tech. Rep. INT-294. U.S. Department of Agriculture, Forest Service, Intermountain Research Station. Ogden, UT. 17 p.

Baker, W. L. 1992. Effects of settlement and fire suppression on landscape structure. *Ecology* 73: 1879-1887.

Baker, W. L. and T. T. Veblen. 1990. Spruce beetle and fires in the nineteenth-century subalpine forests of western Colorado, USA. *Arctic and Alpine Research* 22:65-80.

Barrett, S. W. and S. F. Arno. 1991. Classifying fire regimes and defining their topographic controls in the Selway-Bitterroot Wilderness. In: pp. 299-307. Andrews, P. L. and D. F. Potts (Eds.). Proceedings of the 11th conference on fire and forest meteorology, April 16-19, 1991. Missoula, MT. Society of American Foresters. Bethesda, MD.

Boise National Forest. 1993. Snapshot in time. Repeat photography on the Boise National Forest. U.S. Department of Agriculture, Forest Service, Boise National Forest. Boise, ID. 239 p.

Barrows, J. S. 1978. Lightning fires in southwestern forests. Unpublished Report. U.S. Department of Agriculture, Forest Service, Northern Forest Fire Laboratory. Missoula, MT. 154 p.

Botkin, D. B. 1990. Discordant harmonies. A new ecology for the twenty-first century. Oxford University Press. 256 p.

Bourdo, E. A., Jr. 1956. A review of the general land office survey and its use in quantitative studies in former forests. *Ecology* 37: 744-769.

Bourgeron, P. S. and M. E. Jensen. 1993. An overview of ecological principles for ecosystem management. In: pp. 51-64. Jensen, M. E. and P. S. Bourgeron (Eds.). Eastside Forest Ecosystem health Assessment-Volume II: Ecosystem management: principles and applications. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, OR.

Brooks, D. J. and G. E. Grant. 1992a. New approaches to forest management, part 1. *Journal of Forestry* 90(1):25-28.

Brooks, D. J. and G. E. Grant. 1992b. New approaches to forest management, part 2. *Journal of Forestry* 90(1):21-24.

Caraher, D. L., J. Henshaw, F. Hall et al. 1992. Restoring the health of ecosystems in the Blue Mountains–a report to the Regional Forester and the Forest Supervisors of the Blue Mountain Forests. U.S. Department of Agriculture, Forest Service, Pacific Northwest Region. Portland, OR.

Clark, J. S. 1988. Effect of climate change on fire regimes in northwestern Minnesota. *Nature* 334: 233-235.

Clearwater BioStudies, Inc. 1993. Habitat conditions and salmonid abundance in the Fish Creek drainage, Lochsa Ranger District, Summer 1992. Contract No 53-0276-2-31. Report on file: USDA Forest Service, Clearwater National Forest. Orofino, ID.

Cooper, C. F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. *Ecological Monographs* 30:129-164.

Covington, W. W., R. L. Everett, A. N. D. Auclair, T. A. Daer, L. L. Irwin and R. W. Steele. 1994. Historical and anticipated changes in forest ecosystems of the Inland West of the United States. In: pp. 13-63. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosystem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press, Inc. New York.

Covington, W. W. and M. M. Moore. 1994a. Southwestern ponderosa forest structure: changes since Euro-American settlement. *Journal of Forestry* 92(1): 39-47.

Covington, W. W., M. M. Moore. 1994b. Postsettlement changes in natural fire regimes and forest structure: Ecological restoration of old-growth ponderosa pine forests. In: pp. 153-181. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosystem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press Inc. New York.

D'Antonio, C. M. and P. M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle and global change. *Annual Review of Ecology and Systematics* 23: 63-87.

DeVelice, R. L., G. J. Daumiller, P. S. Bourgeron and J. O. Jarvie. 1993. Bioenvironmental representativeness of nature preserves: assessment using a combination of a GIS and a rule-based model. In: pp.51-58. Proceedings of the first

Rvsd Plan - 00005848

biennial scientific conference on the Greater Yellowstone ecosystem, September, 1992. National Park Service. Mammoth, WY.

ECOMAP. 1993. National hierarchical framework of ecological units. USDA, Forest Service. Washington, DC.

Engelking, L. E., H. C. Humphries, M. S. Reid, R. L. DeVelice, E. H. Muldavin and P. S. Bourgeron. 1993. Regional conservation strategies: assessing the value of conservation areas at regional scales. In: Jensen, M. E. and P. S. Bourgeron (Eds.). Eastside Forest Ecosystem Health Assessment-Volume II: Ecosystem management: principles and applications. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, OR.

FEMAT. 1993. Forest ecosystem management: an ecological, economic, and social assessment. Report of the Forest Ecosystem Management Team, July, 1993.

Fritts, H. C. 1971. Dendroclimatology and dendroecology. *Quaternary Research* 1: 419-449

Fritts, H. C. 1976. Tree Rings and Climate. Academic Press. London.

Fritts, H. C. and T. W. Swetnam. 1989. Dendroecology: A tool for evaluating variations in past and present forest environments. *Advances in Ecological Research* 19: 111-188.

Graves, H. S. 1899. The Black Hills Forest Reserve. U.S. Department of Interior, Geological Survey Professional Paper. The nineteenth annual report of the survey, 1897-1898. Part V, Forest Reserves. pp. 67-164.

Gruell, G. E. 1985. Indian fires in the Interior West: A widespread influence. In: pp. 68-74. Lotan, J. E. et al. (Technical Coordinators). Symposium and Workshop on Wilderness Fire. U.S. Department of Agriculture, Forest Service, Gen. Tech. Rep. INT-182.

Gruell, G. E. 1983. Fire and vegetative trends in the Northern Rockies: Interpretations from 1871-1982 photographs. U.S. Department of Agriculture, Forest Service, Gen. Tech. Rep. INT-158.

Gruell, G. E., W. C. Schmidt, S. F. Arno and W. J. Reich. 1982. Seventy years of vegetative changes in a managed ponderosa pine forest in western Montana–implications for resource management. U.S. Department of Agriculture, Forest Service, Gen. Tech. Rep. INT-130. 42 p.

Hann, W., M. E. Jensen, P. S. Bourgeron and M. Prather. 1993. Land management assessment using hierarchical principles of landscape ecology. In: pp. 301-314. Jensen, M. E. and P. S. Bourgeron (Eds.). Eastside Forest Ecosystem health Assessment-Volume II: Ecosystem management: principles and applications. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, OR.

Hansen, A. J., T. A. Spies, F. J. Swanson and J. L. Ohmann. 1991. Conserving biodiversity in managed forests: lessons from natural forests. *BioScience* 41:382-392.

Haufler, J. B. 1994. An ecological framework for planning for forest health. In: pp. 307-316. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosys-

tem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press, Inc. New York.

Hendee, J. C., C. H. Stankey and R. C. Lucas. 1990. Wilderness management. 2nd edition, revised. North American Press, Fulcrum Publishing. Golden, CO.

Hungerford, R. D., R. R. Nemani, S. W. Running and J. C. Coughlan. 1989. MTCLIM: a mountain microclimate simulation model. Res. Pap. INT-414. U.S. Department of Agriculture, Intermountain Research Station. Ogden, UT.

Idaho Department of Lands. 1993. A draft cumulative effects analysis process for Idaho. August 13, 1993. State of Idaho, Department of Lands. Boise.

Johnson, C. G., R. Clausnitzer, P. J. Mehringer and C. D. Oliver. 1993. Biotic and abiotic processes of eastside ecosystems: the effects of management on plant and community ecology, and on stand and landscape vegetation dynamics. In: pp. 35-100. Hessburg, P. F. (Ed.) Vol. III Assessment. Ecosystem management: principles and applications. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, OR.

Keane, R. E. and S. F. Arno. 1993. Rapid decline of whitebark pine in western Montana: Evidence from 20-year remeasurements. *Western Journal of Applied Forestry* 8(2): 44-47.

Keane, R. E., S. F. Arno and J. K. Brown. 1990a. Simulating cumulative fire effects in ponderosa pine/Douglas-fir forests. *Ecology* 71:189.

Keane, R. E., S.F. Arno, J. K. Brown and D. F. Tomback. 1990b. Modelling stand dynamics in whitebark pine (*Pinus albicaulis*) forests. *Ecological Modeling* 51: 73-95.

Keystone Center. 1991. Biological diversity on federal lands. The Keystone Center. Keystone, CO. 97 p.

Kilgore, B. M. 1987. The role of fire in wilderness: a state-of-knowledge review. In: pp. 70-103. Lucas, R. C. (Comp). Proceedings of the national wilderness research conference: issues, state-of-knowledge, future directions. July 23-26, 1985. Fort Collins, CO. Gen. Tech. Rep. INT-220. U.S. Department of Agriculture, Forest Service, Intermountain Research Station. Ogden, UT.

Lang, D. M. and S. S. Stewart. 1910. Reconnaissance of the Kaibab National Forest. U.S. Department of Agriculture, Forest Service Timber Survey (North Kaibab Ranger District), Admin. Report. 35 p. with map.

Leiberg, J. B. 1900. The Bitterroot Forest Reserve (Idaho portion). 20th Annual Report (1898-1899). Washington, DC: U.S. Geological Survey. Part V: 317-410.

Leiberg, J. B. 1899. The Bitterroot Forest Reserve (Montana portion). 19th Annual Report (1897-1898). U.S. Geological Survey. Part V: 253-282. Washington, DC.

Leiberg, J. B., T. F. Rixon and A. Dodwell. 1904. Forest conditions in the San Francisco Mountain Forest Reserve, Arizona. U.S. Department of Interior, Geological Survey Professional Paper No. 22. Series H, Forestry 7. Washington, DC. 95 p.

MacArthur, R. H. 1972. Geographical ecology. Patterns in the distribution of species. Harper and Row, Publ. New York.

McCullagh, P. and J. A. Nelder. 1989. Generalized Linear Models. 2nd edition. Chapman and Hall. New York.

McKetta, C., K.A. Blatner, R.T. Graham, J.R. Erickson and S.S. Hamilton. 1994. Human dimensions of forest health choices. In: pp. 135-149. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosystem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press, Inc. New York.

Mutch, R. W. 1970. Wildland fires and ecosystems–a hypothesis. *Ecology* 51: 1046-1051.

Noble, I. R. and R. O. Slatyer. 1980. The use of vital attributes to predict successional changes in plant communities subject to recurrent disturbances. *Vegetatio* 43: 5-21.

O'Neill, R. V., D. L. DeAngelis, J. B. Waide and T. F. H. Allen. 1986. A hierarchical concept of the ecosystem. Princeton University Press. Princeton, NJ.

Nicholls, A. O. 1989. How to make biological surveys go further with generalized linear models. *Biological Conservation* 50:51-75.

Oliver, C. D., D. Ferguson, A.E. Harvey. H. Malany. J.M. Mandzak and R.W. Mutch. 1994. Managing ecosystems for forest health: An approach and the effects on uses and values. In: pp. 113-133. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosystem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press, Inc. New York.

Oliver, C. D. and B. C. Larson. 1990. Forest stand dynamics. McGraw-Hill, Inc. New York.

Progulske, D. R. 1974. Yellow hair, yellow ore, yellow pine. A photographic study of a century of forest ecology. Bulletin 616. South Dakota State University, Agricultural Experiment Station. Brookings. 169 p.

Romme, W. H. 1982. Fire history and landscape diversity in Yellowstone National Park. *Ecological Monographs* 52:199-221.

Running, S. W. and J. C. Coughlan. 1988. A general model of forest ecosystem processes for regional applications. I: hydrologic balance, canopy gas exchange and primary production processes. *Ecological Modelling* 42:125-154.

Smith, T. M. and D. L. Urban. 1988. Scale and resolution of forest structural pattern. *Vegetatio* 74:143-150.

Sousa, W. P. 1979. Disturbance in intertidal boulder fields: the nonequilibrium maintenance of species diversity. *Ecology* 60: 1225-1239.

Steele, R. 1994. The role of succession in forest health. In: pp. 183-190. Sampson, R.L. and D.L. Adams (Eds.). Assessing Forest Ecosystem Health in the Inland West. Proceedings of the American Forests scientific workshop. The Haworth Press, Inc. New York.

Swanson, F. J., J. A. Jones, D. O. Wallin, and J. H. Cissel. 1993. Natural variability– Implications for ecosystem management. In: pp. 89-103. M. E. Jensen and P. S. Bourgeron (Eds.). Ecosystem management: principles and applications. Vol. II. Eastside forest ecosystem health assessment. USDA Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory. Wenatchee, WA.

Swanon, F. J., T. K. Kratz, N. Caine and R. G. Woodmansee. 1988. Landform effects on ecosystem patterns and processes. *BioScience* 38: 92-98.

Swetnam, T. W. 1993. Fire history and climate change in giant sequoia groves. *Science* 262: 885-889.

Swetnam, T. W., M. A. Thompson and E. K. Sutherland. 1985. Agricultural Handbook 639. U.S. Department of Agriculture, Forest Service. Washington, DC.

Swetnam, T. W. and J. L. Betancourt. 1990. Fire-southern oscillation relations in the southwestern United States. *Science* 249: 1017-1020.

ter Braak, C. J. F. 1988. CANOCO-an extension of DECORANA to analyze species-environmental relationships. *Vegetatio* 75:159-160.

Turner, M. G. and R. H. Gardner. 1991. Quantitative methods in landscape ecology: An introduction. In: pp. 3-14. M. Turner and R. Gardner (Eds.). Quantitative methods in landscape ecology. Springer-Verlag. New York.

Urban, D. L., R. V. O'Neill and H. H. Shugart, Jr. 1987. Landscape ecology. *BioScience* 37(2):119-127.

Veblen, T. T. and D. C. Lorenz. 1986. Anthropogenic disturbance and recovery patterns in montane forests, Colorado Front Range. *Physical Geography* 7: 1-23.

Vitousek, P. M. 1986. Biological invasion and ecosystem properties: how can species make a difference. In: pp. 163-176. Mooney, H. A. and Drake, J. A. (Eds.). Ecology of biological invasions in North America and Hawaii. Springer-Verlag. New York.

Walters, C. J. 1986. Adaptive management of renewable resources. McGraw-Hill. New York.

Walters, C. J. and C. S. Holling. 1990. Large-scale management experiments and learning by doing. *Ecology* 71(6): 2060-2068.

White, A. S. 1985. Presettlement regeneration patterns in a southwestern ponderosa pine stand. *Ecology* 66:589-594.

Wiens, J. A. 1985. Spatial scaling in ecology. *Functional Ecology* 3: 385-397.

Wykoff, W. R. 1985. Introduction to the Prognosis Model-version 5.0. In: pp. 44-52. Van Hooser, E. (Ed.). Growth and yield and other mensurational tricks: Proceedings of a conference, November 6-7, 1984, Logan, UT. General Technical Report INT-193. U. S. Department of Agriculture, Forest Service, Intermountain Research Station. Ogden, UT.

Case 1:21-cv-02994-REB Document 24-18 Filed 06/21/22 USDC Colorado Page 283 of 346



United States
Department of
Agriculture

Forest Service

Pacific Northwest
Research Station

General Technical
Report
PNW-GTR-776

March 2009



# Effects of Timber Harvest Following Wildfire in Western North America

David L. Peterson, James K. Agee, Gregory H. Aplet, Dennis P. Dykstra,
Russell T. Graham, John F. Lehmkuhl, David S. Pilliod, Donald F. Potts,
Robert F. Powers, and John D. Stuart



Rvsd Plan - 00005851

The **Forest Service** of the U.S. Department of Agriculture is dedicated to the principle of multiple use management of the Nation's forest resources for sustained yields of wood, water, forage, wildlife, and recreation. Through forestry research, cooperation with the States and private forest owners, and management of the national forests and national grasslands, it strives—as directed by Congress—to provide increasingly greater service to a growing Nation.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W. Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

## Authors

**David L. Peterson** is a biological scientist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, 400 N 34th Street, Suite 201, Seattle, WA 98103; **James K. Agee** is a professor emeritus with the College of Forest Resources, University of Washington, Box 352100, Seattle, WA 98195; **Gregory H. Aplet** is a forest ecologist with The Wilderness Society, 1660 Wynkoop St., Ste. 850, Denver, CO 80202; **Dennis P. Dykstra** is a research forest product technologist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, 620 SW Main, Suite 400, Portland, OR 97205; **Russell T. Graham** is a research forester, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, 1221 S Main, Moscow, ID 83843; **John F. Lehmkuhl** is a research wildlife biologist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, 1133 N Western Ave., Wenatchee, WA 98801; **David S. Pilliod** is a research ecologist, U.S. Department of the Interior, Geological Survey, Forest and Rangeland Ecosystem Science Center, Snake River Field Station, 970 Lusk St., Boise, ID 83706; **Donald F. Potts** is a professor, College of Forestry and Conservation, University of Montana, Missoula, MT 59812; **Robert F. Powers** is an emeritus research forester, U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, 3644 Avtech Parkway, Redding, CA 96002; and **John D. Stuart** is a professor, Department of Forestry and Watershed Management, Humboldt State University, 1 Harpst Street, Arcata, CA 95521.

# Abstract

**Peterson, David L.; Agee, James K.; Aplet, Gregory H.; Dykstra, Dennis P.; Graham, Russell T.; Lehmkuhl, John F.; Pilliod, David S.; Potts, Donald F.; Powers, Robert F.; Stuart, John D. 2009.** Effects of timber harvest following wildfire in western North America. Gen. Tech. Rep. PNW-GTR-776. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 51 p.

Timber harvest following wildfire leads to different outcomes depending on the biophysical setting of the forest, pattern of burn severity, operational aspects of tree removal, and other management activities. Fire effects range from relatively minor, in which fire burns through the understory and may kill a few trees, to severe, in which fire kills most trees and removes much of the organic soil layer. Postfire logging adds to these effects by removing standing dead trees (snags) and disturbing the soil. The influence of postfire logging depends on the intensity of the fire, intensity of the logging operation, and management activities such as fuel treatments. In severely burned forest, timing of logging following fire (same season as fire vs. subsequent years) can influence the magnitude of effects on naturally regenerating trees, soils, and commercial wood value. Removal of snags reduces long-term fuel loads but generally results in increased amounts of fine fuels for the first few years after logging unless surface fuels are effectively treated. By reducing evapotranspiration, disturbing the soil organic horizon, and creating hydrophobic soils in some cases, fire can cause large increases in surface-water runoff, streamflow, and erosion. Through soil disturbance, especially the construction of roads, logging with ground-based equipment and cable yarding can exacerbate this effect, increasing erosion and altering hydrological function at the local scale. Effects on aquatic systems of removing trees are mostly negative, and logging and transportation systems that disturb the soil surface or accelerate road-related erosion can be particularly harmful unless disturbances are mitigated. Cavity-nesting birds, small mammals, and amphibians may be affected by harvest of standing dead and live trees, with negative effects on most species but positive or neutral effects on other species, depending on the intensity and extent of logging. Data gaps on postfire logging include the effects of various intensities of logging, patch size of harvest relative to fire size, and long-term (10+ years) biophysical changes. Uncertainty about the effects of postfire logging can be reduced by implementing management experiments to document long-term changes in natural resources at different spatial scales.

Keywords: Fire effects, postfire logging, postfire management, salvage logging, soil disturbance.

This Page Left Blank Intentionally

Rvsd Plan - 00005854

# Introduction

Timber harvest following large wildfires is typically conducted to capture the economic value of wood and sometimes may achieve other resource management objectives (e.g., reduced stand densities). This practice (often referred to as "salvage logging") has been conducted for many decades in forests of western North America. The social value of economic benefits versus potential changes in resource conditions has been debated in scientific and policy forums for two decades, but little has been resolved. Recently, several authors have raised concerns about the ecological effects of postfire logging (Beschta et al. 2004, Donato et al. 2006, Lindenmayer and Noss 2006, Noss and Lindenmayer 2006), and McIver and Starr (2001) and Lindenmayer et al. (2008) have synthesized the scientific literature on postfire logging effects. Here, we expand on this literature to provide a broad **scientific basis for decisionmaking about timber harvest as a component of postfire management**.

In this paper, we synthesize scientific findings on the effects of logging following large wildfires, with emphasis on forests in western North America. Our objective is to clarify the extent to which different issues are supported by scientific data, with a focus on reducing uncertainty in decisionmaking. We infer general principles where possible, while recognizing that biogeographic variability influences local ecological responses and management decisions.

The 25 or so studies that have been conducted on the effects of postfire logging in western North America (table 1) are disparate in geographic setting, study design, sampling, and analytical approach (McIver and Starr 2000, 2001), but do provide some basis for evaluation. In addition, the effects of wildland fire on forest ecosystems in western North America have been described in considerable detail in the scientific literature (e.g., Schmoldt et al. 1999), and the effects of logging on forest ecosystems have been well described at spatial scales from stands to landscapes (e.g., Hunter 1999). We draw on all these sources of literature to consider scientific issues relevant to timber harvest in postfire forest landscapes in western North America. We synthesize information relevant to inferences about postfire logging, and confine our analysis to the effects of large wildfires (typically >1000 ha) and subsequent harvest in the postfire environment.

This paper focuses on forests of western North America, extending from roughly the coastal ranges, Cascade Range, and Sierra Nevada eastward to the Rocky Mountains and associated ranges, and from southwestern Canada to the Southwestern United States. These forests include (1) dry forests dominated by ponderosa pine (*Pinus ponderosa* Dougl. ex Laws.) and Douglas-fir (*Pseudotsuga*

Rvsd Plan - 00005855

**Table 1—Summary of scientific literature on the effects of postfire timber harvest in western North America**[a]

| Citation | Forest type (location[b]) | Effect studied |
|---|---|---|
| Roy (1956) | Douglas-fir (California) | Tree regeneration |
| Klock (1975) | Ponderosa pine–mixed conifer (Washington) | Soil erosion, vegetation cover |
| Helvey (1980) | Ponderosa pine–mixed conifer (Washington) | Soil erosion, water runoff |
| Blake (1982) | Ponderosa pine (Arizona) | Shrub abundance and cover |
| Helvey et al. (1985) | Ponderosa pine–mixed conifer (Washington) | Soil erosion, soil nutrients |
| Potts et al. (1985) | Conifer forest (Rocky Mountains) | Water yield, soil erosion |
| Grifantini (1990) | Douglas-fir–hardwood (California) | Grass cover |
| Marston and Haire (1990) | Conifer forest (Wyoming) | Soil erosion, water runoff, organic matter and litter |
| Grifantini et al. (1992) | Douglas-fir–hardwood (California) | Shrub and forb cover, plant diversity |
| Stuart et al. (1993) | Douglas-fir–hardwood (California) | Vegetation cover (shrubs, forbs, ferns, grasses, hardwoods, conifers) |
| Chou et al. (1994a,1994b) | Montane conifer (California) | Soil erosion |
| Caton (1996) | Mixed conifer (Montana) | Cavity-nesting birds |
| Hitchcox (1996) | Mixed conifer (Montana) | Cavity-nesting birds |
| Hejl and McFadzen (1998) | Mixed conifer (Idaho, Montana) | Cavity-nesting birds |
| Saab and Dudley (1998) | Ponderosa pine, Douglas-fir (Idaho) | Cavity-nesting birds |
| Sexton (1998) | Ponderosa pine (Oregon) | Vegetation biomass and diversity, tree and shrub growth and diversity, soil moisture |
| Haggard and Gaines (2001) | Douglas-fir, ponderosa pine | Cavity-nesting birds |
| Khetmalas et al. (2002) | Subalpine fir (British Columbia) | Ectomycorrhizae and bacteria in soil |
| McIver (2004) | Ponderosa pine (Oregon) | Soil disturbance and erosion |
| Hanson and Stuart (2005) | Douglas-fir–hardwood (California) | Vegetation composition and structure |
| Donato et al. (2006) | Douglas-fir (Oregon) | Tree regeneration, woody debris |
| McIver and McNeil (2006) | Ponderosa pine (Oregon) | Soil disturbance and erosion |
| Macdonald (2007) | Aspen–mixed conifer (Alberta) | Vegetation composition |
| McIver and Ottmar (2007) | Ponderosa pine (Oregon) | Tree regeneration, woody debris, fuels |

[a] From McIver and Starr (2001) and other recent sources.

[b] All locations are in the United States except for Khetmalas et al. (2002) and Macdonald (2007).

Rvsd Plan - 00005856

*menziesii* (Mirb.) Franco), (2) moist forests dominated by Douglas-fir, grand fir (*Abies grandis* (Dougl. ex D. Don) Lindl.), western redcedar (*Thuja plicata* Donn ex D. Don), and western hemlock (*Tsuga heterophylla* (Raf.) Sarg.), (3) cold forests dominated by Engelmann spruce (*Picea engelmannii* Parry ex. Engelm.), fir species (*Abies* spp.), and lodgepole pine (*Pinus contorta* var. *latifolia* var. *murrayana* (Grev. & Balf.) Engelm.), and (4) woodlands such as pinyon pine-juniper (*Pinus* spp./*Juniperus* spp.) in the American Southwest.

When these forests burn, the primary effects are mortality of trees and other plants, emissions of carbon dioxide and other greenhouse gases, altered soil organic layers including complete removal in some cases, and mineral soil heating that can cause chemical transformations such as release of soluble nutrients. In many dry forests, fire historically burned through the understory consuming plants, killing seedlings, saplings, and some trees, and creating patches of bare soil. In many of these forests, dense stands of ponderosa pine and/or Douglas-fir and understory species such as grand fir have developed following grazing, removal of larger pines, and/or fire exclusion (Agee 1993, Taylor and Skinner 1998). Dense forest canopies and horizontal and vertical fuel continuity tend to favor crown fires rather than the low-intensity surface fires that historically occurred in many of these forests. In cold and moist forests, crown fire remains the norm, as it was historically, killing large patches of vegetation and altering soil properties over large areas. Forests intermediate between dry and cool/moist often burn with a mix of surface and crown fire.

The ecological effects of postfire logging are influenced by various combinations and intensities of the fire itself and management activities that affect (1) ground disturbance by equipment and road use, (2) number of living and dead trees and their spatial pattern following harvest, (3) postharvest fuel treatment, and (4) in some cases, grass seeding and placement of various structures and materials to mitigate the effects of fire and logging. Ground disturbance depends on the yarding system used for logging, with tractor logging generally causing the most soil disturbance, followed by cable yarding (which fully or partially suspends logs above the forest floor during extraction), followed by helicopter logging (Dykstra 1976, McIver and Starr 2001, Rice et al. 1972). The number and arrangement of residual trees, slash treatment, and postlogging treatments are determined during planning of postfire logging operations.

**Effects of postfire logging on natural resources may depend on the scale at which the effects are measured.**

Another factor influencing the effects of postfire logging is the spatial scale of both the fire and the logging operation (Peterson and Parker 1998). Fires may be large or small, as may be the area affected by logging. Measuring the combined effects of fire and management activities on soils and water is difficult because (1) erosion and sedimentation are in some cases high at the scale of forest stands but undetectable at the watershed scale, and (2) it is difficult to distinguish fire effects from management effects (Chou et al. 1994a). Similarly, deleterious effects on wildlife species may occur at the stand scale, but effects on viability in the larger landscape may be minimal. As a result, effects of postfire logging on natural resources may depend on the scale at which the effects are measured. Unfortunately, we are aware of no research that allows us to adequately quantify these scale effects or to address comprehensively the range of effects that are produced by all combinations of fire and logging intensity.

We therefore focus most of our discussion on the effects of relatively intense logging on severely burned landscapes. We generally do not address partial harvest of burned forest (with the exception of the wildlife section), and we only briefly consider the effects of postfire or postlogging mitigation. Many possible outcomes exist between intense logging/severe burns and no logging/light burns, and future studies will hopefully improve our understanding of these intermediate outcomes. We refer throughout the paper to a conceptual model of forest growth and succession as a context for temporal patterns of overstory development, understory development, standing dead trees (snags), and woody debris (≈ surface fuels) following postfire logging (fig. 1). This model describes ecological trends for general postfire management scenarios, and actual responses and trends are likely to differ among different forests, fires, and management situations.

## Effects of Postfire Timber Harvest on Vegetation

An important effect of fire on vegetation is to kill plants, which, in the case of trees, generally occurs within 2 years following wildfire (Peterson and Arbaugh 1986). In addition to this primary mortality, fire can induce bark beetle-caused mortality in residual and adjacent green trees, which may last for several years following the fire (Amman and Ryan 1991, Edmonds et al. 2005, Furniss and Carolin 1977). When a tree is killed, dead needles not consumed by fire fall to the forest floor within a year or two, followed by branches and eventually boles. Snags provide important habitat features and long-term delivery of carbon (C) and nutrients to the forest floor when they fall (Harmon et al. 1986), which may take several decades.

4

*Effects of Timber Harvest Following Wildfire in Western North America*



Figure 1—Conceptual diagram of temporal progression in biomass accumulation following wildfire with various management scenarios. General stand structural stages are indicated on the x-axis. **No management action** (upper diagram): no logging or surface fuel treatment; new forest grows through natural regeneration or planting; surface fuel accumulates primarily as a result of falling snags and dead understory. **Postfire logging, no fuel treatment** (middle diagram): most snags of commercial value removed, leaving unmerchantable trees in the stand; new forest grows through natural regeneration or planting; slash created by the logging operation not removed or treated. **Postfire logging, fuel treatment** (lower diagram): most snags of commercial value removed, leaving unmerchantable trees in the stand; new forest regrows through natural regeneration or planting; slash created by the logging operation is removed from the site. Actual biomass trajectories will differ considerably, depending on vegetation characteristics and management actions.

5

Rvsd Plan - 00005859

Trees killed or badly damaged by fire or insects begin to deteriorate immediately, and commercial value declines as wood decays or is blemished owing to insects, stain fungi, and decay fungi (Lowell et al. 1992). Insect and woodpecker activity provides a mechanism for introducing fungal agents into sapwood (Farris et al. 2004). Once initiated, sapwood decay progresses quickly, and sapwood of some species may be completely stained within a few months. Insects and staining fungi generally reduce product grade (and value) but seldom render wood unusable. Decay fungi also infect sapwood within the first year, and sapwood usually deteriorates beyond commercial use by the second or third year (Kimmey 1955).

By the second year, the heartwood is colonized by decay fungi, and heart rot begins to spread. Decay fungi affect wood properties, especially strength, thus reducing volume of wood that can be converted into structural products. Wood borers may also move into the heartwood, although damage from these insects is seldom extensive and usually results in grade reductions rather than volume loss. Weather deterioration causes longitudinal splits in wood by differential shrinkage where bark is missing or thin, or on the ends of logs after felling. This damage is usually minor in large standing dead trees, but smaller trees or species with thin bark may be affected more extensively, reducing the grade of smaller logs (Lowell and Cahill 1996). Progression of decay is similar in most conifer species, although decay rate differs considerably: ponderosa pine, grand fir (fast) > Douglas-fir > subalpine fir (*Abies lasiocarpa* (Hook.) Nutt.), Engelmann spruce, western larch (*Larix occidentalis* Nutt.), and lodgepole pine (slow) (Hadfield and Magelssen 2006). Rate of volume loss is considerably lower for large logs than for small logs (fig. 2).

Postfire logging modifies snag dynamics by lowering the density and average size of dead trees (size distribution differs from site to site) and by altering site conditions such as soil bulk density and windflow. Following fires in the Blue Mountains of Oregon, snag biomass on harvested areas was generally <50 percent of that on unharvested sites (McIver and Ottmar 2007). Following fires in Idaho, the predicted half-life of ponderosa pine snags was 7 to 8 years (harvested) and 9 to 10 years (unharvested), and predicted half-life of Douglas-fir snags was 12 to 13 years (harvested) and 15 to 16 years (unharvested) (Russell et al. 2006). In this case, postfire logging reduced the persistence of snags, at least partially because the remaining snags were smaller and fell to the ground sooner than large snags.

Initial responses of the plant community to wildfire depend on prefire vegetation, seed banks, and the ability of plants to colonize the postburn environment. After severe fires, **invaders** (highly dispersive, pioneering fugitives), **endurers**

Rvsd Plan - 00005860

*Effects of Timber Harvest Following Wildfire in Western North America*



Figure 2—Average rate of loss from general deterioration of the original wood volume in Douglas-fir trees of several diameter at breast height classes for (**A**) second-growth wood (60 to 200 years old) and (**B**) old-growth wood (200 to 400 years). Note that the horizontal axis for A covers only half as many years as that for B, indicating a much faster average deterioration rate for young trees as compared to old-growth trees. From Kimmey and Furniss (1943).

(sprouting from the crown, roots, and stem base), and **evaders** (with adaptations such as serotinous cones that open following fire) are likely to be the dominant species (Rowe 1981). **Resisters** have adaptations (e.g., thick bark and high, open crowns) that reduce fire injury during fires of low to moderate intensity. **Avoiders** (species with no fire adaptations) may be locally extirpated from the site for undetermined periods. Vegetation development following fire depends on the prevalence in prefire vegetation of species with each of these strategies, site conditions following fire, postfire management actions, and outside seed sources.

Many historically low-severity fire regimes in western dry forests were dominated by **resisters** like ponderosa pine and Douglas-fir. In mixed-severity fire regimes, **resister** and **evader** species (e.g., knobcone pine, *Pinus attenuata* Lemm.) are common, and in high-severity fire regimes with long fire-return intervals, **evaders** (e.g., lodgepole pine) and **avoiders** (e.g., subalpine fir) are present. Following severe fires, only **evader** species may be able to dominate early successional vegetation. Where severe fire kills all the trees in low-severity fire regimes, **resister**-type conifers behave like **avoiders**; regeneration (without replanting) may take a long time, because seed must be blown in from adjacent unburned forest.

7

Rvsd Plan - 00005861

**The effects of postfire management on vegetation recovery are complex because of multiple successional pathways among forest species and structures following wildfires.**

Species that sprout or germinate from seed following heating, removal of surface organic material, or exposure to light tend to dominate the first few years following fire. Postfire seedling densities may be high when a reliable seed source occurs in conjunction with favorable soil and weather conditions (e.g., Donato et al. 2006); seedling densities may be low under poor conditions, especially if competition with other plants is high, resulting in low germination and/or high seedling mortality over time.

The effects of postfire management on vegetation recovery are complex because of multiple successional pathways among forest species and structures following wildfires (Frelich and Reich 1995). For example, Stickney (1986) recognized four distinct successional sequences after the Sundance Fire (Idaho) of 1967, with short- and long-duration herb- or shrub-dominated phases. Logging and mitigation for the effects of fire and logging create additional successional pathways for vegetation and fuels (Macdonald 2007). Nonetheless, some generalizations about vegetation development following postfire logging can be made.

An immediate effect of postfire logging is soil disturbance. In unburned forest, soil-disturbing activities can, in some cases, enhance establishment of species that require mineral soil (Sessions et al. 2004). However, in the postfire environment, logging is more likely to reduce resisters and evaders through direct mortality, if it occurs **after** significant establishment has occurred (Donato et al. 2006, McIver and Starr 2001, Roy 1956). Alternatively, logging may reduce serotinous evaders if it results in the removal of cones prior to seed dispersal (Greene et al. 2006). The functional effect of logging depends on subsequent establishment and mortality of tree seedlings, and on timing of logging (same season as fire vs. subsequent years; winter vs. other seasons); in many cases tree planting (and associated site preparation) replaces or supplements natural regeneration (Newton et al. 2006).

In an analysis of successional pathways and understory diversity in Douglas-fir/hardwood forests in California, Stuart et al. (1993) found lower forb and shrub cover on burned/logged sites than on burned/unlogged sites (2 years following treatments). In contrast, hardwood cover was higher and shrub cover lower on burned/logged sites than on burned/unlogged sites 12 years following treatments. Douglas-fir regeneration (which included planting) was inhibited in both cases, but by different competing understory species. In boreal mixed-wood forest in Alberta, Macdonald (2007) found that single-tree and patch-retention harvest following wildfire had no significant effects on plant species richness and between-habitat (**beta**) diversity. Several environmental factors related to plant composition

Rvsd Plan - 00005862

reflected variation in burn severity rather than logging, and they concluded that the legacy of prefire plant species composition combined with burn severity had a greater influence on postfire plant communities than the effects of logging.

In addition to the impacts of soil disturbance, the removal of trees themselves can affect the postfire plant community (e.g., Maser and Trappe 1984). Trees and large woody debris provide perches for seed-dispersing birds, and their removal may change the composition of the seed rain and therefore the plant community. Woody debris also provides protected "safe sites" for germination and establishment of some species, especially in the postfire environment, and their eventual decay can facilitate recruitment of understory species long after the initial disturbance. When snags fall over, they create tip-up mounds, an important source of seedbed diversity that can affect understory species composition.

## Effects of Postfire Timber Harvest on Fuels

Fuels and potential fire behavior in forests burned by wildfire differ over time, with or without logging (e.g., Graham et al. 2004) (fig. 1). Surface fuel dynamics following wildfires are a function of (1) prefire live and dead biomass; (2) tree species, which have different rates of litterfall, tree fall, and decay; (3) time, because standing fuels decay and become surface fuels; and (4) events following fire such as logging, windstorms, and delayed mortality owing to insects (Agee 1993). Fuel mass, fuelbed depth, and moisture content of available fuels contribute to the postfire and postharvest fuel complex. Because postfire logging occurs at various locations and times and applies a variety of standards, effects on fuels and subsequent fire behavior may be specific to local conditions. Trees can be whole-tree harvested, different size classes of trees can be removed, and remaining fine fuels can be treated or not. These actions, in addition to tree species, affect the amount and timing of fuels reaching the ground, as well as the successional trajectory (Johnson et al. 2007).

Larger fuels (>7.6 cm diameter) follow a predictable pattern after crown fire (Agee 2002b) (fig. 1). Following initial mortality, snag biomass decreases over time (Agee and Huff 1987, Spies et al. 1988), and smaller snags usually fall first (Everett et al. 1999, Lehmkuhl et al. 2003). Biomass from fallen trees correspondingly increases for decades, especially in dry and cold environments, but may decline as the original snags that fell and created the woody debris begin to decay. Tree mortality from self-thinning in the new forest increases the amount of smaller, more easily decayed material (Harmon et al. 1986).

**Because postfire logging occurs at various locations and times and applies a variety of standards, effects on fuels and subsequent fire behavior may be specific to local conditions.**

Postfire logging, without subsequent fuel treatment, has two effects on fuels:
(1) the deposition of fine fuels (<7.6 cm diameter) on the forest floor, resulting in
an increase in fire hazard in the short term, and (2) the removal of snags, resulting
in a reduction of large fuels in the long term (figs. 1 and 3). Using empirical data
for three stand treatments in the Blue Mountains (Oregon), McIver and Ottmar
(2007) projected fine fuel loading over 30 years (fig. 4). Whole-tree yarding
increased fine fuel loading above that in unlogged stands, an increase that persisted
over 30 years, although levels in all treatments were similar after 20 years. Using
empirical data for northern California forests, Weatherspoon and Skinner (1995)
found that when wildfire in natural stands spreads to adjacent plantations, fire
intensity and damage to the overstory are much lower in plantations where slash
has been removed following logging.



Figure 3—Patterns of fine fuel (<7.6 cm) after stand-replacing wildfire simulated by the Fire and Fuels Extension of the Forest
Vegetation Simulator (Reinhardt and Crookston 2003) for a dry forest stand on the Bitterroot National Forest (Montana). The
harvest treatment here consisted of removing snags >30 cm d.b.h. and <15 cm d.b.h., with fuels treated by slashing, piling, and
burning. From Brown et al. (2003).

Rvsd Plan - 00005864



Figure 4—Simulated fine fuel load (<7.6 cm) in a dry forest in the Blue Mountains, Oregon. "Commercial" harvest was defined as removal of most merchantable trees, while "10 cm" harvest was defined as removing most trees <10 cm d.b.h. No slash fuel treatment was applied to either harvest option, but whole trees (including tops and branches) were cable-winched to landings. Scale of x-axis has been altered for display purposes. From McIver and Ottmar (2007).

In dry forests of interior western North America, large woody debris was limited historically by frequent fire that consumed logs (Agee 2003, Skinner 2002). Following a stand-replacement wildfire in a contemporary ponderosa pine forest, large woody debris of 10 to 100 Mg/ha may be present (Agee 2002b, McIver and Ottmar 2007, Passovoy and Fulé 2006) compared to historical woody debris biomass of 5 Mg/ha for dry ponderosa pine forest (Agee 2002b). Even higher woody debris has been measured in Douglas-fir forest with a mixed-severity fire regime (Wright 1998). Without treatment or removal, such high fuel loads may complicate the reintroduction of low-severity fire to the recovering forest.

The forest developing after wildfire or postfire logging may, over time, also constitute a fire hazard because trees can act as part of the understory fuelbed. As crowns emerge from the shrub layer, the low canopy base height creates torching potential (cf. Scott and Reinhardt 2003). If the stand is dense (e.g., 10-cm d.b.h. trees at a density of >1200 per ha), canopy bulk density may be high enough

11

($>0.12$ kg/m$^3$) to carry independent crown fire under severe fire weather. Canopy base height will eventually increase, reducing torching potential. Fuel dynamics can also be affected by site productivity. For example, in the Olympic Mountains (Washington), fine fuel mass following fire at a productive site (Agee and Huff 1987) was higher than short-term fine fuel mass following fire on drier sites (table 2). In southwestern Oregon, sites burned with high-severity fire had lower fine fuel loads than unburned sites, but on the Olympic site, fuel mass in the first year post-fire was twice that of unburned forest primarily owing to branch fall caused by a windstorm during the first postfire winter.

Some historical evidence suggests that fires block the spread of subsequent fires in low-severity and mixed-severity fire regimes. In ponderosa pine forest, large historical low-severity fires were generally followed by fires of smaller extent (Everett et al. 2000), implying a fuel-limiting effect on fire spread. Wright and Agee (2004) documented a similar phenomenon in mixed-conifer forest where historical (pre-1900) fires acted as barriers to subsequent fires. In Douglas-fir forest with a mixed-severity fire regime, Taylor and Skinner (2003) showed that most fires burned different sites than the preceding fire. In the Entiat River watershed in the Cascade Range (Washington), a series of large fires has burned much of the dry forest in the lower watershed since 1970 (fig. 5), yet the pattern of fire spread does

**Table 2—Fine fuel mass (<7.6 cm diameter) differs by site, over time, and by treatment[a]**

| Location (reference) | Time since fire | Treatment | | |
| | | No logging | Logging | Unburned forest |
|---|---|---|---|---|
| | *Years* | --------- *Mg/ha* --------- | | |
| Olympic Mountains, NW | 1 | 13.5 | | 6.1 |
| Washington (Agee and | 3 | 9.2 | | 6.1 |
| Huff 1987) | 19 | 5.3 | | 6.1 |
| | 110 | 5.2 | | 6.1 |
| Siskiyou Mountains, SW | 1 | 1.2 | | 6.1 |
| Oregon (Raymond | 1 | 3.6 | | 29.7[b] |
| and Peterson 2005) | | | | |
| Siskiyou Mountains, SW | 3 | 1.0 | 6.3 | 5.9 |
| Oregon (Donato et al. 2006) | | | | |
| Blue Mountains, NE Oregon | 3 | 1.5 | 4.3 / 5.4[c] | |
| (McIver and Ottmar 2007) | | | | |

[a] Each line indicates a separate site within the geographic location.

[b] Postthinning windthrow event.

[c] Two harvest options (see text).

Rvsd Plan - 00005866



Figure 5—Map of the lower Entiat River, eastern Cascade Range
(Washington), showing dates of wildfires and reburns. Small unburned
patches within the matrix of burned areas are identified with "U." Black
areas are reburns.

not support reburn potential in previously burned areas. It appears that previously
unburned areas have the highest potential for burning, and that fires have stopped
at or near old burn boundaries.

Although recent crown fire often reduces the probability of burning in the next
fire, it does not guarantee protection. For example, an analysis of fire hazard con-
ducted after the Cerro Grande Fire (New Mexico) of 2000 concluded that much
of the area burned would be at lower risk as a result of the fire, but that some areas
would be exposed to higher fire hazard, at least temporarily, as a result of the
buildup of fallen trees (Greenlee and Greenlee 2002). In addition, large wildfires
(>4000 ha) were found to occur at intervals of 15 to 20 years across any given
location in pine-dominated forests of northeastern California (Norman and Taylor
2003). The Biscuit Fire (Oregon) of 2002 burned through the Silver Fire of 1987

13

(mostly wilderness without postfire logging), which suggests that fuels had accumulated sufficiently in 15 years to reburn.

The Tillamook fires of 1933-1951 in the Coast Range of Oregon are another example of "reburn potential" but in a high-precipitation environment. The first fire in 1933, started by logging operations in old-growth western hemlock–Douglas-fir forest, spread to older slash, and burned >80 000 ha. In 1939, 76 000 ha burned with 37 percent of the area a reburn of the 1933 fire. In 1945, 73 000 ha burned with 50 percent of the area a reburn of the 1933 and 1939 fires. In 1951, 13 000 ha burned within the area burned in 1933 and 1939 (Oregon Department of Forestry 1983). Repeated harvest operations were conducted, and one-third of the timber killed in the 1933 through 1945 fires was harvested up to the time of the 1951 fire. Slash from the harvest operations likely helped carry some of the subsequent fires; other sources of fire spread were snags left from previous wildfires (Oregon Department of Forestry 1983) and a vigorous understory of bracken fern (*Pteridium aquilinum* (L.) Kuhn) (Isaac 1940). The Tillamook cycle of reburns was broken after the 1951 fire–more than 300 km of snag-free fuelbreaks were constructed, some snags were harvested and others were dropped on site, road access was improved, and fire prevention was promoted.

Understory response by forbs and shrubs is a less appreciated factor in postfire fuel dynamics. If fire creates a favorable environment for annual grasses, substantial fine fuel can be present within a year of the fire, and the potential for subsequent fire exists (Weatherspoon and Skinner 1995, Zedler et al. 1983). If response is by shrubs and perennial grasses, moisture content generally remains high enough during the fire season that potential fire behavior may be reduced (Agee et al. 2002, Raymond and Peterson 2005).

These findings suggest several conclusions about the effects of fire and subsequent logging on fuels. First, past fire generally reduces the probability of a site burning again for a period of years to decades but can result, at least temporarily, in fuel hazards above prefire conditions. Second, postfire logging creates activity fuels that increase fire hazard, unless those fuels are effectively reduced or removed from the site. Finally, the potential for reburn may remain high, regardless of treatment of woody fuels, wherever regrowth of highly flammable fine fuels, such as bracken fern and annual grass, is rapid.

Rvsd Plan - 00005868

# Effects of Postfire Timber Harvest on Soils and Hydrology

Forests accumulate organic matter in the absence of major disturbance, and western forests often exceed 500 Mg/ha in standing biomass, of which roughly half is organic C. At maturity, 50 to 75 percent of aboveground C is in the boles of trees, followed by the forest floor and tree crowns (table 3). Soil C concentrations are generally high near the surface and decline with depth. Soil organic matter from litter decay and root turnover is the main source of soil nitrogen (N), which is concentrated near the soil surface and declines with depth, and N concentrations in the forest floor of western forests commonly are much higher than in the mineral soil (Cole and Gessel 1992).

Intense wildfire typically oxidizes or volatilizes soil C and N in the forest floor and surface layers of mineral soil (Dyrness et al. 1989), with heat duration and depth of penetration dependent on fuel characteristics, weather conditions, and fire behavior (Neary et al. 1999). Heating effects of fire on soil depend on temperature of the fire, duration of heating, and soil moisture, with effects lasting a few years to a few decades (Robichaud et al. 2000). Fire typically results in higher short-term nutrient availability to plants (Haase and Sackett 1998), lower total nutrient content in the soil, altered soil biota, and altered physical condition (Neary et al. 1999).

Organic matter holds mineral soil in place, and crown fires typically eliminate surface organic matter (Graham et al. 2004, Jain et al. 2004, Peterson et al. 2005), leading to potential soil erosion. Erosive losses of surface soil from overland flow can range between 1 and 85 Mg/ha or more in the first year, depending on fire severity, slope, and precipitation (Baird et al. 1999). Depending on wildfire intensity, much of the organic matter remaining in a forest stand may exist in standing live and dead trees, and biomass removed during logging therefore alters the C cycle. The potential for wood products (versus dead trees left to decay on site) to sequester C (Johnson et al. 2005) depends on the life cycle of the products and energy used for transportation and manufacturing.

Nitrogen loss is a linear function of the amount of material consumed by fire (McColl and Powers 1984). On drier sites in the Washington Cascades, surface erosion accounted for N losses of up to 22 kg/ha in the first year after fire, although much of it was redistributed downslope in the burned area (Baird et al. 1999). The greatest effect on soil fertility and N loss is caused by the loss of the forest floor, the largest reservoir of aboveground N and other nutrients (DeLuca and Zouhar 2000, Powers et al. 2005).

**Table 3—Biomass and nitrogen contained in aboveground components of mature forests typical of western North America [a]**

| Location | Forest type | Biomass[b] | | | Nitrogen[c] | | |
|---|---|---|---|---|---|---|---|
| | | Forest floor | Crown | Bole | Forest floor | Crown | Bole |
| | | *Mg/ha (percentage of aboveground total)* | | | *kg/ha (percentage of aboveground total)* | | |
| British Columbia | Subboreal white spruce (*Picea glauca* (Moench) Voss, *Pinus contorta*) | 65 (29) | 32 (14) | 126 (57) | 815 (76) | 58 (5) | 195 (18) |
| Colorado | Subalpine fir (*Abies lasiocarpa*) | 103 (31) | 54 (16) | 173 (52) | 598 (46) | 302 (23) | 394 (30) |
| Idaho | Mixed conifer (*Abies, Picea, Pinus*) | 70 (27) | 31 (12) | 160 (61) | 436 (52) | 220 (26) | 190 (22) |
| Washington | Douglas-fir (*Pseudotsuga menziesii*) | 14 (8) | 31 (17) | 134 (75) | 187 (37) | 164 (32) | 161 (31) |
| California | Mixed conifer (*Abies, Pinus*) | 59 (11) | 221 (42) | 252 (47) | 455 (43) | 391 (37) | 218 (20) |
| Arizona | Pine (*Pinus ponderosa*) | 47 (24) | 31 (16) | 121 (61) | 291 (48) | 176 (29) | 145 (24) |

[a] Modified from Kimmins et al. 1985; Powers 2006.

[b] More than 50 percent of the biomass is in the boles.

[c] Approximately 40 to 75 percent of the nitrogen is in the forest floor.

Literature on specific effects of postfire management on soils centers on erosion impacts of road construction and sensitivity of the soil when the surface has been bared by fire (Beschta et al. 2004, McIver 2004, McIver and McNeil 2006, McIver and Starr 2001). Skidding logs across bare ground disturbs and compacts soil more than other methods (Beschta et al. 2004, Klock 1975), particularly when soil moisture is near the plastic limit. Depending on soil texture, compaction can be detrimental or favorable to plant growth (Froehlich and McNabb 1984). On clayey soils, compaction degrades soil quality by increasing strength and reducing aeration porosity, whereas on sandy soils, compaction may enhance plant growth by improving soil water availability (Gomez et. al 2002, Powers et al. 2005).

In either case, the immediate concern about soil compaction from postfire logging is that the size of surface soil pores can be reduced, and infiltration can be impeded, potentially causing increased surface erosion. This is especially a concern following fires in which surface litter has been consumed. The presence of even a

Rvsd Plan - 00005870

thin litter layer can substantially reduce soil erosion (Powers 2002). A study conducted in Portugal suggests that when soils are bared by wildfire, slash produced during logging can be used to cover the soil surface and reduce erosion (Shakesby et al. 1996).

As noted above, different logging systems have different effects on soil compaction and fertility. Tractor logging and ground-based equipment on relatively level areas (<30 percent slope) cause the most soil compaction, although some effects can be mitigated by avoiding wet soils, logging over snow, and operating over slash rather than areas with thin forest floors. Cable yarding systems also cause soil compaction, which is typically localized and potentially causes more erosion where logs are dragged upslope. Skyline yarding, which suspends logs above the ground, avoids most physical abrasion of the forest floor and mineral soil. Helicopter logging greatly reduces soil impacts by minimizing movement of logs along the ground.

Soil water repellency (hydrophobicity) occurs where hydrophobic substances produced by organic matter coat soil particles, thereby impeding water infiltration into the soil profile, creating a functionally shallow soil. As water accumulates to fill pore spaces, pore pressure increases and soil shear strength decreases until the soil mass moves through the force of gravity (DeBano 2000). When soil heating from fire results in temperatures between 176 and 288 °C, transfer of hydrophobic substances into the mineral soil can be enhanced, resulting in increased water repellency (DeBano 1981). Fire-induced hydrophobicity is transient and often patchy. A study in the Front Range of the Colorado Rocky Mountains following wildfire found that water repellency weakened progressively over a year and diminished as soils became wetter (McDonald and Huffman 2004). Unburned sites showed non-fire-related water repellency when soil moisture was <10 percent, and lightly burned soils were repellent to soil moisture of 14 percent. However, repellency persisted on severely burned sites even at soil moisture contents of >26 percent. Poff (1989) observed in the Sierra Nevada that disturbance of the soil surface by logging can in some cases disrupt hydrophobic layers and reduce water repellency, but MacDonald (1989) cautioned that this potential benefit must be weighed against the detrimental effects of logging. In some cases, managers have subsoiled their lands along contours following postfire logging to mitigate the effects of compaction on fine-textured soils and to break up hydrophobic layers (Webster and Fredrickson 2005).

**Removal of living forest overstory increases water yield, although increased water yield is not detectable unless 20 to 40 percent of watershed or forest basal area is removed.**

Fire affects hydrology through the removal of aboveground canopy, removal of litter, and, in some cases, development of a hydrophobic soil layer. Direct measurements of the effects of fire on hydrology are rare, whereas the effects of vegetation removal are well studied and can be used cautiously to infer fire effects (Neary et al. 2005a, 2005b, 2005c). Bosch and Hewlett (1982) reviewed 94 studies on the effects of vegetation changes on water yield; Stednick (1996) updated this review, and studies continue to be reported (e.g., Troendle et al. 2001).

Removal of living forest overstory increases water yield, although increased water yield is not detectable unless 20 to 40 percent of watershed or forest basal area is removed. As the percentage of forest removed increases beyond the detection threshold, water yield increases proportionally. Magnitude of increased water yield is related to total annual precipitation, and water yield is higher in wet years than dry years. Increased water yields in coastal forests of western North America are greater than those in dry, interior forests.

Water yield typically increases significantly in the first year following fire or logging, then decreases with time as vegetation reoccupies a watershed. This "hydrologic recovery" is related to site quality, which in turn is determined by temperature regime, moisture regime, and soil fertility. Recovery may take 60 to 80 years in high-elevation (ca. >1000 m), interior watersheds of western North America. It may take <25 years in coastal watersheds, although analysis at Alsea Experimental Watershed (Oregon) revealed that mechanisms of streamflow generation and routing had not recovered to predisturbance levels 28 years following clearcut logging (although water yield had recovered) (Stednick 1996).

Soil water storage, interception, and evapotranspiration are reduced when vegetation is killed and organic material on the soil surface is consumed by wildfire (DeBano et al. 1998, Neary et al. 2005b, 2005c). Changes in annual water yields are about the same as those caused by forest harvest, although perhaps greater because fire reduces absorptive soil organic material and kills some of the understory vegetation. Normal patterns of snow accumulation and melt may also be changed. Infiltration may be reduced for several reasons, which in turn may increase overland flow and alter subsurface flow. Changes in these processes result in increased peak flow, altered runoff timing, altered base flow, and probable changes in water quality (table 4). For example, following fires in the Bitterroot Mountains (Montana) in 2000, the 24.5-km$^2$ Laird Creek watershed, of which 30 percent burned with high severity (Nickless et al. 2002), experienced two flood events within 2 days that would have been considered 200- to 500-year floods based on unburned conditions (fig. 6) (Parrett et al. 2004), triggering significant debris flows (fig. 7).

Rvsd Plan - 00005872

*Effects of Timber Harvest Following Wildfire in Western North America*

**Table 4—Summary of changes in hydrologic processes produced by wildland fires**

| Hydrologic process | Type of change | Specific effect |
|---|---|---|
| Interception | Reduced | Less moisture stored<br>Higher runoff in small storms<br>Higher water yield |
| Litter storage of water | Reduced | Less water stored<br>Higher overland flow |
| Transpiration | Temporary elimination | Higher streamflow<br>Higher soil moisture |
| Infiltration | Reduced | Higher overland flow<br>Higher stormflow |
| Streamflow | Changed | Higher in most ecosystems<br>Lower in snow-ominated systems<br>Lower in fog-drip systems |
| Base flow | Changed | Lower (less infiltration)<br>Higher (less evapotranspiration)<br>Summer low flows (+ and -) |
| Stormflow | Increased | Higher volume Higher peak flows<br>Less time to peak flow<br>Higher flash flood frequency<br>Higher flood levels<br>Higher stream erosive power |
| Snow accumulation | Changed | Fires <4 ha, increased snowpack<br>Fires >4 ha, decreased snowpack<br>Higher snowmelt rate<br>Higher evaporation and sublimation |

Source: Neary et al. 2005a.

Rvsd Plan - 00005873



Figure 6—Storm hydrographs from Laird Creek, near Sula, Montana. Adapted from data from the U.S. Geological Survey.



Figure 7—Flood deposits from a Laird Creek tributary blocked the Laird Creek channel following storms of 20–21 July 2001, near Sula, Montana.

Rvsd Plan - 00005874

Unfortunately, little research has been done that directly addresses the additional hydrologic impact of logging beyond the fire itself. Because postfire logging takes place in an environment in which the canopy and soil have already been modified, it is reasonable to conclude that logging will not add significantly to the altered hydrology. However, to the extent that logging results in soil compaction, it may exacerbate enhanced runoff, and soil disturbance is likely to add to the potential for debris movement.

Forest roads, whether built to facilitate postfire logging or not, can exacerbate hydrological effects by concentrating and channelizing surface and subsurface flow. Forest roads are the largest source of erosion and sedimentation in forestry (Rice et al. 1972, Sidle 1980) and may cause as much as 90 percent of total erosion resulting from forest management activities (Megahan 1980). Soil erosion associated with roads is particularly severe during the first year or two after construction, before cut banks and fill slopes have revegetated and stabilized. This may be especially important when roads are built to provide access for postfire logging, because landscape capacity to trap sediments above streams can be greatly reduced following wildfire.

Management of forest roads presents special challenges in the postfire environment. Streamflows typically increase for the first several years following vegetation removal by fire, and a hydrophobic soil layer, if present, can accelerate runoff (DeBano et al. 1998). As a result, culverts that are sized correctly for drainages with intact vegetation may prove inadequate to handle increased runoff. In addition, streams are likely to carry more woody debris and sediment than usual (Klock 1975, McIver and McNeil 2006), increasing the likelihood that culverts may become plugged during storms. This can lead to culvert failure, greatly increasing the quantity of sediment delivered to streams. Even when culverts do not fail, plugging can result in temporary diversion of stream channels and increase sedimentation. Where streams become diverted across roads, increased erosion of road surfaces, cut banks, and fill slopes is almost certain (Furniss et al. 1998, Keller and Sherar 2003).

## Effects of Postfire Timber Harvest on Riparian Systems and Aquatic Ecology

Riparian areas play a critical role in the postfire environment. They are often the least severely burned part of the landscape owing to topography and the cooler temperatures of canyon bottoms. Intact riparian buffers reduce sediment delivery to streams, maintain cooler stream temperatures through shading, and minimize

21

**Protection of residual structures following fire in riparian areas (including smaller streams) is critical for minimizing deleterious effects.**

changes in aquatic habitat for fish and macroinvertebrates (Davies and Nelson 1994), all of which are especially important following wildfire. Vegetation in riparian areas also mitigates the effects of denuded slopes on wildlife by providing habitat for small mammals (Cockle and Richardson 2003), birds (Pearson and Manuwal 2001), and amphibians (Pilliod et al. 2003).

A recent summary of the effects of fire and logging on riparian and aquatic systems (Reeves et al. 2006) concluded that protection of residual structures following fire in riparian areas (including smaller streams) is critical for minimizing deleterious effects. Few data exist on the effects of postfire logging on aquatic ecosystems, although effects can be inferred from the literature on riparian fire (Dwire and Kauffman 2003, Everett et al. 2003), fire effects, and logging effects. Information on the effects of fire on aquatic vertebrates has focused primarily on salmonid fishes (Dunham et al. 2003, Gresswell 1999, Rieman et al. 2003) and to a lesser extent on amphibians (Pilliod et al. 2003). Short-term (<3 years) effects on aquatic vertebrates are generally negative. Severe fires that burn through riparian areas can cause mortality or emigration of fish and other organisms owing to heating and changes in water chemistry (Minshall et al. 1997, Rieman and Clayton 1997). Other potential changes include loss of in-channel wood, loss of vegetation, reduced soil infiltration, increased erosion, changes in timing and amount of runoff, elevated stream temperature, and altered channel morphology (Wondzell and King 2003).

Substantial information exists on the effects of logging on fish and amphibians (Corn and Bury 1989; deMaynadier and Hunter 1995; Hawkins et al. 1982, 1983; Murphy and Hall 1981; Murphy and Koski 1989; Murphy et al. 1981). Most of this literature documents adverse responses, although relationships of specific effects to harvest area and to proximity of logging to streams are poorly quantified. Removal of snags following fire may affect macroinvertebrate (Minshall 2003), fish, and amphibian populations, because large wood recruitment into streams following fire alters channel morphology (e.g., steps, pool habitats), sediment transport, and nutrient cycling (Gregory and Bisson 1996, May and Gresswell 2003). Long-term (>10 years) effects on aquatic systems and biota depend on the context and scale of disturbance (Reeves et al. 2006). Erosion following fires and logging can provide wood and coarse sediment that maintain productive habitats (Reeves et al. 1995), create heterogeneity in channel structure and complexity, and temporarily increase aquatic productivity through nutrient transfer (Minshall 2003). Benthic macroinvertebrate populations recover within a few years after fire (Minshall 2003), and fish communities in Idaho recovered within 10 years after severe fires (Rieman and Clayton 1997).

Rvsd Plan - 00005876

Postfire logging activities such as road building and log skidding can increase surface soil erosion, resulting in increased sedimentation of stream substrates (Church and Eaton 2001, Ketcheson and Megahan 1996, Lee et al. 1997, Rieman and Clayton 1997). High sediment loads can bury fish and amphibian eggs and eliminate protective interstitial cavities used by juvenile fish, larval amphibians, and benthic invertebrates (Beaty 1994, Church and Eaton 2001, Gillespie 2002, Minshall et al. 1997). Mass wasting and debris flows, often associated with structural failure of roads or removal of trees near drainage headwalls are the most damaging to stream habitat. If postfire management activities alter aquatic system recovery processes in terms of physical and biological landscape elements (e.g., wood in streams) and frequency and severity of natural disturbance, those activities can delay development of late-successional conditions (Beschta et al. 2004). Conversely, management activities that complement ecosystem recovery processes may help minimize long-term damage to aquatic systems (Reeves et al. 2006).

## Effects of Postfire Timber Harvest on Terrestrial Wildlife

The effects of postfire logging on terrestrial wildlife species depend on characteristics of the animal as well as characteristics of the environment. Most studies infer causes of observed postfire and postharvest patterns from life history traits and habitat relationships, with changes in wildlife abundance mediated by changes in vegetation composition and structure (Bunnell 1995, Pilliod et al. 2003, Saab and Powell 2005, Smith 2000). In general, arboreal species associated with closed forest canopies decline following crown fires, and species associated with open forest conditions and snags increase (Hutto 1995, Kotliar et al. 2002, Pilliod et al. 2006, Saab et al. 2005). Terrestrial species dependent on shrub and herb understories for food and cover (e.g., ungulates) generally benefit from increased diversity of understories following fire, although species associated with woody debris may decrease in the short term until new down wood is recruited (Lyon and Smith 2000, Pilliod et al. 2006). Depending on species tolerance to postfire conditions, recolonization of a burned forest may occur within days or years (Lehmkuhl 2005). If only low-quality habitat is available, an animal may remain in unburned forest patches or move elsewhere until conditions become favorable.

In general, fire has a positive or neutral effect on cavity nesting birds, whereas postfire logging has a negative effect on most of these species (table 5). There is evidence that Lewis' woodpecker (*Melanerpes lewis*) may benefit from limited postfire logging that accelerates the development of open stands (Haggard and

23

**Table 5—Summary of responses of cavity-nesting bird species to fire, timber harvest, and postfire timber harvest, including supporting evidence[a]**

| Species | Fire | Timber harvest | Fire and timber harvest | Citation |
|---|---|---|---|---|
| Black-backed woodpecker (*Picoides arcticus*) | Positive (12) | Negative (10) | Negative (3) | Caton 1996, Hitchcox 1996, Hobson and Schieck 1999, Hutto 1995, Imbeau et al. 1999, Kotliar et al. 2002, Kreisel and Stein 1999, Saab and Dudley 1998, Saab et al. 2004, Stepnisky 2003 |
| Downy woodpecker (*P. pubescens*) | Neutral (6), occasionally positive (2) | Neutral (11), occasionally negative (1) | Neutral (4), occasionally negative (1) | Caton 1996, Franzreb and Ohmart 1978, Greenberg et al. 1995, Hitchcox 1996, Hobson and Schieck 1999, Hutto 1995, Stepnisky 2003 |
| Hairy woodpecker (*P. villosus*) | Positive (11), especially 1 to 2 years postfire (2) | Positive (9) | Negative (4) | Caton 1996, Franzreb and Ohmart 1978, Hitchcox 1996, Hobson and Schieck 1999, Hutto 1995, Johnson and Wauer 1996, Kotliar et al. 2002, Kreisel and Stein 1999, Saab and Dudley 1998, Saab et al. 2004, Stepnisky 2003 |
| Three-toed woodpecker (*P. tridactylus*) | Positive (10), especially 1 to 2 years postfire (2) | Negative (9), occasionally neutral (1) | Negative (2) | Caton 1996, Franzreb and Ohmart 1978, Hitchcox 1996, Hobson and Schieck 1999, Hutto 1995, Imbeau et al. 1999, Johnson and Wauer 1996, Kotliar et al. 2002, Kreisel and Stein 1999, Stepnisky 2003 |
| White-headed woodpecker (*P. albolarvactus*) | Negative (1) | Negative (1) | Negative (1) | Garrett et al. 1996 |
| Lewis' woodpecker (*Melanerpes lewis*) | Positive (1) | | Positive (2) | Hitchcox 1996, Johnson and Wauer 1996, Saab and Dudley 1998, Saab et al. 2004 |
| Mountain bluebird (*Sialia currucoides*) | Positive (9) | Positive (7) or neutral (1) | Negative (4) | Caton 1996, Hitchcox 1996, Hobson and Schieck 1999, Hutto 1995, Johnson and Wauer 1996, Kotliar et al. 2002, Raphael and White 1984, Saab and Dudley 1998, Saab et al. 2004 |
| Western bluebird (*S. mexicana*) | Neutral (5), occasionally positive or negative (1) | Neutral (9) | | Hutto 1995, Johnson and Wauer 1996 |
| Northern flicker (*Colaptes auratus*) | Neutral (7), occasionally positive (5) or negative (1) | Neutral (9), occasionally positive (1) | Neutral (1) | Franzreb and Ohmart 1978, Greenberg et al. 1995, Hobson and Schieck 1999, Horton and Mannan 1988, Hutto 1995, Kotliar et al. 2002 |

Note: All responses indicate number of studies that found an effect (usually $p < 0.05$) on abundance or occurrence compared with unburned or unharvested plots. Neutral indicates no significant effect ($p > 0.05$) of fire or timber harvest; this category is likely underrepresented in the literature. See Hutto (1995) and Kotliar et al. (2002) for additional references.

[a] Number of studies listed in parentheses.

Gaines 2001, Saab et al. 2002), although Hutto and Gallo (2006) found no significant effect. In contrast, black-backed woodpeckers (*Picoides arcticus*) and three-toed woodpeckers (*P. tridactylus*) are associated with dense stands of snags, and postfire logging likely would be detrimental to their occupation of the site (Hutto and Gallo 2006, Saab and Dudley 1998, Saab et al. 2002). Providing a mix of open and dense snag stands, either through retention of natural patchiness or by logging, may increase the abundance and diversity of cavity-nesting species over the short term (ca. 5 year) (Haggard and Gaines 2001, Saab and Dudley 1998).

Traditional snag retention guidelines are based on the notion that snag harvest that targets tree species and smaller trees with little cavity-excavation value might have minimal effects on nesting potential. Tree species such as subalpine fir and lodgepole pine create hard snags that mostly fall entire (Everett et al. 1999) and are little used for cavity excavation (Lehmkuhl et al. 2003), although they appear to have value for feeding of beetles and birds (Hutto 2006). Snags <25 cm d.b.h. are generally too small for nests of cavity-excavating birds (Rose et al. 2001). If snags are very dense, then removal of some snags may have little effect (Mellen et al. 2002), especially where the density of primary cavity-nesting birds is limited by territorial behavior (Bunnell 1995, Raphael and White 1984). However, that relationship would not be expected to hold for subsequent use by secondary cavity-nesting birds and mammals (Raphael and White 1984) or where nest density is limited by insect food sources during the first 5 years after fire when bark beetles and wood-boring beetles attract insectivorous birds (Hutto and Gallo 2006, Lehmkuhl et al. 2003). Snag density guidelines for individual species closely associated with postfire habitats could facilitate management of multiple species (Hutto 2006).

Postfire logging can alter the abundance of large woody debris (fig. 1), which provides important habitat for many wildlife species (Bull 2002; Bull et al. 1997; Bunnell et al. 2002; Maser et al. 1979; Pilliod et al. 2003, 2006). Large woody debris provides (1) increased abundance of insects (Koenigs et al. 2002) used by foraging birds, bears, and other insectivores; (2) denning and foraging areas for forest carnivores; (3) cover and fungal fruiting bodies for food for small mammals; (4) basking sites and cover for reptiles; and (5) moist microhabitats for salamanders. Postfire logging initially increases the amount of small-diameter wood (slash), but large woody debris declines over decades as fewer snags are available to replace wood lost to decomposition (fig. 1). Lack of large woody debris may alter species occurrence or abundance of some wildlife species in regenerating forests

25

**Good postfire snag habitat occurs where (1) management actions promote tree species and large size classes favored for cavity excavation, (2) patchiness in stand densities provides postfire habitats for different species, and (3) defective trees that provide immediate postfire cavity excavation opportunities are created and retained.**

following postfire logging, depending on stand conditions and number of snags removed, although it is difficult to quantify thresholds of down wood abundance relative to wildlife habitat quality. For example, in ponderosa pine forests of central Oregon, golden-mantled ground squirrel (*Spermophilus lateralis*) density and survival were lower in stands with low levels of down wood (16 m³/ha) than with high levels of down wood (118 m³/ha), although this pattern was not observed for yellow-pine chipmunk (*Tamias amoenus*) or deer mouse (*Peromyscus maniculatus*) (Smith and Maguire 2004).

Good postfire snag habitat occurs where (1) management actions promote tree species and large size classes favored for cavity excavation, (2) patchiness in stand densities provides postfire habitats for different species, and (3) defective trees that provide immediate postfire cavity excavation opportunities are created and retained. Attaining desired size, density, and distributions of snags and down wood is an important consideration for short-term postfire management (fig. 8). Managing for longevity of snag habitats helps to minimize the "snag gap" from the time when snag abundance falls below a habitat-use threshold to the creation of new snags in the burned landscape with regenerating trees (Everett et al. 1999, McIver and Ottmar 2007, Saab and Dudley 1998).



Figure 8—Distribution of density classes for snags ≥25 cm d.b.h. in unlogged and unburned ponderosa pine/Douglas-fir forest wildlife habitat and large-tree structural class based on 73 inventory plots. Derived with the program DecAID (Mellen et al. 2002; accessed online May 2006).

Rvsd Plan - 00005880

Managing for forest conditions characteristic of different fire severities may support the most bird species because different species respond positively to different fire severities (Smucker et al. 2005). For example, large-scale stand-replacement fires may negatively affect spotted owl (*Strix occidentalis*) populations in dry forests (Gaines et al. 1997), but habitat patchiness created by small stand-replacement fires or fires with both high and low severity may be beneficial (Bond et al. 2002). Assuming that species are adapted to persist across large landscapes, a parsimonious guideline for estimating "how much is enough" is to manage for a specified tolerance level of snag or down wood availability (Mellen et al. 2002) (fig. 9) within a known range of variability (Agee 2003, Hessburg et al. 1999, Landres et al. 1999).



Figure 9—Cumulative bird species curves for density of snags ≥25 cm d.b.h. at 30 percent, 50 percent, and 80 percent tolerance levels for the post wildfire ponderosa pine/Douglas-fir wildlife habitat of eastern Washington and Oregon. Tolerance levels are statistical estimates of the percentage of individuals in the population that use areas with less than or equal to the indicated snag density. They define the range of management options for maintaining a given percentage (i.e., 30 percent, 50 percent, 80 percent) of the population for different species. For example, the 80 percent tolerance level for BBWO indicates that 80 percent of the individuals in the population have been found to use areas with 300 snags/ha or less. In contrast, 80 percent of LEWO individuals have been found in areas with up to 155 snags/ha. Letter codes mark values for cavity-excavating bird species: WHWO = white-headed woodpecker, LEWO = Lewis' woodpecker, NOFL = northern flicker, WEBL = western bluebird, MOBL = mountain bluebird, HAWO = hairy woodpecker, BBWO = black-backed woodpecker. Derived with the program DecAID (Mellen et al. 2002; accessed online May 2006).

## Conclusions

Possible outcomes ranging from negligible to highly significant can be expected in response to logging following large wildfires. Variation in the biophysical setting of forest landscapes affects the ways in which fire and logging alter physical and biological components of forest ecosystems and natural resource values. Diverse fire phenomena and logging activities further add to variability in specific effects. Despite this variability, several principles about the effects of postfire timber harvest emerge from our review.

- Timing of timber harvest following fire affects the magnitude of ecological and economic effects. Specifically, logging can cause mortality of naturally regenerating trees if it disturbs the soil *after* trees have established, or it can prevent establishment if it removes the seed source prior to dispersal. Mortality of natural regeneration is less consequential if trees are planted to obtain desired species and stem densities. Logging soon after fire provides the highest value of wood for commercial use.

- Crown fire typically reduces the probability of future fire for years to decades. Logging reduces fuel loads over the long term, although its effects on subsequent fire potential may depend on time scale: fine fuels from decaying snags affect potential fire behavior in the short term, whereas large fuels from decaying and falling snags affect the nature of potential fire effects (e.g., smoke production) in the long term. Activity fuels created by postfire logging generally increase fire hazard in the first few years after logging unless those fuels are effectively treated.

- Fire and logging, individually and combined, affect physical, biological, and nutritional properties of soil. Fire removes the protective organic layer and exposes the soil to disturbance and compaction from ground-based logging equipment. Unless logging occurs when soils are dry or mitigation measures are applied, this can exacerbate erosion.

- Large, severe fire reduces water uptake by vegetation, causing streamflow to increase and water quality to decrease, with increased potential for debris movements. Postfire logging and accompanying roads can exacerbate these effects through increased surface-water runoff and soil erosion.

- Short-term effects of removing trees near aquatic systems are mostly negative, and logging and transportation systems that disturb the soil surface or accelerate road-related erosion may be particularly harmful.

Rvsd Plan - 00005882

- Most cavity-nesting birds and other cavity-nesting vertebrates are negatively affected by harvesting large standing dead trees, and possibly small trees in the short term, but effects differ with the habitat requirements of each species and the intensity, pattern, and extent of tree removal.

Incorporating postfire management of forest ecosystems in the broader task of sustainable resource management will reduce perceptions of large fires as "emergencies" or aberrations in long-term planning (Agee 2002a) Forest ecosystems in western North America will continue to experience large fires, and larger expanses of forests will likely burn in a warmer climate (McKenzie et al. 2004). Therefore, management of postfire environments will be facilitated if planning documents that articulate postfire management options are in place in anticipation of a large fire, thus allowing for timely implementation of appropriate actions. Comparing risks associated with no action and with alternative management actions can help clarify postfire decisionmaking. It is especially important that fire management and silviculture are integrated with respect to scientific concepts and on-the-ground applications, because management of forest structural characteristics affects long-term patterns of fuels and fire hazard (Graham et al. 1999, Peterson et al. 2005). Similarly, coordination with wildlife biologists and vegetation biologists is helpful because management of forest structure affects wildlife habitat and biological diversity.

No single decision-support system exists for selecting alternatives for postfire management. Most existing tools are designed for a single resource–vegetation, fuels, soils, water, or wildlife–without much integration. Therefore, integration is the responsibility of resource management staff, preferably in consultation with local scientists. It remains to be seen whether a useful decision-support system for postfire management that includes all resources will be developed. Until then, adaptive management will facilitate the evaluation of long-term effects of different alternatives.

Harvesting timber following fire is usually an economic undertaking and rarely a restorative activity in the sense of ecological restoration (Society for Ecological Restoration International Science and Policy Working Group 2004). Postfire harvest may fit into an effective restoration strategy if management pathways for attaining desired combinations of species, forest structure, and ecological functions are specified. Clearly stated management objectives–which may include short- and long-term physical, biological, and economic components–are an important guide for logging or any other activity following a large wildfire.

**Incorporating postfire management of forest ecosystems in the broader task of sustainable resource management will reduce perceptions of large fires as "emergencies" or aberrations in long-term planning.**

A better understanding is needed of scale-related issues to reduce scientific uncertainty about the effects of postfire logging. First, more data are needed on the effects of different levels of (live and dead) tree retention, including variable densities (clumps). Second, more information is needed on how the proportion of harvest area relative to total fire area affects the magnitude of change in different resources. Finally, longer time series (10+ years after fire) of data on the effects of postfire logging are needed to accurately quantify long-term resource responses.

Large wildfires are opportunities to implement long-term management experiments to improve the scientific basis for decisionmaking. A network of sites would ensure (1) consistent application of scientific principles, (2) robust statistical design and analysis, (3) central management of data to ensure data quality and security, and (4) rapid dissemination of results. Potential treatments would include time since fire (e.g., <1 year, 3 years), postharvest stand density (e.g., high [no harvest], moderate, low), and fuel treatment (e.g., none vs. effective removal of fine fuels). Important issues addressed by response variables would include vegetation composition and productivity; silvicultural treatments and outcomes; spatial and temporal patterns of fuels and fire hazard; effects on local hydrology; effects on soils, biogeochemical cycling, and carbon; and habitat for birds, small mammals, amphibians, and aquatic organisms. Such experiments would ideally continue for at least 10+ years (and preferably much longer) to capture temporal trends in postfire and postharvest responses. Sampling intensity and frequency would initially be high, but could decrease over time depending on trends in the data.

## Acknowledgments

We thank Susan Conard, Edward DePuit, Daniel Donato, James McIver, David W. Peterson, David Powell, Kevin Ryan, Carl Skinner, John Townsley, Cynthia West, and three anonymous reviewers for helpful comments on an earlier draft of the manuscript. Kelly O'Brian assisted with graphics. Ellen Eberhardt and Patricia Loesche assisted with editing.

Rvsd Plan - 00005884

## English Equivalents

| When you know: | Multiply by: | To find: |
|---|---|---|
| Centimeters (cm) | 0.394 | Inches |
| Kilometers (km) | .621 | Miles |
| Square kilometers ($km^2$) | 10.76 | Square feet |
| Hectares (ha) | 2.47 | Acres |
| Cubic meters per second | 35.31 | Cubic feet per second |
| Cubic meters per hectare | 35.3 | Cubic feet per acre |
| Kilograms per cubic meter ($kg/m^3$) | .0624 | Pounds per cubic foot |
| Kilograms per hectare (kg/ha) | .893 | Pounds per acre |
| Megagrams per hectare (Mg/ha) | .446 | Tons per acre |

## References

**Agee, J.K. 1993.** Fire ecology of Pacific Northwest forests. Washington, DC: Island Press. 493 p.

**Agee, J.K. 2002a**. The fallacy of passive management. Conservation Biology in Practice. 3: 18–25.

**Agee, J.K. 2002b**. Fire as a coarse filter for snags and logs. In: Laudenslayer, W.F., Jr.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. cords. Proceedings of the symposium on the ecology and management of dead wood in western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 359–368. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

**Agee, J.K. 2003.** Historical range of variability in eastern Cascades forests, Washington, USA. Landscape Ecology. 18: 725–740.

**Agee, J.K.; Huff, M.H. 1987.** Fuel succession in a western hemlock/Douglas-fir forest. Canadian Journal of Forest Research. 17(7): 697–704.

**Agee, J.K.; Wright, C.B.; Williamson, N.; Huff, M.H. 2002.** Foliar moisture content of Pacific Northwest vegetation and its relation to wildland fire behavior. Forest Ecology and Management. 167: 57–62.

**Amman, G.D.; Ryan, K.C. 1991.** Insect infestation of fire-injured trees in the Greater Yellowstone area. Res. Note INT-398. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 11 p.

**Baird, M.; Zabowski, D.; Everett, R.L. 1999.** Wildfire effects on carbon and nitrogen in inland coniferous forests. Plant and Soil. 209: 233–243.

**Beaty, K.G. 1994.** Sediment transport in a small stream following two successive forest fires. Canadian Journal of Fisheries and Aquatic Sciences. 51: 2723–2733.

**Beschta, R.L.; Rhodes, J.J.; Kauffman, J.B.; Gresswell, R.E.; Minshall, G.W.; Karr, J.R.; Perry, D.A.; Hauer, F.R.; Frissell, C.A. 2004.** Postfire management on forested public lands of the Western United States. Conservation Biology. 18: 957–967.

**Blake, J.G. 1982.** Influence of fire and logging on nonbreeding bird communities of ponderosa pine forests. Journal of Wildlife Management. 46: 404–415.

**Bond, M.L.; Gutierrez, R.J.; Franklin, A.B.; LaHaye, W.S.; May, C.A.; Seamans, M.E. 2002.** Short-term effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproductive success. Wildlife Society Bulletin. 30: 1022–1028.

**Bosch, J.M.; Hewlett, J.D. 1982.** A review of catchment experiments to determine the effect of vegetation changes on water yield and evapotranspiration. Journal of Hydrology. 55: 3–23.

**Brown, J.K.; Reinhardt, E.D.; Kramer, K.A. 2003.** Coarse woody debris: managing benefits and fire hazard in the recovering forest. Gen. Tech. Rep. RMRS-GTR-105. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 16 p. http://www.treesearch.fs.fed.us/pubs/5585. (28 April 2008).

**Bull, E.L. 2002.** The value of coarse woody debris to vertebrates in the Pacific Northwest. In: Laudenslayer, W.F., Jr.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. coords. Proceedings of the symposium on the ecology and management of dead wood in Western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 171–178. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

Rvsd Plan - 00005886

**Bull, E.L.; Parks, C.G.; Torgersen, T. 1997.** Trees and logs important to wild-life in the interior Columbia River basin. Gen. Tech. Rep. PNW-GTR-391. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 55 p. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

**Bunnell, F.L. 1995.** Forest-dwelling vertebrate faunas and natural fire regimes in British Columbia: patterns and implications for conservation. Conservation Biology. 9: 636–644.

**Bunnell, F.L.; Houde, I.; Johnston, B.; Wind, W. 2002.** How dead trees sustain live organisms in western forests. In: Laudenslayer, W.F., Jr.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. cords. Proceedings of the symposium on the ecology and management of dead wood in western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 291–318. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

**Caton, E.L. 1996.** Effects of fire and salvage logging on the cavity-nesting bird community in northwestern Montana. Missoula, MT: University of Montana. 115 p. Ph.D. dissertation.

**Chou, Y.H.; Conard, S.G.; Wohlgemuth, P.M. 1994a.** Analysis of postfire salvage logging, watershed characteristics, and sedimentation in the Stanislaus National Forest. In: Proceedings of the 14th annual ESRI user conference. Redlands, CA: Environmental Systems Research Institute: 492–499.

**Chou, Y.H.; Conard, S.G.; Wohlgemuth, P.M. 1994b.** Postfire salvage logging variables and basin characteristics related to sedimentation, Stanislaus National Forest, California. In: Proceedings of the GIS '94 symposium. Vancouver, BC: Reid, Collins, and Associates: 873–878.

**Church, M.; Eaton, B. 2001.** Hydrological effects of forest harvest in the Pacific Northwest. Riparian Decision Tool Tech. Rep. 3. Vancouver, BC: University of British Columbia. 56 p. http://www.llbc.leg.bc.ca/public/PubDocs/bcdocs/370036/Jun01.pdf. (16 March 2008).

**Cockle, K.L.; Richardson, J.S. 2003.** Do riparian buffer strips mitigate the impacts of clearcutting on small mammals? Biological Conservation. 113: 133–140.

**Cole, D.W.; Gessel, S.P. 1992.** Fundamentals of plant nutrition. In: Chappell, H.N.; Weetman, G.F.; Miller, R.E., eds. Forest fertilization: sustaining and improving nutrition and growth of Western forests. Institute of Forest Resources Contribution 73. Seattle, WA: University of Washington, College of Forest Resources: 7–16.

**Corn, P.S.; Bury, R.B. 1989.** Logging in western Oregon: responses of headwater habitats and stream amphibians. Forest Ecology and Management. 29: 39–57.

**Davies, P.E.; Nelson, M. 1994.** Relationships between riparian buffer widths and the effects of logging on stream habitat, invertebrate community composition and fish abundance. Australian Journal of Marine and Freshwater Research. 45: 1289–1305.

**DeBano, L.F. 1981.** Water repellent soils: a state-of-the-art review. Gen. Tech. Rep. PSW-46. Berkeley, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station. 25 p. http://www.treesearch.fs.fed.us/pubs/26997. (28 April 2008).

**DeBano, L.F. 2000.** Fire-induced water repellency: an erosional factor in wildland environments. In: Ffolliott, P.F.; Baker, M.B.; Edminster, C.B.; Dillon, M.C.; Mora, K.L., tech. coords. Land stewardship in the 21st century: the contributions of watershed management. Proc. RMRS-P-13. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 307—310. http://www.treesearch.fs.fed.us/pubs/4695. (28 April 2008).

**DeBano, L.F.; Neary, D.G.; Ffolliott, P.F. 1998.** Fire's effects on ecosystems. New York: John Wiley & Sons. 333 p.

**DeLuca, T.H.; Zouhar, K.L. 2000.** Effects of selection harvest and prescribed fire on the soil nitrogen status of ponderosa pine forests. Forest Ecology and Management. 138: 263–271.

**deMaynadier, P.G.; Hunter, M.L. 1995.** The relationship between forest management and amphibian ecology: a review of the North American literature. Environmental Review. 3: 230–261.

**Donato, D.C.; Fontaine, J.B.; Campbell, J.L.; Robinson, W.D.; Kauffman, J.B.; Law, B.E. 2006.** Post-wildfire logging hinders regeneration and increases fire risk. Science. 311: 352.

**Dunham, J.B.; Young, M.; Gresswell, R.; Rieman, B.E. 2003.** Effects of fire on fish populations: landscape perspectives on persistence of native fishes and non-native fish invasions. Forest Ecology and Management. 178: 183–196.

**Dwire, K.A.; Kauffman, J.B. 2003.** Fire and riparian ecosystems in landscapes of the Western USA. Forest Ecology and Management. 178: 61–74.

**Dykstra, D.P. 1976.** Cable, balloon, and helicopter yarding compared for partial cutting and clearcutting in old-growth Douglas-fir. Resour. Bull. PNW-RP-22. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. http://ir.library.oregonstate.edu/dspace/bitstream/1957/7904/1/RB_no_22.pdf. (11 July 2008).

**Dyrness, C.T.; Van Cleve, K.; Levison, J.D. 1989.** The effect of wildfire on soil chemistry in four forest types of interior Alaska. Canadian Journal of Forest Research. 19(11): 1389–1396.

**Edmonds, R.L.; Agee, J.K.; Gara, R.I. 2005.** Forest health and protection. Long Grove, IL: Waveland Press. 648 p.

**Everett, R.; Lehmkuhl, J.; Schellhaas, R.; Ohlson, P.; Keenum, D.; Reisterer, H.; Spurbeck, D. 1999.** Snag dynamics in a chronosequence of 26 wildfires on the east slope of the Cascade Range in Washington State, USA. International Journal of Wildland Fire. 9: 223–234.

**Everett, R.L.; Schellhaas, R.; Keenum, D.; Spurbeck, D.; Ohlson, P. 2000.** Fire history in the ponderosa pine/Douglas-fir forests on the east slope of the Washington Cascades. Forest Ecology and Management. 129: 207–225.

**Everett, R.L.; Schellhaas, R.; Ohlson, P.; Spurbeck, D.; Keenum, D. 2003.** Continuity in fire disturbance between riparian and adjacent sideslope Douglas-fir forests. Forest Ecology and Management. 175: 31–47.

**Farris, K.L.; Huss, M.J.; Zack, S. 2004.** The role of foraging woodpeckers in the decomposition of ponderosa pine snags. Condor. 106: 50–59.

**Franzreb, K.E.; Ohmart, R.D. 1978.** The effects of timber harvesting on breeding birds in a mixed-coniferous forest. Condor. 80: 431–441.

**Frelich, L.E.; Reich, P.B. 1995.** Spatial patterns and succession in a Minnesota southern boreal forest. Ecological Monographs. 65: 325–346.

35

**Froehlich, H.A.; McNabb, D.H. 1984.** Minimizing soil compaction in Pacific Northwest sites. In: Stone, E.L., ed. Forest soils and treatment impacts. Knoxville, TN: University of Tennessee, Department of Forestry, Wildlife and Fisheries: 159–192.

**Furniss, M.J.; Ledwith, T.S.; Love, M.A.; McFadin, B.C.; Flanagan, S.A. 1998.** Response of road-stream crossings to large flood events in Washington, Oregon, and northern California. 9877 1806—SDTDC. San Dimas, CA: U.S. Department of Agriculture, Forest Service, Technology and Development Program. 14 p.

**Furniss, R.L.; Carolin, V.M. 1977.** Western forest insects. Misc. Publ. 1339. Washington, DC: U.S. Department of Agriculture, Forest Service. 654 p.

**Gaines, W.L.; Strand, R.; Piper, S. 1997.** Effects of the Hatchery Complex fires on the northern spotted owls in the eastern Washington Cascades. In: Proceedings—Fire effects on rare and endangered species and habitats conference. Fairfield, WA: International Association of Wildland Fire: 123–130.

**Garrett, K.L.; Raphael, M.G.; Dixon, R.D. 1996.** White-headed woodpecker (*Picoides albolarvatus*). In: Poole, A.; Gill, F., eds. The birds of North America, No. 252. Philadelphia, PA: Academy of Natural Sciences.

**Gillespie, G.R. 2002.** Impacts of sediment loads, tadpole density, and food type on the growth and development of tadpoles of the spotted tree frog *Litoria spenceri*: an in-stream experiment. Biological Conservation. 106: 141–150.

**Gomez, G.A.; Powers, R.F.; Singer, M.J.; Horwath, W.R. 2002.** Soil compaction effects on growth of young ponderosa pine following litter removal in California's Sierra Nevada. Soil Science Society of America Journal. 66: 1334–1343.

**Graham, R.T.; Harvey, A.E.; Jain, T.B.; Tonn, J.R. 1999.** The effects of thinning and similar stand treatments on fire behavior in Western forests. Gen. Tech. Rep. PNW-GTR-463. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 27 p. http://www.treesearch.fs.fed.us/pubs/2979. (28 April 2008).

**Graham, R.T.; McCaffrey, S.; Jain, T.B. 2004.** Science basis for changing forest structure to modify wildfire behavior and severity. Gen. Tech. Rep. RMRS-GTR-120. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 43 p. http://www.treesearch.fs.fed.us/pubs/6279. (28 April 2008).

**Greenberg, C.H.; Harris, L.D.; Neary, D.G. 1995.** A comparison of bird communities in burned and salvage-logged, clearcut, and forested Florida sand pine scrub. Wilson Bulletin. 197: 40–54.

**Greene, D.F.; Gauthier, S.; Noel, J.; Rousseau, M.; Bergeron, Y. 2006.** A field experiment to determine the effects of postfire salvage on seedbeds and tree regeneration. Frontiers in Ecology and the Environment. 4: 69–74.

**Greenlee, D.; Greenlee, J. 2002.** Changes in fire hazard as a result of the Cerro Grande Fire. Fire Management Today. 62: 15–21.

**Gregory, S.V.; Bisson, P.A. 1996.** Degradation and loss of anadromous salmonid habitat in the Pacific Northwest. In: Stouder, D.; Naiman, R.J., eds. Pacific salmon and their ecosystems: status and future options. New York: Springer-Verlag: 277–314.

**Gresswell, R.E. 1999.** Fire and aquatic ecosystems in forested biomes of North America. Transactions of the American Fisheries Society. 128: 193–221.

**Grifantini, M.C. 1990.** Early-seral changes following wildfire, salvage-logging and reforestation, Klamath Mountains, CA. Arcata, CA: Humboldt State University. 47 p. M.S. thesis.

**Grifantini, M.C.; Stuart, J.D.; Fox, L. 1992.** Deer habitat changes following wildfire, salvage logging and reforestation, Klamath Mountains, California. In: Harris, R.R.; Erman, D.C.; Kerner, H.M., [eds]. Proceedings of the symposium on biodiversity of northwestern California, Report 29. Berkeley, CA: University of California, Wildland Resources Center: 163–167.

**Haase, S.M.; Sackett, S.S. 1998.** Effects of prescribed fire in giant sequoia-mixed conifer stands in Sequoia and Kings Canyon National Parks. In: Pruden, T.L.; Brennan, L.A., eds. Proceedings 20th Tall Timbers fire ecology conference. Tallahassee, FL: Tall Timbers Research Station: 236–243.

**Hadfield, J.; Magelssen, R. 2006.** Wood changes in fire-killed tree species in eastern Washington. Wenatchee, WA: U.S. Department of Agriculture, [Forest Service], Okanogan and Wenatchee National Forests. http://www.fs.fed.us/r6/nr/fid/pubsweb/wood-changes.pdf. (27 March 2008).

**Haggard, M.; Gaines, W.L. 2001**. Effects of stand-replacement fire and salvage logging on a cavity-nesting bird community in eastern Cascades, Washington. Northwest Science. 75: 387–396.

37

**Hanson, J.J.; Stuart, J.D. 2005.** Vegetation responses to natural and salvage logged fire edges in Douglas-fir/hardwood forests. Forest Ecology and Management. 214: 266–278.

**Harmon, M.E.; Franklin, J.F.; Swanson, F.J.; Sollins, P.; Gregory, S.V.; Lattin, J.D.; Anderson, N.H.; Cline, S.P.; Aumen, N.G.; Sedell, J.R.; Lienkaemper, G.W.; Cromack, K.; Cummins, K.W. 1986.** Ecology of coarse woody debris in temperate ecosystems. Advances in Ecological Research. 15: 133–302.

**Hawkins, C.P.; Murphy, M.L.; Anderson, N.H. 1982.** Effects of canopy, substrate composition, and gradient on the structure of macroinvertebrate communities in Cascade Range streams of Oregon. Ecology. 63: 1840–1856.

**Hawkins, C.P.; Murphy, M.L.; Anderson, N.H.; Wilzbach, M.A. 1983.** Density of fish and salamanders in relation to riparian canopy and physical habitat in streams of the Northwestern United States. Canadian Journal of Fisheries and Aquatic Sciences. 40: 1173–1185.

**Hejl, S.; McFadzen, M. 1998.** Maintaining fire-associated bird species across forest landscapes in the northern Rockies; final report INT-99543-RJVA. On file with: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Forest Sciences Laboratory, Missoula, MT 59801.

**Helvey, J.D. 1980.** Effects of a north central Washington wildfire on runoff and sediment production. Water Resources Bulletin. 16: 627–634.

**Helvey, J.D.; Tiedemann, A.R.; Anderson, T.D. 1985.** Plant nutrient losses by soil erosion and mass movement after wildfire. Journal of Soil and Water Conservation. 40: 168–173.

**Hessburg, P.F.; Smith, B.G.; Salter, R.B. 1999.** Detecting change in forest spatial patterns from reference conditions. Ecological Applications. 9: 1232–1252.

**Hitchcox, S.M. 1996.** Abundance and nesting success of cavity-nesting birds in unlogged and salvage-logged burned forest in northwestern Montana. Missoula, MT: University of Montana. 89 p. M.S. thesis.

**Hobson, K.A.; Schieck, J. 1999.** Changes in bird communities in boreal mixedwood forest: harvest and wildfire effects over 30 years. Ecological Applications. 9: 849–863.

**Horton, S.P.; Mannan, R.W. 1988.** Effects of prescribed fire on snags and cavity-nesting birds in southeastern Arizona pine forests. Wildlife Society Bulletin. 16: 37–44.

**Hunter, M.L. 1999.** Maintaining biodiversity in forest ecosystems. West Nyack, NY: Cambridge University Press. 698 p.

**Hutto, R.L. 1995.** Composition of bird communities following stand-replacement fires in northern Rocky Mountain (USA) conifer forests. Conservation Biology. 9: 1041–1058.

**Hutto, R.L. 2006.** Toward meaningful snag-management guidelines for postfire salvage logging in North American conifer forests. Conservation Biology. 20: 984–993.

**Hutto, R.L.; Gallo, S.M. 2006.** The effects of postfire salvage logging on cavity-nesting birds. Condor. 108: 817–831.

**Imbeau, L.; Savard, J-P.L.; Gagnon, R. 1999.** Comparing bird assemblages in successional black spruce stands originating from fire and logging. Canadian Journal of Zoology. 77: 1850–1860.

**Isaac, L. 1940.** Vegetation succession following logging in the Douglas-fir region with special reference to fire. Journal of Forestry. 38: 716–721.

**Jain, T.B.; Graham, R.T.; Morgan, P. 2004.** Western white pine growth relative to forest openings. Canadian Journal of Forest Research. 34(11): 2187–2198.

**Johnson, D.W.; Murphy, J.F.; Susfalk, R.B.; Caldwell, T.G.; Miller, W.W.; Walker, R.F.; Powers, R.F. 2005.** The effects of wildfire, salvage logging, and postfire N-fixation on the nutrient budgets of a Sierran forest. Forest Ecology and Management. 220: 155–165.

**Johnson, M.C.; Peterson, D.L.; Raymond, C.L. 2007.** Guide to fuel treatments in dry forests of the Western United States: assessing forest structure and fire hazard. Gen. Tech. Rep. PNW-GTR-686. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 322 p. http://www.treesearch.fs.fed.us/pubs/27293. (28 April 2008).

**Johnson, T.; Wauer, R.H. 1996.** Avifaunal response to the 1977 La Mesa Fire. In: Allen, C.D., tech. ed. Fire effects in southwestern forests: proceedings of the second La Mesa Fire symposium. Gen. Tech. Rep. RM-GTR-286. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station: 70–94.

**Keller, G.; Sherar, J. 2003.** Low-volume road engineering: best management practices: field guide. Blacksburg, VA: Conservation Management Institute, Virginia Polytechnic Institute and State University. 24 p. http://ntl.bts.gov/ruraltransport/card_view.cfm?docid=24650. (4 May 2006).

**Ketcheson, G.L.; Megahan, W.F. 1996.** Sediment production and downslope sediment transport from forest roads in granitic watersheds. Res. Pap. INT-RP-486. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 11 p.

**Khetmalas, M.B.; Egger, K.N.; Massicotte, H.B.; Tackaberry, L.E.; Clapperton, M.J. 2002.** Bacterial diversity associated with subalpine fir (*Abies lasiocarpa*) ectomycorrhizae following wildfire and salvage-logging in central British Columbia. Canadian Journal of Microbiology. 48(7): 611–625.

**Kimmey, J.W. 1955.** Rate of deterioration of fire-killed timber in California. Circ. 962. Washington, DC: U.S. Department of Agriculture, Forest Service. 22 p.

**Kimmey, J.W.; Furniss, R.L. 1943.** Deterioration of fire-killed Douglas-fir. Tech. Bull. 851. Washington, DC: U.S. Department of Agriculture. 61 p.

**Kimmins, J.P.; Binkley, D.; Chatarpaul, L.; de Catanzaro, J. 1985.** Biogeochemistry of temperate forest ecosystems: literature on inventories and dynamics of biomass and nutrients. Info. Rep. PI-X-47E/F. Chalk River, ON: Canadian Forestry Service, Petawawa National Forest Institute. 124 p.

**Klock, G.O. 1975.** Impact of postfire salvage logging systems on soils and vegetation. Journal of Soil Water Conservation. 30: 78–81.

**Koenigs, E.; Shea, P.J.; Borys, R.; Haverty, M.I. 2002.** An investigation of the insect fauna associated with coarse woody debris of *Pinus ponderosa* and *Abies concolor* in northeastern California. In: Laudenslayer, W.F., Jr.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. cords. Proceedings of the symposium on the ecology and management of dead wood in Western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 97–110. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

**Kotliar, N.B.; Hejl, S.J.; Hutto, R.L.; Saab, V.A.; Melcher, C.P.; McFadzen, M.E. 2002.** Effects of fire and postfire salvage logging on avian communities in conifer-dominated forests of the Western United States. Studies in Avian Biology. 25: 49–64.

Rvsd Plan - 00005894

**Kreisel, I.J.; Stein, S.J. 1999.** Bird use of burned and unburned coniferous forests during winter. Wilson Bulletin. 111: 243–250.

**Landres, P.B.; Morgan, P.; Swanson, F.J. 1999.** Overview of the use of natural variability concepts in managing ecological systems. Ecological Applications. 9: 1179–1188.

**Lee, D.; Sedell, J.; Rieman, B.; Thurow, R.; Williams, J. 1997.** Broad-scale assessment of aquatic species and habitats. In: Quigley, T.M.; Arbelbide, S.J., tech. eds. An assessment of ecosystem components in the interior Columbia basin and portions of the Klamath and Great Basins. Gen. Tech. Rep. PNW-GTR-405. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. (Quigley, T.M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment). Vol. 1. Chap. 4. http://www.treesearch.fs.fed.us/pubs/24921. (28 April 2008).

**Lehmkuhl, J.F. 2005.** Wildlife adaptations and management in eastside interior forests with mixed-severity fire regimes. In: Taylor, L.; Zelnik, J.; Cadwallader. S.; Hughes, B., comp. eds. Mixed-severity fire regimes: ecology and management: symposium proceedings. Association for Fire Ecology Misc. Publ. 3. Pullman, WA: Washington State University: 177–186.

**Lehmkuhl, J.F.; Everett, R.L.; Schellhaas, R.; Ohlson, P.; Keenum, D.; Riesterer, H.; Spurbeck, D. 2003.** Cavities in snags along a wildfire chronosequence in eastern Washington. Journal of Wildlife Management. 67: 219–228.

**Lindenmayer, D.B.; Burton, P.J.; Franklin, J.F. 2008.** Salvage logging and its ecological consequences. Washington, DC: Island Press. 227 p.

**Lindenmayer, R.F.; Noss, R.F. 2006.** Salvage logging, ecosystem processes, and biodiversity conservation. Conservation Biology. 20: 949–958.

**Lowell, E.C.; Cahill, J.M. 1996.** Deterioration of fire-killed timber in southern Oregon and northern California. Western Journal of Applied Forestry. 11: 125–131.

**Lowell, E.C.; Willits, S.A.; Krahmer, R.L. 1992.** Deterioration of fire-killed and fire-damaged timber in the Western United States. Gen. Tech. Rep. PNW-GTR-292. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 27 p. http://www.treesearch.fs.fed.us/pubs/9029. (28 April 2008).

**Lyon, L.; Smith, J. 2000.** Management and research implications. In: Smith, J.K., ed. Wildland fire in ecosystems: effects on fauna. Gen. Tech. Rep. GTR-RMRS-042. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Vol. 1. Chap. 8. http://www.treesearch.fs.fed.us/pubs/4553. (28 April 2008).

**MacDonald, L.H. 1989.** Rehabilitation and recovery following wildfires: a synthesis. In: Berg, N.H., tech. coord. Proceedings of the symposium on fire and watershed management. Gen. Tech. Rep. PSW-109. Berkeley, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station: 141–144. http://www.treesearch.fs.fed.us/pubs/23288. (28 April 2008).

**Macdonald, S.E. 2007.** Effects of partial postfire salvage harvesting on vegetation communities in the boreal mixedwood forest region of northeastern Alberta, Canada. Forest Ecology and Management. 239: 21–31.

**Marston, R.A.; Haire, D.H. 1990.** Runoff and soil loss following the 1988 Yellowstone fires. Great Plains-Rocky Mountain Geographical Journal. 18: 1–8.

**Maser, C.; Anderson, R.G.; Cromack, K.; Williams, J.; Martin, R.E. 1979.** Dead and down woody material. In: Thomas, J.W., tech. ed. Wildlife habitats in managed forests–the Blue Mountains of Oregon and Washington. Agric. Handb. 553. Washington, DC: U.S. Department of Agriculture, Forest Service: 78–90.

**Maser, C.; Trappe, J.M. 1984.** The seen and unseen world of the fallen tree. Gen. Tech. Rep. PNW-GTR-164. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 56 p. http://www.treesearch.fs.fed.us/pubs/5625. (28 April 2008).

**May, C.L.; Gresswell, R.E. 2003.** Processes and rates of sediment and wood accumulation in headwater streams of the Oregon Coast Range, USA. Earth Surface Processes and Landforms. 28: 409–424.

**McColl, J.G.; Powers, R.F. 1984.** Consequences of forest management on soil-tree relationships. In: Bowen, G.D.; Nambiar, E.K.S, eds. Nutrition of plantation forests. London: Academic Press: 379–412.

**McDonald, L.H.; Huffman, E.L. 2004.** Postfire soil water repellency: persistance and soil moisture thresholds. Soil Science Society of America Journal. 68: 1729–1734.

**McIver, J.D. 2004.** Sediment transport and soil disturbance after postfire logging. Journal for Hydrological Science and Techology. 20: 101–111.

**McIver, J.D.; McNeil, R. 2006.** Soil disturbance and hill-slope sediment transport after logging of a severely burned site in northeastern Oregon. Western Journal of Applied Forestry. 21: 123–133.

**McIver, J.D.; Starr, L. 2000.** Environmental effects of postfire logging: literature review and annotated bibliography. Gen. Tech. Rep. PNW-GTR-486. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 72 p. http://www.treesearch.fs.fed.us/pubs/2955. (28 April 2008).

**McIver, J.D.; Starr, L. 2001.** A literature review on the environmental effects of postfire logging. Western Journal of Applied Forestry. 16: 159–168.

**McIver, J.; Ottmar, R. 2007.** Fuel mass and stand structure after postfire logging of a severely burned ponderosa pine forest in northeastern Oregon. Forest Ecology and Management. 238: 268–279.

**McKenzie, D.; Gedalof, Z.; Peterson, D.L.; Mote, P. 2004.** Climatic change, wildfire, and conservation. Conservation Biology. 18: 890–902.

**Megahan, W.F. 1980.** Nonpoint source pollution from forestry activities in the Western United States: results of recent research and research needs. In: U.S. forestry and water quality: What course in the 80s? Washington, DC: Water Pollution Control Association: 93–151.

**Mellen, K.; Marcot, B.G.; Ohmann, J.L.; Waddell, K.; Livingston, S.; Willhite, E.; Hostetler, B.; Ogden, C.; Dreisbach, T. 2002.** DecAID, the decayed wood advisor for managing snags, partially dead trees, and down wood for biodiversity in forests of Washington and Oregon. http://wwwnotes.fs.fed.us:81/pnw/DecAID/DecAID.nsf. (26 March 2008).

**Minshall, G.W. 2003.** Responses of stream benthic invertebrates to fire. Forest Ecology and Management. 178: 155–161.

43

**Minshall, G.W.; Robinson, C.T.; Lawrence, D.E. 1997.** Immediate and mid-term responses of lotic ecosystems in Yellowstone National Park, USA to wildfire. Canadian Journal of Fisheries and Aquatic Sciences. 54: 2509–2525.

**Murphy, M.L.; Hall, J.D. 1981.** Varied effects of clear-cut logging on predators and their habitat in small streams of the Cascade Mountains, Oregon. Canadian Journal of Fisheries and Aquatic Sciences. 38: 137–145.

**Murphy, M.L.; Hawkins, C.P.; Anderson, N.H. 1981.** Effects of canopy modification and accumulated sediment on stream communities. Transactions of the American Fisheries Society. 110: 469–478.

**Murphy, M.L.; Koski, K.V. 1989.** Input and depletion of large woody debris in Alaska streams and implications for streamside management. North American Journal of Fisheries Management. 9: 427–436.

**Neary, D.G.; Ffolliott, P.F.; Landsberg, J.D. 2005a.** Fire and streamflow regimes. In: Neary, D.G.; Ryan, K.C.; DeBano, L.F., eds. Wildland fire in ecosystems: effects of fire on soils and water. Gen. Tech. Rep. RMRS-GTR-42. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: Vol. 4. Chap. 8. http://www.treesearch.fs.fed.us/pubs/20912. (28 April 2008).

**Neary, D.G.; Klopatek, C.C.; DeBano, L.F.; Ffolliott, P.F. 1999.** Fire effects on belowground sustainability: a review and synthesis. Forest Ecology and Management. 122: 61–71.

**Neary, D.G.; Landsberg, J.D.; Tiedemann, A.R.; Ffolliott, P.F. 2005b.** Water quality. In: Neary, D.G.; Ryan, K.C.; DeBano, L.F., eds. Wildland fire in ecosystems: effects of fire on soils and water. Gen. Tech. Rep. RMRS-GTR-42. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Vol 4. Chap. 6. http://www.treesearch.fs.fed.us/pubs/20912. (28 April 2008).

**Neary, D.G.; Ryan, K.C.; DeBano, L.F. 2005.** Wildland fire in ecosystems: effects of fire on soils and water. Gen. Tech. Rep. RMRS-GTR-42. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 250 p. Vol 4. http://www.treesearch.fs.fed.us/pubs/20912. (28 April 2008).

Rvsd Plan - 00005898

**Newton, M.; Fitzgerald, S.; Rose, R.R.; Adams, P.W.; Tesch, S.D.; Sessions, J.; Atzet, T.; Powers, R.F.; Skinner, C. 2006.** Comment on "Post-wildfire logging hinders regeneration and increases fire risk." Science. 313: 615.

**Nickless, R.; Boldt, E.; Neesvig, C. 2002.** Rainfall events and their effect on severely burned areas of western Montana following the forest fires of 2000. National Weather Service. Western Reg. Tech. Attach. 02-12. http://www.wrh.noaa.gov/ wrh/02TAs/0212/index.html. (27 March 2008).

**Norman, S.N.; Taylor, A.H. 2003.** Tropical and north Pacific teleconnections influence fire regimes in pine-dominated forests of northeastern California. Journal of Biogeography. 30: 1081–1092.

**Noss, R.F.; Lindenmayer, D.B. 2006.** Special section: the ecological effects of salvage logging after natural disturbance. Conservation Biology. 20: 946–948.

**Oregon Department of Forestry. 1983.** From Tillamook Burn to Tillamook State Forest. Salem, OR: Oregon Department of Forestry. 16 p.

**Parrett, C.; Cannon, S.H.; Pierce, K.L. 2004.** Wildfire-related floods and debris flows in Montana in 2000 and 2001. Water Resour. Investigation Rep. 03-4319. Reston, VA: U.S. Department of the Interior, Geological Survey. 22 p.

**Passovoy, M.D.; Fulé, P.Z. 2006.** Snag and woody debris dynamics following severe wildfires in northern Arizona ponderosa pine forests. Forest Ecology and Management. 223: 237–246.

**Pearson, S.F.; Manuwal, D.A. 2001.** Breeding bird response to riparian buffer width in managed Pacific Northwest Douglas-fir forests. Ecological Applications. 11: 840–853.

**Peterson, D.L.; Arbaugh, M.J. 1986.** Postfire survival in Douglas-fir and lodgepole pine: comparing the effects of crown and bole damage. Canadian Journal of Forest Research. 16(6): 1175–1179.

**Peterson, D.L.; Johnson, M.C.; Agee, J.K.; Jain, T.B.; McKenzie, D.; Reinhardt, E.D. 2005.** Forest structure and fire hazard in dry forests of the Western United States. Gen. Tech. Rep. PNW-GTR-628. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 30 p. http://www.treesearch.fs.fed.us/pubs/8572. (28 April 2008).

Rvsd Plan - 00005899

**Peterson, D.L.; Parker, V.T., eds. 1998.** Ecological scale: theory and applications. New York: Columbia University Press. 615 p.

**Pilliod, D.S.; Bull, E.L.; Hayes, J.L.; Wales, B.C. 2006.** Wildlife and invertebrate response to fuel reduction treatments in dry coniferous forests of the Western United States: a synthesis. Gen. Tech. Rep. RMRS-GTR-173. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 34 p. http://www.treesearch.fs.fed.us/pubs/24469. (28 April 2008).

**Pilliod, D.S.; Bury, R.B.; Hyde, E.J.; Pearl, C.A.; Corn, P.S. 2003.** Fire and amphibians in North America. Forest Ecology and Management. 178: 163–181.

**Poff, R.J. 1989.** Compatibility of timber salvage operations with watershed values. In: Berg, N.H., tech. coord. Proceedings of the symposium on fire and watershed management. Gen. Tech. Rep. PSW-109. Berkeley, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station: 137–140. http://www.treesearch.fs.fed.us/pubs/26917. (28 April 2008).

**Potts, D.F.; Peterson, D.L.; Zuuring, H.R. 1985.** Watershed modeling for fire management planning in the northern Rocky Mountains. Res. Pap. PSW–177. Berkeley, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station. 16 p. http://www.treesearch.fs.fed.us/pubs/29131. (28 April 2008).

**Powers, R.F. 2002.** Effects of soil disturbance on the fundamental, sustainable productivity of managed forests. In: Verner, J., tech. ed. Proceedings of a symposium on the Kings River Sustainable Forest Ecosystem project: progress and current status. Gen. Tech. Rep. PSW-GTR-183. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 63–82. http://www.treesearch.fs.fed.us/pubs/26096. (28 April 2008).

**Powers, R.F. 2006.** Long-term soil productivity: genesis of the concept and principles behind the program. Canadian Journal of Forest Research. 36(3): 516–528.

**Powers, R.F.; Scott, D.A.; Sanchez, F.G.; Voldseth, R.A.; Page-Dumroese, D.; Elioff, J.D.; Stone, D.M. 2005.** The North American long-term soil productivity experiment: findings from the first decade of research. Forest Ecology and Management. 220: 31–50.

**Raphael, M.G.; White, M. 1984.** Use of snags by cavity-nesting birds in the Sierra Nevada. Wildlife Monographs. 86: 1–66.

**Raymond, C.L.; Peterson, D.L. 2005.** Fuel treatments alter the effects of wildfire in a mixed-evergreen forest, Oregon, USA. Canadian Journal of Forest Research. 35(12): 2981–2995.

**Reeves, G.H.; Benda, L.; Burnett, K.; Bisson, P.; Sedell, J. 1995**. A disturbance-based ecosystem approach to maintaining and restoring freshwater habitats of evolutionarily significant units of anadromous salmonids in the Pacific Northwest. In: Nielsen, J., ed.; Powers, D.A., consult. ed. Evolution and the aquatic ecosystem: defining unique units in population conservation. Bethesda, MD: American Fisheries Society, American Fisheries Society Symposium. 17: 334–349.

**Reeves, G.H.; Bisson, P.A.; Rieman, B.E.; Benda, L.E. 2006**. Postfire logging in riparian areas. Conservation Biology. 20: 994–1004.

**Reinhardt, E.; Crookston, N.L. 2003.** The Fire and Fuels Extension to the Forest Vegetation Simulator. Gen. Tech. Rep. RMRS-GTR-116. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 209 p. http://www.treesearch.fs.fed.us/pubs/5593. (28 April 2008).

**Rice, R.M.; Rothacher, J.S.; Megahan, W.F. 1972.** Erosional consequences of timber harvesting: an appraisal. In: Csallany, S.C.; McLaughlin, T.G.; Striffler, W.D., eds. Watersheds in transition: proceedings. Proceedings Series 14. Urbana, IL: American Water Resources Association: 321–329.

**Rieman, B.E.; Clayton, J. 1997.** Wildfire and native fish: issues of forest health and conservation of sensitive species. Fisheries. 22: 6–15.

**Rieman, B.E.; Lee, D.; Burns, D.; Gresswell, R.; Young, M.; Stowell, R.; Howell, P. 2003.** Status of native fishes in the Western United States and issues for fire and fuels management. Forest Ecology and Management. 178: 19–212.

**Robichaud, P.R.; Beyers, J.L.; Neary, D.G. 2000.** Evaluating the effectiveness of postfire rehabilitation treatments. Gen. Tech. Rep. RMRS-GTR-63. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 85 p. http://www.treesearch.fs.fed.us/pubs/4571. (28 April 2008).

Rvsd Plan - 00005901

Rose, C.; Marcot, B.; Mellen, T.K.; Ohmann, J.L.; Waddell, K.; Lindley, D.; Schreiber, B. 2001. Decaying wood in Pacific Northwest forests: concepts and tools for habitat management. In: Johnson, D.H.; O'Neil, T.A., eds. Wildlife-habitat relationships in Oregon and Washington. Corvallis, OR: Oregon State University Press: 580–623.

Rowe, J.S. 1981. Concepts of fire effects on plant individuals and species. In: Wein, R.W.; Maclean, D.A. The role of fire in northern circumpolar ecosystems. New York: John Wiley. 322 p.

Roy, D. 1956. Salvage logging may destroy Douglas-fir reproduction. Res. Note 107. Berkeley, CA: U.S. Department of Agriculture, Forest Service, California Forest and Range Experiment Station. 5 p.

Russell, R.E.; Saab, V.A.; Dudley, J.G.; Rotella, J.J. 2006. Snag longevity in relation to wildfire and postfire salvage logging. Forest Ecology and Management. 232: 179–187.

Saab, V.A.; Powell, H.D.; Kotliar, N.B.; Newlon, K.R. 2005. Variation in fire regimes of the Rocky Mountains: implications for avian communities and fire management. Studies in Avian Biology. 30: 76–96.

Saab, V.A.; Dudley, J.G. 1998. Responses of cavity-nesting birds to stand-replacement fire and salvage logging in ponderosa pine/Douglas-fir forests of southwestern Idaho. Res. Pap. RMRS-RP-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 17 p. http://www.treesearch.fs.fed.us/pubs/23853. (28 April 2008).

Saab, V.; Brannon, R.; Dudley, J.; Donohoo, L.; Vanderzanden, D.; Johnson, V.; Lachowski, H. 2002. Selection of fire-created snags at two spatial scales by cavity-nesting birds. In: Laudenslayer, W.F., Jr.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. cords. Proceedings of the symposium on the ecology and management of dead wood in western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 835–848. http://www.treesearch.fs.fed.us/pubs/23950. (28 April 2008).

Saab, V.; Dudley, J.; Thompson, W. 2004. Factors influencing occupancy of nest cavities in recently burned forests. Condor. 106: 20–36.

Saab, V.; Powell, H., eds. 2005. Fire and avian ecology in North America. Studies in Avian Biology. 30:1–193.

Rvsd Plan - 00005902

**Schmoldt, D.L.; Peterson, D.L.; Keane, R.E.; Lenihan, J.M.; McKenzie, D.; Weise, D.R.; Sandberg, D.V. 1999.** Assessing the effects of fire disturbance on ecosystems: a scientific agenda for research and management. Gen. Tech. Rep. PNW-GTR-455. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 104 p. http://www.treesearch.fs.fed.us/pubs/2986. (28 April 2008).

**Scott, J.H.; Reinhardt, E.D. 2003.** Assessing crown fire potential by linking models of surface and crown fire behavior. Res. Pap. RMRS-RP-29. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 59 p. http://www.treesearch.fs.fed.us/pubs/4623. (28 April 2008).

**Sessions, J.; Bettinger, P.; Buckman, R.; Newton, M.; Hamann, J. 2004.** Hastening the return of complex forests following fire: the consequences of delay. Journal of Forestry. 102: 38–45.

**Sexton, T.O. 1998.** Ecological effect of post-wildfire management activities (salvage-logging and grass-seeding) on vegetation composition, diversity, biomass, and growth and survival of *Pinus ponderosa* and *Purshia tridentata*. Corvallis, OR: Oregon State University. 121 p. M.S. thesis.

**Shakesby, R.A.; Boakes, D.J.; Coelho, C. de O.A.; Gonçalves, A.J.B.; Walsh, R.P.D. 1996.** Limiting soil degradational impacts of wildfire in pine and eucalyptus forest in Portugal: a comparison of alternative postfire management practices. Applied Geography. 16: 337–355.

**Sidle, R.C. 1980.** Impacts of forest practices on surface erosion. Publ. PNW-195. Corvallis, OR: Oregon State University, Extension Service. 15 p.

**Skinner, C.N. 2002.** Influence of fire on the dynamics of dead woody material in forests of California and southwestern Oregon. In: Laudenslayer, W.F.; Shea, P.J.; Valentine, B.E.; Weatherspoon, C.P.; Lisle, T.E., tech. cords. Proceedings of the symposium on the ecology and management of dead wood in Western forests. Gen. Tech. Rep. PSW-GTR-181. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 445–454. http://www.treesearch.fs.fed.us/pubs/6718. (28 April 2008).

**Smith, J.K. 2000.** Wildland fire in ecosystems: effects of fire on fauna. Gen. Tech. Rep. RMRS-GTR-42. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 83 p. Vol. 1. http://www.treesearch.fs.fed.us/pubs/4553. (28 April 2008).

**Smith, T.G.; Maguire, C.C. 2004.** Small-mammal relationships with down wood and antelope bitterbrush in ponderosa pine forests of central Oregon. Forest Science. 50: 711–728.

**Smucker, K.M.; Hutto, R.L.; Steele, B.M. 2005.** Changes in bird abundance after wildfire: importance of fire severity and time since fire. Ecological Applications. 15: 1535–1549.

**Society for Ecological Restoration International Science & Policy Working Group. 2004.** The SER international primer on ecological restoration. Tucson, AZ: Society of Ecological Restoration International. 15 p. http://www.ser.org/pdf/primer3.pdf. (28 April 2008).

**Spies, T.A.; Franklin, J.F.; Thomas, T.B. 1988.** Coarse woody debris in Douglas-fir forests of western Oregon and Washington. Ecology. 69: 1689–1702.

**Stednick, J.D. 1996.** Monitoring the effects of timber harvest on annual water yield. Journal of Hydrology. 176: 79–95.

**Stepnisky, D. 2003.** Response of *Picoides* woodpeckers to salvage harvesting of burned, mixedwood boreal forest: exploration of pattern and process. Edmonton: University of Alberta. 89 p. M.S. thesis.

**Stickney, P.F. 1986.** First decade plant succession following the Sundance forest fire, northern Idaho. Gen. Tech. Rep. INT-197. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 26 p.

**Stuart, J.D.; Grifantini, M.C.; Fox, L. 1993.** Early successional pathways following wildfire and subsequent silvicultural treatment in Douglas-fir/hardwood forests, NW California. Forest Science. 39: 561–572.

**Taylor, A.H.; Skinner, C.N. 1998.** Fire history and landscape dynamics in a late-successional reserve in the Klamath Mountains, California, USA. Forest Ecology and Management. 11: 285–301.

**Taylor, A.H.; Skinner, C.N. 2003.** Spatial patterns and controls on historical fire regimes and forest structure in the Klamath Mountains. Ecological Applications. 13: 704–719.

**Troendle, C.A.; Wilcox, M.S.; Bevenger, G.S.; Porth, L.S. 2001.** The Coon Creek water yield augmentation project: implementation of timber harvesting technology to increase streamflow. Forest Ecology and Management. 143: 179–187.

Rvsd Plan - 00005904

**Weatherspoon, C.P.; Skinner, C.N. 1995.** An assessment of factors associated with damage to tree crowns from the 1987 wildfires in northern California. Forest Science. 41: 430–451.

**Webster, J.; Fredrickson, E. 2005.** Lessons learned on 50,000 acres of plantations in northern California. In: Ritchie, M.W.; Maguire, D.A.; Youngblood, A., tech. coords. Proceedings of the symposium on ponderosa pine: issues, trends, and management. Gen. Tech. Rep. PSW-GTR-198. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 267–281. http://www.treesearch.fs.fed.us/pubs/27274. (28 April 2008).

**Wondzell, S.M.; King, J.G. 2003.** Postfire erosional processes in the Pacific Northwest and Rocky Mountain region. Forest Ecology and Management. 178: 75–87.

**Wright, C.S.; Agee, J.K. 2004.** Fire and vegetation history in the eastern Cascade mountains, Washington. Ecological Applications. 14: 443–459.

**Wright, P.J. 1998.** The effect of fire regime on coarse woody debris in the west central Cascades, Oregon. Corvallis, OR: Oregon State University. 109 p. M.S. thesis.

**Zedler, P.H.; Gauthier, C.R.; McMaster, G.S. 1983**. Vegetation changes in response to extreme events: the effect of a short interval between fires in California chaparral and coastal scrub. Ecology. 64: 809–818.

Rvsd Plan - 00005905

This Page Left Blank Intentionally

Rvsd Plan - 00005906

This Page Left Blank Intentionally

Rvsd Plan - 00005907

**Pacific Northwest Research Station**

| | |
|---|---|
| **Web site** | http://www.fs.fed.us/pnw |
| **Telephone** | (503) 808-2592 |
| **Publication requests** | (503) 808-2138 |
| **FAX** | (503) 808-2130 |
| **E-mail** | pnw_pnwpubs@fs.fed.us |
| **Mailing address** | Publications Distribution |
| | Pacific Northwest Research Station |
| | P.O. Box 3890 |
| | Portland, OR 97208-3890 |

Rvsd Plan - 00005908

This Page Left Blank Intentionally

Rvsd Plan - 00005909

U.S. Department of Agriculture
Pacific Northwest Research Station
333 S.W. First Avenue
P.O. Box 3890
Portland, OR 97208-3890

Official Business
Penalty for Private Use, $300

Rvsd Plan - 00005910



**Reburn severity in managed and unmanaged vegetation in a large wildfire**

Jonathan R. Thompson, Thomas A. Spies, and Lisa M. Ganio

*PNAS* published online Jun 11, 2007;
doi:10.1073/pnas.0700229104

**This information is current as of June 2007.**

| | |
|---|---|
| **Supplementary Material** | Supplementary material can be found at: www.pnas.org/cgi/content/full/0700229104/DC1 |
| | This article has been cited by other articles: www.pnas.org#otherarticles |
| **E-mail Alerts** | Receive free email alerts when new articles cite this article - sign up in the box at the top right corner of the article or click here. |
| **Rights & Permissions** | To reproduce this article in part (figures, tables) or in entirety, see: www.pnas.org/misc/rightperm.shtml |
| **Reprints** | To order reprints, see: www.pnas.org/misc/reprints.shtml |

Notes:

Rvsd Plan - 00005911

# Reburn severity in managed and unmanaged vegetation in a large wildfire

Jonathan R. Thompson*[†], Thomas A. Spies[‡], and Lisa M. Ganio*

*Department of Forest Science, Oregon State University, Corvallis, OR 97331; and [†]Pacific Northwest Research Station, U.S. Department of Agriculture Forest Service, Corvallis, OR 97331

Edited by Ruth S. DeFries, University of Maryland, College Park, MD, and approved April 26, 2007 (received for review January 10, 2007)

Debate over the influence of postwildfire management on future fire severity is occurring in the absence of empirical research. We used satellite data, government agency records, and aerial photography to examine a forest landscape in southwest Oregon that burned in 1987 and then was subject, in part, to salvage-logging and conifer planting before it reburned during the 2002 Biscuit Fire. Areas that burned severely in 1987 tended to reburn at high severity in 2002, after controlling for the influence of several topographical and biophysical covariates. Areas unaffected by the initial fire tended to burn at the lowest severities in 2002. Areas that were salvage-logged and planted after the initial fire burned more severely than comparable unmanaged areas, suggesting that fuel conditions in conifer plantations can increase fire severity despite removal of large woody fuels.

public land management | salvage-logging | Biscuit Fire | Landsat | landscape ecology

Large wildfires are increasingly common in western North America (1). Changing climate patterns and the legacy of fire suppression within fire-prone forests suggest that this trend will continue. Postfire management is, therefore, a growing concern for public land managers. Although it has been customary to salvage-log fire-killed trees and plant seedlings after large wildfires, there is a mounting debate regarding the practice (2–4). There are several reasons one might choose this management system, including recouping economic losses through timber sales and ensuring the reestablishment of desirable tree species. Another common justification for this approach has been a perceived reduction in future fire risk associated with the removal of dead wood (2, 5–7). The threat of severe reburns is real but not well understood (4). For example, Oregon's Tillamook burns of the 1930s, 1940s, and 1950s consisted of one large fire followed by three reburns 6, 12, and 18 years later. In sum, these fires burned more than 135,000 hectares. The threat of reburns motivates public land managers to construct fuelbreaks and to salvage-log to hedge against the risks of future fire (6). Recent studies have found, however, that salvage-logging can increase surface fuels available to fires above prelogging levels by transferring unmerchantable material to the forest floor, suggesting that this postfire management practice might actually increase fire risk for a time (3, 8). Until now, no study has quantified how recent fire history and postfire management actually affects the severity of a large wildfire (4).

The 2002 Biscuit Fire was among the largest forest fires in modern United States history, encompassing >200,000 hectares primarily within the Rogue-Siskiyou National Forest (RSNF) in southwest Oregon. In the years following, the Biscuit Fire has been a catalyst for national debate regarding forest management in the aftermath of wildfires on public land. This debate is taking place in the absence of empirical research on how future wildfire severity is associated with past wildfires and how postfire forest management alters future fire severity (4). We analyzed burn severity patterns within 18,000 hectares of the Biscuit Fire that burned 15 years earlier during the 1987 Silver Fire. Both fires burned heterogeneously, creating mosaics of live and dead trees in variably sized patches. In the 3 years following the Silver Fire, >800 hectares were salvage-logged and planted with conifers. The arrangement of these disturbances presented a unique opportunity to address two important research questions. First, was severity in the Biscuit Fire associated with severity in the Silver Fire in unmanaged areas? Second, did areas that were salvage-logged and planted with conifers after the Silver Fire burn more or less severely in the Biscuit Fire than comparable unmanaged areas?

With regard to the first question, hereafter referred to as "the reburn question," a negative correlation between Biscuit and Silver Fire severity is plausible if the forests that burned severely in 1987 had less remaining fuel to support the Biscuit Fire in 2002, or if regenerating young forests did not effectively carry fire. This relationship has been observed in lodgepole pine ecosystems (9–11). An alternate hypothesis is that Biscuit Fire severity would be positively correlated with Silver Fire severity. This would occur if areas of higher Silver Fire severity had greater accumulations of fire-killed trees and vegetative growth available as fuel to the Biscuit Fire. This scenario is assumed to have influenced forest dynamics in more mesic forests of the Pacific Northwest (12). Finally, there may be no discernible association between the severity patterns of the two fires. Many independent factors influence fire severity, including weather, topography, fuel, landscape structure, and fire suppression. Any of these could overwhelm the signal from the legacy of the Silver Fire.

The second question, hereafter referred to as "the salvage-plant question," also has several plausible outcomes. The hypothesis that salvage-logging followed by planting conifers can reduce future fire severity is widely held and rests on the assumption that removing dead trees reduces fuel loads, and planting conifers and controlling competing vegetation hastens the return of fire-resistant forests (2, 5–7). An alternative hypothesis is that salvage-logging plus plantation creation exacerbates future fire severity. No studies have measured fire severity following salvage-logging, but it is known that it can increase available fine and coarse fuel loads if no fuel treatments are conducted (3, 8). In addition, several studies have documented high-severity fire within young conifer plantations, where surface fuels can be fine, homogeneous, and continuous (13–15).

Our study area is within the Siskiyou Mountains in southwest Oregon's mixed-conifer and mixed-evergreen hardwood zones

---

Author contributions: J.R.T., T.A.S., and L.M.G. designed research; J.R.T. performed research; J.R.T. and L.M.G. analyzed data; and J.R.T. and T.A.S. wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

Abbreviations: RSNF, Rogue-Siskiyou National Forest; dNBR, differenced normalized burn ratio; TM, Thematic Mapper; PAG, plant association group.

[†]To whom correspondence should be addressed. E-mail: jonathan.thompson@oregonstate.edu.

This article contains supporting information online at www.pnas.org/cgi/content/full/0700229104/DC1.

© 2007 by The National Academy of Sciences of the USA

SUSTAINABILITY SCIENCE

Rvsd Plan - 00005912



**Fig. 1.** The Biscuit Fire encompassed >200,000 hectares of southwest Oregon forests; 40,000 hectares had burned 15 years earlier in the 1987 Silver Fire. Both fires burned heterogeneously, leaving a mosaic of live and dead vegetation. (a) Study area in context of recent fires. (b) Disturbance history. Sampling universe for the salvage-plant question. (c) Burn severity of the 1987 Silver Fire. (d) Burn severity of the 2002 Biscuit Fire.

(Fig. 1) (16). To estimate fire severity, we calculated the differenced normalized burn ratio (dNBR) (17) (Fig. 1) from Landsat Thematic Mapper (TM) data acquired before and immediately after each fire (Table 1). dNBR is a unitless index that corresponds strongly to decreasing aboveground green biomass as well as scorched and blackened vegetation; to a lesser degree, dNBR corresponds to changes in soil moisture and color and to consumption of down fuels (17). dNBR is an effective measure of burn severity within forested landscapes (18, 19). We reconstructed post-Silver Fire management history with the help of RSNF personnel, agency documents, and aerial photography.

**Table 1. Acquisition dates of satellite imagery used to estimate fire severity**

| Landsat TM (path 46 row 31) | Date acquired |
| --- | --- |
| Pre-Silver Fire | 10/13/1986 |
| Post-Silver Fire | 10/16/1987 |
| Pre-Biscuit Fire | 10/10/2001 |
| Post-Biscuit Fire | 10/6/2002 |

For our analysis, logging followed by planting was considered a single management system.

**Results**

To address the reburn question, we randomly sampled the nonmanaged portion of the study area. We controlled for factors known to influence fire severity by constructing the best possible geostatistical regression model of covariates (Table 2) before adding the variable of interest: Silver Fire severity. Akaike information criteria identified two "best" regression models of covariates. The first model included elevation, slope, plant association group (PAG) (20), day-of-burn, and 1986 greenness [a satellite-based metric associated with vegetation density (21, 22)]. The second model contained all of the previous variables plus a measure of topographic position (Table 2). We selected the second model because topographic position is known to have influenced severity patterns elsewhere (12, 23). Using this as our full covariate model, we then added Silver Fire severity as an independent variable and found that it was significantly and positively correlated with Biscuit Fire severity ($P < 0.0001$, df = 381; Fig. 2). An increase of 100 dNBR within the Silver Fire was associated with an increase of 84 dNBR within the Biscuit Fire

Thompson et al.

Rvsd Plan - 00005913