**Table 2. Variables included and retained during regression model selection for the reburn and salvage-plant questions**

| Variables | Reburn | Salvage-plant | Definition |
|---|---|---|---|
| **Disturbance history** | | | |
| Silver severity | ◆ | † | Differenced NBR from the Silver Fire, calculated from pre- and postfire Landsat TM |
| Managed site | | ◆ | Salvage-logged in 1988, 1989, or 1990, planted with conifers, then later certified as a "successful" plantation |
| **Topography** | | | |
| Elevation | † | † | In meters from a 10-m DEM |
| Aspect | | | Aspect folded around south facing slopes (folded aspect = \|180 − \|aspect − 180\|\|), from 10-m DEM |
| Slope | † | † | In percent, from 10-m DEM |
| Topographic position (fine) | † | † | Difference between sample elevation and mean elevation of an annulus spanning 150–300 m from the sample |
| Topographic position (intermediate) | | | Difference between sample elevation and mean elevation of an annulus spanning 850–1,000 m from the sample |
| Topographic position (coarse) | | | Difference between sample elevation and mean elevation of an annulus spanning 1,850–2,000 m from the sample |
| **Biophysical** | | | |
| PAG | † | † | Potential vegetation in the absence of disturbance, based on climatic, biogeographical and physiographic factors; obtained from RSNF |
| 1986 brightness | | | Brightness axis from tasseled cap transformation of 1986 Landsat data (15) |
| 1986 wetness | | | Wetness axis from tasseled cap transformation of 1986 Landsat data (15) |
| 1986 greenness | † | † | Greenness axis from tasseled cap transformation of 1986 Landsat TM data (15) |
| Soil | | | Soil data from Curry and Josephine counties (four soil types) |
| **Weather and other temporal change** | | | |
| Burn index | | | Daily fire behavior index measured using current and past weather data, heavily influenced by wind speed, Calculated by the ODF using data from the Quail Prairie, Oregon RAWS |
| Energy release component | | | Daily fuel moisture index that reflects the contribution of live and dead fuels to potential fire intensity, Calculated by the ODF using data from the Quail Prairie, Oregon RAWS |
| Day | † | † | The day on which the Biscuit Fire flaming front passed (a count from the first to the last day); obtained from RSNF |

†, retained in full covariate regression model after AIC model selection; ◆, the variable being tested after fitting the best covariate regression model. NBR, normalized burn ratio; DEM, digital elevation model; ODF, Oregon Department of Forestry; RAWS, remote automated weather station.

after controlling for the covariates (95% confidence interval = 69–99 dNBR points). We confirmed that this relationship holds even for the low-to-moderate range of Silver Fire severity by reanalyzing the data after excluding the samples that burned at high Silver Fire severity. Overall, unburned areas or those that burned at lower severities in the Silver Fire tended to burn at lower severities in the Biscuit Fire, whereas areas that burned at higher severities in Silver Fire tended to reburn at higher severities in the Biscuit Fire.

To address the salvage-plant question (i.e., did logged and planted areas burn more or less severely than comparable unmanaged areas?), we restricted our second random sampling to areas that burned in the upper 20% of the Silver Fire severity range and to the logged-then-planted areas. In addition, we only sampled within those plant associations that contained managed stands. These constraints ensured that we were comparing the logged and planted sites only to similar areas that also experienced a stand-replacing disturbance. Again, there were two best covariate models. One included Silver Fire severity, elevation, slope, PAG, day-of-burn, and 1986 greenness. The other included all of these covariates plus a measure of topographic position; and again we chose the model that included topographic position (Table 2). When added to this model, the indicator for the salvage-logged and planted sites was associated with a 182.3-point increase in Biscuit Fire dNBR (Fig. 3: $P < 0.0001$, 95% confidence interval = 120.32–243.68, df = 282). Biscuit Fire severity in the logged and planted areas was 16–61% higher than comparable unmanaged areas depending on the values of the covariates. The particular ecological effects of this difference are unknown; nonetheless, the hypothesis that salvage-logging followed by planting reduces reburn severity is not supported by these data.



**Fig. 2.** Added variable plot displaying the relationship between Silver and Biscuit Fire severity as estimated through a Landsat-derived burn metric, dNBR. The effect of elevation, slope, PAG, day-of-burn, 1986 greenness, and topographic position on Biscuit Fire severity has been removed to illustrate the association between fire severities from both fires. See Table 2 for descriptions of the covariates.

Thompson et al.

SUSTAINABILITY SCIENCE

Rvsd Plan - 00005914

PNAS   PNAS



**Fig. 3.** Ninety-five percent confidence intervals for Biscuit Fire dNBR, a Landsat-derived burn severity metric. Estimates and confidence intervals compare regions burned at high severity in the 1987 Silver Fire that were unmanaged to areas that were salvage-logged and planted after the Silver Fire. Means were calculated at the multivariate centroid of the covariates: slope, elevation, topographic position, Silver Fire severity, day-of-burn, and 1986 greenness (see Table 2). Means were similar across the four PAGs. In this landscape, the Tanoak group is found on wetter sites in the western portion of the study area, whereas the Tanoak-Canyon live oak group is found on dryer, inland sites; the Douglas-fir group is found on relatively dry sites, and the White-fir group is found at somewhat higher elevation wetter sites (20). Colors correspond to Biscuit Fire severity calibrated through comparison with aerial photography: blue, <10% canopy scorch; green, 10–50% canopy scorch; red, >50% canopy scorch.

## Discussion and Conclusion

No previous study has compared fire severity in plantations and naturally regenerated vegetation of similar ages. Our findings are consistent with studies that show that site history influences fire severity (15, 24, 25), and with studies that have found an association of high-severity fire with conifer plantations (13–15). Our limited knowledge of the fuel characteristics at the time of the Biscuit Fire prevents us from separating the effects of logging and planting. The relative influence of these management actions on burn severity would vary over time: the influence of dead fuels and harvest debris would diminish as they decayed (3) and the influence of live vegetation would increase as it developed. The patterns we observed apply to the particular conditions and history of post-Silver Fire management: they could change with shorter or longer intervals between fires.

The Biscuit Fire tended to burn at relatively high severity in young naturally regenerated stands and even more severely in young conifer plantations of comparable age and fire history. This suggests that young forests, whether naturally or artificially regenerated, may be vulnerable to positive feedback cycles of high severity fire, creating more early-successional vegetation and delaying or precluding the return of historical mature-forest composition and structure. Although patches of high-severity fire and reburns are a normal part of the mixed-severity fire regime within this forest type (12, 26), increasing occurrence of wildfire driven by climate warming in this region (1) may lead to increases in the prevalence of sclerophyllous species, which are adapted to frequent severe fires (12, 16, 20).

Our findings are inconsistent with the hypothesis that this particular postfire management system reduces the risk of high-severity fire in a reburn occurring 15 years after the original fire. The logging component of this system is often considered a fuel-reduction treatment (2, 5–7). However, the large-diameter fuels removed during harvest do not readily carry wildland fire (12, 27). Thus, logging may not reduce available fuels. In fact, harvesting fire-killed trees may increase available surface fuels by transferring unmerchantable material, such as tops, branches, and broken boles to the ground immediately after harvest (3, 8). This effect may be mitigated as logging slash decays, or through fuel reduction methods, such as broadcast-burning (15). Records of site preparation and their effectiveness in reducing fuels in the plantations are incomplete; however, at least 17 of the 44 plantations are reported as "broadcast-burned." In a separate analysis, we found that these 17 plantations also burned with higher severities than comparable unmanaged stands. The planting component of the system is intended to promote long-term regrowth of conifer trees, but it also creates dense or continuous fuels that are at elevated risk of high severity fire (14). It should be noted, however, that many of the plantations examined in this analysis had lower conifer densities and a larger component of shrubs and hardwoods than would be found in typical intensively managed plantations of the same age (11–14 years). Our analysis could not measure any details regarding differences in preburn structure and composition between the natural and artificially regenerated stands. Nonetheless, the naturally regenerated areas received no site preparation or planting; they likely contained a more diverse arrangement of young vegetation and open gaps (20, 28). Although these naturally regenerated areas also supported relatively high-severity fire, abrupt changes in fuel profiles, which can slow fire spread (12), may have reduced the average burn severity.

We currently lack general conceptual models or simulation models that can help us understand the effects of salvage-logging on fire severity over large landscapes and long time frames. As our work indicates, research needs to consider all of the components of postfire management systems, individually and together. Thus far, the few studies that have examined reburn potential in salvage-logged sites have emphasized the dead woody fuel transferred to the surface during harvest. But logging slash is only part of the fire risk story, and it may not be the most important after a few years. On public land, salvage-logging is almost always followed by conifer planting, even when the objective is ecological recovery, such as expediting the return of old-growth forests. We are currently unable to examine the short- and long-term tradeoffs associated with different postfire management systems. For example, we do not know how the apparent difference in fire hazard between plantations and natural stands that we observed at 15 years varies over time and whether this short-term risk is balanced in any way by longer term benefits in terms of stand development and reduced fire risk. However, the available evidence suggests that the combined influence from a pulse input of surface fuels resulting from salvage-logging (3, 8) followed by the establishment of uniform young plantations may increase susceptibility to severe reburns in the early stages of forest development.

Managers may have few options to reduce the risk of high-severity fire within areas that have recently burned severely. Typical fuel treatments, such as thinning, do not have much effect on fire risk in young forests (14). Reducing connectivity of surface fuels at landscape scales is likely the only way to decrease the size and severity of reburns until vertical diversification and fire resistance is achieved (29). The decision to salvage-log and plant, or not, after fire depends on a number of management considerations including risk of future high-severity fire, reducing hazards to fire fighters, timber revenue, and conservation of biodiversity. Further research, especially controlled experiments, is clearly needed to help managers understand tradeoffs. Given the difficulty of conducting experiments with large wild-

Thompson et al.

Rvsd Plan - 00005915

fires, it is important that good records of management actions are kept so that more can be learned from future wildfires.

## Materials and Methods

**Study Area.** We limited our samples to the northern half of the Silver Fire, outside of the Kalmiopsis Wilderness Area, where an aerial photo record exists to gauge the accuracy of our characterization of fire severity and Landsat data were of sufficient atmospheric quality to map fire severity. The study area is 18,050 hectares centered at 123°89'W latitude, 42°49'N longitude. The vegetation is characterized by mixed-conifer and mixed-evergreen hardwoods (16), dominated by *Pseudotsuga menziesii*, *Lithocarpus densiflorus*, *Pinus lambertiana*, *Abies concolor*, *Chrysolepis chrysophylla*, *Ceanothus velutinus*, and *Quercus chrysolepis*. The region has steep climatic, edaphic, and topographical gradients and is renowned for floristic diversity (30). Much of the landscape has high forest productivity compared with other fire-prone ecosystems in the western United States (31). Topography is steep and complex; elevations range from 600 to >1,500 m. Soil parent materials include igneous, metasedimentary, and metamorphic types. The climate is Mediterranean, with dry, warm summers and wet, mild winters. Mean January temperature is 6°C. Mean July temperature is 16°C. Mean annual precipitation is 210 cm. Approximately 80% of the area falls within relatively dry Douglas-fir and tanoak PAGs, which historically burned at 10- to 50-year intervals at low and mixed severities (6). Most of the remaining 20% falls within moist tanoak PAGs, where the fire regime is characterized as mixed-severity with 50- to 100-year return intervals. Effective fire suppression began in 1940, and the dry PAGs are thought to have missed one or more fire cycles. The Silver Fire was ignited by lightning on August 30, 1987, and burned generally from the northeast to the southwest (32). The Biscuit Fire reburned the region of the Silver Fire beginning July 17, 2002 and continuing through August 18, 2002, burning generally from east to west (6).

**Image Processing.** Our procedures for image rectification and atmospheric correction and normalization were as follows. A Landsat TM scene acquired immediately after the Biscuit Fire (Table 1) was rectified to a 2003 United States Geological Survey Digital Orthoquad by using >150 tie-points, and a first-order polynomial transformation, which produced a 14.0-m root mean squared error. Three corresponding TM scenes, one acquired 1 year before the Biscuit Fire, one acquired immediately after the Silver Fire, and one acquired 1 year before the Silver Fire (Table 1), were then all coregistered to the 2002 Landsat image by using the Landsat Orthorectification tool in ERDAS Imagine version 8.7. Each rectification used a 10-m digital elevation model and >1,200 tie-points, which were located by using an automated tie-point finder (33); root mean squared errors were less than one-half pixel in all cases. Our Landsat images have a 29-m resolution and were registered in 1927 North American Datum, UTM Zone 10. The two prefire images were then converted to reflectance and atmospherically corrected by using the COST method (34). We then used an automated ordination algorithm called "multivariate alteration detection" (35, 36) that statistically located pseudoinvariant pixels, which were subsequently used in a reduced major axis regression to radiometrically normalize postfire to prefire images. We selected October imagery, despite the low sun angle in autumn, because we wanted to pair our imagery to the dates of historical aerial photos to aid an assessment of accuracy and because we wanted to capture the fire's effects without the confounding influence of spring green-up that may have occurred had we used imagery from the following summer. Moreover, the use of near-anniversary dates within a change-detection of normalized vegetation indices greatly minimizes any negative effects of late-season imagery.

**Burn Severity and Initial Vegetation Condition.** Our measure of fire severity was the dNBR (17). It is a measure of pre- to postfire change in the ratio band (B) of near-infrared (B4, 0.76–0.90 μm) to shortwave infrared (B7, 2.08–2.35 μm) spectral reflectance. B4 is associated with foliage on green trees and understory, whereas B7 is associated with dry and blackened soil (17). dNBR compares well to ground data (18, 19) and has outperformed other satellite-derived measures of burn severity (18). Using the processed images described above, we calculated dNBR as described in ref. 17. Normalization of pre- and postfire imagery centers the unchanged (i.e., unburned) pixels within each fire to a dNBR value of zero. A comparison of dNBR values to aerial photography suggests that dNBR values are roughly equivalent in terms of their correspondence to vegetation damage; however, the severity maps were constructed independently to maximize the accuracy for each fire. Because our images were acquired immediately after the fire, our estimate of severity does not capture any vegetation that may have experienced delayed mortality or regrening in the years subsequent to the fire.

We excluded areas with ultramafic soils from this analysis because they had an anomalous spectral response and are ecologically distinct from the rest of the landscape (<4% percent of the study area). The fire weather indices Burn Index and Energy Release Component were calculated from Quail Prairie remote weather station data (~25 km south of the study area) by the Oregon Department of Forestry. A digital map of PAGs was provided by the RSNF and included in the model selection procedure to control for differences in biophysical characteristics (i.e., productivity and plant composition). In addition, tasseled cap wetness, greenness, and brightness indexes (22) were derived from the processed 1986 Landsat TM data and were used during model selection to control for differences in pre-Silver Fire in vegetation condition. Tasseled cap indexes are closely related to forest composition and structure in Pacific Northwest forests (21).

We used the continuous dNBR data for all statistical analysis. We also constructed categorical burn severity maps to assess the accuracy of the satellite data in relation to characterizations of tree crown damage from high-resolution aerial photos. The categorical Silver Fire severity map was also used, in part, to define the sampling universe for the salvage-plant question. Three levels of severity were classified: (*i*) Unburned/Low Severity, where <10% of the crown was scorched or consumed by the fire; (*ii*) Moderate Severity, where 10–50% of the crown was scorched or consumed; and (*iii*) High Severity, where >50% of the of the crown was scorched or consumed. Using a set of 109 randomly placed high-resolution digital aerial photo plots, we developed thresholds in dNBR values that best classified the data for each fire. An independent sample of 141 aerial photo plots was used in an accuracy assessment which resulted in an overall estimate of accuracy of 83% for unburned/low-severity pixels, 75% for moderate-severity pixels, and 85% for high-severity pixels.

**Forest Management Data.** We identified 44 management units (~850 hectares; Fig. 1) that were logged in the 3 years following the Silver Fire, then planted with conifers (primarily Douglas-fir), and later certified as "successful plantations." The salvage-logging guidelines set by the Forest Service required that, within harvest units, 12–18 standing snags >60 cm diameter or >12 m tall, along with 2.8 m³ of down wood be retained per hectare (32). Plantations were deemed successful if, 3–5 years after planting, conifers exceeded 370 stems per hectare and were considered healthy enough to survive competition with shrubs and hardwood trees. Although post-Silver Fire records from the RSNF are not complete, they indicate that some certified plantations had undergone mechanical treatment to suppress competing vegetation and that conifer stocking typically ranged

SUSTAINABILITY SCIENCE

Rvsd Plan - 00005916

from 600 to 1,100 trees per hectare. In addition to the logged and planted areas used in the analysis, we distinguished $\approx 250$ hectares that were harvested in part or in full after the Silver Fire but were either not planted or the planted conifers were not certified "free to grow." We excluded these later areas from all our analyses because their history was too uncertain and variable to accurately characterize. All management polygons were provided by the RSNF and were edited in a geographic information system (GIS) by using a 1-m Digital Orthoquad acquired in 1994 to better fit the perimeters of harvest units. Areas logged and planted before the Silver Fire were excluded from all analyses. The bulk of the remaining 17,000 hectares in the northern Silver Fire perimeter were not harvested. However, some small unknown proportion was selectively logged but not planted: no records describing management actions are known to exist and we could not see evidence of them in careful analysis of the Digital Orthoquads. It is likely that only the largest most valuable trees were extracted from these sites via helicopter. The unrecorded, lightly salvaged sites make up no more than 10% of the study area and are included in the population of unmanaged sites.

**Sampling, Variable Selection, Model Fitting, and Hypothesis Testing.** All sampling and data extraction was done in a geographic information system in which all of the variables were converted to 29-m raster maps. The sample universe for the reburn question was the region within the northern Silver Fire but outside any management areas. All known management units dating back >50 years were excluded from reburn analysis. Sample locations were determined by randomly selecting locations for 381 points with the constraint that they be separated by at least 300 m to reduce spatial dependence. Sample values were calculated as the mean value of the closest nine contiguous pixels to the sample location (sample unit area, $\approx 0.75$ hectares). When sampling for the salvage-plant question, we constrained the sample universe to the areas within the northern Silver Fire perimeter, areas within PAGs that contained

management units and either burned at high severity in 1987 and received no or minimal postfire management, or areas that burned at high severity and were clearcut during 1988, 1989, or 1990, and then planted in the years following and certified by the RSNF as an established conifer plantation. All other management units were excluded. We sampled 292 random locations (225 unmanaged and 67 managed) separated from each other by at least 300 m. Any plantation that did not include at least one sample during the initial sample selection had a sample randomly located within it. Data were extracted from all of the raster maps as described above.

Statistical analysis was completed in the computing software R (37). Empirical variogram models indicated spatial autocorrelation of Biscuit dNBR data; a spherical theoretical variogram model best described the autocorrelation. This spatial dependence precluded the use of ordinary least squares regression. Instead, for model selection and hypothesis testing, we used generalized least squares regression to fit linear models of predictor variables to Biscuit dNBR data. Generalized least squares models allow residuals to have a nonstandard covariance structure (38); we used a spherical spatial correlation structure. The modeled variogram from the reburn data had a range of 2,314 m, and the nugget:sill was 0.387. The modeled variogram from the salvage-plant data had a range of 1,096 m, and the nugget:sill was 0.399. Akaike information criteria were used for model selection (39, 40). For both questions, we evaluated Akaike information criteria scores from $\approx 100$ *a priori* candidate covariate models, including global models containing all noncorrelated predictor variables and null models that contained none. All candidate models contained plausible combinations of predictor variables based on what is known about fire behavior and from previous studies of burn severity patterns on other fires [supporting information (SI) Table 1].

We thank K. Olsen, K. Pierce, T. Link, and the RSNF for technical assistance. T. Atzet, T. Link, P. Harcomb, W. Cohen, M. Huso, J. Fontaine, D. Donato, H. Salwasser, K. N. Johnson, T. Sensenig, M. Wimberly, J. Bailey, and two anonymous reviewers provided helpful comments on earlier drafts. This research was funded by the Joint Fire Science Program.

1. Westerling AL, Hidalgo HG, Cayan DR, Swetnam TW (2006) *Science* 313:940–943.
2. Gorte RL (2006) *Forest Fire/Wildfire Protection* (Congressional Research Service, Washington, DC), RL30755, p 30.
3. McIver JD, Ottmar R (2007) *For Ecol Manage* 238:268–279.
4. McIver JD, Starr L (2001) *West J Appl Forestry* 16:159–168.
5. Brown JK, Reinhardt ED, Kramer KA (2003) *Coarse Woody Debris: Managing Benefits and Fire Hazard in the Recoving Forest* (US Department of Agriculture Forest Service Rocky Mountain Research Station, Ogden, UT), RMRS-GTR-105, p 16.
6. Rogue Siskiyou National Forest (2004) *Biscuit Fire Recovery Project, Final Environmental Impact Statement* (US Department of Agriculture Forest Service, Pacific Northwest Region, Medford, OR).
7. Sessions J, Bettinger P, Buckman R, Newton M, Hamann AJ (2004) *J Forestry* 102:38–45.
8. Donato DC, Fontaine JB, Campbell JL, Robinson WD, Kauffman JB, Law BE (2006) *Science* 311:352.
9. Turner MG, Romme WH, Gardner RH (1999) *Int J Wildland Fire* 9:21–36.
10. Despain DG, Sellers RE (1977) *Western Wildlands* 21–24.
11. Romme WH (1982) *Ecol Monogr* 52:199–221.
12. Agee JK (1993) *Fire Ecology of Pacific Northwest Forests* (Island, Washington, DC).
13. Odion DC, Frost EJ, Strittholt JR, Jiang H, Dellasala DA, Moritz MA (2004) *Conserv Biol* 18:927–936.
14. Stephens SL, Moghaddas JJ (2005) *Biol Conserv* 125:369–379.
15. Weatherspoon CP, Skinner CN (1995) *Forest Sci* 41:430–451.
16. Franklin JF, Dyrness CT (1988) *Natural Vegetation of Oregon and Washington* (Oregon State Univ Press, Corvallis).
17. Lutes DC, Keane JF, Caratti CH, Key CH, Benson NC, Gangi LJ (2004) *FIREMON: Fire Effects Monitoring and Inventory System* (US Department of Agriculture Forest Service, Rocky Mountain Research Station, Ogden, UT), Vol RMRS-GTR-164-CD, p 400.
18. Brewer CK, Winne JC, Redmond RL, Opitz DW, Mangrich MV (2005) *Photogrammetric Eng Remote Sensing* 71:1311–1320.
19. Miller JD, Yool SR (2002) *Remote Sensing Environ* 82:481–496.
20. Hobbs SD, Tesch SD, Owston PW, Stewart RE, Tappeiner JC, Wells G (1992) *Reforestation Practices in Southwestern Oregon and Northern California* (Forest Research Laboratory, Oregon State Univ, Corvallis, Oregon).
21. Cohen WB, Spies TA, Fiorella M (1995) *Int J Remote Sens* 16:721–746.
22. Crist EP, Cicone RC (1984) *IEEE Trans Geosci Remote Sens* 22:256–263.
23. Taylor AH, Skinner CN (2003) *Ecol Appl* 13:704–719.
24. Raymond CL, Peterson DL (2005) *Can J For Res* 35:2981–2995.
25. Finney MA, McHugh C, Grenfell IC (2005) *Can J For Res* 35:1714–1722.
26. Taylor AH, Skinner CN (1998) *For Ecol Manage* 111:285–301.
27. Anderson HE (1982) *Aids to Determining Fuel Models for Estimating Fire Behavior* (US Department of Agriculture Forest Service Intermountain Forest and Range Experiment Station, Ogden, UT), GTR-INT-122, p 22.
28. Shatford JPA, Hibbs DE, Puettmann KJ (2007) *J Forestry* 105:139–146.
29. Agee JK, Bahro B, Finney MA, Omi PN, Sapsis DB, Skinner CN, van Wagtendonk JW, Weatherspoon CP (2000) *Forest Ecol Manage* 127:55–66.
30. Whittaker RH (1960) *Ecol Monogr* 30:279–338.
31. Waring RH, Milner KS, Jolly WM, Phillips L, McWethy D (2006) *Forest Ecol Manag* 228:285–291.
32. Siskiyou National Forest (1988) *Silver Fire Recovery Project, Final Environmental Impact Statement* (US Department of Agriculture Forest Service, Pacific Northwest Region, Grants Pass, OR).
33. Kennedy RE, Cohen WB (2003) *Int J Remote Sens* 24:3467–3490.
34. Chavez PS (1996) *Photogrammetric Eng Remote Sens* 62:1025–1036.
35. Canty MJ, Nielsen AA, Schmidt M (2004) *Remote Sens Environ* 91:441–451.
36. Schroeder TA, Cohen WB, Song S, Canty MJ, Zhiqiang Y (2006) *Remote Sens Environ* 103:16–26.
37. R Development Core Team (2006) *R: A Language and Environment for Statistical Computing* (R Foundation for Statistical Computing, Vienna).
38. Venables WN, Ripley BD (1997) *Modern Applied Statistics with S-Plus* (Springer, New York).
39. Akaike E (1973) in *Second International Symposium on Information Theory*, eds Petrov BN, Csaki FF (IEEE, Budapest, Hungary), pp 267–281.
40. Burnham KP, Anderson DR (2002) *Model Selection and Multimodel Inference: A Practical Information-Theoretic Approach* (Springer, New York).

Rvsd Plan - 00005917

**Utah State University**
**DigitalCommons@USU**

The Bark Beetles, Fuels, and Fire Bibliography

Quinney Natural Resources Research Library, S.J. and Jessie E.

1979

# Age Structure and Successional Dynamics of a Colorado Subalpine Forest

Stephen A. Whipple

Ralph L. Dix

Follow this and additional works at: http://digitalcommons.usu.edu/barkbeetles

Part of the Ecology and Evolutionary Biology Commons, Entomology Commons, Forest Biology Commons, Forest Management Commons, and the Wood Science and Pulp, Paper Technology Commons

## Recommended Citation

Whipple, S., Dix, R. (1979). Age Structure and Successional Dynamics of a Colorado Subalpine Forest. American Midland Naturalist 101(1): 142-158.

This Article is brought to you for free and open access by the Quinney Natural Resources Research Library, S.J. and Jessie E. at DigitalCommons@USU. It has been accepted for inclusion in The Bark Beetles, Fuels, and Fire Bibliography by an authorized administrator of DigitalCommons@USU. For more information, please contact dylan.burns@usu.edu.



**The University of Notre Dame**

Age Structure and Successional Dynamics of a Colorado Subalpine Forest
Author(s): Stephen A. Whipple and Ralph L. Dix
Source: *American Midland Naturalist*, Vol. 101, No. 1 (Jan., 1979), pp. 142-158
Published by: The University of Notre Dame
Stable URL: http://www.jstor.org/stable/2424909
Accessed: 24/05/2010 11:01

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=notredame.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*The University of Notre Dame* is collaborating with JSTOR to digitize, preserve and extend access to *American Midland Naturalist*.

http://www.jstor.org

# Age Structure and Successional Dynamics of a Colorado Subalpine Forest

STEPHEN A. WHIPPLE[1] and RALPH L. DIX

*Department of Botany and Plant Pathology, Colorado State University, Fort Collins 80523*

ABSTRACT: Population age structures of old-growth Engelmann spruce, subalpine fir and lodgepole pine are described in the Colorado Front Range subalpine forest (2850 and 3500 m). Among the populations of these three species, five types of age structures can be recognized; up to four different types of age structures were found in one species under different environmental or historical conditions and no species showed the same type of age structure throughout its entire range of occurrence.

The age structures of populations are used to infer their climax or successional (self-replacing or not self-replacing) status. From the combination of climax or successional populations in a stand and the distributions of these combinations on environmental gradients, three types of forest are recognized: (1) climax lodgepole; (2) climax spruce-fir, which is pioneered after disturbance by lodgepole; and (3) climax spruce-fir which is pioneered primarily by spruce. The changes from one forest type to another follow a unidimensional gradient which begins with climax lodgepole at low elevation, dry sites, followed by a forest mosaic of successional lodgepole and climax spruce-fir at both higher elevations and intermediate moisture sites, and ends with climax spruce-fir in which lodgepole is not pioneer, at both high elevations and on the most mesic sites.

## INTRODUCTION

Studies of the seral status of species are commonly based on size distributions and differences in sizes between species in a stand. However, significant errors may be introduced into these studies by differences in growth rates between species. In addition, the seral status of a species may not be reflected in its size distribution because of a tendency for gaps in the distribution to be filled by differential growth of individuals (Schmelz and Lindsey, 1965; Johnson and Bell, 1975). The result may be that the shape of the size distribution does not reflect whether a population is reproducing, *i.e.*, successional or climax.

Ideally, succession should be studied by observing an area over a period of time. In the case of long-lived species, such as trees, this is not practical. However, the age structures of tree populations may indicate whether they are successional or climax, and successional pathways may be inferred from this information (Leak, 1975).

Climax types and advanced seral sequences were investigated in the Colorado Front Range subalpine forest using tree population age structures of the three dominant species: Engelmann spruce *(Picea engelmannii* Parry), subalpine fir [*Abies lasiocarpa* (Hook.) Nutt.] and lodgepole pine *(Pinus contorta* Engem.)

The objectives of this study are: (1) to describe the age structures of Engelmann spruce, subalpine fir and lodgepole pine; and (2) to infer seral and climax status from tree age distributions.

The study area was the Fraser Experimental Forest (39°50′N, 105°50′W), located 8 km (5 miles) SW of Fraser, Colorado. This area is in the southern part of the W flank of the Colorado Front Range, and was chosen because of its accessibility and undisturbed condition.

## LITERATURE

There has been considerable debate over the boundaries of a subalpine zone in the Colorado Front Range and other nearby portions of the Rocky Mountains (Ramaley, 1907; Young, 1907; Ramaley and Robbins, 1909; Bruderlin, 1911;

---

[1] Present address: Department of Botany, Louisiana State University, Baton Rouge 70803.

Rvsd Plan - 00005920

Cary, 1911; Rydberg, 1915, 1916a and b, 1917; Bates, 1924; Lutz, 1922). Such boundaries must be arbitrarily set because a choice must be made in the species used to delimit it and because of the variable elevational limits of each species. For this study, the subalpine is delimited between approximately 2800 and 3500 m (9,180 and 11,500 ft) for convenience and by availability of suitable stands in the study area. This corresponds closely to the limits proposed by Bruderlin (1911), Bates (1924), Hansen (1940), Ives (1941a, b), Daubenmire (1943), Oosting and Reed (1952), Marr (1961) and Langenheim (1962).

Engelmann spruce is the major dominant in the subalpine forest (Ramaley, 1907; Young, 1907; Robbins, 1910; Sperry, 1936), while subalpine fir, lodgepole pine and aspen are its most common associates (Daubenmire, 1943; Stahelin, 1943; Oosting and Reed, 1952; Marr, 1961; Langenheim, 1962; Billings, 1969).

Fir seldom reaches ages over 300 years while spruce commonly attains ages near 450 years (Oosting and Reed, 1952). Part of this difference in age spans is accounted for by the greater susceptibility of fir to root-rotting fungi which weaken trees, increasing their susceptibility to wind breakage (Alexander, 1958). Spruce is not as susceptible to the effects of fungi as fir, but the spruce bark beetle *(Dendroctonus rufipennis* Kirby) has destroyed many acres of spruce, as it did on the White River Plateau between 1939 and 1952 (Massey and Wygant, 1954).

Alexander (1973) describes variations in spruce-fir canopy structure as single- to multistoried, even- to broad-aged. He attributes this variation mainly to past disturbances in the case of single-storied stands and the gradual deterioration of old-growth stands associated with normal mortality in the case of multi-storied stands. Old-growth stands are frequently dominated by spruce in the overstory and fir in the understory (Oosting and Reed, 1952; Alexander, 1963). In spite of the greater establishment of fir seedlings, spruce continues to dominate the canopy because it lives longer than fir (Oosting and Reed, 1952; Miller, 1970).

The role of lodgepole pine has been in some dispute. It is most commonly considered to be a pioneer tree in the subalpine, able to establish only after fire, and successional to spruce and fir (Daubenmire, 1943; Stahelin, 1943; Oosting and Reed, 1952; Langenheim, 1962; Billings, 1969). Cone serotiny is an important aspect of the putative fire dependence of lodgepole. A high proportion of Rocky Mountain lodgepole cones are serotinous (Alexander, 1966), but individual trees may have mostly serotinous or mostly nonserotinous cones or a mixture (Crossley, 1956).

Lodgepole is thought to be stable or climax on dry or windy and exposed sites by some authors (Young, 1907; Cooper, 1908; Ramaley, 1909; Ramaley and Robbins, 1909; Bruderlin, 1911; Mason, 1915; Moir, 1969). Although it is commonly thought of as growing in even-aged, single-storied, overly dense stands, it can occur in all combinations of even- to broad-aged and single- to multistoried pure pine to mixed (Tackle, 1955; Alexander, 1972). Even-aged, single-storied stands usually result from a single devastating catastrophe, such as fire. Broad-aged, multistoried stands generally result either from stocking by a few scattered trees which survived the general destruction of the stand or from gradual deterioration of an old-growth stand due to natural mortality of the older trees (Alexander, 1972) which allows successful reproduction. In order for lodgepole to retain a site, it is also necessary that no other species be able to invade that site. Inability of other species to invade a site may be due to lack of seed source, lack of proper seedbed, or lack of proper microclimate for establishment.

After the destruction of spruce-fir forest, spruce and fir will be the first invaders on sites too moist for lodgepole and on sites located above the elevational range of lodgepole (ca. 3250 m, 10,660 ft) if there are no aspen roots already present to sprout (Stahelin, 1943; Langenheim, 1962; Billings, 1969).

Rates of succession are generally slow in the subalpine. Ives (1941b) estimates 300 years or more for succession to return the forest to its original condition; Billings (1969) estimates six to seven centuries for the subalpine forest to become dominated by 300-500-year-old spruce and fir. Forest succession may be delayed by a dense growth of graminoids under some conditions, especially in the upper reaches of the subalpine zone (Stahelin, 1943; Langenheim, 1962).

True climax forest is often conceived of as being all-aged, *i.e.*, age curves follow an inverse-J distribution. However, Jones (1945) found such all-age forests to be rare in the N temperate region. Vagaries of replacement dependent on optimum environmental conditions, chance biotic events or various disturbances may cause age distributions to deviate from the inverse-J form. In addition, whether sampling indicates a forest to be all-aged or not may be dependent on the plot size employed (Jones, 1945; Goff and West, 1975) since replacement may occur in clumps.

Studies of northern conifer and mixed hardwood-conifer forests have often concluded that there is no true climax but that many of the dominant forest species depend on disturbances such as large- or small-scale fires, wind throw and insect or fungal infestations which reduce the canopy or prepare the seedbed to allow reproduction (Cooper, 1913, Maissurow, 1941, Hough and Forbes, 1943; Bloomberg, 1950; Stearns, 1951; Rowe, 1961; Cooper, 1960, 1961; West, 1969; Sprugel, 1976). Whether a similar need also exists in the Colorado Front Range subalpine spruce-fir forest is not known, although Oosting and Reed (1952) and Marr (1961) have indicated that these forests are self-perpetuating or climax. However, some authors have predicted that dominance in the subalpine forest is moving to fir, because of its greater understory density (Hanson, 1940; Daubenmire and Daubenmire, 1968; Loope and Gruell, 1973), while others have predicted an increase in spruce dominance without disturbance because of its greater longevity (Miller, 1970; Alexander, 1974; Schmid and Hinds, 1974). Of course, all may be correct in different habitats or geographical areas. Therefore, for the subalpine forest, the term "climax" should be used, for now, only in a general sense to indicate a relatively unchanging, old-growth forest that appears to be perpetuating itself.

Age data for Rocky Mountain spruce, fir and lodgepole are meager. Oosting and Reed (1952) present a few ages of spruce and fir from the Medicine Bow Range of southern Wyoming to illustrate the age-diameter relationship, but their data do not reflect the form of the age distributions. Miller (1970) gives age distributions for two stands of beetle-decimated spruce-fir forest on the White River Plateau of western Colorado. Preceding the beetle kill, spruce and fir ages in these two stands approximated the inverse-J distribution suggesting a climax forest composed of both spruce and fir, but Miller's data do not include stems under "stump height." Since the number of years for either spruce or fir to reach this height is highly variable, his age determinations may have been very inaccurate. Bloomberg (1950) found that age data indicated spruce to be successional to fir on the E slope of the Rocky Mountains in Alberta. He describes the successional sequence after fire as first lodgepole, then spruce and then fir. In Bloomberg's terms, the lodgepole "stagnates" 100-150 years after its establishment. Additional spruce recruitment is prevented by the deep shade of the forest canopy, but fir reproduces well in it. Bloomberg asserts that fir would eventually dominate these stands if fire were excluded for a sufficient period of time. Day (1972) reached nearly the same conclusion as did Bloomberg on the successional sequence for the Crowns Nest region of Alberta. Lodgepole was the first tree to establish following fire, due to a good seed supply and the high tolerance of seedlings to direct sunlight, followed by spruce and then fir. Day (1972) concluded that spruce may be partially successful as both a seral and a climax species, decreasing in abundance

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 10 of 223

in the climax stand but not being totally eliminated.

## METHODS

*Stand selection.*—Thirteen stands with different combinations of spruce, fir and lodgepole were selected so as to represent a range of variation in phytosociological structure, environmental variation and late stages of succession which occur in this region. To qualify as a stand, an area was visually judged to be homogeneous in tree and understory species distributions and in site characteristics, such as aspect and topographic position. Such sites averaged approximately 0.3 ha (0.75 acres). Stands disturbed by human activity were excluded. Efforts were also made to avoid selecting stands on the basis of preconceived concepts of successional pathways or variation corresponding with the environment.

*Sampling regime.*—Trees (stems over 10 cm, 4 inches diam breast height—DBH) and saplings (stems between 10-2.5 cm, 4 and 1 inches DBH) were sampled with the point-centered-quarter method (Cottam and Curtis, 1956), when possible. In one stand the saplings were sampled with a 6.1 m (20 ft) radius areal plot because of their low density. One stand, which was visually judged to be slightly clumped, was tested for adequacy of sample; it was found to be adequately sampled at the 10% level of significance with 15 points. Therefore, 20-25 points were sampled in each stand. Points were located at constant intervals along compass lines running parallel to the contour of the slope. The interval between points was chosen in each case to prevent resampling the same tree or sapling from adjacent points. Two such compass lines were run parallel to each other in each stand, one half of the sample points being located on each line.

Tree seedlings were sampled in a 1-m-sq quadrat. Plots of cumulative mean densities (Greig-Smith, 1964) for tree seedlings indicated that ca. 30 quadrats were usually sufficent for an adequate sample. Thereafter, 30-40 quadrats were sampled in each stand. They were located by tossing a quadrat stick over the shoulder once or twice at each point, on opposite sides of the compass line used to locate the points for sampling trees and saplings.

*Tree ages.*—At every point of the sampling regime, the closest tree and sapling in quadrants 1 and 3 were cored for age determination as close to ground level as the increment borer would allow. When areal plots were used for samplings, all sapling-sized stems in the plot were cored. Cores were stored in paper soda straws and labeled for counting in the laboratory. All seedlings which fell in the 1-m-sq quadrats were cut off at ground level and either the growth rings were counted and recorded then or a small cross section was removed and labeled for future counting. Ages were estimated by simply counting growth rings.

If a tree was too rotten for a core sample to be obtained, the closest tree in another quadrant was selected for coring, although this was a relatively rare occurrence. If coring the closest tree in each of the four quadrants did not yield two cores, no further attempt was made to obtain cores from the trees at that point. Saplings were similarly sampled.

*Stand environment.*—Stand aspect, slope angle, elevation and topographic position were recorded in each stand. Three topographic positions were recognized: (1) knolls and ridgetops; (2) midslope positions without seepages or streams; (3) lower-slope positions at the bottom of drainages and seepage areas where the water table was within 30 cm (ca. 13 inches) of the surface.

## RESULTS

Histograms of densities in 20-year intervals were constructed for each tree population in each stand; several examples are given in Figure 1 which show the

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 11 of 223

wide range of variation. An examination of all the population histograms indicated that they can be readily divided into five types: (1) inverse-J; (2) bimodal; (3) decreasing; (4) unimodal, and (5) random (Fig. 2). The idealized age-distribution types indicate the type of reproduction a population has (Leak, 1975); therefore, the successional-climax status of the population can be interpreted from them, with some limitations.

The inverse-J curve (Fig. 2a) has a steadily decreasing number of stems with increasing age. This can be interpreted as the balance of continuous recruitment and mortality and it indicates a self-perpetuating or climax population, barring disturbances, environmental changes or invasion by competitors.



Fig. 1.—Examples of population and stand age structures. (a) Climax spruce-fir, both species with inverse-J age distributions. (b) Successional lodgepole; spruce has a decreasing, fir an inverse-J, and lodgepole a unimodal age distribution. For clarity, the lines for spruce and fir above 170 years are not drawn. (c) Climax spruce-fir; both spruce and fir have decreasing distributions. (d) Climax lodgepole; lodgepole has a bimodal age distribution

Rvsd Plan - 00005924

Case 1:21-cv-02994-REB    Document 24-19    Filed 06/21/22    USDC Colorado    Page 12 of 223

The bimodal curve (Fig. 2b) has a peak of densities in the oldest age classes and a peak in the youngest with at least 40 years between the two peaks with no stems. This curve indicates pulses of reproduction and may represent a self-perpetuating or climax population. Whether this population will continue to reproduce in pulses or later will assume an all-aged structure is discussed below.

The decreasing curve (Fig. 2c) is similar to the inverse-J but it is deficient in the youngest age classes. This indicates a recent decrease in the rate of recruitment which, if continued, will result in a decline in densities of all ages. However, the drop in recruitment may be temporary and the population actually self-perpetuating.

The unimodal curve (Fig. 2d) has a peak of densities in the oldest age classes, with no stems younger than 100 years. The lack of recruitment probably indicates that the population is not self-replacing and that it will eventually become locally extinct, barring such changes as fire that allow successful reproduction.

The random curve (Fig. 2e) is used to describe all populations that have no regular pattern. If the total age distribution consists of only a few stems scattered over a wide range of ages, it probably indicates that the habitat is marginal for that species. In this case recruitment may depend on climatic fluctuations or oc-



Fig. 2.—Idealized population age distribution types that can be recognized among the populations sampled. The horizontal axis is age class and the vertical axis is density in an age class

Rvsd Plan - 00005925

casional, local minor disturbance.

The age distribution of each of the populations was classified as one of the above five types of curves according to which it visually most closely resembled. Each species shows a distinct pattern of variation in population age structures on the environmental gradients, elevation and topographic position (Fig. 3).

Lodgepole populations have bimodal age distributions on upper topographic positions at low elevations. This changes to a unimodal curve at intermediate elevations and it is absent or has low densities with random age distributions in all other habitats (Fig. 3a).

Spruce populations have the inverse-J age distribution on lower and midslope positions at low elevation. With increasing elevations, spruce populations have decreasing or bimodal curves, except at the highest elevations on upper slopes. Spruce on upper slope positions at the lowest elevations is either absent or present with low densities and has a random age distribution (Fig. 3b). While the pattern of occurrence of the inverse-J age distribution in spruce populations is strongly related to elevations and topography, this particular age distribution only occurs in populations with some spruce individuals over 400 years old (Fig. 4).

Fir populations follow a pattern similar to that of spruce except that the inverse-J age distribution of fir is generally found up to a higher elevation than in spruce. At elevations over 3300 m (10,827 ft), however, fir populations have decreasing curves.

*Stand age structure.*—The combinations of species in individual stands and their behaviors are important indications of the seral patterns, *i.e.,* whether the stand is relatively stable or undergoing successional changes (Whittaker, 1953, 1974). Although several objective methods of analyzing directions of succession in forest



Fig. 3.—Distribution of population age structure types on elevation and topographic position. Symbols as in Table 1

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 14 of 223

vegetation have been published (Goff and Zedler, 1972; Rochow, 1972; Shugart *et al.,* 1973; Zedler and Goff, 1973), each method assumes the uniform behavior of the species throughout the data or area examined. That is, for example, a species is assumed to be everywhere climax or everywhere successional. As shown in Figure 3, the age structures of individual species in this study are not everywhere the same and it is probable that the successional or climax roles of some species change along environmental gradients, especially lodgepole (Fig. 3a). Therefore, a different method is required to identify the directions of succession and climax combinations of species which also allows for changes in the seral behaviors of species.

On the basis of the combination of population age structures found in a stand, three types of stand age structures can be distinguished which are useful indicators of seral patterns. The stand age structures are obtained by overlaying the parts of Figure 3 to find which population age-structure types occur for each species in a stand. These are summarized in Table 1, along with the elevation and topographic position of each stand. The stand types are: (1) climax lodgepole; (2) successional lodgepole, and (3) climax spruce-fir. Three stand types are not enough to distinguish all the variations in Table I. Instead, they are meant to serve as useful modes in a complex situation where all possible age distributions may conceivably combine in a set of co-occurring populations.

*Climax lodgepole.*—These are stands in which lodgepole is the only dominant tree, *i.e.,* no other tree composes over 10% of the total stand density. In these stands, lodgepole has a bimodal age distribution and spruce and fir are either absent or present in low numbers with irregular age distributions (Table 1); a typical stand age structure is shown in Figure 1d. These stands may be considered climax only because lodgepole is self-perpetuating and neither spruce nor fir is successfully invading them.

Climax lodgepole stands were sampled at elevations between 2850 and 3000 m (9350 and 9842 ft) at or near the tops of ridges and knolls, *i.e.,* the driest topographic positions (Fig. 5), although similar stands were observed to about 3150 m



Fig. 4.—Relationship of spruce population age structure types to age of the oldest spruce in a stand. Circles are for climax spruce-fir stands. Squares are for successional lodgepole stands

Rvsd Plan - 00005927

(10,335 ft) in the driest habitats, and scattered individual trees may be found to timberline.

*Successional lodgepole.*—These are the stands which are codominated by lodgepole, spruce and fir, *i.e.*, each species comprises more than 10% of the total stand density. Lodgepole has the unimodal curve, spruce the decreasing curve and fir the inverse-J curve (Table 1). An example of this type of stand is given in Figure 1b. Lodgepole shows a peak of recruitment which began at some past time, approximately 222 and 315 years ago, respectively, for stands 12 and 22, and continued for approximately 100 and 120 years, respectively, for stands 12 and 22.

Delay between the establishment of lodgepole and establishment of spruce and fir can be estimated from the individual stand age distributions. Although the exact time at which a species has successfully invaded a stand is partially an arbitrary decision, it can be estimated by the interval between the oldest stem of lodgepole and that age class at which the density of spruce or fir exceeds that of lodgepole. The delays in stand 12 are approximately 60 and 90 years, respectively, for spruce and fir, and in stand 22, 105 years for both spruce and fir.

Successional lodgepole stands were sampled betweeen 3000 and 3250 m (9842 and 10,660 ft) on midslope or upper slope positions, depending on the elevation (Fig. 5). Similar stands were observed at slightly higher elevation on midslopes, but none could be found in any other habitats.

*Climax spruce-fir.*—These are stands dominated by both spruce and fir. Although there are considerable differences in the age structures among these stands, they are termed climax spruce-fir because of their apparent long-term compositional stability. Both species show a tendency to change from inverse-J to decreasing or bimodal age distributions with increased elevation (Fig. 3). Spruce does this at lower elevations than fir, with one exception where spruce has the inverse-J curve in the highest elevation stand (Fig. 3b).

Lodgepole is also present in two spruce-fir stands but in very low densities

TABLE 1.—Population and stand age-structure types and environments of stands. Populations are classified into one of the five types in Figure 2 by their visual similarity to a type. Stands are grouped into three types according to the assemblage of population age-structure types found in that stand*

| Stand | Species population | | | Elevation (m) | Topographic position |
|---|---|---|---|---|---|
| | Lodgepole | Spruce | Fir | | |
| | | Climax lodgepole | | | |
| 10 | Bim | (R) | (R) | 2890 | upper |
| 9 | Bim | .. | .. | 2900 | upper |
| 18 | Bim | (R) | (R) | 2990 | upper |
| | | Successional lodgepole | | | |
| 22 | Un | Dec | In-J | 3160 | upper |
| 12 | Un | Dec | In-J | 3230 | mid |
| | | Climax spruce-fir | | | |
| 20 | (R) | In-J | In-J | 2950 | mid |
| 19 | .. | In-J | In-J | 2990 | lower |
| 21 | .. | In-J | Dec | 3030 | mid |
| 13 | .. | Bim | In-J | 3290 | lower |
| 14 | (R) | Dec | In-J | 3290 | mid |
| 15 | .. | Bim | Dec | 3330 | mid |
| 16 | .. | Dec | Dec | 3380 | lower |
| 17 | .. | In-J | Dec | 3490 | upper |

* Curve types: In-J = Inverse-J; Bim = Bimodal; Dec = Decreasing; Un = Unimodal; R = Random. Absence of a species is indicated by ... Presence with a relative density below 10% indicated by ( )

Rvsd Plan - 00005928

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 16 of 223

(Table 1). In stand 14, lodgepoles are the oldest stems and may therefore indicate that this stand is in the final stages of succession from pioneer lodgepole to spruce and fir.

Reproduction, as indicated by the densities of 1- to 40-year-old stems, is usually greater in fir than in spruce (Fig. 6). In spite of this reproductive differential, spruce dominates the older age classes (Fig. 1b and c), which are primarily the canopy individuals, and the oldest spruce in spruce-fir stands averages 98 (3-267) years older than the oldest fir.

Spruce-fir stands were sampled from 2950 to 3490 m (9680 to 11,450 ft) on all of the slope positions, except at the lowest elevations where they are restricted to lower and midslopes (Fig. 5). This range includes that of successional lodgepole, but does not overlap the range of climax lodgepole stands.

Idealized distributions of the three stand types on elevational and topographic gradients are shown in Figure 7. Climax lodgepole is restricted to low elevations and upper topographic positions; climax spruce-fir may be found over the remaining parts of these gradients, but it does not overlap with the climax lodgepole. Successional lodgepole is confined to a broad band within the range of climax spruce-fir and adjacent to, but not within, the climax lodgepole.

## DISCUSSION

The Colorado Front Range subalpine forest shows a complex pattern of seres and climaxes. The climax forest is dominated by spruce and fir on all sites except those below 3150 m on upper slopes where the climax is instead dominated by lodgepole. Lodgepole is pioneer on disturbed climax lodgepole sites and on those disturbed climax spruce-fir sites at elevations below 3250 m on midslopes, and from 3150 to 3250 m or slightly higher on upper slopes. On mid- and upper slopes above 3250 m, and all lower slopes, spruce is probably the primary pioneer tree (Fig. 5).

This pattern forms a clear, one-dimensional gradient beginning from low-elevation upper slopes and radiating out to higher elevations and to lower slopes (Fig. 5). Soil moisture should follow the same pattern, since precipitation in-



Fig. 5.—Distribution of climax and successional stand types on elevation and topographic position. Climax spruce-fir ◯; successional lodgepole ●; climax lodgepole ■

Rvsd Plan - 00005929

creases with elevation (Haeffner; 1971) and runoff collection is greatest on lower slopes. In addition, temperatures and length of growing season may also follow a similar pattern. Therefore, the forest pattern appears to be related to a complex environmental gradient which, however, may be dominated by soil moisture.

In climax lodgepole stands, lodgepole populations have the bimodal type of age distribution (Table 1, Fig. 1d), indicating a pulse of reproduction. This reproduction is dependent on old-age mortality of canopy lodgepole individuals to allow sufficient light to reach the forest floor for successful seedling establishment (Moir, 1969; Alexander, 1972) because lodgepole seedlings are relatively intolerant of shade (Baker, 1949). The scale of this process of self-replacement in lodgepole was not investigated, but it probably occurs primarily under single canopy trees or under small groups of trees, which may be termed gap phase replacement. Very large stands would, therefore, probably have all stages of this process from patches of one to several dead or dying trees with reproduction below them, to dense intermediate-aged patches without any reproduction. This type of stand would show the all-aged, all-sized structures described by Alexander (1972). Fire is not a necessary factor in this process and no evidence of fire could be found on standing trees in the stands investigated, nor have there been any recorded fires in the Fraser Experimental Forest in over 70 years of settlement (Love, 1960).

A key factor for lodgepole to perpetuate itself in these stands is that all other tree species be totally excluded or prevented from reaching significant densities. Other tree species would cast shade and prevent lodgepole reproduction even when lodgepole canopy individuals died. Spruce and fir are apparently excluded from climax lodgepole sites by the dry soils and, therefore, climax lodgepole stands exist because lodgepole can establish on drier soils than either spruce or fir, possibly due to the more rapid root elongation of lodgepole seedlings (Lotan, 1964; Jones, 1971; Noble, 1973).

While gap phase reproduction has not been previously described for lodgepole, similar processes have been described for a number of other species; for example, hemlock (Cooper, 1913; Hough and Forbes, 1943; Hett and Loucks, 1976), balsam fir (Hett and Loucks, 1976), sugar maple (Bray, 1956), beech (Watt, 1925), ponderosa pine (Cooper, 1960, 1961; West, 1969) and two species of *Araucaria* (Gray, 1975).



Fig. 6.—Relationship of densities of young (1-40 years old) spruce and fir in climax spruce-fir and successional lodgepole stands. Points on the dashed line would indicate equal densities of young spruce and fir in a stand. Circles are for climax spruce-fir stands and squares are for successional lodgepole stands

Rvsd Plan - 00005930

Case 1:21-cv-02994-REB Document 24-19 Filed 06/21/22 USDC Colorado Page 18 of 223

Moir (1969) has described stands which may be of the climax lodgepole type, although he did not examine age distributions. His stands were located on upland sites along the E slope of the Colorado Front Range between 2500 and 2800 m (ca. 8200-9200 ft). Moir's samples are only 65-100 years old, thus necessitating an argument that if replacement were going to occur it would have begun within that time span. However, as shown above for the successional lodgepole stands, it may take up to 100 years, and possibly more, for spruce or fir to invade a lodgepole stand. In addition, Moir made no mention of available seed sources for potentially invading species. If there are no seed sources, succession also could not be expected to occur. Therefore, the successional-climax status of the stands described by Moir (1969) is unclear.

In the present study, however, all the climax lodgepole stands are over 250 years old and still show no tendency for successional replacement (*e.g.*, Fig. 1d). In addition, abundant seeds for potentially invading spruce and fir appear to be available from spruce and fir trees adjacent to the climax lodgepole stands.

The spruce-fir forest has been termed the climatic climax of the Central Rocky Mountain subalpine zone (Daubenmire, 1943; Oosting and Reed, 1952; Marr, 1961) because it appeared to be relatively stable over long periods. Climax spruce-fir occurs over a wide environmental range (Fig. 7) and covers a larger area than climax lodgepole forest.

Fir populations in climax spruce-fir usually have stable, inverse-J age distributions. In these cases, fir reproduction appears to be continuous and fairly stable from decade to decade and its densities in the canopy will probably remain fairly constant. However, at elevations near timberline, fir has the decreasing age distribution (Fig. 3c). It has been reported that subalpine fir does not grow or reproduce well at high elevations (Graham, 1937; Hansen, 1940; Cronquist *et al.*, 1972) and that the proportion of reproduction by layering increases at high elevations (Alexander, 1958). Fir recruitment in the high elevation stands is sporadic



Fig. 7.—Idealized environmental distributions of climax and successional stand types. Dots show locations of stands sampled

Rvsd Plan - 00005931

and its populations probably experience numerous and large fluctuations which are most severe in the highest elevation stand. Fir also has a decreasing age distribution in one low elevation stand (Fig. 3c). The explanation for this is not clear, but may be related to opening of the nearby canopy by the construction of an old road adjacent to the stand.

The pattern of age distributions for spruce populations in climax spruce-fir stands (Fig. 3b) is not as simple as in fir populations. Decreasing and bimodal curves at intermediate elevations indicate irregular patterns of spruce recruitment. Similar irregularities have led some workers in the Canadian Rocky Mountain subalpine forest to conclude that Engelmann spruce is a late-successional species that is eventually eliminated by fir (Bloomberg, 1950; Day, 1972). However, spruce can also have the stable inverse-J curve in either some environments (Fig. 3b) or in old stands (Fig. 4).

Therefore, bimodal and decreasing age distribution curves in spruce are not necessarily due to the old age of stands, as would be the case if spruce were a secondary successional species. It may even be that the pattern of decreasing, bimodal and inverse-J curves form a series in which, for some intrinsic reason, spruce recruitment decreases, leading to the decreasing curve. Then, after some delay, recruitment resumes, first forming a bimodal curve which, with sufficient time, comes to approximate the inverse-J. Cessation of spruce recruitment at the beginning of this cycle may be due to heavy shade cast by a dense canopy or strong competition from heavy herbaceous growth, both of which are known to hinder spruce seedling establishment (Patten, 1963; Roe *et al.*, 1970).

Day (1972) has described a similar pattern for Engelmann spruce in British Columbia following destruction of a stand by fire. In that region, spruce establishes along with or shortly after lodgepole on a burned site. The dense canopy formed by the two species prevents further spruce reproduction until lodgepole begins to die out and open the canopy somewhat. The resulting pattern is one of age distributions which change from a decreasing to a bimodal and finally to an inverse-J, the entire process taking perhaps 350 years after a fire to complete. Day's model may also explain the age distribution patterns in the present study. Indeed, the apparent relative ages of the stand, based on the oldest spruce present, indicate that stands with bimodal or decreasing spruce age distributions are younger than those stands with spruce having the inverse-J distribution (Fig. 4), as though the former preceded the latter in development.

Disturbed sites within the climax spruce-fir forest may be revegetated by one of two seres, depending on the habitat (Fig. 7). Lodgepole is the dominant pioneer from 3150-3250 m on upper slopes and below 3250 m on midslopes. Spruce invades successional lodgepole stands and becomes well-established between 60-105 years and fir between 90-105 years after pioneering lodgepole. This order of invasion is the most common sere described for the Central Rocky Mountain subalpine forest (Daubenmire, 1943; Oosting and Reed, 1952; Marr, 1961; Ives, 1941a, b) and also agrees with that described by Bloomberg (1950) and Day (1972) in the Canadian Rocky Mountains.

Pioneering lodgepole eventually creates a canopy which prevents further establishment of lodgepole seedlings. However, the establishment of spruce and fir seedlings in a stand of lodgepole probably depends on the ameliorative effects of lodgepole on that environment. This is indicated by the long delay in the establishment of spruce and fir seedlings and is probably caused by elevated soil temperature and lowered soil moisture due to direct sunlight. Direct sunlight also inhibits both spruce and fir seedling growth even in the presence of adequate moisture (Alexander, 1958; Ronco, 1970a, b). Lodgepole is able to establish on drier soils than spruce or fir, after which shade cast by the well-established lodgepole

Rvsd Plan - 00005932

lowers soil temperature and decreases evaporation and thereby allows spruce and fir seedlings to establish. This explanation is also consistent with the absence of spruce and fir on climax lodgepole sites. In this case, the environment is extreme enough that lodgepole cannot ameliorate it sufficiently for spruce or fir to establish.

The combined shade cast by spruce, fir and lodgepole in the old successional stand prevents any renewed lodgepole seedling establishment. Therefore, it is the interaction of spruce and fir with lodgepole that causes it to be successional on some sites; conversely, it is the inability of spruce or fir to establish which allows lodgepole to form a climax community on the driest forest sites.

Disturbed sites above 3050 m on upper and midslopes, and on lower slopes at all elevations are pioneered primarily by spruce (Fig. 7; Stahelin, 1943; Langenheim, 1962; Patten, 1963). Lodgepole does not grow well on these sites (Hansen, 1940; Daubenmire, 1943; Tackle, 1959), but the factors responsible for this are not fully known. The similar patterns of changes in lodgepole from climax to pioneer to absent on both topographic and elevational gradients (Fig. 5) suggests that the same environmental factors are responsible on both gradients. Soil moisture is likely to be an important factor because precipitation increases with elevation (Haeffner, 1971) and water accumulation occurs on lower topographic positions. In addition, temperature and growing season may be subsidiary factors, and Tackle (1965) has attributed the elevational limitations of lodgepole to low temperatures. However, there are few data to confirm this and temperature patterns alone fail to account for scattered individuals of lodgepole which may occur at high elevations on exposed sites (Retzer, 1962) and for the lack of lodgepole on mesic, lower slope positions.

All three of the tree species studied here show changes in their age structures along environmental gradients (Fig. 3). Spruce and fir populations in climax stands vary throughout the range of elevations (Fig. 3). This may make it possible to subdivide the climax spruce-fir into a number of separate climax types. However, this has not been done because the types would probably intergrade over broad areas and because of the small number of stands investigated. In addition, the patterns in spruce may be related more to successional changes than to environmental gradients.

Changes in the age structure dynamics of lodgepole are particularly important because they clearly indicate that a species may be either successional or climax, depending on the environment, and on the presence or absence of other species, namely, spruce and fir in the present case. This phenomenon is probably widespread among other species but has received little study.

*Acknowledgments.*—This paper is based on a thesis submitted to Colorado State University in partial fulfillment of the requirements for the Master of Science degree. This study was funded in part by Coop-Aid CA16-197 from the U.S. Forest Service, Rocky Mountain and Range Experiment Station, Fort Collins, Colorado. We thank Ordell Steen for his help in collecting tree cores and counting their growth rings, Robert Alexander for his expert counseling on subalpine forest structure and the directors of the Fraser Experimental Forest for use of their facilities. In addition, the comments of Robert Peet on an earlier draft were most helpful.

## LITERATURE CITED

ALEXANDER, R. R. 1958. Silvical characteristics of sub-alpine fir. *U.S. For. Serv. Res. Pap. RM-32.*

———. 1963. Harvest cutting old-growth mountain spruce-fir in Colorado. *J. For.,* **61**: 115-119.

———. 1966. Establishment of lodgepole pine reproduction after different slash disposal treatments. *U.S. For. Serv. Res. Pap. RM-62.* 4 p.

———. 1972. Partial cutting practices in old-growth lodgepole pine. *U.S. For. Serv. Res. Pap. RM-92.* 16 p.

————. 1973. Partial cutting in old-growth spruce-fir. *U.S. For. Serv. Res. Pap. RM-110.* 16 p.

————. 1974. Silviculture of subalpine forests in the southern Rocky Mountains: the state of our knowledge. *U.S. For. Serv. Res. Pap. RM-121.* 88 p.

BAKER, F. S. 1949. A revised tolerance table. *J. For.,* **47**:179-181.

BATES, C. G. 1924. Forest types in the central Rocky Mountains as affected by climate and soil. *U.S. Dep. Agric. Bull. 1233.*

BILLINGS, W. D. 1969. Vegetational pattern near alpine timberline as affected by fire-snowdrift interactions. *Vegetatio,* **19**:192-207.

BLOOMBERG, W. J. 1950. Fire and spruce. *For. Chron.,* **26**:157-161.

BRAY, J. R. 1956. Gap phase replacement in a maple-basswood forest. *Ecology,* **37**:598-600.

BRUDERLIN, K. 1911. A study of the lodgepole-pine forests of Boulder Park, Tolland, Colorado. *Univ. Colo. Stud. Ser. A. Gen. Stud.,* **8**:265-275.

CARY, M. 1911. A biological survey of Colorado. *U.S. Dep. Agric. North Amer. Fauna 33.* 256 p.

COOPER, W. S. 1908. Alpine vegetation in the vicinity of Long's Peak, Colorado. *Bot. Gaz.,* **45**:319-337.

————. 1913. The climax forest of Isle Royale, Lake Superior, and its development. *Ibid.,* **55**:1-44.

COOPER, C. F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. *Ecol. Monogr.,* **30**:129-164.

————. 1961. Pattern in ponderosa pine forests. *Ecology,* **42**:439-499.

COTTAM, G. AND J. T. CURTIS. 1956. The use of distance measures in phytosociological sampling. *Ibid.,* **37**:451-460.

CRONQUIST, A. A., A. H. HOLMGREN, H. H. HOLMGREN AND J. L. REVEAL. 1972. Intermountain Flora: Vascular plants of the Intermountain West, U. S. A.: Volume 1, Geological and botanical history of the region, its plant geography and a glossary. The vascular cryptogames and the gymnosperms. Hafner Publ. Co., Inc., New York. 277 p.

CROSSLEY, D. I. 1956. Fruiting habits of lodgepole pine. Can. Dep. No. Aff. and Natl. Res., Forest Res. Div. Tech. Note 35. 32 p.

DAUBENMIRE, R. F. 1943. Vegetational zonation in the Rocky Mountains. *Bot. Rev.,* **9**: 325-393.

———— AND J. B. DAUBENMIRE. 1968. Forest vegetation of eastern Washington and northern Idaho. *Wash. Agric. Exp. Stn. Tech. Bull. 60.* 104 p.

DAY, R. J. 1972. Stand structure, succession, and use of southern Alberta's Rocky Mountain forest. *Ecology,* **53**:472-478.

GOFF, F. G. AND P. H. ZEDLER. 1972. Derivation of species succession vectors. *Am. Midl. Nat.,* **87**:397-412.

———— AND D. WEST. 1975. Canopy understory effects on forest population structure. *For. Sci.,* **21**:98-108.

GRAHAM, E. H. 1937. Botanical studies in the Uinta Basin of Utah and Colorado. *Ann. Carnegie Mus. 26.* 432 p.

GRAY, B. 1975. Size-composition and regeneration of *Araucaria* stands in New Guinea. *J. Ecol.,* **63**:273-289.

GREIG-SMITH, P. 1964. Quantitative plant ecology. 2nd ed. Butterworths, London. 256 p.

HAEFFNER, A. D. 1971. Daily temperatures and precipitation for subalpine forest, central Colorado. *U.S. For. Serv. Res. Pap. RM-80.* 48 p.

HANSEN, H. P. 1940. Ring growth and dominance in a spruce-fir association in southern Wyoming. *Am. Midl. Nat.,* **23**:442-447.

HETT, J. M. AND O. L. LOUCKS. 1976. Age structure of balsam fir and eastern hemlock. *J. Ecol.,* **64**:1029-1044.

HOUGH, A. F. AND R. D. FORBES. 1943. The ecology and silvics of forests in the high plateaus of Pennsylvania. *Ecol. Monogr.,* **13**:299-320.

IVES, R. L. 1941a. Rapid identification of the montane-subalpine zone boundary. *Bull. Torrey Bot. Club,* **68**:195-197.

————. 1941b. Forest replacement rates in the Colorado headwaters area. *Ibid.,* **68**:407-408.

JOHNSON, F. L. AND D. U. BELL. 1975. Size-class structure of three streamside forests. *Am. J. Bot.,* **62**:81-85.

Rvsd Plan - 00005934

JONES, E. W. 1945. The structure and reproduction of the virgin forests of the north temperate zone. *New Phytol.*, **44**:130-148.

JONES, J. R. 1971. Mixed conifer seedling growth in eastern Arizona. *U.S. For. Serv. Res. Pap. RM-77.* 19 p.

LANGENHEIM, J. H. 1962. Vegetation and environmental patterns in the Crested Butte area, Gunnison County, Colorado. *Ecol. Monogr.*, **32**:249-285.

LEAK, W. B. 1975. Age distribution in virgin red spruce and northern hardwoods. *Ecology*, **56**:1451-1454.

LOOPE, L. L. AND G. E. GRUELL. 1973. The ecological role of fire in the Jackson Hole area, northwestern Wyoming. *Quat. Res. (NY)*, **3**:425-443.

LOTAN, J. E. 1964. Initial germination and survival of lodgepole pine on prepared seedbeds. *U.S. For. Serv. Res. Note INT-29.* 8 p.

LOVE, L. D. 1960. The Fraser Experimental Forest . . . its work and aims. *U.S. For. Serv. Res. Pap. RM-8.* 16 p.

LUTZ, R. E. 1922. Altitude in Colorado and geographical distribution. *Bull. Am. Mus. Nat. Hist.*, **46**:335-366.

MAISSUROW, D. K. 1941. The role of fire in the perpetuation of virgin forests of northern Wisconsin. *J. For.*, **39**:201-207.

MARR, J. W. 1961. Ecosystems of the east slope of the Front Range in Colorado. *Univ. Colo. Stud. Ser. Biol. No. 8.* Univ. Colorado Press, Boulder. 134 p.

MASON, D. T. 1915. The life history of lodgepole pine in the Rocky Mountains. *U.S. Dep. Agric. Bull. 154.* 35 p.

MASSEY, C. L. AND N. D. WYGANT. 1954. Biology and control of the engelmann spruce beetle in Colorado. *U.S. For. Serv. Circ. No. 944.* 35 p.

MILLER, P. C. 1970. Age distributions of spruce and fir in beetle killed forests on the White River Plateau, Colorado. *Am. Midl. Nat.*, **83**:206-212.

MOIR, W. H. 1969. The lodgepole pine zone in Colorado. *Ibid.*, **81**:87-98.

NOBLE, D. L. 1973. Engelmann spruce seedling roots reach depth of three to four inches their first season. *U.S. For. Serv. Res. Note RM-241.* 3 p.

OOSTING, H. J. AND J. F. REED. 1952. Virgin spruce-fir of the Medicine Bow Mountains, Wyoming. *Ecol. Monogr.*, **22**:69-91.

PATTEN, O. T. 1963. Vegetational pattern in relation to environments in the Madison Range, Montana. *Ibid.*, **33**:375-406.

RAMALEY, F. 1907. Plant zones in the Rocky Mountains of Colorado. *Science*, **26**:642-643.

——. 1909. The silva of Colorado. IV. Forest formations and forest trees. *Univ. Colo. Stud. Ser. A. Gen. Stud.*, 6:249-281.

—— AND W. W. ROBBINS. 1909. Studies in lake and streamside vegetation. I. Redrock Lake near Ward, Colorado. *Univ. Colo. Stud.*, **6**:135-172.

RETZER, J. L. 1962. Soil survey—Fraser Alpine Area, Colorado. U.S. For. Serv. and Soil Conservation Serv., in cooperation with Colorado Agric. Exp. Stn. Ser. 1956. No. 20. 47 p.

ROBBINS, W. W. 1910. Climatology and vegetation in Colorado. *Bot. Gaz.*, **49**:256-280.

ROCHOW, J. J. 1972. A vegetational description of mid-Missouri forest using gradient analysis techniques. *Am. Midl. Nat.*, **87**:377-396.

ROE, A. L., R. R. ALEXANDER AND M. S. ANDREWS. 1970. Engelmann spruce regeneration practices in the Rocky Mountains. *U.S. For. Serv. Produc. Res. Rep. No. 115.*

RONCO, F. 1970a. Chlorosis of planted Engelmann spruce seedlings unrelated to nitrogen content. *Can. J. Bot.*, **48**:851-853.

——. 1970b. Influence of high light intensity on survival of planted Engelmann spruce. *For. Sci.*, **16**:331-339.

ROWE, J. S. 1961. Critique of some vegetation concepts as applied to forests of northwestern Alberta. *Can. J. Bot.*, **39**:1007-1017.

RYDBERG, P. A. 1915. Phytogeographical notes on the Rocky Mountain region. IV. Forests of the subalpine and montane zones. *Bull. Torrey Bot. Club*, **42**:11-25.

——. 1916a. Phytogeographical notes on the Rocky Mountain region. VI. Distribution of the subalpine plants. *Ibid.*, **43**:343-364.

——. 1916b. Vegetative life zones of the Rocky Mountain region. *N.Y. Bot. Gard. Mem.*, **6**:477-499.

————. 1917. Phytogeographical notes in the Rocky Mountain region. VII. Formations in the subalpine zone. *Bull. Torrey Bot. Club*, **44**:431-454.

SCHMELZ, D. V. AND A. A. LINDSEY. 1965. Size-class structure of old-growth forests in Indiana. *For. Sci.*, **11**:258-264.

SCHMID, J. M. AND T. HINDS. 1974. Development of spruce-fir stands following spruce beetle outbreaks. *U.S. For. Serv. Res. Pap. RM-131*. 16 p.

SHUGART, H. H., JR., T. R. CROW AND J. M. HETT. 1973. Forest succession models: A rationale and methodology for modeling forest succession over large regions. *For. Sci.*, **19**:203-212.

SPERRY, D. E. 1936. A study of the growth, transpiration and distribution of the conifers of the Rocky Mountain National Park. *Bull. Torrey Bot. Club*, **63**:75-103.

SPRUGEL, D. G. 1976. Dynamic structure of wave-regenerated *Abies balsamea* forests in the northeastern United States. *J. Ecol.*, **64**:889-911.

STAHELIN, R. 1943. Factors influencing natural restocking of high altitude burns by coniferous trees in the central Rocky Mountains. *Ecology*, **24**:19-30.

STEARNS, F. W. 1951. The composition of the sugar maple-hemlock-yellow birch association in northern Wisconsin. *Ibid.*, **32**:245-265.

TACKLE, D. 1955. A preliminary stand classification for lodgepole pine in the Intermountain Region. *J. For.*, **53**:566-569.

————. 1959. Silvetics of lodgepole pine. *U.S. For. Serv. INT Misc. Publ. No. 19*. 24 p.

————. 1965. Ecology and silviculture of lodgepole pine. *Proc. Soc. Am. For.*, **1964**:112-115.

WATT, A. S. 1925. Development of structure of beech communities. *J. Ecol.*, **13**:27-73.

WEST, N. E. 1969. Tree patterns in central Oregon ponderosa pine forests. *Am. Midl. Nat.*, **81**:584-590.

WHITTAKER, R. H. 1953. A consideration of climax theory: the climax as a population and pattern. *Ecol. Monogr.*, **23**:41-78.

————. 1974. Climax concepts and recognition, p. 139-154. *In:* R. Knapp (ed.). Vegetation dynamics. Handbook of vegetation, vol. 8. W. Junk, The Hague.

YOUNG, R. T. 1907. The forest formations of Boulder County, Colorado. *Bot. Gaz.*, **44**: 321-352.

ZEDLER, P. H. AND F. G. GOFF. 1973. Size-association analysis of forest successional trends in Wisconsin. *Ecol. Monogr.*, **43**:79-94.

SUBMITTED 19 JULY 1977                                    ACCEPTED 7 SEPTEMBER 1977

Rvsd Plan - 00005936

# Evaluation of Observed and Simulated Snow Depths for Commencing Over Snow Vehicle Operation in the Sierra Nevada

Prepared for the *Winter Wildlands Alliance*
Benjamin Hatchett, Ph.D.

Draft Report Submitted: May 1, 2017
Revised Final Report Submitted: May 15, 2017

## Executive Summary:

Over-snow vehicle (OSV) recreation represents a significant component of winter season recreation in the Sierra Nevada. In order to minimize negative impacts on natural resources such as vegetation damage and soil compaction during OSV operation, a minimum snow depth must be present, however to our knowledge no specific minimum value has been defined. Winter Wildlands Alliance suggests 46 cm (18 in) while some National Forest Special Orders require 30 cm (12 in). The minimum depth requirement is further complicated by the mechanical properties of snow that vary as a function of snow density. Nonetheless, resource managers tasked with opening and closing OSV trailheads over large spatial areas do not have the capability to visit each trailhead to obtain a snow depth measurement. Instead, they often must rely on remote measurements or historic opening dates. This study evaluates the use of station measurements and a process-based, semi-distributed snowpack model to inform OSV trailhead decision making. Using a conservative rule-of-thumb estimate of a minimum depth of 90 cm (12 in.) of compacted snow at a snow density of 0.3 g/cm$^3$, daily snow water equivalent measurements from 38 SNOwpack TELemetry (SNOTEL) weather stations are used to develop a relationship to determine when sufficient snow depths exist to open areas to OSV usage. Under an assumption of lower density snow (0.2 g/cm$^3$), the evaluated depth (45 cm) is consistent with the policy suggestion of Winter Wildlands Alliance (approximately 18 in). Output of snow depth anomalies (deviations from average conditions) from the SNOwpack Data ASsimilation (SNODAS) model is examined for the northern, central, and southern Sierra Nevada to demonstrate how this readily available model can be incorporated into decision making. Last, a protocol for citizen-science based depth measurements at OSV trailheads was developed for subsequent use that can provide additional data to complement SNOTEL and SNODAS estimates.

Analysis of SNOTEL data identified that median timing of achieving sufficient snow depths for OSV operation during the past 15 years (2003-2017) varied by elevation ($R^2 = 0.39$) from mid-October to late December. The long period of record (1981-2017) of SNOTEL stations enabled an analysis of long-term trends in opening dates. Since 1981, opening dates have increased at a rate of approximately 0.6 day per year, which today means that opening dates are nearly three weeks later. Linear relationships ($0.25 > R^2 > 0.66$) between snow depth and station elevation over four latitudinal bands were satisfactory to inform OSV opening decisions if station topographic settings (i.e., distance from the mountain crest) are considered. Incorporation of SNODAS output is recommended for decision making provided its limitations owing to uncertainty are appropriately factored into the decision process. A recently developed online tool, Google Climate Engine, that provides satellite-derived normalized differenced snow index is highlighted for additional guidance in identifying anomalous snow coverage conditions at the mountain range scale with high spatial resolution (500 m). To provide specific examples of the

1

types of weather conditions that lead to substantial snowpack losses after the depth requirement has been met, several specific case studies are summarized to highlight the types of weather conditions that lead to this scenario. The combined use of station and remotely-sensed data with model output is recommended for use in deciding when to open OSV trailheads.

**Key Science Points:**

1. Median dates of snow water equivalent (SWE) > 90 mm vary by elevation ($R^2$=0.39) from early November to late December.

2. Median dates of achieving SWE > 90 mm have increased by approximately 0.5 day per year over the past 37 years.

3. Timing of SWE > 90 mm varies by elevation with higher elevation sites achieving it earlier but with greater variance compared to lower elevation sites.

Unit Conversions: 25.4 mm (2.54 cm) = 1 in.; 1 m = 3.28 m

## 1. Introduction

Over snow vehicle (OSV) recreation represents a significant and growing component of winter season recreation in the mountains of California (Figure 1a) and throughout the western United States. With few exceptions, the annual increase in OSV registrations in California increased by 4-10% per year during the period from 1990-2008 (California Department of Parks and Recreation 2010). The proximity of the northern and central Sierra Nevada (Figure 1b) to large population centers such as the greater Sacramento and San Francisco metropolitan areas (Figure 1a) creates appreciable demand for OSV recreation in a relatively limited and ecologically sensitive area. In order to minimize negative impacts on natural resources such as vegetation damage (Stangl 1999) and soil compaction (Baker and Bithmann 2005) during OSV operation, a minimum snow depth must be present. To our knowledge, no precise value of this minimum depth has been produced via studies quantifying OSV use and disturbance. Further complicating the minimum depth requirement is the dependence of snow depth on the density of the snow, which varies seasonally and as a function of weather conditions. Newly fallen snow densities can vary from 0.05 g/cm$^3$ (typical interior western US powder snow) to 0.3 g/cm$^3$ (very wet coastal snow or compacted snow; Sturm et al. 2010). Although many national forests in California have a required minimum snow depth of 30 cm (12 in) for OSV use, not all forests have such a requirement (California Department of Parks and Recreation, 2010).

Resource managers tasked with opening and closing OSV trailheads over large spatial areas may not have the capability to visit each trailhead to obtain a snow depth measurement. Instead, they must rely on remote measurements or historic opening dates. This work aims to provide guidance to resource managers in using readily available snowpack data from weather stations (which may or may not provide depth measurements) and to highlight available online tools that can inform their decision making. Under a conservative snow density assumption (see Methods in section 3), we estimate the median timing of achieving sufficient snow depths for OSV operation and their trends through time. Relationships between timing of sufficient snow depth and elevation are examined. Several cases where snowpack losses during early winter are highlighted to provide resource managers with examples of the weather conditions at play in these events. This information may help increase situational awareness at times when trailheads

2

may require closure to OSV use during the early season. Two web tools with map-based graphical user interfaces are provided with examples for how they can be applied to OSV trailhead decision making. A citizen science-based protocol for snow depth measurement was developed and can be implemented in subsequent winters. The results from this study can serve to facilitate continued research on snowpack trends during early season, the impact of these trends on winter recreation, and to facilitate improved resource management of areas where OSV is allowed.



**Figure 1:** (a) Map of Sierra Nevada (and northern regions) with SNOTEL stations used in the analysis shown as blue dots. (b) Inset map showing stations in Lake Tahoe region of California. Elevations are shown as filled contours with 125 m intervals.

### 2. Data

Daily maximum temperature, minimum temperature, snow water equivalent, and precipitation from 38 SNOTEL stations spanning October 1 1980-February 28 2017 were acquired from the Natural Resource Conservation Service (http://www.nrcs.gov/snotel). Daily, gridded output at 25 km horizontal resolution of snow depth and snow water equivalent from the SNODAS model is available from October 1 2003-present. The data can be downloaded from the National Snow and Ice Data Center or accessed via a graphical user interface (GUI) at the National Operational Hydrologic Remote Sensing Center webpage (https://www.nohrsc.noaa.gov/interactive/html/map.html). The GUI allows the user to select the specific area, date, and variable of interest. SNODAS output was acquired for January 2012, January 2016, and March 2016. MODIS Aqua-derived normalized differenced snow index (NDSI) values at 500 m horizontal resolution are available between 1 October 2002-28 February 2017 and was acquired for January 2012, January 2016, and March 2016. The NDSI is created by differencing bands of remotely sensed reflectance in bands that snow reflects (0.66 mm) from the band that it does not reflect (1.6 mm) and dividing by the sum of the reflectance of these bands. NDSI was acquired from the Google Climate Engine GUI (www.climateengine.org; Huntington et al. 2017).

### 3. Methods

No established value exists for a minimum snow depth for OSV operation, but anecdotal values used by managers vary between 30-45 cm (12-18 in.) depending on compaction, which can be used as a surrogate for density. Such anecdotal values for minimum snow depth do not take into account variability in snow density. To provide a conservative estimate of sufficient snow depth for non-intrusive OSV operation, we specified 90 mm of snow water equivalent (SWE) at each SNOTEL station as the required depth for approval of OSV use. This value was obtained by the equation SWE [mm] = $d$ [mm] * $\rho_s$ / $\rho_w$ and making the assumption that in a coastal snowpack with marginal compaction, $\rho_s$ is typically 0.3 g/cm$^3$ (Sturm et al. 2010). Newly fallen snow varies from 0.05 g/cm$^3$ to 0.3 g/cm$^3$ with maximum densities observed during spring of 0.6 g/cm$^3$ (Sturm et al. 2010), therefore the chosen value appears reasonable to approximate a depth $d$ of 300 mm (11.8 in.) for early-midwinter conditions in the Sierra Nevada. This depth value is consistent with values used by the United States Forest Service. The same SWE value under the assumption of less dense snow (0.2 g/cm$^3$) implies a depth of 45 cm, which is close to the depth recommended by the Wilderness Wildlands Alliance. Our SWE value is also close to that suggested by Patterson (2016), who chose 100 mm of SWE as a threshold value for winter recreation in the Rocky Mountain National Park of Colorado. Early in the season, low snow depths allow winter recreation to have the greatest effects on vegetation (Fox and Kiesse 2004). One would expect some degree of interannual and intraannual variability in snow density (in addition to snowfall and temperature regimes). Our approach can be considered conservative, as we use a density value on the upper end of the range of newly fallen snow and characteristic of midwinter, existing snow densities. This implies that more SWE is required to attain the depth threshold. As indicated above, using a lower density value would imply less SWE is required to achieve the minimum of 30 cm depth.

We take an exploratory approach towards examining the characteristics of early season snowpack development. Our study focuses on the northern and central Sierra Nevada (Figure 1b) but we also examined data from far northern California (Figure 1a). The region of focus (Figure 1b) has stations near 13 of the 19 California Sno-Parks, which are popular OSV staging areas (California Department of Parks and Recreation, 2010). Five of these Sno-Parks are in the Huntington Lake region near Fresno, California where no SNOTEL data is collected. We report the median timing of when each SNOTEL station achieves the minimum required 90 mm of SWE as a function of station elevation and latitude along with the variance. We also examined the frequency that stations would achieve 90 mm of SWE (thus allowing safe OSV operation) but then underwent a decline in SWE to less than 70 mm (the assumption being that OSV operation would no longer be recommended). Stations that underwent such a behavior two or more times and are located near popular OSV trailheads are noted. Examples are provided to demonstrate how warm and dry conditions as well as wet and warm conditions can produce SWE loss during early season and an example is provided to show rapid early melting at lower elevations. Climate normals, or average conditions, were calculated using the median of observed precipitation and SWE over the period 1981-2010 for each day of each year from October 1 to February 28 (where October 1, or the start of the water year, is taken as day 1). Unless otherwise specified, all years are expressed in terms of their respective water year that begins on October 1 *cf the previous calendar year* and ends on September 30 of the calendar year of the water year. Least squares estimates were used to fit linear models to the data and the

4

coefficient of determination ($R^2$ or the square of the correlation) as well as the linear regression equation are reported.

## 4. Results and Discussion

### 4.1 Trends in 90 mm SWE

Binning stations by elevation (low, middle, and high), the range of dates upon which 90 mm of SWE is achieved demonstrates substantial interannual variability (Figure 2). Median dates (black dots) of 90 mm SWE range from late January to early November with differences on the order of two to four weeks between individual years (Figure 2). Some years have small intra-station variability between 90 mm SWE dates (e.g., 2009 in Figure 2b) while others have larger intra-station variability (e.g., 2005 in Figure 2a). Long-term 37 year linear trends demonstrated substantial increases in the median date of 90 mm of SWE for all elevations with slopes on the order of 0.6 days $yr^{-1}$ at middle and high elevations. Curiously, lower elevation stations had a slower rate of increased median opening date (0.3 days $yr^{-1}$). This finding is worthy of continued study as it may result from asymmetric rates of warming (greater rates at higher elevation compared to low elevation) or may imply that precipitation and temperature regimes during early season precipitation events are more strongly influencing middle and high elevation regions. Regardless of the causality of the warming, over 37 years, these rates equate OSV opening dates to be delayed nearly three weeks from historical assumptions developed over the past 20-40 years. For example, suppose a manager assumes that an OSV trailhead 'typically' opens in mid-November. Our findings suggest that during the past 10-15 years, this station may not actually achieve sufficient snow to open until early December. As a result, we only report the median opening dates for the past 15 years so that these dates are not biased towards the earlier opening dates of the 1980s and 1990s and are more representative of recent conditions. Low elevation (> 2146 m) stations typically open in late December with middle elevation (between 2146 m and 2520 m) and high elevation (> 2520 m) opening in early areas opening in early December.



**Figure 2:** (a) Average median date of achieving >90 mm SWE (black line) with capped bars representing the upper and lower quartile. Dashed blue line represents the 37 year linear trends. (b) As in (a) but for middle elevation stations. (c) As in (a) but for high elevation stations. Note that substantially fewer stations existed at all elevations prior to 1990.

#### 4.2 Median timing of achieving 90 mm SWE

Due to the identified trends towards later dates of achieving 90 mm SWE, we report the median timing of this date over the past 15 years (2003-2017). Middle to higher elevation sites typically achieve 90 mm of SWE during the month of November, with lower elevation sites taking until middle to late December (Figure 3). Please note that the x-axis is reversed in Figure 3 such that the earliest (latest) stations reaching 90 mm SWE are on the left (right). The role of latitude in typical OSV opening dates varies markedly. This results from the relationship being complicated by the southward increase in elevation of the Sierra Nevada that can offset the cooling experienced by more northerly latitudes during the transition into boreal winter. Section 4.3 addresses the latitude-specific relationships in more detail. The larger dot sizes in Figure 3 indicate greater variance in the timing of 90 mm SWE and tend to be concentrated in the higher elevations. This is due to interannual precipitation variability; some years have cold, wet fall seasons while other years are much drier or are characterized by warmer wet storms (such as in October 2009 and October 2016) where little precipitation falls as snow. The moderate positive correlation ($R^2 = 0.39$) at the mountain range scale indicates that elevation alone can be used as a

6

Rvsd Plan - 00005942

first order measure to indicate the timing of OSV trailhead opening. Comparisons of historical opening dates as a function of elevation with the timing of 90 mm SWE at nearby stations would provide useful information regarding the use of elevation in determining trailhead opening timing.



**Figure 3:** Timing of median opening date (>90 mm SWE; in days past October 1) of OSV usage by station elevation (y-axis) and latitude (filled contours). Dots are sized by the variance in days past October 1 of achieving 90 mm SWE. Dashed black line denotes the linear fit ($R^2 = 0.39$). Note the reversed direction of x-axis so that higher elevation stations are shown to reach satisfactory snow water equivalent earlier.

### 4.3 90 mm of SWE by station elevation, binned by latitude

Regardless of latitude, the increasing value of the slope coefficient in the slope equation ($m$ in $y = mx + b$) with time for all locations (Figures 4-7) indicates the preferential increase in snow accumulation at higher elevation that builds throughout the winter season. At the highest latitudes of the study area, SWE as a function of station elevation is strongly correlated with elevation ($0.86 > R^2 > 0.96$) throughout the early portion of the winter (Figure 4). For the north Tahoe region (Figure 5), SWE is less well-explained by elevation but still moderately positively correlated ($0.51 > R^2 > 0.66$). Presumably this results from the variability of station locations with respect to the Sierra Nevada crest. A strong rain shadow effect results as orographic precipitation enhancement along the windward side depletes moisture and precipitation is inhibited by descending adiabatic motions as air parcels move downstream (to the east). This results in why stations near the crest, such as the Central Sierra Snow Lab (CSS Lab) or Squaw Valley Gold Coast have higher SWE values than the linear fit estimates while stations lying in the lee of the crest (Tahoe City Cross and Independence Camp) tend to have lower SWE values (Figure 5).



**Figure 4:** Relationship between station elevation and snow water equivalent for varying end-of-month dates: (a) November 30, (b) December 31, and (c) January 31 for far northern California (>40°N).



**Figure 5:** As in Figure 4, but for the north Tahoe region (39-40° N).

Moving further south into the south Tahoe region (Figure 6), increased spread of observed SWE as a function of station elevation is observed, leading to weaker correlations ($0.36 > R^2 > 0.41$). The rain shadow effect may again be influencing the results in this case as Echo Peak sits along the crest while many of the other stations lie well to the east of the crest in the Carson Range (Figure 1). Regardless, the Fallen Leaf to Heavenly Valley relationship can serve as a first-order estimate of low to higher elevation SWE, especially if Carson Pass and Blue Lakes (OSV trailhead) are considered as well. Blue Lakes can be considered a maximum estimate of SWE (and depth) given that it tends to have more SWE than predicted by the linear model. The decrease in SWE dependence on elevation with decreasing latitude continues into the central Sierra (Figure 7) where relationships between SWE and elevation are moderately (at best) and positively correlated ($0.25 > R^2 > 0.31$). Leavitt Lake is likely influenced by wind-driven gauge overcatch and thus should always be considered as a maximum bound on the possible SWE for its elevation; note how it plots far above the linear estimates regardless of date of year (Figure 7). Lobdell Lake and Virginia Lakes Ridge are located well east of the Sierra Nevada crest and thus tend to have less SWE for their elevation than the linear model predicts. Virginia Lakes is a major OSV access point with substantial sensitive riparian and aspen habitat in the area, and thus it is recommended to wait to allow OSV operation until the station reports 90 mm

SWE. This conservative approach may prevent damage to sensitive habitats. On the contrary, the use of Leavitt Lake as an indicator (which has virtually an identical elevation to Virginia Lakes Ridge) would likely promote damage via compaction or unintentional erosion as this station likely is reporting more snow than actually exists regionally.



**Figure 6:** As in Figure 4, but for the south Tahoe region (38.5-39° N).



**Figure 7:** As in Figure 4, but for the central Sierra region (<38.5° N).

### 4.4 SWE loss once 90 mm has been achieved

A possible concern for OSV trailhead managers arises when sufficient snowpack develops to open the trailhead but is then followed by weather conditions that deplete the snowpack. Such depletion can put vegetation and soil at risk for disturbance during OSV operation. Figure 8 shows the number of times each station underwent a SWE reduction from 90 mm to below 70 mm during the period of study, plotted as a function of elevation. Stations with multiple SWE depletions near OSV trailheads are bolded. Large variability is observed in the number of SWE depletions as a function of elevation. Contrary to expectation, middle and upper elevation stations did exhibit multiple occurrences of SWE depletion. The most frequent depletions (two) for popular OSV destinations at high elevation occurred at Ebbetts Pass with Ward Creek and Leavitt Lake representing middle elevations. Very low elevation stations, as expected, showed the highest frequency of SWE depletion. Squaw Valley, the CSS Lab, and Echo Peak are all at middle elevations but located close to the Sierra Crest and may be some of the most susceptible to intense midwinter rain-on-snow events (Guan et al. 2016). The lack of SNOTEL stations west of the crest prohibited an analysis of lower elevation windward side

9

evaluations. Snow pillow data is available for this region, but we were unable to download this data in an automated manner at this time. Continuing work seeks to acquire the windward side data in order to extend the analysis to this region.



**Figure 8:** Number of occurrences for each station, by elevation, that SWE declined from 90 mm to below 70 mm before February 28 during the period from water years 1981-2017. Bolded stations are known to have nearby OSV trailheads and had multiple early SWE declines observed.

Three processes that can lead to SWE depletion are presented in Figures 9-11. Two of these examples are examined in a spatial manner in Figures 12c, 13, and 15. The first process is that of a wet snow drought (Hatchett and McEvoy, manuscript submitted to *Bulletin cf the American Meteorological Society*) observed at Ward Creek (a popular OSV trailhead above the west shore of Lake Tahoe). A wet snow drought occurs when precipitation is above normal (note dashed gray line is well above the blue line in Figure 9a) but SWE is below normal (note thick dark green line is below the light thin green line in Figure 9a). Wet snow droughts are produced by warmer storms with higher elevation rainfall and exacerbated by above normal temperatures (occasional departures of maximum temperatures shown in Figure 9b). By late November, sufficient SWE existed to open the trailhead, however in early December a warm storm (note precipitation increase, SWE decrease, above normal maximum temperatures (note that maximum temperature controls precipitation phase at daily time steps; Rajagopal and Harpold (2016)) in Figure 9) caused SWE to decline below the 70 mm threshold (horizontal dashed black line in Figure 9a). Continued warmer storms with accumulating precipitation but falls in SWE combined with several above normal maximum temperatures led to the establishment of snow drought conditions for the remainder of December before a colder storm promoted substantial SWE accumulation on January 3 2017. This wet snow drought period coincided with the holiday

Rvsd Plan - 00005946

period and likely intensive OSV use of the area and demonstrates an example of how closure of this trailhead may have been warranted in early December to prevent damage to the landscape. A view using SNODAS output of the evolution of this season is presented in section 4.6 (Figure 13).



**Figure 9:** Example of SWE loss due to onset of wet and warm snow drought conditions at Ward Creek, California. (a) Observed precipitation shown in red but divided by two (dashed grey shows actual precipitation and the 1981-2010 median precipitation is shown in blue) and observed SWE in dark green (1981-2010 median SWE is shown by the thin green line). (b) Observed (red) and mean 1981-2010 maximum temperature.

A second SWE depletion example occurred at the Truckee station during a warm spell in early January of 1994. Below average SWE conditions existed throughout the December-February 1994 period, with SWE values hovering just below the 90 mm SWE threshold for several weeks in December until finally surpassing 90 mm on January 5 1994 (Figure 10a). Several days later, a period of persistent above average temperatures ("warm spell" on Figure 10b) coincided with a weak precipitation event (rain) that led to SWE depletion during the second and third weeks of January (Figure 10a). SWE did not decline continuously during this period, rather it reached a steady-state minimum but did not recover until early February. The relative flatness of the observed precipitation (red line in Figure 10a) indicates the multiple extended dry periods during the peak of winter. The combination of above average temperature with likely clear sky conditions (deduced from the lack of precipitation) implies that the Truckee observations represent a minimum SWE loss, as much greater losses would have resulted on sun exposed slopes due to radiation and above normal daytime temperatures. Lower elevation regions likely also lost appreciable snow due to the thermal regime.



**Figure 10:** Example of SWE loss due to January warm spell Truckee, California. (a) Observed precipitation shown in red and observed SWE shown in dark green (1981-2010 median SWE is shown by the thin green line). (b) Observed (red) and mean 1981-2010 maximum temperature.

A final example of SWE depletion is provided in Figure 11 for the Tahoe City Cross SNOTEL station during the 2016 season. In this case, the purpose of this example is to demonstrate that rapid SWE loss can occur during late winter/early spring and result in poor OSV trailhead conditions at lower elevation areas. Throughout much of the year, both SWE (green line) and accumulated precipitation (dashed gold line) were well above normal (Figure 11). In mid-February (~day 120), SWE plummeted below normal and reached a value of 30 mm at the time of year (early March) when it normally achieves its maximum value. Persistent warm and dry conditions (note flat lines in accumulated precipitation that indicate periods of now precipitation in Figure 11) rapidly melted the snowpack during this time. This produced late onset snow drought conditions, where late in the season, accumulated precipitation is above average but SWE is below average due to early melting. Marginal recovery occurred during two storms in early and mid-March, but SWE quickly fell to 0 mm by the end of the month when normally 240 mm of SWE would be expected at this station. A spatial view of this example is provided using SNODAS output in section 4.6 (Figure 12c) and using Google Climate Engine remotely sensed observations in section 4.7 (Figure 15). This example demonstrates that OSV trailhead managers must remain vigilant throughout the season and continuously monitor weather and snowpack elevations at various elevations. Low elevation trailheads would likely have necessitated closures to protect natural resources during this period.



**Figure 11:** The spring loss of SWE at Tahoe City during 2016, indicative of the onset of late season snow drought. The black vertical line indicates April 1 2016 and the first day of the water year is October 1 2015.

### 4.5 SNODAS

Spatially distributed (1 km horizontal resolution) output from the process-based SNODAS model is available at daily resolution for much of North America and can be readily accessed online and manipulated to specific areas and output variables via the website listed in Section 2. The snow depth anomaly maps (Figures 12 and 13) are calculated by taking the snow depth output for a selected date and differencing these depths from the long-term (2003-2016) average, and may represent a useful tool for OSV trailhead managers. Figure 12 presents three examples of how SNODAS can be used to evaluate various scales of anomalous snow depths across the Sierra Nevada. Figure 13 shows the temporal evolution of how snow conditions changed over a one-month period in the Sierraville/Sierra City region.

Widespread dry snow drought conditions (well-below average precipitation and SWE; Hatchett and McEvoy, submitted) existed throughout the northern California region in January 2012 (Figure 12a). The greatest negative anomalies in snow depth (below average depths on the order of more than 24 in.) are found in the higher elevation regions of the Sierra Nevada. These findings are in agreement with satellite-based estimates of negative snow cover anomalies (Figure 14). During January of 2016, SNODAS demonstrates a strong depth anomaly gradient between the central and southern Sierra Nevada with positive anomalies to the north and negative anomalies to the south (Figure 12b). Interestingly, lower elevations have positive anomalies throughout while the High Sierra region exhibits below average depths. This may result from several possible combinations of weather conditions: 1) colder, dry storms with weaker orographic precipitation gradients that result in more snow (relative to average conditions) at lower elevations with less snow at higher elevations, 2) wind transport and 3) sublimation that can remove snow preferentially from higher elevations. Range-wide conditions following the late-season onset of snow drought (recall Section 4.4 and Figure 11) shows the continuation of the north-south gradient in snow depth anomalies (cf. Figure 13b and 13c). Figure 13c also demonstrates the low elevation anomalies throughout the Sierra Nevada that

13

resulted from the dry and warm conditions during February. These below average snow depth conditions were particularly extensive along the eastern (leeward) side of the Sierra Nevada.



**Figure 12:** Examples of SNODAS snow depth anomalies (observed minus 2003-2016 averages) at various scales. (a) Northern California, (b) southern Sierra Nevada, and (c) near-entirety of the Sierra Nevada.

The relatively fine scale horizontal resolution (1 km) of SNODAS allows detailed examinations of complex terrain. During the wet snow drought period of December 2016-January 2017 (described in Section 4.4), the lower elevation northern Sierra Nevada underwent a dramatic transition from below average snow depths at most elevations in mid-December (Figure 13a) to marginal recovery in late December (Figure 13b) to being well-above normal in early January throughout the domain (Figure 13c). The precipitation events producing the recovery and towards plentiful (>40 in. anomalous depth) snow conditions are shown in Figure 9a. During December, Figures 13a-b indicate that many populated regions were 6 in. to more than 10 in. below average in terms of snow depth. If one assumes that such low elevation regions are likely near their climatological median (mid-December, cf. Figures 2a, 3, and 5a-b) for sufficient snow

14
Rvsd Plan - 00005950

depth (11 in.) under the SWE approximation, the SNODAS output suggests that widespread areas likely do not have enough snow for safe OSV operation. If OSV trailheads exist near areas of anomalous positive snow depths (Figure 13a), a manager would be able to make a more informed decision about keeping these trailheads open (e.g., northwest of Truckee; Figure 13a) while closing those elsewhere (e.g., north of Sierra City near Graeagle or southeast of Sierraville; Figure 13a). After a storm, SNODAS can aid in reassessment of closures and openings (e.g., opening Sierra City area trailheads but keeping the region southeast of Sierraville closed; Figure 13b). As I am not sure about whether OSV trailheads can actually undergo opening and closing throughout the season, these ideas are merely speculation as to potential management decisions. In such events, field visits to ground truth the SNODAS output at anomalous positive depth areas is recommended if resources allow.



**Figure 13:** Evolution of the 2017 season in the northern Sierra Nevada through the snow depth anomaly (observed minus 2003-2016 averages) for (a) December 17 2016, (b) December 31 2016, and (c) January 15 2017.

Rvsd Plan - 00005951

The information provided by SNODAS will become substantially more useful once the citizen-science snow depth measuring program (with a protocol given in Appendix 1) has been implemented for several years. This project will provide independent depth information for specific areas of interest (OSV trailheads). Without independent depth measurements at the points of interest to compare against SNODAS output, little conclusive information or a robust empirical-statistical relationship can be developed between OSV trailheads and SNODAS estimates of snow depth. The acquisition of actual measurements will allow an estimation of SNODAS bias (too much or too little depth) for various times of the season and for various snow accumulation scenarios. This information will be useful in further constraining SNODAS estimates for OSV decision making and in providing feedback to the model development team in an effort to improve the model. Even more simply, such measurements will allow for a binary comparison to be made (presence/absence of snow). As it is a model that assimilates observed data, we can expect the uncertainty of SNODAS estimates to be larger in areas where few observations exist. In data-sparse regions and when field visits are not possible, SNODAS outputs of snow depth are recommended to be incorporated into OSV opening decision making provided that it is acknowledged that SNODAS likely represents a maximum estimate or upper bound of snow depth. A similar acknowledgement is nonetheless recommended in relatively data-rich regions such as the central and northern Sierra Nevada. Last, identification of below average snow depth conditions during the latter portions of winter seasons (e.g., Figure 12c) could be used to target regions for field studies to examine if damage to vegetation or soil compaction occurred under the shallow snow conditions with likely saturated soils.

### 4.6 Climate Engine

Google Climate Engine is a newly available web-based portal for accessing and visualizing climate and remote sensing data (climengine.appspot.com; Huntington et al. 2017). A screenshot of normalized differenced snow index (NDSI), or a satellite-based reflectance estimate of snow cover, for the period of early January 2012 (recall Figure 12a) is shown in Figure 14. The interface is user-friendly and offers a variety of calculations and the ability to download a geoTiff image file for use in ArcGIS or other analysis programs. Note the widespread negative values throughout California and Nevada indicating well-below average snow cover. While NDSI does not directly measure snow depth, its coverage is global, it is updated daily, and it has a horizontal grid resolution of 500 m. This allows it to be used to subjectively evaluate snow conditions (presence or absence and even degree of coverage) in remote regions that may not have data otherwise available. An example of this is provided in Figure 15, where low elevations around the Tahoe Basin underwent rapid snowmelt during a hot period in February 2016. Conditions at lower elevations rapidly deteriorated from above normal (Figure 15a) to below normal (Figure 15b), and observation stations tend to be sparse at these elevations. This situation could have severe negative impacts on OSV trailheads as users are still excited to ride but shallow conditions and saturated soils set up a favorable environment for compaction and disturbance. In this case, the Tahoe City Cross SNOTEL (Figure 16) did capture the melt out, but this may not be the case for other regions of the Sierra Nevada or elsewhere in the intermountain west. For these regions, Climate Engine can be used in conjunction with SNODAS to provide information on likely OSV trailhead snow depths (cf. Figure 13b and 13c). For example, if NDSI anomaly values are strongly negative and SNODAS also shows negative snow depth anomalies (cf. Figure 13b and Figure 15b, it would provide confidence in the

decision to limit OSV access at certain trailheads. On the other hand, if NDSI and SNODAS do not agree, the manager may want to inquire with locals or perform a field visit if possible. Either way, the combined use of these two web-based tools can aid in OSV trailhead decision making by providing additional guidance on the spatial distribution of anomalous positive (more) or negative (less) snow depths in their management areas. Furthermore, use of these tools in decision making allows the manager to provide evidence in support of their decision that can be communicated to the public via social media channels or on the web. A dialogue based upon data represents a better outcome than one that does not exist or rests solely upon what appears to be the opinion of a government official.



**Figure 14:** Screenshot example of the Google Climate Engine interface during the January 2012 low snow conditions (cf. Figure 12a).



**Figure 15:** Onset of lower elevation snow drought in the Lake Tahoe region was determined by MODIS Aqua normalized differenced snow index anomalies (observed minus 2002-2017 average). (a) Anomalous positive NDSI (blue colors) during December-January resulted from above normal precipitation and snowfall at lower elevations. (b) Persistent warm and dry conditions during February (see also Figure 14) resulted in substantial snowpack decline at lower elevations and created negative NDSI (red colors) along the periphery of the Sierra Nevada. This would indicate that while sufficient snowpack exists at upper elevations for OSV usage, lower elevation trailheads may have become susceptible to disturbance.

## 5. Summary and Future Work

We have presented a pilot study focused on developing a better understanding of when specific locations attain sufficient snowpack conditions to allow safe over snow vehicle (OSV) usage. A station-based observational analysis of 38 remote snow sensors in the Sierra Nevada indicated median timing of achieving sufficient snow depth under a density assumption to allow OSV usage ranged from mid-October-late December as a function of elevation. Our analysis indicates that the median timing for opening trailheads for OSV operation increased by nearly three weeks during the past 37 years. Online snowpack models such as SNODAS and satellite-based data hosted and visualized through Google Climate Engine were shown to provide additional guidance in OSV trailhead opening decision making. Three types of weather regimes that can lead to snowpack decreases during the winter or early low elevation melt-out were demonstrated. Employing the citizen science-based protocol (see Appendix 1) during the early portion of subsequent winters will allow additional verification of the findings described herein as well as adjusting them as necessary to better inform decision makers on the timing of OSV trailhead opening.

Even simplistic predictive models of snow accumulation driven by inputs of precipitation and temperature at a point in space but distributed in time are not trivial to implement. The readily available output from SNODAS represents a physically realistic and reasonable method to estimate spatially distributed snowpack conditions (i.e., depth and SWE) given the knowledge that SNODAS represents a maximum estimate. Short of field visits and until several years of trailhead snow depth measurements have been performed, this study recommends the combined use of SNODAS with station data (if available and recognizing that SNODAS assimilates this

18

data) and NDSI from Google Climate Engine to inform OSV trailhead opening decision making. For OSV trailhead locations with nearby snow sensors, the simple, derived relationships explaining snow depth as a function of elevation (under the assumption of maritime snow density) are recommended when making trailhead opening decisions. In these regions, use of SNODAS and NDSI are still recommended. The continued implementation of the citizen science snow depth protocol is strongly encouraged in order to better constrain estimates of snow depth from observations and model output. A final recommendation is to perform a detailed evaluation of soil compaction effects of OSV usage under varying snow depth, snow density, and soil conditions. Such a study could be undertaken during the early winter season using a soil cone penetrometer, several snowmachines of varying characteristics, a snow density measurement kit, and a soil tamper. The results of this study would help quantify the minimum snow depth (under varying densities) required to avoid soil compaction from OSV use and could guide more robust travel management plans in National Forests.

## Acknowledgements

The author gratefully acknowledges the support of Winter Wildlands Alliance in this research, the Natural Resource Conservation Service for providing access to the archived SNOTEL data, the National Snow and Ice Data Center for providing access to the SNODAS output, and the team at Google Climate Engine. David Reichel and Nathan Greenberg are thanked for putting Winter Wildlands Alliance in contact with the author to pursue this project. Hilary Eisen and Christopher Garner are thanked for helpful comments and suggestions that improved this report.

Rvsd Plan - 00005955

## References

Baker, E. and Bithmann, E., 2005: Snowmobiling in the Adirondack Park: Environmental and Social Impacts. St. Lawrence University, Department of Biology.

California Department of Parks and Recreation, 2010: Over Snow Vehicle Program Final Environmental Impact Report: Program Years 20102-2010. State Clearinghouse # 2009042113. 156 pp. [Accessible at: http://www.parks.ca.gov/pages/25010/files/osv%20program%20final%20eir_complete% 2020101217.pdf].

Fox, S. and Kiesse, M., 2004: Winter Recreation Effects on the Subnivean Environment of Five Sierra Nevada Meadows. Report to the Lake Tahoe Basin Management Unit. 31pp. [Accessible at: http://www.snowmobileinfo.org/snowmobile-access-docs/Winter-Rec-Effects-on-Subnivean-Enviro-of-5-Sierra-Nevada-Meadows.pdf]

Hatchett, B.J. and D. McEvoy: The Hydrometeorological Origins of Snow Droughts. Manuscript submitted to the *Bulletin of the American Meteorological Society*.

Huntington, J., Hegewisch, K., Daudert, B., Morton, C., Abatzoglou, J., McEvoy, D., and T., Erickson, 2017: Climate Engine: Cloud Computing of Climate and Remote Sensing Data for Enhanced Natural Resource Monitoring and Process Understanding. *Bulletin of the American Meteorological Society*, accepted.

Patterson, Glenn G., 2016: Trends in snow water equivalent in Rocky Mountain National Park and the northern front range of Colorado, USA, Ph.D. dissertation, Colorado State University Department of Geosciences, 136 p. [Accessible at: https://dspace.library.colostate.edu/bitstream/handle/10217/178945/Patterson_colostate_0 053A_13989.pdf?sequence=1&isAllowed=y].

Rajagopal, S. and A.A. Harpold, 2016: Testing and Improving Temperature Thresholds for Snow and Rain Prediction in the Western United States. *Journal of the American Water Resources Association*, **52**(5), 1142-1154, doi: 10.1111/1752-1688.12443.

Stangl, J.T., 1999: Effects of Winter Recreation on Vegetation. National Park Service: Effects of Winter Recreation on Wildlife: 119-121.

Sturm, M., B. Taras, G.E. Liston, C. Derksen, T. Jonas, and J. Lea, 2010: Estimating Snow Water Equivalent Using Snow Depth Data and Climate Classes. *Journal of Hydrometeor.*, **11**, 1380–1394, doi: 10.1175/2010JHM1202.1.

Rvsd Plan - 00005956

**Appendix I: Snow Sampling Protocol**

**Available online at:**
**[https://docs.google.com/document/d/1DTdkW7vJKchhpfMLFWUaGb_4w4kHFl86TaedL**
**R2_G2k/edit]**

**Measuring snow depth at OSV trailheads**
Primary goal: To develop a relationship between measured depth at a trailhead location and observed snow water equivalent (SWE) and/or depth from nearby snow pillows from the SNOwpack TELemetry (SNOTEL) or California Department of Water Resources stations and using the distributed SNOw Data ASsimilation (SNODAS) model. Doing so will improve the USFS' knowledge of when sufficient snow depth exists at Over Snow Vehicle (OSV) trailheads to open or close them.
Materials Required:
1. Probe with increments in centimeters (preferably) or inches.
2. Camera (a phone with a panorama camera function is ideal)
3. Rite in the Rain notebook or Mountain Hub App
4. Phone with Mountain Hub App (MHApp) installed (David Page will be able to help you set this up).
Steps in Measuring Depth:
1. Identify the trailhead location you would like to sample (e.g., Mount Rose Meadows, Yuba Pass, etc.) and travel to this area.
2. The MHApp will record details about the trailhead including: latitude and longitude, elevation, date and time of sampling, but feel free to note weather conditions (snowing, sunny), and any other relevant information ('very patchy snow cover', 'trailhead is a USFS road', etc.) using the MHApp. Alternatively, if you do not have a smartphone, record this information in your notebook and email it to a friend who has a smartphone with the MHApp when you get home. They will probably trade data entry for a favorite beverage or two.
3. From the parking area, use your camera to photograph a complete view of the trailhead. This can be done through incremental photographs along a constant horizon or best done using the panorama function on your phone's camera. If the trailhead is a road, this can be done with a single photo, but in the case of a trailhead like Mount Rose, a 180° panorama will be excellent. This step will provide useful information on the context of the trailhead in terms of topography, vegetation, and variability of snow coverage, how the area is used to stage OSVs, how the OSV traffic behaves at the trailhead (a few tracks confined to a road/trail or driving all over the place) among other things.
4. Note also the snow conditions, being as descriptive as necessary. This can range from 'uniform, consolidated, compacted, spring snow' to 'highly variable winter snow, ranging from untracked and still fresh to greatly compacted'. In the case of the latter, you can estimate the fraction of each (20% fresh, 50% compacted, 30% very compacted).
5. Identify and note the primary corridor, if one exists, of OSV usage/staging. This will be the area you want to sample. Make sure this area is captured in your study area photo in step 3. If you would like, take a screenshot of your study area and illustrate your primary corridor.
6. You will be sampling along a grid extending beyond the peripheries of the identified primary corridor (Figure 1). The sampling grid will be somewhat a function of the area and should include 20-30 measurements along a 5 x 4, 5 x 5, or 5 x 6 grid (length x width). A wider grid (7 x 3) works well for open areas while a narrower grid (4 x 5 or 3 x 7) would be useful for an area confined to a narrow trail or road. Note your grid setup and try to start at the skiers left corner of your grid nearest your starting point (bottom left in map view). Make a note of this ('SW corner, next to Highway 431').

Rvsd Plan - 00005957

7. Your grid measurement points should be equally spaced based upon the area you are sampling and should be no closer than 3 meters (~10 feet) and no further apart than 10 m (~30 feet). Ideally, a spacing of 5-7 meters (~20 feet) should be good and can be thought of as 5-7 strides on your skis.

8. Enter the grid dimensions in the MHApp as a note.

8.5. Add a photo for reference and illustration on each post on MHapp (see example image below).

9. If it turns out to be a major pain to enter each measurement in the MHApp (your feedback will be valuable in this regard), follow the same protocol listed in steps 6-8 and 10-11 (below) and use a notebook to record the values. Using your phone or computer at home, sum up the values and divide by the total number of samples to calculate the mean. Enter this in the MHApp, but save your data so we can do other calculations at a later time. [note: according to MHApp team, this may still be complicated with current version. "A work-around here if someone does not have a smartphone, is someone can still enter this information into their notebook in the field, but someone that DOES have a phone needs to transcribe this info into the mobile app and use the location adjuster in the app to record the location properly."

10. Measure and record the snow depth to the nearest centimeter by inserting the probe vertically into the snow. It is usually best to repeat each measurement two-three times within a meter of where you are standing (think turn left, measure, reach out straight ahead, measure, and turn right, measure). If the measurements agree to within 5 cm, call it good. In shallower snow conditions, this will enable you to avoid erroneous depths due to rocks or logs and stumps. Stop when you feel some resistance. If you have to push hard, check the probe tip to see if it is muddy, indicating that you might be pushing in to saturated soil. If it is clean, you are probably breaking through a crust. Record each value.

11. Using a zig-zag pattern (Figure 3), continue sampling along your grid. If a boulder, creek, or some other impediment exists at a sample point, note this and either adjust your sample point accordingly or skip the point and enter X (so we can differentiate between 0 depth and an object);

12. Along the way, note (and photograph if you'd like!) any observations such as bare soil, vegetation damage, exposed soil that has been brought to the surface, creeks, or riparian areas. A major goal of this work is to keep trailheads open by helping to preventing damage when they should be closed. This comes from knowing something about the snow depth variability!

13. At home (or in the field if using the MHApp), input your measurements into Mountain Hub.

14. Repeat whenever you feel psyched!

15. In your spare time, it would be helpful if you put in locations where you know OSV's are being staged. Make a note if these trailheads are official or unofficial. This will be very helpful for me in figuring out nearby weather stations.

16. Some things to keep in mind: This is a starting point to gain some basic data and is not a highly-controlled science experiment (yet). To get to that level, you would need to bring a measuring tape and sample over a randomized grid. The more notes and photos you take documenting your measurements, the better we can understand which trailheads will need the higher precision measurements and the better we can make the next iteration of this protocol. **Even just a few data points are better than none! If you only have time to make three measurements and report the average of them (sum them up and divide by three), that is way better than no data!**

Your feedback on this protocol is welcome and encouraged. Please let us know any issues or things that could be explained better.

Rvsd Plan - 00005958



Figure 1: Example photograph (mimicking a panorama but using Google Earth) showing a possible study area. On the map view, you can denote your primary area of study.

| Location | Mount Rose | | Date/Time | | 1–Jan-27, 2:15 pm | | |
|---|---|---|---|---|---|---|---|
| **Latitude** | 39.300°N | **Longitude** | | 119.921° W | **Elevation** | | 2622.0 |
| **Aspect** | Flat with slight S exposure | | | | **Grid Size** | | 5 x 4 |
| **Weather** | Partly cloudy, light N wind, cold, 15 cm new snow two days ago | | | | | | |
| **Notes** | 50% moderately compacted, 40% untracked snow, 10% very compacted | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Grid | Row | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Point** | **A** | **B** | **C** | **D** | **E** | **F** | **G** | **H** |
| 1 | 81 | | | | | | | |
| 2 | 77 | | | | | | | |
| 3 | 78 | 82 | | | | | | |
| 4 | 77 | 80 | | | | | | |
| 5 | 69 | 66 | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |

Figure 2: Notebook layout (Excel spreadsheet) with data entry examples. If you don't use centimeters, make a note of that! Note that in Figure 3 the zig-zag path of sampling will cause you to fill out row B in reverse (starting from point 5 and working backwards).



Figure 3: Map view of example sampling pattern. Note that rows are spaced 5 m apart, but measurement points along the row are spaced 10 m. Whatever works is fine as long as you make a note of how you did it! I picked this spacing here to show how you could cover the main staging area, two possible trails, plus a clearly sensitive riparian and meadow area. If you make a quick map for your sampling efforts, it will be helpful in evaluating your collected data.



# Watershed Health in Wilderness, Roadless, and Roaded Areas of the National Forest System

By Mike Anderson, J.D.[1], Collene Gaolach, M.S.[2], Janice Thomson, Ph.D.[3], and Greg Aplet, Ph.D.[4]



Photo by John McCarthy

## Introduction

This white paper presents the results of a national-scale overlay of watershed condition data on three general types of land management categories in the 193 million-acre National Forest System – designated Wilderness, Inventoried Roadless Areas, and all other lands. The findings presented here are made possible by new information about watershed conditions generated through the U.S. Forest Service's Watershed Condition Framework (USDA Forest Service 2011a).

---

[1] Senior Resource Analyst, Seattle, WA
[2] GIS Analyst, Seattle, WA
[3] Director of the Center for Landscape Analysis, Seattle, WA
[4] Senior Forest Scientist, Denver, CO

Rvsd Plan - 00005962

*Watershed Condition Framework*

On June 3, 2011, Secretary of Agriculture Tom Vilsack announced the release of a national map that characterizes the health and condition of National Forest System lands in more than 15,000 watersheds across the country (USDA Press Office 2011). The U.S. Forest Service's Watershed Condition Classification Map is the first step in the agency's six-step Watershed Condition Framework process, and is the agency's first national assessment of watershed health across all 193 million acres of National Forest System lands.  It is also the first time that the Forest Service has created a process to allow data from local watershed assessments to be collected and evaluated at the national level.

The Forest Service's watershed framework identifies three watershed condition classifications: Class 1 for "properly functioning", Class 2 for "functioning at risk," and Class 3 for "impaired."  These represent watersheds that display high, medium, or low "geomorphic, hydrologic,and biotic integrity relative to their natural potential condition" (USDA Forest Service 2011a).  The national Watershed Condition Classification Map is displayed in Map 1.



**Map 1. This map of the USFS Watershed Condition Framework illustrates a new assessment of watershed health across all lands of the National Forest System.**

2

The condition class mapping was undertaken by local Forest Service interdisciplinary teams using a national set of 12 watershed condition indicators, which are listed in Table 1. Each of the dozen indicators was assessed through a simple score card approach using a defined set of numeric, descriptive, or map-derived attributes. For example, the Aquatic Habitat condition indicator was evaluated using three attributes: habitat fragmentation, large woody debris, and channel slope and function.

| WATERSHED CONDITION INDICATORS | |
|---|---|
| Watershed Quality | Riparian/Wetland Vegetation |
| Water Quantity | Fire Regime or Wildfire |
| Aquatic Habitat | Forest Cover |
| Aquatic Biota | Rangeland Vegetation |
| Roads and Trails | Terrestrial Invasive Species |
| Soils | Forest Health |

**Table 1. A list of the twelve watershed condition indicators that contributed to the USFS Watershed Condition Framework.**

Detailed instructions for applying the indicators and associated attributes and for computing the watershed condition scores are contained in a technical guidebook (USDA Forest Service 2011b). Recognizing the wide variety of ecological settings across the National Forest System, the assessment process relied on local professional expertise and judgment to interpret the indicators and assess watershed condition. The Forest Service's sampling of 15,000 watersheds provides a detailed data source and opportunities for robust national-level analysis.

### Land Management Categories

The National Forest System can generally be divided into three broad land management categories: designated Wilderness areas, Inventoried Roadless Areas, and all other lands (commonly referred to as the "managed landscape" or "roaded areas"). The proportion of National Forest System land within each of the three categories is displayed in Figure 1 and the location of these land management areas is shown in Map 2.



Figure 1. Land management categories as a percentage of the total National Forest System.

3

Rvsd Plan - 00005964



**Map 2. This map illustrates three levels of protection for National Forest System lands: congressionally designated Wilderness, lands identified as roadless under the 2001 Roadless Area Conservation Rule, and all remaining National Forest System lands.**

Congress has designated a total of 439 national forest Wilderness areas, covering 36.2 million acres or 19 percent of the entire National Forest System.  The Wilderness Act of 1964 does not specifically mention watershed health or water quality as selection criteria or management objectives.  Instead, the Act defines Wilderness as "undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions."[5]  The Act generally prohibits road building, logging, mining, and motor vehicles.  Wilderness designation provides the strongest level of legal protection among the three land management categories used in this analysis.  However, livestock grazing is generally allowed in all three land categories.

---

[5] 16 U.S.C. 1131(c).

4

Inventoried Roadless Areas include 58.5 million acres that the Forest Service identified as warranting long-term administrative protection under the 2001 Roadless Area Conservation Rule (USDA Forest Service 2000). Representing 30 percent of all National Forest System lands, Inventoried Roadless Areas are unevenly distributed across the country, but are located in most national forests and grasslands. The 2001 Roadless Rule's definition of roadless area characteristics lists high quality or undisturbed soil and water and sources of public drinking water as among the resources that are often present in or characterize Inventoried Roadless Areas.[6] The Roadless Rule generally prohibits road building and commercial logging, but – unlike the Wilderness Act – does not regulate mining or motorized recreation. Thus, the Inventoried Roadless Areas represent an intermediate level of protection between Wilderness and roaded portions of the National Forest System.

The remaining 99 million acres or 51 percent of the National Forest System encompass a wide variety of lands with different land management histories and objectives. Representing the "managed landscape," these lands contain the vast majority of the 370,000 miles of roads in the National Forest transportation system. Much of the land has been logged, reforested, mined, and otherwise managed for commodity extraction or other commercial uses, but some areas are lightly roaded and contain relatively intact old-growth forests and riparian vegetation. Management direction and environmental safeguards are primarily contained in the local land and resource management plans developed by the Forest Service pursuant to the National Forest Management Act of 1976 and the Multiple-Use Sustained-Yield Act of 1960. During the past decade, Congressional laws and agency policies have increasingly emphasized restoration of national forest lands and resources.[7]

### Purpose and Limitations

The purpose of this analysis is to evaluate, quantify, and display at a national scale the spatial relationships and correlations between the three watershed condition classes and the three land management categories discussed above. It is not intended to identify causal relationships; therefore, we have not attempted to identify and isolate any potentially confounding variables, of which there are undoubtedly many. Nor have we attempted to conduct any geographic analysis smaller than the national scale (such as by Forest Service regions, individual states, or specific national forests). While we recognize that there is potential for significant regional and local variability in these relationships, such smaller-scale evaluation is beyond the scope of this analysis. Suggestions for additional analysis along these lines are presented in the section on Further Research.

### Methods

This analysis was completed using Geographic Information Systems (GIS) data from a variety of sources. The U.S. Forest Service (USFS) supplied both the Watershed Condition Framework (WCF) and Inventoried Roadless Areas (IRA) datasets.[8] The agency did not supply the USFS boundary information, as the detailed data layer used in the WCF analyses was not available for public distribution. Several USFS boundary data layers were considered in its place, and the U.S. Geological

---

[6] 36 C.F.R. 294.11.

[7] Examples include the Healthy Forest Restoration Act of 2003, the Collaborative Forest Landscape Restoration Act of 2009, and congressional appropriations since 2007 for the Legacy Roads and Trails Remediation Program.

[8] Watershed Condition Framework: http://www.fs.fed.us/publications/watershed/. IRA, lower 48 states: http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsm8_037469.html . IRA, Chucagh National Forest: http://fsgeodata.fs.fed.us/rastergateway/alaska/chugach/roadless.html. IRA, Tongass National Forest: http://seakgis.alaska.edu:8080/geoportal/catalog/main/home.page.

Rvsd Plan - 00005966

Survey Protected Areas Database had the most detailed boundaries in a national-scale dataset.[9] Lastly, Wilderness.net, a multiple government agency partnership,[10] supplied the Wilderness dataset.[11]

Each source dataset was processed initially to a common map projection (Albers Equal Area Conic), as well as error-checked for obvious spatial incongruities, and queried if needed to extract the records needed for overlay analysis.

Additional processing was required to finalize the IRA dataset. When this dataset was overlaid with the Wilderness dataset, there were significant areas of overlap. Since the Wilderness and IRA designations are mutually exclusive, these datasets should not have these overlapping areas. It was assumed that the overlapping areas could be attributed to the greater accuracy and up-to-date status of the Wilderness dataset, and that many of the IRA designations in the IRA dataset had in fact been re-designated as Wilderness. For this reason, all the overlapping areas in the IRA dataset were removed, but retained in the Wilderness dataset. In addition, the polygons in the resulting IRA dataset were analyzed and those losing greater than or equal to 92 percent of their area (representing about 23 polygons and 16,874 acres nationwide) were also removed.

The Wilderness, IRA, and USFS boundary datasets were then merged and further processed to facilitate analysis. The analysis consisted of a spatial overlay between the merged dataset and the WCF dataset, followed by a frequency analysis to determine national acreage totals by land designation classes and WCF condition classes.

---

[9] USGS PAD: http://gapanalysis.usgs.gov/data/padus-data/padus-data-download/

[10] Wilderness.net is a collaborative partnership between the College of Forestry and Conservation's Wilderness Institute at The University of Montana, the Arthur Carhart National Wilderness Training Center, the Aldo Leopold Wilderness Research Institute, the US Bureau of Land Management, the US Fish & Wildlife Service, the US Forest Service, and the US National Park Service.

[11] Wilderness: http://www.wilderness.net/index.cfm?fuse=NWPS&sec=geography

6



**Map 3. This map illustrates the nine possible combinations of three watershed condition classes and the three land management categories for a sample of National Forest lands in Colorado.**

Map 3 provides an illustrative example from Colorado of the GIS overlay analysis of watershed conditions and land designations.  The analysis produced nine combinations of the three different watershed condition classes (Properly Functioning, Functioning At Risk, and Impaired) and the three land designations (Wilderness Areas, Roadless Areas, and Other National Forest Lands).  The Colorado example map displays several of the nine combinations of watershed conditions and land designations on national forest lands in the vicinity of Denver.

7

Rvsd Plan - 00005968

## Results

Our GIS overlay analysis found a strong spatial association at a national scale between watershed health and protective land designations in the National Forest System. The overall results are displayed in Table 2 (by acreage) and Figure 2 (by percentage).

| | Properly Functioning | Functioning At Risk | Impaired Function | Total Land in USFS Management Category |
|---|---|---|---|---|
| **USFS Wilderness** | 29.0 | 6.7 | 0.5 | 36.2 |
| **Inventoried Roadless Areas** | 36.7 | 19.2 | 1.2 | 57.1 |
| **Other USFS Lands** | 37.4 | 56.9 | 4.6 | 98.9 |
| **Total USFS Land in Condition Class** | 103.1 (54%) | 82.8 (43%) | 6.3 (3%) | 192.2 (100%) |

Table 2.  Acreage of land in the nine possible combinations of watershed condition classes and land management categories in the National Forest System (in millions of acres).[12]



Figure 2.  For each land management category, this chart shows the percent of its area in each of the three watershed condition classes.

The Watershed Condition Framework data identifies 54 percent of all NFS land in properly functioning watersheds, 43 percent in watersheds functioning at risk, and just 3 percent in impaired watersheds. However, these proportions are not evenly distributed across the three land designation categories.

---

[12] Acreage figures are calculated from the best available GIS data at the national scale, but do not always exactly match USFS published acreage figures. However, variances in acreages are small relative to the acreages of overlapping watershed classes and lands protection categories that are the subject of this paper.

8

Designated Wilderness areas are most frequently spatially coincident with healthy watershed conditions. Eighty percent of the land within designated Wilderness is located in properly functioning watersheds, while 18 percent is in at-risk watersheds and just 1 percent is in impaired watersheds.

Watershed conditions in Inventoried Roadless Areas are not as healthy as in designated Wilderness, but almost two-thirds of their area is still in properly functioning condition. Sixty-four percent of the IRA acreage is in properly functioning watersheds, 34 percent is in at-risk watersheds, and 2 percent is in impaired watersheds.

Finally, other Forest Service lands – which make up slightly more than half of the National Forest System – tend to have the least healthy watershed conditions. While 38 percent of the managed landscape is in properly functioning watersheds, most of the roaded lands are in watersheds that are either functioning-at-risk (58 percent) or impaired (5 percent).

## Discussion

The results of this GIS overlay analysis suggest that watershed conditions tend to be best in areas protected from road construction and development. National forest lands that are protected under the Wilderness Act, which provides the strongest safeguards, tend to have the healthiest watersheds. Watersheds in Inventoried Roadless Areas – which are protected from road building and logging by the Roadless Area Conservation Rule – tend to be less healthy than watersheds in designated Wilderness, but they are considerably healthier than watersheds in the managed landscape. Of course, an area's physical characteristics and management history may well have a greater impact on watershed condition than its current legal status. Wilderness areas are typically large tracts of wild land designated by Congress on the basis of their pristine natural features, including the absence of roads and clearcuts. Roadless areas, by definition, contain at least 5,000 acres that are generally free of roads and associated development.

As noted in the Introduction, this analysis does not attempt to identify causal relationships, since there are many other variables besides land designations that could be at play. Factors such as elevation, temperature, and precipitation might explain differences in watershed conditions better than land designations do. Some of the associations may simply be a function of the way in which the Watershed Condition Framework assessment index was constructed. For example, one of the twelve assessment indicators was road and trail condition, which included attributes of road/trail density, maintenance, proximity to water, and risk of mass wasting. Since Wilderness and roadless areas typically have no roads, this part of the assessment process may tend to bias the results toward better condition ratings in those areas.

However, the relationship between forested wild lands and watershed health is well documented in the scientific literature. For example, the Forest Service's Interior Columbia River Basin Ecosystem Assessment (1996) found a positive relationship between unroaded areas and "strongholds" of high-quality habitat for salmon, steelhead, bull trout, and other key salmonid species. An evaluation of the role of Wilderness areas in conserving aquatic biological integrity in western Montana concluded that "the importance of wilderness in aquatic conservation is extraordinary" (Hitt and Frissell 2000). In contrast to Wilderness and roadless areas, "the roaded, intensively managed landscapes of the other national forest lands have been closely correlated with heavily sediment-laden streams and dramatic changes in flow regimes" (DellaSala et al. 2011). The Forest Service's environmental impact statement for the Roadless Rule explains that the presence of roads has a major influence on stream and watershed conditions: "Without the disturbances caused by roads and the activities that they enable, stream channel characteristics are less likely to be adversely altered compared with stream channel conditions in roaded areas" (USDA Forest Service 2000).

9

## Further Research

The Forest Service's Watershed Condition Framework Condition Classification Map opens up new research opportunities to improve our understanding of how to maintain and improve healthy watersheds. Our analysis is an example of how the Watershed Condition Framework data can be applied at a national scale to correlate watershed condition and land management categories. Following are a few examples of further research needs and opportunities:

Similar, finer-scale analyses could be done at a more local level – such as for a single state or national forest – using the same management categories or other map-based categories that are relevant to a local jurisdiction – such as forest plan management areas.

GIS overlay analysis could explore the relationship between watershed health and various physical characteristics such as elevation, precipitation, slope, soils, and fire history.

Statistical multi-variate analysis could help explain differences in watershed condition by isolating certain attributes, such as determining the extent to which road density affects the condition classification of Wilderness and roadless areas.

Further research could examine vulnerability of watershed condition to climate change, species invasion, uncharacteristic fire, and other anticipated changes.

## Conclusion

Covering more than 15,000 individual watersheds across the National Forest System, the Forest Service's Watershed Condition Classification Map provides a useful means of comparing watershed conditions with a variety of geophysical features, management histories, and other variables. Our nationwide GIS overlay of the three watershed condition classes with three broad land management designations – Wilderness, Inventoried Roadless Areas, and roaded areas – found a strong spatial association between watershed health and protective designations. This finding is consistent with previous scientific studies of aquatic resources in roaded and unroaded landscapes. Regional and finer-scale analyses of the watershed condition and land designation data would improve our understanding of the factors that determine watershed health.

## Acknowledgements

Portions of this document include intellectual property of ESRI and its licensors and are used herein under license. Copyright © 1999-2010 ESRI and its licensors. All rights reserved.

## References

DellaSala, D.A., J.R. Karr, and D.M. Olson. 2011. Roadless Areas and Clean Water. Journal of Soil and Water Conservation, May/June 2011, vol. 66, no. 3, 78A-84A.

Hitt, N.P., and C.A. Frissell. 2000. An evaluation of wilderness and aquatic biointegrity in western Montana. In: McCool, Stephen F.; Cole, David N.; Borrie, William T.; O'Loughlin, Jennifer, comps. 2000. Wilderness science in a time of change conference—Volume 2: Wilderness within the context of larger systems; 1999 May 23–27; Missoula, MT. Proceedings RMRS-P-15-VOL-2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. 138-142.

10

Rvsd Plan - 00005971

USDA Forest Service. 1996. Integrated Scientific Assessment for Ecosystem Management in the Interior Columbia Basin. General Technical Report PNW-GTR-382.

USDA Forest Service. 2000.  Forest Service Roadless Area Conservation. Final Environmental Impact Statement, Vol. 1 (www.roadless.fs.fed.us).

USDA Forest Service. 2001.  Roadless Area Conservation Rule. 66 Fed. Reg. 3224-3273.

USDA Press Office. 2011. Agriculture Secretary Vilsack Introduces a Framework and Map to Improve the Health of America's Watersheds.  Washington, DC (http://www.usda.gov/wps/portal/usda/usdamediafb?contentid=2011/06/0228.xml&printable=true&contentidonly=true )

USDA Forest Service. 2011a. Watershed Condition Framework. Washington, DC (www.fs.fed.us/publications/watershed).

USDA Forest Service. 2011b. Watershed Condition Classification Technical Guide. Washington, DC (www.fs.fed.us/publications/watershed).

**For more information, please contact:**

**Mike Anderson, Senior Resource Analyst, 206-624-6430 ext. 227**



1615 M St. NW
Washington, DC  20036

(202) 833-2300   Rvsd Plan ~ 00005972

  RESEARCH ARTICLE

*J. For.* 114(■):000–000
http://dx.doi.org/10.5849/jof.15-050
Copyright © 2015 Society of American Foresters

## social sciences

# The Next 50 Years: Opportunities for Diversifying the Ecological Representation of the National Wilderness Preservation System within the Contiguous United States

**Jocelyn L. Aycrigg, James Tricker, R. Travis Belote, Matthew S. Dietz, Lisa Duarte, and Gregory H. Aplet**

The US National Wilderness Preservation System (NWPS) is the world's largest wilderness protection network, yet within the contiguous United States (CONUS) it does not encompass the diversity nor is it fully representative of ecological systems on federal lands. To potentially increase NWPS diversity and representation, we simulated adding potentially eligible lands within CONUS, in the following sequence, to assess changes in ecological systems: National Park Lands not currently designated wilderness; non-NWPS lands currently managed to not degrade wilderness character; USDA Forest Service Inventoried Roadless Areas; and Bureau of Land Management roadless lands. Inclusion of these categories would increase the NWPS area from 12.8 to 48.3% of federal lands, increase diversity by adding 46 ecological systems, and nearly triple the number of ecological systems on federal lands with >20% representation. Our analysis identifies opportunities to increase diversity and representation of ecological systems within the NWPS.

**Keywords:** National Wilderness Preservation System, protected areas, recommended wilderness, roadless areas, National Parks, United States, representation, diversity

**N**oss and Cooperrider (1994, p. 89) stated that a first principle of conservation planning is to "represent, in a system of protected areas, all native ecosystem types…across their natural range of variation." Expanding the representation of ecological systems (i.e., native ecosystem types) within a protected area network (i.e.,

a network of lands having permanent protection from conversion of natural land cover and a mandated management plan to maintain a natural state; US Geological Survey Gap Analysis Program [USGS GAP] 2012) has three primary benefits. First, maximizing the diversity of ecological systems represented in protected areas will probably

protect greater numbers of species and their habitat. For example, Pouzols et al. (2014) showed that protected area expansion, if strategically implemented, could triple the average protection of vertebrate species ranges. Second, greater diversity of ecological systems represented in a protected area network may enhance the resilience of species and habitats to global changes (Shaffer and Stein 2000). Third, greater representation of ecological systems in areas protected from human-caused disturbance can serve as reference areas for comparison with more highly managed or human-impacted areas (Belote et al. 2016). Leopold (1949, p. 196) recognized the benefit of an ecologically representative protected area network by stating that "each biotic province needs its own land for comparative studies of used and unused land."

The value of an ecologically representative system has long been recognized, even though few existing protected areas were es-

Received April 3, 2015; accepted October 20, 2015; published online December 17, 2015.

Affiliations: *Jocelyn L. Aycrigg (aycrigg@uidaho.edu), Department of Fish and Wildlife Sciences, University of Idaho, Moscow, ID. James Tricker (jrtricker@fs.fed.us), Aldo Leopold Wilderness Research Institute. R. Travis Belote (tbelote@tws.org), The Wilderness Society. Matthew S. Dietz (matt_dietz@tws.org), The Wilderness Society. Lisa Duarte (lisaduarte@boisestate.edu), Boise State University. Gregory H. Aplet (greg_aplet@tws.org), The Wilderness Society.*

Acknowledgments: *We thank Anne Davidson for her analytical help and Susan Fox for her patience. We acknowledge the critical support for this project provided by the USDA Forest Service's Deputy Chief for Research Jim Reaves and by Mark Chase of the US Fish and Wildlife Service's Natural Resource Center in Fort Collins, CO. J.L.A. was supported by funding from the US Geological Survey Gap Analysis Program (USGS GAP) under Research Work Order G12AC20244 to the University of Idaho. R.T.B., M.S.D., and G.H.A. were supported by funds from The Wilderness Society. L.D. was supported by funding from USGS GAP under Cooperative Agreement G14AS00076 to Boise State University. The content of this article does not represent the official policy and/or views of the US Geological Survey.*

Rvsd Plan 000059973

tablished explicitly to protect representative examples of ecological systems. Over the last few decades, additions to the global protected area network have not commensurately increased ecological representation, but rather have maintained the bias toward high altitude and low productivity areas (Aycrigg et al. 2013, Watson et al. 2014). This is consistent with the lack of complete ecological system representation found within the protected area network of the United States and, more specifically, within the National Wilderness Preservation System (NWPS) (Aycrigg et al. 2013, Dietz et al. 2015). Over the past 50 years, the NWPS has protected numerous large unfragmented areas but has yet to achieve the full representation of ecological systems found on federal lands (Dietz et al. 2015).

In 1964, the US Congress established the most protective of protected area networks, the NWPS, to preserve "natural conditions" and "ecological, geological, or other features of scientific…value" (The Wilderness Act [WA] 1964, Section 2c). Examination of the ecological diversity and representation in the NWPS as a distinct protected area network is important for two reasons. First, the NWPS, which comprises 12.8% of the total federal lands, 13.6% of the protected area network, and approximately 2.6% of the contiguous United States (CONUS), is functionally and legally distinct from other protected areas within the United States because the system has a high level of protection and prohibits many human activities, such as road-building, logging, energy development (i.e., oil and gas drilling), off-road motor vehicles, developed tourism facilities, and permanent structures (WA 1964, Section 4c). Second, WA provides for the expansion of the NWPS in a systematic way (WA 1964, Section 3). For example, all four federal land management agencies (i.e., National Park Service [NPS], Bureau of Land Management [BLM], US Fish and Wildlife Service [FWS], and US Department of Agriculture Forest Service [USDA FS]) are legally required to evaluate the need for new wilderness areas during their land and resource management planning processes. In addition, roadless areas possessing wilderness characteristics, which are among potentially suitable federal lands, are eligible for wilderness designation.

Areas outside the NWPS, but with wilderness character, are becoming rare because of pressures from land-use changes, such as demands for energy development and urban expansion surrounding these areas (Martinuzzi et al. 2015). Consequently, these areas are becoming a more important component of a comprehensive strategy to protect biodiversity. Even though there are many types of protected areas (on federal, state, local, and private lands) that contribute to biodiversity conservation throughout the United States, the NWPS serves a unique role and it could better conserve biodiversity if its resilience could be strengthened by identifying the most ecologically important areas to diversify its ecological representation on federal land.

Dietz et al. (2015) found that although the total area of the NWPS within CONUS has increased steadily over the last 50 years, the number of ecological systems represented in wilderness reached an asymptote approximately 30 years ago. The number of ecological systems represented was less than the total number of ecological systems that occur on federal land and therefore could potentially be included in the NWPS.

We extended the analysis of Dietz et al. (2015) to simulate the potential for increasing the diversity and representation of ecological systems by sequential and cumulative additions to the NWPS. We identified four spatially distinct and mutually exclusive land designation categories that could be included in the NWPS. First, we included National Park lands that are not designated as wilderness but are eligible for wilderness designation (WA 1964, Section 3c). We excluded portions of National Parks that were already designated wilderness, National Parks that were established principally for cultural resources or as scenic roadways, and National Parks of <5,000 acres, which is, with some exceptions, the minimum size for wilderness areas (WA 1964, Section 2c). Second, we included congressionally or administratively recommended wilderness areas including USDA FS and BLM Wilderness Study Areas and areas recommended for wilderness by USDA FS, BLM, and FWS. These lands are currently managed so as not to degrade their wilderness character. This category excludes any areas that are within National Parks to keep it distinct from our first category (from here forward we refer to this category as "lands managed so as not to degrade their wilderness character"). Third, we included USDA FS Inventoried Roadless Areas (IRAs) that are not included in the second category. Fourth, we included BLM roadless areas that are not included in the second category. We chose these land designation categories and this sequence because they represent our estimate of the current level of protection already afforded these lands and the likelihood of securing sufficient public support for their addition to the NWPS under the process established by WA (1964). We wanted to compare our results to the results of Dietz et al. (2015); therefore, we used CONUS as the spatial extent for our analysis. Our objectives are to evaluate the change in ecological system diversity (i.e., how many ecological systems) and representation (i.e., what proportion of an ecological system) by simulating the addition of each of four land designation categories to the NWPS (Table 1). As in Dietz et al. (2015), we used 20% as a convenient threshold to measure representa-

## Management and Policy Implications

Over 50 years ago, the Wilderness Act (1964) established a process for adding lands to the National Wilderness Preservation System (NWPS). If the goal of wilderness management and policy is to provide the best possible representation of ecological systems within the NWPS, then adding lands to the NWPS will be vital for preserving the diversity of species and habitats found throughout the contiguous United States. Adding lands to the NWPS will also provide the most robust wilderness protection network for adaptation to future land-use and climate change. We demonstrated which land designation categories among National Park lands not currently designated wilderness, non-NWPS lands currently managed to not degrade wilderness character, USDA Forest Service Inventoried Roadless Areas, and Bureau of Land Management roadless lands provide the greatest opportunities for diversifying and increasing representation of ecological systems. This information can inform future management and policy of the NWPS. All four land designation categories provide important opportunities for increasing ecological system representation. However, even if all land designation categories were added to the NWPS, 64 ecological systems on federal lands (12%) would remain unrepresented. There is, nonetheless, substantial opportunity to diversify the NWPS and increase levels of representation of ecological systems.

Rvsd Plan - 00005974

**Table 1. Description and rationale for four land designation categories.**

| Land designation category | Description | Rationale |
|---|---|---|
| NWPS | All federal lands in CONUS that compose the NWPS, irrespective of agency (i.e., NPS, USDA FS, FWS, BLM), location, or size. We did not include wilderness areas designated on Dec. 19, 2014 under the National Defense Authorization Act. | These are the most up-to-date spatial data of the NWPS. They serve as the baseline for comparison in assessing the increase in diversity and representation of ecological systems as we added each land designation category. |
| National Park lands | All federal land units in CONUS administered by NPS that are >5,000 acres and are neither parkways nor classified as cultural sites. This excludes all National Park land units included in NWPS. | These are lands that already receive a high degree of protection, are managed for biological diversity, and are eligible to be designated as wilderness (>5,000 acres). Parkways are excluded because they are, by definition, roads and would not qualify as wilderness areas. Cultural sites are, for the most part, managed for their archaeological, historical, architectural, or other cultural resources and generally do not qualify as having wilderness characteristics (i.e., where the hand of man is substantially unnoticeable). |
| Lands currently managed so as not to degrade their wilderness character | All federal land units in CONUS administered by the USDA FS, BLM, and FWS that are designated as Wilderness Study Areas (WSAs) by the US Congress or federal agencies or that have been recommended as wilderness by the USDA FS, BLM, or FWS in land and resource management plans. This excludes any areas within National Parks. | These lands are all managed so as not to degrade their wilderness character and, therefore, already receive a high degree of protection. They are also the most likely areas, politically, to be added to the NWPS, as they have been recommended or studied as potential new wilderness areas. |
| USDA FS IRAs | All federal land units in CONUS administered by the USDA FS and recognized as "roadless" through the official inventory conducted during the promulgation of the Roadless Area Conservation Rule (RACR).[1] This excludes all land units included in lands managed so as not to degrade their wilderness character. | These lands qualify as potential wilderness areas and are protected (through the RACR) from many human-caused stressors, such as road-building, commercial timber harvesting, mining, and oil and gas extraction. Their level of protection is not as great as that of lands currently managed so as not to degrade their wilderness character, but they are better protected than the remaining federal lands. This is the generally accepted "inventory" of USDA FS lands from which new wilderness areas are designated. |
| BLM roadless areas | All federal land units in CONUS administered by BLM and determined to be "roadless" through an inventory conducted by the Pew Research Center (Dickson et al. 2014). This excludes all land units included in lands managed so as not to degrade their wilderness character. | These lands qualify as potential wilderness areas (>5,000 acres), but do not receive the level of protection afforded to USDA FS IRAs. |

We started with the NWPS and then in sequence added all National Park lands that have yet to be designated wilderness within the NPS; lands managed so as not to degrade their wilderness character and that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS, for wilderness designation; the remaining USDA FS IRAs; and the remaining roadless lands managed by the BLM. The sequencing represents our estimate of the current level of protection already afforded these lands and also the likelihood of securing sufficient public support for their addition to the NWPS under the process established by WA (1964).

tion of an ecological system within the NWPS.

## Methods

### Data Description

We compiled spatial data layers for CONUS from different sources for the NWPS, National Parks, lands managed as wilderness, USDA FS IRAs, BLM roadless areas, and all remaining federal lands (Table 1). We obtained data for currently designated wilderness areas (i.e., NWPS) from the Wilderness Institute, College of Forestry and Conservation, University of Montana.[2] We obtained data for federal land, including National Park boundaries from the Protected Areas Database of the United States (PAD-US version 1.3) (USGS GAP 2012). PAD-US is a geodatabase that includes geographic boundaries, landownership, land management, management designation, parcel name, area, and protected status of federal, state, and voluntarily provided private protected areas. We obtained data for lands managed so as not to degrade their

wilderness character and USDA FS IRAs from an aggregation of data from the USDA FS, NPS, FWS, and BLM. Spatial data for the BLM roadless areas were provided by the Pew Charitable Trusts (Zachmann et al. 2014) and represent areas where no roads that have been improved and maintained by mechanical means exist (Dickson et al. 2014). We conducted a comprehensive review of the spatial data and corrected errors in attribute data (i.e., ownership and management classification) and spatial extent.

To quantify the diversity and representation of ecological systems in four land designation categories, we used the National GAP Land Cover data set of mapped and classified ecological systems, which is a compilation of USGS GAP land cover data from the Southwest, Southeast, Northwest, and California (USGS GAP 2011) and LANDFIRE land cover data for the Midwest and Northeast[3] (see also Aycrigg et al. 2013, Dietz et al. 2015). Ecological systems are a land cover classification system that include natural and

seminatural vegetation (e.g., Boreal Aspen-Birch Forest, North Pacific Montane Grassland). Resolution of the land cover data is 98 ft, and the minimum mapping unit is 2.5 acres (Aycrigg et al. 2013). Based on regional accuracy assessments and validations, higher accuracies are typically associated with forest and some shrub ecological systems than with rare and small patch ecological systems (e.g., wetlands) (Lowry et al. 2007, Davidson et al. 2013).

Of the 565 ecological systems and land-use classes within the National GAP Land Cover data set for CONUS, we evaluated the 554 that represented natural and seminatural vegetation. We excluded eight land-use classes that were highly human modified (e.g., high-intensity developed, cultivated cropland) and three that were classified as open water, including fresh, brackish/salt, and aquaculture.

### Data Analysis

We sequentially combined four spatially distinct and mutually exclusive land



**Figure 1. Map of land designation categories within CONUS, which are the following: NWPS; all National Park lands that have yet to be designated wilderness within the NPS; lands managed so as not to degrade their wilderness character and that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS, for wilderness designation (shown on map as "Managed as Wilderness"); the remaining USDA FS IRAs; and the remaining BLM roadless lands. The remaining federal lands that are not included in any of the above categories are also shown. Each category is spatially separate from the others. See Table 1 for a description of each land designation category.**

designation categories (Table 1) to obtain accurate area calculations. We converted these vector data to raster grid cells (i.e., $98 \times 98$ ft cells). All geographic information system (GIS) analysis was conducted using ArcGIS 10.2.2 (ESRI, Redlands, CA).

We combined the land designation categories with the National GAP Land Cover data set. To quantify the cumulative increase in ecological system diversity and representation with the simulated additions of each land designation category, we calculated the total number and area of each ecological system in the NWPS, of each land designation category, and across all federal lands. We calculated the representation of each ecological system as the percent area of each ecological system in the NWPS plus the area of each land designation category over the total area of each ecological system occurring on federal lands (i.e., representation = [(total acres of ecological system in NWPS + total acres of ecological system in each land designation category)/(total acres of ecological system on federal lands)] $\times$ 100). We binned these percentages into classes and following Dietz et al. (2015) used 20% representation as a convenient threshold to measure representation of an ecological system. We calculated these values with the sequential and individual addition of each land designation category to the NWPS. We summed the total number and unique number of ecological systems in the NWPS and each land designation category. Lastly, we calculated the absolute percent change with the addition of each land designation category to the NWPS (e.g., 5 percentage point change if representation increased from 10 to 15% with the addition of a land designation category) and the frequency of the percent change in representation for each ecological system (e.g., 5 ecological systems had a 5% percent change with the addition of the National Park lands).

## Results

The NWPS consists of 51.6 million acres within CONUS (12.8% of federal lands in CONUS), National Park lands not designated as wilderness are 14.5 million acres (3.6%), lands managed so as not to degrade their wilderness character are 16.6 million acres (4.1%), USDA FS IRAs are 39.2 million acres (9.8%), and BLM roadless areas are 72.3 million acres (18.0%) (Figure 1). If all four land designation categories were added to the NWPS, the total area of the system would increase by 142.7 million acres and amount to 48.3% of all federal land area within CONUS.

The NWPS includes 444 ecological systems of which 113 have >20% representation. Expanding the NWPS into all four land designation categories resulted in 46 additional ecological systems or a 9% increase in the total diversity of ecological systems within the NWPS (Figure 2). Thirty-

Rvsd Plan - 00005976



**Figure 2. Number of ecological systems in the NWPS plus each cumulative land designation category shown by percent area of those ecological systems. The four land designation categories were all National Park lands (NP) that have yet to be designated wilderness within the NPS; lands managed so as not to degrade their wilderness character (MW) and that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS for wilderness designation; the remaining USDA FS IRAs (IRA); and the remaining BLM roadless lands (BLM roadless). Each category is spatially separate from the others. See Table 1 for a description of each land designation category.**

nine of the 46 additional ecological systems were included with the simulated addition of National Park lands. Sequentially adding all lands managed so as not to degrade their wilderness character, USDA FS IRAs, and BLM roadless areas only increased diversity by 7 ecological systems, but 82 more ecological systems had at least 20% of their federal land area designated as wilderness, which was the largest increase in area of all land designation categories (Figure 2). Designating the lands managed so as not to degrade their wilderness character would add 3 ecological systems, and 14 additional ecological systems had >20% representation in the NWPS (Figure 2).

Whereas the number of ecological systems represented in the NWPS increased only by a relatively small percentage, ecological systems with >20% representation nearly tripled from about 20 to 56% (or 113 to 309) of ecological systems (Figure 2). Eighty-two of these ecological systems were added with the National Park lands addition to the NWPS. Even though the other three land designation categories did not contribute substantially to diversity, their simulated addition would greatly increase representation of ecological systems to the >20% level, particularly in the West, where most of these lands occur. Other areas where the >20% level of representation would be reached with the addition of all four land

designation categories include the Appalachian Mountains, Florida peninsula, Texas, and northeastern United States (Figure 3A–E). Examining the addition of each land designation category sequentially, National Park lands would increase ecological system representation to the >20% level in southern California, southern Utah, the Appalachian Mountains, Texas, and the Florida peninsula (Figure 3B). Adding the lands managed so as not to degrade their wilderness character does little to increase the representation of ecological systems to >20%, but changes the representation of ecological systems from >1 to >5% throughout the western United States, particularly in Nevada, southern Oregon, southern Idaho, and Wyoming (Figure 3C). Adding USDA FS IRAs to the previous two land designation categories increases the representation of ecological systems to >50% in Idaho, western Montana, northwestern Wyoming, and Colorado (Figure 3D) and increases the representation of ecological systems in southern New Mexico, Missouri, and Arkansas to >10%. Addition of the BLM roadless areas to the NWPS changes most of the western United States to >20% representation with many ecological systems having >50% representation (Figure 3E). Overall, the representation of ecological systems increases the most in the western United States, where most federal land occurs.

Even if all four land designation categories were included in the NWPS, 64 (12%) unique ecological systems on federal lands would not occur in wilderness areas (Figure 2; Supplemental Table 1⁸). These include ecological systems with small ranges that occur in unique areas, such as the Mississippi River Riparian Forest (1,611 total acres in CONUS) and Texas Blackland Tallgrass Prairie (2,276 total acres in CONUS). Of the 64 unrepresented ecological systems, 84% of them have a total range size within CONUS of <10,000 acres (Supplemental Table 1). These unrepresented ecological systems mostly occur in the southeastern United States (Figure 3E).

If the land designation categories were added individually rather than sequentially to the NWPS, then the diversity of ecological systems would be greatest by adding National Park lands (Table 2). However, the greatest representation of ecological systems in the >20% group and the largest total area would be reached with the addition of BLM roadless areas. The result of adding all four land designation categories to the NWPS is the same whatever sequence of land designation categories is applied.

Overall, the percent change in representation with the addition of each land designation category increases the frequency of ecological system representation within the NWPS, but the frequency in the >20% group remains low (Figure 4). The percent change with the addition of National Park lands not yet designated as wilderness, USDA FS IRAs, and BLM roadless areas increases the frequency of ecological systems representation in the >20% group (Figure 4). Geographically, these percent changes occur where USDA FS lands occur in Colorado, Wyoming, Idaho, and Montana and where BLM lands occur in Nevada, Utah, Arizona, and New Mexico (Figure 5). Each incremental addition of a land designation category to the NWPS increases the number of ecological systems represented, but most often the percent representation is low, that is, mostly within the >0–1% representation group (Figures 4 and 5). The frequency of ecological systems with no change in their representation is greatest when the areas managed as wilderness and the BLM roadless areas are added to the NWPS (Figure 4). These ecological systems occur mostly in the eastern United States because no lands managed as wilderness or BLM roadless

---

⁸ Supplementary data are available with this article at http://dx.doi.org/10.5849/jof.15-050.

Rvsd Plan 000059777



**Figure 3. Percent area of ecological systems in the NWPS within CONUS plus each of four land designation categories by percentage group. A. NWPS. B. All National Park lands that have yet to be designated wilderness within the NPS. C. Lands managed so as not to degrade their wilderness character and that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS for wilderness designation. D. The remaining USDA FS IRAs. E. The remaining BLM roadless lands. The percent area is based on the total area of each ecological system within the total area of federal lands, which includes the area in all of the above categories plus the federal land area not included in any of the above categories. Each category is spatially separate from the others. See Table 1 for a description of each land designation category.**

areas occur in that area of CONUS (Figures 1 and 5C and D).

## Discussion

Our intent was to simulate expansion of the NWPS onto lands eligible for wilderness designation and to evaluate opportunities for increasing the ecological system diversity and representation within the NWPS. Aycrigg et al. (2013) showed that changing the management of multiple-use lands to focus

more on biodiversity conservation increased ecological system representation within the protected area network of the United States. Our results, focused on the NWPS, are similar because we showed that the diversity and representation of ecological systems can be increased within the NWPS with the addition of lands eligible for inclusion to the NWPS. Even though the NWPS is the world's largest wilderness protection network, many ecological systems are currently

underrepresented; therefore, identifying opportunities within CONUS to increase their representation is important for their conservation (Dietz et al. 2015). If all four land designation categories eligible for wilderness designation were included in the NWPS, 56% of all ecological systems occurring on federal land would have >20% representation in wilderness.

The sequence in which we cumulatively added four land designation categories influ-

Rvsd Plan - 00005978

**Table 2. Accumulated area, total diversity, and representation of ecological systems in the NWPS plus each of four land designation categories that could be added to the NWPS.**

| Land designation category | Accumulated area (millions of acres) | Total diversity (no.) | Representation (no. by % area) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | >0–1 | >1–5 | >5–10 | >10–20 | >20–50 | >50–100 |
| NWPS | 51.6 | 444 | 110 | 76 | 118 | 64 | 73 | 79 | 34 |
| NWPS + NP | 66.2 | 483 | 71 | 43 | 99 | 73 | 73 | 117 | 78 |
| NWPS + MW | 68.2 | 449 | 105 | 65 | 96 | 76 | 85 | 91 | 36 |
| NWPS + IRA | 90.9 | 453 | 101 | 62 | 87 | 64 | 60 | 110 | 70 |
| NWPS + BLM roadless | 124.0 | 449 | 105 | 59 | 76 | 57 | 77 | 135 | 45 |
| NWPS + NP + MW + IRA + BLM roadless | 194.4 | 490 | 64 | 33 | 45 | 50 | 53 | 151 | 158 |

The four land designation categories are all National Park lands (NP) that have yet to be designated wilderness within the NPS, land managed so as not to degrade their wilderness character (MW) and that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS for wilderness designation; the remaining USDA FS IRAs (IRA); the remaining BLM roadless lands (BLM roadless). Each category is spatially separate from the others. See Table 1 for a description of each land designation category.



Percentage change in representation

**Figure 4. The frequency of percent change in representation of ecological systems with the addition of each land designation category. A. Percent change from the NWPS to NWPS plus all National Park lands (NP) that have yet to be designated wilderness within the NPS. B. Percent change from NWPS plus NP to NWPS plus NP plus lands managed so as not to degrade their wilderness character (MW). C. Percent change from NWPS plus NP plus MW to NWPS plus NP plus MW plus the remaining USDA FS IRAs (IRA). D. Percent change from NWPS plus NP plus MW plus IRAs to all land designation categories (i.e., NWPS plus NP plus MW plus IRAs plus the remaining BLM roadless lands). For example, the frequency of ecological system representation within the >1–5% group with the addition of NP lands to NWPS lands is 122 (A). Each category is spatially separate from the others. See Table 1 for a description of each land designation category.**

enced how representation of individual ecological systems changed within the NWPS. We first evaluated National Park lands that have yet to be designated as wilderness but are managed for their wilderness character, which increased the total number of ecological systems represented in the NWPS by 39 (Figure 2). The added ecological systems occurred in areas with no or few existing wilderness areas nearby, such as Big Bend Na-

tional Park in western Texas and Great Smoky Mountains National Park on the border between Tennessee and North Carolina (Figure 1). We chose our sequence of adding land designation categories to the NWPS because it prioritized the least politically controversial categories and therefore the likelihood of securing sufficient public support for their addition. If we had simulated the addition of BLM roadless areas first

rather than the National Park lands, then the diversity would have been lower, but the representation of ecological systems overall and in the >20% group would have been greater (Table 2). There are 24 possible sequences for adding the four land designation categories; however, the final outcome of the NWPS including 48.3% of all federal lands would not be changed.

Expanding the area of the NWPS has benefits beyond increasing the diversity and representation of ecological systems. For example, increasing the area of the NWPS could increase the size of individual wilderness areas, which could help conserve current ecological processes (e.g., uninterrupted natural disturbance regimes and plant and animal dispersal) (Groves 2003) by minimizing habitat fragmentation. In addition, Jenkins and Joppa (2009) found that worldwide protection is very uneven, and many biomes have <10% of their area formally protected. Uneven representation within the current NWPS could be reduced by adding land eligible for wilderness designation, which could minimize habitat fragmentation and thereby preserve ecological processes (Dickson et al. 2014, Dietz et al. 2015). Adding all 4 land designation categories to the NWPS could reduce habitat fragmentation for 309 ecological systems (more than half of the total number of ecological systems on federal land within CONUS) by increasing their representation to >20% across all federal lands. The largest increases in >20% representation occurred when National Park lands not yet designated as wilderness, USDA FS IRAs, and BLM roadless areas were included in the NWPS (Figure 2). The location of these land designation categories contributed to increasing the equitability in representation because the National Park lands occurred in the eastern United States, where few current NWPS



**Figure 5. Percent area change of each ecological system with the cumulative addition of each land designation category to the NWPS. A. Addition of all National Park lands that have yet to be designated wilderness within the NPS. B. Cumulative addition of lands managed so as not to degrade their wilderness character that have been studied by Congress or recommended by federal land management agencies, including the USDA FS, BLM, and FWS, for wilderness designation. C. Cumulative addition of the remaining USDA FS IRAs. D. Cumulative addition of the remaining BLM roadless lands. Each category is spatially separate from the others. See Table 1 for a description of each land designation category.**

lands exist, and the addition of USDA FS IRAs and BLM roadless areas expanded representation of ecological systems into highly diverse vegetation communities in the western United States (Figure 3) (Dickson et al. 2014). Expanding the NWPS into the remaining roadless areas, particularly in the western United States, presents a conservation opportunity that could preserve ecological processes and biodiversity (Dickson et al. 2014).

Currently, the NWPS has a high level of protection from direct human-caused disturbance, such as road-building, logging, and energy development, but even wilderness areas could be influenced indirectly, in the future, by threats outside their boundaries (Martinuzzi et al. 2015). Geldmann et al. (2013) found that compared with unprotected areas, protected areas experience lower rates of habitat loss; however, in areas

where external threats were high, protected areas were losing habitat within their boundaries. Using future scenarios of land-use change, Martinuzzi et al. (2015) found that urban expansion around protected areas, including wilderness areas, will continue to be a major threat, and many protected areas will lose their surrounding natural vegetation. USDA FS lands were projected to undergo the greatest changes in the surrounding land-use across future scenarios, whereas National Parks and the NWPS had the greatest land-use changes in the eastern United States, the West Coast, and parts of the Interior West (Martinuzzi et al. 2015). Expanding the NWPS to 48.3% of all federal land area within CONUS would increase the size of existing protected areas and buffer existing wilderness areas from both current and future threats outside their boundaries. We show that expanding the

NWPS into BLM roadless areas could potentially reduce the impacts of future land-use change throughout Nevada and Utah (Figure 5D). Land-use change will probably continue to threaten the integrity of protected areas; therefore, the opportunity to add four land designation categories either individually or combined to the NWPS is vital for reducing the direct and indirect influences of land-use changes.

Ecological systems occurring in southeastern United States will remain underrepresented or unrepresented even if all four land designation categories were included in the NWPS. Federal lands are scattered throughout the southeastern United States (Figure 3), but full representation of all ecological systems will require expanding the NWPS beyond federal lands that are eligible for wilderness designation. Both Aycrigg et al. (2013) and Jenkins et al. (2015) iden-

Rvsd Plan - 00005980

tified the southeastern United States as a priority area for conservation because species and ecological systems were underrepresented within the protected area network and suggested engaging both public and private conservation partners to increase representation.

Rapid land-use and environmental changes influenced by climate change make wilderness areas more valuable than ever as a baseline for evaluating change. Currently, the NWPS protects unique and irreplaceable ecological systems in places that can serve as baseline reference areas to measure the effects of climate change and bring together different federal agencies to manage these ecological systems. Even though, based on policy, many of the simulated additions to the NWPS are already managed as wilderness, the addition of approximately 142 million acres across CONUS could strengthen the resilience of the NWPS against future land-use and climate change impacts. Expanding the representation of ecological systems in wilderness may offer important benefits both as a conservation strategy in its own right and as an important scientific control for assessing future land-use changes (Dietz et al. 2015, Belote et al. 2016).

### Endnotes

1. For more information, see www.fs.usda.gov/roadmain/roadless/2001roadlessrule.
2. For more information, see www.wilderness.net.
3. For more information, see www.landfire.gov.

### Literature Cited

AYCRIGG, J.L., A. DAVIDSON, L.K. SVANCARA, K.J. GERGELY, A. MCKERROW, AND J.M. SCOTT. 2013. Representation of ecological systems within the protected areas network of the continental United States. *PLoS One* 8:e54689.

BELOTE, R.T., M.S. DIETZ, AND G.H. APLET. 2016. Allocating untreated "controls" in the National Wilderness Preservation System as a climate adaptation strategy: A case study from the Flathead National Forest, Montana. *Northwest Sci.* In press.

DAVIDSON, A., J. AYCRIGG, E. GROSSMAN, J. KAGAN, S. LENNARTZ, S. MCDONOUGH, T. MIEWALD, J. OHMANN, T. SAJWAJ, AND C. TOLBASKE. 2013. Land cover classification and mapping. P. 31–57 in *Ecoregional gap analysis of the Northwestern United States: Northwest gap analysis project report*, Aycrigg, J.L., M. Andersen, G. Beauvais, M. Croft, A. Davidson, L. Duarte, J. Kagan, D. Keinath, S. Lennartz, J. Lonneker, T. Miewald, and J. Ohmann (eds.). Available online at www.researchgate.net/profile/Jocelyn_Aycrigg/contributions; last accessed Dec. 8, 2014.

DICKSON, B.G., L.J. ZACHMANN, AND C.M. ALBANO. 2014. Systematic identification of potential conservation priority areas on roadless Bureau of Land Management lands in the western United States. *Biol. Conserv.* 178:117–127.

DIETZ, M.S., R.T. BELOTE, G.H. APLET, AND J.L. AYCRIGG. 2015. The world's largest wilderness protection network after 50 years: An assessment of ecological system representation in the US National Wilderness Preservation System. *Biol. Conserv.* 184:431–438.

GELDMANN, J., M. BARNES, L. COAD, I.D. CRAIGIE, M. HOCKINGS, AND N.D. BURGESS. 2013. Effectiveness of terrestrial protected areas in reducing habitat loss and population declines. *Biol. Conserv.* 161:230–238.

GROVES, C.R. 2003. *Drafting a conservation blueprint: A practitioner's guide to planning for biodiversity.* Island Press, Washington, DC. 458 p.

JENKINS, C.N., AND L. JOPPA. 2009. Expansion of the global terrestrial protected area system. *Biol. Conserv.* 142:2166–2174.

JENKINS, C.N., K.S. VAN HOUTAN, S.L. PIMM, AND J.O. SEXON. 2015. US protected lands mismatch biodiversity priorities. *Proc. Natl. Acad. Sci. USA* 112:5081–5086.

LEOPOLD, A. 1949. *A Sand County almanac and sketches here and there.* Oxford University Press, London, UK. 226 p.

LOWRY, J., R.D. RAMSEY, K. THOMAS, D. SCHRUPP, T. SAJWAJ, J. KIRBY, E. WALLER, ET AL. 2007. Mapping moderate-scale land-cover over very large geographic areas within a collaborative framework: A case study of the Southwest Regional Gap Analysis Project (SWReGAP). *Remote Sens. Environ.* 108:59–73.

MARTINUZZI, S., V.C. RADELOFF, L.N. JOPPA, C.M. HAMILTON, D.P. HELMERS, A.J. PLANTINGA, AND D.J. LEWIS. 2015. Scenarios of future land use change around United States' protected areas. *Biol. Conserv.* 184:446–455.

NOSS, R.F., AND A.Y. COOPERRIDER. 1994. *Saving nature's legacy.* Island Press, Washington, DC. 420 p.

POUZOLS, F.M., T. TOIVONEN, E. DI MININ, A.S. KUKKALA, P. KULLBERG, J. KUUSTERA, J. LEHTOMAKI, H. TENKANEN, P.H. VERBURG, AND A. MOILANEN. 2014. Global protected area expansion is compromised by projected land-use and parochialism. *Nature* 516:383–386.

SHAFFER, M.L., AND B.A. STEIN. 2000. Safeguarding our precious heritage. P. 301–321 in *Precious heritage: The status of biodiversity in the United States*, Stein, B.A., L.S. Kutner, and J.S. Adams (eds.). Oxford University Press, New York.

THE WILDERNESS ACT. 1964. Public Law 88-577, 16 USC 1131–1136, 88th Congress, Second Session, Sept. 3, 1964.

US GEOLOGICAL SURVEY GAP ANALYSIS PROGRAM. 2011. *National GAP land cover*, Version 2. Available online at gapanalysis.usgs.gov; last accessed Feb. 2, 2015.

US GEOLOGICAL SURVEY GAP ANALYSIS PROGRAM. 2012. *Protected Areas Database of the United States (PAD-US)*, version 1.3. Available online at gapanalysis.usgs.gov; last accessed Feb. 2, 2015.

WATSON, J.E.M., N. DUDLEY, D.B. SEGAN, AND M. HOCKINGS. 2014. The performance and potential of protected areas. *Nature* 515:67–73.

ZACHMANN, L.J., B.G. DICKSON, AND C.M. ALBANO. 2014. *Shapefile depicting roadless, unprotected cores on Bureau of Land Management lands in the 11 western states.* The Pew Charitable Trusts. Available online at databasin.org/datasets; last accessed Dec. 15, 2014.

Biological Conservation 184 (2015) 431–438



Contents lists available at ScienceDirect

# Biological Conservation

journal homepage: www.elsevier.com/locate/biocon



# The world's largest wilderness protection network after 50 years: An assessment of ecological system representation in the U.S. National Wilderness Preservation System



Matthew S. Dietz [a,*], R. Travis Belote [b], Gregory H. Aplet [c], Jocelyn L. Aycrigg [d]

[a] The Wilderness Society, 250 Montgomery St., Suite 210, San Francisco, CA 94104, USA
[b] The Wilderness Society, 503 W. Mendenhall St., Bozeman, MT 59715, USA
[c] The Wilderness Society, 1660 Wynkoop St., Suite 850, Denver, CO 80202, USA
[d] Dept. of Fish & Wildlife Sciences, Univ. of Idaho, 875 Perimeter Dr., Moscow, ID 83844, USA

## ARTICLE INFO

*Article history:*
Received 2 October 2014
Received in revised form 11 February 2015
Accepted 17 February 2015
Available online 10 March 2015

*Keywords:*
Ecological system
Protected area
Representation
Diversity
US National Wilderness Preservation System

## ABSTRACT

Protected areas, such as wilderness, form the foundation of most strategies to conserve biological diversity. However, the success of protected areas in achieving conservation goals depends partly on how well ecological diversity is represented in a network of designated lands. We examined how well the world's largest highly-protected conservation network—the U.S. National Wilderness Preservation System (NWPS)—currently represents ecological systems found on federal lands in the contiguous United States and how ecological system representation has accumulated over the 50-year tenure of the Wilderness Act (passed in 1964 and giving the U.S. Congress authority to establish wilderness areas). Although the total area of NWPS has risen fairly steadily since 1964, the diversity of ecological systems accumulated in wilderness areas (436 ecological systems) reached an asymptote 30 years ago that is well below the total pool of ecological systems available (553) on federal lands. Thus, NWPS currently under-represents ecological system diversity. Additionally, only 113 ecological systems are represented at more than 20% of federal land area. As the designation of new wilderness areas becomes more difficult, it is important to increase the ecological representation of those areas to achieve greater protection of biological diversity. Over the next 50 years of the Wilderness Act, federal land-management agencies and the U.S. Congress could increase the ecological diversity of wilderness areas by prioritizing under-represented ecological systems in new wilderness legislation.

© 2015 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

## 1. Introduction

Wilderness and other protected areas are the cornerstones of most regional, national, and international efforts to conserve biological diversity and sustain ecological processes of natural ecosystems (Bertzky et al., 2012). Protected areas are effective in reducing the loss, degradation, and fragmentation of natural habitats (Bruner et al., 2001; Naughton-Treves et al., 2005) and slowing the rate of extinction of threatened species that occur therein (Butchart et al., 2012). Recognizing the importance of protected areas for biodiversity conservation, the Convention on Biological Diversity (CBD) calls for at least 17% of the world's terrestrial areas to be conserved by 2020 (Woodley et al., 2012).

Protected areas can best achieve biodiversity goals if they are located in the right places—that is, they are representative of all ecosystems. The "representation" approach to conservation assumes that for protected areas to conserve genetic, species, and community diversity—as well as the structure, function, and evolutionary potential of natural systems—they must encompass the full variety of ecosystem types across their geographic range (Olson and Dinerstein, 1998; Margules and Pressey, 2000). Ecosystems are typically classified hierarchically by the principal vegetation communities that are found there. Protection of vegetation communities will help to protect the species that rely on them and the natural ecological processes that are characteristic of those communities (Rodrigues et al., 2004; Bunce et al., 2013). CBD has developed several indicators to evaluate the ecological representativeness of the global protected areas network, one of which is the percentage of ecosystem types (or vegetation communities) protected by 2020 (Woodley et al., 2012).

* Corresponding author. Tel.: +1 415 398 1482; fax: +1 415 398 1632.
   *E-mail addresses:* matt_dietz@tws.org (M.S. Dietz), travis_belote@tws.org (R.T. Belote), greg_aplet@tws.org (G.H. Aplet), aycrigg@uidaho.edu (J.L. Aycrigg).

http://dx.doi.org/10.1016/j.biocon.2015.02.024
0006-3207/© 2015 The Authors. Published by Elsevier Ltd.
This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

As we commemorate the 50th anniversary of The Wilderness Act (signed into law on September 3, 1964), it is important to take inventory of the lands that have been designated as wilderness and evaluate how well the U.S. National Wilderness Preservation System (NWPS) represents the ecological diversity of America's publicly-owned federal lands—lands from which wilderness areas are exclusively designated. NWPS is a collection of federally-managed lands designated by Congress as 'wilderness areas'—"where the earth and its community are untrammeled by man, where man himself is a visitor who does not remain"—that are "protected and managed so as to preserve. . .natural conditions" (The Wilderness Act, 1964).

Why is it important to evaluate ecological diversity of the wilderness system in isolation from other protected areas in the U.S.? There are three principal reasons.

First, the laws, regulations, management, and other circumstances surrounding the wilderness preservation system make it especially valuable for conservation of biological diversity. Wilderness has an exceptionally high level of protection from human-caused disturbance. Wilderness areas are free of many anthropogenic stressors, including road-building, logging, mining, oil and gas drilling, hydraulic fracturing, solar and wind energy development, agriculture, irrigation, fuel-powered tools, off-road motor-vehicles, snowmobiles, non-motorized mechanical transport, developed tourism facilities, and permanent structures (The Wilderness Act, 1964). Most other "protected" areas allow a greater degree of human use (e.g., gift shops, hotels, paved roads, and skating rinks in national parks), resource extraction (e.g., copper mining in national forests), or land conversion (e.g., cultivated cornfields in national wildlife refuges) that may negatively affect species that occur there. In recognition of their high degree of protection, the U.S. Geological Survey assigns wilderness areas a default GAP Status of 1—the highest rank (USGS, 2012). In addition, the International Union for Conservation of Nature (IUCN) classifies U.S. wilderness as category 1b—which, along with 1a, is the highest classification-level of protection (IUCN & UNEP, 2014). The primary objective of 1b areas (i.e., "wilderness areas") is "to protect the long-term ecological integrity of natural areas that are undisturbed by significant human activity, free of modern infrastructure, and where natural forces and processes predominate, so that current and future generations have the opportunity to experience such areas" (Dudley, 2008).

Although there are a few other types of protected areas in the U.S. that are classified as both GAP 1 and IUCN 1 (e.g., Research Natural Areas), they are generally small and often located inside of wilderness area boundaries. In contrast, wilderness areas, with minor exceptions such as islands, are a minimum of 2023 ha (5000 acres) each, and most are much larger (Wilderness Institute, 2014). The largest single wilderness unit in the contiguous U.S. (Death Valley Wilderness, California and Nevada) is more than 1.2 million ha. The large size of wilderness areas allows many of them to sustain large-scale natural processes (such as wildfire) and provide large, un-fragmented core areas which are essential for animal migrations, top-level predator–prey relationships, and habitat for wide-ranging, low-density animal species. The U.S. National Wilderness Preservation System is the largest national system of category-one protected lands in the world (IUCN & UNEP, 2014). Nearly 1 in 5 ha (18%) of all category-one protected areas and over one third (37%) of category-1b areas worldwide are in NWPS (IUCN & UNEP, 2014). Because NWPS is the world's largest category-one protected area system (IUCN & UNEP, 2014), the degree of ecological representation of these areas is globally important.

Second, the NWPS operates from the original law passed 50 years ago, which provides continual opportunities for expansion in a systematic way. Every U.S. Congress since 1964 has considered bills to designate additional areas to the system (Wilderness Institute, 2014), and all four federal land-management agencies are required by law to evaluate the need for new wilderness areas during their land and resource management planning processes. In contrast, there is no systematic, consistent, national-scale, legally-mandated process for creating new wildlife refuges, national parks, or national monuments.

Third, there exists an inventory of potentially suitable federal lands—roadless lands possessing wilderness characteristics—that are eligible for wilderness designation (The Wilderness Act, 1964). This type of standard process does not exist for other protected areas. Knowing which ecological systems are currently well-represented and which are under-represented in wilderness allows us to rank each potential new wilderness area based on how much it would increase ecological representation within the wilderness system. Representation analysis of the wilderness system, therefore, has real and practical applications for land managers and conservation organizations.

The wilderness system in the U.S. is uniquely managed, large, highly protected, and expandable in a systematic way. Therefore, there is great value in assessing ecological representation in the wilderness system by itself, in addition to assessing the entire protected area network.

We are building upon previous studies of ecological representation. Sixteen years ago, Loomis and Echohawk (1999) examined high-level vegetation communities' representation in wilderness designations—as a proportion of all lands, public and private—at the scale of Bailey's (1995) province-level ecoregional boundaries. Loomis' and Echohawk's study, in addition to being out of date, has two major limitations.

First, it examined representation of ecoregions at the province-level scale, which are too large to be helpful in prioritizing where to designate new wilderness areas (because those decisions are generally made at smaller scales, e.g., U.S. Congressional districts or national forests) and too broad to ensure that vegetation types which provide habitat for particular threatened, rare, or sensitive species are protected at a scale that is relevant to those species. Biological diversity is best associated with ecological system classification, rather than biomes or realms (Olson et al., 2001), which reflect large-scale patterns of climate and geography, but do not reflect species-level diversity. Second, their study examined ecological representation in wilderness only as a proportion of *all* lands in the U.S., which does little to help us understand how designating and managing *federal* lands will most efficiently and effectively increase under-represented vegetation classes. For example, knowing that tallgrass prairies are under-represented in NWPS does not help in prioritizing where to designate future wilderness areas, as virtually no wild tallgrass prairie lands are in federal public ownership, and private or state lands are not eligible for national wilderness designation.

One impediment that once precluded a nationwide ecological representation approach to wilderness designation and management in the contiguous 48 United States has recently been overcome with the availability of national-level, consistent, fine-scale data for vegetation communities, classified at multiple hierarchical levels (Aycrigg et al., 2013). The finest scale at which vegetation community data are available and consistent across the contiguous U.S. is at the level of "ecological system"—which is the term we use when referring to our analysis of ecological representation of vegetation communities. We examined, for the contiguous 48 United States (hereafter, simply, "United States"), which terrestrial ecological systems are represented in NWPS in relation to terrestrial ecological systems found on federal lands (Figs. S1 and S2). Specifically, we asked the following questions:

(1) For each ecological system in the United States, what percent of federal land area is in the wilderness system?

Rvsd Plan - 00005983

(2) What is the diversity of ecological systems currently in the wilderness system compared to the diversity of federal lands and to the diversity of all U.S. lands?

(3) How has total area and diversity of ecological systems in wilderness accumulated over the past 50 years?

(4) What is the relationship between rarity of ecological systems and how well they are represented in wilderness?

## 2. Materials and methods

To delineate ecological systems and their boundaries, we used U.S. Geological Survey Gap Analysis Program (GAP) national land-cover data version 2 (USGS, 2011), which provides seamless, detailed (30 m resolution; 1 ha minimum mapping unit) information on vegetation communities and land use patterns of the contiguous United States. GAP land-cover data combines data from previous GAP projects in the Southwest, Southeast, and Northwest United States, recently updated GAP California data, and data from the LANDFIRE project (for the Midwest and the Northeast). These national land-cover data were based on consistent satellite imagery (acquired between 1999 and 2001), digital elevation model derived datasets, and a common classification system to model natural and semi-natural vegetation. The land-cover data contain several nested hierarchical levels of vegetation community classifications which can be "cross-walked" to the six highest levels of the National Vegetation Classification System (NVCS, 2008)—the foundation of the most detailed, consistent map of vegetative associations available for the U.S.

We analyzed ecological representation in wilderness at the 6th level (the finest scale at which consistent, spatially-explicit GAP land-cover data are available) of the NVCS, which is hierarchically ordered as follows: 1. Class; 2. Subclass; 3. Formation; 4. Division; 5. Macrogroup; 6. Group (a.k.a. "Ecological System" in GAP terminology); 7. Alliance; and 8. Association.

We use the GAP terminology—"ecological system"—throughout this paper. The United States contains 576 ecological systems, 8 of which are highly-human-modified (we refer to them as "developed" in the main text): developed, high intensity; developed, medium intensity; developed, low intensity; developed, open space; cultivated cropland; pasture/hay; orchards, vineyards, and other high-structure agriculture; quarries, mines, gravel pits, and oil wells. Another 3 ecological systems are classified as "open water": fresh; brackish/salt; aquaculture. For all analyses, we focused only on the 565 non-developed, non-open-water classes of ecological systems.

We obtained spatial data on the boundaries of the National Wilderness Preservation System from wilderness.net (Wilderness Institute, 2014), which maintains the most up-to-date spatial data on wilderness areas. To map federal land area, we used the U.S. Protected Areas Database (PAD-US) version 1.3 (USGS, 2012), which is a geodatabase of the national inventory of terrestrial and marine protected areas that are dedicated to the preservation of biological diversity and to other natural, recreation, and cultural uses, managed for these purposes through legal or other effective means. The geodatabase includes geographic boundaries, land ownership, land management, management designation, parcel name, area, and protection category.

*Questions 1 and 2:* We overlaid wilderness and all federal lands with ecological systems in a Geographic Information System (ArcGIS 10.2) to calculate the total area of each ecological system within wilderness and federal lands. Because wilderness areas are designated exclusively from federal lands, we calculated "ecological system representation" in wilderness using Eq. (1).

$$\frac{\text{area of the ecological system in NWPS}}{\text{area of the ecological system on federal lands}} \times 100 \qquad (1)$$

For example, when we say "boreal aspen-birch forest has 19% representation in wilderness", we mean that 19% of all *federal* land of that ecological system type is protected as wilderness in NWPS. After calculating ecological system representation, we mapped each ecological system according to its level of representation across all lands, federal and non-federal (Fig. 1A), and across federal lands only (Fig. 1B). We did the former because we believe it is interesting to know where well-represented and under-represented ecosystems exists across the entire U.S., regardless of whether they are on federal land, so that we are able to see broad patterns of geographic distribution of those ecosystem types. We also provide a map of ecosystem representation on federal lands only—to show how well ecosystems that occur on federal lands have been represented in the wilderness system and to isolate those areas that are eligible to be added to the wilderness system and which, if added, would increase ecological representation.

*Question 3:* We used the "specaccum" (i.e., species accumulation) function in the vegan package of R v. 3.0.2 (Oksanen et al., 2013; R Core Team, 2014) to calculate ecological system accumulation curves within wilderness since 1964. We investigated accumulation of new ecological systems in wilderness based on presence (i.e., an ecological system is accumulated if at least 1 ha of its area was represented in a wilderness area), as well as accumulation of ecological systems after achieving a 5% or 20% ecological system representation threshold. We chose those thresholds to evaluate "representation" over a wide range of values.

*Question 4:* We plotted and regressed the percent representation of each ecological system against the log of total area occurring on federal land to investigate whether commonness of ecological systems is related to their level of representation in wilderness. To map patterns of total area and representation simultaneously, we also classified ecological systems as "rare" (<100,000 ha on federal land) or "common" (>100,000 ha on federal land) and "well-represented" (>20% in NWPS) or "under-represented" (<20% in NWPS). We expected that common ecological systems on federal land are more likely than rare ecological systems to be well represented in NWPS. We mapped the results across all lands, federal and non-federal, and across federal lands only.

## 3. Results

The National Wilderness Preservation System (20,993,174 ha) encompasses 12.6% of federal land area and 2.6% of all land area (including inland water-bodies) in the U.S. Wilderness is designated on lands managed by the U.S. Forest Service (12,377,445 ha; 59% of all wilderness hectares), the National Park Service (4,098,734 ha; 20%), the Bureau of Land Management (BLM; 3,496,208 ha; 17%), and the U.S. Fish and Wildlife Service (789,706 ha; 4%). A comparatively small number of wilderness hectares are classified as "non-federal" lands, as these are private in-holdings that have not yet been acquired by the managing agencies. The proportion of each public land type designated as wilderness varies greatly: approximately 40% of national park lands are designated wilderness, 18% of national forest lands, 16% of national wildlife refuge lands, and 5% of BLM lands (Fig. S1).

In the 50 years of the Wilderness Act, 690 wilderness units have been designated, representing 436 ecological systems. In comparison, the U.S. contains 565 ecological systems (Fig. S2; Table S1), 553 of which are found on federal lands, leaving 117 ecological systems (21.2%) unrepresented in NWPS. Moreover, some ecological systems are only nominally represented in wilderness. Therefore, we calculated the number of ecological systems with more than 5% of federal land area in wilderness and more than 20% of federal

Rvsd Plan - 00005984

*M.S. Dietz et al. / Biological Conservation 184 (2015) 431–438*



**Fig. 1.** The percent of federal land area in the National Wilderness Preservation System (NWPS) for each of 565 ecological systems (after removing developed land and open water) mapped across all federal and non-federal lands (A) and mapped across federal lands only (B).

land area in wilderness—to evaluate a wide range of representation thresholds. At the 5% and 20% representation thresholds, 244 and 113 ecological systems, respectively, occur in wilderness (Fig. S3). The proportion of area designated wilderness within each ecological system ranges from 0% to 100% of federal land area (Fig. 1A and B). Therefore, NWPS does not include the full richness of ecological systems available on federal land.

Total area within the U.S., on federal land, and in wilderness are characterized by a few common and widely distributed ecological systems, a pattern shown in the negative exponential distributions of rank abundance curves (Fig. 2). However, ecological systems in

wilderness are more strongly dominated by a few ecological systems (slope of exponential decay function = $-0.027$, $R^2 = 0.95$) compared to ecological systems found on federal lands (slope = $-0.020$, $R^2 = 0.93$) and in the U.S. (slope = $-0.017$, $R^2 = 0.90$). Therefore, ecological system evenness in NWPS is lower compared to evenness of federal lands and of all U.S. lands.

Total area of NWPS has increased since 1964, albeit at a declining rate since 1995 (Fig. 3A). Half of the area currently in wilderness was accumulated by 1984, and 95% by 2006. New ecological systems represented in wilderness accumulated steeply for the first 20 years following passage of the Wilderness Act. However,

Rvsd Plan - 00005985



**Fig. 2.** Rank order abundance curves (i.e., "Whittaker" [1965] plots) of ecological system diversity within the contiguous United States (CONUS), on federal land, and within the National Wilderness Preservation System (NWPS). The slopes of the exponential decay functions (dashed lines) estimate differences in ecological system evenness. Total number of ecological systems for each group (U.S., federal, NWPS) represents total richness.



**Fig. 3.** Number of wilderness units and total area accumulated in the National Wilderness Preservation System (NWPS) over the 50-year tenure of the Wilderness Act (A). The number of unique ecological systems represented in NWPS as a function of total area accumulated (B). The red line indicates nominal presence of an ecological system in NWPS. The blue and green lines represent ecological systems with greater than 5% and 20%, respectively, of federal land in wilderness. The top of panel B represents the total number of ecological system in the United States, and the dashed line represents the total number of ecological systems on federal land. Decades starting with the 1964 passage of the Wilderness Act are shown as grey and white shading.

rate of accumulation of ecological systems in wilderness declined over the last 30 years. Specifically, half of the total ecological system richness currently represented in wilderness (as measured

by both presence and the 5% representation threshold) was accumulated by the first year of the Wilderness Act (1964), and 95% of ecological system richness was accumulated by 1984 (Fig. 3B). Even at the 20% representation threshold, half of the total richness was accumulated by 1978, and 95% was accumulated by 1994. Growth in accumulated area in wilderness has greatly outpaced growth in total ecological system richness. In fact, in the past 15 years 2 million hectares were added to the wilderness system, but have resulted in the addition of only 1 new ecological system.

We found no relationship between the area of an ecological system occurring on federal land and the proportion of its federal land area represented in wilderness ($p = 0.93$; Fig. 4A). In other words, rare ecological systems on federal land are as likely to be represented in wilderness as common ecological systems.

## 4. Discussion

Our results clearly show that the National Wilderness Preservation System under-represents the full ecological system diversity occurring on federal lands. Neither the U.S. Congress nor federal land-management agencies have explicitly addressed the representation of ecological system diversity within NWPS, nor has there been any systematic conservation planning to achieve conservation goals of ecological representation (Margules and Pressey, 2000). U.S. wilderness areas have historically been designated through a mix of political will and public desire for recreation, solitude, and scenery, albeit with a growing recognition of their value in conserving ecological integrity (Cordell et al., 2005). Although ecological representation and conservation of biological diversity are not specifically addressed in the Wilderness Act, they have become important benefits of the system, as they have for all protected areas. This situation is not unique to wilderness. Few protected areas in the U.S. were established to conserve biological diversity. For example, the National Forest System's Organic Act, which provided the statutory basis for management of forest reserves, stated that the intention of the forest reservations is to "improve and protect the forest within the reservation,…securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States" (Forest Service Organic Administration Act, 1897). National parks had a somewhat clearer mandate to conserve species, as the fundamental purpose of parks was "to conserve the scenery and natural and historic objects and the wild life therein and to provide for the enjoyment in the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations" (National Park Service Organic Act, 1916). Plant and animal species, however, were secondary concerns, as the Secretary of Interior was provided discretion for "the destruction of such animals and of such plant life as may be detrimental to the use of any of said parks" (National Park Service Organic Act, 1916). Perhaps more important than the original goals of protected areas is the degree of protection from stressors that they are afforded by law today. One reason why it is important to assess the ecological representation of wilderness areas in their own right is the high level of protection that occurs therein.

We do not, however, expect wilderness areas to provide for the protection of all biological diversity in the U.S. or even all the species found on federal lands. Other protected areas, in addition to wilderness, must contribute to achieving these goals. It is valuable, nevertheless, to assess the level of ecological representation in the wilderness system to understand how that representation may be increased to further protect biological diversity, for the wilderness system is unique and provides a type of protection from human stressors that other protected areas may not.



**Fig. 4.** The relationship between the area of ecological systems occurring on federal land and the proportion of federal land area represented in the National Wilderness Preservation System (NWPS) and our classification of ecological systems as "rare" or "common" and "well-represented" or "under-represented" (A). The histogram on the right shows the number of ecological systems in 20 bins of percent federal land area in NWPS. This classification is mapped for all non-developed, terrestrial ecological systems across all federal and non-federal lands (B) and mapped across federal lands only (C). Note: one example of a rare, well-represented ecological system is the Okefenokee Swamp on the Florida–Georgia border.

Wilderness areas are arguably the most important areas in the United States in which to achieve ecological system representation. Due to their strict rules of use and protection (Dawson and Hendee, 2009), wilderness areas have been increasingly recognized for their importance in conserving biological diversity and fundamental physical and biological processes, including large-scale disturbance regimes (Hobbs et al., 2010). Moreover, a network of connected wilderness and other protected areas that represent the

full expression of nature's diverse ecological systems can also serve as "untreated control units" for experimental treatments on other lands where novel methods of restoration and management will be increasingly implemented to mitigate the impacts of climate change and other human-caused stressors (Magness et al., 2011).

This is the first study to assess the wilderness system at the ecological system level, including a comparison of ecological diversity to federal lands and all U.S. lands, an assessment of accumulation of representation over time, and an investigation of the relationship between rarity of ecological system and protection in wilderness.

A recent study (Aycrigg et al., 2013) evaluated representation of finer-scale ecological systems in the comprehensive "protected areas" network of the contiguous United States—including, but not limited to, wilderness areas—at the national and ecoregional scales. Protected areas throughout the world are classified by the IUCN by their primary management objectives, with categories 1a and 1b having the most natural conditions and the lowest degree of environmental modification (Dudley, 2008). Areas outside of category one, however, may be managed for multiple uses, including extraction of natural resources, concentrated recreation and tourism, facilities development, and conversion of natural habitat types to anthropogenic types. Representation of ecological system types in these areas may not provide the protection needed to be considered true biodiversity reserves. Therefore, we are expanding upon this work so that managers and conservation biologists can understand how best to increase ecological representation within the wilderness system itself. Fully representing ecological diversity in NWPS and other protected areas has not been achieved, partially because the assessment conducted here has only recently been possible with the availability of high-resolution, universal coverage of spatial data linked to a national ecological system classification (Aycrigg et al., 2013).

The opportunity to designate additional wilderness areas is substantial and real. In contrast, designation of new large-landscape national parks has slowed in recent decades and has no explicit means of growth through federal land-use planning. New national monument proclamations by the executive branch, although relatively common, do not consistently meet the management standards of strict ecological reserves. The Wilderness Act provides a means for the U.S. Congress to continually designate additional wilderness areas from federal public lands—primarily in un-roaded and sparsely-roaded areas. The diversity of ecological systems in NWPS, therefore, can increase if efforts are made to prioritize designations by ecological criteria. As shown in Fig. 4B and C, many common ecological systems remain under-represented in NWPS, providing ample opportunity to increase ecological diversity. Alpine, high montane, and boreal forest vegetation communities are well-represented in wilderness, as are low-elevation "warm" semi-desert areas with sparse vegetation (Table 1). The relatively rare wet-tropical ecological systems are also well-represented, largely due to the abundance of south Florida wilderness. Temperate forests, temperate and boreal grasslands and shrublands, and semi-desert scrub and grasslands (especially in "cool" deserts) are under-represented in wilderness, yet many millions of hectares of these subclasses are found on federal land.

Human population growth and subsequent pressure for development and extraction of natural resources will make wilderness areas increasingly vital to conserve biological diversity. If we intend to take advantage of the highly-protective nature of wilderness areas to conserve biological diversity, future recommendations for additions to the system should strongly consider how under-represented ecological systems could be prioritized in new wilderness bills. As the designation of new protected areas becomes increasingly difficult, it is important to achieve maximum ecological system diversity for every new area designated.

**Table 1**
Ecological subclasses of the National Vegetation Classification System (all open water and modified land combined into "other subclasses"), the proportion of federal land in the National Wilderness Preservation System (NWPS) for each subclass, the area of each subclass in wilderness, and the area of each subclass on all federal land [hectares are derived from spatial data].

| National Vegetation Classification System (NVCS) Subclass | % in NWPS | Hectares in NWPS | Hectares on federal land |
| --- | --- | --- | --- |
| Cool Semi-Desert Scrub & Grassland | 2.9 | 1,222,726 | 42,730,449 |
| Tropical Dry Forest | 3.8 | 1169 | 30,421 |
| Other Subclasses (Open water, modified land, etc.) | 6.5 | 611,951 | 9,397,380 |
| Temperate & Boreal Shrubland & Grassland | 10.4 | 1,489,897 | 14,346,766 |
| Temperate Forest | 14.8 | 10,050,644 | 67,817,892 |
| Warm Semi-Desert Scrub & Grassland | 16.0 | 3,068,431 | 19,211,918 |
| Mediterranean, Temperate & Boreal Nonvascular & Sparse Vegetation | 16.9 | 148,663 | 882,226 |
| Mediterranean Scrub & Grassland | 21.4 | 280,892 | 1,314,014 |
| Boreal Forest | 25.9 | 375,721 | 1,450,366 |
| Semi-Desert Nonvascular & Sparse Vascular Vegetation | 27.0 | 1,751,589 | 6,486,099 |
| Barren | 40.8 | 41,822 | 102,498 |
| Tropical Shrubland, Grassland & Savanna | 44.6 | 146,223 | 327,938 |
| Tropical Moist Forest | 45.1 | 123,752 | 274,565 |
| Temperate & Boreal Alpine Vegetation | 61.5 | 784,834 | 1,276,312 |
| Polar & High Montane Nonvascular & Sparse Vegetation | 72.9 | 892,641 | 1,224,276 |
| All NVCS Subclasses | 12.6 | 20,990,955 | 166,873,120 |

## 5. Role of the funding sources

All spatial data used are publicly available for no cost. The Wilderness Society and the United States Geological Survey Gap Analysis Program under research work order #G12AC20244 to The University of Idaho provided funding for staff time and did not influence study design, data collection, data analysis, data interpretation, writing of the report, or decisions on publication.

## Acknowledgement

We thank Anne Davidson and Jeff Lonneker at University of Idaho for their help and suggestions.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found, in the online version, at http://dx.doi.org/10.1016/j.biocon.2015.02.024.

## References

Aycrigg, J.L., Davidson, A., Svancara, L.K., et al., 2013. Representation of ecological systems within the protected areas network of the continental United States. PLOS ONE 8 (1), 1–15, e5468.

Bailey, R.G., 1995. Description of the ecoregions of the United States. 2nd ed., revised and expanded. Misc. publ. no. 1391, Washington, DC, USDA Forest Service.

Bertzky, B., Corrigan, C., Kemsey, J., et al., 2012. Protected Planet Report 2012: Tracking Progress Towards Global Targets for Protected Areas. IUCN, Gland, Switzerland and UNEP-WCMC, Cambridge, UK.

Bruner, A.G., Gullison, R.E., Rice, R.E., da Fonseca, G.A.B., 2001. Effectiveness of parks in protecting tropical biodiversity. Science 291, 125–128.

Bunce, R.G.H., Bogers, M.M.B., Evans, D., et al., 2013. The significance of habitats as indicators of biodiversity and their links to species. Ecol. Indicat. 33, 19–25.

Butchart, S.H.M., Scharlemann, J.P.W., Evans, M.I., et al., 2012. Protecting important sites for biodiversity contributes to meeting global conservation targets. PLOS ONE 7 (3), 1–8, e32529.

Cordell, H.K., Murphy, D., Riitters, K., Harvard III, J.E., 2005. The natural ecological value of wilderness. In: Cordell, H.K., Bergstrom, J.C., Bowker, J.M. (Eds.), The Multiple Values of Wilderness. Venture Publishing Inc, State College, PA, pp. 205–249.

*M.S. Dietz et al./Biological Conservation 184 (2015) 431–438*

Dawson, C.P., Hendee, J.C., 2009. Wilderness Management: Stewardship and Protection of Resource Values, fourth ed. Fulcrum Publishing, Golden, CO, pp. 89–112.

Dudley, N. (Ed.), 2008. Guidelines for Applying Protected Area Management Categories. IUCN, Gland, Switzerland.

Forest Service Organic Administration Act, 1897. 16 U.S.C. §§ 473–478, 479–482 and 551, June 4, 1897.

Hobbs, R.J., Cole, D.N., Yung, L., et al., 2010. Guiding concepts for park and wilderness stewardship in an era of global environmental change. Front. Ecol. Environ. 8, 483–490.

IUCN & UNEP, 2014. The world database on protected areas (WDPA). UNEP-WCMC, Cambridge, UK. <www.protectedplanet.net> (accessed 09.05.14).

Loomis, J., Echohawk, J.C., 1999. Using GIS to identify under-represented ecological systems in the National Wilderness Preservation System in the USA. Environ. Conserv. 26, 53–58.

Magness, D.R., Morton, J.M., Huettmann, F., Chapin III, F.S., McGuire, A.D., 2011. A climate-change adaptation framework to reduce continent-scale vulnerability across conservation reserves. Ecosphere 2, 1–23.

Margules, C.R., Pressey, R.L., 2000. Systematic conservation planning. Nature 405, 243–253.

National Park Service Organic Act, 1916. 16 U.S.C. § 1. August 25, 1916.

National Vegetation Classification System, Version 2, February 2008. Vegetation Subcommittee, Federal Geographic Data Committee. FGDC-STD-005-2008.

Naughton-Treves, L., Holland, M.B., Brandon, K., 2005. The role of protected areas in conserving biodiversity and sustaining local livelihoods. Annu. Rev. Environ. Res. 30, 219–252.

Oksanen, J., Blanchet, F.G., Kindt, R., et al., 2013. Vegan: community ecology package. R package, version 2.0-9 <http://CRAN.R-project.org/package=vegan>.

Olson, D.M., Dinerstein, E., 1998. The global 200: a representation approach to conserving the Earth's most biologically valuable ecoregions. Conserv. Biol. 12, 502–515.

Olson, D.M., Dinerstein, E., Wikramanayake, E.D., et al., 2001. Terrestrial ecoregions of the world: a new map of life on earth. Bioscience 51, 933–938.

R Core Team, 2014. R: A language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Rodrigues, A.S.L., Andelman, S.J., Bakarr, M.I., et al., 2004. Effectiveness of the global protected areas network in representing species diversity. Nature 428, 640–643.

The Wilderness Act, 1964. Public Law 88–577, 16 U.S.C., 88th Congress, Second Session, September 3, 1964, pp. 1131–6.

US Geological Survey, Gap Analysis Program (GAP), 2011. National GAP Land Cover, version 2, August 2011. <http://gapanlysis.usgs.gov> (accessed 15.01.14).

US Geological Survey, Gap Analysis Program (GAP), 2012. Protected Areas Database of The United States (PAD-US), version 1.3, combined feature class, November 2012. <http://gapanalysis.usgs.gov/padus> (accessed 15.01.14).

Whittaker, R.H., 1965. Dominance and diversity in land plant communities. Science 147, 250–260.

Wilderness Institute, College of Forestry and Conservation, University of Montana, 2014. <http://wilderness.net> (accessed 15.01.14).

Woodley, S., Bertzky, B., Crawhall, N., et al., 2012. Meeting Aichi target 11: what does success look like for protected area systems? Parks 18, 23–36.

Rvsd Plan - 00005989



RESEARCH ARTICLE

# Identifying Corridors among Large Protected Areas in the United States

**R. Travis Belote[1]\*, Matthew S. Dietz[2], Brad H. McRae[3], David M. Theobald[4], Meredith L. McClure[5], G. Hugh Irwin[6], Peter S. McKinley[7], Josh A. Gage[8], Gregory H. Aplet[9]**

1 The Wilderness Society, Bozeman, Montana, United States of America, 2 The Wilderness Society, San Francisco, California, United States of America, 3 The Nature Conservancy, Seattle, Washington, United States of America, 4 Conservation Science Partners, Inc., Ft. Collins, Colorado, United States of America, 5 Center for Large Landscape Conservation, Bozeman, Montana, United States of America, 6 The Wilderness Society, Black Mountain, North Carolina, United States of America, 7 The Wilderness Society, Hallowell, Maine, United States of America, 8 Gage Cartographics, Bozeman, Montana, United States of America, 9 The Wilderness Society, Denver, Colorado, United States of America

\* travis_belote@tws.org



CrossMark
click for updates

## Abstract

Conservation scientists emphasize the importance of maintaining a connected network of protected areas to prevent ecosystems and populations from becoming isolated, reduce the risk of extinction, and ultimately sustain biodiversity. Keeping protected areas connected in a network is increasingly recognized as a conservation priority in the current era of rapid climate change. Models that identify suitable linkages between core areas have been used to prioritize potentially important corridors for maintaining functional connectivity. Here, we identify the most "natural" (i.e., least human-modified) corridors between large protected areas in the contiguous Unites States. We aggregated results from multiple connectivity models to develop a composite map of corridors reflecting agreement of models run under different assumptions about how human modification of land may influence connectivity. To identify which land units are most important for sustaining structural connectivity, we used the composite map of corridors to evaluate connectivity priorities in two ways: (1) among land units outside of our pool of large core protected areas and (2) among units administratively protected as Inventoried Roadless (IRAs) or Wilderness Study Areas (WSAs). Corridor values varied substantially among classes of "unprotected" non-core land units, and land units of high connectivity value and priority represent diverse ownerships and existing levels of protections. We provide a ranking of IRAs and WSAs that should be prioritized for additional protection to maintain minimal human modification. Our results provide a coarse-scale assessment of connectivity priorities for maintaining a connected network of protected areas.

## OPEN ACCESS

**Citation:** Belote RT, Dietz MS, McRae BH, Theobald DM, McClure ML, Irwin GH, et al. (2016) Identifying Corridors among Large Protected Areas in the United States. PLoS ONE 11(4): e0154223. doi:10.1371/journal.pone.0154223

**Editor:** Robert F. Baldwin, Clemson University, UNITED STATES

**Received:** January 22, 2016

**Accepted:** April 11, 2016

**Published:** April 22, 2016

**Copyright:** © 2016 Belote et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** All relevant data are within the paper and its Supporting Information files.

**Funding:** The Wilderness Society funded this work. The funder provided support in the form of salaries for author JAG, but did not have any additional role in the study design, data collection and analysis, decision to publish, or preparation of the manuscript. The specific roles of these authors are articulated in the 'author contributions' section.

**Competing Interests:** Author Gage is employed by Gage Cartographics. This does not alter the authors'

## Introduction

Protected areas or ecological reserves (e.g., wilderness areas, national parks) form the foundation of conservation strategies to sustain biological diversity [1]. Established to reduce human

Rvsd Plan - 00005990



adherence to PLOS ONE policies on sharing data and materials.

impacts, protected areas are intended to maintain populations of species and ecological functions [2, 3]. Isolated protected areas, however, may not provide for species migration and dispersal or ecological flows of materials required to sustain genetic and species diversity, population recovery, and ecosystem processes [4]. Protected areas unconnected to a network may serve only as temporary insular ecosystems, vulnerable to population isolation or environmental change [5, 6] and may be at greater risk of experiencing local species extirpations.

A long history of ecological and conservation science has addressed questions of reserve design, extinction risks from isolation, and the value of connectivity [7]. Moreover, creating, restoring, and maintaining large, connected networks of protected areas has emerged as one of the highest priorities for conservation in the age of climate change [8–11]. Providing organisms opportunities to move long distances, possibly over many generations, is a necessary conservation strategy to ensure that species can shift their distributions to track expected climate change [12]. Maintaining relatively natural and undeveloped connections between protected areas in a network of ecological reserves may be the best means for conserving biodiversity now and in the future [13].

In response to a growing number of theoretical frameworks [14–16] and empirical demonstrations of the importance of connectivity for maintaining biodiversity [17–19], a suite of analytical tools has been developed to identify linkages or potential corridors between protected areas, known populations, or potential habitat [20,21]. Two primary approaches to assess connectivity have been used [22]: those based on species-specific habitat requirements and those focused on identifying corridors using landscape "naturalness" as a proxy for the needs of multiple species [23,24]. Most connectivity models assume that organisms moving across a landscape or region will incur costs of movement (or resistance to travel) corresponding to energetic expense or risk of mortality [25]. Many connectivity models thus identify corridors where cost of, or resistance to, movement is minimized [26,27].

Connectivity models based on a landscape's "naturalness" (i.e., degree of human modification) likely represent well the potential costs of movement, especially for species that are sensitive to human disturbance [24]. In fact, many species-specific connectivity models assume animal avoidance of human-altered areas [25]. As climate change forces shifts in the distribution of species and habitats [12,28], identifying large, continental-scale corridors of high naturalness (*sensu* [23]) may also be a critical conservation strategy to sustain biodiversity [3].

Many federally-owned and -managed lands of the United States (e.g., lands managed by the U.S. Forest Service and Bureau of Land Management) are currently undergoing land-use planning. Identifying regionally important corridors that may provide ecological connections between protected areas, as well as federal land units that fall along these corridors, can inform decisions regarding additional land protection or mitigating impacts of land use, including resource extraction, motorized recreation, and other activities. In some cases, land units are being considered as candidates for elevated levels of protection. For example, Inventoried Roadless and Wilderness Study Areas could be recommended for permanent protection, or alternatively for "release" to increased recreational or commercial use. Quantifying the contribution of these candidate land units for maintaining a connected network of large protected areas may help the public and land managers prioritize which units should receive elevated levels of protection.

Here, we develop a national-scale connectivity model with the aim of identifying potential priorities for maintaining connectivity among existing, large protected areas of the contiguous United States of America (hereafter, U.S.). This differs from a previous national analysis of connectivity developed by Theobald et al. [23] that identified pathways through lands with low human modification, but without an explicit aim to model potential connections between protected areas. Here, we identify the least human-modified corridors between large protected

Rvsd Plan - 00005991



areas based on two different indices of human modification (or inversely, naturalness) to create a composite map of corridors that highlights agreement among models run with various assumptions about how connectivity potential may be influenced by the degree of human modification of lands. We used the composite corridor map to ask two questions about connectivity between existing protected areas. First, we asked which conservation lands not within our pool of identified large protected core areas contribute to the identified corridors. Second, we asked which Inventoried Roadless Areas and Wilderness Study Areas on U.S. federal lands would contribute most to connectivity if added to the protected area system in the future.

## Materials and Methods

### Overview of Approach

Connectivity modeling requires numerous decisions and assumptions resulting in myriad combinations of factors to consider [29], each of which can affect model results. We used Linkage Mapper [30], which, like other connectivity modeling tools (e.g., Circuitscape, [31]), requires a set of core areas to connect and a "resistance surface" (i.e., a mapped index reflecting cost or risk of movement) as inputs. Linkage Mapper is well-suited to identify corridors between protected areas, and produces a raster surface of cost-weighted distances normalized by least-cost paths between cores. This allows users to evaluate and prioritize land-unit polygons based on their mean corridor value. We found that at the scale with which we were working (the U.S.), Linkage Mapper required less processing time than alternatives such as Circuitscape. Here, we developed connectivity models using a relatively simple rule-set to define our core areas. To minimize the potentially arbitrary effect of selecting a single resistance surface, we produced our connectivity map as a composite of model outputs employing four different resistance surfaces representing gradients in human-modification of lands (e.g., from roads or agricultural land conversion).

### Identification of Core Areas

There are numerous ways to define protected areas; for our analysis we chose to focus on large protected areas with conservation mandates requiring maintenance of biodiversity and prevention of land conversion, commercial resource extraction, and intensive motorized recreation. We focused on "large" highly-protected core areas because these areas likely serve as important regional or national conservation lands hosting the greatest number of species, largest populations, and higher probability for maintaining intact ecological processes (e.g., relatively unaltered disturbance regimes) [3].

To define and identify our protected cores, we used a simple ruleset. First, we selected all polygons from the National Wilderness Preservation System (NWPS) database (Wilderness Institute 2014), irrespective of size, as these are the most highly-protected lands in the U.S., and because even small wilderness areas represent important conservation lands in some regions [32]. Although other small non-wilderness lands may also serve as important regional protected cores, wilderness areas are designated and managed under federal legislation providing nationally-consistent guidance on management. Second, we selected areas mapped in the Protected Area Database (PAD) v 1.3 [33] with GAP 1 or 2 status, as these lands include legislative or management direction to maintain biodiversity, limit commercial resource extraction, and prohibit land cover conversion. Third, we selected all GAP 3 status lands managed by the National Park Service (NPS) that are not classified as "cultural" parks (e.g., military parks), so as to include all "natural" NPS units. Because most "natural" NPS units are listed as GAP 1 and 2, this step added only one unit in Tennessee. Fourth, we merged adjacent protected areas into one larger contiguous core so that protected areas that share a border were counted as only one

Rvsd Plan - 00005992



**Fig 1. Map of the contiguous United States showing large core protected areas and Protected Areas Database of the U.S. units not included in our definition of core protected areas.**

doi:10.1371/journal.pone.0154223.g001

area (e.g., Yellowstone National Park and the adjacent Absaroka-Beartooth Wilderness Area are counted as one large core). Fifth, we eliminated core area polygons <4,046 hectares (10,000 acres) to limit our analysis (with the exception of some stand-alone wilderness areas) to connections between "large" blocks of highly protected core areas. Sixth, one large core protected area (Dakota Tallgrass Prairie Wildlife Management Area) was removed from our pool of protected cores because much of its area is still privately owned and managed with an agricultural land cover type even though it is listed as GAP 2 status. This ruleset yielded 2,084 protected core areas (Fig 1), which we considered our national cores to be connected. These cores represent various ownerships, but over 82% of the core areas are managed by the four principal federal land agencies: U.S. Forest Service (33.9%), National Park Service (23.8%), Bureau of Land Management (14.5%), and Fish and Wildlife Service (10.1%).

## Creating Resistance Surfaces

To model corridors among our selected pool of protected core areas, we developed resistance surfaces based on two different efforts to quantify and map anthropogenic alterations to ecosystems: Aplet et al.'s wildness index [34] and Theobald's map of human modification [35] (see below for more detail). Resistance surfaces represent relative cost (e.g., energetic expense or risk of mortality) of passing through a gridded mapped surface and can be used to calculate cost-weighted distance (CWD) away from core areas. CWD values are used to produce least

Rvsd Plan - 00005993



cost corridors and least cost paths (LCP). In Linkage Mapper, least cost corridor values are produced by summing CWD away from two cores, say core A and core B. The $CWD_{AB}$ sum is then normalized by LCP values between cores A and B ($LCP_{AB}$) to produce normalized least cost corridor ($NLCC_{AB}$) values (i.e., $NLCC_{AB} = CWD_A + CWD_B – LCP_{AB}$) so that grid cells along the LCP equals 0. NLCCs for all corridors are then mosaicked together to produce a network of corridors representing cost distance (lower values have better potential to serve as a corridor).

In our national assessment of corridors between our identified pool of protected areas, we assumed that organisms will selectively or more easily (i.e., with lower mortality risk) move through the wildest and most natural lands. We used the maps of wildness and human modification to identify corridors that minimized anthropogenic disturbance of corridors. The wildness index and map of human modification each incorporate spatial data layers on land cover, distance and impacts from roads, hydrological impairment, degree of light pollution, and other indicators of the degree to which land is modified by humans and maintains relative ecological integrity. However, the models differ in several of their inputs and the way those inputs are manipulated to characterize naturalness and human impact. The wildness index [34] was updated with data reflecting conditions circa 2008 and is mapped at a resolution of 1 $km^2$. It is based on a conceptual framework [36] that considers human control of ecological processes and the ecological condition of lands and consists of ordinal data reclassified and summed. Human modification [35] uses a "fuzzy algebraic sum" of mapped data on stressors of ecological composition, structure, and function to create a ratio from 0 to 1.0 from 30 m data, aggregated to 90 m or coarser resolutions. These measures of naturalness are highly correlated (r = 0.83), but because they were developed for different purposes, using different methods, we used each to identify areas of agreement between corridors identified through different models (see below).

While connectivity models based on naturalness perform well when compared against species-specific habitat connectivity models [24], the degree to which movement risk, animal avoidance, or ecological condition changes along gradients of wildness or human modification is mostly unknown. Therefore, we created four resistance surfaces by scaling each map of wildness and human modification (HM) two different ways allowing us to create a composite corridor map that incorporates alternative methods for converting indices of naturalness into resistance surfaces for corridor identification [16,37]. Specifically, we rescaled wildness and HM to represent both linear and non-linear gradients of landscape resistance. For example, a one unit decrease in wildness or HM caused by moderate anthropogenic impact to an ecosystem may result in either a one unit change in resistance or greater than one unit change in resistance to movement, risk of mortality, or behavioral avoidance (e.g. [38], S1 Fig). For linear scaling of wildness, we assigned resistance values ranging from 1 (most wild) to 25 (most developed) (S1A Fig, Fig 2A). For non-linear scaling we squared this surface to produce a resistance surface that ranged from 1 to 625 (S1A Fig, Fig 2B). To produce the resistance surfaces based on HM, we first aggregated the data to a 1 km resolution to reduce processing time using bilinear interpolation of a 270-m resolution gridded layer. We then transformed the original index so that the linearly-scaled resistance surface based on human modification ranged from 1 to 1001 using (HM×1000)+1 (S1B Fig, Fig 2C). For the non-linearly scaled resistance surface based on human modification, we scaled the HMI by a power of 10 using $(HM+1)^{10}$ (S1B Fig, Fig 2D). We assumed that relative resistance to movement from intensive agricultural to suburban to urban areas would continue to increase along this gradient of anthropogenic impact [38]; therefore we did not model connectivity with resistance surfaces that saturate (i.e., reach an asymptote) along the wildness index or human modification.

Rvsd Plan - 00005994



**Fig 2. Linear (top) and non-linear (bottom) versions of resistance surfaces based on wildness (left) and human modification (right) used to model connectivity between large protected areas.** See S1 Fig for distribution of resistance surfaces in relation to original indices.

doi:10.1371/journal.pone.0154223.g002

Modeling corridors using this combination of resistance surfaces allow us to compare corridor outputs based on linearly-scaled wildness and HM, as well the effects of the different scaling methods on cost-weighted distances based on wildness and HM (S2 Fig). Here we were more interested in running the national connectivity models based on various assumptions of resistance for further use in a composite corridor map that combines all outputs (see below).

## Connectivity Model

We modeled connectivity using each of the four resistance surfaces (Fig 2) and their derived cost-weighted distances (S2 Fig). Linkage Mapper allows users to limit identified corridors based on maximum geographic distance, cost-weighted distance, and on other criteria. We first ran the connectivity model using each of the four resistance surfaces with no limitations on geographic or cost-weighted distances. The resulting model identified corridors between protected areas separated by large distances (>500 km) and highly altered lands (e.g., urban areas); see S3 Fig. To avoid inclusion of these unrealistic corridors, we reran each model, but limited the maximum geographic distance between the edges of cores to be connected to 300 km, based on maximum-dispersal distance data from wide ranging mammals [39]. We then

Rvsd Plan - 00005995



evaluated the cost-weighted paths using the values of each least cost path from this output (S4 Fig). We decided to remove the 10% most costly paths (red paths in S4 Fig) to further limit the corridors between protected areas. This step removed unrealistic corridors that passed through highly altered lands. Limiting the corridors based on these maximum geographic and cost-weighted distances resulted in more conservative corridor priorities that link core areas separated by reasonable and biologically-informed distances (i.e., we assume connecting core areas > 300 km apart is much less likely to reflect movements of terrestrial species, processes, or materials). For all model runs, corridors between protected areas were discarded if the least-cost paths intersected an intermediate core area [30]. We did not refine the network using other options available in Linkage Mapper (e.g., we did not limit the number of connected neighboring cores).

## Producing a Composite Corridor Map

After producing the four conservative corridor maps (Fig 3), we created a composite map by combining each output to identify areas with high agreement among the four outputs. To do this, we first reclassified the corridor values of each output into deciles and assigned the lowest cost decile a value of 10, the next lowest decile a value of 9, etc., so that lower cost linkages received higher corridor values. We reclassified each corridor value map in this way and then summed these new reclassified maps so that the composite map ranged from 4, where all of the highest cost (i.e., worst) corridor values overlapped to 40, where all of the lowest cost (i.e., best) corridors of each output overlapped. Using the sum of reclassified deciles of our output produced qualitatively similar spatial patterns as the mean of the cost-weighted distance corridor outputs. However, we produced our composite map using the sum of reclassified deciles because the numerical values (ranging from 4 to 40) were easier to interpret than the average cost-distance corridor values.

## Mean Composite Corridor Values of Management Areas

We calculated the mean composite corridor value for land management units not included in our pool of large protected core areas. Specifically, we calculated the mean composite corridor value of PAD land management units (N = 4,360 areas) falling outside our core areas ("non-PAD core units"; grey polygons in Fig 1). We also evaluated how mean composite corridor values were distributed among land units with different GAP status values and agencies. This analysis included smaller (<4,046 ha) GAP 1 and 2 management units excluded from our large core protected areas.

Finally, we evaluated the mean corridor value of some federal land units that may be candidates for elevated protection status but that are not currently legislatively protected as wilderness or national park. Specifically, we calculated the mean composite corridor value of all U.S. Forest Service Inventoried Roadless Areas and Wilderness Study Areas (N = 1,148) and BLM Wilderness Study Areas (N = 268) to identify potential land units important for maintaining a national network of large, connected, protected areas and that are potential candidates for elevated levels of protection (*sensu* [40]). We excluded units ≤ 3,000 ha from this analysis to ensure an adequate sample of at least 30 grid cells from the composite corridor value raster.

## Results

Use of the four resistance surfaces (Fig 2) resulted in some differences among the cost-weighted distances (S2 Fig), least-cost paths (S4 Fig), and least-cost corridor maps (Fig 3). All continuous raster maps shown here are displayed using the "histogram equalize" stretch method. Maps resulting from linearly-scaled wildness and HM were very similar, but corridors produced

Rvsd Plan - 00005996

PLOS | ONE

Corridors among Protected Areas in the U.S.



Fig 3. Normalized least cost corridors (after removing the linkages >300 km shown in S3 Fig and the 10% worst linkages shown in S4 Fig) from Linkage Mapper connectivity models based on linear (left) and non-linear (right) versions of resistance surfaces using wildness (top) and human modification (bottom).

doi:10.1371/journal.pone.0154223.g003

using non-linearly scaled resistance surfaces tended to have large areas where low-cost corridors were less distinct based on the scaling of the data (e.g., Central and Northern Basin and Range ecoregions in Nevada and Oregon). The large, contiguous patches of high connectivity values reflect large patches of relatively wild and unaltered lands with low resistance values. The linearly-scaled resistance surfaces tended to produce narrower corridors.

Despite these differences, all four maps exhibit coarse-scale similarities (Fig 3), and the composite corridor map (Fig 4) quantifies broad areas of agreement among least-cost corridors (available as S1 File). Western regions tended to have lower resistance values leading to higher corridor values, but many eastern regions also host relatively well-connected networks of protected areas (Figs 3 and 4). In particular, the southern Appalachians, northern Lake States, Ozarks, northern New England, and Florida each contain a connected network of protected areas. In addition, the upper Missouri River basin, Black Hills/Sandhills region, and the Texas border region all show the potential for functional connectivity to the West. Smaller regions of

Rvsd Plan - 00005997

PLOS | ONE

Corridors among Protected Areas in the U.S.



Low    Composite corridor value    High

**Fig 4. Composite corridor value between large protected core areas, which was calculated by summing and reclassifying normalized least-cost corridors shown in Fig 3.** Black polygons are large core protected areas used in our analysis. Raster data are available as S1 File.

doi:10.1371/journal.pone.0154223.g004

connectivity are apparent in the east Texas Piney Woods, the northern Allegheny Plateau, and the Carolina coast.

Some PAD units outside of core protected areas were clearly located along high-value corridors, while others lie far away from large protected cores (Fig 5A). Concentrations of highly connected but unprotected PAD units exist in southeastern Oregon, the Great Basin and Colorado Plateau, western Maine, and the "Idaho High Divide" country between the Frank Church —River of No Return Wilderness and Yellowstone National Park. Although variability was high, mean composite corridor values for GAP status 1 land units (N = 19) tended to be lower (i.e., poorer quality) than Gap 2 (N = 524), Gap 3 (N = 3,113), and Gap 4 units (N = 974; S1 Table). Three land trust units had the highest mean composite corridor value of any class of non-core PAD lands (S1 Table). Of federal agencies, BLM land units had the highest corridor values, followed in descending order by the Department of Energy, U.S. Forest Service, Natural Resource Conservation Service, Bureau of Reclamation, Bureau of Indian Affairs, Tennessee Valley Authority, Department of Defense, Agricultural Research Service, Fish and Wildlife Service (FWS), National Park Service (NPS), and National Oceanic and Atmospheric Administration. Many other non-federal agency lands (e.g., lands managed by states) had higher mean corridor values than federal land managed by FWS and NPS (S1 Table).

Rvsd Plan - 00005998

PLOS | ONE

Corridors among Protected Areas in the U.S.



**Fig 5. Mean composite corridor values (classified into deciles) among non-core Protected Area Database land units (A) and federal inventoried roadless and wilderness study areas (B).** Roadless and wilderness study areas are shown in greater detail for the Northern Rockies and Southern Appalachian Mountains.

doi:10.1371/journal.pone.0154223.g005

The composite corridor value also facilitates assessment of the relative connectivity value of all 2,876 IRAs and WSAs on national forests and BLM lands (Fig 5B; S2 File). The mean composite corridor value for U.S. Forest Service IRAs and WSAs and BLM WSAs (33.8) was greater than the overall average of non-core PAD lands (31.2). BLM WSA lands had a higher average corridor value (34.6) than USFS IRAs (33.6) and USFS WSAs (34.0). S2 File ranks all USFS and BLM IRAs and WSAs according to their mean composite corridor value.

Rvsd Plan - 00005999



## Discussion

Corridors identified here represent the "wildest" or most "natural" lands that may provide broad-scale ecological linkages between large protected core areas. Maintaining or enhancing the relatively high degree of naturalness and low degree of human impact along these corridors may be an important strategy to ensure that the large protected areas in the U.S. do not become isolated and are maintained in a connected network [3]. Such continental-scale connectivity is a critical component to conserving ecosystems and biodiversity under a changing climate and accelerated land use change [35,41]. Maintaining relatively natural corridors between protected areas should allow mobile organisms short-term opportunities for movement, while providing more sessile organisms opportunities to move over generations.

Our connectivity assessment could be used in regional conservation strategies, administrative planning, or legislative or executive efforts (such as wilderness bills or national monument proclamations) that support important linkages between protected areas. Corridors identified here may be among the most important areas on which to focus conservation efforts, including the elevation of their protective status through conservation designations (e.g., permanently limit human impacts of an area by increasing the level of land protection from an inventoried roadless area to recommended or legislated wilderness). We demonstrate one relatively easy way to evaluate connectivity priorities by calculating the mean composite corridor value of different ecoregions and land management units. Here, we focused on lands $\geq$ 3,000 ha within the PAD, IRAs, and WSAs, but similar methods could be used to evaluate individual national forests or BLM jurisdictions to help prioritize areas to maintain connectivity (e.g., [42]). Prioritizing lands to maintain connectivity could result in management objectives that maintain natural land cover and limit development along the best corridors. It can also help inform designation to higher levels of protection on high priority lands (e.g., Basin and Range National Monument). By far the greatest number of PAD units outside of core protected areas are managed by the U.S. Forest Service and Bureau of Land Management, and many of these units (IRAs and WSAs) are eligible to receive a higher level of protection through administrative or legislative means.

Our results demonstrate that some PAD lands outside of existing cores, even those with low levels of protection (Gap 3 and 4 lands), possess high value as corridors and should be considered for inclusion in a national network of large protected areas. Although federal agencies dominated the total land area evaluated in this analysis, many non-federal agency and private lands possessed high connectivity importance. Maintaining connectivity and functioning corridors will require that conservation strategies be developed across all lands, even when their management objectives may be less protective or lack explicit goals to maintain biodiversity. For example, S1 Table shows that lands administered by universities, the NRCS, Regional Agencies, and private landowners all can make important contributions. This assessment could also inform land trust efforts to prioritize acquisition of conservation easements on lands that contribute to broad-scale connectivity. Cross-ownership efforts to create or sustain a connected network of protected areas will be challenging and require further study, including economic cost-benefit analyses coupled with further ecological research (*sensu* [43]).

Although our study focused on identifying linkages among large and highly protected core areas, similar models could be run to investigate corridors between much smaller—but ecologically important—core areas with varying levels of maximum distance thresholds between cores. These analyses may be important supplements to the national-scale analysis presented here for identifying local connectivity priorities. Given the expanse of our study (the U.S.), we chose to focus on identifying corridors between the largest and most-well-protected core areas with maximum distances between cores of 300 km, reflecting maximum dispersal of large

Rvsd Plan - 00006000



wide-ranging mammals [39, and see 24]. However, we acknowledge that different core areas and maximum distances will yield different outcomes. While we developed our corridor maps based on assumption of the widest-ranging species, we did not explicitly consider any species-specific habitat requirements. We assume if the wild or natural character of lands are maintained or restored between protected areas that animals with shorter dispersal distances would be also benefit (see discussion of "umbrella" species in [44]).

At more regional scales, other smaller core areas could be used in similar analyses with varying assumptions (see S5 Fig). Corridor values may change depending on choices in number and location of cores and the maximum distance between cores. In situations where core areas are few and maximum distances used to connect cores is relatively low, corridors may be absent between protected areas. Direct connections between cores can be made by increasing the number of core areas (e.g., by reducing the minimum size threshold or changing assumptions about what is considered a core protected area) so that they fall between large cores and serve as "stepping stones" [45] or by increasing the maximum distances between cores. Users of our national model outputs should be aware of these sensitivities.

Our final maps removed the 10% most costly corridors. We pruned the connections in this way to ensure that the "worst" corridors were not reflected in the final map of connectivity priorities. These relatively developed and human modified corridors may be too far modified to actually function as high value linkages, though our 10% cutoff was arbitrary and the functionality of corridors both above and below this threshold is expected to depend on many factors. S4 Fig shows where these pruned corridors occurred, which was mostly in the agricultural and highly developed Mid-west and eastern U.S. However, we also recognize that these relatively costly linkages may actually be critical regions on which to focus connectivity efforts. For example, corridors passing through the highly altered Tennessee Valley between protected areas on the Cumberland Plateau and the Great Smoky Mountains National Park were removed based on our 10% highest cost pruning but could actually represent important connectivity potential for organisms such as black bears (*Ursa Americana* [46]). While our final maps presented here focus on the best corridors, we believe that even costly linkages could represent important priorities for maintaining or restoring connectivity.

Models that identify landscape permeability irrespective of existing, designated protected cores are an important—and complementary—means of identifying national connectivity priorities (*sensu* [23]). In fact, many corridors our model identified were similar to flowpaths identified by Theobald et al. [23]. Other efforts have emphasized the importance of riparian areas for the value as functional or potential corridors [13,47]. We did not explicitly incorporate riparian features in our models, but our results could be combined with efforts focused on riparian corridors (e.g., [48]). We view the model outputs presented here and other similar efforts [23] as presenting a reasonable first-approximation for identifying lands that should receive a higher degree of protection through management policy, legislation, or executive action that establish and sustain a connected network of large protected areas in the U.S. Such efforts are ongoing through land management planning of federal agencies, investment decisions by land trusts, and legislative actions by policy makers. Our models could be supplemented or modified based on any available data on individual organisms' dispersal needs or habitat models generated by more in-depth study [24].

## Conclusions

Our results provide an initial identification of priorities to create a national connected network of large protected areas. As federal land agencies begin assessments of connectivity, the models presented here could serve as a coarse-filter assessment for evaluating regional connectivity

Rvsd Plan - 00006001



priorities. They could also serve in the evaluation of individual land units and their potential role in maintaining connectivity among large core protected areas. Land units with high connectivity value could be prioritized for future protection to maintain potential large-scale connectivity. Maintaining such large-scale corridors between protected areas may ensure that protected cores are connected via a system of relatively natural lands. These lands may allow individual wide-ranging animals to disperse via corridors in the short-term [24], with potential for long-term migration and dispersal to take place by organisms with more limited dispersal abilities.

## Supporting Information

**S1 Fig. Original scaling of the wildness index (A) and human modification (B) in relation to the linear (hashed line) and non-linear (solid line) transformations used to produce resistance surfaces (maps shown in Fig 2).**
(TIF)

**S2 Fig. Cost-weighted distance from the protected core areas based on linear (top) and non-linear (bottom) versions of resistance surfaces using wildness (left) and human modification (right).**
(TIF)

**S3 Fig. Normalized least-cost corridors from Linkage Mapper connectivity models based on linear (left) and non-linear (right) versions of resistance surfaces using wildness (top) and human modification (bottom).** The mapped outputs shown here do not eliminate linkages between protected core areas based on any maximum geographic or cost-weighted distance, and only provided here as a reference of the most liberal modeled corridors.
(TIF)

**S4 Fig. Least cost paths classified into declines from best (low cost, blue) to the 10% worst (high cost, red) for connectivity models based on linear (left) and non-linear (right) versions of resistance surfaces using wildness (top) and human modification (bottom).**
(TIF)

**S5 Fig. Modeled corridors vary depending on the number of cores (black polygons) to be connected, as well as the maximum Euclidean distance between cores.** Here, we show a model experiment where we vary the maximum distance from 100 km to 300 km and cross this "treatment" with different number of cores (black polygons). The model runs with "few cores" included all of the large protected cores shown in Fig 1, while the model runs with "many cores" include all cores from Fig 1, plus all roadless and wilderness study area lands. Here, we demonstrate the sensitivity of Linkage Mapper to assumptions of core locations and maximum distances while demonstrating the importance that "stepping stones" may play in connectivity for a 3 state region (Idaho, Wyoming, and Montana). Connectivity that is limited by maximum dispersal distance between core areas may be overcome if additional smaller cores can serve as stepping stones between larger core areas.
(TIF)

**S1 File. Gridded raster data of the composite corridor value and large core protected areas used in connectivity model presented here.**
(7Z)

**S2 File. Table of mean composite corridor values for all Inventoried Roadless Areas or Wilderness Study Areas ≥ 3,000 ha.** USFS = US Forest Service; BLM = Bureau of Land

Rvsd Plan - 00006002



Management; FWS = Fish and Wildlife Service; IRA = Inventoried Roadless Area; WSA = Wilderness Study Area.
(CSV)

**S1 Table. Mean and range of composite corridor values for federal, state, and local management agencies among units with varying GAP status values (1 = most protected; 4 = least protected).** The number of units (N) is also reported. Agencies are rank ordered based on their overall mean corridor value so that agencies with the best corridor values are ranked higher.
(DOCX)

## Acknowledgments

We thank Paul Beier, Kathy Zeller, Rob Baldwin, and one anonymous reviewer for comments and suggestions that significantly improved the paper. Thanks to Anne Rockhold for help with copy-editing.

## Author Contributions

Conceived and designed the experiments: RTB MSD GHI PSM GHA JAG BHM. Performed the experiments: RTB JAG. Analyzed the data: RTB. Contributed reagents/materials/analysis tools: RTB BHM DMT MLM JAG. Wrote the paper: RTB MSD GHA BHM DMT MLM GHI PSM.

## References

1. Naughton-Treves L, Holland MB, Brandon K. The role of protected areas in conserving biodiversity and sustaining local livelihoods. Annu Rev Environ Resour. 2005; 30: 219–252. doi: 10.1146/annurev.energy.30.050504.164507

2. Bruner G, Gullison RE, Rice RE, da Fonseca G. Effectiveness of parks in protecting tropical biodiversity. Science. 2001; 291: 125–128. doi: 10.1126/science.291.5501.125 PMID: 11141563

3. Gaston KJ, Jackson SF, Cantú-Salazar L, Cruz-Piñón G. The ecological performance of protected areas. Annu Rev Ecol Evol Syst. 2008; 39: 93–113. doi: 10.1146/annurev.ecolsys.39.110707.173529

4. Haddad NM, Brudvig LA, Clobert J, Davies KF, Gonzalez A, Holt RD, et al. Habitat fragmentation and its lasting impact on Earth's ecosystems. Sci Adv. 2015; 1: e1500052–e1500052. doi: 10.1126/sciadv.1500052 PMID: 26601154

5. Hilty J, L W Jr, Merenlender A. Corridor ecology: the science and practice of linking landscapes for biodiversity conservation. Washington, D.C.: Island Press; 2006.

6. Hansen AJ, DeFries R. Ecological mechanisms linking protected areas to surrounding lands. Ecol Appl. 2007; 17: 974–988. PMID: 17555212

7. Quammen D. The Song of the Dodo: Island Biogeography in the Age of Extinctions. London: Hutchinson; 1996.

8. Heller N, Zavaleta ES. Biodiversity management in the face of climate change: A review of 22 years of recommendations. Biol Conserv. 2009; 142: 14–32. doi: 10.1016/j.biocon.2008.10.006

9. Hagerman SM, Satterfield T. Agreed but not preferred: expert views on taboo options for biodiversity conservation, given climate change. Ecol Appl. 2014; 24: 548–559. doi: 10.1890/13-0400.1 PMID: 24834740

10. IPCC. Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Ipcc. 2014.

11. Schmitz OJ, Lawler JJ, Beier P, Groves C, Knight G, Douglas ABJ, et al. Conserving biodiversity: practical guidance about climate change adaptation approaches in support of land-use planning. Nat Areas J. 2015; 35: 190–203. doi: 10.3375/043.035.0120

12. Lawler JJ, Ruesch AS, Olden JD, McRae BH. Projected climate-driven faunal movement routes. Ecol Lett. 2013; 16: 1014–22. doi: 10.1111/ele.12132 PMID: 23782906

13. Beier P. Conceptualizing and designing corridors for climate change. Ecol Restor. 2012; 30: 312–319. doi: 10.3368/er.30.4.312

Rvsd Plan - 00006003



Corridors among Protected Areas in the U.S.

14.    Urban D, Keitt T, Ecology S. Landscape connectivity: a graph-theoretic perspective. Ecology. 2001; 82: 1205–1218.

15.    McRae Brad H., Dickson Brett G., Keitt Timothy H. and Shah VB. Using circuit theory to model connectivity in ecology, evolution, and conservation. Ecology. 2007; 89: 2712–2724.

16.    Rayfield B, Fortin M-J, Fall A. Connectivity for conservation: a framework to classify network measures. Ecology. 2011; 92: 847–858. PMID: 21661548

17.    Tewksbury JJ, Levey DJ, Haddad NM, Sargent S, Orrock JL, Weldon A, et al. Corridors affect plants, animals, and their interactions in fragmented landscapes. Proc Natl Acad Sci U S A. 2002; 99: 12923–12926. doi: 10.1073/pnas.202242699 PMID: 12239344

18.    Damschen EI, Haddad NM, Orrock JL, Tewksbury JJ, Levey DJ. Corridors increase plant species richness at large scales. Science. 2006; 313: 1284–1286. doi: 10.1126/science.1130098 PMID: 16946070

19.    Gilbert-Norton L, Wilson R, Stevens JR, Beard KH. A meta-analytic review of corridor effectiveness. Conserv Biol. 2010; 24: 660–668. doi: 10.1111/j.1523-1739.2010.01450.x PMID: 20184653

20.    Chetkiewicz C-LB, St. Clair CC, Boyce MS. Corridors for conservation: integrating pattern and process. Annu Rev Ecol Evol Syst. 2006; 37: 317–342. doi: 10.1146/annurev.ecolsys.37.091305.110050

21.    Rudnick DA, Ryan SJ, Beier P, Cushman SA, Dieffenbach F, Epps CW, et al. The role of landscape connectivity in planning and implementing conservation and restoration priorities. Issues in Ecology. 2012.

22.    Beier P, Spencer W, Baldwin RF, McRae BH. Toward best practices for developing regional connectivity maps. Conserv Biol. 2011; 25: 879–892. doi: 10.1111/j.1523-1739.2011.01716.x PMID: 21797924

23.    Theobald DM, Reed SE, Fields K, Soulé M. Connecting natural landscapes using a landscape permeability model to prioritize conservation activities in the United States. Conserv Lett. 2012; 5: 123–133. doi: 10.1111/j.1755-263X.2011.00218.x

24.    Krosby M, Breckheimer I, John Pierce D, Singleton PH, Hall SA, Halupka KC, et al. Focal species and landscape "naturalness" corridor models offer complementary approaches for connectivity conservation planning. Landsc Ecol. 2015; 30: 2121–2132. doi: 10.1007/s10980-015-0235-z

25.    Zeller KA, McGarigal K, Whiteley AR. Estimating landscape resistance to movement: a review. Landsc Ecol. 2012; 27: 777–797. doi: 10.1007/s10980-012-9737-0

26.    Adriaensen F, Chardon JP, De Blust G, Swinnen E, Villalba S, Gulinck H, et al. The application of "least-cost" modelling as a functional landscape model. Landsc Urban Plan. 2003; 64: 233–247. doi: 10.1016/S0169-2046(02)00242-6

27.    Ament R, Callahan R, McClure M, Reuling M, Tabor G. Wildlife Connectivity: Fundamentals for Conservation Action. Bozeman, Montana; 2014.

28.    Rehfeldt G. E., Crookston N. L., Sáenz-Romero C., & Campbell EM. North American vegetation model for land-use planning in a changing climate: a solution to large classification problems. Ecol Appl. 2012; 22: 119–141. doi: 10.1890/11-0495.1 PMID: 22471079

29.    Beier P, Majka DR, Spencer WD. Forks in the road: choices in procedures for designing wildland linkages. Conserv Biol. 2008; 22: 836–851. doi: 10.1111/j.1523-1739.2008.00942.x PMID: 18544090

30.    McRae B, Kavanagh D. Linkage Mapper User Guide Version 0.7. The Nature Conservancy; 2012. pp. 1–22.

31.    Mcrae BH, Shah VB. Circuitscape User Guide. Santa Barbara: The University of California; 2009.

32.    Dietz MS, Belote RT, Aplet GH, Aycrigg JL. The world's largest wilderness protection network after 50 years: An assessment of ecological system representation in the U.S. National Wilderness Preservation System. Biol Conserv. 2015; 184: 431–438. doi: 10.1016/j.biocon.2015.02.024

33.    Gergely KJ, McKerrow A. PAD-US The National Inventory of Protected Areas. 2013.

34.    Aplet G, Thomson J, Wilbert M. Indicators of wildness: Using attributes of the land to assess the context of wilderness. In: McCool SF, Cole DN, Borrie WT, O'Laughlin J, editors. Proceedings: Wilderness science in a time of change. 2000. pp. 89–98.

35.    Theobald DM. A general model to quantify ecological integrity for landscape assessments and US application. Landsc Ecol. 2013; 28: 1859–1874. doi: 10.1007/s10980-013-9941-6

36.    Aplet GH. On the nature of wildness: exploring what wilderness really protects. Denver Law Rev. 1999; 76: 347–367.

37.    Keeley ATK. Comparing Estimates of Landscape Resistance to Animal Movement. Title. Northern Arizona University. 2015.

38.    Keeley ATK, Beier P, Gagnon JW. Testing landscape resistance surfaces dervied from habitat suitability on prospecting movements. Landsc Ecol. In press.

Rvsd Plan - 00006004


39. Bowman J, Jaeger JAG, Fahrig L. Dispersal distance of mammals is proportional to home range size. Ecology. 2002; 83: 2049–2055.

40. Aycrigg JL, Tricker J, Belote RT, Dietz MS, Duarte L, Aplet GH. The next 50 years: opportunities for diversifying the ecological representation of the National Wilderness Preservation System within the contiguous United States. J For. 2015; 114: 1–9.

41. Ordonez A, Martinuzzi S, Radelo VC. Combined speeds of climate and land-use change of the conterminous US until 2050. Nat Clim Chang. 2014; 4: 1–6. doi: 10.1038/NCLIMATE2337

42. Dickson BG, Zachmann LJ, Albano CM. Systematic identification of potential conservation priority areas on roadless Bureau of Land Management lands in the western United States. Biol Conserv. 2014; 178: 117–127. doi: 10.1016/j.biocon.2014.08.001

43. Simberloff D, Farr JA, Cox J, Mehlman DW. Movement corridors: conservation bargains or poor investments? Conserv Biol. 2009; 6: 493–504.

44. Simberloff D. Flagships, umbrellas, and keystones: Is single-species management passé in the landscape era? Biol Conserv. 1998; 83: 247–257. doi: 10.1016/S0006-3207(97)00081-5

45. Minor ES, Lookingbill TR. A multiscale network analysis of protected-area connectivity for mammals in the United States. Conserv Biol. 2010; 24: 1549–1558. doi: 10.1111/j.1523-1739.2010.01558.x PMID: 20666801

46. Hoctor T, Allen W, Carr M. Land corridors in the southeast: connectivity to protect biodiversity and ecosystem services. J Conserv Plan. 2008; 4: 90–122.

47. Fremier AK, Kiparsky M, Gmur S, Aycrigg J, Craig RK, Svancara LK, et al. A riparian conservation network for ecological resilience. Biol Conserv. 2015; 191: 29–37. doi: 10.1016/j.biocon.2015.06.029

48. Krosby M, Norheim R, Theobold D, McRae B. Riparian Climate Corridor Report. 2014.

Rvsd Plan - 00006005

181

# The world at your feet: desert biological soil crusts

Jayne Belnap

Desert soil surfaces are generally covered with biological soil crusts, composed of a group of organisms dominated by cyanobacteria, lichens, and mosses. Despite their unassuming appearance, these tiny organisms are surprisingly important to many processes in past and present desert ecosystems. Cyanobacteria similar to those seen today have been found as 1.2 billion-year-old terrestrial fossils, and they probably stabilized soils then as they do now. Biological crusts are vital in creating and maintaining fertility in otherwise infertile desert soils. They fix both carbon and nitrogen, much of which is leaked to the surrounding soils. They also capture nutrient-rich dust, and can stimulate plant growth. These organisms are able to tolerate extreme temperatures, drought, and solar radiation, despite having relatively little wet time for metabolic activity. Under most circumstances, they are extremely vulnerable to climate change and disturbances such as off-road vehicles and grazing livestock. Recovery times are generally measured in decades or centuries.

*Front Ecol Environ* 2003; 1(5): 181–189

**M**ost people imagine the desert as a lifeless place, covered with rocks and sand, but this is not true. Deserts are exploding with life, although much of it is barely visible to the untrained eye. Despite their barren appearance, rocks and sand are often covered with a thin film of cyanobacteria, microfungi, lichens, and/or mosses that can occur on the surface or within the rock (endolithic) and on or just below the sand. The organisms living on and just beneath the soil surface are collectively known as biological soil crusts (Figure 1).

This incredibly diverse group has been called many things since it was first named in the 1950s, including cryptogamic, cryptobiotic, microphytic, microfloral, organogenic, and microbiotic soil crusts (Harper and Marble 1988). These communities often dominate the living ground cover in hot, cool, and cold arid and semi-arid regions. They also occur in temperate regions where plant cover is reduced, either temporarily (eg tree falls) or permanently (eg pine barrens). Despite their widespread occurrence, the major influence biological crusts have on

### In a nutshell:

- Biological soil crusts are composed of soil cyanobacteria, lichens, and mosses, and are found in environments with sparse plant cover
- These crusts are essential in providing stability and fertility to desert soils
- The component organisms are easily damaged by soil surface disturbance, and are very slow to recover
- Protecting biological soil crusts should be a top management priority in desert regions, or we will lose the important ecosystem services they provide

*US Geological Survey, Southwest Biological Science Center, 2290 S Resource Blvd, Moab, UT 84532*

terrestrial ecosystems has only been recognized in the past two decades (Belnap and Lange 2001).

Cyanobacteria form the matrix of biological soil crusts. They first appear in the fossil record as marine stromatolites over 3 billion years ago (Walter *et al.* 1976). These large floating mats have been credited with oxygenating the atmosphere and forming the basis of the marine food web. The earliest terrestrial cyanobacteria are found in 1.2 billion-year-old rocks (Horodyski and Knauth 1994). Just as soil crusts do today, cyanobacteria probably accelerated the weathering of exposed bedrock and conferred stability on the newly formed soils as they spread across the land, thus aiding the evolution and spread of vascular plants and other terrestrial life forms (Schwartzman and Volk 1989).

### ■ Ins and outs of soil crusts

The term "biological soil crust" refers to the cohesiveness of the soil surface created by soil crust organisms. Most of this cohesion is due to large filamentous cyanobacteria, most notably the ubiquitous genus *Microcoleus* (Figure 2a), which is common around the world. When moistened, *Microcoleus* filaments extend towards the soil surface, and retract as the soil dries. This frequent movement results in copious sheath material being left in the uppermost soil layers, linking otherwise loose particles together to form larger soil aggregates (Figure 2b). It is easy to see this aggregation: hold a piece of desert soil aloft and look for small dangling soil clumps attached to cyanobacterial sheaths (Figure 3). Physical soil crusts, which result from raindrop or trampling impacts, often coexist with biological crusts, and also contribute to soil cohesion. Unlike biological crusts, physical crusts reduce water infiltration, often inhibit plant establishment, and

Rvsd Plan - 00006006

**182**



*Figure 1. (a-c) Soil crusts cover the large interspaces between vascular plants. (d) Close-up showing crust mounds that greatly roughen soil surfaces, enhancing retention of water, organic matter, dust, and seeds.*

do not always protect the soil surface from erosion, because they dissolve when wet.

Hundreds of species of cyanobacteria and eucaryotic green algae are associated with biological soil crusts (Evans and Johansen 1999). Since these photosynthetic organisms require light, most biomass is concentrated in the upper soil layers (Figure 4, top). At the soil levels where they occur, they alter pH as well as oxygen, ammonium, and nitrate concentrations. Most of the cyanobacteria and green algae in biological crusts are small in size relative to *Microcoleus*, and are of secondary importance in forming the crust matrix. These smaller species (eg *Nostoc, Scytonema, Chroococcidiopsis*) have limited mobility, and therefore manufacture large amounts of pigments to protect themselves from excess radiation on the surface. *Microcoleus* has almost no protective pigmentation, and lives tucked beneath the pigmented species, at a depth where ultraviolet radiation is reduced, but photosynthetically active radiation is still adequate (Figure 4, bottom). Without the radiation "umbrella" offered by the pigmented species, *Microcoleus* experiences high summer mortality (Bowker *et al.* 2002). This type of microbial stratification is common in both terrestrial and aquatic habitats (Bowker *et al.* 2002).

The external morphology of biological soil crusts is determined by climate and species composition, and this morphology influences how materials such as dust, water, and seeds move across the surface (Figure 5). Smooth crusts, dominated by cyanobacteria, are found in hyperarid regions without frost heaving, and where potential evapotranspiration (PET) is too high (due to excessively low rainfall and/or high air temperatures) to support lichens or mosses. As PET decreases, moss and lichen cover increases. Rugose crusts, with a microtopography of up to 3 cm, are found in hot deserts (high PET) where there is no frost heaving and very low lichen–moss cover. Pinnacled crusts, with a microtopography of up to 15 cm, occur in cool deserts (moderate PET) where lichen cover is <40% and soils freeze in winter. Rolling crusts are found in cool and cold deserts (low PET) where soils freeze, but the cohesion of the high lichen–moss cover restricts pinnacling to about 5 cm.

The taxa of soil crusts are similar around the world, despite their occurrence in areas with a wide range of climates and vegetation types. Many genera and species occur on almost all continents, including *Microcoleus vaginatus, Psora decipiens, Collema tenax, Collema coccophorum*, and *Catapyrenium squamulosum*. Non-related taxa exhibit comparable structures and functions, implying that soil surface conditions have produced convergent evolutionary trends within these taxa (Belnap *et al.* 2001a).

© The Ecological Society of America

Rvsd Plan - 00006007



*Figure 2. Scanning electron micrographs of biological soil crusts: (left)* Microcoleus vaginatus *in desert soils, x 700. (right)* Microcoleus vaginatus *sheaths, winding through sand grains, x 90.*

### ■ In the frying pan

The desert soil surface is one of the most extreme environments on earth. The combination of incoming solar rays and those reflected from the soil surface creates a zone of high radiation. Soil surface temperatures can range from –20°C to over 70°C. Rainfall is infrequent and sparse. The ability of crust organisms to tolerate extreme dehydration is a key to survival. Dry-weight water content can drop to 5% or less, terminating all metabolic processes (Bewley and Krochko 1982). This allows these organisms to withstand extended periods of high heat, strong light, and no water.

Other adaptations also help soil crust organisms to survive on the soil surface. Many species have ways to prolong their activity periods. For instance, many lichens can photosynthesize at high and low temperatures, have large water-holding capacities, and require little moisture to begin metabolism (Lange 2001). Mosses have special structures to store and conduct water, light hairs, and revolute (curled-under) leaf margins to reduce water loss through transpiration (Frey and Kürschner 1991). Pigments are used by many crust species to reflect and/or absorb excessive radiation. Pigmented tissue can keep 50–93% of incoming radiation from reaching the interior of these organisms. If excessive radiation enters the cell, intracellular carotenoids and xanthophylls are there to absorb it (Castenholz and Garcia-Pichel 2000). Unpigmented species can use pigmented species as protection, as discussed above. In addition, mosses, lichens, and liverworts can "roll up" while drying, thereby protecting their sensitive photosynthetic tissue from radiation (Büdel and Wessels 1986; Frey and Kürschner 1991).

### ■ Multiple roles

Biological crusts have many roles in the formation, stability, and fertility of soils. Relatively undisturbed crusts have more biomass and are better able to perform the functions discussed below, than crusts kept at an early successional stage by disturbance. Despite current levels of information on biological crusts, there is much we don't know, and there are many possible ecosystem services that have never been investigated.

### *Dust trapping*

The increased surface roughness and sticky polysaccharide sheaths associated with biological soil crusts increase the capture of nutrient-rich dust. This dust can augment the levels of most plant-essential nutrients, including nitrogen, phosphorus, and potassium, up to fourfold (Reynolds *et al.* 2001). This increases both the fertility and water-holding capacity of soils (Verrecchia *et al.* 1995). The greater surface roughness found in well-developed crusts captures more dust than disturbed (flattened) surfaces.



*Figure 3. Close-up view of a soil surface, sliced vertically. The soil aggregates are formed by web-like cyanobacterial fibers, which also hold the aggregates in place.*

Rvsd Plan - 00006008

Desert biological soil crusts

J Belnap

184



*Figure 4.* *(top) Micro-profiles of cyanobacterial biomass (indicated by chlorophyll a), oxygen production, and pH. Solid lines indicate samples in darkness, dotted lines indicate light (500 umol/m²/s). (bottom) Spectral attenuation of visible radiation as it passes through soil. Notice how the quantity of shorter (UV) wavelengths drops off much more quickly than do longer, photosynthetically active wavelengths, and how light trapping at the surface increases radiation above incident radiation levels.*

### Weathering

Soil crust organisms in the US, Venezuela, and South Africa increase substrate alkalinity from about pH 8 to about pH10.5 (Garcia-Pichel and Belnap 2001). Crusts also hold water longer, enhancing mineral dissolution and freeze–thaw action. Combined, these factors can accelerate bedrock weathering rates up to 100 times (Schwartzman and Volk 1989). The greater biomass associated with well-developed crusts would be expected to have higher rates than the reduced biomass of disturbed crusts.

### Soil physical structure

Polysaccharides extruded by crust organisms bind soil particles together into aggregates critical to soil functioning (Figure 2). Aggregate surfaces are where most soil biota and nutrient transformations occur, and aggregates increase soil aeration, infiltration (Herrick and Wander 1998), and resistance to soil erosion (McKenna-Neuman et al. 1996). Because all crust organisms secrete polysaccharides, crusts with greater biomass (relatively undisturbed crusts) foster more soil aggregation than those with lower biomass (disturbed crusts).

### Soil stabilization

Soils in arid regions are slow to form and are highly erodable (Dregne 1983). Biological soil crusts protect desert surfaces from wind and water erosion. Whereas well-developed biological crusts containing lichens and mosses protect these surfaces almost completely from wind and water erosion, disturbed (cyanobacterial) crusts allow up to 35 times more sediment loss in high winds or overland flow (Belnap and Eldridge 2001).

### Soil–water relations

The effect of biological soil crusts on water infiltration and soil moisture depends on climate, soil texture, soil structure, and the flora and morphology of the crusts. Because organisms in smooth and rugose crusts reduce the size and number of pores where water can enter the soil, and there is little soil surface roughness to increase water residence time, water infiltration is generally decreased. This can be offset somewhat by water stored by the crust organisms, depending on the amount of rainfall. The resultant runoff in these high PET regions is critical in supporting the often heterogeneously distributed or banded downslope plants. Experimental disruption of the biological crust in these regions, allowing greater localized infiltration, can lead to the death of downslope plants (Eldridge et al. 2000). In contrast, pinnacled and rolling crusts found in regions with lower PET have greatly roughened surfaces that slow water enough to increase infiltration. (Again, the crust organisms themselves absorb and store water.) Highly localized infiltration supports a higher cover of the more homogeneously distributed vegetation found in cooler deserts.

### Carbon and nitrogen inputs

Biological soil crusts are an important source of fixed nitrogen and carbon in deserts where vascular plant cover is limited (Beymer and Klopatek 1991; Belnap 2001a). Most inputs occur during the cooler fall, winter, and spring. Carbon inputs range from 0.4–2.3 g/m²/year for cyanobacterial crusts to 12–37 g/m²/year for lichen crusts (Evans and Lange 2001). Both free-living and lichenized cyanobacteria also contribute fixed nitrogen. Many deserts have only a few nitrogen-fixing plants and atmospheric inputs are low (Peterjohn and Schlesinger 1990; Wullstein 1989). As lichen crusts can fix up to 10 kg/ha/year (cyanobacterial crust can fix up to1 kg/ha/year) (Belnap 2002), their input can be the dominant source of new nitrogen for desert soils (Evans and Ehleringer 1993). Much of the carbon and nitrogen fixed by crusts is released upon wetting, so rainfall events contribute both water and nutrient pulses to desert soils. The carbon and nitrogen released by the soil crusts is used by nearby vascular plants, fungi, actinomycetes, and bacteria (Belnap 2001b).

© The Ecological Society of America

Rvsd Plan - 00006009



**Figure 5.** *External morphologies of biological crusts, as determined by climate and species composition.*

### Albedo (reflective power)

Lichen–moss crusts reflect only half the light of uncrusted or cyanobacterially crusted surfaces, decreasing surface energy flux by approximately 40 Joules/sec/m$^2$ and increasing surface temperatures by 10–14°C (Belnap 1995). Surface temperatures regulate many ecosystem functions, including rates of nitrogen and carbon fixation, microbial activity, plant nutrient uptake and growth, soil water evaporation, and seed germination (Belnap 2003). Timing of these events is often critical for desert plants, and relatively small alterations can reduce species fitness and seedling establishment, eventually affecting community structure (Bush and Van Auken 1991). Many ants, arthropods, and small mammals partition their environment on the basis of foraging times and burrowing depths, both controlled by surface temperature (Crawford 1991).

### Vascular plants and soil fertility

In deserts, vascular plant cover increases crust cover at lower elevations, probably because of the shade found under the plant canopy. At higher elevations, vascular plants and plant litter occupy most of the soil surface, reducing colonization opportunities for crust organisms.

Crust morphology can influence plant establishment patterns. Smooth and rugose crusts increase the tendency of seeds and organic matter to skid from the space between plants on to the next obstacle, be it rock or plant, whereas pinnacled and rolling crusts increase the retention of seeds and organic materials (Belnap *et al.* 2001b). Although a few laboratory studies have shown that soil crusts in hot deserts may reduce native plant germination, this has not been corroborated under field conditions. In contrast, multiple field studies show that germination and survival of native plants is either higher or unaffected in biologically crusted, as compared with uncrusted, areas. Several studies in both Australia and the US indicate that soil crusts can slow the germination of exotic annual grasses (Belnap *et al.* 2001b).

Once established, vascular plants growing in crusted soils generally have greater biomass and higher nutrient concentrations than plants growing in uncrusted soils. There are many ways in which biological crusts can influence soil fertility and plant nutrient concentrations: (1) contributing carbon and nitrogen to the soils; (2)

© The Ecological Society of America

Rvsd Plan - 00006010

**186**

exuding sticky, negatively charged polysaccharides which bind and prevent leaching loss of positively charged nutrients essential to plants; (3) secreting ring-shaped chemical compounds called chelators that keep nutrients available for plants, despite high soil pH; (4) increasing soil temperatures and nutrient uptake rates; (5) increasing dust capture and soil stabilization, thereby improving soil fertility and water-holding capacity; and (6) increasing soil aggregation. In addition, soil food webs under biological crusts are more diverse and food web groups are more abundant than under cyanobacterial crusts, so decomposition rates and nutrient availability are generally higher (Belnap 2001b). Because lichen–moss crusts have greater diversity, biomass, and soil surface roughness than cyanobacterial crusts, the influence of the factors listed above are greater when soils support a lichen–moss cover rather than a cyanobacterial cover.

### ■ Resistance and resilience to disturbance

Many types of disturbances threaten the integrity of biological soil crusts, including climate change, increasing human use, and invasion by exotic annual grasses and the subsequent increase in fire risk. Most of these disturbances produce a similar result: the total crust cover is reduced, disturbance-intolerant lichens and mosses are replaced with more disturbance-tolerant cyanobacteria, soil surface temperatures are reduced, and soil surfaces are flattened. The reduction of crust cover and loss of lichens and mosses lead to a loss of soil stability and reduced soil fertility as less polysaccharide material is extruded, less carbon and nitrogen is fixed, less dust and other surface materials are captured, fewer chelators and growth factors are secreted, nutrient uptake rates are lowered, and soil food web organisms decrease in number and diversity. Flattened soil surfaces change the way crusts affect local hydrologic regimes and vascular plant establishment. In other words, the contribution of biological soil crusts to the surrounding ecosystem is greatly compromised.

### Land use

As tough as soil crust organisms are in the face of natural stresses (heat, radiation, drought), they are no match for animal hooves, human feet, tank treads, or off-road vehicle tires. The compressional and shear forces these activities generate essentially pulverize soil crusts, especially when they are dry (as they most often are). This leaves pieces of crust free to blow or wash away. If buried, they die, since they need light to photosynthesize. Relative to other disturbance types, direct human impact has probably been most responsible for the simplification and/or destruction of biological soil crusts, and human activities remain the dominant cause of crust loss. Human use of deserts, in terms of recreation, energy development, live-

stock grazing, habitation, and military exercises, is expanding rapidly (Brooks and Pokshishevsky 1986). Although no firm quantitative estimates are available, the fragility of soil crusts, combined with the extensive expansion of human activities over the past century, has undoubtedly led to a historically unprecedented loss of lichen–moss cover, and associated ecosystem services, over vast swaths of the western US. Given the inability of soil crusts to withstand the forces generated by such activities, and in view of their slow recovery rates in most deserts, the decreases we currently observe in crust cover and diversity are likely to be relatively permanent. Although the situation is less well known in other countries, the increase in human use of "marginal" lands has become apparent, as the size and frequency of global dust storms have increased dramatically over time (Pimm 2001).

### Exotic annual grasses and fire

Invasion by annual grasses also results in the loss of crust cover and biodiversity, as annuals occupy plant interspaces once dominated by soil crusts, and the rich perennial diversity of the crusts is replaced by a few cyanobacterial and annual moss species. In the absence of fire, the increase in rodent numbers and their burrows is probably responsible for this compositional shift. The presence of annual grasses also increases the size and frequency of wildfires. Crust organisms will die if burned. In the past, fires generally skipped from shrub to shrub, bypassing the soil crusts between them. However, the presence of annuals in the interspaces means that fires now often scorch large areas, including the soil crusts between plants. Short fire cycles prevent colonization by perennial lichens and mosses, leaving soils dominated by cyanobacteria and annual mosses. Given the millions of hectares of western rangelands that are now dominated by exotic annual grasses (mostly in areas with lower PET), and the hundreds of thousands of hectares that are annually being converted, irreversibly, to annual grass, we stand to lose large amounts of well-developed lichen–moss crusts throughout much of the cooler western US deserts.

### Atmospheric changes

Soil crusts are metabolically active only when wet, and their rates of physiological functioning are highly responsive to temperature. Because climate models predict higher temperatures, greater summer precipitation, and drier-than-normal winters for the western US (Cayan 1996), soil crust structure and function will undoubtedly be affected. Soils will dry faster at higher temperatures. In moderate and high PET deserts, soil crusts often already experience carbon deficits in the summer (Jeffries et al. 1993). Increased rates of soil drying will mean greater summertime carbon deficits, as crust organisms will be even more likely to dry before respiratory losses are compensated for by photosynthetic gain. Less winter rain will

 © The Ecological Society of America

Rvsd Plan - 00006011

also mean less carbon gain, which translates into less nitrogen fixation, as this process requires photosynthetic products. With reduced access to adequate carbon and nitrogen, crusts will be less able to avoid or repair radiation damage (Belnap *et al.* unpublished). This will probably result in increased mortality or even alteration of distribution patterns. Current lichen and moss distribution patterns support this scenario: in the US, Australia, and central Asia, lichen diversity decreases sharply as air temperature and summer rainfall increase (Belnap *et al.* 2001a). Increased ultraviolet (UV) radiation as a result of ozone thinning is expected to be reversed by 2050, due to reductions in chlorofluorocarbon (CFC) production. However, volcanic eruptions, airplane exhaust, and/or the renewed manufacture of CFCs may slow this recovery (UNEP/WMO 2002). All crust species are sensitive to UV, because it increases mortality and disrupts photosynthesis, growth, motility, photomovements (movements induced by light), nitrogen fixation and uptake, and cell differentiation (Castenholz and Garcia-Pichel 2000). The limited activity time of organisms that require rehydration can heighten their susceptibility to UV damage. For example, while soil crusts experience some level of UV radiation for approximately 4400 hours per year near Moab, UT, soils can experience less than 100 daylight hours of wetness per year, greatly limiting their ability to acquire the carbon necessary to repair and produce new tissue (Belnap *et al.* unpublished). Predicted temperature increases are likely to exacerbate this situation, as activity times will be limited even further.

Elevated atmospheric $CO_2$ levels may increase crust primary production. Soil lichen photosynthesis is $CO_2$-limited, as rates at ambient $CO_2$ levels are 70–80% of maximum (Lange *et al.* 1999). In contrast, higher plants show substantial down-regulation after long-term exposure to elevated $CO_2$ (Moore *et al.* 1999). We have no comparable data on soil crusts. Cyanobacteria already possess intracellular $CO_2$ concentration mechanisms, however, and are therefore less likely to experience altered photosynthetic rates than are free-living and lichenized green algae. As a result, more $CO_2$ may differentially favor green algae and green algal lichens over cyanobacteria and cyanolichens. On the other hand, the greatest impact of elevated $CO_2$ on soil crusts will probably be an increase in the cover and altered species composition of higher plant communities. Large increases in net primary productivity are predicted to occur in arid ecosystems as a result of enhanced water availability (Melillo *et al.* 1993). Elevated $CO_2$ may also shift the competitive balance among higher plants, favoring invasive annual grasses such as cheatgrass (*Bromus tectorum*) (Smith *et al.* 1987), resulting in reduced crust cover and diversity, as is seen today in *Bromus*-dominated communities.

### ■ Recovery rates

Total recovery of soil crusts from disturbance can be fairly quick (20 years) in regions with low PET, but extremely



| Factors determining site stability | | |
|---|---|---|
| | Low stability | High stability |
| Soil texture/age | Coarse/young | Fine/old |
| Rock/gravel cover | Rolling | Embedded |
| Sand deposition | High | Low |
| Plant spacing | Sparse | Dense |
| Slope | Steep | Flat |

*Figure 6. A simplified model depicting large-scale factors that influence recovery rates in biological soil crusts. Many other factors, such as microhabitat, the size and shape of disturbance, and the condition of adjoining crusts, also influence recovery rates.*

slow (≥1000 years) in deserts with high PET. Recovery rates depend on the characteristics of the soil, site, climate, and disturbance (Figure 6), the availability of inoculant, and how recovery is defined (Belnap and Eldridge 2001; Figure 7). Coarse soils with low stability, fertility, and water-holding capacity recover more slowly than fine-textured soils. Stable areas, with low slopes, low wind deposition of sand, and/or embedded rocks, are quicker to recover than less stable sites with steep slopes, high sand deposition, and/or unstable rocks. Because crust organisms are only metabolically active when wet, microhabitats such as shrub canopies and regions with lower PET, including higher elevations and cool deserts, recover more quickly than places with higher PET, such as plant interspaces, low elevations, and/or hot deserts. When disturbance is severe or frequent enough to remove crust material, recovery is slower than if organisms are crushed but left in place.

In all deserts, cyanobacteria are often blown in after disturbance. The large, highly mobile filamentous cyanobacteria such as *Microcoleus* can tolerate some burial, and so are generally the first colonizers of unstable sites (Figure 7). Once soils are stabilized by the larger cyanobacteria, the less mobile, smaller cyanobacteria appear. In regions where PET is low enough to support lichens and mosses, the non-mobile, early successional lichen and moss species appear next, often led by the cyanolichen genera *Collema*. This species appears able to reproduce through spores, as colonization often occurs far from intact lichens. As PET decreases further, mid- and late-successional desert lichens, most with green algal phycobionts (the photosynthetic partner), colonize next. These species

Rvsd Plan - 00006012

Desert biological soil crusts

J Belnap

188



**Figure 7.** *The successional sequence of biological crust organisms when colonizing a severely disturbed area. Depending on the potential evapotranspiration at a site, the successional sequence may stop at cyanobacteria or a few early successional lichen–moss species (low elevation hyper-arid deserts) or early successional lichens and mosses with a few mid-successional species (low elevation hot deserts). Estimated years to recovery in the different deserts are based on flat sites with coarse soils and disturbance severe enough to remove all material. They are based on linear recovery rates, which probably overestimate recovery times.*

seem to rely less on spores for dispersal and more on pieces of nearby lichens washing or rolling in from the disturbance edge. This may be because the high pH of most desert soils greatly limits green algal abundance, making it difficult for germinating fungal spores to find a green algal partner. Recolonization of these later-successional species can therefore be very slow, especially if the disturbed areas are large. Visual recovery (generally based on surface roughness) is much quicker to recover than species composition, biomass, soil stability, or full physiological functioning (Belnap and Eldridge 2001; Figure 7). Because most reported estimates of recovery time have been based on visual assessments, many underestimate the time to full recovery.

Intact crust material salvaged from one area and reapplied to another has long been used to speed up recovery at the small (<10 acres) plot scale (Belnap 1993). Although commercial production of cyanobacterial inoculants has been attempted (Buttars *et al*. 1994), field applications have not yet been successful. Using inoculants for even moderately large disturbances is not feasible now, or in the near future. Even with such cyanobacterial inoculants, only a few lichen species have been successfully grown in the laboratory, and the feasibility of ever producing lichen inoculant is very low. Recovery will therefore still take decades or centuries, and many desert areas will lack fully functioning biological soil crusts for many years after disturbance.

## ■ The outlook for soil crusts

Biological soil crusts provide many of the basic needs for plants and animals found in the desert environment. Unfortunately, human activities are often incompatible with the presence of soil crusts. The cyanobacteria fibers that confer such tensile strength to these crusts are no match for the many stresses placed on them by human activity. Exotic annual grasses and increased fire often follow surface disturbance, further simplifying species composition and flattening the crusts. Increased air temperatures and summer precipitation are likely to further reduce the activity times critical for maintaining and repairing damaged tissue. Compromised crusts contribute less to soil fertility and are less able to offer protection from wind or water erosion. Unlike vascular plant cover, biological crust cover is not reduced during droughts, and unlike physical soil crusts, they are present under all soil moisture conditions. Consequently, biological crusts offer many ecosystem services over time and under adverse conditions. The condition of biological soil crusts should be considered a top management priority in desert regions, because once this resource is gone, it is often gone for more than a human lifetime. It may seem odd to curtail our activities for something so inconspicuous, but it is the only way to protect this microworld that does so much for us.

## ■ Acknowledgements

I thank Sue Phillips for preparing the figures and Beth Coker Roy for editorial assistance.

## ■ References

Belnap J. 1993. Recovery rates of cryptobiotic soil crusts: assessment of artificial inoculant and methods of evaluation. *Great Basin Nat* **53**: 89–95.

Belnap J. 1995. Surface disturbances: their role in accelerating desertification. *Environ Monit Assess* **37**: 39–57.

Belnap J. 2001a. Factors influencing nitrogen fixation and nitrogen release in biological soil crusts. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 241–61.

Belnap J. 2001b. Microbes and microfauna associated with biological soil crusts. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 167–74.

Belnap J. 2002. Nitrogen fixation in biological soil crusts from southeast Utah, USA. *Biol Fert Soils* **35**:128–35.

© The Ecological Society of America

Rvsd Plan - 00006013

Belnap J. 2003. Cyanophytes in deserts: a short review. *Algol Stud.* 109. In press.

Belnap J, Büdel B, and Lange OL. 2001a. Biological soil crusts: characteristics and distribution. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 3–30.

Belnap J and Eldridge D. 2001. Disturbance and recovery of biological soil crusts. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 363–83.

Belnap J and Lange OL (Eds). 2001. Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag.

Belnap J, Prasse R, and Harper KT. 2001b. Influence of biological soil crusts on soil environments and vascular plants. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 281–300.

Bewley JD and Krochko JE. 1982. Desiccation-tolerance. In: Lange OL, Nobel PS, Osmund CB, and Ziegler H (Eds). Physiological plant ecology II. Berlin: Springer-Verlag. p 325–78.

Beymer RJ and Klopatek JM. 1991. Potential contribution of carbon by microphytic crusts in pinyon–juniper woodlands. *Arid Soil Res Rehab* 5: 187–98.

Bowker M, Reed SC, Belnap J, Phillips S. 2002. Temporal variation in community composition, pigmentation, and $F_v/F_m$ of desert cyanobacterial soil crusts. *Microbial Ecol* 43: 13–25.

Brooks SI and Pokshishevsky VV. 1986. Population problems in the arid and semiarid regions of the world. In: Gerasimov IP (Ed). Arid land development and the combat against desertification: an integrated approach. Moscow: USSR Commission for the United Nations Environment Program.

Büdel B and Wessels DCJ. 1986. *Parmelia hueana* Gyeln, a vagrant lichen from the Namib Desert, SWA/Namibia. I. Anatomical and reproductive adaptations. *Dinteria* 18: 3–15.

Bush JK and Van Auken OW. 1991. Importance of time of germination and soil depth on growth of *Prosopis glandulosa* seedling in the presence of a $C_4$ grass. *Am J Bot* 78: 1732–37.

Buttars SA, St Clair LL, Johansen JR, *et al.* 1994. Stabilization of damaged soil crust communities using cyanobacterial amendments: greenhouse studies. *Am J Bot* 81: Abstract 297:106

Castenholz RW and Garcia-Pichel F. 2000. Cyanobacterial responses to UV radiation. In: Whitton BA and Potts M (Eds). The ecology of cyanobacteria. Dordrecht, Netherlands: Kluwer Academic Publishers. p 591–611.

Cayan DR. 1996. Interannual climate variability and snowpack in the western United States. *J Climate* 9: 928–48.

Crawford CS. 1991. The community ecology of macroarthropod detritivores. In: Polis G (Ed). Ecology of desert communities. Tucson, AZ: University of Arizona Press. p 89–112.

Dregne HE. 1983. Desertification of arid lands. New York: Harwood Academic Publishers.

Eldridge DJ, Zaady E, and Shachak M. 2000. Infiltration through three contrasting biological soil crusts in patterned landscapes in the Negev, Israel. *Catena* 40: 323–36.

Evans RD and Ehleringer JR. 1993. A break in the nitrogen cycle in aridlands? Evidence from $\delta^{15}N$ of soils. *Oecologia* 94: 314–17.

Evans RD and Johansen JR. 1999. Microbiotic crusts and ecosystem processes. *Crit Rev Plant Sci* 18:183–225.

Evans RD and Lange OL. 2001. Biological soil crusts and ecosystems nitrogen and carbon dynamics. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 263–79.

Frey W and Kürschner H. 1991. Morphological and anatomical adaptation of the species in terrestrial bryophyte communities along an ecological transect in the Judean Desert, Israel. *Bot Jahrb Syst* 112: 529–52.

Garcia-Pichel F and Belnap J. 2001. Small scale environments and distribution of biological soil crusts. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 193–201.

Harper KT and Marble JR. 1988. A role for nonvascular plants in management of arid and semiarid rangeland. In: Tueller PT (Ed). Vegetation science applications for rangeland analysis and management. Dordrecht, Netherlands: Kluwer Academic Publishers. p 135–69.

Herrick JE and Wander MM. 1998. Relationships between soil organic carbon and soil quality in cropped and rangeland soils: the importance of distribution, composition and soil biological activity. In: Lal R, Kimble J, Follett R, and Stewart BA (Eds). Advances in soil science: soil processes and the carbon cycle. Boca Raton, FL: CRC Press. p 405–25.

Horodyski RJ and Knauth LP. 1994. Life on land in the Precambrian. *Science* 263: 494–98.

Jeffries DL, Link SO, and Klopatek JM. 1993. $CO_2$ fluxes of cryptogamic crusts. I. Response to resaturation. *New Phytol* 125: 163–73.

Lange OL. 2001. Photosynthesis of soil-crust biota as dependent on environmental factors. In: Belnap J and Lange OL (Eds). Biological soil crusts: structure, function, and management. Berlin: Springer-Verlag. p 217–40.

Lange OL, Green TGA, and Reichenberger H. 1999. The response of lichen photosynthesis to external $CO_2$ concentration and its interaction with thallus water-status. *J Plant Physiol* 154: 157–66.

McKenna-Neuman C, Maxwell CD, and Boulton JW. 1996. Wind transport of sand surfaces crusted with photoautotrophic microorganisms. *Catena* 27: 229–47.

Melillo JM, McGuire AD, Kicklighter DW, *et al.* 1993. Global climate change and terrestrial net primary production. *Nature* 363: 234–40.

Moore BD, Cheng S-H, Sims D, and Seemann JR. 1999. The biochemical and molecular basis for photosynthetic acclimation to elevated atmospheric $CO_2$. *Plant Cell Environ* 22: 567–82.

Peterjohn WT and Schlesinger WH. 1990. Nitrogen loss from deserts in the southwestern United States. *Biogeochemistry* 10: 67–79.

Pimm SL. 2001. The world according to Pimm. New York: McGraw-Hill.

Reynolds R, Belnap J, Reheis M, *et al.* 2001. Aeolian dust in Colorado Plateau soils: nutrient inputs and recent change in source. *P Natl Acad Sci* 98: 7123–27.

Schwartzman DW and Volk T. 1989. Biotic enhancement of weathering and the habitability of Earth. *Nature* 340: 457–60.

Smith SD, Strain BR, and Sharkey TD. 1987. Effects of $CO_2$ enrichment on four Great Basin grasses. *Funct Ecol* 1: 139–43.

United National Environmental Programme/World Meteorological Organization (UNEP/WMO). 2002. Executive summary (final): Scientific assessment of ozone depletion: 2002. Scientific Assessment Panel of the Montreal Protocol on Substances that Deplete the Ozone Layer. New York: United Nations.

Verrecchia E, Yair A, Kidron GJ, and Verrecchia K. 1995. Physical properties of the psammophile cryptogamic crust and their consequences to the water regime of sandy soils, northwestern Negev, Israel. *J Arid Environ* 29: 427–37.

Walter MR, Bauld J, and Brock TD. 1976. Microbiology and morphogenesis of columnar stromatolites (*Conophyton*, *Vacerrilla*) from hot springs in Yellowstone National Park. In: Walter MR (Ed). Stromatolites. Amsterdam: Elsevier. p 273–310.

Wullstein LH. 1989. Evaluation and significance of associative dinitrogen fixation for arid soil rehabilitation. *Arid Soil Res Rehab* 3: 259–65.



# Fen Mapping for the
# Rio Grande National Forest





**April 2016**

*CNHP's mission is to preserve the natural diversity of life by contributing the essential scientific foundation that leads to lasting conservation of Colorado's biological wealth.*

**Colorado Natural Heritage Program**
Warner College of Natural Resources
Colorado State University
1475 Campus Delivery
Fort Collins, CO 80523

Report Prepared for:

**Rio Grande National Forest**
1803 W. Highway 160
Monte Vista, CO 81144

Recommended Citation:
Smith, G. J. Lemly, P. Smith, and B. Kuhn. 2016. Fen Mapping for the Rio Grande National Forest. Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado.

Front Cover: © Colorado Natural Heritage Program

Rvsd Plan - 00006016

# Fens Mapping for the Rio Grande National Forest

*Gabrielle Smith, Joanna Lemly, Pam Smith,
and Bernadette Kuhn*
Colorado Natural Heritage Program
Warner College of Natural Resources
Colorado State University
Fort Collins, Colorado 80523



April 2016

# EXECUTIVE SUMMARY

The Rio Grande National Forest (RGNF) covers nearly two million acres within the Rio Grande Headwaters River Basin in south central Colorado. The diverse geography of the RGNF created an equally diverse set of wetlands that provide important ecological services to both RGNF and lands downstream. Organic soil wetlands known as fens are an irreplaceable resource that the U.S. Forest Service has determined should be managed for conservation and restoration. Fens are defined as groundwater-fed wetlands with organic soils that typically support sedges and low stature shrubs. In the arid west, organic soil formation can take thousands of years. Long-term maintenance of fens requires maintenance of both the hydrology and the plant communities that enable fen formation.

In 2012, the U.S. Forest Service released a new planning rule to guide all National Forests through the process of updating their Land Management Plans (also known as Forest Plans). The RGNF is the first National Forest in Colorado to revise its Forest Plan under the current guiding policy. A component of the new planning rule is that each National Forest must conduct an assessment of important biological resources within its boundaries. Through the biological assessment, biologists at the RGNF identified a need to better understand the distribution and extent of fen wetlands under their management. To this end, U.S. Forest Service contracted Colorado State University and the Colorado Natural Heritage Program (CNHP) to map all potential fens within the RGNF.

Potential fens in the RGNF were identified from digital aerial photography and topographic maps. Each potential fen polygon was hand-drawn in ArcGIS based on the best estimation of fen boundaries and attributed with a confidence value of 1 (low confidence), 3 (possible fen) or 5 (likely fen). The final map contained 6,408 potential fen locations (all confidence levels), covering 16,644 acres or 0.85% of the total land area. This total included 2,532 *likely fens*, 2,374 *possible fens*, and 1,502 *low confidence fens*. The average fen polygon was just 2.60 acres, but the largest polygon was over 200 acres.

Fen distribution was analyzed by elevation, bedrock geology, ecoregion, and watershed. The vast majority of mapped potential fens occurred between 10,000 to 12,000 feet, spanning both the upper subalpine and lower alpine zones. This elevation range contained 80% of all potential fen locations and 89% of likely fen locations. Three watersheds in particular have very high numbers of likely fens. Elk Creek had 170 likely fens, Headwaters of Alamosa River had 157 likely fens, and Ute Creek had 142 likely fens. All of the watersheds with more than 50 likely fens were on the western border of the Rio Grande National Forest, in the highest elevation regions.

The Rio Grande National Forest contains a rich resource of fen wetlands. This report and associated dataset provide the RGNF with a critical tool for conservation planning at both a local and Forest-wide scale. These data will be useful for the ongoing RGNF biological assessment required by the 2012 Forest Planning Rule, but can also be used for individual management actions, such as planning for timber sales, grazing allotments, and trail maintenance. Wherever possible, the Forest should avoid direct disturbance to the fens mapped through this project, and should also strive to protect the watersheds surrounding high concentrations of fens, thereby protecting their water sources.

Rvsd Plan - 00006019

# ACKNOWLEDGMENTS

The authors at Colorado Natural Heritage Program (CNHP) would like to acknowledge the U.S. Forest Service for their financial support of this project. Special thanks goes to Randy Ghormley, Wildlife, Fisheries & Rare Plant Program Manager for the Rio Grande National Forest, for recognizing the importance of fen wetlands within the Rio Grande National Forest. Thanks also to U.S. Forest Service Region 2 Botanist, Tyler Johnson, for supporting this project.

Thanks to Jacob Mohrmann with Colorado Mountain College for sharing the location of known fens sites he and others at CMC have visited on the RGNF. Those data were very helpful in refining our search image for fens in Saguache County.

We also thank colleagues at CNHP who have worked on previous projects mapping and surveying fen wetlands in the field, specifically Erick Carlson, Denise Culver, Laurie Gilligan, Peggy Lyon, and Dee Malone. Thanks to Lexine Long, CNHP Wetland Ecologist, for conducting a random review of mapped fens for consistency in our application of confidence ratings. Special thanks David Cooper, Rod Chimner, and Brad Johnson, each of whom has shared with us their great knowledge of fens over the years.

Finally, we would like to thank Mary Olivas and Carmen Morales with Colorado State University for logistical support and grant administration.

*Colorado Natural Heritage Program © 2016*
Rvsd Plan - 00006020

# TABLE OF CONTENTS

Executive Summary...................................................................................................................................i

Acknowledgments..................................................................................................................................ii

Table of Contents..................................................................................................................................iii

Table of Figures....................................................................................................................................iv

Table of Tables .....................................................................................................................................v

1.0 Introduction ....................................................................................................................................1

2.0 Study Area.......................................................................................................................................2

   2.1 Geography...................................................................................................................................2

   2.2 Ecoregions...................................................................................................................................2

   2.3 Geology .......................................................................................................................................3

3.0 Fen Mapping Methods....................................................................................................................9

4.0 Results............................................................................................................................................11

   4.1 Potential Fen Mapping Acreage..............................................................................................11

   4.2 Mapped Potential Fens by Elevation .....................................................................................17

   4.3 Mapped Potential Fens by Geology ........................................................................................20

   4.4 Mapped Potential Fens by Level IV Ecoregion......................................................................21

   4.5 Mapped Potential Fens by Watershed ....................................................................................22

   4.6 Mapped Potential Fens with Distinct Characteristics ...........................................................23

5.0 Discussion......................................................................................................................................25

6.0 Literature Cited.............................................................................................................................27

Appendix A: Likely Fens by HUC12 Watershed, sorted by fen density.......................................29

Appendix B: Rare Plant Species that Occur in Fens ......................................................................33

Rvsd Plan - 00006021

# TABLE OF FIGURES

Figure 1. Location of the Rio Grande National Forest (fen mapping study area) within the state of Colorado. ............................................................................................................................................ 3

Figure 2. HUC6 river basins, major waterways, and counties in the fen mapping study area. .................... 4

Figure 3. Level III and IV Ecoregions of the fen mapping study area. ........................................................... 5

Figure 4. Geology within the fen mapping study area. .................................................................................. 8

Figure 5. Example of potential fen mapping (blue) over NWI polygons with a saturated regime (green). 10

Figure 6. All potential fens within the fen mapping study area. ................................................................. 13

Figure 7. Likely fens (confidence rating = 5) within the fen mapping study area. ...................................... 14

Figure 8. Largest mapped likely fen, 205 acres within one polygon. This fen is located on Snow Mesa within Mineral County. .............................................................................................................. 15

Figure 9. Second largest mapped likely fen, 130 acres within one polygon (to the left) among a complex of likely and possible fens. This complex is in an area called Victoria Lake in Conejos County... 16

Figure 10. Likely fens (confidence rating = 5) and elevation within the fen mapping study area. ............. 18

Figure 11. Histogram of all potential fens by elevation within the fen mapping study area. ..................... 19

Figure 12. Histogram of the most likely fens by elevation within the fen mapping study area. ................ 19

Figure 13. Likely fens by HUC12 watershed within the fen mapping study area, note the high number of likely fens in Elk Creek, Headwaters of the Alamosa River and Ute Creek. .................................. 22

Figure 14. Possible iron fens near the town of Platoro. ............................................................................. 24

# TABLE OF TABLES

Table 1. Descriptions of Level IV Ecoregions within the fen mapping study area........................................ 6

Table 2. Description of potential fen confidence levels. ............................................................................. 9

Table 3. Acres mapped by NWI as saturated and the overlap with mapped potential fens...................... 11

Table 4. Potential fen counts and acreage, by confidence levels............................................................... 12

Table 5. Potential and likely fens by elevation within the fen mapping study area................................... 17

Table 6. Potential and likely fens by geologic substrate within the fen mapping study area .................... 20

Table 7. Potential and likely fens by Level IV Ecoregion within the fen mapping study area. ................... 21

Table 8. Potential and likely fens with distinctive characteristics within the fen mapping study area...... 23

Rvsd Plan - 00006023

*Colorado Natural Heritage Program © 2016*

Rvsd Plan - 00006024

# 1.0 INTRODUCTION

The Rio Grande National Forest (RGNF) covers nearly two million acres within the Rio Grande Headwaters River Basin in south central Colorado and spans a broad elevation range from 7,536 to 14,332 ft. The diverse geography of the RGNF creates a template for an equally diverse set of wetlands. Heavy snowfall in the mountains percolates through shallow mountain soils and creates extensive areas of wet meadows, riparian shrublands, and organic soil wetlands known as fens. These wetland habitats provide important ecological services to both RGNF and lands downstream (Mitsch & Gosselink 2007; Millennium Ecosystem Assessment 2005). Wetlands act as natural filters, helping to protect water quality by retaining sediments and removing excess. Wetlands help to regulate local and regional hydrology by stabilizing base flow, attenuating floods, and replenishing belowground aquifers. Wetlands also support habitat for numerous plant and animals species that depend on aquatic habitats for some portion of their life cycle (Redelfs 1980 as cited in McKinstry et al. 2004).

Organic soil wetlands known as fens are an irreplaceable resource. The Rocky Mountain Region (R2) of the U.S. Forest Service considers fens a sensitive plant habitat that should be managed for conservation and restoration (USFS 2011). Fens are defined as groundwater-fed wetlands with organic soils that typically support sedges and low stature shrubs (Mitch & Gosselink 2007). The strict definition of an organic soil (peat) is one with 40 cm (16 in) or more of organic soil material in the upper 80 cm (31 in) of the soil profile (Soil Survey Staff 2014). Accumulation of organic material to this depth requires constant soil saturation and cold temperatures, which create anaerobic conditions that slow the decomposition of organic matter. By storing organic matter deep in their soils, fens act as a carbon sink. In the arid west, peat accumulation occurs very slowly; estimates are 20 cm (8 in) per 1,000 years in Colorado (Chimner 2000; Chimner and Cooper 2002). Long-term maintenance of fens requires maintenance of both the hydrology and the plant communities that enable fen formation.

In 2012, the U.S Forest Service released a new planning rule that will guide all National Forests through the process of updating their Land Management Plans (also known as Forest Plans).[1] The RGNF is the first National Forest in Colorado to revise its Forest Plan under the current guiding policy. A component of the new planning rule is that each National Forest must conduct an assessment of important biological resources within its boundaries. Through the process of conducting the biological assessment, biologists at the RGNF identified a need to better understand the distribution and extent of fen wetlands under their management. To this end, U.S. Forest Service contracted Colorado State University and the Colorado Natural Heritage Program (CNHP) to map all potential fens within the RGNF. This project builds upon CNHP's previous projects mapping fens on the White River National Forest (Malone et al. 2011) and assessing the general condition of wetlands across the RGNF (Lemly 2012).

---

[1] For more information on the 2012 Forest Planning Rule, visit the following website: http://www.fs.usda.gov/main/planningrule/home.

Rvsd Plan - 00006025

# 2.0 STUDY AREA

## 2.1 Geography

The fen mapping study area was the entire Rio Grande National Forest (RGNF), located within the Rio Grande Headwaters River Basin (HUC 6: 130100) in south central Colorado, on the north side of the Colorado/New Mexico border (Figure 1). The Forest is located on the eastern flank of the Continental Divide, which forms the Forest's western border. Much of the RGNF is located in the high San Juan Mountains, which contain the headwaters of the Rio Grande River. However, the RGNF extends beyond the mountain peaks into the foothill zone above the San Luis Valley. In addition to the San Juan Mountains, the RGNF also includes the long thin line of the Sangre de Cristo Mountains to the east, which rise abruptly from the valley below. Elevation in the study area ranges from 7,536 ft. (2,297 m) to 14,337 ft. (4,370 m) and the mean elevation is 10,436 ft. (3,181 m). The floodplains of the major rivers are the lowest elevation areas.

Two major rivers flow through the RGNF study area: the Rio Grande and the Conejos Rivers, along with numerous tributaries (Figure 2). The Rio Grande River starts at the farthest western edge of the study area and is joined by the South Fork as it spills out from the Forest onto the San Luis Valley. The Conejos River flows out of the southern portion of the study area and joins the Rio Grande beyond the Forest's border.

The RGNF includes portions of Hindsdale, Mineral, Saguache, Rio Grande and Conejos counties, as well as the eastern edge of Alamosa County. The only sizeable municipalities surrounded by the study area are Creede and South Fork. Bonanza in the north, Del Norte to the west, and Crestone in the east all sit just outside of the study area. Larger towns of the San Luis Valley, such as Monte Vista and Alamosa, are located on the valley floor beyond the Forest (Figure 1).

## 2.2 Ecoregions

The mapping study area falls within two Omernik Level III Ecoregions (Figure 3). The majority of the Forest is located within the Southern Rockies Level III Ecoregion. Only a sliver of the Forest includes the Arizona/New Mexico Plateau Level III Ecoregion (Omernik 1987[2]).

Level IV Ecoregions further divide the landscape into finer units based on vegetation, topography and geology (Figure 3; Table 1). The majority (56%) of the study area falls within the 21g Volcanic Subalpine Forest Level 4 ecoregion. The next most common ecoregions are the 21a Alpine Zone (18% of study area) and 21h Volcanic Mid-Elevation Forests (11% of the study area).

---

[2] For more information on Omernik/EPA Ecoregions and to download GIS shapefiles, visit the following website: https://archive.epa.gov/wed/ecoregions/web/html/level_iii_iv-2.html.

## 2.3 Geology

The most common type of geology in the fen mapping study area is metamorphic or igneous bedrock (of either mafic or silicic composition), which together cover 80% of the study area (Figure 4). The next most common geology is quaternary alluvium along the floodplains of major rivers and streams (10% of study area). Sandstone (9% of study area) is found in the southern study area and in part of the Sangre de Cristo Mountains.



**Figure 1. Location of the Rio Grande National Forest (fen mapping study area) within the state of Colorado.**

Rvsd Plan - 00006027



Figure 2. HUC6 river basins, major waterways, and counties in the fen mapping study area.

Rvsd Plan - 00006028



Figure 3. Level III and IV Ecoregions of the fen mapping study area.

Rvsd Plan - 00006029

**Table 1. Descriptions of Level IV Ecoregions within the fen mapping study area.**

| NAME | DESCRIPTION |
|------|-------------|
| **21a: Alpine Zone** | The **Alpine Zone** occurs on mountain tops above treeline, beginning at about 10,500 to 11,000 feet. It includes alpine meadows as well as steep, exposed rock and glaciated peaks. Annual precipitation ranges from about 35 to greater than 70 inches, falling mostly as snow. Vegetation includes low shrubs, cushion plants, and wildflowers and sedges in wet meadows. The forest-tundra interface is sparsely colonized by stunted, deformed Englemann spruce, subalpine fir, and limber pine (krummholz vegetation). Rocky Mountain bristlecone pines are also found here, some of the oldest recorded trees in North America. Land use, limited by difficult access, is mostly wildlife habitat and recreation. Ecoregion 21a is snow-free only 8 to 10 weeks annually. Snow cover is a major source of water for lower, more arid ecoregions. |
| **21b: Crystalline Subalpine Forests** | The **Crystalline Subalpine Forests** ecoregion occupies a narrow elevational band on the steep, forested slopes of the mountains, becoming more extensive on the north-facing slopes. The elevation range of the region is 8,500 to 12,000 feet, just below the Alpine Zone (21a). The lower elevation limit is higher in the south, starting at 9,000 to 9,500 feet. The dense forests are dominated by Englemann spruce and subalpine fir; aspen and pockets of lodgepole pine locally dominate some areas. Subalpine meadows also occur. Forest blowdown, insect outbreaks, fire, and avalanches affect the vegetation mosaic. Soils are weathered from a variety of crystalline and metamorphic materials, such as gneiss, schist, and granite, as well as some areas of igneous intrusive rocks. Recreation, logging, mining, and wildlife habitat are the major land uses. Grazing is limited by climatic conditions, lack of forage, and lingering snowpack. |
| **21c: Crystalline Mid-Elevation Forests** | The **Crystalline Mid-Elevation Forests** are found mostly in the 7,000 to 9,000 feet elevation range on crystalline and metamorphic substrates. Most of the region occurs in the eastern half of the Southern Rockies (21). Natural vegetation includes aspen, ponderosa pine, Douglas-fir, and areas of lodgepole pine and limber pine. A diverse understory of shrubs, grasses, and wildflowers occurs. The variety of food sources supports a diversity of bird and mammal species. Forest stands have become denser in many areas due to decades of fire suppression. Land use includes wildlife habitat, livestock grazing, logging, mineral extraction, and recreation, with increasing residential subdivisions. |
| **21d: Foothill Shrublands** | The **Foothill Shrublands** ecoregion is a transition from the higher elevation forests to the drier and lower Great Plains (Ecoregions 25, 26) to the east and to the Colorado Plateaus (20) to the west. This semiarid region has rolling to irregular terrain of hills, ridges, and footslopes, with elevations generally 6,000 to 8,500 feet. Sagebrush and mountain mahogany shrubland, pinyon-juniper woodland, and scattered oak shrublands occur. Other common low shrubs include serviceberry and skunkbush sumac. Interspersed are some grasslands of blue grama, Junegrass, and western wheatgrass. Land use is mainly livestock grazing and some irrigated hayland adjacent to perennial streams. |
| **21e: Sedimentary Subalpine Forests** | The **Sedimentary Subalpine Forests** ecoregion occupies much of the western half of the Southern Rockies, on sandstone, siltstone, shale, and limestone substrates. The elevation limits of this region are similar to the crystalline (21b) and volcanic (21g) subalpine forests. Stream water quality, water availability, and aquatic biota are affected in places by carbonate substrates that are soluble and nutrient rich. Soils are generally finer-textured than those found on crystalline or metamorphic substrates of Ecoregion 21b, and are also more alkaline where derived from carbonate-rich substrates. Subalpine forests dominated by Englemann spruce and subalpine fir are typical, often interspersed with aspen groves or mountain meadows. Some Douglas-fir forests are at lower elevations. |

*Colorado Natural Heritage Program © 2016*

Rvsd Plan - 00006030

| NAME | DESCRIPTION |
|---|---|
| **21f: Sedimentary Mid-Elevation Forests** | The **Sedimentary Mid-Elevation Forests** ecoregion occurs in the western and southern portions of the Southern Rockies, at elevations generally below Ecoregion 21e. The elevation limits and vegetation of this region are similar to the crystalline (21c) and volcanic (21h) mid-elevation forests; however, a larger area of Gambel oak woodlands and forest is found in this region. Carbonate substrates in some areas affect water quality, hydrology, and biota. Soils are generally finer-textured than those found on crystalline and metamorphic substrates such as those in Ecoregion 21c. |
| **21g: Volcanic Subalpine Forests** | The steep, mountainous **Volcanic Subalpine Forests** ecoregion is composed of volcanic and igneous rocks, predominately andesitic with areas of basalt. The region is found mainly in the San Juan Mountains, which have the most rugged terrain and the harshest winters in the Southern Rockies of Colorado. Smaller areas are found in the West Elk Mountains, Grand Mesa, Flat Tops, and in the Front Range. The area is highly mineralized, and gold, silver, lead, and copper have been mined. Relatively young geologically, the mountains are among the highest and most rugged of North America and still contain some large areas of intact habitat. Englemann spruce, subalpine fir, and aspen forests support a variety of wildlife. |
| **21h: Volcanic Mid-Elevation Forests** | The **Volcanic Mid-Elevation Forests** ecoregion occurs at elevations of 7,000 to 9,000 feet and is composed of igneous rocks of andesite and basalt. The majority of the region is found in the San Juan Mountains, the West Elk Mountains, and in a small area of the Front Range. Forests of ponderosa pine, Douglas-fir, and aspen occur. Land use includes wildlife habitat, livestock grazing, logging, recreation, and mineral extraction of silver and gold. |
| **21j: Grassland Parks** | The **Grassland Parks** ecoregion also consists of high intermontane valleys similar in elevation to the drier Sagebrush Parks (21i); however, water availability is greater in 21j and the region supports grasslands rather than the sagebrush shrubland and steppe found in 21i. Grasslands with bunchgrasses are dominant, and include Arizona fescue, Idaho fescue, mountain muhly, bluebunch wheatgrass, needle-and-thread, Junegrass, and slender wheatgrass. Springs and wetlands may occur. Some subalpine/montane fens are found where groundwater seepage has persistently reached the surface and supported peatland development. There are only a few trees or shrubs, and if present, they are widely scattered and mature. |

Rvsd Plan - 00006031



**RGNF Geology**
- Water
- Quaternary alluvium
- Aeolian sand deposits
- Siltstone and or mudstone
- Shale
- Sandstone
- Mixed or unknown
- Carbonate limestone or dolomite
- Metamorphic or igneous
- Counties

0  5  10      20      30
                    Miles

N

**Figure 4. Geology within the fen mapping study area.**

Rvsd Plan - 00006032

# 3.0 FEN MAPPING METHODS

Potential fens in the RGNF were identified by analyzing digital aerial photography and topographic maps. True color National Agricultural Imagery Program (NAIP) from 2005, 2009 and 2011 were used in conjunction with color-infrared imagery from 2015. High (but variable) resolution ESRI World Imagery was also used.

To focus the initial search, all wetland polygons mapped by the National Wetland Inventory (NWI) program in the 1970s and early 80s with a "B" (saturated) hydrologic regime were isolated from the full NWI dataset and examined.[3] Wetlands mapped as "Palustrine Emergent Saturated" (PEMB) and "Palustrine Scrub-Shrub Saturated" (PSSB) were specifically targeted, as they are the best indication of fen formation, and every PEMB and PSSB polygon in the study area was checked. However, photo-interpreters were not limited to the original NWI polygons and also mapped any fens they observed outside of B regime NWI polygons (Figure 5).

Potential fen polygons were hand-drawn in ArcGIS 10.2 based on the best estimation of fen boundaries. In most cases, this did not match the exact boundaries of the original NWI polygons because the resolution of current imagery is far higher than was available in the 1980s. The fen polygons were often a portion of the NWI polygon or were drawn with different, but overlapping boundaries. This will provide RGNF the most accurate and precise representation of fens in the Forest, as opposed to estimates based on the NWI polygons themselves. Each potential fen polygon was attributed with a confidence value of 1, 3 or 5 (Table 2). In addition to the confidence rating, any justifications of the rating or interesting observations were noted. Potential iron fens, beaver influence and springs were noted where observed.

**Table 2. Description of potential fen confidence levels.**

| Confidence | Description |
|:---:|---|
| 5 | **Likely fen.** Strong photo signature of fen vegetation, fen hydrology, and good landscape position. |
| 3 | **Possible fen.** Some fen indicators present (vegetation signature, topographic position, ponding or visibly saturated substrate), but not all indicators present. Some may be weak or missing. |
| 1 | **Low confidence fen.** At least one fen indicator present, but weak. |

---

[3] For more information about the National Wetland Inventory and the coding system, please visit: http://www.fws.gov/wetlands/

Rvsd Plan - 00006033



**Figure 5.** Example of potential fen mapping (blue) over NWI polygons with a saturated regime (green). Note areas of overlap and areas where the fen mapping is either more extensive or more restricted than the NWI saturated polygons.

Rvsd Plan - 00006034

# 4.0 RESULTS

## 4.1 Potential Fen Mapping Acreage

Original NWI mapping for the RGNF contained 33,327 acres with a "B" (saturated) hydrologic regime, including 23,863 acres of herbaceous wetlands (PEMB and PEMBb), 9,459 aces of shrub wetlands (PSSB and PSSBb), and just 7 acres of forested wetlands (PFOB) (Table 3). These polygons were the starting point for potential fen mapping. After examining each polygon with a saturated hydrologic regime, and the landscape surrounding them, fen polygons were drawn covering 35% of those acres (11,578 acres), while 65% of the acres were determined to not be potential fens (21,749 acres). In addition to the area within NWI polygons, 5,067 acres not mapped as saturated by NWI were mapped as potential fens.

Saturated herbaceous polygons were more likely to be mapped as potential fens (40% overall), while saturated shrub polygons were less likely fens (23% overall). This was probably because many shrub polygons mapped with the saturated regime in NWI are along streams and are more influenced by overbank flows and beaver than by groundwater discharge. The "b" modifier within NWI coding should refer to sites with beaver influence, but it was not used frequently in the 1980s NWI mapping, though many acres of wetlands are influenced by beaver.

Table 3. Acres mapped by NWI as saturated and the overlap with mapped potential fens.

| NWI Code | Not Mapped as Fen | Mapped as Fen, by Confidence | | | Total Mapped as Fen | Grand Total by NWI Code |
|---|---|---|---|---|---|---|
| | | 1 | 3 | 5 | | |
| PEMB | 14,385 | 1,454 | 2,177 | 5,792 | 9,423 | 23,808 |
| PEMBb | 36 | 7 | 10 | 3 | 19 | 55 |
| PSSB | 7,164 | 505 | 925 | 675 | 2,105 | 9,269 |
| PSSBb | 159 | 6 | 24 | -- | 30 | 189 |
| PFOB | 6 | -- | -- | 1 | 1 | 7 |
| **Total NWI Acres** | **21,749** | **1,972** | **3,135** | **6,471** | **11,578** | **33,327** |
| No NWI Code | -- | 1,273 | 1,702 | 2,092 | 5,067 | 5,067 |
| **Grand Total** | **21,749** | **3,245** | **4,837** | **8,563** | **16,664** | **38,394** |

Rvsd Plan - 00006035

The final map of potential fens contained 6,408 potential fen locations (all confidence levels), covering 16,644 acres or 0.85% of the total land area (Table 4; Figures 6 and 7). This total included 2,532 **likely fens** (confidence level = 5), 2,374 **possible fens**, and 1,502 **low confidence fens.**

While the count of likely fens was similar to the count of possible fens, on average the likely fens were considerabley larger (3.38 acres vs. 2.04 acres), resulting in 8,563 acres of likely fens, 4,837 acres of possible fens, and 3,245 acres of low confidence fens (Table 4). The size of individual potential fens ranged from over 200 acres to 0.10 acres. The two largest mapped fens are shown in Figures 7 and 8.

**Table 4. Potential fen counts and acreage, by confidence levels.**

| Confidence | Count | Acres | Average size (acres) |
|---|---|---|---|
| 5 – Likely Fen | 2,532 | 8,563 | 3.38 |
| 3 – Possible Fen | 2,374 | 4,837 | 2.04 |
| 1 – Low Confidence Fen | 1,502 | 3,245 | 2.16 |
| **TOTAL** | **6,408** | **16,644** | 2.60 |

The following sections break down the fen mapping by elevation range, bedrock geology, ecoregion and HUC12 watershed. The last section summarizes observations made by the fen mappers during the mapping process, including potential iron fens.

Rvsd Plan - 00006036



**Figure 6. All potential fens within the fen mapping study area.**

Rvsd Plan - 00006037



**Figure 7. Likely fens (confidence rating = 5) within the fen mapping study area.**

Rvsd Plan - 00006038



**Figure 8. Largest mapped likely fen, 205 acres within one polygon. This fen is located on Snow Mesa within Mineral County.**

Rvsd Plan - 00006039



**Figure 9. Second largest mapped likely fen, 130 acres within one polygon (to the left) among a complex of likely and possible fens. This complex is in an area called Victoria Lake in Conejos County.**

## 4.2 Mapped Potential Fens by Elevation

Elevation is an important factor in the location of fens. Fen formation occurs where there is sufficient groundwater discharge to maintain permanent saturations. This is most often at higher elevations, closer to the zone of where slow melting snowpack can percolate into subsurface groundwater. Of all potential fens, 2,895 polygons (8,214 acres) were mapped between 11,000 and 12,000 feet, which represents 45% of potential fen locations and 50% of potential fen acres (Table 5; Figure 11). Of the 2,532 total likely fens mapped, 1,417 polygons (56%) and 5,148 acres (60%) were located between 11,000 and 12,000 feet (Table 4; Figures 10 and 12). This is clearly the zone of maximum fen formation for the RGNF.

The elevation band of 10,000 to 11,000 feet was the next most numerous in terms of potential and likely fens. There were 2,273 mapped potential fens (5,438 acres) in that elevation range, which represent 35% of potential fen locations and 33% of potential fen acres. In addition, there were 840 likely fens (2,493 acres) mapped in that elevation range, which represent 33% of likely fen locations and 29% of likely fen acres. These two elevation bands combined (10,000 to 12,000 feet) contain 80% of potential fen locations and 89% of likely fen locations.

Table 5. Potential and likely fens by elevation within the fen mapping study area.

| Elevation Range (ft) | # of All Potential Fens | All Potential Fen Acres | # of Likely Fens | Likely Fen Acres |
|---|---|---|---|---|
| < 9,000 | 206 | 522 | 24 | 100 |
| > 9,000 – 10,000 | 896 | 2,059 | 196 | 612 |
| > 10,000 – 11,000 | 2,273 | 5,468 | 840 | 2,493 |
| > 11,000 – 12,000 | 2,895 | 8,214 | 1,417 | 5,148 |
| > 12,000 | 138 | 384 | 55 | 209 |
| **Total** | **6,408** | **16,444** | **2,532** | **8,562** |

Rvsd Plan - 00006041



**Figure 10. Likely fens (confidence rating = 5) and elevation within the fen mapping study area.**

Rvsd Plan - 00006042



Figure 11. Histogram of all potential fens by elevation within the fen mapping study area.



Figure 12. Histogram of the most likely fens by elevation within the fen mapping study area.

Rvsd Plan - 00006043

## 4.3 Mapped Potential Fens by Geology

Bedrock geology can exert a strong influence on species composition within fens (Chimner et al. 2010; Lemly & Cooper 2011). The most common geologic substrate for both potential and likely fens was metamorphic or igneous bedrock with dominantly silicic composition, which had 4,151 mapped potential fens (11,088 acres) and 1,558 likely fens (5,583 acres) (Table 6). This represents 65% of potential fen locations and 62% of likely fen locations. These figures are not surprising, as this is also the dominant geologic substrate within the Forest, covering 76% of the Forest area. More specific geologic information, such as the presence of outcrops of iron pyrite, would indicate the potential for iron fen formation (Cooper et al. 2002)

The next most common substrate containing potential or likely fens was quaternary age older alluvium, which had 1,054 mapped potential fens (2,785 acres) and 349 mapped likely fens (1,214 acres). While alluvium represents the dominant substrate in only 10% of the Forest, 16% of all potential fens and 14% of likely fens occurred in these areas. Alluvium typically occurs within the floodplains of rivers and other low-lying areas that can accumulate alluvial material over long periods of time. Fens often form at the edges of floodplain valleys, where there is a distinct break in slope.

Sandstone bedrock covers 9% of the RGNF and a proportional 10% of all potential fens (1,284 locations) and 14% of likely fens (347 locations) occurred in these areas. Sedimentary bedrocks can contain a higher concentration of calcium and magnesium ions and groundwater fens formed on these substrates may support a distinct suite of plants, though the most calcium rich fens are often found associated with limestone or dolomite and not sandstone (Cooper 1996; Johnson & Steingraeber 2002). While present in the Rio Grande National Forest in small amounts, no potential or likely fens were mapped on carbonate dominated formations of either limestone or dolomites, siltstone, or unconsolidated Aeolian sand deposits.

**Table 6. Potential and likely fens by geologic substrate within the fen mapping study area**

| Geology | Acres of Geologic Substrate Within RGNF[1] | # of All Potential Fens | All Potential Fen Acres | # of Likely Fens | Likely Fen Acres |
|---|---|---|---|---|---|
| Metamorphic or igneous with dominantly silicic composition | 1,479,355 | 4,151 | 11,088 | 1,558 | 5,583 |
| Quaternary age younger alluvium | 186,756 | 1,054 | 2,785 | 349 | 1,214 |
| Sandstone | 173,162 | 647 | 1,284 | 347 | 875 |
| Metamorphic or igneous with dominantly mafic composition | 82,456 | 498 | 1,288 | 270 | 808 |
| Water | 5,666 | 15 | 103 | 5 | 78 |
| Quaternary age older alluvium | 3,936 | 39 | 92 | 3 | 3 |
| Shale | 2,277 | 4 | 5 | --- | --- |
| | | 6,408 | 16,644 | 2,532 | 8,562 |

[1] Acres of geologic substrate shown are only for those substrates where fens were mapped. The total acreage is not shown because it does not equal the total acreage of the RGNF.

Rvsd Plan - 00006044

## 4.4 Mapped Potential Fens by Level IV Ecoregion

Level IV Ecoregion combines elevation, geology, and dominant vegetation. This analysis provides similar conclusions to those presented above, but offers a slightly different context. Volcanic subalpine forests cover just over half of the RGNF (56%), and this ecoregion contains 3,786 mapped potential fens (9,274 acres) and 1,429 likely fens (4,518 acres) (Table 7). This represents 59% of potential fen locations and 56% of likely fen locations.

The alpine zone, which covers only 18% of the Forest, contains 2,346 mapped potential fens (6,670 acres) and 1,062 likely fens (3,883 acres). This represents 37% of potential fen locations and 42% of likely fen locations, proportionally more than the area this zone represents in the Forest. A large share of fens occur just above and below treeline, crossing into the low alpine zone.

**Table 7. Potential and likely fens by Level IV Ecoregion within the fen mapping study area.**

| Level 4 Ecoregion | Acres within RGNF[1] | # of All Potential Fens | All Potential Fen Acres | # of Likely Fens | Likely Fen Acres |
|---|---|---|---|---|---|
| Alpine Zone | 342,706 | 2,346 | 6,670 | 1,062 | 3,883 |
| Volcanic Subalpine Forests | 1,047,307 | 3,786 | 9,274 | 1,429 | 4,518 |
| Crystalline Subalpine Forests | 40,149 | 6 | 14 | 1 | 12 |
| Sedimentary Subalpine Forests | 30,329 | 5 | 4 | 2 | 2 |
| Volcanic Mid-Elevation Forests and Shrublands | 209,302 | 93 | 185 | 16 | 87 |
| Grassland Parks | 50,982 | 154 | 486 | 21 | 61 |
| Foothills and Shrublands | 98,173 | 18 | 11 | 1 | <1 |
| | | 6,408 | 16,644 | 2,532 | 8,562 |

[1] Acres of Level IV Ecoregions shown are only for those ecoregions where fens were mapped. The total acreage is not shown because it does not equal the total acreage of the RGNF.

Rvsd Plan - 00006045

## 4.5 Mapped Potential Fens by Watershed

An analysis of likely fens in HUC 12 watersheds revealed interesting patterns. Three watersheds in particular had very high numbers of likely fens (Figure 13). Elk Creek (HUC12: 130100050402) had 170 likely fens, which covered 2.43% of the landscape in this watershed. Headwaters of Alamosa River (HUC12: 130100020302) had 157 likely fens, covering 1.90% of the landscape. Ute Creek (HUC12: 130100010105) had 142 likely fens, representing 1.68% of the landscape. All of the watersheds with more than 50 likely fens were on the western border of the Rio Grande National Forest, in the highest elevation regions.



**Figure 13. Likely fens by HUC12 watershed within the fen mapping study area, note the high number of likely fens in Elk Creek, Headwaters of the Alamosa River and Ute Creek.**

Rvsd Plan - 00006046

## 4.6 Mapped Potential Fens with Distinctive Characteristics

Several characteristics related to fens were noted by photo-interpreters when observed throughout the fen mapping process (Table 8), though this was not an original objective of the project and was not consistently applied. Of particular interest was identifying markers for potential iron fens, a rare type of fen that occurs near iron pyrite outcrops (Cooper et al. 2002). Iron fens are notable because of their highly acidic groundwater (as low as 4.0) and their potential to support rare *Sphagnum* moss species. Within the RNGF, few potential fens were observed to have the characteristics of iron fens. However, a cluster of potential fens with some visible iron were noted near Platoro in Conejos County, just south of the Conejos River (Figure 14).

Springs and fens are both important components of groundwater-dependent ecosystems (GDEs) and are of particular interest to the U.S. Forest Service (USDA 2012). Springs were noted when observed on either the topographic map or aerial imagery. However, this was not a comprehensive investigation of springs or even springs within fens. Nine potential fens were observed in proximity to springs.

Beaver influence is a potentially confounding variable in fen mapping because longstanding beaver complexes can cause persistent saturation that looks very similar to fen vegetation signatures. Beavers also build dams in fens, so areas influenced by beavers cannot be excluded from the mapping. Forty potential fens (185 acres) and seven likely fens (43 acres) showed some evidence of beaver influence.

Table 8. Potential and likely fens with distinctive characteristics within the fen mapping study area.

| Observation | # of Potential Fens | Potential Fen Acres | # of Likely Fens | Likely Fen Acres |
|---|---|---|---|---|
| Beaver Influence | 40 | 185 | 7 | 43 |
| Possible Iron Fen | 9 | 19 | 4 | 14 |
| Spring | 9 | 6 | --- | --- |
| **Total** | **116** | **397** | **18** | **85** |

Rvsd Plan - 00006047



**Figure 14. Possible iron fens near the town of Platoro.**

# 5.0 DISCUSSION

The Rio Grande National Forest contains a rich resource of fen wetlands, covering up to 16,644 acres across its jurisdiction. While that represents only 0.85% of the entire landscape, these fen wetlands are an irreplaceable resource for the Forest and the citizens of Colorado. Fens throughout the Southern Rockies support numerous rare plant species that are often disjunct from their main populations (Cooper 1996; Cooper et al. 2002; Johnson & Stiengraeber 2003; Lemly et al. 2007). Within Colorado, 29 plant species considered rare in our state (S1 and S2 as tracked by the Colorado Natural Heritage Program)[4] can be found in fen wetlands (Appendix B). Along with habitat for rare plant species, fens also play a pivotal role in regional hydrologic processes. By slowly releasing groundwater, they help maintain stream flows throughout the growing season. With a predicted warmer future climate, in which snow pack may be less and spring melt may occur sooner (CNHP 2015), maintaining groundwater storage high in the mountains is imperative. Intact fens also sequester carbon in their deep organic soils, however, disturbing fen hydrology can lead to rapid decomposition of peat and associated carbon emissions (Chimner 2000).

Analysis of the potential fen data showed clear patterns in fen distribution within the RGNF. There was a strong elevation gradient, with 80% of potential fens falling between 10,000 and 12,000 feet, spanning both the subalpine and alpine zones. This is very similar to patterns found in the San Juan Mountains on the western side of the Continental Divide (Chimner et al 2010). High snowfall and slow snowmelt at these elevations allows for ample groundwater discharge for fen wetlands. There were also clear hotspots for fens in the RGNF, including Elk Creek, the Headwaters of Alamos River, and Ute Creek. These areas should be actively conserved.

Previous studies of wetland condition in the RGNF, while not targeted at fens, found that high elevation wetlands were generally in excellent to good condition (Lemly 2012; Lemly & Gilligan 2011). However, human stressors were observed in some sites, including grazing, logging of the surrounding forest, and erosion. These previous efforts included limited fens sites, and few other studies have targeted fens on the RGNF. Researchers and students at Colorado Mountains College have recently begun surveying fen wetlands on the RGNF in Saguache County (J. Mohrmann, *personal communication)*. These efforts and other field studies of RGNF fens should be continued. Field-based studies of fens in other areas of Colorado have consistently found rare plant species within fens (Johnson & Stiengraeber 2003; Chimner et al. 2010; Malone et al 2011). Of the 29 state rare plants found in fens across the state, only two are known to occur in the RGNF (Appendix B). This is likely due to a lack of field studies, not a lack of plant diversity in RGNF fens.

In total, 6,408 potential fens were mapped throughout the RGNF, of which 2,532 were most likely to be fens. The number and acreage of mapped potential fens is less than for saturated polygons mapped by the National Wetland Inventory. While NWI polygons were an excellent starting point for identifying fens, this project showed that delineating new polygons specifically for fens

---

[4] More information about the CNHP ranking system can be found online at: http://www.cnhp.colostate.edu/about/heritage.asp.

Rvsd Plan - 00006049

produced a more accurate and precise accounting of fen number and acreage. We see this as a model for future fen mapping efforts in the state and for the U.S. Forest Service.

This report and associated dataset provide the RGNF with a critical tool for conservation planning at both a local and Forest-wide scale. These data will be useful for the ongoing RGNF biological assessment required by the 2012 Forest Planning Rule, but can also be used to establish buffers around fens for individual management actions, such as timber sales, grazing allotments, and trail maintenance. In addition, the RGNF may want to pay special attention to fens mapped within the perimeter of the major burn areas, like the West Fork Fire complex, where erosion and excess runoff could alter fen hydrology. Wherever possible, the Forest should avoid direct disturbance to the fens mapped through this project, and should also strive to protect the watersheds surrounding high concentrations of fens, thereby protecting their water sources.

# 6.0 LITERATURE CITED

Chimner, R. A. (2000) Carbon dynamics of Southern Rocky Mountain fens. Carbon dynamics of Southern Rocky Mountain fens, Ph.D. Dissertation, Colorado State University, Ft. Collins, CO.

Chimner, R.A. and D.J. Cooper. (2002) Modeling carbon accumulation in Rocky Mountain fens. Wetlands 22: 100-110.

Chimner, R.A., J.M. Lemly, and D.J. Cooper. (2010) Mountain fen distribution, types, and restoration priorities, San Juan Mountains, Colorado, USA. *Wetlands,* **30:** 763–771.

Colorado Natural Heritage Program (CNHP) (2015) Climate Change Vulnerability Assessment for Colorado Bureau of Land Management. K. Decker, L. Grunau, J. Handwerk, and J. Siemers, editors. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.

Cooper, D.J. (1996) Water and soil chemistry, floristics, and phytosociology of the extreme rich High Creek Fen, in South Park, Colorado, USA. *Canadian Journal of Botany,* **74**, 1801-1811.

Cooper, D.J., R.E. Andrus, and C.D. Arp. (2002) *Sphagnum balticum* in a southern Rocky Mountain iron fen. *Madroño,* **49**, 186-188.

Johnson, J.B. and Steingraeber, D.A. (2003) The vegetation and ecological gradients of calcareous mires in the South Park Valley, Colorado. *Canadian Journal of Botany,* **81**, 201-219.

Lemly, J. (2012) Assessment of Wetland Condition on the Rio Grande National Forest. Colorado Natural Heritage Program, Fort Collins, CO.

Lemly, J.M. and D.J. Cooper. (2011) Multiscale factors control community and species distribution in mountain peatlands. *Botany,* **89:** 689–713.

Lemly, J.M., R.E. Andrus, and D.J. Cooper (2007) *Sphagnum lindbergii* Schimp. in Lindb. and other new records of *Sphagnum* in geothermal fens, Yellowstone National Park, Wyoming, USA. *Evansia,* **24:** 31–33.

Malone, D., E. Carlson, G. Smith, D. Culver, and J. Lemly. (2011) Wetland Mapping and Fen Survey in the White River National Forest. Colorado Natural Heritage Program, Fort Collins, CO.

McKinstry, M.C., W.A. Hubert and S.H. Anderson (eds.) (2004) *Wetland and Riparian Areas of the Intermountain West: Ecology and Management.* University of Texas Press, Austin, TX.

Millennium Ecosystem Assessment (2005) *Ecosystems and Human Well-Being: Biodiversity Synthesis.* Island Press, 2005.

Mitsch, W. J., and Gosselink, J. G. (2007). *Wetlands, Fourth Edition.* Louisiana State University, Baton Rouge, LA.

Rvsd Plan - 00006051

Omernik, J. M. (1987), Ecoregions of the Conterminous United States. *Annals of the Association of American Geographers,* **77**: 118–125.

Redlefs, A.E. (1980) Wetland values and losses in the United States. M.S. thesis. Oklahoma State University, Stillwater, OK.

Soil Survey Staff. (2014) *Keys to Soil Taxonomy, Twelfth Edition.* USDA Natural Resources Conservation Service, Washington, DC.

U.S. Department of Agriculture (USDA) (2012) Groundwater-Dependent Ecosystems: Level 1 Inventory Field Guide. *Gen. Tech. Report WO-86a.* USDA Forest Service, Washington, DC.

U.S. Forest Service (USFS) (2011) FSM 2600—Wildlife, Fish, and Sensitive Plant Habitat Management. Chapter 2630—Management of Wildlife and Fish Habitat. Supplement No.: 2600-2011-2. Forest Service Manual. U.S. Forest Service, Rocky Mountain Region (R2), Denver, CO.

Rvsd Plan - 00006052

## APPENDIX A: LIKELY FENS BY HUC12 WATERSHED, SORTED BY FEN DENSITY

| HUC 12 Code | HUC 12 Name | Watershed Acres | Likely Fen Count | Likely Fen Acres | Fen Density (Fen Acres/ Watershed Acres) |
|---|---|---|---|---|---|
| 130100050402 | Elk Creek | 27,574 | 170 | 670 | 2.43% |
| 130100050108 | Outlet South Fork Conejos River | 12,182 | 82 | 288 | 2.37% |
| 130100010203 | Spring Creek | 18,829 | 40 | 442 | 2.35% |
| 130100010304 | Texas Creek-Rio Grande | 17,174 | 55 | 348 | 2.02% |
| 130100020302 | Headwaters Alamosa River | 24,185 | 157 | 460 | 1.90% |
| 130100050101 | North Fork Conejos River | 12,778 | 89 | 227 | 1.78% |
| 130100020301 | Wrightman Fork | 10,235 | 46 | 174 | 1.70% |
| 130100010105 | Ute Creek | 25,564 | 142 | 430 | 1.68% |
| 130100050201 | Headwaters Rio de Los Pinos | 16,356 | 82 | 271 | 1.66% |
| 130100010302 | Little Squaw Creek | 11,333 | 40 | 182 | 1.60% |
| 130100050107 | Hansen Creek | 7,415 | 33 | 115 | 1.55% |
| 130100050103 | Platoro Resvervoir-Conejos River | 6,695 | 25 | 85 | 1.27% |
| 130100010301 | Squaw Creek | 13,920 | 48 | 164 | 1.18% |
| 130100010106 | Rio Grande Reservoir | 15,398 | 60 | 168 | 1.09% |
| 130100011001 | Lime Creek | 9,816 | 22 | 107 | 1.09% |
| 130100050106 | Headwaters South Fork Conejos River | 7,346 | 31 | 78 | 1.06% |
| 130100050401 | Rough Creek-Conejos River | 17,891 | 48 | 188 | 1.05% |
| 130100010102 | Pole Creek | 14,934 | 44 | 156 | 1.05% |
| 130100010101 | Headwaters Rio Grande | 8,721 | 36 | 86 | 0.98% |
| 130100010401 | Headwaters Trout Creek | 14,798 | 42 | 143 | 0.97% |
| 130100010204 | South Clear Creek | 14,993 | 25 | 136 | 0.91% |
| 130100010602 | Outlet Miners Creek | 10,596 | 16 | 90 | 0.85% |
| 130100011103 | Park Creek | 26,149 | 87 | 219 | 0.84% |
| 130100050104 | Lake Fork | 6,221 | 35 | 52 | 0.84% |
| 130100010201 | Continental Reservoir-North Clear Creek | 32,208 | 65 | 262 | 0.81% |
| 130100010303 | Spring Creek | 20,726 | 54 | 145 | 0.70% |
| 130100020101 | East Fork Pinos Creek | 13,711 | 21 | 95 | 0.69% |
| 130100010503 | Ivy Creek-Red Mountain Creek | 9,566 | 30 | 64 | 0.67% |

Rvsd Plan - 00006053

| HUC 12 Code | HUC 12 Name | Watershed Acres | Likely Fen Count | Likely Fen Acres | Fen Density (Fen Acres/ Watershed Acres) |
|---|---|---|---|---|---|
| 130100010601 | Headwaters Miners Creek | 12,279 | 37 | 79 | 0.64% |
| 130100050102 | Adams Fork Conejos River | 6,721 | 21 | 43 | 0.64% |
| 130100010202 | North Clear Creek | 10,962 | 11 | 70 | 0.64% |
| 130100010902 | Fisher Creek | 10,249 | 20 | 64 | 0.62% |
| 130100010104 | Bear Creek-Rio Grande | 22,635 | 62 | 138 | 0.61% |
| 130100010802 | West Bellows Creek-Bellows Creek | 18,188 | 21 | 100 | 0.55% |
| 130100010502 | Middle Creek | 5,087 | 14 | 28 | 0.55% |
| 130100050105 | Saddle Creek | 4,742 | 8 | 26 | 0.55% |
| 130100010702 | West Willow Creek-Willow Creek | 12,413 | 14 | 66 | 0.53% |
| 130100011104 | Beaver Creek | 32,355 | 53 | 165 | 0.51% |
| 130100050109 | Trail Creek-Conejos River | 21,187 | 38 | 108 | 0.51% |
| 130100011106 | Outlet South Fork Rio Grande | 30,585 | 27 | 150 | 0.49% |
| 130100011102 | Headwaters South Fork Rio Grande | 18,449 | 33 | 84 | 0.45% |
| 130100010402 | Outlet Trout Creek | 10,947 | 21 | 50 | 0.45% |
| 130100010903 | Leopard Creek-Goose Creek | 35,436 | 33 | 156 | 0.44% |
| 130100010901 | Headwaters Goose Creek | 14,877 | 21 | 65 | 0.44% |
| 130100011007 | Elk Creek | 10,436 | 8 | 46 | 0.44% |
| 130100040501 | Headwaters La Garita Creek | 14,435 | 17 | 61 | 0.43% |
| 130100011301 | Alder Creek | 19,647 | 14 | 79 | 0.40% |
| 130201020201 | Headwaters Rio Chama | 19,597 | 53 | 76 | 0.39% |
| 130100010103 | Lost Trail Creek | 16,053 | 32 | 62 | 0.39% |
| 130100010501 | Headwaters Red Mountain Creek | 10,718 | 12 | 39 | 0.37% |
| 130100011101 | Pass Creek | 14,061 | 16 | 47 | 0.34% |
| 130100040103 | South Fork Saguache Creek | 28,723 | 30 | 88 | 0.31% |
| 130100020102 | West Fork Pinos Creek | 15,314 | 29 | 46 | 0.30% |
| 130100011003 | Shallow Creek | 11,346 | 8 | 33 | 0.29% |
| 130100040105 | Middle Fork Saguache Creek | 24,549 | 20 | 66 | 0.27% |
| 130100010701 | Whited Creek-East Willow Creek | 13,320 | 5 | 34 | 0.25% |
| 130100020304 | French Creek-Alamosa River | 23,150 | 31 | 54 | 0.23% |
| 130201020203 | Wolf Creek | 18,005 | 24 | 41 | 0.23% |
| 130100020401 | Jarosa Creek | 14,987 | 9 | 34 | 0.23% |
| 130100011202 | Headwaters Embargo Creek | 25,291 | 8 | 57 | 0.23% |

Colorado Natural Heritage Program © 2016

Rvsd Plan - 00006054

| HUC 12 Code | HUC 12 Name | Watershed Acres | Likely Fen Count | Likely Fen Acres | Fen Density (Fen Acres/ Watershed Acres) |
|---|---|---|---|---|---|
| 130100010801 | East Bellows Creek | 18,015 | 11 | 40 | 0.22% |
| 140801010601 | East Fork Navajo River | 13,215 | 17 | 26 | 0.19% |
| 130100040101 | North Fork Saguache Creek | 13,613 | 6 | 26 | 0.19% |
| 130100020303 | Jasper Creek-Alamosa River | 11,283 | 10 | 19 | 0.17% |
| 130100011008 | Blue Creek-Rio Grande | 22,828 | 3 | 40 | 0.17% |
| 130100010205 | Outlet Clear Creek | 17,382 | 11 | 25 | 0.15% |
| 130100020201 | Headwaters Rock Creek | 21,026 | 10 | 30 | 0.14% |
| 130100020103 | Bennett Creek | 10,529 | 7 | 15 | 0.14% |
| 130100011002 | Seepage Creek-Rio Grande | 28,318 | 13 | 32 | 0.11% |
| 130100011105 | Trout Creek | 14,214 | 2 | 14 | 0.10% |
| 130100011201 | Baughman Creek | 15,567 | 2 | 15 | 0.09% |
| 130100011302 | Bear Creek | 9,535 | 2 | 8 | 0.09% |
| 130100030403 | Rito Alto Creek | 13,604 | 13 | 10 | 0.07% |
| 130201020205 | Rio Chamita-Rio Chama | 29,045 | 9 | 17 | 0.06% |
| 130100030701 | South Zapata Creek | 10,809 | 5 | 6 | 0.06% |
| 130100050403 | Fox Creek | 21,164 | 4 | 14 | 0.06% |
| 130100011004 | Deep Creek | 9,943 | 3 | 6 | 0.06% |
| 130100050203 | Toltec Creek-Rio de Los Pinos | 32,769 | 7 | 12 | 0.04% |
| 130100030404 | San Isabel Creek | 26,984 | 6 | 11 | 0.04% |
| 130100020704 | North Fork Raton Creek | 13,255 | 3 | 5 | 0.04% |
| 130100011006 | Farmers Creek-Rio Grande | 20,061 | 2 | 8 | 0.04% |
| 130100030405 | Crestone Creek | 24,257 | 6 | 8 | 0.03% |
| 130201020202 | Archuleta Creek | 9,133 | 3 | 3 | 0.03% |
| 130100030501 | Deadman Creek | 11,122 | 2 | 3 | 0.03% |
| 130100030408 | Willow Creek-San Luis Creek | 73,950 | 4 | 14 | 0.02% |
| 130100030407 | Cottonwood Creek | 14,185 | 3 | 3 | 0.02% |
| 130100030402 | Wild Cherry Creek | 11,935 | 1 | 3 | 0.02% |
| 130100040302 | Antelope Creek-Sheep Creek | 26,891 | 1 | 6 | 0.02% |
| 130100030102 | Cottonwood Creek-Kerber Creek | 39,851 | 7 | 4 | 0.01% |
| 130100020402 | Headwaters La Jara Creek | 25,978 | 2 | 2 | 0.01% |
| 130100040102 | Horse Canyon | 11,193 | 2 | 2 | 0.01% |
| 130100050405 | Sheep Creek-Conejos River | 28,581 | 2 | 2 | 0.01% |

Rvsd Plan - 00006055

| HUC 12 Code | HUC 12 Name | Watershed Acres | Likely Fen Count | Likely Fen Acres | Fen Density (Fen Acres/ Watershed Acres) |
|---|---|---|---|---|---|
| 140801010203 | Wolf Creek | 13,038 | 2 | 1 | 0.01% |
| 130100040402 | South Fork Carnero Creek | 28,202 | 1 | 3 | 0.01% |
| 130100030703 | 130100030703 | 112,411 | 6 | 4 | 0.00% |
| 130100040306 | Middle Creek | 34,115 | 2 | 1 | 0.00% |
| 130100040701 | Ford Creek | 15,891 | 2 | 1 | 0.00% |
| 130100011303 | Willow Creek | 11,450 | 1 | 1 | 0.00% |
| 130100011305 | Old Woman Creek | 13,830 | 1 | 0 | 0.00% |
| 130100020204 | Headwaters Cat Creek | 19,138 | 1 | 0 | 0.00% |
| 130100020701 | San Fransisco Creek | 21,582 | 1 | 1 | 0.00% |
| 130100030101 | Little Kerber Creek | 13,498 | 1 | 0 | 0.00% |
| 130100030406 | Spanish Creek | 9,827 | 1 | 0 | 0.00% |
| 140801011102 | Flint Creek-Los Pinos River | 24,949 | 1 | 0 | 0.00% |

# APPENDIX B: RARE PLANT SPECIES THAT OCCUR IN FENS

| Scientific Name | Common Name | G Rank[1] | S Rank | USFS Sensitive | Known to occur in RGNF[2] |
|---|---|---|---|---|---|
| Carex capitata ssp. arctogena | Capitate sedge | G5T4? | S1 | -- | -- |
| Carex diandra | Lesser panicled sedge | G5 | S1 | Yes | -- |
| Carex lasiocarpa | Woollyfruit sedge | G5 | S1 | --- | -- |
| Carex limosa | Mud sedge | G5 | S2 | -- | Yes |
| Carex livida | Livid sedge | G5 | S1 | Yes | -- |
| Carex retrorsa | Knot-sheath sedge | G5 | S1 | -- | -- |
| Carex sartwellii | Sartwell's sedge | G5G4 | S1 | -- | -- |
| Carex scirpodidea ssp. scirpodidea | Northern singlespike sedge | G5T5 | S2 | -- | -- |
| Carex tenuiflora | Spareseflower sedge | G5 | S1 | -- | -- |
| Carex viridula | Little green sedge | G5 | S1 | -- | -- |
| Drosera anglica | English sundew | G5 | S1 | Yes | -- |
| Drosera rotundifolia | Roundleaf sundew | G5 | S2 | Yes | -- |
| Eriophorum chamissonis (syn. E. altaicum var. neogaeum) | Chamisso's cottongrass | G5 | S1 | Yes | Yes |
| Eriophorum gracile | Slender cottongrass | G5 | S1 | Yes | -- |
| Hypoxis hirsuta | Common goldstar | G5 | S1 | -- | -- |
| Juncus filiformis | Thread rush | G5 | S2 | -- | -- |
| Juncus vaseyi | Vasey's rush | G5? | S1 | -- | -- |
| Kobresia simpliciuscula | Simple bog sedge | G5 | S2 | Yes | -- |
| Lomatogonium rotatum | Marsh felwort | G5 | S2 | -- | -- |
| Muhlenbergia glomerata | Spiked muhly | G5 | S2 | -- | -- |
| Packera debilis | Weak groundsel | G4 | S1 | -- | -- |
| Primula egaliksensis | Greenland primrose | G4 | S2 | Yes | -- |
| Ptilagrostis porteri | Porter's false needlegrass | G2 | S2 | Yes | -- |
| Rhynchospora alba | White beaksedge | G5 | S1 | -- | -- |
| Rubus arcticus ssp. acaulis | Dwarf raspberry | G5T5 | S1 | Yes | -- |
| Salix candida | Sageleaf willow | G5 | S2 | Yes | -- |
| Salix myrtillifolia | Blueberry willow | G5 | S1 | Yes | -- |
| Sisyrinchium pallidum | Pale blue-eyed grass | G3 | S2 | -- | -- |
| Trichophorum pumilum | Rolland's bulrush | G5 | S2 | -- | -- |

[1] More information about the CNHP ranking system can be found online at: http://www.cnhp.colostate.edu/about/heritage.asp.

[2] Based on element occurrence records in the CNHP database. Herbarium records or data held by the U.S. Forest Service may include additional species known to occur in the RGNF. It is highly likely that more species could occur within the RGNF.

Rvsd Plan - 00006057

# Habitat Effectiveness for Elk as Influenced By Roads and Cover

## L. Jack Lyon

*ABSTRACT—Pellet counts conducted over an eight-year period confirmed that elk in western Montana tend to avoid habitat adjacent to open forest roads. The area avoided increases where the density of tree cover is low. Forest roads open to traffic cause available habitat to be less than fully effective. A method for determining the losses of effective habitat is presented.*

Declines in elk use of habitat adjacent to forest roads have been documented in several studies (Rost and Bailey 1974, Ellison 1974, Ward 1976, Perry and Overly 1976, Burbridge and Neff 1976, Marcum 1976). The area of avoidance has been reported as one-fourth to one-half mile from the road, depending on the amount of traffic, road quality, and density of cover near the road. Within this zone, available habitat is only partially used, and is thus less effective than it would have been in the absence of the road.

In this paper, I have utilized data from an eight-year study of elk pellet distributions in western Montana to develop (1) a model of habitat effectiveness in relation to roads and cover density, and (2) a method for estimating habitat effectiveness under various levels of road density and cover.

### Methods

During late August and early September of 1970 through 1977, pellet-group counts were conducted on 80 square miles of forested elk range in western Montana. Pellet groups were counted in continuous belt transects 4 feet wide located along the contour every 500 vertical feet from 3,500 to 6,500 feet of elevation. An average of 340 miles of transects was searched, and 7 to 10 thousand elk pellet groups were recorded each year. All groups were classified as fresh, new, old, or very old on the basis of softness, color, and weathering; and the location of each group was recorded.

Field observers classified tree canopy cover along transects into four categories: no trees, canopy under 25 percent, 25 to 75 percent, and more than 75 percent. In addition, the distance from each transect segment to the nearest open road was determined annually. As defined in this study, an open road was one accessible for motor vehicle traffic. Roads on the study area are mostly single-lane with unimproved surfaces, and distances to open roads were modified annually by construction and closures.

Pellet groups classified as very old were deleted from analysis on the assumption that they represented

carry-over from previous years as well as elk use during the winter when many roads are not open. All other pellet groups were summarized for each year by cover category and distance from a road. Within each cover category the average number of pellet groups per acre was calculated in tenth-mile increments to a distance of 2 miles. Annual summaries were then averaged to produce four data sets that combined all observations for eight years.

### Analyses

Graphs of the four data sets (light dashed lines in *figure 1*) demonstrate the expected increases in elk use with increasing distance from roads. The distance at which no further increase occurred was substantially reduced by the presence of cover. In the absence of trees, elk use was still increasing between 1.5 and 2.0 miles away from roads. With any crown canopy of less than 75 percent, use was virtually stabilized beyond 0.9 mile, and under very dense canopy there was no consistent increase in use beyond 0.6 mile.

In *figure 1*, the potential level of elk use (heavy dashed line) has been taken as the average beyond the point at which no consistent increase occurred; and the curves predicting the depression in use near roads (solid lines) have been described with algebraic transforms of the class $X^n$ (Jensen and Homeyer 1971). These four curves provide a model for predicting the level of habitat use by elk at various distances from forest roads.

In an area with very dense tree canopy, for example, the proportionate elk use within 0.1 mile of a road is predicted to be 37 percent of the potential occurring beyond the influence of the road: midpoint for 0.1 mile distance, $D = 0.05$; endpoint for the influence of the road $= 0.6$; exponent for the transformed curve, $n = 0.4$; and $(0.05/0.6)^{0.4} = 0.370$.

Where potential use is represented by 41.4 pellet groups per acre, as it was in this study, the presence of the road will reduce elk use to 15.3 pellet groups per acre. Concurrently, elk use of the area between 0.1 and 0.2 mile will be reduced to 57.4 percent of poten-

Downloaded from https://academic.oup.com/jof/article-abstract/77/10/658/4643967 by guest on 22 December 2017

Rvsd Plan - 00006058



*Figure 1. Elk pellet densities at increasing distance from open roads under four categories of tree cover. Plotted averages superimposed.*

tial, and reduced use is likely at all distances under 0.6 mile.

The reliability of these estimates is limited by the fact that the curve forms were developed directly from the data. However, the derived forms do satisfy the analytic requirement of agreement with expected trends; and some indication of the strengths of the relationships is provided by fitting the models back on the data from which they were derived. Not unexpectedly, the poorest fit occurs where no tree cover is available ($r^2 = 0.55$) and other factors, such as topography, may influence elk use. As tree canopy increases, variance associated with factors other than cover is reduced and the least squares fit for the three curves with trees present is considerably improved: $r^2 = 0.66, 0.93$, and $0.87$, respectively, for $<25$, $25-75$, and $>75$ percent canopy coverage.

### Application of the Model

The utility of the data in *figure 1* is somewhat limited because the model does not deal with the combined influences of several roads or provide a quantified estimate of habitat loss. But if it is assumed that all effects are additive, it is possible to derive a presentation that will satisfy this need.

Consider, first, the influence of a single forest road in an area of 25 to 75 percent canopy cover. For each linear mile of road, there are 64 acres on each side and within 0.1 mile that are only 31.5 percent effective (for

tree canopy 25-75 percent: $(0.05/0.9)^{0.4} = 0.315$). The 128 acres adjacent to the road, then, are equivalent to 40.3 fully effective acres, and the loss of habitat is equivalent to 87.7 acres. Between 0.1 and 0.2 mile from the road, another 128 acres are 48.8 percent effective; and between 0.2 and 0.3 mile there are 76.7 effective acres. Similar calculations to a distance 0.9 mile from the road predict a loss of 326.2 acres of effective habitat over an area 1.8 miles wide.

Now consider a situation in which several roads are evaluated simultaneously. With a road density of 1 mile per section (square mile) some habitat between roads will be affected from both directions. In the example above, the net loss out to 0.5 mile from the road was 275.8 acres of effective habitat, with an additional loss of 25.2 acres in each of two adjacent sections. Where these adjacent sections also have a mile of road, the total loss is 326.2 acres per square mile and the available elk habitat is equivalent to 313.8 effective acres per section.

Comparable calculations for road densities up to 3 miles per square mile and four densities of tree canopy are summarized in *figure 2*, and associated regression coefficients are presented in *table 1*. The importance of cover in maintaining effective habitat for elk is particularly apparent in *figure 2*. In an open environment,

**Table 1. Coefficients for predicting loss of effective elk habitat.[1]**

| Tree canopy cover | Acres per mile per section |
|---|---|
| No trees | 766.3 |
| <25% | 354.9 |
| 25-75% | 326.2 |
| >75% | 216.0 |

[1]With a road density of 0.5 mile per section and tree cover under 25 percent, habitat loss is 177.5 acres per section (0.5 × 354.9 = 177.5).

with no tree cover, less than 1 mile of road per square mile will eliminate effective habitat; and even very dense cover cannot be considered effective when road densities approach 3 miles per section.

### Evaluation of Habitat

The concept of effective habitat should not be misused by applying these coefficients to unsuitably small



*Figure 2. Predicted levels of effective elk habitat with different road densities and tree cover.*

Rvsd Plan - 000006059

Downloaded from https://academic.oup.com/jof/article-abstract/77/10/658/4643967
by guest
on 22 December 2017

units of elk range. Neither elk nor the influences of roads can be confined to small areas, and it is clearly not valid to predict the probable influence of road construction or road closure on units smaller than the area readily available to animals. An absolute minimum area of evaluation should probably be 2,000 acres.

Because areas this size normally include a mosaic of different tree densities and openings, it may be necessary to estimate habitat effectiveness on the proportionate areas of various cover types. As an example, visualize a 3,200-acre forested drainage in which there are 3 miles of road and four 40-acre clearcuts. Further assume that the drainage averages 25 to 75 percent tree canopy cover except for 480 acres with canopy under 25 percent and another 480 acres with canopy over 75 percent.

The average road density in the 5 sections is 0.6 mile per section, and the habitat available to elk consists of 0.25 square mile of openings and 0.75, 3.25, and 0.75 square miles of the three tree-density categories. The sum of the products of road density, area in square miles, and appropriate prediction coefficients (*table 2*) predicts a decline of habitat effectiveness equivalent to 1,008 acres.

**Table 2. Hypothetical evaluation[1] of elk habitat effectiveness in a 3,200-acre drainage with 3 miles of road and several tree-cover types.**

| Acres of cover types | Area | Prediction coefficient | Reduction in effective habitat |
|---|---|---|---|
| | Square miles | | Acres |
| 160 of clearcuts | 0.25 | 766.3 | 114.9 |
| 480 <25% cover | .75 | 354.9 | 159.7 |
| 2,080 25-75% cover | 3.25 | 326.2 | 636.1 |
| 480 >75% cover | .75 | 216.0 | 97.2 |

[1]*Road density = 0.6 mi/mi². Density × miles² × coefficient = habitat loss (acres).*

A final consideration involves the influence of road closures in recovering estimated losses of effective habitat. In the example just presented, the area of evaluation was judged to be 68 percent effective with the road open. Presumably, closure of the road will lead to eventual full use by elk. It should be noted, however, that "effective habitat" is a relative term. The actual quality of habitat and productive potential can vary considerably from area to area and may be substantially modified by activities other than road management.

*Negative values.*—In some initial tests of this model, it became clear that it is entirely possible to obtain negative values for habitat effectiveness where road densities are high and recent timber harvest has been extensive. Test areas producing negative values were only lightly used by elk; but it is recognized that habitat effectiveness in occupied elk range probably cannot be reduced below 10 to 15 percent by roads alone. At very low levels of habitat effectiveness, such factors as topography, cover patches, and behavior

patterns of elk will override the influence of open forest roads and traffic.

### Other Considerations

Road management is a powerful means of manipulating habitat for elk, but roads should not be considered independent of other criteria by which elk habitat is evaluated. The derivations in this paper are contingent on the assumptions that existing habitat contains a satisfactory array of cover and foraging areas and otherwise provides for the requirements of elk.

Published recommendations for coordinating forest management with elk management (Lyon 1975, Black et al. 1976, Thomas et al. 1976, and others) provide information intended to aid the manager in planning. All available information should be used in every decision. ■

### Literature Cited

BLACK, H., R. J. SCHERZINGER, and J. W. THOMAS. 1976. Relationships of Rocky Mountain elk and Rocky Mountain mule deer habitat to timber management in the Blue Mountains of Oregon and Washington. P. 11-31 *in* Proc. Elk-Logging-Roads Symp., Univ. Idaho.

BURBRIDGE, W. R., and D. J. NEFF. 1976. Coconino National Forest–Arizona Game and Fish Department Cooperative Roads–Wildlife Study. P. 44-57 *in* Proc. Elk-Logging-Roads Symp., Univ. Idaho.

ELLISON, R. 1974. "Chamberlain Creek Study." P. 105-125 *in* Montana Coop. Elk-Logging Study, Prog. Rep. 1973. 164 p. (mimeo).

JENSEN, C. E., and J. W. HOMEYER. 1971. Matchacurve-2 for algebraic transforms to describe curves of the class $X^n$. USDA For. Serv. Res. Pap. INT-106, 39 p.

LYON, L. J. 1975. Coordinating forestry and elk management in Montana: Initial recommendations. Trans. North Am. Wildl. Nat. Res. Conf. 40:193-201.

MARCUM, C. L. 1976. Habitat selection and use during summer and fall months by a western Montana elk herd. P. 91-96 *in* Proc. Elk-Logging-Roads Symp., Univ. Idaho.

PERRY, C., and R. OVERLY. 1976. Impact of roads on big game distribution in portions of the Blue Mountains of Washington. P. 62-68 *in* Proc. Elk-Logging-Roads Symp., Univ. Idaho.

ROST, G. R., and J. A. BAILEY. 1974. "Responses of Deer and Elk to Roads on the Roosevelt National Forest." Northwest Sec., The Wildlife Soc., Edmonton, Alta. 19 p. (mimeo)

THOMAS, J. W., R. J. MILLER, H. BLACK, J. E. RODIEK, and C. MASER. 1976. Guidelines for maintaining and enhancing wildlife habitat in forest management in the Blue Mountains of Oregon and Washington. Trans. North Am. Wildl. Nat. Res. Conf. 41:452-476.

WARD, A. L. 1976. Elk behavior in relation to timber harvest operations and traffic on the Medicine Bow Range in south-central Wyoming. P. 32-43 *in* Proc. Elk-Logging-Roads Symp., Univ. Idaho.

THE AUTHOR—L. Jack Lyon is wildlife research biologist and project leader, USDA Forest Service, Intermountain Forest and Range Experiment Station, Missoula, Montana. He is indebted to more than 90 students and employees of the University of Montana, Montana Fish and Game Department, and USDA Forest Service who participated in the pellet counts.



Downloaded from https://academic.oup.com/jof/article-abstract/77/10/659/4643961 by guest on 22 December 2017

Rvsd Plan - 00006060

# Roads as Conduits for Exotic Plant Invasions in a Semiarid Landscape

JONATHAN L. GELBARD*‡ AND JAYNE BELNAP†

*Nicholas School of the Environment, Duke University, Durham, NC 27708, U.S.A.
†U.S. Geological Survey, Canyonlands Field Station, 2290 S. Resource Boulevard, Moab, UT 84532, U.S.A.

**Abstract:** *Roads are believed to be a major contributing factor to the ongoing spread of exotic plants. We examined the effect of road improvement and environmental variables on exotic and native plant diversity in roadside verges and adjacent semiarid grassland, shrubland, and woodland communities of southern Utah (U.S.A.). We measured the cover of exotic and native species in roadside verges and both the richness and cover of exotic and native species in adjacent interior communities (50 m beyond the edge of the road cut) along 42 roads stratified by level of road improvement (paved, improved surface, graded, and four-wheel-drive track). In roadside verges along paved roads, the cover of Bromus tectorum was three times as great (27%) as in verges along four-wheel-drive tracks (9%). The cover of five common exotic forb species tended to be lower in verges along four-wheel-drive tracks than in verges along more improved roads. The richness and cover of exotic species were both more than 50% greater, and the richness of native species was 30% lower, at interior sites adjacent to paved roads than at those adjacent to four-wheel-drive tracks. In addition, environmental variables relating to dominant vegetation, disturbance, and topography were significantly correlated with exotic and native species richness and cover. Improved roads can act as conduits for the invasion of adjacent ecosystems by converting natural habitats to those highly vulnerable to invasion. However, variation in dominant vegetation, soil moisture, nutrient levels, soil depth, disturbance, and topography may render interior communities differentially susceptible to invasions originating from roadside verges. Plant communities that are both physically invasible (e.g., characterized by deep or fertile soils) and disturbed appear most vulnerable. Decision-makers considering whether to build, improve, and maintain roads should take into account the potential spread of exotic plants.*

Caminos como Conductos para Invasiones de Plantas en un Paisaje Semiárido

**Resumen:** *Se piensa que los caminos son un factor importante que contribuye a la continua dispersión de plantas exóticas. Examinamos el efecto del mejoramiento de caminos y variables ambientales sobre la diversidad de plantas exóticas y nativas en bordes de caminos y comunidades adyacentes de pastizales semiáridos, matorrales y bosques en el sur de Utah (E.U.A.). Medimos la cobertura de especies exóticas y nativas en los bordes de caminos así como la riqueza y cobertura de especies exóticas y nativas en comunidades interiores adyacentes (50 m del borde del camino) a lo largo de 42 caminos estratificados por el nivel de mejoramiento (pavimentada, superficie mejorada, escalonada y camino para vehículos de doble tracción). En los bordes de caminos pavimentados, la cobertura de Bromus tectorum fue tres veces mayor (27%) que en bordes a lo largo de caminos para vehículos de doble tracción (9%). La cobertura de cinco especies comunes de hierbas exóticas tendió a ser menor en bordes a lo largo de caminos para vehículos de doble tracción que en bordes a lo largo de caminos mejorados. La riqueza y cobertura de especies exóticas fueron más de 50% mayor, y la riqueza de especies nativas fue 30% menor, en sitios interiores adyacentes a caminos pavimentados que en los adyacentes a caminos para doble tracción. Adicionalmente, las variables ambientales relativas a la vegetación dominante, perturbación y topografía estuvieron significativamente correlacionadas con la riqueza y cobertura de especies exóticas y nativas. Los caminos mejorados pueden actuar como conductos*

---

‡*Current address: Department of Environmental Science and Policy, University of California, Davis, 1 Shields Avenue, Davis, CA 95616, U.S.A., email jlgelbard@ucdavis.edu*
*Paper submitted August 21, 2001; revised manuscript accepted May 15, 2002.*

**420**

Rvsd Plan - 00006061

*para la invasión de ecosistemas adyacentes al convertir hábitats naturales en sitios altamente vulnerables a la invasión. Sin embargo, la variación en la vegetación dominante, humedad del suelo, niveles de nutrientes, profundidad de suelo, perturbación y topografía pueden hacer que las comunidades interiores sean diferencialmente susceptibles a invasiones originadas en los bordes de caminos. Las comunidades de plantas que físicamente propensas a la invasión (por ejemplo, caracterizadas por suelos profundos o fértiles) así como perturbables, parecen ser más vulnerables. Los tomadores de decisiones que consideren construir, mejorar y mantener caminos deben tener en cuenta los efectos potenciales de la expansión de plantas exóticas.*

## Introduction

Roads provide a major conduit for the spread of exotic plants into natural areas, particularly in arid and semiarid landscapes of the American West, where exotic annual grasses and forbs pose a major conservation challenge (U.S. Bureau of Land Management [BLM] 1999). Exotic grasses such as cheatgrass (*Bromus tectorum*) and forbs such as knapweeds (Centaurea species) have invaded over 50 million ha of the region, reducing biodiversity by displacing native plants and animals (Mack 1989; Billings 1990; BLM 1999). Although roads have been implicated as an important factor contributing to the spread of exotic plants (Tyser & Worley 1992; Forman 2000; Parendes & Jones 2000; Trombulak & Frissell 2000), this effect remains poorly studied.

Declines in the presence of exotic species with distance from roads have been observed in Glacier National Park (U.S.A.) (Tyser & Worley 1992), California (Frenkel 1970; Gelbard & Harrison in press), and the Mojave Desert (Johnson et al. 1975). A number of mechanisms have been proposed as explanations for these patterns. Vehicles and road-fill operations transport exotic plant seeds into uninfested areas, and road construction and maintenance operations provide safe sites for seed germination and seedling establishment (Schmidt 1989; Lonsdale & Lane 1994; Greenberg et al. 1997; Trombulak & Frissell 2000). Clearing of vegetation and soils during construction, addition of roadfill, and grading of unpaved roads create areas of bare and deeper soil that allow exotic seeds to become established (Frenkel 1970; Trombulak & Frissell 2000). Mowing roadside verges may favor exotic plant species that are less sensitive to clipping than native flora (Forman & Alexander 1998; Benefield et al. 1999). Similarly, roadside herbicide treatments that reduce the cover of some exotic species may favor others and at the same time reduce the cover of native species (Tyser et al. 1998). Compaction by vehicles contributes to roadside invasions by reducing native plant vigor and creating areas of competition-free space that are open to invasion (Frenkel 1970). Thus, plant communities adjacent to more improved roads (e.g., paved, gravel) that receive high vehicle traffic might be expected to be more invaded than those adjacent to infrequently used primitive roads (e.g., four-wheel-drive tracks) (Parendes & Jones 2000).

Semiarid grasslands, shrublands, and woodlands of the Colorado Plateau (U.S.A.) are a good setting for examining the effects of road improvement on the rapid proliferation of both roads and exotic plants throughout these habitats (BLM 1999). In the past 100 years, the region's native flora has become increasingly threatened by invading Mediterranean annual grasses (e.g., *Bromus tectorum*) and forbs (e.g., *Centaurea, Halogeton, Erodium* species) (Mack 1989; BLM 1999). The vegetation composition of relict and long-ungrazed sites (e.g., Kindschy 1994; Anderson & Inouye 2001) suggests that livestock have played a major role in this invasion (Belsky & Gelbard 2000), but alteration of the fire regime (Billings 1990; BLM 1999), extremes in annual precipitation (Anderson & Inouye 2001), and the expansion of road networks (Forman 2000) have undoubtedly contributed to the plant invasions as well. The mechanistic basis for these invasions has been well-documented in experimental studies. Exotic annuals are not only more tolerant of livestock grazing (Mack 1989; Roché et al. 1994) and fire (Billings 1990; BLM 1999) but consistently outcompete native species for water (Harris 1967). However, a key unanswered question is whether the high concentration of exotic plants along roads is a general phenomenon or whether some roads are more likely than others to act as conduits for exotic plant invasions.

One possible factor that may influence the effect of roads on the spread of exotic plants is the level of road improvement (Tyser & Worley 1992; Parendes & Jones 2000), which spans a gradient including ungraded four-wheel-drive tracks, graded unpaved roads, graded roads that have received surface additions, and paved roads. Effects from this range of road improvements also follow a gradient of increasing traffic levels, habitat alteration during construction, and frequency of disturbance by vehicles and road maintenance. Anecdotally, it appears that zones of weedy vegetation along more-improved roads are wider than those along primitive roads. The positive correlation between land area and species richness (Connor & McCoy 1979) may mean that verges along more-improved roads could support a greater diversity of exotic species than the relatively narrow verges adjacent to primitive roads. Verges along more-improved roads may be subjected to frequent disturbance by vehicles and road maintenance. Roadfill additions or berms created by graders may create different soil depths, chemistry, and/

or textures, which may allow invasive exotic species to become established in habitats that are otherwise inhospitable as a result of shallow, coarse, or otherwise infertile soils. Paved roads are also designed to shed water into roadside verges, which may increase the vulnerability of verges to invasion by improving moisture and nutrient availability ( Johnson et al. 1975; Holzapfel & Schmidt 1990).

If more-improved roadside verges are more likely to be invaded, adjacent interior communities might also be expected to contain more exotic plants. However, environmental variables related to topography (Billings 1990; Gelbard 1999), disturbance (Hobbs & Huenneke 1992; Belsky & Gelbard 2000; Stohlgren et al. 2001; Williamson & Harrison 2002), dominant vegetation or plant community type ( Larson et al. 2001), and soil resource availability (Stohlgren et al. 1999, 2001; Williamson & Harrison 2002) may also influence exotic species richness and cover in adjacent natural ecosystems. Thus, although it is well known that roadside verges tend to be highly invaded habitats, a number of questions related to the effect of road improvement remain unanswered. First, do roadside verge and interior habitats adjacent to improved roads contain more exotic species and fewer native species than those adjacent to primitive roads? Second, can any apparent effects of road improvement be explained by disturbance, dominant vegetation, or other forms of environmental variation? We examined the distribution of native and exotic plants near roads in semiarid communities of southern Utah ( U.S.A.) to test the hypothesis that roadside verge and interior communities adjacent to improved roads contain more exotic species and fewer native species than those adjacent to primitive roads.

## Methods

### Site Description

We conducted our study in representative vegetation, soil, topographic, and disturbance conditions of Canyonlands National Park, southern Utah ( lat. 38°15′N, long. 109°52′W), and in surrounding public grasslands, shrublands, and woodlands. Climate in the area is semiarid to arid, with precipitation averaging 200–250 mm/year and elevation ranging from 1300 to 2500 m. Geological substrates are sedimentary sandstones and shales, and soils are mainly loamy fine sands and sandy loams. At lower elevations (<1500 m), dominant vegetation is *Coleogyne ramosissima* on shallow sandstone-derived soils; *Atriplex confertifolia*, *Atriplex canescens*, or *Sarcobatus vermiculatus* on shale-derived saline soils; and grasslands on deeper alluvial and colluvial nonsaline soils. Dominant grasses include *Stipa comata* (also *Hesperostipa comata*; Welsh et al. 1993), *Stipa hymenoides* (also *Achnatherum hymenoides*), *Hilaria jamesii*, and, in more

disturbed sites, the exotic *Bromus tectorum*. At intermediate elevations (1500–2300 m), communities are dominated by *Artemisia tridentata* shrublands that may also include *Bouteloua gracilis* and *Agropyron desertorum*, an exotic bunchgrass that has been introduced as livestock forage. Woodlands containing *Juniperus osteosperma* and *Pinus edulis* occur in both vegetation zones, especially on skeletal soils (West 1983). Biological soil crusts composed of lichens, mosses, algae, and cyanobacteria cover the soil surface between individual grasses, shrubs, and trees, except on exceptionally rocky sites and in areas where they have been destroyed by disturbance ( Belnap & Lange 2001). Canyonlands National Park has been protected from extractive activities since 1964. Surrounding public lands continue to be managed for multiple uses, including domestic livestock grazing, outdoor recreation, mining, and oil and gas extraction.

### Site-Selection Protocol

We stratified roads in the study site (as detailed on a Trails Illustrated map of the area) into four categories: 1, paved; 2, improved surface (unpaved roads with surface roadfill additions); 3, graded (graded, high-clearance roads without surface roadfill); and 4, four-wheel-drive track (seldom-graded high-clearance roads that typically appear only as tire tracks) ( National Geographic Maps 1997; Fig. 1). For each paved road, we located an improved-surface road, a graded road, and a four-wheel-drive track that contained comparable environmental conditions, such as similar topography, dominant vegetation, degree of rockiness, and disturbance. We avoided recently mowed sites, but with the exception of paved roads it was impossible to attain records of areas recently treated with herbicides. Total sample size was 12 paved roads, 7 improved-surface roads, 11 graded roads, and 12 four-wheel-drive tracks.

### Field-Data Collection

Between early June and July 1998 we sampled 10 sites along a transect at each of the 42 roads. Along each road, we randomly selected five 0.8-km segments located between 0 and 16 km from an end of a road or an intersection. At the beginning and end of each 0.8-km segment, we conducted an extensive survey to estimate the cover of all individual native and exotic plant species along 50 m of the roadside verge (parallel to the road). Species definitions followed those of Welsh et al. (1993). Cover values of plant species followed those of Daubenmire (1959), but we added a class to account for numerous species that occupied areas with <1% cover.

We then measured the width of the roadside plant community as the distance between the outer edge of the road and the outer edge of the road cut or berm. Although no exact changes identified the edge of the road

Rvsd Plan - 00006063



*Figure 1. Illustration of roadside plant communities adjoining the following surfaces: (a) paved, (b) improved surface, (c) graded, and (d) four-wheel-drive track.*

cut, it was easily visible from alterations in vegetation cover and height and from seedbed quality (Fig. 1) and has been used in other studies (e.g., Frenkel 1970; Cale & Hobbs 1991; Tyser & Worley 1992).

Although sampling entire roadside verges resulted in unequal plot sizes within roadside plant communities, we only used these plots to examine relationships between road improvement and species cover, which unlike richness can be measured independently of plot size. We then recorded the cover and richness of plant species in interior communities within a parallel 10 × 50 m area, defining interior communities as at least 50 m from the edge of the road cut and beyond the influence of roadside disturbance. To provide a measure of soil-surface disturbance, we estimated the percent cover of biological soil crust. We also estimated the surface cover (percent) of rock.

We marked the location coordinates of each site with a global positioning system (GPS). We acquired geographic information system (GIS) data, including a digital elevation model (30-m cell size), from Canyonlands National Park and the BLM (Moab, Utah). We used the digital elevation model to extract elevation, aspect (degrees, relativized to north), and slope (percent) at each GPS point.

### Statistical Analyses

We averaged measurements from the 10 sites along each road into single replicate measures before conducting statistical analyses, which we did with JMP 4.0 (SAS Institute 2000). We analyzed data for assumptions of the parametric tests that we conducted and transformed all percent values by arcsin square root. Six exotic plant species and three native species occurred in roadside

verges at sufficient frequencies (as indicated by power analyses) for individual statistical analyses: the exotics *B. tectorum*, *E. cicutarium*, *H. glomeratus*, *Salsola iberica*, *Sisymbrium altissimum*, *Melilotus $c_j$ficianalis*, and the natives *Stipa comata*, *Stipa hymenoides*, and *Hilaria jamesii*). In interior communities, two exotic annual species (*Bromus* and *Salsola*) and three native perennial species (*S. comata*, *S. hymenoides*, and *H. jamesii*) occurred at sufficient frequencies for individual analyses.

To test whether there was an overall effect of road improvement on exotic and native species cover and whether relationships among dependent variables could alter our results, we performed multivariate analyses of variance (MANOVA). We used two tests, with dependent variables, which included roadside verges and interior communities and the mean cover of exotic and native species listed above. The independent variable was the level of road improvement.

There were substantial differences in the means and variances of the cover of different exotic species. Thus, we performed separate analyses of covariance (ANCOVAs) on each species to test whether any apparent effect of road improvement was due to environmental variation. We first performed forward stepwise model selection to reduce the large number of independent variables to those with significant main effects, repeating the process for each species in both roadside and adjacent interior communities, and for exotic and native species richness in interior communities. Independent variables included elevation, aspect (degrees relativized to north), slope steepness (%), cover of biological soil crust (%), cover of rock (%), and cover of dominant native plant species (%), including *A. tridentata*, *C. ramosissima*, *S. vermiculatus*, *A. canescens*, *A. corfertifolia*, *S. comata*, *P. edulis*, and *J. osteosperma*. We selected these grass, shrub, and tree species because they were dominant at the study sites and because they represent many of the region's predominant plant communities as defined by West (1983) and as used in regional GIS land-cover maps. We then conducted ANCOVAs with resulting independent variables. Where we found a significant effect of road improvement, we used the Tukey's honest significant difference (HSD) multiple-range test to determine which pairs of means were significantly different. To test whether roadside verges and adjacent interior habitats differed in exotic and native species richness and cover, we used paired *t* tests.

To test for an indication of a biotic effect of native species on the richness and cover of exotic species in interior communities, we conducted linear regressions with native species richness as the independent variable and exotic species richness and the cover of Bromus and Salsola as dependent variables. To determine whether any effect of native species richness was due to environmental variation, we repeated the above ANCOVAs on exotic species richness and cover but included native species richness as an additional covariate.

The width of roadside verges differed among levels of road improvement. To determine whether roadside verge width is a function of road improvement or environmental factors, we used ANCOVA, following the same steps as described for previous ANCOVAs. Finally, to determine whether roadside verge width corresponded with the exotic and native species composition of interior communities, we performed multiple regressions. We followed the same steps described for ANCOVAs, with the exception that we substituted roadside verge width (m) for the level of road improvement as an independent variable. Where we found a significant effect of roadside verge width on native or exotic richness or cover, we used Pearson's correlation analyses to further quantify this relationship.

## Results

### Effect of Road Improvement

Road improvement significantly affected exotic species cover in both roadside verges and adjacent interior communities and significantly affected native and exotic species richness in interior communities (Table 1, Figs. 2–4). There was a significant whole-model effect of road improvement on the cover of exotic and native species within roadside verges (Wilks' $\lambda = 0.17$, df $= 27, 88, f = 2.69$, $p = 0.0003$). There was no significant whole-model effect of road improvement on exotic plant cover in interior communities (Wilks' $\lambda = 0.65$, df $= 15, 95, f = 1.07, p = 0.40$).

In separate analyses of the cover of individual exotic species in roadside verges, there was a significant effect of road improvement on the cover of all nine exotic and native species examined. The mean cover of *Bromus* was three times greater in verges adjacent to paved roads than in verges adjacent to four-wheel-drive tracks (Table 1; Fig. 3). The mean cover of *Sisymbrium*, *Erodium*, and *Melilotus* was greatest in verges adjacent to paved roads, but the cover of Halogeton was greatest in verges adjacent to improved surface roads, and the cover of *Salsola* was greatest in verges adjacent to improved surface and graded roads (Table 1; Fig. 3). The cover of native *Hilaria* was marginally greatest in paved roadsides, but the cover of *S. comata* and *S. hymenoides* did not differ among road types (Table 2; Fig. 4).

The cover of *Bromus* was more than three times greater in interior communities adjacent to improved surface roads than in interior communities adjacent to four-wheel-drive tracks (Table 1; Fig. 3). The cover of *Salsola* was greatest in interior communities next to improved surface roads and least in communities next to four-wheel-drive tracks (Table 1; Fig. 3). The exotic species richness of interior communities next to paved roads was more than 50% greater than that of interior commu-

Rvsd Plan - 00006065

**Table 1. Effects of road improvement and environmental variables on exotic species richness and percent cover of selected exotic species in roadside verge and adjacent interior plant communities.[a]**

| Variable | Exotic richness, interior ($r^2 = 0.66$) | Bromus tectorum roadside ($r^2 = 0.34$) | Bromus tectorum interior ($r^2 = 0.51$) | Salsola iberica roadside ($r^2 = 0.23$) | Salsola iberica interior ($r^2 = 0.44$) | Sisymbrium altissimum, roadside ($r^2 = 0.47$) | Erodium cicutarium, roadside ($r^2 = 0.23$) | Halogeton glomeratus, roadside ($r^2 = 0.61$) | Melilotus officinalis, roadside ($r^2 = 0.42$) |
|---|---|---|---|---|---|---|---|---|---|
| Road improvement | 0.04 (+) | 0.005 (+) | 0.0009 (+) | 0.04 (+) | 0.06 (+) | 0.04 (+) | 0.04 (+) | 0.02 (+) | 0.02 (−) |
| Elevation (m) | — | — | 0.03 (+) | — | — | — | — | — | 0.04 (+) |
| Aspect (degrees) | 0.04 (−) | — | — | — | — | — | — | 0.001 (+) | — |
| Slope (%) | — | — | — | — | 0.05 (−) | — | — | — | — |
| Biological soil crust[b] | 0.004 (−) | — | 0.02 (−) | — | 0.03 (−) | — | — | 0.01 (−) | 0.10 (−) |
| Rock[b] | — | — | — | — | — | — | — | — | — |
| Stipa comata[b] | — | — | — | — | — | — | — | — | — |
| Sarcobatus vermiculatus[b] | 0.02 (+) | — | — | — | 0.002 (+) | — | — | 0.01 (+) | — |
| Artemisia tridentata[b] | — | — | — | — | — | — | — | — | — |
| Atriplex canescens[b] | — | — | — | — | — | — | — | — | — |
| Coleogyne ramosissima[b] | 0.003 (−) | — | 0.02 (−) | — | — | — | — | — | — |
| Pinus edulis[b] | 0.0001 (−) | — | 0.0001 (−) | — | 0.004 (−) | 0.06 (−) | — | — | 0.005 (+) |
| Juniperus osteosperma[b] | — | — | — | — | 0.01 (+) | — | — | — | — |

[a] Numbers reported are p values from analyses of covariance and illustrate variables that remained significant after compensating for the listed covariates. Sign illustrates the direction of significant relationships between response and independent variables. Only statistically significant p values are reported.

[b] Biological soil crust, rock, and species reflect cover values (%).

nities adjacent to four-wheel-drive tracks (Table 1; Fig. 2). There was no effect of road improvement on the cover of *S. comata*, *S. hymenoides*, or *H. jamesii* (Table 2; Fig. 4). Native species richness was significantly greater in interior communities next to graded roads and four-wheel-drive tracks than next to paved and improved surface roads (Table 2; Fig. 2).

The width of roadside verges was greatest adjacent to paved roads and least adjacent to four-wheel-drive tracks (Fig. 5). This effect remained significant ($p < 0.0001$) after environmental variation was accounted for. Exotic species richness ($r = 0.34$, $p = 0.02$) and the cover of Bromus ($r = 0.48$, $p = 0.001$) and Salsola ($r = 0.41$, $p = 0.007$) in interior communities were significantly positively correlated with the width of adjacent roadside verges. Native species richness in interior communities was significantly negatively correlated ($r = -0.50$, $p = 0.0007$) with the width of adjacent roadside verges; these relationships remained significant after environmental variation was accounted for. The cover of *S. comata*, *S. hymenoides*, and *H. jamesii* in interiors was not correlated with the width of roadside verges.

## Environmental Correlates of Exotic Species Richness and Cover

### ROADSIDE VERGES

In roadside verges, exotic and native species cover tended to be correlated with few environmental variables (Tables 1 & 2). *Sisymbrium* cover was marginally negatively correlated with the cover of *Pinus* in the adjacent interior community. The cover of *Halogeton* was positively correlated with aspect (relative to north) and the cover of *Sarcobatus* and negatively correlated with biological soil crust cover in the adjacent interior community. The cover of *Melilotus* was positively correlated with elevation and *Pinus* cover and marginally negatively correlated with the cover of biological soil crust in the interior community. The percent cover of *Erodium* and *Salsola* in roadside verges was not correlated with any environmental variables. The cover of exotic species tended to be greater in roadside verges than in adjacent interior communities (Figs. 3 & 4).

The cover of *S. comata* in roadsides was strongly positively correlated with its cover in interiors (Table 2). The cover of *S. hymenoides* was positively correlated with the cover of *S. comata* and Juniperus in interiors. The cover of *Hilaria* was positively correlated with elevation, negatively correlated with the cover of *Pinus*, and marginally negatively correlated with the cover of *Atriplex*. The cover of native species tended to be greater in interior communities than in roadside verges (Figs. 3 & 4).

### INTERIOR COMMUNITIES

The cover of the exotics *Bromus* and *Salsola* and the natives *S. comata* and *S. hymenoides* were significantly

Rvsd Plan 000006066



*Figure 2. Exotic and native species richness in interior communities along paved, improved-surface, graded, and four-wheel-drive (4WD) roads. Error bars represent 1 SE. Different letters indicate significant differences ( $p < 0.05$ ) among levels of road improvement in Tukey's honest significant difference multiple-range tests; overall significance of effects indicated by analysis of covariance (Tables 1 & 2).*

correlated with more environmental variables in interior communities than in roadside verges (Tables 1 & 2). Exotic species richness was negatively correlated with aspect and the cover of biological soil crust, Pinus, and Coleogyne and positively correlated with the cover of Sarcobatus (Table 1). The cover of *Bromus* was negatively correlated with the cover of biological soil crust, *Pinus*, and *Coleogyne* and positively correlated with elevation. The cover of *Salsola* was negatively correlated with slope steepness and the cover of biological soil crust, *Pinus*, and *Atriplex*, whereas it was positively correlated with the cover of *Sarcobatus* and *Juniperus*. Exotic species richness and the cover of *Bromus* were inversely correlated ( $p < 0.05$ ) with native species richness. When we compensated for environmental variation, however, there was no effect of native species richness on exotic species richness or cover.

Native species richness was positively correlated with the cover of biological soil crust and *S. comata* and marginally positively correlated with slope steepness (Table 2). The cover of *S. comata* was significantly positively correlated with the cover of biological soil crust and inversely correlated with the cover of Sarcobatus and Pinus. The cover of *S. hymenoides* was negatively correlated with the cover of Sarcobatus, and the cover of *Hilaria* was significantly negatively correlated with the cover of Juniperus.

## Discussion

Roadside verges adjacent to paved and improved surface roads contained a greater cover of both exotic and native species than verges adjacent to four-wheel-drive tracks. Interior communities adjacent to paved and improved surface roads contained a greater richness and cover of exotic species and lower richness and cover of native species than interior sites adjacent to four-wheel-drive tracks. Our results therefore indicate that the effect of road improvement differs between roadside verges and adjacent interior communities. In roadside verges, the improvement gradient from four-wheel-drive tracks to paved roads corresponded with increasing cover of both exotic and native species. But in interior communities, improvement of adjacent roads corresponded with greater cover and richness of exotic species and lower richness of native species. These results persisted when we included in our models a large number of environmental covariates, representing such potentially confounding factors as topography, disturbance, rockiness, and cover of dominant native grass, shrub, and tree species. Our findings are consistent with the idea that the effect of road improvement on plant cover and richness is due to factors associated with road construction, road maintenance, and vehicle traffic, not to differences in site characteris-

Rvsd Plan - 00006067



*Figure 3.  Percent cover of* Bromus tectorum *and selected exotic forb species in roadside and interior communities along paved, improved-surface, graded, and four-wheel-drive (4WD) roads. Error bars represent 1 SE. Different letters (ab for roadside verges, ABC for interior communities) indicate significant differences (* $p < 0.05$*) among levels of road improvement in Tukey's HSD multiple-range tests; overall significance of effects indicated by analysis of covariance (Table 1).*

tics. It thus appears that improvement of four-wheel-drive tracks increases the richness and cover of exotic species and reduces the richness of native species in adjacent interior ecosystems.

Of the nine species we examined, seven were most abundant in verges adjacent to paved roads. In contrast, all exotic species were least abundant or showed <1% cover in verges adjacent to four-wheel-drive tracks. Of these exotics, *Bromus* and *Halogeton* pose a major threat to native species and ecosystem processes (Billings 1990; BLM 1999). Native species also showed their greatest cover in the most improved roadsides, suggesting that in these semiarid roadside verges, native cover is too sparse to limit the establishment of introduced exotic species.

Although we did not measure exotic species richness and cover in sites with no roads as a control, we observed anecdotally that sites isolated (>1000 m) from roads tended to contain fewer exotic species than sites near (<50 m from) roads, a situation that Gelbard and Harrison (in press) have since documented in Califor-

nia grasslands. Both the construction of new roads and the improvement of existing roads appear to be important factors in the ongoing spread of exotic plants throughout this landscape.

We found a significant effect of road improvement on both exotic and native species richness in interior communities 50 m beyond the edge of the road cut, suggesting that road improvement influences the distribution of both exotic and native species in lands beyond the influence of roadside disturbance. Exotic species richness tended to be greater and native species richness tended to be lower next to more improved roads, although we caution that our measurements of richness were a snapshot. We surveyed each site only once during a year of below-normal spring precipitation and therefore probably underestimated richness, especially of native annuals.

In addition to the effects of road improvement, numerous environmental covariates showed significant correlations with the cover of exotic and native species in roadside verges and, especially, with the cover and richness of exotic and native species in interior communities. For



*Figure 4. Percent cover of selected native grass species in roadside and interior communities along paved, improved-surface, graded, and four-wheel-drive (4WD) roads. Error bars represent 1 SE. Different letters (ab for roadside verges, AB for interior communities) indicate significant differences (p < 0.05) among levels of road improvement in Tukey's HSD multiple-range tests; overall significance of effects indicated by analysis of covariance (Table 2).*

the most part, these patterns are consistent with the findings of previous studies (e.g., Stohlgren et al. 2001). For example, in interior communities there was a general tendency for exotic species to be less prevalent on sites containing greater biological soil-crust cover. They were also less prevalent at sites with higher cover of *Coleogyne* and *Pinus*, whose presence serves as an indica-

tor of shallow or coarse soils (West 1983). Communities containing high cover of Sarcobatus, an indicator of saline soils with a shallow water table (West 1983), also tended to contain high richness and cover of exotic species, especially of Salsola and the halophyte *Halogeton*. These findings indicate that the ability of an invasive species to spread from a roadside depends on the soil

**Table 2.**   Effects of road improvement and environmental variables on native species richness and percent cover of selected native species in roadside verge and adjacent interior plant communities.[a]

| Variable | Native richness interior ($r^2 = 0.51$) | Stipa comata roadside ($r^2 = 0.55$) | Stipa comata interior ($r^2 = 0.45$) | Stipa hymenoides roadside ($r^2 = 0.46$) | Stipa hymenoides interior ($r^2 = 0.21$) | Hilaria jamesii roadside ($r^2 = 0.37$) | Hilaria jamesii interior ($r^2 = 0.20$) |
|---|---|---|---|---|---|---|---|
| Road improvement | 0.006 (−) | 0.002 (+) | — | — | — | 0.09 (+) | — |
| Elevation (m) | — | — | — | — | — | 0.02 (+) | — |
| Aspect (degrees) | — | — | — | . — | — | — | — |
| Slope (%) | 0.09 (+) | — | — | — | — | — | — |
| Biological soil crust[b] | 0.04 (+) | — | 0.008 (+) | — | — | — | — |
| Rock[b] | — | — | — | — | — | — | — |
| *Stipa comata*[b] | 0.01(+) | 0.0001 (+) | — | 0.06 (+) | — | — | — |
| *Artemisia tridentata*[b] | — | — | — | — | — | — | — |
| *Sarcobatus vermiculatus*[b] | — | — | 0.004 (−) | — | 0.07 (−) | — | — |
| *Atriplex canescens*[b] | — | — | — | — | — | 0.08 (−) | — |
| *Coleogyne ramosissima*[b] | — | — | — | — | — | — | — |
| *Pinus edulis*[b] | — | — | 0.04 (−) | — | — | 0.01 (−) | — |
| *Juniperus utahensis*[b] | — | — | — | 0.03 (+) | — | — | 0.03 (−) |

[a]*Numbers reported are* p *values from analyses of covariance and illustrate variables that remained significant after compensating for the listed covariates. Sign illustrates the direction of significant relationships between response and independent variables. Only statistically significant values are reported.*
[b]*Biological soil crust, rock, and species reflect cover values (%).*

Rvsd Plan - 00006069



*Figure 5.  Width of roadside verges ( for both sides of the road) among levels of road improvement (4WD, four-wheel-drive). Error bars represent 1 SE. Different letters indicate significant differences ( p < 0.05) among levels of road improvement in Tukey's HSD multiple-range test; overall significance of effect indicated by analysis of covariance.*

characteristics of the adjacent community: if they are favorable for invaders present in the roadside and soils are disturbed, an invasion will generally occur ( Williamson & Harrison 2002).

Overall, the factor that most consistently and significantly exerted an effect on the cover of exotic species within roadside verges was the level of road improvement. It is not surprising that this factor exerted the greatest relative influence on roadside plant community composition because the level of road improvement serves as an indicator of the frequency of exotic plant seed introductions by vehicles and roadfill, the frequency of disturbances to native vegetation and soils by vehicles and road maintenance, the soil depth of the roadside, altered soil chemistry or texture of roadside fill, and the amount of water movement into the roadside. In addition, our results suggest a possible area effect: the larger size of roadside verges along more improved roads may support greater cover of both exotic and native species.

On the other hand, the factors that exerted the most consistent and significant negative effect on the richness and cover of exotic species in interior communities were biological soil-crust cover and, especially, the cover of dominant plants that are indicators of shallow, rocky, and infertile soils ( West 1983). The cover of both *Pinus* and *Coleogyne* was strongly negatively correlated with

exotic species richness and cover, suggesting that interior communities near roads are less vulnerable to invasion where soils are characterized by low moisture availability, shallow depth, and/or low nutrient levels (Safford & Harrison 2001; Williamson & Harrison 2002). The cover of Pinus was also inversely correlated with the cover of the native grass *S. comata*, which supports the idea that communities containing a low abundance of native species may be resistant to invasion (Stohlgren et al. 2001).

We found a significant negative relationship between the richness of native species and the richness and cover of exotic species in interior communities, but this effect was not significant when environmental variation was accounted for. In contrast to other studies (e.g., Tilman 1997; Anderson & Inouye 2001), our results do not provide evidence for an effect of native species on the richness or cover of exotic species. Rather, they support the idea that, at larger spatial scales, relationships between native and exotic species richness may correspond with environmental variation (Levine 2000). In these semiarid communities, native perennial plants are widely spaced and have roots deep in the soil profile (Belnap & Phillips 2001) and thus may leave sufficient surface moisture available to be used by an exotic annual if it can become established. In a sagebrush steppe landscape, however, Anderson and Inouye (2001) found no relationship between native and exotic species richness but instead found a negative relationship between the total cover of native species and the richness of exotic species. The scale of our study may have been too coarse to detect a biotic effect of native species on exotic species (Levine 2000).

Biological soil-crust cover was negatively correlated with exotic species richness and the cover of *Bromus* and *Salsola* but positively correlated with native species richness and the cover of *S. comata*. This relationship may indicate a direct facilitation of native species and exclusion of non-native species by biological soil crusts. In addition, because biological soil crusts are readily destroyed by trampling or vehicles, they can be used as a surrogate measure for soil surface disturbance. As such, they suggest a positive relationship between soil surface disturbance and exotic species richness and cover and a negative relationship between disturbance and native species richness and cover. These findings agree with those of Stohlgren et al. (2001), who observed a strong inverse correlation between exotic species richness and cover of biological soil crust. One implication of this finding is that plant communities near roads experiencing more disturbance and/or having less biological soil crust cover are more vulnerable to invasion. Another implication is that biological soil crusts may act as a physical or chemical barrier to the establishment and growth of some exotic species and in turn may help protect native species ( Mack 1989; Kaltenecker et al. 1999; Belnap et al. 2001; Stohlgren et al. 2001). As with the effect of

road improvement, our findings suggest that these effects may be most pronounced in communities that are sufficiently invasible to allow exotic invaders to become established, spread, and suppress native reproduction (Harris 1967; Billings 1990) or alter ecosystem processes (Billings 1990; BLM 1999). Experiments are clearly needed to determine the causes and implications of these patterns.

Exotic plants do not always spread from invaded roadside corridors, even when their seeds are readily available from the roadside and when adjacent interior communities are disturbed. Physical site factors related to soils and topography must first be favorable before an exotic plant invasion can occur. In semiarid landscapes, resource-poor soils appear to be most resistant to invasion (Belnap & Phillips 2001; Safford & Harrison 2001; Stohlgren et al 1999, 2001; Williamson & Harrison 2002). This contrasts with the findings of studies in more mesic ecosystems (Tilman 1997).

Also intriguing was the effect of roadside verge width, which was largely a function of road improvement. The width of roadside verges was strongly positively correlated with exotic species richness and the cover of Bromus and Salsola in interior communities and strongly negatively correlated with native species richness in interior communities. This highly significant relationship between road improvement, roadside verge width, and exotic plant invasion in interior communities may be explained in part by an area effect (Connor & McCoy 1979): wider roadsides create more disturbed habitat in which native vegetation has been removed. In turn, these larger roadsides may support more individuals of an exotic species, and these larger populations of roadside weeds may be more likely to survive, reproduce, and spread into interior communities as a result of greater pollen availability, seed production, and genetic diversity (Barret 2000).

It is likely, however, that factors that we did not measure contributed to the relationship between road improvement, roadside verge width, and exotic plant invasions. First, more-improved roads with wider roadside verges may be more likely to act as moisture reservoirs than unsealed primitive roads by reducing evaporation from beneath roads and by concentrating infiltration into roadside verges (Johnson et al. 1975; Holzaphel & Schmidt 1990). More-improved roads also receive more seed introductions, seedbed alterations, and disturbance by vehicle traffic and road-maintenance operations, and their verges may contain deeper, finer textured, or more fertile soils as a result of roadfill additions (Greenberg et al. 1997). In addition, road designs and maintenance operations may increase both exotic and native species richness and cover by creating multiple habitat zones within verges, and different zones may support different species (Frenkel 1970; Bugg et al. 1997). In some cases, more-improved roads may be older than primitive roads, and the vegetation adjacent to them may therefore have

been subjected to disturbance and the introduction of exotic plant seeds for a longer period of time. Unfortunately, data on traffic levels, road-maintenance schedules, road design and age, and time since last improvement were available only for paved roads and thus could not be considered.

## Conclusions and Management Implications

We have demonstrated that as roads are improved from four-wheel-drive tracks to paved roads, the verges adjacent to them tend to become wider and to contain an increasing cover of exotic plant species. Each step of road improvement would appear to convert an increasing area of natural habitat to roadside habitat, a finding with considerable implications when extrapolated to the landscape scale. For example, our results suggest that improving 10 km of four-wheel-drive tracks to paved roads converts an average of 12.4 ha of interior habitat to roadside plant communities that typically contain a substantially greater richness and cover of exotic species than the habitat that they replace as land cover. The 117,205 km of rural paved roads in the state of Utah alone (U.S. Department of Transportation 1999) may have already converted as much as 164,087 ha of land from interior to roadside plant communities. Thus, road improvement can be considered a major agent of land-cover change, converting natural habitat to roadside habitat that tends to be highly invaded and may act as a conduit for the invasion of adjacent interior ecosystems (Tyser & Worley 1992; Forman 2000).

Because Gelbard (1999) observed similar patterns in Grand Staircase Escalante National Monument in south-central Utah and Great Basin National Park in eastern Nevada, we speculate that these effects may apply to other semiarid landscapes. Clearly, roads should be considered important targets of both local and regional efforts to prevent and control exotic plant invasions. The process of deciding whether and how to improve, build, or maintain a road must include consideration of effects on the spread of exotic plants.

One positive finding of our study is that the prevention of invasion in this semiarid landscape, still the best tool for effective weed management (e.g., Hobbs & Humphries 1995; Mack et al. 2000), remains a viable option in many areas. For example, aside from Bromus and exotic grasses intentionally introduced in the past, we recorded the majority of exotic plants within roadside verges and other disturbed lands such as chainings and areas near livestock water sources and salt licks. In the case of some species such as Salsola and Sisymbrium, this suggests a low potential for spread away from roads. For species demonstrated to have greater potential to

Rvsd Plan - 00006071

spread, such as *Bromus* and knapweeds (Billings 1990; Tyser & Worley 1992), our findings suggest that major opportunities remain to prevent exotic plant invasions in this semiarid landscape by minimizing the construction of new roads and the improvement of existing roads.

Where such activities are necessary, the spread of exotic plants can be reduced if road designers take appropriate measures such as minimizing the soil depth of roadside verges, using coarse, infertile soil as roadfill to create a poor seedbed for exotic species, building roads through more-resistant community types, and reestablishing native vegetation along roads after construction (Bugg et al. 1997). Road-maintenance measures such as mowing, grading, and herbicide application should be timed carefully to maximize their detrimental effects on exotic plants and minimize those on native plants (Benefield et al. 1999).

Management efforts to prevent or slow the spread of exotic plants into and away from roadsides should include preventing and minimizing soil-surface disturbance in interior habitats adjacent to roads (e.g., Belnap et al. 2001) and must recognize that communities characterized by high resource availability (i.e., deep, silty, or otherwise fertile soils) are particularly vulnerable to disturbance and invasion. It would also be helpful if data on exotic plants were collected during roadside maintenance and weed-control efforts to monitor the effects of different management strategies on exotic plant invasions. This would allow for adaptive management in which roadside-maintenance activities could be experimentally manipulated to work toward decreasing both the susceptibility of roadside habitats to invasion and the likelihood that roadside invasions will spread into adjacent natural ecosystems.

## Acknowledgments

We thank S. Harrison, T. J. Stohlgren, M. Hoopes, B. Inouye, D. Peters, R. Hobbs, and four anonymous reviewers for helpful reviews of early drafts of this paper; D. Urban as J.L.G's primary advisor during work on a Master's degree in environmental management; P. Halpin and P. Harrel for assistance with the geographic information system; S. Phillips for field advice and equipment; and C. Schelz of Canyonlands National Park for a research permit and help in identifying difficult plant specimens. We received support from Edna Baily Sussman Fund, Great Basin National Park, and Sigma Xi.

## Literature Cited

Anderson, J. E., and R. S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs **71:**531–556.

Barret, S. 2000. Microevolutionary influences of global change on plant invasions. Pages 115–140 in H. A. Mooney and R. J. Hobbs, editors. Invasive species in a changing world. Island Press, Washington, D.C.

Belnap, J., and O. L. Lange. 2001. Biological soil crusts: structure, function and management. Springer-Verlag, Berlin.

Belnap, J., and S. L. Phillips. 2001. Soil biota in an ungrazed grassland: response to annual grass (*Bromus tectorum*) invasion. Ecological Applications **11:**1261–1275.

Belnap, J., J. H. Kaltenecker, R. Rosentreter, J. Williams, S. Leonard, and D. Eldridge. 2001. Biological soil crusts: ecology and management. BLM technical reference 1730-2. National Applied Resource Science Center, U.S. Bureau of Land Management, Denver, Colorado.

Belsky, A. J., and J. L. Gelbard. 2000. Livestock grazing and weed invasions in the arid West. Oregon Natural Desert Association, Bend.

Benefield, C. B., J. M. DiTomaso, G. B. Kyser, S. B. Orloff, K. R. Churches, D. B. Marcum, and G. A. Nader. 1999. Success of mowing to control yellow starthistle depends on timing and plant's branching form. California Agriculture **53:**17–21.

Billings, W. D. 1990. Bromus tectorum, a biotic cause of ecosystem impoverishment in the Great Basin. Pages 301–322 in G. M. Woodwell, editor. The earth in transition: patterns and processes of biotic impoverishment. Cambridge University Press, New York.

Bugg, R. L., C. S. Brown, and J. H. Anderson. 1997. Restoring native perennial grasses to rural roadsides in the Sacramento Valley of California: establishment and evaluation. Restoration Ecology **5:**214–228.

Cale, P., and R. Hobbs. 1991. Condition of roadside vegetation in relation to nutrient status. Pages 353–362 in D. A. Saunders and R. J. Hobbs, editors. Nature conservation 2: the role of corridors. Surrey Beatty, and Sons, Chipping Norton, New South Wales, Australia.

Connor, E. F., and E. D. McCoy. 1979. The statistics and biology of the species-area relationship. The American Naturalist **112:**127–154.

Daubenmire, R. F. 1959. A canopy-coverage method of vegetation analysis. Northwest Science **33:**43–64.

Forman, R. T. T. 2000. Estimate of the area affected ecologically by the road system in the United States. Conservation Biology **14:**31–35.

Forman, R. T. T., and L. Alexander. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics **29:**207–231.

Frenkel, R. E. 1970. Ruderal vegetation along some California roadsides. University of California Press, Berkeley.

Gelbard, J. L. 1999. Multiple scale causes of exotic plant invasions in the Colorado Plateau and Great Basin, U.S.A. Master's project. Nicholas School of the Environment, Duke University, Durham, North Carolina.

Gelbard, J. L., and S. Harrison. In press. Roadless habitats as refuges for native grassland diversity: interactions with soil type, aspect, and grazing. Ecological Applications.

Greenberg, C. H., S. H. Crownover, and D. R. Gordon. 1997. Roadside soil: a corridor for invasion of xeric scrub by nonindigenous plants. Natural Areas Journal **17:**99–109.

Harris, G. A. 1967. Some competitive relationships between Agropyron spicatum and Bromus tectorum. Ecological Monographs **37:**90–111.

Hobbs, R. J., and L. F. Huenneke. 1992. Disturbance, diversity, and invasion: implications for conservation. Conservation Biology **6:**324–337.

Hobbs, R. J., and S. E. Humphries. 1995. An integrated approach to the ecology and management of plant invasions. Conservation Biology **9:**761–770.

Holzapfel, C., and W. Schmidt. 1990. Roadside vegetation along transects in the Judean desert. Israel Journal of Botany **39:**263–270.

Johnson, H. B., F. C. Vasek, and T. Yonkers. 1975. Productivity, diversity, and stability relationships in Mojave Desert roadside vegetation. Bulletin of the Torrey Botanical Club **102:**106–115.

Kaltenecker, J. H., M. C. Wicklow-Howard, and M. Pellant. 1999. Biological soil crusts: natural barriers to *Bromus tectorum* L. establishment. I. The northern Great Basin, U.S.A. Pages 109–111 in D. Eldridge and D. Freudenberger, editors. People and rangelands building the future. Proceedings of the sixth International Rangeland Congress. Volume 1. International Rangeland Congress, Townsville, Queensland, Australia.

Kindschy, R. R. 1994. Pristine vegetation of the Jordan Crater kipukas:

Rvsd Plan  000006072

1978–91. Pages 85–88 in S. B. Monsen and S. G. Kitchen, editors. Proceedings: ecology and management of annual rangelands. General technical report INT-GTR-313. U.S. Forest Service, Intermountain Research Station, Ogden, Utah.

Larson, D. L., P. J. Anderson, and W. Newton. 2001. Alien plant invasion in mixed-grass prairie: effects of vegetation type and anthropogenic disturbance. Ecological Applications **11:**128–141.

Levine, J. M. 2000. Species diversity and biological invasions: relating local process to community pattern. Science **288:**852–854.

Lonsdale, W. M., and L. A. Lane. 1994. Tourist vehicles as vectors of weed seeds in Kakadu National Park, northern Australia. Biological Conservation **69:**277–283.

Mack, R. N. 1989. Temperate grasslands vulnerable to plant invasions: characteristics and consequences. Pages 155–179 in J. A. Drake, H. A. Mooney, F. Di Castri, R. H. Groves, F. J. Kruger, M. Rejmanek, and M. Williamson, editors. Biological invasions: a global perspective. Wiley, Chichester, United Kingdom.

Mack, R. N., D. Simberloff, W. M. Lonsdale, H. Evans, M. Clout, and F. A. Bazzaz. 2000. Biotic invasions: causes, epidemiology, global consequences, and control. Ecological Applications **10:**689–710.

National Geographic Maps. 1997. Canyonlands and Arches National Parks. National Geographic Society, Washington, D.C.

Parendes, L. A., and J. A. Jones. 2000. Role of light availability and dispersal in exotic plant invasion along roads and streams in the H.J. Andrews Experimental Forest, Oregon. Conservation Biology **14:**64–75.

Roché, B. F., Jr. C. R. Roché, and R. C. Chapman. 1994. Impacts of grassland habitat on Yellow starthistle (*Centaurea solstitialis* L.) invasion. Northwest Science **68:**86–96.

SAS Institute. 2000. JMPin. Version 4.0.3. SAS Institute, Cary, North Carolina.

Safford, H. D., and S. P. Harrison. 2001. Grazing and substrate interact to affect native vs. exotic diversity in roadside grasslands. Ecological Applications **11:**1112–1122.

Schmidt, W. 1989. Plant dispersal by motor cars. Vegetatio **80:**147–152.

Stohlgren, T. J., D. Binkley, G. W. Chong, M. A. Kalkhan, L. D. Schnell, K. A. Bull, Y. Otsuki, G. Newman, M. Bashkin, and Y. Son. 1999. Exotic plant species invade hot spots of native plant diversity. Ecological Monographs **69:**25–46.

Stohlgren, T. J., Y. Otsuki, C. A. Villa, M. Lee, and J. Belnap. 2001. Patterns of plant invasions: a case example in native species hotspots and rare habitats. Biological Invasions **3:**37–50.

Tilman, D. 1997. Community invasibility, recruitment limitations and grassland biodiversity. Ecology **78:**81–91.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology **14:**18–30.

Tyser, R. W., and C. A. Worley. 1992. Alien flora in grasslands adjacent to road and trail corridors in Glacier National Park, Montana (U.S.A.). Conservation Biology **6:**253–262.

Tyser, R. W., J. M. Asebrook, R. W. Potter, and L. L. Kurth. 1998. Roadside revegetation in Glacier National Park, U.S.A.: effects of herbicide and seeding treatments. Restoration Ecology **6:**197–206.

U.S. Bureau of Land Management (BLM). 1999. Out of ashes, an opportunity: the Great Basin restoration initiative. BLM Office of Fire & Aviation, Boise, Idaho.

U.S. Department of Transportation. 1999. Highway statistics: 1999. Office of Highway Information Management, Federal Highway Administration, Washington, D.C.

Welsh, S. L., N. D. Atwood, S. Goodrich, and L. C. Higgons, editors. 1993. A Utah flora. Print Services, Brigham Young University, Provo, Utah.

West, N. E., editor. 1983. Ecosystems of the world 5: temperate deserts and semi-deserts. Elsevier Scientific Publishing, Amsterdam.

Williamson, J., and S. Harrison. 2002. Biotic and abiotic limits of the spread of exotic revegetation species. Ecological applications **12:**40–51.



Rvsd Plan - 00006073

Copyright © 2003 by the author(s). Published here under licence by The Resilience Alliance.
Loucks, C., N. Brown, A. Loucks, and K. Cesareo. 2003. USDA Forest Service roadless areas: potential
biodiversity conservation reserves. Conservation Ecology 7(2): 5. [online] URL:
http://www.consecol.org/vol7/iss2/art5



*Report*

# USDA Forest Service Roadless Areas: Potential Biodiversity Conservation Reserves

*Colby Loucks*[1], *Nicholas Brown*[2], *Andrea Loucks*[3], and *Kerry Cesareo*[1]

ABSTRACT. In January 2001, approximately $23 \times 10^6$ ha of land in the U.S. National Forest System were slated to remain roadless and protected from timber extraction under the *Final Roadless Conservation Rule*. We examined the potential contributions of these areas to the conservation of biodiversity. Using GIS, we analyzed the concordance of inventoried roadless areas (IRAs) with ecoregion-scale biological importance and endangered and imperiled species distributions on a scale of 1:24,000. We found that more than 25% of IRAs are located in globally or regionally outstanding ecoregions and that 77% of inventoried roadless areas have the potential to conserve threatened, endangered, or imperiled species. IRAs would increase the conservation reserve network containing these species by 156%. We further illustrate the conservation potential of IRAs by highlighting their contribution to the conservation of the grizzly bear (*Ursos arctos*), a wide-ranging carnivore. The area created by the addition of IRAs to the existing system of conservation reserves shows a strong concordance with grizzly bear recovery zones and habitat range. Based on these findings, we conclude that IRAs belonging to the U.S. Forest Service are one of the most important biotic areas in the nation, and that their status as roadless areas could have lasting and far-reaching effects for biodiversity conservation.

## INTRODUCTION

In January 2001, the Clinton administration promulgated its *Roadless Area Conservation Rule,* which states that 237,000 km² of inventoried roadless areas (IRAs) within the U.S. National Forest System will remain roadless and protected from timber extraction (USDA Forest Service 2000). These lands represent 31% of the National Forest System or 2.5% of the total U.S. land base (DeVelice and Martin 2001). They would increase the amount of strictly protected land area in the United States in IUCN categories I–III from 4.8 to 8.5%. Beyond these most basic statistics, few studies have analyzed the potential contribution of IRAs to biodiversity conservation (Martin et al. 2000, DeVelice and Martin 2001).

DeVelice and Martin (2001) assessed the extent to which IRAs could contribute to building a representative network of conservation reserves in the United States. Using ecoregions as their unit of analysis (Ricketts et al. 1999), they found that IRAs could potentially expand ecoregional representation, increase the area of reserves at lower elevations, and increase the size of conservation areas to provide refuge for wide-ranging species. However, in their assessment they did not evaluate the contribution of IRAs toward the conservation of biodiversity and populations of specifically threatened, endangered, or imperiled species.

The lands belonging to the USDA Forest Service contain more than 80% of mammal and reptile species and more than 90% of the bird, amphibian, and fish species in the United States, including many that have been extirpated from large portions of their presettlement ranges (USDA Forest Service 1997). According to the NatureServe database, more than 1400 of these species have been designated as threatened and endangered (TE) species under the *Endangered Species Act* (ESA). The *Forest Service Roadless Area Final Environmental Impact Statement* identified approximately 400 TE or proposed species found on USDA Forest Service land and an estimated 220 (55%) that are directly or indirectly associated with IRAs (USDA Forest Service 2000). IRAs provide or influence designated critical habitat for at least 30 of these species (USDA Forest Service 2000).

However, the ESA list is not a complete listing of imperiled species. There are numerous species that are globally rare or threatened with extinction but for

[1]World Wildlife Fund; [2]NatureServe; [3]Pinchot Institute

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

various reasons do not appear on the ESA TE species list. Many of these species also occur on USDA Forest Service land. To fill this gap, we supplemented the TE species list with species categorized as critically imperiled or imperiled according to NatureServe's central database.

The objective of this paper is to assess three critical questions associated with IRAs:

Is there a high concordance between IRAs and ecoregions of particular biodiversity values?

Do IRAs overlap with threatened, endangered, or imperiled species?

Is there potential for IRAs to assist in the conservation of wide-ranging species, such as the threatened grizzly bear (*Ursos arctos horribilis*), in the conterminous United States?

## METHODS

We obtained the spatial coverages of the inventoried road areas (IRAs) in vector format from the roadless area conservation Web site (Table 1).

**Fig. 1.** Overlap of USDA Forest Service inventoried roadless areas (IRAs) with ecoregions that contain USDA Forest Service lands. The bold line indicates the separation of IRAs into three geographic regions: east, west, and Alaska.



1. Appalachian-Blue Ridge Forests
2. Appalachian Mixed Mesophytic Forests
3. Southeastern Mixed Forests
4. Southeastern Conifer Forests
5. Florida Sand Pine Scrub
6. Central US Hardwood Forests
7. Ozark Mountain Forests
8. Piney Woods Forests
9. Middle Atlantic Coastal Forests
10. New England-Acadian Forests
11. Western Great Lakes Forests
12. Allegheny Highlands Forests
13. Northern Tall Grasslands
14. British Columbia Mainland Coastal Forests
15. Central Pacific Coastal Forests
16. Klamath-Siskiyou Forests

17. Northern California Coastal Forests
18. Sierra Nevada Forests
19. Madrean Sky Islands Montane Forests
20. California Interior Chaparral & Woodlands
21. California Montane Chaparral & Woodlands
22. California Coastal Sage & Chaparral
23. Sonoran Desert
24. Arizona Mountains Forests
25. Palouse Grasslands
26. Western Short Grasslands
27. Colorado Plateau Shrublands
28. Mojave Desert
29. North Central Cascades Forests
30. Central and Southern Cascades Forests
31. Eastern Cascades Forests
32. Blue Mountains Forests

33. Great Basin Montane Forests
34. South Central Rockies Forests
35. Wasatch and Uinta Montane Forests
36. Colorado Rockies Forests
37. Snake-Columbia Shrub Steppe
38. Great Basin Shrub Steppe
39. Okanogan Forests
40. Cascade Mountains Leeward Forests
41. Puget Lowland Forests
42. Montana Valley and Foothill Grasslands
43. Northwestern Mixed Grasslands
44. Wyoming Basin Shrub Steppe
45. Northern Pacific Coastal Forests
46. Pacific Coastal Mountain Tundra & Ice Fields

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

**Table 1.** Data sources. All data web data sources were accessed in February 2001.

| Database name | Source |
|---|---|
| USDA Forest Service roadless area database | http://roadless.fs.fed.us/documents/feis/data/gis/coverages/index.shtml |
| World Wildlife Fund ecoregions database | Ricketts et al. 1999 |
| NatureServe central databases | NatureServe |
| Protected areas database | Conservation Biology Institute and World Wildlife Fund |
| Grizzly bear recovery area boundaries | U.S. Fish and Wildlife Service and University of Montana |

## Ecoregions

As seen in Fig. 1 and Table 1, we evaluated the potential benefit of IRAs for biodiversity conservation using the ecoregions and biological importance rankings provided in Ricketts et al. (1999). Using ArcView 3.2, we combined the IRAs and ecoregion coverages, both in vector format. To facilitate interpretation, we separated our analysis into three geographic regions, i.e., the eastern United States, the western United States, and Alaska, following the methodology used by DeVelice and Martin (2001).

Ricketts et al. (1999:7) defined an ecoregion as " ... a relatively large area of land or water that contains a geographically distinct assemblage of natural communities." Ecoregions were selected as the units of analysis because they integrate ecological, biological, and geographic considerations into land-use decision making and are being used to establish priorities for large-scale conservation efforts (Omernik 1995*a,b*, Ricketts et al. 1999, Groves et al. 2002). Where ecoregions extend into either Canada or Mexico, we included only those portions within U.S. boundaries for all analyses. Although we would have preferred to maintain ecoregional contiguity, the spatial nature of USDA Forest Service lands and the applicability of the *Endangered Species Act* required strict adherence to political boundaries.

Ricketts et al. (1999) classified the biological importance of each ecoregion based on species distribution, i.e., richness and endemism, rare ecological or evolutionary phenomena such as large-scale migrations or extraordinary adaptive radiations, and global rarity of habitat type, e.g., Mediterranean-climate scrub habitats. They used species distribution data for seven taxonomic groups: birds, mammals, butterflies, amphibians, reptiles, land snails, and vascular plants (Ricketts et al. 1999). Each category was divided into four rankings: globally outstanding, high, medium, and low. The rankings for each of the four categories were combined to assign an overall biological ranking to each ecoregion. Ecoregions whose biodiversity features were equaled or surpassed in only a few areas around the world were termed "globally outstanding." To earn this ranking, an ecoregion had to be designated "globally outstanding" for at least one category. The second-highest category, or continentally important ecoregions, were termed "regionally outstanding," followed by "bioregionally outstanding" and "nationally important" (Ricketts et al. 1999). Although our analyses focused on those ecoregions characterized as globally and regionally outstanding, even the lowest category, nationally important, contains important biodiversity in a local context.

## Threatened, endangered, and imperiled species

Currently, public land managers are required to

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

monitor populations of threatened and endangered (TE) species and, where appropriate, develop management plans to conserve these populations and their habitat requirements (U.S. Fish and Wildlife Service 1973). Previous studies have analyzed the distribution of TE species based on counties, or boroughs in Alaska, and identified high-concentration areas of TE species and associated habitats (Dobson et al. 1997, Flather et al. 1998, Stein et al. 2000). Despite their valuable findings, these previous studies were limited by the coarse level of spatial resolution and the use of political units of disparate sizes. To avoid similar limitations with our analysis, we use data of a finer resolution to identify levels of concordance between the locations of IRAs and TE species.

The NatureServe central database (Table 1) provided the finer-resolution data for the identification of the locations of TE species. Data for this database are developed by state natural heritage programs and managed by NatureServe. Natural heritage programs have documented and tracked the occurrence of threatened, endangered, and imperiled species for nearly 30 yr (Jenkins 1985, 1988, 1996). The system assigns global conservation status ranks known as "element global ranks" or "G-RANKS" to species and communities that are intended to estimate the extent of their imperilment or vulnerability. Conservation status ranks are assigned

based on an assessment of rarity, the extent of recent decline of populations, threats, biological fragility, and other factors (Stein et al 2000). The most imperiled species and communities are ranked G1, and the most stable ones are ranked G5.

The NatureServe central database includes fields for federal ESA listing status and for global conservation status. We selected records of species that are federally listed as threatened or endangered (TE) according to the U.S. Fish and Wildlife Service or the National Marine and Fisheries Service and those that are ranked by NatureServe as critically imperiled (G1) or imperiled (G2). The output file was a vector file of 109,125 occurrences of species with G1 or G2 rankings or federal ESA listings. These occurrences were collated into 7.5-min quadrangles from the U.S. Geological Survey. The largest quadrangles, in the southern part of the United States, are 179 km². We used two data products for our analyses. The first contains only TE species (Fig. 2), and the second contains TE, G1, and G2 species (Fig. 3). The spatial resolution of the locational data varied according to the equipment and methodologies that natural heritage programs used in collecting the data. However, the maximum uncertainty for the data set was less than the area of a quadrangle grid cell.



**Fig. 2.** Threatened and endangered (TE) species distributions by the 7.5-min quadrangles of the U.S. Geological Survey.



Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

**Fig. 3.** Threatened and endangered (TE) species and critically imperiled (G1) and imperiled (G2) species distributions by the 7.5-min quadrangles of the U.S. Geological Survey.



The TE, G1, and G2 data sets demonstrate only a moderate degree of overlap. These discrepancies occur partly because the NatureServe system evaluates only biological factors, whereas species are assigned to federal listings for both scientific and political reasons. There are 75,000 occurrences of TE species, but only 27,000 are ranked G1 or G2 by the NatureServe system. Of the 1409 ESA-listed TE species in the NatureServe database, 1109 are ranked G1 or G2. Conversely, there are 5997 species ranked G1 or G2 that are not classified as TE species. Of the 61,000 occurrences of G1 and G2 species recorded in the NatureServe database, more than 33,000 occurrences lack a TE species designation. One of the reasons for the disparity between the high concordance of species but the low concordance of occurrences is the fact that certain species are wide-ranging. For example, the grizzly bear, which is a threatened species but not a G1 or G2 species, is recorded often across its wide range, so that it accounts for far more records than a narrow endemic species that is both TE and listed as G1 or G2.

The NatureServe database contains information gaps (Table 2). However, although the missing data for Idaho, Montana, and Washington are critical for the conservation of individual species, the lack of them served only to make our analysis a more conservative estimate of the potential contributions of IRAs to species conservation. There are no IRAs in Massachusetts and only one in Maine, with a total area of 24 km².

We overlaid both the TE species and TE/G1–G2 species databases with the uniquely named IRAs to identify the percentage of IRAs that contain known occurrences of TE or G1–G2 populations. In instances where multiple quadrangles containing species occurred within a single IRA unit, we erred on the conservative side and used only the quadrangle that contained the most species, i.e., we assumed that multiple quadrangles would contain the same species.

We also analyzed the relative increase in conservation reserves that IRAs would confer to TE and TE/G1–G2 species. We overlaid the TE and TE/G1–G2 databases with a conservation area database compiled by the Conservation Biology Institute and World Wildlife Fund (Table 1). This database includes all federal, state, county, and municipal public lands and some private lands. The private lands have not been systematically surveyed and do not include

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

conservation easements. We used only lands that are classified for strict biodiversity conservation, which we define as those designated as categories I–III by the IUCN. Category I is for Strict Nature Reserves/Wilderness Areas, category II covers National Parks, and category III includes National Monuments (The World Conservation Union 1978, The World Conservation Union 1994). Hereafter we refer to the areas that meet these criteria as "conservation reserves." We did not include protected-

area categories IV–VI, which allow road building, timber harvesting, and other extractive activities in our analysis. Of 78 x $10^6$ ha of National Forest land, 14 x $10^6$ ha are designated as National Wilderness Areas, and an additional 2.5 x $10^6$ ha are classified as Special Designated Areas that are IUCN category I reserves. The remaining 61.5 x $10^6$ ha of National Forest land, which are not classified as conservation reserves, are governed by periodic management plans that may allow or restrict resource uses and extraction.

**Table 2.** Gaps in data available for this study.

| State | Missing data |
|---|---|
| Idaho | Fish data |
| Maine | Animal data |
| Massachusetts | All data |
| Montana | Canada lynx, bull trout, gray wolf data |
| Washington | Most animal data |

## Grizzly bear case study

Finally, because national analyses can obscure important details of individual species, we also analyzed the potential contribution of IRAs to grizzly bears (*Ursos arctos horribilis*), specifically in relation to the regions designated as grizzly bear recovery areas by the U.S. Fish and Wildlife Service (Table 1). We overlaid these grizzly bear recovery zones with the IRAs to assess the concordance of these areas. We chose grizzly bears because they are a federally listed threatened species in the conterminous United States and require large and contiguous habitat areas to survive.

All spatial databases were in vector format and put into a common projection prior to the overlap analysis. All spatial estimates derived from our analyses were obtained by summarizing the area of overlap of the respective GIS databases. One caveat of our methodology is that the combination of multiple GIS layers may lead to the propagation of spatial errors and increased uncertainty (Flather et al. 1998, Heuvelink 1998). This concern is a generalized methodological one. Our errors are no greater or smaller than those of

any similar analysis that uses multiple spatial data from multiple sources. The TE species databases, protected areas database, and IRA coverages represent a vast collection of data from many sources. It is likely that errors are associated with each of these layers. However, most of our analyses were conducted at a sufficiently broad scale that we believe the error rate is not large enough to affect our ultimate conclusions.

## RESULTS

### Ecoregions

Across the United States, we found that more than 20% of inventoried roadless areas (IRAs) were located within ecoregions that have been classified as globally outstanding (Table 3, Fig. 4). In the eastern region, approximately 70% of the IRAs are found in globally or regionally outstanding ecoregions (Table 3, Fig. 4). More than 50% of these forests occur in two Appalachian ecoregions, the Appalachian-Blue Ridge forests and the Appalachian mixed mesophytic forests. Both are considered globally outstanding for their diverse endemic species, which range across many

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

taxa (Stephenson et al. 1993, Ricketts et al. 1999). The vast majority of the IRAs in eastern forests are less than 10.1 km² in size, and few are adjacent to existing wilderness areas (DeVelice and Martin 2001).

**Table 3.** Distribution of inventoried roadless areas (IRAs) by category of ecoregion biodiversity as per Ricketts et al. (1999). The percentage is the percentage of IRAs that fall into that particular category.

| Biodiversity category | km² | Percentage |
|---|---|---|
| Globally outstanding | 50,221 | 21.2 |
| Regionally outstanding | 12,648 | 5.4 |
| Bioregionally outstanding | 164,600 | 69.5 |
| Nationally important | 9268 | 3.9 |

**Fig. 4.** Overlap of USDA Forest Service inventoried roadless areas and ecoregions classified by biological importance (see Ricketts et al. 1999).



1. Appalachian-Blue Ridge Forests
2. Appalachian Mixed Mesophytic Forests
3. Southeastern Mixed Forests
4. Southeastern Conifer Forests
5. Florida Sand Pine Scrub
6. Central US Hardwood Forests
7. Ozark Mountain Forests
8. Piney Woods Forests
9. Middle Atlantic Coastal Forests
10. New England-Acadian Forests
11. Western Great Lakes Forests
12. Allegheny Highlands Forests
13. Northern Tall Grasslands
14. British Columbia Mainland Coastal Forests
15. Central Pacific Coastal Forests
16. Klamath-Siskiyou Forests

17. Northern California Coastal Forests
18. Sierra Nevada Forests
19. Madrean Sky Islands Montane Forests
20. California Interior Chaparral & Woodlands
21. California Montane Chaparral & Woodlands
22. California Coastal Sage & Chaparral
23. Sonoran Desert
24. Arizona Mountains Forests
25. Palouse Grasslands
26. Western Short Grasslands
27. Colorado Plateau Shrublands
28. Mojave Desert
29. North Central Rockies Forests
30. Central and Southern Cascades Forests
31. Eastern Cascades Forests
32. Blue Mountains Forests

33. Great Basin Montane Forests
34. South Central Rockies Forests
35. Wasatch and Uinta Montane Forests
36. Colorado Rockies Forests
37. Snake-Columbia Shrub Steppe
38. Great Basin Shrub Steppe
39. Okanogan Forests
40. Cascade Mountains Leeward Forests
41. Puget Lowland Forests
42. Montana Valley and Foothill Grasslands
43. Northwestern Mixed Grasslands
44. Wyoming Basin Shrub Steppe
45. Northern Pacific Coastal Forests
46. Pacific Coastal Mountain Tundra & Ice Fields

Rvsd Plan - 00006080

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

In the western region, IRAs are found predominantly in bioregionally outstanding ecoregions, with only 18% in globally or regionally outstanding ecoregions (Table 3, Fig. 4). Although globally and regionally outstanding IRAs are found mainly in the states of California, Oregon, Washington, and Arizona, the intermountain west contains most of the nation's bioregionally and nationally important IRAs. Western IRAs are on average larger than eastern IRAs, and the vast majority are adjacent to existing wilderness areas. If the IRAs were combined with the wilderness areas, the western forests would contain 34 of the 45 largest contiguous areas of strictly protected forests in the United States (DeVelice and Martin 2001).

**Table 4.** Comparison of the degree of overlap between inventoried roadless areas (IRAs) and quadranges containing threatened or endangered (TE) species or quadranges containing TE species that are also ranked as highly imperiled (G1–G2) by the IUCN. The mean number of TE or TE/G1–G2 species present in each IRA is given.

| Region | Total no. of IRA units† | No. of IRA units with TE species quadrangles (% of total) | Mean no. of species‡ | No. of IRA units with TE/G1–G2 species quadrangles (% of total) | Mean no. of species‡ |
|---|---|---|---|---|---|
| Eastern United States | 286 | 201 (70.3) | 2.1 | 228 (79.7) | 4 |
| Western United States | 2159 | 1317 (61.0) | 1.6 | 1692 (78.3) | 2.9 |
| Alaska | 150 | 2 (1.3) | 1 | 88 (58.6) | 1.3 |

†Units are defined by each named inventoried roadless area.
‡Where multiple quadrangles occurred in a single IRA unit, we used only the quadrangle with the greatest number of species.

## Threatened, endangered, and imperiled species

Of the 2595 IRA units, approximately 58% of them overlap with TE species quadrangles (Table 4). When separated into geographic regions, the IRAs in the eastern and western United States demonstrate overlaps of 70.3 and 61.0%, respectively. Of the IRAs that contain TE species, the mean number of TE species found in IRAs is highest in the east (2.1 species) and lowest in Alaska (1.0 species).

When G1–G2 species are included in the analysis, both the number of IRAs that contain TE/G1–G2 species and the mean number of species of concern found in each IRA increase (Table 4). In sum, approximately 77% of the IRAs overlap with quadrangles that contain species at risk. The Alaska region contains the largest increase in IRAs when G1–G2 species are included, increasing to 58.6 from 1.3%. The west increases to 78.3%, and the east increases to 79.7%. However, the east shows the largest increase in mean number of TE/G1–G2 species found in IRAs, increasing from 2.1 to 4.0 species (Table 4).

The IRAs could also contribute a significant amount of land area to existing conservation reserves for both TE and TE/G1–G2 species in all geographic regions (Table 5). The largest increase in area and the greatest percent increase in conservation reserves are found in the western United States, with the exception of the 100% increase from the single quadrangle in Alaska. IRAs would contribute to a 96% increase in available habitat in conservation reserves for TE species, whereas the inclusion of G1–G2 species expands that increase to 210%. Although the eastern region would see similar but more modest gains, habitat in conservation reserves in the Alaska region would increase 113% for TE/G1–G2 species (Table 5). Overall, IRAs would increase the conservation reserve network containing TE, G1, or G2 species by 156%.

Rvsd Plan - 00006081

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

**Table 5.** The concordance of occurrences of threatened or endangered (TE) species or of TE species that are also classified as highly imperiled (G1–G2) by the IUCN with the existing conservation reserve network (IUCN I–III) and inventoried roadless areas (IRAs).

| Region | No. of TE species quadrangles in IUCN I–III conservation reserves | No. of TE species quadrangles in IRAs | Percent increase | No. of TE/G1–G2 species quadrangles in IRAs | No. of TE/G1–G2 species quadrangles in IUCN I–III conservation reserves | Percent increase |
|---|---|---|---|---|---|---|
| Eastern United States | 995 | 217 | 22 | 1027 | 431 | 42 |
| Western United States | 1752 | 1679 | 96 | 2200 | 4627 | 210 |
| Alaska | 0 | 1 | 100 | 38 | 43 | 113 |

## Grizzly bear case study

As seen in Fig. 5, the inclusion of IRAs in the existing system of conservation reserves in Washington, Idaho, Montana, and Wyoming shows a strong concordance with the grizzly bear recovery zones of the U.S. Fish and Wildlife Service, as well as bear habitat range (Martin et al. 2000, USDA Forest Service 2000). In total, the six grizzly bear recovery zones include approximately 15,300 km$^2$ of IRAs. Approximately 24,750 km$^2$ of almost contiguous IRAs surround the Salmon-Selway (Bitterroot) Recovery Zone (SSRZ), which has already been designated a wilderness area and assigned to IUCN category I.

## DISCUSSION

Our analyses found that one-quarter of the inventoried roadless ares (IRAs) are found in globally or regionally outstanding ecoregions, and that they have the potential to provide important habitat for numerous species, including threatened, endangered, and imperiled species. This conclusion is further illustrated by an investigation of the potential benefit of IRAs to grizzly bear conservation.

Based on these findings, the assignment of IRAs to IUCN category III or higher could increase the area of conservation reserves in the United States from 4.8 to 8.5%. This broad national conclusion has different implications depending on geographic region. For example, whereas fewer than 3% of the IRAs are found in the eastern United States, the vast majority of eastern IRAs are found in the ecoregions with the greatest amount of biodiversity and the least amount of existing protection. In addition, despite the fact that western forests currently have some of the highest existing protection levels in the United States, Scott et al. (2001) found that many existing reserves in the United States are concentrated in areas of high elevation and low soil productivity. Therefore, despite the current levels of perceived protection, the nation's biological diversity may be under-represented in the current system, particularly in the mountainous west (Scott et al. 2001). DeVelice and Martin (2001) have shown that approximately 40% (about 91,300 km$^2$) of the IRAs are at an elevation below 1500 m and that 35% of the total IRAs are adjacent to designated wilderness areas. The combination of increased protection of forest habitat and the potential increase in size of conservation reserves would have a positive effect on the conservation of large mammals in the western United States.

The purpose of the *Endangered Species Act* is to " ... provide a means whereby the ecosystems upon which endangered and threatened species depend may be conserved ... " (U.S. Fish and Wildlife Service 1973). The act further directs that " ... all Federal departments shall seek to conserve endangered species and threatened species." In this regard, many IRAs function as biological refugia for terrestrial and aquatic species, including numerous threatened, endangered, and imperiled species. The maintenance of natural

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

values in IRAs could contribute to their long-term viability (Brown and Archuleta 2000). IRAs contain more than 220 TE species, i.e., approximately 25% of listed or proposed animal species and 13% of listed plant species (USDA Forest Service 2000).

**Fig. 5.** Overlap of USDA Forest Service inventoried roadless areas and grizzly bear recovery zones.



Among TE species, 88% are imperiled by habitat destruction and degradation (Wilcove et al. 1998). Dobson et al. (1997) found that, if the habitats of TE species were more extensively protected, a large number of them would be efficiently conserved. Our analysis showed that the vast majority of IRAs hosted TE or G1–G2 imperiled species and that, by adding the IRAs to the existing conservation reserve system, the conservation of species at risk and their habitat could be better realized. Although we recognize that not all threatened, endangered, or imperiled species require lands free of active land management to survive, limiting the human footprint by placing IRAs off limits to road construction and maintenance, resource extraction, and other development activities could provide a counterpoint to the multiple-use activities taking place elsewhere within the National Forest System.

Furthermore, although there may be duplicate species populations within IRAs or existing conservation reserves, the high level of endangerment of these species should predicate that we conserve as many populations as possible. Therefore, the potential issues of complementarity or duplication of species across IRAs should not diminish the contribution that IRAs could make to conserving species at risk. Our analyses have shown that, despite the small size and extent of IRAs in the eastern United States, they contain a greater number of endangered or imperiled species across more IRAs than do the west and Alaska. However, many of the western IRAs are missing data or have not been surveyed. This error of omission serves only to emphasize that our findings are a conservative estimate of potential species endangerment particularly in IRAs in Alaska and the western United States.

Top carnivore species, such as the grizzly bear, often have the largest species-level area requirements in an ecosystem and maintain ecological structures and resilience by top-down trophic interactions. They need

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

large, contiguous habitat blocks to persist, and there must be landscape connectivity among core areas to ensure sufficient habitat for viable populations (Soulé and Noss 1998, Carroll et al. 2001). As a result of these requirements, large reserves are necessary to maintain populations of these wide-ranging species. Woodroffe and Ginsberg (1998) recently estimated that habitats of 20,000 $km^2$ are needed to provide a 90% chance for the long-term survival of the grizzly bear in the wild. Indeed, only those wilderness areas that were 20,000 $km^2$ or larger in 1920 still support grizzly bears today (Mattson and Merrill 2002). The 40,000 $km^2$ of IRAs in and near designated grizzly recovery zones in the northern Rockies will help improve the long-term habitat viability for grizzly bears in the region (Martin et al. 2000, USDA Forest Service 2000).

Carroll et al. (2001) proposed the need for a comprehensive conservation strategy for carnivores in the Rocky Mountains that considers the requirements of several species, including grizzly bear, wolverine, fisher, and lynx. The regions where these four species overlap show a strong concordance with grizzly bear recovery zones. IRAs may benefit all of these species by providing expanded and buffered habitat and, in turn, secure the ecological integrity of those ecosystems (Terborgh and Soulé 1999, Conner et al. 2000, Martin et al. 2000). If grizzly bear populations remain limited by the size and configuration of current conservation reserves, their long-term survival in the conterminous United States cannot be assured (Mattson and Merrill 2002).

Bruner et al. (2001) found a clear relationship between the existence of a viable and well-connected system of conservation reserves and biodiversity conservation. Because of the stable long-term ownership tenure associated with USDA Forest Service lands, as opposed to privately held forests, many of these forested areas contain a wealth of biological diversity. Historically, land within the Forest Service has been managed under a multiple-use strategy, with timber extraction being a main component of many of these plans. However, multiple-use management may not ensure the protection of the full range of biodiversity, because anthropogenic habitat degradation and destruction are the primary causes of biodiversity loss (Ehrlich 1988, Myers 1988, Wilcove et al. 1996, Haila 1999, Wood 2000).

Setting aside IRAs for stricter protection from extractive or economically driven activities may indeed meet many biological objectives, e.g., integration of fish and wildlife values and watershed and forest health, consistent with the agency's multipurpose agenda. In addition, IRAs may also contribute invaluable benchmarks to gauge ecological changes on managed U.S. Forest Service lands. A representative system of natural habitats, set aside from active management, would allow natural ecological processes, including a full suite of existing native species, to survive free of human activities. Without strict conservation areas that represent all forest habitat types, it will be difficult to make objective assessments on the sustainability of forest management (Noss and Cooperrider 1994, Norton 1999, Noss et al. 1999). Based upon our analyses, we conclude that IRAs support many at-risk species and thereby greatly contribute to the conservation of biodiversity throughout the United States. For some species with only a few remaining populations, the strict and permanent protection of IRAs may represent the final, critical refuge.

*Responses to this article can be read online at:*
*http://www.consecol.org/vol7/iss2/art5/responses/index.html*

## Acknowledgments:

*E. Dinerstein, N. Rana, T. Ricketts, R. Riordan, B. Stein, and three anonymous reviewers provided valuable comments on the development of this manuscript. NatureServe (www.natureserve.org) and its natural heritage member programs provided valuable locational data for TE and G1–G2 species. J. McNees of NatureServe provided valuable analyses of those data.*

## LITERATURE CITED

Brown, S., and R. Archuleta. 2000. Forest Service, roadless area conservation, final environmental impact statement: specialist report for terrestrial and aquatic habitats and species. USDA Forest Service, Washington, D.C., USA. Available online at http://216.239.37.104/search?q=cache:l8IXbvJWIm4J:roadless.fs.fed.us/documents/feis/specrep/xbio_spec_rpt.pdf+brown+%22specialist+report+for+terrestrial%22&hl=en&ie=UTF-8.

Bruner, A. G., R. E. Gullison, R. E. Rice, and G. A. B. da Fonseca. 2001. Effectivensss of parks in protecting tropical biodiversity. Science 291:125-128.

Carroll, C., R. F. Noss, and P. C. Paquet. 2001. Carnivores

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

as focal species for conservation planning in the Rocky Mountain region. Ecological Applications 11:961-980.

DeVelice, R. L., and J. R. Martin. 2001. Assessing the extent to which roadless areas complement the conservation of biological diversity. Ecological Applications 11:1008-1018.

Dobson, A. P., J. P. Rodriguez, W. M. Roberts, and D. S. Wilcove. 1997. Geographic distribution of endangered species in the United States. Science 275:550-553.

Ehrlich, P. 1988. The loss of diversity: causes and consequences. Pages 21-27 in E. O. Wilson, editor. Biodiversity. National Academy Press, Washington, D.C., USA.

Flather, C. H., M. S. Knowles, and I. A. Kendall. 1998. Threatened and endangered species geography. Bioscience 48:365-376.

Groves, C. R., D. B. Jensen, L. L. Valutis, K. H. Redford, M. L. Shaffer, J. M. Scott, J. V. Baumgartner, J. V. Higgins, M. W. Beck, and M. G. Anderson. 2002. Planning for biodiversity conservation: putting conservation science into practice. BioScience 52:499-512.

Haila, Y. 1999. Islands and fragments. Pages 234-264 in M. L. Hunter Jr., editor. Maintaining biodiversity in forest ecosystems. Cambridge University Press, Cambridge, UK.

Heuvelink, G. B. M. 1998. Error propagation in environmental modeling with GIS. Taylor and Francis, London, UK.

Jenkins, R. E. 1985. Information methods: why the heritage programs work. Nature Conservancy News 35:21-23.

Jenkins, R. E. 1988. Information management for the conservancy of biodiversity. Pages 231-239 in E. O. Wilson, editor. Biodiversity. National Academy Press, Washington, D.C., USA.

Jenkins, R. E. 1996. Natural Heritage Data Center Network: managing information for biodiversity. Pages 176-192 in R. C. Szaro and D. W. Johnson, editors. Biodiversity in managed landscapes: theory and practice. Oxford University Press, New York, New York, USA.

Martin, J. R., R. L. DeVelice, and S. Brown. 2000. Forest Service, roadless area conservation, final environmental impact statement: landscape analysis and biodiversity specialist report. USDA Forest Service, Washington, D.C., USA. Available online at http://216.239.37.104/search?q=cache:3MEq9qtl6EwJ:roadl ess.fs.fed.us/documents/feis/specrep/xlandscape_spec_rpt.p df+martin+%22landscape+analysis+and+biodiversity+speci alist+report%22&hl=en&ie=UTF-8.

Mattson, D. J., and T. Merrill. 2002. Extirpations of grizzly bears in the contiguous United States, 1850–2000. Conservation Biology 16:1123-1136.

Myers, N. 1988. Tropical forests and their species: going, going ...? Pages 28-35 in E. O. Wilson, editor. Biodiversity. National Academy Press. Washington, D.C., USA.

Norton, D. 1999. Forest reserves. Pages 525-555 in M. L. Hunter, editor. Maintaining biodiversity in forest ecosystems. Cambridge University Press, Cambridge, UK.

Noss, R. F., and A. Y. Cooperrider. 1994. Saving nature's legacy. Island Press, Washington, D.C., USA.

Noss, R. F., E. Dinerstein, B. Gilbert, M. Gilpin, B. J. Miller, J. Terborgh, and S. Trombulak. 1999. Core areas: where nature reigns. Pages 99-128 in M. E. Soulé and J. Terborgh, editors. Continental conservation: scientific foundations of regional reserve networks. Island Press. Washington, D.C., USA.

Omernik, J. M. 1995a. Ecoregions: a framework for managing ecosystems. George Wright Forum 12:35-51.

Omernik, J. M. 1995b. Level III ecoregions of the continent. U.S. Environmental Protection Agency, National Health and Environment Effects Research Laboratory, Washington, D.C., USA. Map at 1:7,500,000 scale.

Ricketts, T. H., E. Dinerstein, D. M. Olson, C. J. Loucks, W. Eichbaum, D. DellaSala, K. Kavanaugh, P. Hedao, P. T. Hurley, K. M. Carney, R. Abell, and S. Walters. 1999. Terrestrial ecoregions of North America: a conservation assessment. Island Press, Washington, D.C., USA.

Scott, J. M., F. W. Davis, R. G. McGhie, R. G. Wright, C. Groves, and J. Estes. 2001. Nature reserves: do they capture the full range of America's biological diversity? Ecological Applications 11:999-1007.

Soulé, M. E., and R. F. Noss. 1998. Rewilding and biodiversity: complementary goals for continental conservation. Wild Earth Fall:18-28.

Stein, B. A., L. S. Kutner and J. S. Adams, editors. 2000. Precious heritage: the status of biodiversity in the United States. Oxford University Press, Oxford, UK.

Stephenson, S. L., A. N. Ash, and D. F. Stauffer. 1993. Appalachian oak forests. Pages 255-304 in W. H. Martin, S. G. Boyce, and A. G. Echternacht, editors. Biodiversity of the southeastern United States: upland terrestrial communities. Wiley, New York, New York, USA.

Terborgh, J., and M. E. Soulé. 1999. Why we need megareserves: large-scale networks and how to design them. Wild Earth Spring:66-72.

USDA Forest Service. 1997. Report of the United States on the criteria and indicators for sustainable management of temperate and boreal forests. USDA Forest Service, Washington, D.C., USA.

USDA Forest Service. 2000. Forest Service, roadless area conservation, final environmental impact statement. USDA

Rvsd Plan - 00006085

Conservation Ecology 7(2): 5.
http://www.consecol.org/vol7/iss2/art5

Forest Service, Washington, D.C., USA.

U.S. Fish and Wildlife Service. 1973. Endangered species act. Available online at http://endangered.fws.gov/esa.html.

Wilcove, D. S., M. J. Bean, R. Bonnie, and M. McMillan. 1996. Rebuilding the ark: toward a more effective Endangered Species Act for private land. Environmental Defense Fund, Washington, D.C., USA.

Wilcove, D. S., D. Rothstein, J. Dubow, A. Phillips, and E. Losos. 1998. Quantifying threats to endangered species in the United States. Bioscience 48:607-615.

Wood, A. 2000. An emerging concensus on biodiversity loss. Pages 1-10 in A. Wood, P. Stedman Edwards, and J. Mang, editors. The root causes of biodiversity loss. Earthscan Publications, London, UK.

Woodroffe, R., and J. R. Ginsberg. 1998. Edge effects and the extinction of populations inside protected areas. Science 280:2126-2128.

World Conservation Union. 1978. Categories, objectives and criteria for protected areas. World Conservation Union, Commission on National Parks and Protected Areas, Gland, Switzerland.

World Conservation Union. 1994. Guidelines for protected areas management. World Conservation Union, Gland, Switzerland.

Rvsd Plan - 00006086

Applied Geography 86 (2017) 66–91



Contents lists available at ScienceDirect

# Applied Geography

journal homepage: www.elsevier.com/locate/apgeog



# Modeling large-scale winter recreation terrain selection with implications for recreation management and wildlife



Lucretia E. Olson [a, *], John R. Squires [a], Elizabeth K. Roberts [b], Aubrey D. Miller [b, 1], Jacob S. Ivan [c], Mark Hebblewhite [d]

[a] Rocky Mountain Research Station, United States Forest Service, Missoula, MT 59801, USA
[b] White River National Forest, United States Forest Service, Glenwood Springs, CO, USA
[c] Colorado Parks and Wildlife, Fort Collins, CO 80526, USA
[d] Wildlife Biology Program, Department of Ecosystem and Conservation Sciences, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA

## ARTICLE INFO

Article history:
Received 15 December 2016
Received in revised form
13 June 2017
Accepted 19 June 2017

Keywords:
GPS tracking
Habitat models
Interpersonal conflict
Motorized recreation
Non-motorized recreation
Recreation planning

## ABSTRACT

Winter recreation is a rapidly growing activity, and advances in technology make it possible for increasing numbers of people to access remote backcountry terrain. Increased winter recreation may lead to more frequent conflict between recreationists, as well as greater potential disturbance to wildlife. To better understand the environmental characteristics favored by winter recreationists, and thus predict areas of potential conflict or disturbance, we modeled terrain selection of motorized and non-motorized recreationists, including snowmobile, backcountry ski, and snowmobile-assisted hybrid ski. We used sports recorder Global Positioning System (GPS) devices carried by recreationists at two study areas in Colorado, USA, (Vail Pass and the San Juan Mountains), to record detailed tracks of each recreation type. For each recreation activity, we modeled selection of remotely-sensed environmental characteristics, including topography, vegetation, climate, and road access. We then created spatial maps depicting areas that recreation activities were predicted to select and combined these maps to show areas of potential ecological disturbance or interpersonal conflict between motorized and non-motorized activities. Model results indicate that motorized and non-motorized activities select different environmental characteristics, while still exhibiting some similarities, such as selection for ease of access, reflected in proximity to highways and densities of open forest roads. Areas predicted to have only motorized recreation were more likely to occur further from highways, with greater forest road densities, lower canopy cover, and smoother, less steep terrain, while areas with only non-motorized recreation were closer to highways, with lower forest road densities, more canopy cover and steeper terrain. Our work provides spatially detailed insights into terrain characteristics favored by recreationists, allowing managers to maintain winter recreation opportunities while reducing interpersonal conflict or ecological impacts to sensitive wildlife.

Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

## 1. Introduction

The ecological impact of human recreation on the landscape is a rapidly growing concern for land-use managers, as centers of human population spread out into previously sparsely populated areas (Theobald, 2004). Winter recreation, including backcountry and downhill skiing, snowshoeing, and snowmobiling, is a popular use of public lands, as well as a primary economic driver to communities throughout the western United States (Bowker et al., 2012). Technological advances in motorized winter recreation, such as heliskiing, snow biking, more powerful snowmobiles, and snowmobile-assisted (hybrid) skiing, means that recreationists access increasingly remote areas. With greater numbers of recreationists seeking their own recreation experience on a shared landscape, ecological impacts of recreation as well as encounters between non-motorized and motorized recreationists are likely to increase (Gramann, 1982; Manning & Valliere, 2001).

Increases in the number of people using a recreation area or in

* Corresponding author.
E-mail address: lucretiaolson@fs.fed.us (L.E. Olson).
[1] School of Surveying, University of Otago, Dunedin 9054, New Zealand.

http://dx.doi.org/10.1016/j.apgeog.2017.06.023
0143-6228/Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

the spatial extent of recreation can have negative ecological consequences, such as increased disturbance to wildlife. For instance, large-scale displacement of animal populations to areas of poorer habitat has been demonstrated in moose (*Alces alces*) due to disturbance from snowmobiles (Harris, Nielson, Rinaldi, & Lohuis, 2014) and mountain goats (*Oreamnos americanus*) due to the presence of ski areas (Richard & Côté, 2016). The challenge of managing recreation to both allow human use of public lands while also conserving ecosystems is intensified by a lack of detailed knowledge of the spatial and environmental characteristics of human recreation.

In addition to ecological implications, increased recreation also has the potential to exacerbate conflict or safety issues between different recreation user groups (Miller, Vaske, Squires, Olson, & Roberts, 2016; Thapa & Graefe, 2004; Vaske, Carothers, Donnelly, & Baird, 2000). Interpersonal conflict, in which direct or indirect contact between different types of recreationists aggravates users (Jacob & Schreyer, 1980; Vaske, Needham, & Cline Jr., 2007), is likely to depend on the environmental preferences of each type of activity, and the degree to which these preferences overlap. Vaske, Donnelly, Wittmann, and Laidlaw (1995) found low interpersonal conflict between hunters and non-hunters in a Colorado study due to their natural separation by topography, as well as management regulations that prevented interaction. To predict areas more likely to engender interpersonal conflict among recreation types, a better understanding of the terrain characteristics favored by different types of recreationists is needed (Kliskey, 2000; Snyder, Whitmore, Schneider, & Becker, 2008).

Most recreation studies rely heavily on the recreationist to self-report details about his/her movements and interactions with other recreationists (Brown & Raymond, 2014; D'Antonio et al., 2010; Tomczyk, 2011). This provides neither an objective nor complete depiction of the spatial and temporal movement patterns of a recreationist through a landscape (Cole & Daniel, 2003; Hallo, Manning, Valliere, & Budruck, 2004). In addition, self-reported interactions or conflicts with other users may be unconsciously biased by user perception, which may differ from realized interpersonal conflict. For instance, hikers in New Zealand who did not encounter mountain bikers had a more negative opinion of them than those that did (Cessford, 2003). A difference in perception versus realization of conflict could lead to inappropriate management practices in an attempt to reduce conflict where none exists. One way to overcome these methodological issues is to use Global Positioning System (GPS) devices to collect high-resolution spatial data, which can provide an objective depiction of recreationist movements (Beeco & Brown, 2013; Hallo et al., 2012; Lai, Li, Chan, & Kwong, 2007) and interactions.

We use GPS locations collected by recreationists in two locations in western Colorado, USA, to model landscape-level recreation patterns. Like many areas in western USA, western Colorado is experiencing rapidly growing winter recreation on public lands, and also has a number of sensitive wildlife species that may be negatively affected by increasing recreation, including threatened Canada lynx (*Lynx canadensis*). We apply resource selection functions (RSFs) and step-selection functions (SSFs) to quantify the importance of a given set of environmental covariates to each recreation activity, as well as to provide a spatial depiction of predicted areas of use (Boyce, Vernier, Nielsen, & Schmiegelow, 2002; Manly, McDonald, Thomas, McDonald, & Erickson, 2002). Both types of models are frequently used in wildlife studies to quantify habitat selection, which is characterized by the environmental conditions at sites used by individuals compared to those same conditions at a set of randomly available locations (Manly et al., 2002). Here we use RSFs and SSFs in a novel way: to determine which environmental characteristics are selected by people

taking part in different recreation activities. We quantify selection over the entire recreation study area using RSF models, and employ SSFs to determine selection at a finer scale, as each recreationist moves through the landscape.

The goals of our research were to: 1) use GPS technology to measure movement characteristics of motorized (snowmobile, hybrid ski) and non-motorized (backcountry ski), winter recreationists 2) use spatially-explicit models to predict environmental characteristics and spatial landscapes likely sought by winter recreationists, and 3) use these modeled understandings to determine characteristics of potential interpersonal conflict or ecological impact. Results from our analyses can be used to identify areas selected by different recreation activities to inform management decisions on recreation zoning or education programs to limit interpersonal conflict or reduce wildlife disturbance.

## 2. Methods

### 2.1. Study area

Our study area consisted of two broad locations in the Colorado Rocky Mountains, USA (Fig. 1). The Vail Pass site covers an area in the northern Sawatch and Mosquito Ranges, southern Gore Range and western Front Range (approximate centroid coordinates 106.30° W, 39.45°N) near the towns of Vail, Leadville, and Frisco, CO. Data were collected on public lands administered by the White River National Forest and the San Isabel National Forest. The San Juan site covers a large area in southwest Colorado in the San Juan mountain range near the towns of Silverton and Telluride (approximate centroid 107.88°W, 37.82°N). Data were collected on public lands administered by the San Juan National Forest, the Uncompahgre National Forest, and the Bureau of Land Management. Both sites experienced winter recreation between the end of December and early April in the sub-alpine and alpine zones with elevations between 2380 m and 4340 m and annual snowfall typically between 380 cm and 1000 cm (National Weather Service, 2017). Both sites had some level of recreation zoning, where motorized recreation was prohibited in certain designated areas.

The sites differed in terms of terrain and accessibility. Recreation in the Vail Pass site was largely influenced by proximity to major population centers, which are within a 1–2 h drive. Winter recreation was concentrated along Interstate 70 between Copper Mountain and Vail, CO in the fee-operated Vail Pass Winter Recreation Area (VPWRA) managed by the White River National Forest, as well as along Highway 6 over Loveland pass (non-motorized use only). Motorized recreation was heavily concentrated along a network of 50 miles of established groomed routes in the VPWRA. Non-motorized access to backcountry huts in the VPWRA also attract recreation to the area. The VPWRA sees roughly 35,000 fee-paying visitors per winter season, of whom approximately 11,000 are hut visitors (U.S.D.A. Forest Service, 2015). Hybrid use has increased sharply on the VPWRA, where backcountry skiers and snowboarders use snowmobiles or snow coaches to access terrain that would otherwise be inaccessible in a single day-trip. The majority of data collected was motorized or hybrid-use in the Vail Pass site.

Winter recreation in the San Juan site was more dispersed, with a greater number of access portals spread over a larger spatial extent than Vail. Access was highly dependent on the network of maintained roads, especially along U.S. Highway 550 and C.O. Highway 145 (see Fig. 1A), and there was no recreation fee area. The San Juan site was more isolated from major population centers (none within 2–3 h drive). While the majority of winter recreation in the Vail Pass study site was concentrated in fewer than 10 access portals, recreation in the San Juan site occurred from over 50 access

portals, and included over 250 km of established groomed routes. Due to steep terrain, motorized recreation in the San Juan site was more concentrated compared to non-motorized recreation. Taken together, the two study sites effectively capture the spectrum of winter recreation in the Colorado Rocky Mountains and thus provide a broad sample of recreation terrain in western Colorado.

## 2.2. Data collection

From January to March of 2010—2013, we stationed technicians at recreation access portals to distribute GPS units (Qstarz International Co., Ltd., model BT-Q1300, Position accuracy < 10 m). Technicians sampled recreationists by walking through a parking area and selecting every 4th vehicle (Vail Pass) or driving between access portals and approaching recreationists still at their vehicle (San Juans). For the latter approach, technicians began driving between access portals at approximately 10:00 h, and checked all known access portals (~50 portals) for recreationists at least once per day; technicians spent between 15 min and 1 h at each location, depending on the number of recreationists present, and did not vary the order in which they checked sites. Technicians gave a brief explanation of the project goals, informed recreationists that no personally identifiable information would be collected, and offered a map of the track made by the recreationist as an incentive for carrying the GPS unit. Participants then dropped the GPS unit into a collection bin at the end of the day, or returned it by mail. Technicians recorded the type of recreation activity engaged in and number of people in the group. If > 1 person was in the group, only one GPS unit was given to the group as a whole. While technicians did not sample the same people multiple times per day, it is possible that some recreationists carried a GPS unit more than once during the study. Given the large number (>35,000) of recreationists in our study areas, however, we do not believe that this happened frequently and thus assume independence of recreation tracks, which we define as a single user's, or group of users', daily travel pattern. We recorded snowmobile, backcountry ski or snowboard (hereafter backcountry ski), and hybrid recreation. Snowmobile included any motorized use, including snow-cats and motorized bikes. Hybrid use occurred when skiers or snowboarders were transported by a snowmobile or snow-cat, usually to a peak or ridge, and then skied down the slope.

We visually screened all recorded recreation tracks for erroneous points using ArcGIS (Environmental Systems Research Institute 2011, ArcGIS Desktop: Release 10. Redlands, CA). When screening data, we deleted points that were in areas where recreation was not taking place, such as in parking lots or on highways, as well as outliers that were obviously erroneous based on large distances between a given point and the points directly before and after it. Additionally, points were more prone to error immediately after GPS units were turned on, as the units searched for sufficient satellites to collect data; we closely examined the start of each recreation track and removed all inaccurate points until the locations visually became more consistent (Beeco & Hallo, 2014). For analysis, we divided the GPS points recorded by snowmobilers into those that occurred on groomed routes and those that took place in non-groomed areas (henceforth on- and off-trail, respectively) and hybrid GPS points into ski (non-motorized) and snowmobile (motorized) segments, since we expected terrain selection to differ between these categories. We used road and trail GIS layers provided by the U. S. Forest Service (White River NF, Uncompahgre NF, San Juan NF travel management GIS layer) and considered snowmobile tracks < 15 m to either side of a road or trail as "on-trail" and points > than 15 m as "off-trail" to account for spatial resolution of GPS data. We classified motorized hybrid data when the average speed was greater than or equal to 30 miles per hour (48 km/h) and

the track was gaining elevation, or the point fell within 15 m of a trail, and non-motorized hybrid data otherwise.

GPS location data were recorded at 5 s intervals; if GPS units remained stationary, however, no location was collected until the device detected movement. Since recreation activities occurred at different speeds, this resulted in locations that ranged from 1 m to 40 m apart. To best assess conflict potential between recreation activities, we standardized spatial scales by sub-sampling recreation activities at approximately 140 m between points (20 s interval for snowmobiles, 25 s for hybrid snowmobiles, 60 s for hybrid skiers, 120 s for backcountry skiers). This represented a fine-scale perception distance at which both motorized and non-motorized recreationists might make movement decisions. We also used magnetic and infra-red trail counters as an independent assessment of recreation intensity and distribution throughout our study areas to verify the efficacy of our GPS sampling. Trail counters recorded the number of people passing by constricted trail segments used by various recreation activities. We visually compared the counts from trail counters to GPS recreation tracks to locate any areas that had recreation but were not being adequately sampled by GPS methods, and adjusted our sampling efforts accordingly. We also used trail counters to identify intense periods of use during the day and week to better inform our sampling effort. We summarized trail counter data to mean counter hits per day of week and hour of day at each study area.

## 2.3. Environmental variables

We considered 12 environmental covariates as potential predictors of recreation selection. Covariates were chosen based on factors that we believed were important to recreationists: topography, vegetation, climate, and access (Table 1). To account for the possibility that recreationists might consider these environmental covariates at different spatial scales when making land use decisions, we considered all variables at four spatial scales. We used ArcGIS to calculate the average of each covariate within 125 m, 500 m, 1250 m, and 2500 m radii, chosen to span both small and large-scale movements based on observed recreation travel distances. We standardized all covariates by subtracting the mean and dividing by the standard deviation to allow direct comparison between estimated model coefficients and for ease of model fitting.

## 2.4. Statistical analyses

To measure movement characteristics of recreation tracks, we calculated the total number of points recorded for each track, the total distance covered, the average movement speed, the length of time spent moving, and the minimum and maximum elevation reached along each track. We calculated the time and distance between two consecutive GPS points and used these to calculate average movement speed and length of time spent moving. We considered a point to be 'moving' if the speed was greater than 1 km/h. Total distance covered was calculated by summing the distance between consecutive GPS points. We used a digital elevation model (DEM; USGS National Elevation dataset) to determine difference between the points in each track with the minimum and maximum elevation. Once these characteristics were calculated for each track, they were summarized by taking the median over all tracks within each recreation activity. To summarize the environmental conditions that were available to each recreation type, as well as the conditions that each recreation type actually used (as compared to what they select, which is measured below and may differ from use), we also calculated the mean of all 'used' and 'available' points for each recreation activity for each of the 12 environmental covariates.



**Fig. 1.** Spatial extent of recreation used in this study at two locations in western CO, USA: the more northerly Vail Pass and the southerly San Juan Mountains (A); inset shows the position of Colorado within the USA. Panels B and C show areas that were

We used both resource selection function (RSF) and step-selection function (SSF) models to characterize environmental selection of snowmobiles, hybrid skiers, and backcountry skiers. Both RSF and SSF functions compare environmental characteristics at actual GPS locations ('used' locations) to those same characteristics at locations randomly selected across a study area ('available' locations); environmental characteristics that are used disproportionately more than what is available are said to be selected. The area considered as available in the models was defined as a minimum convex polygon around all recreation locations at each study site (Fig. 1); this insured that inferences made from each model would be comparable for all recreation types. Within this boundary, we removed privately owned land not available to recreationists. For motorized models only, we also removed areas administratively closed to motorized recreation, such as wilderness or designated non-motorized areas (Fig. 1B&C).

We used a general linear mixed-effects model with a logit link function (logistic regression; Hosmer, Lemeshow, & Sturdivant, 2013) and individual recreation track ID as a random intercept to control for non-independence between points within a single track (Gillies et al., 2006) to estimate separate relative probability RSFs for backcountry ski, hybrid ski, hybrid snowmobile, snowmobile on-trail, and snowmobile off-trail recreation activities. We randomly generated 'available' points within the available areas defined above for a given recreation activity at a ratio of 1 'used' point to 5 'available' points so that available environmental characteristics were adequately sampled. Correlations among covariates within small (125 m and 500 m radii) and large (1250 m and 2500 m radii) spatial scales were often high. Thus, we initially fit univariate models with only one covariate at a given scale at a time to discard any covariates with poorer fit than a null model based on Akaike Information Criteria (AIC; Akaike, 1974), and to select one large and one small spatial scale per covariate. We included quadratic forms of covariates to investigate non-linear relationships if supported by AIC. We then used the selected covariates to construct all subsets of candidate models for multivariate analysis using the 'lme4' (Bates, Maechler, Bolker, & Walker, 2014) and 'MuMIn' packages (Barton, 2015) in R (R Core Team, 2015); covariates correlated at $|r| > 0.6$ were not allowed in the same model. We ranked multivariate models using AIC.

The SSF models that evaluated fine-scale selection by winter recreationists used conditional logistic regression to estimate relative probability of selection (Fortin et al., 2005; Thurfjell, Ciuti, & Boyce, 2014). At each 'used' GPS location, we compared 5 'available' GPS locations that were selected based on the known distribution of step lengths (straight-line distance from one GPS point to the next) and turn angles estimated from actual recreation data. Thus, each used point was compared directly to a set of available points that the recreationist could have chosen as they moved from point A to point B on a track. We used the same covariates as in the RSF, but limited scales to only 125 m and 250 m since the purpose of the SSF model was to evaluate selection decisions at a fine-scale as recreationists traverse landscapes. Variable selection and model fitting were performed as in the RSF models, except that models were fitted using the R package 'survival' (Therneau, 2015) to estimate conditional regression models.

To provide managers with a map that could be used to inform management decisions on recreation zoning or to identify areas selected by different recreation activities, we created maps of predicted relative probability of selection for each recreation type across western Colorado within an elevation zone delineated by

closed to motorized recreation (gray wilderness areas and horizontally striped zoned areas) within the Vail (B) and San Juan (C) study areas.

Rvsd Plan - 00006090

**Table 1**
Variable names, native resolution, source and description for all covariates used to model selection of environmental characteristics by recreationists in Colorado, USA.

| Name | Resolution | Source | Description |
|---|---|---|---|
| Highway | Vector/ 30 m | Colorado Department of Transportation Online Transportation Information System | Euclidean distance to nearest highway (m) |
| Elevation | 30 m | United States Geological Survey National Elevation Dataset | Elevation (m) |
| Canopy | 30 m | National Land Cover Database (2011) Tree Canopy (Homer et al., 2015) | Percent tree canopy cover |
| Evergreen | 30 m | National Land Cover Database (2011) Land Cover (Homer et al., 2015) | Percent conifer forest |
| North | 30 m | ArcGIS Aspect Tool, Cosine transformation | Index of north-facing aspect |
| Precipitation | 800 m | PRISM 1980—2010 Precipitation normals | Average annual precipitation (mm) |
| Slope | 30 m | ArcGIS Slope Tool | Slope in degrees |
| Temperature | 800 m | PRISM 1980—2010 Mean temperature normals | Mean annual temperature (°C) |
| Roughness | 30 m | DEM Surface Tools (Jenness, 2013) | Index of terrain variability; 3D area divided by 2D area |
| TPI | 30 m | Land Facet Corridor Tools (Jenness, Brost, & Beier, 2013) | Topographic position index, measure of landscape concavity or convexity |
| Road Density | Vector/ 30 m | National Forest travel management road layer, including only forest roads, not highways | Non-drivable forest roads that can be used as travel corridors; length of road per unit area, varying scales |
| Forest Edge | 30 m | National Land Cover Database 2011 Landcover Type: Deciduous, Evergreen, and Mixed Forest (Homer et al., 2015) | Index of forest connectivity; length of forest/non-forest edge per unit area, varying scales |

minimum and maximum elevation from all recreation data combined. We used the top-performing RSF model from each recreation type to predict relative probability of selection based on the environmental covariates across western Colorado. The used-available study design employed here produces a relative probability of selection since the number of sampled available points is arbitrary (Keating & Cherry, 2004). Thus, we used the equation

$$w(x) = \frac{\exp(\beta_1 x_1 + \beta_2 x_2 + \ldots + \beta_k x_k)}{(1 + \exp(\beta_1 x_1 + \beta_2 x_2 + \ldots + \beta_k x_k))}$$

where $\beta$ is an estimated model coefficient and $x$ is the value of $k$ covariates, to estimate relative probability of selection rescaled from 0 to 1 (Manly et al., 2002).

### 2.5. Recreation overlap analysis

To determine what environmental conditions are present at areas of predicted spatial overlap between motorized and non-motorized forms of recreation, and thus what conditions may favor conflict between user groups, we performed the following analysis. We first created a binary depiction of each recreation type from each continuous relative probability of selection surface generated above based on the maximum sum of sensitivity (true positives) and specificity (true negatives; Freeman & Moisen, 2008). This threshold optimizes the number of 'used' recreation locations correctly assigned into 'recreation area' and the number of 'available' locations correctly assigned into 'non-recreation area'. We then used the binary surfaces to identify areas of motorized activities only (snowmobile and hybrid-snowmobile), non-motorized activities only (backcountry ski and hybrid-ski), and areas with both motorized and non-motorized recreation. To generate a summary of environmental characteristics at these areas of predicted overlap compared to areas with only one predicted type of recreation, we averaged each of our 12 environmental variables (Table 1) across each of these areas. We also determined the degree to which each predicted continuous surface was similar to the others, using a Pearson correlation, to determine which types of recreation were more likely to select similar environmental characteristics.

### 2.6. Model validation

We used 5-fold cross validation to determine goodness of model fit. Recreation tracks were split into 5 equal sized groups, the model was re-estimated on 4 of the groups and used to predict the RSF

values of the withheld 5th group; each group was withheld in turn. We predicted RSF values at all 'available' locations and binned these values into 10 quantiles. Predictions from 'used' locations were then grouped based on these quantiles, and the number of predicted used locations in each quantile was counted. We compared the predicted count of used locations to the quantile rank using a Spearman rank correlation (Boyce et al., 2002). Good model fit is indicated by a strong correlation between predicted values and quantile number. In addition, for RSF models, we performed a second independent validation using 100,000 withheld GPS points from each recreation type. The RSF value was predicted at each of these withheld points and then binned according to Boyce et al. (2002).

## 3. Results

### 3.1. Recreation summary

In January to March of 2010—2013, we recorded 2143 recreation tracks. We collected an average of 1306 (SD = 435) GPS points per track (Table 2; Fig. 2). The most tracks in our dataset came from backcountry skiing or snowboarding (52%), followed by snowmobile (32%). Snowmobiles traveling on trails or groomed routes traveled the fastest, with a median speed of 30.6 km/h, while backcountry ski was slowest, at a median 4.3 km/h (Table 3). Hybrid recreationists traveled greatest distances, with median track length 41.0 km, while back-country skiers traveled shortest, 5.2 km. Within hybrid recreation tracks, approximately 4.8 km, or 12% of total distance, was spent skiing. Snowmobiles averaged 35.2 km tracks, of which a median 4.9 km (approximately 13%) were spent off-trail (Table 3). The duration of trips was similar among hybrid, backcountry skiers, and snowmobiles, at approximately 4 h. Of this time, each recreation type also spent approximately 2.5 h in active movement. Snowmobilers had the biggest change from minimum

**Table 2**
Summary of the number of tracks collected for each winter recreation activity in Colorado, 2010—2013. The total number of GPS points originally recorded at 5 s intervals, as well as the average and standard deviation of GPS points per track, are given.

| Recreation Mode | # Tracks | Total # of points | Mean pts/track | SD |
|---|---|---|---|---|
| Snowmobile | 686 | 889,674 | 1297 | 827 |
| Hybrid | 346 | 604,223 | 1746 | 1203 |
| Backcountry Ski | 1111 | 973,163 | 876 | 921 |
| Total | 2143 | 2,467,060 | 1306 | 435 |

Rvsd Plan - 00006091



**Fig. 2.** Examples of recreation tracks recorded with GPS units during the study in western Colorado, 2010–2013. Panel A) snowmobile tracks primarily on trails in the Vail study area, B) hybrid skiing in the Vail study area; thick lines near the bottom of the picture show snowmobile travel, while thinner dispersed lines further back show skiing, C) backcountry ski recreation in the San Juans study area, and D) a combination of all three recreation types at the Vail study area, showing areas of overlap as well areas used primarily by one recreation type. Image credit: Google, DigitalGlobe.

**Table 3**
Median movement characteristics for all snowmobiles (Snmb), snowmobiles on trails (Snmb on-tr), snowmobiles off trails (Snmb off-tr), all hybrid (Hybrid), hybrid snowmobile (Hyb snmb), hybrid ski (Hyb ski), and backcountry ski (BC ski) recreation types studied in western CO, 2010–2013. The median and bootstrapped 95% lower confidence interval (LCI) and upper confidence interval (UCI) for movement speed (km/hr), total track distance (km), time spent actively moving (hr), total recorded trip time (hr), and total elevation change (m) is given.

|  |  | Snmb | Snmb on-tr | Snmb off-tr | Hybrid | Hybr snmb | Hyb ski | BC ski |
|---|---|---|---|---|---|---|---|---|
| Movement Speed (km/h) | Median | 24.5 | 30.6 | 22.4 | 27.6 | 28.3 | 14.0 | 4.3 |
|  | 95% LCI | 24.0 | 29.7 | 21.9 | 26.8 | 27.6 | 13.0 | 4.2 |
|  | 95% UCI | 25.2 | 31.4 | 22.9 | 28.4 | 28.8 | 14.8 | 4.4 |
| Track Distance (km) | Median | 35.2 | 33.2 | 4.9 | 41.0 | 35.5 | 4.8 | 5.2 |
|  | 95% LCI | 32.9 | 31.3 | 4.1 | 38.4 | 33.6 | 4.4 | 5.0 |
|  | 95% UCI | 37.0 | 35.2 | 5.6 | 44.1 | 37.3 | 5.5 | 5.4 |
| Active move time (hr) | Median | 2.4 | 1.8 | 0.4 | 2.5 | 2.6 | 0.7 | 2.0 |
|  | 95% LCI | 2.3 | 1.7 | 0.4 | 2.2 | 2.3 | 0.6 | 1.9 |
|  | 95% UCI | 2.5 | 1.9 | 0.5 | 2.7 | 2.8 | 0.7 | 2.1 |
| Total trip time (hr) | Median | 3.8 | 2.5 | 0.7 | 4.6 | 3.5 | 1.0 | 3.6 |
|  | 95% LCI | 3.6 | 2.4 | 0.6 | 4.3 | 3.5 | 0.9 | 3.5 |
|  | 95% UCI | 4.0 | 2.6 | 0.8 | 4.8 | 3.7 | 1.1 | 3.8 |
| Total Elevation Change (m) | Median | 660.0 | 557.0 | 321.5 | 498.0 | 490.0 | 375.0 | 382.0 |
|  | 95% LCI | 557.0 | 538.0 | 293.0 | 489.0 | 482.0 | 369.0 | 371.0 |
|  | 95% UCI | 715.0 | 643.0 | 345.0 | 516.0 | 501.5 | 386.0 | 395.0 |

to maximum elevation within tracks, with a median difference of 660 m. Back-country ski had the least elevation change, of 382 m (Table 3).

Based on the mean of used GPS points, the covariates that indexed distance to highway, road density, percent canopy cover, and slope showed the greatest differences between winter-recreation types (Appendix A: Table A.1, Fig A.1). Hybrid skiers used areas that were farthest from highways (as averaged over all

used GPS points; 4.61 km), followed by hybrid snowmobiles (4.05 km); snowmobiles on-trail (3.41 km) and off-trail (3.38 km) were next and did not differ from each other, and backcountry skiers remained nearest to major roads (2.46 km; Appendix A: Table A.1). On-trail snowmobiles and hybrid snowmobiles used areas with greater forest road density (1.19 km/km$^2$ and 0.92 km/km$^2$, respectively), while off-trail snowmobiles and backcountry skiers used the least (0.65 km/km$^2$ and 0.62 km/km$^2$, respectively;

Rvsd Plan - 00006092

Appendix A: Table A.1). Snowmobilers both on- and off-trail had the greatest mean percent canopy cover at used GPS locations (37.88% and 35.25%, respectively), followed by hybrid snowmobiles (33.88%) and backcountry skiers (31.26%). Backcountry skiers and hybrid skiers used steeper slopes than other recreationists (18.31° and 17.26°, respectively), while off-trail snowmobiles used the shallowest (14.7°; Appendix A: Table A.1, Fig A.1).

We deployed 140 trail counters at 95 locations over both study areas from 2010 to 2013. Trail counters confirmed higher concentrated levels of use in the Vail area than in the more dispersed San Juan Mountains, with average seasonal counts approximately 5 times greater (average Vail 2010–2011: 73,967; average San Juans 2011–2013: 14,994 counter hits per year). Counter data also indicated greater recreation intensity during weekends (Saturday and Sunday, Vail: 55.9, SD = 84.1; San Juans: 25.0, SD = 34.9 counter hits per day) then during weekdays (Vail: 33.0, SD = 46.6; San Juans: 13.2, SD = 20.6 counter hits per day), a pattern consistent across study areas (Fig. 3). Hourly counts indicated virtually no recreation took place after dark: 96% of trail counter hits occurred between 0800 and 1700 h. Peak use occurred between 1000 and 1500 h, with an average of 5.3 (SD = 11.1) hits per hour during this time in Vail Pass and 2.3 (SD = 5.5) hits per hour in the San Juans (Fig. 3).

### 3.2. Reponses of winter recreationists to environmental features

Top performing RSF models for all winter recreation activities indicated the importance of topography, access, and climate when making landscape-scale selection choices. All top models were >Δ4





**Fig. 3.** Mean hourly (A) and daily (B) count of recreationists from 140 magnetic and infrared trail counters deployed in Vail Pass (light gray) and San Juan (dark gray) study areas, western CO, USA.

AIC better than the next performing model (Appendix B: Tables B.1-B.5). Based on coefficient confidence interval overlap with 0, all parameters in the top model for each recreation type were significant predictors of selection (except canopy cover for hybrid snowmobiles and backcountry ski, which did overlap 0). For brevity, we mention the top three contributing covariates for each model here, based on the strength of standardized beta coefficients, but all contributing covariates are presented in Table 4. Snowmobiles on trails selected areas that had greater forest road density, moderate annual precipitation, and lower terrain variability (Table 4; Fig. 4). Off-trail snowmobiles selected moderate levels of snow, shallow slopes, and higher elevation (Table 4). Hybrid recreationists selected shallow slopes, intermediate distances from highways, and greater annual precipitation while on snowmobiles (Table 4), and moderate north-facing slopes with greater precipitation while on skis (Table 4; Fig. 4). Backcountry skiers selected areas that were closer to highways, had greater annual precipitation, and higher forest road density (Table 4; Fig. 4). Maps of predicted probabilities of landscape selection generated from top-performing RSF models for each type of recreation across western Colorado are shown in Appendix C: Figs C.1-C.5.

At a fine-scale, winter recreationists were sensitive to access, topography and vegetation when making movement decisions, again as determined by the size of standardized coefficients in top-performing SSF models. There was some SSF model uncertainty, with between one and four models within >Δ4 AIC of the top-performing model (Appendix D: Tables D.1-D.5). However, models within >Δ4 AIC differed from the top-performing model by only one term, indicating that the extra parameters were non-informative, and thus we took the top-ranked, most parsimonious, model. All parameters in the top model for each recreation type were significant predictors of selection, based on coefficient confidence interval overlap with 0; for brevity, we mention the top three contributing covariates for each model here, but all contributing covariates are presented in Table 5. Snowmobiles, while on trails, selected movement paths with moderate forest road density, moderate canopy cover, and higher elevation, while off-trail, they selected movement paths closer to the highway with moderate canopy cover and low terrain variability (Table 5). Hybrid recreationists, while snowmobiling, selected movement paths with moderate canopy cover, greater annual precipitation, and greater distances from highways, while on skis they selected warmer temperatures and greater annual precipitation, and avoided level terrain (Table 5). Backcountry skiers selectively moved through areas that were intermediate distances from highways, at middle elevations, and with greater forest road density (Table 5).

### 3.3. Recreation overlap

The minimum and maximum elevation from all recreation points combined was 2300 m–4250 m; thus, we created predicted binary surfaces of winter recreation within this zone across western Colorado, a total area of 3123 km². Using the binary motorized and non-motorized recreation maps we predicted that at least one type of recreation would occur on 590 km² (18.9%). In areas with at least one type of recreation, motorized-only was predicted to occur on 35.2%, non-motorized recreation on 27.3%, and both activities were predicted to occur on 37.5% of this area (Fig. 5). Areas predicted to have both types of recreation were characterized by closer proximity to highways, high forest road density, high elevation, greater annual precipitation, and patchier forest, as well as intermediate levels of canopy cover, slope, TPI, and roughness, as compared to motorized or non-motorized only areas (Fig. 6). Winter recreationists with highest potential conflict based on predicted selection probabilities were backcountry skiers and hybrid skiers, with a

*I.E. Olson et al. / Applied Geography 86 (2017) 66–91*

73

**Table 4**
Model coefficients and standard errors, as well as the scale of the covariate (m), from general linear mixed models (resource selection functions) of landscape-scale recreation terrain selection in western CO, USA; variance of the random effect (individual track) is also given. All covariates (except canopy cover for hybrid snowmobile and backcountry ski) were significant predictors of recreation selection, based on confidence interval overlap with 0. A superscript 2 indicates covariates that were fitted as a quadratic function.

| Covariate | Snowmobile On-Trail | | | Snowmobile Off-Trail | | | Hybrid Snowmobile | | | Hybrid Ski | | | Backcountry Ski | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scale | β | SE | Scale | β | SE | Scale | β | SE | Scale | β | SE | Scale | β | SE |
| Highway | 2500 | −0.87 | 0.01 | 2500 | −0.85 | 0.02 | 1250 | 1.11 | 0.02 | 1250 | 1.25 | 0.06 | 2500 | −1.73 | 0.02 |
| Highway² | | | | | | | 1250 | −1.72 | 0.02 | 1250 | −1.26 | 0.05 | | | |
| Elevation | | | | 125 | 1.57 | 0.03 | | | | | | | | | |
| Elevation² | | | | 125 | −0.11 | 0.02 | | | | | | | | | |
| Forest Edge | 125 | 0.16 | 0.01 | 2500 | 0.46 | 0.02 | 125 | −0.13 | 0.01 | 2500 | 0.64 | 0.05 | 2500 | 0.64 | 0.01 |
| Canopy | 125 | −0.5 | 0.01 | 2500 | 1.49 | 0.02 | 2500 | −0.02 | 0.02 | 125 | −0.96 | 0.04 | 2500 | −0.02 | 0.02 |
| Canopy² | 125 | 0.05 | 0.01 | 2500 | −0.29 | 0.02 | 2500 | −0.55 | 0.01 | | | | 2500 | −0.16 | 0.01 |
| Evergreen | 2500 | 0.32 | 0.01 | 125 | −0.68 | 0.02 | 125 | −1.29 | 0.01 | | | | 500 | 0.08 | 0.01 |
| Evergreen² | 2500 | −0.65 | 0.01 | 125 | −0.65 | 0.02 | | | | | | | 500 | −0.49 | 0.01 |
| North | 500 | −0.12 | 0.01 | 2500 | 0.34 | 0.02 | 2500 | −1.2 | 0.02 | 2500 | −2.12 | 0.13 | 500 | −0.16 | 0.01 |
| Precipitation | | 1.22 | 0.01 | | 2.36 | 0.03 | | 1.32 | 0.01 | | 1.82 | 0.06 | | 1.12 | 0.02 |
| Precipitation² | | −0.47 | 0.01 | | −0.61 | 0.02 | | | | | | | | | |
| Road Density | 125 | 1.84 | 0.01 | 125 | 0.35 | 0.01 | 125 | 1.03 | 0.01 | 1250 | 1.15 | 0.04 | 125 | 0.9 | 0.01 |
| Slope | 1250 | −0.79 | 0.01 | 125 | −1.6 | 0.02 | 1250 | −1.97 | 0.01 | 125 | 1.96 | 0.08 | | | |
| Slope² | 1250 | −0.27 | 0.01 | | | | | | | 125 | −2.22 | 0.07 | | | |
| Roughness | 500 | −0.9 | 0.01 | 2500 | −0.87 | 0.02 | 2500 | −1.01 | 0.02 | 2500 | −0.53 | 0.04 | 125 | −0.74 | 0.01 |
| Temperature | | 0.29 | 0.01 | | | | | 0.18 | 0.02 | | −0.22 | 0.07 | | −0.78 | 0.02 |
| Temperature² | | | | | | | | −0.95 | 0.01 | | −1.28 | 0.05 | | −0.62 | 0.01 |
| TPI | 500 | −0.54 | 0.01 | 500 | −0.58 | 0.02 | 2500 | −0.3 | 0.01 | 2500 | −0.11 | 0.04 | 125 | 0.14 | 0.01 |
| Random effect | | 0.5 | 0.71 | | 2.16 | 1.47 | | 0.79 | 0.89 | | 1.16 | 1.08 | | 0.72 | 0.85 |

**Table 5**
Coefficients and standard errors from conditional logistic regression (step selection function) models of fine-scale recreation terrain selection in western CO, USA. All covariates were significant predictors of recreation selection, based on confidence interval overlap with 0. A superscript 2 indicates covariates that were fitted as a quadratic function.

| Covariate | Snmb On-Trail | | Snmb Off-Trail | | Hybrid Snmb | | Hybrid Ski | | Backcountry Ski | |
|---|---|---|---|---|---|---|---|---|---|---|
| | β | SE | β | SE | β | SE | β | SE | β | SE |
| Highway | | | −0.53 | 0.17 | 0.49 | 0.06 | | | −0.64 | 0.07 |
| Highway² | | | | | | | | | 0.13 | 0.03 |
| Elevation | 0.38 | 0.05 | 0.28 | 0.09 | | | | | −0.59 | 0.05 |
| Elevation² | | | | | | | | | −0.22 | 0.02 |
| Forest Edge | 0.02 | 0.01 | 0.05 | 0.01 | −0.23 | 0.01 | −0.09 | 0.02 | 0.06 | 0.02 |
| Canopy | −0.40 | 0.01 | −0.39 | 0.02 | −0.68 | 0.01 | 0.08 | 0.03 | 0.21 | 0.03 |
| Canopy² | −0.10 | 0.01 | −0.20 | 0.01 | −0.28 | 0.01 | −0.32 | 0.03 | −0.24 | 0.02 |
| Evergreen | | | | | | | | | −0.18 | 0.01 |
| Evergreen² | | | | | | | | | −0.10 | 0.01 |
| North | 0.01 | 0.00 | −0.03 | 0.01 | 0.12 | 0.01 | 0.14 | 0.03 | | |
| Precipitation | | | | | 0.50 | 0.07 | 1.01 | 0.18 | | |
| Road Density | 0.77 | 0.01 | 0.24 | 0.01 | 0.34 | 0.01 | −0.08 | 0.04 | 0.37 | 0.01 |
| Road Density² | −0.13 | 0.00 | | | −0.04 | 0.00 | | | | |
| Slope | −0.08 | 0.03 | −0.14 | 0.04 | −0.37 | 0.02 | −0.27 | 0.05 | | |
| Roughness | −0.26 | 0.01 | −0.31 | 0.01 | −0.48 | 0.01 | −0.45 | 0.03 | −0.31 | 0.01 |
| Roughness² | | | | | 0.04 | 0.00 | 0.13 | 0.01 | | |
| Temperature | | | | | −0.34 | 0.04 | 1.87 | 0.09 | | |
| TPI | −0.23 | 0.01 | −0.23 | 0.02 | 0.03 | 0.01 | −0.49 | 0.03 | 0.08 | 0.01 |
| TPI² | | | | | 0.31 | 0.01 | 0.23 | 0.02 | 0.07 | 0.01 |

Pearson correlation coefficient of 0.25. Recreationists with the least potential conflict were hybrid snowmobiling and off-trail snowmobiles with a correlation of 0.07 (Appendix E).

### 3.4. Validation

Cross-validation indicated excellent RSF model fit for all recreation types, with Spearman rank correlations of 0.98 for off-trail snowmobile, on-trail snowmobile, hybrid ski, and hybrid snowmobile, and 1.0 for backcountry ski. Our independent validation of withheld points also indicated strong model performance, with Spearman rank correlations of 0.99 for off-trail snowmobile, 1.0 for on-trail snowmobile, 0.95 for hybrid ski, 0.99 for hybrid snowmobile, and 1.0 for backcountry ski. Good predictive ability is indicated when independent recreation data have high predicted RSF values and Spearman correlations are closer to 1.

### 4. Discussion

This study provides a measure of winter recreation at a spatial scale and magnitude of data collection which has not, to our knowledge, been previously accomplished in the literature. We recorded approximately 2100 unique GPS tracks of recreationists and demonstrated the efficacy of resource selection models to better understand winter recreation. Our analysis is unique in its application of a modeled understanding of environmental selection to winter recreation, using the actual locations of recreationists rather than metrics inferred by surveys, parking lot counts, or track evidence. We found differences in modeled terrain selection between motorized and non-motorized forms of recreation: areas predicted to be selected only by motorized users were farther from highways, with greater forest road densities, more open canopy, and shallower slopes, while areas predicted to be used only by non-



**Fig. 4.** Example of spatial predictions from top-performing RSF recreation models at the Vail study area in Colorado, USA. Warm colors indicate greater probability of selection by each recreation type; white tracks are actual GPS locations from recreationists. All panels show same spatial extent in the area of Vail Pass Winter Recreation Area; panel A is on-trail snowmobile, B shows an aerial image of the actual terrain, C is hybrid ski, and D is backcountry ski. Image credit: Esri software. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

motorized users tended to be closer to highways, in denser canopy cover, with more terrain variability and steeper slopes (Fig. 6). These results can help identify areas where interpersonal recreation conflict between different user groups is likely to occur as well as ecologically sensitive areas that may be more susceptible to disturbance from a given type of recreation.

### 4.1. Environmental characteristics of recreation

Few studies have similarly examined the land use patterns of winter recreationists. Braunisch, Patthey, and Arlettaz (2011) used snow track data and found a preference by skiers for smooth terrain, though the study was conducted only on areas near ski resorts and ski-lifts in Switzerland. In a study using surveys in British Columbia, Canada, Kliskey (2000) found preferences of snowmobilers for low canopy closure and less steep slopes. Rupf et al. (2011) sampled 303 individuals with GPS data loggers and found a tendency for skiers and snowboarders to be peak-oriented, although their study was focused on wildlife and not recreation.

While we found differences in the selection of environmental characteristics for each type of recreation, in general, certain environmental characteristics were consistently important to all types of winter recreation at a landscape scale. Access to recreation areas was important to both motorized and non-motorized recreationists; snowmobilers and skiers selected areas that were close to highways and all recreation types selected greater density of forest roads, indicating the importance of accessibility over other environmental characteristics.

A key finding from this study is the importance of roads to all types of winter recreation. The presence of paved highways enables recreationists to quickly reach areas open to recreation, while the presence of forest roads allows them to permeate forested backcountry areas more easily. Recreation is predicted to increase with increases in the extent of highways or the density and extent of forest roads, supporting the idea that recreation is an emergent property of roads on the landscape. Westcott and Andrew (2015) similarly showed that road proximity was one of the most important predictors when modeling the environmental associations of



**Fig. 5.** The distribution of predicted areas of potential overlap between motorized and non-motorized recreation activities within the Vail (A) and San Juan (B) study areas (thick black line denotes study area boundary). Green indicates areas predicted to be selected by both types of recreation, yellow is non-motorized only, and blue indicates motorized recreation. Background image credit: Esri software. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

off-road vehicle recreation. Indeed, the preferences of recreationists for certain environmental characteristics may be outweighed in practice by accessibility, with areas considered less suitable receiving more actual use due to the presence of ample parking areas and road access (Beeco, Hallo, & Brownlee, 2014; Brabyn & Sutton, 2013). Our models showed that areas greater than 11 km from a highway were predicted to have virtually no recreation at all, while areas predicted to have the highest recreation use, both motorized and non-motorized, were nearest highways. This has implications for forest and recreation management, since

recreationists are likely to use forest roads to access the back-country even if these roads are closed to vehicles (Havlick, 2002). Through the creation of forest roads, whether through logging operations, as part of fire reduction or suppression activities, or for access to human developments, recreation is likely to show a corresponding increase as well.

Differences in the results of the RSF and SSF models provide information on the importance of environmental characteristics to recreationists when first selecting where to recreate, and then deciding how to move through the landscape once there. Topographic features, such as low to moderate slope, low terrain variability, and selection for drainages (except for skiers who selected ridges), were consistent predictors of recreation selection at a landscape scale, while vegetation characteristics were generally not among the top contributing covariates. Fine-scale movement models, conversely, were most strongly influenced by access and vegetation characteristics, and were more variable between different types of recreation. A stronger response to vegetation covariates at a small scale suggests that recreationists select areas in which to recreate at a hierarchical scale, with road access and large topographic features dictating an initial area selection, and finer scale features such as forest density determining where to move within this area. The greater influence of vegetation at a small spatial scale may be related to the differences in movement speed and maneuverability of the different recreation types, since non-motorized recreationists may be better able to safely move through dense trees, while motorized recreationists may select open areas for play and fast travel.

Temporally, recreationists exhibited clear patterns of use with respect to time of day and day of the week. Nearly all recreation occurred during daylight hours, and dropped off to almost nothing after dark. Recreation was also markedly higher on weekends, particularly Saturdays, as compared to the rest of the week (Fig. 3). Thus, the ecological impact of winter recreation may decrease for species that are crepuscular or nocturnal, which will be active in times when little or no recreation is present. Similarly, weekdays may have a lower ecological impact than weekends, so that if management were undertaken to reduce or cap the number of users in an area, it may only need implementation during weekends.

### 4.2. Conflict and ecological implications

The predictions from our landscape scale selection models made possible a spatially resolute depiction of areas which motorized and non-motorized recreation were likely to select, and thus where interpersonal conflict may be more likely (Miller, 2016; Vaske et al., 2000). In a related survey study focused only on the Vail Pass area, Miller et al. (2016) found greater interpersonal conflict in areas of shared-use. Managers often employ spatial or temporal closures of areas to motorized or non-motorized activities in an attempt to limit shared-use and minimize conflict (Albritton & Stein, 2011; Leung & Marion, 1999). This is often an asymmetrical solution, however, with motorized users are dissatisfied with increased restrictions (Jackson, Haider, & Elliot, 2003). Our model indicates that while zoning is a useful tool in some areas, it may be unnecessary in others. The environmental characteristics at areas predicted to have both types of recreation tended to differ from areas with either type alone (Fig. 6). Areas of overlap were closer to roads, had moderate slopes, and were in areas of patchier or more fragmented forest. This pattern may result from the use by both motorized and non-motorized recreation of areas that are logistically necessary but not preferred, such as areas near parking lots and large groomed travel corridors. Thus, managers may be able to limit zoning to

Rvsd Plan - 00006096



**Fig. 6.** Mean of environmental characteristics summarized in areas predicted across western Colorado to be selected by either motorized (Moto, circle) or non-motorized (Non-moto, square) winter recreation only, or both (triangle) or neither (diamond).

these areas of forced co-occurrence, while allowing recreationists more liberty outside these areas, where terrain selection should diverge.

Outside of overlap areas, motorized and non-motorized forms of recreation show distinct separation in many environmental traits. Motorized recreationists tend to select drainages with low slope and low terrain variability, in lower elevation areas with more open canopy and less precipitation. This suite of characteristics probably favors fast, long-distance movements, which our results show are characteristic of snowmobiles. Non-motorized recreationists, alternatively, select ridges with steeper slope and greater terrain variability, at higher elevations and with less open canopy and more snow (Fig. 6), traits consistent with skiing down steep, treed slopes. Differences in environmental characteristics used by each recreation type may provide useful guidelines on determining whether to zone certain areas for motorized or non-motorized use only, while still providing each type of recreation the environmental characteristics they prefer. Areas of steep slope, for instance, may be set aside for backcountry skiers or hybrid-skiers with little effect to snowmobilers, since they prefer more flat terrain.

Modeled areas of overlap also have implications for conflict between recreation and species of conservation concern. Motorized winter recreation creates increased noise and engine emissions which can negatively impact wildlife (Shively et al., 2008; Zielinski, Slauson, & Bowles, 2008), while non-motorized forms may displace

wildlife (Krebs, Lofroth, & Parfitt, 2007; Reimers, Eftestøl, & Colman, 2003) or contribute to habitat loss through the construction of recreation infrastructure (Sato, Wood, & Lindenmayer, 2013). Wildlife may also respond differently to motorized versus non-motorized types of winter recreation (Larson, Reed, Merenlender, & Crooks, 2016); Reimers et al. (2003) found that reindeer (*Rangifer tarandus tarandus*) detected snowmobiles sooner than skiers, but responded to skiers by moving greater distances than from snowmobiles, and Seip, Johnson, and Watts (2007) found threatened woodland caribou strongly avoided motorized snowmobile recreation over huge areas. The spatial depiction of relative recreation probability (Appendix C: Figs C.1–C.5) generated by our models provides detailed maps which can be used to determine the likelihood of motorized or non-motorized forms of recreation in a given area. The use of a modeled RSF allows managers to consider the relative probability of a specific type of recreation co-occurring with a given species, and thus will allow decisions to be tailored for species that differ in sensitivity to different types of recreation.

## 5. Conclusions

The sharp increase in the extent and popularity of winter recreation presents a challenge to land managers responsible for multiple-use lands (Bowker et al., 2012), with associated concern as to its impact on wildlife and the environment (Arlettaz et al., 2015;

Braunisch et al., 2011; Patthey, Wirthner, Signorell, & Arlettaz, 2008). Thus, managers face multiple challenges of reducing impacts to the environment and wildlife while also minimizing interpersonal conflict and still providing winter recreation opportunities. One way in which the likelihood of interpersonal conflict may be minimized is to reduce the time that motorized and non-motorized users are funneled into a single shared-use access area or travel corridor, since our results show that the conditions that motorized and non-motorized users select are fairly distinct, and thus recreationists may self-select areas that reduce co-occurrence between the two types. Alternatively, if active zoning is required to separate users to reduce conflict or for safety, the conditions that each recreation type favors should be considered. Our results underscore the importance of road and road-access management in affecting the spatial footprint of winter recreation. Decisions about the placement or density of roads need careful assessment as they can influence the movements of winter recreationists relative to wildlife or each other. Management practices that lower tree density and increase forest patchiness will also influence motorized and non-motorized recreation at fine spatial scales.

## Funding

This work was supported by the U.S. Department of Agriculture, U.S. Forest Service, and White River National Forest. Additional funding and support was provided by the Rocky Mountain Research Station, Vail Associates Inc., Colorado BLM state office, U.S. Forest Service Region 2 Regional Office Renewable Resources Department, 10th Mountain Huts, and Colorado Department of Transportation.

## Acknowledgements

We thank W. George for valuable assistance with preliminary data analysis, the many field technicians that distributed GPS units to recreationists, the participants who volunteered to carry the GPS units, the outfitters and guides who agreed to carry them, and the local FS offices for providing logistical support and information about the area.

## Appendix A. Table A.1

The mean and 95% confidence intervals of all used and available GPS points for each environmental covariate (see Table 1 in manuscript for more covariate information) at the 2500 m scale used to model winter recreation selection in western Colorado, USA, from 2010 to 2013. Summaries for each winter recreation activity, on-trail snowmobile (Snmb On-Tr), off-trail snowmobile (Snmb Off-Tr), snowmobile segments of snowmobile-assisted hybrid skiing (Hybrid Snmb), ski segments of snowmobile-assisted hybrid skiing (Hybrid Ski), and back-country ski or snowboard (Ski), are provided to allow comparison between recreation types within a given covariate.

| Covariate | Activity | Used Points | | Available Points | |
|---|---|---|---|---|---|
| | | Mean | 95% CI | Mean | 95% CI |
| Distance to Highway (km) | Snmb On-Tr | 3.41 | 3.19–3.62 | 4.35 | 4.05–4.65 |
| | Snmb Off-Tr | 3.38 | 3.19–3.57 | 4.37 | 4.07–4.67 |
| | Hybrid Snmb | 4.05 | 3.9–4.21 | 3.59 | 3.28–3.9 |
| | Hybrid Ski | 4.61 | 4.48–4.74 | 3.58 | 3.27–3.89 |
| | Ski | 2.46 | 2.35–2.56 | 4.95 | 4.7–5.19 |
| Elevation (m) | Snmb On-Tr | 3208.27 | 3190.77–3225.77 | 3246.61 | 3222.78–3270.45 |
| | Snmb Off-Tr | 3395.73 | 3383.01–3408.45 | 3246.23 | 3222.29–3270.18 |
| | Hybrid Snmb | 3408.50 | 3399.38–3417.61 | 3278.60 | 3254.29–3302.91 |
| | Hybrid Ski | 3425.94 | 3417.01–3434.86 | 3279.75 | 3255.34–3304.17 |
| | Ski | 3375.08 | 3366.35–3383.82 | 3298.73 | 3282.91–3314.55 |
| Forest Edge (km/km²) | Snmb On-Tr | 3.77 | 3.68–3.86 | 3.22 | 3.13–3.32 |
| | Snmb Off-Tr | 4.11 | 4.03–4.18 | 3.22 | 3.13–3.32 |
| | Hybrid Snmb | 3.57 | 3.47–3.66 | 3.26 | 3.14–3.38 |
| | Hybrid Ski | 3.35 | 3.28–3.43 | 3.26 | 3.14–3.39 |
| | Ski/Board | 3.98 | 3.92–4.04 | 3.16 | 3.09–3.23 |
| Percent Canopy Cover | Snmb On-Tr | 37.88 | 37.17–38.58 | 34.12 | 33.15–35.09 |
| | Snmb Off-Tr | 35.25 | 34.58–35.92 | 34.03 | 33.06–35 |
| | Hybrid Snmb | 33.88 | 32.99–34.78 | 36.34 | 35.11–37.58 |
| | Hybrid Ski | 32.48 | 31.51–33.44 | 36.31 | 35.08–37.54 |
| | Ski/Board | 31.26 | 30.7–31.83 | 33.50 | 32.75–34.25 |
| Percent Evergreen Forest | Snmb On-Tr | 51.54 | 50.23–52.85 | 46.92 | 45.12–48.73 |
| | Snmb Off-Tr | 51.08 | 49.82–52.35 | 46.73 | 44.92–48.53 |
| | Hybrid Snmb | 50.84 | 49.61–52.07 | 53.33 | 51.03–55.63 |
| | Hybrid Ski | 51.31 | 49.97–52.66 | 53.30 | 51–55.6 |
| | Ski/Board | 44.58 | 43.56–45.59 | 46.01 | 44.63–47.39 |
| Average Annual Precipitation (mm) | Snmb On-Tr | 82.77 | 81.75–83.8 | 79.00 | 77.44–80.56 |
| | Snmb Off-Tr | 90.49 | 89.58–91.4 | 79.18 | 77.61–80.75 |
| | Hybrid Snmb | 84.65 | 83.84–85.46 | 71.93 | 70.4–73.45 |
| | Hybrid Ski | 84.94 | 84.04–85.84 | 71.98 | 70.45–73.5 |
| | Ski/Board | 90.17 | 89.14–91.21 | 84.04 | 82.77–85.3 |
| Forest Road Density (km/km²) | Snmb On-Tr | 1.19 | 1.12–1.26 | 0.52 | 0.47–0.58 |
| | Snmb Off-Tr | 0.65 | 0.6–0.71 | 0.52 | 0.47–0.58 |
| | Hybrid Snmb | 0.92 | 0.87–0.97 | 0.63 | 0.59–0.67 |
| | Hybrid Ski | 0.91 | 0.86–0.95 | 0.63 | 0.59–0.67 |
| | Ski/Board | 0.62 | 0.6–0.65 | 0.54 | 0.5–0.57 |
| Slope (degrees) | Snmb On-Tr | 15.97 | 15.67–16.27 | 18.00 | 17.56–18.45 |
| | Snmb Off-Tr | 14.70 | 14.46–14.95 | 18.03 | 17.58–18.48 |
| | Hybrid Snmb | 16.28 | 15.99–16.57 | 16.71 | 16.22–17.2 |

(continued on next page)

L.E. Olson et al. / Applied Geography 86 (2017) 66–91

(continued)

| Covariate | Activity | Used Points | | Available Points | |
|---|---|---|---|---|---|
| | | Mean | 95% CI | Mean | 95% CI |
| | Hybrid Ski | 17.26 | 16.99–17.53 | 16.74 | 16.25–17.23 |
| | Ski/Board | 18.31 | 17.98–18.64 | 18.88 | 18.54–19.22 |
| Roughness[a] | Snmb On-Tr | 1.003 | 1.002–1.003 | 1.004 | 1.004–1.004 |
| | Snmb Off-Tr | 1.001 | 1.001–1.002 | 1.004 | 1.004–1.004 |
| | Hybrid Snmb | 1.001 | 1.001–1.002 | 1.003 | 1.003–1.004 |
| | Hybrid Ski | 1.002 | 1.002–1.002 | 1.003 | 1.003–1.004 |
| | Ski/Board | 1.003 | 1.003–1.003 | 1.004 | 1.004–1.005 |
| Mean Annual Temperature (°C) | Snmb On-Tr | 1.59 | 1.5–1.68 | 1.25 | 1.13–1.36 |
| | Snmb Off-Tr | 0.69 | 0.61–0.77 | 1.25 | 1.13–1.37 |
| | Hybrid Snmb | 0.48 | 0.4–0.55 | 0.93 | 0.79–1.07 |
| | Hybrid Ski | 0.29 | 0.21–0.36 | 0.92 | 0.78–1.06 |
| | Ski/Board | 1.06 | 1.01–1.11 | 1.20 | 1.11–1.3 |
| Topographic Position Index (TPI[b]) | Snmb On-Tr | −50.08 | −60.07– −40.09 | −9.44 | −20.55–1.67 |
| | Snmb Off-Tr | 28.52 | 21.27–35.78 | −9.83 | −20.97–1.32 |
| | Hybrid Snmb | 11.94 | −1.89–25.76 | −10.32 | −23.97–3.33 |
| | Hybrid Ski | 63.15 | 49.91–76.39 | −9.54 | −23.21–4.13 |
| | Ski/Board | −18.06 | −27.13– −8.99 | 1.11 | −7.98–10.2 |

[a] Higher values represent greater terrain variability.
[b] Negative values indicate drainages, positive indicate ridges.



**Fig A.1.** Mean and 95% CI summaries of environmental characteristics at used and random locations of each recreation activity at both study areas in Colorado, USA. Plots shown are distance to highway (km), road density (km/km²), percent canopy closure (%), and slope (degrees).

Rvsd Plan - 00006099

I.E. Olson et al. / Applied Geography 86 (2017) 66—91

**Appendix B.  Model selection results showing the top 10 models from resource selection functions (RSF) for each recreation type studied in western Colorado, USA from 2010 to 2013.**

**Table B.1**

Model selection table for on-trail snowmobile RSF models showing habitat selection of winter recreationists driving snowmobiles on trails. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model covariates | K | AIC | $\Delta$ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 17 | 212,588.3 | 0 | 1 | −106277 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 16 | 212,617.5 | 29.19 | 0 | −106293 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{2500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 17 | 212,749.7 | 161.46 | 0 | −106358 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{2500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 16 | 212,762.1 | 173.85 | 0 | −106365 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 16 | 212,877.4 | 289.12 | 0 | −106423 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 15 | 212,889.9 | 301.58 | 0 | −106430 |
| $Highway_{2500}$ + $Elevation_{2500}$ + $Elevation^2_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + $TPI_{500}$ | 18 | 213,091.4 | 503.11 | 0 | −106528 |
| $Highway_{2500}$ + $Elevation_{2500}$ + $Elevation^2_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + $TPI_{500}$ | 17 | 213,110.5 | 522.24 | 0 | −106538 |
| $Highway_{2500}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 16 | 213,128.7 | 540.46 | 0 | −106548 |
| $Highway_{2500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $Evergreen_{2500}$ + $Evergreen^2_{500}$ + $North_{500}$ + Precip + $Precip^2$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Slope^2_{250}$ + $Roughness_{500}$ + Temp + $TPI_{500}$ | 17 | 213,131.1 | 542.83 | 0 | −106549 |

Rvsd Plan - 00006100

**Table B.2**
Model selection table for off-trail snowmobile RSF models showing habitat selection of winter recreationists driving snowmobiles on off-trail play areas. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 17 | 52,437.11 | 0 | 1 | −26201.6 |
| $Highway_{2500}$ + $Elevation_{125}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 16 | 52,484.34 | 47.23 | 0 | −26226.2 |
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 17 | 52,530.61 | 93.49 | 0 | −26248.3 |
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{2500}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 17 | 52,581.75 | 144.64 | 0 | −26273.9 |
| $Highway_{2500}$ + $Elevation_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 16 | 52,615.75 | 178.64 | 0 | −26291.9 |
| $Highway_{2500}$ + $Elevation_{125}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{2500}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 16 | 52,619.33 | 182.22 | 0 | −26293.7 |
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 16 | 52,681.12 | 244 | 0 | −26324.6 |
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{500}$ + $Precip$ + $Precip^2$ + $RdDensity_{125}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 17 | 52,681.75 | 244.63 | 0 | −26323.9 |
| $Highway_{2500}$ + $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{2500}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 17 | 52,685.36 | 248.25 | 0 | −26325.7 |
| $Highway_{2500}$ + $Elevation_{125}$ + $ForestEdge_{500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $Evergreen^2_{125}$ + $North_{2500}$ + $Precip$ + $Precip^2$ + $RdDensity_{2500}$ + $Slope_{125}$ + $Roughness_{2500}$ + $TPI_{500}$ | 16 | 52,758.39 | 321.28 | 0 | −26363.2 |

**Table B.3**

Model selection table for hybrid snowmobile RSF models showing habitat selection of winter recreationists driving snowmobiles while engaging in hybrid-assisted skiing. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{125}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 16 | 95,901.39 | 0 | 1 | −47934.7 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 16 | 96,122.37 | 220.98 | 0 | −48045.2 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 15 | 96,129.87 | 228.48 | 0 | −48049.9 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 16 | 96,376.94 | 475.55 | 0 | −48172.5 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 16 | 96,519.77 | 618.38 | 0 | −48243.9 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 15 | 96,534.58 | 633.19 | 0 | −48252.3 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{125}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 15 | 96,558.35 | 656.96 | 0 | −48264.2 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 15 | 96,645.06 | 743.67 | 0 | −48307.5 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 14 | 96,656.74 | 755.35 | 0 | −48314.4 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{125}$ + $Slope_{1250}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 14 | 98,926.79 | 3025.4 | 0 | −49449.4 |

**Table B.4**

Model selection table for hybrid ski RSF models showing habitat selection of winter recreationists skiing downhill while engaging in hybrid-assisted skiing. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 15 | 10,971.81 | 0.00 | 0.96 | −5470.90 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 14 | 10,978.98 | 7.18 | 0.03 | −5475.49 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 15 | 10,980.81 | 9.00 | 0.01 | −5475.40 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 15 | 11,015.75 | 43.94 | 0.00 | −5492.88 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 15 | 11,035.22 | 63.41 | 0.00 | −5502.61 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 14 | 11,037.28 | 65.47 | 0.00 | −5504.64 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Evergreen_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 15 | 11,037.46 | 65.65 | 0.00 | −5503.73 |
| $Highway_{125}$ + $Highway^2_{1250}$ + $ForestEdge_{2500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{500}$ | 15 | 11,045.83 | 74.02 | 0.00 | −5507.92 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ | 14 | 11,049.88 | 78.07 | 0.00 | −5510.94 |
| $Highway_{1250}$ + $Highway^2_{1250}$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $North_{2500}$ + $Precip$ + $RdDensity_{1250}$ + $Slope_{125}$ + $Slope^2_{125}$ + $Roughness_{2500}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 15 | 11,050.23 | 78.42 | 0.00 | −5510.12 |

Rvsd Plan - 00006102

**Table B.5**

Model selection table for backcountry ski RSF models showing habitat selection of winter recreationists engaged in backcountry skiing or snowboarding. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | $\Delta$ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 15 | 90,376.84 | 0 | 1 | $-45173.4$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 13 | 90,522.59 | 145.75 | 0 | $-45248.3$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 14 | 90,523.19 | 146.35 | 0 | $-45247.6$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{1250}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 15 | 90,525.74 | 148.9 | 0 | $-45247.9$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 14 | 90,573.21 | 196.37 | 0 | $-45272.6$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{125}$ | 15 | 90,626.04 | 249.2 | 0 | $-45298$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Evergreen_{1250}$ + $Evergreen^2_{1250}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 13 | 90,640.83 | 263.98 | 0 | $-45307.4$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{500}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ | 14 | 90,651.89 | 275.05 | 0 | $-45312$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{1250}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ + $TPI_{2500}$ | 15 | 90,764.08 | 387.24 | 0 | $-45367$ |
| $Highway_{2500}$ + $ForestEdge_{2500}$ + $Canopy_{2500}$ + $Canopy^2_{2500}$ + $Evergreen_{500}$ + $Evergreen^2_{500}$ + $North_{1250}$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $Temp$ + $Temp^2$ | 14 | 90,784.79 | 407.95 | 0 | $-45378.4$ |

Rvsd Plan - 00006103

**Appendix C. Mapped spatial predictions of selection for each type of winter recreation modeled with resource selection functions within the elevation range of winter recreation (2300 m–4250 m) in western Colorado, 2010–2013.**



Snowmobile On-Road

**Figure C.1.** Predicted probabilities of selection from the resource selection function model for on-trail snowmobile recreation across western Colorado. Warm colors indicate higher probability of selection, cool colors indicate an area is less likely to be selected.

Rvsd Plan - 00006104

*L.E. Olson et al. / Applied Geography 86 (2017) 66–91*



Snowmobile Off-Road

**Figure C.2.** Predicted probabilities of selection from the resource selection function model for off-trail snowmobile recreation across western Colorado. Warm colors indicate higher probability of selection, cool colors indicate an area is less likely to be selected.

Rvsd Plan - 00006105

*L.E. Olson et al. / Applied Geography 86 (2017) 66—91*          85



Hybrid Snowmobile

**Figure C.3.** Predicted probabilities of selection from the resource selection function model for hybrid snowmobile recreation across western Colorado. Warm colors indicate higher probability of selection, cool colors indicate an area is less likely to be selected.

Rvsd Plan - 00006106



Hybrid Ski

**Figure C.4.** Predicted probabilities of selection from the resource selection function model for hybrid ski recreation across western Colorado. Warm colors indicate higher probability of selection, cool colors indicate an area is less likely to be selected.

Rvsd Plan - 00006107

*I.E. Olson et al. / Applied Geography 86 (2017) 66–91*



Backcountry Ski

**Figure C.5.** Predicted probabilities of selection from the resource selection function model for backcountry ski recreation across western Colorado. Warm colors indicate higher probability of selection, cool colors indicate an area is less likely to be selected.

Rvsd Plan - 00006108

*I.E. Olson et al. / Applied Geography 86 (2017) 66–91*

**Appendix D.  Model selection results showing the top 10 models from step selection functions (SSF) for each recreation type studied in western Colorado, USA from 2010 to 2013.**

**Table D.1**
Model selection table for on-trail snowmobile SSF models showing selection of movement paths by winter recreationists driving snowmobiles on trails. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 10 | 340,845.00 | 0.00 | 0.59 | −170,412.50 |
| $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 11 | 340,847.00 | 1.99 | 0.22 | −170,412.50 |
| $Elevation_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 9 | 340,849.20 | 4.17 | 0.07 | −170,415.60 |
| $Elevation_{125}$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 10 | 340,849.90 | 4.80 | 0.05 | −170,414.90 |
| $Elevation_{125}$ + $Elevation^2_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 10 | 340,851.20 | 6.17 | 0.03 | −170,415.60 |
| $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 11 | 340,851.80 | 6.80 | 0.02 | −170,414.90 |
| $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Roughness_{125}$ + $TPI_{125}$ | 9 | 340,853.80 | 8.78 | 0.01 | −170,417.90 |
| $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 9 | 340,853.90 | 8.88 | 0.01 | −170,418.00 |
| $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Roughness_{125}$ + $TPI_{125}$ | 10 | 340,855.60 | 10.60 | 0.00 | −170,417.80 |
| $Elevation_{125}$ + $Elevation^2_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $RdDensity_{125}$ + $RdDensity^2_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI_{125}$ | 10 | 340,855.90 | 10.90 | 0.00 | −170,418.00 |

**Table D.2**
Model selection table for off-trail snowmobile SSF models showing selection of movement paths by winter recreationists driving snowmobiles on off-trail play areas. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{500}$ + $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 10 | 102,826.30 | 0.00 | 0.42 | −51403.15 |
| $Highway_{125}$ + $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 10 | 102,826.90 | 0.64 | 0.31 | −51403.46 |
| $Highway_{500}$ + $Elevation_{500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 10 | 102,828.50 | 2.24 | 0.14 | −51404.26 |
| $Highway_{125}$ + $Elevation_{500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 10 | 102,829.10 | 2.86 | 0.10 | −51404.57 |
| $Highway_{500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 9 | 102,834.00 | 7.70 | 0.01 | −51408.00 |
| $Highway_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 9 | 102,834.40 | 8.15 | 0.01 | −51408.22 |
| $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 9 | 102,834.50 | 8.25 | 0.01 | −51408.27 |
| $Highway_{500}$ + $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ | 9 | 102,836.20 | 9.94 | 0.00 | −51409.12 |
| $Elevation_{500}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $North_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 9 | 102,836.30 | 9.98 | 0.00 | −51409.14 |
| $Highway_{125}$ + $Elevation_{125}$ + $ForestEdge_{125}$ + $Canopy_{125}$ + $Canopy^2_{125}$ + $RdDensity_{125}$ + $Slope_{500}$ + $Roughness_{125}$ + $TPI$ + | 9 | 102,836.90 | 10.60 | 0.00 | −51409.43 |

**Table D.3**
Model selection table for hybrid snowmobile SSF models showing selection of movement paths by winter recreationists driving snowmobiles while engaging in hybrid-assisted skiing. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| Highway$_{125}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 14 | 333,152.20 | 0.00 | 1.00 | −166,562.10 |
| Highway$_{500}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 14 | 333,169.40 | 17.18 | 0.00 | −166,570.70 |
| Highway$_{125}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 13 | 333,204.50 | 52.22 | 0.00 | −166,589.20 |
| Highway$_{125}$ + Elevation$_{500}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + TPI$_{500}$ + TPI$^2_{500}$ | 14 | 333,214.40 | 62.15 | 0.00 | −166,593.20 |
| Highway$_{125}$ + Elevation$_{500}$ + Elevation$^2_{500}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + TPI$_{500}$ + TPI$^2_{500}$ | 15 | 333,216.00 | 63.76 | 0.00 | −166,593.00 |
| Highway$_{125}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + TPI$_{500}$ + TPI$^2_{500}$ | 13 | 333,216.20 | 63.94 | 0.00 | −166,595.10 |
| ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 13 | 333,216.30 | 64.05 | 0.00 | −166,595.10 |
| Highway$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 13 | 333,223.30 | 71.03 | 0.00 | −166,598.60 |
| Highway$_{500}$ + Elevation$_{500}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + TPI$_{500}$ + TPI$^2_{500}$ | 14 | 333,228.40 | 76.13 | 0.00 | −166,600.20 |
| Highway$_{500}$ + ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + RdDensity$^2_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + TPI$_{500}$ + TPI$^2_{500}$ | 13 | 333,230.00 | 77.74 | 0.00 | −166,602.00 |

**Table D.4**
Model selection table for hybrid ski SSF models showing selection of movement paths by winter recreationists skiing downhill while engaging in hybrid-assisted skiing. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| ForestEdge$_{125}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 12 | 37,666.77 | 0.00 | 0.67 | −18821.38 |
| ForestEdge$_{125}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 11 | 37,669.51 | 2.73 | 0.17 | −18823.75 |
| ForestEdge$_{125}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 12 | 37,670.83 | 4.06 | 0.09 | −18823.41 |
| ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 12 | 37,673.18 | 6.41 | 0.03 | −18824.59 |
| ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 11 | 37,673.20 | 6.43 | 0.03 | −18825.60 |
| ForestEdge$_{500}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 12 | 37,674.45 | 7.68 | 0.01 | −18825.22 |
| Canopy$_{125}$ + Canopy$^2_{120}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 11 | 37,684.50 | 17.72 | 0.00 | −18831.25 |
| ForestEdge$_{125}$ + Canopy$_{125}$ + Canopy$^2_{125}$ + Precip + RdDensity$_{500}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 11 | 37,685.77 | 18.99 | 0.00 | −18831.88 |
| Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 10 | 37,686.15 | 19.38 | 0.00 | −18833.07 |
| Canopy$_{125}$ + Canopy$^2_{125}$ + North$_{500}$ + Precip + RdDensity$_{125}$ + Slope$_{500}$ + Roughness$_{125}$ + Roughness$^2_{125}$ + Temp + TPI$_{500}$ + TPI$^2_{500}$ | 11 | 37,687.52 | 20.75 | 0.00 | −18832.76 |

Rvsd Plan - 00006110

**Table D.5**

Model selection table for backcountry ski SSF models showing selection of movement paths by winter recreationists engaged in backcountry skiing. Only the top 10 models are shown. K is the number of model parameters, LL is model log likelihood. The scale at which the covariate was measured (in meters) is given in subscript numbers; covariates included as quadratics are indicated with a superscript '2'. Further information on environmental covariates is given in Table 1 of the manuscript.

| Model Covariates | K | AIC | Δ AIC | AIC Wt | LL |
|---|---|---|---|---|---|
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 14 | 195,195.80 | 0.00 | 0.55 | −97583.89 |
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 13 | 195,196.80 | 1.00 | 0.33 | −97585.39 |
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 13 | 195,200.30 | 4.54 | 0.06 | −97587.16 |
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 12 | 195,201.70 | 5.96 | 0.03 | −97588.87 |
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 14 | 195,202.30 | 6.50 | 0.02 | −97587.14 |
| $Highway_{500}$ + $Highway_{400}^2$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{125}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 13 | 195,203.70 | 7.91 | 0.01 | −97588.85 |
| $Highway_{500}$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 13 | 195,207.50 | 11.67 | 0.00 | −97590.73 |
| $Highway_{500}$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{500}$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 12 | 195,210.80 | 15.00 | 0.00 | −97593.40 |
| $Highway_{500}$ + $Elevation_{00}$ + $Elevation_{800}^2$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 12 | 195,212.50 | 16.75 | 0.00 | −97594.27 |
| $Highway_{500}$ + $Elevation_{500}$ + $Elevation_{800}^2$ + $ForestEdge_{125}$ + $Canopy_{500}$ + $Canopy_{300}^2$ + $Evergreen_{125}$ + $Evergreen_{125}^2$ + $Precip$ + $RdDensity_{125}$ + $Roughness_{125}$ + $TPI_{500}$ + $TPI_{800}^2$ | 13 | 195,214.50 | 18.69 | 0.00 | −97594.24 |

**Appendix E. Pairwise similarities between the continuous predicted maps generated by the top-performing resource selection function models for each recreation type studied in western Colorado, USA 2010–2013, as measured by Pearson correlation. Pairs of recreation types with higher Pearson correlations are predicted to have greater similarity of terrain selection, and thus potentially greater interpersonal conflict.**

**Table 6**

Pearson correlations between predicted surfaces for each of the recreation activities. Recreation activities shown are on-trail snowmobiles (Snmb on-tr), off-trail snowmobiles (Snmb off-tr), snowmobile segments of hybrid-assisted skiing (Hybrid snmb), ski segments of hybrid-assisted skiing (Hybrid ski), and back-country ski or snowboard (BC Ski).

| | Snmb on-tr | Snmb off-tr | Hybrid snmb | Hybrid ski | BC Ski |
|---|---|---|---|---|---|
| Snmb on-tr | 1.00 | 0.07 | 0.04 | 0.07 | 0.14 |
| Snmb off-tr | | 1.00 | 0.03 | 0.05 | 0.12 |
| Hybrid snmb | | | 1.00 | 0.18 | 0.20 |
| Hybrid ski | | | | 1.00 | 0.25 |
| Ski/board | | | | | 1.00 |

## References

Akaike, H. (1974). A new look at the statistical model identification. *IEEE Transactions on Automatic Control, 19*(6), 716–723.

Albritton, R., & Stein, T. V. (2011). Integrating social and natural resource information to improve planning for motorized recreation. *Applied Geography, 31*(1), 85–97. http://dx.doi.org/10.1016/j.apgeog.2010.02.005.

Arlettaz, R., Nussle, S., Baltic, M., Vogel, P., Palme, R., Jenni-Eiermann, S., et al. (2015). Disturbance of wildlife by outdoor winter recreation: Allostatic stress response and altered activity–energy budgets. *Ecological Applications, 25*(5), 1197–1212.

Barton, K. (2015). *MuMIn: Multi-model inference*. R Package Version 1.15.1.

Bates, D., Maechler, M., Bolker, B., & Walker, S. (2014). *lme4: Linear mixed-effects models using Eigen and S4*. R Package Version 1.1-13.

Beeco, J. A., & Brown, G. (2013). Integrating space, spatial tools, and spatial analysis into the human dimensions of parks and outdoor recreation. *Applied Geography, 38*(1), 76–85. http://dx.doi.org/10.1016/j.apgeog.2012.11.013.

Beeco, J. A., & Hallo, J. C. (2014). GPS tracking of visitor use: Factors influencing visitor spatial behavior on a complex trail system. *Journal of Park and Recreation Administration, 32*(2), 43–61.

Beeco, J. A., Hallo, J. C., & Brownlee, M. T. J. (2014). GPS visitor tracking and recreation suitability Mapping: Tools for understanding and managing visitor use. *Landscape and Urban Planning, 127*, 136–145. http://dx.doi.org/10.1016/j.landurbplan.2014.04.002.

Bowker, J. M., Askew, A. E., Cordell, H. K., Betz, C. J., Zarnoch, S. J., & Seymour, L. (2012). US outdoor recreation participation projections to 2060. In *Outdoor recreation participation in the United States - projections to 2060: A technical document supporting the forest Service 2010 RFA assessment* (pp. 105–124). Asheville, NC: U.S. Department of Agriculture, Forest Service, Southern Research Station.

Boyce, M. S., Vernier, P. R., Nielsen, S. E., & Schmiegelow, F. K. A. (2002). Evaluating resource selection functions. *Ecological Modelling, 157*, 281–300.

Brabyn, L., & Sutton, S. (2013). A population based assessment of the geographical accessibility of outdoor recreation opportunities in New Zealand. *Applied Geography, 41*, 124–131. http://dx.doi.org/10.1016/j.apgeog.2013.03.013.

Braunisch, V., Patthey, P., & Arlettaz, R. (2011). Spatially explicit modelling of conflict zones between wildlife and outdoor snow-sports: Prioritizing areas for winter refuges. *Ecological Applications, 21*(3), 955–967. http://dx.doi.org/10.1890/09-2167.1.

Brown, G., & Raymond, C. M. (2014). Methods for identifying land use conflict potential using participatory mapping. *Landscape and Urban Planning, 122*, 196–208. http://dx.doi.org/10.1016/j.landurbplan.2013.11.007.

Cessford, G. (2003). Perception and reality of conflict: Walkers and mountain bikes on the Queen Charlotte track in New Zealand. *Journal for Nature Conservation, 11*(4), 310–316. http://dx.doi.org/10.1078/1617-1381-00062.

Cole, D. N., & Daniel, T. C. (2003). The science of visitor management in parks and protected areas: From verbal reports to simulation models. *Journal for Nature Conservation, 11*(4), 269–277.

D'Antonio, A., Monz, C., Lawson, S., Newman, P., Pettebone, D., & Courtemanch, A. (2010). GPS-based measurements of backcountry visitors in parks and protected areas: Examples of methods and applications from three case studies. *Journal of Park and Recreation Administration, 28*(3), 42–60.

Fortin, D., Beyer, H. L., Boyce, M. S., Smith, D. W., Duchesne, T., & Mao, J. S. (2005). Wolves influence elk movements: Behavior shapes a trophic cascade in Yellowstone National Park. *Ecology, 86*(5), 1320–1330. http://dx.doi.org/10.1890/04-0953.

Freeman, E. A., & Moisen, G. G. (2008). A comparison of the performance of threshold criteria for binary classification in terms of predicted prevalence and kappa. *Ecological Modelling, 217*, 48–58. http://dx.doi.org/10.1016/j.ecolmodel.2008.05.015.

Gillies, C. S., Hebblewhite, M., Nielsen, S. E., Krawchuk, M. A., Aldridge, C. L., Frair, J. L., et al. (2006). Application of random effects to the study of resource selection by animals. *Journal of Animal Ecology, 75*(4), 887–898. http://dx.doi.org/10.1111/j.1365-2656.2006.01106.x.

Gramann, J. H. (1982). Toward a behavioral theory of crowding in outdoor recreation: An evaluation and synthesis of research. *Leisure Sciences, 5*(2), 109–126.

Hallo, J. C., Beeco, J. A., Goetcheus, C., McGee, J., McGehee, N. G., & Norman, W. C. (2012). GPS as a method for assessing spatial and temporal use distributions of nature-based tourists. *Journal of Travel Research, 51*(5), 591–606. http://dx.doi.org/10.1177/0047287511431325.

Hallo, J. C., Manning, R. E., Valliere, W., & Budruck, M. (2004). A case study

comparison of visitor self-reported and GPS recorded travel routes. In *Proceedings of the 2004 Northeastern recreation research symposium* (pp. 172–177).

Harris, G., Nielson, R. M., Rinaldi, T., & Lohuis, T. (2014). Effects of winter recreation on northern ungulates with focus on moose (Alces alces) and snowmobiles. *European Journal of Wildlife Research, 60*(1), 45–58. http://dx.doi.org/10.1007/s10344-013-0749-0.

Havlick, D. (2002). *No place distant: Roads and motorized recreation on America's public lands*. Washington, D.C.: Island Press.

Homer, C. G., Dewitz, J. A., Yang, L., Jin, S., Danielson, P., Xian, G., et al. (2015). Completion of the 2011 National Land Cover Database for the conterminous United States-Representing a decade of land cover change information. *Photogrammetric Engineering and Remote Sensing, 81*(5), 345–354.

Hosmer, D. W., Jr, Lemeshow, S., & Sturdivant, R. X. (2013). *Applied logistic regression* (3rd ed.). Hoboken, New Jersey: John Wiley & Sons.

Jackson, S. A., Haider, W., & Elliot, T. (2003). Resolving inter-group conflict in winter recreation: Chilkoot trail national historic site, British Columbia. *Journal for Nature Conservation, 11*(4), 317–323. http://dx.doi.org/10.1078/1617-1381-00063.

Jacob, G. R., & Schreyer, R. (1980). Conflict in outdoor recreation: A theoretical perspective. *Journal of Leisure Research, 12*(4), 368–380.

Jenness, J. (2013). *DEM Surface Tools for ArcGIS (surface_area.exe)*. Retrieved from: http://www.jennessent.com/arcgis/surface_area.htm.

Jenness, J., Brost, B., & Beier, P. (2013). *Land facet corridor Designer: Extension for ArcGIS*. Retrieved from: http://www.jennessent.com/arcgis/land_facets.htm.

Keating, K. A., & Cherry, S. (2004). Use and interpretation of logistic regression in habitat-selection studies. *Journal of Wildlife Management, 64*(4), 744–789.

Kliskey, A. D. (2000). Recreation terrain suitability mapping: A spatially explicit methodology for determining recreation potential for resource use assessment. *Landscape and Urban Planning, 52*(1), 33–43. http://dx.doi.org/10.1016/S0169-2046(00)00111-0.

Krebs, J., Lofroth, E., & Parfitt, I. (2007). Multiscale habitat use by wolverines in British Columbia, Canada. *Journal of Wildlife Management, 71*(7), 2180–2192. http://dx.doi.org/10.2193/2007-099.

Lai, P. C., Li, C. L., Chan, K. W., & Kwong, K. H. (2007). An assessment of GPS and GIS in recreational tracking. *Journal of Park and Recreation Administration, 25*(1), 128–139.

Larson, C. L., Reed, S. E., Merenlender, A. M., & Crooks, K. R. (2016). Effects of recreation on animals revealed as widespread through a global systematic review. *PLoS One*, 1–21. http://dx.doi.org/10.1371/journal.pone.0167259.

Leung, Y., & Marion, J. L. (1999). Spatial strategies for managing visitor impacts in national parks. *Journal of Park and Recreation Administration, 17*(4), 20–38.

Manly, B. F. J., McDonald, L. L., Thomas, D. L., McDonald, T. L., & Erickson, W. P. (2002). *Resource selection by animals: Statistical design and analysis for field studies* (2nd ed.). New York: Kluwer Academic Publishers.

Manning, R. E., & Valliere, W. A. (2001). Coping in outdoor recreation: Causes and consequences of crowding and conflict among community residents. *Journal of Leisure Research, 33*(4), 410–426.

Miller, A. D. (2016). *Recreation conflict and management options in the Vail Pass winter recreation area, Colorado, USA*. Colorado State University.

Miller, A. D., Vaske, J. J., Squires, J. R., Olson, L. E., & Roberts, E. K. (2016). Does zoning winter recreationists reduce recreation conflict? *Environmental Management*, 1–18. http://dx.doi.org/10.1007/s00267-016-0777-0.

National Weather Service, National Oceanic and Atmospheric Administration. (2017). Colorado snowpack. Retrieved from: https://www.weather.gov/bou/co_snowpack.

Patthey, P., Wirthner, S., Signorell, N., & Arlettaz, R. (2008). Impact of outdoor winter sports on the abundance of a key indicator species of alpine ecosystems. *Journal of Applied Ecology, 45*, 1704–1711. http://dx.doi.org/10.1111/j.1365-2664.2008.01547.x.

R Core Team. (2015). R: A language and environment for statistical computing. Retrieved July 1, 2015, from: https://www.r-project.org/.

Reimers, E., Eftestøl, S., & Colman, J. E. (2003). Behavior responses of wild reindeer to direct provocation by a snowmobile or skier. *Journal of Wildlife Management, 67*(4), 747–754.

Richard, J. H., & Côté, S. D. (2016). Space use analyses suggest avoidance of a ski area by mountain goats. *The Journal of Wildlife Management, 80*(3), 387–395. http://dx.doi.org/10.1002/jwmg.1028.

Rupf, R., Wyttenbach, M., Köchli, D., Hediger, M., Lauber, S., Ochsner, P., et al. (2011). Assessing the spatio-temporal pattern of winter sports activities to minimize disturbance in capercaillie habitats. *Eco.mont, 3*(2), 23–32. http://dx.doi.org/10.1553/eco.mont-3-2s23.

Sato, C. F., Wood, J. T., & Lindenmayer, D. B. (2013). The effects of winter recreation on alpine and subalpine fauna: A systematic review and meta-analysis. *PLoS One, 8*(5), e64282. http://dx.doi.org/10.1371/journal.pone.0064282.

Seip, D. R., Johnson, C. J., & Watts, G. S. (2007). Displacement of mountain caribou from winter habitat by snowmobiles. *Journal of Wildlife Management, 71*(5), 1539–1544. http://dx.doi.org/10.2193/2006-387.

Shively, D. D., Pape, B. M. C., Mower, R. N., Zhou, Y., Russo, R., & Sive, B. C. (2008). Blowing smoke in Yellowstone: Air quality impacts of oversnow motorized recreation in the park. *Environmental Management, 41*(2), 183–199. http://dx.doi.org/10.1007/s00267-007-9036-8.

Snyder, S. A., Whitmore, J. H., Schneider, I. E., & Becker, D. R. (2008). Ecological criteria, participant preferences and location models: A GIS approach toward ATV trail planning. *Applied Geography, 28*(4), 248–258. http://dx.doi.org/10.1016/j.apgeog.2008.07.001.

Thapa, B., & Graefe, A. (2004). Recreation conflict and tolerance among skiers and snowboarders. *Journal of Park and Recreation Administration, 22*(1), 37–52. http://dx.doi.org/10.1080/01490409950202311.

Theobald, D. M. (2004). Placing exurban land-use change in a human modification framework. *Frontiers in Ecology and the Environment, 2*(3), 139–144.

Thermeau, T. (2015). A package for survival analysis in S. Retrieved from: http://CRAN.R-project.org/package=survival.

Thurljell, H., Ciuti, S., & Boyce, M. S. (2014). Applications of step-selection functions in ecology and conservation. *Movement Ecology, 2*(4), 12. http://dx.doi.org/10.1186/2051-3933-2-4.

Tomczyk, A. M. (2011). A GIS assessment and modelling of environmental sensitivity of recreational trails: The case of Gorce National Park, Poland. *Applied Geography, 31*(1), 339–351. http://dx.doi.org/10.1016/j.apgeog.2010.07.006.

U.S.D.A. Forest Service. (2015). White River national forest official webpage on Vail Pass winter recreation area. Retrieved July 30, 2015, from: http://www.fs.usda.gov/recarea/whiteriver/recreation/recarea/?recid=41445&actid=92.

Vaske, J. J., Carothers, P., Donnelly, M. P., & Baird, B. (2000). Recreation conflict among skiers and snowboarders. *Leisure Sciences, 22*(4), 297–313. http://dx.doi.org/10.1080/01490409950202311.

Vaske, J. J., Donnelly, M. P., Wittmann, K., & Laidlaw, S. (1995). Interpersonal versus social-values conflict. *Leisure Sciences, 17*(3), 205–222. http://dx.doi.org/10.1080/01490409509513257.

Vaske, J. J., Needham, M. D., & Cline, R. C., Jr. (2007). Clarifying interpersonal and social values conflict among recreationists. *Journal of Leisure Research, 39*(1), 182–195.

Westcott, F., & Andrew, M. E. (2015). Spatial and environmental patterns of off-road vehicle recreation in a semi-arid woodland. *Applied Geography, 62*, 97–106. http://dx.doi.org/10.1016/j.apgeog.2015.04.011.

Zielinski, W. J., Slauson, K. M., & Bowles, A. E. (2008). Effects of off highway vehicle use on the American Marten. *Journal of Wildlife Management, 72*(7), 1558–1571. http://dx.doi.org/10.2193/2007-397.

Rvsd Plan - 00006112

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 200 of 223

OPEN ⭧ ACCESS Freely available online

🔬·PLOS | ONE

# Representation of Ecological Systems within the Protected Areas Network of the Continental United States

## Jocelyn L. Aycrigg[1]*, Anne Davidson[1], Leona K. Svancara[2], Kevin J. Gergely[3], Alexa McKerrow[4], J. Michael Scott[5]

1 National Gap Analysis Program, Department of Fish and Wildlife Sciences, University of Idaho, Moscow, Idaho, United States of America, 2 Idaho Department of Fish and Game, Moscow, Idaho, United States of America, 3 United States Geological Survey Gap Analysis Program, Boise, Idaho, United States of America, 4 United States Geological Survey Gap Analysis Program, Raleigh, North Carolina, United States of America, 5 Department of Fish and Wildlife Sciences, University of Idaho, Moscow, Idaho, United States of America

## Abstract

If conservation of biodiversity is the goal, then the protected areas network of the continental US may be one of our best conservation tools for safeguarding ecological systems (i.e., vegetation communities). We evaluated representation of ecological systems in the current protected areas network and found insufficient representation at three vegetation community levels within lower elevations and moderate to high productivity soils. We used national-level data for ecological systems and a protected areas database to explore alternative ways we might be able to increase representation of ecological systems within the continental US. By following one or more of these alternatives it may be possible to increase the representation of ecological systems in the protected areas network both quantitatively (from 10% up to 39%) and geographically and come closer to meeting the suggested Convention on Biological Diversity target of 17% for terrestrial areas. We used the Landscape Conservation Cooperative framework for regional analysis and found that increased conservation on some private and public lands may be important to the conservation of ecological systems in Western US, while increased public-private partnerships may be important in the conservation of ecological systems in Eastern US. We have not assessed the pros and cons of following the national or regional alternatives, but rather present them as possibilities that may be considered and evaluated as decisions are made to increase the representation of ecological systems in the protected areas network across their range of ecological, geographical, and geophysical occurrence in the continental US into the future.

Citation: Aycrigg JL, Davidson A, Svancara LK, Gergely KJ, McKerrow A, et al. (2013) Representation of Ecological Systems within the Protected Areas Network of the Continental United States. PLoS ONE 8(1): e54689. doi:10.1371/journal.pone.0054689

Editor: Kimberly Patraw Van Niel, University of Western Australia, Australia

Received March 22, 2012; Accepted December 17, 2012; Published January 23, 2013

This is an open-access article, free of all copyright, and may be freely reproduced, distributed, transmitted, modified, built upon, or otherwise used by anyone for any lawful purpose. The work is made available under the Creative Commons CC0 public domain dedication.

Funding: The National Gap Analysis Program at the University of Idaho is supported by the United States Geological Society Gap Analysis Program under grant #G08A00047. The url: gapanalysis.usgs.gov. The agreement mentioned above supported JA and AD to do the study design, data collection and analysis as well as the decision to publish and preparation of the manuscript. LS was supported by Idaho Department of Fish and Game to help with the study design, data analysis, and preparation of the manuscript. AM and KG were funded by United States Geological Survey GAP to help with study design, data collection and analysis. KG is the program officer for this agreement and he has been involved with the study design, data collection, and data analysis for this manuscript. JMS is retired and he helped with the study design, decision to publish and preparation of the manuscript. The funders had a role in the study design, data collection, and data analysis, but not in the decision to publish or preparation of the manuscript.

Competing Interests: The authors have declared that no competing interests exist.

* E-mail: aycrigg@uidaho.edu

## Introduction

Traditionally, a mix of opportunity, available resources, and agency-specific conservation priorities are the foundation upon which networks of protected areas are developed over time [1–4]. This has led to a protected areas network in the continental US cultivated for multiple purposes including protecting biological resources, such as vegetation communities [5–8]. Often, to respond to conservation issues, such as habitat loss, the protected areas network is expanded by establishing new protected areas or enlarging existing ones [9–13]. However, with increasing land-use intensification the opportunities for expanding such networks are dwindling [4,14]. Furthermore, with the imminence of climate change along with increased loss and fragmentation of vegetation communities, the exigency of protecting areas that represent the

full suite of vegetation communities and therefore the species found therein, has increased [15–17].

The conservation community has increasingly focused on landscape levels for national decision making, but the lack of relevant and consistent data at a national scale has been an impediment [18–20]. Most public land management agencies, even those with the broadest authorities to protect natural resources have yet to implement ecosystem-scale approaches, perhaps due to lack of relevant data [21,22]. However, the impediment that once prevented a national-scale approach to protected areas management in the continental US has recently been overcome with the availability of national-level data for vegetation communities, classified to ecological systems [23], and a protected areas database for the US [24]. Ecological systems are groups of vegetation communities that occur together within

1

Rvsd Plan - 000006113

similar physical environments and are influenced by similar ecological processes (e.g., fire or flooding), substrates (e.g., peatlands), and environmental gradients (e.g., montane, alpine or subalpine zones) [23,25]. Ecological systems represent vegetation communities with spatial scales of tens to thousands of hectares and temporal scales of 50–100 years. They represent the habitat upon which vertebrate species rely for survival. The Protected Areas Database of the US (PAD-US) represents public land ownership and conservation lands (e.g., federal and state lands), including privately protected areas that are voluntarily provided (e.g. The Nature Conservancy) [24]. Each land parcel within PAD-US is assigned a protection status that denotes both the intended level of biodiversity protection and indicates other natural, recreational and cultural uses (Table 1) [24]. Together, these databases provide the foundation for assessing the representation of vegetation communities in the continental US within the protected areas network and thereby informing decision making at the national level.

The protected areas network within the continental US is often viewed as one of our best conservation tools for securing vegetation communities and the species they support into the future [26–29]. An inherent assumption behind a network of protected areas is that protection of vegetation communities will also protect the species that rely on them, including invertebrate and vertebrate species, many of which little is known of their life history or habitat requirements [11,30,31]. For our analysis, we narrowly defined a protected area as an area of land having permanent protection from conversion of natural land cover and a mandated management plan in operation to maintain a natural state within which disturbance events may or may not be allowed to proceed without interference and/or be mimicked through management (Table 1) [24]. Furthermore, we defined a protected areas network as a system of protected areas that increase the effectiveness of *in situ* biodiversity conservation [32]. Lastly, we defined biodiversity as a hierarchy from genes to communities encompassing the interdependent structural, functional, and compositional aspects of nature [33].

The questions of how much of a vegetation community to protect and what approach is best for systematically protecting vegetation communities have been discussed at length [34,35]. No single solution or specific amount of area has been established to meet both policy targets and biological conservation needs [35]. Most recently the Convention on Biological Diversity set a target of 17% for terrestrial areas in the Aichi Biodiversity Targets described within the Strategic Plan 2011–2020 [36]. The Aichi Biodiversity Targets also attempt to address biological needs by stating that areas protected should be ecologically representative [36]. Representation of vegetation communities is often put forth as a goal of conservation planning because the aim is to protect something of everything in order to conserve the evolutionary potential of the entire protected areas network [34,37,38]. The US has not explicitly addressed the representation of vegetation communities within the protected areas network; however, Canada has used representation targets to structure their protected areas network [39–41]. Even though climate change will likely alter what is represented within Canada's protected areas network, starting from a representative group of protected vegetation communities provides a foundation for climate change adaptation [40,41].

Numerous assessments of the US protected areas network and its effectiveness at conserving vegetation communities have all concluded the network is falling short [15,20,42–48]. Each assessment used the best data available at the time, but in all cases, extent, resolution, and consistency of the data were limited. Shelford [42] conducted the first assessment of protected areas in the US in 1926. His aim was to study the native biota of North America, which started with inventorying the existing protected areas and how their vegetation communities had been modified from pre-settlement conditions. Later, Scott et al. [15] found that 302 of 499 (~60%) mapped vegetation communities within the US had <10% representation within protected areas. Dietz and Czech [20] found the median percentage of area protected within the continental US was 4% for the ecological analysis units they defined.

We recently have had the opportunity to evaluate the representation (i.e., saving some of everything) and redundancy (i.e., saving more than one of everything) of ecological systems within the existing protected areas network for the continental US. This opportunity was possible because of the availability of a complete ecological systems database for the continental US and a comprehensive database of the current protected areas network. Hence, we can now assess how well the protected areas network

**Table 1.** Description of protection status categories in the Protected Areas Database for US [24].

| Protection status | Description | Example |
|---|---|---|
| Lands managed to maintain biodiversity (i.e., protected areas network) | An area of land having permanent protection from conversion of natural land cover and a mandated management plan in operation to maintain a natural state within which disturbance events may or may not be allowed to proceed without interference and/or be mimicked through management. | Yellowstone National Park, Wyoming |
| Lands managed for multiple-use, including conservation | An area having permanent protection from conversion of natural land cover for the majority of the area, but subject to extractive uses of either a broad low-intensity type (e.g., logging) or localized intense type (e.g., mining). Protection of federally listed endangered and threatened species throughout the area may be conferred. | Kaibab National Forest, Arizona |
| Lands with no permanent protection from conversion, but may be managed for conservation | An area with no known public or private institution mandates or legally recognized easements or deed restrictions held by the managing entity to prevent conversion of natural habitats to anthropogenic habitat types. Conversion to unnatural land cover throughout is generally allowed and management intent is unknown. | Fort Irwin, California |

Protection status denotes the intended level of biodiversity protection and indicates other natural, recreational, and cultural uses. These designations emphasize the managing entity rather than the land owner because the focus is on long-term management intent. Therefore an area gets a designation of permanently protected because that is the long-term management intent.

doi:10.1371/journal.pone.0054689.t001

Rvsd Plan - 00006114

encompasses the ecological and evolutionary patterns and processes that maintain ecological systems and thereby the species that depend on them [37]. Additionally, based on the Aichi Biodiversity Targets within the Strategic Plan 2011–2020 of the Convention on Biological Diversity, we can evaluate the current protected areas network in the continental US in context of meeting the suggested 17% target for terrestrial areas [36].

If the current protected areas network is falling short of conserving vegetation communities then what potential alternatives might be available to address those shortfalls? One such alternative is to replace protected areas that contribute minimally to conservation of vegetation communities with those with greater conservation value [49]. The goal would be to increase the overall biodiversity protection of the entire protected areas network. This approach proposed by Fuller et al. [49] could be attractive because the sale of protected areas with less conservation value could go towards acquiring new ones. Fuller et al. [49] proposed this approach in Australia where a protected areas network has been systematically designed with broad representation of Australia's vegetation types [49]. The protected areas network in the continental US has not been systematically designed [2,4]. Would this approach be feasible if the criteria for determining the contribution to conservation (i.e., cost-effectiveness analysis) could be agreed upon consistently across the continental US?

Another alternative to address the current protected areas network's shortfall would be to expand the network in area and number of protected areas [9,11,13]. A national assessment would be needed to identify vegetation communities not represented or under-represented within the existing protected areas network and a national conservation plan would be developed to prioritize acquisition of these vegetation communities to increase their representation on protected lands [50,51]. There are approximately 300 million hectares of public and private lands with no permanent protection on which native vegetation communities occur [23,24]. Could the representation of vegetation communities within the protected areas network be increased by prioritizing acquisition within these lands with no permanent protection?

A third alternative for addressing the protected areas network's shortcomings might be to increase the emphasis of maintaining biodiversity on some public and private lands currently managed for multiple-use (Table 1). Swaty et al. [52] found that in addition to the 29% of the continental US land area that has been converted by human use; there were an additional 23% of non-converted lands with altered vegetation structure and composition, which likely are lands managed for multiple-use. The protected areas network is comprised of approximately 50 million hectares in the continental US, while there are about 140 million hectares of public and private lands managed for multiple-use [24]. Vegetation communities that are currently not represented or under-represented within the current protected areas network may have representation on the approximately 140 million hectares of land managed for multiple-use [20,24]. Could, therefore, an emphasis on maintaining biodiversity on a strategically targeted subset of lands managed for multiple-use be used to effectively expand the representation of vegetation communities within the entire protected areas network?

From a conservation management perspective for the US, the Department of Interior (DOI) has established a framework of Landscape Conservation Cooperatives (LCC) with the mission of landscape-level planning and management [53]. This national framework further supports the need for nationally consistent databases and analyses. We focused our analysis on alternative ways to potentially increase the representation of ecological systems in the protected areas network of the continental US.

Specifically we asked (1) how well are ecological systems represented in the protected areas network relative to their occurrence in the continental US, including with regards to soil productivity and elevation, (2) how alternative approaches may potentially increase the representation of ecological systems in the protected areas network, and (3) how Landscape Conservation Cooperatives (LCC), the new landscape unit for conservation initiatives, can be used to regionally assess conservation status of ecological systems.

## Materials and Methods

### Data Description

We used the National Gap Analysis Program (GAP) Land Cover [23] and US Geological Survey GAP's (USGS-GAP) Protected Areas Database of the US (PAD-US 1.0) [24] as the national datasets for our analyses. The land cover data contains 3 nested hierarchical levels of vegetation communities. Level I contains 8 groupings, based on generalized vegetative physiognomy (e.g., grassland, shrubland, forest), while Level II has 43 groupings representing general groups of ecological systems based on physiognamy and abiotic factors (e.g., lowland grassland and prairie, alpine sparse and barren). The third hierarchical level contains 551 map classes, including 518 ecological systems. We focused on the non-modified, non-aquatic classes at each level (Level I: 5 classes, Level II: 37 classes, and Level III: 518 ecological systems).

The National GAP Land Cover was compiled from the Southwest, Southeast, Northwest, and California GAP land cover data completed during 2004–2009 [23]. We incorporated data from LANDFIRE (www.landfire.gov) for the Midwest and Northeast. These national land cover data were based on consistent satellite imagery (Landsat Thematic Mapper (TM) and Enhanced Thematic Mapper (ETM) acquired between 1999 and 2001 in conjunction with digital elevation model (DEM) derived datasets (e.g., elevation, landform) and a common classification system (i.e., ecological systems) to model natural and semi-natural vegetation [54–56]. The resolution is 30-m and typically the minimum mapping unit is 1 ha. Regional accuracy assessments and validations have been conducted and, based on those, in general, forest and some shrub ecological systems typically had higher accuracies than rare and small patch ecological systems, such as wetlands [57,58].

PAD-US (Version 1.0) consists of federal, state, and voluntarily provided privately protected area boundaries and information including ownership, management, and protection status [24]. Protection status is assigned to denote the intended level of biodiversity protection and indicate other natural, recreational, and cultural uses (Table 1) [24]. In assigning protection status, the emphasis is on the managing entity rather than the owner and focuses on long-term management intent instead of short-term processes [11]. The criteria for assigning protection status includes perceived permanence of biodiversity protection, amount of area protected with a 5% allowance of total area for intensive human use, protection of single vs. multiple features, and the type of management and degree to which it is mandated [59]. The protection status ranges from lands managed to maintain biodiversity to lands with little or no biodiversity protection (Table 1). Lands managed for multiple-use, including conservation, are permanently protected, but allow for extractive uses, such as mining and logging. In the continental US, lands with no permanent protection are considered any land parcel not designated either of the other protection status categories. We included only lands permanently protected and managed to

Rvsd Plan - 00006115

maintain biodiversity in our definition of the protected areas network.

We also used elevation data obtained from the National Elevation Dataset (NED) [60] and soil productivity. The National Elevation Dataset, a seamless dataset with a resolution of approximately 30 m, was the best available raster elevation data for the continental US [60]. We divided the National Elevation Dataset into 8 classes ranging from 0 to 4500 meters at 500-meter intervals. Soil productivity classes for the continental US were based on STATSGO data (http://soils.usda.gov/survey/geography/statsgo/). These data were reclassified into 8 soil productivity classes based on land capability classes (http://soils.usda.gov/technical/handbook) and ranged from very high to very low productivity.

To apply our analysis and results to current conservation management in the continental US, we used the LCC framework [53]. LCCs represent large area conservation-science partnerships between DOI and other federal agencies, states, tribes, non-governmental organizations (NGOs), universities, and other public and private stakeholders. Their intent is to inform resource management decisions to address landscape-level stressors, such as land use change, invasive species, and climate change [53].

### Data Analysis

The PAD-US 1.0 [24] and LCC data [53] were converted to grids (i.e., 30×30 m cells) and combined with the National GAP Land Cover [23] using ArcGIS 9.3.1 (ESRI, Redlands, CA). To assess the protection of ecological systems relative to their occurrence, we calculated a frequency distribution of protected area sizes within the existing protected areas network. To evaluate how the size range of protected areas would change with the inclusion of land managed for multiple-use, we calculated a frequency distribution of the protected areas network with lands managed for multiple-use added in (Table 1). We also calculated the amount of area of land managed for multiple-use needed to meet the 17% Aichi Biodiversity Target. To assess least protected or most endangered ecosystems, we summarized within each hierarchical level of the National GAP Land Cover (i.e., Levels I, II, and ecological systems) the number, size, protection status, and ownership of land parcels within PAD-US, as well as their distribution among LCCs. At the broadest level (Level I), we calculated percent availability versus percent protected to gain insight into the representation of each system in the protected areas network. We used a comparison index line (i.e., 1:1 line) to indicate the relationship between percent availability and percent protected [61]. Similarly, we calculated the percent area of ecological systems protected (i.e., managed to maintain biodiversity), managed for multiple-use, and not permanently protected for soil productivity and elevation ranges by combining these data with PAD-US [24] using ERDAS Imagine 9.3 (Table 1).

The diversity of ecological systems across and redundancy within LCCs was calculated by counting the number of ecological systems occurring within each LCC. Diversity was defined as the number of ecological systems within each LCC, while redundancy was defined as the number of LCCs in which a single ecological system occurred [37]. For example, if an ecological system occurred in 2 LCCs, its redundancy value was 2. Unique ecological systems were those that occurred in a single LCC. Furthermore, we calculated the number and percent area protected of ecological systems by each protection status within each LCC. To assess whether lands were being protected at the same rate as those converted to human dominated classes, such as developed areas, cultivated croplands, orchards, vineyards, quarries, mines, gravel pits, oil wells, and pastures, we calculated

the conservation risk index (CRI) for each LCC by dividing percent area converted by percent area managed to maintain biodiversity or percent area managed to maintain biodiversity and for multiple-use [23,62]. Finally, we summarized CRI values by protection status.

### Results

The current protected areas network in the continental US covers approximately 10% of the total area in which ecological systems occur. Across about 30,000 protected areas, the mean size of an individual protected area was 1942 ha with a size range of approximately 25–2,500,000 hectares over all protected areas. The analysis of representation of the network shows that the distribution of ecological systems managed to maintain biodiversity (i.e., the distribution of the protected areas network) is skewed towards high elevation and low productivity soils (Figure 1A). Overall 68% of all 518 ecological systems have <17% of their area protected, which is a target suggested by the Aichi Biodiversity Target of the Convention of Biological Diversity [36] and most of the ecological systems with <17% protected occur at low elevation and in areas with moderate to high productivity soils (Figures 1B and 1C, Table S1).

In examining the percent available versus percent protected for lands managed to maintain biodiversity, only two of the five Level I land cover groups (sparse and barren; riparian and wetland ) occurred above the 1:1 line indicating a greater percentage of these groups are protected in relation to their availability (Figure 2). Representation of Level II land cover groups was greatest for lowland grassland and prairie (xeric-mesic), but most groups had <17% protected (Figure 3). Out of 37 Level II groups, 11 fell at or above the 17% Aichi Biodiversity Target [36].

Ecological systems on lands managed for multiple-use and on lands with no permanent protection comprised 29% and 61%, respectively, of the total area of the continental US in which ecological systems occur. When lands managed for multiple-use were included as part of the protected areas network, the overall number of protected areas increased to about 88,000 with a size range of approximately 25–117,757,000 hectares.

When both lands managed to maintain biodiversity and for multiple-use were included all five Level I land cover groups occurred above the 1:1 line and all five occurred at or above the suggested 17% Aichi Biodiversity Target (Figure 2) [36]. The largest increases were within the shrubland, steppe, and savanna group, forest and woodland group, and sparse and barren group. The percent area of Level II land cover groups increased for all 37 groups when lands managed for multiple-use were added to lands managed to maintain biodiversity (Figure 3). The largest increases in percent area occurred within the lowland grassland and prairie (xeric-mesic) and sagebrush dominated shrubland. Out of 37 Level II groups, 33 fell at or above the 17% Aichi Biodiversity Target [36] when both lands managed to maintain biodiversity and multiple-use were included (Figure 3).

To meet the suggested 17% Aichi Biodiversity Target [36], approximately 9 million hectares (6.4%) of the 140 million hectares of public and private lands managed for multiple-use or 34 million hectares (11.3%) of the 300 million hectares of lands with no permanent protection would need to emphasize maintaining biodiversity or be acquired as part of the protected areas network (Table S1). Including lands managed for multiple-use with lands managed to maintain biodiversity, 98% of all ecological systems increased their percent area protected (Table S1). Using the suggested 17% Aichi Biodiversity Target [36], we found 32%

Rvsd Plan - 00006116

Case 1:21-cv-02994-REB   Document 24-19   Filed 06/21/22   USDC Colorado   Page 204 of 223



**Figure 1. Percent area of ecological systems in relation to elevation, soil productivity, and protection status.** Protection status designations include lands managed to maintain biodiversity (A), lands managed for multiple-use (B), and lands that have no permanent protection (C). See Table 1 for protection status descriptions. Percent area of ecological systems determined by combining data for elevation (meters) and soil productivity (http://soils.usda.gov/technical/handbook) with ecological systems grouped by protection status [23,24,60].
doi:10.1371/journal.pone.0054689.g001

Rvsd Plan - 000006117



**Figure 2. Percent protected and available for each Level I land cover group by protection status.** Lands managed to maintain biodiversity (diamonds) are shown relative to lands managed to maintain biodiversity and for multiple-use (squares). See Table 1 for protection status descriptions. A comparison index line is shown, which indicates a 1:1 relation between percent availability and percent protected [61]. A value below the 1:1 line represents a Level I land cover group under-represented in the protected areas network, a value above represents a Level I land cover group well represented in the protected areas network, while a value on the line indicates a Level I land cover group available and protected equally [61]. For example, grassland, a Level I land cover group, has about 4% of its area managed to maintain biodiversity, but that increased to about 17% when lands managed for multiple-use were included [23,24]. A dashed line representing the 17% Aichi Biodiversity Target of the Convention on Biological Diversity is shown [36].
doi:10.1371/journal.pone.0054689.g002

of all ecological systems met that target, but that increased to 68% when lands managed for multiple-use were included (Table S1).

Including lands managed for multiple-use in the protected areas network would result in dramatic geographic changes in the western US, but noticeable changes were also evident in northeastern US, Florida, the Appalachian mountains, and around the Great Lakes (Figure 4). Federal, state, and local governments as well as private entities manage lands to maintain biodiversity and for multiple-use (Figure 5). There are approximately 50 million hectares of lands managed to maintain biodiversity with Bureau of Land Management (BLM) and US Forest Service (USFS) managing about 29 million hectares, which is more than US Fish and Wildlife Service (USFWS), National Park Service (NPS), and all other federal land combined (Figure 5). Approximately 140 million hectares is managed for multiple-use in the continental US with BLM and USFS managing about 100 million hectares (Figure 5, Table S1).

Redundancy values for ecological systems occurring in LCCs ranged from 1–8, with redundancy values higher in LCCs in the west (Figure 6A). Ecological systems were highly diverse in 4 LCCs (Great Northern, Great Basin, Desert, and Gulf Coast Plain and Ozarks); however, only 1 had numerous unique ecological systems (Gulf Coast Plains and Ozarks; Figure 6B and Table 2). When including lands managed for multiple-use in the protected areas network, 7 out of the 16 LCCs in the continental US more than doubled the percent area protected (Table 2). Lands managed to maintain biodiversity represented between 0.6–17.0% of the area

of LCCs, adding lands managed for multiple-use increased that to 1.2–62.9% (Table 2). Eight out of 16 LCCs contained ecological systems that occurred only on lands managed for multiple-use or had no permanent protection (e.g., Great Plains, North Atlantic; Figure 7). The CRI values varied across LCCs with the Eastern Tallgrass Prairie and Big Rivers having the highest value (126.4) because almost 80% of its area was converted to human use (i.e., cultivated cropland) and the Desert and Southern Rockies having the lowest (0.2) because >10% of their area contained lands managed to maintain biodiversity (Figure 8). Including lands managed for multiple-use lowered the CRI for all LCCs and increased the number of LCCs meeting the suggested Aichi Biodiversity Target of 17% target from 1 to 7 (Figure 8) [36].

## Discussion

### Protection of Ecological Systems Relative to their Occurrence in the Continental US

The existing protected areas network in the continental US would need to capture a more representative complement of ecological systems if the US aims to meet the suggested Aichi Biodiversity Target of 17% for ecologically representative terrestrial areas [36]. The 518 ecological systems mapped in the continental US are disproportionately distributed by number, size, and protection status relative to elevation and soil productivity, which translates to an uneven representation of ecological systems within the protected areas network (Figure 1A) [15,63]. Soils with

Rvsd Plan - 00006118



**Figure 3. Percent area of Level II land cover groups by protection status.** The Level II land cover groups are arranged by Level I land cover groups (see Table S1) [23]. Percent area for both lands managed to maintain biodiversity and lands managed for multiple-use are shown [24]. See Table 1 for protection status descriptions. A dashed line representing the 17% Aichi Biodiversity Target of the Convention on Biological Diversity is shown [36].
doi:10.1371/journal.pone.0054689.g003

low productivity at high elevation are more likely to be found within the protected areas network; therefore ecological systems that occur in those areas are disproportionally represented in the network. Typically, low soil productivity at high elevations occurs in sparse and barren areas and these areas are well represented within the protected areas network (Figure 2) [15]. Capturing a broader range of elevation could be important to spatial patterns of biodiversity because ecological systems might shift with climate change, but the patterns of biodiversity will likely endure with geophysical features, such as elevation range [64]. How can the representation of ecological systems increase within the protected areas network of the continental US?

## Alternatives for Increasing Representation and Conservation of Ecological Systems

Many alternatives exist for conserving ecological systems and successful conservation will likely come from employing one or more of them. One approach, presented earlier in the paper, would be to replace protected areas that are minimally contrib-

uting to conservation and have a high cost associated with protecting ecological systems within a specific protected area (i.e., least cost effective) with those having greater conservation value (i.e., more cost effective) to increase the overall biodiversity protection of the entire network [49]. Applying this approach could be challenging because public support for existing protected areas may make it difficult to convince those supporters to relinquish a protected area for the benefit of the entire network [8,65]. This approach, even though controversial because of the concept of giving up protected areas, could play a prominent role in addressing the impacts of climate change because of the potential opportunity to shift the distribution of ecological systems on current protected areas in response to shifts in temperature and precipitation [66,67].

Protected areas have long been downgraded, downsized, delisted, and degazetted and these practices are currently widespread [68,69]. Approximately 60 National Parks have been delisted and downgraded since the establishment of the National Park System in 1916 [68,70,71]. One of the major drivers of protected area degazettement, which is loss of legal protection for



**Figure 4. Percent area of ecological systems by protection status.** Protection status designations are lands managed to maintain biodiversity (A) and lands managed to maintain biodiversity and multiple-use (B) for the continental US. Percent area is based on the area of each ecological system within each protection status divided by the total area of each ecological system [23,24]. See Table 1 for protection status descriptions. Only non-modified, non-aquatic ecological systems were included (n = 518; Table S1).
doi:10.1371/journal.pone.0054689.g004

Rvsd Plan - 00006120



**Figure 5. Area (ha) of Level I land cover groups by ownership and protection status.** Ownership includes federal, state, and local governments as well as private conservation lands. See Table 1 for protection status descriptions. These values were for the continental US. Both BLM and USFS have areas of Level I land cover groups that fall outside the scale on this graph [23,24]. Values for those Level I land cover groups are shown.
doi:10.1371/journal.pone.0054689.g005

an entire protected area, is access to and use of natural resources (e.g., commodity extraction) [69]. The impact on biodiversity protection because of access and use of natural resources is evident in Midwestern US where a low percent area of land is managed to maintain biodiversity and many areas are mapped as human land use (Figure 4). LCC's in the Midwest (i.e., Plains and Prairie Potholes, Great Plains, and Eastern Tallgrass Prairie and Big Rivers) have low diversity and few unique ecological systems (Figure 6B). A large percent of their area has been converted to human land use, which is reflected in high CRI values (Figure 8). To date, the ecological consequences of degazettement are unclear [69]. Both Fuller et al. [49] and Kareiva [8] believe degazettement would lead to a more dynamic and flexible approach to maintaining the current protected areas network, however it could depend on the level of systematic design used to establish the protected areas network.

Even though we did not specifically assess cost effectiveness of protected areas, our analysis could help inform the approach proposed by Fuller et al. [49]. A cost effectiveness analysis could be based on land ownership, protection status, and percent area converted to human modified systems. For example, the Great Basin LCC has potential for including some of the most cost effective protected areas because it has a low CRI value and

<10% of its area is converted. There is the potential to lower its CRI value and meet the suggested 17% Aichi Biodiversity Target [36] by increasing the percent of area managed to maintain biodiversity by 60% through emphasizing protection of biodiversity (Figure 8). The Great Basin LCC also contains ecological systems that occur only on lands managed for biodiversity (Figure 7) and has a high diversity of ecological systems even though only 1 is unique (Figure 6B). Other factors beyond land ownership, protection status, and percent area converted to human modified systems could be considered in efforts to assess the cost effectiveness of protected areas, such as representation of ecological systems and transaction costs. However, our analysis could help inform a conservation strategy for the continental US if the approach described by Fuller et al. [49] were implemented.

The second alternative for improving the conservation and representation of ecological systems described previously would be to increase the size (i.e., area or number) of our existing protected areas network through acquisition for the least protected, most endangered, or high priority ecological systems [50,51]. If a systematic approach for choosing new protected areas could increase the representation of elevation and soil productivity and thereby ecological systems then the network's ability to respond to varying conditions and future change could be strengthened

Ecological Systems in Protected Areas of US



| LCC Label | LCC Name | LCC Label | LCC Name |
|-----------|----------|-----------|----------|
| A | North Pacific | I | Gulf Coast Prairie |
| B | California | J | Upper Midwest and Great Lakes |
| C | Great Northern | K | Eastern Tallgrass Prairie and Big Rivers |
| D | Great Basin | L | Gulf Coast Plains and Ozarks |
| E | Southern Rockies | M | Appalachian |
| F | Desert | N | South Atlantic |
| G | Plains and Prairie Potholes | O | Peninsular Florida |
| H | Great Plains | P | North Atlantic |

10

Rvsd Plan - 00006122

**Figure 6. Redundancy, diversity, and uniqueness of ecological systems within Landscape Conservation Cooperatives (LCC).** Redundancy measures the number of LCC's in which a single ecological system occurs (A) [23]. The higher the number of LCC's in which an ecological systems occurs the more redundancy displayed by that ecological system. For example, if an ecological system occurs in 2 LCCs, it has a redundancy value of 2. Diversity is the total number of ecological systems occurring with an LCC, which is shown by color shading of LCCs (B). Uniqueness is the number of ecological systems that occur in a single LCC, which is indicated by the number within each LCC (B). For example, the Great Northern LCC encompasses 126–150 ecological systems total, most of these occur in a total of 7 or 8 LCCs, but 3 are unique and only found in this LCC. Only non-modified, non-aquatic ecological systems were included (n = 518; Table S1). Each LCC is assigned a letter, which indicates the name of the LCC.
doi:10.1371/journal.pone.0054689.g006

(Figure 1) [15,63]. Our results were similar to Scott et al. [15] because we found that ecological systems at lower elevations and higher soil productivity were under-represented within the current protected areas network (Figure 1). These areas could be prioritized if acquisition of new protected areas was employed for increasing protection of ecological systems. The least protected ecological systems and potentially most endangered (see Figure 8) are within all the Level I land cover groups except sparse and barren (Figures 2, 3, and 5, Table S1) and are located mostly in the Midwestern US (Figure 4). Prioritizing acquisition of the Level I land cover groups within the Midwestern US would increase the overall representation of ecological systems in the continental US. However, the feasibility of land acquisition for conservation is continually a challenge as resources for obtaining new protected areas are dwindling and competition for undeveloped private land is limiting expansion opportunities [4,14]. Furthermore, the support of policy makers for creating new protected areas could be perceived as ephemeral [72]. The idea of increasing the amount of protected land is attractive in part because of the perceived permanence associated with that protection. In other words, expanding the protected areas network reduces the risk of more land being converted to a state from which it might not recover (i.e., urban development), even though the immediate benefit to conservation is dependent upon management strategies employed.

A third alternative for improving the current protected areas network might be to take stock of our management within the current protected areas network and to evaluate the potential role of lands managed for multiple-use in conserving ecological systems. Our analysis found that increasing the emphasis on maintaining biodiversity on lands currently managed for multiple-use, which are permanently protected, but allow for extractive uses (e.g., mining and logging), offers an alternative for increasing the representation of ecological systems. However, much of the land managed for multiple-use has undergone ecosystem alteration and increased management or restoration may be needed to recover existing ecological systems [52]. If we increased the emphasis on maintaining biodiversity on some public and private lands managed for multiple-use, the total percent area of ecological systems protected could increase up to 39% in the continental US (lands managed to maintain biodiversity: 10%; lands managed for multiple-use: 29%). Geographically, the greatest potential for increased emphasis on maintaining biodiversity on lands managed for multiple-use is in the West, but also in the Northeast, South, and Midwest (Figure 4). To meet the suggested Aichi Biodiversity Target of 17% [36] increased emphasis on maintaining biodiversity would need to occur on 6.4% of the lands managed for multiple-use (Table S1). Even though lands managed for multiple-use occur on both public (i.e., federal, state, and local government) and private (i.e., non-governmental organization) lands, the potential for conservation efforts to increase the protection of

**Table 2.** Total number and unique number of ecological systems as well as percent area of ecological systems on lands managed to maintain biodiversity and for multiple-use within each Landscape Conservation Cooperative (LCC) in the continental US.

| Landscape Conservation Cooperative (LCC) | Number of ecological systems | Number of unique ecological systems | Percent area of lands managed to maintain biodiversity | Percent area of lands managed for multiple-use |
|---|---|---|---|---|
| Appalachian | 103 | 11 | 3.5 | 8.3 |
| California | 88 | 2 | 10.7 | 16.3 |
| Desert | 133 | 2 | 17.0 | 40.0 |
| Eastern Tallgrass Prairie & Big Rivers | 75 | 0 | 1.2 | 1.2 |
| Great Basin | 143 | 1 | 11.2 | 62.9 |
| Great Northern | 143 | 3 | 14.8 | 39.3 |
| Great Plains | 102 | 1 | 0.6 | 2.5 |
| Gulf Coast Plains & Ozarks | 148 | 17 | 3.5 | 4.9 |
| Gulf Coast Prairie | 95 | 11 | 1.3 | 1.4 |
| North Atlantic | 63 | 5 | 6.6 | 8.7 |
| North Pacific | 123 | 10 | 15.1 | 25.5 |
| Plains & Prairie Potholes | 95 | 1 | 2.4 | 10.6 |
| Peninsular Florida | 56 | 18 | 8.8 | 13.1 |
| South Atlantic | 97 | 13 | 2.8 | 4.0 |
| Southern Rockies | 116 | 0 | 14.1 | 50.6 |
| Upper Midwest & Great Lakes | 60 | 3 | 5.7 | 8.3 |

See Figure for location of LCC. See Table 1 for protection status descriptions. LCCs are listed alphabetically.
doi:10.1371/journal.pone.0054689.t002

11

Rvsd Plan - 00006123



Landscape Conservation Cooooperative

**Figure 7. Number of ecological systems occurring only within each protection status by Landscape Conservation Cooperative (LCC).** Ecological systems included occur only within the specified protection status [23,24]. The total number of ecological systems within each LCC is shown parenthetically. For example, the Great Plains LCC contains 102 ecological systems with 18 occurring only on lands with no permanent protection and none occurring on lands managed to maintain biodiversity or for multiple-use. See Table 1 for protection status descriptions. Only non-modified, non-aquatic ecological systems are included (n = 518; Table S1).
doi:10.1371/journal.pone.0054689.g007

ecological systems on public lands is greater (i.e., quantitatively and geographically) (Figure 5).

To protect a broad representation of ecological systems within the continental US, opportunities within public land management agencies fall largely on lands managed by BLM and USFS (Figure 5). Both manage lands that maintain biodiversity, but the majority of the lands they manage are for multiple-use (Figure 5). However, if the US is to become less dependent on foreign energy sources and meet its own resource needs within its boundaries, then shifting management focus on even a small portion of lands currently managed for multiple-use could become a public lands dilemma. Lands managed for multiple-use provide multiple public benefits, including domestic energy production. [17,73,74].

In addition to the lands BLM manages for multiple-use, it has also designated 11 million hectares to the National Landscape Conservation System (NLCS), which is a network of conservation areas specifically aimed at conserving biodiversity [75]. The USFS manages over 17 million hectares of land managed to maintain biodiversity, which is more than USFWS, NPS, and other federal land management agencies combined (Figure 5). With BLM and USFS managing millions of hectares of land for maintaining

biodiversity, their role in protecting ecological systems is well established, and there may be potential to expand the protection and representation of ecological systems, for example, through the expansion of NLCS. In the past, administrative jurisdictional land transfers have occurred between land management agencies (e.g., BLM, USFWS, NPS, and USFS) [76–78]. Some of these land transfers have led to more emphasis on maintaining biodiversity.

## Landscape Conservation Cooperatives Setting Priorities for Conservation of Ecological Systems

The framework and partnerships of the LCCs informs conservation at the landscape level, which will be needed to implement conservation across jurisdictional boundaries. Our analysis indicates that ecological systems in the East are less redundant and at more risk of conversion than those in the West (Figures 6 and 8). Because of this East-West dichotomy, increased conservation on some public and private lands may be important to the representation of ecological systems in the West, whereas increased public-private partnerships may play an important role in the East to increase the representation of ecological systems (Figures 4, 5, 6, 7, 8).

Rvsd Plan - 00006124



**Figure 8. Percent area of Landscape Conservation Cooperative (LCC) protected or converted and its conversion risk index (CRI).** CRI for each LCC is calculated by dividing percent area converted by percent area protected [62]. The CRI index is shown for lands managed to maintain biodiversity (i.e., labeled maintain biodiversity) as well as for lands managed to maintain biodiversity and multiple-use (i.e., labeled multiple-use) [23]. The LCCs are ordered by percent area within each protection status. See Table 1 for protection status descriptions. A dashed line representing the 17% Aichi Biodiversity Target of the Convention on Biological Diversity is shown [36].
doi:10.1371/journal.pone.0054689.g008

Our research results highlighting low redundancy and unique ecological systems corroborate results from other studies [13,18]. In particular, the eastern US was identified as an ecoregion with high threats and irreplaceability value with regards to identifying conservation priorities [13,18]. For example, the Gulf Coast Plain and Ozarks LCC in southeastern US has high diversity and uniqueness, but low redundancy and a high conservation risk index (Figures 6 and 8). Within this LCC, there are few opportunities for increasing the representation of ecological systems on lands managed for multiple-use (Table 2, percent protected changes from 3.5% to 4.9%). An initial practical approach for conservation of ecological systems in this LCC, which contains many diverse and unique ecological systems, would be to engage both public and private conservation partners. In this case, our research results could serve as a catalyst for building public and private conservation partnerships. The larger scale perspective of LCCs provides a unique forum that previously did not exist for putting nationwide conservation planning at a scale that allows strategic emphasis on ecological systems that are in most need of added representation and protection.

There are numerous benefits to exploring alternatives for increasing the conservation and representation of ecological systems in the protected areas network. First, we can increase the number and area of ecological systems protected. Ecological

systems represent a range of the habitats upon which many species rely; therefore we are increasing the protection of numerous species, including threatened, endangered, and species of concern. Second, we can increase the adaptability of ecological systems and the protected areas network to climate change impacts [79]. A wider range of environmental variables will enable ecological systems and the vertebrate species that rely on them to have room to shift their ranges in response to changes in climate. Third, we can increase the buffer area for all ecological systems and thereby reduce edge effects and increase the integrity of existing ecological systems. Lastly, we are more likely to capture the ecological processes that drive the pattern of ecological systems that we observe and allow for a more fully functional and robust protected areas network.

The current protected areas network for the continental US does not capture the full range of ecological systems or geophysical features (i.e., elevation and soil productivity). As a consequence, the species that rely on these ecological systems and geophysical features have fewer opportunities to adjust to changing environmental conditions. We have not assessed the pros and cons of using our alternatives for increasing the representation of ecological systems, but rather we have presented them as possibilities that may be considered and evaluated as decisions are made to conserve biodiversity. Each alternative may increase

13

Rvsd Plan - 00006125

the representation of ecological systems, which can lead to protecting and securing habitat across a broader range of ecological, geographical, and geophysical occurrence of species. And may provide the greatest opportunity for evolutionary processes to persist regardless of imminent changes in the near, intermediate, and long term.

## Supporting Information

**Table S1 Area (ha) and percent area of ecological systems by protection status nested into Level I and II land cover groups [23,24].** All 5 Level I groups, 37 Level II groups, and 518 ecological systems are listed. See Table 1 for protection status descriptions. Only non-modified, non-aquatic ecological systems are included (n = 518).

(XLSX)

## Acknowledgments

We thank C. Conway, D. Weinstein, R. White, and 2 anonymous reviewers for their comments that improved this manuscript. We also thank M. Croft, L. Duarte, J. Lonneker, K. Mallory, A. Radel, and G. Wilson for their help. Any use of trade, product, or firm names is for descriptive purposes only and does not imply endorsement by the US Government.

## Author Contributions

Conceived and designed the experiments: JMS LS JA AD KG. Analyzed the data: AD JA. Wrote the paper: JLA LS AM AD JS KG.

## References

1. Miller KR (1982) Parks and protected areas: considerations for the future. Ambio 11: 315–317.
2. Pressey RL (1994) Ad hoc reservations: forward and backward steps in developing representative reserve systems? Conserv Biol 8: 662–668.
3. Margules CR, Pressey RL (2000) Systematic conservation planning. Nature 405: 243–253.
4. Fairfax SK, Gwin L, King MA, Raymond L, Watt LA (2005) Buying nature: The limits of land acquisition as a conservation strategy, 1780–2004. Cambridge: The MIT Press. 357 p.
5. Pressey RL, Humphries CJ, Margules CR, Vane-Wright RI, Williams PH (1993) Beyond opportunism: key principles for systematic reserve selection. Trends Ecol Evol 8: 124–128.
6. Ando A, Camm J, Polasky S, Solow A (1998) Species distributions, land values, and efficient conservation. Science 279: 2126–2128.
7. van Jaarsveld AS, Freitag S, Chown SL, Muller C, Koch S, et al. (1998) Biodiversity assessment and conservation strategies. Science 279: 2106–2108.
8. Kareiva P (2010) Trade-in to trade-up. Nature 466: 322–323.
9. Harrison J, Miller K, McNeely J (1982) The world coverage of protected areas: development goals and environmental needs. Ambio 11: 238–245.
10. Ehrlich PR, Wilson EO (1991) Biodiversity studies: science and policy. Science 253: 758–762.
11. Scott JM, Davis F, Csuti B, Noss R, Butterfield B, et al. (1993) Gap analysis: a geographic approach to protection of biological diversity. Wildlife Monographs 123: 1–41.
12. Chape S, Blyth S, Fish L, Fox P, Spalding M (2003) 2003 United Nations list of protected areas. Available: http://www.unep.org/pdf/un-list-protected-areas. pdf. Access 29 February 2012.
13. Rodrigues ASL, Akçakaya HR, Andelman SJ, Bakarr MI, Boitani L, et al. (2004) Global gap analysis: priority regions for expanding the global protected-area network. Bioscience 54: 1092–1100.
14. McDonald RI (2009) The promise and pitfalls of systematic conservation planning. Proc Natl Acad Sci U S A 106: 15101–15102.
15. Scott JM, Davis FW, McGhee RG, Wright RG, Groves C, et al. (2001) Nature preserves: do they capture the full range of America's biological diversity? Ecol Appl 11: 999–1007.
16. Baron JS, Griffith B, Joyce LA, Kareiva P, Keller BD, et al. (2008) Preliminary review of adaptation options for climate-sensitive ecosystems and resources. Available: http://library.globalchange.gov/products/assessments/sap-4-4-preliminary-review-of-adaptation-options-for-climate-sensitive-ecosystems-and-resources. Accessed 29 February 2012.
17. Glicksman RL (2008) Ecosystem resilience to disruptions linked to global climate change: An adaptive approach to federal land management. Neb Law Rev 87: 833–892.
18. Brooks TM, Bakarr MI, Boucher T, Da Fonseca GAB, Hilton-Taylor C, et al. (2004) Coverage provided by the global protected-area system: is it enough? Bioscience 54: 1081–1091.
19. Estes JE, Mooneyhan DW (1994) Of maps and myths. Photogramm Eng Remote Sensing 60: 517–524.
20. Dietz RW, Czech B (2005) Conservation deficits for the continental United States: an ecosystem gap analysis. Conserv Biol 19: 1478–1487.
21. Noss RF, Cooperrider AY (1994) Saving Nature's legacy. Washington DC: Island Press. 416 p.
22. The President's Council of Advisors on Science and Technology (PCAST) (2011) Sustaining environmental capital: protecting society and the economy. Available: http://www.whitehouse.gov/administration/eop/ostp/pcast/docsreports. Accessed 2011 July 29.
23. US Geological Survey, Gap Analysis Program (USGS-GAP) (2010) National GAP Land Cover, Version 1. Available: http://gapanalysis.usgs.gov. Accessed 29 July 2011.

24. US Geological Survey, Gap Analysis Program (USGS-GAP) (2010) Protected Areas Database of the United States, Version 1.0. Available: http://gapanalysis. usgs.gov. Accessed 2011 July 29.
25. Comer P, Faber-Langendoen D, Evans R, Gawler S, Josse C, et al. (2003) Ecological systems of the United States: a working classification of US terrestrial systems. Available: http://www.natureserve.org/library/usEcologicalsystems. pdf. Accessed 29 July 2011.
26. Redford KH, Richter BD (1999) Conservation of biodiversity in a world of use. Conserv Biol 13: 1246–1256.
27. Sanderson EW, Jaiteh M, Levy MA, Redford KH, Wannebo AV, et al. (2002) The human footprint and the last of the wild. Bioscience 52: 891–904.
28. Hobbs RJ, Arico S, Aronson J, Baron JS, Bridgewater P, et al. (2006) Novel ecosystems: theoretical and management aspects of the new ecological world order. Global Ecol Biogeogr 15: 1–7.
29. Sodhi NS, Butler R, Laurance WF, Gibson L (2011) Conservation successes at micro-, meso-, and macroscales. Trends Ecol Evol 26: 585–594.
30. Noss RF, LaRoe III ET, Scott JM (1995) Endangered ecosystems of the United States: A preliminary assessment of loss and degradation. Available: http:// biology.usgs.gov/pubs/ecosys.htm. Accessed 2010 July 22.
31. Bunce RGH, Bogers MMB, Evans D, Halada L, Jongman RHG, et al. (2012). The significance of habitats as indicators of biodiversity and their links to species. Ecol Indic http://dx.doi.org/10.1016/j.ecolind.2012.07.014. Accessed 2012 August 31.
32. Dudley N (2008) Guidelines for applying protected area management categories. Available: http://data.iucn.org/dbtw-wpd/edocs/paps-016.pdf. Accessed 2012 February 29.
33. Noss RF (1990) Indicators for monitoring biodiversity: a hierarchical approach. Conserv Biol 4: 355–364.
34. Tear TH, Kareiva P, Angermeier PL, Comer P, Czech B, et al. (2005) How much is enough? The recurrent problem of setting measurable objectives in conservation. Bioscience 55: 835–849.
35. Svancara LK, Brannon R, Scott JM, Groves CR, Noss RF, et al. (2005) Policy-driven versus evidence-based conservation: a review of political targets and biological needs. Bioscience 55: 989–995.
36. Convention on Biological Diversity Strategic Plan for Biodiversity 2011–><2020 including Aichi Biodiversity Targets. Available:.Accessed 2012 February 29.
37. Shaffer ML, Stein BA (2000) Safeguarding our precious heritage. In: Stein BA, Kutner LS, Adams JS, editors. Precious heritage: the status of biodiversity in the United States. New York: Oxford University Press. 301–321.
38. Groves CR (2003) Drafting a conservation blueprint: a practioner's guide to planning for biodiversity. Washington DC: Island Press. 458 p.
39. Scott D, Malcolm JR, Lemieux C (2002) Climate change and modelled biome representation in Canada's national park system: implications for system planning and park mandates. Global Ecol Biogeogr 11: 475–484.
40. Lemieux CJ, Scott DJ (2005) Climate change, biodiversity conservation and protected area planning in Canada. Can Geogr 49: 384–399.
41. Lemieux CJ, Beechey TJ, Gray PA (2011) Prospects for Canada's protected areas in an era of rapid climate change. Land use policy Available: doi:10.1016/ j.landusepol.2011.03.008. Accessed 2011 April 29.
42. Shelford VE (1926) Naturalist's guide to the Americas. Baltimore: The Williams and Wilkins Company. 761 p.
43. Crumpacker DW, Hodge SW, Friedley D, Gregg WP (1988) A preliminary assessment of the status of major terrestrial and wetland ecosystems on Federal and Indian lands in the United States. Conserv Biol 2: 103–115.
44. Caicco SL, Scott JM, Butterfield B, Csuti B (1995) A gap analysis of the management status of the vegetation of Idaho (USA). Conserv Biol 9: 498–511.
45. Davis FW, Stine PA, Stoms DM, Borchert MI, Hollander AD (1995) Gap analysis of the actual vegetation of California 1. The Southwestern Region. Madroño 42: 40–78.

Rvsd Plan - 00006126

46. Stoms DM, Davis FW, Driese KL, Cassidy KM, Murray MP (1998) Gap analysis of the vegetation of the intermountain semi-desert ecoregion. Great Basin Nat 58:199–216.

47. Scott JM, Murray M, Wright RG, Csuti B, Morgan P, et al. (2001) Representation of natural vegetation in protected areas: capturing the geographic range. Biodivers Conserv 10: 1297–1301.

48. Wright RG, Scott JM, Mann S, Murray M (2001) Identifying unprotected and potentially at risk plant communities in the western USA. Biol Conserv 98: 97–106.

49. Fuller RA, McDonald-Madden E, Wilson KA, Carwardine J, Grantham HS, et al. (2010) Replacing underperforming protected areas achieves better conservation outcomes. Nature 466: 365–367.

50. Langhammer PF, Bakarr MI, Bennun LA, Brooks TM, Clay RP, et al. (2007) Identification and gap analysis of key biodiversity areas: targets for comprehensive protected area systems. Available: data.iucn.org/dbtw-wpd/edocs/pag-015.pdf. Accessed 2012 February 29.

51. Kark S, Levin N, Grantham HS, Possingham HP (2009) Between-country collaboration and consideration of costs increase conservation planning efficiency in the Mediterranean Basin. Proc Natl Acad Sci U S A 106: 15368–15373.

52. Swaty R, Blankenship K, Hagen S, Fargione J, Smith J, et al. (2011) Accounting for ecosystem alteration doubles estimates of conservation risk in the conterminous United States. PLoS ONE 6: 1–10. DOI: 10.1371/journal.pone.0023002.

53. Millard MJ, Czarnecki CA, Morton JM, Brandt LA, Shipley FS, et al. (2012) A national geographic framework for guiding conservation on a landscape scale. Journal of Fish and Wildlife Management 3: 175–183.

54. Lowry Jr JH, Ramsey RD, Boykin K, Bradford D, Comer P, et al. (2007) Land cover classification and mapping. In: Prior-Magee JS, et al., editors. Southwest Regional Gap Analysis Final Report. Available: http://fws-nmcfwru.nmsu.edu/swregap/report/swregap%20final%20report.pdf. Accessed 2011 November 16.

55. Zhu Z, Vogelmann J, Ohlen D, Kost J, Chen X, et al. (2006) Mapping existing vegetation composition and structure for the LANDFIRE Prototype Project. In: Rollins MG, Frame CK, editors. The LANDFIRE prototype project: nationally consistent and locally relevant geospatial data for wildland fire management Available: http://www.treesearch.fs.fed.us/pubs/24700. Accessed 2011 January 18.

56. Rollins MG (2009) LANDFIRE: a nationally consistent vegetation, wildland fire, and fuel assessment. International Journal of Wildland Fire 18: 235–249.

57. Sanborn (2006) GAP zone 1 vegetation mapping final report. Available: http://gap.uidaho.edu. Accessed 2011 July 29.

58. Lowry J, Ramsey RD, Thomas K, Schrupp D, Sajwaj T, et al. (2007) Mapping moderate-scale land-cover over very large geographic areas within a collaborative framework: a case study of the Southwest Regional Gap Analysis Project (SWReGAP). Remote Sens Environ 108: 59–73.

59. Crist IJ, Prior-Magee JS, Thompson BC (1996) Land management status categorization in gap analysis: a potential enhancement. In Brackney ES, Jennings MD, editors. Gap Analysis Bulletin 5. Available: http://www.gap.uidaho.edu/bulletins/5/LMSCiGA.html. Accessed 2010 March 29.

60. U. S. Geological Survey (2006) National elevation dataset. Available: http://ned.usgs.gov/. Accessed 2011 July 29.

61. Hazen HD, Anthamatten LJ (2004) Representation of ecological regions by protected areas at the global scale. Physical Geography 25: 499–512.

62. Hoekstra JM, Boucher TM, Ricketts TH, Roberts C (2005) Confronting a biome crisis: global disparities of habitat loss and protection. Ecol Lett 8: 23–29.

63. Groves CR, Kutner LS, Stoms DM, Murray MP, Scott JM, et al. (2000) Owning up to our responsibilities: who owns land important for biodiversity? In: Stein BA, Kutner LS, Adams JS, editors. Precious heritage: The status of biodiversity in the United States. New York: Oxford University Press. 399 p.

64. Andersen MG, Ferree CE (2010) Conserving the stage: climate change and the geophysical underpinnings of species diversity. PLoS ONE 5: 1–10. DOI:10.737/journal.pone.0011554.

65. Tversky A, Kahneman D (1974) Judgment under uncertainty: heuristics and biases. Science 185: 1124–1131.

66. Parmesan C (2006) Ecological and evolutionary responses to recent climate change. Annu Rev Ecol Evol Syst 37: 637–669.

67. Parmesan C, Yohe G (2003) A globally coherent fingerprint of climate change impacts across natural systems. Nature 421: 37–42.

68. Retti DR (1995) Our National Park System: caring for America's greatest natural and historic treasures. Urbana: University of Illinois Press. 293 p.

69. Mascia MB, Pailler S (2011) Protected area downgrading, downsizing, and degazettement (PADDD) and its conservation implications. Conservation Letters 4: 9–20.

70. Hogenauer AK (1991) Gone, but not forgotten: The delisted units of the US National Park System. The George Wright Forum 7: 2–19.

71. Hogenauer AK (1991) An update to "Gone, but not forgotten: The delisted units of the US National Park System. The George Wright Forum 8: 26–28.

72. US Department of Interior and US Department of Agriculture (2005) National Land Acquisition Plan. Available: http://www.fs.fed.us/land/staff/LWCF/Final%20DOI-USDA%20Land%20Acquisition%20Report%20to%20Congress.pdf. Accessed 2012 September 5.

73. Loomis JB (1993) Integrated public lands management. New York: Columbia University Press 474 p.

74. Thomas JW, Sienkiewicz A (2005) The relationship between science and democracy: public land policies, regulation, and management. Public Land and Resources Law Review 26: 39–69.

75. Darst CR, Huffman KA, Jarvis J (2009) Conservation significance of America's newest system of protected areas: National Landscape Conservation System. Natural Areas Journal 29: 224–254.

76. Towns E, Cook JE (1998) USDA, Forest Service, USDI, National Park Service: Notice of Transfer of Administrative Jurisdiction, Coconino National Forest and Walnut Canyon National Monument. Available: http://www.gpo.gov/fdsys/pkg/FR-1998-08-25/pdf/98-22723.pdf. Accessed 2012 August 31.

77. Stobaugh J (2003) Notice of Proposed Withdrawal and Opportunity for Public Meeting: Nevada. Available: http://www.gpo.gov/fdsys/pkg/FR-2003-07-09/pdf/03-17392.pdf. Accessed 2012 August 31.

78. Allred CS (2007) Public Land Order No. 7675: Transfer of Administrative Jurisdiction, Petrified Forest National Park Expansion, Arizona. Available: http://www.gpo.gov/fdsys/pkg/FR-2007-05-18/pdf/E7-9586.pdf. Accessed 2012 August 31.

79. Kujala H, Araüjo MB, Thuiller W, Cabeza M (2011) Misleading results from conventional gap analysis – messages from the warming north. Biol Conserv 144: 2450–2458.

15

January 2013 | Volume 8 | Issue 1 | e54689

Rvsd Plan - 00006127

FEATURE

doi:10.2489/jswc.66.3.78A

# Roadless areas and clean water

Dominick A. DellaSala, James R. Karr, and David M. Olson

Clean water, like biodiversity, is most closely linked to undisturbed natural ecosystems. When undisturbed watersheds in roadless and protected areas (e.g., national parks, state parks, wilderness areas, national monuments) are fragmented by roads, logging, and intensive recreation development, both water quality and biodiversity decline as hydrological integrity is lost (USFS 1972, 1979, 2001; Alexander and Gorte 2008; Anderson 2008). In the United States, inventoried roadless areas (IRAs) are lands without roads exceeding 2,000 ha (5,000 ac) that have been inventoried by the USDA Forest Service. IRAs collectively amount to approximately one third of the 77 million ha (193 million ac) of the 155 national forests but are disproportionately concentrated in western states (figure 1) (Trout Unlimited 2004; Anderson 2008). The roaded, intensively managed landscapes of the other national forest lands have been closely correlated with heavily sediment-laden streams and dramatic changes in flow regimes (Espinosa et al. 1997; Trombulak and Frissell 2000; CBD et al. 2001; Coffin 2007; Frissell and Carnefix 2007). While the biodiversity benefits of IRAs are well documented (DeVelice and Martin 2001; Strittholt and DellaSala 2001; Loucks et al. 2003; Strittholt et al. 2004; Gelbardi and Harrison 2005), little has been made of the importance of IRA water for downstream users and wildlife.

In this paper, we assess the importance of IRAs from a water quality perspective, including the likely water quality effects of developing IRAs. We provide conservative estimates of the economic impact of intact unroaded watersheds on national forests for clean water and associated water resource benefits. In particular, rising demand and shrinking water supply associated with changing climate will likely make intact areas in drought-prone regions of the West even more valuable and crucial to protect. Thus, our findings are especially relevant to drought-prone states considering development of IRAs. The state of Colorado, for example, with approximately 1.7 million ha (4.2 million ac) of IRAs, has been seeking federal permission to develop its IRAs for logging, expanding ski areas, coal-bed mining, and producing oil and gas (figure 2) (Anderson 2008; Colorado Division of Wildlife 2010; Colorado, State of 2010; Straub 2010, USFS 2011). Although we focus on IRAs throughout the western United States, we also emphasize the importance of uninventoried roadless areas (unroaded) <2,000 ha (Henjum et al. 1994; Greenwald 1998; Beschta et al. 2004) that collectively cover an area roughly 1.5 times that of the total IRA network (USFS 2000; Strittholt et al. 2004). Those smaller unroaded areas also play a strategic role in maintaining reliable supplies of high-quality water and protecting aquatic ecosystems.

**Dominick A. DellaSala** is Chief Scientist and President of the Geos Institute, Ashland, Oregon. **James R. Karr** is professor emeritus of ecology and environmental policy at the University of Washington, Seattle, Washington. **David M. Olson** is a conservation biologist at the Conservation Earth Consulting, Burbank, California.

## ROADLESS AREAS PROVIDE SUBSTANTIAL WATER RESOURCE BENEFITS

IRAs benefit society in many ways, including providing a valuable and increasingly rare natural supply of abundant, clean, and naturally reliable water (Sedell et al. 2000); affordable drinking water for municipal and rural communities; water for agricultural and industrial uses; flood control; instream aquatic recreation; aquifer recharge; flood protection; reliable water supply; diverse and productive fisheries; healthy aquatic ecosystems; resident and migratory waterfowl habitat; recovery of endangered species; and, increasingly, the vitality and sustainability of local economies (table 1). These benefits accrue nationally and at the local and regional levels.

***National Benefits of Clean Roadless-Area Water.*** At least 124 million Americans directly benefit from water

**Figure 1**

Federal inventoried roadless areas (IRAs) of the United States (Source: USDA Forest Service).




Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A-84A www.swcs.org



Rvsd Plan - 00006128

originating from national forests (Sedell et al. 2000). In fact, national forests provide about 15% of the nation's runoff with an estimated net value of $3.7 (Sedell et al. 2000) to $27 billion (Krieger 2001). The water treatment value alone of National Forests ranges from $490 million (Loomis 2005) to $18 billion (Krieger 2001).

Because IRAs represent roughly a third of national forestland, by inference they contribute significantly to the overall run-off volume and value (Anderson 1997, 2008) estimated in billions of dollars annually (Loomis and Richardson 2001; Sechhi et al. 2005). For instance, using Forest Service data (USFS 2000), IRAs make up 661 of the 914 national forest watersheds, with 55% of the 914 watersheds acting as source areas for facilities that treat and distribute drinking water to the public. The cost-savings to water treatment plants and highway departments from avoiding sedimentation caused by logging in IRA watersheds is estimated at up to $18 billion annually (Loomis 1988). IRAs provide $490 million annually in waste treat-

### Figure 2

Colorado's 2001 inventoried roadless areas (IRAs) are shown in light gray, the 2011 proposed Colorado roadless areas (CRAs) are shown in gray, and overlap between CRAs and IRAs is shown in black. Water quality will be most impacted by changes in allowable activities within existing IRAs relative to changes in designated areas (USFS 2011).



Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A-84A  www.swcs.org

### Table 1

General ecosystem services and benefits related to water that are provided by undisturbed IRAs and watersheds (derived from Greenway 1996; Costanza et al. 1997; Talberth and Moskowitz 1999; GAO 2000;Heal 2000, Loomis and Richardson 2001; Sedell et al. 2000; Krieger 2001; Dombeck 2003; Berrens et al. 2006).

| | Benefits |
|---|---|
| Off-stream benefits | Low treatment costs for water for all beneficiaries |
| | Low price per unit volume costs for water for all beneficiaries |
| | High-quality and abundant drinking water for rural communities and municipal water supplies |
| | High-quality water for agricultural and industrial purposes |
| | High-quality water for downstream livestock production |
| | High-quality water for reduced health care and epidemic control |
| | Reduced costs of flood damage and flood control; enhanced local economies and property values |
| | Community benefits, including jobs, income, favorable trends for key economic indicators, and economic sustainability and stability |
| | Recharging of groundwater aquifers |
| | Healthy terrestrial and riparian ecosystems and their component species, sustained ecological and evolutionary processes, and resilient ecosystems |
| In-stream benefits | Healthy aquatic ecosystems |
| | Recovery of endangered species and protection of refugia |
| | Diverse and productive fisheries |
| | High-quality habitat for wildlife, including migratory waterfowl and game and nongame species |
| | Aquatic recreation such as swimming, rafting, and boating; enhancement of hiking and camping |
| | The inherent value of wild rivers and wilderness (including passive use benefits such as option, bequest, and existence values) |
| | Moderation of runoff and streamflows (e.g., lower peak flows, higher low flows, year-round water) |
| | Soil stabilization and erosion control |
| | Scientific value (intact watersheds are very rare today) |
| | Maintaining sediment production to streams at normal background rates |
| | Reducing potential for damage to downstream properties and water users during periods of high flow |
| | Breakdown and containment of waste and toxins (e.g., atmospheric, prior use) |

Rvsd Plan M000061299 6, NO. 3 | 79A

ment services through recovering mobile nutrients and cleansing the environment, both processes that involve water flow through intact watersheds (Loomis and Richardson 2001).

*Regional Benefits of Clean Roadless-Area Water.* In the US Rocky Mountains, roughly one third of utilized streamflow is derived directly from IRAs (which cover a quarter of Colorado's headwaters), with cities like Denver receiving about 30% of their water supply from IRA watersheds. Annually, IRAs in Colorado are estimated to provide an equivalent of nearly 2.5 times Denver's annual water use (Doyle and Gardner 2010; Denver Water 2010). Similarly, IRAs in New Mexico provide an estimated water quality benefit up to $42 million annually (Berrens et al. 2006).

*Flood Control Protection and Inventoried Roadless Areas.* The intact watersheds of IRAs are especially important for ameliorating the frequency and intensity of flooding, saving millions of dollars annually from averted floods and associated sedimentation, a service that will only increase in value as climate change drives more floods (Seeds 2010). Dredging reservoirs to increase capacity and channels to enable navigation costs cities, states, and ultimately taxpayers millions annually. Salem, Oregon, spent approximately $100 million on new treatment facilities after logging in upper watersheds created conditions leading to mass sedimentation in its watershed following storms in 1996 (Schwickert and Mauldin 1997; Talberth and Moskowitz 1999). In addition, Seattle, Washington, deferred a $150 million filtration plant expenditure through an intensive watershed rehabilitation program that will decommission 480 km (300 mi) of roads over a 10-year period, fix road erosion problems, and limit access and high-risk activities for fire and sedimentation within their watersheds (Seeds 2010).

*Recreation Benefits and Strong Local Economies.* IRA water benefits outdoor recreation and the people that either engage in or earn their living from outdoor recreation. The nation's IRAs generate $600 million annually from recreation (Loomis and Richardson 2001). Passive-use values (i.e., the intrinsic value of wilderness, wildlands, and benefits for

the future) are estimated at an additional $280 million annually. At the regional scale, New Mexico IRA water provides an estimated $27 million active outdoor recreation benefit and a $14 million passive-use benefit annually (Berrens et al. 2006). For many visitors, much of the attraction to wildlands is associated with the presence of clean and abundant water—a dwindling resource as logging, grazing, and road-building continues across mountain landscapes and droughts from a changing climate intensify in much of the West (Saunders et al. 2008).

*Freshwater Biodiversity and Healthy Fisheries.* Clean water from IRAs also maintains healthy fisheries, such as salmon and trout fisheries, sustains viable aquatic ecosystems, and helps protect threatened species and ecosystems (Abell et al. 2000; Trout Unlimited 2004). Indeed, IRAs may act as important refugia for many salmon and trout populations, as well as for a diversity of endangered freshwater species (Henjum et al. 1994; Huntington 1998; NRC 1996; Trombulak and Frissell 2000; CBD et al. 2001; Strittholt and DellaSala 2001; Oechsli and Frissell 2002; Strittholt et al. 2004; Petersen 2005). Restoration of salmon and trout fisheries in places with high road densities will likely fail without the pivotal role provided by IRAs as fishery strongholds.

## ROADLESS AREAS ARE IMPORTANT SOURCES FOR DRINKING WATER

The distribution of IRAs across prime hydrologic real estate—headwaters and upper watersheds—makes them particularly valuable for providing reliable supplies of clean water. In Colorado, IRAs occur in the headwaters of all major drainages, covering roughly a third of upper watersheds in the state. Indeed, most IRAs are located in mountainous terrain in western states, including Oregon, Idaho, New Mexico, Utah, Montana, California, and Washington. This extensive coverage of IRAs in headwaters, and because they are often the last minimally disturbed watersheds within larger landscapes of degraded lands, makes them hydrologic hotspots—areas with relatively small spatial extent that have a disproportionately important role in producing abundant

and reliable clean water (Frissell and Carnefix 2007).

For many major drainages (entire watersheds of major rivers, such as the Columbia River Basin), IRAs and other wilderness areas represent the last few percentages (typically 1% to 5%) of the landscape with a minimally disturbed, or near natural, hydrology. As in many other ecological contexts, losing the last relatively natural systems typically results in major losses in water resource benefits, losses that can only be compensated by very expensive actions. The known relationship between watershed degradation and water quality decline deserves to be more rigorously incorporated as a central foundation for decisions on watershed management and protection.

*Developing Roadless Areas Degrades Water Quality.* In addition to their keystone location within watersheds, roadless areas typically encompass the most fragile of natural landscapes—montane forests and meadows. Road building and other intensive management in these otherwise intact areas damage their ability to provide clean water for downstream communities and biodiversity over both short and long terms (Beschta 1978; Forman and Alexander 1998; Lugo and Gucinski 2000; Trombulak and Frissell 2000; Gucinski et al. 2001; Coffin 2007). Logging, including post-disturbance, fire-risk reduction, forest health, and insect control; livestock grazing; mining; and road building are responsible for chronic and acute sedimentation of aquatic ecosystems, alter overland flow and stream structure, and change a range of physical and biological features by causing more frequent and intense floods, decreasing available water throughout the year, increasing stream and ambient temperatures, and elevating turbidity and nutrient levels (Beschta 1978; Fleischner 1994; Trombulak and Frissell 2000; DellaSala et al. 2006; Coffin 2007). Logging roads have been linked to great increases in erosion rates and sediment delivery to streams—up to 850% over rates in undisturbed habitat—with long-term and often catastrophic impacts on stream biota, aquatic ecosystems, and water quality (Fredricksen 1970; Megahan and Kidd 1972; Amaranthus et al. 1985; Bilby

Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A–84A www.swcs.org

et al. 1989; King 1989, 1993; Haynes and Horne 1997; Jones et al. 2000; Wemple and Jones 2003).

Depending on severity and duration of impacts, disturbance can elevate average turbidity levels well above background levels (Seeds [2010] provides examples from Oregon), along with triggering more frequent and intense turbidity spikes that are a major source of excess costs to municipal water supply departments. Relative to roadless watersheds with intact natural vegetation, intensively managed watersheds also produce less available water (i.e., average monthly usable raw water) due to intensified high flows with very high turbidity and exacerbated low flow conditions (Seeds 2010). The monthly reliability of water is also diminished.

Even small disturbances in upper watersheds can result in significant, cumulative, and long-term impacts to downstream water and aquatic ecosystems (Platts and Nelson 1985; Boise National Forest 1993; McIntosh et al. 1994, 1995). In unstable terrain, for instance, small areas (e.g., less than 10% of a watershed's area) of low-intensity disturbance, including roads, may greatly increase the frequency and size of mass erosion events, with subsequent acute and chronic reduction in downstream water quality. Management activities that damage natural vegetation typically result in loads of suspended solids that exceed background levels and more frequent and intense spikes in suspended solids stemming from an increase in mass erosion events like landslides, debris flows, and bank failures. These impacts are strongly correlated with roads, as well as with logging and grazing (Amaranthus et al. 1985; Fleischner 1994; Trombulak and Frissell 2000; Coffin 2007).

***Rising Demand and Climate Change Diminish Water Supply.*** Population in the West is projected to increase by 300% within just 30 years, with similar increases in demand for water (Sedell et al. 2000). Urban and exurban areas are growing exponentially, including communities adjacent to wilderness areas and IRAs (Theobald 2005). The demand for water in Colorado is expected to triple by 2050. Similarly, the number of people relying on national forest water has dou-

bled in Oregon in the last 30 years, and 86% of the population of Washington rely on national forest water to some degree (Sedell et al. 2000).

The dramatic population growth in the West is concurrent with a warming and drying climate in many places. Temperatures are increasing, snow pack is declining and melting sooner, and drought and summer water deficits are more frequent and longer (Barnett et al. 2008; Mohammed and Tarboton 2008; Saunders et al. 2008; Miller et al. 2010). Streamflow reductions ranging from 10% to 35% are likely for the western states over the next half century as a consequence of climate change (Barnett and Pierce 2009). A 10% drop in streamflow is considered calamitous by municipal water districts. More frequent and intense flood events are also likely in places (Raff et al. 2009), despite drying conditions. Costs for flood control, repair and reconstruction, and insurance rates will also increase (GAO 2007). These events will worsen the severe and unprecedented droughts already afflicting much of the West (Drechsler et al. 2006; Saunders et al. 2008).

## SOLUTION: A LIGHT HYDROLOGICAL FOOTPRINT IN ROADLESS AREAS

IRAs should be managed in the same way many municipalities manage their watersheds—sustaining a light ecological and hydrological footprint and hydrologic restoration through decommissioning or, even better, obliteration of roads (Barten et al. 1998; NRC 2000; Payne et al. 2004; Gallo et al. 2005; Postel and Thompson 2005; Seeds 2010). The most cost-effective and prudent approach to maintain water supplies and high-quality fresh water in the face of population growth and climate change is to manage upper watersheds in a roadless condition with undisturbed natural vegetation. The high, long-term economic cost of degrading clean water for millions of people, by itself, is argument strong enough to continue protection of the current roadless areas network either at national or state levels. Development of IRAs, as proposed in Colorado, would primarily provide opportunities for short-term gains, but the substantial and long-term impacts on water

quality and availability will come at a time of increasing demand and shrinking supply. Managers should, therefore, treat IRAs as natural reservoirs of high quality water for downstream users before approving development projects. Cost-benefit analyses should include regionally and locally specific estimates of water quality to better inform project management decisions that may reduce the value of high-quality water in the short and long run.

## CONCLUSIONS

Roadless areas and the relatively intact ecosystems they maintain provide many important biodiversity benefits, including acting as strongholds for threatened freshwater species. Beyond these important values, their role in producing clean and reliable water for people and economies is more likely to compel decision-makers to leave roadless areas undeveloped. We reviewed the importance of inventoried roadless areas on national forests in the United States to determine their importance in providing clean water for downstream users. We concluded that (1) many intact watersheds are in headwaters, (2) they supply downstream users with high-quality drinking water, and (3) developing these watersheds comes at significant costs associated with declining water quality and availability. Several case studies from the western United States, particularly Colorado, demonstrated the importance of assessing the diverse consequences of developing roadless areas. Managers should perform comprehensive cost-benefit analyses when weighing development options. A light-touch hydrological footprint is recommended to sustain the many values that derive from roadless areas, especially clean and abundant water.

## ACKNOWLEDGEMENTS

We thank the many individuals and organizations that have contributed to this evaluation. In particular, we appreciate the reviews of earlier drafts of the manuscript by Robert Beschta of Oregon State University, Corvallis, Oregon; Josh Seeds of Oregon Department of Environmental Quality, Portland, Oregon; and Linda Farley of Conservation Earth. Richard Nauman and Jessica Leonard of the Geos Institute, Ashland, Oregon, provided GIS support and review. Sponsored by a grant from The Pew

*Copyright © 2011 Soil and Water Conservation Society. All rights reserved.*
*Journal of Soil and Water Conservation 66(3):78A-84A www.swcs.org*

Charitable Trusts. The opinions expressed in this report are those of the authors and do not necessarily reflect the views of The Pew Charitable Trusts.

## REFERENCES

Abell, R., D. Olson, E. Dinerstein, P. Hurley, S. Walters, C. Loucks, T. Allnutt, and W. Wettengel. 2000. A Conservation Assessment of the Freshwater Ecoregions of North America. Washington, DC: Island Press.

Alexander, K., and W. Gorte. 2008. National Forest System Roadless Area initiatives. CRS Report to Congress, Order Code RL30647.

Amaranthus, M., R. Rice, N. Barr, and R. Ziemer. 1985. Logging and forest roads related to increased debris slides in southwestern Oregon. Journal of Forestry 83:229-233.

Anderson, M. 1997. Idaho's Vanishing Wild Lands: A Status Report on Roadless Areas in Idaho's National Forests. Seattle, WA: The Wilderness Society.

Anderson, M. 2008. A decade of National Forest Roadless Area Conservation: Background Paper. Seattle, WA: The Wilderness Society.

Barnett, T.P., D.W. Pierce, H.G. Hidalgo, C. Bonfils, B.D. Santer, T. Das, G. Bala, A.W. Wood, T. Nozawa, A.A. Mirin, D.R. Cayan, and M.D. Dettinger. 2008. Human-induced changes in the hydrology of the Western United States. Science 319:1080-1083.

Barnett, T.P., and D.W. Pierce. 2009. Sustainable water deliveries from the Colorado River in a changing climate. The Proceedings of the National Academy of Sciences USA 106:7334-7338.

Barnett, T.P., D.W. Pierce, H.G. Hidalgo, C. Bonfils, B.D. Santer, T. Das, G. Bala, A.W. Wood, T. Nozawa, A.A. Mirin, D.R. Cayan, and M.D. Dettinger. 2008. Human-induced changes in the hydrology of the Western United States. Science 319:1080-1083.

Barten, P.K., T. Kyker-Snowman, P.J. Lyons, T. Mahlstedt, R. O'Connor, B.A. Spencer. 1998. Massachusetts: Managing a watershed protection forest. Journal of Forestry 96:10-15.

Berrens, R., J. Talberth, J. Thacher, and M. Hands. 2006. Economic and community benefits of protecting New Mexico's Inventoried Roadless Areas. Santa Fe, NM: Center for Sustainable Economy and Forest Guardians.

Beschta, R.L. 1978. Long-term patterns of sediment production following road construction and logging in the Oregon Coast Range. Water Resources Research 14:1011-1016.

Beschta, R.L., J.J. Rhodes, J.B. Kauffman, R.E. Gresswell, G.W. Minshall, J.R. Karr, D.A. Perry,

ER. Hauer, and C.A. Frissell. 2004. Postfire management on forested public lands of the western United States. Conservation Biology 18:957-967.

Bilby, R.E, K. Sullivan, and S.H. Duncan. 1989. The generation and fate of road-surface sediment in forested watersheds in southwestern Washington. Forest Science 35:453-468.

Boise National Forest. 1993. Biological Assessment of Bear Valley Basin Livestock Grazing Allotments–Effects on Snake River Basin Spring/Summer Chinook Salmon. Boise, ID: Boise National Forest.

CBD (Center for Biological Diversity). 2001. Imperiled Trout and the Importance of Roadless Areas: A Report by the Western Native Trout Campaign. Tucson, AZ: The Center for Biological Diversity, Pacific Rivers Council, Biodiversity Associates.

Coffin, A.W. 2007. From roadkill to road ecology: A review of the ecological effects of roads. Journal of Transport Geography 15:396-406.

Colorado Division of Wildlife. 2010. Inventoried Roadless Areas Report 2010. http://wildlife. state.co.us/LandWater/Roadless/.

Colorado, State of. 2010. Colorado Roadless Final Petition - April 4, 2010; Subpart D—Colorado Roadless Areas Management. Denver, CO: Office of the Governor.

Costanza, R., R. d'Arge, R. de Groot, S. Farber, M. Grasso, B. Hannon, K. Limburg, S. Naeem, R.V. O'Neill, J. Paruelo, R.G. Raskin, P. Sutton, and M. van den Belt. 1997. The value of the World's ecosystem services and natural capital. Nature 387:253-260.

DellaSala, D.A., J.R. Karr, T. Schoennagel, D. Perry, R.F. Noss, D. Lindenmayer, R. Beschta, R.L. Hutto, M.E. Swanson, and J. Evans. 2006. Postfire logging debate ignores many issues. Science 314:51-52.

Denver Water. 2010. Solutions: Saving water for the future. Denver Water Newsletter 2010. Denver, CO.

DeVelice, R.L., and J.R. Martin. 2001. Assessing the extent to which roadless areas complement the conservation of biological diversity. Ecological Applications 11:1008-1018.

Dombeck, M. 2003. Water is forest's most vital product. Seattle Post-Intelligencer, January 5, 2003. http://seattlepi.nwsource.com/opinion/102721_forestop.shtml.

Doyle, D. and N. Gardner. 2010. Dry times. April, 2010. http://www.5280.com.

Drechsler, D., N. Motallebi, M. Kleeman, D. Cayan, K. Hayhoe, L. S. Kalkstein, N. Miller, S. Sheridan,

J. Jin, and R.A. VanCurren. 2006. Public health-related impacts of climate change in California. Berkeley, CA: California Climate Change Center. http://www.energy.ca.gov/2005publications/CEC-500-2005-197/CEC-500-2005-197-SF.PDF.

Espinosa, F.A., J.J. Rhodes, and D.A. McCullough. 1997. The failure of existing plans to protect salmon habitat in the Clearwater National Forest in Idaho. Journal of Environmental Management 49:205-230.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Forman, R.T., and L.E. Alexander. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics 29:207-231.

Fredricksen, R.L. 1970. Erosion and sedimentation following road construction and timber harvest on unstable soils in three small western Oregon watersheds. USDA Forest Service Research Paper PNW-104. Portland, OR: USDA Forest Service, Pacific Northwest Research Station.

Frissell, C., and G. Camefix. 2007. The geography of freshwater habitat conservation: Roadless Areas and critical watersheds for native trout. Wild Trout IX Symposium, October 2007.

Gallo, K., S.H. Lanigan, P. Eldred, S.N. Gordon, and C. Moyer. 2005. Northwest Forest Plan – The first 10 years: Preliminary assessment of the condition of watersheds. General Technical Report PNW-GTR-647. Portland, OR: USDA Forest Service, Pacific Northwest Research Station.

GAO (Government Accountability Office). 2000. Forest Service Roadless Areas: Potential Impact of Proposed Regulations on Ecological Sustainability. GAO-01-47. Washington, DC: GAO.

GAO. 2007. Climate change: Financial risks to Federal and Private Insurers in Coming Decades are Potentially Significant. GAO-07-285. Washington, DC: GAO. http://www.gao.gov/new.items/d07285.pdf.

Gelbardi, J.L., and S. Harrison. 2005.Invasibility of roadless grasslands: An experimental study of yellow starthistle. Ecological Applications 15:1570–1580.

Greenwald, N. 1998.Protection and conservation of roadless areas in the Southwest. Flagstaff, AZ: Southwest Forest Alliance.

Greenway, R. 1996. Wilderness experience and eco-psychology. International Journal of Wilderness 2:26-30.

Gucinski, H., M.J. Furniss, R.R. Ziemer, and M.H. Brookes. 2001. Forest Roads: A Synthesis of

Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A-84A www.swcs.org

Scientific Information. General Technical Report PNWGTR-509. Portland, OR: US Department of Agriculture, USDA Forest Service.

Haynes, R.W, and A.L. Horne. 1997. An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of The Klamath and Great Basins: Economic Assessment of the Basin. General Technical Report PNW-GTR-408. Washington, DC: USDA Forest Service.

Heal, G. 2000. Valuing ecosystem services. Ecosystems 3:24-30.

Henjum, M.G., J.R. Karr, D.L. Bottom, D.A. Perry, J.C. Bednarz, S.G. Wright, S.A. Beckwitt, and E. Beckwitt. 1994. Interim Protection for Late-Successional Forests, Fisheries, and Watersheds: National Forests East of the Cascade Crest, Oregon and Washington. Eastside Forests Scientific Society Panel. Technical Review 94-2. Bethesda, MD: The Wildlife Society.

Huntington, C.W. 1998. Streams and salmonid assemblages within roaded and unroaded landscapes in the Clearwater River Sub-basin, Idaho. In Proceedings of the forest-fish conference: Land management practices affecting aquatic ecosystems, eds. M.K. Brewin and D.M.A. Monita. Calgary, AB: Natural Resources Canada, Canada Forest Service, Northern Forest Center.

Jones, J.A., F.J. Swanson, B.C. Wemple, and K.U. Snyder. 2000. Effects of roads on hydrology, geomorphology, and disturbance patches in stream networks. Conservation Biology 14:76-85.

King, J.G. 1989. Streamflow Responses to Road Building and Harvesting: A comparison with the Equivalent Clearcut Area Procedure. USDA Forest Service Res Paper INT-401, Ogden, UT.

King, J.G. 1993. Sediment production and transport in forested watersheds in the northern rocky mountains. In Proceedings of Technical Workshop on Sediments, Terrene Institute, 13-18, Washington, DC.

Krieger, D. 2001. Economic Value of Forest Ecosystem Services: A Review. Washington, DC: The Wilderness Society.

Loomis, J.B. 1988. Economic Benefits of Pristine Watersheds. Denver, CO: American Wilderness Alliance.

Loomis, J.B., and R. Richardson. 2001. Economic values of the U.S. Wilderness System: Research, evidence to date, and questions for the future. International Journal of Wilderness 7:31-34.

Loomis, J.B. 2005. Updated Outdoor Recreation Use Values on National Forest and Other Public Lands. General Technical Report PNW-GTR-658.

Loucks, C., N. Brown, A. Loucks, and K. Cesareo. 2003. USDA Forest Service roadless areas: Potential biodiversity conservation reserves. Conservation Ecology 7:2-5

Lugo, A.E., and H. Gucinski. 2000. Function, effects, and management of forest roads. Forest Ecology and Management 133:249-262.

McIntosh, B.A., J.R. Sedell, J.E. Smith, R.C. Wissmar, S.E. Clarke, G.H. Reeves, and L.A. Brown. 1994. Historical changes in fish habitat for select river basins of eastern Oregon and Washington. Northwest Science (Special Issue) 68:36-53.

McIntosh, B.A., J.R. Sedell, R.F. Thurow, S.E. Clarke, and G.L. Chandler. 1995. Historical changes in pool habitats in the Columbia River Basin: Report to the Eastside Ecosystem Management Project. Walla Walla, WA: USDA Forest Service.

Megahan, W.F., and W.J. Kidd. 1972. Effects of logging and logging roads on erosion and sediment deposition from steep terrain. Journal of Forestry 70:136-141.

Miller, W.P., T.C. Piechota, S. Gangopadhyay, and T. Pruitts.2010. Development of streamflow projections under changing climate conditions over Colorado River Basin headwaters. Hydrology and Earth System Sciences 7:5577-5619.

Mohammed, I.N., and D.B. Tarboton. 2008. Watershed Management and Water Production Study for State of Utah: A Report for the Utah Governor's Public Lands Office. Logan, UT: Utah State University.

NRC (National Research Council). 1996. Upstream: Salmon and Society in the Pacific Northwest. Washington, DC: National Academy Press.

NRC. 2000. Watershed Management for Potable Water Supply: Assessing the New York City Strategy. Washington, DC: National Academy Press.

Oechsli, L., and C. Frissell. 2002. Aquatic Integrity Areas: Upper Missouri River Basin. American Wildlands, The Pacific River Council, Yellowstone to Yukon Conservation Initiative, Bozeman MT.

Payne, J.T., A.W. Wood, A.F. Hamlet, R.N. Palmer, and D.P. Lettenmaier. 2004. Mitigating the effects of climate change on the water resources of the Columbia River Basin. Climatic Change 62:233-256.

Petersen, D. 2005. Where the Wildlands are: Colorado. Durango, CO: Trout Unlimited.

Platts, W.S., and R.L. Nelson. 1985. Stream habitat and fisheries response to livestock grazing and instream improvement structures, Big Creek, Utah. Journal of Soil and Water Conservation 40:374-379.

Postel, S.L., and B.H. Thompson, Jr. 2005. Watershed protection: Capturing the benefits of nature's

water supply services. Natural Resources Forum 29:98-108.

Raff, D.A., T. Pruitt, and L.D. Brekke. 2009. A framework for assessing flood frequency based on climate projection information. Hydrology and Earth System Sciences 13:2119-2136.

Saunders, S., C. Montgomery, T. Easley, and T. Spencer. 2008. Hotter and drier: The West's changed climate. Washington, DC: The Rocky Mountain Climate Organization and Natural Resources Defense Council.

Schwickert, T., and F. Mauldin. 1997. Salem Cost Impacts from Turbid Water in the North Santiam River in the Aftermath of the 1996 Flood Events. Salem, OR: City of Salem Public Works Department.

Secchi, S., P.W. Gassman, M. Jha, L. Kurkalova, H.H. Feng, T. Campbell, C.L. King. 2005. The cost of clean water: Assessing agricultural pollution reduction at the watershed scale. Ames, IA: Center for Agricultural and Rural Development, Iowa State University. http://card.srv1.card.iastate.edu/environment/items/idnr_assess.pdf.

Sedell, J., S. Maitland, D. Dravnieks, M. Copenhagen, and M. Furniss. 2000. Water and the Forest Service. Washington, DC: USDA Forest Service, FS-660.

Seeds, J. 2010. Turbidity Analysis for Oregon Public Water Systems: Water Quality in Coast Range Drinking Water Source Areas. PSW-201006. Portland, OR: Oregon Department of Environmental Quality.

Straub, N. 2010. Colorado Submits Final Plan for 4.2M Acres of Roadless Lands. New York Times, April 6, 2010. http://www.nytimes.com/gwire/2010/04/06/06greenwire-colo-submits-final-plan-for-42m-acres-of-roadl-17832.html.

Strittholt, J.R., and D.A. DellaSala. 2001. Importance of roadless areas in biodiversity conservation in forested ecosystems: Case study of the Klamath-Siskiyou ecoregion of the United States. Conservation Biology 15:1742-1754.

Strittholt, J.R., D.A. DellaSala, E. Fernandez, G. Heilman, Jr, and P.A. Frost. 2004. Oregon's legacy Wild Forests: Conservation Value of Oregon's Inventoried Roadless Areas, Corvallis, OR: Conservation Biology Institute, World Wildlife Fund, Oregon Natural Resources Council.

Talberth, J., and K. Moskowitz. 1999. The economic case against National Forest logging. Forest Conservation Council, Forest Guardians, National Forest Protection Alliance, Santa Fe, New Mexico.

Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A-84A www.swcs.org

Theobald, D.M. 2005. Landscape patterns of exurban growth in the USA from 1980 to 2020. Ecology and Society 10:32.

Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14:18-30.

Trout Unlimited. 2004. Where the Wild Lands Are: Idaho. The Importance of Roadless Areas to Idaho's Fish, Wildlife, Hunting and Angling. Pollock, ID: Trout Unlimited. http://www.tu.org/atf/cf/%7BED0023C4-EA23-4396-9371-8509DC5B4953%7D/Roadless_Idaho.pdf.

USFS (USDA Forest Service). 1972. RARE I: Final Environmental Statement: Roadless Area Review and Evaluation. Washington, DC: USDA Forest Service.

USFS. 1979. RARE II: Final Environmental Statement: Roadless Area review and evaluation. Washington, DC: USDA Forest Service.

USFS. 2000. Roadless Area Conservation: Final Environmental Impact Statement. Washington, DC: USDA Forest Service

USFS. 2001. National Forest Visitor Use Monitoring National and Regional Project Results. Washington, DC: USDA Forest Service.

USFS. 2011. Rulemaking for Colorado Roadless Areas Revised Draft Environmental Impact Statement. Washington, DC: USDA Forest Service.

Wemple, B.C., and J.A. Jones. 2003. Runoff production on forest roads in a steep, mountain catchment. Water Resources Research 39:1220.

Copyright © 2011 Soil and Water Conservation Society. All rights reserved.
Journal of Soil and Water Conservation 66(3):78A-84A www.swcs.org

*Journal of Applied Ecology* 2005
**42**, 181–191

# Assessing the value of roadless areas in a conservation reserve strategy: biodiversity and landscape connectivity in the northern Rockies

MICHELE R. CRIST,* BO WILMER† and GREGORY H. APLET‡

*\*Ecology and Economics Research Department, The Wilderness Society, 350 N 9th Street, Suite 302, Boise, ID 83702, USA; †Center for Landscape Analysis, The Wilderness Society, 1424 Fourth Ave, Ste 816, Seattle, WA 98101, USA; and ‡Ecology and Economics Research Department, The Wilderness Society, 7475 Dakin Street, Ste 410, Denver, CO 80221, USA*

## Summary

**1.** Roadless areas on United States Department of Agriculture (USDA) Forest Service lands hold significant potential for the conservation of native biodiversity and ecosystem processes, primarily because of their size and location. We examined the potential increase in land-cover types, elevation representation and landscape connectivity that inventoried roadless areas would provide in a northern Rockies (USA) conservation reserve strategy, if these roadless areas received full protection.
**2.** For the northern Rocky Mountain states of Montana, Wyoming and Idaho, USA, we obtained GIS data on land-cover types and a digital elevation model. We calculated the percentage of land-cover types and elevation ranges of current protected areas (wilderness, national parks and national wildlife refuges) and compared these with the percentages calculated for roadless and protected areas combined. Using five landscape metrics and corresponding statistics, we quantified how roadless areas, when assessed with current protected areas, affect three elements of landscape connectivity: area, isolation and aggregation.
**3.** Roadless areas, when added to existing federal-protected areas in the northern Rockies, increase the representation of virtually all land-cover types, some by more than 100%, and increase the protection of relatively undisturbed lower elevation lands, which are exceedingly rare in the northern Rockies. In fact, roadless areas protect more rare and declining land-cover types, such as aspen, whitebark pine, sagebrush and grassland communities, than existing protected areas.
**4.** *Synthesis and applications.* Landscape metric results for the three elements of landscape connectivity (area, isolation and aggregation) demonstrate how roadless areas adjacent to protected areas increase connectivity by creating larger and more cohesive protected area 'patches.' Roadless areas enhance overall landscape connectivity by reducing isolation among protected areas and creating a more dispersed conservation reserve network, important for maintaining wide-ranging species movements. We advocate that the USDA Forest Service should retain the Roadless Area Conservation Rule and manage roadless areas as an integral part of the conservation reserve network for the northern Rockies.

*Key-words:* conservation, elevation zones, land-cover types, landscape metrics, national forests, reserve design

*Journal of Applied Ecology* (2005) **42**, 181–191
doi: 10.1111/j.1365-2664.2005.00996.x

© 2005 British
Ecological Society

Correspondence: M. R. Crist, Ecology and Economics Research Department, The Wilderness Society, 350 N 9th St, Suite 302, Boise, ID 83702, USA (fax +208 343 8184; e-mail michele_crist@tws.org; mcrist@gmail.com).

*M. R. Crist,*
*B. Wilmer &*
*G. H. Aplet*

## Introduction

A growing body of scientific evidence indicates that the current USA system of federal protected areas (designated wilderness areas, national parks and national wildlife refuges) may be too small and disconnected to protect against the decline and loss of native species diversity or to accommodate large natural ecosystem processes (Wright, Dixon & Thompson 1933; MacArthur & Wilson 1967; White 1987; Wilcove 1989; Baker 1992; Turner *et al.* 1993; Noss & Cooperrider 1994; Reice 1994; Newmark 1995; Sinclair *et al.* 1995; Soule & Terborgh 1999). Expanding road networks, human settlements, resource extraction and other encroachments on the landscape have increased the fragmentation and loss of natural areas. Such disturbances have isolated many protected areas, causing them to function as terrestrial 'islands' surrounded by a matrix of lower quality altered lands (Harris 1984; Pickett & White 1985; Wiens, Crawford & Gosz 1985; Turner 1989; Saunders, Hobbs & Margules 1991). The long-term persistence of many species within protected areas is dependent on the degree of human activities and land-use practices on lands adjacent to and near protected areas. There is a need to identify relatively undisturbed lands located outside protected areas that may increase the potential of protected areas in maintaining native biodiversity and certain ecological processes, and to include these lands within the conservation reserve system before they are lost or altered.

Inventoried roadless areas, large tracts of relatively undisturbed land on USA Forest Service lands, are often left out of landscape assessments for identifying functional conservation reserves. Only two studies (DeVelice & Martin 2001; Strittholt & DellaSala 2001) have analysed the contribution that roadless areas make to the current protected areas reserve network. However, more than one-third of inventoried roadless areas on national forests are adjacent to protected areas (DeVelice & Martin 2001). They hold the potential to increase the size and connectivity of designated wilderness areas, national parks and national wildlife refuges, thus increasing the ability of protected areas to maintain natural landscape dynamics and native species population viability over the long term. Smaller, isolated roadless areas are also important because they may contain rare species, capture more habitat variation, including underrepresented habitat types, and may function as 'stepping stones' that connect current protected areas across a landscape (Shafer 1995; Strittholt & DellaSala 2001).

There is a precedent for the protection of national forest roadless areas. The USA Congress has designated as wilderness more than half, 6 million ha, of roadless areas that the Forest Service inventoried in national forests in the 1970s. In 1998, the Forest Service began to devise regulations aimed at protection of roadless area characteristics in national forests. In May 2000, the agency released its proposed rule, familiarly known

as the Roadless Rule, and draft environmental impact statement. Eight months later, the Forest Service adopted the rule. In July 2004, the Forest Service proposed to repeal the Roadless Rule and replace it with a state petition and rule-making process, which would offer less protection by presumably opening national roadless areas to all forest service activities and requiring state governors to 'opt in' Roadless Rule protections affirmatively for any roadless area.

Included in the Roadless Rule environmental impact statement was an evaluation of the potential contribution that protection of roadless areas could make to the conservation of biodiversity at a national scale (USDA Forest Service 2000b). In that evaluation, DeVelice & Martin (2001) found that the inclusion of roadless areas in the network of federal protected areas would expand representation of ecoregions in protected areas, increase the acreage of reserved areas at lower elevations, and increase the number of areas large enough to provide refuge for wide-ranging species.

Strittholt & DellaSala (2001) focused on similar questions at a regional scale for the Klamath-Sikiyou area in southern Oregon and northern California, USA. They found that roadless areas protect a wide range of ecological attributes, especially at mid- to lower elevations, important in this region. They also concluded that roadless areas increase the connectivity among ecoregions.

The northern Rocky Mountain states of Montana, Wyoming and Idaho comprise a region particularly rich in roadless areas, roughly 2·6 million ha, providing a unique opportunity to create a relatively intact reserve design that captures important elements of conservation for the northern Rockies. Using two key concepts in conservation biology, biodiversity representation and landscape connectivity, we investigated the potential contributions of national forest roadless areas to the protected areas reserve network across the northern Rocky Mountain region.

### DIVERSITY REPRESENTATION

An important goal in the design and establishment of conservation reserves is to represent a full range of native biodiversity (Shelford 1926; Margules, Nicholls & Pressey 1988; Church, Stoms & Davis 1996; Possingham, Ball & Andelman 2000). Even though this goal has been articulated for some time, most protected areas are demarcated around areas with high scenic and recreational attributes (Davis *et al.* 1996). As a result, existing protected areas in the northern Rockies are, for the most part, concentrated at higher elevations, where other important elements of biodiversity are most likely to be poorly represented (Scott *et al.* 2001).

Representation of a full range of biodiversity in reserves requires an understanding of all species and ecosystem processes operating within a given landscape. However, many researchers have used ecological communities and elevation ranges as coarse-scale

© 2005 British
Ecological Society,
*Journal of Applied
Ecology* 42,
181–191