**183**

*Assessing the value
of roadless areas*

surrogates for native biodiversity in the design of conservation reserves (Scott *et al.* 1993; Host *et al.* 1996). This concept is based on the idea that if a full range of ecological communities and elevation ranges is protected, it is more likely that many ecological communities, wide-ranging species and ecosystem processes will be maintained in the reserves. In the northern Rockies, ecological communities are often associated with elevation gradients (Hansen & Rotella 1999). Hence, roadless areas situated at middle and lower elevations may make valuable contributions in protecting many elements of biodiversity that are currently not well represented in protected areas (DeVelice & Martin 2001).

### LANDSCAPE CONNECTIVITY

Connectivity refers to the degree to which the structure of a landscape helps or hinders the movement of wildlife species or natural processes such as fire (Wiens, Crawford & Gosz 1985; Turner *et al.* 1993; Noss & Cooperrider 1994; Bascompte & Solé 1996; With 1999). A 'well-connected' area can sustain important elements of ecosystem integrity, namely the ability of species to move and natural processes to function, and is more likely to maintain its overall integrity compared with a highly fragmented area.

Roads are highlighted in the scientific literature as major causes of landscape fragmentation, and function as barriers to organism movements, resulting in a reduction of overall landscape connectivity for many native species. The effects of roads are broad and include mortality from collisions, modification of animal behaviour, disruption of the physical environment, alteration of chemical environments, spread of exotic and invasive species, habitat loss, increase in edge effects, interference with wildlife life-history functions and degradation of aquatic habitats through alteration of stream banks and increased sediment loads (Franklin & Forman 1987; Andrews 1990; Noss & Cooperrider 1994; Reice 1994; Reed, Johnson-Barnard & Baker 1996; Trombulak & Frissell 2000; McGarigal *et al.* 2001). Thus, the addition of roadless areas to existing protected areas reserve is likely to maintain or increase landscape connectivity, as well as increase the integrity of protected areas.

With the advent of landscape metrics, it is now possible to quantify connectivity for landscapes, land-cover types, species' habitats, species' movements and ecosystem processes across a given region (O'Neill *et al.* 1988; McGarigal & Marks 1995; Gustafson 1998; With 1999). Many different metrics that quantify spatial characteristics of patches or entire landscape mosaics have been described (Turner & Gardner 1991; McGarigal & Marks 1995; Ritters *et al.* 1995; Hargis, Bisonette & David 1998; Dale 2000; Jaeger 2000; McGarigal & Holmes 2002). We chose metrics that measure three elements of landscape connectivity: area, isolation and aggregation.

© 2005 British
Ecological Society,
*Journal of Applied
Ecology* **42**,
181–191

*Area*

It is known that larger areas (patches) generally contain more species, more individuals, more species with large home ranges and/or sensitive to human activity, and more intact ecosystem processes than smaller areas (Robbins, Dawson & Dowell 1989; Turner *et al.* 1993; Newmark 1995; Shafer 1995). Higher numbers of patches will usually contribute to greater resilience of populations and may also increase the utility of patches that act as 'stepping stones' or connectors across a landscape (Buechner 1989; Lamberson *et al.* 1992).

*Isolation*

The distance between patches plays an important role in many ecological processes. Studies have shown that patch isolation is the reason that fragmented habitats often contain fewer bird and mammal species than contiguous habitats (Murphy & Noon 1992; Reed, Johnson-Barnard & Baker 1996; Beauvais 2000; Hansen & Rotella 2000). As habitat is lost or fragmented, residual habitat patches become smaller and more isolated from each other, species movement is disrupted, and individual species and local populations become isolated (Shinneman & Baker 2000).

*Aggregation*

The spatial arrangement of patches may help to explain how certain species are found in patches located close together and are not found in patches that are more isolated, or vice versa (Ritters *et al.* 1995; He, DeZonia, & Mladenoff 2000). This concept generally follows the ideas developed in island biogeography theory (MacArthur & Wilson 1967) and metapopulation theory (Levins 1969, 1970).

For some species or natural processes, the isolation or aggregation of patches across the landscape may be more important, for others, area may be the key element. Together, these three elements offer a comprehensive assessment of the importance of roadless areas to the maintenance of overall landscape connectivity and ecosystem integrity of current protected areas in the northern Rockies.

In this study, we aimed to assess the extent to which roadless areas increase biodiversity representation and landscape connectivity when they are included in the protected areas reserve network for the northern Rockies.

## Methods

### STUDY AREA

Of the 84 million ha of land that stretch across Montana, Wyoming and Idaho in the USA, roadless areas cover 2·6 million ha and existing federal protected areas (wilderness areas, national parks, special management areas and national wildlife refuges) protect almost 8·7 million ha. Within this region, three large, relatively

**184**

*M. R. Crist,*
*B. Wilmer &*
*G. H. Aplet*



**Fig. 1.** Roadless areas and protected areas across the states of Idaho, Montana and Wyoming, USA.

undisturbed, mountain ecosystems are delineated around national parks and/or wilderness complexes. These are the Greater Yellowstone Ecosystem, Glacier National Park–Bob Marshall Ecosystem, and the Central Idaho Ecosystem (Fig. 1).

The topography of the northern Rocky Mountain states spans steep physical gradients in elevation, slope, aspect, temperature and precipitation that give rise to diverse vegetation types. Elevations range from 150 m to 4200 m. Average precipitation ranges from 28 cm to 51 cm (Franklin 1983). The northern Rockies comprise a variety of non-forested and coniferous forest types. Low-lying valleys are characterized by grasslands, sagebrush (*Artemisia* spp.) and desert shrublands, interspersed with juniper (*Juniperus* spp.) and riparian woodlands. Ponderosa pine *Pinus ponderosa* dominates lower elevation montane forests, while xeric coniferous forests of mainly Douglas fir *Psuedotsuga mensiezia*, ponderosa pine, grand fir *Abies grandis*, lodgepole pine *Pinus contorta* and aspen *Populus tremuloides* occur at mid-elevations. Mesic forests in the north and west largely contain western larch *Larix occidentalis*, grand fir, western red cedar *Thuja plicata* and mountain hemlock *Tsuga mertensiana*. Higher elevations are composed of Engelmann spruce *Picea engelmannii*, subalpine fir *Abies lasiocarpa*, alpine larch *Larix lyalli* and whitebark pine *Pinus albicaulis* intermixed with subalpine meadows. Herb lands, rock, alder *Alnus sinuata* shrubfields and snowfields/ice occur at the highest elevations.

© 2005 British
Ecological Society,
*Journal of Applied*
*Ecology* **42**,
181–191

## DATA COLLECTION

We used a land management status GIS coverage and classification system developed by the USA Geological Survey's Biological Resources Division in its nationwide GAP Analysis Programme (Scott, Tear & Davis 1996) to delineate 'protected areas'. This programme devised a ranking scheme to represent various levels of protection, ranging from the least protected lands (category 4, e.g. private lands) to those with the highest level of protection (category 1, e.g. wilderness areas) for all public lands in the GIS spatial database. For this study, we assumed that categories 1 and 2 represent adequate protection as their primary management objective is conservation (Scott, Tear & Davis 1996), and selected these categories as our protected areas on all forest service lands located in the three states.

We used the federal inventoried roadless areas GIS database (USDA Forest Service 2000a). This includes areas that are greater than 2000 ha in size, where road building is prohibited under current National Forest Plan decisions and where road building is presently allowed. We recognize that our decision leaves out smaller roadless areas that were not considered during the inventory of federal roadless areas and that these areas serve important conservation goals (Strittholt & DellaSala 2001). For this study, the term 'roadless areas' refers to inventoried roadless areas.

We used three independently derived land cover maps for Montana, Wyoming and Idaho from the GAP Analysis Programme (Scott, Tear & Davis 1996). The Montana and Idaho GAP products were produced based on classification techniques by Redmond *et al.* (1998) for raw Landsat Thematic Mapper (TM) satellite imagery. Spatial resolution of the grid was 90 m for Montana and 30 m for Idaho. The Wyoming GAP Analysis Programme digitized land cover data in a vector format from Landsat TM satellite imagery at a

**185**

*Assessing the value of roadless areas*

scale of 1 : 100 000 (Gap Analysis Wyoming 1996). We converted Wyoming's vector map into a grid format and resampled the three data sets to 90-m resolution. Then we merged the three land cover maps into a single image and a common land cover classification scheme (Appendix 1).

Similar to most GIS databases, errors are associated with the land management status, inventoried roadless areas and land-cover grids. These grids represent a composite of data from many sources and include variations in mapping procedures and possible misclassifications that could potentially cause inconsistencies that are difficult to detect. However, we believe, based on professional judgement, that the error rate is not large enough to affect conclusions drawn from this large regional-scale analysis.

To investigate the representation of roadless areas at various elevation classes, we downloaded a digital elevation model from the 30-m National Elevation Dataset produced by the USA Geological Survey's EROS Data Center (Sioux Falls, SD). We reclassified the elevation range into 21 equal-interval classes ranging in 200-m increments from approximately 150 m to 4200 m.

### DATA ANALYSIS

All data analyses were conducted in ARC/INFO and ArcView GIS software from Environmental Systems Research Institute (Redlands, CA).

#### *Land cover representation*

Using ARC/INFO, we combined the protected areas database with the land cover map. To calculate the percentage representation of each land-cover type, we divided the protected portion of each land-cover type by the total area of each land-cover type across the study area. Next, we appended the national forest inventoried roadless areas to the existing protected areas and repeated the same calculation described above to measure the additional representation of each land-cover type because of the inclusion of roadless areas. In addition, we calculated the percentage increase between each land cover percentage representation for protected areas alone and protected areas and roadless areas combined. This measure quantified the 'relative' ecological contribution from roadless areas for each land-cover type. We then ranked these land-cover types according to the level of representation within the existing protected areas.

#### *Elevation representation*

© 2005 British Ecological Society, *Journal of Applied Ecology* **42**, 181–191

Using ARC/INFO, we combined the protected areas database with the 30-m digital elevation model. Similar to the procedure for land-cover types described above, we added the roadless areas to the existing protected areas, intersected this image with the elevation data, and calculated the change in representation for each elevation class provided by protection of roadless areas.

To examine the potential increase in landscape connectivity caused by roadless areas, we used ARC/INFO and FRAGSTATS (McGarigal & Marks 1995; McGarigal & Holmes 2002), a computer program developed to quantify heterogeneity of the landscape. We identified five landscape metrics available in FRAGSTATS to assess our three elements of landscape connectivity (McGarigal & Holmes 2002). To assess area, we used the metrics percentage land (PLAND), number of patches (NP) and patch size (AREA). We included the metrics NP and AREA to help explain the context of an increase in PLAND. For example, an increase in PLAND and AREA and a decrease in NP would indicate that the added roadless patches were located next to existing conservation patches, resulting in an increase in the size of patches and a decrease in the number of patches across the landscape. Conversely, a decrease in AREA and an increase in NP would indicate that the added patches were generally smaller and did not combine with existing patches.

To assess isolation we used nearest neighbour distance (ENN). A decrease or increase in ENN would indicate that patches are either located closer together or farther apart, respectively, across the landscape.

To assess aggregation, we used contagion (CONTAG). An increase in CONTAG would indicate that patches are, to a certain extent, aggregated together across the landscape.

Using FRAGSTATS, we selected and ran our five landscape metrics on the two grids described above (current protected areas only, and roadless areas and current protected areas combined). Each grid was a binary map where all grid cells that comprised the 'protected' and 'roadless' patches were classified as 1 and all other 'non-protected' grid cells were masked out as background (−99). For each landscape metric, we computed the mean, area-weighted mean and coefficient of variation where applicable. We then compared the differences in metrics between the two grids. In addition, differences in the mean, area-weighted mean and coefficient of variation helped to explain how the range of values for each metric were distributed when existing protected areas were compared with the conservation system including roadless areas.

### Results

#### LAND COVER REPRESENTATION

In existing protected areas, burned forest and snow-fields/ice had the highest land cover representation, 88% and 86%, respectively. Representation of other land-cover types, such as alpine meadows, whitebark pine, exposed rock/soil, subalpine meadows, wetlands, mixed subalpine forest and lodgepole pine, ranged from 31% to 71%.

The inclusion of roadless areas increased the representation of all land-cover types except for one, sand dunes (Table 1). Relative percentage increases ranged

**Table 1.** Additional representation and percentage increase in representation of each land-cover type across the northern Rockies when national forest roadless areas are added to existing protected areas

| Land-cover type | Existing level of representation (%) | Potential level of representation including roadless areas (%) | Percentage increase including roadless areas |
|---|---|---|---|
| Burned forest | 88·12 | 93·09 | 5·65 |
| Snowfields/ice | 86·12 | 97·48 | 13·19 |
| Alpine meadow | 71·51 | 94·18 | 31·70 |
| Mixed whitebark pine | 59·62 | 84·94 | 42·46 |
| Exposed rock/soil | 44·67 | 59·92 | 34·12 |
| Subalpine meadow | 40·49 | 68·85 | 70·05 |
| Wetlands | 37·34 | 38·68 | 3·61 |
| Mixed subalpine forest | 32·20 | 68·63 | 113·11 |
| Lodgepole pine | 31·35 | 59·42 | 89·54 |
| Mixed barren lands | 21·66 | 22·61 | 4·37 |
| Sand dunes | 18·44 | 18·44 | 0·00 |
| Mixed conifer | 16·97 | 37·24 | 119·44 |
| Mesic upland shrub | 10·74 | 26·14 | 143·44 |
| Shrub-dominated riparian | 7·98 | 12·77 | 59·91 |
| Forest-dominated riparian | 7·18 | 12·14 | 69·11 |
| Sagebrush | 6·33 | 9·91 | 56·55 |
| Juniper | 5·87 | 6·80 | 15·95 |
| Xeric upland shrub | 5·85 | 7·97 | 36·33 |
| Vegetated sand dunes | 5·69 | 6·03 | 5·89 |
| Western red cedar | 5·57 | 22·00 | 295·08 |
| Mud flats | 5·33 | 7·39 | 38·79 |
| Ponderosa pine | 4·94 | 9·88 | 99·97 |
| Aspen | 4·48 | 25·99 | 479·80 |
| Shrub–grassland associations | 4·25 | 5·89 | 38·46 |
| Western hemlock | 3·36 | 23·62 | 602·54 |
| Grasslands | 2·49 | 3·64 | 46·31 |
| Grass-dominated riparian | 2·15 | 3·07 | 43·01 |
| Salt-desert shrub flats | 1·58 | 1·71 | 8·63 |
| Bur oak woodland | 0·00 | 2·40 | NA |



**Fig. 2.** Additional representation of elevation ranges resulting from the inclusion of roadless areas with protected areas for the northern Rockies. The *x*-axis represents elevation in 200-m increments and the *y*-axis shows absolute increase in percentage representation when roadless areas are added to protected areas. Black bars represent protected areas and grey bars represent roadless areas.

© 2005 British
Ecological Society,
*Journal of Applied
Ecology* **42**,
181–191

from 5% to 600%. Fifteen land-cover types increased by more than 40%, among them important ecological communities, western meadow, aspen, ponderosa pine, western red cedar and sagebrush, each of which has less than 10% representation in current protected areas. Moreover, the addition of roadless areas represented one land-cover type, bur oak *Quercus macrocarpa* woodland, not present in protected areas.

### ELEVATION REPRESENTATION

Our elevation analyses showed that elevations in the range of 2200–4200 m were well represented in protected areas (Fig. 2). The addition of roadless areas resulted in a large increase in representation of lands at elevations ranging from 1000 m to approximately 3400 m. For elevation ranges below 1000 m and above 3400 m, the

**Table 2.** Landscape metrics comparing the spatial pattern of protected areas alone with a scenario that includes protected areas and national forest roadless areas combined for the northern Rockies. + and – indicate an increase or decrease, respectively, in the metric value caused by the addition of roadless areas

| Landscape Metrics | Protected areas | Protected and roadless areas | +/– |
|---|---|---|---|
| **Area** | | | |
| Class area (ha) | 8 814 900 | 15 673 600 | + |
| Percentage land | 9 | 16 | + |
| Number of patches | 770 | 722 | – |
| Patch size (mean, ha) | 11 447·92 | 21 708·59 | + |
| Patch size (area-weighted mean) | 1 105 055·78 | 2 505 909·11 | + |
| Patch size (coefficient of variation) | 977·39 | 1 069·74 | + |
| **Isolation** | | | |
| Nearest neighbour (m) | 7 013·72 | 5 353·11 | – |
| Nearest neighbour (area-weighted mean) | 3 153·73 | 2 518·75 | – |
| Nearest neighbour (coefficient of variation) | 122·47 | 134·16 | + |
| **Aggregation** | | | |
| Contagion index | 72·56 | 58·64 | – |

contribution of roadless areas was small. However, the proportion of area represented at lower elevations increased when we included roadless areas with protected areas.

### CONNECTIVITY

Results from the landscape metrics showed that the addition of roadless areas increased regional connectivity for all three connectivity elements (Table 2). Area metrics demonstrated that the addition of roadless areas almost doubled the amount of area protected, rising from 9% to 16%, and the mean patch size in protected areas changed from 11448 ha to 21709 ha. The number of patches decreased from 770 to 722. Area-weighted mean patch size increases and the patch size coefficient of variation increased from 977 to 1070. Isolation metrics showed a decrease in the mean and area-weighted mean nearest-neighbour metrics when roadless areas were added. The mean distance between nearest protected patches decreased from 7014 m to 5353 m. The decrease in the area-weighted mean was less than the overall mean when patches of all sizes were considered. The coefficient of variation also increased for this metric. The aggregation metric (contagion) decreased from 72·56 to 58·64 when roadless areas were included, signifying more dispersion of patches across the landscape.

### Discussion

#### BIODIVERSITY REPRESENTATION

A review of the literature suggests that a given vegetation community is adequately represented when 12–25% of it is included in a conservation area (World Commission on Environment & Development 1987; Noss & Cooperrider 1994), although it is not certain that these thresholds are truly adequate to protect vegetation communities. Based on this range, we define land-cover types above 25% as adequately protected, land-cover

types within the range of 12–25% as minimally protected, and those below 12% as underrepresented, similar to DeVelice & Martin (2001).

Our results show that roadless areas make a substantial contribution in maintaining regional biodiversity. One of our most important findings is that roadless areas would protect a wider range of land-cover types and elevation ranges than protected areas alone, especially those characteristic of mid- to low elevations that are underrepresented in protected areas. These lands are among the last remnants of biologically productive lands that have not been significantly altered through human settlements, resource extraction and road construction (Scott *et al.* 2001; Strittholt & DellaSala 2001). We also found that protected areas adequately represent land-cover types that are characteristic of higher elevations. This finding supports the generally accepted notion that wilderness areas and national parks mainly protect higher elevation ecological communities (Davis *et al.* 1996; Possingham, Ball & Andelman 2000). Contrary to DeVelice & Martin (2001), whose study found that roadless areas mainly occurred at mid- to lower elevations, but similar to Strittholt & DellaSala (2001), we found that roadless areas considerably increase the protection of higher elevations and corresponding cover types as well. The different results are probably because of the scale at which the studies were implemented. DeVelice & Martin's (2001) study included all roadless areas across the nation, incorporating a wide range of elevations from sea level to the highest peaks. Our study, and that of Strittholt & DellaSala (2001), focused on smaller regions at higher elevations.

Across the northern Rockies region (Montana, Wyoming and Idaho), protected areas adequately represent nine land-cover types, whereas five biologically important land-cover types, western hemlock, aspen, ponderosa pine, western red cedar and mesic upland shrub, are underrepresented in protected areas. However, the addition of roadless areas increases representation of two cover types (western hemlock and western red

© 2005 British
Ecological Society,
*Journal of Applied
Ecology* **42**,
181–191

cedar) to the minimally protected threshold and two cover types (aspen and mesic upland shrub) to the adequately represented threshold (greater than 25%). Ponderosa pine, even though it increases by nearly 100%, remains underrepresented. Overall, the magnitude of the increased representation, from 100% to 600%, indicates that roadless areas can make substantial contributions to the protection of land-cover types that are not well represented in protected areas.

Increased representation of certain rare ecological communities is particularly important in a northern Rockies conservation strategy. Aspen, for example, is thought to be declining in the northern Rockies (Gallent *et al.* 1998). When roadless areas are added to protected areas, aspen moves up two full categories: from underrepresented to adequately represented, a 480% increase in representation for this forest type, on which many avian species depend upon (Hansen & Rotella 2000). Representation of whitebark pine changes from 60% to 85% when roadless areas are added. Whitebark pine is declining throughout North America due to blister rust *Cronartium ribicola*, an introduced disease, and is a 'keystone species' important for many higher elevation species (Keane, Morgan & Menakis 1994).

Elevation representation results demonstrate that protected areas are mainly located at higher elevations. We also found that roadless areas are generally concentrated at mid- to high elevations and represent a wider range of elevations, especially low- to mid elevations, than protected areas. However, our results show that protected areas encompass more lower elevation lands than roadless areas. This situation is somewhat deceiving. Representation of lower elevations in protected areas is largely a result of two well-placed low-elevation conservation areas: Hell's Canyon National Recreation Area and Missouri Breaks National Monument. In fact, low-elevation lands below 1000 m are not well represented in either protected areas or roadless areas. As a majority of lower elevation lands in the northern Rockies have been converted to other uses, it is of utmost importance to increase representation of lower elevation sites in protected areas (Stritthot & DellaSala 2001). Protection of these lower elevation roadless areas would contribute greatly to the conservation of lower elevation species and ecological communities that are poorly represented in protected areas.

## LANDSCAPE CONNECTIVITY

Our analyses of three elements of connectivity show that roadless areas increase connectivity across the northern Rockies, and increase both the area and size of protected area patches. In addition, the number of protected area patches decreases with the addition of roadless areas because they combine with protected areas to form one larger patch. Larger patches will protect more species and more individuals, species with large home ranges, species sensitive to human activity, and more intact ecosystem processes than smaller areas

(Askins, Philbrick & Sugeno 1987; Robbins, Dawson & Dowell 1989; Turner *et al.* 1993; Newmark 1995; Shafer 1995). Roadless areas also reduce the distance between protected areas and create a more evenly dispersed reserve system, critical for maintaining many species' movements and a large distribution of local populations (MacArthur & Wilson 1967; Murphy & Noon 1992; Reed, Johnson-Barnard & Baker 1996; Ritters *et al.* 1996; Beauvais 2000; Hansen & Rotella 2000; He, DeZonia, & Mladenoff 2000; Shinneman & Baker 2000).

Our results show an increase in the coefficient of variation for patch size and isolation metrics, which may be an important consideration in delineating conservation reserve systems capable of maintaining movements of various species and ecological processes (Wiens & Milne 1989; Wilcove & Murphy 1991; Noss 1992; Noss *et al.* 1996; O'Neill *et al.* 1996). Smaller patches may supplement larger reserves by protecting rare species that occur only in certain areas (Franklin & Forman 1987; Hansen *et al.* 1991; Shafer 1995). The dispersion of roadless areas may also contribute to greater resilience or survival of island populations by allowing a greater chance for species exchange, essentially maintaining a metapopulation or source–sink population structure (Wiens, Crawford & Gosz 1985; Pullium 1988; Gilpin & Hanski 1991; Murphy & Noon 1992). Many studies are investigating how species move through landscapes and their use of stepping-stone habitats, especially in fragmented landscapes (Freemark *et al.* 1993; With 1999; Beauvais 2000; Hansen & Rotella 2000; Holloway, Griffiths & Richardson 2003; Johnson, Seip & Boyce 2004). Being relatively undisturbed and well-distributed among protected areas, roadless areas are top candidates for the delineation of high-quality 'habitat connections' across the northern Rockies, particularly those that target rare or declining species. The loss or alteration of roadless areas may further reduce the movement of species among interdependent island populations located in protected areas and roadless areas, resulting in greater isolation.

Moreover, the addition of roadless areas increases the effective size of the three largest wilderness and national park complexes in the northern Rockies: the Greater Yellowstone Ecosystem, the Glacier National Park–Bob Marshall Ecosystem and the Central Idaho Ecosystem, where management challenges include maintaining large-scale ecological processes such as species' movements and natural fire across jurisdictional boundaries (Pickett & White 1985; Turner *et al.* 1993). Roadless areas not immediately adjacent to these complexes are dispersed in the surrounding landscape, which helps to decrease the degree of isolation between the complexes and possibly allows for species movement among these ecosystems.

## MANAGEMENT IMPLICATIONS

Using research to guide reserve design and develop land protection policies is the strongest approach in

© 2005 British
Ecological Society,
*Journal of Applied
Ecology* **42**,
181–191

**189**

*Assessing the value of roadless areas*

conservation. The importance of intact, functioning natural ecosystems to the maintenance of native biodiversity and ecological processes is unquestioned (Wright, Dixon & Thompson 1933; MacArthur & Wilson 1967; Usher 1987; White 1987; Shafer 1995; Noss, O'Connell & Murphy 1997). The negative impacts of roads in natural areas are well known (Andrews 1990; Foreman & Wolke 1992; Reed, Johnson-Barnard & Baker 1996; Spellerberg 1998; Trombulak & Frissell 2000; McGarigal *et al.* 2001). Our landscape assessment demonstrates how roadless areas, the remaining relatively undisturbed forested lands in the northern Rockies, are essential for maintaining biodiversity and landscape connectivity in a conservation reserve strategy for this area. This has direct bearing on management decisions regarding the protection of roadless areas in this region. Our results, along with the findings of DeVelice & Martin (2001) and Strittholt & DellaSala (2001), highlight the important role of roadless areas in USA conservation efforts and contribute to the larger policy dialogue surrounding roadless areas.

The methods used in this study can help land managers determine appropriate guidelines to identify and assess roadless areas that are critical in maintaining regional biodiversity, ecosystem processes, landscape connectivity and overall intact ecosystem integrity. Land managers should avoid activities such as road building, logging, spread of exotic species, off-road vehicle use and exurban development in roadless areas that would result in their degradation or loss. If roadless areas are not protected from these activities as a matter of priority, it is possible that their potential contribution to conservation effort in the future will be diminished and existing protected areas surrounded by or in close proximity to roadless areas will be negatively affected as well. We recommend that roadless areas receive full protection and are managed responsibly, so that they can function as an important part of the current conservation reserve system in the USA.

## Acknowledgements

We thank The Aspenwood Foundation for the support of this project. We also thank ESRI Conservation Program for donations of GIS software. We acknowledge use of FRAGSTATS, a spatial computer program in the public domain developed by K. McGarigal and C. Holmes at the University of Massachusetts, Amherst. We thank Deanne Kloepfer and Dominik Kulakowski for edits and suggestions on earlier drafts. We also thank three anonymous referees for their edits and suggestions that improved the final draft.

## Supplementary material

The following material is available from
http://www.blackwellpublishing.com/products/journals/suppmat/JPE/JPE996/JPE996sm.htm.

Appendix 1. Land-cover types across the northern Rocky Mountain region reclassified from USA Geological Survey's Biological GAP Analysis Programme (Scott, Tear & Davis 1996).

## References

Andrews, A. (1990) Fragmentation of habitat by roads and utility corridors: a review. *Australian Zoology*, **26**, 130–141.

Askins, R.A., Philbrick, M.J. & Sugeno, D.S. (1987) Relationship between the regional abundance of forest and the composition of bird communities. *Biological Conservation*, **39**, 129–152.

Baker, W.L. (1992) The landscape ecology of large disturbances in the design and management of nature reserves. *Landscape Ecology*, **7**, 181–194.

Bascompte, J. & Solé, R. (1996) Habitat fragmentation and extinction thresholds in spatially explicit models. *Journal of Animal Ecology*, **65**, 465–473.

Beauvais, G.P. (2000) Mammalian responses to forest fragmentation in the central and southern Rocky Mountains. *Forest Fragmentation of the Southern Rockies* (eds R.L. Knight, F.S. Smith, S.W. Buskirk, W.H. Romme & W.L. Baker), pp. 177–200. University Press of Colorado, Boulder, CO.

Buechner, M. (1989) Are small-scale landscape features important factors for field studies of small mammal dispersal sinks? *Landscape Ecology*, **2**, 191–199.

Church, R.L., Stoms, D.M. & Davis, F.W. (1996) Reserve selection as a maximal covering location problem. *Biological Conservation*, **76**, 105–112.

Dale, M.R.T. (2000) Lacunarity analysis of spatial pattern: a comparison. *Landscape Ecology*, **15**, 467–468.

Davis, F.W., Stoms, D.M., Church, R.L., Okin, W.J. & Johnson, N.L. (1996) Selecting biodiversity management areas. *Sierra Nevada Ecosystems Project: Final Report to Congress. 2. Assessments and Scientific Basis for Management Options. Centers for Water and Wildland Resources* (ed. C.I. Miller), pp. 1503–1523. University of California, Davis, CA.

DeVelice, R.L. & Martin, J.R. (2001) Assessing the extent to which roadless areas complement the conservation of biodiversity. *Ecological Applications*, **11**, 1008–1018.

Foreman, D. & Wolke, H. (1992) Estimate of the area affected ecologically by the road system in the United States. *Conservation Biology*, **14**, 31–35.

Franklin, A.I. (1983) *Weather and Climate of the Selway–Bitterroot Wilderness*. University Press of Idaho, USDA Forest Service Northern Forest Fire Laboratory, Missoula, MT.

Franklin, J.F. & Forman, R.T.T. (1987) Creating landscape patterns by forest cutting: ecological consequences and principles. *Landscape Ecology*, **1**, 5–18.

Freemark, K.E., Probst, J.R., Dunning, J.B. & Heijl, S.J. (1993) Adding a landscape ecology perspective to conservation and management planning. *Status and Management of Neotropical Migratory Birds* (eds D.M. Finch & P.W. Stangel), pp. 346–352. General Technician Report RM-229. USDA Forest Service, Missoula, MT.

Gallent, A., Hansen, A.J., Councilman, J., Monte, D. & Bertz, D. (1998) *Vegetation Dynamics under Natural and Human Drivers during 1856–1996 in the East Beaver Creek Watershed, Centennial Mountains, Idaho*. Montana State University, Bozeman, MT.

Gap Analysis Wyoming (1996) *Land Cover for Wyoming*. University of Wyoming, Spatial Data and Visualization Center, Laramie, WY. http://www.sdvc.uwyo.edu/24k/landcov.html.

Gilpin, M.E. & Hanski, I. (1991) *Metapopulation Dynamics: Empirical and Theoretical Investigations*. Academic Press, San Diego, CA.

© 2005 British Ecological Society, *Journal of Applied Ecology* **42**, 181–191

**190**

*M. R. Crist,*
*B. Wilmer &*
*G. H. Aplet*

Gustafson, E.J. (1998) Quantifying landscape spatial pattern: what is the state of the art? *Ecosystems*, **1**, 143–156.

Hansen, A.J. & Rotella, J. (1999) Abiotic factors. *Maintaining Biodiversity in Forest Systems* (ed. M.L. Hunter Jr), pp. 161–209. Cambridge University Press, Cambridge, UK.

Hansen, A.J. & Rotella, J. (2000) Bird responses to forest fragmentation. *Forest Fragmentation in the Southern Rocky Mountains* (eds R.L. Knight, F.W. Smith, S.W. Buskirk, W.H. Romme & W.L. Baker), pp. 201–220. University Press of Colorado, Boulder, CO.

Hansen, A.J., Spies, T.A., Swanson, F.J. & Ohmann, J.L. (1991) Conserving biodiversity in managed forests, lessons from natural forests. *Bioscience*, **41**, 382–392.

Hargis, C.D., Bissonette, J.A. & David, J.L. (1998) The behavior of landscape metrics commonly used in the study of habitat fragmentation. *Landscape Ecology*, **13**, 167–186.

Harris, L.D. (1984) *The Fragmented Forest: Island Biogeography Theory and the Preservation of Biotic Diversity*. University of Chicago Press, Chicago, IL.

He, H.S., DeZonia, B.E. & Mladenoff, D.J. (2000) An aggregation index (AI) to quantify spatial patterns of landscapes. *Landscape Ecology*, **15**, 591–601.

Holloway, G.J., Griffiths, G.H. & Richardson, R. (2003) Conservation strategy maps: a tool to facilitate biodiversity action planning illustrated using the heath fritillary butterfly. *Journal of Applied Ecology*, **40**, 413–421.

Host, G.E., Polzer, P.L., Mladenoff, D.J., White, M.A. & Crow, T.R. (1996) A quantitative approach to developing regional ecosystem classifications. *Ecological Applications*, **6**, 608–618.

Jaeger, A.G. (2000) Landscape division, splitting index, and effective mesh size: new measures of landscape fragmentation. *Landscape Ecology*, **15**, 115–130.

Johnson, C.J., Seip, D.R. & Boyce, M.S. (2004) A quantitative approach to conservation planning: using resource selection functions to map the distribution of mountain caribou at multiple spatial scales. *Journal of Applied Ecology*, **41**, 238–251.

Keane, R.E., Morgan, P. & Menakis, J. (1994) Landscape assessment of the decline of whitebark pine (*Pinus albicaulis*) in the Bob Marshall Wilderness Complex, Montana, USA. *Northwest Science*, **72**, 76–90.

Lamberson, R.H., McKelvey, R., Noon, B.R. & Voss, C. (1992) A dynamic analysis of northern spotted owl viability in a fragmented forest landscape. *Conservation Biology*, **6**, 505–512.

Levins, R. (1969) Some demographic and genetic consequences of environmental heterogeneity for biological control. *Bulletin of the Entomological Society of America*, **15**, 237–240.

Levins, R. (1970) Extinction. *Some Mathematical Questions in Biology* (ed. M. Gerstenhaber), pp. 77–107. American Mathematical Society, Providence, RI.

MacArthur, R.H. & Wilson, E.O. (1967) *The Theory of Island Biogeography*. Princeton University Press, Princeton, NJ.

McGarigal, K. & Holmes, C. (2002) *FRAGSTATS: Spatial Pattern Analysis Program for Quantifying Landscape Structure*. http://www.umass.edu/landeco/fragstats.

McGarigal, K. & Marks, B.J. (1995) *FRAGSTATS: Spatial Pattern Analysis Program for Quantifying Landscape Structure*. General Technical Report 351. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR.

McGarigal, K., Romme, W.H., Crist, M. & Roworth, E.T. (2001) Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado (USA). *Landscape Ecology*, **16**, 327–349.

Margules, C.R., Nicholls, A.O. & Pressey, R.L. (1988) Selecting networks to maximize biological diversity. *Biological Conservation*, **43**, 63–76.

Murphy, D.D. & Noon, B.R. (1992) Integrating scientific methods with habitat conservation planning: reserve design for northern spotted owls. *Ecological Applications*, **2**, 3–17.

Newmark, W.D. (1995) Extinction of mammal populations in western North American national parks. *Conservation Biology*, **9**, 512–526.

Noss, R.F. (1992) The Wildlands Project: land conservation strategy. *Wild Earth*, **1**, Special Issue, 10–25.

Noss, R.F. & Cooperrider, A.Y. (1994) *Saving Nature's Legacy*. Island Press, Washington, DC.

Noss, R.F., O'Connell, M.A. & Murphy, D.D. (1997) *The Science of Conservation Planning: Habitat Conservation Under the Endangered Species Act*. Island Press, Washington, DC.

Noss, R.F., Quigley, H.B., Hornocker, M.G., Merrill, T. & Paquet, P.C. (1996) Conservation biology and carnivore conservation in the Rocky Mountains. *Conservation Biology*, **10**, 949–963.

O'Neill, R.V., Hunsaker, C.T., Timmins, S.P., Jackson, K.B., Ritters, K.H. & Wickham, J.D. (1996) Scale problems in reporting landscape pattern at the regional scale. *Landscape Ecology*, **11**, 169–180.

O'Neill, R.V., Krummel, J.R., Gardner, R.H., Sugihara, G., Jackson, B., DeAngelis, D.L., Milne, B.T., Turner, M.G., Zygmunt, B., Christensen, S.W., Dale, V.H. & Graham, R.L. (1988) Indices of landscape pattern. *Landscape Ecology*, **1**, 153–162.

Pickett, S.T.A. & White, P.S. (1985) *The Ecology of Natural Disturbance and Patch Dynamics*. Academic Press, New York, NY.

Possingham, H., Ball, I. & Andelman, S. (2000) Mathematical methods for identifying representative reserve networks. *Quantitative Methods for Conservation Biology* (eds S. Ferson & M. Burman). Springer-Verlag, New York, NY.

Pulliam, H.R. (1988) Sources, sinks, and population regulation. *American Naturalist*, **132**, 652–661.

Redmond, R.L., Hart, M.M., Winne, J.C., Williams, W.A., Thornton, P.C., Ma, Z., Tobalske, C.M., Thornton, M.M., McLaughlin, K.P., Tady, T.P., Fisher, F.B. & Running, S.W. (1998) *The Montana Gap Analysis Project: Final Report*. Montana Cooperative Wildlife Research Unit, University of Montana, Missoula, MT. http://nris.state.mt.us/nsdi/nris/gap90/mtgapveg.pdf.

Reed, R.A., Johnson-Barnard, J. & Baker, W.L. (1996) Fragmentation of a forested Rocky Mountain landscape, 1950–1993. *Biological Conservation*, **75**, 267–277.

Reice, S.R. (1994) Nonequilibrium determinants of biological community structure. *American Scientist*, **82**, 424–435.

Ritters, K.H., O'Neill, R.V., Hunsaker, C.T., Wickham, J.D., Yankee, D.H., Timmins, S.P., Jones, K.B. & Jackson, B.L. (1995) A factor analysis of landscape pattern and structure metrics. *Landscape Ecology*, **10**, 23–39.

Robbins, C.S., Dawson, D.K. & Dowell, B.A. (1989) Habitat area requirements of breeding forest birds of the middle Atlantic states. *Wildlfe Monographs*, **103**, 1–34.

Saunders, D., Hobbs, R.J. & Margules, C.R. (1991) Biological consequences of ecosystem fragmentation: a review. *Conservation Biology*, **5**, 18–32.

Scott, J.M., Davis, F., Csuti, B., Noss, R., Butterfield, B., Groves, C., Anderson, H., Caicco, S., D'Erchia, F., Edwards, T.C. Jr, Ulliman, J. & Wright. R.G. (1993) Gap Analysis: A Geographic Approach to Protection of Biological Diversity. *Wildlfe Monographs* 123.

Scott, J.M., Davis, F.W., McGhie, G., Wright, R.G., Groves, C. & Estes, J. (2001) Nature reserves: do they capture the full range of America's biodiversity? *Ecological Applications*, **11**, 999–1007.

Scott, J.M., Tear, T.H. & Davis, F.W. (1996) *Gap Analysis: A Landscape Approach to Biodiversity Planning*. American Society for Photogrammetry and Remote Sensing, Bethesda, MD.

Shafer, C.L. (1995) Values and shortcomings of small reserves. *Bioscience*, **45**, 80–88.

Shelford, V. (1926) *Naturalist's Guide to the Americas*. Williams & Wilkins, Baltimore, MD.

© 2005 British
Ecological Society,
*Journal of Applied*
*Ecology* **42**,
181–191

**191**

*Assessing the value
of roadless areas*

Shinneman, D.J. & Baker, W.L. (2000) Impact of logging and roads on a Black Hills ponderosa pine forest landscape. *Forest Fragmentation in the Southern Rocky Mountains* (eds R.L. Knight, F.W. Smith, S.W. Buskirk, W.H. Romme & W.L. Baker), pp. 311–336. University Press of Colorado, Boulder, CO.

Sinclair, A.R., Hik, E.D.S., Schmitz, O.J., Scudder, G.G.E., Turpin, D.H. & Larter, N.C. (1995) Biodiversity and the need for habitat renewal. *Ecological Applications*, **5**, 579–587.

Soule, M.E. & Terborgh, J. (1999) *Continental Conservation: Scientific Foundations of Reserve Networks*. Island Press, Washington, DC.

Spellerberg, I.F. (1998) Ecological effects of roads and traffic: a literature review. *Global Ecology and Biogeography Letters*, **7**, 317–333.

Strittholt, J.R. & DellaSala, D.A. (2001) Importance of roadless areas in biodiversity conservation in forested ecosystems: case study of the Klamath–Siskiyou ecoregion of the United States. *Conservation Biology*, **15**, 1742–1754.

Trombulak, S. & Frissell, C.A. (2000) Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology*, **14**, 18–30.

Turner, M.G. (1989) Landscape ecology: the effect of pattern on process. *Annual Review of Ecology and Systematics*, **20**, 171–197.

Turner, M.G. & Gardner, R.H. (1991) *Quantitative Methods in Landscape Ecology*. Springer-Verlag, New York, NY.

Turner, M.G., Romme, W.H., Gardner, R.H., O'Neill, R.V. & Kratz, T.K. (1993) A revised concept of landscape equilibrium: disturbance and stability on scaled landscapes. *Landscape Ecology*, **8**, 213–227.

USDA Forest Service (2000a) *Inventoried Roadless Areas on National Forest System Lands*. Geospatial Data and Technology Center, Salt Lake City, UT.

USDA Forest Service (2000b). *Forest Service Roadless Area Conservation Final Environmental Impact Statement, 1*. USDA Forest Service, Washington, DC.

Usher, M.B. (1987) Effects of fragmentation on communities and populations: a review with applications to wildlife conservation. *The Role of Remnants Nature Conservation: Of Native Vegetation* (eds D.A. Saunders, G.W. Arnold, A.A. Burbidge & A.J.M. Hopkins), pp. 103–121. Surrey Beatty and Sons, Chipping Norton, Australia.

White, P.S. (1987) Natural disturbance, patch dynamics, and landscape pattern in natural areas. *Natural Areas Journal*, **7**, 14–22.

Wiens, J.A. & Milne, B.T. (1989) Scaling of 'landscapes' in landscape ecology, or, landscape ecology from a beetle's perspective. *Landscape Ecology*, **3**, 87–96.

Wiens, J.A., Crawford, C.S. & Gosz, J.R. (1985) Boundary dynamics: a conceptual framework for studying landscape ecosystems. *Oikos*, **45**, 421–427.

Wilcove, D.S. (1989) Protecting biodiversity in multiple-use lands: lessons from the US Forest Service. *Trends in Ecological Evolution*, **4**, 385–388.

Wilcove, D.S. & Murphy, D.D. (1991) The spotted owl controversy and conservation biology. *Conservation Biology*, **5**, 261–262.

With, K.A. (1999) Is landscape connectivity necessary and sufficient for wildlife management? *Forest Fragmentation: Wildlife and Management Implications* (eds J.A. Rochelle, L.A. Lehmann & J. Wisniewski), pp. 97–115. Brill, Leiden, the Netherlands.

World Commission on Environment and Development (1987) *Our Common Future*. Oxford University Press, New York, NY.

Wright, G.M., Dixon, J.S. & Thompson, B.H. (1933) *Fauna of the National Parks of the United States*. US Government Printing Office, Washington, DC.

*Received 30 December 20003; final copy received 27 October 2004*

Rvsd Plan - 00006145

ERRATA

The preceding paper unfortunately was published with several minor errors that are corrected below:

Page 181:  Gregory H. Aplet's address is The Wilderness Society, 1660 Wynkoop Street, Ste. 850, Denver, CO 80202, USA.

"Forest Service" should be capitalized throughout.

Page 183, col. 2:  The first sentence of the Study Area section should read:  Of the 84 million ha of land that stretch across Montana, Wyoming and Idaho in the USA, roadless areas cover 6.8 million ha, and existing federal protected areas (wilderness areas, national parks, special management areas and national wildlife refuges) protect 8.8 million ha.

Page 184, par. 1, line 13:  The correct spelling is:  Douglas-fir *Pseudotsuga menziesii.*

Page 185, col. 2:  The top of the column should begin with the heading *Landscape connectivity.*

Page 187, col. 2, par. 1.:  The last sentence should read:  Our study, and that of Strittholt and DellaSala (2001), focused on smaller regions, where national forests are concentrated at higher elevations.

Page 188, col. 1, par. 1:  The third sentence should read:  When roadless areas are added to protected areas, aspen moves up two full categories: from underrepresented to adequately represented, a 480% increase in representation for the forest type, upon which many avian species depend (Hansen and Rotella 2000).

Page 188, col. 1, par. 2:  The first two sentences should read:  Elevation representation results demonstrate that higher elevations are well represented in existing protected areas.  We also found that roadless areas would add substantially to protected areas at mid- to high elevations.

Page 189, col. 2:  The reference to Beauvais (2000) should refer to F.W. Smith.

Page 191, col. 2, last line:  The manuscript was received 30 December 2003.

ResearchGate

See discussions, stats, and author profiles for this publication at: http://www.researchgate.net/publication/227603767

# Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities

**ARTICLE** *in* CONSERVATION BIOLOGY · JANUARY 2000

Impact Factor: 4.17 · DOI: 10.1046/j.1523-1739.2000.99084.x

CITATIONS
1,089

READS
148

**2 AUTHORS:**



Stephen C Trombulak
Middlebury College

**25** PUBLICATIONS **1,423** CITATIONS

SEE PROFILE



Christopher A Frissell
University of Montana

**64** PUBLICATIONS **4,728** CITATIONS

SEE PROFILE

Available from: Christopher A Frissell
Retrieved on: 14 October 2015

Rvsd Plan - 00006147

# Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities

STEPHEN C. TROMBULAK* AND CHRISTOPHER A. FRISSELL†

*Department of Biology, Middlebury College, Middlebury, VT 05753, U.S.A., email trombulak@middlebury.edu
†Flathead Lake Biological Station, University of Montana, 311 Bio Station Lane, Polson, MT 59860-9659, U.S.A.

**Abstract:** *Roads are a widespread and increasing feature of most landscapes. We reviewed the scientific literature on the ecological effects of roads and found support for the general conclusion that they are associated with negative effects on biotic integrity in both terrestrial and aquatic ecosystems. Roads of all kinds have seven general effects: mortality from road construction, mortality from collision with vehicles, modification of animal behavior, alteration of the physical environment, alteration of the chemical environment, spread of exotics, and increased use of areas by humans. Road construction kills sessile and slow-moving organisms, injures organisms adjacent to a road, and alters physical conditions beneath a road. Vehicle collisions affect the demography of many species, both vertebrates and invertebrates; mitigation measures to reduce roadkill have been only partly successful. Roads alter animal behavior by causing changes in home ranges, movement, reproductive success, escape response, and physiological state. Roads change soil density, temperature, soil water content, light levels, dust, surface waters, patterns of runoff, and sedimentation, as well as adding heavy metals (especially lead), salts, organic molecules, ozone, and nutrients to roadside environments. Roads promote the dispersal of exotic species by altering habitats, stressing native species, and providing movement corridors. Roads also promote increased hunting, fishing, passive harassment of animals, and landscape modifications. Not all species and ecosystems are equally affected by roads, but overall the presence of roads is highly correlated with changes in species composition, population sizes, and hydrologic and geomorphic processes that shape aquatic and riparian systems. More experimental research is needed to complement post-hoc correlative studies. Our review underscores the importance to conservation of avoiding construction of new roads in roadless or sparsely roaded areas and of removal or restoration of existing roads to benefit both terrestrial and aquatic biota.*

Revisión de los Efectos de Carreteras en Comunidades Terrestres y Acuáticas

**Resumen:** *Las carreteras son una característica predominante y en incremento de la mayoría de los paisajes. Revisamos la literatura científica sobre los efectos ecológicos de las carreteras y encontramos sustento para la conclusión general de que las carreteras están asociadas con efectos negativos en la integridad biótica tanto de ecosistemas terrestres como acuáticos. Las carreteras de cualquier tipo ocasionan siete efectos generales: mortalidad ocasionada por la construcción de la carretera; mortalidad debida a la colisión con vehículos; modificaciones en la conducta animal; alteración del ambiente físico; alteración del ambiente químico; dispersión de especies exóticas e incremento en el uso de áreas por humanos. La construcción de carreteras elimina a organismos sésiles y a organismos de lento movimiento, lesiona a organismos adyacentes a la carretera y altera las condiciones físicas debajo de ella misma. Las colisiones con vehículos afectan la demografía de muchas especies tanto de vertebrados como invertebrados; las medidas de mitigación para reducir la pérdida de animales por colisiones con vehículos han sido exitosas solo de manera parcial. Las carreteras alteran la conducta animal al ocasionar cambios en el rango de hogar, movimientos, éxito reproductivo, respuesta de escape y estado fisiológico. Las carreteras cambian la densidad del suelo, temperatura, contenido de agua en el suelo, niveles de luz, polvo, aguas superficiales, patrones de escurrimiento y sedimentación, además de agregar metales pesados (especialmente plomo), sales, moléculas orgánicas, ozono y nutrientes a los ambientes que atraviesan. Las carreteras promueven la dispersión de especies exóticas al alterar los hábi-*

*Paper submitted February 8, 1999; revised manuscript accepted July 21, 1999.*

Rvsd Plan - 00006148

*tats, al estresar a las especies nativas y proveer corredores para movimiento. Las carreteras también promueven el incremento de la caza y la pesca, el hostigamiento pasivo de animales y modificaciones del paisaje. No todas las especies ni todos los ecosistemas son afectados por las carreteras de igual forma, pero en general la presencia de carreteras está altamente correlacionada con cambios en la composición de especies, los tamaños poblacionales y los procesos hidrológicos y geomorfológicos que afectan a la estructura de sistemas acuáticos y riparios. Se necesita más investigación experimental para complementar estudios correlativos post-hoc. Nuestra revisión hace énfasis en que en trabajos de conservación es importante evitar la construcción de nuevas carreteras en áreas carentes de ellas o en áreas con pocas carreteras, además de remover o restaurar carreteras existentes con la finalidad de beneficiar tanto a la biota acuática como la terrestre.*

## Introduction

Among the most widespread forms of modification of the natural landscape during the past century has been the construction and maintenance of roads (Diamondback 1990; Bennett 1991; Noss & Cooperrider 1994). As conservation biologists seek to understand the forces that influence the viability of populations and the overall health of ecosystems, it is important that we understand the scope of the ecological effects of roads of all types, especially important as conservation biologists are asked to participate in the development and implementation of strategies to protect or restore elements of biological diversity and integrity.

Roads of all kinds affect terrestrial and aquatic ecosystems in seven general ways: (1) increased mortality from road construction, (2) increased mortality from collision with vehicles, (3) modification of animal behavior, (4) alteration of the physical environment, (5) alteration of the chemical environment, (6) spread of exotic species, and (7) increased alteration and use of habitats by humans. These general effects overlap somewhat. In some cases animals modify their behavior and avoid roads because of concentrated human activity along roads. Roads may facilitate the spread of invasive species by disrupting native communities and changing physical habitats. Roads may fragment populations through roadkill and road avoidance. Despite the difficulty of categorizing discretely the causal basis in every example, these seven categories provide a useful framework for assessing what is known and unknown about the ecological effects of roads.

Selective road removal, relocation, or remediation may provide ecological benefits in certain situations. Yet, although roads are commonly identified as important correlates or indicators of loss of ecological health (e.g., Noss & Cooperrider 1994), the specific mechanisms by which biota are affected are often complicated or uncertain. Therefore, mitigation or treatment of specific effects, whether during road design or in post-construction remediation, can be costly and fraught with uncertainty.

## Mortality from Road Construction

Road construction kills any sessile or slow-moving organism in the path of the road. The extent to which road construction contributes to direct mortality has not been estimated as has direct mortality from other forms of habitat destruction (e.g., Petranka et al. 1993). The fact that road construction kills individual organisms is obvious, however. The magnitude of such construction is not trivial; the 13,107,812 km of road lanes of all types in the conterminous United States, with an average width of 3.65 m per lane, have destroyed at least 4,784,351 ha of land and water bodies that formerly supported plants, animals, and other organisms (U.S. Department of Transportation 1996). The actual number is likely much higher because this estimate does not include shoulder pavement and land peripheral to the roadbed that is cleared during construction.

Construction may physically injure organisms adjacent to the path of construction. Roads built for extraction of white fir result in damage to trees that is visible up to 30 m from the road (Trafela 1987). Such damage contributes to a decline of up to 30% in forest productivity per rotation, due in part to a decline in growth of damaged trees. Construction also alters the physical conditions of the soil underneath and adjacent to the road. Riley (1984) showed that road construction increases soil compaction up to 200 times relative to undisturbed sites. These changes likely decrease the survival of soil biota that are not killed directly. Direct transfer of sediment and other material to streams and other water bodies at road crossings is an inevitable consequence of road construction (Richardson et al. 1975; Seyedbagheri 1996). High concentrations of suspended sediment may directly kill aquatic organisms and impair aquatic productivity (Newcombe & Jensen 1996).

## Mortality from Collision with Vehicles

Mortality of animals from collision with vehicles is well documented. Many reviews of the taxonomic breadth of the victims of vehicle collision have been published (e.g., Groot Bruinderink & Hazebroek 1996). Few if any terrestrial species of animal are immune. Large mammals ranging in size from moose (*Alces alces*) to armadillos (*Dasypus novemcinctus*) are the best-documented roadkills, probably due to interest in their demography and to their size (Bellis & Graves 1971; Puglisi et al. 1974;

Rvsd Plan 000061T49

Reilly & Green 1974; Holroyd 1979; Wilkins & Schmidly 1980; Bashore et al. 1985; Davies et al. 1987; Bangs et al. 1989; Palomares & Delibes 1992).

Roadkill among many other species includes American Kestrels (*Falco sparverius*; Varland et al. 1993), Barn Owls (*Tyto alba*; Newton et al. 1991), Northern Saw-whet Owls and Eastern Screech Owls (*Aegolius acadicus and Otis asio*; Loos & Kerlinger 1993), tropical forest birds (Novelli et al. 1988), garter snakes (Dalrymple & Reichenbach 1984), granivorous birds (Dhindsa et al. 1988), American crocodile (*Crocodylus acutus*; Kushlan 1988), green iguanas (*Iguana iguana*; Rodda 1990), desert snakes (Rosen & Lowe 1994), toads (van Gelder 1973), plus a wide range of invertebrates, especially insects (H. C. Seibert & Conover 1991).

This form of mortality can have substantial effects on a population's demography. Vehicle collision is the primary cause of death for moose in the Kenai National Wildlife Refuge in Alaska (Bangs et al. 1989) and for Barn Owls in the United Kingdom (Newton et al. 1991), the second highest form of mortality for Iberian lynx (*Felis pardina*) in southwestern Spain (after hunting; Ferreras et al. 1992), and the third highest form for white-tailed deer (*Odocoileus virginianus*) in New York (Sarbello & Jackson 1985) and wolves (*Canis lupus*) in Minnesota (Fuller 1989). Roadkill is a limiting factor in the recovery of the endangered American crocodile in southern Florida (Kushlan 1988) and is contributing to the endangerment of the prairie garter snake (*Thamnophis radix radix*; Dalrymple & Reichenbach 1984). Roadkill is often nonspecific with respect to age, sex, and condition of the individual animal (e.g., Bangs et al. 1989).

Amphibians may be especially vulnerable to roadkill because their life histories often involve migration between wetland and upland habitats, and individuals are inconspicuous and sometimes slow-moving. Roads can be demographic barriers that cause habitat and population fragmentation (Joly & Morand 1997). In the Netherlands, for example, roads with high traffic volume negatively affect occupancy of ponds by moor frogs (*Rana arvilis*; Vos & Chardon 1998). In Ontario, the local abundance of toads and frogs is inversely related to traffic density on adjacent roads, but the incidence of roadkill relative to abundance is higher on highly trafficked roads (Fahrig et al. 1995). Thus, even though populations in high-traffic areas have apparently already been depressed from cumulative road mortality, they continue to suffer higher proportionate rates of roadkill.

Mitigation measures have been employed in different locations with varying degrees of success (e.g., Yanes et al. 1995). For example, underpasses on Interstate 75 have been only partially successful in reducing roadkill of Florida panthers (*Felis concolor coryi*; Foster & Humphrey 1991). Despite mitigation efforts, roads are likely to be a persistent source of mortality for many species.

In general, mortality increases with traffic volume (e.g., Rosen & Lowe 1994; Fahrig et al. 1995). Some species are less likely to be killed on high-speed roads than on medium-speed roads because the former usually have vegetation cleared back further from the road's shoulder, creating less attractive habitat and greater visibility for both animals and drivers. Other species, however, are attracted to the modified habitat alongside and in the meridians of high-speed roads (Cowardin et al. 1985), making them population sinks.

## Modification of Animal Behavior

The presence of a road may modify an animal's behavior either positively or negatively. This can occur through five mechanisms: home range shifts, altered movement patterns, altered reproductive success, altered escape response, and altered physiological state.

Black bears (*Ursus americanus*) in North Carolina shift their home ranges away from areas with high road densities (Brody & Pelton 1989), as do grizzly bears in the Rocky Mountains (*Ursus horribilis*; McLellan & Shackleton 1988). Elk (*Cervus elaphus*) in Montana prefer spring feeding sites away from visible roads (Grover & Thompson 1986), and both elk and mule deer (*Odocoileus hemionus*) in Colorado in winter prefer areas >200 m from roads (Rost & Bailey 1979). Wolves will not establish themselves in areas with road densities greater than a region-specific critical threshold (Jensen et al. 1986; Thurber et al. 1994), probably as a result of a relationship between road density and hunting pressure. Mountain lion (*Felis concolor*) home ranges are situated in areas with lower densities of improved dirt roads and hard-surface roads (Van Dyke et al. 1986), suggesting that either mountain lions avoid these areas or road construction tends to avoid their prime habitat. Elephants (*Loxodonta africana*) in northeastern Gabon preferentially locate in forests away from both roads and villages (Barnes et al. 1991). Both Black Vultures (*Coragyps atratus*) and Turkey Vultures (*Cathartes aura*), on the other hand, preferentially establish home ranges in areas with greater road densities (Coleman & Fraser 1989), probably because of the increase in carrion.

Roads may also alter patterns of animal movement. Caribou (*Rangifer tarandus*) in Alaska preferentially travel along cleared winter roads that lead in the direction of their migration (Banfield 1974). Although the road may enhance caribou movement, it results in increased mortality from vehicle collisions and predation by wolves. After calving, female caribou with calves avoid roads (Klein 1991). The land snail *Arianta arbustorum* avoids crossing roads, even those that are unpaved and as narrow as 3 m (Baur & Baur 1990), and extend their movements along road verges. Reluctance to cross roads is also seen in white-footed mice (*Peromyscus*

*leucopus*; Merriam et al. 1989) and many other rodent species (Oxley et al. 1974), even when the road is narrow and covered only with gravel. Cotton rats (*Sigmodon hispidus*) and prairie voles (*Microtus ochrogaster*) avoid roads as narrow as 3 m (Swihart & Slade 1984). Black bear almost never cross interstate highways in North Carolina (Brody & Pelton 1989) but will cross roads with less traffic volume. Roads act as barriers to gene flow in the common frog (*Rana temporaria*) in Germany, leading to significant genetic differentiation among populations (Reh & Seitz 1990). Other animals that show a reluctance to cross roads include pronghorn antelope (*Antilocapra americana*; Bruns 1977) and mountain lions (Van Dyke et al. 1986).

Some animals seem unaffected by the presence of roads, at least at some spatial scales. Based on a study of 20 wolverines, Hornocker and Hash (1981) concluded that the sizes and shapes of home ranges of wolverines where they are still found in northwestern Montana are independent of the presence of highways. Similarly, the presence of highways explained none of the allelic differentiation among populations of brown hares (*Lepus europaeus*) in Austria (Hartl et al. 1989).

Roads may affect an animal's reproductive success. Productivity of Bald Eagles (*Haliaeetus leucocephalus*) in Oregon (Anthony & Isaacs 1989) and Illinois (Paruk 1987) declines with proximity to roads, and they preferentially nest away from roads. Golden Eagles (*Aquila chrysaetos*) also prefer to nest away from human disturbances, including roads (Fernandez 1993). The reduced nesting success of eagles in proximity to roads may be more a function of the presence of humans than of the road itself; nesting failure by Golden Eagles in Scotland correlates with how easy it is for people to approach but not with proximity to roads themselves (Watson and Dennis 1992). Relative to habitat availability, Sandhill Cranes (*Grus canadensis*) avoid nesting near paved and gravel public roads (Norling et al. 1992); they do not avoid private roads with low-traffic volume (Norling et al. 1992) and can habituate to roads over time (Dwyer & Tanner 1992). Mallards (*Anas platyrhynchos*) in North Dakota, on the other hand, prefer road rights-of-way for nesting (Cowardin et al. 1985), perhaps because of a lower level of predation there.

Roads can also alter escape responses. Pink-footed Geese (*Anser brachyrhynchus*) in Denmark are more easily disturbed when feeding near roads, flying away when humans approach within 500 m, a greater distance than when feeding in areas without roads (Madsen 1985). Both the Lapwing (*Vanellus vanellus*) and Black-tailed Godwit (*Limosa limosa*) are more easily disturbed near roads and have disturbance distances of 480–2000 m depending on traffic volume (Van der Zande et al. 1980). Less well known is the effect of roads and vehicles on an animal's physiological state. MacArthur et al. (1979) showed that heart rate and therefore metabolic rate and energy expenditure of female bighorn sheep (*Ovis canadensis*) increase near a road independent of any use of the road. Roads contribute to fragmentation of populations through both increased mortality and modification of behavior that makes animals less likely to cross roads. Fragmentation may be accelerated by roads when spatially critical habitat patches (e.g., "stepping stones") become unoccupied as a result of increased local mortality or reduced recolonization.

## Disruption of the Physical Environment

A road transforms the physical conditions on and adjacent to it, creating edge effects with consequences that extend beyond the time of the road's construction. At least eight physical characteristics of the environment are altered by roads: soil density, temperature, soil water content, light, dust, surface-water flow, pattern of runoff, and sedimentation.

Long-term use of roads leads to soil compaction that persists even after use is discontinued. Soil density on closed forest roads continues to increase, particularly during winter months (Helvey & Kochenderfer 1990). Increased soil density can persist for decades: logging skid trails in northeastern California over 40 years old have soil that is 20% more compacted than soil in nearby areas that have not been used as trails (Vora 1988).

The reduction of water vapor transport on a road with a hard surface increases the surface temperature of a road compared to bare soil, an effect that increases with thickness of the road surface (Asaeda & Ca 1993). The heat stored on the road surface is released into the atmosphere at night, creating heat islands around roads. Animals respond to these heat islands: small birds (Whitford 1985) and snakes, for example, preferentially aggregate on or near warm roads, increasing their risk of being hit by cars and, at their northern range limits, reducing energetic demands for breeding.

During the dry season, the moisture content of soils under roads declines even if the roads are not in use (Helvey & Kochenderfer 1990), probably in response to changes in soil porosity. Roads through forests also increase the amount of light incident on the forest floor. The amount of increase depends on how much of the original canopy and lower strata remain, which depends in turn on the width of the road and roadside verge. The increase in light increases the density of species that preferentially grow where light levels are high, such as early-successional, disturbance-adapted species such as the North American orchid *Isotria medeoloides* (Mehrhoff 1989).

Road traffic mobilizes and spreads dust, which when settled on plants can block photosynthesis, respiration, and transpiration and can cause physical injuries to plants (Farmer 1993). These effects are sufficient to alter

plant community structure, especially in communities dominated by lichens and mosses (Auerbach et al. 1997). Although most sediment enters water bodies through overland flow or mass failure, dust from highly trafficked roads can serve as a source of fine sediments, nutrients, and contaminants to aquatic ecosystems (Gjessing et al. 1984).

Roads and bridges can alter the development of shorelines, stream channels, floodplains, and wetlands. Because of the energy associated with moving water, physical effects often propagate long distances from the site of a direct road incursion (Richardson et al. 1975). Alteration of hydrodynamics and sediment deposition can result in changes in channels or shorelines many kilometers away, both down- and up-gradient of the road crossing. The nature of such responses to channel and shoreline alteration is not always predictable; it may depend on the sequence of flood and sedimentation events after the alteration is made. Roads on floodplains can redirect water, sediment, and nutrients between streams and wetlands and their riparian ecosystems, to the detriment of water quality and ecosystem health. Roads are among the many human endeavors that impair natural habitat development and woody debris dynamics in forested floodplain rivers (Piégay & Landon 1997).

Road crossings commonly act as barriers to the movement of fishes and other aquatic animals (Furniss et al. 1991). Although many headwater populations of salmonid fishes are naturally migratory, they often persist today as fragmented headwater isolates, largely because of migration barriers created by road crossings and other human developments that fail to provide for fish passage (Kershner et al. 1997; Rieman et al. 1997). Salmonids and other riverine fishes actively move into seasonal floodplain wetlands and small valley-floor tributaries to escape the stresses of main-channel flood flows (Copp 1989), but valley-bottom roads can destroy or block access to these seasonally important habitats (Brown & Hartman 1988). Persistent barriers may encourage local selection for behaviors that do not include natural migration patterns, potentially reducing both the distribution and productivity of a population.

Roads directly change the hydrology of slopes and stream channels, resulting in alteration of surface-water habitats that are often detrimental to native biota. Roads intercept shallow groundwater flow paths, diverting the water along the roadway and routing it efficiently to surface-water systems at stream crossings (Megahan 1972; Wemple et al. 1996). This can cause or contribute to changes in the timing and routing of runoff (King & Tennyson 1984; Jones & Grant 1996; Ziemer & Lisle 1998), the effects of which may be more evident in smaller streams than in larger rivers (Jones & Grant 1996). Hydrologic effects are likely to persist for as long as the road remains a physical feature altering flow routing—often long after abandonment and revegetation of the

road surface. By altering surface or subsurface flow, roads can destroy and create wetland habitats.

Changes in the routing of shallow groundwater and surface flow may cause unusually high concentrations of runoff on hillslopes that can trigger erosion through channel downcutting, new gully or channel head initiation, or slumping and debris flows (Megahan 1972; Richardson et al. 1975; Wemple et al. 1996; Seyedbagheri 1996). Once such processes occur, they can adversely affect fishes and other biota far downstream for long periods of time (Hagans et al. 1986; Hicks et al. 1991). Roads have been responsible for the majority of hillslope failures and gully erosion in most steep, forested landscapes subject to logging activity (Furniss et al. 1991; Hagans et al. 1986). Because most of these more catastrophic responses are triggered by the response of roads during infrequent, intense storm events, lag times of many years or decades pass before the full effects of road construction are realized.

Chronic effects also occur, however. The surfaces of unpaved roads can route fine sediments to streams, lakes, and wetlands, increasing the turbidity of the waters (Reid & Dunne 1984), reducing productivity and survival or growth of fishes (Newcombe & Jensen 1996), and otherwise impairing fishing (Buck 1956). Existing problem roads can be remediated to reduce future erosion potential (e.g., Weaver et al. 1987; Harr & Nichols 1993). The consequences of past sediment delivery are long-lasting and cumulative, however, and cannot be effectively mitigated (Hagans et al. 1986).

## Alteration of the Chemical Environment

More has been written about the effects of roads on the chemical environment than on all other effects combined. Maintenance and use of roads contribute at least five different general classes of chemicals to the environment: heavy metals, salt, organic molecules, ozone, and nutrients.

A variety of heavy metals derived from gasoline additives and road deicing salts are put into the roadside environment. The most widely documented is lead, but others include aluminum, iron, cadmium, copper, manganese, titanium, nickel, zinc, and boron (Garcia-Miragaya et al. 1981; Clift et al. 1983; Gjessing et al. 1984; Oberts 1986; Araratyan & Zakharyan 1988).

Heavy metal contamination exhibits five patterns. First, the amount of contamination is related to vehicular traffic (Goldsmith et al. 1976; Dale & Freedman 1982; Leharne et al. 1992). Second, contamination of soils, plants, and animals decreases exponentially away from the road (Quarles et al. 1974; Dale & Freedman 1982). Most studies indicate that contamination declines within 20 m but that elevated levels of heavy metals often occur 200 m or more from the road. The pattern of decline is influenced

Rvsd Plan - 00006152

by prevailing wind patterns (Haqus & Hameed 1986). Once metals reach aquatic environments, transport rates and distances increase substantially (Gjessing et al. 1984).

Third, heavy metals can be localized in the soil, either close to the surface if downward transport has not occurred (Indu & Choudhri 1991) or deep below the surface if pollution levels in the past exceeded those in the present (Byrd et al. 1983). Transportation and localization is largely affected by the physical properties of the soil (Yassoglou et al. 1987). Metals and other persistent chemicals fixed to soils may become remobilized once they are inundated or transported to freshwater environments by wind, water, or gravity.

Fourth, heavy metals accumulate in the tissues of plants (Datta & Ghosh 1985; Beslaneev & Kuchmazokova 1991) and animals (Collins 1984; Birdsall et al. 1986; Grue et al. 1986). As with soil, contamination of plant tissue occurs up to at least 200 m from a road and is greatest for individuals along roads with high traffic volume.

Fifth, heavy metal concentrations in soil decline over time where use of leaded gasoline has been stopped and surface-water flow carries the metal ions away (Byrd et al. 1983; Tong 1990). After they leave the terrestrial environment, however, the mobilized metals may cause additional harm to aquatic biota. Also, some of the processes of metal demobilization may be reversed rapidly if environmental conditions, such as acidity of the soils, sediments, or water, change (Nelson et al. 1991).

Deicing salts, particularly NaCl but also $CaCl_2$, KCl, and $MgCl_2$, contribute ions to the soil, altering pH and the soil's chemical composition (Bogemans et al. 1989). As with lead, discontinuation of the use of deicing salts allows plants damaged by salt stress to recover (Leh 1990). The effects on aquatic biota of temporary surges of salt that often accompany runoff from roads to surface and groundwaters have received little study. Deicing salts on roadways elevate chloride and sodium concentrations in streams (Molles & Gosz 1980; Hoffman et al. 1981; Peters & Turk 1981; Mattson & Godfrey 1994) and in bogs, where road salts can alter patterns of succession in aquatic vegetation (Wilcox 1986). Accumulation of salts from chemicals used for road deicing or dust control can disrupt natural stratification patterns and thus potentially upset the ecological dynamics of meromictic lakes (Hoffman et al. 1981; Kjensmo 1997).

Organic pollutants such as dioxins and polychlorinated biphenyls are present in higher concentrations along roads (Benfenati et al. 1992). Hydrocarbons may accumulate in aquatic ecosystems near roads (Gjessing et al. 1984). In one stream along a British highway, numerous contaminants were present at elevated levels in the water column and sediments, including copper, zinc, and various hydrocarbons, but polycyclic aromatic hydrocarbons associated with stream sediments accounted for most of the observed toxicity to aquatic amphipods

(Maltby et al. 1995). Comparatively little research has focused on the questions of the fate and effects of the organic chemicals associated with roads.

Vehicles produce ozone, which increases the concentration of this harmful molecule in the air, especially in areas where vehicle exhaust accumulates (Flueckiger et al. 1984). Roads are also especially important vectors of nutrients and other materials to aquatic ecosystems, because the buffering role normally played by riparian vegetation (Correll et al. 1992) is circumvented through direct runoff of materials in water and sediment where roads abut or cross water bodies. Water moving on and alongside roadways can be charged with high levels of dissolved nitrogen in various forms, and sediment brings a phosphorus subsidy when it reaches surface waters. Road deicing salts are an additional source of phosphorus (Oberts 1986). The degree to which roads directly contribute to eutrophication problems in aquatic ecosystems has been little investigated. Because roads deliver nutrients that originate in the contributing slope area, the nutrient burden is probably largely controlled by surrounding vegetation and land use. An increased density of road crossings of water bodies can be expected to increase delivery of nutrients.

The alteration of the chemical environment by roads results in a number of consequences for living organisms. First, in the terrestrial environment the chemical composition of some woody plants changes in response to pollution. These changes include increased concentrations of chemicals produced by plants, such as terpenoids, which help them resist the toxic effects of pollution (Akimov et al. 1989) and salts (Bogemans et al. 1989), and decreased production of other chemicals, such as soluble protein and chlorophyll *a*, which are necessary for plant function (Banerjee et al. 1983).

Second, organisms may be killed or otherwise displaced as a result of chemical exposure. Virtually all measures of soil biotic diversity and function decline in contaminated soil, including abundance, number of species, species composition, index of species diversity, index of equability, and bulk soil respiration (Muskett & Jones 1981; Guntner & Wilke 1983; Krzysztofiak 1991).

Third, the growth (Petersen et al. 1982) and overall physical health (Flueckiger et al. 1984; Moritz & Breitenstein 1985) of many plants is depressed, even to the point of death (Fleck et al. 1988). The sensitivity of plants to pollutants may change during development; for example, seedlings are more sensitive to salt than are adults (Liem et al. 1984), which influences juvenile recruitment. Pollutants may affect plant health by damaging fine roots, mycorrhizae (Majdi & Persson 1989), and leaves (Simini & Leone 1986) and by changing salt concentrations in plant tissues (Northover 1987). Secondary effects on plant health include decreased resistance to pathogens (Northover 1987), causing further declines. In aquatic environments, plant (and animal) assemblages

may change due to direct and indirect responses to nutrient increases and due to growth suppression or mortality caused by other chemicals introduced by roads.

Fourth, plants (Graham & Kalman 1974; Nasralla & Ali 1985; Dickinson et al. 1987; Guttormsen 1993) and animals (Robel et al. 1981; Collins 1984; Harrison & Dyer 1984; Krzysztofiak 1991; Marino et al. 1992), including those cultivated or raised for agriculture, may accumulate toxins at levels that pose health hazards, including those for humans that consume exposed organisms (Jarosz 1994).

Fifth, increased concentrations near roadsides of some pollutants, particularly salt, attract large mammals, putting them more at risk of being killed by vehicles (Fraser & Thomas 1982). Spills of edible products from trucks and trains also attract wildlife to roadsides. Finally, evolutionary processes may be affected through altered selection pressures that result in local differentiation of populations of both plants (Kiang 1982) and animals (Minoranskii & Kuzina 1984).

## Spread of Exotic Species

Roads provide dispersal of exotic species via three mechanisms: providing habitat by altering conditions, making invasion more likely by stressing or removing native species, and allowing easier movement by wild or human vectors. It is often difficult to distinguish among these factors. Soils modified during road construction can facilitate the spread of exotic plants along roadsides (Greenberg et al. 1997). Some exotic plants establish themselves preferentially along roadsides and in other disturbed habitats (Wester & Juvik 1983; Henderson & Wells 1986; Tyser & Worley 1992; Wein et al. 1992). The spread of exotic diseases (Dawson & Weste 1985; Gad et al. 1986) and insects (Pantaleoni 1989; Schedl 1991) is facilitated by increased density of roads and traffic volume. Road construction that alters the canopy structure of forests promotes invasion by exotic understory plants, which affects animal communities (Gaddy & Kohlsaat 1987). Some roadside verges have been invaded by maritime plants because of their ability to tolerate saline soil (Scott & Davison 1982). Feral fruit trees are found preferentially along roadsides, and some populations are maintained solely by seeds in fruit waste thrown from vehicles (Smith 1986).

Exotic species are sometimes introduced along roadsides for the purpose of erosion control (Niordson 1989). Native species are now more widely preferred for this purpose, but Dunlap (1987) argues that in some cases the need for rapid establishment of plant cover requires the use of exotic species.

In another form of deliberate introduction, roads provide easy access to streams and lakes for fishery managers to stock nonnative hatchery fish (Lee et al. 1997), which adversely affect native biota and disrupt aquatic ecosystems in many ways (Allan & Flecker 1993). Unsanctioned, illegal, and unintentional introductions of fishes, mollusks, plants, and other aquatic organisms also occur frequently (Allan & Flecker 1993), and they are facilitated by public road access to water bodies.

The dispersal of a biological agent such as a pathogen along a roadway can affect both terrestrial and aquatic ecosystems far from the road. In northern California and southwest Oregon, for example, vehicle traffic and roadway drainage along logging and mining roads during the wet season disperse spores of an exotic root disease (*Phytophtera lateralis*) that infects the endemic Port Orford cedar (*Chamaecyparis lawsoniana*; Zobel et al. 1985). Transfer of the water-borne spores from forest roads into headwater stream crossings can result in the infection and nearly complete mortality of Port Orford cedars along a much larger network of downstream channel margins and floodplains, even deep inside otherwise roadless areas. The progressive loss of this important conifer species from riparian ecosystems may engender substantial long-term consequences for the integrity of stream biota, including endangered salmon species, for which the Port Orford cedar provides shade, large and long-lasting coarse woody debris, and stabilization of channels and floodplains.

## Changes in Human Use of Land and Water

Roads facilitate increased use of an area by humans, who themselves often cause diverse and persistent ecological effects. New roads increase ease of access by humans into formerly remote areas. Perhaps more important, roads often increase the efficiency with which natural resources can be exported. At least three different kinds of human use of the landscape, made increasingly possible by roads, can have major ecological effects: hunting and fishing, recreation, and changes in use of land and water.

Roads open up areas to increased poaching and legal hunting. Hunting reduces population sizes of many game species, including brown bear (*Ursus arctos*; Camarra & Parde 1990), Iberian lynx (Ferreras et al. 1992), wolves (Fuller 1989), black bear (Manville 1983), and Egyptian mongooses (*Herpestes ichneumon*; Palomares & Delibes 1992). Roads also increase both legal and illegal fishing in streams and lakes. Native fish populations in previously inaccessible areas are often vulnerable to even small increases in fishing effort. Increased fishing then often gives rise to public demand for fish stocking as an attempt to artificially compensate for the effects of unsustainable harvest, at the further expense of native fishes and other species (e.g., Gresswell & Varley 1988).

Visitors increase when roads make areas more accessible, leading to increased passive harassment of animals—such as elk on Mount St. Helens in Washington State (Czech 1991) and the Oregon Coast Range (Witmer & DeCalesta 1985), brown bear in Europe (Del Campo et al. 1990), and mountain goats *(Oreamnos americanus)* in Montana (Pedevillano & Wright 1987)—and damage to plant communities (Matlack 1993).

Roads are often built into areas to promote logging, agriculture, mining, and development of homes or industrial or commercial projects. Such changes in land cover and land and water use result in major and persistent adverse effects on the native flora and fauna of terrestrial (Van Dyke et al. 1986; Karnefelt & Mattsson 1989; P. Seibert 1993) and freshwater ecosystems (Schlosser 1991; Allan & Flecker 1993; Roth et al. 1996).

Numerous studies have demonstrated declines in stream health associated with roads. Because the nature and extent of land use within a region tend to be highly correlated with road networks, however, it is often difficult or impossible to separate the direct ecological effects of roads from those of the accompanying land-use activities. For example, Eaglin and Hubert (1993) reported that trout biomass and streambed habitat quality in Wyoming streams declined in relation to the number of road crossings and to the proportion of area logged in the contributing catchment. Findlay and Houlahan (1997) found that herptile species diversity in wetlands declined in relation to the density of roads within 2 km of the perimeter. Among streams in the Pacific Northwest, the status or abundance of bull trout populations has been inversely correlated to road density (Rieman et al. 1997; Baxter et al. 1999); these studies used roads as the best available general proxy of cumulative effects associated with land use and human access. On the other hand, some studies (e.g., Roth et al. 1996) have demonstrated correlations of stream biotic integrity with land-use patterns across large catchments but did not investigate the specific roles that roads might play in mediating the causes and effects.

It appears that roads can serve as useful indicators of the magnitude of land-use changes, but it remains unclear to what degree the associated ecological responses result directly from roads themselves. If roads are largely responsible, effects could be ameliorated through altered road design, placement, remediation, or road removal. Strong interactions between roads and land use are likely, however. Forest roads in Idaho, for example, are less prone to erosion when the surrounding landscape remains in natural forest cover (Seyedbagheri 1996).

## Discussion and Conclusions

Roads have diverse and systemic effects on many aspects of terrestrial and aquatic ecosystems. The ecological effects of roads can resonate substantial distances from the road in terrestrial ecosystems, creating habitat fragmentation and facilitating ensuing fragmentation through support of human exploitative activities (Fig. 1a). Habitat deterioration is not widely appreciated as an aspect of ecological fragmentation in aquatic ecosystems. At the scale of an extensive landscape or stream network, however, roads produce a pattern of aquatic habitat loss that differs from the terrestrial pattern yet nevertheless results in the ecological fragmentation of aquatic ecosystems (Fig. 1b). We coin the term *hyperfragmentation* to describe the multidimensional view of ecological fragmentation and habitat loss that emerges when the consequences of roads or any habitat alteration for terrestrial and aquatic ecosystems are considered simultaneously (Fig. 1c). Hyperfragmentation is the result of a spatial footprint of ecological effect that propagates across the landscape differently in freshwater and

  

a) Upland habitat alteration and fragmentation

b) Aquatic and riparian habitat alteration and fragmentation

c) Cumulative extent of habitat alteration and "hyperfragmentation"

☐ Direct habitat impact (roads and cutting units)
▨ Zone of indirect or off-site impact
▦ Unaltered habitat

*Figure 1. Spatial pattern of direct and indirect habitat alteration caused by human disturbance in a forested watershed: (a) classical forest edge effects contributing to terrestrial habitat fragmentation, (b) downstream propagating hydrologic and biotic effects leading to large-scale fragmentation of freshwater habitats and populations, (c) combined terrestrial-aquatic view of landscape alteration that we term* hyperfragmentation *because it considers multiple ecosystem dimensions on the same landscape. Arrows indicate predominant spatial vector of effects.*

aquatic ecosystems than in terrestrial systems. Even where only a small percentage of the land's surface is directly occupied by roads, few corners of the landscape remain untouched by their off-site ecological effects. The breadth of these effects cannot be appreciated unless one takes a broadly transdisciplinary view of ecosystems and biological communities.

Road design, management, and restoration need to be more carefully tailored to address the full range of ecological processes and terrestrial and aquatic species that may be affected. Deliberate monitoring is necessary to ensure that projects have robust ecological benefits and minimal adverse effects and that they are cost-efficient relative to their actual benefits (e.g., Weaver et al. 1987). Of course, such assessments require time and money that are usually unavailable. Most funds used to remediate problem roads are earmarked for actual field operations and are not available to support such assessment and monitoring. Few of the experts building roads or "restoring" them are trained to recognize and address the full spectrum of ecological issues that we have identified. Moreover, by their nature roads have systemic ecological effects that, even if recognized, cannot be overcome.

If a broad view of the ecological effects of roads reveals a multiplicity of effects, it also suggests that it is unlikely that the consequences of roads will ever be completely mitigated or remediated. Thus, it is critical to retain remaining roadless or near-roadless portions of the landscape in their natural state. Because of the increasing rarity of roadless areas, especially roadless watersheds, conservation efforts cannot rely entirely on protection of existing natural areas. But neither can conservation efforts depend entirely on tenuous and unexamined assumptions about the capability of site- and species-specific mitigation and remediation measures to reduce the ecological consequences of existing and proposed roads.

## Acknowledgments

We thank M. Hourdequin for organizing the symposium at the 1997 annual meeting of the Society for Conservation Biology at which we originally presented much of this material and for her patience during the preparation of this manuscript. We also thank R. Noss and an anonymous reviewer for improvement of the paper. The second author's contribution to this paper and his participation in the symposium were supported by The Pacific Rivers Council.

## Literature Cited

Akimov Y. A., V. V. Pushkar, and S. I. Kuznetsov. 1989. The content and composition of volatile terpenoids in woody plants under conditions of air pollution. Sbornik Nauchnykh Trudov **109:**70-79.

Allan, J. D., and A. S. Flecker. 1993. Biodiversity conservation in running waters. BioScience **43:**32-43.

Anthony, R. G., and F. B. Isaacs. 1989. Characteristics of bald eagle nest sites in Oregon. Journal of Wildlife Management **53:**148-159.

Araratyan, L. A., and S. A. Zakharyan. 1988. On the contamination of snow along main highways. Biologicheskii Zhurnal Armenii **41:**514-519.

Asaeda, T., and V. A. Ca. 1993. The subsurface transport of heat and moisture and its effect on the environment: a numerical model. Boundary Layer Meteorology **65:**159-179.

Auerbach, N. A., M. D. Walker, and D. A. Walker. 1997. Effects of roadside disturbance on substrate and vegetation properties in arctic tundra. Ecological Applications **7:**218-235.

Banerjee, A., R. K. Sarkar, and S. Mukherji. 1983. Reduction in soluble protein and chlorophyll contents in a few plants as indicators of automobile exhaust pollution. International Journal of Environmental Studies **20:**239-243.

Banfield, A. W. F. 1974. The relationship of caribou migration behavior to pipeline construction. Pages 797-804 in V. Geist and F. Walther, editors. The behavior of ungulates and its relation to management. International Union for the Conservation of Nature Press, Morges, Switzerland.

Bangs, E. E., T. N. Bailey, and M. F. Portner. 1989. Survival rates of adult female moose on the Kenai Peninsula, Alaska. Journal of Wildlife Management **53:**557-563.

Barnes, R. F. W., K. L. Barnes, M. P. T. Alers, and A. Blom. 1991. Man determines the distribution of elephants in the rain forests of northeastern Gabon. African Journal of Ecology **29:**54-63.

Bashore, T. L., W. M. Tzilkowski, and E. D. Bellis. 1985. Analysis of deer-vehicle collision sites in Pennsylvania. Journal of Wildlife Management **49:**769-774.

Baur, A., and B. Baur. 1990. Are roads barriers to dispersal in the land snail *Arianta arbustorum*? Canadian Journal of Zoology **68:**613-617.

Baxter, C. V., C. A. Frissell, and F. R. Hauer. 1999. Geomorphology, logging roads, and the distribution of bull trout (*Salvelinus confluentus*) spawning in a forested river basin: implications for management and conservation. Transactions of the American Fisheries Society **128:**854-867.

Bellis, E. D., and H. B. Graves. 1971. Deer mortality on a Pennsylvania interstate highway. Journal of Wildlife Management **35:**232-237.

Benfenati, E., S. Valzacchi, G. Maniani, L. Airoldi, and R. Farnelli. 1992. PCDD, PCDF, PCB, PAH, cadmium and lead in roadside soil: relationship between road distance and concentration. Chemosphere **24:**1077-1083.

Bennett, A. F. 1991. Roads, roadsides, and wildlife conservation: a review. Pages 99-118 in D. A. Saunders and R. J. Hobbes, editors. Nature conservation 2: the role of corridors. Surrey Beatty and Sons, Chipping Norton, New South Wales, Australia.

Beslaneev, V. D., and F. A. Kuchmazokova. 1991. The effect of motorways on the accumulation of toxic substances in walnuts. Sadovodstvo i Vinogradarstvo **5:**38.

Birdsall, C. W., C. E. Grue, and A. Anderson. 1986. Lead concentrations in bullfrog *Rana catesbeiana* and green frog *Rana clamitans* tadpoles inhabiting highway drainages. Environmental Pollution Series A Ecological and Biological **40:**233-248.

Bogemans, J., L. Nierinck, and J. M. Stassart. 1989. Effect of deicing chloride salts on ion accumulation in spruce (*Picea abies* (L.) sp.). Plant and Soil **113:**3-11.

Brody, A. J., and M. R. Pelton. 1989. Effects of roads on black bear movements in western North Carolina. Wildlife Society Bulletin **17:**5-10.

Brown, T. G., and G. F. Hartman. 1988. Contribution of seasonally flooded lands and minor tributaries to coho (*Oncorhynchus kisutch*) salmon smolt production in Carnation Creek, a small coastal stream in British Columbia. Transactions of the American Fisheries Society **117:**546-551.

Bruns, E. H. 1977. Winter behavior of pronghorns in relation to habitat. Journal of Wildlife Management **41:**560-571.

Buck, D. H. 1956. Effects of turbidity on fish and fishing. Transactions of the North American Wildlife Conference **21:**249-261.

Rvsd Plan - 00006156

Byrd, D. S., J. T. Gilmore, and R. H. Lea. 1983. Effect of decreased use of lead in gasoline on the soil of a highway. Environmental Science and Technology **17:**121–123.

Camarra, J. J., and J. M. Parde. 1990. The brown bear in France—status and management in 1985. Aquilo, Serie Zoologica **27:**93–96.

Clift, D., I. E. Dickson, T. Roos, P. Collins, M. Jolly, and A. Klindworth. 1983. Accumulation of lead beside the Mulgrave Freeway, Victoria. Search **14:**155–157.

Coleman, J. S., and J. D. Fraser. 1989. Habitat use and home ranges of Black and Turkey Vultures. Journal of Wildlife Management **53:** 782–792.

Collins, J. A. 1984. Roadside lead in New Zealand and its significance for human and animal health. New Zealand Journal of Science **27:**93–98.

Copp, G. H. 1989. The habitat diversity and fish reproductive function of floodplain ecosystems. Environmental Biology of Fishes **26:**1–27.

Correll, D. L., T. E. Jordan, and D. E. Weller. 1992. Cross media inputs to eastern US watersheds and their significance to estuarine water quality. Water Science and Technology **26:**2675–2683.

Cowardin, L. M., D. S. Gilmer, and C. W. Shaiffer. 1985. Mallard recruitment in the agricultural environment of North Dakota. Wildlife Monographs **92:**1–37.

Czech, B. 1991. Elk behavior in response to human disturbance at Mount St. Helens National Volcanic Monument. Applied Animal Behavior Science **29:**269–277.

Dale, J. M., and B. Freedman. 1982. Lead and zinc contamination of roadside soil and vegetation in Halifax, Nova Scotia. Proceedings of the Nova Scotian Institute of Science **32:**327–336.

Dalrymple G. H., and N. G. Reichenbach. 1984. Management of an endangered species of snake in Ohio, USA. Biological Conservation **30:**195–200.

Datta, S. C., and J. J. Ghosh. 1985. A study of the distribution pattern of lead in the leaves of banyan trees (*Ficus benghalensis*) from different traffic density regions of Calcutta. Ecotoxicology and Environmental Safety **9:**101–106.

Davies, J. M., T. J. Roper, and D. J. Shepherdson. 1987. Seasonal distribution of road kills in the European badger (*Meles meles*). Journal of Zoology (London) **211:**525–530.

Dawson, P., and G. Weste. 1985. Changes in the distribution of *Phytophthora cinnamomi* in the Brisbane Ranges National Park between 1970 and 1980–81. Australian Journal of Botany **33:**309–315.

Del Campo, J. C., J. L. Marquinez, J. Naves, and G. Palomero. 1990. The brown bear in the Cantabrian Mountains. Aquilo, Serie Zoologica **27:**97–101.

Dhindsa, M. S., J. S. Sandhu, P. S. Sandhu, and H. S. Toor. 1988. Roadside birds in Punjab (India): relation to mortality from vehicles. Environmental Conservation **15:**303–310.

Diamondback. 1990. Ecological effects of roads (or, the road to destruction). Pages 1–5 in J. Davis, editor. Killing roads: a citizen's primer on the effects and removal of roads. Biodiversity special publication. Earth First!, Tucson, Arizona.

Dickinson, N. M., N. W. Lepp, and G. T. K. Surtan. 1987. Lead and potential health risks from subsistence food crops in urban Kenya. Environmental Geochemistry and Health **9:**37–42.

Dunlap, D. W. 1987. Development of grass-seeding specifications for use on Texas highway rights-of-way: erosion control—you're gambling without it. International Erosion Control Association **18:**161–172.

Dwyer, N., and G. W. Tanner. 1992. Nesting success in Florida Sandhill Cranes. Wilson Bulletin **104:**22–31.

Eaglin, G. S., and W. A. Hubert. 1993. Effects of logging roads on substrate and trout in streams of the Medicine Bow National Forest, Wyoming. North American Journal of Fisheries Management **13:** 844–846.

Fahrig, L., J. H. Pedlar, S. E. Pope, P. D. Taylor, and J. F. Wenger. 1995. Effect of road traffic on amphibian density. Biological Conservation **73:**177–182.

Farmer, A. M. 1993. The effects of dust on vegetation—a review. Environmental Pollution **79:**63–75.

Fernandez, C. 1993. The choice of nesting cliffs by golden eagles *Aquila chrysaetos*: the influence of accessibility and disturbance by humans. Alauda **61:**105–110.

Ferreras, P., J. J. Aldama, J. F. Beltran, and M. Delibes. 1992. Rates and causes of mortality in a fragmented population of Iberian lynx *Felis pardina* Temminck, 1824. Biological Conservation **61:**197–202.

Findlay, C. S., and J. Houlahan. 1997. Anthropogenic correlates of species richness in southeastern Ontario wetlands. Conservation Biology **11:**1000–1009.

Fleck, A. M., M. J. Lacki, and J. Sutherland. 1988. Response of white birch (*Betula papyrifera*) to road salt applications at Cascade Lakes, New York. Journal of Environmental Management **27:**369–377.

Flueckiger, W., H. Fluckiger Keller, and S. Braun. 1984. Untersuchungen ueber waldschaeden in der Nordwestschweiz. Schweizerische Zeitschrift fuer Forstwesen **135:**389–444.

Foster, M. L., and S. R. Humphrey. 1991. Effectiveness of wildlife crossing structures on Alligator Alley (I-75) for reducing animal/auto collisions. Report. Florida Game and Fresh Water Fish Commission and Florida Department of Transportation, Tallahassee.

Fraser, D., and E. R. Thomas. 1982. Moose-vehicle accidents in Ontario: relation to highway salt. Wildlife Society Bulletin **10:**261–265.

Fuller, T. 1989. Population dynamics of wolves in north-central Minnesota. Wildlife Monographs **105:**1–41.

Furniss, M. J., T. D. Roeloffs, and C. S. Yee. 1991. Road construction and maintenance. Pages 297–323 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Gad, A. M., F. M. Feinsod, I. H. Allam, M. Eisa, A. N. Hassan, B. A. Soliman, S. El Said, A. J. Saah, S. El Said, R. F. Sellers, and H. Hoogstraal. 1986. A possible route for the introduction of Rift Valley fever virus into Egypt during 1977. Journal of Tropical Medicine and Hygiene **89:**233–236.

Gaddy, L. L., and T. L. Kohlsaat. 1987. Recreational impact on the natural vegetation, avifauna, and herpetofauna of four South Carolina barrier islands (USA). Natural Areas Journal **7:**55–64.

Garcia-Miragaya, J. S. Castro, and J. Paolini. 1981. Lead and zinc levels and chemical fractionation in road-side soils of Caracas, Venezuela. Water, Air and Soil Pollution **15:**285–297.

Gjessing, E., E. Lygren, L. Berglind, T. Gulbrandsen, and R. Skanne. 1984. Effect of highway runoff on lake water quality. Science of the Total Environment **33:**247–257.

Goldsmith, C. D., P. F. Scanlon, and W. R. Pirie. 1976. Lead concentrations in soil and vegetation associated with highways of different traffic densities. Bulletin of Environmental Contamination and Toxicology **16:**66–70.

Graham, D. L., and S. M. Kalman. 1974. Lead in forage grass from a suburban area in northern California. Environmental Pollution **7:**209–215.

Greenberg, C. H., S. H. Crownover, and D. R. Gordon. 1997. Roadside soil: a corridor for invasion of xeric scrub by nonindigenous plants. Natural Areas Journal **17:**99–109.

Gresswell, R. E., and D. J. Varley. 1988. Effects of a century of human influence on the cutthroat trout of Yellowstone Lake. Pages 45–52 in Symposium 4. American Fisheries Society, Bethesda, Maryland.

Groot Bruinderink, G. W. T. A., and E. Hazebroek. 1996. Ungulate traffic collisions in Europe. Conservation Biology **10:**1059–1067.

Grover, K. E., and M. J. Thompson. 1986. Factors influencing spring feeding site selection by elk in the Elkhorn Mountains, Montana. Journal of Wildlife Management **50:**466–470.

Grue, C. E., D. J. Hoffman, W. N. Beyer, and L. P. Franson. 1986. Lead concentrations and reproductive success in European starlings, *Sturnus vulgaris*, nesting within highway roadside verges. Environmental Pollution Series A Ecological and Biological **42:**157–182.

Guntner, M., and B. M. Wilke. 1983. Effects of de-icing salt on soil enzyme activity. Water, Air and Soil Pollution **20:**211–220.

Guttormsen, G. 1993. The content of lead, cadmium and PAH in vegetables and strawberries alongside the E18 motorway. Norsk Landbruksforsking **7:**175–189.

Hagans, D. K., W. E. Weaver, and M. A. Madej. 1986. Long-term on-site and off-site effects of logging and erosion in the Redwood Creek Basin, northern California. Pages 38–65 in Papers presented at the American Geophysical Union meeting on cumulative effects. Technical bulletin 490. National Council for Air and Stream Improvement, New York.

Haqus, M. D., and H. A. Hameed. 1986. Lead content of green forage growing adjacent to expressways and roads connecting Erbil City (Northern Iraq). Journal of Biological Science Research 17:151–164.

Harr, R. D., and R. A. Nichols. 1993. Stabilizing forest roads to help restore fish habitat: a northwest Washington example. Fisheries 18:18–22.

Harrison, P. D., and M. I. Dyer. 1984. Lead in mule deer forage in Rocky Mountain National Park, Colorado. Journal of Wildlife Management 48:510–517.

Hartl, G. B., F. Suchentrunk, R. Willing, and M. Grillitsch. 1989. Biochemical-genetic variability and differentiation in the brown hare (*Lepus europaeus*) of lower Austria. Wiener Tieraerztliche Monatsschrif 76:279–284.

Helvey, J. D., and J. N. Kochenderfer. 1990. Soil density and moisture content on two unused forest roads during first 30 months after construction. Research paper NE-629. U.S. Forest Service, Northeast Forest Experiment Station, Broomhall, Pennsylvania.

Henderson, L., and M. J. Wells. 1986. Alien plant invasions in the grassland and savanna biomes. Pages 109–117 in I. A. W. Macdonald, F. J. Kruger, and A. A. Ferrar, editors. The ecology and management of biological invasions in southern Africa. Oxford University Press, Capetown.

Hicks, B. J., J. D. Hall, P. A. Bisson, and J. R. Sedell. 1991. Response of salmonids to habitat change. Pages 483–518 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Hoffman, R. W., C. R. Goldman, S. Paulson, and G. R. Winters. 1981. Aquatic impacts of deicing salts in the central Sierra Nevada Mountains, California. Water Resources Bulletin 17:280–285.

Holroyd, G. L. 1979. The impact of highway and railroad mortality on the ungulate populations in the Bow Valley, Banff National Park. Environment Canada, Canadian Wildlife Service, Edmonton, Alberta.

Hornocker, M. G., and H. S. Hash. 1981. Ecology of the wolverine in northwestern Montana. Canadian Journal of Zoology 59:1286–1301.

Indu, B., and G. N. Choudhri. 1991. Impact of automobile effusion on plant and soil. International Journal of Ecology and Environmental Sciences 17:121–127.

Jarosz, W. 1994. Heavy metals contamination of grass growing at the road edges. Medycyna Weterynaryjna 50:23–26.

Jensen, W. F., T. K. Fuller, and W. L. Robinson. 1986. Wolf, *Canis lupus*, distribution on the Ontario-Michigan border near Sault Ste. Marie. Canadian Field Naturalist 100:363–366.

Joly, P., and A. Morand. 1997. Amphibian diversity and land-water ecotones. Pages 161–182 in J.-P. Bravard and R. Juge, editors. Biodiversity in land-water ecotones. Man and biosphere series. Volume 18. United Nations Educational, Scientific and Cultural Organization, Paris.

Jones, J. A., and G. E. Grant. 1996. Cumulative effects of forest harvest on peak streamflow in the western Cascades of Oregon. Water Resources Research 32:959–974.

Karnefelt, I., and J. E. Mattsson. 1989. *Cetraria cucullata* and *Cetraria nivalis*, two vanishing lichens from southernmost Sweden. International Journal of Mycology and Lichenology 4:299–306.

Kershner, J. L., C. M. Bischoff, and D. L. Horan. 1997. Population, habitat, and genetic characteristics of Colorado River cutthroat trout in wilderness and nonwilderness stream sections in the Uinta Mountains of Utah and Wyoming. North American Journal of Fisheries Management 17:1134–1143.

Kiang, Y. T. 1982. Local differentiation of *Anthoxanthum odoratum* L. populations on roadsides. American Midland Naturalist 107:340–350.

King, J. G., and L. C. Tennyson. 1984. Alteration of streamflow characteristics following road construction in north central Idaho. Water Resources Research 20:1159–1163.

Kjensmo, J. 1997. The influence of road salts on the salinity and the meromictic stability of Lake Svinsjøen, Norway. Oecologia 347:151–158.

Klein, D. R. 1991. Caribou in the changing North. Applied Animal Behavior Science 29:279–291.

Krzysztofiak, L. 1991. The effect of habitat pollution with heavy metals on ant populations and ant-hill soil. Ekologia Polska 39:181–202.

Kushlan, J. A. 1988. Conservation and management of the American crocodile. Environmental Management 12:777–790.

Lee, D. C., et al. 1997. Broadscale assessment of aquatic species and habitats. Pages 1057–1496 in T. M. Quigley and S. J. Arbelbide, editors. An assessment of ecosystem components in the interior Columbia River Basin and portions of the Klamath and Great Basins. Volume 3. General technical report PNW-GTR-405. U.S. Forest Service, Portland, Oregon.

Leh, H. O. 1990. Investigations on health conditions of street trees after discontinued use of de-icing salts on streets in Berlin. Nachrichtenblatt des Deutschen Pflanzenschutzdienstes 42:134–142.

Leharne, S., D. Charlesworth, and B. Chowdhry. 1992. A survey of metal levels in street dusts in an inner London neighbourhood. Environment International 18:263–270.

Liem, A. S. N., A. Hendriks, H. Kraal, and M. Loenen. 1984. Effects of deicing salt on roadside grasses and herbs. Plant and Soil 84:299–310.

Loos, G., and P. Kerlinger. 1993. Road mortality of saw-whet and Screech Owls on the Cape May peninsula. Journal of Raptor Research 27:210–213.

MacArthur, R. A., R. H. Johnston, and V. Geist. 1979. Factors influencing heart rate in free ranging bighorn sheep: a physiological approach to the study of wildlife harrassment. Canadian Journal of Zoology 57:2010–2021.

Madsen, J. 1985. Impact of disturbance on field utilization of pink-footed geese in West Jutland, Denmark. Biological Conservation 33:53–64.

Majdi, H., and H. Persson. 1989. Effects of road-traffic pollutants (lead and cadmium) on tree fine-roots along a motor road. Plant and Soil 119:1–5.

Maltby, L., A. B. A. Boxall, D. M. Farrow, P. Calow, and C. I. Betton. 1995. The effects of motorway runoff on freshwater ecosystems. 2. Identifying major toxicants. Environmental Toxicology and Chemistry 14:1093–1101.

Manville, A. M. 1983. Human impact on the black bear in Michigan's lower peninsula. International Conference on Bear Research and Management 5:20–33.

Marino, F., A. Ligero, and D. J. Diaz Cosin. 1992. Heavy metals and earthworms on the border of a road next to Santiago (Galicia, Northwest of Spain): initial results. Soil Biology and Biochemistry 24:1705–1709.

Matlack, G. R. 1993. Sociological edge effects: spatial distribution of human impact in suburban forest fragments. Environmental Management 17:829–835.

Mattson, M. D., and P. J. Godfrey. 1994. Identification of road salt contamination using multiple regression and GIS. Environmental Management 18:767–773.

McLellan, B. N., and D. M. Shackleton. 1988. Grizzly bears and resource-extraction industries: effects of roads on behavior, habitat use and demography. Journal of Applied Ecology 25:451–460.

Megahan, W. F. 1972. Subsurface flow interception by a logging road in mountains of central Idaho. Pages 350–356 in Proceedings of a national symposium on watersheds in transition. American Water Resources Association, Bethesda, Maryland.

Mehrhoff, L. A. 1989. Reproductive vigor and environmental factors in populations of an endangered North American orchid, *Isotria medeoloides* (Pursh) Rafinesque. Biological Conservation 47:281–296.

Rvsd Plan - 00006158

Merriam, G., M. Kozakiewicz, E. Tsuchiya, and K. Hawley. 1989. Barriers as boundaries for metapopulations and demes of *Peromyscus leucopus* in farm landscapes. Landscape Ecology **2**:227–236.

Minoranskii, V. A., and Z. R. Kuzina. 1984. Effect of environmental pollution by motor transport on the reproduction and development of *Cpatrum sabulosum.* Biologicheskie Nauki (Moscow) **11**:43–47.

Molles, M. C., Jr., and J. R. Gosz. 1980. Effects of a ski area on the water quality and invertebrates of a mountain stream. Water, Air, and Soil Pollution **14**:187–205.

Moritz, K., and J. Breitenstein. 1985. Damage by spreading salt on West German federal trunk roads and possibilities of avoiding it. Allgemeine Forstzeitschrift **44**:1192–1193.

Muskett, C. J., and M. P. Jones. 1981. Soil respiratory activity in relation to motor vehicle pollution. Water, Air and Soil Pollution **23**:231–242.

Nasralla, M. M., and E. A. Ali. 1985. Lead accumulation in edible portions of crops grown near Egyptian traffic roads. Agriculture Ecosystems and Environment **13**:73–82.

Nelson, R. L., M. L. McHenry, and W. S. Platts. 1991. Mining. Pages 425–457 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Newcombe, C. P., and J. O. T. Jensen. 1996. Channel suspended sediment and fisheries: a synthesis for quantitative assessment of risk. North American Journal of Fisheries Management **16**:693–727.

Newton, I., I. Wyllie, and A. Asher. 1991. Mortality causes in British barn owls *Tyto alba*, with a discussion of aldrin-dieldrin poisoning. Ibis **133**:162–169.

Niordson, N. 1989. *Glyceria grandis* found in south Sweden. Svensk Botanisk Tidskrift **83**:357–360.

Norling, B. S., S. H. Anderson, and W. A. Hubert. 1992. Roost sites used by Sandhill Crane staging along the Platte River, Nebraska. Great Basin Naturalist **52**:253–261.

Northover, J. 1987. NaCl injury to dormant roadside peach trees and its effect on the incidence of infections by *Leucostoma* spp. Phytopathology **77**:835–840.

Noss, R. F., and A. Y. Cooperrider. 1994. Saving nature's legacy. Island Press, Washington, D.C.

Novelli, R., E. Takase, and V. Castro. 1988. Study of birds killed by collision with vehicles in a stretch of Highway BR-471, between Quinta and Taim, Rio Grande do Sul, Brazil. Revista Brasileira De Zoologia **5**:441–454.

Oberts, G. L. 1986. Pollutants associated with sand and silt applied to roads in Minnesota. Water Resources Bulletin **22**:479–483.

Oxley, D. J., M. B. Fenton, and G. R. Carmody. 1974. The effects of roads on population of small mammals. Journal of Applied Ecology **11**:51–59.

Palomares, F., and M. Delibes. 1992. Some physical and population characteristics of Egyptian mongooses (*Herpestes ichneumon* L., 1758) in southwestern Spain. Zeitschrift fuer Saeugetierkunde **57**:94–99.

Pantaleoni, R. A. 1989. Ways of invasion of a new area by *Metcalfa pruinosa* (Say, 1830) (Auchenorrhyncha, Flatidae). Bollettino Dell'istituto Di Entomologia Della Universita Degli Studi Di Bologna **43**:1–8.

Paruk, J. D. 1987. Habitat utilization by Bald Eagles wintering along the Mississippi River (USA). Transactions of the Illinois State Academy of Science **80**:333–342.

Pedevillano, C., and R. G. Wright. 1987. The influence of visitors on mountain goat activities in Glacier National Park, Montana. Biological Conservation **39**:1–11.

Peters, N. E., and J. T. Turk. 1981. Increases in sodium and chloride in the Mohawk River, New York, from the 1950s to the 1970s attributed to road salt. Water Resources Bulletin **17**:586–598.

Petersen, A., D. Eckstein, and W. Liese. 1982. Holzbiologische Untersuchungen ueber den Einfluss von Auftausalz auf Hamburger Strassenbaeume. Forstwissenschaftliches Centralblatt **101**:353–364.

Petranka, J. W., M. E. Eldridge, and E. E. Haley. 1993. Effects of timber harvesting on Southern Appalachian salamanders. Conservation Biology **7**:363–370.

Piégay, H., and N. Landon. 1997. Promoting ecological management of riparian forests on the Drôme River, France. Aquatic Conservation: Marine and Freshwater Ecosystems **7**:287–304.

Puglisi, M. J., J. S. Lindzey, and E. D. Bellis. 1974. Factors associated with highway mortality of white-tailed deer. Journal of Wildlife Management **38**:799–807.

Quarles, H. D., R. B. Hanawalt, and W. E. Odum. 1974. Lead in small mammals, plants and soil at varying distances from a highway. Journal of Applied Ecology **11**:937–949.

Reh, W., and A. Seitz. 1990. The influence of land use on the genetic structure of populations of the common frog *Rana temporaria.* Biological Conservation **54**:239–249.

Reid, L. M., and T. Dunne. 1984. Sediment production from forest road surfaces. Water Resources Research **20**:1753–1761.

Reilly, R. E., and H. E. Green. 1974. Deer mortality on a Michigan interstate highway. Journal of Wildlife Management **38**:16–19.

Richardson, E. V., B. Simons, S. Karaki, M. Mahmood, and M. A. Stevens. 1975. Highways in the river environment: hydraulic and environmental design considerations training and design manual. U.S. Department of Transportation, Federal Highway Administration, Washington, D.C.

Rieman, B. E., D. C. Lee, and R. F. Thurow. 1997. Distribution, status, and likely future trends of bull trout within the Columbia River and Klamath River Basins. North American Journal of Fisheries Management **17**:1111–1125.

Riley, S. J. 1984. Effect of clearing and roading operations on the permeability of forest soils, Karuah catchment, New South Wales, Australia. Forest Ecology and Management **9**:283–293.

Robel, R. J., C. A. Howard, M. S. Udevitz, and B. Curnutte, Jr. 1981. Lead contamination in vegetation, cattle dung, and dung beetles near an interstate highway, Kansas. Environmental Entomology **10**:262–263.

Rodda, G. H. 1990. Highway madness revisited: roadkilled *Iguana iguana* in the llanos of Venezuela. Journal of Herpetology **24**:209–211.

Rosen, P. C., and C. H. Lowe. 1994. Highway mortality of snakes in the Sonoran desert of southern Arizona. Biological Conservation **68**:143–148.

Rost, G. R., and J. A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management **43**:634–641.

Roth, N. E., J. D. Allan, and D. L. Erickson. 1996. Landscape influences on stream biotic integrity assessed at multiple spatial scales. Landscape Ecology **11**:141–156.

Sarbello, W., and L. W. Jackson. 1985. Deer mortality in the town of Malone. N. Y. Fish and Game Journal **32**:141–157.

Schedl, W. 1991. Invasion of the American buffalo treehopper (*Stictocephala bisonia* Kopp and Yonke, 1977) into Austria (Homoptera, Auchenorrhyncha, Membracidae). Anzeiger fuer Schaedlingskunde, Pflanzenschutz, Umweltschutz **64**:9–13.

Schlosser, I. J. 1991. Stream fish ecology: a landscape perspective. BioScience **41**:704–712.

Scott, N. E., and A. W. Davison. 1982. De-icing salt and the invasion of road verges by maritime plants. Watsonia **14**:41–52.

Seibert, H. C., and J. H. Conover. 1991. Mortality of vertebrates and invertebrates on an Athens County, Ohio, highway. Ohio Journal of Science **91**:163–166.

Seibert, P. 1993. Vegetation and man in South America from a historical perspective. Phytocoenologia **23**:457–493.

Seyedbagheri, K. A. 1996. Idaho forestry best management practices: compilation of research on their effectiveness. General technical report INT-GTR-339. U.S. Forest Service, Intermountain Research Station, Ogden, Utah.

Simini, M., and I. A. Leone. 1986. Studies on the effects of de-icing salts on roadside trees. Arboricultural Journal **10**:221–231.

Smith, J. M. B. 1986. Feral fruit trees on New England roadsides. Page 158 in R. H. Groves and J. J. Burdon, editors. Ecology of biological invasions. Cambridge University Press, New York.

Swihart, R. K., and N. A. Slade. 1984. Road crossing in *Sigmodon hispidus* and *Microtus ochrogaster.* Journal of Mammalogy **65**:357–360.

Thurber, J. M., R. O. Peterson, T. D. Drummer, and S. A. Thomasma. 1994. Gray wolf response to refuge boundaries and roads in Alaska. Wildlife Society Bulletin **22**:61–68.

Tong, S. T. Y. 1990. Roadside dusts and soils contamination in Cincinnati, Ohio, USA. Environmental Management 14:107-114.

Trafela, E. 1987. The influence of the construction of forest roads on forest production. Zbornik Gozdarstva Lesarstva 29:85-140.

Tyser, R. W., and C. A. Worley. 1992. Alien flora in grasslands adjacent to road and trail corridors in Glacier National Park, Montana (USA). Conservation Biology 6:253-262.

U.S. Department of Transportation. 1996. Highway statistics 1996. FHWA-PL-98-003. U.S. Department of Transportation, Office of Highway Information Management, Washington, D.C.

Van der Zande, A. N., W. J. ter Keurs, and W. J. Van der Weijden. 1980. The impact of road on the densities of four bird species in an open field habitat—evidence of a long-distance effect. Biological Conservation 18:299-321.

Van Dyke, F. G., R. H. Brocke, and H. G. Shaw. 1986. Use of road track counts as indices of mountain lion presence. Journal of Wildlife Management 50:102-109.

van Gelder, J. J. 1973. A quantitative approach to the mortality resulting from traffic in a population of (*Bufo bufo*) L. Oecologia 13:93-95.

Varland, D. E., E. E. Klaas, and T. M. Loughin. 1993. Use of habitat and perches, causes of mortality and time until dispersal in post-fledging American Kestrels. Journal of Field Ornithology 64:169-178.

Vora, R. S. 1988. Potential soil compaction forty years after logging in northeastern California. Great Basin Naturalist 48:117-120

Vos, C. C., and J. P. Chardon. 1998. Effects of habitat fragmentation and road density on the distribution pattern of the moor frog, *Rana arvilis*. Journal of Applied Ecology 35:44-56.

Watson, J., and R. H. Dennis. 1992. Nest-site selection by Golden Eagles in Scotland. British Birds 85:469-481.

Weaver, W. E., M. M. Hektner, D. K. Hagans, L. J. Reed, R. A. Sonneville, and G. J. Bundros. 1987. An evaluation of experimental rehabilitation work, Redwood National Park. Technical report 19. Redwood National Park, Arcata, California.

Wein, R. W., G. Wein, S. Bahret, and W. J. Cody. 1992. Northward invading non-native vascular plant species in and adjacent to Wood Buffalo National Park, Canada. Canadian Field Naturalist 106:216-224.

Wemple, B. C., J. A. Jones, and G. E. Grant. 1996. Channel network extension by logging roads in two basins, western Cascades, Oregon. Water Resources Bulletin 32:1195-1207.

Wester, L., and J. O. Juvik. 1983. Roadside plant communities on Mauna Loa, Hawaii. Journal of Biogeography 10:307-316.

Whitford, P. C. 1985. Bird behavior in response to the warmth of blacktop roads. Transactions of the Wisconsin Academy of Sciences Arts and Letters 73:135-143.

Wilcox, D. A. 1986. The effects of deicing salts on vegetation in Pinhook Bog, Indiana. Canadian Journal of Botany 64:865-874.

Wilkins, K. T., and D. J. Schmidly. 1980. Highway mortality of vertebrates in southeastern Texas. Texas Journal of Science 4:343-350.

Witmer, G. W., and D. S. DeCalesta. 1985. Effect of forest roads on habitat use by Roosevelt elk. Northwest Science 59:122-125.

Yanes, M., J. M. Velasco, and F. Suárez. 1995. Premeability of roads and railways to vertebrates: the importance of culverts. Biological Conservation 71:217-222.

Yassoglou, N., C. Kosmas, J. Asimakopoulos, and C. Kallianou. 1987. Heavy metal contamination of roadside soils in the Greater Athens (Greece) area. Environmental Pollution 47:293-304.

Ziemer, R. R., and T. E. Lisle. 1998. Hydrology. Pages 43-68 in R. J. Naiman and R. E. Bilby, editors. River ecology and management: lessons from the Pacific coastal ecosystem. Springer-Verlag, New York.

Zobel, D. B., L. F. Roth, and G. M. Hawk. 1985. Ecology, pathology, and management of Port Orford cedar (*Chamaecyparis lawsoniana*). General Technical report PNW-184. U.S. Forest Service, Portland, Oregon.



Rvsd Plan - 00006160

# Natural Resources and Environmental Issues

Volume 0 *Wilderness Areas: Their Impact*                                    Article 7

1-1-1990

# The role of wilderness in protecting biodiversity

David S. Wilcove
*The Wilderness Society, Washington D.C.*

Follow this and additional works at: http://digitalcommons.usu.edu/nrei

Recommended Citation

Wilcove, David S. (1990) "The role of wilderness in protecting biodiversity," *Natural Resources and Environmental Issues*: Vol. 0, Article 7.
Available at: http://digitalcommons.usu.edu/nrei/vol0/iss1/7

This Article is brought to you for free and open access by the Quinney Natural Resources Research Library, S.J. and Jessie E. at DigitalCommons@USU. It has been accepted for inclusion in Natural Resources and Environmental Issues by an authorized administrator of DigitalCommons@USU. For more information, please contact becky.thoms@usu.edu.



Rvsd Plan - 00006161

# THE ROLE OF WILDERNESS IN PROTECTING BIODIVERSITY

*David S. Wilcove*
The Wilderness Society, Washington D.C.

**ABSTRACT:** Arguments for and against Wilderness designation often revolve around decidedly unecological themes, such as commodity values, recreational opportunities, and esthetics. Yet one of the strongest arguments in support of Wilderness is ecological: the preservation of biodiversity. Wilderness Areas are important reservoirs of biodiversity, and their value increases as unprotected wildlands are developed. However, in recent years some writers have argued that Wilderness preservation is counterproductive to good wildlife management. Upon closer examination, it can be shown that: (1) most of the ecological arguments against Wilderness are unsubstantiated or inaccurate; and (2) the Wilderness Act provides sufficient flexibility to address the major management issues that are likely to arise in Wilderness Areas.

Twenty years ago, when we first celebrated Earth Day, the National Wilderness Preservation System totaled about 10 million acres. Today it contains over 91 million acres, a nine-fold increase in less than a generation. Moreover, the battle to designate more of our federal lands as Wilderness continues, a point that has not escaped the attention of people in Utah, Arizona, Idaho, California, and other states where major Wilderness bills are under consideration.

But we must not forget that whereas Wilderness with a capital "W" — lands that are protected by congressional decree — has grown during the past twenty years, wilderness with a small "w" — the remaining wildlands of America — has steadily shrunk. Literally millions of acres of federal lands have been mined, logged, or developed in ways that preclude their consideration for official wilderness designation. Thus, when one examines the bottom line of the balance sheet, America has far fewer wildlands today than it did in 1970. And we will undoubtedly have even less 20 years from now when we gather to celebrate Earth Day 2010.

For all practical purposes, therefore, the wildlands of America are a finite and diminishing resource. The debate revolves around how much of that resource we wish to protect for posterity and why we might wish to do so. The arguments for Wilderness designation often revolve around decidedly unecological themes, such as commodity values, recreational opportunities, and aesthetics. But I am convinced that one of the strongest arguments in support of Wilderness designation is ecological: the preservation of biological diversity. Wilderness areas are important reservoirs of biological diversity, and their value increases with every acre of unprotected land that is turned into corn, cattle, or concrete.

In recent years, a small but vocal band of state fish and game agencies, wildlife biologists, and writers has argued that Wilderness preservation is in fact harmful to wildlife or, more precisely, counterproductive to good wildlife management. Author Alston Chase, for example, has written (Chase 1989) that Wilderness protection is "[a]imed more at pleasing the recreational desires of backpackers than at the needs of wildlife."

41

Rvsd Plan - 00006162

1

*Natural Resources and Environmental Issues, Vol. 0 [1996], Art. 7*

To the contrary, I will argue that: (1) Wilderness designation is beneficial to biological diversity; (2) most of the ecological arguments against Wilderness are unsubstantiated or inaccurate; and (3) the Wilderness Act provides sufficient flexibility to address the major wildlife management issues that are likely to arise in Wilderness Areas.

## WILDNESS AND WILDLIFE

Even to those who study it, ecology remains a complicated subject. The natural world is so engagingly diverse and complex that efforts to codify its workings as simple rules and formulas are usually unsuccessful. Ecological "laws" — in contrast to the laws of physics — tend to be either absurdly simple or rife with exceptions.

That said, I will mention one law that in my experience has withstood the test of time; in fact, it seems to get stronger with time. It is simply this: To find the most intact and interesting array of wildlife, go to the wilderness (that's wilderness with a small "w").

Over the past 15 years I have had the good fortune to travel to a number of countries to study wildlife in general and birds in particular. The most exciting places — those I vividly remember even now — are all essentially wilderness areas. They may not be congressionally designated Wilderness, but they are big, wild places where humans are at best a minor presence. A prime example is Manu National Park in Peru — or more precisely that portion of Manu that could only be reached by a three-day drive and a two-day canoe trip, with its harpy eagles, jaguars, tapirs, ten species of monkeys, and six species of macaws. Many of these species simply cannot be found in places where people are a dominant part of the landscape.

To find the greatest assortment of endangered honeycreepers on the island of Maui, I found myself visiting the rainforests of the Kipahulu Valley. Getting there meant a two-day hike across the floor of Haleakala Crater and over the north rim, followed by a final descent into rain-soaked forests and steep muddy slopes. In Hawaii — as in Peru and so many other places — there is a strong and obvious correlation between the remoteness of a locale, the lack of a permanent human presence, and the number of native birds.

Lest one think this pattern is solely a tropical phenomenon, consider where one might go in the United States to simultaneously find a mountain lion, gray wolf, and grizzly bear. The answer (unfortunately) is only in the Glacier-Waterton area straddling the Montana-British Columbia border. Here in a region dominated by two national parks, several Wilderness Areas, and much unprotected wildland, the three top predators of North America co-occur. A century and a half ago, these species were found throughout the American West.

Manu Park, the Kipahulu Valley, and Glacier National Park retain as complete an assemblage of native species as can be found in their respective regions. And in addition to the charismatic birds and mammals, they harbor a vast array of plants, insects, fungi and other less conspicuous but equally important life forms.

Now let us consider what the Wilderness Act means for wildlands. The goal of the act is simply to ensure that a few places retain their wild character for future generations. It prohibits logging, road and building construction, and the use of mechanical vehicles and motorized equipment within designated Wilderness Areas. Livestock grazing, where established prior to an area's designation as Wilderness, is permitted to continue. Mining is prohibited, with the exception of valid mining claims established before 1984. These may be worked at any time. Hunting is allowed in most Wilderness Areas.

The terms are stringent, but hardly inimical to wildlife. In fact, the biota of these wildlands has persisted for literally thousands of years

http://digitalcommons.usu.edu/nrei/vol0/iss1/7

2

without extensive human manipulation of the land. The burden of proof should lie with those who would log, mine, or develop the land to demonstrate that they can do so without significantly diminishing biological diversity.

## IS WILDERNESS GOOD FOR WILDLIFE?

The argument that Wilderness designation is not beneficial for wildlife is based on a belief that: (1) wildlife populations need active management, and (2) active management is not possible in Wilderness Areas. In other words, without watering devices, food plots, prescribed burns, and other tools of modern wildlife management, wildlife populations in Wilderness Areas will wither away. And unless wildlife managers have access to the back country through a network of roads, these necessary management actions cannot be performed. It reflects something of a colonialist attitude towards wildlife, a belief that nature unattended inevitably runs amuck.

There are at least three problems with this perspective. First, it is heavily oriented towards a handful of game species. The watering devices, for example, are usually cited as necessary to perpetuate healthy populations of bighorn sheep, deer, and quail. These animals represent only a tiny fraction of the hundreds, even thousands, of species of native plants and animals found in most Wilderness Areas. The other species may not be as popular with some wildlife managers, but they are an equally important part of the biota. The extent to which they will benefit from the devices is debatable. Plants, for example, may be harmed if watering devices concentrate herbivores around a small area. The devices may also draw cattle into the area, thereby reducing the amount of forage available for native wildlife.

We should not lose sight of what we hope to accomplish by designating an area as Wilderness. Wilderness Areas are intended to be remnants of wild America; they are not intended to be game farms. Section 4(c) of the Wilderness Act allows the use of motorized equipment, motor vehicles, and man-made structures when they are the minimum necessary to properly administer an area for wilderness purposes. Maintenance of existing water supplies is an accepted practice in most Wilderness Areas, and development of additional water supplies is permitted — but only when essential to wildlife survival. Land managers can construct and maintain watering devices or food plots in Wilderness Areas as compensation for natural sources that are no longer available to wildlife. But they cannot construct and maintain them to increase game populations to unnaturally high levels. These principles are spelled out in an August, 1986 agreement among the Forest Service, Bureau of Land Management, and International Association of Fish and Wildlife Agencies regarding wildlife management in Wilderness Areas.

Second, there is little evidence to even support the claim that game animals suffer when an area is designated as Wilderness. In fact, the data often tell a very different story.

For example, last summer the Arizona Game and Fish Commission expressed concern over proposed wilderness bills for Bureau of Land Management lands in Arizona. The commission was worried that Wilderness designation would hamper its ability to manage areas for desert bighorn sheep. Yet according to an analysis by the former game chief for the Arizona Game and Fish Department (Brown 1989), the annual harvest of bighorns in Arizona has increased steadily since 1965, and most of this increase has come from wilderness — designated or de facto Wilderness. Desert bighorn sheep in these areas have benefitted more from Wilderness management and efforts to eliminate feral and domestic livestock competition than from water developments. Non-wilderness areas, in contrast, have fewer bighorns now than in 1965, despite construction of numerous watering devices and the transplanting of additional bighorns.

Published by DigitalCommons@USU, 1990

Rvsd Plan - 00006164

3

And third, when we do not protect wildlands as Wilderness, we run the risk of opening the door to logging, mining, off-road vehicles, and other potentially destructive uses of the land. In California, for example, the Bureau of Land Management has opposed a bill to expand the number of Wilderness Areas and national parks in the California desert, arguing that it already has sufficient resources and willpower to manage the area with sensitivity to the needs of wildlife. Yet last June, the United States General Accounting Office issued a report (GAO 1989) harshly critical of the bureau's wildlife protection efforts in the California desert. The report noted that "nearly one-half of the required wildlife management implementation plans have not been developed. In addition, BLM's progress in implementing completed plans has been limited." It also stated that "BLM has frequently allowed the needs of competing interests, such as recreation and commercial use, to take precedence over wildlife interests when conflicts have arisen."

The argument that Wilderness designation is ultimately harmful to wildlife is groundless. But it raises an important issue about the future of our wildlands and the biological wealth they contain. As development engulfs more of the unprotected lands surrounding our parks and Wilderness Areas, as more species of plants and animals become dependent upon the small number of wild fragments we choose to protect, what steps will we need to take to protect them not only from ourselves, but also from some of the natural disturbances that will inevitably befall them? Small, isolated fragments of habitat are vulnerable to overuse, external influences, or even such normal events as windstorms and fires. And the small, isolated populations of plants and animals within them can be severely harmed by such things.

I was reminded of this danger when Hurricane Hugo plowed across the Caribbean and into our southeastern states last fall. In Puerto Rico, it destroyed habitat for the endangered Puerto Rican parrot and reduced parrot numbers from 47 birds before the storm to less than half that number today. In South Carolina, Hugo leveled much of the Francis Marion National Forest, which contained one of the largest colonies of the endangered red-cockaded woodpecker. Both the Puerto Rican parrot and the red-cockaded woodpecker have weathered hurricanes for millennia. But until a few decades ago, both species were far more widespread and abundant than they are today and consequently, far more likely to withstand natural disturbances.

As our wildlands become fewer and more isolated, we will undoubtedly have to increase our monitoring programs and management efforts. I am convinced that the Wilderness Act provides sufficient authority to do so. At the same time, its strict standards ensure that the biological wealth within Wilderness Areas will not be damaged by greed, indifference, or overzealous good intentions.

## LITERATURE CITED

Brown, D.E. 1989. Are wilderness areas good for sheep management? Arizona Republic, November 3.

Chase, A. 1989. What's right and wrong with the Wilderness Act, 25 years later. Seattle Times, September 19.

United States General Accounting Office. 1989. California Desert: planned wildlife protection and enhancement objectives not achieved. GAO/RCED-89-171. Washington, DC.

http://digitalcommons.usu.edu/nrei/vol0/iss1/7

Rvsd Plan - 00006165

4



## Great Basin Naturalist

Volume 56 | Number 2 — Article 1

4-29-1996

# Selecting wilderness areas to conserve Utah's biological diversity

Diane W. Davidson
*University of Utah*

William D. Newmark
*University of Utah*

Jack W. Sites Jr.
*Brigham Young University*

Dennis K. Shiozawa
*Brigham Young University*

Eric A. Rickart
*University of Utah*

*See next page for additional authors*

Follow this and additional works at: http://scholarsarchive.byu.edu/gbn

Part of the Anatomy Commons, Botany Commons, Physiology Commons, and the Zoology Commons

### Recommended Citation

Davidson, Diane W.; Newmark, William D.; Sites, Jack W. Jr.; Shiozawa, Dennis K.; Rickart, Eric A.; Harper, Kimball T.; and Keiter, Robert B. (1996) "Selecting wilderness areas to conserve Utah's biological diversity," *Great Basin Naturalist*: Vol. 56: No. 2, Article 1.
Available at: http://scholarsarchive.byu.edu/gbn/vol56/iss2/1

This Article is brought to you for free and open access by the Western North American Naturalist Publications at BYU ScholarsArchive. It has been accepted for inclusion in Great Basin Naturalist by an authorized administrator of BYU ScholarsArchive. For more information, please contact scholarsarchive@byu.edu.

# Selecting wilderness areas to conserve Utah's biological diversity

**Authors**

Diane W. Davidson, William D. Newmark, Jack W. Sites Jr., Dennis K. Shiozawa, Eric A. Rickart, Kimball T. Harper, and Robert B. Keiter

This article is available in Great Basin Naturalist: http://scholarsarchive.byu.edu/gbn/vol56/iss2/1

# The Great Basin Naturalist

PUBLISHED AT PROVO, UTAH, BY
BRIGHAM YOUNG UNIVERSITY

ISSN 0017-3614

| VOLUME 56 | 30 APRIL 1996 | NO. 2 |
|---|---|---|

Great Basin Naturalist 56(2), © 1996, pp. 95–118

## SELECTING WILDERNESS AREAS TO CONSERVE UTAH'S BIOLOGICAL DIVERSITY

Diane W. Davidson[1], William D. Newmark[2], Jack W. Sites, Jr.[3], Dennis K. Shiozawa[3],
Eric A. Rickart[2], Kimball T. Harper[4], and Robert B. Keiter[5]

ABSTRACT.—Congress is currently evaluating the wilderness status of Bureau of Land Management (BLM) public lands in Utah. Wilderness areas play many important roles, and one critical role is the conservation of biological diversity. We propose that objectives for conserving biodiversity on BLM lands in Utah be to (1) ensure the long-term population viability of native animal and plant species, (2) maintain the critical ecological and evolutionary processes upon which these species depend, and (3) preserve the full range of communities, successional stages, and environmental gradients. To achieve these objectives, wilderness areas should be selected so as to protect large, contiguous areas, augment existing protected areas, buffer wilderness areas with multiple-use public lands, interconnect existing protected areas with dispersal and movement corridors, conserve entire watersheds and elevational gradients, protect native communities from invasions of exotic species, protect sites of maximum species diversity, protect sites with rare and endemic species, and protect habitats of threatened and endangered species. We use a few comparatively well-studied taxa as examples to highlight the importance of particular BLM lands.

Key words: *wilderness, biodiversity, conservation, Utah, Bureau of Land Management, endemic species, exotic species, cryptobiotic soils, plants, bees, vertebrates.*

## THE WILDERNESS ACT AND BIODIVERSITY

In the Wilderness Act of 1964, Congress endorsed the preservation of federal land in its natural state (16 U.S. Code, Sections 1131–36). Congress plainly anticipated that ecological considerations were an important dimension of the wilderness concept, since the act provides that wilderness may contain "ecological" features of "scientific, educational, scenic, or historical value" (16 U.S. Code, § 1131 [c][4]). Ecological concerns have also figured prominently in several congressional wilderness bills for Bureau of Land Management (BLM) public lands. Both the Alaska National Interest Lands Conservation Act, 16 U.S. Code, § 3101 (b), and the California Desert Protection Act, 103 Public Law 433 Section 2 (b) (1) (B) (1994), expressly acknowledge that wilderness designation is intended to protect important ecological

---

[1]Department of Biology, University of Utah, Salt Lake City, UT 84112.
[2]Utah Museum of Natural History, University of Utah, Salt Lake City, UT 84112.
[3]Department of Zoology, Brigham Young University, Provo, UT 84602.
[4]Department of Botany, Brigham Young University, Provo, UT 84602.
[5]College of Law, University of Utah, Salt Lake City, UT 84112.

Rvsd Plan - 00006168

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 33 of 223

values. Among the significant ecological func-
tions of wilderness areas is their role in con-
serving biological diversity (biodiversity).

In Utah, undeveloped public lands admin-
istered by the BLM (Fig. 1) can potentially
play a key role in conserving the state's natural
heritage. The BLM is now pursuing an ecosys-
tem management policy designed to ensure
sustainable ecological processes and biological
diversity on lands under its jurisdiction (Depart-
ment of the Interior 1994). By using these
same criteria to designate wilderness areas,
Congress could not only advance the BLM's
ecosystem management goals but also reduce
conflict over the agency's multiple-use lands
(e.g., by diminishing the risk of future endan-
gered species listings and the accompanying
regulatory limitations). Over the long term, it is
both cheaper and easier to protect species in
aggregate in their intact, functioning ecosys-
tems than to conserve them individually in
fragmented and decimated populations under
the Endangered Species Act.

In short, the use of biological and ecologi-
cal criteria to designate BLM wilderness areas
in Utah is consistent with the legal concept of
wilderness and would help to avoid future
conflicts over resource management.

## BIODIVERSITY DEFINED

Biological diversity—the variety of life in a
given area—includes three hierarchical com-
ponents: genetic diversity, species diversity, and
ecosystem diversity (e.g., National Research
Council 1978, Wilson 1988, Reid and Miller
1989, Raven 1992). Genetic diversity refers to
the variety of genes within species. Depletion
of genetic diversity during population bottle-
necks, or because of inbreeding within frag-
mented and isolated populations, can threaten
a species' survival by reducing the capacity of
organisms to adapt to changing environments
(Soulé and Wilcox 1980, Frankel and Soulé
1981). Species diversity, or the number of
species within a region (species richness), can
be divided into three major components
(Whittaker 1972): alpha diversity ($\alpha$), the num-
ber of species in a homogeneous habitat; beta
diversity ($\beta$), the rate of species-turnover
across habitats; and gamma diversity ($\gamma$), the
total number of species observed in all habi-
tats within a region. Finally, ecosystem diver-



Fig. 1. Map of the state of Utah showing (in black) loca-
tions of all existing roadless areas proposed for BLM
wilderness status. The BLM formally studied a subset of
these areas and recommended a portion of studied lands
for wilderness status. Data are from a Department of Inte-
rior map of BLM Wilderness Study Areas, BLM Proposed
Wilderness, and the Utah Wilderness Coalition's BLM
Wilderness Proposal. County boundaries also are shown.
Isolated mountain ranges in Utah's western deserts are
identified as follows: a = Deep Creek; b = Fish Springs; c
= House range, and d = Newfoundland range (not for-
mally proposed or studied for wilderness designation). On
the Colorado Plateau, e = the Henry Mountains.

sity consists of the variety of major ecological
communities within areas that are heteroge-
neous in their physical attributes, for example,
in elevation or soil type.

Genetic, species, and ecosystem diversity
all result from both interactions between organ-
isms and their environments, and interactions
of organisms with one another. The physical
environment sets limits on which species can
inhabit an area, and interactions among those
species determine which are most abundant.
Strategies for preserving biodiversity must
therefore take note of all living things in the
landscape, and the linkages among them.
Finally, since different species specialize on
different stages of natural disturbance cycles,
it is important to preserve a range of commu-
nities and ecosystems representing all stages
in the disturbance cycle.

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 34 of 223

## OBJECTIVES

The success of conserving biological diversity within a system of protected areas can only be assessed in relationship to a series of selected objectives. We propose that the conservation of Utah's biological diversity depends on (1) ensuring the long-term viability of native plant and animal populations, (2) maintaining the critical ecological and evolutionary processes upon which these species depend, and (3) protecting the full range of communities, successional stages, and environmental gradients (e.g., IUCN 1978, MacKinnon et al. 1986, Noss 1992).

Both the size of the network of protected areas and the selection of individual wilderness areas should be guided by these 3 goals. Although it is possible to preserve a small subset of species and genotypes in zoological and botanical gardens, communities and species interactions must be conserved in situ. Large areas with minimal human intrusion, and with natural processes reasonably intact, are critical elements of an in situ conservation strategy; they provide protection for fragile habitats, such as easily eroded soils, and preserve habitat for reclusive species. Moreover, wilderness areas offer natural ecosystems some protection from the biological invasions that have devastated many communities, especially plant communities, across Utah.

Here we describe a strategy, based upon widely accepted principles of conservation biology (see e.g., Primack 1993, Meffe and Carroll 1994), for both selecting critical sites for wilderness designation and determining the amount of habitat that should be preserved as wilderness (see also Babbitt 1995).

### CRITERIA FOR SELECTION

#### Viable Populations

Utah contains approximately 3000 indigenous plant species and varieties and about 584 vertebrate species. Viable populations for most of these plants and animals can be ensured by focusing, within ecological communities, on species for which the risk of extinction is greatest. Risk-prone species typically include those with small populations, large home range requirements, low reproductive potential, restricted geographic ranges, or large temporal variation in population size (Brown 1971, Willis 1974, Terborgh and Winter 1980, Diamond 1984, Pimm et al. 1988, Belovsky et al. 1994, Newmark 1995). Many top predators

have several of these traits. On BLM lands in Utah, examples of such organisms are river otter (*Lutra canadensis*) and both Bald and Golden Eagles (*Haliaeetus leucocephalus* and *Aquila chrysaetos*). Risk-prone plants include Holmgren locoweed (*Astragalus holmgreniorum*) and Jones cycladenia (*Cycladenia humilis* var. *jonesii*), which have highly specific substrate requirements.

Viability of populations depends on both the level of risk one is willing to accept, and the time frame over which one wishes to conserve the population (Shaffer 1981, Schonewald-Cox 1983, Soulé 1987). In general, both survival time and the likelihood of population persistence increase with population size. A level of risk and persistence that is commonly proposed as a management goal is a 99% chance of survival for 1000 years (e.g., Belovsky 1987, Armbruster and Lande 1993).

For large carnivores, the minimum viable population necessary to ensure a 99% chance of survival for 1000 years is estimated to be approximately 10,000–100,000 individuals (Belovsky 1987). In habitat area, this is equivalent to 100,000–1,000,000 $km^2$, or 2.5–25 million acres. Although this area requirement may seem remarkably large, documented losses of mammalian species from among the largest of North American national parks (e.g., the 10,328-$km^2$ Yellowstone–Grand Teton park assemblage) during the last 90 years make clear the importance of protecting large areas (Newmark 1987, 1995).

#### Maintenance of Ecological and Evolutionary Processes

In selecting wilderness areas, one must take care to ensure the maintenance of the ecological and evolutionary processes upon which all plant and animal species depend (Pickett and Thompson 1978, Kushlan 1979). Among the most important of these processes are natural disturbance and recovery cycles. Ideally, criteria for the selection of wilderness areas should include information on frequency, size, and longevity of natural disturbances. Protected areas should be large enough to contain minimum critical areas of the entire range of recovery stages for each community type (Pickett and Thompson 1978). In western North America, natural disturbance regimes can encompass tens of thousands to millions of acres, as witnessed by the recent and extensive wildfires in Yellowstone National Park (Christensen et al. 1989).

Rvsd Plan - 00006170

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 35 of 223

Two other critical ecological processes are migration and dispersal of terrestrial organisms across landscapes, and of aquatic species within watersheds. The selection of wilderness areas requires that attention be given to ensuring that migratory pathways are open to organisms migrating seasonally along elevational gradients. Of particular importance is the need to maintain winter ranges and migratory routes of large mammals such as mule deer (*Odocoileus hemionus*), elk (*Cervus elaphus*), and moose (*Alces alces*).

Interactions among competitors, and between predators and prey, are integral aspects of natural ecosystems and should be preserved. For example, in the southwestern deserts of the United States, the direct and indirect effects of seed predation on plant community structure have been documented in long-term experiments manipulating densities of rodent and ant granivores (Davidson et al. 1984, Samson et al. 1992). These effects include transformation of a shrubland into a grassland biome (Brown and Heske 1990). Special care must be taken to conserve populations of predators with large area requirements, because extinctions of these species can alter whole communities (e.g., by leading to outbreak densities of prey, which then overexploit their plant resources). Some of the strongest evidence for such "trophic cascades" comes from the Greater Yellowstone Ecosystem, where intensive browsing by elk has greatly altered many riparian zones by the removal of willows (genus *Salix*), and has eliminated aspen seedlings (*Populus tremuloides*) recruiting from seeds and rhizomes shortly after the extensive 1988 fires. Huge contemporary elk herds, numbering ~40,000 individuals in the park, and 20,000 in the northern herd alone, are likely the result of reductions in the full complement of large predators (Kay 1990, Wagner et al. 1995). Considerable evidence also suggests that deer and elk herds in Utah average significantly larger at present than during any extended period in the historical past (Durrant 1950, Julander 1962, Harper 1986).

## STRATEGIES FOR SELECTING WILDERNESS AREAS

### Landscape-wide Priorities

Given the large area requirements of many extinction-prone Utah species, it is important to protect large, contiguous land blocks. In designating wilderness areas, high priority should be given to lands whose selection would enlarge and connect existing protected areas (e.g., national parks, wildlife refuges, and Forest Service wilderness areas) and thus enhance the viability of animal and plant populations (Newmark 1985, Salwasser et al. 1987, Noss 1992, Grumbine 1994). By themselves, BLM wilderness areas in Utah clearly cannot satisfy the huge area requirements noted above as requisite for maintaining viable populations of large carnivores. However, when linked to other public lands (e.g., Utah's national parks, and wilderness areas in other states), BLM wilderness in Utah can be a key component of strategies for long-term preservation of biological diversity.

Other high-priority areas are those which, alone or together with other protected areas, encompass entire watersheds. In addition to affording direct benefits to humans, watershed protection is the most effective means of conserving the aquatic and riparian communities that account for a disproportionate fraction of both species diversity and endangered and threatened species in arid western North America (Miller 1961, Minckley and Deacon 1968, 1990, Holden et al. 1974, Johnson et al. 1977, Cross 1985, Knopf 1985, Moyle and Williams 1990). Moreover, since populations of riparian species are usually isolated from similar communities in other drainage systems, species losses from these environments are not easily remedied by natural recolonization.

A 3rd priority in selecting wilderness sites is land that forms or helps to complete the protection of entire elevational gradients, for example, in isolated mountain ranges of the Great Basin. Scant attention paid to conserving these gradients in the past is evident in the restriction of most national parks and wilderness areas in western North America to higher elevation sites. Designation of wilderness in comparatively low elevation BLM lands would afford protection to regions of greatest species richness for many organisms (e.g., mammals, birds, amphibians, insects, and trees) whose diversity generally declines with elevation throughout much of western North America (Harris 1984, Stevens 1992).

### Optimal Design Goals

If BLM wilderness areas are to contribute substantially to the preservation of biodiversity in Utah, then site selection must take into

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 36 of 223

account the 3 general goals outlined above. Ideally, BLM wilderness lands should form an interconnected core zone of roadless lands when combined with other federal wilderness areas, national and state parks, and wildlife refuges (Fig. 2). Special attention should be given to linking roadless lands so as to preclude further fragmentation of natural habitat. Fragmentation, or the transformation of an unbroken block of natural habitat into a number of smaller patches separated by altered habitats, reduces population sizes, increases their isolation, and threatens their long-term viability. It is one of the greatest threats to biological diversity worldwide (Wilcox and Murphy 1985, Wilcove et al. 1986, Saunders et al. 1991). Across diverse habitats, there are numerous examples of species extinctions precipitated by both natural and human-induced habitat fragmentation (e.g., Brown 1971, Terborgh and Winter 1980, Diamond 1984, Heaney 1984, Patterson 1984, Newmark 1987, 1991, 1995, Case and Cody 1988, Soulé et al. 1988, Bolger et al. 1991).

Adjacent multiple-use lands can buffer human impacts on biological diversity within wilderness areas. Such lands can be expected to provide marginal habitat for the many species that are restricted primarily to more pristine wilderness regions. Thus, proposed wilderness areas surrounded by public lands should receive high priority for protection.



Fig. 2. An example of a preferred arrangement of wilderness and multiple-use federal and state lands to conserve biological diversity. Wilderness areas administered by the Bureau of Land Management, Forest Service, National Park Service, and Fish and Wildlife Service should form a contiguous core zone in which the most extinction-prone species in Utah can be protected. Multiple-use lands can effectively buffer this core zone and provide additional marginal habitat to species that are primarily restricted to roadless areas.

### EXAMPLES OF RARE AND ENDEMIC SPECIES

The design advocated above is based largely on conservation strategies for preserving wide-ranging vertebrate species. Although such strategies can help to ensure the long-term viability of most species within a given region, exclusive reliance on such approaches may well overlook and endanger many locally isolated, rare, and endemic plants and animals. We cannot give a comprehensive treatment of this subject here, but we discuss 3 taxonomic groups of organisms for which especially high rates of endemism or existing threats to isolated populations present particular management dilemmas that should be taken into account in wilderness decisions. In most cases, specific habitats must be protected to assure the preservation of these species.

#### Plants of Special Concern

Unlike the wide-ranging animals discussed above, plants occupy fixed positions; they and their genes move about only through the processes of seed dispersal and pollen transport. Therefore, it is not surprising that many plants have narrowly restricted ranges, are locally adapted to conditions within those ranges, and are isolated, often by great distances, from other sites where similar conditions prevail. Although locally endemic plants can often be relatively abundant inside their ranges, their populations are easily jeopardized by habitat alteration (e.g., by all-terrain vehicles) within their narrow distributions. Of Utah's approximately 2600 plant species and 400 named varieties (Albee et al. 1988, Welsh et al. 1993), about 180 (or 7% of species) are currently classified by federal or state agencies as endangered, threatened, or sensitive. A majority of these (133, or ~74%) definitely or probably occur on BLM lands (Atwood et al. 1991), and a substantial subset of the classified species are narrow endemics.

Shultz (1993) provides a useful summary of endemism in the Utah flora. Approximately 240 species, or 10% of all Utah plant species, are endemic to the state. This rate of endemism,

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 37 of 223

the percentage of the flora considered for listing as threatened or endangered, and the percentage of rare species in the flora are among the highest in the continental United States. The vast majority (86%) of Utah endemics reside in arid and semiarid regions of the state, and 90% are edaphically restricted to fine-textured and/or high pH substrates (limestone, clay, silt, mudstone, and shale) that magnify drought stress. Plant distributions generally appear to respond more to edaphic, topographic, and geologic features of the environment when drought is a factor (Stebbins 1952). Because most endemics live in close proximity to morphologically similar species (Albee et al. 1988), these species appear to be mainly neoendemics that have evolved since the last glacial maximum (18,000 yrs BP), or in the Bonneville basin during the past 10,000 yrs.

Geographically, endemism of Utah plants is highest in the Canyonlands Phytogeographic Section of the Colorado Plateau Division of the Intermountain Region (Cronquist et al. 1972, Fig. 3 modified from Shultz et al. 1987). An unusual diversity of substrates occurs here, and these substrates are more apt to be exposed, rather than covered with alluvium as in other areas of semiarid Utah (Welsh et al. 1993). Thus, fully 50% of Utah's 240 rare and endemic plant species occur on the Colorado Plateau, whereas just 15% occur in the Great Basin, 11% in the Mojave Desert, and 10% in the Uinta Desert (Welsh 1978, Shultz 1993). About half of Utah's endemics belong to just 5 genera that are both common and physiologically adapted to aridity (total Utah species and percent endemics, in parentheses): *Astragalus*, Fabaceae (114, 36.8%), *Penstemon*, Scrophulariaceae (106, 26.4%), *Cryptantha*, Boraginaceae (61, 36.1%), *Eriogonum*, Polygonaceae (60, 23.3%), and *Erigeron*, Asteraceae (54, 24.1%; Welsh et al. 1975, Welsh 1978, Shultz 1993).

Because most of the state's endemic plants are restricted to particular geologic formations, and because multiple endemics often occur on the same formation, groups of endemics generally can be protected simultaneously by safeguarding those soil formations and surrounding areas. Two regions where large numbers of endemics stand to benefit from wilderness protection of BLM lands are the Uinta Basin and the San Rafael Swell and surrounding San Rafael Desert (Fig. 3, Table 1; M. Windham personal communication). No fewer than 15

plant species are endemic to the region in and around the proposed wilderness area (PWA) near the White River south of Vernal (UWC 1990), and most of these are confined to the Parachute and Evacuation Creek members of the Green River Shale formation. Another dozen endemics occur in a diversity of habitats in and around the San Rafael Swell. Here the most important habitat is a beige (rather than red) Moenkopi formation, spatially isolated from other Moenkopi outcrops and unusual in its soil chemistry. A few endemics also occur on the younger Carmel and Summerville formations surrounding the core of the swell, especially between Muddy Creek and Crack Canyon (S. Welsh personal communication). Wilderness designation in these 2 regions (the San Rafael PWA and the White River PWA of the Uinta Basin [Fig. 3]; see UWC 1990) could afford significant protection to some of Utah's endemic plants. South and east of the San Rafael, in the Dirty Devil PWA (UWC 1990), are the distinctive flora of the Orange Cliffs region (Fig. 3) and some additional narrow endemics deserving protection in the Main and South forks of Happy Canyon (Shultz et al. 1987).

The Moenkopi formation is also important as a substrate for endemics elsewhere in semiarid Utah. Two federally listed endangered species, *Arctomecon humilis* (the dwarf bearclaw poppy) and *Pediocactus sileri* (a cactus), and several other species are endemic to particular Moenkopi outcrops in southwestern Utah. Wherever possible, the boundaries of wilderness areas and other protected areas should encompass these specialized habitats.

## Bees and Wasps in the San Rafael Desert

Because of their capacity for directed movements, animals are less likely than plants to exhibit high rates of endemism. Nevertheless, since insects often tend to be host- or habitat-specific (e.g., in pollinators, herbivores, or substrate-specific ground nesters), endemism can often be high in insect taxa. Bees and wasps (order Hymenoptera) are examples of such insects. Here, as elsewhere, bees and predatory wasps are especially diverse in arid regions (Michener 1979). The state supports a minimum of 950 species of native bees (roughly 25% of the total number of species known

Case 1:21-cv-02994-REB  Document 24-20  Filed 06/21/22  USDC Colorado  Page 38 of 223



Fig. 3. Satellite image of Utah showing the positions of the San Rafael Swell, the San Rafael Desert, and the Orange Cliffs, all within the Canyonlands Phytogeographic Section, outlined in bold. The arrow in the Uinta Basin shows the approximate position of the White River PWA (Utah Wilderness Coalition 1990).

from America north of Mexico), and 50 of the Utah species are currently undescribed (T. Griswold, F. Parker, and V. Tepedino personal communication). Many areas, especially in the southern part of the state, have not been explored intensively and undoubtedly harbor many additional undescribed species.

Bees and plants often show comparable geographic patterns in diversity and endemism (Neff and Simpson 1993), and many of the areas currently under consideration for wilderness designation in Utah are centers of endemism for both groups. Although we lack extensive information on bees of the Canyonlands Section (Fig. 3), where endemism is highest for plants (see above), intensive collecting in that small part known as the San Rafael Desert has yielded a total of 316 species of bees, 42 of

Rvsd Plan - 00006174

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 39 of 223

TABLE 1. Plants endemic to the 2 areas with the highest endemism on Utah BLM lands.

| Endemics of the southern Uinta Basin | Endemics of the San Rafael Swell |
|---|---|
| *Aquilegia barnebyi* Munz (Ranunculaceae) | *Astragalus rafaelensis* Jones (Fabaceae) |
| *Astragalus equisolensis* Neese & Welsh (Fabaceae) | *Cryptantha creutzfeldii* Welsh (Boraginaceae) |
| *A. hamiltonii* C. Porter | *C. johnstonii* Higgins |
| *A. lutosus* Jones | *C. jonesiana* (Payson) Payson |
| *A. saurinus* Barneby | *Erigeron maquirei* Cronquist (Asteraceae) |
| *Cirsium barnebyi* Johnst. (Asteraceae) | *Lomatium junceum* Barneby & N. Holmgren (Apiaceae) |
| *Cryptantha barnebyi* Johnst. (Boraginaceae) | *Lygodesmia entrada* Welsh & Goodrich (Asteraceae) |
| *C. grahamii* Johnst. | *Pediocactus despainii* Welsh & Goodrich (Cactaceae) |
| *Cymopteris duchesnensis* Jones (Apiaceae) | *Penstemon marcusii* (Keck) N. Holmgren (Scrophulariaceae) |
| *Penstemon flowersii* Neese & Welsh (Scrophulariaceae) | *Schoencrambe barnebyi* (Welsh & Atwood) Rollins (Brassicaceae) |
| *P. goodrichii* N. Holmgren | *Talinum thompsonii* Atwood & Welsh (Portulacaceae) |
| *P. grahamii* Keck | *Townsendia aprica* Welsh & Reveal (Asteraceae) |
| *Schoencrambe argillacea* (Welsh & Atwood) Rollins (Brassicaceae) | |
| *S. suffrutescens* (Rollins) Welsh & Chatterly | |
| *Sclerocactus glaucus* (K. Schum.) L. Benson | |

which are presently undescribed (T. Griswold, F. Parker, and V. Tepedino personal communication). Thus, 33% of the state's total species count, and 84% of Utah's undescribed (but catalogued) species, are endemic to a region comprising just 2.0% of the state's land area. Furthermore, a significant portion of this fauna (24%) occurs only on the Colorado Plateau. The remainder of the Canyonlands Phytogeographic Section, in which the San Rafael Desert is embedded, is likely to be equally diverse and to have as many new species.

Other hymenopteran groups, such as the aculeate wasps, also are highly diverse in the San Rafael Desert (T. Griswold, F. Parker, and V. Tepedino personal communication). For example, with a total of 22 species there, the circumglobal genus *Philanthus* is more diverse in the San Rafael Desert than anywhere else in North America, and probably the world. These predatory "digger wasps" nest in the soil and may have diversified in response to the varied substrates present in this desert. Clearly, designation of wilderness in the San Rafael region (see UWC 1990) could afford significant protection to an area of very high endemism and diversity for the order Hymenoptera.

Bees and wasps are among the most beneficial insects. Predatory and parasitic wasps help to control populations of pest species (e.g., grasshoppers, aphids, etc.) below outbreak densities. An estimated 67% of flowering plants depend on insects (primarily bees) for pollen transfer and sexual reproduction (Axlerod 1960), and the welfare of many plant species

in semiarid Utah assuredly depends on their relationships with bees. For example, a rare species of *Perdita*, found in Utah only at the BeeHive Dome site southeast of St. George, pollinates the rare and endangered dwarf bear-claw poppy (V. Tepedino personal communication). Bees that have specialized by collecting pollen only from flowers of a particular plant family, or even from a single genus within a family, are termed oligoleges. Such bees tend to be most common in arid regions (Neff and Simpson 1993) and generally are regarded as being closely adapted to the phenology and floral traits of the plants on which they specialize. Such adaptations tend to make them superior pollinators. Squash bees and squash flowers are examples of such a co-adapted pair in the Americas (Tepedino 1981). Some oligoleges may one day prove to be useful as crop pollinators. The legume specialist *Osmia sanrafaelae*, a native of the San Rafael Desert, has been investigated as a potential pollinator of alfalfa (*Medicago sativa* L.), an important forage crop (Parker 1985, 1986). Many of the species of the San Rafael Desert appear to be oligoleges. A brief list of some of the undescribed and recently described bee species and their host plants is provided in Table 2. These entries were chosen only to illustrate the variety of plant taxa upon which native bees specialize.

### Native and Endemic Fishes

Freshwater ecosystems are natural habitat "islands"; as such, their long-term isolation by

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 40 of 223

TABLE 2. Pollen preferences for representative oligolectic bees in the San Rafael Desert (data from T. Griswold, F. Parker and V. Tepedino personal communication).

| Plant family | Plant genus/species | Bee species |
|---|---|---|
| Asteraceae | *Helianthus anomolus* | *Perdita nr. laticincta*\* |
| | | *Hesperapis sp.*\* |
| | *Wyethia scabra* | *Perdita bohartorum* |
| Boraginaceae | *Coldenia* | *Perdita (Heteroperdita) sp.*\* |
| | *Stanleya* | *Perdita nr. zebrata*\* |
| Euphorbiaceae | *Euphorbia parryi* | *Perdita nr. labergei*\* |
| Fabaceae | *Astragalus* | *Ashmeadiella nr. micheneri*\* |
| Loasaceae | *Mentzelia multiflora* | *Perdita multiflorae* |
| Onagraceae | *Camissonia* | *Dufourea sp.*\* |
| Papaveraceae | *Argemone* | *Perdita ute* |
| Polemoniaceae | *Gilia* | *Perdita nr. giliae*\* |
| | | *Perdita elongaticeps* |
| Scrophulariaceae | *Penstemon* | *Anthocopa sp.*\* |

\*Undescribed species

intervening terrestrial habitats, or by unsuitable aquatic habitats, often promotes local specialization, evolutionary diversification, and endemism in aquatic organisms. Seven centers of endemism are recognized for fishes of western North America (Miller 1959), and Utah includes substantial portions of 2 of these centers, the Bonneville Basin and the Colorado River Basin. Collectively, 28 fish species are native to these basins (Smith 1978), and 27 are extant.

Because of their limited distributions, endemic species are easily endangered by both habitat alterations and introductions of nonnative competitors and predators. Seven species and subspecies from the Bonneville and Colorado basins are now federally listed as endangered (U.S. Fish and Wildlife Service 1993). A further 11 species and subspecies are considered by fishery specialists to be endangered, threatened, or of special concern in Utah (Warren and Burr 1994). The decline of native fishes has been associated with both watershed development (e.g., reservoirs, irrigation diversions, channelization, floodplain drainage) and the introduction of alien species.

Conservation of endemic fish populations has been especially successful when much of the watershed has been protected (Williams 1991), but adherence to strict legal definitions of wilderness often precludes such widespread protection. In Utah, opportunities for protecting entire watersheds are limited to relatively small drainage systems extending from stream headwaters in mountain ranges of the Bonneville Basin to dry or saline lake beds at lower elevations. A particularly important case is in the Deep Creek Range, where the Bonneville cutthroat trout (*Oncorhynchus clarki utah*), once thought to be extinct (Behnke 1992), survives in populations in Trout Creek and Birch Creek within the Deep Creek PWA (UWC 1990).

Where protection of whole watersheds is not possible, wilderness that includes key habitats may help to stabilize declining populations of native fishes, preclude new listings and draftings of recovery plans, and promote recoveries and delistings. This should be the case most often for fishes living in headwater streams protected by natural and artificial downstream barriers from unintended invasions of alien cold-water species. For example, habitat in the upper Book Cliffs–Desolation Canyon PWA may support the Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*), considered the rarest of the cutthroat taxa (Behnke and Zarn 1976) and federally listed as a category 2 species (Kerchner 1995). Although the region has not been surveyed for this subspecies, native populations occur in streams entering the Duschesne River from the north (Shiozawa and Evans 1994) and have recently been found in streams of the western Book Cliffs, closer to Price and Soldier Summit (Shiozawa and Evans unpublished data). Given these observations, it is likely that streams flowing into the Book Cliffs–Desolation Canyon PWA will also contain this subspecies.

In relatively large downstream systems (secondary and tertiary streams), key habitats include floodplain wetlands, among the first habitats to be lost due to human activities. Although wetlands have been viewed traditionally either as breeding sources for insect

Rvsd Plan - 00006176

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 41 of 223

pests or as waterfowl production sites, periodic or continuous connection to rivers renders them important appendages to lotic systems. Densities of aquatic invertebrates are significantly higher in wetlands than in main river channels, over 100-fold in some cases (Wolz and Shiozawa 1995, Mabey and Shiozawa unpublished data). Floodplain wetlands can therefore serve as important nursery grounds for larval and immature native fishes.

The loss of wetlands may be a significant factor endangering several native fishes in the Colorado River (Tyus and Karp 1989). Fishes native to the larger streams and rivers of the Colorado River Basin are predominantly minnows (Cyprinidae) and suckers (Catostomidae) that have evolved in isolation, are adapted to unique local conditions of this drainage (e.g., heavy silt loads and wide fluctuations in discharge and temperature), and are the most morphologically distinct fishes in North America (Hubbs 1940, 1941, Deacon and Minckley 1974, Minckley et al. 1986). Four of these native species, the Colorado squawfish (*Ptychocheilus lucius*), the humpback chub (*Gila cypha*), the bonytail chub (*Gila elegans*), and the razorback sucker (*Xyrauchen texanus*), are now federally listed as endangered. The decline of both the bluehead sucker (*Catostomus [Pantosteus] discobolus*) and the flannelmouth sucker (*Catostomus latipinnis*) within the main stems of the Colorado and Green rivers may result in their listings as threatened, especially if populations in tributary streams are not stabilized. Several of these species occur in areas under consideration for wilderness status. Both the Price River, in the Book Cliffs–Desolation Canyon PWA, and the San Rafael River, in the San Rafael PWA, have populations of roundtail chub, flannelmouth sucker, and bluehead sucker. Bluehead sucker are also known from the Dirty Devil and Muddy Creek drainages (Smith 1966), and both flannelmouth sucker and roundtail chub are likely to occur there. Wilderness designation could broaden the protected ranges of several of these species by stabilizing wetland habitats in the Dirty Devil, San Rafael, and Book Cliffs–Desolation Canyon PWAs.

Although the Virgin River drainage is also part of the Colorado River Basin, it has a unique fish fauna that appears to have evolved in isolation from populations in other parts of the basin. The Virgin River spinedace (*Lepidomeda mollispinus*), the woundfin (*Plagopterus argentissimus*), and the Virgin River chub (*Gila robusta seminuda*) are endemic to this system. Two additional species, the flannelmouth sucker and the desert sucker (*Catostomus clarki*), have evolved very slender caudal peduncles, possibly as a response to occasional high flows in the Virgin River (Smith 1966).

The health of this unique fish fauna already is cause for concern. Two of the endemics, the woundfin and the Virgin River chub, are federally listed as endangered. Although the desert sucker occurs in Arizona, Nevada, and New Mexico, this species merits special concern in Utah (Utah Division of Wildlife Resources [UDWR] 1992), where it is limited to the Virgin River drainage. Loss of either this species or the flannelmouth sucker from the Virgin River system would eliminate only a subset of their existing populations and is unlikely to move either species to endangered status. However, the uniqueness of these populations (Smith 1966) may warrant their designation as separate subspecies. This, together with the concern now evidenced for the flannelmouth sucker throughout its range, could easily translate into candidacy for listing if existing populations are not protected.

Concern for native fishes of the Virgin River drainage has already constrained water development in Washington County, Utah. Any actions that would help preserve the integrity of riparian habitat and stream channels would also reduce stress for these fishes. Since the integrity of riparian habitats is best maintained over large areas, wilderness designation in PWAs of the Beaver Dam slope and the greater Zion area would serve this purpose.

Finally, protection of Utah's rare and endangered fishes would likely also afford significant protection to other aquatic organisms, for example, Utah's diverse communities of aquatic insects. Reciprocally, the maintenance of high species diversity in stream insect communities is critical to assuring a continuous food supply to fishes in rivers with wide seasonal and annual fluctuations in flow rates. Mayflies (Ephemeroptera) are among the best-studied stream insects in Utah, and 16–18 genera (22–24 species) are known from warm water tributaries of the Colorado River system (G. Edmunds personal communication). Construction of reservoirs on these rivers has already inundated many river miles and altered flow rates, sediment loads, and downstream

temperatures. Mayflies and other aquatic insects are highly sensitive to all these variables. Unnaturally constant temperatures in tailwaters beneath dams can lead to depauperate communities of mayflies and other stream insects, for example, below Flaming Gorge Reservoir (Edmunds 1994, 1995). (Four mayfly genera from this area of extremely high natural diversity have not been collected since the dam was built.) Habitats rich in mayflies and other aquatic insects, and most in need of protection from future impoundments, include the Green River from the Colorado border to Ouray, Utah, and the Colorado River from the Colorado border to Moab, Utah. Relatively warm sections of the Duchesne, Uintah, White, Escalante, Virgin, and Santa Clara rivers would also be sensitive to manipulations of stream flows.

### EXAMPLES OF BIOLOGICALLY IMPORTANT SITES ON BLM LANDS

The floras and faunas in different parts of Utah have unique evolutionary histories determined by the geography and topography of the lands they inhabit. In this section, we discuss 4 such sites in the context of important scientific criteria (outlined above) for wilderness site selection. We also review various scientific and educational values of these same sites.

#### Book Cliffs and the Tavaputs Plateau

For several reasons, the Book Cliffs and Tavaputs Plateau areas, along both sides of the Green River, are critical for the long-term conservation of biological diversity in Utah. This region contains some of the largest remaining roadless areas on BLM lands in Utah (Fig. 1) and therefore provides important habitat for sensitive species with large area requirements. It includes broad elevational gradients with the potential to protect a wide range of natural communities and to maintain crucial routes for seasonal wildlife migration between high and low elevation. Furthermore, it constitutes a vital dispersal corridor linking the Uinta mountains to the north and the Colorado Plateau to the south.

Because of both the high habitat diversity and the central location of the Book Cliffs–Tavaputs region, the biota is unusually diverse and compositionally unique, and includes many species at their distributional limits. Among reptiles and amphibians, for example, the Great Basin spadefoot toad (*Scaphiopus intermontanus*), the western whiptail lizard (*Cnemidophorus tigris*), and possibly the rubber boa (*Charina bottae*) reach their eastern distributional limits here. Three additional species, the longnose leopard lizard (*Gambelia wislizenii*), the collared lizard (*Crotaphytus collaris*), and possibly the plateau striped whiptail (*Cnemidophorus velox*) are represented here by "edge" populations at the periphery of their respective ranges. Other species, such as the northern leopard frog (*Rana pipiens*), eastern fence lizard (*Sceloporus undulatus*), Great Plains ratsnake (*Elephe guttata*), and the Utah milk snake (*Lampropeltis triangulum*), have their westernmost limits in this region (Stebbins 1985, unpublished BYU museum records). While none of these species is federally listed as threatened or endangered, a few are so listed by the state (UDWR 1992). Moreover, geographically peripheral populations such as these are particularly important as dynamic foci of evolutionary change (e.g., Brown 1995, Lesica and Allendorf 1995).

The Book Cliffs–Tavaputs region also supports a rich mammalian fauna. Although our knowledge is far from complete, the area contains at least 62 native species, including a relatively stable population of black bear (*Ursus americanus*; H. Black personal communication). Recent fieldwork has resulted in records for 6 species previously unreported from the region (D. Rogers personal communication); these include Merriam's shrew (*Sorex merriami*), dwarf shrew (*S. nanus*), water shrew (*S. palustris*), big free-tailed bat (*Nyctinomops macrotis*), northern flying squirrel (*Glaucomys sabrinus*), and western jumping mouse (*Zapus princeps*). Of these species, *S. merriami, S. nanus,* and *N. macrotis* appear to be rare throughout their known distributions. More fieldwork is likely to produce additional records for this region.

#### Isolated Desert Mountain Ranges

The isolated mountain ranges in Utah's Great Basin and Colorado Deserts are extremely important biologically because of their role in maintaining critical ecological and evolutionary processes. Because of their broad elevational gradients, extending from high peaks to desert valley floors, these ranges support a wider variety of habitats and a greater diversity of species than do areas of comparable

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 43 of 223

size but less elevational relief. This characteristic also enables them to support the seasonal migrations of animals ranging from large ungulates to small passerine birds. Furthermore, these mountain ranges have outstanding scientific value because they represent cool and mesic habitat islands in an otherwise warm, arid landscape. Their natural communities have developed through intermittent periods of extreme isolation (Grayson 1993). Coupled with the great geological diversity of the region, this isolation has led to the formation of unique plant assemblages, often including rare local endemics (Albee et al. 1988, Welsh et al. 1993). By illustrating how populations and communities of habitat islands are modified through colonization and extinction, these mountain ranges have played a major role in the development of theories of geographical ecology and biogeography (Brown 1971, 1995, Grayson 1993, E. Rickart in preparation).

Portions of several isolated mountain ranges are represented within PWAs on BLM lands (UWC 1990). Such ranges include the Henry Mountains of the Colorado Plateau and the Deep Creek, Fish Springs, House, and Newfoundland ranges of Utah's west deserts (Fig. 1). As the most isolated range in Utah, the Newfoundland Mountains in Box Elder County are especially distinctive. At 2129 m above sea level, Desert Peak and a considerable area of surrounding uplands would have existed as an island throughout the history of ancient Lake Bonneville. Currently, the range forms a 154+ km$^2$ island of arid to semiarid vegetation immersed in a salt playa sea. No doubt salt marshes have covered the present salt flats periodically as the lake has advanced or receded in response to glacial and interglacial climates. The range has therefore been an ecological island throughout nearly 2 million years of Pleistocene and Quaternary time. Given such long isolation, these mountains have much to teach scientists about the persistence, local extinction, vagility, and evolutionary dynamics of a variety of animal and plant species that either live there now or have lived there in the past. In Utah and elsewhere in the intermountain region, knowledge of these topics will be important in the future as land managers try to anticipate plant and animal responses to the increasing fragmentation and isolation of natural habitats within the human-dominated landscape (Brown 1995).

## Mojave Desert in Southwestern Utah

Washington County includes Utah's only representative of the Mojave Desert, a warm desert commonly recognized by biogeographers as lying between the Great Basin Desert to the north and the Sonoran Desert to the south (Shreve 1942, Jaeger 1957, Rowlands et al. 1982, MacMahon 1986). The Mojave Desert is physically part of the Basin and Range Geological Province, but it is characterized by relatively low elevation over most of its area (600 to 1500 m above sea level) and by both limited precipitation (100–275 mm annually in most places) and warm summers (35°–40°C mean maxima for July; see MacMahon 1986). The uniqueness of the physical environment of the Mojave is reflected in its biota. Characteristic plants include the Joshua tree (*Yucca brevifolia*), creosote bush (*Larrea tridentata*), white bursage (*Ambrosia dumosa*), brittle bush (*Encelia farinosa*), and several species of saltbush (*Atriplex*). Of these, the Joshua tree can be considered endemic, and if the distribution of this species is used to define the boundaries of the Mojave Desert, then the desert covers a substantial portion of southeastern California, the southern cone of Nevada, the northwestern and west central parts of Arizona, and the extreme southwestern corner of Utah.

Judicious designation of new wilderness areas in this corner of the state could help to safeguard the many components of Utah's biological diversity that are endemic to the Mojave Desert and the associated Virgin Mountains of northwestern Arizona and adjacent Nevada. Figure 4 details land ownership in this region of Washington County. Because so much of this land is already in the public domain, there is opportunity for biodiversity conservation with minimal disruption of economic activity. Protected areas include Zion National Park, a substantial wilderness in the Pine Valley Mountains of the Dixie National Forest (no. 1 in Fig. 4), the Upper Virgin River Desert Wildlife Management Area (or DWMA, a reserve for the desert tortoise, *Gopherus agassizii*; nos. 2a and 2b in Fig. 4), the existing Beaver Dam wilderness areas that extend into Utah from Arizona (4), and the Lytle Ranch Preserve (5). Although all of these protected areas play important roles in conserving regional biodiversity, 2 of the largest areas, Zion National Park and designated Forest Service wilderness in the Pine Valley Mountains, are generally

Rvsd Plan - 00006179



Fig. 4. Map of southwestern Utah (Washington County) showing patterns of land ownership and existing and proposed protected areas. Different shades identify privately held lands (white), BLM lands (lightest gray), and the checkerboard pattern of state lands interspersed within the BLM lands. Stars locate the major urban areas; from west to east these are Ivins, St. George (large star), Washington, Hurricane, and La Verkin. Current or proposed protected areas include Zion National Park, the Pine Valley Mountain wilderness area within the Dixie National Forest (1), Upper Virgin River DWMA (2), the proposed Beaver Dam Wash and Joshua Tree wilderness areas on BLM land (3a and 3b, respectively), the existing Beaver Dam Mountains wilderness on BLM land (4), and the Lytle Ranch Preserve (5).

too high in elevation and/or too far to the northeast to include many Mojave Desert species. The Upper Virgin River DWMA will protect lower elevation communities and will include some Mojave Desert taxa. However, many Mojave Desert species in Utah do not extend northeast of the Beaver Dam Mountains, and existing protected areas on the Beaver Dam slope are relatively small and isolated from each other (Fig. 4). By virtue of both size and location, 2 PWAs, the Beaver Dam Wash and Joshua Tree units (nos. 3a and 3b, respectively, in Fig. 4; see UWC 1990), could make important contributions to biodiversity conservation in Utah. Together these 2 units cover a range of elevations, include several distinctive plant communities not represented in the Upper Virgin River DWMA, and are close enough to one another and to the existing protected areas to serve as stepping stones for animal movement.

We illustrate the conservation value of these 2 PWAs through an example. The herpetofauna of the Mojave Desert includes 3 anurans, 1 tortoise, 16 lizards, 18 snakes, and about 28 additional species whose distributions are peripheral but extend into this desert along one of its edges (Stewart 1994). The portion of this fauna ranging into Utah includes 2 anurans, the turtle, and 13 squamates (5 lizards and 8 snakes). Their distributions across existing or proposed protected areas are summarized in Table 3. Of this total, the relict leopard frog (*Rana onca*) apparently is extinct in Utah (Platz 1984, Jennings and Hayes 1994) and therefore absent from all existing and proposed protected areas in Washington County. The other anuran confined to this part of Utah is the southwestern toad (*Bufo microscaphus*). It is known to exist with certainty in several areas and is likely widespread throughout the region where appropriate aquatic habitats exist (Table 3).

The desert tortoise (*Gopherus agassizii*) has been studied extensively over the past decade and intermittently for a much longer period of time (Woodbury and Hardy 1948, Bury and Germano 1994, Grover and DeFalco 1995). While Utah populations have apparently declined in the Beaver Dam slope area, they persist at high densities north of St. George (data summarized in Bury and Germano 1994) and are now protected in the Virgin River DWMA. Protection of the proposed Joshua

Tree and Beaver Dam Wash wilderness areas would thus provide an economical way to augment conservation of tortoise populations confined to the south-facing slopes of the Beaver Dam Mountains.

Of the 13 squamate reptiles listed in Table 3, nine are confined to either the Mojave habitats proper (sites 3a, 3b, 4, and 5 in Fig. 4) or to these sites plus the Upper Virgin River DWMA (sites 2a and 2b in Fig. 4). Four species have more extensive distributions because they are also recorded from Zion National Park. Among the 9 squamates with restricted distributions, the lizards *Heloderma suspectum* and *Xantusia vigilis* and the snakes *Crotalus cerastes* and *Leptotyphlops humilis* may occur at all 5 Mojave sites, although this needs to be confirmed through additional fieldwork. *Xantusia vigilis* also occurs further east in isolated populations in Garfield and San Juan counties, and previous molecular studies by Bezy and Sites (1987) show deep genetic divisions among many isolated populations. Many of these isolates would qualify as full species, following the criteria of Davis and Nixon (1992), but the specific status of the isolated Utah populations remains unknown. The lizard *Callisaurus draconoides* occurs with certainty in the upper Virgin River DWMA (in Snow Canyon State Park), Beaver Dam Wash PWA, and Lytle Ranch Preserve (sites 2a, 3a, and 5 in Fig. 4). The iguana (*Dipsosaurus dorsalis*) is known confidently from only the lower Beaver Dam Wash PWA, although it may occur at low densities in the other 3 Mojave sites. Among the snakes, *Crotalus scutulatus* is confined to the 4 strict Mojave Desert areas, and *C. mitchellii* is known with certainty from only the higher elevation Mojave sites (3b and 4, although the other 2 locations are possible). Based on a new snake record for Utah, *Phyllorhynchus decurtatus* is known from a specimen (BYU 45605) taken on 11 July 1995, ca 1.5 mi N of the Utah-Arizona border along the Beaver Dam slope road. Based on this record, the species likely occurs in the Beaver Dam Wash and Joshua Tree areas (3a and 3b), which are similar in vegetative structure to the collecting site, and possibly at the other Mojave Desert sites as well. Regardless of exact distributions, all 9 squamate species with the most restricted distributions would benefit by wilderness designation of the proposed Beaver Dam Wash and Joshua Tree units (UWC 1990); and for 7 species (*C. draconoides*,

TABLE 3. Distribution of amphibians and reptiles restricted to southwestern Utah, relative to existing protected areas and Beaver Dam Wash and Joshua Tree units of proposed BLM wilderness included in H.R. 1500. The areas numbered are shown in Figure 4ᵃ. The proposed Red Mountain and Cottonwood Canyon wilderness areas (UWC 1990) are not illustrated because they are largely (Red Mountain) or entirely (Cottonwood Canyon) contained within the Upper Virgin River DWMA.

| Taxon | Zion National Park | Dixie N.F. Wilderness (1) | Upper Virgin River DWMA (2A, 2B) | Beaver Dam Wash Wilderness (3A) | Joshua Tree Wilderness (3B) | Beaver Dam Wilderness (4) | Lytle Ranch (5) |
|---|---|---|---|---|---|---|---|
| ANURA | | | | | | | |
| *Rana onca* | — | — | — | | — | — | |
| *Bufo microscaphus* | + | —(?) | —(?) | + | —(?) | —(?) | + |
| TESTUDINES | | | | | | | |
| *Gopherus agassizii* | — | — | + | + | + | + | + |
| SQUAMATA | | | | | | | |
| *Callisaurus draconoides* | — | — | + | + | ? | ? | + |
| *Coleonyx variegatus* | + | —(?) | + | + | +(?) | +(?) | +(?) |
| *Dipsosaurus dorsalis* | — | — | — | + | ? | ? | ? |
| *Heloderma suspectum* | — | — | + | + | ? | ? | + |
| *Xantusia vigilis* | — | — | +(?) | + | + | +(?) | + |
| *Crotalus cerastes* | — | — | + | + | + | +(?) | + |
| *Crotalus mitchellii* | — | — | — | ? | + | + | ? |
| *Crotalus scutulatus* | — | — | — | + | + | + | + |
| *Leptotyphlops humilis* | — | — | + | + | ? | ? | +(?) |
| *Masticophis flagellum* | + | —(?) | + | + | + | + | + |
| *Phyllorhynchus decurtatus* | — | — | — | +(?) | +(?) | +(?) | +(?) |
| *Sonora semiannulata* | + | —(?) | +(?) | + | +(?) | +(?) | +(?) |
| *Trimorphodon biscutatus* | + | —(?) | + | + | + | + | + |

ᵃDistributions were inferred from locality records available in research collections of California Academy of Sciences; M. L. Bean Life Sciences Museum, Brigham Young University, Provo, Utah; Museum of Vertebrate Zoology, University of California, Berkeley; Utah Museum of Natural History, University of Utah, Salt Lake City. Species listed as present (+) if they (1) exist as museum voucher specimens, (2) have been documented photographically but not collected because of threatened or endangered status, or (3) have been collected near a protected area and are known to occupy the appropriate habitat. For example, Stewart (1994) summarized distributions of all Mojave Desert amphibians and reptiles on the basis of their occurrence in distinct habitat types, and we used these data as an indication of the likely presence of a species in an area if not actually documented. Doubts about any occurrences are indicated by (?).

*D. dorsalis*, the 3 species of *Crotalus, L. humilis,* and *P. decurtatus*), these 2 PWAs would constitute the largest blocks of protected area in the Utah portions of their distributions.

The biological significance of the Mojave Desert region could be illustrated with comparable examples involving native birds, small mammals, and vascular plants; literally scores of species are restricted to the low-elevation Joshua tree habitats on the southwestern slopes of the Beaver Dam Mountains (see Behle et al. 1985, Albee et al. 1988, and Zeveloff 1988 for recent species compilations). Although most are on the periphery of their ranges, it is increasingly apparent that such peripheral populations are critical to maintaining genetic diversity and to ensuring the long-term survival of

species (Furlow and Armijo-Prewitt 1995, Lesica and Allendorf 1995, Lomolino and Channell 1995). Designation of the Beaver Dam Wash and Joshua Tree PWAs as wilderness would provide an extremely economical, proactive conservation strategy for many species.

IMPACT OF ROADS ON PLANT AND ANIMAL COMMUNITIES

By definition under the 1964 Wilderness Act, wilderness areas must be large (at least 5000 acres) and roadless. Because even some remote and pristine areas contain primitive roads or tracks, roadlessness is often an issue in debates over wilderness designation. Environmentalists tend to argue that the existence

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 47 of 223

of minor roads or dirt tracks is not contradictory to wilderness, but that no new roads should be built. Wilderness opponents respond that any road, no matter how primitive, disqualifies PWAs for wilderness status. Decision makers may be pressured to make exceptions to allow new roads and water development within wilderness boundaries. Here, we review the objective evidence bearing on the importance of roadlessness from a purely biological perspective. We deal with the effects of roads on animals and plants independently.

## Effects of Roads on Animals

Roads affect wildlife in many ways, both direct and indirect. Among the more commonly reported adverse impacts of roads on animal populations are road mortalities, animal avoidance of roads, isolation of populations by roads acting as barriers to animal movement, reductions in natural habitats, increased poaching, and elevated erosion leading to siltation of aquatic habitats. On Utah BLM lands, large mammals such as bighorn sheep (*Ovis canadensis*), black bear, and river otter are generally intolerant of human disturbance and activities. These and other mammals are known also to avoid habitat adjacent to roads (Oxley et al. 1974, Rost and Bailey 1979, Mader 1984, Witmer and Calesta 1985, Van Dyke et al. 1986) and can therefore be displaced by the presence of roads. Historically, humans in western North America have also persecuted a number of contemporary or former occupants of BLM lands; such species include Golden and Bald Eagles, gray wolf, and grizzly bear (Bortolotti 1984, Mech 1995). In Utah, the incidence of poaching is considerably higher in regions adjacent to roads than in roadless areas (W. Woody, UDWR, personal communication).

The negative effects of roads on wildlife can generally be ameliorated by closing the roads to traffic. Road mortality and the advance of habitat alteration along roads should stop entirely, and poaching should be sharply curtailed. For larger animals, roads would likely cease to act as barriers to animal movement and gene flow. However, this might not be true for some smaller species, whose movements are more restricted generally. Significant erosion and siltation of aquatic habitats might be reduced only slightly. Siltation can be an important consideration, for example, on the Aquarius Plateau, where reductions (by as much as

1/2) in the depths of some naturally shallow lakes have already increased winter fish kills. Finally, if efforts were made to reintroduce some of the large mammals considered above, these efforts might be greatly facilitated by the protection of large blocks of roadless lands that experience minimal human intrusion.

In summary, if travel on minor roads and tracks were to be permanently restricted, most but not all of the negative effects on wildlife would likely be ameliorated. Similar reasoning would suggest that the effects of any new unpaved minor roads or tracks might be minimal if the roads were used briefly and sporadically, e.g., to carry communications equipment.

## Effects of Roads on Plant Communities

The most compelling argument for large roadless areas is probably the protection of plant communities from disturbances that can eventually transform whole ecosystems. Through both direct and indirect effects, roads tend to disrupt native communities of both microphytes and macrophytes. Increased off-road vehicle traffic in roaded areas directly harms cryptobiotic soil crusts, which play a key role in maintaining healthy ecosystems in semiarid and arid lands, and kills or injures plants and perhaps soil-nesting insects like bees and wasps. Indirect effects include the introduction of nonnative pest plants, which have gradually replaced many native species and drastically altered features of certain habitats. The ecosystem-wide effects of these exotics are well illustrated by Asian tamarisk (*Tamarix chinensis*), which has channelized rivers and streams throughout the Colorado drainage and thereby altered the characteristics (flow regimes, temperatures, and sediment loads) of both aquatic and riparian habitats to the detriment of numerous native fishes, insects, birds, mammals, and plants (Loope et al. 1988, Sudbrock 1993). Below, we elaborate on the direct and indirect effects of roads on plant communities and on the maintenance of both biodiversity and natural networks of interactions in Utah's native ecosystems.

THREATS TO CRYPTOBIOTIC SOILS.—Across Utah's arid rangelands, a collection of cyanobacteria, algae, lichens, and mosses form microphytic or cryptobiotic crusts on soil surfaces. In pristine plant communities these crusts often account for at least as much soil surface cover as do vascular plants. The cryptophytes provide

a number of valuable ecosystem services (reviewed in Harper and Marble 1988, West 1990, and Johansen 1993), including stabilization of soils against wind and water erosion, enhancement of water retention and infiltration (Brotherson and Rushforth 1983, Harper and St. Clair 1985, Harper and Marble 1988), and nitrogen fixation by autotrophic bacteria, including both free-living and symbiotic cyanobacteria (e.g., Snyder and Wullstein 1973, West and Skujins 1977, Klubek and Skujins 1980, Terry and Burns 1987). Their contribution to the nitrogen economy of these arid ecosystems is substantive. In southern Utah grasslands and cold deserts dominated by pinyon pine and juniper, nitrogen fixation by crusts is demonstrably the dominant source of nitrogen for vascular plants (Evans and Ehleringer 1993). The greater soil moisture and fertility associated with biotic crusts have been shown to result in higher tissue nutrient levels (Belnap and Harper 1995 and references therein), higher seedling survivorship in associated vascular plants (St. Clair et al. 1984, Harper and St. Clair 1985, Belnap 1994), and greater ($\alpha$) floristic diversity (Kleiner and Harper 1972). Herbivores and other consumers may benefit indirectly from the enhanced nutrient status of these ecosystems (Harper and Pendleton 1993, Belnap and Harper 1995).

Growing recognition of the importance of cryptobiotic crusts to ecosystem processes has led to concern about the impact of disturbance by recreational users and nonnative grazers on such surfaces (Anderson et al. 1982, Johansen et al. 1984, Terry and Burns 1987, Cole 1991, Evans and Ehleringer 1993, Belnap et al. 1994, Belnap 1995). On most semiarid Utah lands, a single pass of an off-road vehicle will reduce nitrogen fixation by cyanobacteria and increase wind and water erosion of surface soils (Williams et al. 1995). Estimates of time to full recovery of disturbed biotic crusts (including nitrogen-fixing capacity) range up to 50 years in the Great Basin or 100 years on the Colorado Plateau (J. Belnap personal communication).

The full biological and economic consequences of disturbing biotic crusts remain to be quantified. However, in semiarid ecosystems where plant productivity is limited by availability of water and nitrogen, even small reductions in these resources can be expected to diminish primary productivity to the detriment of both the producers themselves and the many consumers depending directly or indirectly on these producers for food. Harper and Pendleton (1993) have suggested that destruction of soil crusts, and associated changes in forage quality, may be related to a decline in the health of desert tortoise populations in southwestern Utah (Grover and DeFalco 1995). If that suggestion is supported by empirical evidence in the future, then destruction of crusts may account in part for the ~$10 million cost (to date, T. Esque personal communication) of the Desert Tortoise Recovery Program.

ROADS AS CORRIDORS FOR INVASIONS OF INTRODUCED SPECIES.—Possibly the greatest adverse impact of roads on biological communities in Utah is the aggravation of invasions of aggressive weeds along road corridors, where disturbance from road construction has eliminated native competitors. These introduced plants now form the dominant cover on many arid and semiarid landscapes in western North America and are widespread in Utah (Mack 1981, Morrow and Stahlman 1984, Young et al. 1987, papers in McArthur et al. 1990 and Monsen and Kitchen 1994). Habitat degradation by nonnative, congregating grazers undoubtedly aided the initial spread of brome grasses (genus *Bromus*) and other European or Asian annuals into native habitats, including grasslands previously dominated by caespitose or tussock grasses (Young and Evans 1971, Loope 1976, Mack 1981, 1989, Billings 1990, 1994). Brome grasses (red brome [*B. rubens*], Japanese brome [*B. japonicus*], downy brome [*B. mollis*], ripgut brome [*B. diandrus*], and especially cheatgrass [*B. tectorum*]) have greatly increased fire frequency (from an average of 60–110 yr to <5 yr in sagebrush steppe), as well as altered the pattern and dynamics of fires (e.g., Whisenant 1990). Invaded lands suffer declining productivity (Stewart and Young 1939) and watershed damage (Buckhouse 1985) and become drastically depleted in both native plant species and cryptobiotic soil crusts (Young and Evans 1978, Whisenant 1990, Billings 1990, 1994, Rosentreter 1994; Fig. 5). Treatments to restore these lands often involve introductions of still other exotics (e.g., *Agropyron cristatum*, *Kochia prostrata*; see contributions to McArthur et al. 1990 and Monsen and Kitchen 1994).

The influx of invading weedy annuals has profound effects on genetic, species, and ecosystem diversity, although such effects remain poorly documented. In some parts of Utah,



Fig. 5. Relationship of both total species richness, and numbers of native species per quadrat, to the number of individuals of introduced species per quadrat; plotted from raw data in Harner and Harper (1973). Data are from sagebrush-grasslands on private and BLM foothill lands in Salt Lake, Davis, and Tooele counties.

brome grasses form virtual monocultures, entirely replacing native communities, especially in wet years (e.g., Pellant and Hall 1994, and authors' observations). In other western states brome grass invasions threaten state or federally listed plant species (Rosentreter 1994, California Native Plant Society, personal communication). Effects of habitat conversion radiate upward through the food chain, and adverse effects have been documented on pronghorn (*Antilocapra americana*) and deer (Pellant 1990, Roberts 1994), small vertebrate prey of eagles and other raptors (Kochert and Pellant 1986, Nydegger and Smith 1986), native birds (Dobler 1994), and insects (Fielding and Brusven 1994). As summarized by Billings (1994), exotic annual grasses could constitute

a genuine threat to the existence of large integrated ecosystems that have existed since the Pleistocene in the relatively arid lands between the Rocky Mountains and Sierra Nevada. These operational ecosystems could disappear over large areas of thousands of square kilometers.

A very high priority for future ecological work in Utah will be to determine the extent to which the remote BLM lands being considered for wilderness status might serve as refuges for native flora and fauna. Seeds of brome grass, dispersed by animal vectors, certainly travel over long distances and into wilderness areas. However, large roadless areas with low

circumference-to-area ratios might protect arid and semiarid western ecosystems against wholesale habitat conversion. Exotic weeds tend to invade native plant communities mainly along roadsides, railroad right-of-ways, and other highly disturbed sites (Forcella and Harvey 1983, Hunter 1990, literature cited in Billings 1990 and 1994; see also Bergelson et al. 1993). Favorably wet drainage ditches provide inroads to new habitat, and invaders spread outward from the ditches during particularly wet years. Although systematic surveys of nonnatives do not presently exist for PWAs (and are sorely needed), there is evidence that invasions of exotic weeds may be prevented by restricting access on existing roads. Thus, of the replicate roadsides studied by Hunter (1990), introduced species (including not only brome grasses but *Erodium cicutarium, Salsola* spp., and *Sisymbrium altissimum*) dominated all but the one that had been closed to traffic and left undisturbed for many years prior to censusing.

The effects of roads on plant communities appear to differ importantly from those on animal communities. Construction of new roads, especially those with drainage ditches, may hasten long-term and permanent changes to local floras, and these changes may eventually have markedly adverse effects on whole ecosystems. Existing dirt tracks are probably less threatening to plant communities; although moisture conditions on the tracks may be as favorable here as in drainage ditches, soil compaction appears to retard growth of most plants.

Given the costliness of aggressive fire suppression (e.g., Vail 1994) and habitat restoration measures (see reports in McArthur et al. 1990 and Monsen and Kitchen 1994), the most economical strategy for preventing the spread of introduced grasses to areas that are still relatively pristine may be to maintain their roadless character. This also would provide opportunities for investigating the effects of roads (or lack thereof) on the advance of exotic plants on arid lands in Utah.

## CONCLUSIONS

Wilderness serves many purposes, and its designation involves many and varied considerations. The technical issues and evidence presented here demonstrate that BLM wilderness lands can play a major and perhaps predominant role in safeguarding genetic, species, and ecosystem diversity across much of arid

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 50 of 223

Utah. Over the long term, large, contiguous networks of wilderness and other protected lands can provide sanctuary for populations of animals with large area requirements, and can help maintain natural processes and interactions that sustain healthy biotic communities. In many situations, wilderness designation can provide low-cost protection for rare and endangered species. BLM lands in geographically diverse regions of Utah all offer unique ecological, scientific, and educational values. To an extent so far unmeasured, wilderness lands may protect native ecosystems from wholesale transformation by invasions of exotic species. Clearly, if biological considerations are taken into account in wilderness decisions, wilderness can play a critical role in the long-term preservation of Utah's biological heritage.

## ACKNOWLEDGMENTS

Jayne Belnap, Phyllis Coley, Donald Duff, Sharon Emerson, Donald Feener, Bruce Howlett, Thomas Kursar, and Samuel Rushforth contributed to an earlier, nontechnical version of this paper. In addition to these individuals and the authors, Patricia Berger, Lynn Bohs, Rex Cates, Steven Clark, Susan Fairbanks, Jerran Flinders, Sarah George, James Harris, Richard Hildreth, Carl Marti, Brian Maurer, Norman Negus, Duke Rogers, Jon Seger, John Sperry, Richard Tolman, Delbert Wiens, Michael Windham, and Samuel Zeveloff endorsed the earlier paper. Klancy de Nevers and Jon Seger rescued corrupted computer files. T. Griswold, F. Parker, and V. Tepedino allowed us to use their unpublished data (Table 2 and section on bees). J. Belnap and L. Shultz commented on a previous draft of the manuscript, and Carla Garrison helped us obtain BLM maps.

## LITERATURE CITED

ALBEE, B. J., L. M. SCHULTZ, AND S. GOODRICH. 1988. Atlas of the vascular plants of Utah. Occasional Publications No. 7, Utah Museum of Natural History, University of Utah, Salt Lake City. 670 pp.

ANDERSON, D. C., K. T. HARPER, AND S. R. RUSHFORTH. 1982. Recovery of cryptogamic soil crusts from grazing on Utah winter ranges. Journal of Range Management 35: 355–359.

ARMBRUSTER, P., AND R. LANDE. 1993. A population viability analysis for African elephant (*Loxodonta africana*): How big should reserves be? Conservation Biology 7: 602–610.

ATWOOD, D., J. HOLLAND, R. BOLANDER, B. FRANKLIN, D. E. HOUSE, L. ARMSTRONG, K. THORNE, AND L. ENGLAND. 1991. Utah threatened, endangered, and sensitive plant field guide.

AXLEROD, D. I. 1960. The evolution of flowering plants. Pages 227–305 *in* S. Tax, editor, Evolution after Darwin. Volume 1, The evolution of life. University of Chicago Press, Chicago.

BABBITT, B. 1995. Science: opening the next chapter of conservation history. Science 267: 1954–1956.

BEHLE, W. H., E. D. SORENSEN, AND C. M. WHITE. 1985. Utah birds: a revised checklist. Occasional Publications No. 4, Utah Museum of Natural History, University of Utah, Salt Lake City.

BEHNKE, R. J. 1992. Native trout of western North America. American Fisheries Society Monograph 6. 275 pp.

BEHNKE R. J., AND M. ZARN. 1976. Biology and management of threatened and endangered western trouts. USDA Forest Service, Technical Report RM-GTR-28. Fort Collins, CO.

BELNAP, J. 1994. Potential value of cyanobacterial inoculation in revegetation efforts. Pages 179–185 *in* S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands. Report INT-GTR-313. Ogden, UT.

_____. 1995. Soil surface disturbances: their role in accelerating desertification. Environmental Monitoring and Assessment 37: 1–17.

BELNAP, J., AND K. T. HARPER. 1995. The influence of cryptobiotic soil crusts on elemental content of tissue in two desert seed plants. Arid Soil Research and Rehabilitation 9: 107–115.

BELNAP, J., K. T. HARPER, AND S. D. WARREN. 1994. Surface disturbance of cryptobiotic soil crusts: nitrogenase activity, chlorophyll content, and chlorophyll degradation. Arid Soil Research and Rehabilitation 8: 1–8.

BELOVSKY, G. E. 1987. Extinction models and mammalian persistence. Pages 35–57 *in* M. E. Soulé, editor, Viable populations for conservation. Cambridge University Press, Cambridge, UK.

BELOVSKY, G. E., J. A. BISSONETTE, R. D. DUESER, T. C. EDWARDS, JR., C. M. LUECKE, M. E. RITCHIE, J. B. SLADE, AND F. H. WAGNER. 1994. Management of small populations: concepts affecting the recovery of endangered species. Wildlife Society Bulletin 22: 307–316.

BERGELSON, J., J. A. NEWMAN, AND E. M. FLORESROUX. 1993. Rates of weed spread in spatially heterogeneous environments. Ecology 74: 999–1011.

BEZY, R. L., AND J. W. SITES, JR. 1987. A preliminary study of allozyme evolution in the lizard family Xantusiidae (Reptilia, Sauria). Herpetologica 43: 280–292.

BILLINGS, W. D. 1990. *Bromus tectorum*, a biotic cause of ecosystem impoverishment in the Great Basin. Pages 301–322 *in* G. M. Woodell, editor, The earth in transition: patterns and processes of biotic impoverishment. Cambridge University Press, Cambridge, UK.

_____. 1994. Ecological impacts of cheatgrass and resultant fire on ecosystems in the western Great Basin. Pages 22–30 *in* S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

BOLGER, D. T., A. C. ALBERTS, AND M. E. SOULÉ. 1991. Occurrence patterns of bird species in habitat fragments: sampling, extinction, and nested species subsets. American Naturalist 137: 155–166.

BORTOLOTTI, G. R. 1984. Trap and poison mortality of Golden and Bald Eagles. Journal of Wildlife Management 48: 1173–1179.

BROTHERSON, J. D., AND S. R. RUSHFORTH. 1983. Influence of cryptogamic crusts on moisture relationships of soils in Navajo National Monument, Arizona. Great Basin Naturalist 43: 73–78.

BROWN, J. H. 1971. Mammals on mountaintops: nonequilibrium insular biogeography. American Naturalist 105: 467–478.

_____. 1995. Macroecology. University of Chicago Press, Chicago.

BROWN, J. H., AND E. J. HESKE. 1990. Control of a desert grassland transition by a keystone rodent guild. Science 250: 1705–1707.

BUCKHOUSE, J. C. 1985. Effects of fire on rangeland watersheds. Pages 58–60 in K. Sanders and J. Durham, editors, Proceedings of a Symposium: Rangeland Fire Effects. U.S. Department of the Interior, Bureau of Land Management, Boise, ID.

BURY, R. B., AND D. J. GERMANO, EDITORS. 1994. Biology of North American tortoises. USDI Fish and Wildlife Research Report ISSN 1040-2411, No. 13. 204 pp.

CASE, T. J., AND M. L. CODY. 1988. Testing theories of island biogeography. American Scientist 75: 402–411.

CHRISTENSEN, N. L., ET AL. 1989. Interpreting the Yellowstone fires of 1988. Bioscience 39: 678–685.

COLE, D. N. 1991. Trampling disturbance and recovery of cryptogamic soil crusts in Grand Canyon National Park. Great Basin Naturalist 50: 321–325.

CRONQUIST, A., A. H. HOLMGREN, N. H. HOLMGREN, AND J. L. REVEAL. 1972. Intermountain flora, Volume 1. Hafner Publishers, New York.

CROSS, S. P. 1985. Responses of small mammals to forest perturbations. Pages 269–275 in Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Service, Technical Report RM-GTR-120. Fort Collins, CO.

DAVIDSON, D. W., R. S. INOUYE, AND J. H. BROWN. 1984. Granivory in a desert ecosystem: experimental evidence for indirect facilitation of ants by rodents. Ecology 65: 1780–1786.

DAVIS, J. I., AND K. C. NIXON. 1992. Populations, genetic variation, and the delimitation of phylogenetic species. Systematic Biology 41: 421–435.

DEACON, J. E., AND W. L. MINCKLEY. 1974. Desert fishes. Pages 385–488 in G. W. Brown, editor, Desert biology, Volume II. Academic Press, New York.

DEPARTMENT OF THE INTERIOR (BUREAU OF LAND MANAGEMENT). 1994. Ecosystem management in the BLM: from concept to commitment. U.S. Government Printing Office (573-183), Washington, DC. 16 pp.

DIAMOND, J. M. 1984. "Normal" extinctions of isolated populations. Pages 191–246 in M. H. Nitecki, editor, Extinctions. University of Chicago Press, Chicago.

DOBLER, F. C. 1994. Washington state shrub-steppe ecosystem studies with emphasis on the relationship between nongame birds and shrub and grass cover densities. Pages 149–161 in S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

DURRANT, S. D. 1950. Mammals of Utah: taxonomy and distribution. Museum of Natural History, University of Kansas Publications 6.

EDMUNDS, G. F. 1994. Tail water insects. The Landing Net (Summer): 6–7.

_____. 1995. Tail water insects; revisited. The Landing Net (Fall): 4, 11.

EVANS, R. D., AND J. R. EHLERINGER. 1993. A break in the nitrogen cycle in aridlands? Evidence from $\delta^{15}N$ of soils. Oecologia 94: 314–317.

FIELDING, D. J., AND M. A. BRUSVEN. 1994. Grasshopper community responses to shrub loss, annual grasslands, and crested wheatgrass seedings: management implications. Pages 162–166 in S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

FORCELLA, F., AND S. J. HARVEY. 1983. Eurasian weed infestation in western Montana in relation to vegetation and disturbance. Madroño 30: 102–109.

FRANKEL, O. H., AND M. E. SOULÉ. 1981. Conservation and evolution. Cambridge University Press, Cambridge, UK.

FURLOW, F. B., AND T. ARMIJO-PREWITT. 1995. Peripheral populations and range collapse. Conservation Biology 9: 1345.

GRAYSON, D. K. 1993. The desert's past: a natural prehistory of the Great Basin. Smithsonian Institution Press, Washington, DC.

GROVER, M. C., AND L. A. DEFALCO. 1995. Desert tortoise (Gopherus agassizii): status-of-knowledge outline with references. USDA Forest Service, Technical Report INT-GTR-316. Ogden, UT. 134 pp.

GRUMBINE, R. E. 1994. What is ecosystem management? Conservation Biology 8: 27–38.

HARNER, R. F., AND K. T. HARPER. 1973. Mineral composition of grassland species of the eastern Great Basin in relation to stand productivity. Canadian Journal of Botany 51: 2037–2046.

HARPER, K. T. 1986. Historical environments. Pages 51–63 in W. L. D'Azevedo, editor, Handbook of North American Indians. Volume 11: Great Basin. Smithsonian Institution, Washington, DC.

HARPER, K. T., AND J. R. MARBLE. 1988. A role for nonvascular plants in management of arid and semiarid rangelands. Pages 135–169 in P. T. Tueller, editor, Vegetation science applications for rangeland analysis and management. Kluwer Academic Publisher, Dordrecht.

HARPER, K. T., AND R. L. PENDLETON. 1993. Cyanobacteria and cyanolichens: Can they enhance availability of essential minerals for higher plants? Great Basin Naturalist 53: 59–72.

HARPER, K. T., AND L. L. ST. CLAIR. 1985. Cryptogamic soil crusts on arid and semiarid rangelands in Utah: effects on seedling establishment and soil stability. Final Report Bureau of Land Management, Utah State Office, Salt Lake City.

HARRIS, L. D. 1984. The fragmented forest: island biogeography theory and the preservation of biotic diversity. University of Chicago Press, Chicago.

HEANEY, L. R. 1984. Mammalian species richness on islands on the Sunda Shelf, Southeast Asia. Oecologia (Berlin) 61: 11–17.

HOLDEN, P. B., R. STONE, W. WHITE, G. SOMERVILLE, D. DUFF, R. GERVAIS, AND S. GLOSS. 1974. Threatened

fishes of Utah. Proceedings of the Utah Academy of Science, Arts, and Letters 51: 46–65.

HUBBS, C. L. 1940. Speciation of fishes. American Naturalist 74: 198–211.

———. 1941. The relation of hydrological conditions to speciation in fishes. Pages 182–195 in J. G. Needham, editor, A Symposium on Hydrobiology. University of Wisconsin Press, Madison.

HUNTER, R. 1990. Recent increases in Bromus on the Nevada Test Site. Pages 22–25 in E. D. McArthur, E. M. Romney, S. D. Smith, P. T. Tueller, editors, Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-Off, and Other Aspects of Shrub Biology and Management, USDA Forest Service, Technical Report INT-GTR-276. Ogden, UT.

IUCN. 1978. Categories, objectives and criteria for protected areas. Morges, Switzerland.

JAEGER, E. C. 1957. The North American deserts. Stanford University Press, Palo Alto, CA. 308 pp.

JENNINGS, M. R., AND M. P. HAYES. 1994. Decline of native ranid frogs in the desert Southwest. Pages 183–211 in P. R. Brown and J. W. Wright, editors, Herpetology of the North American deserts. Southwestern Herpetological Society Special Publication No. 5. Van Nuys, CA. 311 pp.

JOHANSEN, J. R. 1993. Cryptogamic crusts of semiarid and arid lands of North America. Journal of Phycology 29: 140–147.

JOHANSEN, J. R., L. L. ST. CLAIR, B. L. WEBB, AND G. T. NEBEKER. 1984. Recovery patterns of cryptogamic soil crusts in desert rangelands following fire disturbance. Bryologist 87: 238–243.

JOHNSON, R. R., L. T. HAIGHT, AND J. M. SIMPSON. 1977. Endangered species vs. endangered habitats: a concept. Pages 68–79 in Importance, preservation and management of riparian habitat. USDA Forest Service, Technical Report RM-GTR-43. Fort Collins, CO.

JULANDER, O. 1962. Range management in relation to mule deer habitat and herd productivity in Utah. Journal of Range Management 15: 278–281.

KAY, C. E. 1990. Yellowstone's northern elk herd: a critical evaluation of the "natural regulation" paradigm. Unpublished doctoral dissertation, Utah State University, Logan.

KERSHNER, J. L. 1995. Bonneville cutthroat trout. Pages 28–35 in M. K. Young, editor, Conservation assessment for inland cutthroat trout. USDA Forest Service, Technical Report RM-GTR-256. Fort Collins, CO.

KLEINER, E. F., AND K. T. HARPER. 1972. Environment and community organization in grasslands of Canyonlands National Park. Ecology 53: 299–309.

KLUBEK, B., AND J. SKUJINS. 1980. Heterotrophic nitrogen fixation in arid soils crusts. Soil Biology and Biochemistry 12: 229–236.

KNOPF, F. L. 1985. Significance of riparian vegetation to breeding birds across an altitudinal cline. Pages 105–111 in Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Service, Technical Report RM-GTR-120. Fort Collins, CO.

KOCHERT, M. N., AND M. PELLANT. 1986. Multiple use in the Snake River Birds of Prey Area. Rangelands 8: 217–220.

KUSHLAN, J. A. 1979. Design and management of continental wildlife reserves: lessons from the Everglades. Biological Conservation 15: 281–290.

LESICA, P., AND F. W. ALLENDORF. 1995. When are peripheral populations valuable for conservation? Conservation Biology 9: 753–760.

LOMOLINO, M. V., AND R. CHANNELL. 1995. Splendid isolation: patterns of the geographic range collapse in endangered mammals. Journal of Mammalogy 76: 335–347.

LOOPE, L. L., P. G. SANCHEZ, P. W. TARR, W. L. LOOPE, AND R. L. ANDERSON. 1988. Biological invasions of arid land nature reserves. Biological Conservation 44: 95–118.

LOOPE, W. L. 1976. Relationships of vegetation to environment, Canyonlands National Park, Utah. Unpublished doctoral dissertation, Utah State University, Logan.

MACK, R. N. 1981. The invasion of Bromus tectorum L. into western North America: an ecological chronicle. Agro-Ecosystems 7: 145–165

———. 1989. Temperate grasslands vulnerable to plant invasions: characteristics and consequences. Pages 155–179 in J. A. Drake, H. A. Mooney, F. di Castri, R. H. Groves, F. J. Kruger, M. Rejmánek, and M. Williamson, editors, Biological invasions. John Wiley and Sons, New York.

MACKINNON, J., K. MACKINNON, G. CHILD, AND J. THORSELL. 1986. Managing protected areas in the Tropics. IUCN, Gland, Switzerland.

MACMAHON, J. A. 1986. Deserts. Audubon Society Nature Guides. Alfred Knopf, New York. 638 pp.

MADER, H. J. 1984. Animal habitat isolation by roads and agricultural fields. Biological Conservation 29: 81–96.

McARTHUR, E. D., E. M. ROMNEY, S. D. SMITH, P. T. TUELLER, EDITORS. 1990. Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-Off, and Other Aspects of Shrub Biology and Management. USDA Forest Service, Technical Report INT-GTR-276. Ogden, UT.

MECH, L. D. 1995. The challenge and opportunity of recovering wolf populations. Conservation Biology 9: 270–274.

MEFFE, G. K., AND C. R. CARROLL. 1994. Principles of conservation biology. Sinauer, Sunderland, MA. 600 pp.

MICHENER, C. D. 1979. Biogeography of the bees. Annals of the Missouri Botanical Garden 66: 277–347.

MILLER, R. R. 1959. Origin and affinities of the freshwater fish fauna of western North America. Pages 187–222 in C. L. Hubbs, editor, Zoogeography. AAAS Publication 51.

———. 1961. Man and the changing fish fauna of the American Southwest. Papers, Michigan Academy of Science, Arts, and Letters 46: 365–404.

MINCKLEY, W. L., AND J. E. DEACON. 1968. Southwestern fishes and the enigma of "endangered species." Science 159: 1424–1432.

MINCKLEY, W. L. AND J. E. DEACON, EDITORS. 1990. Battles against extinction: native fish management in the American West. University of Arizona Press, Tucson.

MINCKLEY, W. L., D. A. HENDRICKSON, AND C. E. BOND. 1986. Geography of western North American freshwater fishes: description and relationships to intracontinental tectonism. Pages 519–613 in C. H. Hocutt and E. O. Wiley, editors, The zoogeography of North American freshwater fishes. John Wiley & Sons, New York.

MONSEN, S. B., AND S. G. KITCHEN, EDITORS. 1994. Proceedings—Ecology and Management of Annual

Rvsd Plan - 00006188

Rangelands. USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

MORROW, L. A., AND P. W. STAHLMAN. 1984. The history and distribution of downy brome (*Bromus tectorum*) in North America. Weed Science 32 (Supplement 1): 2–7.

MOYLE, P. B., AND J. E. WILLIAMS. 1990. Biodiversity loss in the temperate zone: decline of the native fish fauna of California. Conservation Biology 4: 275–284.

NATIONAL RESEARCH COUNCIL. 1978. Conservation of germplasm resources: an imperative. National Academy of Sciences, Washington, DC.

NEFF, J. L., AND B. B. SIMPSON. 1993. Bees, pollination systems and plant diversity. Pages 143–167 in J. LaSalle and I. E. Gauld, editors, Hymenoptera and biodiversity. C.A.B. International, Wallingford, UK.

NEWMARK, W. D. 1985. Legal and biotic boundaries of western North American national parks: a problem of congruence. Biological Conservation 33: 197–208.

_____. 1987. A land-bridge island perspective on mammalian extinctions in western North American parks. Nature 325: 430–432.

_____. 1991. Tropical forest fragmentation and the local extinction of understory birds in the Eastern Usambara Mountains, Tanzania. Conservation Biology 5: 67–78.

_____. 1995. Extinction of mammal populations in western North American national parks. Conservation Biology 9: 512–526.

NOSS, R. F. 1992. The wildlands project: land conservation strategy. Pages 10–25 in The wildlands project. Wild Earth Special Issue, Cenozoic Society.

NYDEGGER, N. C., AND G. W. SMITH. 1986. Pages 152–156 in D. E. McArthur and B. L. Welch, editors, Proceedings—Symposium on the Biology of *Artemisia* and *Chrysothamnus*, USDA Forest Service, Technical Report INT-GTR-200. Ogden, UT.

OXLEY, D. J., M. B. FENTON, AND G. R. CARMODY. 1974. The effects of roads on populations of small mammals. Journal of Applied Ecology 11: 51–59.

PARKER, F. D. 1985. A candidate legume pollinator, *Osmia sanrafaelae* Parker. Journal of Apiculture Research 24: 132–136.

_____. 1986. Field studies with *Osmia sanrafaelae* Parker, a pollinator of alfalfa (Hymenoptera: Megachilidae). Journal of Economic Entomology 79: 384–386.

PATTERSON, B. D. 1984. Mammalian extinction and biogeography in the southern Rocky Mountains. Pages 247–293 in M. H. Nitecki, editor, Extinctions. University of Chicago Press, Chicago.

PELLANT, M. 1990. The cheatgrass-wildfire cycle—are there any solutions? Pages 11–18 in E. D. McArthur, E. M. Romney, S. D. Smith, P. T. Tueller, editors, Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-Off, and Other Aspects of Shrub Biology and Management, USDA Forest Service, Technical Report INT-GTR-276. Ogden, UT.

PELLANT, M., AND C. HALL. 1994. Distribution of two exotic grasses on intermountain rangelands. Pages 109–112 in S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

PICKETT, S. T. A., AND J. N. THOMPSON. 1978. Patch dynamics and the design of nature reserves. Biological Conservation 13: 27–37.

PIMM, S. L., H. L. JONES, AND J. DIAMOND. 1988. On the risk of extinction. American Naturalist 132: 757–785.

PLATZ, J. 1984. Status report for *Rana onca* Cope. Prepared for Office of Endangered Species, U.S. Fish and Wildlife Service, Albuquerque, NM. 27 pp.

PRIMACK, R. B. 1993. Essentials of conservation biology. Sinauer, Sunderland, MA. 561 pp.

RAVEN, P. R. 1992. The nature and value of biodiversity. Pages 1–18 in Global biodiversity strategy: guidelines for action to save, study, and use earth's biotic wealth sustainably and equitably. WRI, IUCN, UNEP.

REID, W. V., AND K. R. MILLER. 1989. Keeping options alive: the scientific basis of conserving biodiversity. World Resources Institute, Washington, DC.

RICKART, E. A. In preparation. Elevational diversity gradients, biogeography, and the structure of montane mammal communities in the intermountain region. Journal of Biogeography: In preparation.

ROBERTS, T. C., JR. 1994. Resource impacts of cheatgrass and wildfires on public lands and livestock grazing. Pages 167–169 in S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

ROSENTRETER, R. 1994. Displacement of rare plants by exotic grasses. Pages 170–175 in S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

ROST, G. R., AND J. A. BAILEY. 1979. Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management 43: 634–641.

ROWLANDS, P., H. JOHNSON, R. RITTER, AND A. ENDO. 1982. The Mojave Desert. Pages 103–162 in G. L. Bender, editor, Reference handbook on the deserts of North America. Greenwood Press, Westwood, CT. 594 pp.

SALWASSER, H., C. SCHONEWALD-COX, AND R. BAKER. 1987. The role of interagency cooperation in managing viable populations. Pages 159–173 in M. E. Soulé, editor, Viable populations for conservation. Cambridge University Press, Cambridge, UK.

SAMSON, D. A., T. E. PHILIPPI, AND D. W. DAVIDSON. 1992. Granivory and competition as determinants of annual plant diversity in the Chihuahuan Desert. Oikos 65: 61–80.

SAUNDERS, D. A., R. J. HOBBS, AND C. R. MARGULES. 1991. Biological consequences of ecosystem fragmentation: a review. Conservation Biology 5: 18–32.

SCHONEWALD-COX, C. M. 1983. Guidelines to management: a beginning attempt. Pages 414–445 in C. M. Schonewald, S. M. Chambers, B. MacBryde, and, L. Thomas, editors, Genetics and conservation. Benjamin Cummings, Menlo Park, CA.

SHAFFER, M. L. 1981. Minimum population size for species conservation. Bioscience 31: 131–134

SHIOZAWA, D. K., AND R. P. EVANS. 1994. The use of DNA to identify geographical isolation in trout stocks. Pages 125–131 in B. Shake, and R. H. Hamre, editors, Wild trout V: wild trout in the 21st century.

SHREVE, F. 1942. The desert vegetation of North America. Botanical Reviews 8: 195–246.

SHULTZ, L. M. 1993. Patterns of endemism in the Utah flora. Pages 249–263 in R. Sivinski and K. Lightfoot,

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 54 of 223

editors, Southwestern rare and endangered plants. New Mexico Department of Forestry and Resources Conservation Division, Miscellaneous Publication No. 2. Santa Fe, NM.

SHULTZ, L. M., E. E. NEELY, AND J. S. TUHY. 1987. Flora of the Orange Cliffs of Utah. Great Basin Naturalist 47: 287–298.

SMITH, G. R. 1966. Distribution and evolution of the North American catostomid fishes of the subgenus *Pantosteus*, genus *Catostomus*. Miscellaneous Publications of the Museum of Zoology, University of Michigan, No. 129.

_____. 1978. Biogeography of intermountain fishes. Intermountain Biogeography: a Symposium. Great Basin Naturalist Memoirs 2: 17–42.

SNYDER, J. M., AND L. H. WULLSTEIN. 1973. The role of desert cryptogams in nitrogen fixation. American Midland Naturalist 90: 257–265.

SOULÉ, M. E., EDITOR. 1987. Viable populations for conservation. Cambridge University Press, Cambridge, UK.

SOULÉ, M. E., D. T. BOLGER, A. C. ALBERTS, R. SAUVAJOT, J. WRIGHT, M. SORICE, AND S. HILL. 1988. Reconstructed dynamics of rapid extinctions of chaparral-requiring birds on urban habitat islands. Conservation Biology 2: 75–92.

SOULÉ, M. E., AND B. A. WILCOX. 1980. Conservation biology: an evolutionary-ecological perspective. Sinauer, Sunderland, MA.

ST. CLAIR, L. L., B. L. WEBB, J. R. JOHANSEN, AND G. T. NEBEKER. 1984. Cryptogamic soil crusts: enhancement of seedling establishment in disturbed and undisturbed areas. Reclamation and Revegetation Research 3: 129–136.

STEBBINS, G. L., JR. 1952. Aridity as a stimulus to plant evolution. American Naturalist 86: 33–44.

STEBBINS, R. C. 1985. A field guide to western reptiles and amphibians. Houghton Mifflin Co., Boston, MA.

STEVENS, G. C. 1992. The elevational gradient in altitudinal range: an extension of Rapoport's latitudinal rule to altitude. American Naturalist 140: 893–911.

STEWART, G. R. 1994. An overview of the Mohave Desert and its herpetofauna. Pages 55–69 *in* P. R. Brown and J. W. Wright, editors, Herpetology of the North American deserts. Southwestern Herpetological Society Special Publication No. 5. Van Nuys, CA. 311 pp.

STEWART, G., AND A. E. YOUNG. 1939. The hazard of basing permanent grazing capacity on *Bromus tectorum*. American Society of Agronomy Journal 31: 1002–1015.

SUDBROCK, A. 1993. Tamarisk control. I. Fighting back: an overview of the invasion, and a low-impact way of fighting it. Restoration and Management Notes 11: 31–34.

TEPEDINO, V. J. 1981. The pollination efficiency of the squash bee (*Peponapis pruinosa*) and the honeybee (*Apis mellifera*) on summer squash (*Cucurbita pepo*). Journal of the Kansas Entomological Society 54: 359–377.

TERBORGH, J., AND B. WINTER. 1980. Some causes of extinction. Pages 119–134 *in* M. E. Soulé and B. A. Wilcox, editors, Conservation biology. Sinauer, Sunderland, MA.

TERRY, R. E., AND S. J. BURNS. 1987. Nitrogen fixation in cryptogamic soil crusts as affected by disturbance. Pages 369–372 *in* Proceedings—Pinyon-Juniper Conference, USDA Forest Service, Technical Report INT-GTR-215. Ogden, UT.

TYUS, H. M., AND C. A. KARP. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service Biological Report 89(14). 27 pp.

U.S. FISH AND WILDLIFE SERVICE. 1993. Endangered and threatened wildlife and plants, 50 CFR 17.11 and 17.12, August 23, 1993. Division of Endangered Species, U.S. Fish and Wildlife Service, Washington, DC.

UTAH DIVISION OF WILDLIFE RESOURCES. 1992. Native Utah wildlife species of special concern. Draft document. Utah Division of Wildlife Resources, Salt Lake City. 31 pp.

UTAH WILDERNESS COALITION (UWC). 1990. Wilderness at the edge. Peregrine Smith books, Layton, UT.

VAIL, D. 1994. Symposium introduction: management of semiarid rangelands—impacts of annual weeds on resource values. Pages 3–4 *in* S. B. Monsen and S. G. Kitchen, editors, Proceedings—Ecology and Management of Annual Rangelands, USDA Forest Service, Technical Report INT-GTR-313. Ogden, UT.

VAN DYKE, F. G., R. H. BROCKE, H. G. SHAW, B. B. ACKERMAN, T. P. HEMKER, AND F. G. LINDZEY. 1986. Reactions of mountain lions to logging and human activity. Journal of Wildlife Management 50: 95–102.

WAGNER, F. H., R. FORESTA, R. B. GILL, D. R. McCULLOUGH, M. R. PELTON, W. F. PORTER, AND CONSULTATION ON LAW AND POLICY BY J. L. SAX. 1995. Wildlife policies in the U.S. National Parks. Island Press. 242 pp.

WARREN, M. L., AND B. M. BURR. 1994. Status of freshwater fishes of the United States: overview of an imperiled fauna. Fisheries 19: 6–18.

WELSH, S. L. 1978. Endangered and threatened plants of Utah, a reevaluation. Great Basin Naturalist 38: 1–18.

WELSH, S. L., N. D. ATWOOD, S. GOODRICH, AND L. C. HIGGINS. 1993. A Utah flora. 2nd edition. Print Services, Brigham Young University, Provo, UT.

WELSH, S. L., N. D. ATWOOD, AND J. L. REVEAL. 1975. Endangered, threatened, extinct, endemic and rare or restricted Utah vascular plants. Great Basin Naturalist 35: 327–326.

WEST, N. E. 1990. Structure and function of microphytic soil crusts in wildland ecosystems of arid to semiarid regions. Advances in Ecological Research 20: 179–223.

WEST, N. E., AND J. SKUJINS. 1977. The nitrogen cycle in North American cold-winter semi-desert ecosystems. Oecologia Plantarum 12: 45–53.

WHISENANT, S. G. 1990. Changing fire frequencies on Idaho's Snake River Plains: ecological and management implications. Pages 4–10 *in* E. D. McArthur, E. M. Romney, S. D. Smith, P. T. Tueller, editors, Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-Off, and Other Aspects of Shrub Biology and Management, USDA Forest Service, Technical Report INT-GTR-276. Ogden, UT.

WHITTAKER, R. H. 1972. Evolution and measurement of species diversity. Taxon 21: 213–251.

WILCOVE, D. S., C. H. McLELLAN, AND A. P. DOBSON. 1986. Habitat fragmentation in the temperate zone. Pages 237–256 *in* M. E. Soulé, editor, Conservation biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, MA.

WILCOX, B. A., AND D. D. MURPHY. 1985. Conservation strategy: the effects of fragmentation on extinction. American Naturalist 125: 879–887.

Case 1:21-cv-02994-REB   Document 24-20   Filed 06/21/22   USDC Colorado   Page 55 of 223

WILLIAMS, J. D., J. P. DOBROWOLSKI, N. E. WEST, AND D. A. GILLETTE. 1995. Microphytic crust influence on wind erosion. Transactions of the American Society of Agricultural Engineers 38: 131–137.

WILLIAMS, J. E. 1991. Preserves and refuges for native western fishes: history and management. Pages 171–189 in W. L. Minckley and J. E. Deacon, editors, Battle against extinction, native fish management in the American West. University of Arizona Press, Tucson. 517 pp.

WILLIS, E. O. 1974. Populations and local extinctions of birds on Barro Colorado Island, Panama. Ecological Monographs 44: 153–169.

WILSON, E. O. 1988. Biodiversity. National Academy Press, Washington, DC.

WITMER, G. W., AND D. S. CALESTA. 1985. Effect of forest roads on habitat use by Roosevelt elk. Northwest Science 59: 122–125.

WOLZ, E. R., AND D. K. SHIOZAWA. 1995. Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uinta County, Utah. Great Basin Naturalist 55: 213–224.

WOODBURY, A. M., AND R. HARDY. 1948. Studies on the desert tortoise, Gopherus agassizii. Ecological Monographs 18: 145–200.

YOUNG, J. A., AND R. A. EVANS. 1971. Invasion of medusahead into the Great Basin. Weed Science 18: 89–97.

_____. 1978. Population dynamics after wildfires in sagebrush grasslands. Journal of Range Management 31: 283–289.

YOUNG, J. A., R. A. EVANS, AND B. L. KAY. 1987. Cheatgrass. Rangelands 9: 266–270.

ZEVELOFF, S. I. 1988. Mammals of the Intermountain West. University of Utah Press, Salt Lake City.

*Received 27 September 1995*
*Accepted 21 March 1996*

ECOLOGY AND ECONOMICS RESEARCH DEPARTMENT

FEBRUARY 2004 • Number 1

THE WILDERNESS SOCIETY

# Landscape Connectivity: An Essential Element of Land Management

**Key points:**
- Loss of habitat connections across a landscape is one of the most severe threats to the survival of many wildlife species.
- Each species has evolved different needs for connectivity; to help sustain viable populations, it is essential to understand those specific needs.
- Conservation ecologists are focusing on: (1) protection of corridors that link isolated habitat patches and (2) maintenance of natural conditions in the "matrix" (land surrounding intact habitat) to ensure sufficient landscape connectivity.

## Background

Landscape connectivity has become a vital component in conservation science and land management planning, especially as human activities continue to reduce the size of natural areas and isolate them from one another. Significant consequences of those activities include isolation of populations of native species and disruption of their natural movements, dispersal patterns, and gene flows. To sustain these vital processes, and thus help species survive, it is imperative to maintain landscape connections among isolated areas.

This Science & Policy Brief contains basic information about landscape connectivity and discusses how it can be used in conservation strategies.

## What Is Landscape Connectivity?

Landscape ecologists define landscape connectivity as the degree to which the structure of a landscape helps or hinders the movement of wildlife species. A landscape is considered "well connected" when organisms (or natural processes) can readily move among habitat patches over the long term.



PHOTO BY SUSAN HANNON

This agricultural landscape, located near Lac La Biche in Alberta, Canada, is typical of landscape fragmentation caused by human activity in many rural areas. It illustrates a mixture of isolated habitat patches, potential dispersal corridors, and — for many wildlife species — inhospitable habitat consisting of cropland, roads, and farm structures.

Science & Policy Brief

PAGE 2

**FIGURE 1.**
In this simplified rendering of the basic concepts of landscape connectivity, the darker greens represent natural forested areas (patches), while the lighter greens represent surrounding human developments (matrix).



**(a) Connected.** Naturally forested land with a high level of connectivity: species can move through the forested area without crossing into the matrix.



**(b) Unconnected.** Unconnected forested areas: species cannot move from one patch to another unless they enter the matrix.

**FIGURE 2.**



**(a)** In this landscape, the fox can move among connected patches of high-quality, undisturbed forest habitat (dark green), forested land with some disturbance (medium green), and inhospitable matrix (light green).



**(b)** The salamander is unable to move outside an isolated habitat patch (dark green) surrounded by an inhospitable matrix (light green).

SALAMANDER ILLUSTRATION © MONA CARON

Landscapes are made up of mosaics of different patch types with varying physical attributes. This means that connectivity is not merely an element of the landscape; it is also an attribute of each patch. The movements of species across a landscape are influenced by the composition (type of forest, tree density, etc.) of each patch in the mosaic.

Therefore, when identifying connections across a landscape, ecologists and land managers must consider the structure of that landscape.

Loss of landscape connectivity, commonly known as landscape fragmentation, is among the most severe threats to the survival of many wildlife species. Landscape fragmentation occurs when an area of relatively continuous habitat is lost altogether or is divided into smaller parcels. As habitat is lost or fragmented, residual habitat patches become smaller and more isolated from each other. This limits the movement of species and, through their increased isolation, puts them at greater risk of disappearing from a region.

Figures 1 illustrates these principles. When a large forested area (Fig. 1a) is converted to other land uses, the forest is divided into smaller fragments, or patches (Fig. 1b). This reduces available habitat for species that rely on forest habitat and creates barriers to the movement of species among patches. Roads, logging operations, oil and gas drilling pads, the clearing of land for crops and housing developments, and other forms of human activity are primary causes of habitat loss and fragmentation.

**Level of Connectivity**

High levels of connectivity usually mean greater potential for species to move among different habitats and maintain healthy populations. To help ensure the movement of species across a landscape, connections that provide the opportunity for dispersal must be identified. It is also necessary to recognize barriers to movement. For example, dams function as barriers to migrating fish, and roads create barriers for many migrating terrestrial animals.

Each species has evolved needs for different levels of connectivity. Depending on the species, a given landscape may contain patches varying from high-quality habitat to lower-quality habitat or

Rvsd Plan - 00006193

**FIGURE 3.**

The bird perceives all patches within the landscape as suitable for movement, while the salamander views the dark gray patch as its only option for habitat and restricts its movement to that patch.



fragments that can act as barriers to movement. Some species do not restrict their movements to certain patches; rather, they move across an entire landscape — even traversing the matrix — to find high-quality habitat (Fig. 2a). In other cases, a landscape may be so fragmented and patches so isolated that a species cannot move outside an occupied patch (Fig. 2b).

Whether a species can use a patch for high-quality habitat or for dispersal depends on the level of connectivity that the species needs. Studies indicate that the pine marten (*Martes americana*) prefers to move through non-forested patches less than 30 meters in width and generally will not cross wider non-forested patches for fear of predators. On the other hand, elk (*Cervus elaphus*) normally will cross openings more than 30 meters in width. And, as illustrated in Figure 3, many bird species have a different perception of landscape connectivity than do salamanders.

As landscapes become more fragmented and as more habitat is lost, species may find that they must travel over a larger area and likely through a more hostile matrix to meet their living requirements. To help sustain populations of species, it is essential to understand how different species use and move through landscapes and to identify important landscape connections for different species.

## Measuring Landscape Connectivity

Quantifying landscape connectivity can be a tedious and complex task. But new methods are underway, and with the advent of landscape metrics it is possible to quantify connectivity for landscapes, land cover types (forest and vegetation types), species habitat types, species movement, and ecosystem processes across a given region.

Particularly helpful are the metrics that quantify the spatial characteristics (area and configuration of patches) of landscapes. While there are many such metrics, each lends new information as to how a species may move within a landscape — whether the species is affected primarily by patch isolation or patch aggregation across the landscape or largely by patch size or patch shape.

We suggest that readers consult FRAGSTATS, a computer program developed by McGarigal and Marks, for

**FIGURE 4.**



**(a)** A natural corridor helps the salamander at the top of the diagram move among isolated habitat patches (dark green) through a hostile matrix (light green), but the other salamander remains in its isolated patch.



**(b)** The arrow shows how the fox might perceive certain patches as dispersal habitat (medium green) and use those patches to move across the landscape, including the matrix, (light green), to suitable habitat (dark green).

SALAMANDER ILLUSTRATION © MONA CARON

more information about landscape metrics and how to quantify the spatial attributes of landscapes (see <http://www.umass.edu/landeco/research/fragstats/fragstats.html>).

## Landscape Connectivity and Conservation

**Corridors.** In recent years, conservation ecologists have focused on two potential solutions to the loss of connectivity across fragmented landscapes. The first is the use of corridors — areas of habitat that link similar habitat patches in a landscape and are believed to facilitate the movement of species among isolated habitat patches. Corridors can be natural features such as a narrow strip of forest or a riparian area (Fig. 4a). They can also be structures such as the elevated highway segments built along Alligator Alley (I-75) in Big Cypress National Preserve to allow the endangered Florida panther (*Felis concolor coryi*) safe movement corridors underneath or landscaped overpass corridors such as those in Canada's Banff National Park to provide cover for the movement of many species — from bears to songbirds.

The main benefit of corridors is the dispersal habitat they provide between habitat patches, which allows exchanges among isolated sub-populations of species. This is important for many species, including the pronghorn antelope (*Antilocapra americana*). Studies show that pronghorns in Wyoming depend on natural corridors for migration and to ensure genetic variation among isolated sub-populations. The downside of corridors is that they may facilitate the spread of disease and predators to isolated populations.

More information is needed on how animals move and respond to corridor configurations and on the extent to which corridors reduce fragmentation effects. At present, few studies address these issues. Still, it appears that corri-



A grizzly bear (*Ursus arctos*) attempts to cross a road, which poses an unnatural, high-risk barrier to the bear's natural movement. Vehicles have killed grizzlies in at least eight places near Yellowstone and Glacier national parks alone.

dors are valuable in resolving species-specific fragmentation issues.

**The matrix.** Conservation ecologists are also focusing on the role of the matrix in connectivity and how it influences the movements of species across a landscape (Fig. 4b). Learning how species use variable habitat within the matrix will help identify important landscape connections in need of protection to promote the movement of species and to link sub-populations.

This approach has several advantages. Some species require large blocks of continuous habitat to meet their life requirements. They also require surrounding variable habitat within the matrix for movement. Thus, protection of a few remnant corridors may not be enough to provide needed connectivity. But maintaining large blocks of continuous habitats and variability in the surrounding matrix to aid the movement of species will help meet both habitat and connectivity needs.

Another benefit of the matrix approach is that knowledge of how species move through the matrix will help identify the natural conditions that they prefer for movement. Land managers can use such information to protect areas for connectivity needs and ensure that natural conditions will be maintained or mimicked in managed landscapes. Depending on how a species



Conservation ecologists are focusing on the roles that corridors and the matrix play in landscape connectivity.

perceives connectivity, a fairly large part of the landscape might be composed of the matrix. It will be necessary to use the natural landscape and natural changes that occur on the landscape as guides to manage for species' movements throughout the entire landscape.

Much like corridors, few studies have analyzed the matrix's role in connectivity for many species. An investment in this approach could go far to advance sound landscape management and conservation of biodiversity.

**Recommendations.** When designing conservation reserves, land managers should consider all aspects of potential connectivity. Landscape and conservation ecologists recommend that land managers take the following into account when addressing landscape connectivity in their planning processes:

- Species that are well distributed across their native ranges are less susceptible to extinction than are species confined to small portions of their ranges.
- Large patches of habitat that contain large populations of species present a better opportunity to ensure the survival of species than do small patches with small populations.
- The orientation of habitat patches and the surrounding matrix are of vital concern. Habitat patches that are located close together allow for more exchange among individuals than do habitat patches that are far apart.
- Contiguous habitat promotes more movement of species and links among sub-populations than does fragmented habitat.
- Habitat patches that are interconnected through a variable matrix provide more connections than do isolated habitat patches surrounded by an inhospitable matrix.

- In attempts to sustain viable wildlife populations, habitat patches that are relatively inaccessible to humans are preferred over habitat patches that are accessible to humans (roaded areas).

In addition to the recommendations above, managers should: (1) maintain networks of corridors that incorporate existing links in the natural landscape and (2) manage landscapes and the matrix between corridors to sustain the natural conditions that species require for habitat and movements.

## Landscape Connectivity in Practice

A number of conservation groups and land management agencies are beginning to incorporate the principles of landscape connectivity into planning processes. The Yellowstone to Yukon Conservation Initiative is identifying those landscape connections that are important to maintain movement of many species throughout the Rocky Mountain region north from Yellowstone National Park to the far reaches of western Canada. The effectiveness monitoring plan that the U.S. Forest Service adopted for the northern spotted owl in the Pacific Northwest assessed landscape connections among potential spotted owl habitat patches. That plan analyzed how owls may move through and use the matrix surrounding their preferred habitats.

There is still much to learn about landscape connectivity for a substantial number of species in many habitat types. Experience, research, and monitoring will improve understanding of this evolving and potentially powerful tool and allow the incorporation of vital information gleaned from landscape connectivity research into decisions about how land is best managed for conservation purposes.

▽

*A critical task in conservation is to gain an understanding of landscape connectivity and the importance of management actions that counteract threats to connectivity.*

▲

**PAGE 6**

## Suggested Readings

The following sources were used in writing this Science & Policy Brief. They contain useful information for readers who are interested in learning more about land connectivity and related issues.

Edwards, P.J., R.M. May, and N.R. Webb (eds.). 1994. Large Scale Ecology and Conservation Biology. Blackwell, Oxford.

Hagan, J.M., and D.W. Johnston (eds.). 1992. Ecology and Conservation of Neotropical Migrant Landbirds. Smithsonian Institution Press, Washington DC.

Hansen, A.J., T.A. Spies, F.J. Swanson, and J.L. Ohmann. 1991. Conserving biodiversity in managed forests: Lessons learned from natural forests. *Bioscience* 41: 382-392.

Harrison, S., and E. Bruna. 1999. Habitat fragmentation and large-scale conservation: What do we know for sure? *Ecography* 22(3): 225-232.

Knight, R.L., F.W. Smith, S.W. Buskirk, W.H. Romme, and W.L. Baker (eds.). 2000. Forest Fragmentation in the Southern Rocky Mountains. University Press of Colorado, Boulder, CO.

McGarigal, K., and B. Marks. 1995. Fragstats: Spatial pattern analysis developed for quantifying landscape structure. General Technical Report 351. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR.

McGarigal, K., and C. Holmes. 2002. Fragstats: Spatial pattern analysis developed for quantifying landscape structure. <http://www.umass.edu/landeco/fragstats>

McCullough, D.R. (ed.). 1996. Metapopulations and Wildlife Conservation. Island Press, Washington, DC.

Noss, R.F. 1987 Corridors in real landscapes: A reply to Simberloff and Cox. *Conservation Biology* 1(2): 159-64.

Noss R.F. 1991. Landscape connectivity: Different functions at different scales. In: Hudson, W.E. (ed.). Landscapes, Linkages and Biodiversity. Defenders of Wildlife, Washington, DC.

Noss, R.F., H.B. Quigley, M.G. Hornocker, T. Merrill, and P.C. Paquet. 1996. Conservation biology and carnivore conservation in the Rocky Mountains. *Conservation Biology* 10: 949-963.

Wilson, E.O., and E.O. Willis. 1975. Applied biogeography. In: Cody, M., and J.M. Diamond (eds.). Ecology and Evolution of Communities. Harvard University Press, Cambridge, MA.

Yellowstone to Yukon Conservation Initiative. 2003. <http://www.y2y.net/>

**THE WILDERNESS SOCIETY**
1615 M Street, NW
Washington, DC  20036
(202) 833-2300
www.wilderness.org

For more information:
Michele Crist, 208-343-8153 Ext. 13, Northern Rockies/Idaho Regional Office

Science of the Total Environment xxx (2012) xxx–xxx



Contents lists available at SciVerse ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv



# Human health risk assessment of air emissions from development of unconventional natural gas resources ☆,☆☆

Lisa M. McKenzie *, Roxana Z. Witter, Lee S. Newman, John L. Adgate

*Colorado School of Public Health, University of Colorado, Anschutz Medical Campus, Aurora, Colorado, USA*

### ARTICLE INFO

*Article history:*
Received 15 September 2011
Received in revised form 10 February 2012
Accepted 10 February 2012
Available online xxxx

*Keywords:*
Natural gas development
Risk assessment
Air pollution
Hydrocarbon emissions

### ABSTRACT

*Background:* Technological advances (e.g. directional drilling, hydraulic fracturing), have led to increases in unconventional natural gas development (NGD), raising questions about health impacts.

*Objectives:* We estimated health risks for exposures to air emissions from a NGD project in Garfield County, Colorado with the objective of supporting risk prevention recommendations in a health impact assessment (HIA).

*Methods:* We used EPA guidance to estimate chronic and subchronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for two populations: (1) residents living >½ mile from wells and (2) residents living ≤½ mile from wells.

*Results:* Residents living ≤½ mile from wells are at greater risk for health effects from NGD than are residents living >½ mile from wells. Subchronic exposures to air pollutants during well completion activities present the greatest potential for health effects. The subchronic non-cancer hazard index (HI) of 5 for residents ≤½ mile from wells was driven primarily by exposure to trimethylbenzenes, xylenes, and aliphatic hydrocarbons. Chronic HIs were 1 and 0.4. for residents ≤½ mile from wells and >½ mile from wells, respectively. Cumulative cancer risks were 10 in a million and 6 in a million for residents living ≤½ mile and >½ mile from wells, respectively, with benzene as the major contributor to the risk.

*Conclusions:* Risk assessment can be used in HIAs to direct health risk prevention strategies. Risk management approaches should focus on reducing exposures to emissions during well completions. These preliminary results indicate that health effects resulting from air emissions during unconventional NGD warrant further study. Prospective studies should focus on health effects associated with air pollution.

© 2012 Elsevier B.V. All rights reserved.

## 1. Introduction

The United States (US) holds large reserves of unconventional natural gas resources in coalbeds, shale, and tight sands. Technological advances, such as directional drilling and hydraulic fracturing, have led to a rapid increase in the development of these resources. For example, shale gas production had an average annual growth rate of 48% over the 2006 to 2010 period and is projected to grow almost fourfold from 2009 to 2035 (US EIA, 2011). The number of unconventional natural gas wells in the US rose from 18,485 in 2004 to 25,145 in 2007 and is expected to continue increasing through at least 2020 (Vidas and Hugman, 2008). With this expansion, it is becoming increasingly common for unconventional natural gas development (NGD) to occur near where people live, work, and play. People living near these development sites are raising public health concerns, as rapid NGD exposes more people to various potential stressors (COGCC, 2009a).

The process of unconventional NGD is typically divided into two phases: well development and production (US EPA, 2010a; US DOE, 2009). Well development involves pad preparation, well drilling, and well completion. The well completion process has three primary stages: 1) completion transitions (concrete well plugs are installed in wells to separate fracturing stages and then drilled out to release gas for production); 2) hydraulic fracturing ("fracking": the high pressure injection of water, chemicals, and propants into the drilled well to release the natural gas); and 3) flowback, the return of fracking and geologic fluids, liquid hydrocarbons ("condensate") and natural gas to the surface (US EPA, 2010a; US DOE, 2009). Once development is

---

*Abbreviations:* BTEX, benzene, toluene, ethylbenzene, and xylenes; COGCC, Colorado Oil and Gas Conservation Commission; HAP, hazardous air pollutant; HI, hazard index; HIA, health impact assessment; HQ, hazard quotient; NATA, National Air Toxics Assessment; NGD, natural gas development.

☆ This study was supported by the Garfield County Board of County Commissioners and the Colorado School of Public Health.

☆☆ The authors declare they have no competing financial interests.

* Corresponding author at: Colorado School of Public Health, 13001 East 17th Place, Mail Stop B119, Aurora, CO 80045, USA. Tel.: +1 303 724 5557; fax: +1 303 724 4617.

*E-mail address:* lisa.mckenzie@ucdenver.edu (L.M. McKenzie).

0048-9697/$ – see front matter © 2012 Elsevier B.V. All rights reserved.
doi:10.1016/j.scitotenv.2012.02.018

Rvsd Plan - 00006198

complete, the "salable" gas is collected, processed, and distributed. While methane is the primary constituent of natural gas, it contains many other chemicals, including alkanes, benzene, and other aromatic hydrocarbons (TERC, 2009).

As shown by ambient air studies in Colorado, Texas, and Wyoming, the NGD process results in direct and fugitive air emissions of a complex mixture of pollutants from the natural gas resource itself as well as diesel engines, tanks containing produced water, and on site materials used in production, such as drilling muds and fracking fluids (CDPHE, 2009; Frazier, 2009; Walther, 2011; Zielinska et al., 2011). The specific contribution of each of these potential NGD sources has yet to be ascertained and pollutants such as petroleum hydrocarbons are likely to be emitted from several of these NGD sources. This complex mixture of chemicals and resultant secondary air pollutants, such as ozone, can be transported to nearby residences and population centers (Walther, 2011; GCPH, 2010).

Multiple studies on inhalation exposure to petroleum hydrocarbons in occupational settings as well as residences near refineries, oil spills and petrol stations indicate an increased risk of eye irritation and headaches, asthma symptoms, acute childhood leukemia, acute myelogenous leukemia, and multiple myeloma (Glass et al., 2003; Kirkeleit et al., 2008; Brosselin et al., 2009; Kim et al., 2009; White et al., 2009). Many of the petroleum hydrocarbons observed in these studies are present in and around NGD sites (TERC, 2009). Some, such as benzene, ethylbenzene, toluene, and xylene (BTEX) have robust exposure and toxicity knowledge bases, while toxicity information for others, such as heptane, octane, and diethylbenzene, is more limited. Assessments in Colorado have concluded that ambient benzene levels demonstrate an increased potential risk of developing cancer as well as chronic and acute non-cancer health effects in areas of Garfield County Colorado where NGD is the only major industry other than agriculture (CDPHE, 2007; Coons and Walker, 2008; CDPHE, 2010). Health effects associated with benzene include acute and chronic nonlymphocytic leukemia, acute myeloid leukemia, chronic lymphocytic leukemia, anemia, and other blood disorders and immunological effects. (ATSDR, 2007a, IRIS, 2011). In addition, maternal exposure to ambient levels of benzene recently has been associated with an increase in birth prevalence of neural tube defects (Lupo et al., 2011). Health effects of xylene exposure include eye, nose, and throat irritation, difficulty in breathing, impaired lung function, and nervous system impairment (ATSDR, 2007b). In addition, inhalation of xylenes, benzene, and alkanes can adversely affect the nervous system (Carpenter et al., 1978; Nilsen et al., 1988; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

Previous assessments are limited in that they were not able to distinguish between risks from ambient air pollution and specific NGD stages, such as well completions or risks between residents living near wells and residents living further from wells. We were able to isolate risks to residents living near wells during the flowback stage of well completions by using air quality data collected at the perimeter of the wells while flowback was occurring.

Battlement Mesa (population ~5000) located in rural Garfield County, Colorado is one community experiencing the rapid expansion of NGD in an unconventional tight sand resource. A NGD operator has proposed developing 200 gas wells on 9 well pads located as close as 500 ft from residences. Colorado Oil and Gas Commission (COGCC) rules allow natural gas wells to be placed as close as 150 ft from residences (COGCC, 2009b). Because of community concerns, as described elsewhere, we conducted a health impact assessment (HIA) to assess how the project may impact public health (Witter et al., 2011), working with a range of stakeholders to identify the potential public health risks and benefits.

In this article, we illustrate how a risk assessment was used to support elements of the HIA process and inform risk prevention recommendations by estimating chronic and subchronic non-

cancer hazard indices (HIs) and lifetime excess cancer risks due to NGD air emissions.

## 2. Methods

We used standard United States Environmental Protection Agency (EPA) methodology to estimate non-cancer HIs and excess lifetime cancer risks for exposures to hydrocarbons (US EPA, 1989; US EPA, 2004) using residential exposure scenarios developed for the NGD project. We used air toxics data collected in Garfield County from January 2008 to November 2010 as part of a special study of short term exposures as well as on-going ambient air monitoring program data to estimate subchronic and chronic exposures and health risks (Frazier, 2009; GCPH, 2009; GCPH, 2010; GCPH, 2011; Antero, 2010).

### 2.1. Sample collection and analysis

All samples were collected and analyzed according to published EPA methods. Analyses were conducted by EPA certified laboratories. The Garfield County Department of Public Health (GCPH) and Olsson Associates, Inc. (Olsson) collected ambient air samples into evacuated SUMMA® passivated stainless-steel canisters over 24-hour intervals. The GCPH collected the samples from a fixed monitoring station and along the perimeters of four well pads and shipped samples to Eastern Research Group for analysis of 78 hydrocarbons using EPA's compendium method TO-12, Method for the Determination of Non-Methane Organic Compounds in Ambient Air Using Cyrogenic Preconcentration and Direct Flame Ionization Detection (US EPA, 1999). Olsson collected samples along the perimeter of one well pad and shipped samples to Atmospheric Analysis and Consulting, Inc. for analysis of 56 hydrocarbons (a subset of the 78 hydrocarbons determined by Eastern Research Group) using method TO-12. Per method TO-12, a fixed volume of sample was cryogenically concentrated and then desorbed onto a gas chromatography column equipped with a flame ionization detector. Chemicals were identified by retention time and reported in a concentration of parts per billion carbon (ppbC). The ppbC values were converted to micrograms per cubic meter ($\mu g/m^3$) at 01.325 kPa and 298.15 K.

Two different sets of samples were collected from rural (population<50,000) areas in western Garfield County over varying time periods. The main economy, aside from the NGD industry, of western Garfield County is agricultural. There is no other major industry.

#### 2.1.1. NGD area samples

The GCPH collected ambient air samples every six days between January 2008 and November 2010 (163 samples) from a fixed monitoring station located in the midst of rural home sites and ranches and NGD, during both well development and production. The site is located on top of a small hill and 4 miles upwind of other potential emission sources, such as a major highway (Interstate-70) and the town of Silt, CO (GCPH, 2009; GCPH, 2010; GCPH, 2011).

#### 2.1.2. Well completion samples

The GCPH collected 16 ambient air samples at each cardinal direction along 4 well pad perimeters (130 to 500 ft from the well pad center) in rural Garfield County during well completion activities. The samples were collected on the perimeter of 4 well pads being developed by 4 different natural gas operators in summer 2008 (Frazier, 2009). The GCPH worked closely with the NGD operators to ensure these air samples were collected during the period while at least one well was on uncontrolled (emissions not controlled) flowback into collection tanks vented directly to the air. The number of wells on each pad and other activities occurring on the pad were not documented. Samples were collected over 24 to 27-hour intervals, and samples included emissions from both uncontrolled flowback and

Rvsd Plan - 0000619

Case 1:21-cv-02994-REB Document 24-20 Filed 06/21/22 USDC Colorado Page 64 of 223

diesel engines (i.e., from. trucks and generators supporting completion activities). In addition, the GCPH collected a background sample 0.33 to 1 mile from each well pad (Frazier, 2009). The highest hydrocarbon levels corresponded to samples collected directly downwind of the tanks (Frazier, 2009; Antero, 2010). The lowest hydrocarbon levels corresponded either to background samples or samples collected upwind of the flowback tanks (Frazier, 2009; Antero, 2010).

Antero Resources Inc., a natural gas operator, contracted Olsson to collect eight 24-hour integrated ambient air samples at each cardinal direction at 350 and 500 ft from the well pad center during well completion activities conducted on one of their well pads in summer 2010 (Antero, 2010). Of the 12 wells on this pad, 8 were producing salable natural gas; 1 had been drilled but not completed; 2 were being hydraulically fractured during daytime hours, with ensuing uncontrolled flowback during nighttime hours; and 1 was on uncontrolled flowback during nighttime hours.

All five well pads are located in areas with active gas production, approximately 1 mile from Interstate-70.

### 2.2. Data assessment

We evaluated outliers and compared distributions of chemical concentrations from NGD area and well completion samples using Q–Q plots and the Mann–Whitney $U$ test, respectively, in EPA's ProUCL version 4.00.05 software (US EPA, 2010b). The Mann–Whitney $U$ test was used because the measurement data were not normally distributed. Distributions were considered as significantly different at an alpha of 0.05. Per EPA guidance, we assigned the exposure concentration as either the 95% upper confidence limit (UCL) of the mean concentration for compounds found in 10 or more samples or the maximum detected concentration for compounds found in more than 1 but fewer than 10 samples. This latter category included three compounds: 1,3-butadiene, 2,2,4-trimethylpentane, and styrene in the well completion samples. EPA's ProUCL software was used to select appropriate methods based on sample distributions and detection frequency for computing 95% UCLs of the mean concentration (US EPA, 2010b).

### 2.3. Exposure assessment

Risks were estimated for two populations: (1) residents >½ mile from wells; and (2) residents ≤½ mile from wells. We defined

residents ≤½ mile from wells as living near wells, based on residents reporting odor complaints attributed to gas wells in the summer of 2010 (COGCC, 2011).

Exposure scenarios were developed for chronic non-cancer HIs and cancer risks. For both populations, we assumed a 30-year project duration based on an estimated 5-year well development period for all well pads, followed by 20 to 30 years of production. We assumed a resident lives, works, and otherwise remains within the town 24 h/day, 350 days/year, and that lifetime of a resident is 70 years, based on standard EPA reasonable maximum exposure (RME) defaults (US EPA, 1989).

#### 2.3.1. Residents >½ mile from well pads

As illustrated in Fig. 1, data from the NGD area samples were used to estimate chronic and subchronic risks for residents >½ mile from well development and production throughout the project. The exposure concentrations for this population were the 95% UCL on the mean concentration and median concentration from the 163 NGD samples.

#### 2.3.2. Residents ≤½ mile from well pads

To evaluate subchronic non-cancer HIs from well completion emissions, we estimated that a resident lives ≤½ mile from two well pads resulting a 20-month exposure duration based on 2 weeks per well for completion and 20 wells per pad, assuming some overlap in between activities. The subchronic exposure concentrations for this population were the 95% UCL on the mean concentration and the median concentration from the 24 well completion samples. To evaluate chronic risks to residents ≤½ mile from wells throughout the NGD project, we calculated a time-weighted exposure concentration ($C_{S+c}$) to account for exposure to emissions from well completions for 20-months followed by 340 months of exposure to emissions from the NGD area using the following formula:

$$C_{S+c} = (C_c \times ED_c/ED) + (C_S \times ED_S/ED)$$

where:

$C_c$     Chronic exposure point concentration ($\mu g/m^3$) based on the 95% UCL of the mean concentration or median concentration from the 163 NGD area samples



**Fig. 1.** Relationship between completion samples and natural gas development area samples and residents living ≤½ mile and >½ mile from wells. *Time weighted average based on 20-month contribution from well completion samples and 340-month contribution from natural gas development samples.

Rvsd Plan - 00006200

$ED_c$      Chronic exposure duration
$C_S$      Subchronic exposure point concentration ($\mu g/m^3$) based on the 95% UCL of the mean concentration or median concentration from the 24 well completion samples
$ED_S$      Subchronic exposure duration
$ED$      Total exposure duration

### 2.4. Toxicity assessment and risk characterization

For non-carcinogens, we expressed inhalation toxicity measurements as a reference concentration (RfC in units of $\mu g/m^3$ air). We used chronic RfCs to evaluate long-term exposures of 30 years and subchronic RfCs to evaluate subchronic exposures of 20-months. If a subchronic RfC was not available, we used the chronic RfC. We obtained RfCs from (in order of preference) EPA's Integrated Risk Information System (IRIS) (US EPA, 2011), California Environmental Protection Agency (CalEPA) (CalEPA, 2003), EPA's Provisional Peer-Reviewed Toxicity Values (ORNL, 2009), and Health Effects Assessment Summary Tables (US EPA, 1997). We used surrogate RfCs according to EPA guidance for $C_5$ to $C_{18}$ aliphatic and $C_6$ to $C_{18}$ aromatic hydrocarbons which did not have a chemical-specific toxicity value (US EPA, 2009a). We derived semi-quantitative hazards, in terms of the hazard quotient (HQ), defined as the ratio between an estimated exposure concentration and RfC. We summed HQs for individual compounds to estimate the total cumulative HI. We then separated HQs specific to neurological, respiratory, hematological, and developmental effects and calculated a cumulative HI for each of these specific effects.

For carcinogens, we expressed inhalation toxicity measurements as inhalation unit risk (IUR) in units of risk per $\mu g/m^3$. We used IURs from EPA's IRIS (US EPA, 2011) when available or the CalEPA (CalEPA, 2003). The lifetime cancer risk for each compound was derived by multiplying estimated exposure concentration by the IUR. We summed cancer risks for individual compounds to

estimate the cumulative cancer risk. Risks are expressed as excess cancers per 1 million population based on exposure over 30 years.

Toxicity values (i.e., RfCs or IURs) or a surrogate toxicity value were available for 45 out of 78 hydrocarbons measured. We performed a quantitative risk assessment for these hydrocarbons. The remaining 33 hydrocarbons were considered qualitatively in the risk assessment.

## 3. Results

### 3.1. Data assessment

Evaluation of potential outliers revealed no sampling, analytical, or other anomalies were associated with the outliers. In addition, removal of potential outliers from the NGD area samples did not change the final HIs and cancer risks. Potential outliers in the well completion samples were associated with samples collected downwind from flowback tanks and are representative of emissions during flowback. Therefore, no data was removed from either data set.

Descriptive statistics for concentrations of the hydrocarbons used in the quantitative risk assessment are presented in Table 1. A list of the hydrocarbons detected in the samples that were considered qualitatively in the risk assessment because toxicity values were not available is presented in Table 2. Descriptive statistics for all hydrocarbons are available in Supplemental Table 1. Two thirds more hydrocarbons were detected at a frequency of 100% in the well completion samples (38 hydrocarbons) than in the NGD area samples (23 hydrocarbons). Generally, the highest alkane and aromatic hydrocarbon median concentrations were observed in the well completion samples, while the highest median concentrations of several alkenes were observed in the NGD area samples. Median concentrations of benzene, ethylbenzene, toluene, and m-xylene/p-xlyene were 2.7, 4.5, 4.3, and 9 times higher in the well completion samples than in the NGD area samples, respectively. Wilcoxon–Mann–Whitney test results indicate that

**Table 1**

Descriptive statistics for hydrocarbon concentrations with toxicity values in 24-hour integrated samples collected in NGD area and samples collected during well completions.

| Hydrocarbon ($\mu g/m^3$) | NGD area sample results[a] | | | | | | | Well completion sample results[b] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | % > MDL | Med | SD | 95% UCL[c] | Min | Max | No. | % > MDL | Med | SD | 95% UCL[c] | Min | Max |
| 1,2,3-Trimethylbenzene | 163 | 39 | 0.11 | 0.095 | 0.099 | 0.022 | 0.85 | 24 | 83 | 0.84 | 2.3 | 3.2 | 0.055 | 12 |
| 1,2,4-Trimethylbenzene | 163 | 96 | 0.18 | 0.34 | 0.31 | 0.063 | 3.1 | 24 | 100 | 1.7 | 17 | 21 | 0.44 | 83 |
| 1,3,5-Trimethylbenzene | 163 | 83 | 0.12 | 0.13 | 0.175 | 0.024 | 1.2 | 24 | 100 | 1.3 | 16 | 19.5 | 0.33 | 78 |
| 1,3-Butadiene | 163 | 7 | 0.11 | 0.020 | 0.0465 | 0.025 | 0.15 | 16 | 56 | 0.11 | 0.021 | NC | 0.068 | 0.17 |
| Benzene | 163 | 100 | 0.95 | 1.3 | 1.7 | 0.096 | 14 | 24 | 100 | 2.6 | 14 | 20 | 0.94 | 69 |
| Cyclohexane | 163 | 100 | 2.1 | 8.3 | 6.2 | 0.11 | 105 | 24 | 100 | 5.3 | 43 | 58 | 2.21 | 200 |
| Ethylbenzene | 163 | 95 | 0.17 | 0.73 | 0.415 | 0.056 | 8.1 | 24 | 100 | 0.77 | 47 | 54 | 0.25 | 230 |
| Isopropylbenzene | 163 | 38 | 0.15 | 0.053 | 0.074 | 0.020 | 0.33 | 24 | 67 | 0.33 | 1.0 | 1.0 | 0.0 | 4.8 |
| Methylcyclohexane | 163 | 100 | 3.7 | 4.0 | 6.3 | 0.15 | 24 | 24 | 100 | 14 | 149 | 190 | 3.1 | 720 |
| m-Xylene/p-Xylene | 163 | 100 | 0.87 | 1.2 | 1.3 | 0.16 | 9.9 | 24 | 100 | 7.8 | 194 | 240 | 2.0 | 880 |
| n-Hexane | 163 | 100 | 4.0 | 4.2 | 6.7 | 0.13 | 25 | 24 | 100 | 7.7 | 57 | 80 | 1.7 | 255 |
| n-Nonane | 163 | 99 | 0.44 | 0.49 | 0.66 | 0.064 | 3.1 | 24 | 100 | 3.6 | 61 | 76 | 1.2 | 300 |
| n-Pentane | 163 | 100 | 9.1 | 9.8 | 14 | 0.23 | 62 | 24 | 100 | 11 | 156 | 210 | 3.9 | 550 |
| n-Propylbenzene | 163 | 66 | 0.10 | 0.068 | 0.10 | 0.032 | 0.71 | 24 | 88 | 0.64 | 2.4 | 3.3 | 0.098 | 12 |
| o-Xylene | 163 | 97 | 0.22 | 0.33 | 0.33 | 0.064 | 3.6 | 24 | 100 | 1.2 | 40 | 48.5 | 0.38 | 190 |
| Propylene | 163 | 100 | 0.34 | 0.23 | 0.40 | 0.11 | 2.5 | 24 | 100 | 0.41 | 0.34 | 0.60 | 0.16 | 1.9 |
| Styrene | 163 | 15 | 0.15 | 0.26 | 0.13 | 0.017 | 3.4 | 24 | 21 | 0.13 | 1.2 | NC | 0.23 | 5.9 |
| Toluene | 163 | 100 | 1.8 | 6.2 | 4.8 | 0.11 | 79 | 24 | 100 | 7.8 | 67 | 92 | 2.7 | 320 |
| Aliphatic hydrocarbons $C_5$–$C_8$[d] | 163 | NC | 29 | NA | 44 | 1.7 | 220 | 24 | NC | 56 | NA | 780 | 24 | 2700 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$[e] | 163 | NC | 1.3 | NA | 14 | 0.18 | 400 | 24 | NC | 7.9 | NA | 100 | 1.4 | 390 |
| Aromatic hydrocarbons $C_9$–$C_{18}$[f] | 163 | NC | 0.57 | NA | 0.695 | 0.17 | 5.6 | 24 | NC | 3.7 | NA | 27 | 0.71 | 120 |

Abbreviations: Max, maximum detected concentration; Med, median; Min, minimum detected concentration; NGD, natural gas development; NC, not calculated; No., number of samples; SD, standard deviation; % > MDL, percent greater than method detection limit; $\mu g/m^3$ micrograms per cubic meter; 95% UCL 95% upper confidence limit on the mean.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.
[c] Calculated using EPA's ProUCL version 4.00.05 software (US EPA, 2010b).
[d] Sum of 2,2,2-trimethylpentane, 2,2,4-trimethylpentane, 2,2-dimethylbutane, 2,3,4-trimethylpentane, 2,3-dimethylbutane, 2,3-dimethylpentane, 2,4-dimethylpentane, 2-methylheptane, 2-methylhexane, 2-methylpentane, 3-methylheptane, 3-methylhexane, 3-methylpentane, cyclopentane, isopentane, methylcyclopentane, n-heptane, n-octane.
[e] Sum of n-decane, n-dodecane, n-tridecane, n-undecane.
[f] Sum of m-diethylbenzene, m-ethyltoluene, o-ethyltoluene, p-diethylbenzene, p-ethyltoluene.

Rvsd Plan - 00000620

*LM. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx* 5

**Table 2**
Detection frequencies of hydrocarbons without toxicity values detected in NGD area or well completion samples.

| Hydrocarbon | NGD area sample[a] detection frequency (%) | Well completion sample[b] detection frequency (%) |
|---|---|---|
| 1-Dodecene | 36 | 81 |
| 1-Heptene | 94 | 100 |
| 1-Hexene | 63 | 79 |
| 1-Nonene | 52 | 94 |
| 1-Octene | 29 | 75 |
| 1-Pentene | 98 | 79 |
| 1-Tridecene | 7 | 38 |
| 1-Undecene | 28 | 81 |
| 2-Ethyl-1-butene | 1 | 0 |
| 2-Methyl-1-butene | 29 | 44 |
| 2-Methyl-1-pentene | 1 | 6 |
| 2-Methyl-2-butene | 36 | 69 |
| 3-Methyl-1-butene | 6 | 6 |
| 4-Methyl-1-pentene | 16 | 69 |
| Acetylene | 100 | 92 |
| a-Pinene | 63 | 100 |
| b-Pinene | 10 | 44 |
| cis-2-Butene | 58 | 75 |
| cis-2-Hexene | 13 | 81 |
| cis-2-Pentene | 38 | 54 |
| Cyclopentene | 44 | 94 |
| Ethane | 100 | 100 |
| Ethylene | 100 | 100 |
| Isobutane | 100 | 100 |
| Isobutene/1-Butene | 73 | 44 |
| Isoprene | 71 | 96 |
| n-Butane | 98 | 100 |
| Propane | 100 | 100 |
| Propyne | 1 | 0 |
| trans-2-Butene | 80 | 75 |
| trans-2-Hexene | 1 | 6 |
| trans-2-Pentene | 55 | 83 |

Abbreviations: NGD, natural gas development.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.

concentrations of hydrocarbons from well completion samples were significantly higher than concentrations from NGD area samples ($p<0.05$) with the exception of 1,2,3-trimethylbenzene, n-pentane, 1,3-butadiene, isopropylbenzene, n-propylbenzene, propylene, and styrene (Supplemental Table 2).

### 3.2. Non-cancer hazard indices

Table 3 presents chronic and subchronic RfCs used in calculating non-cancer HIs, as well critical effects and other effects. Chronic non-cancer HQ and HI estimates based on ambient air concentrations are presented in Table 4. The total chronic HIs based on the 95% UCL of the mean concentration were 0.4 for residents >½ mile from wells and 1 for residents ≤½ mile from wells. Most of the chronic non-cancer hazard is attributed to neurological effects with neurological HIs of 0.3 for residents >½ mile from wells and 0.9 for residents ≤½ mile from wells.

Total subchronic non-cancer HQs and HI estimates are presented in Table 5. The total subchronic HIs based on the 95% UCL of the mean concentration were 0.2 for residents >½ mile from wells and 5 for residents ≤½ mile from wells. The subchronic non-cancer hazard for residents >½ mile from wells is attributed mostly to respiratory effects (HI = 0.2), while the subchronic hazard for residents ≤½ mile from wells is attributed to neurological (HI = 4), respiratory (HI = 2), hematological (HI = 3), and developmental (HI = 1) effects.

For residents >½ mile from wells, aliphatic hydrocarbons (51%), trimethylbenzenes (22%), and benzene (14%) are primary contributors to the chronic non-cancer HI. For residents ≤½ mile from wells,

trimethylbenzenes (45%), aliphatic hydrocarbons (32%), and xylenes (17%) are primary contributors to the chronic non-cancer HI, and trimethylbenzenes (46%), aliphatic hydrocarbons (21%) and xylenes (15%) also are primary contributors to the subchronic HI.

### 3.3. Cancer risks

Cancer risk estimates calculated based on measured ambient air concentrations are presented in Table 6. The cumulative cancer risks based on the 95% UCL of the mean concentration were 6 in a million for residents >½ from wells and 10 in a million for residents ≤½ mile from wells. Benzene (84%) and 1,3-butadiene (9%) were the primary contributors to cumulative cancer risk for residents >½ mile from wells. Benzene (67%) and ethylbenzene (27%) were the primary contributors to cumulative cancer risk for residents ≤½ mile from wells.

## 4. Discussion

Our results show that the non-cancer HI from air emissions due to natural gas development is greater for residents living closer to wells. Our greatest HI corresponds to the relatively short-term (i.e., subchronic), but high emission, well completion period. This HI is driven principally by exposure to trimethylbenzenes, aliphatic hydrocarbons, and xylenes, all of which have neurological and/or respiratory effects. We also calculated higher cancer risks for residents living nearer to wells as compared to residents residing further from wells. Benzene is the major contributor to lifetime excess cancer risk for both scenarios. It also is notable that these increased risk metrics are seen in an air shed that has elevated ambient levels of several measured air toxics, such as benzene (CDPHE, 2009; GCPH, 2010).

### 4.1. Representation of exposures from NGD

It is likely that NGD is the major source of the hydrocarbons observed in the NGD area samples used in this risk assessment. The NGD area monitoring site is located in the midst of multi-acre rural home sites and ranches. Natural gas is the only industry in the area other than agriculture. Furthermore, the site is at least 4 miles upwind from any other major emission source, including Interstate 70 and the town of Silt, Colorado. Interestingly, levels of benzene, m,p-xylene, and 1,3,5-trimethylbenzene measured at this rural monitoring site in 2009 were higher than levels measured at 27 out of 37 EPA air toxics monitoring sites where SNMOCs were measured, including urban sites such as Elizabeth, NJ, Dearborn, MI, and Tulsa, OK (GCPH, 2010; US EPA, 2009b). In addition, the 2007 Garfield County emission inventory attributes the bulk of benzene, xylene, toluene, and ethylbenzene emissions in the county to NGD, with NGD point and non-point sources contributing five times more benzene than any other emission source, including on-road vehicles, wildfires, and wood burning. The emission inventory also indicates that NGD sources (e.g. condensate tanks, drill rigs, venting during completions, fugitive emissions from wells and pipes, and compressor engines) contributed ten times more VOC emissions than any source, other than biogenic sources (e.g, plants, animals, marshes, and the earth) (CDPHE, 2009).

Emissions from flowback operations, which may include emissions from various sources on the pads such as wells and diesel engines, are likely the major source of the hydrocarbons observed in the well completion samples. These samples were collected very near (130 to 500 ft from the center) well pads during uncontrolled flowback into tanks venting directly to the air. As for the NGD area samples, no sources other than those associated with NGD were in the vicinity of the sampling locations.

Subchronic health effects, such as headaches and throat and eye irritation reported by residents during well completion activities

Rvsd Plan - 00006202

6      *L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*

**Table 3**

Chronic and subchronic reference concentrations, critical effects, and major effects for hydrocarbons in quantitative risk assessment.

| Hydrocarbon | Chronic | | Subchronic | | Critical effect/ target organ | Other effects |
|---|---|---|---|---|---|---|
| | RfC ($\mu g/m^3$) | Source | RfC ($\mu g/m^3$) | Source | | |
| 1,2,3-Trimethylbenzene | 5.00E+00 | PPTRV | 5.00E+01 | PPTRV | Neurological | Respiratory, hematological |
| 1,3,5-Trimethylbenzene | 6.00E+00 | PPTRV | 1.00E+01 | PPTRV | Neurological | Hematological |
| Isopropylbenzene | 4.00E+02 | IRIS | 9.00E+01 | HEAST | Renal | Neurological, respiratory |
| n-Hexane | 7.00E+02 | IRIS | 2.00E+03 | PPTRV | Neurological | – |
| n-Nonane | 2.00E+02 | PPTRV | 2.00E+03 | PPTRV | Neurological | Respiratory |
| n-Pentane | 1.00E+03 | PPTRV | 1.00E+04 | PPTRV | Neurological | – |
| Styrene | 1.00E+03 | IRIS | 3.00E+03 | HEAST | Neurological | – |
| Toluene | 5.00E+03 | IRIS | 5.00E+03 | PPTRV | Neurological | Developmental, respiratory |
| Xylenes, total | 1.00E+02 | IRIS | 4.00E+02 | PPTRV | Neurological | Developmental, respiratory |
| n-propylbenzene | 1.00E+03 | PPTRV | 1.00E+03 | Chronic RfC PPTRV | Developmental | Neurological |
| 1,2,4-Trimethylbenzene | 7.00E+00 | PPTRV | 7.00E+01 | PPTRV | Decrease in blood clotting time | Neurological, respiratory |
| 1,3-Butadiene | 2.00E+00 | IRIS | 2.00E+00 | Chronic RfC IRIS | Reproductive | Neurological, respiratory |
| Propylene | 3.00E+03 | CalEPA | 1.00E+03 | Chronic RfC CalEPA | Respiratory | – |
| Benzene | 3.00E+01 | ATSDR | 8.00E+01 | PPTRV | Decreased lymphocyte count | Neurological, developmental, reproductive |
| Ethylbenzene | 1.00E+03 | ATSDR | 9.00E+03 | PPTRV | Auditory | Neurological, respiratory, renal |
| Cyclohexane | 6.00E+03 | IRIS | 1.80E+04 | PPTRV | Developmental | Neurological |
| Methylcyclohexane | 3.00E+03 | HEAST | 3.00E+03 | HEAST | Renal | – |
| Aliphatic hydrocarbons $C_5$–$C_8$[a] | 6E+02 | PPTRV | 2.7E+04 | PPTRV | Neurological | – |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1E+02 | PPTRV | 1E+02 | PPTRV | Respiratory | – |
| Aromatic hydrocarbons $C_9$–$C_{18}$[b] | 1E+02 | PPTRV | 1E+03 | PPRTV | Decreased maternal body weight | Respiratory |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; HEAST, EPA Health Effects Assessment Summary Tables 1997; HQ, hazard quotient; IRIS, Integrated Risk Information System; Max, maximum; PPTRV, EPA Provisional Peer-Reviewed Toxicity Value; RfC, reference concentration; $\mu g/m^3$, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011); ORNL 2011.

[a] Based on PPTRV for commercial hexane.

[b] Based on PPTRV for high flash naphtha.

occurring in Garfield County, are consistent with known health effects of many of the hydrocarbons evaluated in this analysis (COGCC, 2011; Witter et al., 2011). Inhalation of trimethylbenzenes and xylenes can irritate the respiratory system and mucous membranes with effects ranging from eye, nose, and throat irritation to difficulty in breathing and impaired lung function (ATSDR, 2007a;

**Table 4**

Chronic hazard quotients and hazard indices for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−02 | 1.90E−02 | 2.87E−02 | 5.21E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−02 | 4.22E−02 | 3.64E−02 | 2.01E−01 |
| 1,3,5-Trimethylbenzene | 1.96E−02 | 2.80E−02 | 3.00E−02 | 1.99E−01 |
| 1,3-Butadiene | 5.05E−02 | 2.23E−02 | 5.05E−02 | 2.25E−02 |
| Benzene | 3.03E−02 | 5.40E−02 | 3.32E−02 | 8.70E−02 |
| Cyclohexane | 3.40E−04 | 9.98E−04 | 3.67E−04 | 1.46E−03 |
| Ethylbenzene | 1.63E−04 | 3.98E−04 | 1.95E−04 | 3.23E−03 |
| Isopropylbenzene | 3.68E−04 | 1.78E−04 | 3.90E−04 | 3.05E−04 |
| Methylcyclohexane | 1.18E−03 | 2.00E−03 | 1.36E−03 | 5.32E−03 |
| n-Hexane | 5.49E−03 | 9.23E−03 | 5.76E−03 | 1.47E−02 |
| n-Nonane | 2.11E−03 | 3.14E−03 | 2.95E−03 | 2.31E−02 |
| n-Pentane | 8.71E−03 | 1.32E−02 | 8.79E−03 | 2.39E−02 |
| n-propylbenzene | 9.95E−05 | 9.59E−05 | 1.28E−04 | 2.64E−04 |
| Propylene | 1.09E−04 | 1.27E−04 | 1.10E−04 | 1.30E−04 |
| Styrene | 1.43E−04 | 1.25E−04 | 1.42E−04 | 4.32E−04 |
| Toluene | 3.40E−04 | 9.28E−04 | 4.06E−04 | 1.86E−03 |
| Xylenes, total | 1.16E−02 | 1.57E−02 | 1.54E−02 | 1.71E−01 |
| Aliphatic hydrocarbons $C_5$–$C_8$ | 4.63E−02 | 7.02E−02 | 4.87E−02 | 1.36E−01 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1.22E−02 | 1.35E−01 | 1.58E−02 | 1.83E−01 |
| Aromatic hydrocarbons $C_9$–$C_{18}$ | 5.44E−03 | 6.67E−03 | 7.12E−03 | 2.04E−02 |
| Total Hazard Index | 2E−01 | 4E−01 | 3E−01 | 1E+00 |
| Neuorological Effects Hazard Index[a] | 2E−01 | 3E−01 | 3E−01 | 9E−01 |
| Respiratory Effects Hazard Index[b] | 1E−01 | 2E−02 | 2E−02 | 7E−01 |
| Hematological Effects Hazard Index[c] | 1E−01 | 1E−01 | 1E−01 | 5E−01 |
| Developmental Effects Hazard Index[d] | 4E−02 | 7E−02 | 5E−02 | 3E−01 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.

[a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic $C_5$–$C_8$ hydrocarbons.

[b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic $C_9$–$C_{18}$ hydrocarbons, aromatic $C_9$–$C_{18}$ hydrocarbons.

[c] Sum of HQs for hydrocarbons with hematological effects: 1,2,3-trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, benzene.

[d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

Rvsd Plan - 00006203

**Table 5**
Subchronic hazard quotients and hazard indices residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon ($\mu$g/m³) | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−03 | 1.90E−03 | 1.67E−02 | 6.40E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−03 | 4.22E−03 | 2.38E−02 | 3.02E−01 |
| 1,3,5-Trimethylbenzene | 1.18E−02 | 1.68E−02 | 1.29E−01 | 1.95E+00 |
| 1,3-Butadiene | 5.04E−02 | 2.23E−02 | 5.25E−02 | 8.30E−02 |
| Benzene | 1.14E−02 | 2.02E−02 | 3.25E−02 | 2.55E−01 |
| Cyclohexane | 1.13E−04 | 3.33E−04 | 2.93E−04 | 3.24E−03 |
| Ethylbenzene | 1.81E−05 | 4.42E−05 | 8.56E−05 | 5.96E−03 |
| Isopropylbenzene | 1.63E−03 | 7.92E−04 | 3.62E−03 | 1.14E−02 |
| Methylcyclohexane | 1.18E−03 | 2.01E−03 | 4.67E−03 | 6.47E−02 |
| n-Hexane | 1.92E−03 | 3.23E−03 | 3.86E−03 | 3.98E−02 |
| n-Nonane | 2.11E−04 | 3.14E−04 | 1.80E−03 | 3.78E−02 |
| n-Pentane | 8.71E−04 | 1.32E−03 | 1.05E−03 | 2.13E−02 |
| n-propylbenzene | 9.95E−05 | 9.57E−05 | 6.36E−04 | 3.26E−03 |
| Propylene | 1.43E−04 | 3.80E−04 | 4.12E−04 | 6.02E−04 |
| Styrene | 5.68E−05 | 4.16E−05 | 4.00E−06 | 1.97E−03 |
| Toluene | 4.18E−05 | 9.28E−04 | 2.46E−04 | 1.84E−02 |
| Xylenes, total | 2.91E−03 | 3.93E−03 | 2.05E−02 | 7.21E−01 |
| Aliphatic hydrocarbons $C_5$–$C_8$ | 1.07E−03 | 1.63E−03 | 2.07E−03 | 2.89E−02 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1.3E−02 | 1.41E−01 | 7.9E−02 | 1.03E−00 |
| Aromatic hydrocarbons $C_9$–$C_{18}$ | 6.00E−04 | 6.95E−04 | 3.7E−03 | 2.64E−02 |
| Total Hazard Index | 1E−01 | 2E−01 | 4E−01 | 5E+00 |
| Neurological Effects Hazard Index[a] | 9E−02 | 8E−02 | 3E−01 | 4E+00 |
| Respiratory Effects Hazard Index[b] | 7E−02 | 2E−01 | 2E−01 | 2E+00 |
| Hematological Effects Hazard Index[c] | 3E−02 | 4E−02 | 2E−01 | 3E+00 |
| Developmental Effects Hazard Index[d] | 1E−02 | 3E−02 | 5E−02 | 1E+00 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.

[a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic $C_5$–$C_8$ hydrocarbons.

[b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic $C_9$–$C_{18}$ hydrocarbons, aromatic $C_9$–$C_{18}$ hydrocarbons.

[c] Sum of HQs for hydrocarbons with hematological effects: 1,2,3-trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, benzene.

[d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

ATSDR, 2007b; US EPA, 1994). Inhalation of trimethylbenzenes, xylenes, benzene, and alkanes can adversely affect the nervous system with effects ranging from dizziness, headaches, fatigue at lower exposures to numbness in the limbs, incoordination, tremors, temporary limb paralysis, and unconsciousness at higher exposures (Carpenter et al., 1978; Nilsen et al., 1988; US EPA, 1994; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

### 4.2. Risk assessment as a tool for health impact assessment

HIA is a policy tool used internationally that is being increasingly used in the United States to assess multiple complex hazards and exposures in communities. Comparison of risks between residents based on proximity to wells illustrates how the risk assessment process can be used to support the HIA process. An important component of the HIA process is to identify where and when public health is most likely to be impacted and to recommend mitigations to reduce or eliminate the potential impact (Collins and Koplan, 2009). This risk assessment indicates that public health most likely would be impacted by well completion activities, particularly for residents living nearest the wells. Based on this information, suggested risk prevention strategies in the HIA are directed at minimizing exposures for those living closet to the well pads, especially during well completion activities when emissions are the highest. The HIA includes recommendations to (1) control and monitor emissions during completion transitions and flowback; (2) capture and reduce emissions through use of low or no emission flowback tanks; and (3) establish and maintain communications regarding well pad activities with the community (Witter et al., 2011).

### 4.3. Comparisons to other risk estimates

This risk assessment is one of the first studies in the peer-reviewed literature to provide a scientific perspective to the potential health risks associated with development of unconventional natural gas

**Table 6**
Excess cancer risks for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | WOE | | Unit Risk ($\mu$g/m³) | Source | >½ mile | | ≤½ mile | |
|---|---|---|---|---|---|---|---|---|
| | IRIS | IARC | | | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration |
| 1,3-Butadiene | B2 | 1 | 3.00E−05 | IRIS | 1.30E−06 | 5.73E−07 | 1.30E−06 | 6.54E−07 |
| Benzene | A | 1 | 7.80E−06 | IRIS | 3.03E−06 | 5.40E−06 | 3.33E−06 | 8.74E−06 |
| Ethylbenzene | NC | 2B | 2.50E−06 | CalEPA | 1.75E−07 | 4.26E−07 | 2.09E−07 | 3.48E−06 |
| Styrene | NC | 2B | 5.00E−07 | CEP | 3.10E−08 | 2.70E−08 | 3.00E−08 | 9.30E−08 |
| Cumulative cancer risk | | | | | 5E−06 | 6E−06 | 5E−06 | 1E−05 |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; CEP, (Caldwell et al., 1998); IARC, International Agency for Research on Cancer; IRIS, Integrated Risk Information System; Max, maximum; NC, not calculated; WOE, weight of evidence; $\mu$g/m³, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011).

Rvsd Plan - 00006204

gas resources. Our results for chronic non-cancer HIs and cancer risks for residents >than ½ mile from wells are similar to those reported for NGD areas in the relatively few previous risk assessments in the non-peer reviewed literature that have addressed this issue (CDPHE, 2010; Coons and Walker, 2008; CDPHE, 2007; Walther, 2011). Our risk assessment differs from these previous risk assessments in that it is the first to separately examine residential populations nearer versus further from wells and to report health impact of emissions resulting from well completions. It also adds information on exposure to air emissions from development of these resources. These data show that it is important to include air pollution in the national dialogue on unconventional NGD that, to date, has largely focused on water exposures to hydraulic fracturing chemicals.

### 4.4. Limitations

As with all risk assessments, scientific limitations may lead to an over- or underestimation of the actual risks. Factors that may lead to overestimation of risk include use of: 1) 95% UCL on the mean exposure concentrations; 2) maximum detected values for 1,3-butadiene, 2,2,4-trimethylpentane, and styrene because of a low number of detectable measurements; 3) default RME exposure assumptions, such as an exposure time of 24 h per day and exposure frequency of 350 days per year; and 4) upper bound cancer risk and non-cancer toxicity values for some of our major risk drivers. The benzene IUR, for example, is based on the high end of a range of maximum likelihood values and includes uncertainty factors to account for limitations in the epidemiological studies for the dose–response and exposure data (US EPA, 2011). Similiarly, the xylene chronic RfC is adjusted by a factor of 300 to account for uncertainties in extrapolating from animal studies, variability of sensitivity in humans, and extrapolating from subchronic studies (US EPA, 2011). Our use of chronic RfCs values when subchronic RfCs were not available may also have overestimated 1,3-butadiene, n-propylbenzene, and propylene subchronic HQs. None of these three chemicals, however, were primary contributors to the subchronic HI, so their overall effect on the HI is relatively small.

Several factors may have lead to an underestimation of risk in our study results. We were not able to completely characterize exposures because several criteria or hazardous air pollutants directly associated with the NGD process via emissions from wells or equipment used to develop wells, including formaldehyde, acetaldehyde, crotonaldehyde, naphthalene, particulate matter, and polycyclic aromatic hydrocarbons, were not measured. No toxicity values appropriate for quantitative risk assessment were available for assessing the risk to several alkenes and low molecular weight alkanes (particularly<$C_5$ aliphatic hydrocarbons). While at low concentrations the toxicity of alkanes and alkenes is generally considered to be minimal (Sandmeyer, 1981), the maximum concentrations of several low molecular weight alkanes measured in the well completion samples exceeded the 200–1000 μg/m$^3$ range of the RfCs for the three alkanes with toxicity values: n-hexane, n-pentane, and n-nonane (US EPA, 2011; ORNL, 2009). We did not consider health effects from acute (i.e., less than 1 h) exposures to peak hydrocarbon emissions because there were no appropriate measurements. Previous risk assessments have estimated an acute HQ of 6 from benzene in grab samples collected when residents noticed odors they attributed to NGD (CDPHE, 2007). We did not include ozone or other potentially relevant exposure pathways such as ingestion of water and inhalation of dust in this risk assessment because of a lack of available data. Elevated concentrations of ozone precursors (specifically, VOCs and nitrogen oxides) have been observed in Garfield County's NGD area and the 8-h average ozone concentration has periodically approached the 75 ppb National Ambient Air Quality Standard (NAAQS) (CDPHE, 2009; GCPH, 2010).

This risk assessment also was limited by the spatial and temporal scope of available monitoring data. For the estimated chronic exposure, we used 3 years of monitoring data to estimate exposures over a 30 year exposure period and a relatively small database of 24 samples collected at varying distances up to 500 ft from a well head (which also were used to estimate shorter-term non-cancer hazard index). Our estimated 20-month subchronic exposure was limited to samples collected in the summer, which may have not have captured temporal variation in well completion emissions. Our ½ mile cut point for defining the two different exposed populations in our exposure scenarios was based on complaint reports from residents living within ½ mile of existing NGD, which were the only data available. The actual distance at which residents may experience greater exposures from air emissions may be less than or greater than a ½ mile, depending on dispersion and local topography and meteorology. This lack of spatially and temporally appropriate data increases the uncertainty associated with the results.

Lastly, this risk assessment was limited in that appropriate data were not available for apportionment to specific sources within NGD (e.g. diesel emissions, the natural gas resource itself, emissions from tanks, etc.). This increases the uncertainty in the potential effectiveness of risk mitigation options.

These limitations and uncertainties in our risk assessment highlight the preliminary nature of our results. However, there is more certainty in the comparison of the risks between the populations and in the comparison of subchronic to chronic exposures because the limitations and uncertainties similarly affected the risk estimates.

### 4.5. Next steps

Further studies are warranted, in order to reduce the uncertainties in the health effects of exposures to NGD air emissions, to better direct efforts to prevent exposures, and thus address the limitations of this risk assessment. Next steps should include the modeling of short- and longer-term exposures as well as collection of area, residential, and personal exposure data, particularly for peak short-term emissions. Furthermore, studies should examine the toxicity of hydrocarbons, such as alkanes, including health effects of mixtures of HAPs and other air pollutants associated with NGD. Emissions from specific emission sources should be characterized and include development of dispersion profiles of HAPs. This emissions data, when coupled with information on local meteorological conditions and topography, can help provide guidance on minimum distances needed to protect occupant health in nearby homes, schools, and businesses. Studies that incorporate all relevant pathways and exposure scenarios, including occupational exposures, are needed to better understand the impacts of NGD of unconventional resources, such as tight sands and shale, on public health. Prospective medical monitoring and surveillance for potential air pollution-related health effects is needed for populations living in areas near the development of unconventional natural gas resources.

### 5. Conclusions

Risk assessment can be used as a tool in HIAs to identify where and when public health is most likely to be impacted and to inform risk prevention strategies directed towards efficient reduction of negative health impacts. These preliminary results indicate that health effects resulting from air emissions during development of unconventional natural gas resources are most likely to occur in residents living nearest to the well pads and warrant further study. Risk prevention efforts should be directed towards reducing air emission exposures for persons living and working near wells during well completions.

Supplementary materials related to this article can be found online at doi:10.1016/j.scitotenv.2012.02.018.

Rvsd Plan - 00006205

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx* 9

## Acknowledgements

We extend special thanks to J. Rada, P. Reaser, C. Archuleta, K. Stinson, and K. Scott. We are very grateful to the Garfield County Department of Public Health.

## References

Antero. Air Quality Sampling Summary Report Well Completion and Flowback Development Scenario Watson Ranch Pad Garfield County Colorado December 22, 2010. Denver, CO: Antero Resources; 2010.

ATSDR. Toxicological Profile for Benzene. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Department of Health and Human Services; 2007a.

ATSDR. Toxicological Profile for Xylenes. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Department of Health and Human Services; 2007b.

Brosselin P, Rudant J, Orsi L, Leverger G, Baruchel A, Bertrand Y, et al. Acute Childhood Leukaemia and Residence Next to Petrol Stations and Automotive Repair Garages: the ESCALE study (SFCE). Occup Environ Med 2009;66(9):598–606.

Caldwell JC, Woodruff TJ, Morello-Frosch R, Axelrad DA. Application of health information to hazardous air pollutants modeled in EPA's Cumulative Exposure Project. Toxicol Ind Health 1998;14(3):429–54.

CalEPA. Toxicity Criteria Database. California Environmental Protection Agency, Office of Environmental Health Hazard Assessment; 2003. Available: http://oehha.ca.gov/risk/chemicalDB/index.asp [Accessed May 2011].

Carpenter CP, Geary DL, Myers RC, Nachreiner DJ, Sullivan LJ, King JM. Petroleum Hydrocarbons Toxicity Studies XVII. Animal Responses to n-Nonane Vapor. Toxicol Appl Pharmacol 1978;44:53–61.

CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile organic Compounds Measured in Rural, Urban, and Oil &Gas Areas in Ambient Air Study (June 2005–May 2007). Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2007. Available: http://www.garfieldcountyaq.net/default_new.aspx.

CDPHE. Garfield County Emissions Inventory. Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile Organic Compounds Measured In 2008 Air Quality Monitoring Study. Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.

COGCC. Statement of Basis, Specific Statutory Authority, and Purpose: New Rules and Amendments to Current Rules of the Colorado Oil and Gas Conservation Commission, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009a. Available: http://cogcc.state.co.us/.

COGCC. Rules and Regulations, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009b. Available: http://cogcc.state.co.us/.

COGCC. Inspection/Incident Database. Denver, CO: Colorado Oil and Gas Information System, Colorado Oil and Gas Conservation Commission; 2011. Available: http://cogcc.state.co.us/.

Collins J, Koplan JP. Health impact assessment: a step toward health in all policies. JAMA 2009;302(3):315–7.

Coons T, Walker R. Community Health Risk Analysis of Oil and Gas Industry in Garfield County. Grand Junction, CO: Saccomanno Research Institute; 2008. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Frazier A. Analysis of Data Obtained for the Garfield County Air Toxics Study Summer 2008. Rifle Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Galvin JB, Marashi F. n-Pentane. J Toxicol Environ Health 1999;1(58):35–56.

GCPH. Garfield County 2008 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

GCPH. Garfield County 2009 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.

GCPH. Garfield County Quarterly Monitoring Report. Fourth Quarter October 1 through December 31, 2010. Rifle CO: Garfield County Public Health Department; 2011. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Glass DC, Gray CN, Jolley DJ, Gibbons C, Sim MR, Fritschi L, et al. Leukemia Risk Associated with Low-Level Benzene Exposure. Epidemiology 2003;14(5):569–77.

Kim BM, Park EK, LeeAn SY, Ha M, Kim EJ, Kwon H, et al. BTEX exposure and its health effects in pregnant women following the Hebei spirit oil spill. J Prev Med Public Health Yebang Uihakhoe Chi 2009;42(2):96–103.

Kirkeleit J, Riise T, Brâtveit M, Moen B. Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil. Cancer Causes Control 2008;19(1):13–23.

Lupo P, Symanski E, Waller D, Chan W, Langlosi P, Canfield M, et al. Maternal Exposure to Ambient Levels of Benzene and Neural Tube Defects among Offspring, Texas 1999–2004. Environ Health Perspect 2011;119(3):397–402.

Nilsen OG, Haugen OA, Zahisen K, Halgunset J, Helseth A, Aarset A, et al. Toxicity of n-C9 to n-C13 alkanes in the rat on short term inhalation. Pharmacol Toxicol 1988:62:259–66.

ORNL. The Risk Assessment Information System. Oak Ridge National Laboratory, TN: US Department of Energy; 2009. Available: http://rais.ornl.gov/ [Accessed May 2011].

Sandmeyer EE. Aliphatic Hydrocarbons. Patty's Industrial Hygeine and Toxicology, Third Edition, Volume IIB. New York: John Wiley; 1981. p. 3175–220.

TERC. VOC Emissions from Oil and Condensate Storage Tanks. Texas Environmental Research Consortium; 2009. p. 1-34. Available online at: http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf. The Woodlands, TX.

US DOE. "Modern Shale Gas Development in the United States: A Primer," Office of Fossil Energy and National Energy Technology Laboratory, United States Department of Energy: 2009. http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf (accessed January 2012).

US EIA. Annual Energy Outlook 2011 with Projections to 2035. Washington DC: Energy Information Administration, United States Department of Energy; 2011.

US EPA. Risk Assessment Guidance for Superfund (Part A). Washington, DC: Office of Emergency and Remedial Response, US Environmental Protection Agency; 1989.

US EPA. Chemicals in the Environment: 1,2,4-trimethylbenzene (C.A.S. No. 95-63-6). Washington, DC: Office of Pollution Prevention and Toxics, US Environmental Protection Agency; 1994.

US EPA. Health Effects Assessment Summary Tables. Washington, DC: US Environmental Protection Agency; 1997.

US EPA. Method for the Determination of Non-Methane Organic Compounds (NMOC) in Ambient Air Using Cryogenic Preconcentrations and Direct Flame Ionization Detection (PDFID). Cincinnati OH: Office of Research and Development, US Environmental Protection Agency; 1999.

US EPA. The OAQPS Air Toxic Risk Assessment Library. US Environmental Protection Agency; 2004. Available: http://www.epa.gov/ttn/fera/risk_atra_main.html.

US EPA. Provisional Peer Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons. Cinninati Ohio: Superfund Health Risk Technical Support Center National Center for Environmental Assessment: Office of Reasearch and Development., US Environmental Protection Agency; 2009a.

US EPA. Technology Transfer Network Air Quality System. Washington DC: Office of Air and Radiation, US Environmental Protection Agency; 2009b. Available: http://www.epa.gov/ttn/airs/airsaqs/.

US EPA. Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry Background Technical Support Document. Washington DC: Climate Change Division, US Environmental Protection Agency; 2010a.

US EPA. ProUCL Version 4.00.05 Technical Guide Statistical Software for Environmental Applications for Data Sets With and Without Nondetect Observations(Draft). Washington DC: Office of Research and Development, US Environmental Protection Agency; 2010b.

US EPA. Integrated Risk Information System (IRIS). Washington DC: US Environmental Protection Agency; 2011. Available: http://www.epa.gov/IRIS/ [Accessed May 2011].

Vidas H, Hugman B. ICF International. Availability, Economics, and Production Potential of North American Unconventional Natural Gas SuppliesPrepared for The INGAA Foundation, Inc. by: ICF International; 2008.

Walther E. Screening Health Risk Assessment Sublette County, Wyoming. Pinedale WY: Sierra Research, Inc.; 2011. Available: http://www.sublettewyo.com/DocumentView.aspx?DID=438.

White N, teWaterNaude J, van der Walt A, Ravenscroft G, Roberts W, Ehrlich R. Meteorologically estimated exposure but not distance predicts asthma symptoms in school children in the environs of a petrochemical refinery: a cross-sectional study. Environ Health 2009;8(1):45.

Witter R, McKenzie L, Towle M, Stinson K, Scott K, Newman L, et al. Draft Health Impact Assessment for Battlement Mesa, Garfield County, Colorado. Colorado School of Public Health: 2011. Available: http://www.garfield-county.com/index.aspx?page=1408.

Zielinska B, Fujita E, Campbell D. Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment. Houston TX: Desert Research Institute; 2011. Available: http://www.sph.uth.tmc.edu/mleland/attachments/Barnett%20Shale%20Study%20Final%20Report.pdf.

# Survey of Critical Wetlands and Riparian Areas in Hinsdale County, Colorado



**Colorado Natural Heritage Program**
**Colorado State University**
**8002 Campus Delivery**
**Fort Collins, Colorado 80523-8002**





*Knowledge to Go Places*

Rvsd Plan - 00006207

**Survey of Critical Wetlands and Riparian Areas in Hinsdale County, Colorado**

*Prepared for:*

**Colorado Department of Natural Resources**
**1313 Sherman Street Room 718**
**Denver, Colorado 80203**

*Prepared by:*
**Stephanie Neid and Jennifer Jones**
**June 16, 2008**

**Colorado Natural Heritage Program**
**Colorado State University**
**College of Natural Resources**
**8002 Campus Delivery**
**Colorado State University**
**Fort Collins, Colorado 80523-8002**

Copyright © 2008
Colorado State University
Colorado Natural Heritage Program
All Rights Reserved

Cover photograph:  American Flats.  Photo taken by Jennifer Jones.

Rvsd Plan - 00006208

# EXECUTIVE SUMMARY

Hinsdale County is in the San Juan Mountains of southwest Colorado. It predominantly contains alpine and subalpine elevation zones, but grades into upper montane zones in limited areas. It is one of the least populated counties in Colorado and contains significant portions of designated Wilderness Area. With greater than 95% of the land area in public ownership, Hinsdale County has large expanses of contiguous natural habitat with minimal anthropogenic impacts. The Colorado Mineral Belt traverses the San Juan Mountains through the northwest corner of Hinsdale County. Historically, mining was a major industry. This combination of history and natural resources is the basis of the current tourism that drives the economy in the region.

Due to its high elevation Hinsdale County is comparatively moist relative to other areas inthe Arid West. Wetlands and riparian areas comprise less than 2% of the land area in Colorado, but cover about 8% of Hinsdale County. Although these areas occupy very little of the landscape, they support a disproportionate amount of biodiversity. Although the rate of wetland loss in Hinsdale County is difficult to quantify, it is clear that many wetlands have been lost or profoundly altered from their pre-settlement state. Mining, construction of reservoirs, water diversions, agriculture, grazing, and development have had impacts on wetlands in the study area. With limited areas of floodplain due to the rugged volcanic and glaciated landscape of Hinsdale County fertile soils and available water for irrigation make productive areas for agriculture relatively scarce. Since the nineteenth century, hydrological diversions have been developed for irrigation and drinking water supplies; there are several trans-basin water developments in Hinsdale County. Such activities have eliminated or altered some wetlands, and created other wetlands very different from those in existence prior to European settlement.

This survey of critical wetland resources of Hinsdale County is part of ongoing surveys of critical biological surveys of Colorado counties conducted by CNHP. In 2005, the Colorado Natural Heritage Program (CNHP) received funding from the Colorado Department of Natural Resources (CDNR) through a grant from the U.S. Environmental Protection Agency (EPA), Region 8 to survey for critical wetlands within Hinsdale County. With additional funding from the U.S. Forest Service, Bureau of Land Management, and Colorado Division of Wildlife, CNHP performed wetland surveys in Hinsdale County for two field seasons, 2006 and 2007. The goal of the project was to systematically identify the localities of rare, threatened, or endangered species dependent on wetland and riparian areas and the locations of significant natural wetland and riparian plant communities. Identification of sites containing natural heritage resources will allow conservation of these resources for future generations, and proactive planning to avoid land use conflicts in the future.

Field surveys began in June of 2006 and continued through the end of September with an additional field season in July and August of 2007. Wetlands and riparian areas occurring on private lands adjacent to public lands were given the highest priority for inventory. Such locations were identified by: (1) examining existing biological data for rare or imperiled plant and animal species and significant plant communities (collectively

Rvsd Plan - 00006209

called elements) from the Colorado Natural Heritage Program's database, (2) accumulating additional existing information on these elements and, (3) input from the Gunnison Office of the Bureau of Land Management, U.S. Forest Service, and the Colorado Division of Wildlife, and (4) conducting extensive field surveys. Areas that were found to contain significant elements were delineated as Potential Conservation Areas. These areas were prioritized by their biological urgency (the most rare or imperiled) and their ability to maintain viable populations of the elements (degree of threat).

Results of the 2006-2007 Hinsdale County survey confirm that there are many wetland and riparian areas with high biological significance. Several rare plants and animals depend on these areas for survival. All together one amphibian, two birds, three fish, one mollusk, 45 wetland or riparian communities, and one imperiled wetland plant species of concern have been documented in Hinsdale County in this report. The CNHP database currently houses more than 70 wetland and riparian element occurrence records within Hinsdale County. As part of this project, thirty new element occurrence records were created and 24 element occurrence records were updated.

CNHP has identified 52 Potential Conservation Areas (PCAs) in or partially contained in Hinsdale County. Thirty-seven of these PCAs address wetland or riparian elements and are presented in this report. CNHP believes these sites include those wetlands that most merit conservation efforts, while emphasizing that protecting only these sites will, in no way, adequately protect all the values associated with wetlands and riparian areas in Hinsdale County. Despite the best efforts during one field season, it is likely that some elements that are present were not documented during the survey due to either lack of access, phenology (reproductive timing) of species, or time constraints. Future surveys will likely identify additional areas of biological significance that have not been identified in this report. The delineation of PCA boundaries in this report does not confer any regulatory protection on recommended areas. They are intended to be used to support wise planning and decision making for the conservation of these significant areas. Additional information may be requested from Colorado Natural Heritage Program, 254 General Services Building, Colorado State University, Fort Collins, CO 80523.

Of the 37 PCAs presented in this report, ten were of **very high biodiversity significance (B2)**, sixteen were of **high biodiversity significance (B3)**, and eleven were is of **moderate biodiversity significance (B4)**. Of the 37 PCAs presented in this report, twenty were newly created based on fieldwork from 2006-2007. Fifteen of these PCAs include private and/or state lands. Among the PCAs for biodiversity elements not presented in this report there is one that is of outstanding biodiversity significance (B1) that addresses the globally rare stonecrop gilia (*Gilia sed.folia*), an alpine plant only known from one site in the world (Anderson 2004). Additional B2 sites include several for the Uncompaghre Frittilary (*Boloria improba acrocnema*).

The results of the survey will be available to the public on the CNHP website (http:\\www.cnhp.colostate.edu).

Rvsd Plan - 00006210

## ACKNOWLEDGEMENTS

Financial support for this study was provided by the Colorado Department of Natural Resources (CDNR) through a grant from the Environmental Protection Agency (EPA), Region VIII. We greatly appreciate the support and assistance of Diane Gansauer and Paula Nicholas of the Colorado Division of Wildlife, and Bill Goosman (formerly with the Colorado Division of Wildlife) and Tara Larwick formerly with the Colorado Department of Natural Resources. Thanks also to Jill Minter of the EPA, Region 8. Thanks also to contributing partners, especially the Bureau of Land Management with special thanks to Art Hayes and the U.S. Forest Service with special thanks Rebecca Smith. Thanks to Hinsdale County Commissioners and private landowners for facilitation of the inventory work and to Laurie Vierheller for logistical assistance and support. This project would not have been possible without the support of the Lake Fork of the Gunnison Stakeholders Group, thanks to Lyn Lampert, Camille Richard, Ray Blaum, and others. Thanks also to Edna Mason (USFS/BLM), Jan Potter, Jennifer Davin, and Delia Malone for assistance in the field. Thanks to Colorado Natural Heritage Program staff past and present who worked on this project: Maggie March who made initial contacts with the county and wrote initial grant requests, Chris Gaughan and Jeremy Siemers for assistance with zoology, Amy Lavender for map making and database work, Jodie Bell and Jill Handwerk for data entry and report review, Denise Culver and Melissa Landon for report review. Thanks also to Colorado State University staff including Mary Olivas, Carmen Morales, Kathy Alvarez, and Dawn Sharkey for assistance with accounting and administration.

    

Rvsd Plan - 00006211

Rvsd Plan - 00006212

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ................................................................................. ii

ACKNOWLEDGEMENTS ............................................................................. iv

LIST OF TABLES .......................................................................................... viii

LIST OF FIGURES ........................................................................................ viii

INTRODUCTION............................................................................................ 1

THE NATURAL HERITAGE NETWORK RANKING SYSTEM AND
BIOLOGICAL DIVERSITY ........................................................................... 5

    What is Biological Diversity?........................................................................ 6
    Colorado's Natural Heritage Program ........................................................ 7
    The Natural Heritage Ranking System ...................................................... 9
    Legal Designations for Rare Species........................................................... 11
    Element Occurrences and their Ranking...................................................... 11
    Potential Conservation Areas...................................................................... 13
        Off-Site Considerations ......................................................... 14
        Ranking of Potential Conservation Areas............................... 14
        Protection Urgency Ranks ...................................................... 14
        Management Urgency Ranks................................................... 15
    Sites of Local Significance .......................................................................... 16

WETLAND DEFINITIONS, REGULATIONS, AND CONDITION
ASSESSMENTS............................................................................................. 17

    Wetland Definitions..................................................................................... 17
    Wetland Regulation in Colorado ................................................................ 17
    Colorado Division of Wildlife Riparian Maps............................................ 18
    Wetland Functions and Ecological Services ............................................... 20
        Groundwater Recharge and Discharge .................................. 22
        Dynamic Surface Water Storage and Flood Attenuation......... 22
        Sediment/Shoreline Stabilization............................................ 23
        Removal/Retention of Imported Nutrients, Toxicants, and Sediments ...... 23
        Production Export/Food Chain Support................................... 24
        General Wildlife and Fish Habitat Diversity and Uniqueness.................. 24
    Wetland Condition Assessment .................................................................. 24
    Hydrogeomorphic (HGM) Classification ................................................... 25

PROJECT BACKGROUND............................................................................. 29

    Location of Study Area................................................................................ 29
    Ecoregions.................................................................................................. 31
    Climate....................................................................................................... 31
    Geology...................................................................................................... 37
    Soils........................................................................................................... 41
    Rivers ........................................................................................................ 42

Rvsd Plan - 00006213

Ecological Systems ................................................................................................ 44
Fauna ...................................................................................................................... 46
Land Ownership ...................................................................................................... 47
Land Use History .................................................................................................... 47
Population ............................................................................................................... 50

**CONSERVATION ASSESSMENT** ......................................................................... **51**

Potential Impacts to Biological Diversity in Hinsdale County ............................... 51
Recommended Conservation Strategies .................................................................. 54

**METHODS** ................................................................................................................... **59**

Collect Available Information ................................................................................. 59
Identify Rare or Imperiled Species and Significant Plant Communities with the
  Potential to Occur in the Study Area ................................................................. 59
Identify Targeted Inventory Areas .......................................................................... 60
Contact Landowners ............................................................................................... 61
Conduct Field Surveys ............................................................................................ 61
Delineate Potential Conservation Areas ................................................................. 62
Delineate Sites of Local Significance ..................................................................... 62

**RESULTS** ................................................................................................................... **64**

**DISCUSSION** .............................................................................................................. **70**

Wetland and Riparian Natural Communities ........................................................... 70
Fauna ...................................................................................................................... 71
  Cutthroat trout .................................................................................................... 71
  Boreal toad ......................................................................................................... 71

**LITERATURE CITED** ............................................................................................. **73**

Rvsd Plan - 00006214

# LIST OF TABLES

Table 1. Definition of Natural Heritage Imperilment Ranks. ........................................... 10
Table 2. Federal and State Agency Special Designations for Rare Species. .................... 12
Table 3. Element Occurrence Ranks and their Definitions................................................ 13
Table 4. Natural Heritage Program Biodiversity Significance Ranks and their Definitions.
................................................................................................................................... 15
Table 5. Natural Heritage Program Protection Urgency Ranks and their Definitions...... 15
Table 6. Natural Heritage Program Management Urgency Ranks and their Definitions . 16
Table 7. Colorado riparian habitat mapping project classification scheme ...................... 19
Table 8. Hydrogeomorphic wetland classes in Colorado with examples in Hinsdale
County (Colorado Geological Survey et al. 1998)........................................................ 26
Table 9. Percent of average snowpack in the three major watersheds in Hinsdale County.
................................................................................................................................... 36
Table 10. Bedrock types in Hinsdale County. ................................................................. 39
Table 11. List of known wetland and riparian elements of concern for Hinsdale County.
................................................................................................................................... 66
Table 12. Hinsdale County wetland and riparian Potential Conservation Areas.............. 69

# LIST OF FIGURES

Figure 1. Colorado Division of Wildlife riparian mapping example at Cebolla Creek State
Wildlife Area. ........................................................................................................... 21
Figure 2. Location of Hinsdale County in Colorado........................................................ 29
Figure 3. Elevation and place names within Hinsdale County. ........................................ 30
Figure 4a. Position of Hinsdale County within the Southern Rocky Mountain ecoregion.
................................................................................................................................... 32
Figure 4b. Subsections in Hinsdale County………………………………………….…33
Figure 5. Annual precipitation in Hinsdale County......................................................... 34
Figure 6. Annual average water discharge of the Lake Fork of the Gunnison River. ...... 36
Figure 7. Geology of Hinsdale County (National GAP Analysis Program 2006)............ 38
Figure 8. Major drainages in Hinsdale County. ............................................................... 43
Figure 9. Land ownership in Hinsdale County. ............................................................... 48
Figure 10. Locations of mines and mining activity in the vicinity of Hinsdale County... 49
Figure 11. Targeted Inventory Areas in Hinsdale County............................................... 65
Figure 12. Potential Conservation Areas in Hinsdale County ......................................... 68

# LIST OF APPENDICES

Appendix A. Potential Conservation Area profiles……………………………………..82
Appendix B. Sites of Local Significance…………………………………………….…218
Appendix C. Element Characterization Abstracts…………………………………….…223

Rvsd Plan - 00006215

ix

Rvsd Plan - 00006216

# INTRODUCTION

Hinsdale County is located at the top of the San Juan Mountains in southwest Colorado. It predominantly contains alpine and subalpine elevation zones, but grades into upper montane zones in select areas.  It is one of the least populated counties in Colorado and contains significant portions of designated Wilderness Area.  With greater than 95% of the land area in public ownership, Hinsdale County has large expanses of contiguous natural habitat with minimal anthropogenic impacts.  The Colorado Mineral Belt traverses the San Juan Mountains through the northwest corner of Hinsdale County. Historically, mining was a major industry.  This combination of history and natural resources is the basis of the current tourism that drives the economy in the region.

Although Hinsdale County is relatively moist due to its high elevation it is still part of the arid West.  Wetlands and riparian areas comprise less than 2% of the land area in Colorado (Dahl 1990), but are mapped as covering 8% of Hinsdale County, which is not dissimilar to other counties in the San Juan Mountains (National GAP Analysis Program 2007).  Although these areas occupy very little of the landscape, they support a disproportionate amount of biodiversity.  According to the Colorado Division of Wildlife (CDOW), wetlands and riparian areas are critical to 75% of the wildlife species known or that likely occur in the state for all or for some portion of their life cycle (Colorado Division of Wildlife 2008).  Due to the large areas of natural habitat, Hinsdale County provided an excellent study area for surveying wetland and riparian areas and the natural ecological processes that maintain them.

Wetlands are defined as "those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions" (Environmental Protection Agency 2008).  Riparian areas are adjacent to surface or groundwater of perennial or ephemeral water bodies including rivers, streams, lakes, ponds, or playas.  They are vegetated with plant communities that are distinctly different than the surrounding uplands (Colorado Division of Wildlife 2008).  Until recently, most people viewed wetlands as a hindrance to productive land use.  Consequently, many wetlands across North America were purposefully drained. Since 1986, wetlands have been lost at a rate of 58,500 acres/year (Dahl 2000).  In Colorado an estimated 1 million acres of wetlands (50% of the total for the state) were lost prior to 1980 (Dahl 1990).

Although the rate of wetland loss in Hinsdale County is difficult to quantify, it is clear that many wetlands have been lost or profoundly altered from their pre-settlement state. Mining, construction of reservoirs, water diversions, agriculture, grazing, and development have had impacts on wetlands throughout the study area.  Fertile soils and available water for irrigation make floodplains productive areas for agriculture.  Since the nineteenth century, hydrological diversions have been developed for irrigation and drinking water supplies.  Such activities have eliminated or altered some wetlands, and created other wetlands very different from those in existence prior to European settlement.  With the current economic pressures and land use conversion, plus a lack of

1

comprehensive wetland protection programs, wetlands may continue to be lost or dramatically altered.

Although Colorado has diverse biological resources, the numbers and locations of these organisms and their habitats are not fully understood. Landowners, local and state governments, federal agencies, and non-profit organizations, particularly in rapidly growing parts of Colorado, are expressing a desire to better understand their natural heritage resources. The Colorado Natural Heritage Program (CNHP) approached this project with the intent of addressing this need. This survey of critical biological resources of Hinsdale County is part of an ongoing biological inventory of Colorado counties by CNHP. To date, similar inventories have been conducted in all or parts of 26 Colorado counties. CNHP has completed the Comprehensive Statewide Wetland Characterization and Classification Project (Carsey et al. 2003), which compiled data from multiple sources to produce a comprehensive wetland classification for the state of Colorado.

This survey of critical wetland resources of Hinsdale County is part of ongoing surveys of critical biological surveys of Colorado counties conducted by CNHP. To date, similar inventories have been conducted in all or parts of 33 Colorado counties. In 2005, the Colorado Natural Heritage Program (CNHP) received funding from the Colorado Department of Natural Resources (CDNR) through a grant from the U.S. Environmental Protection Agency (EPA), Region 8 to survey for critical wetlands within Hinsdale County. With additional funding from the U.S. Forest Service, Bureau of Land Management, and Colorado Division of Wildlife, CNHP performed wetland surveys in Hinsdale County for two field seasons, 2006 and 2007. The goal of the project was to systematically identify the localities of rare, threatened, or endangered species dependent on wetland and riparian areas and the locations of significant natural wetland and riparian plant communities. Identification of sites containing natural heritage resources will allow conservation of these resources for future generations, and proactive planning to avoid land use conflicts in the future.

CNHP's wetland work provides input to the Wetlands Initiative Partners (e.g., The Nature Conservancy) and the Colorado Wetlands Partnership by identifying potential sites for protection and restoration. Finally, the results of this survey will be incorporated into the National Vegetation Classification System and supports ongoing Vegetation Index of Biological Integrity (VIBI) development.

This *Survey of Critical Wetlands and Riparian Areas in Hinsdale County, Colorado* used the methods that are employed worldwide throughout Natural Heritage Programs and Conservation Data Centers. The primary focus was to identify the locations of the plant and animal populations and plant communities on CNHP's list of rare and imperiled elements of biodiversity, assess their conservation value, and systematically prioritize these for conservation action.

The locations of biologically significant areas were identified by:

Rvsd Plan - 00006218

- Examining existing biological data for rare or imperiled plant and animal species and significant plant communities (collectively called **elements**);
- Accumulating additional existing information (e.g., interviews of local experts)
- Conducting extensive field surveys.

Locations in the county with wetlands and riparian areas of natural heritage significance (those places where these elements have been documented) are presented in this report as Potential Conservation Areas (PCAs). The goal of PCAs is to identify a land area that can provide the habitat and ecological needs upon which a particular element or suite of elements depends for their continued existence. The best available knowledge of each species' habitat and life history is used in conjunction with information about topographic, geomorphic, and hydrologic features, vegetative cover, and current and potential land uses to delineate PCA boundaries.

**The PCA boundaries delineated in this report do not confer any regulatory protection of the site, nor do they automatically recommend exclusion of all activity.** It is hypothesized that some activities will prove degrading to the element(s) or the ecological processes on which they depend, while others will not. The boundaries represent the best professional estimate of the primary area supporting the long-term survival of the targeted species or plant communities and are presented for planning purposes. They delineate ecologically sensitive areas where land-use practices should be carefully planned and managed to ensure that they are compatible with protection of natural heritage resources and sensitive species. Please note that these boundaries are based primarily on our understanding of the ecological systems that occur at a site. A thorough analysis of the human context and potential stresses was not conducted. All land within the conservation planning boundary should be considered an integral part of a complex economic, social, and ecological landscape that requires wise land-use planning at all levels.

CNHP uses the Heritage Ranking Methodology to prioritize conservation actions by identifying those areas that have the greatest chance of conservation success for the most imperiled elements. The sites are prioritized according to their **biodiversity significance rank**, or "B-rank," which ranges from B1 (outstanding significance) to B5 (general or statewide significance). These ranks are based on the conservation (imperilment or rarity) ranks for each element and the element occurrence ranks (viability rank) for that particular location. Therefore, the highest quality occurrences (those with the greatest likelihood of long-term survival) of the most imperiled elements are the highest priority (receive the highest B-rank). See the section on Natural Heritage Ranking System for more details. The B1-B3 sites are the highest priorities for conservation actions. Based on current knowledge, the sites in this report represent areas CNHP recommends for protection in order to preserve the natural heritage of Hinsdale County.

This document should be considered a tool for managing lands that support rare wetland species and plant associations within Hinsdale County, although there are limitations to the information within it. In particular, the survey work was conducted over a one-year period. The distribution and abundance of all organisms change with time, and it is

3

Rvsd Plan - 00006219

anticipated that the conservation areas described in the report will also change with time. Also, many areas of Hinsdale County were not surveyed due to limitations of time, plant phenology, and land access.  This report only includes information from readily observed species or from areas that biologists received permission to visit.  Finally, this report does not include all wetland species or associations found within Hinsdale County.  This project specifically targeted the organisms that are tracked by CNHP (CNHP has a methodology specific to Natural Heritage Programs and this study was intended to survey for those species believed to be the most rare or the least known).  The primary objective was to identify biologically significant wetlands within Hinsdale County.

In addition to presenting prioritized PCAs, this report also includes a section with summaries of selected plants and plant communities that are known to be found within the PCAs.

Rvsd Plan - 00006220

# THE NATURAL HERITAGE NETWORK RANKING SYSTEM AND BIOLOGICAL DIVERSITY

Just as ancient artifacts and historic buildings represent our cultural heritage, a diversity of plant and animal species and their habitats represent our "natural heritage." Colorado's natural heritage encompasses a wide variety of ecosystems from tallgrass prairie and shortgrass high plains to alpine cirques and rugged peaks, from canyon lands and sagebrush deserts to dense subalpine spruce-fir forests and wide-open tundra.

These very diverse habitats are determined by water availability, temperature extremes, altitude, geologic history, and land use history. The species that inhabit each of these ecosystems have adapted to the specific set of conditions found there. Because human influence today touches every part of the Colorado environment, we are responsible for understanding our impacts and carefully planning our actions to ensure our natural heritage persists for future generations.

Recognition and protection of rare and imperiled species and their habitat is crucial to preserving Colorado's diverse natural heritage. Some generalist species, like house finches, have flourished over the last century, having adapted to habitats altered by humans. However, many other species are specialized to survive in rare and/or vulnerable Colorado habitats; among them are Bell's twinpod (a wildflower), the greenback cutthroat trout, and the Pawnee montane skipper (a butterfly). These species have special requirements for survival that may be threatened by incompatible land management practices and competition from non-native species. Many of these species have become imperiled not only in Colorado, but also throughout their range of distribution. Some species exist in less than five populations in the entire world. A decline of these specialized species often indicates disruptions that could permanently alter entire ecosystems.

Colorado is inhabited by some 800 vertebrate species and subspecies, and tens of thousands of invertebrate species. In addition, the state has approximately 4,600 species of plants (vascular and nonvascular) and more than 450 recognized plant communities that represent terrestrial and wetland ecosystems. It is this rich natural heritage that has provided the basis for Colorado's diverse economy. Some components of this heritage have always been rare, while others have become imperiled with human-induced changes in the landscape. This decline in biological diversity is a global trend resulting from human population growth, land development, and subsequent habitat loss. Globally, the loss in species diversity has become so rapid and severe that Wilson (1988) has compared the phenomenon to the great natural catastrophes at the end of the Paleozoic and Mesozoic eras.

The need to address this loss in biological diversity has been recognized for decades in the scientific community. However, many conservation efforts made in this country were not based upon preserving biological diversity; instead, they primarily focused on preserving game animals, striking scenery, and locally favored open spaces. To address

Rvsd Plan - 00006221

the absence of a methodical, scientifically-based approach to preserving biological diversity Dr. Robert Jenkins of The Nature Conservancy pioneered the Natural Heritage Methodology in the early 1970s.

Recognizing that rare and imperiled species are more likely to become extinct than common ones, the Natural Heritage Methodology ranks species according to their rarity or degree of imperilment from extinction.  The ranking system is scientifically based upon the number of known locations of the species as well as its biology and known threats.  By ranking the relative rarity or imperilment of a species, the quality of its populations, and the importance of associated conservation sites, the methodology can facilitate the prioritization of conservation efforts so the most rare and imperiled species may be preserved first.  As the scientific community realized that plant communities are equally important as individual species, this methodology has been applied to ranking and preserving rare plant communities, as well as the best examples of common communities.

The Natural Heritage Methodology is used by Natural Heritage Programs throughout North, Central, and South America, forming an international database network.  The 85 Natural Heritage Network data centers are located in each of the fifty U.S. states, eleven Canadian provinces and territories, and many countries in Latin America and the Caribbean.  This network enables scientists to monitor the status of species from a state, national, and global perspective.  Information collected by the Natural Heritage Programs can provide a means to protect species before the need for legal endangerment status arises.   It can also enable conservationists and natural resource managers to make informed, objective decisions in prioritizing and focusing conservation efforts.

**What is Biological Diversity?**

Protecting biological diversity has become an important management issue for many natural resource professionals.  Biological diversity at its most basic level includes the full range of species on Earth, from single-celled organisms such as bacteria and protists through the multicellular kingdoms of plants and animals.  At finer levels of organization, biological diversity includes the genetic variation within species, both among geographically separated populations and among individuals within a single population.  On a wider scale, diversity includes variations in the biological communities in which species live, the ecosystems in which communities exist, and the interactions between these levels.  All levels are necessary for the continued survival of species and plant communities, and many are important for the well being of humans.

The biological diversity of an area can be described at four levels:

**Genetic Diversity** — the genetic variation within a population and among populations of a plant or animal species.  The genetic makeup of a species varies between populations within its geographic range.  Loss of a population results in a loss of genetic diversity for that species and a reduction of total biological diversity for the region.  Once lost, this unique genetic information cannot be reclaimed.

Rvsd Plan - 00006222

**Species Diversity** — the total number and abundance of plant and animal species and subspecies in an area.

**Community Diversity** — the variety of plant communities within an area that represent the range of species relationships and inter-dependence. These communities may be diagnostic of or even restricted to an area. The U.S. National Vegetation Classification (USNVC) is the accepted national standard for vegetation and it defines a community as an "assemblage of species that co-occur in defined areas at certain times and that have the potential to interact with one another" (Anderson et al. 1998).

**Landscape Diversity** — the type, condition, pattern, and connectedness of natural communities. A landscape consisting of a mosaic of natural communities may contain one multifaceted ecosystem, such as a wetland ecosystem. A landscape also may contain several distinct ecosystems, such as a riparian corridor meandering through shortgrass prairie. Fragmentation of landscapes, loss of connections and migratory corridors, and loss of natural communities all result in a loss of biological diversity for a region.

The conservation of biological diversity should include all levels of diversity: genetic, species, community, and landscape. Each level is dependent on the other levels and inextricably linked. In addition, and all too often omitted, humans and the results of their activities are also closely linked to all levels of this hierarchy and are integral parts of most landscapes. We at the Colorado Natural Heritage Program believe that a healthy natural environment and a healthy human environment go hand in hand, and that recognition of the most imperiled species is an important step in comprehensive conservation planning.

**Colorado's Natural Heritage Program**

To place this document in context, it is useful to understand the history and functions of the Colorado Natural Heritage Program (CNHP). CNHP is the state's primary comprehensive biological diversity data center, gathering information and field observations to help develop statewide conservation priorities. After operating in the Colorado Division of Parks and Outdoor Recreation for fourteen years, the Program was relocated to the University of Colorado Museum in 1992, and then to the College of Natural Resources at Colorado State University in 1994, where it has operated since.

The multi-disciplinary team of scientists, planners, and information managers at CNHP gathers comprehensive information on the rare, threatened, and endangered species and significant plant communities of Colorado. Life history, status, and locational data are incorporated into a continually updated data system. Data maintained in the Colorado Natural Heritage Program database are an integral part of ongoing research at CSU and reflect the observations of many scientists, institutions and our current state of knowledge. These data are acquired from various sources, with varying levels of accuracy, and are continually being updated and revised. Sources include published and unpublished literature, museum and herbaria labels, and field surveys conducted by knowledgeable naturalists, experts, agency personnel, and our own staff of botanists, ecologists, and zoologists.

Rvsd Plan - 00006223

All Natural Heritage Programs house data about imperiled species and plant associations and are implementing use of the Biodiversity Tracking and Conservation System (BIOTICS) developed by NatureServe.  This database includes taxonomic group, global and state rarity ranks, federal and state legal status, observation source, observation date, county, township, range, watershed, and other relevant facts and observations.  BIOTICS also has an ArcView based mapping program for digitizing and mapping occurrences of rare plants, animals, and plant communities.  These rare species and plant communities are referred to as "elements of natural diversity" or simply "elements."

Concentrating on site-specific data for each element enables CNHP to evaluate the significance of each location for the conservation of biological diversity in Colorado and in the nation.  By using species imperilment ranks and quality ratings for each location, priorities can be established to guide conservation action.  A continually updated locational database and priority-setting system such as that maintained by CNHP provides an effective, proactive land-planning tool.

To assist in biological diversity conservation efforts, CNHP scientists strive to answer questions like the following:

- What species and ecological communities exist in the area of interest?

- Which are at greatest risk of extinction or are otherwise significant from a conservation perspective?

- What are their biological and ecological characteristics, and where are these priority species or communities found?

- What is the species' condition at these locations, and what processes or activities are sustaining or threatening them?

- Where are the most important sites to protect?

- Who owns or manages those places deemed most important to protect, and what may be threatening the biodiversity at those places?

- What actions are needed for the protection of those sites and the significant elements of biological diversity they contain?

- How can we measure our progress toward conservation goals?

CNHP has effective working relationships with several state and federal agencies, including the Colorado Department of Natural Resources, the Colorado Division of Wildlife, the Bureau of Land Management, the U.S. Forest Service, the U.S. Fish and Wildlife Service, and the Department of Defense.  Numerous local governments and private entities, such as consulting firms, educators, landowners, county commissioners,

Rvsd Plan - 00006224

and non-profit organizations, also work closely with CNHP. Use of the data by many different individuals and organizations encourages a cooperative and proactive approach to conservation, thereby reducing the potential for conflict.

**The Natural Heritage Ranking System**

Key to the functioning of Natural Heritage Programs is the concept of setting priorities for gathering information and conducting inventories. The number of possible facts and observations that can be gathered about the natural world is essentially limitless. The financial and human resources available to gather such information are not. Because biological inventories tend to be under-funded, there is a premium on devising systems that are both effective in providing information that meets users' needs and efficient in gathering that information. The cornerstone of Natural Heritage inventories is the use of a ranking system to achieve these twin objectives of effectiveness and efficiency.

Ranking species and ecological communities according to their imperilment status provides guidance for where Natural Heritage Programs should focus their information-gathering activities. For species and communities deemed secure, only general information needs to be maintained by Natural Heritage Programs. Fortunately, these constitute the majority of most groups of organisms. On the other hand, for those species and communities that are by their nature rare, more detailed information is needed. Because of their rarity, gathering comprehensive and detailed data can be less daunting than gathering similarly comprehensive information on more abundant species.

To determine the status of species within Colorado, CNHP gathers information on plants, animals, and plant communities. Each of these elements of natural diversity is assigned a rank that indicates its relative degree of imperilment on a five-point scale (for example, 1 = extremely rare/imperiled, 5 = abundant/secure). The primary criterion for ranking elements is the number of occurrences (in other words, the number of known distinct localities or populations). This factor is weighted more heavily than other factors because an element found in one place is more vulnerable to extinction than something found in twenty-one places. Also of importance are the size of the geographic range, the number of individuals, the trends in both population and distribution, identifiable threats, and the number of protected occurrences.

Element imperilment ranks are assigned both in terms of the element's degree of imperilment within Colorado (its State-rank or S-rank) and the element's imperilment over its entire range (its Global-rank or G-rank). Taken together, these two ranks indicate the degree of imperilment of an element. For example, the lynx, which is thought to be secure in northern North America but is known from less than five current locations in Colorado, is ranked G5 S1 (globally-secure, but critically imperiled in this state). The Rocky Mountain Columbine, which is known only in Colorado from about 30 locations, is ranked a G3 S3 (vulnerable both in the state and globally, since it only occurs in Colorado and then in small numbers). Further, a tiger beetle that is only known from one location in the world at the Great Sand Dunes National Monument is ranked G1 S1 (critically imperiled both in the state and globally, because it exists in a single location). CNHP actively collects, maps, and electronically processes specific occurrence

9

Rvsd Plan - 00006225

information for animal and plant species considered extremely imperiled to vulnerable in the state (S1 - S3). Several factors, such as rarity, evolutionary distinctiveness, and endemism (specificity of habitat requirements), contribute to the conservation priority of each species. Certain species are "watchlisted," meaning that specific occurrence data are collected and periodically analyzed to determine whether more active tracking is warranted. A complete description of each of the Natural Heritage ranks is provided in Table 1.

**Table 1. Definition of Natural Heritage Imperilment Ranks.**

| | |
|---|---|
| G/S1 | Critically imperiled globally/state because of rarity (5 or fewer occurrences in the world/state; or 1,000 or fewer individuals), or because some factor of its biology makes it especially vulnerable to extinction. |
| G/S2 | Imperiled globally/state because of rarity (6 to 20 occurrences, or 1,000 to 3,000 individuals), or because other factors demonstrably make it very vulnerable to extinction throughout its range. |
| G/S3 | Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences, or 3,000 to 10,000 individuals). |
| G/S4 | Apparently secure globally/state, though it may be quite rare in parts of its range, especially at the periphery. Usually more than 100 occurrences and 10,000 individuals. |
| G/S5 | Demonstrably secure globally/state, though it may be quite rare in parts of its range, especially at the periphery. |
| G/SX | Presumed extinct globally, or extirpated within the state. |
| G#? | Indicates uncertainty about an assigned global rank. |
| G/SU | Unable to assign rank due to lack of available information. |
| GQ | Indicates uncertainty about taxonomic status. |
| G/SH | Historically known, but usually not verified for an extended period of time. |
| G#T# | Trinomial rank (T) is used for subspecies or varieties. These taxa are ranked on the same criteria as G1-G5. |
| S#B | Refers to the breeding season imperilment of elements that are not residents. |
| S#N | Refers to the non-breeding season imperilment of elements that are not permanent residents. Where no consistent location can be discerned for migrants or non-breeding populations, a rank of SZN is used. |
| SZ | Migrant whose occurrences are too irregular, transitory, and/or dispersed to be reliably identified, mapped, and protected. |
| SA | Accidental in the state. |
| SR | Reported to occur in the state but unverified. |
| S? | Unranked. Some evidence that species may be imperiled, but awaiting formal rarity ranking. |

Note: Where two numbers appear in a state or global rank (for example, S2S3), the actual rank of the element is uncertain, but falls within the stated range.

This single rank system works readily for all species except those that are migratory. Those animals that migrate may spend only a portion of their life cycles within the state. In these cases, it is necessary to distinguish between breeding, non-breeding, and resident species. As noted in Table 1, ranks followed by a "B," for example S1B, indicate that the rank applies only to the status of breeding occurrences. Similarly, ranks followed by an

10

"N," for example S4N, refer to non-breeding status, typically during migration and winter.  Elements without this notation are believed to be year-round residents within the state.

## Legal Designations for Rare Species

Natural Heritage imperilment ranks should not be interpreted as legal designations. Although most species protected under state or federal endangered species laws are extremely rare, not all rare species receive legal protection.  Legal status is designated by either the U.S. Fish and Wildlife Service under the Endangered Species Act or by the Colorado Division of Wildlife under Colorado Statutes 33-2-105 Article 2.  In addition, the U.S. Forest Service recognizes some species as "Sensitive," as does the Bureau of Land Management.  Table 2 defines the special status assigned by these agencies and provides a key to abbreviations used by CNHP.

## Element Occurrences and their Ranking

Actual locations of elements, whether they are single organisms, populations, or plant communities, are referred to as element occurrences.  The element occurrence is considered the most fundamental unit of conservation interest and is at the heart of the Natural Heritage Methodology.  To prioritize element occurrences for a given species, an element occurrence rank (EO-Rank) is assigned according to the ecological quality of the occurrences whenever sufficient information is available.  This ranking system is designed to indicate which occurrences are the healthiest and ecologically the most viable, thus focusing conservation efforts where they will be most successful.  The EO-Rank is based on three factors:

**Size** – a measure of the area or abundance of the element's occurrence.  This factor takes into account aspects such as area of occupancy, population abundance, population density, population fluctuation, and minimum dynamic area (which is the area needed to ensure survival or re-establishment of an element after natural disturbance).  This factor for an occurrence is evaluated relative to other known, and/or presumed viable, examples.

**Condition/Quality** – an integrated measure of the composition, structure, and biotic interactions that characterize the occurrence.  This includes measures such as reproduction, age structure, biological composition (such as the presence of exotic versus native species), structure (for example, canopy, understory, and ground cover in a forest community), and biotic interactions (such as levels of competition, predation, and disease).

**Landscape Context** – an integrated measure of two factors:  the dominant environmental regimes and processes that establish and maintain the element, and connectivity. Dominant environmental regimes and processes include herbivory, hydrologic and water chemistry regimes (surface and groundwater), geomorphic processes, climatic regimes (temperature and precipitation), fire regimes, and many kinds of natural disturbances. Connectivity includes aspects such as a species having access to habitats and resources.

Rvsd Plan - 00006227

**Table 2. Federal and State Agency Special Designations for Rare Species.**

| | |
|---|---|
| **Federal Status:** | |
| **1. U.S. Fish and Wildlife Service (58 Federal Register 51147, 1993) and (61 Federal Register 7598, 1996)** | |
| LE | Listed Endangered: defined as a species, subspecies, or variety in danger of extinction throughout all or a significant portion of its range. |
| LT | Listed Threatened: defined as a species, subspecies, or variety likely to become endangered in the foreseeable future throughout all or a significant portion of its range. |
| P | Proposed: taxa formally proposed for listing as Endangered or Threatened (a proposal has been published in the Federal Register, but not a final rule). |
| C | Candidate: taxa for which substantial biological information exists on file to support proposals to list them as endangered or threatened, but no proposal has been published yet in the Federal Register. |
| PDL | Proposed for delisting. |
| XN | Nonessential experimental population. |
| **2. U.S. Forest Service (Forest Service Manual 2670.5) (noted by the Forest Service as S")** | |
| FS | Sensitive: those plant and animal species identified by the Regional Forester for which population viability is a concern as evidenced by: |
| | Significant current or predicted downward trends in population numbers or density. |
| | Significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution. |
| **3. Bureau of Land Management (BLM Manual 6840.06D) (noted by BLM as "S")** | |
| BLM | Sensitive: those species found on public lands designated by a State Director that could easily become endangered or extinct in a state. The protection provided for sensitive species is the same as that provided for C (candidate) species. |
| **4. State Status:** | |
| The Colorado Division of Wildlife has developed categories of imperilment for non-game species (refer to the Colorado Division of Wildlife's Chapter 10 – Nongame Wildlife of the Wildlife Commission's regulations). The categories being used and the associated CNHP codes are provided below. | |
| E | Endangered: those species or subspecies of native wildlife whose prospects for survival or recruitment within this state are in jeopardy, as determined by the Commission. |
| T | Threatened: those species or subspecies of native wildlife which, as determined by the Commission, are not in immediate jeopardy of extinction but are vulnerable because they exist in such small numbers, are so extremely restricted in their range, or are experiencing such low recruitment or survival that they may become extinct. |
| SC | Special Concern: those species or subspecies of native wildlife that have been removed from the state threatened or endangered list within the last five years; are proposed for federal listing (or are a federal listing "candidate species") and are not already state listed; have experienced, based on the best available data, a downward trend in numbers or distribution lasting at least five years that may lead to an endangered or threatened status; or are otherwise determined to be vulnerable in Colorado. |

needed for life cycle completion, fragmentation of ecological communities and systems, and the ability of the species to respond to environmental change through dispersal, migration, or re-colonization.

Each of these factors is rated on a scale of A through D, with A representing an excellent rank and D representing a poor rank. These ranks for each factor are then averaged to determine an appropriate EO-Rank for the occurrence. If not enough information is available to rank an element occurrence, an EO-Rank of E is assigned. EO-Ranks and their definitions are summarized in Table 3.

Rvsd Plan - 00006228

**Table 3. Element Occurrence Ranks and their Definitions**

| | |
|---|---|
| A | Excellent viability. |
| B | Good viability |
| C | Fair viability. |
| D | Poor viability. |
| H | Historic: known from historical record, but not verified for an extended period of time. |
| X | Extirpated (extinct within the state). |
| E | Extant: the occurrence does exist but not enough information is available to rank. |
| F | Failed to find: the occurrence could not be relocated. |

## Potential Conservation Areas

In order to successfully protect populations or occurrences, it is helpful to delineate
Potential Conservation Areas (PCAs). These PCAs focus on capturing the ecological
processes that are necessary to support the continued existence of a particular element
occurrence of natural heritage significance. Potential Conservation Areas may include a
single occurrence of a rare element, or a suite of rare element occurrences or significant
features.

The PCA is designed to identify a land area that can provide the habitat and ecological
processes upon which a particular element occurrence, or suite of element occurrences,
depends for its continued existence. The best available knowledge about each species'
life history is used in conjunction with information about topographic, geomorphic, and
hydrologic features; vegetative cover; and current and potential land uses. In developing
the boundaries of a PCA, CNHP scientists consider a number of factors that include, but
are not limited to:

- ecological processes necessary to maintain or improve existing conditions;
- species movement and migration corridors;
- maintenance of surface water quality within the PCA and the surrounding
  watershed;
- maintenance of the hydrologic integrity of the groundwater;
- land intended to buffer the PCA against future changes in the use of surrounding
  lands;
- exclusion or control of invasive exotic species;
- land necessary for management or monitoring activities.

The boundaries presented are meant to be used for conservation planning purposes and
have no legal status. The proposed boundary does not automatically recommend
exclusion of all activity. Rather, the boundaries designate ecologically significant areas
in which land managers may wish to consider how specific activities or land use changes
within or near the PCA affect the natural heritage resources and sensitive species on
which the PCA is based. Please note that these boundaries are based on our best estimate
of the primary area supporting the long-term survival of targeted species and plant
communities. A thorough analysis of the human context and potential stresses has not
been conducted. However, CNHP's conservation planning staff is available to assist with

Rvsd Plan - 00006229

these types of analyses where conservation priority and local interest warrant additional research.

### Off-Site Considerations

Frequently, all necessary ecological processes cannot be contained within a PCA of reasonable size. For example, taken to the extreme, the threat of ozone depletion could expand every PCA to include the entire planet. The boundaries described in this report indicate the immediate, and therefore most important, area to be considered for protection. Continued landscape level conservation efforts that may extend far beyond PCA boundaries are necessary as well. This will involve regional efforts in addition to coordination and cooperation with private landowners, neighboring land planners, and state and federal agencies.

### Ranking of Potential Conservation Areas

CNHP uses element and element occurrence ranks to assess the overall biological diversity significance of a PCA, which may include one or many element occurrences. Based on these ranks, each PCA is assigned a biological diversity rank (or B-rank). See Table 4 for a summary of these B-ranks.

### Protection Urgency Ranks

Protection urgency ranks (P-ranks) refer to the timeframe in which it is recommended that conservation protection occur. In most cases, this rank refers to the need for a major change of protective status (for example agency special area designations or ownership). The urgency for protection rating reflects the need to take legal, political, or other administrative measures to protect the area. Table 5 summarizes the P-ranks and their definitions.

A protection action involves increasing the current level of protection accorded one or more tracts within a potential conservation area. It may also include activities such as educational or public relations campaigns, or collaborative planning efforts with public or private entities, to minimize adverse impacts to element occurrences at a site. It does not include management actions. Situations that may require a protection action may include the following

- Forces that threaten the existence of one or more element occurrences at a PCA. For example, development that would destroy, degrade or seriously compromise the long-term viability of an element occurrence; or timber, range, recreational, or hydrologic management that is incompatible with an element occurrence's existence;

- The inability to undertake a management action in the absence of a protection action; for example, obtaining a management agreement;

- In extraordinary circumstances, a prospective change in ownership or management that will make future protection actions more difficult.

14

Rvsd Plan - 00006230

**Table 4. Natural Heritage Program Biodiversity Significance Ranks and their Definitions.**

| B1 | Outstanding Significance (indispensable):<br>only known occurrence of an element<br>A-ranked occurrence of a G1 element (or at least C-ranked if best available occurrence)<br>concentration of A- or B-ranked occurrences of G1 or G2 elements (four or more) |
|----|---|
| B2 | Very High Significance:<br>B- or C-ranked occurrence of a G1 element<br>A- or B-ranked occurrence of a G2 element<br>One of the most outstanding (for example, among the five best) occurrences rangewide (at least A- or B-ranked) of a G3 element.<br>Concentration of A- or B-ranked G3 elements (four or more)<br>Concentration of C-ranked G2 elements (four or more) |
| B3 | High Significance:<br>C-ranked occurrence of a G2 element<br>A- or B-ranked occurrence of a G3 element<br>D-ranked occurrence of a G1 element (if best available occurrence)<br>Up to five of the best occurrences of a G4 or G5 community (at least A- or B-ranked) in an ecoregion (requires consultation with other experts) |
| B4 | Moderate Significance:<br>Other A- or B-ranked occurrences of a G4 or G5 community<br>C-ranked occurrence of a G3 element<br>A- or B-ranked occurrence of a G4 or G5 S1 species (or at least C-ranked if it is the only state, provincial, national, or ecoregional occurrence)<br>Concentration of A- or B-ranked occurrences of G4 or G5 N1-N2, S1-S2 elements (four or more)<br>D-ranked occurrence of a G2 element<br>At least C-ranked occurrence of a disjunct G4 or G5 element<br>Concentration of excellent or good occurrences (A- or B-ranked) of G4 S1 or G5 S1 elements (four or more) |
| B5 | General or State-wide Biological Diversity Significance:  good or marginal occurrence of common community types and globally secure S1 or S2 species. |

**Table 5. Natural Heritage Program Protection Urgency Ranks and their Definitions**

| P1 | Protection actions needed immediately.  It is estimated that current stresses may reduce the viability of the elements in the PCA within 1 year. |
|----|---|
| P2 | Protection actions may be needed within 5 years.  It is estimated that current stresses may reduce the viability of the elements in the PCA within this approximate timeframe. |
| P3 | Protection actions may be needed, but probably not within the next 5 years.  It is estimated that current stresses may reduce the viability of the elements in the PCA if protection action is not taken. |
| P4 | No protection actions are needed in the foreseeable future. |
| P5 | Land protection is complete and no protection actions are needed. |

### *Management Urgency Ranks*
Management urgency ranks (M-ranks) indicate the timeframe in which it is recommended that a change occur in management of the PCA.  This rank refers to the need for management in contrast to protection (for example, increased fire frequency,

Rvsd Plan - 00006231

decreased grazing, weed control, etc.). The urgency for management rating focuses on land use management or land stewardship action required to maintain element occurrences at the potential conservation area.

A management action may include biological management (prescribed burning, removal of exotics, mowing, etc.) or people and site management (building barriers, re-routing trails, patrolling for collectors, hunters, or trespassers, etc.). Management action does not include legal, political, or administrative measures taken to protect a potential conservation area. Table 6 summarizes M-ranks and their definitions.

**Table 6. Natural Heritage Program Management Urgency Ranks and their Definitions**

| M1 | Management actions may be required within one year or the element occurrences could be lost or irretrievably degraded. |
|----|------|
| M2 | New management actions may be needed within 5 years to prevent the loss of the element occurrences within the PCA. |
| M3 | New management actions may be needed within 5 years to maintain the current quality of the element occurrences in the PCA. |
| M4 | Current management seems to favor the persistence of the elements in the PCA, but management actions may be needed in the future to maintain the current quality of the element occurrences. |
| M5 | No management needs are known or anticipated in the PCA. |

## Sites of Local Significance

Sites of Local Significance (SLS) are sites that include good examples of species or natural communities that may be too small or whose biological or ecological significance is not great enough to be considered exemplary in a statewide context. Therefore, these sites do not meet the minimum criteria for a PCA. However, they do contribute to the character of the local area and the overall local diversity of plants and communities present, and therefore warrant consideration at some planning level. SLS typically include sites that were surveyed but do not contain tracked species or communities. In some cases they are based on plot data where the full extent of a community is not known and the surveyed areas do not meet the minimum size requirement for an occurrence.

Rvsd Plan - 00006232

# WETLAND DEFINITIONS, REGULATIONS, AND CONDITION ASSESSMENTS

## Wetland Definitions

The federal regulatory definition of a jurisdictional wetland is found in the regulations used by the U.S. Army Corps of Engineers (Corps) for the implementation of a dredge and fill permit system required by Section 404 of the Clean Water Act Amendments (Mitsch and Gosselink 1993). According to the Corps, wetlands are "those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstance do support, a prevalence of vegetation typically adapted for life in saturated soil conditions." For Corps programs, a wetland boundary must be determined according to the mandatory technical criteria described in the Corps of Engineers Wetlands Delineation Manual (Environmental Laboratory 1987). In order for an area to be classified as a jurisdictional wetland (i.e., a wetland subject to federal regulations), it must have all three of the following criteria: (1) wetland plants; (2) wetland hydrology; and (3) hydric soils.

The U.S. Fish and Wildlife Service defines wetlands from an ecological point of view. Classification of Wetlands and Deepwater Habitats of the United States (Cowardin et al. 1979) states that "wetlands are lands transitional between terrestrial and aquatic systems where the water table is usually at or near the surface or the land is covered by shallow water." Wetlands must have one or more of the following three attributes: (1) at least periodically, the land supports predominantly hydrophytes (wetland plants); (2) the substrate is predominantly undrained hydric soil; and/or (3) the substrate is non-soil and is saturated with water or covered by shallow water at some time during the growing season of each year. This definition only requires that an area meet one of the three criteria (vegetation, soils, or hydrology) in order to be classified as a wetland.

CNHP prefers the wetland definition used by the U.S. Fish and Wildlife Service, because it recognizes that some areas display many of the attributes of wetlands without exhibiting all three characteristics required to fulfill the Corps' criteria. Additionally, riparian areas, which often do not meet all three of the Corps' criteria, should be included in a wetland conservation program. Riparian areas perform many of the same functions as other wetland types, including maintenance of water quality, storage of floodwaters, and enhancement of biodiversity, especially in the western United States (National Research Council 1995).

## Wetland Regulation in Colorado

Wetlands in Colorado are currently regulated under the authority of the Clean Water Act. A permit issued by the Corps is required before placing fill in a wetland and before dredging, ditching, or channelizing a wetland. The Clean Water Act exempts certain filling activities, such as normal agricultural activities.

The 404(b)(1) guidelines, prepared by the Environmental Protection Agency in consultation with the Corps, are the federal environmental regulations for evaluating

Rvsd Plan - 00006233

projects that will impact wetlands. Under these guidelines, the Corps is required to determine if alternatives exist for minimizing or eliminating impacts to wetlands. When unavoidable impacts occur, the Corps requires mitigation. Mitigation may involve creation or restoration of similar wetlands in order to achieve an overall goal of no net loss of wetland area.

The U.S. Fish and Wildlife Service has conducted inventories of the extent and types of our nation's wetlands. The Cowardin et al. (1979) classification system provides the basic mapping units for the U.S. National Wetlands Inventory (NWI). Photo-interpretation and field reconnaissance was used to refine wetland boundaries according to the wetland classification system. The information is summarized on 1:24,000 and 1:100,000 maps.

The NWI maps provide important and accurate information regarding the location of wetlands. They can be used to gain an understanding of the general types of wetlands in a region and their distribution. The NWI maps cannot be used for federal regulatory programs that govern wetlands for two reasons. First, the U.S. Fish and Wildlife Service uses a definition for a wetland that differs slightly from Corps, the agency responsible for executing federal wetland regulations. Secondly, there is a limit to the resolution of the 1:24,000 scale maps. For example, at this scale, the width of a fine line on a map represents about seventeen feet (5 m) on the ground (Mitsch and Gosselink 1993). For this reason, precise wetland boundaries must be determined on a project-by-project basis. Colorado's state government has developed no guidelines or regulations concerning the management, conservation, and protection of wetlands, but a few county and municipal governments have, including the San Miguel County, Boulder County, and City of Boulder.

In Colorado, the U.S. Fish and Wildlife Service, Region 6 has digital information available in the San Luis Valley, along the Front Range, and Montezuma County. The digital data is based on aerial photography from the 1980s (U.S. Fish and Wildlife Service 2008). Printed maps are available for most of the state http://www.fws.gov/nwi/.

**Colorado Division of Wildlife Riparian Maps**

The Colorado Division of Wildlife (CDOW) riparian mapping project is a cooperative, interagency, multi-jurisdictional effort to provide spatial data of riparian and wetland habitat in Colorado. It supports a coordinated effort among agencies and land managers to protect and manage these important habitats by providing basic locational information on which habitats occur in what areas and regions. Partner agencies include the U.S. Forest Service, the Bureau of Land Management, the Environmental Protection Agency, the San Isabel Foundation, Great Outdoors Colorado, Ducks Unlimited, and the Colorado Natural Heritage Program. This effort began in 1990 and to date portions of approximately half of the quadrangles in Colorado have been mapped (Colorado Division of Wildlife 2008). Approximately 30% of the mapping in Hinsdale County has been completed; quadrangle maps in the northern third of the county have been completed or partially delineated.

Rvsd Plan - 00006234

The mapping methodology used in this effort is photo interpretation of National Aerial Photography Program (NAPP) color infrared (CIR) aerial photos. Photos used to map wetland and riparian vegetation were taken in 1988 (McClean personal communication 2005). Riparian and wetland vegetation is mapped in stereo (using 3-dimensions) at a scale of 1:24,000 for a 7.5' USGS quadrangle map. Vegetation is delineated using the classification scheme presented in Table 7. Vegetation classes are identified on the CIR photos by color and structure and then by texture. Delineations of vegetation used line features for riparian corridors less than eighty feet wide and longer than five hundred feet. Polygon features were used where riparian vegetation was greater than eighty feet wide and a half an acre in size. Dominant and subdominant vegetation categories are identified. Delineated lines and polygons are then scanned into GIS (Colorado Division of Wildlife 2008). See Figure 1 for an example of a CDOW riparian mapping overlay on a quadrangle map.

**Table 7. Colorado riparian habitat mapping project classification scheme**

(http://ndis1. nrel. colostate. edu/riparian/ClassScheme.htm).

| CATEGORY | MAP CODE |
|---|---|
| RIPARIAN DECIDUOUS TREES | |
| Riparian Deciduous Tree - General | RT |
| Riparian Deciduous Tree - Aspen | RT1 |
| Riparian Deciduous Tree - Cottonwood | RT2 |
| Riparian Deciduous Tree - Russian Olive | RT3 |
| Riparian Deciduous Tree - Birch | RT4 |
| Riparian Deciduous Tree - Boxelder | RT5 |
| Riparian Deciduous Tree - Green Ash | RT6 |
| Riparian Deciduous Tree - Mulberry | RT7 |
| RIPARIAN EVERGREEN | |
| Riparian Evergreen Tree - General | RE |
| Riparian Evergreen Tree - Blue Spruce | RE1 |
| Riparian Evergreen Tree - Engleman Spruce | RE2 |
| Riparian Evergreen Tree - Douglas Fir | RE3 |
| Riparian Evergreen Tree - Lodgepole Pine | RE4 |
| Riparian Evergreen Tree - Spruce/Fir | RE5 |
| Riparian Evergreen Tree - Ponderosa Pine | RE6 |
| Riparian Evergreen Tree - Cedar/Juniper | RE7 |
| Riparian Evergreen Tree - Pinon/Juniper | RE8 |
| Riparian Evergreen Tree - Juniper | RE9 |
| RIPARIAN SHRUBS | |
| Riparian Shrub - General | RS |
| Riparian Shrub - Willow | RS1 |
| Riparian Shrub - Tamarisk | RS2 |
| Riparian Shrub - Alpine Willow | RS3 |
| Riparian Shrub - Gambel Oak | RS4 |
| Riparian Shrub - Sagebrush | RS5 |
| Riparian Shrub - Alder | RS6 |
| RIPARIAN HERBACEOUS | |
| Riparian Herbaceous - General | RH |
| Riparian Herbaceous - Cattails/Sedges/Rushes | RH1 |

Rvsd Plan - 00006235

| CATEGORY | MAP CODE |
|---|---|
| (With permanent standing water) | |
| Riparian Herbaceous - Sedges/Rushes/Mesic Grasses (Waterlogged or Moist Soils) | RH2, RH3 |
| WATER BODIES | |
| Open Water - Standing | OW1 |
| Open Water - Riverine | OW2 |
| Open Water - Canal | OW3 |
| Open Water - Ephemeral | OW4 |
| OTHER RIPARIAN | |
| Unvegetated | NV |
| Sandbar | SB |
| NON-RIPARIAN | |
| Upland Tree | UT |
| Upland Shrub | US |
| Upland Grass | UG |
| Upland Grass (Subirrigated Fields) | UG1 |
| Irrigated Agriculture (Note: Only occurs as a subdominant class) | IA, AI, IR |
| Non-Riparian | X |
| Both polygon features and line features are mapped using this classification scheme, color infrared (CIR) aerial photographs, 7.5 minute topographic base maps and a minimum mapping unit (MMU) of 0.5 acres.  This classification scheme utilizes a dominant/subdominant methodology of describing riparian habitat.  Unless a polygon is at least 75% homogeneous, the dominant category is listed first followed by a slash (/) and the subdominant category. Example: RT1/RS1 = Aspen/Willow with aspen being the dominant category within the mapped polygon. NOTE: categories and map codes are condensed and lumped for certain National Forests.  See CDOW (2006) for details. | |

## Wetland Functions and Ecological Services

Wetlands perform many functions beyond simply providing habitat for plants and animals.  It is commonly known that wetlands act as natural filters, helping to protect water quality, but it is less well known that wetlands perform other important functions.  Adamus et al. (1991) list the following functions performed by wetlands:

- Groundwater recharge—the replenishing of below ground aquifers.
- Groundwater discharge—the movement of groundwater to the surface (e.g., springs).
- Floodflow alteration—the temporary storage of potential flood waters.
- Sediment stabilization—the protection of stream banks and lake shores from erosion.
- Sediment/toxicant retention—the removal of suspended soil particles from the water, along with toxic substances that may be adsorbed to these particles.
- Nutrient removal/transformation—the removal of excess nutrients from the water, in particular nitrogen and phosphorous.  Phosphorous is often removed via sedimentation; transformation includes converting inorganic forms of nutrients to organic forms and/or the conversion of one inorganic form to another inorganic form (e.g., $NO_3$- converted to $N_2O$ or $N_2$ via denitrification).

Rvsd Plan - 00006236



**Figure 1. Colorado Division of Wildlife riparian mapping example at Cebolla Creek State Wildlife Area.**

21

Rvsd Plan - 00006237

- Production export—the supply organic material (dead leaves, soluble organic carbon, etc.) to the base of the food chain.
- Aquatic diversity/abundance—wetlands support fisheries and aquatic invertebrates.
- Wildlife diversity/abundance—wetlands provide habitat for wildlife.

When these wetland functions have an identifiable economic value to society they are referred to as ecological services.  For example, the wetland function of floodflow alteration is the temporary storage of water.  This function provides the ecological service of flood abatement, which can prevent monetary damage to resources.  "Values" are subject to societal perceptions, whereas "functions" are biological or physical processes that occur in wetlands regardless of the value placed on them by society (National Research Council 1995).  The actual value attached to any given function or value listed above depends on the needs and perceptions of society.  Two additional values that are independent of wetland function identified by Adamus and Stockwell (1983) include recreation and uniqueness/heritage value.  Wetlands provide areas for fishing, bird watching, and other forms of recreation.  Wetlands also support rare and unique plants, animals, and plant associations.

### Groundwater Recharge and Discharge

Groundwater recharge occurs when the water level in a wetland is higher than the surrounding water table resulting in the movement (usually downward) of surface water. Groundwater discharge results when the groundwater level of a wetland is lower than the surrounding water table, resulting in the movement (usually laterally or upward) of surface water (e.g., springs, seeps, etc.).  Groundwater movement can greatly influence some wetlands, whereas in others it may have minimal effect (Carter and Novitzki 1988).

Both groundwater discharge and recharge are difficult to estimate without intensive data collection.  Wetland characteristics that may indicate groundwater recharge are: porous underlying strata, irregularly shaped wetland, dense vegetation, and presence of a constricted outlet.  Indicators of groundwater discharge are the presence of seeps and springs and wet slopes with no obvious source.

### Dynamic Surface Water Storage and Flood Attenuation

Dynamic surface water storage refers to the potential of the wetland to capture water from precipitation and upland surface (sheet flow).  Sheet flow is non-channelized flow that usually occurs during and immediately following rainfall or a spring thaw.  Wetlands can also receive surface inflow from seasonal or episodic pulses of floodwaters from adjacent streams and rivers that may otherwise not be hydrologically connected with a particular wetland (Mitsch and Gosselink 1993).  Spring thaw and/or rainfall can also create a time-lagged increase in groundwater flow.  Wetlands providing dynamic surface water storage are capable of releasing these episodic pulses of water at a slow, stable rate thus alleviating short term flooding from such events.  This function is applicable to wetlands that are not subject to flooding from in-channel or overbank flow.  Indicators of potential surface water storage include flooding frequency, density of woody vegetation

Rvsd Plan - 00006238

(particular those species with many small stems), coarse woody debris, surface roughness, and size of the wetland.

Many wetlands have a high capacity to store or delay floodwaters that occur from peak flow, gradually recharging the adjacent groundwater table. Indicators of flood storage include: debris along streambanks and in vegetation, low gradient, formation of sand and gravel bars, high density of small and large depressions, and dense vegetation. Thus wetlands are capable of detaining moving water from in-channel flow or overbank flow for a short duration when the flow is outside of its channel.

### *Sediment/Shoreline Stabilization*
Shoreline anchoring is the stabilization of soil at the water's edge by roots and other plant parts. The vegetation dissipates the energy caused by fluctuations of water and prevents streambank erosion. The presence of woody vegetation and sedges in the understory are the best indicator of good sediment/shoreline anchoring.

### *Removal/Retention of Imported Nutrients, Toxicants, and Sediments*
Nutrient cycling, or the abiotic and biotic processes that convert elements from one form to another, is a fundamental ecosystem process, which maintains a balance between living biomass and detrital stocks (Brinson et al. 1995). Disrupting nutrient cycles could cause an imbalance between the two resulting in one factor liming the other. Thus, impacts to aboveground primary productivity or disturbances to the soil, which may cause a shift in nutrient cycling rates, could change soil fertility, alter plant species composition, and affect potential habitat functions. Indicators of wetlands with intact nutrient cycling need to be considered relative to wetlands within the same hydrogeomorphic class/subclass. Such indicators include high aboveground primary productivity and high quantities of detritus, within the range expected for that particular hydrogeomorphic class of wetlands.

Nutrient retention/removal is the storing and/or transformation of nutrients within the sediment or vegetation. Inorganic nutrients can be transformed into an organic form and/or converted to another inorganic form via microbial respiration and redox reactions. For example, denitrification, which is a process that is mediated by microbial respiration, results in the transformation of nitrate ($NO_3^-$) to nitrous oxide ($N_2O$) and/or molecular nitrogen ($N_2$). Nutrient retention/removal may help protect water quality by retaining or transforming nutrients before they are carried downstream or are transported to underlying aquifers. Particular attention is focused on processes involving nitrogen and phosphorus, as these nutrients are usually of greatest importance to wetland systems (Kadlec 1979). Nutrient storage may be for long-term (greater than 5 years) as in peatlands or depressional marshes or short-term (30 days to 5 years) as in riverine wetlands. Some indicators of nutrient retention include: high sediment trapping; organic matter accumulation; presence of free-floating, emergent, and submerged vegetation; and permanently or semi-permanently flooded areas.

Sediment and toxicant trapping is the process by which suspended solids and chemical contaminants are retained and deposited within the wetland. Deposition of sediments can

Rvsd Plan - 00006239

ultimately lead to removal of toxicants through burial, chemical break down, or temporary assimilation into plant tissues (Boto and Patrick 1979). Most vegetated wetlands are excellent sediment traps, at least in the short term. Wetland characteristics indicating this function include: dense vegetation, deposits of mud or organic matter, a gently sloped gradient, and location next to beaver dams or human-made detention ponds/lakes.

### Production Export/Food Chain Support

Production export refers to the flushing of organic material (both particulate and dissolved organic carbon and detritus) from the wetland to downstream ecosystems. Production export emphasizes the production of organic substances within the wetland and the utilization of these substances by fish, aquatic invertebrates, and microbes. Food chain support is the direct or indirect use of nutrients, carbon, and even plant species (which provide cover and food for many invertebrates) by organisms, which inhabit or periodically use wetland ecosystems. Indicators of wetlands that provide downstream food chain support are: an outlet, seasonally flooded hydrological regime, overhanging vegetation, and dense and diverse vegetation composition and structure.

### General Wildlife and Fish Habitat Diversity and Uniqueness

Habitat includes those physical and chemical factors, which affect the metabolism, attachment, and predator avoidance of the adult or larval forms of fish, and the food and cover needs of wildlife. Wetland characteristics indicating good fish habitat include: deep, open, non-acidic water, no barriers to migration, well-mixed (high oxygen content) water, and high vegetation cover. Wetland characteristics indicating good wildlife habitat are: good edge ratio, islands, high plant diversity, diversity of vegetation structure, and a sinuous and irregular basin.

Habitat diversity refers to the number of habitat types (e.g. Cowardin wetland classes, USNVC plant associations) present at each site. Thus, a site with emergent, scrub/shrub, and forested wetland habitat would have high habitat diversity. The presence of open water in these areas also increases the habitat diversity at a site. Uniqueness is as a value expresses the general distinctiveness of the wetland in terms of relative abundance of similar sites occurring in the same watershed, size, geomorphic position, peat accumulation, mature forested areas, and the replacement potential.

### Wetland Condition Assessment

For past county wetland survey and assessment projects, CNHP performed qualitative, descriptive functional assessments of wetlands. These assessments provided a rapid determination of each wetland's functional integrity based on qualitative indicators of structure, composition, and land use listed above according to the best professional judgment of CNHP ecologists. Assumptions required for most functional assessments include selecting a combination of measured variables that adequately represent wetland function and that such a combination results in an estimation of the degree to which the function is being performed. However, recent analysis suggests that most functional assessments are not rapid and do not directly measure functions (Cole 2006).

Rvsd Plan - 00006240

Given CNHP's goal of this survey in Hinsdale County is to identify and prioritize ecologically significant wetlands, surveys focused on assessing the ecological integrity or condition of each wetland rather than specific ecological functions, services or values. Condition assessments are 'holistic' in that they consider ecological integrity to be an "integrating super-function" (Fennessy et al. 2004). They provide insight into the integrity of a wetland's natural ecological functions that are directly related to the underlying integrity of biotic and abiotic processes. This measure of wetland condition assumes that ecological functions follow similar trends. This assumption may not be true for all functions, especially ecological services or those functions which provide specific societal value. For example, ecological services such as flood abatement or water quality improvement may still be performed even if ecological integrity has been compromised. CNHP's element occurrence ranking process is a rapid assessment of the condition of on-site and adjacent biotic and abiotic processes that support and maintain the element. This method was used to assess wetland condition for this report.

**Hydrogeomorphic (HGM) Classification**

Among other wetland classification approaches (e.g., Cowardin classes, USNVC plant associations), the hydrogeomorphic, or HGM, approach to wetland classification has been developed for Colorado by the Colorado Geological Survey, with help from the U.S. Army Corps of Engineers, other government agencies, academic institutions, the Colorado Natural Heritage Program, and representatives from private consulting firms (Colorado Geological Survey et al. 1998). This approach was based on a classification of wetlands according to their hydrology (water source and direction of flow) and geomorphology (landscape position and shape of the wetland). Thus it is called a "hydrogeomorphic" classification (Brinson 1993). There were four hydrogeomorphic classes present in Colorado: riverine, slope, depression, and mineral soil flats (Table 8). Within a geographic region, HGM wetland classes were further subdivided into subclasses. A subclass included all those wetlands that have essentially the same characteristics and perform the same functions.

One of the fundamental goals of HGM is to create a system whereby every wetland is evaluated according to the same standard, especially for wetland functional assessments. In the past, wetland functional assessments typically were on a site-by-site basis, with little ability to compare functions or assessments between sites. HGM allows for consistency by employing a widely applicable classification tied to reference wetlands. Reference wetlands are chosen to encompass the known variation of a subclass of wetlands. A subset of reference wetlands is a reference standard, wetlands that correspond to the highest level of functioning of the ecosystem across a suite of functions (Brinson and Rheinhardt 1996).

Rvsd Plan - 00006241

**Table 8. Hydrogeomorphic wetland classes in Colorado with examples in Hinsdale County (Colorado Geological Survey et al. 1998).**

| Class | Geomorphic setting | Water Source | Water Movement | Subclass | Examples in PCAs |
|---|---|---|---|---|---|
| Riverine | In riparian areas along rivers and streams | Overbank flow from channel | One-directional and horizontal (down-stream) | R1-steep gradient, low order streams | Riparian communities in upper reaches flowing out of the alpine zone |
| | | | | R2-moderate gradient, low to middle order | Brush Creek at Cannibal Point, East Fork of Powderhorn Creek |
| | | | | R3-middle elevation, moderate gradient along small/mid-order stream | Cebolla Creek |
| | | | | R4-low elevation canyons or plateaus | Lake Fork of the Gunnison River, Los Pinos River |
| | | | | R5-low elev. floodplains | Rio Grande River |
| Slope | At the base of slopes, e.g., along the base of the foothills; also, places where porous bedrock overlying non-porous bedrock intercepts the ground surface. | Groundwater | One-directional, horizontal (to the surface from groundwater) | S1-alpine and subalpine fens on non-calcareous substrates. | Mineral Creek, Upper Rambouillet Park, Rincon la Osa, Wager Gulch |
| | | | | S2-subalpine and montane fens on calcareous substrates | No examples of this fen type were found in Hinsdale County |
| | | | | S3-wet meadows at middle elev. | Mountaintop wetlands the Cannibal Plateau |
| | | | | S4-low elevation meadows | Lower reaches of Weminuche Creek. |
| Depressional | In depressions caused by | Shallow ground | Generally two- | D1-mid to high elevation | Elk Lakes Fen, North Fork of Sand |

Rvsd Plan - 00006242

| Class | Geomorphic setting | Water Source | Water Movement | Subclass | Examples in PCAs |
|---|---|---|---|---|---|
| | glacial action (in the mountains) or oxbow ponds of floodplains. Lake, reservoir, and pond margins are also included. | water | directional, vertical: flowing into and out of the wetland in the bottom and sides of the depression | basins with peat soils or lake fringe without peat | Creek |
| | | | | D2-low elevation basins that are permanently or semi-permanently flooded | Lake margin wetlands around Lake San Cristobal |
| | | | | D3-low elevation basin with seasonal flooding | Depressional wetlands in Rio Grande River floodplain |
| | | | | D4-low elevation basins that are temporarily flooded | Abandoned beaver ponds |
| | | | | D5-low elevation basins that are intermittently flooded | Dry Lake |
| Mineral Soil Flat | Topographically flat wetland | Precipitation and groundwater | Two directional | F1-low elevation with seasonal high water table | No examples of this wetland type were found in Hinsdale County |

Rvsd Plan - 00006243

HGM assumes that the highest, sustainable functional capacity is achieved in wetland ecosystems and landscapes that have not been subject to long-term anthropogenic disturbance.  Under these conditions, the structural components and physical, chemical, and biological processes in the wetland and surrounding landscape are assumed to be at a dynamic equilibrium, which allows maximum ecological function (Smith et al. 1995).  If a wetland is to be designated a reference standard for a given subclass of wetlands, it must meet these criteria.  The need to locate reference wetlands is compatible with CNHP's efforts to identify those wetlands with the highest biological significance, in that the least disturbed wetlands will often be those with the highest biological significance.

Rvsd Plan - 00006244

# PROJECT BACKGROUND

**Location of Study Area**

Hinsdale County is located in the heart of the San Juan Mountains along the Continental Divide in southwest Colorado (Figure 2). It encompasses 1,118 square miles (289,561 ha) in the Southern Rocky Mountains and ranges in elevation from 7,600 to 14,314 feet (2,320-4,363 m). However, greater than 98% of the county is above 8,200 feet (2,500 m). The lowest elevation occurs at the outflow of the Piedra River from Hinsdale County on the southern border. The highest elevations occur in northwest Hinsdale County where the five peaks over 14,000 feet occur: Uncompahgre Peak (14,309'), Handies Peak (14,048'), Redcloud Peak (14,034'), Wetterhorn Peak (14,015'), and Sunshine Peak (14,001'). Additionally, there are many 13,000-foot summits (including Granite Peak and the Rio Grande Pyramid) as well as high plateaus like the Cannibal Plateau and Finger Mesa. Lake City, in north-central Hinsdale County, is the county seat (Figure 3).



**Figure 2. Location of Hinsdale County in Colorado.**

29

Rvsd Plan - 00006245



**Figure 3. Elevation and place names within Hinsdale County.**

Rvsd Plan - 00006246

## Ecoregions

Hinsdale County is entirely within the South Central Highlands section of the Southern Rocky Mountains ecoregion as defined by The Nature Conservancy (modified from Bailey 1994; Figure 4a). The Southern Rocky Mountains ecoregion extends from southern Wyoming to northern New Mexico; the San Juan Mountains comprise the southwestern zone of the Southern Rocky Mountain ecoregion. The ecoregion spans a large elevation range as it includes major mountain systems and the intervening valley and parks (Neely et al. 2001). The South Central Highlands is characterized by high elevations, steep slopes, and jagged ridges and mountain crests that rise out of glaciated valleys.

Chapman et al. (2006) defined ecoregional subsections on the basis of vegetation and geologic substrate. Subsections of the southwestern zone of the Southern Rocky Mountain ecoregion are shown in Figure 4b. These subsections display the extent of alpine systems and subalpine forest in the county; alpine systems (or those above treeline) comprise 36% of the land area in Hinsdale County. Subalpine forests are categorized by crystalline, sedimentary, and volcanic based on bedrock geology in Chapman et al. (2006), but together they cover 53% of the county. Mid-elevation forests similarly are split by bedrock geology, but together cover around 12% of the land area in Hinsdale County. Grassland parks and foothill shrubland ecoregional subsections each occur on less than one percent of the land surface in the county.

## Climate

Climate in the San Juan Mountains is highly variable. Within Hinsdale County it tends to vary with elevation and topography. Elevation and orientation of mountain ranges affect general air movements in Colorado and these affect local climatic conditions (Doesken et al. 2003). Wind patterns in Hinsdale County area are difficult to generalize but are often southwesterlies (Hunter and Spears 1975). Climate data for the past one hundred years was accessed via PRISM (Spatial Climate Analysis Service 2008) as well as from the Western Regional Climate Center (2008). Rain and snowfall can vary widely from year to year on both regional and local scales. Average annual precipitation in the county ranges from approximately 11 inches (29 cm) to greater than 50 inches (127 cm; Figure 5). Much of Hinsdale County receives considerable precipitation. Higher elevations in the northwest and west-central areas of the county generally receive approximately 43 inches (106 cm) of precipitation annually. However, there are pockets around the highest peaks, the fourteen-thousand-foot summits in the northwest corner of the county as well as the high mountains in the southwest corner, where average annual precipitation can be 50-60 inches (127-152 cm). Relatively dry areas include the valleys of the lower Lake Fork of the Gunnison River downstream from Lake City, the lower reaches of the Rio Grande Reservoir, and the high plateaus. The high plateaus, like the Cannibal Plateau in northern Hinsdale County and Finger Mesa in the center of the county, receive approximately 30 inches (76.2cm) of annual precipitation.

Rvsd Plan - 00006247



**Figure 4a. Position of Hinsdale County within the Southern Rocky Mountain ecoregion.**

Rvsd Plan - 00006248



**Figure 4b.  Subsections in Hinsdale County (Chapman et al. 2006).**

Rvsd Plan - 00006249



**Figure 5. Annual precipitation in Hinsdale County.**

Rvsd Plan - 00006250

The distribution of precipitation throughout the year on average is fairly uniform.  Winter storms with northern storm track are frequent throughout the season but large snow accumulation events stem from cyclonic flow from the south; subtropical moisture pulled into these systems can produce storms with high precipitation.  These types of storms have produced the historic blizzards and subsequent avalanches in the region (Blair et al. 1996).  These storms often occur in March and April, which generally tend to be the snowiest months (Western Regional Climate Center 2008).  The short growing season in Hinsdale County is ushered in with snowmelt beginning in May.  June tends to be the driest month, but it is followed by greater prevalence of summer storms in July and August (Western Regional Climate Center 2008).  Thunderstorms are common in the mid- to late summer as wind patterns often shift to more southerly directions providing monsoonal moisture to convection storms (Doesken et al. 2003).

Average annual maximum temperature ranges from 55.7 ºF in Lake City (with a monthly average range of 34.3 – 77.1 ºF; Western Regional Climate Center 2008) to 43.2ºF (with a range of 40.0 to 49.0 ºF) at high elevations nearby (Spatial Climate Analysis Service 2008).  Average annual maximum temperature on Finger Mesa is 49.2ºF (ranging between 45.6 and 53.4 ºF).  Valleys in Hinsdale County tend to be cooler because of cold air drainage.  Summers are hot with July tending to be the hottest month.  Average annual minimum temperatures range from 22.5ºF in Lake City (with a range of monthly averages of -1.9 – 44.6 ºF) to 17.3 ºF at high elevations (with monthly averages ranging from (3.3 – 35.1 ºF).  Lowest average temperatures occur in January (Western Regional Climate Center 2008).

Although significant snowpack above 10,000 feet tends to linger into June, spring runoff from snowmelt generally begins in mid- to late May in Hinsdale County.  Average peak discharge at the Lake Fork of the Gunnison River is 957 cfs (±350 cfs) and peaks around mid-June (Figure 6; U.S. Geological Survey 2007).  Snowpack in the three major watersheds in Hinsdale County are shown in Table 9 and show the variability in winter moisture within the San Juan Mountains.  During the winter of 2006, the Rio Grande and San Juan River watersheds had basin-wide snowpack that was well below average, whereas snowpack in the Upper Gunnison River watershed was near average for most of the winter months.  However, snow totals were low throughout the region by June.  In 2007, the Gunnison and San Juan watersheds were largely below average and the Rio Grande River watershed was near average for snow depths (National Water and Climate Center 2008).

The San Juan Mountains, like the rest of Colorado, was still recovering from drought conditions during the study period as evidenced by water storage in the Rio Grande Reservoir.  The Rio Grande Reservoir storage dipped below average in August of 2001.  Although it regained to nearly average during the summer of 2005, it neared a historical low in the summer of 2006.  However, it returned to average capacity by the summer of 2007 (Natural Resources Conservation Service 2008)

Rvsd Plan - 00006251



**Figure 6. Annual average water discharge of the Lake Fork of the Gunnison River.**

**Table 9. Percent of average snowpack in the three major watersheds in Hinsdale County.**

| Year | Basin | Month | | | | | |
|------|-------|---------|----------|-------|-------|-----|------|
|      |       | January | February | March | April | May | June |
| 2006 |       |         |          |       |       |     |      |
|      | Gunnison | 98 | 97 | 84 | 94 | 56 | 38 |
|      | Rio Grande | 34 | 43 | 40 | 64 | 40 | 11 |
|      | San Juan | 47 | 53 | 46 | 68 | 44 | 6 |
| 2007 |       |         |          |       |       |     |      |
|      | Gunnison | 93 | 77 | 81 | 66 | 47 | 26 |
|      | Rio Grande | 94 | 102 | 93 | 70 | 69 | 53 |
|      | San Juan | 77 | 76 | 78 | 58 | 52 | 47 |

36

## Geology

Embedded within the San Juan Mountains, Hinsdale County contains striking landforms that have resulted from its geologic history.  These distinctive landforms were created primarily by volcanic activity over several periods of geologic time followed by multiple glaciations with subsequent post-glacial processes (Blair et al. 1996).  The tumultuous geologic history led to highly fractured bedrock and complex patterns of rock types. The various ash, lava, and landslide deposits associated with volcanic events each have different erosion and deformation characteristics.  Bedrock types in Hinsdale County are diverse ranging from Precambrian basement rocks to Quaternary alluvium (National GAP Analysis Program 2005).  Spatial juxtaposition of bedrock types are shown in Figure 7 and listed in Table 10.

After a succession of cyclic uplift and erosion, a major period of volcanic activity ensued about 35 million years ago (Tertiary).  The first stage of volcanic activity spewed lava and ash that covered wide swaths of the region and these deposits were smothered by explosive pyroclastic ash flows emitted during the second phase of volcanism where catastrophic eruptions were so strong the mountains collapsed into calderas.  Fifteen overlapping calderas pock the landscape in the San Juan Mountains, each with its own characteristic ash flows (Steven and Lipman 1975).  The Uncompahgre and Lake City calderas partially occur in Hinsdale County.  Henson Creek and the Lake Fork of the Gunnison River flow from the bowl shape of the Lake City caldera.  The primary volcanic bedrock types in Hinsdale County include Hinsdale Formation (porphyritic rhyolite, andesite, and basalt) and Sunshine Peak tuff (silicic rhyolite; Blair et al. 1996).

The Colorado Mineral Belt is a southwest to northeast trending zone that extends roughly from Durango to Boulder; it crosses through the northwestern quarter of Hinsdale County.  Precambrian mountain building episodes created the faults, fractures, and shear zones that became conduits for molten magma and hydrothermal action in the Tertiary volcanic activity (Colorado Geological Survey 2003).  Similarly, volcanic events themselves created additional conduits; the collapse of the Silverton and Lake City calderas created concentric and radial faults that became open vein deposits (Blair et al. 1996).  Minerals dissolved in molten magma and groundwater flowed through these fissures and concentrated into ore deposits (Hopkins and Hopkins 2000).  Hydrothermal activity in Hinsdale County and elsewhere in the San Juan Mountains were laden with precious metals of gold, silver, zinc, and copper (Blair et al. 1996).  Significant mining districts formed in Lake City and those in Silverton and Ouray were nearby; Hinsdale County primarily had gold and silver mining (Western Mining History 2008).

Glaciation was a primary driver of modern geomorphology in the San Juan Mountains and in Hinsdale County.  The San Juan Mountains endured multiple glaciations with as many as fifteen series noted in the last two million years (Blair et al. 1996).  Atwood and Mather (1932) show the distribution of glaciers and their directions of flow in the

Rvsd Plan - 00006253



**Figure 7. Geology of Hinsdale County (National GAP Analysis Program 2006).**

38

**Table 10. Bedrock types in Hinsdale County.**

| Symbol | SUBSTRATE | Name | Acres | Percent of Total |
|---|---|---|---|---|
| &rh | Sandstone dominated formations of all ages | RICO AND HERMOSA FORMATIONS--Arkosic sandstone, conglomerate, shale, and limestone.  Includes at base in some areas siltstone and shale of Molas Formation, or Larsen Quartzite | 8774.8 | 1.2 |
| @d | Siltstone and or mudstone dominated formations of all ages | DOLORES FORMATION--Red siltstone, shale, sandstone, and limestone-pellet conglomerate | 2198.8 | 0.3 |
| H2O | Water | Water | 3905.3 | 0.5 |
| Jmwe | Sandstone dominated formations of all ages | MORRISON, WANAKAH, AND ENTRADA FORMATIONS | 19383.7 | 2.7 |
| Kdb | Sandstone dominated formations of all ages | DAKOTA SANDSTONE AND BURRO CANYON FORMATION--Sandstone, shale, and conglomerate | 10308.9 | 1.4 |
| Km | Shale dominated formations of all ages | MANCOS SHALE--Intertongues complexly with units of overlying Mesaverde Group or Formation; lower part consists of a calcareous Niobrara equivalent and Frontier Sandstone and Mowry Shale Members; in areas where the Frontier and Mowry Members (Kmfm), or th | 11446.1 | 1.6 |
| Kmv | Sandstone dominated formations of all ages | MESAVERDE GROUP, UNDIVIDED--Sandstone and shale | 1939.1 | 0.3 |
| Kpcl | Sandstone dominated formations of all ages | PICTURED CLIFFS SANDSTONE AND LEWIS SHALE | 2235.7 | 0.3 |
| MD | Carbonate dominated formations either limestone or dolomites of all ages | LEADVILLE LIMESTONE (MISSISSIPPIAN), GILMAN SANDSTONE (MISSISSIPPIAN OR DEVONIAN), DYER DOLOMITE (MISSISSIPPIAN? AND DEVONIAN), AND PARTING FORMATION (DEVONIAN, QUARTZITE AND SHALE) | 2442.4 | 0.3 |
| MD_ | Carbonate dominated formations either limestone or dolomites of all ages | LEADVILLE, GILMAN, DYER, PARTING, AND SAWATCH FORMATIONS | 1591.7 | 0.2 |
| Pc | Sandstone dominated formations of all ages | CUTLER FORMATION--Arkosic sandstone, siltstone, and conglomerate | 824.0 | 0.1 |
| Qa | Quaternary age younger alluvium and surficial deposits | MODERN ALLUVIUM--Includes Piney Creek Alluvium and younger deposits | 337.3 | 0.0 |
| Qd | Quaternary age younger alluvium and surficial deposits | GLACIAL DRIFT OF PINEDALE AND BULL LAKE GLACIATIONS--Includes some unclassified glacial deposits | 48524.3 | 6.7 |
| Qdo | Quaternary age older alluvium and surficial deposits | OLDER GLACIAL DRIFT (PRE-BULL LAKE AGE) | 2824.3 | 0.4 |
| Qg | Quaternary age younger alluvium and surficial deposits | GRAVELS AND ALLUVIUMS (PINEDALE AND BULL LAKE AGE)--Includes Broadway and Louviers Alluviums | 6838.9 | 1.0 |
| Ql | Quaternary age younger alluvium and surficial | LANDSLIDE DEPOSITS--Locally includes talus, rock-glacier, and thick colluvial deposits | 35511.6 | 4.9 |

39

Rvsd Plan - 00006255

| Symbol | SUBSTRATE | Name | Acres | Percent of Total |
|---|---|---|---|---|
| | deposits | | | |
| Taf | Metamorphic or igneous units with a dominantly silicic composition all ages | ASH-FLOW TUFF OF MAIN VOLCANIC SEQUENCE (AGE IN SAN JUAN MOUNTAINS 26-30 M.Y.; IN SOUTH PARK 29-32 M.Y.)--Includes many named units | 188938.5 | 26.3 |
| Tbb | Metamorphic or igneous units with dominantly mafic composition all ages | BASALT FLOWS AND ASSOCIATED TUFF, BRECCIA, AND CONGLOMERATE OF LATE-VOLCANIC BIMODAL SUITE (AGE 3.5-26 M.Y.)--Includes basalts of Hinsdale Formation in San Juan Mountains, Servilleta Formation in San Luis Valley, and many other occurrences | 39034.4 | 5.4 |
| Tbr | Metamorphic or igneous units with a dominantly silicic composition all ages | RHYOLITIC INTRUSIVE ROCKS AND FLOWS OF LATE-VOLCANIC BIMODAL SUITE | 8327.1 | 1.2 |
| Tbrt | Metamorphic or igneous units with a dominantly silicic composition all ages | ASH-FLOW TUFF OF LATE-VOLCANIC BIMODAL SUITE (AGE 22-23 M.Y.) | 33458.8 | 4.7 |
| Te | Sandstone dominated formations of all ages | EOCENE PREVOLCANIC SEDIMENTARY ROCKS--Arkosic sand and bouldery gravel of Echo Park Alluvium and Blanco Basin Formation (arkosic mudstone, sandstone, and conglomerate) | 650.4 | 0.1 |
| Tial | Metamorphic or igneous units with a dominantly silicic composition all ages | INTRA-ASH FLOW ANDESITIC LAVAS Age of upper parts of uppermost Tertiary units is problematic. These parts have historically been assigned to the Pliocene. Successive reductions in radiometric age of the base of the Pliocene in Europe to 7 m.y. (Lambert, | 87228.4 | 12.1 |
| Tiql | Metamorphic or igneous units with a dominantly silicic composition all ages | INTRA-ASH-FLOW QUARTZ LATITIC LAVAS | 31589.6 | 4.4 |
| Tmi | Metamorphic or igneous units with a dominantly silicic composition all ages | MIDDLE TERTIARY INTRUSIVE ROCKS (AGE 20-40 M.Y.)--Intermediate to felsic compositions | 3934.5 | 0.5 |
| Tpl | Metamorphic or igneous units with a dominantly silicic composition all ages | PRE-ASH-FLOW ANDESITIC LAVAS, BRECCIAS, TUFFS, AND CONGLOMERATES (GENERAL AGE 30-35 M.Y.)--Includes several named units | 93541.6 | 13.0 |
| Xfh | Metamorphic or igneous units with a dominantly silicic composition all ages | FELSIC AND HORNBLENDIC GNEISSES, EITHER SEPARATE OR INTERLAYERED--Includes metabasalt, metatuff, and interbedded metagraywacke; locally contains interlayered biotite gneiss.  Derived principally from volcanic rocks | 5990.7 | 0.8 |
| Xq | Metamorphic or igneous units with a dominantly silicic composition all ages | QUARTZITE, CONGLOMERATE, AND INTERLAYERED MICA SCHIST | 9428.8 | 1.3 |

Rvsd Plan - 00006256

| Symbol | SUBSTRATE | Name | Acres | Percent of Total |
|---|---|---|---|---|
| Yam | Metamorphic or igneous units with dominantly mafic composition all ages | ALKALIC AND MAFIC ROCKS IN SMALL PLUTONS, AND DIABASE AND GABBRO DIKES | 884.9 | 0.1 |
| Yg | Metamorphic or igneous units with a dominantly silicic composition all ages | GRANITIC ROCKS OF 1,400-M.Y. AGE GROUP (AGE 1,350-1,480 M.Y.)?Includes Silver Plume, Sherman, Cripple Creek, St. Kevin, Vernal Mesa, Curecanti, Eolus, and Trimble Granites or Quartz Monzonites; also, San Isabel Granite of Boyer (1962) and unnamed graniti | 49043.8 | 6.8 |
| YXu | Sandstone dominated formations of all ages | UNCOMPAHGRE FORMATION (OLDER THAN GRANITES OF 1,400-M.Y. AGE GROUP AND YOUNGER THAN GRANITES OF 1,700-M.Y. AGE GROUP)--Quartzite, slate, and phyllite METAMORPHIC ROCKS (Age 1,700-1,800 m.y.) | 8262.5 | 1.1 |

mountain during the last significant glacial advance around 18,000 years ago (Colorado Geological Survey 2003, Blair et al. 1996). The highest peaks in Hinsdale County likely were not completely engulfed by ice and were nunataks or rock islands (Blair et al. 1996). As glaciers recede, the landforms they created were exposed—U-shaped valleys, hanging valleys, horns, arêtes, and cirques are commonplace in Hinsdale County.

Non-volcanic bedrock comprises a small percentage of rock types in Hinsdale County and include sedimentary formations (Paleozoic and Mesozoic) and Quaternary alluvium from post-glacial and modern erosion processes. Hinsdale County has limited areas at the south end of the county where softer sedimentary bedrock occurs. This area has a complex pattern of bedrock layers including Rico, Hermosa, Cutler, Dolores, Entrada, Morrison, Burro Canyon, and Dakota Formations (Tweto 1979). The series of glaciations in the San Juan Mountains left an intricate pattern of alluvial terraces and drift deposits in glaciated valleys in Hinsdale County. Although only the more recent glacial events are surfically evident, layers include alluvium from Pinedale and Bull Lake glaciations.

**Soils**

Soils in Hinsdale County have not been completely mapped. Northern Hinsdale County is covered by soil mapping in the Gunnison area (Hunter and Spears 1975). Generally soils are shallow and rocky in the uplands with sandy loams and rocky outcrops predominating. Grassland areas tend to accumulate greater depths and loamy soils like Bosler sandy loam at lower elevations and Mord, Sunshine, and Youman-Passar loams at subalpine elevations. Forested areas are characterized by Woodhall extremely rocky loam (5 to 50 percent slopes) and Posant very rocky loam (10 to 60 percent slopes) under mid-elevation forests, with Nutras stony loam (10 to 50 percent slopes), Shule and sapinero loams (10 to 50 percent slopes), Vulcan gravelly sandy loam (10 to 35 percent slopes), and Wetterhorn stony loam (10 to 55 percent slopes) at subalpine. Alpine areas tend to have Meredith very stony loam (8 to 50 percent slopes). Riparian areas tend to

Rvsd Plan - 00006257

have fine-textured, alluvial soils with coarse materials in the matrix; in northern Hinsdale County, these are primarily defined by Gas Creek sandy loam (both 0 to 1 and 1 to 5 percent slopes), Parlin-Mergel gravelly loam (5 to 45 percent slopes), and Fola cobbly sandy loam (1 to 8 percent slopes).  Pockets of histosols dot the landscape marking small fens.

**Rivers**

Hinsdale County is one of only four counties in southwest Colorado that straddle the Continental Divide.  The Divide winds through the center of Hinsdale County such that the central portion of the county comprises the headwaters of the Rio Grande River and flows eastward to the Gulf of Mexico, whereas the northern and southern portions of Hinsdale County are in the Colorado River drainage that flows west to the Pacific Ocean (Figure 8). The northern portion of Hinsdale County drains the Upper Gunnison River basin that joins the Colorado River downstream.  The southern portion of the county forms the headwaters of the Piedra River, a major tributary of the San Juan River, which flows south into New Mexico.  The Rio Grande headwaters begin just to the west of Hinsdale County in adjacent San Juan County before flowing west to east through the middle of Hinsdale County before entering the San Luis Valley and continuing to the Gulf of Mexico.

Current impacts to water quantity and quality in Hinsdale County include reservoirs, surface water diversions, and mining activity.  Three major reservoirs occur in Hinsdale County, two in the Rio Grande Drainage—the Rio Grande Reservoir and the Continental Reservoir—and one in the San Juan River drainage—the Williams Creek Reservoir in the southern portion of the county.  Several naturally occurring lakes exist in Hinsdale County, including Lake San Cristobal, the second largest natural lake in Colorado, and Emerald Lake in the Upper San Juan River area in the southwestern portion of the county.  Myriad small glacial lakes occur in the high country.  Seven major trans-basin diversions transfer water from the Colorado River side of the drainage to the Rio Grande Basin, four of which are in Hinsdale County (Topper et al. 2003).  Water quality in Hinsdale County is naturally impacted by heavy metals and acidity in the Lake Fork of the Gunnison drainage (Colorado Geological Survey 2003).  Poor water quality in this watershed is exacerbated by anthropogenic impacts from mining activity.  Historically, mining was the major industry in Hinsdale County.  Acid mine drainage negatively impacts water quality in the Lake Fork of the Gunnison from headwaters area downward (Krabacher et al. 2006).  Mining activity can also alter the hydrology of wetlands; mine tailings dumped in or near wetland or riparian areas can alter surface flow and sediment fluxes (Chimner et al. 2007).

Surface water comprises the vast majority of water inputs in Hinsdale County (Topper et al. 2003).  Annual precipitation recharges volcanic rock aquifers in Hinsdale County.  Water chemistry in these aquifers tends to be highly variable.  Wells that access these

Rvsd Plan - 00006258



**Figure 8. Major drainages in Hinsdale County.**

43

water sources are primarily clustered around Henson Creek and the Lake Fork of the Gunnison River as well as along the Rio Grande River. Alluvial aquifers associated with the San Juan, Rio Grande, and Lake Fork of the Gunnison Rivers are virtually non-existent in the Hinsdale County portion of these drainages. The southern end of Hinsdale County is at the northeastern side of the San Juan Basin. Groundwater from alluvial and shallow-bedrock is tapped for irrigation, ranching, and domestic water supply in the Piedra River valley.

**Ecological Systems**

The glacial history, geology, and elevation within Hinsdale County lead to a limited range of ecological systems. Ecological systems are dynamic assemblages of plant and animal communities that occur together on the landscape, unified by similar ecological processes (e.g., climate as moderated by elevation and natural disturbance processes) and/or underlying abiotic environmental factors or gradients (e.g., bedrock geology and hydrology). Ecological systems in the county range from alpine tundra at high elevations throughout the county to montane forests in lower reaches of the major river valleys.

The diversity of ecological systems in Hinsdale County may be best described along the elevation gradient contained within it. At the highest elevations, exposed rock forms a mosaic with alpine tundra. These communities of tiny shrubs, cushion plants, and grasses transition to wind-flagged krummholz before grading into subalpine forests dominated by Engelman spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*). These spruce-fir forests in turn grade into upper montane forests of mixed conifers and aspen (*Pcpulus tremuloides*). Lodgepole or limber pine (*Pinus contorta* and *Pinus flexilis*) with small patches of bristlecone pine (*Pinus aristata*) grade into Douglas-fir (*Pseudotsuga menziesii*), often on north-facing slopes. Ponderosa pine (*Pinus ponderosa*) is limited to the lowest elevations in Hinsdale County, in uplands along lower reaches of the Lake Fork of the Gunnison in the north and the Piedra River in the south. The foothills between the mountains and plains are characterized by Gambel oak (*Quercus gambelii*) scrub and/or mountain mahogany (*Cercocarpus montanus*) shrublands that blanket the dry, shallow soils of hogbacks and often intermingle with confer woodlands on slopes. Grasslands occupy valleys and are scattered in areas of deeper soils throughout the montane and foothill areas in the county.

With the restricted elevation range in Hinsdale County, there is a concurrent low diversity of riparian ecological systems. These riparian systems are defined based on elevation and vegetation structure. These are linear systems that often form ecotones between upland and wetland systems (NatureServe 2003). Riparian systems in Hinsdale County primarily include Upper Montane/Subalpine Riparian Forest and Woodland and Upper Montane/Subalpine Riparian Shrubland ecological systems with limited expression of Lower Montane Riparian Woodland (Rondeau 2001). Given the elevation and precipitation in Hinsdale County, there are also expressions of unique fen wetlands, which will be discussed below.

Rvsd Plan - 00006260

The subalpine and upper montane zones have two systems, Upper Montane/Subalpine Riparian Forest and Woodland and Upper Montane/Subalpine Riparian Shrubland. These occupy elevations between 8000 to 11,000 feet (2440-3350 m) depending on aspect and topography.  Riparian forests and woodlands tend to occur on steeper gradients and in narrower valleys relative to shrublands, which tend to occupy broad shallow valleys in this elevation zone.  Upper Montane/Subalpine Riparian Forest and Woodlands comprise riparian corridors dominated by Engelman spruce-fir, blue spruce (*Picea pungens*), and aspen with spruce-fir occupying the subalpine and blue spruce and aspen occurring in the upper montane.  Understories of these forests can be shrubby or herbaceous depending on soil characteristics and stream gradient.  Upper Montane/Subalpine Riparian Shrubland are characterized by several willow species (*Salix bebbiana, S. boothii, S. drummondiana, S. geyeriana, S. monticola, S. brachycarpa, S. planifolia, S. wolfii*), thinleaf alder (*Alnus incana*), river birch (*Betula occidentalis*), red-osier dogwood (*Cornus sericea*), and shrubby cinquefoil (*Dasiphora fruticosa*).  Several willows, barrenground willow (*Salix brachycarpa*), planeleaf willow (*S. planifolia*), and wolf willow (*S. wolfii*), tend to occupy the subalpine, whereas the remainder of the shrubs are more prevalent in the upper montane zone.  Predominant understory species in these shrublands tend to be graminoids, especially sedges (*Carex* spp.) but wetter areas are often dominated by forbs (Rondeau 2001, Redders 2000). Broad, glaciated valleys have lower-gradient , sinuous stream with well-developed willow carrs.

Riparian corridors in the lower montane elevation zone generally occur in V-shaped valleys in Hinsdale County between 6000 and 9000 feet (1830-2740 m).  They are strongly dominated by narrowleaf cottonwood (*Populus angustifolia*) and generally have a somewhat well-defined to a well-defined shrub layer comprised of various species. Shrubs include thinleaf alder, river birch, red-osier dogwood, chokecherry (*Prunus virginiana*), and various willows.  They often occur in monotypic stands but also form very diverse, mixed stands.  These systems usually form immediately adjacent to river and stream reaches and in small patches surrounding springs.  Herbaceous understories in these systems are highly variable.

Variability in vegetation composition and spatial juxtaposition of tree and shrub species often reflects a patchy mosaic resulting from the dynamics of flooding.  The severity and periodicity of flooding at local scales strongly influences the vegetation composition and structure that occurs at a site as well as the successional pathways that ensue (Campbell and Green 1968, Douhovnikoff et al. 2005).  Watershed characteristics influence the flood regime, affecting the magnitude and frequency of flood events.  These characteristics contribute to the pattern of annual hydrographs, the pattern of sediment delivery, and the characteristics of the sediment (Baker and Walford 1995).  Vegetation and soil characteristics also have an impact on flooding.  Vegetation and soils in the arid West have less ability to absorb and intercept rainfall relative to more humid regions. This lower ability to attenuate runoff leads to larger maximum flood peaks and flash flood potentials.  Flooding in more arid regions is thus more likely to cause landform change (Osterkamp and Friedman 2000).  As the scale of rainfall events that may induce flooding, like thunderstorm downbursts, is often local, unpredictable and relatively

Rvsd Plan - 00006261

infrequent, channel and vegetation characteristics can be widely variable over space and time (Friedman and Lee 2002).

*Fens*

Where cool, moist conditions persist—such as at higher elevations in the Southern Rocky Mountains—constant soil saturation provided by upwelling groundwater creates anaerobic conditions in the deeper soil layers. Lack of oxygen combined with cold temperatures dramatically slows or inhibits decomposition leading to the accumulation of organic material in soils, or the formation of peat (Mitsch and Gosselink 1993). Peat accumulation in the Arid West occurs very slowly; estimates range from 10-41 cm (4-16 inches) per 1,000 years (U.S. Fish and Wildlife Service Region 6 1997). In the Southern Rocky Mountains, a wetland is considered a peatland or fen if organic matter (peat) accumulation is at least 40 cm or 16 inches (U.S. Fish and Wildlife Service Region 6 1997). These montane fens also occur as a "small patch" type of system. The intricate relationship of environmental conditions that maintain fens stems from landscape position, groundwater, and climate. Fens usually form where groundwater intercepts the soil surface, often at low points within the landscape or on slopes at higher elevation where climatic conditions do not continuously favor decomposition processes (Crum 1988, Sjors and Gunnarsson 2002, Mitsch and Gosselink 1993, Rondeau 2001).

Water chemistry of fen wetlands reflects the type of bedrock through which the groundwater flows. There are several categories of peatlands that are derived from distinct water chemistry affiliated with different types of bedrock geology. For example, mineral-rich groundwater of extremely rich fens is basic after percolating through enriched bedrock like dolomites and limestones high in calcium and magnesium bicarbonates and sulfates (Cooper 1996). In contrast, iron fens are mineral-rich but highly acidic; they occur in areas where bedrock contains significant amounts of pyrite ($FeS_2$), which reacts with groundwater and oxygen to form sulfuric acid (Sares 2005, Cooper and Arp 1998). Iron fens are rare and are largely restricted to the mineral belt of Colorado (Cooper and Arp 1998). They are characterized by limonite precipitate of pyrite that forms local terrace surfaces for peat accumulation, and therefore for fen development. Characteristic flora includes dwarf birch (*Betula nana*), sphagnum mosses (especially *Sphagnum angust.folium, S. russowii, S. fimbriatum,* and *S. squarrosum*), and sedges (*Carex aquatilis, C. canescens,* and *C. utriculata*) (Cooper and Arp 1998, Carsey et al. 2003).

## Fauna

In the San Juan Mountains the physical threshold where temperature begins to outweigh moisture as the main limiting factor to biological processes occurs between 7,600-8,200 feet (2,300-2,500 m; Blair et al. 1996). With greater than 98 % of the land area occurring at or above 8,200 feet, the fauna of Hinsdale County have greater adaptations for temperature regulation. Adaptations for cold temperatures are various, but include breeding in heat-trapping ponds, foraging actively during the day when it is warmest, and achieving maturity quickly and at small body sizes (Marchand 1996).

Rvsd Plan - 00006262

Rare species affiliated with wetlands and riparian areas in Hinsdale County include fish, amphibians, freshwater snails, and several bird species. Fish include the Rio Grande (or Round tail) Chub (*Gila pandora*), as well as both the Colorado River Cutthroat Trout (*Oncorhynchus clarkii* pleuriticus) and Rio Grande Cutthroat Trout (*Oncorhynchus clarkii virginalis*). Boreal Toads (*Bufo boreas*) used to occur more commonly in the San Juan Mountains, but is now very limited in its occurrence there (Boreal Toad Conservation Strategy Team 1997). The Mossy Valvata is a freshwater snail that is usually found in high calcium aquatic habitats affiliated with rooted aquatic vegetation (Massachusetts Natural Heritage & Endangered Species Program 2008). Two bird species of note are the Black Swift (*Cypseloides niger*) and Southwestern Willow Flycatcher (*Empidonaxtraillii*). Black Swifts nest in cool microclimates on rock faces that are near waterfalls or in dripping caves (Lack 1956). The Southwestern Willow Flycatcher is a small passerine that is on the federally endangered species list. It nests in thickets, scrubby and brushy areas often affiliated with riparian corridors. Current threats to the Southwest Willow Flycatcher are primarily driven by alteration of its riparian habitat (including habitat loss, modification, and fragmentation) and brood parasitism (Finch and Stoleson 2000).

**Land Ownership**

Approximately 95% of the land within Hinsdale County is in public ownership (Figure 9). U.S. Forest Service lands comprise the majority of land in the county with nearly 560,000 acres (226,500 ha), which is about 78% of the land area. Of this total, approximately 272,500 acres (110,300ha) are designated Wilderness Area, including portions of the La Garita, Weminuche, and Big Blue Wilderness Areas. The Bureau of Land Management manages nearly 125,000 acres (50,300 ha) in northern Hinsdale County, which comprises about 17% of the total land area in the county. The State of Colorado owns nearly 3000 acres (1200ha) and manages it as state wildlife area, but this is less than 0.5% of the total land area in the county. Privately-owned land comprises approximately 4.5% of the land area and is largely centered along major riparian corridors like the Lake Fork of the Gunnison, the Rio Grande, and the Piedra rivers as well as Weminuche Creek.

**Land Use History**

Prior to exploration of the San Juan Mountains by the Spanish, what is now Hinsdale County and its environs were Ute territory. As the Spanish settled farther north into New Mexico they looked northward for trade as the Ute were more friendly than the Comanche to the south (Blair et al. 1996). This was followed by Spanish miners exploring the area. Trade and exploration were minimal until the late 1880's when attention remained on the San Juan Mountains for their mining potential. Mining districts developed and competed for business. However, Lake City was established in 1874 and grew rapidly in character with mining boom towns of the period (Wright and Wright 1964). Its population peaked around 1879 when approximately 4000 people lived in the town. It served a chain of mining camps upstream along Henson Creek including Sherman and Capitol City. Locations of mines and mining activity was concentrated in the northern portion of the county (Figure 10). The difficult terrain of the San Juans

Rvsd Plan - 00006263



**Figure 9. Land ownership in Hinsdale County.**

48



**Figure 10. Locations of mines and mining activity in the vicinity of Hinsdale County.**

49

hampered major transportation corridors.  The last silver rush occurred in the early 1890's followed by the crash of silver prices in 1893.

**Population**

Hinsdale County, with an estimated population size of 819, ranks 62nd (second only to adjacent San Juan County) in the state.  Most of the county's population is concentrated in Lake City.  The population has more than doubled since 1980 with the majority of this growth occurring in the 1980s.  The population of Hinsdale County increased by approximately 10% between 1990 and 2000 (U.S. Census Bureau 2008).

Rvsd Plan - 00006266

# CONSERVATION ASSESSMENT

## Potential Impacts to Biological Diversity in Hinsdale County

General threats that may affect biodiversity on a large, landscape-level scale in Hinsdale County are summarized below. We understand that the issues discussed below are often important parts of a healthy economy and contribute to the well being of our society. We mention these general "impacts to biodiversity" with the hope that good planning can minimize the impacts where critical habitat resides.

### Hydrological Modifications

River impoundment in the form of lakes, reservoirs, irrigation ditches, and canals can affect aquatic dependent plants and animals (Chien 1985, Friedman et al. 1998). Three reservoirs currently affect water flow in Hinsdale County and a possible outflow control structure on Lake San Cristobal is currently being discussed. Annual flooding is a natural ecological process that can be severely altered by the construction of dams, reservoirs, and other water diversions. These water diversions and impoundments have altered the normal high peak flows that were once a part of the natural hydrological regimes of the rivers and their tributaries. These periodic floods are necessary for continued viability of most riparian vegetation. For example, many plants, including cottonwood trees, reproduce primarily with flooding events (Rood and Mahoney 1990). As plant composition changes in response to alterations in the flooding regime, the composition of the aquatic and terrestrial fauna may also change.

In addition to impoundment, rivers have also been altered by stream bank stabilization projects (e.g., channelization; Rosgen 1996). Most streams and rivers are dynamic and inherently move across the land. Stabilizing or channelizing stream banks forces the river to stay in one place and often leads to changes in riparian ecology and more serious destruction downstream. It is also well known that different plant communities require different geomorphologic settings. For example, point bars are required for some species of willows to regenerate, terraces are required for mature cottonwood/shrubland forests, and old oxbow reaches may eventually provide habitat for many wetland communities. By stabilizing a river, the creation of these geomorphic settings is often eliminated. Thus, the plant communities that require such fluvial processes are no longer able to regenerate or survive. In general, the cumulative effects from dams, reservoirs, and channelization on plant communities have caused a gradual shift from diverse multi-aged riparian woodlands to mature single-aged forest canopies.

Many wetlands not associated with fluvial processes have been altered by irrigation practices, water diversions, and groundwater withdrawals. Many historical wetlands, such as seeps and springs, have been lost or altered due to water "development" projects, such as water diversions or impoundments. The number of species supported by a manmade pond with minimal edge habitat is generally less than the number supported by an extensive intact seep and spring wetland or naturally occurring pond.

Rvsd Plan - 00006267

## Development

Residential development is a localized but increasing impact in Hinsdale County, especially near Lake City and in scattered areas throughout the rest of the county. Development creates a number of stresses, including habitat loss and fragmentation, introduction and proliferation of non-native plant species, fire suppression, and predation and disturbance from domestic animals (dogs and cats) (Oxley et al. 1974, Coleman and Temple 1994). Increasing human density in an area can lead to a change in the composition of wildlife populations (e.g., numbers of foxes and coyotes may increase, or number of bird species present may decrease), and may also alter movement patterns and behavior of wildlife. Loss of habitat to development is considered irreversible.

## Recreation

Recreation, once very local and perhaps even unnoticeable, is increasing and having a greater impact on natural ecosystems in Hinsdale County. Different types of recreation (e.g., motorized versus non-motorized activities) typically have different effects on ecosystem processes. All-terrain vehicles (ATVs ) can disrupt migration and breeding patterns of many animal species and fragment habitat for native resident species. This activity can also threaten rare plants found in non-forested areas. ATVs have also been identified as a vector for spreading invasive non-native plant species.

Non-motorized recreation, mostly hiking but also some mountain biking and rock climbing, presents a different set of issues (Cole and Knight 1990, Knight and Cole 1991; Miller et al. 1998, 2001). Wildlife behavior can be significantly altered by repeat visits of hikers or bicyclists. Trail placement should consider the range of potential impacts on the ecosystem. Considerations include minimizing fragmentation by leaving large undisturbed areas of wildlife habitat where possible (Colorado Department of Natural Resources 1998). Miller et al. (1998) found lower nest survival for grassland birds adjacent to trails; they also found that grassland birds were more likely to nest away from trails with a zone of influence approximating 250 feet (75 meters). Alpine areas, mountain lakes, and riparian zones are routes and destinations for many established trails. Thus, impacts to native vegetation (mainly trampling) in these areas can be high.

## Fragmentation and Edge Effects

Edges are simply the outer boundary of an ecosystem that abruptly grades into another type of habitat (e.g., edge of a Gambel oak scrub next to a grassland; Forman and Godron 1986). Edges are often created by naturally occurring processes such as floods, fires, and wind. Edges can also be created by human activities such as roads, trails, timber harvesting, agricultural practices, and rangeland management. Edges are often dominated by plant and animal species that are adapted to disturbance. As the landscape is increasingly fragmented by large-scale, rapid anthropogenic conversion, these edges become increasingly abundant in areas that may have had few "natural" edges. The overall reduction of large landscapes jeopardizes the existence of specialist species (e.g., forest interior birds), may increase non-native species, and may limit the mobility of species that require large landscapes or a diversity of landscapes for their survival (e.g., large mammals or migratory waterbirds).

Rvsd Plan - 00006268

## Roads

There is a complex, dense network of roads in many parts of Hinsdale County due primarily to mining, agricultural uses and residential development.  Expansion of the existing road network in some areas will detrimentally affect the biodiversity of the region.  Roads are associated with a wide variety of impacts to natural communities, including invasion by non-native plant species, increased depredation and parasitism of bird nests, increased impacts of pets, fragmentation of habitats, erosion, pollution, and road mortality (Noss et al. 1997).

Roads function in a variety of ways for different species.  They can act as conduits for or barriers to dispersal, and as habitats, and therefore, as sources or sinks for some species.  Roads create edges along otherwise unfragmented landscapes, thus creating habitat for some species (Forman 1995).  Road networks crossing landscapes can increase erosion and alter local hydrological regimes.  Runoff from roads may impact local vegetation via contribution of heavy metals and sediments.  Road networks interrupt horizontal ecological flows, alter landscape spatial patterns, and therefore inhibit important interior species (Forman and Alexander 1998).

Effects on wildlife can be categorized as road avoidance and mortality due to vehicular collisions (roadkill).  Traffic noise appears to be the most important variable in road avoidance, although visual disturbance, pollutants, and predators moving along a road are alternative hypotheses as to the cause of avoidance (Forman and Alexander 1998).  Songbirds appear to be sensitive to remarkably low noise levels, even to noise levels similar to that of a library reading room (Reijnen et al. 1995); thus, these species will not be located along roads.

## Non-native Species

Although non-native species are mentioned repeatedly as stresses in the above discussions because they may be introduced through so many activities, they are included here as a general threat as well.  Non-native plants or animals can have wide-ranging impacts.  Non-native plants can increase dramatically under the right conditions and dominate a previously natural area (e.g., a native grassland adjacent to a railroad right-of-way).  This can generate secondary effects on animals (particularly invertebrates) that depend on native plant species for forage, cover, or propagation.  Effects of non-native fishes include competition that can lead to local extinctions of native fishes and hybridization that corrupts the genetic stock of the native fishes.  Non-native pasture grasses that are prevalent in Hinsdale County wetlands include timothy (*Phleum pretense*), redtop (*Agrostis gigantea*), Kentucky bluegrass (*Poa pratensis*), smooth brome (*Bromus inermis*), Canada thistle (*Cirsium arvense*), bull thistle (*Cirsium vulgare*), common dandelion (*Taraxacum c,ficinalis*), sweet clovers (*Melilotus* spp.), white Dutch clover (*Tr.folium r∈pens*), red clover (*Tr.folium pratense*), and quackgrass (*Elytrigia r∈pens*).

## Livestock Grazing

Domestic livestock grazing has been a traditional livelihood in Hinsdale County since the late 1800s and has left a broad and sometimes subtle impact on the landscape.  However,

Rvsd Plan - 00006269

some range management practices can adversely affect the region's biological resources. Many riparian areas in Hinsdale County are used for rangeland. Because there is little surface water available in the county, riparian areas often serve as the only available water. Additionally, riparian areas are often areas of the highest production of grasses and forbs. Long-term, incompatible livestock use of wetland and riparian areas can potentially erode stream banks, cause streams to downcut, lower the water table, alter channel morphology, impair plant regeneration, establish non-native species, shift community structure and composition, degrade water quality, and diminish general riparian and wetland functions (Windell et al. 1986). Depending on grazing practices and local environmental conditions, impacts can be minimal and largely reversible (slight shifts in species composition) to severe and essentially irreversible (extensive gullying and introduction of non-native forage species).

**Logging**
Most logging operations require a network of roads. The impacts from roads can result in threats to biodiversity (see "Roads" for more detailed discussion). Other logging impacts include loss of wildlife habitat, habitat fragmentation, soil erosion, and lower water quality for aquatic species. The U.S. Forest Service monitors logging closely; nonetheless, problems can still occur (Husong and Alves 1998). The effects of logging on biodiversity have not been determined in Hinsdale County.


**Recommended Conservation Strategies**

Conservation Strategies can be classified as three major types:

1. Land protection accomplished through conservation easements, land exchanges, long term leases, purchase of mineral, grazing, or water rights, acquisition, or government regulation;

2. Management of the land influenced so that significant resources are protected; and

3. Public education about the significant ecological values of the county to engender support for land use decisions that protect these values.

The first step in facilitating any of the conservation strategies suggested above is to identify the significant elements of biodiversity and their locations in the county. This report and the accompanying GIS data provide information necessary for this first step. The next step is to use this information to conserve these elements and the areas that support them. The PCA descriptions within this report provide protection and management suggestions for most areas identified during the inventory. However, some general recommendations for conservation of biological diversity in Hinsdale County are given here.

Rvsd Plan - 00006270

**1.      Develop and implement a plan for protecting the Potential Conservation Areas profiled in this report, with most attention directed toward areas with a biodiversity rank of B1, B2 and B3.**  The PCAs in this report provide a basic framework for implementing a comprehensive conservation program.  The B1, B2 and B3 sites, because they have global biological significance, are in need of priority attention. Consider incentive-based programs such as purchasing development rights or outright purchase from willing owners of land for significant sites that are in need of protection. Support local organizations, such as land trusts, in purchasing or acquiring conservation easements for protection of biological diversity or open space.  Explore opportunities to form partnerships to access state and federal funding for conservation projects, such as those offered through the Colorado Division of Wildlife or the Farm Bill.  Continue to promote cooperation among local entities to preserve the county's biodiversity. Encourage county leadership to institutionalize consideration of significant biological resources in land use planning.  There are no B1 sites for wetland or riparian areas in Hinsdale County, however there are several for endemic upland plants.  Several of the B2 sites, however, highlight the importance of iron fens.

**2.      Use this report in the review of proposed activities in or near Potential Conservation Areas to determine whether or not activities adversely affect elements of biodiversity.**  All of the PCAs presented contain elements of biodiversity of state or global significance.  Weighing the biodiversity represented by PCAs should allow planners and biologists to consider natural resource conservation when making land use decisions.

Certain land uses on or near a site may affect the element(s) present there.  Range-restricted species may be especially vulnerable to habitat destruction, while wetland and riparian areas are particularly susceptible to impacts from off-site activities if the activities affect water quality or hydrologic regimes.  In addition, cumulative impacts from many small changes can have effects as profound and far-reaching as one large change.  As proposed land use changes are considered, they should be compared to the maps presented herein (also available in GIS format).  If a proposed project has the potential to impact a site, planning personnel should contact persons, organizations, or agencies with the appropriate biological expertise for input in the planning process.  The Colorado Natural Heritage Program routinely conducts site-specific environmental reviews and should be considered a valuable resource.  Also, CNHP is continually updating biodiversity data throughout the state and can provide up-to-date information in the area of concern.  To contact CNHP's Environmental Review Coordinator call (970) 491-7331.  Other key partners, such as the Colorado Division of Wildlife, can be valuable resources as well, particularly in evaluating potential impacts to biological resources not tracked by CNHP (e.g., game species).

**3.      Recognize the importance of larger, contiguous natural communities.**
While the PCAs identified in this report contain known locations of significant elements of natural diversity, protection of large areas in each vegetation type, especially where these are connected, may ensure that we do not lose species that have not yet been located.  Work to protect large blocks of land in each of the major vegetation types in the

Rvsd Plan - 00006271

county, and avoid fragmenting large natural areas unnecessarily with roads, trails, etc. Although large migrating animals like deer and elk are not tracked by CNHP as rare species, they are part of our natural diversity, and their needs for winter range and access to protected corridors to food and water should be taken into consideration. Fragmentation of the landscape also affects smaller animals and plants, opening more edge habitats and introducing exotic species. Encourage cluster developments that designate large common areas for preservation of natural communities, as an alternative to scattering residences over the landscape with a house on each 35-acre parcel. Work with developers early in the planning process to educated them about the benefits of retaining natural areas. Locate trails and roads to minimize impacts on native plants and animals. See Forman and Alexander (1998) for an excellent review of the literature on the ecological effects of roads. See *Planning Trails with Wildl.fe in Mind* published by the State Trails Program (Colorado Department of Natural Resources 1998) for suggestions regarding planning trails with minimum impacts to wildlife.

**4.      Increase efforts to protect biodiversity by promoting cooperation and incentives among landowners, pertinent government agencies, and non-profit conservation organizations.** Involve all stakeholders in land use planning. The long-term protection of natural diversity in Hinsdale County will be facilitated by the cooperation of private landowners, businesses, government agencies, and non-government organizations. Efforts to provide stronger ties among federal, state, local, and private interests involved in the protection or management of natural lands will increase the chance of success. By developing incentives that encourage biodiversity considerations in land-use planning, the likelihood of conserving biodiversity should increase. Such incentives will make planning for conservation a higher priority for private and public entities.

**5.      Promote wise management of the biodiversity resources that exist within Potential Conservation Areas.** Development of a site-specific conservation plan is a necessary component of the long-term protection of a PCA. Because some of the most serious impacts to Hinsdale County's ecosystems are at a large scale (e.g., altered hydrology, residential encroachment, and non-native species invasion), considering each area in the context of its surroundings is critical. Several organizations and agencies are available for consultation in the development of conservation plans, including the Colorado Natural Heritage Program, the Colorado Division of Wildlife, the Natural Resources Conservation Service, The Nature Conservancy, and various academic institutions. With the current rate of population growth in Colorado, rare and imperiled species will likely decline if not given appropriate protection or management attention.

Coordinate with managers of public parks or other public lands that support sensitive biological resources. Engage local citizens, groups, and organizations (e.g., schools, 4-H clubs, Native Plant Society) in assisting with management and monitoring projects on public lands. Make a concerted effort to involve individual landowners in conservation dialogue, as applicable.

Rvsd Plan - 00006272

**6.      Stay informed and involved in public land management decisions**.
Approximately 95% percent of Hinsdale County is publicly owned.  The Bureau of Land
Management owns approximately thirty-five percent and the U.S. Forest Service
approximately ten percent.  The State and the Department of Defense own approximately
eight percent and one percent, respectively.  Many of the PCAs in Hinsdale County are
on public land and may be protected from development, but not from incompatible uses.
Even ownership is not always secure, since federal and state agencies are becoming more
and more involved in land exchanges.  Encourage protection for the most biologically
significant sites on public lands by implementing compatible management activities
designated in Forest Management Plans, Grazing Management Plans, etc.

**7.      Continue inventories and monitoring where necessary, including inventories
for species that cannot be surveyed adequately in one field season and continue
inventories on lands that CNHP could not access in 2006-2007.**  Not all targeted
inventory areas can be surveyed in one field season due to several factors, including lack
of access, phenology of species, or time constraints.  Because some species are ephemeral
or migratory, completing an inventory in one field season is often difficult.  Despite the
best efforts during one field season, it is likely that some elements were not documented
during the survey.  Thus, it is recommended that this report and the data included within
it serve as a guide for subsequent surveys of Hinsdale County.

**8.      Continue to take a proactive approach to weed and exotic species control.**
Recognize that weeds affect both agriculture and native plant communities.  Discourage
the introduction and/or sale of non-native species that are known to significantly impact
natural areas.  These include, but are not limited to, exotic, invasive species such as
tamarisk, Russian olive, dalmation toadflax (*Linaria dalmatica*), purple loosestrife
(*Lythrum salicaria*), and non-native fish species.  Further, natural area managers, public
agencies, and private landowners should be encouraged to remove these species from
their properties.  Enforce the use of weed-free forage on horse trails.  Encourage the use
of native species for revegetation and landscaping efforts.  Ideally, seed should be locally
harvested.  This includes any seeding done on county road right-of-ways.  The Colorado
Natural Areas Program has published a book entitled *Native Plant Revegetation Guide
for Colorado* that describes appropriate species to be used for revegetation.  This resource
is available on the World Wide Web at
http://www.parks.state.co.us/home/publications.asp#CNAP.

**9.      Encourage public education functions and publications.**  A significant early
step in the process of conserving biodiversity is educating local citizens and other
stakeholders on the value that such areas offer the public.  As described in this report,
Hinsdale County is rich in animal and plant diversity and includes some of the most
unique environments in Colorado.  Conveying the value and function of these habitats
and the species that inhabit them to the public can generate greater interest in conserving
lands.  Conducting forums or presentations that highlight the biodiversity of Hinsdale
County should increase awareness of the uniqueness of the habitats within the county.
Similarly, providing educational pamphlets or newsletters that explain why these areas
are so valuable can increase public interest and support for biodiversity conservation.

Rvsd Plan - 00006273

Consider developing a community conservation website to provide information on natural resources, biological diversity, and conservation opportunities in Hinsdale County.  Enlist the assistance of local media in public education efforts.

**10.      Develop and implement comprehensive program to address loss of wetlands**. In conjunction with the information contained in this report, information regarding the degree and trend of loss for all wetland types (i.e., salt meadows, emergent marshes, riparian forests, seeps/springs, etc.) should be sought and utilized to design and implement a comprehensive approach to the management and protection of Hinsdale County wetlands.  Encourage and support statewide wetland protection efforts such as CDOW's Wetlands Program.  County governments are encouraged to support research efforts on wetlands to aid in their conservation.  Countywide education on the importance of wetlands could be implemented through the county extension service or other local agencies.  Encourage communication and cooperation with landowners regarding protection of wetlands in Hinsdale County.

Rvsd Plan - 00006274

# METHODS

The methods for assessing and prioritizing conservation needs over a large area are necessarily diverse.  The Colorado Natural Heritage Program follows a general method that is continuously being developed specifically for this purpose.  The Natural Heritage Survey described in this report was conducted in several steps summarized below.  Additionally, input from the Gunnison Office of the Bureau of Land Management, U.S. Forest Service, and the Colorado Division of Wildlife were sought at all stages.

## Collect Available Information

CNHP databases were updated with information regarding the known locations of species and significant plant communities within Hinsdale County.  A variety of sources were searched for this information.  The Colorado State University museums and herbarium were searched, as were plant and animal collections at the University of Colorado, Rocky Mountain Herbarium, and local private collections.  The Colorado Division of Wildlife provided extensive data on a range of species.  Both general and specific literature sources were incorporated into CNHP databases, either in the form of locational information or as biological data pertaining to a species in general.  Other information was gathered to help locate additional occurrences of natural heritage elements.  Such information covers basic species and community biology including range, habitat, phenology (reproductive timing), food sources, and substrates.  This information was also entered into CNHP databases.

## Identify Rare or Imperiled Species and Significant Plant Communities with the Potential to Occur in the Study Area

The list of wetland plant associations thought to occur in Hinsdale County was derived from the Colorado Statewide Wetland Classification and Characterization (CSWCC) project (Carsey et al. 2003), which is based on the U.S. National Vegetation Classification (Anderson et al. 1999), the accepted national standard for vegetation.  The CSWCC utilized and integrated previously collected data from the Classification of Riparian Wetland Plant Associations of Colorado (Kittel et al. 1999), CNHP wetland surveys, and Colorado State University.  The CSWCC incorporated all these data on riparian and other wetlands collected during the past fifteen years as well as data from other researchers to avoid duplication of effort.

The information collected in the previous step was used to refine a list of potential species and natural plant communities and to refine our search areas.  In general, species and plant communities that have been recorded from Hinsdale County or from adjacent counties, are included in this list.  Species or plant communities preferring habitats that are not included in this study area were removed from the list.  Over 120 rare species and significant plant communities were targeted in these surveys.  Given the limited amount of time and funding for this research, a specific subset of species and communities were the priority of our inventory efforts.  These elements were considered to be a priority

59

Rvsd Plan - 00006275

because of their high level of biological significance (G1-G3) and/or because they are known to occur in areas that are subject to various development pressures such as hydrological alterations and residential development.

The amount of effort given to the inventory for each of these elements was prioritized according to the element's global status rank. Globally rare (G1-G3) elements were given highest priority; globally common (G4 or G5) elements that are rare in the state (S1-S3) were of a lower priority.

### Identify Targeted Inventory Areas

Survey sites were chosen based on their likelihood of harboring rare or imperiled species or significant plant communities. Previously documented locations were targeted and additional potential areas were chosen using available information sources. Areas with potentially high natural values were selected using aerial photographs, geology maps, vegetation surveys, personal recommendations from knowledgeable local residents, and numerous roadside surveys by our field scientists.

Using the biological information stored in the CNHP databases, areas having the highest potential for supporting specific elements were identified. Those chosen for survey sites appeared to be in the most natural condition. In general, this means those sites that are the largest, least fragmented, and relatively free of visible disturbances such as roads, trails, fences, and quarries were identified.

**The above information was used to delineate Targeted Inventory Areas (TIAs) that were believed to have relatively high probability of harboring significant natural resources. These areas focused on private lands. Additional TIAs were identified by the Bureau of Land Management, the U.S. Forest Service and the Colorado Division of Wildlife.**

Roadside surveys were useful in further resolving the natural condition of these areas. The condition of shrublands is especially difficult to discern from aerial photographs, and a quick survey from the road can reveal such aspects as weed infestation or vegetation composition.

Because there were limited resources to address an overwhelming number of potential sites, surveys for all elements were prioritized by the degree of imperilment. For example, the species with Natural Heritage ranks of G1-G3 were the primary target of our inventory efforts. Although species with lower (less rare) Natural Heritage imperilment ranks were not the main focus of inventory efforts, many of these species occupy similar habitats as the targeted species and were searched for and documented if encountered.

Rvsd Plan - 00006276

**Contact Landowners**

Obtaining permission to conduct surveys on private property was essential to this project. Once survey sites were chosen, land ownership of these areas was determined by asking local stakeholders. Landowners were then either contacted by phone or in person. If landowners could not be contacted or if permission to access the property was denied, this was recorded and the site was not visited. **Under no circumstances were private properties surveyed without landowner permission.**

**Conduct Field Surveys**

Survey sites where access could be obtained were visited at the appropriate time as dictated by the seasonal occurrence (or phenology) of the individual elements. It was essential that surveys took place during a time when the targeted elements were detectable. For instance, breeding birds cannot be surveyed outside of the breeding season, and plants are often not identifiable without flowers or fruit that are only present during certain times of the year.

The methods used in the surveys vary according to the elements that were being targeted. In most cases, the appropriate habitats were visually searched in a systematic fashion that would attempt to cover the area as thoroughly as possible in the given time. Some types of organisms require special techniques to document their presence. These are summarized below:

- Amphibians: visual observation and capture using aquatic dip nets
- Mammals: live traps, pitfall traps and mist nets
- Birds: visual observation or identification by song or call
- Plants: visual observation
- Plant communities: visual observation

The 2006-2007 survey of Hinsdale County focused on wetland and riparian plants and plant communities. Where necessary and permitted, voucher specimens were collected and deposited in local university museums and herbaria.

When a rare species or significant plant community was discovered, its precise location and known extent was recorded with a global positioning system (GPS) unit. Other data recorded at each occurrence include numbers observed, breeding status, habitat description, disturbance features, observable threats, and potential protection and management needs. The overall significance of each occurrence, relative to others of the same element, was estimated by rating the size of the population or community, the condition or naturalness of the habitat, and the landscape context (its connectivity and its ease or difficulty of protecting) of the occurrence. These factors are combined into an element occurrence rank, useful in refining conservation priorities. See the previous section on Natural Heritage Methodology for more about element occurrence ranking.

Site visits and assessments were conducted on the following two levels:

Rvsd Plan - 00006277

(1) Roadside or adjacent land assessments:  Many of the sites could be viewed at a distance from a public road.  While on the ground the field scientist can see, even from a distance, many features not apparent on maps and aerial photos.  The road assessments determined the extent of human and livestock impacts on the targeted inventory area (TIA), which can include ditching, adventive plant species, plant species indicative of intensive livestock use, stream bank destabilization, major hydrologic alterations, extensive cover of non-native plant species, or new construction.  Sites with one or more of these characteristics were generally excluded as potential conservation areas and no extensive data were gathered at these areas.

(2) On-site assessments:   On-site assessments were the preferred method as it is the only technique that can yield high-confidence statements concerning the known or potential presence of rare and imperiled elements or excellent examples of common natural communities.  On-site assessments are also the most resource intensive because of the effort required to contact landowners.  In a few cases where on-site assessments were desired, they could not be conducted because either field personnel were denied access to the property by the landowner, or CHHP was unable to contact the landowner during the time frame of this study.

## Delineate Potential Conservation Areas

Finally, since the objective for this inventory is to prioritize specific areas for conservation efforts, Potential Conservation Area (PCA) boundaries were delineated. The goal of the PCA is to identify a land area that can provide the habitat and ecological processes upon which a particular element occurrence, or suite of element occurrences, depends for its continued existence.  The best available knowledge about each species' life history is used in conjunction with information about topographic, geomorphic, and hydrologic features; vegetative cover, and current and potential land uses.  In developing the boundaries of a PCA, CNHP scientists consider a number of factors that include, but are not limited to:

- ecological processes necessary to maintain or improve existing conditions;
- species movement and migration corridors;
- maintenance of surface water quality within the PCA and surrounding watershed;
- maintenance of the hydrologic integrity of the groundwater;
- land intended to buffer the PCA against future changes in the use of surrounding lands;
- exclusion or control of invasive exotic species;
- land necessary for management or monitoring activities.

## Delineate Sites of Local Significance

After PCAs and NCAs have been delimited, the remaining data collected is evaluated for inclusion as Sites of Local Significance (SLS).  These are sites that include good

Rvsd Plan - 00006278

condition but small size or of species or natural communities that are common and already documented in the study area.  However, they do contribute to the character of the local area and the overall local diversity of plants and communities present, and therefore warrant consideration at some planning level.

Rvsd Plan - 00006279

# RESULTS

One hundred thirty-eight Targeted Inventory Areas (TIAs) for wetland and/or riparian areas were identified for evaluation during the 2006 field season.  Twenty-one additional TIAs were targeted in 2007.  Eighty-four TIAs (61%) were visited during 2006 and 18 (86%) were visited in 2007 (Figure 11); an effort was made to select TIAs that potentially had natural hydrology, native species composition, and vegetation structure intact.  Of the 102 TIAs visited, 30 (29%) were addressed within Potential Conservation Areas and two (1%) became sites of local significance.  Due to time limitations, 57 (36%) of the TIAs were not visited.  All TIAs are shown on Figure 11.

Results of the 2006-2007 Hinsdale County wetland and riparian survey confirm that there are many wetland and riparian areas with high biological significance.  Several rare plants and animals depend on these areas for survival.  All together one amphibian, two birds, three fish, one mollusk, 45 wetland or riparian communities, and one imperiled wetland plant species of concern have been documented in Hinsdale County in this report (Table 11).  The CNHP database currently houses more than 70 wetland and riparian element occurrence records within Hinsdale County.  As part of this project, thirty new element occurrence records were created and 24 element occurrence records were updated.

CNHP has identified 52 Potential Conservation Areas (PCAs) in or partially contained in Hinsdale County.  Thirty-seven of these PCAs address wetland or riparian elements and are presented in this report.  The distribution of the PCAs is shown in Figure 12, they are listed in Table 12, and profiled in Appendix A.  Fifteen of these PCAs include private and/or state lands.  Of the 37 PCAs presented in this report, ten were of very high biodiversity significance (B2), sixteen were of high biodiversity significance (B3), and eleven were is of moderate biodiversity significance (B4).  Of the 37 PCAs presented in this report, twenty were newly created based on fieldwork from 2006-2007.  Four existing wetland or riparian PCAs were updated with changes in site boundaries and in element occurrences of interest.  Among the PCAs for biodiversity elements not presented in this report there is one that is of outstanding biodiversity significance (B1) that addresses the globally rare stonecrop gilia (*Gilia sed.folia*), an alpine plant only known from one site in the world (Anderson 2004).  Additional B2 sites include several for the Uncompaghre Frittilary (*Boloria improba acrocnema*).  Two Sites of Local Significance were developed in Hinsdale County and are discussed after the PCAs in Appendix B.

Rvsd Plan - 00006280



Figure 11. CNHP Targeted Inventory Areas in Hinsdale County

Rvsd Plan - 00006281

**Table 11. List of known wetland and riparian elements of concern for Hinsdale County. ***

| Element | Common Name | Grank | Srank | Federal Sensitive |
|---|---|---|---|---|
| AMPHIBIANS | | | | |
| *Bufo boreas pop. 1* | Boreal Toad (Southern Rocky Mountain Population) | G4T1Q | S1 | USFS |
| BIRDS | | | | |
| *Cypseloides niger* | Black Swift | G4 | S3B | USFS |
| *Empidonax traillii extimus* | Southwestern Willow Flycatcher | G5T1T2 | SNA | |
| FISH | | | | |
| *Gila pandora* | Rio Grande Chub | G3 | S1? | BLM/USFS |
| *Oncorhynchus clarkii pleuriticus* | Colorado River Cutthroat Trout | G4T3 | S3 | USFS |
| *Oncorhynchus clarkii virginalis* | Rio Grande Cutthroat Trout | G4T3 | S3 | BLM/USFS |
| MOLLUSKS | | | | |
| *Valvata sincera* | Mossy Valvata | G5 | S3 | |
| NATURAL COMMUNITIES | | | | |
| *(Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium* Woodland | Iron Fen | G2 | S2 | |
| *Abies lasiocarpa - Picea engelmannii / Carex aquatilis* Forest | Subalpine Riparian/wetland Forest | G4 | S3 | |
| *Abies lasiocarpa / Alnus incana* Forest | Montane Riparian Forests | G5 | S5 | |
| *Abies lasiocarpa / Mertensia ciliata* Forest | Montane Riparian Forests | G5 | S5 | |
| *Abies lasiocarpa / Ribes (montigenum, lacustre, inerme)* Forest | Coniferous Wetland Forests | G5 | S3 | |
| *Abies lasiocarpa / Salix drummondiana* Forest | Montane Riparian Forest | G5 | S4 | |
| *Abies lasiocarpa / Trautvetteria caroliniensis* Forest | Subalpine Fir/Carolina Tasselrue | G3 | S2? | |
| *Alnus incana - Salix drummondiana* Shrubland | Montane Riparian Shrubland | G3 | S3 | |
| *Cardamine cordifolia - Mertensia ciliata* Herbaceous Vegetation | Alpine Wetlands | G4 | S4 | |
| *Carex aquatilis* Herbaceous Vegetation | Montane Wet Meadows | G5 | S4 | |
| *Carex illota* Herbaceous Vegetation | Alpine Wetlands | GUQ | S2 | |
| *Carex limosa* Herbaceous Vegetation | Montane Wetland | G2 | S1S2 | |
| *Carex microptera* Herbaceous Vegetation | Montane Wetland | G4 | S2? | |
| *Carex nigricans - Juncus drummondii* Herbaceous Vegetation | Alpine Wetlands | GU | S2 | |
| *Carex pellita* Herbaceous Vegetation | Montane Wet Meadows | G3 | S3 | |

Rvsd Plan - 00006282

| *Carex utriculata* Herbaceous Vegetation | Beaked Sedge Montane Wet Meadows | G5 | S4 | |
| *Eleocharis quinqueflora* Herbaceous Vegetation | Alpine Wetlands | G4 | S3S4 | |
| *Picea pungens / Alnus incana* Woodland | Montane Riparian Forests | G3 | S3 | |
| *Populus angustifolia - Picea pungens / Alnus incana* Woodland | Montane Riparian Forests | G3 | S3 | |
| *Populus angustifolia / Alnus incana* Woodland | Montane Riparian Forest | G3 | S3 | |
| *Salix boothii / Mesic Forbs* Shrubland | Booth's Willow/Mesic Forb | G3 | S3 | |
| *Salix drummondiana / Calamagrostis canadensis* Shrubland | Lower Montane Willow Carrs | G3 | S3 | |
| *Salix drummondiana / Mesic Forbs* Shrubland | Drummonds Willow/Mesic Forb | G4 | S4 | |
| *Salix geyeriana - Salix monticola / Calamagrostis canadensis* Shrubland | Montane Willow Carrs | G3 | S3 | |
| *Salix geyeriana - Salix monticola / Carex aquatilis* Shrubland | Montane Riparian Willow Carr | GU | S3 | |
| *Salix geyeriana - Salix monticola / Mesic Graminoid* Shrubland | Montane Riparian Willow Carr | GU | S3 | |
| *Salix monticola / Carex utriculata* Shrubland | Montane Riparian Willow Carr | G3 | S3 | |
| *Salix monticola / Mesic Forbs* Shrubland | Montane Riparian Willow Carr | G4 | S3 | |
| *Salix monticola / Mesic Graminoids* Shrubland | Montane Riparian Willow Carr | G3 | S3 | |
| *Salix planifolia / Calamagrostis canadensis - Carex aquatilis* Shrubland | Subalpine Riparian Willow Carr | G3 | S2S3 | |
| *Salix planifolia / Calamagrostis canadensis* Shrubland | Subalpine Riparian Willow Carr | G4 | S2S3 | |
| *Salix planifolia / Caltha leptosepala* Shrubland | Subalpine Riparian Willow Carr | G4 | S4 | |
| *Salix planifolia / Carex aquatilis* Shrubland | Subalpine Riparian Willow Carr | G5 | S4 | |
| *Salix planifolia / Carex utriculata* Shrubland | Diamondleaf Willow / Beaked Sedge | GNR | S2 | |
| *Salix planifolia / Mesic Forbs* Shrubland | Planeleaf Willow/Mesic Forbs | G4 | S4 | |
| *Salix wolfii / Mesic Forbs* Shrubland | Subalpine Riparian Willow Carr | G3 | S3 | |
| **PLANTS** | | | | |
| *Eriophorum altaicum* var. *neogaeum* | Altai cottongrass | G4?T3T4 | S3 | USFS |

*Fact sheets or characterizations abstracts for many of these elements are in Appendix C.

Rvsd Plan - 00006283



Figure 12. CNHP Wetland/Riparian Potential Conservation Areas and Sites of Local Significance in Hinsdale County

Rvsd Plan - 00006284

**Table 12. Hinsdale County wetland and riparian Potential Conservation Areas.**

| Potential Conservation Area | Protection Urgency Rank | Management Urgency Rank |
|---|---|---|
| B2: Very High Biodiversity Significance | | |
| Cave Basin Lakes | P4 | M4 |
| East Fork Alpine Gulch | P4 | M4 |
| Elk Lakes Fen | P4 | M5 |
| Matterhorn Creek | P3 | M3 |
| Mineral Creek | P4 | M4 |
| North Clear Creek Falls | P3 | M3 |
| Rincon la Osa | P4 | M5 |
| Slumgullion Creek | P3 | M3 |
| Upper Rough Creek | P4 | M4 |
| Wager Gulch | P3 | M4 |
| B3: High Biodiversity Significance | | |
| Antelope Park | P2 | M3 |
| Brush Creek at Cannibal Point | P4 | M3 |
| Cebolla Creek | P3 | M3 |
| Cimarrona Creek | P5 | M4 |
| Cinnamon Pass | P3 | M3 |
| East Fork Powderhorn Creek | P5 | M3 |
| Henson Creek | P3 | M3 |
| Indian Creek at Tuckerville | P5 | M4 |
| Jumper and Trout Creeks | P4 | M4 |
| Lake Fork of the Gunnison River | P3 | M3 |
| Los Pinos River | P3 | M4 |
| Middle Fork Piedra River | P3 | M3 |
| Pole Creek | P4 | M3 |
| Rincon la Vaca | P5 | M5 |
| Squaw Creek at Chief Mountain | P5 | M4 |
| Upper Big Blue Creek | P4 | M5 |
| B4: Moderate Biodiversity Significance | | |
| American Flats | P4 | M4 |
| Cleveland Gulch | P4 | M4 |
| Granite Lake | P4 | M5 |
| Indian Creek at Williams Creek Reservior | P5 | M4 |
| Los Pinos River at Rincon La Osa | P5 | M3 |
| North Fork of Sand Creek | P4 | M4 |
| Rio Grande at Pole Creek Mountain | P3 | M4 |
| South Canyon | P5 | M5 |
| Upper Mosca Creek | P4 | M4 |
| Upper Rambouillet Park | P4 | M4 |
| Upper Weminuche Creek | P5 | M4 |

Rvsd Plan - 00006285

# DISCUSSION

### Wetland and Riparian Natural Communities

General patterns of riparian biodiversity in Hinsdale County are dictated by elevation, landform, stream gradient, and groundwater chemistry. Thus, different areas have different expressions of wetland and riparian biodiversity. General areas with distinct patterns include high elevation wetlands, glaciated valleys; and large rivers. Alpine and subalpine riparian systems are the most common.

Headwaters of riparian systems flow down from alpine areas throughout much of Hinsdale County, often from glaciated cirques. These riparian systems often drop rapidly in elevation. High-elevation riparian communities begin in alpine meadowns. Mesic herbaceous meadows with black alpine sedge (*Carex nigricans*) and Drummond rush (*Juncus drummondii*) or wet meadows and seeps often have water sedge and marsh marigold (*Caltha leptosepala*). Also at high elevations, alpine willow carrs of planeleaf willow (*Salix planifolia*) and wolf willow (*Salix wolfii*) intermingle with and then transition to spruce-fir (*Picea engelmanii – Abies lasiocarpa*) riparian communities. Aspen (*Populus tremuloides*) begins to enter the canopy forming mixed aspen-evergreen and then aspen-dominated reaches depending on beaver activity. Lower in the montane zone, the tree canopy (as well as the underlying shrub layer) of the riparian corridor becomes very diverse before transitioning to narrowleaf cottonwood (*Populus angustifolia*) at approximately 8,000 feet (2,440 m). The shrub layers in these corridors are often dense and very diverse. They seldom form extensive monotypic stands, instead forming intermingled patches.

Due to its high elevation, much of Hinsdale County receives significant precipitation. Coupled with low average temperatures, decomposition in wetlands tends to be slow enough for significant organic matter accumulation and thus the development of Montane Fen Ecological Systems (Rondeau 2001). Several fens were documented throughout the high elevations of Hinsdale County. Common plant associations that define fens in this area include water sedge (*Carex aquatilis*) Herbaceous Vegetation, few-flowered spikerush (*Eleocharis quinquefolia*) Herbaceous Vegetation, smallwing sedge (*Carex microptera*) Herbaceous Vegetation, and planeleaf willow (*Salix planifolia*) shrublands with various understory composition. Rare plant communities associated with fens in Hinsdale County include small-head sedge (*Carex illota*) herbaceous Vegetation, mud sedge (*Carex limosa*) Herbaceous Vegetation, and woolly sedge (*Carex pellita*) Herbaceous Vegetation. These communities are highlighted in the Elk Lakes Fen PCA, North Fork of Sand Creek PCA, Mineral Creek PCA, Upper Rambouillet Park PCA, and Rincon la Osa PCA.

Unique groundwater chemistry in the mountains of the Colorado Mineral Belt creates specialized iron fens; high elevations outside of the Mineral Belt. Iron fens are a special subset of montane fens in Colorado (Cooper and Arp 1998). Although previously

Rvsd Plan - 00006286

thought to occur in Hinsdale County, iron fens were found and documented during the 2006-2007 field surveys. These are specialized fens with acidic, mineral-rich. The diagnostic plant association in this fen is Engelmann spruce / resin birch / water sedge / sphagnum (*Picea engelmannii / Betula glandulosa / Carex aquatilis / Sphagnum* spp.) Shrublands. These systems are highlighted in Upper Rough Creek, Slumgullion Creek, Matterhorn Creek, Wager Gulch, and East Fork Alpine Gulch PCAs.

With the extensive glaciation that occurred in the San Juan Mountains, there are many examples of glaciated valleys and hanging valleys in Hinsdale County. Glaciated valleys tend to have sinuous creeks in the broad, U-shaped bottoms. These riparian corridors tend to develop wide willow carrs. Tall willows are common and dominant species tend to include Booth willow (*Salix boothii*), Geyer willow (*S. geyeriana*), and mountain willow (*S. monticola*). Herbaceous understories are variable but most often are dominated by graminoids like water sedge (*Carex aquatilis*), beaked sedge (*C. utriculata*), bluejoint (*Calamagrostis canadensis*). Beaver activity is common. Brush Creek at Cannibal Point, North Clear Creek Falls, East Fork Powderhorn Creek, Pole Creek, and Rio Grande at Pole Creek PCAs have examples of these systems.

The larger rivers in Hinsdale County, like the Lake Fork of the Gunnison and the Rio Grande, occur at lower elevations. These montane riparian ecological systems have deciduous tree canopies with or without a conifer component (generally of Douglas fir, *Pseudotsuga menziesii*). Shrubs are common and tend to include alder (*Alnus incana*) and/or river birch (*Betula occidentalis*) in addition to occasional tall willows. The Lake Fork of the Gunnison PCA is the best example of this system.

**Fauna**

*Cutthroat trout*
Hinsdale County is unique in that it is one of three counties in Colorado that supports two subspecies of cutthroat trout. Both the Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*) and the Rio Grande cutthroat trout (*O. c. virginalis*) are native to and found within Hinsdale County. There are less than 10 populations of Colorado River cutthroat in Hinsdale County, one of which (Shaw Creek) is considered a conservation population by Hirsch et al. (2006) in that it displays "unique life history traits and ecological characteristics in the presence of hybridization." The other populations of Colorado River cutthroat are considered management or recreation populations that are supplemented by stocking efforts and are maintained for the purpose of recreational fishing. The Rio Grande cutthroat trout is found in less than 15 streams and lakes within Hinsdale County. All populations within the county are considered recreation populations which are "refugia populations created through periodic stocking of genetically pure Rio Grande cutthroat trout from wild or captive brood stocks" (Alves et al. 2004).

*Boreal toad*
The boreal toad (*Bufo boreas*) was once common in many parts of Colorado, including the San Juan Mountains. However, this amphibian has been steadily declining for the

Rvsd Plan - 00006287

past twenty years (Goettl 1997).  There are around 71 breeding sites known in Colorado that comprise 38 separate populations (Boreal Toad Recovery Team 2005).  However, only two of these populations are considered viable.  The Jumper and Trout Creek PCA that spans the Hinsdale-Mineral county border is the only known breeding population remaining for the boreal toad in the San Juan Range.

Rvsd Plan - 00006288

# LITERATURE CITED

Adamus, P.R. and Stockwell, L.T. 1983. A Method for Wetland Functional Assessment. U.S. Department of Transportation, Federal Highway Administration, Washington, D.C.

Adamus, P.R., Stockwell, L.T., Clairain, E.J., Morrow, M.E., Rozas, L.D., and Smith, R.D. 1991. Wetland evaluation technique (WET), Volume I: Literature review and evaluation rationale. Technical Report WRP-DE-2. U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Alves, J., Krieger, D., and Nesler, T. 2004. Conservation plan for Rio Grande cutthroat trout (*Oncorhynchus clarki virginalis*) in Colorado. Colorado Division of Wildlife, Aquatic Wildlife Section, Denver, CO.

Anderson, D.G. 2004. *Gilia sed.folia* Brandeg. (stonecrop gilia): A Technical Conservation Assessment [Online].  U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.  Available at: http://www.fs.fed.us/r2/projects/scp/assessments/giliasedifolia.pdf, Denver, CO.

Anderson, M., Comer, P., Grossman, D., Groves, C., Poiani, K., Reid, M., Schneider, R., Vickery, B., and Weakley, A. 1999. Guidelines for Representing Ecological Communities in Ecoregional Conservation Plans. The Nature Conservancy.

Atwood, W.W. and Mather, K.F. 1932. Physiography and Quaternary geology of the San Juan Mountains, Colorado. U.S. Geological Survey Professional Paper 166, Washington, D.C.

Bailey, R.G., Avers, P.E., King, T., and McNab, W.H. 1994. Ecoregions and subregions of the United States [Map]. USDA Forest Service, Washington, D.C.

Baker, W.L. and Walford, G.M. 1995. Multiple stable states and models of riparian vegetation succession on the Animas River, Colorado. Annals of the Association of American Geographers **85:** 320-338.

Beutler, L.D. 1995. Personal Communication to the Colorado Natural Heritage Program.

Boreal Toad Conservation Strategy Team 1997. Draft Conservation strategy for the southern Rocky Mountain Population of the boreal toad (*Bufo boreas boreas*). Colorado Division of Wildlife, Denver, CO.

Boreal Toad Recovery Team 2006. Report on the Status and Conservation of teh Boreal Toad (Bufo boreas boreas) in the Southern Rocky Mountains. Colorado Division of Wildlife, Denver, CO.

Boto, K.G. and Patrick, W.H. 1979. Role of wetlands in the removal of suspended

Rvsd Plan - 00006289

sediment. In: P.E. Greeson et al. (ed.) Wetland functions and values: State of our understanding. American Water Resource Association, Middleburg, VA.

Brinson, M.M. 1993. A Hydrogeomorphic Classification for Wetlands. Wetlands Research Program Technical Report WRP-DE-4. U.S. Army Corps of Engineers, Springfield, VA.

Brinson, M.M., Hauer, F.R., Lee, L.C., Nutter, W.L., Rheinhardt, R.D., Smith, R.D., and Whigham, D. 1995. A guidebook for application of hydrogeomorphic assessments to riverine wetlands. Technical Report WRP-DE-11. U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Brinson, M.M. and Rheinhardt, R. 1996. The role of reference wetlands in functional assessment and mitigation. Ecological Applications **6:** 69-76.

Campbell, C.J. and Green, W. 1968. Perpetual succession of stream-channel vegetation in a semiarid region. Journal of the Arizona Academy of Science **5:** 86-98.

Carsey, K., Kittel, G., Decker, K., Cooper, D.J., and Culver, D. 2003. Field Guide to the Wetland and Riparian Plant Associations of Colorado. Colorado Natural Heritage Program, Colorado State University, Ft. Collins, CO.

Carter, V. and Novitzki, R.P. 1988. Some comments on the relation between ground water and wetlands, *in* Hook, D.D., McKee, W.H., Jr., Smith, H.K., and others, eds., The ecology and management of wetlands; v. 1, The ecology of wetlands. Timber Press, Portland, OR.

Cary, M. 1911. A biological survey of Colorado. North American fauna No. 33. Government Printing Office, Washington, D.C.

Chien, N. 1985. Changes in river regime after the construction of upstream reservoirs. Earth Surface Processes **10:** 143-159.

Chimner, R.A., Lemly, J., Cooper, D.J., and Northcott, K. 2007. Final Report: Regional Assessment of Fen Distribution, Condition, and Restoration Needs, San Juan Mountains, Colorado. Report to Environmental Protection Agency, Region 8.

Cole, C.A. 2006. HGM and wetland functional assessment: Six degrees of separation from the data? Ecological Indicators **6:** 485-493.

Cole, D.N. and Knight, R.L. 1990. Impacts of recreation on biodiversity in wilderness. In: Wilderness areas: their impacts; proceedings of a symposium; 1990 April 19-20 . Utah State University, Logan, UT.

Coleman, J.S. and Temple, S.A. 1994. How many birds do cats kill? Unpublished report. University of Wisconsin, Department of Wildlife Ecology, Madison, WI.

Colorado Department of Natural Resources 1998. Planning trails with wildlife in mind.

Rvsd Plan - 00006290

Colorado Department of Natural Resources, Trails Program, Denver, CO.

Colorado Division of Wildlife 2008. Colorado Division of Wildlife Wetland and Riparian Mapping. http://ndis1.nrel.colostate.edu/riparian/riparian.htm. Accessed January 11, 2008.

Colorado Geological Survey 2003. Messages in Stone. Colorado Geological Survey, Denver, CO.

Colorado Geological Survey, Colorado Department of Natural Resources, Colorado School of Mines Division of Environmental Science and Engineering, and Colorado State University Department of Earth Resources 1998. Characterization and functional assessment of reference wetlands in Colorado; a preliminary investigation of hydrogeomorphic (HGM) classification and functions for Colorado's wetlands. U.S. Environmental Protection Agency, Region VIII, Denver, CO.

Colorado Natural Heritage Program 2008. Ecological System Descriptions and Viability Guidelines for Colorado . Colorado Natural Heritage Program, Fort Collins, CO (http://www.cnhp.colostate.edu/projects/eco_systems/eco_systems.html).

Cooper, D.J. 1996. Water and soil chemistry, floristics, and phytosociology of the extreme rich High Creek fen, in South Park, Colorado, U.S.A.  Canadian Journal of Botany **74**: 1801-1811.

Cooper, D.J. and Arp, C.D. 1998. Colorado's iron fens: geochemistry, flora, and vegetation. Report to Colorado Natural Areas Program.

Cowardin, L.M., Carter, V., Golet, F.C., and LaRoe, E. 1979. Classification of Wetlands and Deepwater Habitats of the United States. FWS/OBS-79/31. USDI Fish & Wildlife Service, Washington, D.C.

Crum, H. 1988. A focus on peatlands and peat mosses. University of Michigan Press, Ann Arbor, MI.

Dahl, T.E. 2000. Status and trends of wetlands in the conterminous United States 1986 to 1997. USDI, Fish & Wildlife Service , Washington, D.C.

Dahl, T.E. 1990. Wetlands Losses In The United States 1780's To 1980's. USDI, Fish & Wildlife Service, Washington, D.C.

Doesken, N.J., Pielke, R.A., and Bliss, O.A.P. 2003. Climate of Colorado. Climatography of the United States No. 60, Colorado Climate Center, Colorado State University, Ft. Collins, CO.

Douhovnikorr, V., McBride, J.R., and Dodd, R.S. 2005. *Salix exigua* clonal growth and population dynamics in relation to disturbance regime variation. Ecology **86**: 446-452.

Rvsd Plan - 00006291

Environmental Laboratory 1987. Corps of Engineers Wetlands Delineation Manual, Technical Report Y-87-1. U.S. Army Engineer Waterways Experiment Station, Vicksurg, MS.

Environmental Protection Agency 2008. Wetlands Definitions. U.S. Environmental Protection Agency. http://www.epa.gov/owow/wetlands/what/definitions.html. Accessed January 11, 2008.

Fennessy, M.S., Jacobs, A.D., and Kentula, M.E. 2004. Review of Rapid Methods for Assessing Wetland Condition. EPA/620/R-04/009. U.S. Environmental Protection Agency, Washington, D.C.

Finch, D.M. and Stoleson, S.H. 2000. Status, ecology, and conservation of the Southwestern Willow Flycatcher. Gen. Tech. Rep. RMRS-GTR-60. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT.

Forman, R.T.T. 1995. Land Mosaics: The ecology of landscapes and regions. Cambridge Press, Cambridge, UK.

Forman, R.T.T. and Alexander, L.E. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics **29:** 207-231.

Forman, R.T.T. and Godron, M. 1986. Landscape Ecology. John Wiley and Sons, New York, NY.

Friedman, J.M., Osterkamp, W.R., Scott, M.L., and Auble, G.T. 1998. Restoration of riparian forest using irrigation, artificial disturbance and natural seed-fall. Wetlands **18:** 619-633.

Friedman, J.M. and Lee, V.J. 2002. Extreme floods, channel change, and riparian forests along ephemeral streams. Ecological Monographs **72:** 409-425.

Henry, T.W., Evanoff, E., Grenard, D.A., Meyer, H.W., and Vardiman, D.M. 2004. Geologic Guidebook to the Gold Belt Byway, Colorado. Gold Belt Tour Scenic and Historic Byway Association, Colorado.

Hirsch, C.L., Albeke, S.E., and Nesler, T.P. 2006. Range-wide status of Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*): 2005. Colorado River Cutthroat Trout Conservation Team, Denver, CO.

Hopkins, R.L. and Hopkins, L.B. 2000. Hiking Colorado's Geology. Mountaineers, Seattle, WA.

Hunter, W.R. and Spears, C.F. 1975. Soil survey of the Gunnison area, Colorado. Parts of Gunnison, Hinsdale, and Saguache Counties. U.S. Department of Agriculture, Soil Conservation Service, Washington, D.C.

Rvsd Plan - 00006292

Husong, B. and Alves, J. 1998. Boreal toad surveys in the south San Juan mountains of Colorado. Colorado Natural Heritage Program and Colorado Division of Wildlife, Fort Collins, CO.

Kadlec, R.H. and Kadlec, J.A. 1979. The use of freshwater wetlands as a tertiary wastewater treatment alternative. Critical Review of Environmental control **9:** 185-212.

Karr, J.R. and Schlosser, I.J. 1978. Water resources and the land-water interface. Science **201:** 229-234.

Keate, N.S. 2004. Bibliography of Impacts to Wetlands II - Draft - revised . Utah Wetland Outreach, Utah Department of Natural Resources.

Kittel, G.M., VanWie, E., Damm, M., Rondeau, R., Kettler, S., and Sanderson , J. 1999. A Classification of Riparian Plant Associations of the Rio Grande and Closed Basin Watersheds, Colorado. Prepared for: The Colorado Department of Natural Resources and the Environmental Protection Agency, Region VIII Denver, Colorado.  Colorado Natural Heritage Program, Fort Collins, CO.

Knight, R.L. and Cole, D.N.  Effects of Recreational Activity on Wildlife in Wildlands. Transactions of the 56th North American Wildlife & Natural Resources Conference. Pp: 238-247.

Krabacher P., Herron, J., Graves, J., and Brown, K. 2006. Reclamation Feasibility Report, Henson Creek Watershed. Colorado Department of Natural Resources, Division of Minerals & Geology, Denver, CO.

Lack, D. 1956. A review of the genera and nesting habits of swifts. Auk **73:** 1-32.

Lesica, P. and Miles, S. 2001. Natural history and invasion of Russian Olive along eastern Montana rivers. Western North American Naturalist **6:** 1-10.

Lyon, P. and Culver, D.R. 2002. Colorado Natural Heritage Program field surveys.

Marchand, P.J. 1996. Life in the Cold. University Press of New England, Hanover, NH.

Massachusetts Natural Heritage & Endangered Species Program 2008. Boreal Turret Snail (*Valvata sincera*) fact sheet. Accessible at: http://www.mass.gov/dfwele/dfw/nhesp/nhfacts/valvata_sincera.pdf. Westborough, MA.

McClean, S. 2005. Upper Arkansas/South Park Conservation Biologist, Colorado Division of Wildlife. Personal communication.

Miller, S.G., Knight, R.L., and Miller, C.K. 1998. Influence of recreational trails on breeding bird communities. Ecological Applications **8:** 162-169.

Rvsd Plan - 00006293

Miller, S.G., Knight, R.L., and Miller, C.K. 2001. Wildlife responses to pedestrians and dogs. Wildlife Society Bulletin **29:** 124-132.

Mitsch, W.J. and Gosselink, J.G. 1993. Wetlands. Van Nostrand Reinhold, New York.

National GAP Analysis Program 2007. SWReGAP Landcover. Department of the Interior, U.S.Geological Survey. http://earth.gis.usu.edu/swgap/. Accessed May 15, 2005.

National Research Council 1995. Wetlands-characteristics and boundaries. National Academy Press, Washington, D.C.

National Water and Climate Center 2008. SNOTEL Data and Products. U.S. Department of Agriculture, National Resources Conservation Service. http://www.wcc.nrcs.usda.gov/snow/.  Accessed February 2008..

Natural Resources Conservation Service 2008a. Annual Summaries of Basinwide Percentages. http://www.co.nrcs.usda.gov/snow/snow/watershed/current/monthly/data/snosumr ytxt.html.

Natural Resources Conservation Service 2008. Basin Historical Departure from Average Reservoir Storage. http://www.co.nrcs.usda.gov/snow/resv/watershed/historical/monthly/maps_graph s/historical_departure.html .

Natural Resources Conservation Service 2007. Soil Survey Geographic (SSURGO) database for Hinsdale County Area, Colorado. U.S. Department of Agriculture, Natural Resources Conservation Service, Fort Worth, Texas.

NatureServe 2003. A Working Classification of Terrestrial Ecological Systems in the Coterminous United States. International Terrestrial Ecological Systems Classification. NatureServe, Arlington, VA.

Neely, B., Comer, P., Mortiz, C., Lammert, M., Rondeau, R., Pague, C., Bell, G., Copeland, H., Humke, J., Spackman, S., Schulz, T., Theobold, D., and Valutis, L. 2001. Southern Rocky Mountains:  An Ecoregional Assessment and Conservation Blueprint. The Nature Conservancy, Boulder, CO.

Neid, S.L., Malone, D., and Jones, J. 2008. Survey of Seeps and Springs on Bureau of Land Management lands in northern Hinsdale County 2006-2007. Colorado Natural Heritage Program, Fort Collins, CO.

Noel, D.S., Martin, C.W., and Federer, C.A. 1986. Effects of forest clearcutting in New England on stream macroinvertebrates and periphyton. Environmental Management **10:** 661-670.

Noss, R.F., O'Connel, M.A., and Murphy, D.D. 1997. The science of conservation

Rvsd Plan - 00006294

planning: Habitat conservation under the Endangered Species Act. Island Press, Washington, D.C.

Osterkamp, W.R. and Friedman, J.M. 2000. The disparity between extreme rainfall events and rare floods-with emphasis on the semiarid American West. Hydrological Processes **14**: 2817-2829.

Oxley, D.J., Fenton, M.B., and Carmody, G.R. 1974. The effects of roads on populations of small animals . Journal of Applied Ecology **11:** 51-59.

Redders, J.S. 2000. A Classification of the Riparian Areas and Wetlands of the San Juan National Forest. USFS San Juan National Forest.

Reijnen R., Foppen, R., Braak, T.C., and Thissen, J. 1995. The effects of car traffic on breeding bird populations in woodland. Journal of Applied Ecology **32:** 187-202.

Rocchio, J. 2006. Vegetation Index of Biotic Integrity for Colorado Wetlands: Phase 1. Colorado Natural Heritage Program, Fort Collins, CO.

Rondeau, R. 2005. Director, Colorado Natural Heritage Program. Personal communication.

Rondeau, R. 2001. Ecological system viability specifications for Souther Rocky Mountain ecoregion. Colorado Natural Heritage Program, Fort Collins, CO.

Rood, S.B. and Mahoney, J.M. 1990. Collapse of riparian poplar forests downstream from dams in western prairies: Probable causes and prospects for mitigation. Environmental Management **14:** 451-464.

Rosgen, D. 1996. Applied River Morphology. Wildland Hydrology, Pagosa Springs, CO.

Sares, M.A., Matthews, V., and Catany, R.W. 2003. Ground Water Atlas of Colorado. Colorado Geological Survey, Special Publication 53, Denver, CO.

Sjors, H. and Gunnarsson, U. 2002. Calcium and pH in north and central Swedish mire waters. Journal of Ecology **90:** 650-657.

Smith, R.D., Ammann, A., Bartoldus, C., and Brinson, M. 1995. An Approach for Assessing Wetland Functions Using Hydrogeomorphic Classification, Reference Wetlands, and Functional Indices. Technical Report WRP-DE-9. Wetland Research Program, U.S. Army Corps of Engineers, Washington, D.C.

Spackman, S.C. and Hughes, J.W. 1995. Assessment of minimum stream corridor width for biological conservation: Species richness and distribution along mid-order streams in Vermont, USA. Biological Conservation **71:** 325-332.

Spatial Climate Analysis Service . PRISM Climate Data.  2008. February 26, 2008.

Rvsd Plan - 00006295

Steven, T. and Lipman, P. 1975. Calderas fo the San Juan volcanic field, southwestern Colorado. U.S. Dept. of the Interior, Geological Survey , Washington, D.C.

Steven, T.A. 1974. Geologic Map of the Durango Quadrangle, Southwestern Colorado. U.S. Geological Survey, Department of Interior, Reston, VA.

Stromberg, J.C. 1998. Functional equivalency of saltcedar (*Tamarix chinensis*) and Fremont cottonwood (*Populus fremontii*) along a free-flowing river. Wetlands **18**: 675-686.

Topper, R., Spray, K.L., Bellis, W.H., Hamilton, J.L., and Barkmann, P.E. 2003. Ground Water Atlas of Colorado, Special Publication 53. Colorado Geological Survey, Denver, CO.

Tweto, O. 1979. Geologic Map of Colorado, 1:500,000. Colorado Geological Survey, Denver, CO.

U.S. Census Bureau . Hinsdale County, Colorado QuickFacts.  2008.  April 19, 2008.

U.S. Fish and Wildlife Service 2008. National Wetlands Inventory.  U.S. Department of the Interior, U.S. Fish and Wildlife Service. http://www.fws.gov/nwi/. Accessed 2008.

U.S. Fish and Wildlife Service 1997. Regional policy on the protection of fens. Unpublished memo from Mary Gessner, Region 6 Director, sent to project leaders for ecological services, refuges and wildlife, and fish and wildlife management assistances in Region 6..

U.S. Geological Survey 2007. USGS Real-Time Water Data for the Nation. U.S. Department of the Interior, U.S. Geological Survey. http://waterdata.usgs.gov/nwis/rt. Accessed 2007.

Western Mining History 2008. Colorado Mining Towns: Lake City. Available at: http://www.westernmininghistory.com/towns/colorado/lake-city/.

Western Regional Climate Center 2008. Colorado climate summaries. Available at: http://www.wrcc.dri.edu/precip.html.

Wilson, E.O. 1988. Biodiversity. National Academy Press, Washington, D.C.

Windell, J.T., Willard, B.E., Cooper, D.J., Knud-Hansen, C.F., Rink, L.P., and Kiladis, G.N. 1986. An ecological characterization of rocky mountain montane and subalpine wetlands. National Ecology Center, U.S. Department of the Interior, Washington, D.C.

Wright, C. and Wright, C. 1964. Tiny Hinsdale of the Silvery San Juan. Big Mountain Press, Denver, CO.

Rvsd Plan - 00006296

81

**Appendix A. Potential Conservation Area Profiles**

TABLE OF CONTENTS

TEMPLATE DESCRIPTION ..................................................................................... 83
B2: Very High Biodiversity Significance .................................................................. 85
    Cave Basin Lakes ................................................................................................ 85
    East Fork Alpine Gulch ..................................................................................... 88
    Elk Lakes Fen ..................................................................................................... 92
    Matterhorn Creek .............................................................................................. 96
    Mineral Creek .................................................................................................. 100
    North Clear Creek Falls ................................................................................... 104
    Rincon la Osa ................................................................................................... 108
    Slumgullion Creek ........................................................................................... 112
    Upper Rough Creek ......................................................................................... 116
    Wager Gulch ..................................................................................................... 120
B3: High Biodiversity Significance ........................................................................ 124
    Antelope Park ................................................................................................... 124
    Brush Creek at Cannibal Point ........................................................................ 129
    Cebolla Creek ................................................................................................... 133
    Cimarrona Creek .............................................................................................. 137
    Cinnamon Pass ................................................................................................. 141
    East Fork Powderhorn Creek ........................................................................... 144
    Henson Creek ................................................................................................... 147
    Indain Creek at Tuckerville .............................................................................. 151
    Jumper and Trout Creeks ................................................................................. 154
    Lake Fork of the Gunnison River .................................................................... 157
    Los Pinos River ................................................................................................ 161
    Middle Fork Piedra River ................................................................................ 165
    Pole Creek ........................................................................................................ 169
    Rincon la Vaca .................................................................................................. 172
    Squaw Creek at Chief Mountain ..................................................................... 175
    Upper Big Blue Creek ...................................................................................... 178
B4: Moderate Biodiversity Significance Rank ....................................................... 181
    American Flats ................................................................................................. 181
    Cleveland Gulch ............................................................................................... 184
    Granite Lake ..................................................................................................... 188
    Indian Creek at Willams Creek Reservoir ...................................................... 191
    Los Pinos River at Rincon la Osa ................................................................... 194
    North Fork of Sand Creek ................................................................................ 197
    Rio Grande at Pole Creek Mountain ............................................................... 201
    South Canyon ................................................................................................... 204
    Upper Mosca Creek ......................................................................................... 207
    Upper Rambouillet Park .................................................................................. 210
    Upper Weminuche Creek ................................................................................. 213
LITERATURE CITED ........................................................................................... 216

Rvsd Plan - 00006298

**TEMPLATE DESCRIPTION**

The 37 Hinsdale County PCAs documented in this report are profiled in this section.  The PCAs are organized in ascending order according to their Biodiversity Rank (e.g., B1 to B5).  They are listed alphabetically within B-rank category.  Although the amount of information we have on the PCAs is highly variable, each PCA profile includes the following information:

**Biodiversity Rank (B-rank)**: The overall significance of the PCA in terms of rarity of the Natural Heritage resources and the quality (condition, abundance, etc.) of the occurrences.  Please see Table 4 for rating criteria for the biodiversity ranks.

**Protection Urgency Rank (P-rank)**: An estimate of the timeframe in which conservation protection should occur.  This rank generally refers to the need for a major change of protective status (e.g., ownership or designation as a natural area).  Please see Table 5 for the definitions of the ranks.

**Management Urgency Rank (M-rank)**: An estimate of the timeframe in which conservation management should occur.  Using best scientific estimates, this rank refers to the need for management in contrast to protection (legal, political, or administrative measures).  See Table 6 for the definitions of the ranks.

**Location:**  General location and specific road/trail directions.

**Legal Description:** U.S.G.S. 7.5-minute quadrangle name.

**General Description:** A brief narrative describing the topography, vegetation, current use, and size of the potential conservation area.  Common names are used along with the scientific names.

**Key Ecological Processes:** A list of natural disturbance or environmental properties that define the vegetation within a PCA.

**Biodiversity Comments**: A synopsis of the rare species and significant plant communities that occur in the PCA.  A table within the PCA profile lists the element occurrences found within the PCA, their rarity ranks, the occurrence ranks, federal and state agency designations, and the last observation date.  When the same element is listed more than once in the table, it is because there are multiple element occurrences of that element within the PCA.  Where there is more than one element occurrence in the PCA, the occurrence(s) of primary of concern is in boldface in the table.  See Table 1 for explanations of global and state imperilment ranks and Table 2 for legal designations.

Rvsd Plan - 00006299

**Boundary Justification**: Justification for the location of the preliminary conservation planning boundary delineated in this report, which includes all known occurrences of natural heritage resources and, in some cases, adjacent lands required for their protection.

**Protection Comments:** A summary of major land ownership issues that may affect the PCA and the element(s) in the PCA.

**Management Comments:** A summary of PCA management issues that may affect the long-term viability of the PCA.

Please note that the boundaries presented are meant to be used for conservation planning purposes and have no legal status. **The proposed boundary does not automatically recommend exclusion of all activity.** Rather, the boundaries designate ecologically significant areas in which land manager may wish to consider how specific activities or land use changes within or near the PCAs affect the natural heritage resources and sensitive species on which the PCA is based. **Please note that these boundaries are based on our best estimate of the primary area supporting the long-term survival of targeted species and plant communities. A thorough analysis of the human context and potential stresses has not been conducted.** However, CNHP's conservation planning staff is available to assist with these types of analyses where conservation priority and local interest warrant additional research.

Rvsd Plan - 00006300

# Cave Basin Lakes

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Emerald Lake

**Size:** 780 acres (316 ha)          **Elevation:** 11,570 - 12,250 ft. (3,527 - 3,734 m)

**General Description:** The site occupies a level, open area above and west of Emerald Lake. The area is just above timberline and is dotted with numerous small lakes and wetlands. Wetlands are dominated by water sedge (*Carex aquatilis*) and marsh marigold (*Caltha leptosepala*), with planeleaf willow (*Salix planifolia*), tufted hairgrass (*Deschampsia caespitosa*), elephant head (*Pedicularis groenlandica*), American bistort (*Polygonum bistortoides*), Redpod stonecrop (*Rhodiola rhodantha*), mosses, star gentian (*Swertia perennis*), sedges (*Carex dioeca, Carex nova, Carex chalciolepis, Carex ebenea,* and *Carex canescens*), Rocky Mountain fringed gentian (*Gentianopsis thermalis*), alpine timothy (*Phleum alpinum*), Eastwood's podistera (*Podistera eastwoodiae*), Drummond's rush (*Juncus drummondii*), heartleaf bittercress (*Cardamine cordifolia*) and Rocky Mountain hemlockparsley (*Conioselinum scopulorum*). There are small patches of Altai cottongrass (*Eriophorum altaicum* ssp. *neogaeum*) as well as the more common tall cottongrass (*Eriophorum angustifolium*). The rocky uplands consist of metamorphic rocks, derived from sedimentary and volcanic rocks and have alpine meadow vegetation.

**Biodiversity Significance Rank Comments (B2):** The site contains an excellent (A-ranked) occurrence of a globally imperiled (G2G3/S2S3) plant, Rothrock townsend-daisy (*Townsendia rothrockii*), and an excellent (A-ranked) occurrence of a plant variety that is globally vulnerable (T3T4/S3), Altai cottongrass (*Eriophorum altaicum* var. *neogaeum*).

Natural Heritage element occurrences at the Cave Basin Lakes PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Vascular Plants | Townsendia rothrockii | Rothrock townsend - daisy | G2G3 | S2S3 | | | | A | 2005–09-99 |
| Vascular Plants | Eriophorum altaicum var. neogaeum | Altai cottongrass | G4?T3T4 | S3 | | | USFS | A | 2005-08-26 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

Rvsd Plan - 00006301

**Boundary Justification:** The boundary was drawn to include habitat that supports the Rothrock townsend-daisy and the Altai cottongrass occurrences. Both upland and wetland areas are included.

**Protection Urgency Rank Comments (P4):** The site is within the Weminuche Wilderness and is well protected.

**Management Urgency Rank Comments (M4):** The area gets very light use from hikers and horseback riders.

**Version Author:**   Lyon, M.J.

**Version Date:**   10/16/2005

Rvsd Plan - 00006302



Cave Basin Lakes Potential Conservation Area, B2: Very High Biodiversity Significance

87

Rvsd Plan - 00006303

# East Fork Alpine Gulch

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Lake San Cristobal

**Size:** 29 acres (12 ha)        **Elevation:** 10,200 - 10,800 ft. (3,109 - 3,292 m)

**General Description:** This site is situated along the East Fork of Alpine Gulch, a first order tributary of Henson Creek. It is drawn for an iron fen, a specialized peatland type localized along the mineral belt of the Colorado Rockies. Peatlands are wetlands defined by having organic soils histosols) with 40 cm peat accumulations in the upper 80 cm (USDA 2006). Iron fens in the southern Rocky Mountains are characterized by iron-rich, acidic hydrology, limonite deposits, and a unique assemblage of acid tolerant bryophytes and vascular plants. Groundwater feeding these wetlands filters through mineral-rich fractured rocks, saturating peat layers to form hardened sheets of oxidized iron (Cooper and Arp 1998). Within the site iron fen vegetation occurs in two sections along the main East Fork and a lower tributary. Hydrology for the wetland originates within the Lake City caldera between Grass and Red Mountains. Bedrock geology consists of igneous rocks of the Tertiary Age, specifically, rhyolitic intrusive rocks and flows and ash-flow tuffs (Steven 1974, Tweto 1979). Groundwater is mineral-rich and acidic along both tributaries creating limonite sheets and extensive aluminum deposition along stream beds. Soils are histosols and sandy clays with 10-25 cm histic epipedons. Diagnostic species within the wetlands include sphagnum (*Sphagnum* sp.), Engelmann spruce (*Picea engelmannii*), water sedge (*Carex aquatilis*), and bluejoint (*Calamagrostis canadensis*). Resin birch (*Betula glandulosa*), although absent from this occurrence, is considered a diagnostic species of this wetland type. The section of iron fen vegetation along the main drainage occurs as a small seep wetland with multiple areas of shallow, open water. This section is inundated throughout, with consistent cover of water sedge and Engelmann spruce along upper reaches. The lower section occurs as a narrow riparian community along a small, Type A tributary. The riparian corridor is dominated by a dense carpet of sphagnum, a consistent canopy of Engelmann spruce, with bluejoint as the dominant herbaceous species. Sphagnum in both sections occurs along edges and along microtopographic rises throughout. Beaver ponds and old dams are consistent along the lower patch. Limonite forms extensive sheets along middle reaches. Species composition is low due to mineral-rich, acidic hydrology. Surrounding uplands exhibit limited use and little disturbance. There is no vehicular access in the area and an old road to the cabins along the eastern tributary is no longer evident. Exotic species were observed along old road access and trail, but are not extensive or present within wetlands. Forested uplands are

88

Rvsd Plan - 00006304

moderate to steeply sloped with mixed quaking aspen (*Populus tremuloides*), Engelmann spruce, and subalpine fir (*Abies lasiocarpa*) woodlands. Open meadows in surrounding uplands are dominated by mixed graminoids with patches of big sagebrush (*Artemisia tridentata*) and shrubby cinquefoil (*Dasiphora fruticosa* ssp. *floribunda*).

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland is iron-rich, acidic, perennial hydrology.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt and flooding, wet summers, and a late summer "monsoon" season.

**Land Use History:** An old homestead with five cabins is present along the upper reaches of the small eastern tributary.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S2) wetland community, Engelmann spruce / resin birch / water sedge - sphagnum iron fen (*(Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium* woodland).

Natural Heritage element occurrences at the East Fork Alpine Gulch PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | (Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium Woodland | Iron Fen | G2 | S2 | | | | A | 2006-08-22 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include portions of the main East Fork of Alpine Gulch and one of its upper, eastern tributaries. Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the wetland and upstream activities such as mining activities on Red or Grassy Mountain, deforestation, improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site.

Rvsd Plan - 00006305

**Protection Urgency Rank Comments (P4):** The site is managed by the BLM, but no special protection measures are in place. Currently there are no threats to the occurrence.

**Management Urgency Rank Comments (M4):** The area is managed for recreation and is not heavily used at this time. Anthropogenic disturbances observed in the drainage do not appear recent. The trail along the main Alpine Gulch drainage is heavily used due to its proximity to Lake City.

**Land Use Comments:** Predominant land use is recreation.

**Natural Hazard Comments:** Natural hazards include spring flooding and avalanche danger.

**Exotic Species Comments:** White clover (*Trifolium repens*) and common dandelion (*Taraxacum officinale*) are present along trails and old roads, with very low to no cover within wetlands.

**Off-Site Considerations:** An old homestead with four cabins is present along the lower tributary. The road grade along the drainage is not apparent and use has been very limited in recent years. Hydrology may have been altered in this area to accommodate living along the drainage.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006306



East Fork Alpine Gulch Potential Conservation Area, B2: Very High Biodiversity
Significance

Rvsd Plan - 00006307

## Elk Lakes Fen

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Granite Lake

**Size:** 107 acres (43 ha)          **Elevation:** 11,250 - 11,440 ft. (3,429 - 3,487 m)

**General Description:** This site is drawn for a wetland complex that occurs as an open-basin, lake-fill peatland surrounded by subalpine forest. Peatlands are peat accumulating wetlands characterized by organic soils (histosols) with 40 cm peat accumulations in the upper 80 cm (USDA 2006). In this region, fens are dependent on groundwater , with minimal secondary inputs from other hydrologic sources (Cooper and Arp 1998). At this fen morphologic features include flat to sloping peat soils, patterning, a small deep water lake, shallow pools, and floating mat. The wetland is inundated throughout, with many areas of shallow, standing water. The small lake along the lower reaches supports a large area of floating mat grading up to anchored peat mat. The floating mat forms as peat accumulation expand out over open water, weaving a quaking peat layer. Communities on floating mat are considered stable due to the ability to fluctuate with water levels (Chadde et al. 1998). Hydrology appears to originate from northern and western slopes above the site; water flows through these upper, sloping areas in small rivulets to the lower lake. Soils are fibric to hemic in decomposition. Bedrock geology consists of metamorphic and igneous rocks of the Precambrian Age, specifically Eolus Granite (Steven 1974, Tweto 1979). Fens are common throughout the surrounding area; they create a mosaic with forested uplands and high quality wildlife habitat. Evidence of wildlife use includes scat, tracks, and a small wallow. The surrounding uplands consist of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) dominated forests with whortleberry (*Vaccinium myrtillus*) as a common understory layer. Site encompasses three distinct plant associations along flat to moderately sloping peat soils. Mud sedge (*Carex limosa*) herbaceous vegetation occurs as a fringe community within the larger fen complex. Mud sedge dominated vegetation is concentrated along lower reaches as a floating mat community around a small, deep-water lake. Floating peat at this site is characterized by hummocked areas of dense vegetation interspersed with areas of open peat and shallow water. The eastern side of the lake supports a broader band of this type possibly due to prevailing winds and wave action. Codominant species include fewflower spikerush (*Eleocharis quinqueflora*), water sedge (*Carex aquatilis*), and to a lesser extent Northwest Territory sedge (*Carex utriculata*). Boreal bog sedge (*Carex magellanica*), which is structurally similar to the diagnostic species, mud sedge, is also found at the site. Deadfall from surrounding uplands creates linear microhabitats within fen. Perched slightly above this community on both sides of the lake and extending

Rvsd Plan - 00006308

north and south is a consistent fewflower spikerush dominated herbaceous community occurring along inundated terraces and slopes. Other common species include water sedge and elephanthead lousewort (*Pedicularis groenlandica*), with bluejoint (*Calamagrostis canadensis*) and tufted hairgrass (*Deschampsia caespitosa*) occurring along hummocked areas. A small area of diamondleaf willow (*Salix planifolia*) dominated fen present at the upper reaches of the site. Predominant land use in the area is for recreation including hiking, hunting, and horseback riding. Vehicular use is restricted.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are low gradient and general geomorphologic features, subalpine elevation, groundwater discharge, and prevailing winds.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S1S2) mud sedge herbaceous vegetation wetland community (*Carex limosa* herbaceous vegetation).

Natural Heritage element occurrences at the Elk Lakes Fen PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex limosa Herbaceous Vegetation | Montane Wetland | G2 | S1S2 | | | | A | 2006-08-02 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and activities in surrounding uplands such as deforestation, improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** There are currently no threats. Site is contained in the Weminuche Wilderness managed by the USFS in the San Juan National Forest.

**Management Urgency Rank Comments (M5):** No management is needed at this

Rvsd Plan - 00006309

time.

**Land Use Comments:** Predominant land use is recreation, including hiking, camping, hunting, and horseback riding.

**Version Author:**   Jones, J.R.
**Version Date:**    10/15/2006

Rvsd Plan - 00006310



Elk Lakes Fen Potential Conservation Area, B2: Very High Biodiversity Significance

95

Rvsd Plan - 00006311

# Matterhorn Creek

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Uncompahgre Peak

**Size:** 35 acres (14 ha)          **Elevation:** 11,650 - 11,780 ft. (3,551 - 3,591 m)

**General Description:** This site is drawn for an iron fen, a specialized peatland type localized along the mineral belt of the Colorado Rockies. The wetland is situated just below treeline along the upper reaches of the Matterhorn Creek in a wide, open valley. Soils along the drainage are highly erodible forming a gullied, moderately sloping drainage adjacent to the site. Iron-rich groundwater originates along the eastern slopes of the drainage below Iron Beds. Within the wetland, fen vegetation surrounds an extensive area of limonite ledges fed by multiple iron-rich springs. Springs continue along both sides of limonite deposits, creating a large slope wetland that flows into the upper reaches of Matterhorn Creek. The wetland is classified as an iron fen. Peatlands are wetlands defined by having organic soils (histosols) with 40 cm peat accumulations in the upper 80 cm (USDA 2006). Peatlands are dependent on groundwater, with minimal secondary inputs from other hydrologic sources (Cooper and Arp 1998). Iron fens in the southern Rocky Mountains are characterized by iron-rich, acidic hydrology, limonite deposits, and a unique assemblage of acid tolerant bryophytes and vascular plants. Groundwater feeding these wetlands filters through mineral-rich fractured rocks, saturating peat layers to form hardened sheets of oxidized iron (Cooper and Arp 1998). Acidic hydrology of iron fens is similar to true bogs and poor fens while ion concentrations are comparable to rich fens (Cooper and Arp 1998). Fen vegetation is concentrated below multiple slope seeps along both sides of the predominant iron spring. Vegetation is dominated by water sedge (*Carex aquatilis*), sphagnum (*Sphagnum* sp.), and bluejoint (*Calamagrostis canadensis*). Sphagnum forms dense carpets and hummocks dispersed throughout saturated areas. Saturated areas with perennial groundwater below the main spring have formed extensive sheets of limonite and support very little vegetation aside from liverworts and a few islands of water sedge. Bluejoint codominates with sphagnum along drying edges and microtopographic rises, water sedge codominates along saturated area. Engelmann spruce (*Picea engelmannii*) occurs as a trace, colonizing layer. Resin birch (*Betula glandulosa*) is often a diagnostic species in iron fens, but does not occur at this site, which may be a factor of the elevational range of the species. Diamond-leaf willow (*Salix planifolia*) occurs as a dense layer with water sedge along the southern edge of the fen on mineral soils and is intermittent along northern reaches. Adjacent uplands are dominated by xeric, variable alpine meadows with common species including

Rvsd Plan - 00006312

Ross' avens (*Geum rossii*), creeping sibbaldia (*Sibbaldia procumbens*) and patches of Engelmann spruce. Surrounding gentle meadows slope into steep scree fields and bedrock. Disturbances in the area include the Matterhorn/Wetterhorn Peak pack trail, which crosses the initial, southern spring and late season sheep grazing. Structure from old road present within fen, but site has recovered from former use as roadway.

**Key Environmental Factors:** Key factors influencing species composition are upper subalpine elevation, iron-rich, acidic, perennial hydrology, and moderate slope.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S2) iron fen wetland community, *(Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium* woodland).

Natural Heritage element occurrences at the Matterhorn Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | (Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium Woodland | Iron Fen | G2 | S2 | | | | A | 2006-08-21 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries are drawn to include portions of surrounding areas important to the maintenance of site hydrology and 1,000 ft of buffered uplands based on an analysis of the Bibliography of Impacts to Wetlands (Keate 2004). Boundaries also include areas in the surrounding uplands that may influence the site such as an adjacent pack trail and uplands with late-season sheep grazing. This should account for natural hydrologic processes important to the maintenance of the wetland such as seasonal flooding, groundwater recharge, surface flows, and adjacent drainage. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and activities such as mining, improper livestock grazing, water diversion, and intense recreational use could be detrimental to the site.

Rvsd Plan - 00006313

**Protection Urgency Rank Comments (P3):** The site is protected generally by the USFS as part of the Uncompahgre Wilderness within the Uncompahgre National Forest. Possible threats include impacts by sheep grazing and adjacent pack/hiking trail.

**Management Urgency Rank Comments (M3):** Matterhorn Peak Trail crosses lower, southern-most spring. Re-routing this section of the trail could avert possible impacts to this spring. The site has been trampled and grazed by sheep. There is a sign indicating the site as a restoration area, but there is no exclosure to ensure the site is not used for grazing.

**Land Use Comments:** Predominant land use in the area and surrounding uplands is recreation and sheep grazing.

**Natural Hazard Comments:** Avalanche danger is likely high during the fall, winter, and spring seasons due to the severity of surrounding slopes.

**Exotic Species Comments:** No exotic species were observed in the area. Pack trail may act as a conduit for exotic species introduction. Monitoring of species composition along trail could help maintenance of site quality.

**Off-Site Considerations:** Past mining and prospects in the surrounding uplands may impact site viability.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006314



Matterhorn Creek Potential Conservation Area, B2: Very High Biodiversity Significance

99

Rvsd Plan - 00006315

# Mineral Creek

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Baldy Cinco

**Size:** 37 acres (15 ha)        **Elevation:** 10,680 - 10,860 ft. (3,255 - 3,310 m)

**General Description:** This site is drawn for a small, isolated fen wetland in the La Garita Wilderness. It occurs along the upper reaches of Mineral Creek, a second order tributary of Cebolla Creek. The site is a closed-basin, lake-fill peatland with multiple small inlets and rivulets throughout. It lies along the junction of Quaternary landslide deposits and Tertiary igneous rocks, specifically intra-ash-flow quartz latitic lavas (Steven 1974, Tweto 1979). Wetland and local topography is likely a result of glacial activity during the Quaternary Age. The wetland is a fen, a type of peatland classified by soil development and hydrology. Peatlands are wetlands defined by having organic soils (Histosols) with 40 cm peat accumulations in the upper 80 cm (USDA 2006). Peatlands are dependent on groundwater, with minimal secondary inputs from other hydrologic sources (Cooper and Arp 1998). Specifically, this wetland is a small, lake-fill peatland formed by the expansion of vegetation and peat accumulations over the surface of open water. Site has a large area of floating mat towards the center and grounded peat accumulations along edges. Floating mat is the quaking peat layer over water formed during the lake-fill process. Plant communities on floating mat are considered stable due to the ability to fluctuate with water levels (Chadde et al. 1998). The fen wetland forms a mosaic of two distinct, herbaceous communities. Mud sedge (*Carex limosa*) herbaceous vegetation dominates the central floating mat, covering approximately 35% of the wetland. Characteristic species include mud sedge, Northwest Territory sedge (*Carex utriculata*), and buckbean (*Menyanthes trifoliata*). This area is surrounded by an extensive area of grounded peat mat dominated by a woolly sedge (*Carex pellita*) herbaceous community. Woolly sedge is consistent and dominant throughout this area. Other species found along the anchored peat mat include water sedge (*Carex aquatilis*), Northwest Territory sedge, silvery sedge (*Carex canescens*), bluejoint (*Calamagrostis canadensis*), and threepetal bedstraw (*Galium trifidum*). This community dominates approximately 65% of the wetland as a dense, consistent herbaceous strata grading to a small edge occurrence of water sedge and Northwest Territory sedge. Northwest Territory sedge forms a dense patch along the southwestern edge of the wetland and along small, rivulets with standing water. Kentucky bluegrass (*Poa pratensis*) was observed along upland edges of the wetland, but no exotic species were found in the wetland. Uplands to the west of the wetland grade to steep talus slopes and those to the east have mixed quaking aspen (*Populus*

Rvsd Plan - 00006316

*tremuloides*) and Engelmann spruce (*Picea engelmannii*) forest that slopes down towards Mineral Creek. Evidence of beaver activity is present along small outlets, but dams are no longer stable. Multiple game trails were observed in adjacent, forested uplands and light grazing was observed in the wetland. Trails in adjacent Mineral and Rough Creek drainages are restricted to foot and horse travel as part of the La Garita Wilderness. There are few anthropogenic disturbances in the surrounding uplands.

**Key Environmental Factors:** Key environmental factors influencing the species composition of the wetland are subalpine elevation, groundwater discharge, and topography.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S1S2) mud sedge (*Carex limosa*) montane wetland community. The site also encompasses a good (B-ranked) occurrence of the globally vulnerable (G3/S3) woolly sedge (*Carex pellita*) montane wet meadows community.

Natural Heritage element occurrences at the Mineral Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex limosa Herbaceous Vegetation | Montane Wetland | G2 | S1S2 | | | | A | 2006-08-23 |
| Natural Communities | Carex pellita Herbaceous Vegetation | Montane Wet Meadows | G3 | S3 | | | | B | 2006-08-23 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and activities in surrounding uplands such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** The site is protected generally by the USFS within the La Garita Wilderness of the Gunnison National Forest and exhibits

Rvsd Plan - 00006317

no immediate threats.

**Management Urgency Rank Comments (M4):** The site does not exhibit any anthropogenic disturbance, but may need future management if use of adjacent trail increases or if exotic species along the trail increase.

**Land Use Comments:** The area is used predominantly for recreation including hunting, hiking, camping, and horseback riding.

**Natural Hazard Comments:** Avalanche danger is likely high during the fall, winter, and spring seasons due to the severity of western slopes.

**Exotic Species Comments:** Kentucky bluegrass (*Poa pratensis*) was observed along upland edges of the wetland, but no exotic species were found in the wetland.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006318



Mineral Creek Potential Conservation Area, B2: Very High Biodiversity Significance

103

Rvsd Plan - 00006319

# North Clear Creek Falls

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Hermit Lakes, Slumgullion Pass

**Size:** 2,298 acres (930 ha)          **Elevation:** 9,820 - 10,600 ft. (2,993 - 3,231 m)

**General Description:** The site comprises a wide, open, glaciated valley at the lower reaches of Spring Creek and its confluence with the North Fork of Clear Creek. The riparian corridor is a mosaic of dense tall shrub copses with patches of herbaceous vegetation. The wetland is concentrated along the creek and dry floodplain with dense willow cover along the creek edge and mesic areas and open, patchy cover along drying areas. Dry openings support a patchy distribution of Colorado tansy-aster (*Machaeranthera coloradoensis*). Bedrock geology consists of glacial drift of the Quaternary Age in the valley bottom (Steven 1974, Tweto 1979). The wetland is dominated by a dense, tall shrub layer of park willow (*Salix monticola*) and Geyer's willow (*Salix geyeriana*), with park willow being more common along mesic reaches and Geyer's willow along drying edges. Other shrubs present include diamondleaf willow (*Salix planifolia*), shrubby cinquefoil (*Dasiphora fruticosa* ssp. *floribunda*), strapleaf willow (*Salix ligulifolia*), and whitestem gooseberry (*Ribes inerme*). Graminoid species include Baltic rush (*Juncus balticus*), tufted hairgrass (*Deschampsia caespitosa*), and alpine timothy (*Phleum alpinum*). The herbaceous layer is variable throughout with drier areas dominated by forbs and weedy graminoid species and mesic areas by native graminoids. Exotic species include Kentucky bluegrass (*Poa pratensis*), common dandelion (*Taraxacum officinale*), and white clover (*Trifolium repens*). Dry areas also support Colorado tansy-aster. Other species associated with openings and dry rocky soils include shrubby cinquefoil, prairie sagewort (*Artemisia frigida*), beautiful cinquefoil (*Potentilla pulcherrima*), Fendler's sandwort (*Eremogone fendleri*), mat penstemon (*Penstemon caespitosus*), and Arizona fescue (*Festuca arizonica*). Disturbances include livestock grazing, hydrologic alterations, an adjacent highway, and recreational use. Evident grazing impacts include tunneling in willows, exotic species component, trampling, and sloughing along stream banks. Surrounding uplands are dominated by a large, xeric, subalpine grassland with patches of shrubby cinquefoil grading up into Engelmann spruce (*Picea engelmannii*) dominated forested areas.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are montane elevation, low gradient, extensive floodplain, and dry, rocky uplands.

Rvsd Plan - 00006320

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for two good (B-ranked) occurrences of the globally imperiled (G2/S2) Colorado tansy-aster (*Machaeranthera coloradoensis*). The site also includes a good (B-ranked) occurrence of the state rare (GU/S3) park willow - Geyer's willow / mesic graminoid (*Salix monticola - Salix geyeriana / mesic graminoid*) montane riparian willow carr and an extant occurrence of the state rare (G4/S3) Black Swift (*Cypseloides niger*).

Natural Heritage element occurrences at the North Clear Creek Falls PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Birds | Cypseloides niger | Black Swift | G4 | S3B | | | USFS | E | 2000-07-25 |
| Natural Communities | Salix geyeriana - Salix monticola / Mesic Graminoid Shrubland | Montane Riparian Willow Carr | GU | S3 | | | | B | 2006-06-21 |
| Vascular Plants | Machaeranthera coloradoensis | Colorado tansy - aster | G2 | S2 | | | USFS | B | 1995-09-07 |
| Vascular Plants | Machaeranthera coloradoensis | Colorado tansy - aster | G2 | S2 | | | USFS | B | 1998-09-15 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetlands such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and activities such as improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P3):** The site is managed by the USFS within the Rio Grande National Forest. There are currently no immediate threats. Both the rare plants and wetland are viable.

**Management Urgency Rank Comments (M3):** Reduction or temporary removal of grazing may encourage native species to reestablish and possibly retain dominance over encroaching exotics.

**Land Use Comments:** Predominant land uses include recreational use and livestock

Rvsd Plan - 00006321

grazing.

**Exotic Species Comments:** Exotic species found include Kentucky bluegrass (*Poa pratensis*), common dandelion (*Taraxacum officinale*), and white clover (*Trifolium repens*). These species are concentrated in disturbed, drying areas.

**Off-Site Considerations:** Off-site considerations include highway use and maintenance, recreational uses, and livestock grazing.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006322



Miles

0    0.5    1

N

Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph  (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 12/11/2006

**Legend**

PCA Boundary

Slumgullion Pass, 37107-H2
Hermit Lakes, 37107-G2

7.5 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

North Clear Creek Falls Potential Conservation Area, B2: Very High Biodiversity
Significance

107

Rvsd Plan - 00006323

# Rincon la Osa

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Rio Grande Pyramid, Weminuche Pass

**Size:** 59 acres (24 ha)          **Elevation:** 11,120 - 11,480 ft. (3,389 - 3,499 m)

**General Description:** This site is drawn for a small, lake-fill peatland along the Rincon la Osa drainage, a second order tributary of the Pine River. The site is a flat to gently sloping, open-basin fen with multiple small inlets and rivulets throughout. General geology consists of metamorphic and igneous rocks of the Precambrian Age, specifically, Eolus Granite (Steven 1974, Tweto 1979). The Rincon la Osa drainage opens into a wide glaciated valley above this point. The wetland may be a result of glacial activity during the Quaternary Age. Soils are inundated throughout consisting of well-developed fibric to hemic peat accumulations. The wetland is a fen type peatland due to soil development and hydrology. Peatlands are wetlands defined by having organic soils (histosols) with 40 cm peat accumulation in the upper 80 cm (USDA 2006). In this region, peatlands are fens and dependent groundwater with minimal secondary inputs from other hydrologic sources (Cooper and Arp 1998). Specifically, this wetland is a small, lake-fill peatland formed by the expansion of vegetation and peat accumulations over the surface of open water. The site has a large area of floating mat towards the center and grounded peat accumulations along edges. The floating mat is the quaking peat layer over water formed during the lake-fill process. Plant communities on floating mats are considered stable due to the ability to fluctuate with water levels (Chadde et al. 1998). The unique herbaceous community forms a consistent layer of floating peat with hummocked areas of dense vegetation interspersed with areas of open peat and shallow water. Floating mat is dominated by mud sedge (*Carex limosa*), fewflower spikerush (*Eleocharis quinqueflora*), and buckbean (*Menyanthes trifoliata*). Northwest Territory sedge (*Carex utriculata*) and buckbean form a dense band around open water at the center of the wetland. Other species present include water sedge (*Carex aquatilis*), narrowleaf cotton-grass (*Eriophorum angustifolium*), and sphagnum (*Sphagnum* sp.). A small band of grounded peat at the edge of the floating mat is dominated by a fewflower spikerush community. Surrounding uplands are dominated by Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) forests with mixed meadow openings. Small fen wetlands, common throughout adjacent drainages, are dominated by fewflower spikerush and sedge (*Carex* sp.) communities. The number of quality wetlands interspersed with subalpine forest and meadows in the area create high quality wildlife habitat. There are very few anthropogenic disturbances in drainages or surrounding uplands. Travel is restricted to foot and horse travel along trails in adjacent Rincon la Osa and

Rvsd Plan - 00006324

Rincon la Vaca drainages as part of the Weminuche Wilderness.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are topography, gentle gradient, prevailing winds, subalpine elevation, perennial hydrology, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer monsoon season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S1S2) mud sedge (*Carex limosa*) herbaceous vegetation community.

Natural Heritage element occurrences at the Rincon la Osa PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex limosa Herbaceous Vegetation | Montane Wetland | G2 | S1S2 | | | | A | 2006-08-04 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrologic processes necessary to the maintenance of site hydrology and activities such as deforestation, improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** The site is manage by the USFS as part of the Weminuche Wilderness in the San Juan National Forest. There are currently no threats.

**Management Urgency Rank Comments (M5):** No management is needed at this time.

**Land Use Comments:** Predominant land use in the area is for recreational purposes including hiking, horseback riding, camping, and hunting. There are multiple hunting outfitters based along the Pine River that likely use this area during the fall hunting seasons.

**Natural Hazard Comments:** Natural hazards include avalanche danger and spring

Rvsd Plan - 00006325

flooding.

**Exotic Species Comments:** No exotics were observed at the site. Exotics observed on the main Rincon la Osa trail include Kentucky bluegrass (*Poa pratensis*) and timothy (*Phleum pratense*).

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006326



Rincon la Osa Potential Conservation Area, B2: Very High Biodiversity Significance

Rvsd Plan - 00006327

# Slumgullion Creek

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Lake San Cristobal, Slumgullion Pass

**Size:** 261 acres (106 ha)          **Elevation:** 11,080 - 11,160 ft. (3,377 - 3,402 m)

**General Description:** This site is drawn for unique iron fen wetlands that occur in association with the Slumgullion Slide. The wetlands are situated along the upper reaches of Slumgullion Creek and continues down to a large, open, meadow wetland. Slumgullion Creek is a narrow stream channel with multiple seeps and springs adding mineral-rich, acidic water to the system. The lower meadow is a low gradient wetland with multiple old beaver ponds and large open flats. Soils are variable throughout with areas of deep histic epipedons over thick, gleyed clays. Soils are peat accumulating with extensive, iron-rich, mineral deposits throughout peat layers. Mineral-rich hydrology and mineral deposition appear to originate from springs coming in contact with highly fractured geology from the Slumgullion earth flow. General geology of the site and surrounding uplands consists of igneous rocks of the Tertiary Age (Steven 1974, Tweto 1979). Vegetation along Slumgullion Creek and lower meadow changes with geomorphic features, hydrologic variation, soils and mineral deposition. The occurrence of unique fen vegetation adheres to the small, spring-fed drainage along the upper reaches of Slumgullion Creek, opening into disjunct patches in the lower meadow. Iron fen vegetation is present in the drainage due to highly mineralized hydrology. Iron fens in the Southern Rocky Mountains are characterized by iron-rich, acidic hydrology, limonite deposits, and a unique assemblage of acid tolerant bryophytes and vascular plants. Groundwater feeding these wetlands filters through mineral-rich fractured rocks, which saturates peat layers and typically forms hardened sheets of oxidized iron (Cooper and Arp 1998). Although no limonite sheets were observed and no areas support extensive peat accumulations, patches of vegetation are diagnostic of iron fen hydrology. Indicators of iron fen hydrology present include Engelmann spruce (*Picea engelmannii*), resin birch (*Betula glandulosa*), sphagnum (*Sphagnum* sp.), and water sedge (*Carex aquatilis*). Bluejoint (*Calamagrostis canadensis*) and diamondleaf willow (*Salix planifolia*)also occur as codominants throughout the upper drainage. Engelmann spruce occurs in patches and along edges of the drainage as a canopy and subcanopy layer. It is absent in the lower, open meadow. Resin birch has variable cover throughout as sporadic patches along the upper drainage and as dense edge cover along the lower meadow. Sphagnum cover also varies with hydrology and is patchy throughout the site. Diamondleaf willow codominates the shrub layer in some areas increasing in cover as surface flows dilute iron-rich water

Rvsd Plan - 00006328

with distance from springs. Water sedge and bluejoint are both common throughout the herbaceous layer. Water sedge and Northwest Territory sedge (*Carex utriculata*) dominate the lower meadow. Adjacent uplands are highly variable throughout ranging from mixed Engelmann spruce, subalpine fir (*Abies lasiocarpa*), and quaking aspen (*Populus tremuloides*) forest to patches of shrubby cinquefoil (*Dasiphora fruticosa*) dominated shrublands, and subalpine meadows. The surrounding area is used for recreation including 4X4 travel, snowmobiling, and hunting. The site was formerly used for horse grazing, but shows very little disturbance at present. Anthropogenic disturbances include an OVH road running adjacent to the drainage and meadow, snowmobile travel across the meadow, and a staging area adjacent to the meadow. Small amounts of grazing were observed in the meadow.

**Key Environmental Factors:** The key environmental factors influencing species composition of the wetland are iron-rich, acidic, perennial hydrology, variable gradients, and soil composition.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S2) iron fen wetland community *(Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium* woodland).

Natural Heritage element occurrences at the Slumgullion Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | (Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium Woodland | Iron Fen | G2 | S2 | | | | A | 2006-08-18 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and upstream activities such as deforestation, improper livestock grazing,

Rvsd Plan - 00006329

development, road maintenance, or water diversion could be detrimental to the site. Boundaries include portions of a nearby highway and an adjacent 4X4 road, which may be impacting site viability. These impacts will likely affect maintenance and planning for the site.

**Protection Urgency Rank Comments (P3):** The site may benefit from reducing recreation impact by limiting use of adjacent OHV road and parking area at lower meadow.

**Management Urgency Rank Comments (M3):** Current threats include exotic species invasion and alteration of hydrology and species composition by OHV use along an old road adjacent to drainage. Winter snowmobiling across the lower meadow may aid in artificially draining the wetland. Exotic species are not common within wetland, but are extensive along adjacent uplands. If usage changes or increases, components could be compromised.

**Land Use Comments:** Predominant land use is recreation.

**Natural Hazard Comments:** Natural hazards include spring flooding and land slides.

**Exotic Species Comments:** Exotics were observed in surrounding uplands and concentrated along old roadways and disturbed areas. Very few exotics were found within the wetland.

**Off-Site Considerations:** Off-site considerations include a 4X4 road and highway use and maintenance.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006330



Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph  (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 12/11/2006

**Legend**

PCA Boundary

Slumgullion Pass, 37107-H2
Lake San Cristobal, 37107-H3

7.5 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

Slumgullion Creek Potential Conservation Area, B2: Very High Biodiversity Significance

115

Rvsd Plan - 00006331

# Upper Rough Creek

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Baldy Cinco

**Size:** 49 acres (20 ha)          **Elevation:** 11,645 - 12,080 ft. (3,549 - 3,682 m)

**General Description:** The wetland occurs just below treeline along the northern and western slopes of the headwaters of Rough Creek. Rough Creek, a second order tributary of Cebolla Creek, is situated in a wide valley of glacial drift and landslide debris of the Quaternary Age. Hydrology consists of a complex of iron-rich springs surfacing along a similar contour from waters originating at the base of Baldy Cinco. General geology consists of coarsely porphyritic quartz latite flows and breccias and a small area of intrusive rocks of the Oligocene epoch (Steven 1974, Tweto 1979). Soils are composed of fibric to hemic peat accumulations with a soil moisture gradient of moist to inundated. The wetland is classified as an iron fen, a specialized peatland type localized along the mineral belt of the Colorado Rockies. Peatlands are wetlands defined by having organic soils (histosols) with 40 cm peat accumulation in the upper 80 cm (USDA 2006). In this region, where precipitation inputs are minimal, peatlands are described as fens being dependent mainly on groundwater fed hydrology, with secondary inputs from other hydrologic sources (Cooper and Arp 1998). Iron fens in the southern Rocky Mountains are characterized by iron-rich, acidic hydrology, limonite deposits, and a unique assemblage of acid tolerant bryophytes and vascular plants. Groundwater feeding these wetlands filters through mineral-rich fractured rocks, saturating peat layers to form hardened sheets of oxidized iron (Cooper and Arp 1998). Acidic hydrology of iron fens is similar to true bogs and poor fens while ion concentration are comparable to rich fens (Cooper and Arp 1998). Fen vegetation forms a mosaic of shrub thickets and herbaceous openings around iron spring complex. Upper, southwestern reaches consist of a narrow corridor of fen vegetation and soils along the edge of adjacent drainage, opening to create a large slope wetland at lower, northeastern reaches. Diagnostic species include sphagnum (*Sphagnum* sp.), water sedge (*Carex aquatilis*), and Engelmann spruce (*Picea engelmannii*). Resin birch (*Betula glandulosa*), often a diagnostic species in iron fens, does not occur at this site which may be a factor of the elevation range of the species. Shrub thickets of diamondleaf willow (*Salix planifolia*), bluejoint (*Calamagrostis canadensis*), and sphagnum dominate hummocks and drier areas. Extensive cover of bluejoint indicates the extent of drying along edges of site. Sphagnum is scattered in some areas and forms dense carpets in other areas, extending into treed sections above active springs. Water sedge dominates saturated reaches and is common along inundated areas of open peat. Dispersed

Rvsd Plan - 00006332

microtopographic rises support low cover of Engelmann spruce with sphagnum and diamondleaf willow. Inundated areas of open peat and limonite deposition support low cover of vascular vegetation and extensive patches of liverworts. Other species present in low cover include mountain sedge (*Carex scopulorum*), silvery sedge (*Carex canescens*), and dwarf bilberry (*Vaccinium caespitosum*). Low to moderate species diversity is typical of this wetland type due to low pH. Wetland vegetation transitions to shortfruit willow (*Salix brachycarpa*) dominated carrs along drying edges of wetland. Surrounding uplands form a matrix of Engelmann spruce (*Picea engelmannii*), dwarf bilberry, and gooseberry currant (*Ribes montigenum*) woodlands and xeric alpine meadow vegetation. The site and surrounding uplands exhibit very little anthropogenic disturbance. The site is contained in the La Garita Wilderness and surrounding land use is limited to horse and foot travel. Rough Creek and Skyline Trails may be corridors for exotic species, but none were observed in the wetland. Extensive game trails along steep slopes may be the result of sheep grazing. Wildlife use, exhibited by scat and tracks, is located in areas of open peat.

**Key Environmental Factors:** Key environmental factors influencing species composition include upper subalpine elevation, iron-rich, acidic, perennial hydrology, and moderate slope.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S2) (Engelmann spruce) / resin birch / water sedge - sphagnum iron fen ((*Picea engelmannii*) / *Betula glandulosa* / *Carex aquatilis - Sphagnum angustifolium* woodland).

Natural Heritage element occurrences at the Upper Rough Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | (Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium Woodland | Iron Fen | G2 | S2 | | | | A | 2006-09-13 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological

Rvsd Plan - 00006333

processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. The boundary does not include all ecological processes necessary to the maintenance of the site and activities such as improper livestock grazing or recreational uses, development, mining, or water diversion could be detrimental to the community.

**Protection Urgency Rank Comments (P4):** Site is managed by the USFS as part of the La Garita Wilderness within the Gunnison National Forest. There are no immediate threats to the occurrence as the area does not appear to be extensively used.

**Management Urgency Rank Comments (M4):** Skyline Trail appears to transect the wetland on maps. Trail is indistinct at this point before its intersection with the Rough Creek Trail. The trail could be reestablished and routed along uplands to avoid impacts to this area.

**Natural Hazard Comments:** Natural hazards include spring flooding and avalanche danger.

**Off-Site Considerations:** Predominant off-site uses include recreation and sheep grazing. Currently, these uses do not appear to impact the site.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006334



Upper Rough Creek Potential Conservation Area, B2: Very High Biodiversity
Significance

Rvsd Plan - 00006335

# Wager Gulch

**Biodiversity Rank - B2: Very High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Finger Mesa, Lake San Cristobal

**Size:** 137 acres (56 ha)          **Elevation:** 10,920 - 11,360 ft. (3,328 - 3,463 m)

**General Description:** This site is drawn for a unique iron fen wetland occurring along subalpine reaches of Wager Gulch, a wide, glaciated tributary of the Lake Fork of the Gunnison River. Hydrology sustaining the wetlands appears to originate from the northeastern base of Bent Peak between the main fork and West Fork of Wager Gulch. Groundwater along the eastern reaches of the site is perennial, iron-rich, and acidic, maintaining a unique assemblage of vascular and non-vascular plants and has created an extensive sheet of limonite (hydrated iron-oxides). Iron fens in the southern Rocky Mountains are characterized by iron-rich, acidic hydrology, limonite deposits, and a unique assemblage of acid tolerant bryophytes and vascular plants. Groundwater feeding these wetlands filters through mineral-rich fractured rocks, saturating peat layers to form hardened sheets of oxidized iron (Cooper and Arp 1998). The vegetation structure and dynamics of the wetland are highly variable throughout the site. Variability in structure includes inundated areas of little vegetation and limonite sheets, deep water to shallow pools, shrub thickets, herbaceous vegetation, and tree dominated areas. Diagnostic species of the iron fen type include resin birch (*Betula glandulosa*), water birch (*Carex aquatilis*), sphagnum (*Sphagnum* sp.), and Engelmann spruce. Extensive limonite sheets have formed below the main spring and support little vascular vegetation with large patches of liverworts. Resin birch occurs in consistent cover throughout the site in dense thickets and dispersed patches. Sphagnum occurs as hummocks and dense carpets throughout the fen. Engelmann spruce is consistent along edges and microtopographic rises. Low species diversity is consistent with the type due to conductivity and pH of hydrology. Western seeps lack mineral rich water, supporting more common wetland vegetation. This area forms an open-basin, sloped shrubland with a matrix of dense diamondleaf willow interspersed with small patches of sedge dominated herbaceous communities. Northwest Territory sedge (*Carex utriculata*) tends to dominate inundated to saturated areas and is consistent throughout the stand forming dense herbaceous patches between and amongst shrub strata. Other graminoid species common in the wetland include water sedge and bluejoint which tends to dominate small rises and mesic areas. Forbs are consistent throughout and become a dominant herbaceous layer along lower reaches of the site, where the slope is more pronounced and soils are

Rvsd Plan - 00006336

well-drained. The shrub layer is broken along an old road grade, but the area is revegetating with dense shrub and herbaceous vegetation. Surrounding wetlands and uplands are variable. Shrublands are dominated by diamondleaf willow (*Salix planifolia*) and Wolf's willow (*Salix wolfii*). Forested areas consist of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) with understories of bluejoint (*Calamagrostis canadensis*) and blueberry (*Vaccinium*) species. Openings in forested areas are dominated by xeric Thurber's fescue (*Festuca thurberi*) meadows. The site contains an iron fen which is a wetland unique to this area, whose occurrences are concentrated along the mineral belt of the Colorado Rockies. The site spans both sides of 4X4 road and extends along multiple contours, emptying into Wager Gulch and its west fork. It occurs along a popular access to the Continental Divide and Carson Mine which is used extensively by recreational OHV users. An old road crosses the wetlands above the main spring. It has been closed for restoration and is revegetating, but may still impact hydrology. Weeds occur along the road, but were not observed within the fen.

**Key Environmental Factors:** Key environmental factors influencing wetlands and species composition include subalpine elevation, perennial groundwater and iron-rich springs, gentle to moderate slopes, and peat accumulating soils.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B2):** This site is drawn for an excellent (A-ranked) occurrence of the globally imperiled (G2/S2) iron fen wetland community, (*Picea engelmannii*) / *Betula glandulosa* / *Carex aquatilis - Sphagnum angustifolium* woodland) and an excellent (A-ranked) occurrence of the diamondleaf willow / Northwest Territory sedge wetland (*Salix planifolia* / *Carex utriculata* shrubland) whose global rank is unknown (GNR/S2).

Rvsd Plan - 00006337

Natural Heritage element occurrences at the Wager Gulch PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | (Picea engelmannii) / Betula glandulosa / Carex aquatilis - Sphagnum angustifolium Woodland | Iron Fen | G2 | S2 | | | | A | 2006-08-17 |
| Natural Communities | Salix planifolia / Carex utriculata Shrubland | Diamondleaf Willow / Beaked Sedge | GNR | S2 | | | | A | 2006-08-17 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and upstream activities such as mining, deforestation, improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site. An intersecting road, which may have divided the site into its current two sections, is included. This disturbance, as well as past mining in the drainage and recreational use of the area, is very important to the health and viability of the site and may need to be addressed to protect the elements.

**Protection Urgency Rank Comments (P3):** The site is managed by the USFS within the Gunnison National Forest, but no special protection measures are in place. There is moderate urgency for site protection. It is threatened by adjacent road use and potential recreational uses. An old road transecting the site has been closed, but there is a large campsite between the road and the fen.

**Management Urgency Rank Comments (M4):** Management may be needed if usage along the road changes or increases. Site is currently intact and functioning, although fragmented.

**Land Use Comments:** Predominant land use is recreation.

**Off-Site Considerations:** Off-site land uses that may affect the site include mining at Carson Mine along upstream reaches and recreational uses along an adjacent road.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006338



Wager Gulch Potential Conservation Area, B2: Very High Biodiversity Significance

123

Rvsd Plan - 00006339

# Antelope Park

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P2: Threat/Opportunity within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Bristol Head, Creede, Hermit Lakes, Workman Creek

**Size:** 11,978 acres (4,847 ha)     **Elevation:** 8,800 - 9,530 ft. (2,682 - 2,905 m)

**General Description:** This site encompasses the broad floodplain of Trout Creek and the Rio Grande River as they meander through Antelope Park. Antelope Park is approximately 10 miles long and over one mile wide in places. Geologists hypothesize that Antelope Park was not formed by the Rio Grande, but instead by the terminal moraine of the last glaciation some 20,000 thousand years ago (Chronic 1980; Steven et al. 1995). The vegetation reflects the geomorphology and is best characterized as a mosaic of large wet meadows with small patches of willow shrublands. The wet meadows are usually dominated by beaked sedge (*Carex utriculata*), while the willow shrublands are Geyer's willow (*Salix geyeriana*) or Rocky Mountain willow (*S. monticola*). The willow patches are usually restricted to the edge of the main channel. Adjacent to the wide and open floodplain are montane grasslands on rolling hills broken up by rhyolitic cliffs. Arizona fescue (*Festuca arizonica*) and slimstem muhly (*Muhlenbergia filiculmis*) dominate the extensive grasslands. Volcanic cliffs, primarily on the northern side of the valley, harbor the rock-loving and endemic Black Canyon gilia (*Gilia penstemenoides*) plant. The predominant uses of the site are ranching and recreation. Several ranches are operated as combined cattle ranch/fishing resorts. The Soward Ranch maintains small manmade ponds for rainbow trout fishing; these ponds are important habitat for the mossy valvata snail (*Valvata sincera*), a species that is rare in Colorado. The adjacent streams are not known to harbor the snail.

**Key Environmental Factors:** Upper montane elevation zone; glaciated valley

**Land Use History:** In 1875, more than 1,000 pronghorn antelope were counted in Antelope Park (Wason 1926 as cited in USDA Forest Service 1996). The herd in Antelope Park dwindled to a single specimen in 1883 (USDA 1936, as cited in USDA Forest Service 1996). Wolverines were shot in Antelope Park and were said to have been common in the 1880's (Cary 1911). Today there are no wolverines left in Mineral County. Many Rocky Mountain sheep were on Bristol Head in the early days, but in 1936 there were only three rams left there (USDA 1936 as cited in USDA 1996). Prior to the 1990's there are no reports of moose in Mineral County, but between 1990 and 1993, 100 moose were transplanted on the Creede Ranger District (USDA 1996).

Rvsd Plan - 00006340

**Biodiversity Significance Rank Comments (B3):** This site contains the wide riparian/wetland floodplain of the Rio Grande, the adjacent montane grasslands, and the rhyolitic cliffs that harbor the Colorado endemic Black Canyon gilia (*Gilia penstemonoides*). An excellent (A-ranked) occurrence of this globally vulnerable (G3/S3) plant resides here. There are six elements of concern at ten locations. The large population of Black Canyon gilia on the cliffs at the northern edge is the primary reason for the high biodiversity rank. Black Canyon gilia has been found in Gunnison, Montrose, Hinsdale and Mineral counties. Mineral County supports the largest known populations, of which the Antelope Park site is among the best, with over 100 individuals estimated for the area. In addition to the rare gilia, there are extensive montane grasslands (*Festuca arizonica - Muhlenbergia filiculmis* and *Festuca arizonica - Muhlenbergia montana*) in fair (C-ranked) and good (B-ranked) condition. These communities are important range land for both domestic livestock and wild large game. Within the winter range, Arizona fescue, blue grama (*Bouteloua gracilis*), fringed sage (*Artemisia frigida*), and mountain muhly (*Muhlenbergia montana*) are major components of the bighorn diets that occur in Arizona fescue stands (Shepherd 1975). Large and numerous stands of the globally common (G5/S4) beaked sedge wetlands (*Carex utriculata*) occur throughout the site and there are also good (B-ranked) occurrences of the state rare (G5/S3) Geyer's willow / beaked sedge community (*Salix geyeriana / Carex utriculata*).

Natural Heritage element occurrences at the Antelope Park PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Festuca arizonica - Muhlenbergia montana Herbaceous Vegetation | Montane Grasslands | G3 | S2 | | | | B | 1998-07-27 |
| Natural Communities | Carex utriculata Herbaceous Vegetation | Beaked Sedge Montane Wet Meadows | G5 | S4 | | | | B | 1998-08-12 |
| Natural Communities | Salix geyeriana / Carex utriculata Shrubland | Geyer's Willow / Beaked Sedge | G5 | S3 | | | | B | 1998-07-25 |
| Natural Communities | Salix geyeriana / Carex utriculata Shrubland | Geyer's Willow / Beaked Sedge | G5 | S3 | | | | B | 1998-08-12 |
| Natural Communities | Festuca arizonica - Muhlenbergia filiculmis Herbaceous Vegetation | Montane Grasslands | GU | S3 | | | | C | 1998-07-24 |
| Vascular Plants | Gilia penstemonoides | Black Canyon gilia | G3 | S3 | | | | A | 1998-07-27 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Includes the Rio Grande floodplain and the adjacent cliffs that harbor Black Canyon gilia (*Gilia penstemonoides*). The boundary is drawn to envelope the floodplain of the Rio Grande and Trout Creek at Antelope Park and include the adjacent montane grasslands, and volcanic cliffs. Although not contained in the present boundary, contributory watersheds should be managed to avoid downstream impacts in the Antelope Park site. Further research on the grasslands of Antelope Park may warrant a larger boundary.

**Protection Urgency Rank Comments (P2):** Multiple private ranches own over 90% of this site. The majority of the Black Canyon gilia population is on Rio Grande National Forest lands. The primary conservation concern is with the management of the private portions of this site.

**Management Urgency Rank Comments (M3):** Current management of the private lands is oriented towards working cattle ranches, including irrigation ditches, hay meadows, cattle grazing, and private fishing resorts. Although natural plant communities exist, they have an altered species composition that reduces its natural biodiversity significance. A more natural state would benefit the biological integrity of the Rio Grande floodplain, but of utmost importance is the continued limited

Rvsd Plan - 00006342

development along this wide valley.

**Version Author:**   Rondeau, R.J.
**Version Date:**   12/10/1998

Rvsd Plan - 00006343



Antelope Park Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006344

## Brush Creek at Cannibal Point

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Cannibal Plateau

**Size:** 2,380 acres (963 ha)          **Elevation:** 9,880 - 10,850 ft. (3,011 - 3,307 m)

**General Description:** The site is situated along the middle reaches of Brush Creek and the upper reaches of Mill Creek, both second order, headwater tributaries of Cebolla Creek. It encompasses highly variable ecosystems and hydrologic regimes along wide, glaciated valley bottoms, and narrow riparian corridors. Bedrock geology includes landslide deposits and glacial drifts of the Quaternary Age and igneous rocks of the Tertiary Age, specifically ash-flow tuffs of the main volcanic sequences and pre-ash-flow andesitic lavas, breccias, tuffs, and conglomerates (Steven 1974, Tweto 1979). Soils consist of organic accumulations over silty clay loams and unconsolidated materials with prominent silt and sand components and iron mottling. Forested uplands consist of Engelmann spruce (*Picea engelmannii*), Douglas-fir (*Pseudotsuga menziesii*), and quaking aspen (*Populus tremuloides*) along middle reaches and Engelmann spruce and subalpine fir (*Abies lasiocarpa*) along higher elevation reaches. Forest openings are dominated by large patches of shrubby cinquefoil (*Dasiphora fruticosa* ssp. *floribunda*) shrublands with mixed xeric graminoids. Predominant land uses include recreational activities and livestock grazing. Hydrology along Mill Creek is compromised by upstream dams and adjacent roadways. Open, wide floodplains support a mosaic of dense tall shrublands and herbaceous wet meadows. Upper Mill Creek is dominated by a park willow (*Salix monticola*), mesic graminoid community. Riparian areas along Mill Creek are characterized by a series of old beaver dams with extensive willow regeneration interspersed with filling ponds and patches of dense herbaceous vegetation. Brush Creek supports a Geyer's willow (*Salix geyeriana*) and park willow shrubland with water sedge (*Carex aquatilis*) herbaceous understory. Other shrubs found along riparian reaches of the site include Drummond's willow (*Salix drummondiana*), shortfruit willow (*Salix brachycarpa*), and diamondleaf willow (*Salix planifolia*). Common graminoids in the herbaceous layer include smallwing sedge (*Carex microptera*), bluejoint (*Calamagrostis canadensis*), Northwest Territory sedge (*Carex utriculata*), water sedge, and bentgrass (*Agrostis* sp.). Common forbs include heartleaf bittercress (*Cardamine cordifolia*), fringed willowherb (*Epilobium ciliatum*), and largeleaf avens (*Geum macrophyllum*). Shrubby cinquefoil (*Dasiphora fruticosa* ssp. *floribunda*), common yarrow (*Achillea millifolium*) and tufted hairgrass (*Deschampsia caespitosa*) are also common along edges indicating drying. Vegetation indicates past and present disturbances and hydrologic alterations with extensive shrub regeneration, presence of exotic and increaser species, and stable native vegetation

Rvsd Plan - 00006345

types in other areas. Mesic and inundated areas support the highest cover of native species, while drying edges and trampled areas support more increaser and exotic species.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are subalpine elevation, gentle to moderate slope, groundwater recharge, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site supports a good (B-ranked) occurrence of the globally vulnerable (G3/S3) park willow / mesic graminoid shrubland (*Salix monticola* / mesic graminoid shrubland), an excellent (A-ranked) occurrence of the Geyer's willow - park willow / water sedge shrubland (*Salix geyeriana - Salix monticola / Carex aquatilis* shrubland) whose global rank is unknown (GU/S3), a good to fair (BC-ranked) occurrence of a globally vulnerable (G3/S3) riparian willow carr (*Salix monticola* / mesic graminoids) and a good (B-ranked) occurrence of a globally apparently secure (G4/S4) alpine wetland (*Cardamine cordifolia - Mertensia ciliata*).

Natural Heritage element occurrences at the Brush Creek at Cannibal Point PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix monticola / Mesic Graminoids Shrubland | Montane Riparian Willow Carr | G3 | S3 | | | | B | 2006-08-18 |
| Natural Communities | Salix monticola / Mesic Graminoids Shrubland | Montane Riparian Willow Carr | G3 | S3 | | | | BC | 1994-07-02 |
| Natural Communities | Cardamine cordifolia - Mertensia ciliata Herbaceous Vegetation | Alpine Wetlands | G4 | S4 | | | | B | 1994-07-02 |
| Natural Communities | Salix geyeriana - Salix monticola / Carex aquatilis Shrubland | Montane Riparian Willow Carr | GU | S3 | | | | A | 2006-08-28 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from

Rvsd Plan - 00006346

impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and upstream activities such as deforestation, improper livestock grazing or recreational use, development, road maintenance or water diversion could be detrimental to the site. Boundaries do not contain upper reaches of Cebolla drainage due to distance between contained elements, differences in hydrologic regime, ecological functions, and disturbances.

**Protection Urgency Rank Comments (P4):** The site is managed by the USFS as part of the Gunnison National Forest, but no special protection strategies are in place. The area exhibits some disturbances and threats from current use.

**Management Urgency Rank Comments (M3):** Land is managed for recreational use and livestock grazing. Livestock grazing along drainages and adjacent road may have deleterious effects on the elements. Disturbances observed at the site include reduced native graminoids and willow cover, extensive cover of exotic and increaser species in some areas, bank erosion and instability, trampling, and soil compaction. Reduction of current grazing along riparian areas could benefit the occurrences and help restore native vegetation.

**Land Use Comments:** Predominant land uses include livestock grazing and recreation.

**Natural Hazard Comments:** Natural hazards include spring flooding.

**Exotic Species Comments:** Exotic species observed include common dandelion (*Taraxacum officinale*), white clover (*Trifolium repens*), timothy (*Phleum pratensis*), curly dock (*Rumex crispus*) and Kentucky bluegrass (*Poa pratensis*). All are present at low cover, but consistent along edges and in disturbed areas.

**Off-Site Considerations:** Off-site considerations include livestock grazing, road and road maintenance, watershed diversions, upstream dams, and recreational uses.

**Information Needs:** Need to determine status of cattle allotment and health of rangeland.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006347



Brush Creek at Cannibal Point Potential Conservation Area, B3: High Biodiversity
Significance

Rvsd Plan - 00006348

# Cebolla Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Cannibal Plateau, Mineral Mountain

**Size:** 749 acres (303 ha)          **Elevation:** 9,150 - 9,820 ft. (2,789 - 2,993 m)

**General Description:** The site spans approximately 3 miles along the middle reaches of Cebolla Creek, a third order tributary of the Gunnison River. It is characterized by a narrow riparian corridor confined in many places to canyon walls with a few reaches of open floodplain. General geology consists of igneous rocks of the Tertiary Age, specifically ash-flow tuffs of the main volcanic sequence and pre-ash-flow andesitic lavas, breccias, tuffs, and conglomerates (Steven 1974, Tweto 1979). Soils consist of organic accumulations over silty clay loams and unconsolidated materials with prominent silt and sand components. Surrounding uplands consist of blue spruce (*Picea pungens*), ponderosa pine (*Pinus ponderosa*), and bristlecone pine (*Pinus aristata*) woodlands at lower reaches and Engelmann spruce (*Picea engelmannii*), Douglas-fir (*Pseudotsuga menziesii*), and quaking aspen (*Populus tremuloides*) along middle reaches. Xeric graminoids and short shrubs inhabit woodland openings. Surrounding uplands are used predominantly for recreational activities and livestock grazing. Due to limited access, riparian areas are not extensively altered by grazing. Hydrology along Cebolla Creek is compromised by upstream dams and an adjacent road. Another section of blue spruce and thinleaf alder (*Alnus incana*) woodlands is present along lower reaches of Cebolla Creek on BLM land. The two sections are separated by cultivated hay fields and may have formerly been contiguous. Riparian vegetation is characterized by variable vegetation types and dominant strata throughout including areas of closed canopy layers, open canopy with consistent tall shrub cover, and open tall-shrublands. The narrow riparian zone is dominated by a blue spruce / thinleaf alder riparian community. Other tall shrubs found along the corridor include Drummond's willow (*Salix drummondiana*) and Bebb's willow (*Salix bebbiana*). Cover of herbaceous species is sparse with bluejoint (*Calamagrostis canadensis*), horsetail (*Equisetum arvense*), and common cowparsnip (*Heracleum maximum*) being most common. Exotic species are not common along the drainage, but occur along the road corridor and grazed uplands.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are montane elevation, gentle to moderate slope, groundwater recharge, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San

Rvsd Plan - 00006349

Juan mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for a good (B-ranked) occurrence of the globally vulnerable (G3/S3) blue spruce / thinleaf alder woodland (*Picea pungens / Alnus incana* woodland).

Natural Heritage element occurrences at the Cebolla Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | B | 2006-06-13 |

\*\* The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The site encompasses approximately 3 miles along the middle reaches of Cebolla Creek. Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. The boundary does not include all ecological processes necessary to the maintenance of the site and upstream activities such as deforestation, improper livestock grazing or recreational use, development, road maintenance or water diversion could be detrimental to the site. The lower reaches of Cebolla drainage are excluded due to distance, differences in hydrologic regime, ecological functions, and disturbances.

**Protection Urgency Rank Comments (P3):** The riparian area is contained in the Gunnison National Forest and bordered to the south by the La Garita Wilderness Area. There are definable threats, but not within 5 years.

**Management Urgency Rank Comments (M3):** Land is managed for recreational use and livestock grazing. Livestock grazing along drainages and adjacent road may have deleterious effects on the riparian community. Disturbances observed at the site include reduced native graminoids and willow cover, extensive cover of exotic and increaser species in some areas, bank erosion and instability, trampling, and soil compaction. Reduction or intensified management of current grazing along riparian areas could benefit the occurrence and help restore native vegetation.

**Land Use Comments:** Predominant land uses include livestock grazing and recreation.

**Natural Hazard Comments:** Natural hazards include spring flooding.

**Exotic Species Comments:** Exotic species are not common along this section of

Rvsd Plan - 00006350

Cebolla Creek, but are common along reaches above and below this section due to accessibility of riparian areas.

**Off-Site Considerations:** Off-site considerations include livestock grazing, road and road maintenance, watershed diversions, upstream dams, and recreational uses.

**Information Needs:** An occurrence of the globally rare Black Canyon gilia (*Gilia penstemonoides*) was documented in 1981. Further field surveys are needed to relocate this occurrence.

**Version Author:**   Jones, J.R.

**Version Date:**   10/15/2006

Rvsd Plan - 00006351



Cebolla Creek Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006352

# Cimarrona Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Cimarrona Peak

**Size:** 870 acres (352 ha)          **Elevation:** 8,380 - 10,400 ft. (2,554 - 3,170 m)

**General Description:** The Cimarrona Creek site encompasses a narrow canyon on the south end of Cimarrona Creek just prior to its confluence with Williams Creek. In the area of the confluence, the terrain opens into a broad valley that includes the very southern tip of the site. The canyon includes steep walls that drop as much as 500 feet to a narrow valley. Subalpine fir (*Abies lasiocarpa*) and Engelmann spruce (*Picea engelmannii)* dominate the overstory along the creek and thinleaf alder (*Alnus incana*) is the dominant shrub. Forbs dominate the ground cover. There are very few grasses and litter covers 57% of the ground. The riparian area is highly productive, healthy with little disturbance and the hydrology of the area is functioning properly. Although the creek is intermittent at this location, the riparian area is fed by a persistent seep. The upland communities surrounding the creek are little disturbed except for a trail leading into the Wilderness Area.

**Biodiversity Significance Rank Comments (B3):** This site supports a good (B-ranked) occurrence of a globally vulnerable (G3/S3) *Salix monticola* / mesic graminoid riparian willow carr, a good (B-ranked) occurrence of a globally vulnerable (G3/S3) *Populus angustifolia* / *Alnus incana* riparian forest, and an excellent (A-ranked) occurrence of a globally common (G5/S5) *Abies lasiocarpa* / *Alnus incana* riparian forest. There is also a poor (D-ranked) occurrence of a globally imperiled (G4T1T2/SNA) bird subspecies, Southwestern Willow Flycatcher (*Empidonax traillii extimus*).

Rvsd Plan - 00006353

Natural Heritage element occurrences at the Cimarrona Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Birds | Empidonax traillii extimus | Southwestern Willow Flycatcher | G5T1T2 | SNA | LE | SE | | D | 1995-07-07 |
| Natural Communities | Populus angustifolia / Alnus incana Woodland | Montane Riparian Forest | G3 | S3 | | | | B | 1994-07-29 |
| Natural Communities | Salix monticola / Mesic Graminoids Shrubland | Montane Riparian Willow Carr | G3 | S3 | | | | B | 1994-07-24 |
| Natural Communities | Abies lasiocarpa / Alnus incana Forest | Montane Riparian Forests | G5 | S5 | | | | A | 1995-07-13 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary incorporates an area that will allow natural hydrological processes such as seasonal flooding and sediment deposition to maintain the riparian forest along Cimarrona Creek. The adjacent steep slopes that would most likely impact the riparian forest if altered are also included. It should be noted that the hydrological processes necessary to the riparian forest are not fully contained by the boundaries. Given that the riparian forest is dependent on natural hydrological processes associated with Cimarrona Creek, upstream activities such as water diversions, impoundments, improper livestock grazing, and development are detrimental to the hydrology of the riparian area. This boundary indicates the minimum area that should be considered for any conservation management plan. The boundary also includes an approximate 1,000 ft buffer. Eliminating disturbance within this buffer would aid in reducing impacts from sedimentation (Karr and Schlosser 1978), and assist in maintaining the integrity of the occurrences and its associated avian, macroinvertebrate and periphyton communities (Noel et al. 1986, Spackman and Hughes 1995).

**Protection Urgency Rank Comments (P5):** This site is entirely within the San Juan National Forest and the northern half of the boundary falls within the Weminuche Wilderness. Although this does not assure perpetual protection for the rare communities, no protection actions are currently needed. However, any changes in use of the land or ownership may necessitate action.

**Management Urgency Rank Comments (M4):** Current management seems to favor the persistence of the riparian forest, but management actions may be needed in the future to maintain the current quality of the riparian area. Increases in recreational use may require management actions to maintain the excellent quality of the site.

Rvsd Plan - 00006354

The campground and trail have the potential to adversely affect the riparian forest through the introduction of non-native plants. Monitoring to detect such introductions should be continuous.

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain site viability.

**Version Author:**   Kettler, S.M.
**Version Date:**   06/09/1997

Rvsd Plan - 00006355



| | | Miles | N |
|---|---|---|---|
| 0 | 0.5 | 1 | |

| Colorado Natural Heritage Program<br>Colorado State University<br>254 General Services Building<br>8002 Campus Delivery<br>Fort Collins, CO 80523-8002<br><br>Ph (970) 491-1309<br>Fax (970) 491-3349<br>www.cnhp.colostate.edu<br><br>Map Date: 05/21/2008 | **Legend**<br><br>⬜ PCA Boundary<br><br>Cimarrona Peak, 37107-E2<br><br>7.5 Minute Digital Raster<br>Graphic produced by the<br>U.S. Geological Survey | Location in Hinsdale County |

Cimarrona Creek Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006356

## Cinnamon Pass

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Handies Peak

**Size:** 631 acres (255 ha)          **Elevation:** 12,000 - 13,328 ft. (3,658 - 4,062 m)

**General Description:** This site contains most of the northeast-facing bowl below Cinnamon Mountain, on the jeep road that connects Animas Forks and Lake City. It is geologically situated on the San Juan volcanic ash flow tuff. High ridges define the site, forming a tight horseshoe-shaped alpine bowl, with Cinnamon Mountain (13,328 ft.) as the high point, in the southwest corner. The terrain is variable, with three or four obvious terraced benches distributed throughout the upper portions of the site. Talus fields and semi-permanent snow fields dominate the steep slopes which form the upper-most reaches of the site. Soil moisture is variable, with low-lying areas remaining moist to saturated from snow-melt and elevated areas being moist only in early summer. The headwaters of Cinnamon Creek contain some excellent quality wetlands. Drier upper slopes support typical alpine tundra with rock outcrops. The highest areas are dominated by snow willow (*Salix reticulata* ssp. *nivalis*), the host plant of the extremely rare Uncompahgre fritillary butterfly (*Boloria improba acrocnema*). More mesic slopes are dominated by alpine avens (*Geum rossii*). Other species include Holm's ragwort (*Senecio holmii*), creeping sibbaldia (*Sibbaldia procumbens*), moss campion (*Silene acaulis*), thick-leaf whitlow-grass (*Draba crassa*) and fleabane (*Erigeron vagus*). The wetland areas have small areas of standing water and permanently saturated peat soils that support a variety of grasses and sedges, including tufted hairgrass (*Deschampsia cespitosa*), globe sedge (*Carex perglobosa*), black sedge (*Carex nova*), smallwing sedge (*Carex microptera*), and native sedge (*Carex vernacula*), along with Altai cottongrass (*Eriophorum altaicum* var. *neogaeum*).

**Biodiversity Significance Rank Comments (B3):** Cinnamon Pass supports a good (B-ranked) occurrence of thick-leaf whitlow-grass (*Draba crassa*), a plant that is globally vulnerable (G3/S3). There is also an excellent (A-ranked) occurrence of alpine wetlands dominated by *Carex vernacula*, a community that is unranked (GU/S1) at present, and for which further research is needed to determine its rarity. The wetland areas contain excellent quality (A-ranked) patches of Altai cottongrass (*Eriophorum altaicum* var. *neogaeum*), a subspecies that is globally vulnerable (T3T4/S3).

Rvsd Plan - 00006357

Natural Heritage element occurrences at the Cinnamon Pass PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex vernacula Herbaceous Vegetation | Alpine Wetlands | GU | S1 | | | | A | 2002-07-23 |
| Vascular Plants | Draba crassa | thick - leaf whitlow - grass | G3 | S3 | | | | B | 2002-07-23 |
| Vascular Plants | Eriophorum altaicum var. neogaeum | Altai cottongrass | G4?T3T4 | S3 | | | USFS | A | 2002-07-23 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary is drawn to encompass the occurrence of the alpine wetland community and areas upslope that provide moisture from snow melt that support the wetland. This area also includes the habitat of the Altai cottongrass and thick-leaf whitlow-grass. The boundary is not intended to include all of the area that would be required to sustain a population of the Uncompahgre fritillary (at this site, a total of five individuals were observed on August 8, 1995, and an even-year brood could not be confirmed). It does, however, contain appropriate habitat, including the snow willow upon which the butterflies depend.

**Protection Urgency Rank Comments (P3):** The area is primarily BLM land, with a few private mining claims. There is no special protection in place.

**Management Urgency Rank Comments (M3):** No exotic species were observed. Some erosion resulting from sheep trailing was observed. The site has been subject to past mining activity and relatively intense domestic sheep grazing. Floral diversity appeared to be moderate to low. Sheep grazing may have already had negative effects on the Uncompahgre fritillary by reducing floral diversity for nectar sources and possible trampling of larvae.

**Information Needs:** Although *B. improba acrocnema* is known from this site, very few numbers have been observed; a total of 5 individuals were observed on August 8, 1995 (L.D. Beutler pers. comm.), and an even-year brood could not be confirmed. Further surveys are needed to relocate this butterfly. More research is needed to determine the rarity of the *Carex vernacula* wetland.

**Version Author:**   Lyon, M.J.
**Version Date:**   12/13/2002

Rvsd Plan - 00006358



Cinnamon Pass Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006359