# East Fork Powderhorn Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Mineral Mountain, Rudolph Hill

**Size:** 2,156 acres (872 ha)          **Elevation:** 9,300 - 10,900 ft. (2,835 - 3,322 m)

**General Description:** East Fork Powderhorn Creek runs through a moderately wide and moderately deep valley with gently sloping to steep sided slopes. Aspen (*Populus tremuloides*), buffalo berry (*Shepherdia canadensis*), Douglas-fir (*Pseudotsuga menziesii*), and Engelmann spruce (*Picea engelmannii*) dominate these slopes. The valley bottom consists of a complex of beaver ponds, both active and abandoned, along with large willow carrs, open wet meadows, and stands of alder (*Alnus incana*). Beaver dams are large and numerous causing the usual steep gradient stream to slow, forming pool-drops. Mountain willow (*Salix monticola*), Geyer's willow (*S. geyeriana*), beaked sedge (*Carex utriculata*), Kentucky bluegrass (*Poa pratensis*), and numerous forbs dominate the riparian area forming a mosaic of sedge meadows and large willow carrs.

**Biodiversity Significance Rank Comments (B3):** This site supports a good (B-ranked) example of the globally vulnerable (G3/S3) Rocky Mountain willow / beaked sedge (*Salix monticola / Carex utriculata*) shrubland. This association is threatened by improper livestock grazing, inappropriate stream flow alterations, and heavy recreational use. The site also supports a good (B-ranked) example of the state vulnerable (G4/S3) Rocky Mountain willow (*Salix monticola*) / mesic forb shrubland. Many stands of this association may represent grazing induced shifts from other *Salix monticola* dominated plant associations. Stands with a complete native herbaceous understory intact are threatened by improper livestock grazing, inappropriate stream flow alterations, and heavy recreational use. Rocky Mountain willow appears to be the center of its distribution in Colorado, where it frequently forms large thickets with few other willow species present. Literature from Utah, Wyoming, Montana, Idaho, Nevada and Oregon indicate that Rocky Mountain willow loses importance north and west of Colorado, where Rocky Mountain willow mixes with other *Salix* species. For example, in central and eastern Utah, Rocky Mountain willow dominated stands are infrequent and due to structural and ecological similarities are included in Booth willow (*Salix boothii*) associations (Padgett et al. 1989), and in Idaho, Rocky Mountain willow also has a limited distribution and largely associates with other willow species (Brunsfeld and Johnson 1985).

Rvsd Plan - 00006360

Natural Heritage element occurrences at the East Fork Powderhorn Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix monticola / Carex utriculata Shrubland | Montane Riparian Willow Carr | G3 | S3 | | | | B | 1994-07-03 |
| Natural Communities | Salix monticola / Mesic Forbs Shrubland | Montane Riparian Willow Carr | G4 | S3 | | | | B | 1994-06-30 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundaries incorporate an area that will allow natural hydrological processes such as seasonal flooding, sediment deposition, and new channel formation to maintain viable populations of the elements along East Fork Powderhorn Creek. The boundaries also provide a small buffer from nearby trails where surface runoff may contribute excess nutrients and sediment. It should be noted that the hydrological processes necessary to the elements are not fully contained by the site boundaries. Given that the communities are dependent on natural hydrological processes associated with East Fork Powderhorn Creek and its tributaries, upstream activities such as water diversions, impoundments, and improper livestock grazing are detrimental to the hydrology of the riparian area. This boundary indicates the minimum area that should be considered for any conservation management plan.

**Protection Urgency Rank Comments (P5):** Protection is adequate as almost the entire site is contained within the Powderhorn Primitive Area (BLM) while the Bureau of Land Management manages the remaining portion. However, water rights are not protected in the wilderness.

**Management Urgency Rank Comments (M3):** Management is needed within 5 years (or degrade). Grazing regimes should be altered to benefit riparian health. A pack trail exists in the area and may have allowed such non-natives as dandelion (*Taraxacum ojficinale*) and Kentucky bluegrass (*Poa pratensis*) to become prevalent.

**Version Author:**   Rocchio, F.J.
**Version Date:**   12/19/2002

Rvsd Plan - 00006361



East Fork Powderhorn Creek Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006362

# Henson Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Lake City, Uncompahgre Peak

**Size:** 2,014 acres (815 ha)     **Elevation:** 8,680 - 9,600 ft. (2,646 - 2,926 m)

**General Description:** The site is situated along middle and lower reaches of Henson Creek, a third order tributary of the Lake Fork of the Gunnison River. The wetland communities form a narrow riparian zone confined to a few meters along stream banks by the road and steep adjacent slopes. General geology of the drainage and surrounding uplands consists of igneous rocks of the Tertiary Age, specifically, ash-flow tuff of the main volcanic sequence and intra-ash flow andesitic lavas (Steven 1974, Tweto 1979). The site occurs in an active mining area of the mineral belt and upstream reaches of the drainage have been mined extensively. The BLM manages the largest portion of the Henson Creek watershed and is actively working toward reclamation of abandoned mines in the area. Two dams associated with mining operations along the drainage have been breached and no longer impact hydrology. Soils consist of alluviums of silt and clay over sandy clay loams. Stream bottoms consist of small to medium cobbles with intermittent boulders. Vegetation forms a dense layer of tall shrubs along narrow riparian areas and patches of open floodplain. The shrub layer is dominated by thinleaf alder (*Alnus incana*) and Drummond's willow (*Salix drummondiana*). Other tall shrubs interspersed throughout include greenleaf willow (*Salix lucida* ssp. *caudata*) and coyote willow (*Salix exigua*). Narrowleaf cottonwood (*Populus angustifolia*) and blue spruce (*Picea pungens*) form a consistent canopy layer along upper reaches of the drainage above the Henson Mine. Canopy cover is intermittent along lower reaches. Understory cover is sparse in most areas including low cover of short shrubs and mesic herbaceous species. Short shrubs include whitestem gooseberry (*Ribes inerme*) and Wood's rose (*Rosa woodsii*). California nettle (*Urtica dioica* ssp. *gracilis*), bluejoint (*Calamagrostis canadensis*), tall fringed bluebells (*Mertensia ciliata*), common cowparsnip (*Heracleum maximum*), and field horsetail (*Equisetum arvense*) are consistent in low cover throughout riparian reaches. Surrounding uplands are dominated by mixed forests and woodlands of Engelmann spruce (*Picea engelmannii*), blue spruce (*Picea pungens*), quaking aspen (*Populus tremuloides*), and Douglas-fir (*Pseudotsuga menziesii*). Disturbances in the drainage include past mining activity, adjacent road, development on private property, and recreational uses including OHV use, fishing, camping, hiking, and biking. Although there is extensive anthropogenic disturbance in the watershed, riparian vegetation is vigorous. Exotic species found in disturbed areas include Kentucky bluegrass (*Poa*

Rvsd Plan - 00006363

*pratensis*), common dandelion (*Taraxacum officinale*), and Canada thistle (*Cirsium arvense*).

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetlands are montane elevation, seasonal flooding, free-flowing hydrology, and moderate gradient.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Land Use History:** Watershed contains multiple town sites from past mining activity including Capitol City and Henson, both founded during the mining booms of the late 1800's as well as many old homesites from past settlers. The road along Henson Creek has been used and maintained since this time.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for an excellent (A-ranked) occurrence of the globally vulnerable (G3/S3) thinleaf alder - Drummond's willow tall shrubland (*Alnus incana - Salix drummondiana* shrubland) and a good (B-ranked) occurrence of the globally vulnerable (G3/S3) narrowleaf cottonwood - blue spruce / thinleaf alder riparian woodland (*Populus angustifolia - Picea pungens / Alnus incana* woodland).

Natural Heritage element occurrences at the Henson Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Alnus incana - Salix drummondiana Shrubland | Montane Riparian Shrubland | G3 | S3 | | | | A | 2006-09-11 |
| Natural Communities | Populus angustifolia - Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | B | 2006-09-11 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include entire watershed or all ecological processes necessary to the maintenance of the site and activities within the watershed such as deforestation, improper livestock grazing and recreational use, development, or

Rvsd Plan - 00006364

water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P3):** The site is managed by the BLM, Gunnison District. Threats include an adjacent road, recreational use, mining in the drainage, grazing, and private development.

**Management Urgency Rank Comments (M3):** The occurrences appears to be stable, but may need future management if recreational or private property use changes or increases.

**Land Use Comments:** Predominant land use is recreation. Other land uses include grazing along upper reaches and various private uses including development throughout the drainage.

**Natural Hazard Comments:** Natural hazards present in the drainage include avalanche danger, spring flooding, and falling rocks.

**Exotic Species Comments:** Exotic species are common along the drainage due to extensive use and an adjacent road. Exotics do not dominate or create large monocultures in any areas. Kentucky bluegrass (*Poa pratensis*), common dandelion (*Taraxacum officinale*), and Canada thistle (*Cirsium arvense*) were observed at the site in disturbed areas.

**Off-Site Considerations:** Off-site considerations include mining, roadway use and maintenance, and grazing.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006365



Henson Creek Potential Conservation Area, B3: High Biodiversity Significance

150

Rvsd Plan - 00006366

# Indian Creek at Tuckerville

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Granite Peak, Vallecito Reservoir

**Size:** 1,076 acres (436 ha)     **Elevation:** 10,400 - 10,840 ft. (3,170 - 3,304 m)

**General Description:** This large area comprises a mosaic of spruce - fir forest, open Thurber fescue (*Festuca thurberi*) meadows, narrow stream beds dominated by willows, and more open wet meadows dominated by Colorado false hellebore (*Veratrum tenuipetalum*), green gentian (*Frasera speciosa*) and other tall forbs. Indian Creek runs through the site for about 1.5 miles. A large open park known as Runlett Park occupies the northern part of the site. Middle Mountain Road (FR 724) provides access to the area and is popular with four-wheel drive recreationist. It also leads to trails into the Weminuche and Rio Grande wilderness areas. Thurber fescue meadows occupy south and east-facing slopes. Wet meadows are interspersed with the drier grasslands. Both of these habitats support kittentails (*Besseya ritteriana*) and showy whitlow-grass (*Draba spectabilis* var. *oxyloba*). Other species here include Colorado false hellebore, green gentian, Parry's thistle (*Cirsium parryi*), smallwing sedge (*Carex microptera*), large mountain fleabane (*Erigeron coulteri*), nodding ragwort (*Ligularia bigelovii*), monkshood (*Aconitum columbianum*), fowl managrass (*Glyceria striata*), Richardson's geranium (*Geranium richardsonii*), eltrot (*Heracleum sphondylium* ssp. *montanum*), strawberry (*Fragaria virginiana*), chiming bells (*Mertensia ciliata*), osha (*Ligusticum porteri*), blue wildrye (*Elymus glaucus*), orange sneezeweed (*Dugaldia hoopesii*), tall fleabane (*Erigeron elatior*), black-eyed susan (*Rudbeckia ampla*), Fendler's waterleaf (*Hydrophyllum fendleri*), and fewleaf thistle (*Cirsium centaureae*).

**Biodiversity Significance Rank Comments (B3):** The Indian Creek at Tuckerville site supports an excellent (A-ranked) occurrence of the globally vulnerable (G3/S3) *Festuca thurberi* subalpine grassland and good (B-ranked) occurrences of two globally apparently secure (G4/S4) natural communities: *Salix planifolia / Caltha leptosepala* and *Salix brachycarpa* / mesic forbs.

Rvsd Plan - 00006367

Natural Heritage element occurrences at the Indian Creek at Tuckerville PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Festuca thurberi Subalpine Grassland Herbaceous Vegetation | | G3 | S3 | | | | A | 2003-07-30 |
| Natural Communities | Salix brachycarpa / Mesic Forbs Shrubland | Alpine Willow Scrub | G4 | S4 | | | | AB | 1994-07-15 |
| Natural Communities | Salix planifolia / Caltha leptosepala Shrubland | Subalpine Riparian Willow Carr | G4 | S4 | | | | B | 2003-09-10 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary encompasses a mosaic of grasslands and wetlands. It includes the occurrence of Thurber fescue subalpine grassland.

**Protection Urgency Rank Comments (P5):** The site is entirely within the San Juan National Forest.

**Management Urgency Rank Comments (M4):** Current management appears to be adequate. No exotic plant species or visible impacts of off-road vehicles were noted. Nearby areas along Middle Mountain Road in the Bear Creek drainage have abundant weeds, including Canada thistle (*Cirsium arvense*) and houndstongue (*Cynoglossum cfficinalle*), that could invade the site in the future. Continued monitoring for weeds may help to prevent this.

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain site viability.

**Version Author:**   Lyon, M.J.
**Version Date:**   01/30/2004

Rvsd Plan - 00006368



Indian Creek at Tuckerville Potential Conservation Area, B3: High Biodiversity Significance

153

Rvsd Plan - 00006369

## Jumper and Trout Creeks

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Cimarrona Peak, Little Squaw Creek, Palomino Mountain, South River Peak, Spar City, Workman Creek

**Size:** 52,501 acres (21,246 ha)  **Elevation:** 9,000 - 11,880 ft. (2,743 - 3,621 m)

**General Description:** The Jumper and Trout Creek site includes the watershed with the only known breeding population remaining for the boreal toad (*Bufo boreas* pop. 1) in the San Juan Range. There are two known active breeding ponds and many other recent toad sightings in the area. The site is within a montane spruce - fir forest, some of which is managed as a logging area by the Rio Grande National Forest. Below the Jumper-Trout Creek confluence, the stream widens and supports a riparian area with narrowleaf cottonwood (*Populus angustifolia*) and thinleaf alder (*Alnus incana*). At the lowest reach of Middle Creek there is a known population of Mossy Valvata (*Valvata sincera*), a state rare mollusk.

**Biodiversity Significance Rank Comments (B3):** This site supports the best and only remaining breeding population for the globally critically imperiled (G4T1Q/S1) boreal toad in the San Juan Range. This population is in good to fair (BC-ranked) condition. The toad was once common in many parts of Colorado, including the San Juans, but has been steadily declining for the past 20 years (Goettl 1997), with less than 20 high priority breeding sites remaining in Colorado (Steve Corn, pers. comm.; Lauren Livo, pers. comm., as cited in (Colorado Natural Heritage Program 1997). In addition, there are excellent (A-ranked) examples of a globally vulnerable (G3/S3) montane riparian forest (*Populus angustifolia* - *Picea pungens* / *Alnus incana*) and a globally vulnerable (G3/S3) montane riparian shrubland (*Alnus incana* - *Salix drummondiana*). Mossy Valvata (*Valvata sincera*), a state rare (G5/S3) invertebrate, occurs at the lower elevations. The Soward Ranch ponds harbor the only known Mineral County occurrence of the Mossy Valvata.

Rvsd Plan - 00006370

Natural Heritage element occurrences at the Jumper and Trout Creeks PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Amphibians | Bufo boreas pop. 1 | Boreal Toad (Southern Rocky Mountain Population) | G4T1Q | S1 | | SE | USFS | BC | 2007-99-99 |
| Mollusks | Valvata sincera | Mossy Valvata | G5 | S3 | | | | E | 1988-09-17 |
| Natural Communities | Alnus incana – Salix drummondiana Shrubland | Montane Riparian Shrubland | G3 | S3 | | | | A | 1995-06-19 |
| Natural Communities | Populus angustifolia – Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | A | 1995-06-19 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary drawn encompasses the existing boreal toad breeding population, boreal toad sightings, an occurrence of the Mossy Valvata, and the riparian community of Jumper Creek.

**Protection Urgency Rank Comments (P4):** As long as boreal toad individuals survive, this site should be designated as an SIA. Much of the site is owned and managed by Rio Grande National Forest, with the lower section along the riparian area privately owned. There is no special protection on either the private or federal lands, although USFS and CDOW pay special attention to the breeding sites.

**Management Urgency Rank Comments (M4):** The causes of boreal toad decline are unknown; however, USFS should review all management prescriptions for this site to ensure there are no conflicts. Management of this population requires fairly intensive human interaction. USFS and CDOW currently manage this boreal toad breeding area by closing off the logging road during the summer. The road puddle is spring fed through overflow from a blocked culvert. The forest has installed a spring box and a temporary fence. After the toadlets leave the area, the road is opened up during hunting season in order to maintain depth in the road ruts. Logging is very active here. The effects of logging on this population are unknown, although Husung and Alves (1998) presume the logging may be too close.

**Information Needs:** Additional inventory of this and adjacent areas warranted.

**Version Author:**   Gaughan, C.R.
**Version Date:**   05/15/2008

Rvsd Plan - 00006371



Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph  (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 05/21/2008

**Legend**

PCA Boundary

Del Norte, 37106-E1
Silverton, 37107-E1

30x60 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

Jumper and Trout Creeks Potential Conservation Area, B3: High Biodiversity
Significance

Rvsd Plan - 00006372

# Lake Fork of the Gunnison River

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Alpine Plateau, Lake City, Lake San Cristobal

**Size:** 6,470 acres (2,618 ha)   **Elevation:** 7,950 - 9,220 ft. (2,423 - 2,810 m)

**General Description:** The Lake Fork of the Gunnison River is a third order tributary of the Gunnison River. The river is naturally dammed above the site by the Slumgullion Slide, creating Lake San Cristobal, the second largest natural lake in Colorado. The river flows free of extensive man-made obstructions from the outlet of the lake to Blue Mesa Reservoir. The site encompasses over 20 miles of the river corridor. General geology of the drainage is composed of landslide deposits, older gravels, and alluviums of the Quaternary Age and ash-flow tuff of main volcanic sequence of the Tertiary Age (Steven 1974). The watershed is mainly comprised of igneous rocks of the Tertiary Age, specifically ash-flow tuff of main volcanic sequence and pre-ash-flow andesitic lavas, breccias, tuff, and conglomerates (Tweto 1979). The basin forms a wide, open valley, with the Lake Fork as a narrow, riparian corridor. Soils are undeveloped with medium to large gravels, deposits of sands and silts interspersed with small to large cobbles. Riparian vegetation spans the length of the site as a narrow, riparian area of over 20 miles of the middle reaches of the Lake Fork. Being this extensive, vegetation is variable throughout, with areas of dense canopy, sparse canopy, tall shrublands, and mesic herbaceous vegetation. Canopy species cover is variable with blue spruce (*Picea pungens*) being consistent throughout in moderate to low cover and narrowleaf cottonwood (*Populus angustifolia*) being dense in some reaches and absent in others. Thinleaf alder (*Alnus incana*) is consistent in low to moderate cover along the entire reach. Other tall shrubs include Drummond's willow (*Salix drummondiana*), narrowleaf willow (*Salix exigua*), park willow (*Salix monticola*), and Bebb's willow (*Salix bebbiana*). Along a few areas, tall shrubs form dense, open shrublands. Short shrubs include American red raspberry (*Rubus idaeus*), skunkbush sumac (*Rhus trilobata*), and Wood's rose (*Rosa woodsii*). Mesic graminoids include bluejoint (*Calamagrostis canadensis*) and water sedge (*Carex aquatilis*). Mesic forbs present include starry false lily of the valley (*Maianthemum stellatum*) and field horsetail (*Equisetum arvense*). Some areas of the drainage are heavily impacted by disturbance and support high cover of exotic species including common dandelion (*Taraxacum officinale*), common plantain (*Plantago major*), white clover (*Trifolium repens*), Kentucky bluegrass (*Poa pratensis*), and smooth brome (*Bromus inermis*). Exotic species are concentrated in heavily disturbed areas near town, private property, and high use public lands. Surrounding uplands are dominated by ponderosa pine (*Pinus ponderosa*) woodlands with patches

157

Rvsd Plan - 00006373

of xeric shrubland grassland communities. Surrounding land uses are also highly variable including private property with residential development, hay fields and grazing, and ponds for fishing and public reaches with access for fishing and camping. Main disturbances include grazing, hydrologic alterations, exotic species invasion, road proximity, and recreational use.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are montane elevation, low gradient, seasonal flooding, and floodplain development.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for a good (B-ranked) occurrence of the globally vulnerable (G3/S3) narrowleaf cottonwood - blue spruce / thinleaf alder (*Populus angustifolia - Picea pungens / Alnus incana*) woodland. There is also a fair (C-ranked) occurrence of the state rare (G4/S3) Black Swift (*Cypseloides niger*).

Natural Heritage element occurrences at the Lake Fork of the Gunnison River PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Birds | Cypseloides niger | Black Swift | G4 | S3B | | | USFS | C | 2005-08-18 |
| Natural Communities | Populus angustifolia - Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | B | 1993-06-29 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. Boundaries also include small tributaries, floodplain and overflow channels. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P3):** Predominant land uses are highly variable including private property with residential development, hay fields and

Rvsd Plan - 00006374

grazing, and ponds for fishing and public reaches with access for fishing and camping. Protection varies throughout the site.

**Management Urgency Rank Comments (M3):** River system is viable throughout, but impacted by anthropogenic disturbances. Exotic species control and limiting use along corridor could help native species recover in weedy, disturbed areas.

**Land Use Comments:** Land use varies along the corridor from public access to developed and private access.

**Exotic Species Comments:** Exotics are common in many areas and include common dandelion (*Taraxacum cjficinale*), common plantain (*Plantago major*), white clover (*Trifolium repens*), Kentucky bluegrass (*Poa pratensis*), and smooth brome (*Bromus inermis*). These species are concentrated along disturbed and accessible reaches.

**Off-Site Considerations:** Off-site considerations include road proximity and maintenance, development, and weedy species introductions from use of surrounding uplands.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006375



Lake Fork of the Gunnison River Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006376

# Los Pinos River

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Emerald Lake, Granite Lake, Granite Peak

**Size:** 3,992 acres (1,616 ha)        **Elevation:** 7,950 - 10,400 ft. (2,423 - 3,170 m)

**General Description:** The site is situated along extensive reaches of the Pine River and Flint Creek, second and third order tributaries of the San Juan River. Both drainages are moderately sinuous with low to moderate gradient, and narrow, well-developed floodplains. Banks are stable and well-vegetated throughout. Surrounding uplands and mesic forests are dominated by variable cover of quaking aspen (*Populus tremuloides*), Engelmann spruce (*Picea engelmannii*), Douglas-fir (*Pseudotsuga menziesii*), and blue spruce (*Picea pungens*). Understory is mostly dominated by whortleberry (*Vaccinium myrtillus*), tall fringed bluebells (*Mertensia ciliata*), and Carolina bugbane (*Trautvetteria caroliniensis*). Surrounding land use is predominantly for recreation including hunting, camping, hiking and horseback riding. There is no evidence of recent or past extensive, anthropogenic disturbance. Natural disturbances include spring flooding, upstream beaver and avalanche activity, and wildlife use. Site encompasses multiple vegetation types including riparian woodlands, mesic forests, tall shrub wetlands, and small patches of herbaceous vegetation. Riparian areas consist of narrow floodplains dominated by tall shrubs with variable canopy and ground cover throughout. Tall shrub layers are dominated by thinleaf alder (*Alnus incana*) and Drummond's willow (*Salix drummondiana*). Other tall shrubs present include park willow (*Salix monticola*), strapleaf willow (*Salix ligulifolia*), Bebb's willow (*Salix bebbiana*), and greenleaf willow (*Salix lucida* ssp. *caudata*) which are more common along the Pine River reach. Variable canopy cover consists of blue spruce, quaking aspen, and a low cover of Engelmann spruce. Canopy cover is more dense and consistent along the Pine River reach. Short shrubs found along the drainage include twinberry honeysuckle (*Lonicera involucrata*) and American red raspberry (*Rubus idaeus*). Herbaceous species common along the riparian areas include tall fringed bluebells (*Mertensia ciliata*), Fendler's meadowrue (*Thalictrum fendleri*), common cowparsnip (*Heracleum maximum*), subalpine larkspur (*Delphinium barbeyi*), and bluejoint (*Calamagrostis canadensis*). Mesic forested elements cover extensive areas along the middle reaches of the Flint River with closed to moderately open canopy cover and a consistent forb layer. Canopy is dominated by Engelmann spruce with some subalpine fir (*Abies lasiocarpa*). In most areas the canopy layer is consistent creating a shaded, mesic forest floor. The herbaceous layer is dominated by Carolina

Rvsd Plan - 00006377

Tassel-rue (*Trautvetteria caroliniensis*) which forms extensive carpets in many areas. There are few exotic species including common dandelion (*Taraxacum cjficinale*), Kentucky bluegrass (*Poa pratensis*), and timothy (*Phleum pratense*) which are also more common along the Pine River reach.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are gentle to moderate gradients, perennial surface hydrology, seasonal flooding, and groundwater discharge and recharge.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for an excellent (A-ranked) occurrence of the globally vulnerable (G3/S3) thinleaf alder - Drummond's willow shrubland (*Alnus incana - Salix drummondiana* shrubland), an excellent (A-ranked) occurrence of the globally vulnerable (G3/S2?) subalpine fir / Carolina tasselrue forest (*Abies lasiocarpa / Trautvetteria caroliniensis* forest), and a good (B-ranked) occurrence of the globally vulnerable (G3/S3) narrowleaf cottonwood - blue spruce / thinleaf alder riparian woodland (*Populus angustifolia - Picea pungens / Alnus incana* woodland). Site also contains a good (B-ranked) occurrence of the globally apparently secure (G4/S4) community Drummond's willow / mesic forb tall shrubland (*Salix drummondiana / * mesic forb shrubland).

Rvsd Plan - 00006378

Natural Heritage element occurrences at the Los Pinos River PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Abies lasiocarpa / Trautvetteria caroliniensis Forest | Subalpine Fir / Carolina Tasselrue | G3 | S2? | | | | A | 2006–06-23 |
| Natural Communities | Alnus incana – Salix drummondiana Shrubland | Montane Riparian Shrubland | G3 | S3 | | | | A | 2006–06-24 |
| Natural Communities | Populus angustifolia – Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | B | 2006–06-21 |
| Natural Communities | Salix drummondiana / Mesic Forbs Shrubland | Drummonds Willow / Mesic Forb | G4 | S4 | | | | B | 2006–06-25 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Site includes approximately 9 miles along the middle reaches of Pine River and Flint Creek, as well as surrounding areas important to the maintenance of site hydrology and 1,000 ft buffer (Keate 2004). This should account for natural hydrologic processes important to the maintenance of the elements such as seasonal flooding, groundwater recharge and discharge, surface flows, topography, and sediment deposition. However, activities such as deforestation, improper livestock grazing or recreational uses, development, or water diversion could be detrimental.

**Protection Urgency Rank Comments (P3):** Site is protected generally by the USFS as part of the Weminuche Wilderness within the San Juan National Forest, Columbine District. There are no current or immediate threats. Site may be impacted in the future due to proximity of trails to riparian areas.

**Management Urgency Rank Comments (M4):** Site exhibits no need of immediate management. Future management may be needed if use is increased or altered.

**Exotic Species Comments:** Exotics include Kentucky bluegrass (*Poa pratensis*), timothy (*Phleum pratense*), and dandelion (*Taraxacum officinale*). Exotics are more common along lower reaches of the Pine River, but do not cover extensive areas.

**Version Author:** Jones, J.R.
**Version Date:** 10/15/2006

Rvsd Plan - 00006379



Los Pinos River Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006380

# Middle Fork Piedra River

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Oakbrush Ridge

**Size:** 827 acres (335 ha)          **Elevation:** 7,800 - 8,400 ft. (2,377 - 2,560 m)

**General Description:** The montane riparian forest occurrence is situated along approximately 4.5 km of the lower reaches of the Middle Fork of the Piedra River. The Middle Fork is a second order tributary of the Piedra River that flows through a wide valley, with glacial alluvium and drifts along upper reaches narrowing along lower reaches. The floodplain is variable throughout, with large backwater sloughs and narrow, sinuous sections. Banks are stable and vegetated throughout, with large boulders and cobbles along the streambed. The riparian community occurs consistently along the length of the river corridor for approximately 4.5 km. Blue spruce (*Picea pungens*) forms a consistent canopy throughout the occurrence. Other canopy species present include quaking aspen (*Populus tremuloides*) and ponderosa pine (*Pinus ponderosa*), both with low cover. A subcanopy is composed of a tall shrub layer and sapling blue spruce. The tall shrub layer is diverse with thinleaf alder (*Alnus incana*), park willow (*Salix monticola*), narrowleaf willow (*Salix exigua*), Drummond's willow (*Salix drummondiana*), and strapleaf willow (*Salix ligulifolia*) all being consistent. Sandbars support sapling blue spruce and dense willow communities. Short shrubs occurring along the banks of the river include twinberry honeysuckle (*Lonicera involucrata*) and Wood's rose (*Rosa woodsii*). Herbaceous vegetation is sparse, but the most common species include common cowparsnip (*Heracleum maximum*), Northwest Territory sedge (*Carex utriculata*), cutleaf coneflower (*Rudbeckia laciniata* var. *ampla*), and bluejoint (*Calamagrostis canadensis*). There are multiple backwater sloughs dominated by herbaceous graminoids. Adjacent uplands are dominated by xeric ponderosa pine woodlands. Quaking aspen forms a consistent component in the canopy and subcanopy layer with Gambel's oak (*Quercus gambelii*) and roundleaf snowberry (*Symphoricarpos rotundifolius*) dominating the shrub layer. Exotic species are not common along riparian areas but are present in adjacent uplands. Common dandelion (*Taraxacum officinale*), white clover (*Trifolium repens*), red clover (*Trifolium pratense*), cheatgrass (*Bromus tectorum*), and Kentucky bluegrass (*Poa pratensis*) are common. Disturbances in the area include livestock grazing, an adjacent road, camping and recreational uses, and upstream water diversion. Toner Taylor Ditch water diversion runs adjacent to the river for about 1.5 miles. Livestock use this, instead of the river, as a water source.

Rvsd Plan - 00006381

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are montane elevation, perennial surface flows, low gradient, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for a good (B-ranked) occurrence of the globally vulnerable (G3/S3) blue spruce / thinleaf alder riparian wetland (*Picea pungens* / *Alnus incana* woodland). This site also contains a good (B-ranked) occurrence of a state rare (G4/S3) park willow (*Salix monticola*) / mesic forbs shrubland.

Natural Heritage element occurrences at the Middle Fork Piedra River PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Picea pungens / Alnus incana Woodland | Montane Riparian Forests | G3 | S3 | | | | B | 2006-06-13 |
| Natural Communities | Salix monticola / Mesic Forbs Shrubland | Montane Riparian Willow Carr | G4 | S3 | | | | B | 1994-08-01 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site. Sections of an adjacent road and ditch, which may impact site hydrology and wetland functions, are also included. This may help to identify and manage for possible impacts from these disturbances.

**Protection Urgency Rank Comments (P3):** The site is managed by the USFS as part of the San Juan National Forest, but no special protection measures are in place. It is not immediately threatened.

**Management Urgency Rank Comments (M3):** Management may be needed to insure livestock grazing does not negatively impact the site and that exotic species do not become more common along the drainage.

Rvsd Plan - 00006382

**Land Use Comments:** Predominant land uses include livestock grazing and recreation. Water diversion along the upper reaches of the drainage may impact the site.

**Natural Hazard Comments:** Spring flooding is the most evident natural hazard.

**Exotic Species Comments:** Exotic species are common in surrounding uplands due to roads, livestock grazing, and water diversion disturbances. Common dandelion (*Taraxacum officinale*), white clover (*Trifolium repens*), red clover (*Trifolium pratense*), cheatgrass (*Bromus tectorum*), and Kentucky bluegrass (*Poa pratensis*) are common. These species are not common along riparian reaches, but there is a possibility for invasion.

**Off-Site Considerations:** Off-site considerations include livestock impacts and recreational uses.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006383



Middle Fork Piedra River Potential Conservation Area, B3: High Biodiversity
Significance

Rvsd Plan - 00006384

# Pole Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Pole Creek Mountain, Rio Grande Pyramid

**Size:** 1,177 acres (476 ha)          **Elevation:** 10,400 - 11,200 ft. (3,170 - 3,414 m)

**General Description:** This site is drawn for a large subalpine willow carr along the upper reaches of Pole Creek. Pole Creek forms the boundary between San Juan and Hinsdale counties, and is a major tributary of the Rio Grande River, which flows through a glaciated U-shaped valley. The stream is low gradient with a relatively wide, well-defined floodplain. To the south, the slope is dominated by Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*). To the north, the slope is open, dominated by a community of mesic forbs. Two riparian willow communities were documented here by CNHP in 1995. The Wolf's willow (*Salix wolfii*) dominated community was located on Bear Creek at the confluence of the Rio Grande. Shrub cover in this community was 80%, with 60% Wolf's willow and 20% Booth's willow (*Salix boothii*). Associated species included water sedge (*Carex aquatilis*), Baltic rush (*Juncus balticus*), Virginia strawberry (*Fragaria virginiana*), and violet (*Viola* sp.). The Colorado Division of Wildlife stocked Rio Grande cutthroat trout (*Oncorhynchus clarkii virginialis*) from brood stock in the creek in 1996. The purity rank of these fish was A. The creek was surveyed in 1995 by Colorado Natural Heritage Program as part of the riparian survey. The area is a Forest Service Recreation Site used for hunting, fishing and hiking.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are moderate gradient, groundwater discharge along southern slopes, seasonal flooding, and subalpine elevation.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B3):** This site is drawn for good (B-ranked) occurrences of two globally vulnerable (G3/S3) riparian plant communities, Booth's willow (*Salix boothii*) / mesic forbs shrubland and Wolf's willow (*Salix wolfii*) / mesic forbs shrubland.

Rvsd Plan - 00006385

Natural Heritage element occurrences at the Pole Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix boothii / Mesic Forbs Shrubland | Booth's Willow / Mesic Forb | G3 | S3 | | | | B | 1995-08-26 |
| Natural Communities | Salix wolfii / Mesic Forbs Shrubland | Subalpine Riparian Willow Carr | G3 | S3 | | | | B | 2006-08-31 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. The boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** The site is entirely within the Rio Grande National Forest.

**Management Urgency Rank Comments (M3):** Cattle were observed in the creek. Livestock use may be detrimental to natural vegetation communities, adding to the amount of increaser and non-native species.

**Land Use Comments:** Predominant land uses are recreation, including hunting, camping, and OHV use and livestock grazing.

**Natural Hazard Comments:** Natural hazards are limited to spring flooding and possible avalanche activity on surrounding slopes.

**Exotic Species Comments:** Common dandelion (*Taraxacum cjficinale*) is the most common exotic in the area.

**Off-Site Considerations:** Off-site considerations include OHV use, livestock grazing, and road maintenance.

**Version Author:**   Jones, J.R.
**Version Date:**   10/16/2006

Rvsd Plan - 00006386



Pole Creek Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006387

# Rincon la Vaca

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Weminuche Pass

**Size:** 149 acres (60 ha)          **Elevation:** 11,000 - 11,600 ft. (3,353 - 3,536 m)

**General Description:** The site is located in the bottom of the Weminuche Valley on benches just up above the Los Pinos River on stream-deposited soils. The shrub carr is dominated by Wolf's willow (*Salix wolfii*) and diamondleaf willow (*S. planifolia*). Herbaceous cover is dominated by forbs, especially bluebells (*Mertensia ciliata*). There are exotic species present including dandelion (*Taraxacum officinale*). Adjacent uplands slope very steeply out of the riparian corridor and are comprised of spruce - fir forest.

**Biodiversity Significance Rank Comments (B3):** The biodiversity significance rank is based on a good (B-ranked) occurrence of a globally vulnerable (G3/S3) plant community, *Salix wolfii* / mesic forbs.

Natural Heritage element occurrences at the Rincon la Vaca PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix wolfii / Mesic Forbs Shrubland | Subalpine Riparian Willow Carr | G3 | S3 | | | | B | 1995-07-26 |

   \*\* The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary encompasses the occurrence and an approximate 1,000 foot buffer. This boundary should protect the occurrence from direct disturbance, and is thought to protect the avian, macroinvertebrate and periphyton communities and limit impacts from sedimentation (see Noel et al. 1986, Spackman and Hughes 1995, Karr and Schlosser 1978).

**Protection Urgency Rank Comments (P5):** The site is contained in the Weminuche Wilderness Area in the San Juan National Forest.

**Management Urgency Rank Comments (M5):** No serious management needs are known or anticipated at this site.

**Exotic Species Comments:** There are exotic species present including dandelion (*Taraxacum officinale*).

Rvsd Plan - 00006388

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain site viability.

**Version Author:**   Kettler, S.M.

**Version Date:**   06/09/1997

Rvsd Plan - 00006389



Rincon la Vaca Potential Conservation Area, B3: High Biodiversity Significance

174

Rvsd Plan - 00006390

# Squaw Creek at Chief Mountain

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Little Squaw Creek, Weminuche Pass

**Size:** 1,379 acres (558 ha)          **Elevation:** 9,630 - 10,750 ft. (2,935 - 3,277 m)

**General Description:** The site is drawn for riparian plant communities along a third order stream. Drummond's willow (*Salix drummondiana*) is the predominant shrub along the cobbly shoreline, especially in the wider valley that is punctuated with beaver ponds. Certain reaches flow through a steep, narrow canyon with greater tree cover of Engelmann spruce (*Picea engelmannii*). The riparian community is a narrow strip and is likely in early to mid successional stages; it is expected that greater tree cover of Engelmann spruce will develop over time. The Colorado Division of Wildlife stocks Rio Grande cutthroat trout (*Oncorhynchus clarkii virginialis*) in Squaw Creek.

**Biodiversity Significance Rank Comments (B3):** The site supports a good (B-ranked) occurrence of a globally vulnerable (G3/S3) *Salix drummondiana / Calamagrostis canadensis* montane willow carr.

Natural Heritage element occurrences at the Squaw Creek at Chief Mountain PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix drummondiana / Calamagrostis canadensis Shrubland | Lower Montane Willow Carrs | G3 | S3 | | | | B | 1995-08-27 |

\*\* The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and activities such as mining, improper livestock grazing, recreational use, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P5):** This site is managed by USFS and is

Rvsd Plan - 00006391

within the Weminuche Wilderness.

**Management Urgency Rank Comments (M4):** This site receives significant recreational use from backpacking and horse packing; the Squaw Creek Trail parallels the drainage. No current grazing occurs in the area but signs of past grazing are evident such as the presence of exotics and grazing increasers like dandelion (*Taraxacum cjficinale*) and timothy (*Phleum pratense*).

**Version Author:**   Neid, S.L.
**Version Date:**    05/05/2008

Rvsd Plan - 00006392



Squaw Creek at Chief Mountain Potential Conservation Area, B3: High Biodiversity Significance

177

Rvsd Plan - 00006393

# Upper Big Blue Creek

**Biodiversity Rank - B3: High Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Uncompahgre Peak

**Size:** 209 acres (85 ha)          **Elevation:** 11,920 - 12,580 ft. (3,633 - 3,834 m)

**General Description:** This site is drawn for wetlands in the wide, glaciated valley along the upper reaches of Big Blue Creek, a second order tributary of the Lake Fork of the Gunnison River. Riparian shrublands are positioned across the southeast-facing slopes above the main drainage along a series of small seeps and ephemeral streams. Bedrock geology consists of glacial drifts of the Quaternary Age and igneous rocks of the Tertiary Age, specifically, ash-flow tuff of main volcanic sequence and intra-ash flow andesitic lavas (Steven 1974, Tweto 1979). Soils consist of histic epipedons over silty to sandy clays, with inundated patches of well-developed fibric to hemic peats. The wetlands occur as a large mosaic of short willow shrubland and small patches of mesic herbaceous vegetation. Willow thickets are dominated by diamondleaf willow (*Salix planifolia*) with some shortfruit willow along drying edges. Mesic graminoids dominate the herbaceous layer throughout, with water sedge (*Carex aquatilis*) along saturated to inundated areas and bluejoint (*Calamagrostis canadensis*) along topographical rises and drier soils. Other herbaceous species include Northwest Territory sedge (*Carex utriculata*), redpod stonecrop (*Rhodiola rhodantha*), white marsh marigold (*Caltha leptosepala*), and sheep sedge (*Carex illota*). The riparian shrublands are interspersed with openings of water sedge dominated small-patch fens. Mesic shrublands grade into xeric, rocky uplands dominated by large expanses of shortfruit willow (*Salix brachycarpa*) and alpine meadows of mixed tufted hairgrass (*Deschampsia caespitosa*), creeping sibbaldia (*Sibbaldia procumbens*), Drummond's rush (*Juncus drummondii*), and Ross' avens (*Geum rossii*). Drainage exhibits little anthropogenic disturbance aside from an old homesite foundation. Evidence of sheep grazing was observed in adjacent drainages, but there was no evidence of current grazing in this area. Natural disturbances include avalanche activity, spring flooding, elk and deer grazing.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are gentle to moderate gradient, groundwater recharge and discharge, alpine elevation, and peat accumulating soils.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

Rvsd Plan - 00006394

**Biodiversity Significance Rank Comments (B3):** This site is drawn for an excellent (A-ranked) occurrence of the globally rare (G2Q/S2S3) diamondleaf willow / bluejoint - water sedge shrubland (*Salix planifolia / Calamagrostis canadensis - Carex aquatilis* shrubland).

Natural Heritage element occurrences at the Upper Big Blue Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix planifolia / Calamagrostis canadensis - Carex aquatilis Shrubland | Subalpine Riparian Willow Carr | G2Q | S2S3 | | | | A | 2006-09-29 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** Site is managed within the Uncompahgre Wilderness. There are no evident threats to the area.

**Management Urgency Rank Comments (M5):** No management is needed at this time but management may be needed if usage changes.

**Land Use Comments:** Predominant land uses include recreational use and sheep grazing during summer season.

**Natural Hazard Comments:** Avalanche activity during fall, winter, and spring is the primary natural hazard. Caution should be taken if traveling in the drainage during these times.

**Exotic Species Comments:** There were no exotics observed at the site and very few in the surrounding area.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006395



Upper Big Blue Creek Potential Conservation Area, B3: High Biodiversity Significance

Rvsd Plan - 00006396

# American Flats

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Handies Peak

**Size:** 743 acres (301 ha) **Elevation:** 12,000 - 13,000 ft. (3,658 - 3,962 m)

**General Description:** The site is situated along open, rolling, alpine reaches of the American Flats just northeast of Engineer Pass. The area is part of a large alpine expanse within the western slope of the volcanic San Juan Mountains that contains multiple springs forming the headwaters of Henson Creek. Bedrock geology consists of intermediate lavas and pyroclastic rocks of the Oligocene epoch (Steven 1974, Tweto 1979). The wetland occurs across a large, variable slope as small patches in late snow melt areas, small swales and mesic contours. Soils are dry to mesic in most areas with variable organic content. Dominant vegetation is composed of xeric alpine meadow species, with Ross' avens (*Geum rossii*), creeping sibbaldia (*Sibbaldia procumbens*), Parry's clover (*Trifolium parryi*), and tufted hairgrass (*Deschampsia caespitosa*). There are multiple seeps with perennial hydrology and hydric soils. Black alpine sedge (*Carex nigricans*) and Drummond's rush (*Juncus drummondii*) form small-patch communities along mesic contours, depressions, and late snow melt areas embedded throughout a predominantly dry alpine meadow . In multiple areas, black alpine sedge occurs as a near monoculture with small patches of Drummond's rush. Other graminoids common along mesic areas include tufted hairgrass, alpine timothy (*Phleum alpinum*), and native sedge (*Carex vernacula*). Forb species found in mesic areas include white marsh marigold (*Caltha leptosepala*), American alpine speedwell (*Veronica wormskjoldii*), and Eastwood's podistera (*Podistera eastwoodiae*). Upland species found in mesic areas include Ross' avens, Parry's clover, and creeping sibbaldia. No exotic species were observed . Anthropogenic disturbances include sheep grazing and recreational use (the Alpine Loop Road runs adjacent to the site). Old roads and mining use are evident along the flats, but no recent vehicular use was observed off of maintained roads. Natural disturbances include extreme alpine environment and wildlife use.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are groundwater hydrology, alpine elevation, exposed, open aspects, and low gradient.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer

Rvsd Plan - 00006397

"monsoon" season.

**Biodiversity Significance Rank Comments (B4):** This site is drawn for an excellent (A-ranked) occurrence of the globally unranked (GU/S2) black alpine sedge - Drummond's rush (*Carex nigricans - Juncus drummondii*) alpine herbaceous wetland community.

Natural Heritage element occurrences at the American Flats PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex nigricans - Juncus drummondii Herbaceous Vegetation | Alpine Wetlands | GU | S2 | | | | A | 2006-08-19 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and activities such as mining, improper livestock grazing, recreational use, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** The site is managed by the BLM, but no specific protection strategies are in place. Predominant land use is recreation and some late summer sheep grazing.

**Management Urgency Rank Comments (M4):** There is currently no change in management needed. Future management may be needed if grazing or recreational uses increase or change.

**Land Use Comments:** Predominant land uses include recreation and sheep grazing.

**Natural Hazard Comments:** Natural hazards include avalanches from steep western slopes and quickly changing weather.

**Exotic Species Comments:** No exotics were observed. Road may act as a conduit for exotic species.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006398



Miles

0            0.5            1

N

Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph  (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 01/18/2007

**Legend**

PCA Boundary

Handies Peak, 37107-H5

7.5 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

American Flats Potential Conservation Area, B4: Moderate Biodiversity Significance

183

Rvsd Plan - 00006399

# Cleveland Gulch

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Handies Peak

**Size:** 467 acres (189 ha)     **Elevation:** 12,200 - 12,280 ft. (3,719 - 3,743 m)

**General Description:** The community occurrence is situated along the basin floor at the upper reaches of a large, open valley at the headwaters of Cleveland Gulch, a first order tributary of the Lake Fork of the Gunnison River. Surrounding mountains formed during the volcanic sequences of the western San Juans creating steep, scree slopes interspersed with seasonally saturated topographic rises. The wetland occurs along multiple seeps of similar contours at the base of surrounding scree fields. Seeps flood to the gently sloping basin floor, creating a complex of wetlands with mesic soils to shallow, open water pools. Soils vary from shallow histic epipedons over unconsolidated rock to histosols. Black alpine sedge (*Carex nigricans*) and Drummond's rush (*Juncus drummondii*) occur as small-patch communities in some areas and as minimal components of the larger wetland complex in other areas. Black alpine sedge forms near monocultures in multiple areas and is a consistent component throughout the upper reaches of the basin. Drummond's rush cover is patchy, but it is a consistent component throughout the wetland complex. Other graminoids common within the wetland include tufted hairgrass (*Deschampsia caespitosa*), sheep sedge (*Carex illota*), Tracy's rush (*Juncus tracyi*), and alpine timothy (*Phleum alpinum*). Water sedge (*Carex aquatilis*) is common in saturated areas and Altai cottongrass (*Eriophorum altaicum* var. *neogaeum*) is present at low cover. Common mesic forbs include white marsh marigold (*Caltha leptosepala*), American alpine speedwell (*Veronica wormskjoldii*), splitleaf groundsel (*Packera dimorphophylla*), and Parry's clover (*Trifolium parryi*). Drier species found along rises include Ross' avens (*Geum rossii*), pussytoes (*Antennaria* sp.), and creeping sibbaldia (*Sibbaldia procumbens*). No exotic species were observed. Surrounding uplands support very little vegetation and are dominated by unconsolidated rocks, with little soil development. Disturbances in the drainage are from past mining, with an old road grade still evident along side slopes and extensive mining along upper slopes. A stream running out of the upper basin shows evidence of aluminum precipitation along the stream bottom. These deposits are likely from draining from old mine sites upstream.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are alpine elevation, low gradient, and perennial groundwater discharge.

Rvsd Plan - 00006400

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B4):** This site is drawn for an excellent (A-ranked) occurrence of the globally vulnerable (G4?T3T4/S3) Altai cottongrass (*Eriophorum altaicum* var. *neogaeum*) and a good (B-ranked) occurrence of the globally unranked (GU/S2) black alpine sedge - Drummond's rush (*Carex nigricans* - *Juncus drummondii*) alpine herbaceous wetland community.

Natural Heritage element occurrences at the Cleveland Gulch PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex nigricans - Juncus drummondii Herbaceous Vegetation | Alpine Wetlands | GU | S2 | | | | B | 2006-07-28 |
| Vascular Plants | Eriophorum altaicum var. neogaeum | Altai cottongrass | G4?T3T4 | S3 | | | USFS | A | 2006-07-28 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as mining, improper recreational use, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** There are no immediate threats. Predominant land uses include mining and minimal recreational uses.

**Management Urgency Rank Comments (M4):** Future management may be needed if tailings from surrounding mines add additional precipitates to the site.

**Land Use Comments:** Predominant land use is recreation. There are multiple mining sites along adjacent uplands, however none appear active.

**Natural Hazard Comments:** Natural hazards in the drainage include avalanches and falling rock.

**Exotic Species Comments:** No exotics were observed.

Rvsd Plan - 00006401

**Off-Site Considerations:** Past mining in the drainage is the principal off-site concern.

**Version Author:**   Jones, J.R.

**Version Date:**   10/15/2006

Rvsd Plan - 00006402



Cleveland Gulch Potential Conservation Area, B4: Moderate Biodiversity Significance

Rvsd Plan - 00006403

# Granite Lake

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Granite Lake

**Size:** 63 acres (25 ha)          **Elevation:** 10,600 - 10,800 ft. (3,231 - 3,292 m)

**General Description:** The wetland is situated along an open basin at the convergence of two small draws creating an ephemeral tributary of Granite Lake. The wetland contains a few narrow, deep channels, with no apparent disturbances. The northwestern edge contains a small fen wetland with perennial, groundwater-fed hydrology. Soils are composed of histosols which are predominantly dry along surfaces with saturated patches and small rivulets throughout. General geology varies throughout the area with predominant geology consisting of igneous rocks of the Tertiary Age (Stevens 1974, Tweto 1979). Surrounding uplands consist of an open canopy of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) woodlands with rocky, xeric understory. The main anthropogenic disturbance is an adjacent pack trail. This trail may act as a vector for the introduction of exotic species. Natural disturbances include spring flooding and wildlife use. The wetland occurs as a dense short shrubland dominated by diamondleaf willow (*Salix planifolia*) thickets. The herbaceous understory is dominated by bluejoint (*Calamagrostis canadensis*) which is most common along microtopographic rises and drier areas. Other common graminoids include tufted hairgrass (*Deschampsia caespitosa*) and water sedge (*Carex aquatilis*). Common forbs include Rocky Mountain hemlockparsley (*Conioselinum scopulorum*), redpod stonecrop (*Rhodiola rhodantha*), white marsh marigold (*Caltha leptosepala*), and American alpine speedwell (*Veronica wormskjoldii*). Edges of the wetland consist of a mosaic of dense shrubs with openings dominated by mesic herbaceous vegetation. A small, inundated fen wetland located along the northwestern edge of site is dominated by fewflower spikerush (*Eleocharis quinqueflora*) and a water sedge community. No exotic species were observed in the wetland. *Poa* sp. found in the wetland was identified as the native Kentucky bluegrass (*Poa agassizensis*).

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are moderate gradient, subalpine elevation, groundwater discharge, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer

Rvsd Plan - 00006404

"monsoon" season.

**Biodiversity Significance Rank Comments (B4):** This site is drawn for an excellent (A-ranked) occurrence of the globally apparently secure (G4/S2S3) diamondleaf willow / bluejoint (*Salix planifolia / Calamagrostis canadensis*) shrubland.

Natural Heritage element occurrences at the Granite Lake PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix planifolia / Calamagrostis canadensis Shrubland | Subalpine Riparian Willow Carr | G4 | S2S3 | | | | A | 2006-08-03 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** The site is contained within the Weminuche Wilderness with no immediate threats.

**Management Urgency Rank Comments (M5):** There are no immediate threats. Adjacent pack trail does not appear to be impacting the wetland.

**Land Use Comments:** Predominant land use is recreation.

**Exotic Species Comments:** No exotics were observed.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006405



Granite Lake Potential Conservation Area, B4: Moderate Biodiversity Significance

Rvsd Plan - 00006406

# Indian Creek at Williams Creek Reservoir

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Cimarrona Peak

**Size:** 64 acres (26 ha)    **Elevation:** 9,200 - 10,000 ft. (2,804 - 3,048 m)

**General Description:** The Indian Creek at Williams Creek Reservoir site encompasses a riparian area along Indian Creek at 9,500 feet in the San Juan Mountains of Hinsdale County. The narrow valley runs north - south and drains Palisade Meadow into Williams Creek. The area is characterized by a steep canyon with slopes of over 50% and there are numerous slides forming pockets of open riparian areas along Indian Creek that are dominated by willow (*Salix* sp.). Drummond's willow (*Salix drummondiana*) / mesic forb riparian shrublands dominate these willow areas. Willows, including Rocky Mountain willow (*Salix monticola*), cover 100% of these areas and forbs, including woodreed (*Cinna latifolia*), cow parsnip (*Heracleum lanatum*), waterleaf (*Hydrophyllum capitatum*) and Franciscan bluebells (*Mertensia franciscana*), cover 70% of the ground. In more forested areas outside of the slides, thinleaf alder (*Alnus incana*) dominates. The upland areas of the hillside contain a mix of spruce (*Picea* sp.), fir (*Abies* sp.) and aspen (*Populus tremuloides*). Although the site is quite pristine, a trail runs directly through it and there are a few exotic plant species present that were probably introduced through activities on the trail.

**Biodiversity Significance Rank Comments (B4):** This site contains an excellent (A-ranked) occurrence of Drummond's willow (*Salix drummondiana*) / mesic forb, a plant community that is apparently secure on a global scale (G4/S4). This riparian shrubland occurs in the Wyoming Basin and the Southern Rocky Mountain ecoregions and is most commonly found on relatively steep streams, rarely forming more than a narrow, 5 to 25 feet wide band along streambanks. The closed to partially open canopy of Drummond's willow and a thick carpet of many forb species characterize this plant association.

Rvsd Plan - 00006407

Natural Heritage element occurrences at the Indian Creek at Williams Creek Reservoir PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix drummondiana / Mesic Forbs Shrubland | Drummonds Willow / Mesic Forb | G4 | S4 | | | | A | 1994-07-31 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary includes the occurrence and a small buffer up and downstream, and uphill of the creek. This buffer is intended to prevent impacts from trampling and to provide suitable habitat where additional individuals can become established over time. Eliminating disturbance within this 1,000-foot buffer would also aid in reducing impacts from sedimentation (Karr and Schlosser 1978), and assist in maintaining the integrity of the occurrence and its associated avian, macroinvertebrate and periphyton communities (Noel et al. 1986, Spackman and Hughes 1995). It should be noted that the hydrological processes necessary to the willow - forb community are not fully contained by the site boundaries. Given that the community is dependent on natural hydrological processes associated with Indian Creek, upstream activities such as water diversions, impoundments, and improper livestock grazing are detrimental to the hydrology of the riparian area. This boundary indicates the minimum area that should be considered for any conservation management plan.

**Protection Urgency Rank Comments (P5):** The site is contained entirely within the Weminuche Wilderness in the San Juan National Forest and present land protection is adequate. However, future changes in status or use of the land may warrant action.

**Management Urgency Rank Comments (M4):** Current management seems to favor the persistence of the willow / forb plant community, but management actions may be needed in the future to maintain its current quality. A trail running through the area is creating disturbance and could potentially lead to trampling and the introduction of exotic plant species. A monitoring program would aid in the detection of introduced exotic plants and identify necessary management actions to maintain the current quality of the site.

**Version Author:**   Fayette, K.K.
**Version Date:**   04/11/1997

Rvsd Plan - 00006408



Indian Creek at Williams Creek Reservoir Potential Conservation Area, B4: Moderate Biodiversity Significance

193

Rvsd Plan - 00006409

# Los Pinos River at Rincon la Osa

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M3: Needed within 5 Years to Maintain Quality**

**U.S.G.S. 7.5-minute quadrangles:** Weminuche Pass

**Size:** 66 acres (27 ha)          **Elevation:** 10,160 - 10,240 ft. (3,097 - 3,121 m)

**General Description:** This site is a sedge meadow in wide valley at the base of Los Pinos River that receives indirect moisture from seeps upslope. It is dominated by sedges, especially smallwing sedge (*Carex microptera*). Thick willow carrs dominated by diamondleaf willow (*Salix planifolia*) line the riparian corridor. The willow carrs and sedge meadow transition to open meadows and subalpine spruce / fir forest in the adjacent uplands. Meadow vegetation is dominated by cinquefoil (*Pentaphylloides floribunda*), Thurber fescue (*Festuca thurberi*), bluegrass (*Poa* sp.) and mixed forbs. Dense stands of subalpine spruce / fir forest with some aspen thickets occur on south-facing toe slopes. The area is grazed by livestock, although not enough to alter the riparian community to a great extent as seen in other park areas nearby. To the north of the wet meadow is a large outfitters camp. Some upland meadow sites have a high percentage of dandelion (*Taraxacum officinale*) and pasture species are present (e.g. *Phleum alpinum, Poa pratensis*).

**Biodiversity Significance Rank Comments (B4):** The site supports a good (B-ranked) occurrence of a state rare (G4/S2?) smallwing sedge (*Carex microptera*) montane wetland.

Natural Heritage element occurrences at the Los Pinos River at Rincon la Osa PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex microptera Herbaceous Vegetation | Montane Wetland | G4 | S2? | | | | B | 1995-07-26 |

\*\* The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary encompasses the occurrence and an approximate 1,000 foot buffer. This boundary should protect the occurrence from direct disturbance, and is thought to protect the avian, macroinvertebrate and periphyton communities and limit impacts from sedimentation (see Noel et al. 1986, Spackman and Hughes 1995, Karr and Schlosser 1978).

**Protection Urgency Rank Comments (P5):** The site is contained in the Weminuche

Wilderness in San Juan National Forest.

**Management Urgency Rank Comments (M3):** Management may be needed within 5 years to reduce non-native species introduction impacts from use of pack trail and grazing.

**Exotic Species Comments:** Some upland meadow sites have a high percentage of dandelion (*Taraxacum officinale*) and pasture species are present (e.g. *Phleum alpinum, Poa pratensis*).

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain site viability.

**Version Author:**   Kettler, S.M.
**Version Date:**   06/09/1997

Rvsd Plan - 00006411



Los Pinos River at Rincon la Osa Potential Conservation Area, B4: Moderate
Biodiversity Significance

Rvsd Plan - 00006412

# North Fork of Sand Creek

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Granite Lake

**Size:** 1,934 acres (783 ha)          **Elevation:** 10,600 - 12,000 ft. (3,231 - 3,658 m)

**General Description:** This site is drawn for a large wetland complex situated along the upper reaches of multiple tributaries of Weminuche Creek and the Los Pinos River. The wetland complex is a mosaic of fens, wet meadows and patches of mesic forest. Bedrock geology consists of metamorphic and igneous rocks of the Precambrian Age, specifically, Eolus Granite (Steven 1974, Tweto 1979). The majority of wetlands are gently to moderately sloped, open-basin peatlands. Peatlands are wetlands characterized by organic soils (histosols) with 40 cm peat accumulation in the upper 80 cm (USDA 2006). In this region, peatlands are fens and dependent on groundwater with minimal secondary inputs from other hydrologic sources. Peat in most surveyed fens in the wetland complex are well-developed throughout and fibric to hemic in decomposition. Many inundated sites exhibit patterning with strings (raised areas) separated by flarks, which are linear pools, small rivulets, and areas of shallow, open water (Chadde et al. 1998). Meadow openings vary from mesic to inundated herbaceous communities as well as tree dominated wetlands. The majority of meadow openings are dominated by a continuous, rhizomatous mat of fewflower spikerush (*Eleocharis quinqueflora*) often forming a near monoculture of low-stature, low species diversity, low cover, inundated peat flats. Water sedge (*Carex aquatilis*) is the next most common species being found at low to moderate cover in all stands. Strings support higher species diversity than flarks including bluejoint (*Calamagrostis canadensis*), tufted hairgrass (*Deschampsia caespitosa*), and splitleaf groundsel (*Packera dimorphophylla*). Patches of mesic forest dot the open wetlands and support a consistent canopy strata dominated by Engelmann spruce with water sedge in the understory. Drier meadow openings and drying edges of inundated areas support much higher species diversity and some of these openings are dominated by sheep sedge (*Carex illota*) herbaceous communities. Other common species in the wetlands include elephanthead lousewort (*Pedicularis groenlandica*), redpod stonecrop (*Rhodiola rhodantha*), silvery sedge (*Carex canescens*), and white marsh marigold (*Caltha leptosepala*). Surrounding uplands are dominated by mesic Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) forests. Understory varies between drier areas of extensive whortleberry (*Vaccinium myrtillus*) cover and patches of mesic forbs along small seeps with dense cover of tall fringed bluebells (*Mertensia ciliata*), starry false lily-of-the-valley (*Maianthemum stellatum*), and arrowleaf ragwort

Rvsd Plan - 00006413

(*Senecio triangularis*). This site contains the headwaters for a conservation population of Colorado River Cutthroat Trout (*Oncorhynchus clarkii pleuriticus*).

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are gentle to moderate gradient, subalpine elevation, formation of microtopographic rises, and perennial, groundwater-fed hydrology.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer "monsoon" season.

**Biodiversity Significance Rank Comments (B4):** This site supports an excellent (A-ranked) occurrence of the globally apparently secure (G4/S3) subalpine fir / Engelmann spruce - water sedge subalpine, riparian wetland forest (*Abies lasiocarpa - Picea engelmannii / Carex aquatilis* forest) and a good (B-ranked) occurrence of the sheep sedge herbaceous wetland (*Carex illota* herbaceous vegetation) whose global rank is unknown (GUQ/S2). Site also contains an excellent (A-ranked) occurrence of the globally apparently secure (G4/S3S4) fewflower spikerush herbaceous wetland (*Eleocharis quinqueflora* herbaceous vegetation), and an excellent (A-ranked) occurrence of the globally demonstrably secure (G5/S4) water sedge (*Carex aquatilis*) herbaceous vegetation.

Natural Heritage element occurrences at the North Fork of Sand Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Abies lasiocarpa - Picea engelmannii / Carex aquatilis Forest | Subalpine Riparian / wetland Forest | G4 | S3 | | | | A | 2006-07-16 |
| Natural Communities | Eleocharis quinqueflora Herbaceous Vegetation | Alpine Wetlands | G4 | S3S4 | | | | A | 2006-07-17 |
| Natural Communities | Carex aquatilis Herbaceous Vegetation | Montane Wet Meadows | G5 | S4 | | | | A | 1994-07-30 |
| Natural Communities | Carex illota Herbaceous Vegetation | Alpine Wetlands | GUQ | S2 | | | | B | 2006-07-14 |

&ast;&ast; The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological

Rvsd Plan - 00006414

processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all ecological processes necessary to the maintenance of the site and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the communities.

**Protection Urgency Rank Comments (P4):** The site is managed by the USFS within the San Juan National Forest and Weminuche Wilderness. Currently there are no threats to the occurrences.

**Management Urgency Rank Comments (M4):** Currently no management actions are needed. It is not apparent whether areas of bare peat along inundated wetlands are the result of natural disturbances from surface flows or hydrologic heave or the result of negative impacts from game use.

**Land Use Comments:** Predominant use of the surrounding areas is recreation, including hiking, horseback-riding and hunting. Vehicle use is limited.

**Exotic Species Comments:** There are few exotics. When present, exotics are concentrated along trails and roads.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006415



North Fork of Sand Creek Potential Conservation Area, B4: Moderate Biodiversity Significance

200

Rvsd Plan - 00006416

# Rio Grande at Pole Creek Mountain

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P3: Definable Threat/Opportunity but not within 5 Years**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Pole Creek Mountain, Rio Grande Pyramid

**Size:** 623 acres (252 ha)          **Elevation:** 9,900 - 10,000 ft. (3,018 - 3,048 m)

**General Description:** The site is drawn along the upper reaches of the Rio Grande River, a third order drainage. This section of the river flows through a wide, open glaciated valley bottom with several beaver ponds. The shrub dominated wetland is concentrated along floodplains and beaver ponds. Bedrock geology consists of patches of glacial deposits of the Quaternary Age surrounded by various igneous rocks of the Tertiary Age (Steven 1974, Tweto 1979). Soils vary from inundated to dry with varying amounts of organic material. Upper reaches of the site are characterized by a willow carr are dominated by a consistent, dense tall shrub layer of Geyer's willow (*Salix geyeriana*) and park willow (*Salix monticola*) concentrated around large, open deep-water beaver ponds. The understory is dominated by a dense layer of mesic graminoids in inundated to saturated areas. Middle to lower reaches of site with more openings and drier patches are dominated by mesic forbs in the understory. Species composition varies along the moisture gradient with saturated areas being healthier, dominated by native graminoids. Drier areas exhibit impacts from present and past grazing supporting many increaser species and exotics. Predominant uses of surrounding uplands include livestock grazing and recreation. A single cow moose was observed in the wetland. The site appears to be recovering from past grazing with more native species cover and less trampling and livestock use than the last survey in 1995.

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are montane elevation, low gradient, and seasonal flooding.

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer monsoon season.

**Biodiversity Significance Rank Comments (B4):** This site is drawn for a good (B-ranked) occurrence of Geyer's willow - park willow / mesic graminoid montane riparian willow carr (*Salix geyeriana - Salix monticola* / mesic graminoid shrubland).

Rvsd Plan - 00006417

The global imperilment rank is unknown for this community type, but it is rare in Colorado (GU/S3).

Natural Heritage element occurrences at the Rio Grande at Pole Creek Mountain PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Salix geyeriana - Salix monticola / Mesic Graminoid Shrubland | Montane Riparian Willow Carr | GU | S3 | | | | B | 2006-08-31 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as deforestation, improper livestock grazing, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P3):** The site is managed by the USFS as part of the Rio Grande National Forest. Possible threats include livestock grazing and exotic species, but it appears to be recovering from past uses.

**Management Urgency Rank Comments (M4):** Exclusion of livestock grazing from floodplain reaches may encourage the growth of native species, bank stabilization, and general floodplain health.

**Land Use Comments:** Predominant land uses include recreation and livestock grazing.

**Exotic Species Comments:** Common exotics include Kentucky bluegrass (*Poa pratensis*), common dandelion (*Taraxacum officinale*), and white clover (*Trifolium repens*). These species are concentrated in drying areas and are absent within the active floodplain.

**Off-Site Considerations:** Off-site considerations include an adjacent road, recreation, and livestock grazing.

**Version Author:** Jones, J.R.
**Version Date:** 10/15/2006

Rvsd Plan - 00006418



Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 12/11/2006

**Legend**

PCA Boundary

Rio Grande Pyramid, 37107-F4
Pole Creek Mountain, 37107-G4

7.5 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

Rio Grande at Pole Creek Mountain Potential Conservation Area, B4: Moderate
Biodiversity Significance

203

Rvsd Plan - 00006419

# South Canyon

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M5: Not Needed; No Threats Anticipated**

**U.S.G.S. 7.5-minute quadrangles:** Emerald Lake, Granite Lake

**Size:** 183 acres (74 ha)          **Elevation:** 10,000 - 11,400 ft. (3,048 - 3,475 m)

**General Description:** Along the narrow floodplain, on benches along the stream in South Canyon, Engelmann spruce (*Picea engelmannii*) dominates the overstory with mixed willows (*Salix* species) in the understory. Stream banks are densely vegetated and trees and shrubs are regenerating successfully. The uplands are a mix of subalpine meadow, aspen (*Populus tremuloides*) and spruce (*Picea* species) - fir (*Abies* species) forests. An outfitters cabin occurs at the lower end of the canyon and a steep trail leads up the canyon; however, the trail appears to be seldom used.

**Biodiversity Significance Rank Comments (B4):** The South Canyon site contains an excellent (A-ranked) occurrence of a montane riparian forest (*Abies lasiocarpa / Salix drummondiana*) which is demonstrably secure on a global scale (G5/S4).

Natural Heritage element occurrences at the South Canyon PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Abies lasiocarpa / Salix drummondiana Forest | Montane Riparian Forest | G5 | S4 | | | | A | 1995-07-23 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary includes the montane riparian forest occurrence and 1,000 ft buffer. This buffer should protect the occurrence from direct disturbance, and is thought to protect the avian, macroinvertebrate and periphyton communities and limit impacts from sedimentation (Noel et al. 1986, Spackman and Hughes 1995, Karr and Schlosser 1978).

**Protection Urgency Rank Comments (P5):** The site is contained in the Weminuche Wilderness Area in San Juan National Forest. Very little foot and horse traffic occurs in the area, probably due to the rugged terrain.

**Management Urgency Rank Comments (M5):** No serious management needs known or anticipated at this site.

Rvsd Plan - 00006420

**Exotic Species Comments:** Several white clovers (*Trifolium repens*) and dandelions (*Taraxacum officinale*) were seen downstream.

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain the viability of the site.

**Version Author:**   Kettler, S.M.

**Version Date:**   06/09/1997

Rvsd Plan - 00006421



South Canyon Potential Conservation Area, B4: Moderate Biodiversity Significance

Rvsd Plan - 00006422

## Upper Mosca Creek

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Bear Mountain, Granite Peak

**Size:** 783 acres (317 ha)          **Elevation:** 7,860 - 9,400 ft. (2,396 - 2,865 m)

**General Description:** The site is comprised of the riparian area along Upper Mosca Creek. Forested uplands have spruce (*Picea engelmannii*) and fir (*Abies lasiocarpa*), while the upper watershed has been logged. There are many open meadows along the drainage.

**Biodiversity Significance Rank Comments (B4):** The Upper Mosca Creek site contains an excellent (A-ranked) occurrence of an subalpine fir (*Abies lasiocarpa*) / mixed currant coniferous wetland forest. This plant community is globally common (G5) but vulnerable (S3) in the state. In Colorado, the wetland forest is a facultative riparian forest with a wide elevation range, 8,200 to 12,000 feet. Stands occur along very steep streams where the riparian area is narrow and dominated by species of the surrounding forest. These forests are heavily shaded with a very open shrub layer of just a few individuals. Subalpine fir dominates the dense tree canopy, while any of the following currant species may be present in the shrub layer: gooseberry (*Ribes inerme*), prickly currant (*Ribes lacustre*) and alpine prickly currant (*Ribes montigenum*).

Natural Heritage element occurrences at the Upper Mosca Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Abies lasiocarpa / Ribes (montigenum, lacustre, inerme) Forest | Coniferous Wetland Forests | G5 | S3 | | | | A | 1995-07-12 |

** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary encompasses the occurrence and an approximate 1,000 foot buffer. Eliminating disturbance within this 1,000 foot buffer would aid in reducing impacts from sedimentation (Karr and Schlosser 1978), and assist in maintaining the integrity of the occurrence and its associated avian, macroinvertebrate and periphyton communities (Noel et al. 1986, Spackman and Hughes 1995).

Rvsd Plan - 00006423

**Protection Urgency Rank Comments (P4):** The site is located in the Bear Park Potential Research Natural Area of the San Juan National Forest. The RNA has not yet been designated but has been highly recommended. Designation would change this rank to P5.

**Management Urgency Rank Comments (M4):** Current management seems to favor the persistence of the community, but management actions may be needed in the future to maintain its current quality. There is evidence of impacts from logging, but it appears to be recovering. Access roads to timber sale areas may provide a potential avenue for non-native species invasion.

**Off-Site Considerations:** Hydrological processes originating outside of the site boundaries, including water quality, quantity, timing and flow must be managed to maintain the current quality of the coniferous wetland forest.

**Version Author:**   Lyon, M.J.
**Version Date:**    02/15/2002

Rvsd Plan - 00006424



Upper Mosca Creek Potential Conservation Area, B4: Moderate Biodiversity Significance

209

Rvsd Plan - 00006425

# Upper Rambouillet Park

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P4: No Threat or Special Opportunity**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Slumgullion Pass

**Size:** 191 acres (77 ha)  **Elevation:** 11,750 - 11,950 ft. (3,581 - 3,642 m)

**General Description:** The site is drawn for a spring-fed wetland complex along the upper, northeastern reaches of Rambouillet Park. Rambouillet Park is a large, high elevation plateau with multiple spring-fed wetlands that flow southwest feeding the West Fork of Cebolla Creek. Bedrock geology is composed of quartz latite of Rambouillet Park, predominantly coarsely porphyritic quartz latite flows and breccias of the Oligocene epoch (Steven 1974, Tweto 1979). Soils are inundated to saturated throughout consisting of fibric to hemic peats up to 40+cm, grading into dry, rocky substrates. This wetland is a fen type of peatland. Peatlands are peat accumulating wetlands characterized by organic soils (histosols) with 40 cm peat accumulation in the upper 80 cm (USDA 2006). In this region where precipitation inputs are minimal, peatlands are fens dependent on groundwater with secondary inputs from other hydrologic sources (Cooper et al. 1999). The wetland varies throughout with multiple areas of shallow, open water that are interspersed with inundated soils and densely vegetated hummocks. Sheep sedge (*Carex illota*) is the dominant species throughout the gently sloping wetland creating dense patches on saturated soils and a near monoculture on hummocked areas. Lower reaches are composed of inundated soils, shallow, open water, and floating mats of water sedge (*Carex aquatilis*). Other graminoid species include tufted hairgrass (*Deschampsia caespitosa*), Northwest Territory sedge (*Carex utriculata*), and mountain timothy (*Phleum alpinum*). Mesic forbs present include redpod stonecrop (*Rhodiola rhodantha*), American bistort (*Polygonum bistortoides*), Eastwood's podistera (*Podistera eastwoodiae*), and splitleaf groundsel (*Packera dimorphophylla*). Diamondleaf willow (*Salix planifolia*) is present in very low cover. No exotic species were observed within the wetland. A rough 4X4 road runs adjacent to the wetland along its western edge. It does not appear to be heavily used or impacting hydrology. Predominant use is recreation including hunting, skiing, and hiking. There is evidence of elk and deer use within the wetland, with scat and tracks throughout. Adjacent uplands are dominated by xeric, alpine meadows with large expanses of shortfruit willow (*Salix brachycarpa*) shrublands, and small patches of Engelmann spruce (*Picea engelmannii*).

**Key Environmental Factors:** Key environmental factors influencing species composition of the wetland are upper subalpine elevation, low gradient, perennial, groundwater-fed hydrology, and peat-accumulating soils.

Rvsd Plan - 00006426

**Climate Description:** Climate and weather tend to follow typical patterns of the San Juan Mountains of Colorado being generally xeric throughout the year with warm spring weather causing snowmelt flooding, wet summers, and a late summer monsoon season.

**Biodiversity Significance Rank Comments (B4):** This site is drawn for a good (B-ranked) occurrence of the globally unranked, but state imperiled (GUQ/S2) sheep sedge (*Carex illota*) herbaceous vegetation.

Natural Heritage element occurrences at the Upper Rambouillet Park PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex illota Herbaceous Vegetation | Alpine Wetlands | GUQ | S2 | | | | B | 2006-07-18 |

\*\* The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** Boundaries include 1,000 ft of uplands to buffer from impacts to site condition (Keate 2004). This buffer accounts for natural ecological processes important for the maintenance of wetland elements such as seasonal flooding, groundwater recharge, surface flows, and sediment deposition. However, the boundary does not include all hydrological processes necessary to the maintenance of site hydrology and upstream activities such as improper livestock grazing or recreational use, development, or water diversion could be detrimental to the site.

**Protection Urgency Rank Comments (P4):** There are no specific protection strategies in place. Predominant land uses include recreation such as OHV use, skiing, snowmobiling, hunting, and snow pack monitoring.

**Management Urgency Rank Comments (M4):** There are no immediate threats. Markers for a winter snowpack measurement trail were found along the lower reaches of the site which are traveled by snowmobiles in the winter and OHV's in summer. Compression of soils and trails may increase drainage and dewater the wetland.

**Land Use Comments:** Predominant land use is recreation. Local USFS and BLM field offices use this area for snow pack measurement during winter.

**Exotic Species Comments:** No exotics were observed.

**Version Author:**   Jones, J.R.
**Version Date:**   10/15/2006

Rvsd Plan - 00006427



Colorado Natural Heritage Program
Colorado State University
254 General Services Building
8002 Campus Delivery
Fort Collins, CO 80523-8002

Ph  (970) 491-1309
Fax (970) 491-3349
www.cnhp.colostate.edu

Map Date: 12/11/2006

**Legend**

PCA Boundary

Slumgullion Pass, 37107-H2

7.5 Minute Digital Raster
Graphic produced by the
U.S. Geological Survey

Location in Hinsdale County

Upper Rambouillet Park Potential Conservation Area, B4: Moderate Biodiversity
Significance

212

Rvsd Plan - 00006428

# Upper Weminuche Creek

**Biodiversity Rank - B4: Moderate Biodiversity Significance**

**Protection Urgency Rank - P5: No Action to be Taken on this Site**

**Management Urgency Rank - M4: Not Needed Now; No Current Threats; May Need in Future**

**U.S.G.S. 7.5-minute quadrangles:** Granite Lake

**Size:** 60 acres (24 ha)          **Elevation:** 9,760 - 10,000 ft. (2,975 - 3,048 m)

**General Description:** The site is located where an un-named tributary meets Weminuche Creek. Most of the riparian area is dominated by Drummond's willow (*Salix drummondiana*). The north end is a sedge meadow. Inactive beaver ponds are present in the area. The vegetation on the adjacent uplands is dominated by spruce - fir on north-facing slopes and aspen (*Populus tremuloides*) on south-facing slopes.

**Biodiversity Significance Rank Comments (B4):** The site supports a good (B-ranked) occurrence of a state rare (G4/S2?) smallwing sedge (*Carex microptera*) montane wetland.

Natural Heritage element occurrences at the Upper Weminuche Creek PCA.

| Major Group | State Scientific Name | State Common Name | Global Rank | State Rank | Federal Status | State Status | Fed Sens | EO Rank | Last Obs Date |
|---|---|---|---|---|---|---|---|---|---|
| Natural Communities | Carex microptera Herbaceous Vegetation | Montane Wetland | G4 | S2? | | | | B | 1995-07-24 |

   ** The records above are sorted in the following order 1) Major Group 2) Global Rank and 3) Scientific name.

**Boundary Justification:** The boundary encompasses the wetland occurrence and an approximate 1,000 foot buffer. This boundary should protect the occurrence from direct disturbance, and is thought to protect the avian, macroinvertebrate and periphyton communities and limit impacts from sedimentation (see Noel et al. 1986, Spackman and Hughes 1995, Karr and Schlosser 1978).

**Protection Urgency Rank Comments (P5):** The site is contained in the Weminuche Wilderness Area in San Juan National Forest.

**Management Urgency Rank Comments (M4):** Management of horse packing and associated non-native plant species may be needed to maintain current quality. Horse packing seems to be increasing in the area.

**Exotic Species Comments:** Dandelions (*Taraxacum officinale*) are sparse in the sedge meadow, but denser along the trail.

Rvsd Plan - 00006429

**Off-Site Considerations:** Hydrological processes originating outside of the planning boundary, including water quality, quantity, timing and flow must be managed to maintain site viability.

**Version Author:**   Kettler, S.M.

**Version Date:**   06/09/1997

Rvsd Plan - 00006430



Upper Weminuche Creek Potential Conservation Area, B4: Moderate Biodiversity Significance

Rvsd Plan - 00006431

## LITERATURE CITED

Brunsfeld, S.J. and Johnson, F.D. 1985. Field guide to the willows of east-central Idaho. University of Idaho, Wildlife and Range Experiment Station Bulletin No. 39, Moscow, ID.

Cary, M. 1911. A biological survey of Colorado. North American fauna No. 33. Government Printing Office, Washington, D.C.

Chadde, S.W., Stephen, J.S., Bursick, J.B., Moseley, R.K., Evenden, A.G., Mantas, M., Rabe, F., and Heidel, B. 1998. Peatlands on National Forests of the Northern Rocky Mountains: Ecology and Conservation.Gen. Tech. Rep. RMRS-GTR-11. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Odgen, UT.

Chronic, H. 1980. Roadside geology of Colorado. Mountain Press Publishing Company, Missoula, MT.

Cooper, D.J. and Arp, C.D. 1998. Colorado's iron fens: geochemistry, flora, and vegetation. Report to Colorado Natural Areas Program.

Cooper, S.V., Jean, C., and Heidel, B.L. 1999. Plant associations and related botanical inventory of the Beaverhead Mountains Section, Montana. Unpublished report to the Bureau of Land Management. Helena, MT.

Corn, S. 1997. USGS Biologist. Personal Communication.

Dayton, W.A., Lommasson, T., Park, B.C., Kutzleb, C.A., Julander, O., Standing, A.R., Huchings, S.S., Swift, L.W., Cliff, E.P., and Hayes, D.W. 1937. Range Plant Handbook. Washington, D.C.

Goettl, Jr.J.P. and The Boreal Toad Recovery Team 1997. Boreal Toad (Bufo boreas boreas) (Southern Rocky Mountain Population), Recovery Plan. Colorado Division of Wildlife, Denver, CO.

Husung, B. and Alves, J. 1998. Boreal toad survey in the South San Juan Mountain of Colorado. Colorado Department of Natural Resources, Colorado Division of Wildlife, Monte Vista, CO.

Johnston, B.C. 1997. Ecological Types of the Upper Gunnison Basin. Review Draft.

Judd, I.B. 1962. Principal forage plants of southwestern ranges. Station Paper No. 69. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins.

Karr, J.R. and Schlosser, I.J. 1978. Water resources and the land-water interface. Science

Rvsd Plan - 00006432

**201:** 229-234.

Keate, N.S. 2004. Bibliography of Impacts to Wetlands II - Draft - revised . Utah Wetland Outreach, Utah Department of Natural Resources.

Livo, L. 1997. CU-Boulder. Personal Communication.

Lyon, P. 2003.  La Plata County Biological Assessment. Colorado Natural Heritage Program, Fort Collins, CO.

Noel, D.S., Martin, C.W., and Federer, C.A. 1986. Effects of forest clearcutting in New England on stream macroinvertebrates and periphyton. Environmental Management **10:** 661-670.

Padgett, W.G., Youngblood, A.P., and Winward, A.H. 1989. Riparian community type classification of Utah and southeastern Idaho. R4-ecol-89-01. USDA Intermountain Research Station, Ogden, UT.

Richard, C. and Grant, D. 1995. Colorado Natural Heritage Program Riparian Field Survey for San Juan National Forest.

Shepherd, H.R. 1975. Vegetation of two dissimilar bighorn sheep ranges in Colorado. Colorado Division of Wildlife Report 4. Colorado Division of Wildlife, Denver, CO.

Spackman, S.C. and Hughes, J.W. 1995. Assessment of minimum stream corridor width for biological conservation: Species richness and distribution along mid-order streams in Vermont, USA. Biological Conservation **71:** 325-332.

Steve, T.A., Hon, K., and Lanphere, M.A. 1995. Neogene geomorphic evolution of the central San Juan Mountains near Creede, Colorado [1:100,000]. Map I-2504. U.S. Department of the Interior: U.S. Geological Survey, Reston, VA.

Steven, T.A. 1974. Geologic Map of the Durango Quadrangle, Southwestern Colorado. U.S. Geological Survey, Department of Interior, Reston, VA.

Tweto, O. 1979. Geologic Map of Colorado, 1:500,000. Colorado Geological Survey, Denver, CO.

USDA Forest Service 1996. Appendix A: An assessment of the range of natural variability of the Rio Grande National Forest. Final Environmental Impact Statement for the Revised Land and Resource Management Plan. USDA Forest Service, Rio Grande National Forest, Monte Vista, CO.

USDA, N.R.C.S. 2006. Keys to Soil Taxonomy, 6th Edition. USDA Soil Conservation Service, Washington,D.C.

Rvsd Plan - 00006433

**Appendix B. Sites of Local Significance**

Sites of Local Significance (SLS) are sites that include good examples of species or natural communities that may be too small or whose biological or ecological significance is not great enough to be considered exemplary in a statewide context.  Therefore, these sites do not meet the minimum criteria for a PCA.  However, they do contribute to the character of the local area and the overall local diversity of plants and communities present, and therefore warrant consideration at some planning level.  SLS typically include sites that were surveyed but do not contain tracked species or communities.  In some cases they are based on plot data where the full extent of a community is not known and the surveyed areas do not meet the minimum size requirement for an occurrence.

After PCAs and NCAs have been delimited, the remaining data collected is evaluated for inclusion as Sites of Local Significance (SLS).  These are sites that include good condition but small size or of species or natural communities that are common and already documented in the study area.  However, they do contribute to the character of the local area and the overall local diversity of plants and communities present, and therefore warrant consideration at some planning level.

APPENDIX B TABLE OF CONTENTS
Lake San Cristobal.................................................................................................. 219
Los Pinos River at Weminuche Pass ....................................................................... 221

218

Rvsd Plan - 00006434

## Site of Local Significance

**Name:**

Lake San Cristobal

**Location:**  Site is located at the southern end of Lake San Cristobal forming a large delta where the Lake Fork of the Gunnison River empties into the lake.

> **USGS 7.5 minute quadrangle:** Lake San Cristobal
>
> **Legal Description:** T 43N   R 4W   Section 27, 28, 33, 34
>
> **Land status:** Joint ownership by Mrs. Emma Plauche and the BLM, Gunnison Field Office

**General Description:** Wetland is situated at the southern end of Lake San Cristobal. Lake San Cristobal is the second largest natural lake in Colorado.  The lake was formed by the Slumgullion Slide a mass wasting event that slid volcanic material several miles from the flank of Meso Seca blocking the Lake Fork of the Gunnison River.  Although the earthflow is still active, it no longer impacts water levels in the lake.  Site occurs as a large delta wetland formed at the junction of the Lake Fork of the Gunnison River and Lake San Cristobal.

Vegetation along the delta varies from graminoid dominated herbaceous communities to tall shrublands.  Areas along the lake edge with fluctuating water levels are dominated by a Northwest Territory sedge (*Carex utriculata*) herbaceous community. These areas are characterized by small, open channels of bare sandy soils interspersed with raised densely vegetated islands.  Further south in the delta, the tall shrubs, park willow (*Salix monticola*) and Drummond's willow (*Salix drummondii*) are dominant with the mesic graminoids water sedge (*Carex aquatilis*) and Northwest Territory sedge (*Carex utriculata*) forming a dense understory layer.  Shrubs in this area are variable in size, with extensive vegetative growth and dead branches, percent cover and stature appears to vary along the hydrologic gradient.  Areas near the road and drying reaches near the inlet of the Lake Fork supports a tall, mature willow shrubland.  This area is mostly dry with a few small wet depressions and channels.  The understory layer in this section supports extensive cover of non-native species including Kentucky bluegrass (*Poa pratensis*) and Canada thistle (*Cirsium arvense*) (which are dominant in some areas), white clover (*Trifolium repens*), and red clover (*Trifolium pratense*), and common dandelion (*Taraxacum officinale*).  Exotic species are concentrated along disturbed, drying areas.  Site also supports a variety of wildlife species including moose, beaver, waterfowl, and amphibians including the Northern Leopard Frog.

**CNHP Vegetation Classification Type:**  *Carex utriculata* Herbaceous Vegetation (G5S4), *Salix drummondiana/Carex utriculata* Shrubland (G4S3)

Rvsd Plan - 00006435

**Protection Comments:**  Site is owned jointly by a private party and the Bureau of Land Management, Gunnison Field Office.  The private owner is interested in keeping the site natural with no plans to alter or develop the area.

**Management Comments:**  Upper reaches are used heavily as fishing access to the Lake Fork.  The entire area is surrounded by a maintained county road.  Natural hydrologic regime has likely been altered by road proximity and past uses.  Kentucky bluegrass is one of the dominant species along upper reaches with moderate patches of invasive Cirsium sp. taking hold in willow openings.

**Soils Description:**  Soils consist of a small organic layer over silty clay loams and clay loams and exhibit seasonal drying in the form of extensive Fe mottling.



220

# Site of Local Significance

**Name:**

Los Pinos River at Weminuche Pass

**Location:**  Site is located along the upper reaches of the Pine River, in a large, open valley, below Weminuche Pass.

     **USGS 7.5 minute quadrangle:**  Weminuche Pass

     **Legal Description:**  T 39N, 40N   R 4W

**General Description:**  Wetland occurs at the upper reaches of Los Pinos River in a large, open, glaciated valley.  The Los Pinos is a tributary of the Pine River, which is the principal drainage in the area.  The Pine River spills into the Vallecito Reservoir north of Durango and continues on as a third order tributary of the San Juan River.

     The site is situated just below Weminuche Pass along an open basin formed by a large valley glacier during the Bull Lake and Pinedale glaciations.  Site contains a series of moist to inundated meadows fed by perennial seeps and springs concentrated along the toe of the eastern slope.  Perennial hydrology and gentle to moderate slopes have created a large wetland complex of terraced, patterned, and sloping fens amongst small stream corridors and elevated mesic meadows.

     The majority of inundated areas support hydric, fen soils and common fen wetland plant communities.  Large areas of the site are dominated by a water sedge (*Carex aquatilis*) herbaceous community.  Fewflower spikerush (*Eleocharis quinqueflora*) and Northwest Territory sedge (*Carex utriculata*) also have consistent cover and co-dominate in many saturated areas of the wetland complex.  Other mesic graminoids with consistent, low cover include silvery sedge (*Carex canescens*), smallwing sedge (*Carex microptera*), and bluejoint (*Calamagrostis canadensis*).  Common mesic forbs presnt along saturated reaches include redpod stonecrop (*Rhodiola rhodantha*), largeleaf avens (*Geum macrophyllum*), white marsh marigold (*Caltha leptosepala*), splitleaf groundsel (*Packera dimorphophylla*), and small white violet (*Viola macloskeyi*).  Purple marshlocks (*Comarum palustre*) are locally abundant along seep areas of eastern slopes.  Tufted hairgrass (Deeschampsia caespitosa) dominates drier meadow areas, forming a large mesic graminoid dominated community at southern reaches of the wetland.

**CNHP Vegetation Classification Type:**  *Carex aquatilis* Herbaceous Vegetation (G5S4), *Eleocharis quinqueflora* Herbaceous Vegetation (G4S3S4), *Carex aquatilis – Carex utriculata* Herbaceous Vegetation (G4S4)

**Protection Comments:**  Area is managed as part of the Weminuche Wilderness within the San Juan National Forest predominantly for recreational use.  No mechanized vehicles are allowed in the area.  Recreational uses in the area include hiking, camping, hunting, and horseback riding.  There are multiple permitted hunting outfitters in the area.

Rvsd Plan - 00006437

**Management Comments:**  Adjacent Pine River trail is extensively used in the summer hiking season and fall hunting seasons and may act as a conduit for exotic species introduction.  Exotic species appear to be mostly concentrated along the main trail and were not observed in saturated areas of the wetland.  Hydrology is compromised by the Raber Lohr Ditch and the Fuchs Ditch which run along each side of the valley.  Despite water removal from the system, the wetland appears to be healthy and stable, but may be reduced from its former size.

**Soils Description:**  Soils along saturated reaches of the wetland consist of fibric to hemic peats up to 40cm+.  Drier areas of the basin support a prominent organic component over sandy clay soils.



222

## Appendix C. Characterization Abstracts

This appendix contains fact sheets or characterization abstracts for most of the elements highlighted in this report. Other elements and additional information can be found at www.natureserve.org/explorer/.

AMPHIBIANS...................................................................................................................... 224
    Boreal Toad (*Bufo boreas boreas*)................................................................................. 224
BIRDS................................................................................................................................. 226
    Black Swift (*Cypseloides niger*) .................................................................................. 226
    Southwestern Willow Flycatcher (*Empidonax traillii extimus*)..................................... 227
FISH .................................................................................................................................. 229
    Colorado River Cutthroat Trout (*Oncorhynchus clarki pleuriticus*) .............................. 229
    Rio Grande cutthroat trout (*Oncorhynchus clarki virginalis*)........................................ 231
NATURAL COMMUNITIES (excerpt from Carsey et al. 2003)
    *Abies lasiocarpa - Picea engelmannii / Carex aquatilis* ................................................ 233
    *Abies lasiocarpa - Picea engelmannii / Mertensia ciliata*.............................................. 233
    *Abies lasiocarpa - Picea engelmannii / Ribes* spp........................................................ 234
    *Abies lasiocarpa - Picea engelmannii / Salix drummondiana*......................................... 234
    *Alnus incana ssp. tenuifolia - Salix drummondiana* ....................................................... 235
    *Carex aquatilis*............................................................................................................ 235
    *Carex illota* ................................................................................................................ 236
    *Carex microptera* ......................................................................................................... 236
    *Carex nigricans - Juncus drummondii*........................................................................... 237
    *Carex pellita (=lanuginosa)* ........................................................................................ 237
    *Carex utriculata* .......................................................................................................... 238
    *Eleocharis quinqueflora*............................................................................................... 238
    *Picea pungens / Alnus incana* ssp. *tenuifolia*.............................................................. 239
    *Populus angustifolia - Picea pungens / Alnus incana* ssp. *tenuifolia* ............................. 239
    *Populus angustifolia / Alnus incana* ssp. *tenuifolia*....................................................... 240
    *Salix boothii /* Mesic forb............................................................................................ 241
    *Salix drummondiana / Calamagrostis canadensis*........................................................ 241
    *Salix geyeriana - Salix monticola / Calamagrostis canadensis*....................................... 242
    *Salix monticola / Carex utriculata* ............................................................................... 242
    *Salix monticola /* Mesic forb ....................................................................................... 243
    *Salix monticola /* Mesic graminoid .............................................................................. 243
    *Salix planifolia / Calamagrostis canadensis*................................................................. 244
    *Salix planifolia / Caltha leptosepala*............................................................................. 245
    *Salix planifolia / Carex aquatilis* ................................................................................. 245
    *Salix planifolia /* Mesic forb ........................................................................................ 246
    *Salix wolfii /* Mesic forb ............................................................................................. 247
PLANTS ............................................................................................................................. 248
    *Eriophorum altaicum* ssp. *neogaeum* (Altai cottongrass)............................................... 248

Rvsd Plan - 00006439

## AMPHIBIANS
### *Boreal Toad (Bufo boreas boreas)*

**Taxonomy:**
Class:
.0 Amphibia
Order: Anura
Family: Bufonidae
Genus: *Bufo*



**Taxonomic Comments:** Prior to the
1990s, morphological, biogeochemical,
and vocal differences were noted
between toads of the *Bufo boreas*
complex in the southern Rocky
Mountains and those in the Pacific
Northwest (Burger and Bragg 1947, Hubbard 1972). Goebel (1996) described *Bufo boreas*
in the southern Rocky Mountains as genetically distinct from those in the Pacific Northwest.
These differences may warrant recognition as one or more distinct species. Until this change
is formally accepted, Hammerson (1999) has offered the common name of Mountain Toad
for the interim, and suggests that the Latin name may become *Bufo pictus*. For the purposes
of this report, we are referring all naming to boreal toad (*Bufo boreas boreas*).

**CNHP Ranking:** G4T1Q, S1

**State/Federal Status:** State Endangered/USFWS candidate for listing (warranted but
precluded)/USFS Sensitive

**Habitat Comments:** The boreal toad breeds in still or slowly moving water such as can be
found in marshes, ponds, and lakes. Successful breeding generally requires permanent or
semipermanent water sources. Post breeding, one may find the boreal toad in more terrestrial
environments. Though they still tend to linger near water in damp environments, some
females will use drier, more densely vegetated areas. Rocks, logs and rodent burrows
provide cover while away from water during periods of inactivity (Hammerson 1999).



**Distribution:** The southern Rocky Mountain
population of boreal toads is likely distinct from other
populations (A. Goebel, unpbl. data). Although
relationships among populations of this toad are not
resolved, recent genetic evaluations suggest that the
southern Rocky Mountain population ranges from
southern Idaho to New Mexico (Goettl 1997; Steve
Corn pers. comm.; A. Goebel unpbl. data). In
Colorado, this species occurs throughout the mountains
above approximately 8,000 feet in elevation. There are

Rvsd Plan - 00006440

approximately 206 historical localities for the boreal toad in Colorado, while currently there are just 35 known active breeding sites.

**Important Life History Characteristics:** Boreal toads are long-lived, reaching ages of nine years or more (Campbell 1976). Reproductive maturity does not occur until age four in males and six in females (Carey 1976). Other important considerations include sensitivity to toxicants, relatively short breeding season (starting as the winter snowpack begins to thaw), and slow metabolic rates of the larvae (Hammerson 1999).

**Known Threats and Management Issues:** The boreal toad is currently found in 67 known Colorado breeding locations comprising 32 populations, only two of which are considered viable (T. Jackson, CDOW, pers. comm.). This species has disappeared from 83 percent of its historic locations in Colorado, 94 percent in Wyoming, and is believed to be extirpated from New Mexico (USFWS 2004). The boreal toad was once known from 25 counties in Colorado, including Grand County, where it was considered common. Its distribution in Colorado is now restricted to 14 counties. Available information suggests that boreal toad populations continue to decline (Keinath and McGee 2005). Reasons for the declining toad population are still being investigated. Proposed causes include chytrid fungus (*Batrachochytrium dendrobatidis*), acid rain, drought, pollution, increased UV radiation, natural population flux, or some synergistic combination of these and/or other factors (USFWS 2004). The major source of decline is believed to be chytrid fungus, which has been linked to major declines in proximate areas such as Rocky Mountain National Park (Muths et al. 2003, USFWS 2004). Examinations of infected toads show that chytrid fungus suppresses the immune system to a point that a secondary infection (e.g. red-leg disease) is usually the ultimate cause of death (USFWS 2004). Researchers hypothesize that one or a combination of environmental stressors is reducing the toads' ability to survive this pathogen (Loeffler 2001a). At this time, researchers do not know whether or not populations can persist in the presence of chytrid fungus. Research is on-going, but it may be several more years before this question can be answered (T. Jackson, CDOW, pers. comm.).

Grand County contracted with the Colorado Natural Heritage Program (CNHP) to evaluate boreal toad habitat within the proposed road corridor, and to identify impacts that could result from implementation of Fraser Valley Parkway project. CNHP conducted surveys for the boreal toad within and adjacent to the proposed Fraser Valley Parkway alignment during the spring and summer breeding season of 2005 . No toads, tadpoles, egg masses, or metamorphs in any of the surveyed areas along the road alignment. CNHP biologists estimated about 2.3 ha of summer habitat and no breeding habitat would be directly affected by the road. About 3 ha of possible breeding habitat and about 14 ha of possible summer habitat within and/or adjacent to the proposed parkway would be affected (Gaughn and Grunau 2005).

References: Burger and Bragg 1947, Hubbard 1972, Goebel (1996), A. Goebel, unpbl. data, Hammerson (1999), Goettl 1997; Steve Corn pers. comm.; Campbell 1976, Carey 1976, T. Jackson, CDOW, pers. comm., USFWS 2004, Keinath and McGee 2005, Muths et al. 2003, Loeffler 2001a, Gaughan and Grunau 2005

Version date: March 2006

Rvsd Plan - 00006441

**BIRDS**
*Black Swift (Cypseloides niger)*

**Taxonomy:**
Class: Aves
Order: Apodiformes
Family: Apodidae
Genus: Cypseloides



**Taxonomic Comments:** Subfamily
Cypseloidinae

**CNHP Ranking:** G4 S3B

**State/Federal Status:** USFS Sensitive

**Habitat Comments:**  Black Swifts nest on vertical rock faces, near waterfalls or in dripping caves (Lack 1956).  Beyond that requirement, they inhabit a variety of landscapes, from seacoasts to the high elevations of the Rocky Mountains (CBBA 1998).



**Distribution:**  Black swifts breed in scattered colonies in western North America, from southeast Alaska to central Mexico, and migrate to the Neotropics in the winter (Stiles and Negret 1994).  In Colorado, black swifts breed most commonly in the San Juan mountains, with scattered colonies in four other mountain ranges -- Sangre de Cristo, Flat Tops, Gore, and Front (CBBA 1998).

**Important Life History Characteristics:**  After arriving in Colorado in June, black swifts take all summer to raise a single nestling (CBBA 1998). The cool microclimates they select for nesting presumably slows the developmental metabolism of the nestlings. Since nestlings are typically fed only once per day after the adults return from a day of foraging, slower development rates would help the survival.

**Known Threats and Management Issues:**  There are few obvious threats to this species, except where development alters nesting habitat.  The Colorado Breeding Bird Atlas (1998) hypothesizes that at least 20% of all black swifts breed in Colorado.

**Potential Conservation Areas supporting *Cypseloides niger*:**
Pitkin/Booth Creeks

Rvsd Plan - 00006442

### *Southwestern Willow Flycatcher*
**(*Empidonax traillii extimus*)**

(text from NatureServe www.natureserve.org Accessed 2002)

**Taxonomy:**
Class: Aves
Order: Passeriformes
Family: Tyrannidae
Genus: *Empidonax*

**Taxonomic Comments:**

**CNHP Ranking:** G5T1T2

**State/Federal Status:** LE, FS, E

**Habitat Comments:** The
Southwestern Willow Flycatcher nests
in thickets, scrubby and brushy areas,
open second growth, swamps, and
open woodland (AOU 1983). This
flycatcher is restricted to riparian
habitat in Arizona (Brown 1988) and
nests primarily in swampy thickets,
especially of willow, sometimes
buttonbush (Phillips et al. 1964, AOU



Photo from Finch and Stoleson 2000

1983), tamarisk (Brown 1988), vines, or other plants, where vegetation is 4-7 m or
more in height. Tamarisk is commonly used in the eastern part of the range. Habitat patches
as small as 0.5 ha can support one or two nesting pairs (see USFWS 1993).

Thy nest in forks or on horizontal limbs of small trees, shrubs, or vines, at height of 0.6-6.4
m (mean usually about 2-3 m) (Harris 1991), with dense vegetation above and around the
nest. Eats mainly insects caught in flight, sometimes gleans insects from foliage;
occasionally eats berries. In breeding range, forages within and occasionally above dense
riparian vegetation.

**Distribution:** Developing current population estimate is challenging --as of the 2001
breeding season, there was a minimum of 986 breeding territores; a few more are believed to
exist on Tribal and private lands (USFWS 2002). Though much suitable habitat remains to be
surveyed, the rate of discovery of new nesting pairs has leveled off (Sogge et al. 2001, 2002).
A rough estimate is that 200 to 300 pairs may remain undiscovered, yielding an estimated
population of 1200 to 1300 pairs (USFWS 2002). The largest remaining population
documented in California (and one of the largest rangewide) is along the South Fork of the
Kern River, just east of Lake Isabella, Kern County (Unitt 1987, Harris 1991). The largest
population in Arizona occurs along the Colorado River in upper Grand Canyon, and the
largest population in New Mexico is along the upper Gila River in the southwestern part of

Rvsd Plan - 00006443

the state. See Biosystems Analysis (1989) and Unitt (1987) for additional recent breeding localities.  Seventy-five per cent of the approximately 100 pairs in New Mexico are confined to one local area (New Mexico Dept. Game and Fish 1995). Marshall (2000) found that 53% of the individuals were in just 10 sites (breeding groups) rangewide, while the other 47% were distributed among 99 small sites of ten or fewer territories. The actual number of NatureServe "occurrences" described by these sites will undoubtedly be fewer than 100.

**Important Life History Characteristics:**  This flycatcher exists in small, fragmented populations, with only ten or so populations having greater than 10 nesting pairs. The persistence of the smaller populations is dependent on immmigration from nearby populations and their isolated nature increases the risk of local extirpation (USFWS 2002). The vulnerability of the few relatively large opulations (e.g. to fire, inundation) makes the above threats particularly acute (USFWS 2002).

**Known Threats and Management Issues:**  Decline is due primarily to destruction and degradation of cottonwood-willow and structurally similar riparian habitats. The causes of habitat loss and change are water impoundment, water diversion and groundwater pumping, channelization and bank stabilization, riparian vegetation control, livestock grazing, off-road vehicle and other recreational uses, increased fires, urban and agricultural development, and hydrological changes resulting from these and other land uses. Tamarisk has relaced native riparian vegetation in many areas, with varying effects on flycatcher populations. Native riparian plant communities probably have a greater recovery value for flycatchers, but currently occupied and suitable tamarisk habitat should be maintained (USFWS 2002). Increased irrigated agriculture and livestock grazing have also resulted in increased range and abundance of Brown-headed Cowbirds; and, in some areas, heavy brood parasitism by cowbirds has contributed to the decline (Harris 1991, Brown 1988). Proposed reservoirs threaten the habitat of some populations. Wintering habitat limitations are unknown, but the amount of lowland wet habitat within its wintering range has declined substantially in the last century (Koronkiewicz et al. 1998). See USFWS (1993, 2002) for further details on threats. Also of concern is the intensive use of pesticides both in agricultural areas adjacent to nesting grounds and on the migrating and wintering grounds (USFWS 2002).

Rvsd Plan - 00006444

**FISH**

*Colorado River Cutthroat Trout (Oncorhynchus clarki pleuriticus)*

**Taxonomy:**
Class:  Actinopterygii
Order:  Salmoniformes
Family:  Salmonidae
Genus:  *Oncorhynchus*

**Taxonomic Comments:** Subclass – Neopterygii.  The only trout species native to Colorado is the cutthroat (Sealing et al. 1992). Drainage histories have isolated four distinct subspecies of cutthroat trout in Colorado; the Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*), the Greenback cutthroat trout (*O. clarki stomias*), the Yellowfin cutthroat trout (*O. clarki macdonaldi*), and the Rio Grande cutthroat trout (*O. clarki virginalis*).  Of these four, the Yellowfin cutthroat trout is extinct, and the distributions of the remaining three have been reduced to a fraction of their respective historic ranges (Behnke 1988; Sealing et al. 1992).

**CNHP Ranking:** G4T3, S3

**State/Federal Status:** State Species of Special Concern/FS Sensitive/BLM Sensitive

**Habitat Comments:** The historical habitat included most clearwater streams and rivers of western Colorado (Behnke 1992). Good stream conditions for Colorado River cutthroat trout include cold, clear-running water with high oxygen content, rocky substrates, fairly high stream gradients, and a pH ranging from 6 to 9 (Binns 1977; Sealing et al. 1992).

**Distribution:**  Historic distributions of the Colorado River cutthroat trout extended from the



headwaters of the Colorado River basin downstream to the Dirty Devil River in Utah and to the San Juan River drainage in Colorado, New Mexico, and Arizona (Sealing et al. 1992).  Refer to the following page for current distributions.  The introduction of non-native trout species, dating to 1872 in Colorado, is considered a primary cause for the decline in numbers and genetic purity of Colorado River cutthroat trout (Sealing et al. 1992; Wiltzius 1985). Wernsman (1973) reported only three populations of relatively pure Colorado River cutthroat trout in Colorado. These were in Cunningham Creek (Pitkin County), Northwater Creek (Garfield County), and the headwater area of the Colorado River in Rocky Mountain National Park (Grand County).

Most of the remaining Colorado River cutthroat trout are found in small headwater streams or alpine lakes that have resisted colonization of non-native trout (Proebstel 1994).

**Important Life History Characteristics:**  Competition and hybridization with non-native salmonids occurs. This trait has contributed to the current preferences of this native trout for

229

lakes, beaver ponds, and small streams. Clean, cold water running over a boulder-cobble substrate marks the preferred habitat of this trout (Trotter 1987).

Spawning occurs from late spring through early summer (Behnke and Zarn 1976; Sealing et al. 1992). Sexual maturity is usually reached between the ages of 2 and 4 years (Martinez 1988; Sealing et al. 1992).

**Known Threats and Management Issues:** The Colorado River cutthroat trout is heavily managed and studied. Presently, there are 42 populations in Colorado judged to be genetically pure (Proebstel 1994). However, the primary reasons for conservation concern at the global and state levels are long-term trend prognoses and threats. Populations continue to decline in many streams (Young et al. 1996); hybridization between this species and non-native trout species (Rainbow trout *Onchorhynchus mykiss*) poses the greatest threat to the elimination of pure populations. Competition with non-native trout species and exotic fish diseases also pose threats, and declines have been hastened by loss of habitat to grazing, clearcutting, water diversions, and stream channelization (Trotter 1987).

The Colorado River cutthroat trout population in Northwater Creek is still intact. We also found this fish in Trapper Creek and East Fork Parachute Creek on NOSR-1 (see Figure 6 and Appendix A), though the population in Trapper Creek was apparently impacted from degraded stream conditions. The lack of shrub cover along the stream likely causes increased water temperatures that are detrimental to the fish. This lack of cover apparently stems from a long history of grazing by domestic livestock.

Version date: March 2006

Rvsd Plan - 00006446

### *Rio Grande cutthroat trout (Oncorhynchus clarki virginalis)*

Taxonomy
Class: Osteichthyes
Order: Salmoniformes
Family: Salmonidae
Genus: *Oncorhynchus*



Taxonomic Comments: Rio Grande cutthroat trout are closely related to Greenback River cutthroat trout (*Oncorhynchus clarki stomias*) and Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*). Rio Grande cutthroat trout hybridize with various species and subspecies of the genus *Oncorhynchus* and therefore local cutthroat populations can range in appearance from "pure-looking" to obvious hybrids (U.S. Fish and Wildlife Service 1998). Genetic variation is under study by D. Shiozawa and R. Evans at BYU (Starnes 1995).

CNHP Ranking: G4T3 S3



*Colorado Distribution*

State/Federal Status: BLM and Forest Service Sensitive Species; State of Colorado Species of Concern.

Phenology: *Oncorhynchus clarki virginalis* spawn from March through July, depending on water temperature (Sublette et al. 1990). In colder waters, growth is slow, and age at maturity may be 4 years (Rinne 1995).

Global Range: The historic range of *Oncorhynchus clarki virginalis* is not definitely known, but it probably encompassed all the colder headwaters in the Rio Grande drainage, including the Chama, Jemez, and Rio San Jose drainages along with those of the Pecos and Canadian drainages (Sublette et al. 1990, Behnke 1992). *Oncorhynchus clarki pleuriticus* may also have occurred in Texas and Mexico (see Behnke 1992). The present range includes New Mexico and Colorado. The southernmost distribution is at Indian Creek in the Lincoln National Forest and Animas Creek in the Gila National Forest, southern New Mexico (Rinne 1995).

State Range: In Colorado, *Oncorhynchus clarki virginalis* is at present limited to a few small headwater tributary streams in the Rio Grande and San Juan national forests in southwestern Colorado. There are also few lake and introduced populations in the forests.

Habitat Comments: Inhabits clear, cold, well-oxygenated mountain streams with moderate gradients, rocky to gravelly substrates, and abundant riparian vegetation; also is found in ponds and lakes (Trotter 1987).

Distribution/Abundance: The total abundance of the Rio Grande cutthroat trout is unknown. Currently they occupy 480 miles of stream and 1,120 acres of lake habitats in Colorado, and 260 miles of stream habitat in New Mexico (USFWS 1998). Approximately 106 populations currently exist in New Mexico, and 161 in Colorado (see USFWS 2002). Some of these populations are hybridized, small, and/or include non-native competing salmonids. At least 30 genetically pure remnant populations are distributed rangewide (USFWS 2002); including transplanted populations, there are about 100 pure populations (USFWS 2002). The United States Fish and Wildlife Service (2002) identified 13 populations that are pure (confirmed by appropriate genetic testing), that have over 2,500 fish, are secured by a barrier, and do not coexist with non-natives. Because of the habitat conditions and tubifex worm scarcity, these 13 populations are not threatened by whirling disease (USFWS 2002).

The Colorado Division of Wildlife has reintroduced the Rio Grande cutthroat trout at many sites in the Rio Grande and San Juan national forests in southwestern Colorado.

Rvsd Plan - 00006447

Known Threats and Management Issues:  The decline in Rio Grande cutthroat trout populations was caused by several factors related to human activities.  The major factor was the introduction of non-native salmonid species (rainbow trout, brook trout, brown trout, and Yellowstone cutthroat trout) into their historic range. Rainbow trout and various cutthroat subspecies readily hybridize with Rio Grande cutthroat trout (Everhart and Seaman 1971, U.S. Fish and Wildlife Service 1998).  Introduced brook trout (Behnke and Zarn 1976, Behnke 1979) and brown trout (Wang 1989) tend to outcompete and ultimately displace Rio Grande cutthroat trout. Finally, because cutthroat trout are more easily caught than other salmonid species, harvest by anglers may have played an important role in reducing Rio Grande cutthroat populations, particularly in waters where non-native species were present with Rio Grande cutthroat trout (U.S. Fish and Wildlife Service 1998).

Other factors that contributed to the decline of Rio Grande cutthroat trout populations also were associated with the human settlement and development of the Southern Rockies.  Exploitation of land, water, minerals, timber resources, and fisheries adversely affected Rio Grande cutthroat trout and their habitat (U.S. Fish and Wildlife Service 1998).  The diversion of streams and the removal of water for irrigation of agricultural lands had major impacts on the ecology and hydrology of waters occupied by Rio Grande cutthroat trout.

Whirling disease (caused by a microscopic, water-borne parasite *Myxobolus cerebralis*), which causes skeletal deformities and ultimately death in trout species is also a concern within the current range of the Rio Grande cutthroat trout.

Potential Conservation Areas supporting *Oncorhynchus clarki virginalis*:

    Adams Fork of Conejos River     on page 192  
    Nabor Creek     on page 169

Version date: June 2003

Source: Upper San Juan Basin, Sovell et al., 2003

Rvsd Plan - 00006448

## NATURAL COMMUNITIES

### Subalpine fir - Engelmann spruce / Water sedge Forest

#### *Abies lasiocarpa - Picea engelmannii / Carex aquatilis*

**Global rank/State rank:**
G4 / S3
**HGM subclass:** S1/2, R2, R3/4?
**Colorado elevation range:**
7,600-10,100 ft (2,300-3,080 m)
**General Description**
This association is a shaded forest with few to no shrubs and a thick to open carpet of *Carex aquatilis* (water sedge) along the stream banks. It occurs below 10,000 ft (3,000 m) on saturated soils along narrow streams and adjacent to willow carrs and sedge fens. The undergrowth of this association is dominated by *Carex aquatilis* (water sedge) with *Calamagrostis canadensis* (bluejoint reedgrass) as an occasional a co-dominant.
In Colorado, this association occurs on the margins of subalpine willow carrs and sedge fens and adjacent to moderate gradient, narrow streams. Soils are organic or sandy clay loams.
**Vegetation Description**
*Picea engelmannii* (Engelmann spruce) is usually the dominant overstory species in this plant association with 13-35% cover. *Abies lasiocarpa* (subalpine fir) can also be present with 7-70% cover. At lower elevations, *Populus angustifolia* (narrowleaf cottonwood), *Populus tremuloides* (quaking aspen) and even *Populus* x *acuminata* (lanceleaf cottonwood) may be present and mixed with the conifer overstory. The shrub cover is minor but diverse, with *Lonicera involucrata* (twinberry honeysuckle), *Juniperus communis* (common juniper), *Salix bebbiana* (Bebb willow), *Salix monticola* (mountain willow), *Salix planifolia* (planeleaf willow), and *Betula occidentalis* (river birch).The herbaceous understory dominated by 10-80% cover of *Carex*
 *aquatilis* (water sedge) is the diagnostic indicator vegetation layer for this association. No
other single herbaceous species exceeds it in abundance. Forbs can be abundant or sparse.
**Ecological Processes**
The *Abies lasiocarpa-Picea engelmannii/Carex aquatilis* plant association is considered to be a climax community when it occurs along the edges of wet willow carrs and sedge fens. One theory of succession suggests that as ponds begin to dry, a fibrous mat forms, allowing terrestrial species such as sedges to become established. As ponds continue to fill in and the water level lowers, *Carex aquatilis* becomes the dominant sedge. As the area dries more and the water table lowers, conifers such as *Abies lasiocarpa* and *Picea engelmannii* become established.

### Subalpine fir - Engelmann spruce / Tall fringed bluebells Forest

#### *Abies lasiocarpa - Picea engelmannii / Mertensia ciliata*

**Global rank/State rank:**
G5 / S5
**HGM subclass:** S1/2?, R2, R3/4
**Colorado elevation range:**
8,200-11,500 ft (2,500-3,500 m)
**General Description**
This association is a heavily shaded forest with no shrubs and a thick line of wildflowers lining the stream edge. It is a common community in the subalpine zone along first- and second-order streams. *Mertensia ciliata* (tall fringed bluebells) is nearly always present but can be absent. Other forbs consistently present include *Cardamine cordifolia* (heartleaf bittercress), *Saxifraga odontoloma* (brook saxifrage) and *Senecio triangularis* (arrowleaf ragwort). *Salix drummondiana* (Drummond willow), *Lonicera involucrata* (twinberry honeysuckle), and *Ribes* (currant) species can be present, but with less than 10% cover. At high elevations, *Vaccinium myrtillus* (whortleberry), typically an upland species, can intergrade with this riparian plant association on the stream banks. This is a common plant association throughout the southern Rocky Mountains of Colorado and occurs in all mountain ranges and National Forests in Colorado, comprising approximately 2,000+ miles of stream habitat in Colorado alone.
This association occurs in narrow to wide valleys, 35-350 feet (10-100 m) wide, and is limited to the immediate stream channel edge and overflow areas. It usually establishes within 15 feet (5 m) of the channel and within 2 feet (0.5 m) of channel bankfull height. Typically this association occurs along steep (2-15% gradient), narrow streams, but can also be found along moderate gradient stretches. Soils range from a thin layer of skeletal sandy loams to somewhat deep, mottled loamy sands over colluvial boulders. Total soil depth is never more than 7 feet (2 m), and is typically less than 3 feet (1 m). Consistent in all profiles is a deep, dark brown color and high organic content.
**Vegetation Description**
Either *Picea engelmannii* (Engelmann spruce) or *Abies lasiocarpa* (subalpine fir) is present, although they are not always present together. The tree canopy can be very thick, completely overhanging the stream, or it can be quite open, with a wide gap over the stream. There is generally very little shrub cover. *Vaccinium myrtillus* (whortleberry), can be abundant, but it was present in only a third of the stands sampled. Other shrub species that may be present include *Salix drummondiana* (Drummond willow), *S. planifolia* (planeleaf willow), *S. monticola* (mountain willow), *Alnus incana* ssp. *tenuifolia* (thinleaf alder), *Lonicera involucrata* (twinberry honeysuckle), and several *Ribes* (currant) species.
The dense, mossy forb layer is the diagnostic part of this vegetation type. The forb layer is usually very narrow, often well under 3 ft (1 m) wide, clinging to and undulating with the side of the narrow stream channel. It is species-rich with 20-80%

Rvsd Plan - 00006449

total combined forb cover. No single forb species is consistently present in every stand, however, a distinct suite of species is present in varying combinations.

**Ecological Processes**

Many first- and second-order streams run through subalpine spruce-fir forests providing habitats for obligate riparian shrubs, forbs, and grasses, forming a number of riparian *Abies lasiocarpa - Picea engelmannii* (subalpine fir-Engelmann spruce) plant associations. Although *Abies lasiocarpa* and *Picea engelmannii* are not obligate riparian species, the two species strongly influence subalpine riparian ecosystems.

## Subalpine fir - Engelmann spruce / Currant spp. Forest

### *Abies lasiocarpa - Picea engelmannii / Ribes spp.*

**Global rank/State rank:**
G5 / S3
**HGM subclass:** R2, R3/4?
**Colorado elevation range:**
8,300-12,200 ft (2,500-3,700 m)
**General Description**

The *Abies lasiocarpa-Picea engelmannii/Ribes* spp. (subalpine fir-Engelmann spruce/Currant spp.) association forms a heavily shaded forest with a very open shrub layer of just a few individual shrubs. This association has a wide elevational range, and is a common and facultative riparian community. It occurs along steep or moderate gradient streams where the riparian area is narrow and dominated by species of the surrounding forest. *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce) dominate the tree canopy, while *Ribes* (currant) species dominate the shrub layer.

This is a small community in Colorado, occuring throughout mountainous regions of the state. It has been documented from the Flat Tops Plateau in the White and Colorado River Basins and in the San Juan, Rio Grande, Gunnison, White River, Routt, San Isabel and Pike National Forests. In Colorado, this plant association occurs along narrow to moderately wide streams in steep ravines and valleys. Stream channels are narrow and steep or moderately wide and sinuous with a moderate gradient. Soils are sands or loam over sand, gravel, and cobbles.

**Vegetation Description**

This community is very similar to the *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* plant association, with a similar overstory and herbaceous characteristics. The difference lies in the consistent presence of a shrub layer with *Ribes* spp. often as the dominant species. *Abies lasiocarpa* (subalpine fir) and *Picea engelmannii* (Engelmann spruce) dominate the tree canopy. The shrub layer is dominated by 1-50% cover of usually one and occasionally a mix of any of the following *Ribes* (currant) species: *Ribes inerme* (whitestem gooseberry), *R. lacustre* (prickly currant), *R. montigenum* (gooseberry currant), or *R. wolfii* (Wolf currant). Other shrubs that may be present include *Lonicera involucrata* (twinberry honeysuckle) and *Sorbus scopulina* (mountain ash). Willows may be present along

the stream edge (usually less abundant than the *Ribes*), and can include *Salix drummondiana* (Drummond willow), *S. monticola*, (mountain willow) *S. bebbiana* (Bebb willow), or *S. boothii* (Booth willow). A variable forb layer is present.

**Ecological Processes**

Many first- and second-order streams run through subalpine spruce-fir forests providing habitats for obligate riparian shrubs, forbs, and grasses, forming a number of riparian *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) plant associations. Although *Abies lasiocarpa* and *Picea engelmannii* are not obligate riparian species, the two species strongly influence subalpine riparian ecosystems.

## Subalpine fir - Engelmann spruce / Drummond willow Forest

### *Abies lasiocarpa - Picea engelmannii / Salix drummondiana*

**Global rank/State rank:**
G5 / S4
**HGM subclass:** R2, R3/4
**Colorado elevation range:**
8,400-10,900 ft (2,600-3,300 m)
**General Description**

This association is a heavily forested type found along second and third-order streams above 8,400 ft (2,600 m) where *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests also occur on adjacent hillslopes. Tall *Alnus incana* ssp. *tenufolia* (thinleaf alder) and *Salix drummondiana* (Drummond willow) grow in a thick band along the edge of the stream. At lower elevations, *Alnus incana* is more abundant than *Salix drummondiana*. At mid-elevations, the two shrubs can be codominant.

At higher elevations, *Salix drummondiana* becomes dominant and *Alnus incana* drops out, forming the *Abies lasiocarpa-Picea engelmannii/Salix drummondiana* plant association. *Picea pungens* (blue spruce) is occasionally present at the stream edge and represents a variation of this type.

This common and well-documented plant association occurs in the San Juan Mountains and the Colorado, Gunnison, Arkansas, and South Platte River Basins. It is commonly found on steep (2-25% gradient), narrow (<35 ft, 10 m), first-order streams in moderate to deep V-shaped valleys. The thick shrub canopy is restricted to a narrow band along the rocky stream bank. It can also occur in wider valleys along moderate gradient reaches with channel bottoms that range from bedrock to gravel and one site in the Gunnison River Basin occurs along a braided stream channel. Soils are typically shallow (<3 ft, 1 m) sandy loams to sandy clay loams packed between large angular boulders and cobbles with a thin layer of partially decomposed organic matter under the litter layer.

**Vegetation Description**

This association does not generally form a mosaic and is often the only riparian association along a stream reach. It typically has a dense canopy of 20-90% cover of

Rvsd Plan - 00006450

*Abies lasiocarpa* (subalpine fir) and/or *Picea engelmannii* (Engelmann spruce). *Picea contorta* (lodgepole pine) may be present in drier, early-seral stands. *Salix drummondiana* (Drummond willow) is always present as part of a narrow but dense strip of shrubs. Other shrubs that occur with less frequency include *Salix monticola* (mountain willow), *Salix brachycarpa* (barrenground willow), *Salix planifolia* (planeleaf willow), *Lonicera involucrata* (twinberry honeysuckle), *Alnus incana* ssp. *tenuifolia* (thinleaf alder) and *Cornus sericea* (red-osier dogwood). The dense herbaceous undergrowth is formed by a variety of species.

**Ecological Processes**

The dense overstory, thick shrub canopy, and thick forb undergrowth of this association indicate that it is late-seral. High forb cover suggests that with time, further upper canopy closure, and a continued high water table, this association may shift to an *Abies lasiocarpa-Picea engelmannii/Mertensia ciliata* (subalpine fir/bluebells) plant association. With a more open forest canopy, shrubs such as *Alnus incana* ssp. *tenuifolia* (thinleaf alder) or *Salix drummondiana* (Drummond willow) may have higher abundance. Stands with high cover of both *Salix drummondiana* and *Alnus incana* in the understory may be transitional as *Salix drummondiana* replaces *Alnus incana* at higher elevations.

## Thinleaf alder-Drummond willow Shrubland

### *Alnus incana ssp. tenuifolia - Salix drummondiana*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** R2, R3/4
**Colorado elevation range:**
7,300-9,700 ft (2,200-3,000m)
**General Description**
*Alnus incana* ssp. *tenuifolia-Salix drummondiana* (thinleaf alder-Drummond willow) is a relatively common plant association on the Western Slope. The association is generally found along steep-gradient streams with stable, shaded stream banks. This association occurs in the Gunnison, Arkansas, and St. Vrain River Basins and the San Juan and Rio Grande National Forests.

This association occurs along very steep, fast-moving streams in sheer-walled, confined canyons. It also occurs along or within the active channel of moderately to slightly entrenched channels in wider valleys. Stream channels are steep and rocky, less steep with limited floodplains and gravel and cobble bottoms, or wide and sinuous. Soils of this association are highly variable, but most are stratified alluvium with buried A horizons. Stands with a rich, herbaceous undergrowth have a thick layer, 5-10 inches (10-30 cm), of fine sandy loam and sandy clay loam over a coarse alluvial deposit. Stands with little shrub cover and herbaceous growth have coarse, skeletal soils without an accumulated fine layer at the surface.

**Vegetation Description**
This plant association is characterized by a dense, closed canopy of *Alnus incana* ssp.

*tenuifolia* (thinleaf alder) and *Salix drummondiana* (Drummond willow) bordering the stream. Other willows that may be present include *Salix monticola* (mountain willow), *S. boothii* (Booth willow), *S. exigua* (sandbar willow), *S. lucida* (ssp. *caudata* or ssp. *lasiandra*) (shining willow), and *S. geyeriana* (Geyer willow). Other shrubs occasionally present include *Lonicera involucrata* (twinberry honeysuckle), *Ribes inerme* (whitestem gooseberry), *Cornus sericea* (red-osier dogwood), *Rosa woodsii* (Woods rose), *Amelanchier utahensis* (Utah serviceberry), *Acer glabrum* (Rocky Mountain maple), *Symphoricarpos oreophilus* (mountain snowberry), and *Ribes montigenum* (gooseberry currant). Some stands have a rich herbaceous understory that includes *Oxypolis fendleri* (Fendler cowbane), *Heracleum maximum* (common cowparsnip), *Equisetum pratense* (field horsetail), *Mertensia ciliata* (tall fringed bluebells) *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), and *Angelica ampla* (giant angelica). In some stands, the herbaceous undergrowth is sparse (less than 10% cover) due to shading and floodscouring.

**Ecological Processes**
The *Alnus incana* ssp. *tenuifolia-Salix drummondiana* (thinleaf alder-Drummond willow) plant association is an early to midseral community restricted to stream margins, rarely forming large, extensive stands. Both species are prolific seed producers and are the first to colonize coarse-textured cobble bars and recently scoured alluvial surfaces. When young, these shrubs are flexible, can tolerate most flood events, and readily resprout. With time, *Salix drummondiana* may become more abundant by taking advantage of the nitrogen-rich soils associated with *Alnus incana* ssp. *tenuifolia*.

## Water sedge Herbaceous Vegetation

### *Carex aquatilis*

**Global rank/State rank:**
G5 / S4
**HGM subclass:** S1/2
**Colorado elevation range:**
7,600-11,800 ft (2,300-3,600 m)
**General Description**
*Carex aquatilis* (water sedge) is a common, widespread plant association that can occur as large meadows in high montane valleys or as narrow strips bordering ponds and streams at lower elevations. It occurs in a variety of environmental settings in the montane and subalpine zones. A clear dominance by *Carex aquatilis* and low cover of *C. utriculata* (beaked sedge) or *Pedicularis groenlandica* (elephanthead lousewort) set this plant association apart from closely related types.

This plant association occurs in a variety of valley types, but the largest expanses occur in broad, low-gradient valleys where large snow-melt fed swales and slopes dominate the landscape. It can also grow in fine sediments at the margins of lakes and beaver ponds. The largest occurrences are found adjacent to narrow, deep, sinuous streams. Some stands occur along steep streams, others along wide, shallow streams,

Rvsd Plan - 00006451

as well as where beaver dams and ponds have altered the channel morphology. Soils are mostly deep, dark colored heavy clays, silts or organic layers over more skeletal layers. Soils are often saturated to the surface, and if not, mottling is commonly present within 10 cm of the surface.

**Vegetation Description**

This plant association is characterized by a dense rhizomatous meadow of *Carex aquatilis* (water sedge), usually accompanied by a few other graminoids species such as *Calamagrostis canadensis* (bluejoint reedgrass) or *Deschampsia caespitosa* (tufted hairgrass). *Eleocharis quinqueflora* (fewflower spikerush) can be abundant on organic substrates. *Carex utriculata* (beaked sedge) may be present. When present, *Carex utriculata* (beaked sedge) is usually not more than one third the cover of *C. aquatilis* (water sedge) cover. If it is more than that, the stand may be a *Carex aquatilis - Carex utriculata* (water sedge- beaked sedge) or *Carex utriculata* (beaked sedge) plant association. Forbs are often present, although sometimes inconspicuously. Species include *Epilobium* spp. (willowweed), *Pedicularis groenlandica* (elephanthead bittercress), and *Mertensia ciliata* (tall fringed bluebells).

**Ecological Processes**

Presence of *Carex utriculata* (beaked sedge) may indicate the site has progressed from the more wet *Carex utriculata* community to the current less mesic conditions, and may become dominated by *Salix planifolia* (planeleaf willow) or *Salix wolfii* (Wolf willow). *Carex aquatilis* (water sedge) associations trap sediment from overbank flows which forms a clay pan, eventually raising the water table. This process drives retrogressive succession and a plant association dominated by *Carex utriculata* takes over on these sites.

## Small-head sedge Herbaceous Vegetation
### *Carex illota*

**Global rank/State rank:**
GUQ / S2
**HGM subclass:** S1/2
**Colorado elevation range:**
10,900-12,300 ft (3,320-3,750 m)
**General Description**
This association is found on lake shores, near springs, and below snow patches in a narrow altitudinal range in the lower alpine. It is characterized by a near monoculture of *Carex illota* (small-head sedge), low cover of other graminoids and forbs, and bare ground over at least one-third of the stand. Surface water is present for extended periods during the growing season, but is absent by the end of the growing season in most years.

Sites are flat to gently sloping, stable and snow-covered in winter. Soils from stands in Colorado are loess, with accumulations of organic matter. The average pH of the surface horizon is 5.2. The pH increases with depth; clay and organic matter, moisture retention capacity and available water decrease sharply with depth.

**Vegetation Description**

The *Carex illota* (small-head sedge) association is a seasonally flooded subpolar grassland. *Carex illota* (small-head sedge) often forms a near monoculture, usually with over 50% cover. Other forb and graminoid species that may be present, usually with less than 1% cover include *Carex scopulorum* (mountain sedge), *Juncus drummondii* (Drummond rush), *Carex nigricans* (black alpine sedge), *Caltha leptosepala* (marsh marigold), *Rhodiola rhodantha* (redpod stonecrop), and *Pedicularis groenlandica* (elephanthead lousewort). The shrub *Salix planifolia* (planeleaf willow) may also be present with less than 1% cover. The non-vascular layer is highly developed and almost equally as abundant as the vascular cover.

**Ecological Processes**

This plant association usually occurs under high quality undisturbed conditions with no introduced species, no advanced soil erosion or signs of trampling or soil compaction. Chronic disturbance from overgrazing or recreational use can result in plant trampling, damage or death, and increasing bare ground.

## Smallwing sedge Herbaceous Vegetation
### *Carex microptera*

**Global rank/State rank:**
G4 / S2?
**HGM subclass:** S1/2
**Colorado elevation range:**
8,900-11,700 ft (2,700-3,570 m)
**General Description**
The *Carex microptera* (smallwing sedge) association probably has a wide distribution throughout the state, but is overlooked due to its relatively small patch size. It has been documented from north-central Colorado and the San Juan National Forest in southwestern Colorado. This plant association typically forms small meadows on fine-textured, mesic soils. Its relationship with past heavy grazing may explain the relatively small occurrences. *Carex microptera* (smallwing sedge) typically dominates the association, but other graminoids are usually present and forb cover is minor.

This community is usually associated with meadows and stream terraces in wide, 350-500 ft (100-150 m), low-gradient valleys with narrow and sinuous stream channels. It also occurs near beaver dams and marshes. Soil textures range from fine, stratified alluvial material to clay with a thin organic layer on the surface.

**Vegetation Description**

*Carex microptera* (smallwing sedge) forms a dense graminoid layer with 10-85% cover. Other graminoid species typically have less than 1% cover and include *Juncus triglumis* (threehulled rush), *Juncus castaneus* (chestnut rush), *Juncus longistylis* (longstyle rush), *Deschampsia caespitosa* (tufted hairgrass), *Carex capillaris* (hairlike sedge), *Carex saxatilis* (rock sedge) and other sedge species. Forb cover is usually not more than 20%, and is more commonly less than 5%. Common forb species include

236

*Rhodiola integrifolia* (ledge stonecrop), *Polygonum viviparum* (alpine bistort), *Gentiana algida* (whitish gentian), *Artemisia scopulorum* (alpine sagebrush), *Pedicularis groenlandica* (elephanthead lousewort), *Achillea millefolium* var. *occidentalis* (western yarrow), *Epilobium hornemannii* (Hornemann willowherb), and *Potentilla diversifolia* (varileaf cinquefoil).

**Ecological Processes**

Little is known about the successional status of this plant association, but it appears to be a stable community on moist to wet sites along streams.

## Black alpine sedge - Drummond rush Herbaceous Vegetation

### *Carex nigricans - Juncus drummondii*

**Global rank/State rank:**
GU / S2
**HGM subclass:** S1/2
**Colorado elevation range:**
10,400-11,800 ft (3,170-3,500 m)

**General Description**

The *Carex nigricans-Juncus drummondii* (black alpine sedge-Drummond rush) association is found in small depressions below late-melting snow patches and at the edges of wet sedge fens at high elevations, often at or above treeline. It has primarily been reported from the Indian Peaks area but may be common in other alpine areas of the state. It is not continually flooded, but has a high water table throughout the summer. The association often consists of hummocks of peat with *Carex nigricans* (black alpine sedge) above wetter areas with *Carex aquatilis* (water sedge).

This association occurs in meadows and on streambanks in alpine and subalpine areas. Soils are thin peats overlying gravels and other glacial deposits.

**Vegetation Description**

*Carex nigricans* (black alpine sedge) forms a low mat with high average cover and frequency. Cover is variable, but usually is greater than 50%. *Juncus drummondii* (Drummond rush) is usually present, but with less than 5% cover. Other graminoids, including *Deschampsia caespitosa* (tufted hairgrass), *Phleum alpinum* (alpine timothy), *Festuca brachyphylla* (Colorado fescue), and other *Carex* (sedge) spp. may be present with low cover. Forbs are typically more abundant than associated graminoids. Typical forbs include *Caltha leptosepala* (marsh marigold), *Pedicularis groenlandica* (elephanthead lousewort), *Antennaria media* (Rocky Mountain pussytoes), *Polygonum viviparum* (alpine bistort), *Ligusticum tenuifolium* (Idaho licoriceroot), *Stellaria umbellata* (umbrella starwort) and *Sibbaldia procumbens* (creeping sibbaldia).

**Ecological Processes**

This is a stable association. Soils are saturated during the entire growing season, but are not continually flooded.

## Woolly sedge Herbaceous Vegetation

### *Carex pellita (=lanuginosa)*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** D2/3, S3/4, R5
**Colorado elevation range:**
4,600-9,300 ft (1,400-2,830 m)

**General Description**

*Carex pellita* is the name currently used by the USDA Plants Database for both *Carex lanuginosa* and *Carex lasiocarpa*. These species are recognized separately in Colorado, where *C. lasiocarpa* is much less common than *C. lanuginosa*. The *Carex lasiocarpa* association is ranked as S1 in Colorado and is currently known only from the subalpine fens on the east side of the Park Range.

*Carex pellita (=C. lanuginosa)* (woolly sedge) is a distinctive wetland-indicator sedge that forms small- to medium sized meadows. It occurs in depressions and swales at the saturated edge of stream channels or in standing water. On the eastern plains of Colorado, it can occur under the canopy of cottonwood trees, forming the *Populus deltoides/Carex pellita* (plains cottonwood/wooly sedge) plant association.

This plant association occurs in very wet conditions, generally at the saturated edge of the stream channel or in standing water. Stream channels are sinuous with a moderate gradient. Soils are deep silt loams to clays. Mottling often occurs throughout the profile.

**Vegetation Description**

This plant association is characterized by a nearly monotypic stand of *Carex lanuginosa* (woolly sedge). Other graminoid cover is minor, but includes *Phalaris arundinacea* (reed canarygrass), *Carex nebrascensis* (Nebraska sedge), *Schoenoplectus pungens* (threesquare bulrush), and *Poa pratensis* (Kentucky bluegrass). Scattered forbs include *Mentha arvensis* (wild mint), and *Cirsium arvense* (Canada thistle). *Equisetum arvense* (field horsetail) and *Equisetum hyemale* (scouringrush horsetail) may also be present.

**Ecological Processes**

The *Carex pellita* (woolly sedge) plant association appears to be a fairly stable community because of its strongly rhizomatous roots and well developed soils. In Montana, the *Carex pellita* plant association can be associated with large amounts of *Carex lasiocarpa* (slender sedge). With season-long grazing, *Carex pellita* decreases in abundance, shifting dominance towards *Poa pratensis* (Kentucky bluegrass). In Colorado, stands of *Carex pellita* that occur on stream banks with a consistent water table depth and heavy, cohesive clay soils, appear stable and long-lived as long as the water table level remains consistent.

Rvsd Plan - 00006453

## Beaked sedge Herbaceous Vegetation

### *Carex utriculata*

**Global rank/State rank:**
G5 / S5
**HGM subclass:** D1, D2/3, R2,
S1/2?, S3/4
**Colorado elevation range:**
5,600-11,000 ft (1,700-3,350 m)
**General Description**
The *Carex utriculata* (beaked sedge) plant association is a common wet meadow community that occurs around the edges of montane lakes and beaver ponds, along the margins of slow-moving reaches of streams and rivers, and in marshy swales and overflow channels on broad floodplains. The water table is usually near the surface for most of the growing season. This association is well documented throughout the western states. A clear dominance of *Carex utriculata* over other *Carex* species including *C. aquatilis* (water sedge), sets this association apart from closely related types.

*Carex utriculata* (beaked sedge) grows in standing water or saturated soils. It also occurs along the margins of lakes and beaver ponds. Stream channels are wide and slightly sinuous, to wide and more sinuous. Soils are saturated organics or fine silty clays to clays over cobbles and alluvium. Mottling often occurs within a few centimeters of the surface.

**Vegetation Description**
This plant association is characterized by stands dominated by *Carex utriculata* (beaked sedge). Stands often appear to be nearly pure *Carex utriculata* (beaked sedge), but a variety of other graminoid species may be present as well. *Carex aquatilis* can be abundant, but if equal in cover to *C. utriculata*, see the *Carex aquatilis-Carex utriculata* association on page 336. Other *Carex* (sedge) species present include *Carex lenticularis* (shore sedge) and *C. microptera* (small-wing sedge), but usually with low cover relative to the amount of *C. utriculata* (beaked sedge) present. Other graminoid species that may be present include *Glyceria striata* (fowl mannagrass), *Calamagrostis canadensis* (bluejoint reedgrass), and *Juncus balticus* var. *montanus* (mountain rush). Forb cover is very inconspicuous and can include *Mentha arvensis* (wild mint), *Mimulus guttatus* (seep monkeyflower), and *Geum macrophyllum* (largeleaf avens). Willow carrs (i.e., shrubland thickets) are often adjacent and a few scattered willows will occur within the *Carex utriculata* limiting growth conditions (extremely cold and/or extremely wet), or because of heavy browsing by wildlife or livestock. The elevation of the site determines which willow species are in and adjacent to *Carex utriculata* (beaked sedge) stands. Willow species that are present may include *Salix monticola* (mountain willow), *S. drummondiana* (Drummond willow), *S. geyeriana* (Geyer willow), *S. planifolia* (planeleaf willow), and *S. exigua* (sandbar willow).

**Ecological Processes**
The *Carex utriculata* (beaked sedge) plant association occurs on the wettest sites of the riparian or wetland area, such as low-lying swales, and shallow margins of lakes and ponds, often in standing water. It is an early-seral community and is known to invade margins of newly formed beaver ponds, as well as the freshly exposed silt beds of drained beaver ponds. With time, the *Carex utriculata* plant association will grade into *Carex aquatilis* (water sedge) and *Calamagrostis canadensis* (bluejoint reedgrass) associations.

Successional shifts in species composition can be initiated by a change in the physical environment of the riparian area. Flooding events can result in sediments deposited on the floodplain, raising the surface higher above the water table. As aggradation, or build up, of the floodplain proceeds, the site can become drier and the dominant graminoid cover changes.

Abandoned beaver ponds also go through a similar succession. With time, ponds become silted-in and *Carex utriculata* establishes on the new, saturated substrate. As the site becomes firm and raised above the old pond level, *Carex aquatilis* and willows may become established. With further aggradation and time *Calamagrostis canadensis* may become established in the undergrowth. Depending on site characteristics, various willow species may become established in the overstory as well, creating the *Salix monticola/Carex utriculata* (mountain willow/beaked sedge) plant association or the *Salix geyeriana/Calamagrostis canadensis* (Geyer willow/bluejoint reedgrass) plant association, for example.

Distance from the stream channel can also differentiate the graminoid dominance spatially within the riparian mosaic. *Carex utriculata* commonly occurs at the stream channel or pond edge where the water table is close to or at the ground surface. As the floodplain surface becomes higher with increased distance from the channel edge, the ground becomes slightly less saturated and shifts to mesic meadows of *Carex aquatilis*, or on higher surfaces, to slightly drier meadows of *Calamagrostis canadensis*.

## Few-flower spikerush Herbaceous Vegetation

### *Eleocharis quinqueflora*

**Global rank/State rank:**
G4 / S3S4
**HGM subclass:** S1/2
**Colorado elevation range:**
8,700-12,300 ft (2,650-3,800 m)
**General Description**
The *Eleocharis quinqueflora* (fewflower spikerush) plant association is a uniform peatland community found in upper subalpine and lower alpine wetlands. It is easily recognized by its homogeneity, the presence of usually little more than *Eleocharis quinqueflora* and *Carex aquatilis* (water sedge), and the sparse nature of the vegetation growth. This is a common association of upper subalpine elevations. It is widespread and is well documented throughout the western states.

Rvsd Plan - 00006454

The *Eleocharis quinqueflora* (fewflower spikerush) plant association occurs in high elevation, marshy meadows associated with seeps where the water table is at the soil surface. Valley bottoms are moderately wide to wide and usually have a gentle to moderate gradient (0.4-6%). Adjacent stream channels are narrow and sinuous headwater rivulets with lateral seepage from surrounding toeslopes. This association occurs on peat occasionally as deep as 7 ft (2 m). The soils remain saturated throughout the growing season and may not be very rich in nutrients.

**Vegetation Description**

This plant association is characterized by widely-spaced *Eleocharis quinqueflora* (fewflower spikerush) with *Pedicularis groenlandica* (elephanthead lousewort) often present. *Carex aquatilis* (water sedge) is present in 85% of stands. Other forb and graminoid species present are variable. Some of the more frequently encountered species include *Caltha leptosepala* (marsh marigold), *Carex scopulorum* (mountain sedge), *Carex utriculata* (beaked sedge), *Carex illota* (small-headed sedge), and *Carex jonesii* (Jones sedge).

**Ecological Processes**

*Eleocharis quinqueflora* (fewflower spikerush) is an early colonizer and persists under wet conditions. *Carex aquatilis* (water sedge) can be a co-dominant in this plant association. Grazing can increase the cover of increaser and invader species such as *Agrostis stolonfera* (creeping bentgrass) and *Juncus balticus* var. *montanus* (mountain rush), and will damage the wet soils.

## Blue spruce / Thinleaf alder Woodland

### *Picea pungens / Alnus incana ssp. tenuifolia*

**Global rank/State rank:**
G3 / S3
**HGM subclass:**
R2, R3/4
**Colorado elevation range:**
6,100-10,650 ft (1,900-3,200 m)
**General Description**
The *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association occurs in montane riparian areas in Colorado. It occurs in deep, shaded canyons and narrow valleys along relatively straight stream reaches. It generally forms small patches, but can be continuous for several river miles.
This plant association occurs along narrow to moderately wide floodplains and stream benches in canyons subject to cold air drainage and limited sunlight. Stream channels are steep and narrow, moderately broad and slightly sinuous, or broad and highly sinuous. Soils are generally shallow and range from loamy sand to silty clay loams with heavy organic matter content over gravel, cobbles, and boulders.
**Vegetation Description**
*Picea pungens* (blue spruce) dominates the overstory with 1-70% cover. There are typically many seedling and saplings as well as mature trees. *Abies lasiocarpa*

(subalpine fir) is usually present with up to 50% cover. Other tree species that occurred in half or fewer of the stands sampled include *Picea engelmannii* (Engelmann spruce), *Populus tremuloides* (quaking aspen), *Pinus contorta* (lodgepole pine) and *Pinus ponderosa* (ponderosa pine).
The thick shrub understory is confined to a narrow band lining the stream channel. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) was present in all stands sampled, and ranged in cover from 1 to 80%. Other shrub species present were highly variable, with constancy of less then 40%, but often appearing with abundant cover when present. These shrubs include *Salix drummondiana* (Drummond willow), *Cornus sericea* (redosier dogwood), *Ribes lacustre* (current), *Acer glabrum* (Rocky Mountain maple), *Vaccinium* spp. (whortleberry), *Salix boothii* (Booth willow), and *Salix wolfii* (Wolf willow).
The forb canopy layer is thick, up to 50% total cover and species-rich, often with more than 40 species represented in one stand. Species include *Actaea rubra* (red baneberry), *Conioselinum scopulorum* (Rocky Mountain hemlockparsley), *Oxypolis fendleri* (cowbane), *Geranium richardsonii* (Richardson geranium), *Heracleum maximum* (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Mertensia ciliata* (tall fringed bluebells), *Rudbeckia laciniata* var. *ampla* (cutleaf cornflower), and *Equisetum arvense* (field horsetail).
**Ecological Processes**
In deep, narrow canyons with swift-moving streams and narrow floodplains and benches, *Picea pungens* (blue spruce) appears to be a climax riparian species, and will remain until removed or damaged by a catastrophic flood. In Colorado, the closely related *Picea pungens/Equisetum arvense* (blue spruce/field horsetail) plant association is considered an indicator of frequent flooding. With less frequent flooding, this association may gradually change to a *Picea pungens/Alnus incana* ssp. *tenuifolia* (blue spruce/thinleaf alder) plant association.

## Narrowleaf cottonwood - Blue spruce / Thinleaf alder Woodland

### *Populus angustifolia - Picea pungens / Alnus incana ssp. tenuifolia*

**Global rank/State rank:**
G4 / S4
**HGM subclass:** R2?, R3/4
**Colorado elevation range:**
6,800-9,600 ft (2,070-2,925 m)
**General Description**
This is a common mixed deciduous-evergreen community of montane valleys, where *Populus angustifolia* (narrowleaf cottonwood) and *Picea pungens* (blue spruce) are co-dominant along a stream reach. Frequently, other conifer trees are present, but not as abundant as *Picea pungens* (blue spruce). The shrub understory is typically dense and diverse. *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is almost always present.

Rvsd Plan - 00006455

Only a handful of good condition stands are known, and the community is highly threatened by improper livestock grazing, heavy recreational use, and stream flow alterations.

This association occurs in valleys with narrow to moderately wide floodplains, 30-600 ft (10-200 m), and in deep canyons. This association is commonly found on slightly meandering to meandering floodplains of broad reaches. Occasionally, stands occur along steep reaches. Soils range from shallow sandy loams to silty clay loams and clays over cobbles and boulders. Profiles are generally highly stratified, with layers of fine soils over layers of coarser sediments.

**Vegetation Description**

The upper canopy is dominated by *Populus angustifolia* (narrowleaf cottonwood) and either *Picea pungens* (blue spruce) or *Picea engelmannii* (Engelmann spruce). Other less frequently encountered tree species may also be present and include *Pseudotsuga menziesii* (Douglas-fir), *Abies concolor* (white fir), *Populus tremuloides* (quaking aspen), and *Abies lasiocarpa* (subalpine fir). *Alnus incana* ssp. *tenuifolia* (thinleaf alder) is almost always present in the shrub canopy layer, although cover amounts vary and other shrub species may be more abundant. *Lonicera involucrata* (twinberry honeysuckle) is the most frequently encountered species after *Alnus*. Many other shrub species can occur within this association, including *Amelanchier alnifolia* (Saskatoon serviceberry), *Acer glabrum* (Rocky Mountain maple), *Salix drummondiana* (Drummond willow), *S. exigua* (sandbar willow), *S. lucida* ssp. *caudata* (shining willow), *S. geyeriana* (Geyer willow), *S. boothii* (Booth willow), *Prunus virginiana* (chokecherry), and *Symphoricarpos oreophilus* (mountain snowberry).

The undergrowth is diverse and can be sparse or dense, depending on local conditions. Total herbaceous cover rarely exceeds 40%. *Maianthemum stellatum* (starry false Solomon seal) and *Geranium richardsonii* (Richardson geranium) are frequently found. Graminoid cover is less diverse than forb cover.

**Ecological Processes**

This mixed deciduous-evergreen plant association is a mid-seral community. With continued fluvial activity, such as flooding, channel migration, sediment deposition, and scouring, narrowleaf cottonwood and blue spruce will continue to co-occur along the reach. Gradual and slightly sinuous stream channels that have overbank flow and sediment deposition favor establishment of *Populus angustifolia*. *Picea pungens* is favored along reaches in deep valleys with steep canyon walls that provide conditions for strong cold-air drainage. If the floodplain is no longer active, i.e., is no longer flooded because the stream channel has become lower (surface becomes a terrace) or upstream dams control floods, then cottonwoods will eventually die and the conifers may persist.

**Narrowleaf cottonwood / Thinleaf alder Woodland**

*Populus angustifolia / Alnus incana ssp. tenuifolia*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** R3/4
**Colorado elevation range:**
6,000-9,600 ft (1,830-2,930 m)
**General Description**

The *Populus angustifolia/Alnus incana* ssp. *tenuifolia* (narrowleaf cottonwood/thinleaf alder) plant association is characterized by a dense stand of *Alnus incana* lining the stream bank and an open to nearly closed canopy of *Populus angustifolia*. Other shrubs may occur but *Alnus incana* ssp. *tenuifolia* (thinleaf alder) usually has at least 10-20% cover and is the most abundant of all other shrubs within the stand. It occurs along narrow, fast-moving stream reaches in montane areas.

This plant association occurs on active floodplains in narrow to broad valleys. It forms a narrow, dense band along stream banks and benches. Some of the stands have signs of recent flooding. Stream gradient and channel width are highly variable. Some sites occur along steep, narrow reaches with little sinuosity. Other sites occur along low gradient, moderately sinuous, broad channel reaches, low gradient, highly sinuous reaches, or very narrow and highly sinuous stream sections. Soils are mostly coarse textured ranging from deep sands to shallow sandy loams. Some profiles show stratification with loams to clay loams alternating with sands. Most profiles become skeletal at an average depth of 12 inches (30 cm).

**Vegetation Description**

The dominance of *Populus angustifolia* (narrowleaf cottonwood) and *Alnus incana* ssp. *tenuifolia* (thinleaf alder) are the key diagnostic characteristics of this association. Several other tree and shrub species may be present, but they rarely equal the abundance of the diagnostic species. The overstory is an open to dense canopy of *Populus angustifolia*, which is always present, if sometimes only as sapling-sized individuals. Other tree species that may be present include *Pseudotsuga menziesii* (Douglas-fir), *Juniperus scopulorum* (Rocky Mountain juniper), *Populus tremuloides* (quaking aspen), *Pinus ponderosa* (ponderosa pine), *Populus x acuminata* (lanceleaf cottonwood), *Abies concolor* (white fir), or *Picea pungens* (blue spruce). The shrub understory is dominated by a dense band of *Alnus incana* ssp. *tenuifolia* (thinleaf alder) lining the stream bank. A variety of other shrubs may be present, intermingling with the alder but usually providing less than the total alder cover. Other shrub species include *Salix bebbiana* (Bebb willow), *Salix monticola* (mountain willow), *Salix drummondiana* (Drummond willow), *Salix ligulifolia* (strapleaf willow), *Salix lucida* ssp. *caudata* (shining willow), *Salix exigua* (sandbar willow), *Cornus sericea* (red-osier dogwood), *Rosa woodsii* (Woods rose), *Acer glabrum* (Rocky Mountain maple), and *Betula occidentalis* (river birch).

The herbaceous undergrowth is generally sparse. Herbaceous species include *Poa pratensis* (Kentucky bluegrass), *Taraxacum officinale* (dandelion), *Equisetum arvense* (field horsetail), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Heracleum*

maximum (common cowparsnip), *Maianthemum stellatum* (starry false Solomon seal), *Trifolium repens* (white clover), *Calamagrostis canadensis* (bluejoint reedgrass), *Oxypolis fendleri* (Fendler cowbane), and *Cardamine cordifolia* (heartleaf bittercress).

**Ecological Processes**

The *Populus angustifolia*/*Alnus incana* ssp. *tenuifolia* (narrowleaf cottonwood/thinleaf alder) plant association is considered a mid-seral community (not the youngest and not the oldest stands of cottonwoods within a reach). With time and without flooding disturbance, stands may become dominated by invading conifers from adjacent upland communities such as *Pseudotsuga menziesii* (Douglas-fir), *Juniperus* spp. (juniper), or *Picea engelmannii* (Engelmann spruce).

## Booth willow / Mesic forb Shrubland

### *Salix boothii / Mesic forb*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** S1/2, R2
**Colorado elevation range:**
7,000-9,500 ft (2,130-2,900 m)
**General Description**

The *Salix boothii*/mesic forb (Booth willow/mesic forb) plant association is a tall (4-5 ft, 1-2 m) shrubland that often forms extensive thickets (willow carrs) on broad montane floodplains. This association is common in the northern half of Colorado. This association occurs on wetter sites within the floodplain environment. It is usually found within 2.5 ft (0.75 m) of the water table, but is occasionally located above the channel on low terraces of straighter sections of river. The ground surface is often uneven and hummocky due to past flooding and beaver activity. A narrow to broad, low-gradient floodplain is common along all of the river reaches. Stream channels are steep and narrow, broad and sinuous, narrow and meandering, or recently eroding. Soils are highly stratified with alternating layers of sandy loams and clay loams and mottled within the top 4 inches (10 cm). Others are finely textured, dark-colored, highly organic soils with silty clay loam mottling. Lower profiles contain a gravel or cobble layer which may indicate that the soil section is a silted-in beaver pond.

**Vegetation Description**

*Salix boothii* (Booth willow) forms large stands with a canopy ranging from 20-80% cover. Other shrub species can be as abundant but do not exceed that of *Salix boothii* nor are they consistently present. Other shrub species include *Salix drummondiana* (Drummond willow), *Salix geyeriana* (Geyer willow), *Salix monticola* (mountain willow), *Dasiphora floribunda* (shrubby cinquefoil), *Betula nana (=glandulosa)* (bog birch), and *Alnus incana* ssp. *tenuifolia* (thinleaf alder).

The undergrowth is characterized by a sparse to lush forb layer growing on raised hummocks. No one forb species is dominant, instead several abundant species have a combined cover of 40-60%. Forb species include *Swertia perennis* (star gentian), *Pedicularis groenlandica* (elephanthead lousewort), *Polygonum bistortoides* (American bistort), *Heracleum maximum* (common cowparsnip), and *Achillea*

millefolium var. *occidentalis* (western yarrow). Graminoid cover is typically low (< 20%), but it can be as high as 80%. Graminoid species include *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Calamagrostis canadensis* (bluejoint reedgrass).

**Ecological Processes**

The *Salix boothii* (Booth willow)/mesic forb plant association appears to be a stable and long-lived community on sites that are neither completely saturated nor dry throughout the growing season. The undergrowth of *Salix boothii* dominated associations varies according to the substrate and water regime. Wetter stands have an understory of *Carex utriculata* (beaked sedge), while drier stands may have *Calamagrostis canadensis* (bluejoint reedgrass) and various forb species. It is unclear whether grazing increases the dominance of either mesic forbs or graminoids or if there are subtle environmental differences between sites that contribute to this. With excessive grazing, this community may be replaced by a *Salix boothii/Poa pratensis* (Booth willow/Kentucky bluegrass) type with native forbs once dominant in the *Salix boothii*/mesic forb plant association growing under the protection of shrub bases.

## Drummond willow / Bluejoint reedgrass Shrubland

### *Salix drummondiana / Calamagrostis canadensis*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** S1/2, R2
**Colorado elevation range:**
8,000-9,800 ft (2,400-3,000 m)
**General Description**

The *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association is characterized by a dense canopy of *Salix drummondiana* and a thick undergrowth of *Calamagrostis canadensis*. This association is often associated with beaver activity along streams and can also occur within the riparian mosaic with *Abies lasiocarpa-Picea engelmannii* (subalpine fir-Engelmann spruce) forests. This plant association occurs in scattered locations on the West Slope in the Yampa, Colorado and Gunnison River Basins and in the Routt National Forest.

This plant association occurs as small, isolated patches in forest and shrubland openings along channels in narrow valley bottoms. *Salix drummondiana* (Drummond willow) usually occurs along steep, narrow stream margins. It is often associated with beaver activity and can occasionally occur along low-gradient streams.

**Vegetation Description**

*Salix drummondiana* (Drummond willow) dominates the shrub overstory. Other shrubs can be present and abundant, such as *Salix planifolia* (planeleaf willow) and *Alnus incana* ssp. *tenuifolia* (thinleaf alder). The graminoid layer is dominated by *Calamagrostis canadensis* (bluejoint reedgrass). Other abundant graminoids include *Carex aquatilis* (water sedge), *Carex utriculata* (beaked sedge), and *Glyceria striata*

Rvsd Plan - 00006457

(fowl mannagrass). Forb cover is typically low and includes *Galium boreale* (northern bedstraw), *Geranium richardsonii* (Richardson geranium), and *Mertensia ciliata* (tall fringed bluebells).

**Ecological Processes**
The *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association is often an early colonizer of first-order, boulder-strewn, steep streams. Only a few stands representing the *Salix drummondiana/Calamagrostis canadensis* (Drummond willow/bluejoint reedgrass) plant association have been found in Colorado, and livestock grazing has probably altered the species composition of these stands. This association appears to be limited to saturated wetland environments and therefore may be dependent on beaver populations that maintain a high water table. In addition, near beaver activity, this association may be a mid-successional community that will eventually become a *Salix plan.folia* (planeleaf willow) or *Salix monticola* (mountain willow) type as the area dries slightly and accumulates sediment.

**Geyer willow - Mountain willow / Bluejoint reedgrass Shrubland**
*Salix geyeriana - Salix monticola / Calamagrostis canadensis*

**Global rank/State rank:**
G3 /S3
**HGM subclass:** R2
**Colorado elevation range:**
8,200-9,200 ft (2,500-2,800 m)
**General Description**
The *Salix geyeriana-Salix monticola/Calamagrostis canadensis* (Geyer willowmountain
willow/bluejoint reedgrass) plant association is a tall (4-8 ft, 1.5-2.5 m), deciduous shrubland that occurs in small and large stands interspersed with wet meadows, open stream channels, and beaver ponds. The willow canopy is nearly a homogeneous mix of the two willow species.
This plant association occurs on wide floodplains that are flat or hummocky and occurs within 2 ft (0.5 m) of the channel high water mark. Stream channels are narrow and highly sinuous or braided by beaver activity. Soil textures range from sandy loam to silty clay, with up to 50% organic matter in the upper layers. Water table depths range from 8-25 inches (20-60 cm).
**Vegetation Description**
The shrub canopy is dominated by 22-40% cover of *Salix geyeriana* (Geyer willow) and 15-50% cover of *Salix monticola* (mountain willow). Other shrubs that may be present include *Salix plan folia* (planeleaf willow), *Salix drummondiana* (Drummond willow), *Lonicera involucrata* (twinberry honeysuckle), and *Ribes inerme* (whitestem gooseberry). The undergrowth can be patchy, but generally dominated by *Calamagrostis canadensis* (bluejoint reedgrass). Other herbaceous species that may be present include *Carex aquatilis* (water sedge), *Geum macrophyllum* (largeleaf avens), and *Heracleum maximum* (common cowparsnip).

**Ecological Processes**
Stands dominated by *Salix geyeriana* (Geyer willow) appear to be stable, long-lived communities. *Salix geyeriana* is most stable where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments of broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils and succession to other associations is likely to be slow. Beaver activity is also important in maintaining this association since it may be the last successional community to establish on naturally silted-in beaver ponds.

**Mountain willow / Beaked sedge Shrubland**
*Salix monticola / Carex utriculata*

**Global rank/State rank:**
G3 / S3
**HGM subclass:** S1/2, R2
**Colorado elevation range:**
6,600-10,300 ft (2,000-3,100 m)
**General Description**
The *Salix monticola/Carex utriculata* (mountain willow/beaked sedge) plant association is a tall (5-8 ft, or 1.5-2.5 m), deciduous shrubland with an open canopy of willows and a thick understory of grasses and sedges. It occurs on open floodplains and often occupies the entire valley floor. The undergrowth is dominated by patches of *Carex utriculata* (beaked sedge). This association often includes *Carex aquatilis* (water sedge) and *Calamagrostis canadensis* (bluejoint reedgrass), but is distinguished from the *Salix monticola/Carex aquatilis* (mountain willow/water sedge) and *Salix monticola/Calamagrostis canadensis* (mountain willow/bluejoint reedgrass) associations because *Carex utriculata* is either the clear dominant or most consistently present of the three throughout the stand.
This plant association commonly occurs near beaver ponds. Willows establish on hummocks of higher ground and *Carex utriculata* (beaked sedge) establishes at the pond margins. This association also occurs along wet stream banks and terraces of low gradient (<3%), broad valley bottoms. Stream reaches can be moderately wide with a gentle gradient, wide and meandering, or altered by beaver activity, creating multiple channels. Soils are clay loam, sandy clay loam and heavy silty clay textures with occasional mottling. Some profiles have a buried organic layer. Others have up to 40% organic matter in the top 20 inches (50 cm).
**Vegetation Description**
This association is characterized by a thick canopy dominated by *Salix monticola* (mountain willow) as the matrix species. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrub species that may be present include *Salix geyeriana* (Geyer willow), *Salix brachycarpa* (barrenground willow), *Salix drummondiana* (Drummond willow), *Salix. ligul.folia* (strapleaf willow), and *Salix boothii* (Booth willow). *Carex utriculata* (beaked sedge) is the most abundant graminoid. Other graminoid

Rvsd Plan - 00006458

cover is minor and includes *Carex aquatilis* (water sedge), *Poa pratensis* (Kentucky bluegrass), and *Deschampsia caespitosa* (tufted hairgrass). Total forb cover is generally less than 10%. Forb species include *Cardamine cord.folia* (heartleaf bittercress), *Mertensia ciliata* (tall fringed bluebells), and *Heracleum maximum* (common cowparsnip).

**Ecological Processes**

This plant association requires a high water table and saturated soils for much of the growing season and may be an early successional stage of the *Salix monticola/Carex aquatilis* and the *Salix monticola/Calamagrostis canadensis* associations. *Carex utriculata* (beaked sedge), *Carex aquatilis* (water sedge), and *Calamagrostis canadensis* (bluejoint reedgrass) are common dominant undergrowth of several *Salix* plant associations. These three graminoids indicate different micro-environments, generally separating out along a moisture gradient related to the depth of the water table, and can represent different stages of succession of the floodplain. *Carex utriculata* (beaked sedge) occurs on the wettest sites, such as shallow pond margins, low-lying swales, and overflow channel with the shallowest water tables. *Carex aquatilis* (water sedge) occurs on intermediate sites that have saturated but not inundated soils. *Calamagrostis canadensis* (bluejoint reedgrass) dominates the drier sites with lower water tables.

# Mountain willow / Mesic forb Shrubland

## *Salix monticola / Mesic forb*

**Global rank/State rank:**
G4 / S3

**HGM subclass:** S1/2, R2, R3/4

**Colorado elevation range:**
6,800-10,700 ft (2,070-3,260 m)

**General Description**

The *Salix monticola*/mesic forb (mountain willow/mesic forb) plant association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland with a dense or open canopy and an herbaceous layer dominated by a variety of forbs and grasses. While no single herbaceous species is a clear dominant, total forb cover is generally greater than 30% and exceeds total graminoid cover.

This association occurs along broad, swift-moving streams and active floodplains in narrow to moderately wide valleys. The ground surface is usually undulating, from past flooding or beaver activity. Stands form narrow bands at the stream edge, ranging from 1-6 ft (0.1-2 m) above the channel elevation. In wider valley bottoms, stands occur further from the bank, but never more than 2.5 ft (0.75 m) above the annual high water mark. Most stands occur adjacent to straight, wide, and shallow channels ranging from bedrock to silty-bottomed reaches. A few stands occur on meandering, cobble-bottomed reaches or streams braided by beaver activity. Soils are fine textured sandy clays to silty and sandy clay loams.

**Vegetation Description**

*Salix monticola* (mountain willow) forms a dense to open canopy, and if not the clear dominant, then it is the matrix willow. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrub species that may be present include *Ribes inerme* (whitestem gooseberry), *Salix drummondiana* (Drummond willow), *S. plan.folia* (planeleaf willow), *S. bebbiana* (Bebb willow), *S. geyeriana* (Geyer willow), *S. brachycarpa* (barrenground willow), *S. wo.fii* (Wolf willow), *S. lucida* ssp. *caudata* or *lasiandra* (shining willow), *Alnus incana* ssp. *tenu.folia* (thinleaf alder) and *Lonicera involucrata* (twinberry honeysuckle).

Total forb cover ranges from 10-70%. No one forb species is noticeably more abundant than any other, nor is any species consistently present in all stands. Forb species that may be present include *Heracleum maximum* (common cowparsnip), *Rudbeckia laciniata* var. *ampla* (cutleaf coneflower), *Mertensia ciliata* (tall fringed bluebells), and *Fragaria virginiana* (strawberry). Graminoid cover may be absent or up to 50% cover; in general it does not exceed the total forb cover. Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) and *Carex utriculata* (beaked sedge). Generally, forbs are dominant under shrubs on hummocks and ridges while graminoids dominate the undergrowth in low-lying, wetter swales. Exotic graminoid and forb species include *Poa pratensis* (Kentucky bluegrass), *Tr.folium repens* (white clover), and *Taraxacum c.ficinale* (dandelion).

**Ecological Processes**

*Salix monticola* (mountain willow) dominated plant associations appear to be longlived and stable. They occur on mesic sites that support a diversity of graminoids and forbs. *Salix monticola* appears to grow only where the water table does not drop below 3 ft (1 m) of the surface. It appears to be limited to cold, wet environments in broad valley bottoms at high elevations. Due to the colder environments, organic matter builds up in the soils, and it is likely that succession to other associations is slow. This plant association occurs on mesic sites and supports a rich diversity of forbs. On broad, hummocky floodplains stands can form extensive willow carrs. Sites with a higher abundance of exotic forbs and graminoids may be grazing-induced. At higher elevations, this association grades into the *Salix plan.folia*/mesic forb (planeleaf willow/mesic forb) association.

# Mountain willow / Mesic graminoid Shrubland

## *Salix monticola / Mesic graminoid*

**Global rank/State rank:**
G3 / S3

**HGM subclass:** S1/2, S3/4, R2

**Colorado elevation range:**
6,600-11,000 ft (2,000-3,350 m)

**General Description**

The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant

Rvsd Plan - 00006459

association is a tall (5-8 ft, 1.5-2.5 m), deciduous shrubland, with an open to closed canopy of willows on broad, gentle floodplains, or in narrow canyon bottoms. The herbaceous undergrowth is diverse, with a variety of graminoid and forb species. This association is distinguished from the *Salix monticola*/mesic forb association by having a higher cover of graminoid species. Stands with predominantly non-native graminoid species in the undergrowth are considered grazing-induced. Stands are considered high quality when their undergrowth is predominantly native graminoid species. The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant association dominates stream reaches in narrow to wide valleys, 65-400 ft (20-120 m) wide, with active floodplains and broad, swift-moving streams. Stands usually occur > 2 ft (0.5 m) above the bankfull channel along the stream edge or away from the channel up to 50 ft (15 m). The ground surface is usually undulating due to past flooding or beaver activity. Stream channels can be fairly steep and narrow with cobble beds, moderately wide and sinuous with cobble beds or broad, meandering rivers with a developed floodplain. Some stands also occur along channels that are braided due to beaver activity. Soils are fine textured clay loams and sandy clay loams of varying depths, 4-18 inches (10-45 cm). Mottling and gleyed layers often occur within 5 inches (12 cm) of the ground surface.

**Vegetation Description**
*Salix monticola* (mountain willow) forms a dense to open canopy. If it is not the clear dominant, then it is the matrix willow. The matrix species is the willow with the highest abundance, even though other willow species combined may have greater canopy cover. Other shrubs that may be present at higher elevations include *Salix plan.folia* (planeleaf willow), *S. geyeriana* (Geyer willow), and *S. brachycarpa* (barrenground willow). At lower elevations, other shrubs that may be present include *Salix irrorata* (bluestem willow), *S. lucida* ssp. *caudata* (shining willow), *Alnus incana* ssp. *tenu.folia* (thinleaf alder) and *Dasiphora floribunda* (shrubby cinquefoil). Total graminoid cover ranges from 10-55% and exceeds that of total forb cover. No single species is particularly dominant over the others, and no one species is present in every stand. Graminoid species that may be present include *Poa pratensis* (Kentucky bluegrass), *Juncus balticus* var. *montanus* (mountain rush), *Carex aquatilis* (water sedge), and *Equisetum arvense* (field horsetail). Forb cover ranges from 5-20% and forbs generally are not as abundant as graminoids. Forb species that may be present include *Heracleum maximum* (common cowparsnip), *Fragaria virginiana* (strawberry) and *Achillea mille.folium* var. *occidentalis* (western yarrow). In stands with pronounced hummock micro-topography underneath the willow canopy, graminoids will typically dominate the low-lying swales, while forbs will dominate the better drained hummocks and ridge tops.

**Ecological Processes**
The *Salix monticola*/mesic graminoid (mountain willow/mesic graminoid) plant association appears to be a stable, long-lived community. Stands with an abundance of *Poa pratensis* (Kentucky bluegrass) or *Agrostis stolon.fera* (creeping bentgrass) may be a grazing-induced disclimax. Stands with abundant *Salix plan.folia* (planeleaf willow) may indicate a transition between higher elevational sites dominated by *Salix plan.folia* and lower elevational sites where *Salix monticola* is more abundant.

## Planeleaf willow / Bluejoint reedgrass Shrubland
### *Salix plan.folia / Calamagrostis canadensis*
**Global rank/State rank:**
G4 / S3
**HGM subclass:** S1/2, R1
**Colorado elevation range:**
8,900-11,800 ft (2,700-3,600 m)
**General Description**
The *Salix plan.folia/Calamagrostis canadensis* (planeleaf willow/bluejoint reedgrass) plant association is the least common of the *Salix plan.folia* plant associations. It is frequently grazed to the point of shifting the dominant undergrowth grasses. It may have been more abundant historically.
This is a high elevation wetland plant association, usually occurring in broad, glacial valleys and swales where direct snow melt is the primary moisture source throughout the growing season. Stream channels are wide and moderately sinuous, often associated with beaver ponds. This association also occurs in narrow valleys with sinuous streams and wet floodplains. *Salix plan.folia* shrublands occur on peat or mineral soils, deep clay loams and sandy clay loams, derived from glacial till. The mineral soils can have a high organic content.

**Vegetation Description**
*Salix plan.folia* (planeleaf willow) forms a dense shrub layer with 30-100% cover. Other willow species that may be present include *Salix brachycarpa* (barrenground willow), and *Salix wo.fii* (Wolf willow). *Calamagrostis canadensis* (bluejoint reedgrass) dominates the dense and sometimes rich herbaceous layer. Several *Carex* (sedge) species can also be present including *Carex utriculata* (beaked sedge), *Carex microptera* (smallwing sedge), and *Carex aquatilis* (water sedge). The forb layer can be diverse, but often has less than 20% total cover. Forb species can include *Caltha leptosepala* (marsh marigold), *Cardamine cord.folia* (heartleaf bittercress), *Pedicularis groenlandica* (elephanthead lousewort), and *Mertensia ciliata* (tall fringed bluebells).
247
**Ecological Processes**
*Salix plan.folia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wo.fii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix plan.folia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix plan.folia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more welldrained micro-habitats than *Salix plan.folia*. *Salix wo.fii* grows on deep, undecomposed peat, while *Salix plan.folia* tends to grow on more decomposed (humified) organic soils. *Salix plan.folia* also grows at elevations below the subalpine and becomes a much taller willow due to a longer growing season. In montane elevations, *Salix plan.folia* is often a codominant in *Salix monticola* plant associations. The *Salix plan.folia/Calamagrostis canadensis* association may represent an ecotonal

244

community to the conifer/*Calamagrostis canadensis* community type. In Colorado, *Salix plan.folia/Calamagrostis canadensis* stands have been observed at the ecotone to the conifer/*Calamagrostis canadensis* plant association.

## Planeleaf willow / Marsh-marigold Shrubland
### *Salix plan.folia / Caltha leptosepala*

**Global rank/State rank:**
G4 / S4
**HGM subclass:** S1/2, R1
**Colorado elevation range:**
8,900-11,800 ft (2,700-3,600 m)
**General Description**
The *Salix plan.folia/Caltha leptosepala* (planeleaf willow/marsh marigold) plant association is a common and abundant upper montane and subalpine community occurring on very wet to saturated soils. This association is characterized by lowstature shrubs, less than 2 ft (0.5 m) tall, and a thick carpet of forbs in the undergrowth. There may be scattered patches of other willows present. This is a major subalpine wetland plant association that occurs throughout the Rocky Mountains of Colorado.

This plant association typically occurs in wide, glaciated valleys adjacent to streams. It occurs in swales, depressions, and on slopes where snowmelt runoff saturates soils for much of the growing season. The ground may be flat or uneven with raised hummocks. Stream gradients range from <1% in broad floodplains to 14% in steep snowmelt basins. Stream channels vary. Channels may be steep and narrow, firstorder streams in snow melt basins, relatively wide and straight, narrow, relatively deep, and meandering in broad, glaciated valleys or braided, multiple channels below beaver dams. Soil textures are highly variable. Mineral soils vary along a moisture gradient. Wet sites have soil textures of silty clays and silt loams, while slightly drier sites have loamy sands and sandy loams overlying gravelly alluvium. Some stands occur on well-drained, mineral soils with well-oxygenated water and no mottled or gleyed layers. Other sites have a shallow organic layer overlying a gravel or cobble layer within 10-20 inches (20-50 cm) of the surface. The water table at these sites is usually near the surface throughout the growing season and may be perched by a clay horizon. Still other stands occur on deep, dark clay loams with high organic content or a fibrous layer on top.

**Vegetation Description**
*Salix plan.folia* (planeleaf willow) may form nearly pure stands with 10-100% cover. Other willows that may be present at lower elevations include *Salix geyeriana* (Geyer willow) and *S. monticola* (mountain willow). At higher elevations, other shrubs that may be present include *Salix brachycarpa* (barrenground willow) on drier sites, or *Betula nana* (=*glandulosa*) (bog birch) and *Salix wo.fii* (Wolf willow) on wetter sites. *Picea engelmannii* (Engelmann spruce) is occasionally scattered throughout the stand.

Typically, the willow canopy is nearly closed and an herbaceous undergrowth occurs only in openings between willow patches. The undergrowth is characterized by an abundance of forbs with few graminoids. *Caltha leptosepala* (marsh marigold) is usually present. Other wet species such as *Trollius laxus* (American globeflower), *Cardamine cord.folia* (heartleaf bittercress), *Senecio triangularis* (arrowleaf ragwort), *Mertensia ciliata* (tall fringed bluebells), *Pedicularis groenlandica* (elephanthead lousewort) and *Rhodiola rhodantha* (redpod stonecrop) are also indicators of this type. Graminoid species that may be present include *Calamagrostis canadensis* (bluejoint reedgrass) and *Carex aquatilis* (water sedge).

**Ecological Processes**
*Salix plan.folia* (planeleaf willow), *S. brachycarpa* (barrenground willow) and *S. wo.fii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix plan.folia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix plan.folia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more well-drained micro-habitats than *Salix plan.folia*. *Salix wo.fii* grows on deep, undecomposed peat, while *Salix plan.folia* tends to grow on more decomposed (humified) organic soils. *Salix plan.folia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. In montane elevations, *Salix plan.folia* is often a co-dominant in *Salix monticola* plant associations. This association occurs in wet swales that are saturated throughout most or all of the growing season. It is a long-lived, stable association that changes through fluctuations in the water table and degree of soil saturation.

## Planeleaf willow / Water sedge Shrubland
### *Salix plan.folia / Carex aquatilis*

**Global rank/State rank:**
G5 / S4
**HGM subclass:** S1/2
**Colorado elevation range:**
8,300-11,700 ft (2,530-3,560 m)
**General Description**
The *Salix plan.folia/Carex aquatilis* (planeleaf willow/water sedge) plant association is a low-stature willow shrubland that grows in wet to saturated soils, ususally above 9,000 ft (2,800 m). It is a common plant association of subalpine glacial valleys. *Salix plan.folia* occasionally mixes with *Salix brachycarpa* (barrenground willow) or *Salix wo.fii* (Wolf willow) at higher elevations and grades into taller willow carrs with *Salix monticola* (mountain willow) at lower elevations. This plant association is a common type and occurs throughout the Rocky Mountains of Colorado.

This plant association occurs in wide, wet valleys on snow-melt fed swales. It also occurs in narrow valleys with sinuous streams and wet floodplains associated with

245

beaver ponds. Stream channels are wide and moderately sinuous, narrow and sinuous, or highly braided by beaver activity. Soils have an organic peat top layer over mineral silty clays, heavy silty clay loams, silty loams, sandy loams, or loamy sands. Mottling is often evident.

### Vegetation Description

This plant association is characterized by low-stature (1.5-5 ft; 0.5-1.5 m) *Salix plan folia* (planeleaf willow). Other willows that may be present include *Salix monticola* (mountain willow), *Salix wo fii* (Wolf willow), *Salix boothii* (Booth willow), *Salix geyeriana* (Geyer willow), and *Salix drummondiana* (Drummond willow)

The herbaceous undergrowth is dominated by *Carex aquatilis* (water sedge). Other graminoid species that may be present include *Carex utriculata* (beaked sedge), *Calamagrostis canadensis* (bluejoint reedgrass), and *Deschampsia caespitosa* (tufted hairgrass). Total forb cover is often less than 30%. Species that may be present include *Caltha leptosepala* (marsh marigold), *Cardamine cord folia* (heartleaf bittercress), *Pedicularis groenlandica* (elephanthead lousewort), and *Conioselinum scopulorum* (Rocky Mountain hemlockparsley).

### Ecological Processes

*Salix plan folia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wo fii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. *Salix plan folia* and *Salix brachycarpa* can form extensive stands, often creating intricate mosaics in broad, subalpine valleys. In general, *Salix plan folia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is often found on slightly drier and more well-drained micro-habitats than *Salix plan folia*. *Salix wo fii* grows on deep, undecomposed peat, while *Salix plan folia* tends to grow on more decomposed (humified) organic soils. *Salix plan folia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. At montane elevations, *Salix plan folia* is often a co-dominant in *Salix monticola* plant associations.

The *Salix plan folia/Carex aquatilis* (planeleaf willow/water sedge) plant association occurs in wet swales that are saturated throughout the growing season. The dense canopy layers and thick undergrowth indicate stable conditions. Both *Carex aquatilis* (water sedge) and *Caltha leptosepala* (marsh marigold) can tolerate saturated soils, and occasionally they co-dominate the undergrowth.

## Planeleaf willow / Mesic forb Shrubland

## *Salix plan folia / Mesic forb*

**Global rank/State rank:**
G4 / S4
**HGM subclass:** S1/2, R2
**Colorado elevation range:**
8,900-12,100 ft (2,700-3,700 m)

### General Description

The *Salix plan folia*/mesic forb (planeleaf willow/mesic forb) plant association is a low stature (<2 ft, 0.5 m) shrubland with abundant and diverse forbs under the willow canopy. It is a common community of the sublapine and lower alpine areas. It occurs on mesic soils. This plant association typically occurs in wide, glaciated valleys adjacent to streams. It occurs in swales, depressions and on slopes where snow melt runoff saturates soils for much of the growing season. The ground may be flat or uneven with raised hummocks. Stream gradients range from <1% in broad floodplains to 14% in steep snowmelt basins. Stream channels vary. Channels may be steep and narrow, first-order streams in snow melt basins, relatively wide and straight, narrow, relatively deep, and meandering in broad, glaciated valleys or braided, multiple channels below beaver dams.

Soil textures are highly variable. Mineral soils vary along a moisture gradient. Wet sites have soil textures of silty clays and silt loams, while slightly drier sites have loamy sands and sandy loams overlying gravelly alluvium. Some stands occur on well-drained, mineral soils with well-oxygenated water and no mottled or gleyed layers. Other sites have a shallow organic layer overlying a gravel or cobble layer within 10-20 inches (20-50 cm) of the surface. The water table at these sites is usually near the surface throughout the growing season and may be perched by a clay horizon. Still other stands occur on deep, dark clay loams with high organic content or a fibric or hemic layer on top.

### Vegetation Description

*Salix plan folia* (planeleaf willow) often forms nearly pure stands. Other willows that may be present include *Salix monticola* (mountain willow), *S. brachycarpa* (barrenground willow), *S. boothii* (Booth willow), *S. drummondiana* (Drummond willow), and *S. wo fii* (Wolf willow). *Picea engelmannii* (Engelmann spruce) can occur along the outer edges of the stand.

Typically, the willow canopy is nearly closed and an herbaceous undergrowth occurs only in openings between willow patches. The undergrowth is characterized by an abundance of forbs with few graminoids. Forb species include *Achillea mille folium* var. *occidentalis* (western yarrow), *Mertensia ciliata* (tall fringed bluebells), and *Senecio triangularis* (arrowleaf ragwort).

### Ecological Processes

*Salix plan folia* (planeleaf willow), *Salix brachycarpa* (barrenground willow) and *Salix wo fii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. In general, *Salix plan folia* occupies the wettest micro-habitats on peat soils, although it can grow well on mineral soils. *Salix brachycarpa* is more often found on slightly drier and more well-drained microhabitats than *Salix plan folia*. *Salix wo fii* grows on deep, undecomposed peat, while *Salix plan folia* tends to grow on more decomposed (humified) organic soils. *Salix plan folia* also grows at elevations below the subalpine, and becomes a much taller willow due to a longer growing season. In montane elevations, *Salix plan folia* is often a co-dominant in *Salix monticola* plant associations.

The *Salix plan folia*/mesic forb (planeleaf willow/mesic forb) plant association occurs in wet swales that are saturated throughout most or all of the growing season. It is a

Rvsd Plan - 00006462

long-lived, stable association that changes with fluctuations in the water table and degree of soil saturation. The *Salix plan folia*/mesic forb association may be a grazing-induced phase of the *Salix plan folia/Caltha leptosepala* (planeleaf willow/marsh marigold) association. Many stands in the Routt National Forest are heavily grazed and contain a high number of exotic and increaser species such as *Taraxacum c ficinale* (dandelion) and *Fragaria virginiana* (strawberry). Other stands in Colorado, however, do not show an increase in non-native species.

## Wolf willow / Mesic forb Shrubland
### *Salix wo fii / Mesic forb*
**Global rank/State rank:**
G3 / S3
**HGM subclass:** S1/2, R1
**Colorado elevation range:**
7,900-11,000 ft (2,400-3,400 m)
**General Description**
The *Salix wo fii*/mesic forb (Wolf willow/mesic forb) plant association occurs at mid to upper montane and lower subalpine elevations. It frequently covers wide, open, gently sloping areas near first- and second-order streams. It can be recognized by the generally dense layer of low-growing, silvery *Salix wo fii* (Wolf willow) dominating the overstory with a variety of mesic forbs and some graminoids in the undergrowth. In Colorado, *Salix wo fii* (Wolf willow) grows in small patches and does not form as large, expansive willow carrs (i.e., shrubland thickets) like *Salix plan folia* (planeleaf willow). *Salix wo fii* often forms a mosaic with stands of *S. plan folia*, *S. brachycar pa* (barrenground willow) and open *Carex* spp. (sedge) meadows.
This association occurs in wide mountain valleys, along first- second-order streams on well-drained slopes and hummocks on the valley floor. The water table is usually within the top 3 ft (1 m) of soil and groundwater slowly seeps to the surface. Stream channels are narrow, relatively deep and sinuous. The soils may be saturated in the spring and early summer, but dry somewhat during the summer as the water table drops. Soil textures often have a high organic content and are silty clays, silty clay loams, silty loams, or deep sandy clays, clay loams, and sandy clay loams over gravels and rocks. Some stands have a loamy horizon underlain by a clay horizon.
**Vegetation Description**
*Salix wo fii* (Wolf willow) dominates the shrub layer with 10-90% cover. Other willow species that may be present include *Salix plan folia* (planeleaf willow), *Salix boothii* (Booth willow), and *Salix geyeriana* (Geyer willow). Total forb cover exceeds that of total graminoid cover. No single forb species is particularly more abundant than any other, and no one species is present in every stand. Forb species that may be present include *Caltha leptosepala* (marsh marigold), *Mertensia ciliata* (tall fringed bluebells), *Senecio triangularis* (arrowleaf ragwort), *Ligusticum porteri* (Porter licoriceroot), *Fragaria virginiana* (strawberry), *Cardamine cord folia* (heartleaf bittercress), *Geum macrophyllum* (large-leaved avens), and *Heracleum maximum*

(common cowparsnip). Graminoid species present are diverse, yet generally have a low cover relative to the amount of total forb cover. Graminoid species may include *Deschampsia caespitosa* (tufted hairgrass), *Calamagrostis canadensis* (bluejoint reedgrass), and various *Carex* (sedge) species.
**Ecological Processes**
*Salix plan folia* (planeleaf willow), *Salix brachycar pa* (barrenground willow) and *Salix wo fii* (Wolf willow) are abundant low-stature willows of first- and second-order streams of subalpine elevations of Colorado. Stands of *Salix wo fii* are less frequently encountered, and are usually limited in size. *Salix wo fii* grows on deep, undecomposed peat, while *Salix plan folia* tends to grow on more decomposed (humified) organic soils.
When non-native and increaser species are abundant, the *Salix wo fii*/mesic forb association may be a grazing-induced phase of the *Salix wo fii/Carex aquatilis* (Wolf willow/water sedge) association. Many stands in the Routt National Forest are heavily grazed and contain a high number of exotic and increaser species such as *Taraxacum c ficinale* (dandelion) and *Fragaria virginiana* (strawberry). However, other stands in Colorado without abundant increaser or non-native species do not appear to be grazing induced.

Rvsd Plan - 00006463

**PLANTS**
*Eriophorum altaicum ssp. neogaeum (Altai cottongrass)*

**Taxonomy**
Class: *Monocotyledoneae*
Order: *Cyperales*
Family: *Cyperaceae*
Genus: *Eriophorum*

**Taxonomic Comments**: A more common, closely related plant, the narrowleaf cottongrass (*E. angust.folia*), has multiple heads and leaf blades nearly as long as the stems. It is closely related to plants found in Siberia (Weber and Wittman 1986).

**CNHP Ranking:** G4?T3? S3

**State/Federal Status**: Forest Service Sensitive

**Description:** The plants are rhizomatous, with solitary white fleecy heads on the tops of the stems, and lacking well-developed leaf blades (Weber 1996).



*Eriophorum altaicum* var. *neogaena*. Photograph copyright© CNHP by P. Lyon

**Habitat Comments**: Altai cottongrass grows in wet meadows, fens, and around ponds, usually above or at treeline. It is often associated with elephant-head Pedicularis (*Pedicularis groenlandica*), tufted hairgrass (*Deschampsia cespitosa*), marsh marigold (*Caltha leptosepala*), mosses and sedges. It grows in patches in wetlands at high elevations, often associated with water sedge (*Carex aquatilis*), marsh marigold (*Caltha leptosepala*), elephant head (*Pedicularis groenlandica*) and tufted hairgrass (*Deschampsia cespitosa*). In San Juan County, it is sometimes associated with iron fens.

**Global Range**: *Eriophorum altaicum* var. *neogaeum* is the New World variety of a circumpolar species. In North America, it occurs in Colorado, Montana, Utah, Wyoming and British Columbia.

**State Range**: Altai cottongrass occurs in 10 counties: Eagle, Gunnison, La Plata, Mineral, Park, Pitkin, Saguache, San Juan and San Miguel.



Distribution in Colorado

**Distribution/Abundance**: There are 38 known occurrences in Colorado, in ten counties. Several locations have over a thousand individuals.

**Known Threats and Management Issues**: Threats appear to be limited for this species; however, local

248

trampling may affect easily accessed occurrences.  The primary management issue is maintaining the natural hydrologic regime of the wetlands in which it occurs.

Version date: May 2004

Weber, W.A. and Ronald Wittmann. 1996. Colorado Flora: Western Slope. University Press of Colorado.

Rvsd Plan - 00006465



**ELSEVIER**

Geomorphology 13 (1995) 255–269



# Sedimentation rates and patterns in beaver ponds in a mountain environment

David R. Butler [a], George P. Malanson [b]

[a] *Department of Geography, University of North Carolina, Chapel Hill, NC 27599-3220, USA*
[b] *Department of Geography, University of Iowa, Iowa City, IA 52242, USA*

Received 28 September 1994; revised 2 January 1995; accepted 5 January 1995

## Abstract

Sediment depth was measured at several sites within each of eight beaver ponds in Glacier National Park, Montana, and sediment samples were collected from five of these ponds. Accumulation rates of sediments far exceeded published rates from boreal forest landscapes in eastern and central North America. Pond area strongly predicts volume of sedimentation. Textural differences illustrated spatial variations associated with position in a pond and along a pond sequence. Organic matter content was significantly higher in older ponds, and has ramifications for the development of the benthos and the long-term storage of matter in ponds. The role of beavers as biogeomorphic agents is profound, but requires further elucidation to distinguish between fluvial sediment deposition in ponds and sediment deposition associated with beaver excavational activity.

## 1. Introduction

The intersection of geomorphology and landscape ecology has become a frontier of research in recent years. Two areas of research which are of themselves of considerable interest can better be studied together within this approach: the sediment budgets and vegetation dynamics of riparian corridors (Hupp and Osterkamp, 1985; Hupp and Simon, 1991). Beaver (*Castor canadensis*) are known to have a great impact on hydrology, geomorphology, and vegetation, but the interaction of these factors has not been studied. An understanding of this relationship is important because beaver populations are increasing in many parts of North America and Europe, and information on their effects on riparian vegetation and sediment yields can help predict their impact on water quality, wildlife habitat, and biodiversity.

Our work is proceeding to test for differences in sediment pattern, vegetation pattern, vegetation/sediment relations, and landscape pattern, in areas with and without beaver. This topic is underrepresented in the literature on beaver geomorphology and sedimentation. Here, we examine the rates and volume of sedimentation occurring in recently constructed beaver ponds of known age in the northern Rocky Mountains of Glacier National Park, Montana, USA. We describe how these factors vary by pond-site type, by position within a downstream chain of ponds, and by consideration of carbon dynamics. Carbon dynamics may confound interpretations of rates and volumes of sedimentation over long periods. We compare our data to studies from the boreal forest of eastern and central North America.

## 2. Background

Before the arrival of European settlers, the North American beaver population is estimated to have ranged from 60 to 400 million (Novak, 1987; Naiman

0169-555X/95/$09.50 © 1995 Elsevier Science B.V. All rights reserved
*SSDI* 0169-555X(95)00031-3

*D.R. Butler, G.P. Malanson / Geomorphology 13 (1995) 255–269*



Fig. 1. (a) Beaver dam ca. 2 m high, separating pond $A_u$ (left) from pond $A_l$. (b) Low dam impounding the third pond (pond $B_l$) in a > 5-pond sequence adjacent to the Middle Fork of the Flathead River.

et al., 1988; Butler, 1991a) over a range of about 15 million $km^2$. The subsequent decline of the beaver due to overharvesting and drainage of wetlands is well-documented (Naiman et al., 1988; Butler, 1991a, b). Since the beginning of the twentieth century, however, stronger conservation laws and changing fashions have allowed beaver populations to rebound. Beavers now occupy virtually all of their former range, but at a density of only about 10% of the pre-European level; population estimates range from about six to twelve million beavers (Naiman et al., 1988).

Beavers profoundly affect the hydrologic regime of streams by the construction of dams and resulting step–pool sequences along a stream's longitudinal course, stepping down flow velocity and thereby reducing erosion potential and inducing sediment deposition (Apple et al., 1985; Bergstrom, 1985; Maret et al., 1987; Marston, 1994). Dams are constructed primarily of wood and mud (Fig. 1), and their size and shape varies with typically concave-upstream arches the usual pattern (Warren, 1905; Dugmore, 1914; Ives, 1942), falling in a size range of 15–70 m long and 1–

Rvsd Plan - 00006467

2 m wide. Dam heights tend to be widely variable (McComb et al., 1990).

Dam density per km of stream also varies widely throughout North America. Reports from coastal (Leidholt-Bruner et al., 1992) and semi-arid eastern (McComb et al., 1990) Oregon cite low densities of 1.2 dam $km^{-1}$ and 1 dam per 7 km of stream, respectively. In subalpine valleys of Colorado, Ruedemann and Schoonmaker (1938) reported 46 dams along a 5.75 mile stretch of stream, or about 5 dams per kilometer. Naiman et al. (1988) cited a figure of 2.5 dams $km^{-1}$ in the boreal regions of northern Minnesota and 10.6 dams $km^{-1}$ in southeastern Quebec. Townsend (1953) and Butler and Malanson (1994) each encountered over 5 dams per 200 m of stream in separate study areas in the Rocky Mountains of northwestern Montana. Woo and Waddington (1990) counted an average of 14.3 dams $km^{-1}$ in subarctic wetlands along the western shore of James Bay in northern Ontario.

## 3. Sedimentation in beaver ponds

From the earliest geomorphic literature on beaver ponds, it has been suggested that their ultimate fate is infilling with sediment over the course of decades to centuries (Warren, 1905; Ruedemann and Schoonmaker, 1938; Ives, 1942). The term "beaver meadow" has been applied to organic-rich meadows presumably formed in this fashion; in the southwestern United States, the term *vega* refers to the same feature (Dalquest et al., 1990). Ruedemann and Schoonmaker (1938, p. 525) went so far as to suggest that "the fine silt gathered in the beaver ponds has produced the rich farm land in the valleys of the wooded areas of the northern half of North America".

Ives (1942, pp. 196–197) provided one of the first in-depth descriptions of beaver-pond sediment, describing them as: "the normal gravels, sands and silts of any drainage area, with the usual admixture of organic debris. Very shortly after deposition, however, the sediments are firmly bound together by the roots of grasses and swamp-land brush, forming a matted zone of material which is surprisingly resistant to further erosion. Accumulations of humic acid in the subsurface portions of this pond fill inhibit decay, so that the filled beaver pond becomes a lasting feature of the valley floor". The sediments described by Ives were deposited



Fig. 2. Hypothetical diagram of the sediment and carbon pathways in a typical beaver pond (cf. Walker and Snodgrass, 1986; Baker et al., 1991).

in a typically deltaic fashion with bottom, foreset, and topset beds.

Dalquest et al. (1990) suggested that the sediments deposited in the deeper waters of beaver ponds tend to be stratified, dark in color, and rich in fossil shells, whereas *vega* sediments are largely deposited above the water table, initiating swift decomposition of organic matter and resulting in pale and unstratified sediments. These stratified units correspond to what limnologists refer to as the anaerobic zone and the aerobic zone, respectively (also see Johnston and Naiman, 1987), due to the stratification in oxygen demand. It is not clear if Dalquest et al.'s *vega* sediments included samples from the Sediment Boundary Layer and the Benthic Nepheloid Layer (Fig. 2).

Rains (1987) described actual sediments comprising a buried mid-Holocene beaver dam. Gravel and finer-grained alluvium formed a matrix for the wood of the dam, which rested on a sharp erosional contact with underlying bedrock (Rains, 1987, p. 272). Buried and preserved beaver dams were also briefly described by Ives (1942).

Many studies of methanogenesis, nitrogen cycling, and elemental concentration in the sediments of beaver ponds of the boreal forest of eastern North America also provide useful geomorphic information on sediment deposition (Naiman and Melillo, 1984; Francis

et al., 1985; Maret et al., 1987; Ford and Naiman, 1988; Devito et al., 1989; Yavitt et al., 1990; Balch and Jones, 1991; Naiman et al., 1991; Pinay and Naiman, 1991; Naiman et al., 1994; Yavitt et al., 1992; Bubier et al., 1993). Reports of catastrophic beaver-dam outburst floods (Rupp, 1955; Butler, 1989; Kondolf et al., 1991; Schipke and Butler, 1991; Stock and Schlosser, 1991) also illustrate the nature and, in some cases, the texture of material deposited in beaver ponds.

## 4. Sedimentation volume and rates in beaver ponds

Although the general formation of meadows through beaver pond infilling is accepted, little is specifically known about the *volume* of sediment retained in beaver ponds, or the *rate* of accumulation and infilling. Studies that have examined these questions were either carried out early in the century, when populations of beaver were unrepresentatively low (Warren, 1927; Ruedemann and Schoonmaker, 1938; Ives, 1942), in boreal forest landscapes of relatively low local relief (Naiman et al., 1986, 1988; Devito and Dillon, 1993), or for other primary purposes (Coleman and Dahm, 1990).

Warren (1927), quoting Dugmore (1914), described buried archeological remains from a peat bog that formed from a beaver meadow of unspecified location. He calculated a rate of growth of the bog at about ''a foot a century'' (Warren, 1927, p. 50), but did not provide an explanation for assuming such a rate.

Ruedemann and Schoonmaker (1938, p. 525) described beaver ponds in Yellowstone National Park that were abandoned by their occupants in 1903 or 1904. By 1912, meadows were ''pretty well formed'', and by 1921 the ground was solid and evidence of the dam(s) was nearly gone. They concluded that a beaver meadow can, in an abandoned pond where dam effectiveness remains strong, form in about 15 years. They did not cite evidence of the depth of sediment deposited, however, nor did they calculate an average rate of sedimentation.

Ives (1942) examined increases in water level elevation of streams caused by beaver damming, and noted that pond-infilling occurs at about the same rate as the elevation of water levels but with a lag time of several years. He concluded that ''valley floor elevation'', presumably synonymous with pond-infilling, proceeded at

a rate of about one-quarter inch per year, but also noted that local residents in his study area in Colorado thought that infilling was more rapid, favoring a rate of one inch (2.54 cm) per year.

More recent studies of beaver sedimentation have come from New Mexico, USA, and the boreal forest region of Canada and the USA. Coleman and Dahm (1990, p. 299) briefly described beaver-induced sedimentation in a drainage basin in the Zuni Mountains of New Mexico, where one high-flow event deposited ''several cubic meters of sediment and organic matter behind the uppermost dam in Castor Creek''. Sediments from pond bottoms were not quantitatively described, but were characterized as ''fine sediment rich in organic material''.

Devito and Dillon (1993) examined the annual input of P and N into beaver ponds in central Ontario, Canada. They noted that 7–12 cm of sediment had been deposited in a beaver pond during the 20–27 years following its establishment. Their data allow the calculation of an annual sedimentation rate of 0.35–0.6 cm yr$^{-1}$, using 20 years as the period of record, and 0.26–0.44 cm yr$^{-1}$ if a 27 years period of record is used.

The most detailed description of sediment-volume retention in beaver ponds is that of Naiman et al. (1986, 1988), who measured the amount of sediment retained behind several dams in Quebec, Canada. They determined that no relationship existed between the amount of sediment retained in a pond and the size of its beaver dam ($r^2 = 0.03, n = 18, P > 0.05$), but a significant relationship existed between the amount of sediment retained and the surface area of the pond (Sediment Volume = 47.3 + 0.39 × [Surface Area]; $r^2 = 0.85$, $P < 0.01$, where sediment volume is in cubic meters and surface area is in square meters; Naiman et al., 1986, p. 1258). Their sample pond sizes ranged from ca. 100 to 14,650 m$^2$, and the sediment volumes ranged from about 35 to 6500 m$^3$. A properly positioned small dam of 4–18 m$^3$ of wood could entrap 2000–6500 m$^3$ (Naiman et al., 1986). Naiman et al. (1986) also examined the question of the totality of sediment accumulation in beaver ponds at the landscape scale in the Matamek River watershed in Quebec. By knowing the overall channel lengths of <4th order streams, by assuming 10 beaver dams km$^{-1}$, and assuming that each dam retained 1000 m$^3$ of sediment, they extrapolated that beaver were directly responsible for the reten-



Fig. 3. Location of the study areas in Glacier National Park, Montana, USA. A, B, C, and D refer to study sites illustrated in Fig. 4.

tion of $3.2 \times 10^6$ m$^3$ of sediment in small-order streams in the 673 km$^2$ study area, enough to cover the bottom of every surface stream in the drainage with an additional 42 cm of sediment.

It is important to note that the amount of matter that is measured as retained by a beaver pond may be a function of the density of the matter. Differences in the measures used between those studying mass and volume can confuse the results. The bulk density of the sample is then of some interest, and this may vary considerably with the limnological environment. The long-term fate of the sediment may also be related to its density. Fig. 2 shows a schematic of a typical limnological cross-section. The Benthic Nephaloid Layer (BNL) is the area of suspended sediment that may be retained in suspension in still waters because of biotic activity. The Sediment Boundary Layer (SBL) is a transition from suspended to deposited sediment; it is stirred by bioturbation, and may be subject to resuspension by currents. These two layers have much lower bulk density than the deposited sediments below. If the measures of sedimentation in ponds do not distinguish between densities and measures of depths and volumes alone, then measures of stream sediments, made in mg/ml would not be comparable. Additionally, another pathway for sediment out of the ponds exists: release to the atmosphere. Organic material that makes up part of the volume of the sediment stored on one day may not be there the next. Carbon is exported through decomposition to $CO_2$ in the aerobic layer and through decomposition to $CH_4$ in the anaerobic layer. Even in the work of Naiman et al. (1986, 1988, 1994) who have documented both sedimentation and $CH_4$ release, the relations between sedimentation rates and patterns, and release of CH4 have not been fully disclosed.

## 5. The study area

We have observed beaver habitat in three environments in and near Glacier National Park, MT (GNP): along higher order rivers and streams with high discharge, on lower order streams, and on deltas (Fig. 3). In this paper we discuss only the latter two habitat-types.

Rvsd Plan - 00006470

On lower order streams in GNP beaver build typical dam sequences and lodges (c.f. Butler and Schipke, 1992, Butler and Malanson, 1994, Butler, 1995). In doing so, sediment is trapped in a sequence of settling pools. We have observed these pond/dam sequences along major drainages throughout most of the Park, although they seem to be less common along streams draining glacial finger lakes in the northwestern part of GNP. Creation of a step–pool sequence of beaver ponds typically leads to mortality of adjacent conifers and their replacement by riparian genera, especially *Salix* and *Populus* (Malanson, 1993; Butler, 1995).

At the head and along the flanks of large glacial finger lakes (and human-built reservoirs that function in the same geomorphic fashion) in GNP, beaver occupy deltas and seem to be an important part of their formation via pond construction and sediment deposition. We have made this observation along St. Mary Lake, Harrison Lake, Bowman Lake, Upper Kintla Lake, Two Medicine Lake, Lower Two Medicine Lake, and Lake Sherburne, but several studies of similar delta environments, while focusing on the interaction of sediment and vegetation, do not include beaver (Dahlskog, 1966; Dirschl and Coupland, 1972; Waldemarson Jensen, 1979). In GNP these features are particularly important because many deltas have been misidentified as alluvial fans when they are some of the most important wetland habitat in the Park (Butler et al., 1991b). *Salix* and *Populus* are again the dominant tree species.

## 5.1. Specific study sites

We identified four separate study sites representing a diversity of lower-order stream and deltaic environments in GNP that have been modified by beavers (Figs. 3 and 4). General characteristics of these study areas have been reported elsewhere (Malanson and Butler, 1990, 1991; Butler et al., 1991b; Butler and Malanson, 1993a, b); here, we note that the harsh winter climate of GNP causes ponds and streams occupied by beaver to freeze over and remain frozen for several months each year, such that sediment input and deposition occurs for no more than 5–8 months per year. Each study site, described individually below, also has known age parameters that allowed us to calculate annual rates of sedimentation.

Site A (Figs. 3 and 4) incorporates an upstream sequence of two young beaver ponds on a tributary to

Otatso Creek (cf. Butler et al., 1991a; Butler and Malanson, 1993b). During fieldwork in this valley in 1983, 1987, and 1988 we saw no evidence of beaver in this area, but when visited in the summer of 1990, a pond ($A_u$) had been dammed. By the following summer of 1991, a lower pond ($A_l$) had also been dammed, distinct canals and bank burrows had been emplaced (Butler and Malanson, 1994), and a Park Service trail had been flooded. The dam-step separating the two beaver ponds is one of the largest we have encountered in GNP, fully 2 m high (Fig. 1a) when observed in 1994. The stream drains a relatively steep sideslope overlain with colluvium (Carrara, 1990).

Site B (Figs. 3 and 4) comprises a sequence of >5 small, shallow beaver ponds along a tributary to the Middle Fork of the Flathead River. Individual dams are small but sturdy (Fig. 1b). Surficial deposits crossed by the stream are primarily paraglacial alluvium (Carrara, 1990). We do not precisely know the dates of construction of this step–pool sequence, but we deem it likely that they post-date a major flood along the course of the Flathead River and its tributaries in November, 1988 (Butler and Malanson, 1993a). We examined the three consecutive ponds at the upstream head of the pond-sequence. Pond $B_1$ in this sequence is illustrated in Fig. 1b.

A somewhat different scenario exists at Site C (Figs. 3 and 4), south of Two Medicine Lake. There, a large beaver pond ($C_1$) is impounded by a dam that is anchored by mature Engelmann spruce (*Picea engelmannii*) trees, and is itself heavily vegetated by low shrubs and seedlings. This pond is illustrated on the 1968 U.S.G.S. Squaw Mountain 1:24,000 quadrangle, which is in turn based on panchromatic aerial photographs from August, 1966. The pond is, therefore, nearly 30 years old, but it likely postdates the disastrous 1964 flood that affected all of GNP, and nearly caused failure of the dam impounding Lower Two Medicine Lake. Pond $C_1$ receives inflow from two separate streams, one of which comes off an alluvial fan to the south. Both streams drain across Pleistocene till. The second tributary, entering from the northeast, is itself impounded (pond $C_u$) by a younger-appearing dam that has not undergone successional stabilization by shrubs or tree seedlings; the pond appears as a meadow on the 1968 map, perhaps indicative of dry summer conditions during the aerial photography overflight in 1966, or a result of a dam under construction. This

D.R. Butler, G.P. Malanson / Geomorphology 13 (1995) 255–269

261



Fig. 4. Schematic maps of study sites A–D. Dots illustrate locations where sediment depth was probed. Numbered dots illustrate sites where sediment depth was probed and sediment samples were collected.

pond and dam are clearly visible on 1984 aerial photographs, and so is at least 10 years old and more likely nearly 30. We first observed it in the field in 1991.

Site D is located on the upper portion of a delta forming along the north shore of Lower Two Medicine Lake (Figs. 3 and 4). When we first examined this pond in August, 1991, it had just recently been drained by the National Park Service because of potential inundation of an adjacent park access road (see Butler and Malanson, 1994, Fig. 1). The topographic and substrate setting is somewhat similar to the Site A ponds, a steep sideslope over colluvium. The pond (Site D) is visible on August 1990 panchromatic aerial photographs, as well as on an August 1990 Landsat 5 Thematic Mapper image of the park; no pond is visible on an August 1988 Landsat 5 Thematic Mapper image. The pond was, therefore, no more than 3 years old when drained in 1991, and possibly only one year old. The pond contained a central lodge and an extensive bank–burrow system (cf. fig. 1 in Butler and Malanson, 1994).

## 6. Methods

Areas for eight ponds ($A_u$, $A_l$, $B_u$, $B_m$, $B_l$, $C_u$, $C_l$, and D; Fig. 4) were measured in the field or calculated from USGS 1:24,000 quadrangles. Sediment depth was

Rvsd Plan - 00006472

Table 1
Pond size and sedimentation rate data

| Pond name | Pond area ($m^2$) | Sediment depth (cm) | Sediment volume ($m^3$) | Pond age (yr) | Sedimentation rate (cm $yr^{-1}$, max/min) |
|---|---|---|---|---|---|
| $A_u$ (upper) | 1500 | 86 | 1290 | 4–6 | 21.5/14.3 |
| $A_l$ (lower) | 1000 | 34.5 | 345 | 3–4 | 11.5/8.6 |
| $B_u$ (upper) | 140 | 22 | 30.8 | 6 | 3.7 |
| $B_m$ (mid) | 120 | 21.8 | 26.2 | 6 | 3.63 |
| $B_l$ (lower) | 50 | 22.8 | 11.4 | 6 | 3.8 |
| $C_l$ (lower) | 8200 | 62 | 5084 | 30 | 2.08 |
| $C_u$ (upper) | 450 | 65 | 292.5 | 10–28 | 6.5/2.32 |
| D | 1710 | 27.94 | 478.8 | 1–3 | 27.94/9.31 |

determined by probing at multiple sites along each pond's length and along the proximal base of the dam. In the case of Pond D, depths were measured via coring, by excavating soil pits, and by measuring the depths of bank burrows along the pond's margins. Sediment depth measurements were pooled and averaged for each pond. Sediment volume per pond was calculated by multiplying average sediment depth by pond area. Annual accumulation rates were calculated by dividing average sediment depth by age (in years) of pond; for ponds whose age estimate covered a range of years, rates were calculated for the minimum and maximum age of the pond.

Sediment samples from five ponds ($A_u$, $A_l$, $C_l$, $C_u$, and D) consisted of four types: cores in which the column, including the SBL, was preserved; probes from deeper sediment; surface grab samples; and soil samples from stratigraphic layers in Pond D. Cores were taken using extractable plastic tubes inside a PVC pipe. The pipe was pushed into the sediment as far as it would reach, typically contacting the pond bottom as indicated by transition to coarser substrates. In part because of the high organic content we were able to extract cores only from surface sediments using this corer; in one place the corer was pushed over 0.5 m into sediment but remained empty — even of water. Where cores were extracted, the overlying water column was intact. The plastic tube was slowly slit from top to bottom and water drained until suspended sediment appeared. The core was then sealed and kept upright until frozen later the same day.

Probe samples were taken using a standard soil probe. Sediment samples consisted of a section ca. 30 cm long, and the depth of the base of the probe was recorded. Except in one case where a full 30 cm was

not saved, the probe samples were divided into incremental 10 cm sections. Surface grab samples were taken from approximately 5–20 cm deep. Probe and grab samples were also frozen the same day.

In the lab, core samples were measured for total volume, including water, by computing the volume of the frozen tube cylinder. The core, probe, soil, and grab samples were dried, weighed, and remeasured for volume in a graduated cylinder. The samples were then heated at 450°C for 2.5 hours to remove organic carbon. The samples were again weighed and volume measured. Samples were sieved to remove > 2 mm stones, which were also weighed and volume measured. The remaining < 2 mm fraction was subjected to hydrometer analysis for determination of sand, silt, and clay content.

## 7. Results

### 7.1. Accumulation rates

The results provide insight into the volume of sediment stored and the rates of accumulation in beaver ponds in a mountain environment, as well as into the effects that organic carbon in such sediments may have on calculations of sediment depth and accumulation rates. The data in Table 1 illustrate a dichotomy in the rates of annual accumulation of sediment. Ponds in areas of lower local relief and slope that drain across alluvium and/or till (the B and C Ponds) illustrate the lower accumulation rates similar to those cited by local Colorado residents (ca. 2.5 cm $yr^{-1}$) in Ives (1942). These lower accumulation rates exceed, by about a factor of five to ten times, those reported from the



Fig. 5. Relations of beaver pond area and sediment volume with pond age. The relations indicated are highly dependent on the single observation at 30 years.

the Pond A sequence (Fig. 1a) causes more sediment to be carried into, and settled to the bottom of, Pond $A_u$. The downstream Pond $A_1$ receives substantially less sediment as a result. The lower energy environment of the Pond B sequence (Fig. 1b) mimics the low-flow of summer regardless of the season, such that each pond receives limited, but approximately equal, amounts of sediment per year. These results therefore complement those of Maret et al. (1987), who examined variations in discharge at a site, rather than by comparing two sites of dissimilar discharge.

Although we had a sample size of only eight ponds, we computed an equation for calculating pond sediment volume based on pond area, in order to compare our data with those of Naiman et al. (1986). Our equation was Sediment Volume = $-84.082 + 0.62502 \times$ [Pond Area]; $n = 8$, $r^2 = 0.9759$, $p < 0.0001$ (where sediment volume is in cubic meters and surface area is in square meters). We tentatively attribute the stronger correlation and level of significance in our data, compared to that of Naiman et al. (1986), to a narrower range of ages of our ponds and a collective sample of ponds strictly on low-order streams.. The ponds examined by Naiman et al. covered a wider range of ages and stream orders.

While the relation between pond area and sediment volume was drawn by Naiman et al. (1986), it is clear that volume depends on area by its calculation and that sediment depth is not a good predictor of volume. It is noteworthy, however, that pond age is also a predictor of area and volume (using oldest age estimate):

Volume = $-457.0 + 169.9 \times$ Age;

   $r^2 = 0.818$; $p = 0.002$

Area = $-514.8 + 261.9 \times$ Age;

   $r^2 = 0.778$; $p = 0.0037$

These results indicate that ponds may expand in area with age and thus store more sediment through the process of spatial transgression into the terrestrial environment. These results are, however, heavily influenced by one observation (Fig. 5). Its removal would eliminate any quantitative relation; these data should, therefore, be viewed as suggestive; not conclusive, and give direction for future research.

lower-energy environment of the boreal forest by Devito and Dillon (1993). The much higher rates associated with Ponds $A_u$, $A_1$, and D are unprecedented in the literature on beaver geomorphology and sedimentation. We tentatively attribute these rates to the high-energy environment, in concert with upstream flowage across easily transported landslide colluvium.

Spatially, the Pond A sequence shows a distinctive downstream drop in the accumulation rate of sediment, whereas the Pond B sequence does not. There, each pond accumulated approximately equal amounts of sediment each year. We suggest that the differences in energy and runoff at the two sites produce the differences, i.e., the high energy and discharge characterizing



Fig. 6. Relation of average rate of sedimentation with beaver pond age. The relation indicated is highly dependent on the single observation at 30 years.

Also, the rate of sedimentation is related to age, but not linearly (Fig. 6). With both age and rate transformed to their natural logarithm, the relation is:

$$\ln(\text{Avg Rate}) = 2.99 - 0.71 \times \ln(\text{Age});$$

$$r^2 = 0.715; \; p = < 0.01$$

This result (with the same caveats as apply to the analyses of Fig. 5) indicates that sedimentation is relatively rapid in the early years after a dam is established and then slows. Given that our rate data are calculated over the entire age of a pond, and so for older ponds includes their early years, a strong negative exponential relation must exist between age and ongoing rate of sedimentation. This result may be related to the increased presence of additional ponds along a stream as beaver populations expand, lowering the overall energy of a pond system. In older ponds the sediment patterns are probably dominated by biotic processes and the pathway of export to the atmosphere via decomposition may be relatively large.

### 7.2. Textural data trends

The textural data (Table 2) reveal little in terms of vertical accumulation trends. Some sediment columns illustrate a fining-down trend, e.g., Sample $A_l1$, but others from the same pond illustrate a downward coarsening ($A_l4$) or a flipping back-and-forth ($A_l5$). Data from pond $C_u$ generally suggest an upward-fining trend across the range of samples, but sample $C_u2$ contained an interruption to the trend. No vertical sedimentation trends characterized ponds $A_u$, $C_l$, or D (Table 2).

The data of Table 2 are somewhat more illuminating from a spatial perspective. Ponds $A_u$ and $A_l$ both reveal

Table 2
Texture data (sand/silt/clay) by sample site[a]

| Pond $A_u$ | $A_u1$ | $A_u2$ | $A_u3$ | $A_u4$ | | |
|---|---|---|---|---|---|---|
| | 60/23/17 | 46/27/27 | 40/20/20 | 53/37/10 | | |
| | 60/27/13 | 53/27/20 | 46/34/20 | 46/27/27 | | |
| | | 27/27/46 | 40/30/30 | | | |
| | | | 45/32/23 | | | |
| | | | 45/25/30 | | | |
| Pond $A_l$ | $A_l1$(A5) | $A_l2$(A6) | $A_l3$(A7) | $A_l4$(A8) | $A_l5$(A9) | |
| | 93/4/3 | 64/20/16 | 27/53/20 | 33/53/14 | 53/24/23 | |
| | 87/10/3 | | | 46/46/8 | 20/60/20 | |
| | 53/24/23 | | | | 53/30/17 | |
| Pond $C_u$ | $C_u1$ | $C_u2$ | $C_u3$ | | | |
| | 25/38/37 | 47/13/40 | 5/82/13 | | | |
| | 57/21/22 | 13/74/13 | 20/70/10 | | | |
| | 67/20/13 | 67/13/20 | | | | |
| | 67/17/16 | 75/13/12 | | | | |
| Pond $C_l$ | $C_l1$ | $C_l2$ | $C_l3$ | $C_l4$ | $C_l5$ | $C_l6$ |
| | 7/33/60 | 50/23/27 | No data | 20/20/60 | 7/10/83 | 27/40/33 |
| | | 60.33/7 | | 7/13/80 | 64/16/20 | |
| | | 53/40/7 | | 36/60/4 | 50/15/35 | |
| Pond D | D1 | D2 | | | | |
| | 33/34/33 | 41/43/16 | | | | |
| | 13/40/47 | 54/19/27 | | | | |
| | 27/40/33 | 43/21/36 | | | | |
| | 33/33/37 | | | | | |
| | 42/42/16 | | | | | |
| | 17/53/30 | | | | | |

[a]Depths are not equal increment between sites or at a site for Sites A and C ponds.
Sample depths for sites from Ponds $A_u$, $A_l$, $C_u$, and $C_l$ are illustrated in Figs. 7 and 8.
Sample depths for Pond D are 2.5 cm equal-increments.



Fig. 7. Division of total volume of sediment core, taken at the BNL/SBL, between water, organic, and mineral portions. Water derived by subtracting dry volume from total; organic derived by subtracting remained (mineral) after loss on ignition from dry volume.

a down-pond fining of surface layers until one approaches the proximity of the dam. At that point (samples $A_u4$ and $A_l5$), coarser sediments are again deposited. The extreme coarseness of sample $A_l5$ must have resulted from high (probably spring) discharges overtopping the dam separating ponds $A_u$ and $A_l$. The general coarse-fine-coarse trend from head to foot of ponds is similar to that described for adjacent landslide-dammed ponds (Butler and Malanson, 1993b). This trend was less apparent, however, at pond $C_l$. There, the greater age of the pond and accumulation of organic matter produces local pockets along the dam that are coarse (sample $C_l2$) and pockets that are very fine-grained (samples $C_l1$ and $C_l5$). Similar spatially variable textures within close proximity also characterized the other older pond, $C_u$. In general, greater age also meant finer-grained samples (compare younger ponds $A_u$, $A_l$, and D with older ponds $C_u$ and $C_l$).

One additional comment on the textural analysis is based on sample A7 ($A_l3$). That sample came from sediment underneath a beaver-excavated canal. The low sand content of sample A7, resulting from sand displacement during canal construction, can be contrasted with the immediately adjacent sample A8, where sand values at depth are more typical of sites in young ponds spatially between pond heads and dams.

### 7.3. Organic matter

The partitioning of the tube sediment samples into portion of the volume occupied by water, organic matter, and mineral content (Fig. 7) indicates that the nature of the BNL/SBL differs between the older ($C_l$ and $C_u$) ponds and the other younger ponds. In the older ponds, much more of the core volume was water. Keeping in mind that these are volume measures from cores that had sediment throughout the column indicates that a fairly large proportion of the sediment in the old cores was in suspension. This finding indicates that the BNL/SBL structure develops through time.

The proportion of the sediment that is organic also changes with time (Table 3). The pooled $A_u$ and $A_l$ samples were significantly lower ($p < .01$ in ANOVA) in organic matter than the pooled Pond $C_u$ and $C_l$ samples (Figs. 7 and 8). The shallow grab samples from the older sites tended to have the highest organic levels,

Table 3
Organic–mineral data, younger (A) versus older (C) ponds

| Pond group | % organic matter, g (st. dev.) | % organic matter, ml (st. dev.) | N |
|---|---|---|---|
| A ($A_u$ and $A_l$) | 9.7 (0.065) | 17.3 (0.124) | 21 |
| C ($C_u$ and $C_l$) | 35.0 (0.242) | 32.1 (0.205) | 17 |

*D.R. Butler, G.P. Malanson / Geomorphology 13 (1995) 255–269*





Fig. 8. Division of probe samples of sediment volume between organic and mineral portions. Depths shown are for depth of the ca. 10-cm sections below the BNL/SBL.

Rvsd Plan - 00006477

but there was not a significant trend with depth except for an increase in organic mass (g) (but not volume) with depth in younger ponds (Fig. 8).

## 8. Discussion and conclusions

The temporal trends in the development of the BNL/SBL and in the pattern of organic content indicate that beaver ponds become increasingly complex sedimentary environments. We suggest that the development of surface organic material and the BNL/SBL may be dominated by local biotic input. This input would include the growth and death of emergent macrophytes, but equally important may be the death of trees as the pond expands into forest (Fig. 2). Considerable time may be required for either input to reach the sediment system. As ponds expand, trees die, but often remain standing for years. These trees may provide more organic matter as they decay however; when the trees fall, decay may be slowed by the lack of oxygen. Emergent macrophytes also take time to develop. We observed no such plants at the margins of the Site C ponds, but the upslope portion of the Site A and B ponds did have *Carex* species as well as a fringe of *Salix* species.

The beaver pond system also has a pathway for sediment output that is often not considered. Our sedimentation rates, for example, are based on a system with no long-term outputs. The decomposition of organic matter can, however, be a significant loss. If sediment depth changed through time by loss of organic matter in proportion to the volume it occupies, than we would calculate significant changes in sedimentation rates. Hamilton et al. (1994) report export from wetland ponds in Hudson Bay lowlands of Canada of 110–180 mg $CH_4 \, m^{-2} \, day^{-1}$, and 3700–11,000 mg of $CO_2 \, m^{-2} \, day^{-1}$. Our relations between volume and mass for carbon in our samples gives an equation of volume (ml) = 2.311 mass (g) + 0.817. Applying this equation, we find a potential export of 3.34–8.06 ml C $m^{-2} \, day^{-1}$. If we assumed that this rate might apply only during summer, a 90-day sediment loss of 0.51 mm $yr^{-1}$ would be significant. We do not suggest that land surfaces are rapidly degrading in this fashion. However, computation of sediment budgets, sediment storages, and regional denudation rates that include measures of

sedimentation without distinguishing the organic component and its pathway(s) by means of decomposition can be in error.

In a geomorphic context, an enormous amount of work remains to be done in order to quantify the effects of beavers on the sedimentary and geomorphic landscapes (see also Remillard et al., 1987). Sedimentation rates seem tied to the energy of a site and the surficial material over which the streams flow. Sedimentation volume is clearly tied to pond area. Evidence was contradictory as to any downstream reduction of sedimentation in a pond sequence, but stream volume and discharge appear to be the key factors. Textural variations exist within single ponds, from coarser pond heads to fine-grained central areas, with subsequent coarsening around the dam; however, such relationships are obscured with increasing pond age and accumulation of organic matter.

It is an accepted paradigm, and we have also shown, that beaver ponds trap sediment. No one knows, however, how much of the sediment introduced into a beaver pond and ultimately compacted into beaver meadow sediments is actually introduced into the pond *not* by the incoming stream(s), but by the excavational efforts of the beavers themselves during the construction of canals and especially bank burrows. For example, an analysis of the dimensions of one beaver canal reported by Cowell (1984) reveal that ca. 80 $m^3$ of sediment were displaced. At our Site D, the pond drainage revealed several bank burrows; we measured the volume of one burrow as a surrogate for sediment quantity, and found that almost 0.4 $m^3$ of sediment was excavated. Surely the bulk of this sediment currently resides on the floor of the drained pond-site, suggesting that future zoogeomorphologists should direct their attention to measuring the actual quantity of sediment input into the pond via stream deposition, as distinct from input from the excavational activities of the beavers themselves. Such a mass balance input/output study would further clarify the role of beavers as major agents of zoogeomorphic landscape change.

## Acknowledgements

This research was supported by NSF grants SES-9109837 and SES-9111857 to DRB and GPM, and by grants from the University of North Carolina (UNC)

in the form of a John T. Lupton Opportunities Fund Grant, a UNC University Research Council Grant, and funds from the UNC Department of Geography's J.D. Eyre Fund to DRB. Katherine Schipke, Stephanie Alto, Janet Butler, Mary Malanson, Tom Allen, David Cairns, Forrest Wilkerson, and Ginger Schmid assisted in the field. The National Park Service provided housing, logistical support, and collecting permits, and we thank Dan Fagre and Carl Key for their efforts. Helicopter pilot Jim Kruger provided aerial views over Harrison Lake. The manuscript benefited from the editorial comments of Cliff Hupp and two anonymous reviewers.

# References

Apple, L.L., Smith, B.H., Dunder, J.D. and Baker, B.W., 1985. The use of beavers for riparian/aquatic habitat restoration of cold desert, gully-cut stream systems in southwestern Wyoming. In: G. Pilleri (Editor), Investigations on Beavers, IV. Brain Anatomy Institute, Berne, pp. 123–130.

Baker, J.E., Eisenreich, S.J. and Eadie, B.J., 1991. Sediment trap fluxes and benthic recycling of organic carbon, polycyclic aromatic hydrocarbons, and polychlorobiphenyl congeners in Lake Superior. Environ. Sci. Technol., 25: 500–509.

Balch, G.C. and Jones, R., 1991. Zinc in plants, sediments, snow and ice around a galvanized electrical transmission tower in a beaver pond. Water Air Soil Pollut., 59: 145–152.

Bergstrom, D., 1985. Beavers: biologists ''rediscover'' a natural resource. Forestry Research West, U.S. Department of Agriculture, pp. 1–5.

Bubier, J.L., Moore, T.R. and Roulet, N.T., 1993. Methane emissions from wetlands in the midboreal region of northern Ontario, Canada. Ecology, 74: 2240–2254.

Butler, D.R., 1989. The failure of beaver dams and resulting outburst flooding: a geomorphic hazard of the southeastern Piedmont. Geogr. Bull., 31: 29–38.

Butler, D.R., 1991a. Beavers as agents of biogeomorphic change: a review and suggestions for teaching exercises. J. Geogr., 90: 210–217.

Butler, D.R., 1991b. The reintroduction of the beaver into the South. Southeast. Geogr., 31: 39–43.

Butler, D.R., 1995. Zoogeomorphology: Animals as Geomorphic Agents. Cambridge University Press, Cambridge.

Butler, D.R. and Malanson, G.P., 1993a. An unusual early-winter flood and its varying geomorphic impact along a subalpine river in the Rocky Mountains of Montana. Z. Geomorphol., 37: 145–155.

Butler, D.R. and Malanson, G.P., 1993b. Characteristics of two landslide-dammed lakes in a glaciated alpine environment. Limnol. Oceanogr., 38: 441–445.

Butler, D.R. and Malanson, G.P., 1994. Canadian landform examples — beaver landforms. Can. Geogr., 38: 76–79.

Butler, D.R. and Schipke, K.A., 1992. The strange case of the appearing (and disappearing) lakes: the use of sequential topographic maps of Glacier National Park, Montana. Surv. Land Information Syst., 52: 150–154.

Butler, D.R., Malanson, G.P. and Oelfke, J.O., 1991a. Potential catastrophic flooding from landslide-dammed lakes, Glacier National Park, Montana. Z. Geomorphol. Suppl., 83: 195–209.

Butler, D.R., Malanson, G.P. and Walsh, S.J., 1991b. Identification of deltaic wetlands at montane finger lakes, Montana. Environ. Prof., 13: 352–362.

Carrara, P.E., 1990. Surficial Geological Map of Glacier National Park, Montana. U.S. Geological Survey Miscellaneous Investigations Series Map I-1508-D.

Coleman, R.L. and Dahm, C.N., 1990. Stream geomorphology: effects on periphyton standing crop and primary production. J. North Am. Benthol. Soc., 9: 293–302.

Cowell, D.W., 1984. The Canadian beaver, *Castor canadensis*, as a geomorphic agent in karst terrain. Can. Field-Naturalist, 98: 227–230.

Dahlskog, S., 1966. Sedimentation and vegetation in a Lapland mountain delta. Geogr. Ann., 48A: 86–101.

Dalquest, W.W., Stangl, F.B., Jr. and Kocurko, M.J., 1990. Zoogeographic implications of Holocene mammal remains from ancient beaver ponds in Oklahoma and New Mexico. Southwest. Nat., 35: 105–110.

Devito, K.J. and Dillon, P.J., 1993. Importance of runoff and winter anoxia to the P and N dynamics of a beaver pond. Can. J. Fish. Aquat. Sci., 50: 2222–2234.

Devito, K.J., Dillon, P.J. and Lazerte, B.D., 1989. Phosphorus and nitrogen retention in five Precambrian shield wetlands. Biogeochemistry, 8: 185–204.

Dirschl, H.J. and Coupland, R.T., 1972. Vegetation patterns and site relationships on the Saskatchewan River delta. Can. J. Bot., 50: 647–675.

Dugmore, A.R., 1914. The Romance of the Beaver. Lippincott, Philadelphia.

Ford, T.E. and Naiman, F.J., 1988. Alteration of carbon cycling by beaver: methane evasion rates from boreal forest streams and rivers. Can. J. Zool., 66: 529–533.

Francis, M.M., Naiman, R.J. and Melillo, J.M., 1985. Nitrogen fixation in subarctic streams influenced by beaver (*Castor canadensis*). Hydrobiologia, 121: 193–202.

Hamilton, J.D., Kelly, C.A., Rudd, J.W.M., Hesslein, R.H. and Roulet, N.T., 1994. Flux to the atmosphere of $CH_4$ and $CO_2$ from wetland ponds on the Hudson Bay lowlands (HBLs). J. Geophys. Res., 99D: 1495–1510.

Hupp, C.R. and Osterkamp, W.R., 1985. Bottomland vegetation distribution along Passage Creek, Virginia, in relation to fluvial landforms. Ecology, 66: 670–681.

Hupp, C.R. and Simon, A., 1991. Bank accretion and the development of vegetated depositional surfaces along modified alluvial channels. Geomorphology, 4: 111–124.

Ives, R.L., 1942. The beaver–meadow complex. J. Geomorphol., 5: 191–203.

Johnston, C.A. and Naiman, R.J., 1987. Boundary dynamics at the aquatic–terrestrial interface: the influence of beaver and geomorphology. Landscape Ecol., 1: 47–57.

Kondolf, G.M., Cada, G.F., Sale, M.J. and Felando, T., 1991. Distribution and stability of potential salmonid spawning gravels in steep boulder-bed streams of the eastern Sierra Nevada. Trans. Am. Fish. Soc., 120: 177–186.

Leidholt-Bruner, K., Hibbs, D.E. and McComb, W.C., 1992. Beaver dam locations and their effects on distribution and abundance of coho salmon fry in two coastal Oregon streams. Northwest Sci., 66: 218–223.

Malanson, G.P., 1993. Riparian Landscapes. Cambridge Univ. Press, Cambridge.

Malanson, G.P. and Butler, D.R., 1990. Woody debris, sediment, and riparian vegetation of a subalpine river, Montana, USA. Arct. Alpine Res., 22: 183–194.

Malanson, G.P. and Butler, D.R., 1991. Floristic variation among gravel bars in a subalpine river. Arct. Alp. Res., 23: 273–278.

Maret, T.J., Parker, M. and Fannin, T.E., 1987. The effect of beaver ponds on the nonpoint source water quality of a stream in southwestern Wyoming. Water Res., 21: 263–268.

Marston, R.A., 1994. River entrenchment in small mountain valleys of the western USA; influence of beaver, grazing and clearcut logging. Rev. Geogr. Lyon, 69: 11–15.

McComb, W.C., Sedell, J.R. and Buchholz, T.D., 1990. Dam-site selection by beavers in an eastern Oregon basin. Great Basin Nat., 50: 273–281.

Naiman, R.J. and Melillo, J.M., 1984. Nitrogen budget of a subarctic stream altered by beaver (*Castor canadensis*). Oecologia, 62: 150–155.

Naiman, R.J., Melillo, J.M. and Hobbie, J.E., 1986. Ecosystem alteration of a boreal forest stream by beaver (*Castor canadensis*). Ecology, 67: 1254–1269.

Naiman, R.J., Johnston, C.A., and Kelley, J.C., 1988. Alteration of North American streams by beaver. BioScience, 38: 753–762.

Naiman, R.J., Manning, T. and Johnston, C.A., 1991. Beaver population fluctuations and tropospheric methane emissions in boreal wetlands. Biogeochemistry, 12: 1–15.

Naiman, R.J., Pinay, G., Johnston, C.A. and Pastor, J., 1994. Beaver influences on the long-term biogeochemical characteristics of boreal forest drainage networks. Ecology, 75: 905–921.

Novak, M., 1987. Beaver. In: M. Novak, J.A. Baker, M.E. Obbard, and B. Malloch (Editors), Wild Furbearer Management and Conservation in North America. Ontario Ministry of Natural Resources, Toronto, pp. 282–312.

Pinay, G. and Naiman, R.J., 1991. Short-term hydrologic variations and nitrogen dynamics in beaver created meadows. Arch. Hydrobiol., 123: 187–205.

Rains, B., 1987. Holocene alluvial sediments and a radio-carbon dated relict beaver dam, Whitemud Creek, Edmonton, Alberta. Can. Geogr., 31: 272–277.

Remillard, M.M., Gruendling, G.K. and Bogucki, D.J., 1987. Disturbance by beaver (*Castor canadensis* Kuhl) and increased landscape heterogeneity. In: M.G. Turner (Editor), Landscape Heterogeneity and Disturbance. Springer, New York, pp. 103–123.

Ruedemann, R. and Schoonmaker, W.J., 1938. Beaver-dams as geologic agents. Science, 88: 523–525.

Rupp, R.S., 1955. Beaver–trout relationship in the headwaters of Sunkhaze Stream, Maine. Trans. Am. Fish. Soc., 84: 75–85.

Schipke, K.A. and Butler, D.R., 1991. The use of dendrogeomorphic techniques to date a beaver-dam outburst flood in Oglethorpe County, Georgia. Geogr. Bull., 33: 80–86.

Stock, J.D. and Schlosser, I.J., 1991. Short-term effects of a catastrophic beaver dam collapse on a stream fish community. Environ. Biol. Fish., 31: 123–129.

Townsend, J.E., 1953. Beaver ecology in western Montana with special reference to movements. J. Mammalogy, 34: 459–479.

Waldemarson Jensen, E., 1979. Successions in relationship to lagoon development in the Laitaure delta, North Sweden. Acta Phytogeogr. Suecica, 66: 1–128.

Walker, R.R. and Snodgrass, W.J., 1986. Model for sediment oxygen demand in lakes. J. Environ. Eng., 112: 25–43.

Warren, E.R., 1905. Some interesting beaver dams in Colorado. Proc. Wash. Acad. Sci., 6: 429–437.

Warren, E.R., 1927. The Beaver — Its Works and Its Ways. Am. Soc. of Mammalogists, Baltimore.

Woo, M.-K. and Waddington, J.M., 1990. Effects of beaver dams on subarctic wetland hydrology. Arctic, 43: 223–230.

Yavitt, J.B., Angell, L.L., Fahey, T.J., Cirmo, C.P. and Driscoll, C.T., 1992. Methane fluxes, concentrations, and production in two Adirondack beaver impoundments. Limnol. Oceanogr., 37: 1057–1066.

Yavitt, J.B., Lang, G.E. and Sexstone, A.J., 1990. Methane fluxes in wetland and forest soils, beaver ponds, and low-order streams of a temperate forest ecosystem. J. Geophys. Res., 95: 22,463–22,474.

Rvsd Plan - 00006480

# THE WATERSHED IMPACTS OF FOREST TREATMENTS TO REDUCE FUELS AND MODIFY FIRE BEHAVIOR

## BY JONATHAN J. RHODES

*prepared for*



PACIFIC RIVERS COUNCIL

PO Box 10798
Eugene, OR 97440
541-345-0119
www.pacrivers.org

FEBRUARY 2007

Rvsd Plan - 00006481

Rvsd Plan - 00006482

**ACKNOWLEDGEMENTS**

The author thanks Gary Carnefix, Deanna Spooner, James Karr, Greg Aplet, Erik Ryberg, Dennis Odion, Robert Beschta, Chris Frissell, and Dominick DellaSala for taking the time to provide relevant data and literature, critical reviews of drafts, and/or important discussions of issues. Reviews by several anonymous reviewers also helped improve the report. However, any deficiencies, or excesses, or other remaining errors are the sole responsibility of the author.

## PREFACE

This report is based on information from diverse fields, such as fire ecology and watershed hydrology. While it uses terms and concepts from those disciplines that may not be completely familiar to some readers, the literature cited in the report provides more detail on these terms and concepts.

The report repeats key concepts and findings in different sections. This was done to increase the stand-alone utility of the individual sections for readers with diverse backgrounds who may not wish to search the entire report in order to access information and findings in context.

## TABLE OF CONTENTS

I. INTRODUCTION ................................................................................................ 1
Purpose and Scope ........................................................................................... 1
Existing Management Context: Aquatic and Watershed Conditions ................... 5

II. EVALUATION ................................................................................................... 8
The Likely Extent and Frequency of Mechanized Fuel Treatments ..................... 8
Mechanized Fuel Treatment in Areas Important to the Protection and
    Restoration of Watershed and Aquatic Resources ......................................... 11
    *Riparian Areas* ............................................................................................ 11
    *Roadless Areas* ........................................................................................... 12
    *Areas With Imperiled Aquatic Species or High Restoration Potential* .......... 13
    *High-Hazard Areas* ...................................................................................... 14
The Ecological Costs of Mechanized Fuel Treatments:
Damage to Watershed/Aquatic Attributes and Processes ................................... 14
    *Mechanized Fuel Treatment Effects on Soil Productivity* ............................... 14
    *Postfire Mechanized Fuel Treatments* ........................................................... 23
    *Mechanized Fuel Treatment Effects on Erosion and Sediment Delivery*
        *to Aquatic Systems* .................................................................................. 23
    *The Effects of Elevated Sediment Delivery From Mechanized Fuel*
        *Treatments on Aquatic Resources and Populations* ................................... 28
    *Mechanized Fuel Treatment Effects on Riparian Areas and Functions* ........ 30
The Potential Effectiveness of Mechanized Fuel Treatments ............................. 32
    *Forest Types, Natural Fire Regimes, and Mechanized Fuel Treatments* ....... 33
    *The Consistency of Mechanized Fuel Treatments With Efforts*
        *to Restore Natural Fire Regimes by Changing Fire Behavior and*
        *Reducing Fire Severity* ............................................................................. 37
        Forest Types With a Natural Fire Regime Typified by
            High-Severity, Low-Frequency Fires ...................................................... 37
        Forest Types With a Natural Fire Regime Typified by Mixed-Severity ........... 38
        Forest Types With Frequent, Low-Severity Natural Fire Regimes .................... 41
Mechanized Fuel Treatments and Fire Regime Restoration
    Within the Context of Overall Public Land Management ................................. 44
    *Mechanized Fuel Treatment Effects on Fuels* ............................................... 44
    *Fire Occurrence and the Potential Efficacy of Mechanized*
        *Fuel Treatments* ...................................................................................... 46
The Combined Effects of Mechanized Fuel Treatments and Fire on
Watersheds and Aquatic Systems ...................................................................... 51
    *The Effects of Wildland Fire on Watersheds and Aquatic Systems* .............. 54
        Watershed Effects of Low-Severity Fire ...................................................... 55
        Watershed Effects of Moderate-Severity Fire ............................................. 57
        Watershed Effects of Higher-Severity Fire ................................................. 58
        Effects of Higher-Severity Fire on Native Salmonids and
            Aquatic Ecosystems ............................................................................. 65
        Perspective: A Comparison of the Magnitude and Persistence of the
            Aquatic Impacts of Wildfire to Those From Land Management Activities ....... 67
The Consistency of Mechanized Fuel Treatments With
    Aquatic Restoration Needs and Priorities ...................................................... 71
Potential for Adaptive Management to Limit Aquatic Damage
    from Mechanized Fuel Treatments ................................................................. 73

III.   Recommendations to limit or reduce the negative impacts
    of Mechanized Fuel Treatments on public lands ............................................ 75

Literature Cited ................................................................................................ 83

Rvsd Plan - 00006487

# I. INTRODUCTION

## Purpose and Scope

This report examines the effects on watersheds and aquatic resources from forest fuel reduction treatments aimed at modifying wildland fire behavior on public lands. Such treatments have been promoted in some scientific assessments (e.g., Graham et al., 1999; Allen et al., 2002; Graham et al., 2004; Stephens and Ruth, 2005) and recent public forest policy and legislation (Associated Press, 2004) for extensive implementation on Western public lands in an attempt to reduce fire severity and size by altering fuel levels, character, and continuity. For instance, the U.S. National Fire Plan (U.S. Forest Service (USFS), 2002) and the Healthy Forests Restoration Act of 2003 encourage these treatments on a grand scale. Proponents assert that these treatments, when effective, benefit watersheds because higher-severity fire can sometimes trigger severe soil erosion and elevated peakflows (Allen et al., 2002; Graham et al., 2004).

However, fuel treatments will not always provide these benefits to watersheds, because they are not universally effective in reducing fire severity, restoring fire regimes, or reducing the ecological effects of higher-severity fire. As this paper discusses, in most forest systems such treatment benefits are unlikely, due to the transience of treatment effects on fuels, combined with the patchy and poorly predictable nature of fire behavior and occurrence.

Mechanized fuel treatments also incur ecological costs by damaging soils, vegetation and hydrologic processes, as proponents of fuel reduction treatments have acknowledged (e.g., Allen et al., 2002; Graham et al., 1999; 2004; Agee and Skinner, 2005). Mechanical fuel reduction treatments typically involve the same suite of activities as logging, with the same set of impacts to soils, runoff, erosion, sedimentation, water quality, and stream structure and function. These effects, their mechanisms, and their aquatic impacts have been extensively and repeatedly documented across the West (e.g., Geppert et al., 1984; Meehan, 1991; USFS et al., 1993; Rhodes et al., 1994; CWWR, 1996, USFS and USBLM, 1997a; c; Beschta et al., 2004). Watershed damage ultimately translates into aquatic damage.

The collateral impacts of fuel treatments are of considerable concern due to the existing aquatic context. Across the West, aquatic systems are significantly and pervasively degraded (Rieman et al., 2003; Beschta et al., 2004). As a result, many populations of aquatic species, including most native trout and salmonids, have undergone severe contractions in their range and number and remaining populations are now imperiled and highly fragmented (Frissell, 1993; USFS and USBLM, 1997a; Kessler et al., 2001; Behnke, 2002; Bradford, 2005). Additional damage to watersheds and aquatic systems reduces the prospects for the protection and restoration of imperiled aquatic species (USFS and USBLM, 1997c; USFWS, 1998; Karr et al., 2004).

Previous work on this front has not adequately characterized the likely outcomes of mechanized fuel reduction treatments and the resulting tradeoffs for watersheds and aquatic systems. For example, some have viewed the tradeoffs involved with mechanized fuel treatments (MFT)[1] on the basis of unwarranted assumptions, including:

- the assumption that MFT consistently reduce the effects of fire on watershed and aquatic resources (e.g. Allen et al., 2002; Elliot and Miller, 2002; Agee and Skinner, 2005), without any consideration of the distinct and significant probability that they are ineffective;

- the assumption that best management practices and other treatment techniques render the watershed and aquatic impacts negligible (Allen et al., 2002; Graham et al., 2004);

- the binary comparison of treatment impacts with those from high-severity fire based on the implicit or explicit assumption that the former persistently eliminates the latter and, conversely, that high-severity fire is guaranteed to occur in the absence of MFT (Elliot and Miller, 2002; Istanbulluoglu et al., 2004; O'Laughlin, 2005);

- the assumption that trade-offs between the ecological costs and assumed fuel treatment benefits are positive overall, without thorough examination of the likelihood, magnitude, and persistence of the ecological costs or benefits (e.g. Allen et al., 2002; O'Laughlin, 2005);

- the narrow consideration of only the isolated effects of tree removal without consideration of the combined effects of associated activities, including the elevated use, construction, reconstruction and maintenance of roads and landings (Allen et al., 2002; Nez Perce National Forest, 2002; 2004; Santa Fe National Forest, 2004a; Graham et al., 2004; Istanbulluoglu et al., 2004; Agee and Skinner, 2005), the removal of surface fuels via broadcast burning and/or piling and burning, and/or other associated follow-up or repeated treatments.

There are several reasons why the above assumptions are not warranted. First, it cannot be assumed that MFT will be generally effective. The transient effects of treatments on forest fuels (Kauffman, 2004; Graham et al., 2004), coupled with the relatively low probability of higher-severity fire, makes it unlikely that fire will affect treated areas while fuel levels are reduced. Obviously, when treatments do not encounter fire while fuels are reduced, they cannot reduce fire severity and size.

Fuel treatments do not always reduce fire severity and size when they encounter fire. Fuel treatments have been documented to be ineffective at reducing fire severity under some weather conditions (Martinson et al., 2003; Graham et al., 2003; Romme et al., 2003a). In some prevalent forest types, fuel treatments are highly unlikely to reduce fire severity or size (Veblen, 2003; Schoennagel et

---

[1] In this report, the term "mechanized fuel treatment" (MFT) is used to denote the spectrum of mechanized treatments that remove vegetation as part of efforts to reduce fuels and fire severity. This term is used in lieu of "thinning" because some commonly proposed fuel treatments, such as lineal fuel breaks, do not meet the criteria for "thinning." Graham et al. (1999) noted "there are many stand treatments similar to thinnings that may or may not be thinnings," many of which have been proposed or implemented to reduce fuels (e.g., SFNF, 2004a; RSNF, 2004). The term MFT, as used in this report, includes prescribed fire use when used in combination with mechanical treatments. It does not include prescribed fire when used in isolation or wildland fire use.

al., 2004a; Noss et al., 2006b). Some MFT practices can exacerbate fire severity (Agee, 2003), as documented in Southwest Oregon (Raymond and Petersen, 2005) and the Sierra Nevada, California (Hanson and Odion, 2006). Increases in fire severity *add* to the collateral damage to watersheds and aquatic resources caused by the treatments.

Second, MFT cannot be assumed to eliminate higher-severity fire, nor can it be assumed that untreated areas will burn at high severity, if left untreated. In contrast, there is complete certainty that a single iteration of MFT cannot persistently reduce fuels and future fire severity (Kauffman, 2004; Graham et al., 2004; Agee and Skinner, 2005).

Third, there are no reliable data indicating that "Best Management Practices" (BMPs) consistently reduce the adverse effects of significant soil and vegetation disturbance on aquatic resources to ecologically negligible levels, especially within the context of currently pervasive watershed and aquatic degradation (Ziemer and Lisle, 1993; ISG, 1999; Espinosa et al., 1997; Beschta et al., 2004). BMPs are often not implemented to the degree promised in environmental analyses, and their implementation may be slipshod and/or ineffective (Espinosa et al., 1997: Rhodes, 2002). Activities implemented with somewhat effective BMPs still often contribute to negative cumulative effects on aquatic systems (see Photograph 1 on pg. 18).

Fourth, it cannot be assumed that MFT will always be applied consistent with the best available information on how to reduce fire severity and where such treatments might be needed. Although much of the literature on MFT has largely ignored the issue of implementation, it is a key concern because how and where MFT are implemented affects the treatments' potential effectiveness and their effects on aquatic resources.

Fifth, road construction, reconstruction, use, and maintenance are inexorably linked to MFT and are known to be among the primary sources of aquatic damage on public lands. Similarly, the construction, reconstruction, and use of landings, which have impacts similar to roads, are also inextricably intertwined with MFT.

With some rare exceptions (e.g., Gresswell, 1999; Rieman et al., 2003), most of the literature assessing the aquatic tradeoffs inherent with MFT has not examined the consistency of proposed MFT with known watershed and aquatic protection and restoration priorities. This is significant because MFT have negative or chilling effects on some priority restoration needs, such as the need to reduce the extent and negative impacts of roads, which has been consistently identified in numerous scientific assessments as a vital step to watershed restoration (e.g., USFS et al., 1993; Rhodes et al., 1994; Beschta et al., 2004).

This report aims to plug some of these gaps by taking a harder look at the likely direct, indirect, and cumulative effects of MFT on watersheds and aquatics. While it makes a somewhat detailed examination of the issues, the scope is not exhaustive due to length considerations. Complete books can, and have, been written about some of the topics involved, such as the effects of forest management on salmonids (Meehan et al., 1991).

This report does not focus solely on the effects of thinning to reduce fire severity for several reasons. Under the aegis of fuel reduction, MFT include methods spanning the spectrum from those akin to clearcutting to significant thinning. Such treatments have been proposed or implemented as part of efforts to treat forest fuels across the West (USFS, 1999 (California); Graham et al., 1999 (nationwide); Bitterroot National Forest

(BNF), 2001 (Montana); Clearwater National Forest (CNF), 2002 (Idaho); Umatilla National Forest (UNF), 2001; 2003 (Oregon); Ochoco National Forest (ONF), 2002 (Oregon); Santa Fe National Forest (SFNF), 2004a, 2004 (New Mexico); Graham et al., 2004 (nationwide); Apache-Sitgreaves National Forest (ASNF), 2004 (Arizona)).

This report does not discretely focus on treatments aimed at protecting infrastructure in the "wildland urban interface" on public lands. Treatments in these areas are sometimes primarily predicated on infrastructure protection rather than ecological restoration, while the focus of this report is on treatments aimed at forest and fire regime restoration.

Because the overall effectiveness of MFT on fire behavior is integral to evaluating the net effects on watersheds and aquatic systems, this report also factors in their likely effectiveness, based on a synthesis of available literature and case histories. Since treatments always involve some ecological costs due to the impacts of associated watershed disturbance, this report also examines some of the likely fire-related consequences to aquatic systems with and without MFT.

The evaluation of potential effectiveness of MFT in this report is based on six important contexts, some of which are intertwined.

1. Forest types and their associated natural fire regimes strongly influence the potential effectiveness of MFT in reducing fire severity and restoring natural fire regimes (Veblen, 2003; Schoennagel et al., 2004a).
2. MFT that do not work towards restoring natural fire regimes are likely to ultimately fail (Veblen, 2003; Schoennagel et al., 2004a) and cause damage to forests and watersheds without conferring any of the compensatory ecological benefits of restoring natural fire regimes.

3. In forests where the natural fire regime has not been altered, fuel treatments do not aid in restoring natural fire behavior (Noss et al., 2006b; Baker et al., 2006).
4. The occurrence of high-severity fires that are characteristic of the natural fire regime are not a restoration concern but rather a restoration need (Veblen, 2003; Baker et al., 2006; Odion and Hanson, 2006).
5. If fire that would be higher severity in the absence of treatment does not affect treated areas during the limited time period when fuels have been reduced, the treatments *cannot* reduce fire severity. Therefore, the upper bound of the potential treatment effectiveness is determined by whether or not higher-severity fire affects treated areas while fuel levels are reduced. The location of future fires cannot be predicted with accuracy, but their likelihood can be estimated. This report provides some discrete estimates of the likelihood of fire affecting treated areas while fuels have been reduced at regional and West-wide scales.
6. In order to be ultimately effective at helping to restore natural fire regimes, fuel treatments must be part of wider efforts to address the root causes of the alteration in fire behavior. At best, MFT can only address symptoms of fire regime alteration. Evidence indicates that primary causes of altered fire regimes in some forests include changes in fuel character caused by the on-going effects and legacy of land management activities. These activities include logging, post-disturbance tree planting, livestock grazing, and fire suppression (Veblen, 2003; Noss et al., 2006a; b; Baker et al., 2006). Many of these activities remain in operation over large areas. Therefore, unless treatments are accompanied by the elimination of or sharp reduction in these activities and their

Rvsd Plan - 00006492

impacts in forests where the fire regime has been altered, MFT alone will not restore fire regimes (Baker et al., 2006)

This report's evaluation of the likely combined effects of MFT on watershed and aquatic resources is also based on an explicit consideration of the level of certainty based on available scientific evidence. For each set of propositions analyzed, this report explicitly categorizes the level of associated certainty in one of the following three categories:

➤ high degree of certainty = robust field and/or applicable laboratory data;

➤ medium degree of certainty = effects that can be reasonably inferred from known linkages and available evidence; and

➤ low degree of certainty = limited data and information on known linkages.

## Existing Management Context: Aquatic and Watershed Conditions

The existing condition of watersheds and aquatic systems is key to assessing the significance of additional damage that might be caused by MFT. Any further damage is superimposed on watersheds and aquatic systems that are already pervasively degraded biologically and physically, as independent assessments of watershed and aquatic conditions and trends throughout the West have repeatedly concluded for more than six decades (Leopold, 1937; Nehlsen et al., 1991; Henjum et al., 1994; CWWR, 1996; Hirt, 1996; USFS and USBLM, 1997a; Kessler et al., 2001; Beschta et al., 2004; Karr et al., 2004). In its assessment of the condition of public land in the Sierra Nevada, CWWR (1996) noted that aquatic and riparian systems are "the most altered and impaired habitats." This is also likely true for most other regions in the West.

This pandemic aquatic damage has rendered many aquatic species wholly imperiled due to

enormous extirpations throughout their historic range. This has resulted in severe population fragmentation, which further threatens their persistence (Frissell, 1993; Propst and Stefferud, 1997; Shepard et al., 1997; ISG, 1999; USFS and USBLM, 1997a; USFWS, 1998; Kessler et al., 2001; Bradford, 2005).

Freshwater ecosystems have lost a greater proportion of their species and habitat than any other ecosystems (Revenga and Mock, 2000). About 40% of North American freshwater species are extinct or at-risk, with the extinction of at least 123 species of aquatic and amphibian species in the past century (Postel, 2005). North American freshwater species extinctions are estimated to be occurring at roughly five times the rate of terrestrial animals (Postel, 2005). A high percentage of the freshwater fish species native to Western states are imperiled, as summarized in Table 1.

Native inland trout are particularly imperiled. Relatively healthy populations of bull trout and several species of native cutthroat trout now occupy less than 5% of their historic ranges in areas spanning the interior Southwest to the interior Pacific Northwest to the Northern Rockies (USFS and USBLM, 1997a; Kessler et al., 2001; Young and Harig, 2001). Kessler et al. (2001) documented that only one of the eight species of native trout analyzed had relatively healthy populations that occupied more than 6% of its historic range; none of these eight native trout species had relatively healthy populations in more than 16% of their historic range.

The situation is similar for native salmonids and other native fishes in other areas, such as the Sierra Nevada and western Washington (Moyle et al., 1996; WDFW, 2000). At least 214 individual stocks of anadromous Pacific salmonids in California and the Pacific Northwest are at risk of extinction or of

Rvsd Plan - 00006493

special concern; at least another 106 stocks are already extinct (Nehlsen et al., 1991). Extinct or at-risk stocks of salmon and steelhead in the Pacific Northwest outnumber those considered healthy by more than four-to-one (Huntington et al., 1996). Habitat damage is a major cause of the loss of native salmonids in the West (Henjum et al., 1994; Moyle et al., 1996a; Shepard et al., 1997; USFS et al., 1997a; WDFW, 2000; Behnke, 2002).

Many native trout species are not likely to persist or recover without considerable improvement in habitat conditions and connectivity of habitats and populations (Nehlsen et al., 1991; Henjum et al., 1994; Propst and Stefferud, 1997; Shepard et al., 1997; USFS et al., 1997a; c; USFWS, 1998; Kessler et al., 2001; Rieman et al., 2003). Any additional habitat damage increases the likelihood of local extirpations and ultimate extinction due to increased population fragmentation (USFS and USBLM, 1997c). The impacts of current watershed conditions limit the capacity for recovery of aquatic habitats, by constraining the restoration potential of watershed systems (Beschta et al., 2004). Additional watershed damage is inimical to the restoration of native salmonids (Karr et al., 2004).

Habitat damage is one of the principal reasons that so many species of aquatic invertebrates, fish and amphibians in the Sierra Nevada are in decline (Moyle, 1996a; ECONorthwest and Pacific Rivers Council, 2002). Amphibians are in widespread decline in the West and the degradation of aquatic habitats appears to be the major cause (Willson and Dorcas, 2002; Bradford, 2005).

Despite considerable geographic differences, many aquatic systems throughout the West are now beset with the same set of problems. These include elevated sedimentation, reduced levels of large wood, simplified stream structure, elevated peak flows, reduced baseflows, increased seasonal water temperature extremes, damaged riparian areas, and vastly reduced numbers and diversity of native aquatic and riparian flora and fauna. Scientific assessments in areas ranging from the arid Southwest to the Pacific Northwest have consistently noted these problems and ascribed their causes to a common set of water and land uses: grazing, logging, roads, and water diversions (Leopold et al., 1937; Sublette et al., 1990; USFS et al., 1993; Henjum et al., 1994; CWWR, 1996; Moyle et al., 1996a; Shepard et al., 1997; USFS and USBLM, 1997a; Gresswell, 1999; USFWS,

**Table 1**. Number of imperiled native freshwater species in several Western states, based on Johnson (1995).

| State | Number of Imperiled Native Freshwater Fish Species | Total Number of Native Freshwater Fish Species | Percent of Native Freshwater Fish Species That Are Imperiled |
|---|---|---|---|
| Nevada | 39 | 43 | 91% |
| Arizona | 22 | 26 | 85% |
| California | 42 | 58 | 72% |
| Oregon | 25 | 57 | 44% |
| Utah | 20 | 26 | 77% |
| New Mexico | 20 | 66 | 30% |

Rvsd Plan - 00006494

1998; WDFW, 2000; Kessler et al., 2001; Behnke, 2002; Rieman et al, 2003; Dunham et al., 2003b).

In particular, roads have been consistently singled out as a primary cause of the reduced range and abundance of many aquatic species, not only in the West but also across the continent (CWWR, 1996; USFS and USBLM, 1997a; Trombulak and Frissell, 2000; Kessler et al., 2001; Angermeier et al., 2004). Czech et al. (2000) estimated that roads in the U.S. contribute to the endangerment of some 94 aquatic species.

Due to differences in biophysical attributes (e.g., climate, topography, soils, and vegetation), different watersheds and aquatic systems respond somewhat differently to anthropogenic disturbances. However, these responses differ in degree, not in type. For instance, the loss of groundcover inevitably leads to increased erosion whether it occurs in the subalpine terrain of Utah or the coastal lowlands of Washington. Regardless of the stream and setting, elevated sediment delivery contributes to increased turbidity, sedimentation, and the amount of fine sediment in channel substrate. Irrespective of soil type, the use of ground-based machinery causes soil compaction and decreased available soil water storage, soil productivity, and infiltration rates. The removal of trees from along streams ultimately reduces the amount of large woody debris (LWD) in channels, and consequently reduces channel diversity, regardless of geographic setting.

Similarly, all native salmonid species across the West are adversely affected by elevated summer water temperatures, reduced low flows, loss of stream cover, and the consequences of increased sediment delivery, including elevated levels of fine sediment in channel substrate and pool loss (Meehan, 1991; Rhodes et al., 1994; USFS and USBLM, 1997a; USFWS, 1998; McCullough,

1999; WDFW, 2000; Behnke, 2002; Rieman et al., 2003).

These broad similarities in the general direction of both physical and biological responses allow reasonable generalization of the direct, indirect, and cumulative impacts of MFT-related disturbance on watershed and aquatic systems, though the magnitude and persistence of the response often varies with geographic setting and related factors. Correspondingly, the broadly degraded state of aquatic systems across the West also allows one to reasonably interpret that additional watershed degradation has adverse repercussions.

The effects of MFT on aquatic systems are strongly influenced by their scale and location within watersheds (Rhodes et al., 1994). The cumulative scale of watershed disturbance from MFT is a key concern because, other factors remaining equal, adverse cumulative effects on aquatics tend to increase with increasing area of watershed disturbance (Rhodes et al., 1994; Murphy, 1995; Fore and Karr, 1996; Willson and Dorcas, 2002). Similarly, repeated treatments contribute to adverse cumulative effects on aquatic communities over time (Ziemer, 1991; Ziemer et al., 1991; Abbruzzese and Leibowitz, 1997). Tree removal and associated activities in sensitive areas and watersheds increase their negative impacts on aquatic systems (USFS et al., 1993; Rhodes et al., 1994; Murphy, 1995; Beschta et al., 2004). Therefore, the likely spatial and temporal scales of MFT are also evaluated in this report.

Rvsd Plan - 00006495

## II. EVALUATION

### The Likely Extent and Frequency of Mechanized Fuel Treatments

There is high degree of certainty that MFT will be proposed over extensive areas, involving significant numbers of watersheds and proportions of watershed areas. Graham et al. (2004) stated that extensive areas needed to be treated to provide "fire safe" landscapes in order to attempt to modify fire behavior, because "[t]reating small or isolated stands without assessing the broader landscape will most likely be ineffective in reducing wildfire extent and severity."

There appears to be general agreement that MFT must be applied extensively in order to alter fire behavior, both at the scale of individual areas and at the broader landscape scale (Finney, 2001; Rummer et al., 2003; Graham et al., 2004; Agee and Skinner, 2005; Stephens and Ruth, 2005). Stephens and Ruth (2005) suggested treating fuels on more than 24.2 million acres of USFS land in the Pacific Northwest and California, or approximately 53% of all such USFS lands.

Graham et al. (2004) suggest treating between 11 and 100 million acres on public lands in the West to reduce fire risk. USGAO (2003) cites a range of 90 to 200 million acres of public lands nationwide that have been considered[2] to have high risk of uncharacteristic wildfire due to fuel conditions, which might be treated to reduce fuel loads. Even if only a fraction of these areas are treated to reduce fuels, this clearly translates into a considerable scale of disturbance on Western public lands.

With the passage of components of the so-called Healthy Forests Initiative in 2003, it is likely that the rate of attempted MFT in the West will increase significantly. A USFS official has stated that the USFS aims to treat about 8 million acres of lands annually to reduce fuels (Associated Press, 2004), equivalent to more than 54% of all such lands in the West over the course of a decade. It is apparent that if the trend continues and/or stated intentions are carried out, a considerable amount of forested public lands in the West will be disturbed and altered by attempts to reduce fire severity by reducing fuels.

These levels of watershed disturbance would be ecologically significant and cause negative cumulative watershed effects under any circumstances. However, they are especially significant due to the already considerably disturbed state of watersheds on public lands and pandemic aquatic degradation.

Data on recent rates of treatment implementation and planning also indicate that treatments will be proposed on a significant scale. Based on data in USGAO (2001), about 1,280 fuel reduction projects on USFS lands in the West were readied for implementation in fiscal year 2001, although the total size (acreage) and amount (board feet) comprised of MFT were not given. In 2001 and 2002, USGAO (2003) estimated that the USBLM and USFS treated an average of about 1.6 million acres for fuel reductions nationwide, with a goal of treating more than 2.3 million acres in 2003. Although the amount of MFT used in these fuel treatments or the amount occurring in the West was not provided, it is safe to assume that many of these projects involved mechanical treatments.

---

[2] One of the prime points of USGAO (2003) is that the current estimates of the area with adversely high fuel loads have questionable accuracy. The Fire Regime Condition Class method (Hann and Bunnell, 2001) is widely used to assess the potential for uncharacteristic fire posed by elevated fuel loads, if fire occurs. This method likely has very limited accuracy and tends to overestimate the risk of higher-severity fire posed by fuel loads, as documented by studies of recent fires (Odion and Hanson, 2006).

Rvsd Plan - 00006496

Current broad scale fuel reduction proposals corroborate the high degree of certainty that MFT will affect significant amounts of watersheds. In the Sierra Nevada, the USFS approved an aggressive program of fuels reduction in 11 national forests comprising more than 11 million acres (the program includes 10 national forests in their entirety and a portion of an eleventh national forest) (USFS, 2004). This program aims to mechanically treat about 72,000 acres per decade (USFS, 2004), which translates to more than 12% of the entire planning area over the course of twenty years.

One of the projects revived in USFS (2004) is the Herger-Feinstein Quincy Library Group fuel treatment project (USFS, 1999), which proposed MFT on a significant scale on several forests in the Sierra Nevada of California. The project proposed the construction of 100 miles of permanent road and 300 miles of "temporary" road, while reconstructing 1,000 miles of road and greatly increasing haul traffic on thousands more miles of road. It also proposed to construct hundreds of miles of logged "fuel breaks," together with hundreds of thousands of acres of thinning and other types of forest removal that are more akin to clearcutting. The road reconstruction component alone, under this single massive project, would not only reverse recovery, but also increase road impacts on about 4% of the entire road network on all USFS lands in the Sierra Nevada. If implemented, it would also increase the length of the total road network on these lands by about 1.6%. The project, as proposed, would increase existing disturbance levels by an average of about 30% over the entire project area, which included hundreds of smaller watersheds (USFS, 1999). At the scale of individual affected watersheds, disturbance levels would be more than doubled by the project (USFS, 1999).

Extensive postfire MFT have been increasingly proposed since 2000, at scales without antecedents. For instance, ASNF (2004) proposed to log more than 40,000 acres in Arizona with postfire fuel reductions as one of the objectives. Before settlement of litigation by citizens, BNF (2001) proposed to log about 44,000 acres in Montana, citing postfire fuel reduction as a primary aim. In the area burned by the 2002 Biscuit fire, RSNF (2004) proposed to log more timber volume than logged in the previous year on all national forests in all of Oregon and Washington, with fuel reduction cited as an objective.

At the scale of individual large watersheds, there is a high degree of certainty that there will be attempts to subject a significant amount of watersheds to disturbance by MFT to reduce fuels. For instance, SFNF (2004a; b) proposed to disturb soils and remove trees and other vegetation on 28% of the area under public ownership in a municipal watershed in New Mexico, equating to about 16% of the total municipal watershed area.

At an intermediate scale, which may affect multiple watersheds, there is also a high degree of certainty that fuel treatments will disturb a significant amount of a given area. Graham et al. (2004) cite modeling that indicates that about 50-60% of the landscape area may need to be treated for fuel reductions in order to modify fire behavior if the treatments are not strategically placed. However, even with strategic placement of fuel treatments, models indicate that at least 20% of the landscape area must treated to modify fire behavior (Finney, 2003; Graham et al., 2004).

Most of the foregoing estimates of areas disturbed by fuel treatments do not include the area of associated severe disturbances from

Rvsd Plan - 00006497

the increased use, construction, reconstruction and maintenance of roads and landings, which are typical elements of MFT. These additional disturbances are far from trivial due to their persistence and severity.

For instance, landing construction has impacts that are similar in magnitude and persistence to those from road construction on a per unit basis (Menning et al., 1996; Beschta et al., 2004). Landings are typically constructed on about 2% of the area of fuel treatments by tree removal (ENF, 2004a; b; c). Assuming that landings occupy 2% of the area treated by MFT, the level of fuel treatments proposed under USFS (2004) would result in the construction of about 14,400 acres of landings over the course of a decade. This is roughly equivalent to building more than 4,700 miles of road with an average width of 25 ft. This plainly corroborates the high degree of certainty that fuel treatments will affect a significant amount of an area, in a manner that persistently and significantly contributes to cumulative effects on soils, watersheds, and aquatic systems. It also indicates that the actual area intensively disturbed by fuel treatments is likely to be about 2% higher than the area solely subjected to tree removal.

There is a high degree of certainty that fuel treatments involve repeated entries for repeated treatments on the same area or sequential treatments of different areas. Allen et al. (2002) recommended repeated entries for staggered, piecemeal implementation of fuel treatments, which intrinsically involves repeated entries into landscapes.

Repeated treatments are clearly required to maintain reduced fuels, due to the transience of treatment effects (Graham et al., 2004; Kauffman, 2004). For this reason, Agee and Skinner (2005) suggested repeating treatments at intervals of 10-20 years. Fuel treatments that open forest canopies, such as significant thinning or "fuel breaks," can create a self-perpetuating need for repeated treatment due to their effect on vegetation regrowth (Baker et al., 2006). Without repeated entries, post-treatment vegetation and fuel conditions can be more conducive to increasing fire spread and severity than before treatment (Keeley, 2001; 2002; Kauffman, 2004). Fuel breaks are estimated to require repeated entries, on the order of every 10-20 years (USFS, 1999; Rogue River-Siskiyou National Forest (RSNF, 2004).

There is high degree of certainty that repeated entries for fuel treatments as part of MFT increase the scale of cumulative effects and effective level of disturbance. This is because the effects of initial treatments often do not completely subside before the effects of subsequent treatments are superimposed on watershed systems, resulting in increased chronic cumulative disturbance that deleteriously affects aquatic communities (Ziemer, 1991; Ziemer et al., 1991; Abbruzzese and Leibowitz, 1997). For instance, if 20% of a watershed is subjected to repeated fuel treatments every 20 years for 100 years, this equates to the level of disturbance that is akin to that from completely treating an entire watershed over 100 years. This level of disturbance is generally acknowledged to cause significant adverse cumulative effects on watershed and aquatic resources over time (e.g. Ziemer, 1991; Ziemer et al., 1991; Murphy, 1995).

Persistent and chronic aquatic impacts from persistent, repeated watershed disturbances may be more deleterious for native fish than infrequent, but acute, impacts, such as fire and its watershed effects (Rieman et al., 2003; Dunham et al., 2003b). Therefore, the persistent effects generated by the watershed impacts of repeated treatments likely increase the cumulative biotic effects on aquatic ecosystems.

## Mechanized Fuel Treatment in Areas Important to the Protection and Restoration of Watershed and Aquatic Resources

While there are no unimportant, expendable parts of landscapes and watersheds, there has been a growing agreement over the past 20 years that some watershed areas with particular physical or biological features are essential for the protection and restoration of aquatic systems. For instance, numerous assessments and studies have concluded that the following are critically important to fully protect and restore in order to aid in the restoration of aquatic systems:

- riparian areas (e.g. USFS et al., 1993; CWWR, 1996; National Research Council (NRC), 1996; 2002; Beschta et al., 2004);
- roadless areas, including those greater than 1000 acres in area (e.g., Henjum et al., 1994; Rhodes et al., 1994; May, 2000; Kessler et al., 2001; Beschta et al., 2004; Karr et al., 2004);
- watersheds with imperiled aquatic species, including fringe populations in fringe habitats (e.g., Rhodes et al., 1994; USFS and USBLM, 1997a; b; Kessler et al., 2001; Beschta et al., 2004; Karr et al., 2004);
- relatively undamaged watersheds that have relatively higher quality habitat and/or water quality, the most potential for restoration, relatively healthy populations of aquatic biota, and/or high aquatic biodiversity (USFS et al., 1993; Henjum et al., 1994; USFS and USBLM, 1997a; b; Pacific Rivers Council, 1996; ISG, 1999; ECONorthwest and Pacific Rivers Council, 2002);
- the most historically productive stream habitats (e.g., Rhodes et al., 1994; Propst and Stefferud, 1997; ISG, 1999);
- stream corridors that, if restored, can ultimately provide connectivity between

fragmented aquatic populations (e.g., Henjum et al., 1994; Propst and Stefferud, 1997; Gresswell, 1999; ISG, 1999; Kessler et al., 2001; Rieman et al., 2003; Dunham et al., 2003b).

Overall, there is a high degree of certainty that fuel treatments will deleteriously disturb these areas that are critical to aquatic restoration efforts. A primary reason for this determination is the empirical evidence from recent proposals for MFT. The lack of enforceable provisions protecting these areas bolsters the level of certainty in this regard (Espinosa et al., 1997).

### Riparian Areas

There is considerable empirical evidence that MFT will be implemented in riparian areas in close proximity to streams. While a full catalog of planned and implemented MFT projects on public lands in the West is well beyond the scope of this report, recent examples of MFT projects that would occur in close proximity to riparian and stream systems are USFS (1999) and SNF (2001) in California; CNF (2002) and NPNF (2002) in Idaho; ONF (2002), UNF (2001), and RSNF (2004) in Oregon; and, SFNF (2004a) in New Mexico. RSNF (2004) proposed to create copious amounts of fuel breaks within 50 feet of streams. The empirical evidence provided by these numerous proposed projects confers a high degree of certainty that MFT will be located in riparian areas, damaging aquatic resources in an enduring manner.

Forest plans for areas with imperiled native trout habitat in the inland West that are outside of the range of bull trout and anadromous fish lack adequate protection of riparian areas, as the USFS's own assessments have noted (May, 2000). Due to the impetus for MFT, recent national forest land management plans specifically allow riparian areas to be damaged by fuel treatment

activities. For instance, the recently adopted forest plans for national forests in southern California allow complete deforestation and removal of all large downed wood in riparian areas in zones prioritized for fuel reduction measures (USFS, 2005). Such impacts are assured to cause severe and persistent riparian, watershed, and aquatic damage.

While riparian protection measures are less inadequate within the area of public lands managed under the aegis of the Northwest Forest Plan (NWFP) (USFS et al., 1993), PACFISH (USFS and USBLM, 1995a) and INFISH (USFS and USBLM, 1995b), they are still inadequate. The riparian protections in these three land management schema have numerous deficiencies, but the primary one is inadequate protection of smaller perennial and non-perennial streams. These streams are extremely sensitive to disturbance, comprise the bulk of the stream network, and cumulatively exert an extremely strong control on downstream aquatic conditions, which makes them crucial to protect if downstream conditions are to be protected (Rhodes et al., 1994; Moyle et al., 1996b; Allen and Dietrich, 2005).

For instance, USFS et al. (1993), USFS and USBLM (1995a; b) indicate that a protected area with a width of at least about 300 feet from each side of a stream is needed to protect aquatic resources from the impacts of upslope disturbance, but both provide less than half this protected width to non-perennial streams. Because of their importance and sensitivity, smaller non-perennial and headwater streams need to receive as much *or more* protection than larger streams if aquatic resources are to be protected (Rhodes et al., 1994; Moyle et al., 1996b; USFS and USBLM, 1997a). The lack of adequate riparian protection contributes to the high degree of certainty that fuel treatments will occur in riparian areas,

even those that are offered some protection from forest management activities.

Damage to headwater streams and riparian areas not only degrades habitats in headwater streams, but downstream habitats as well, because headwater streams provide most of the water and sediment for downstream reaches (Rhodes et al., 1994; Moyle et al., 1996b; Erman et al., 1996). They also exert a strong control on downstream water temperature in salmonid habitats (Allen and Dietrich, 2005). Based on the data from Jackson et al. (2002), inadequate riparian protection damages amphibian habitat in headwater streams.

### Roadless Areas

There is a high degree of certainty that MFT will be proposed in roadless areas. BNF (2001), SNF (2001) and RSNF (2004) all proposed to reduce postfire fuels in inventoried and uninventoried roadless areas in Montana, California, and Oregon, respectively. SFNF (2004a) aimed to treat fuels in inventoried roadless areas in New Mexico. The scale of roadless area entry is considerable in all of these proposals. RSNF (2004) proposed to reduce fuels by logging more than 12,000 acres of inventoried roadless areas. BNF (2001) originally aimed to do the same in almost 17,000 acres of uninventoried roadless areas, before citizen participation scaled that back by about 88%. SFNF (2004b) proposed to reduce fuels via a variety of treatments in about 4,100 acres of inventoried roadless areas; about 47% of the total project was proposed to occur in inventoried roadless areas (SFNF, 2004a).

As of October 2006, the so-called "Roadless Rule" (USFS, 2000b) had been re-instated (Harden and Eilperin, 2006). However, the rule may not protect roadless areas from damage by MFT, because it did not protect uninventoried roadless areas less than 5,000

acres from roads and logging associated with fuel treatments (USFS, 2000b). Scientific assessments have repeatedly concluded uninventoried roadless areas less than 5,000 acres from roads and logging associated with fuel treatments (USFS, 2000b). Scientific assessments have repeatedly concluded roadless areas greater than 1,000 acres in size are critical to protect in order to protect and restore native salmonids (e.g., Henjum et al., 1994; Rhodes et al., 1994).

The Roadless Rule (USFS, 2000b) also provided explicit allowances to conduct MFT in inventoried roadless areas. Although USFS et al. (1993), USFS and USBLM (1995a), and USFS (2001) clearly noted the importance of remaining roadless areas to aquatic protection and restoration efforts, none of these public land management schemes protected roadless areas, inventoried or not, from damage by MFT. Together with the proposals for MFT in roadless areas, the lack of roadless area protection contributes to the likelihood that they will be entered for MFT.

The "Roadless Rule" has also been in limbo and flux (Frick, 2004). It may again be in flux, depending on the outcomes of legal actions challenging the rule (Associated Press, 2006).

### Areas With Imperiled Aquatic Species or High Restoration Potential

There is a high degree of certainty that MFT projects will be implemented or attempted in watersheds with imperiled aquatic biota, high restoration potential, or high aquatic biodiversity. A few recent examples of planned or attempted MFT projects in such areas are SNF (2001), UNF (2001), BNF (2001), CNF (2002), ONF (2002), NPNF (2002), and RSNF (2004). All of these projects proposed MFT for fuels reductions in watersheds that provide habitat for imperiled salmonids, including several listed under the Endangered Species Act (ESA).

UNF (2001) proposed mechanized fuel reduction, including the construction of fuel breaks, in Oregon in one of the most important watersheds for the production of wild anadromous salmonids remaining in the entire Columbia River system. The watershed provides habitat for steelhead and bull trout listed under the ESA.

CNF (2002) targeted watersheds that have some of the most productive remaining populations of wild steelhead in the Snake River portion of the upper Columbia River system. These watersheds also provide habitat for imperiled westslope cutthroat trout, threatened bull trout, and threatened chinook salmon. NPNF (2002) targeted watersheds that provide habitat for imperiled cutthroat trout and listed bull trout, chinook salmon, and steelhead.

RSNF (2004) proposed to reduce fuels via logging in watersheds with imperiled steelhead and chinook salmon and listed coho salmon. These watersheds also currently provide an important source of relatively high water quality and have extremely high potential for restoration, if fully protected from additional damage.

These projects are but a few out of many of a similar ilk. They amply demonstrate the high degree of certainty that MFT will be proposed for implementation in ecologically important areas that are vital to the protection and restoration of aquatic ecosystems.

Currently there is no adopted land management scheme that assures that such areas are fully protected, even though there have been calls to do so for more than a decade (e.g., Rhodes et al., 1994; Henjum et al., 1994; ISG, 1996). This bolsters the high degree of certainty that MFT will continue to be proposed in areas with imperiled aquatic species.

### High-Hazard Areas

There is general scientific agreement that areas with certain sets of attributes are likely to lead to disproportionately significant degradation of aquatic systems if subjected to the suite of disturbances involved in MFT. These areas include:

- steep slopes (USFS et al., 1993; USFS and USBLM, 1997a);
- thin soils (Rhodes et al., 1994; CWWR, 1996);
- soils with high erosion hazards, including landslide prone areas (USFS et al., 1993)riparian areas (USFS et al., 1993; Beschta et al., 2004);
- zones subject to rain-on-snow events (MacDonald and Ritland, 1989; USFS et al., 1993);
- areas recently burned at moderate to high severity (Beschta et al., 2004; Karr et al., 2004);
- watersheds where cumulative effects are already pronounced under existing levels of disturbance (Rhodes et al., 1994; Henjum et al., 1994).

There is a high degree of certainty that MFT will disturb such areas. This level of certainty is due to the empirical evidence from recent proposals and bolstered by lack of protective measures for these areas in land management plans.

USFS (1999), SNF (2001), BNF (2001), CNF (2002), NPNF (2002), ONF (2002), and UNF (2003) all targeted watersheds where negative cumulative effects on aquatic resources were already extremely significant. All of these projects proposed fuel treatments that would increase erosion and sediment delivery in watersheds where sedimentation was already documented to be a severe problem.

Ridgelines are often targeted for fuel breaks to modify fire behavior as part of MFT (USFS, 1999; SNF, 2000; UNF, 2001; RSNF, 2001). Ridgelines typically have relatively thin soils, increasing severity of damage from soil loss and other soil impacts.

CNF (2002) proposed to conduct MFT on areas known to be prone to mass wasting. BNF (2001), UNF (2003), SFNF (2004a), ASNF (2004) and RSNF (2004) all proposed fuel reduction via logging on soils known to have high erosion hazards, if disturbed. BNF (2001), SNF (2001), and RSNF (2004) proposed extensive logging to reduce fuels on areas that had recently been burned at high severity. ASNF (2004) proposed ground-based logging to reduce fuels on more than 40,000 acres that primarily had been burned at high or moderate severity.

USFS (1999) proposed extensive logging to reduce fuels in watersheds subject to relatively frequent rain-on-snow events in California. RSNF (2004) proposed logging to reduce fuels in areas with exceedingly thin soils subject to rain-on-snow events. It also proposed logging to reduce fuels on steep slopes: more than 21,000 acres on slopes greater than 30% and more than 6,700 acres on slopes over 60% (Pers. comm., E. Fernandez, GIS specialist, ONRC, January, 2004).

## The Ecological Costs of Mechanized Fuel Treatments: Damage to Watershed/Aquatic Attributes and Processes

### Mechanized Fuel Treatment Effects on Soil Productivity

Soils are a fundamental element of forested ecosystems. Soil conditions strongly influence long-term forest productivity, the composition and condition of vegetation, rates of vegetative recovery after disturbance, and the quantity, timing, and quality of water produced by watersheds (Beschta et al., 2004). Soil and vegetation conditions profoundly

---

affect sediment flux to streams, which, in turn, affects aquatic ecosystems.

There is a high degree of certainty that MFT activities will reduce soil productivity in an enduring fashion through several mechanisms, including: reductions in sources of organic matter and nutrient capital; soil compaction and consequent effects; soil displacement and disruption; increased erosion; and effects on soil structure.

MFT removes trees, branches, and needles that are the prime sources of organic matter and nutrients vital to long-term maintenance and protection of soil productivity (USFS and USBLM, 1997a; Graham et al., 2004; Beschta et al., 2004; Karr et al., 2004). The removal of this material ultimately leads to persistent losses of soil productivity (Amaranthus and Perry, 1987; USFS and USBLM, 1997a; b; Beschta et al., 2004).

The loss of organic matter from vegetation removal cumulatively reduces the ability of soils to absorb and store water. Soils with higher levels of soil organic matter typically have higher infiltration rates and are able to store more soil moisture (Rawls et al., 1993). Amaranthus et al., (1989) documented that large, decaying and downed logs contain 25 times more moisture than the surrounding soil after fire. Reductions in infiltration rates and the loss of soil water storage capacity both contribute to increased surface runoff and reduced subsurface flow to streams.

Soil nutrient levels are also reduced by the removal of branches and needles, which provide as much as 45% of potassium and 25% of nitrogen stores at the site scale (Graham et al., 1999). This removal is likely to exacerbate nutrient shortages on sites that are short on potassium and nitrogen, a common condition in many forests (Graham et al., 1999).

The removal of whole trees has more intense and persistent negative effects on soils than fire (USFS and USBLM, 1997b). The USFS and USBLM (1997b) concluded that wildfire usually has fewer and less persistent negative impacts on soil productivity than the removal of whole trees, due to the patchy nature of wildfire, the residual wood left on site, and the lack of soil compaction.

Many MFT include the removal of native shrubs (sometimes referred to as "brush") as part of the effort to reduce surface fuels. This removal has been recommended as part of MFT, in order to reduce surface fuels (e.g., Agee and Skinner, 2005). The removal of shrubs reduces sources of organic matter. It also reduces nutrient levels by reducing levels of nitrogen fixation, because several types of native shrubs in the West are nitrogen-fixers (Rhodes, 1985). A 35-year study (Busse et al., 1996) of the effect of brush control on ponderosa pine showed that complete brush removal did not increase the growth of ponderosa pines older than 20 years old, while soils with retained brush had higher soil productivity due to much higher levels of soil nitrogen and carbon in the upper several inches of the soil than under soils where brush had been removed. Busse et al. (1996) concluded, "A long-term benefit to upper soil horizons is associated with maintaining understory vegetation." Conversely, the study indicates that brush removal, as will occur with MFT aimed at reducing surface fuels, will have long-term costs to soil productivity in upper soil horizons that are most important to overall soil productivity.

MFT also impedes the recovery of degraded soil productivity. One of the most effective steps to restoring soil productivity is to retain all sources of wood recruitment to soils and to leave areas undisturbed until they have recovered (Kattleman, 1996; USFS and USBLM, 1997a; Beschta et al., 2004). MFT

and associated activities conflict with this approach because they remove trees, shrubs, and groundcover, while disturbing and compacting soils.

Numerous activities associated with MFT increase the extent and intensity of soil compaction. The effects of compaction on soils are more persistent than the baring of soil by fire (USFS and USBLM 1997b). Soil compaction persists for 50-80 years or longer and persistently reduces soil productivity (USFS and USBLM, 1997a; Beschta et al., 2004). Regional assessments of conditions on large tracts of public lands have concluded that soil compaction is a significant concern on many national forests due to thin soils, the longevity of the impact, the existing extent of soils already compacted by logging, grazing and roads, and the impacts from on-going and likely future ground-disturbing activities (e.g., CWWR, 1996; USFS and USBLM, 1997a).

Research in northern Idaho (Page-Dumroese et al., 1998) indicates that significantly compacted soils have poor prospects for recovery. Ground-based logging compacts soils to levels that significantly reduce tree growth (Page-Dumroese et al., 1998). Soil compaction also reduces the ability of soils to absorb and store water (Rawls et al., 1993). Many types of MFT are likely to compact soils as severely as logging, because the same types of practices often will be used, although fuel treatment may sometimes target different trees than conventional logging.

It is extremely likely a significant amount of MFT will be done with ground-based machinery. Yarding methods that cause less on-site soil damage, such as helicopter yarding, do not meet fuel reduction objectives, because they generate relatively high levels of flammable slash (Halpern and McKenzie, 2001; Agee and Skinner, 2005; Donato et al., 2006). For these reasons, Agee and Skinner (2005) explicitly recommended using ground-

based machinery to reduce fuels, despite the well-known ecological costs of this practice (Beschta et al., 2004).

Economic considerations also contribute to the propensity to use ground-based machinery to accomplish MFT. Ground-based yarding methods are the least costly (Rummer et al., 2003).

Ground-based machinery is typically proposed as the primary means of implementing MFT. Examples of fuel reduction projects employing ground-based machinery include USFS, (1999), UNF (2001), ONF (2002), SFNF (2004a), ENF (2004a; b; c), and ASNF (2004). The latter proposed to conduct logging on more than 40,000 acres, solely using ground-based machinery, with postfire fuel reduction as one of the stated objectives. This empirical evidence amply demonstrates that MFT will employ ground-based machinery. There is a high degree of certainty that soil compaction and disruption are inevitable with ground-based machinery (Geppert et al., 1984; Kattleman, 1996; USFS and USBLM, 1997a; b; c; Beschta et al., 2004).

There is a high degree of certainty that MFT will accelerate topsoil erosion through the combined impacts of soil compaction and removal of soil cover. Topsoil loss causes the most persistent and serious loss of soil productivity (USFS and USBLM, 1997a; Beschta et al., 2004). This is especially serious in areas where topsoil layers are thin and rates of soil formation are exceedingly slow, as is the case in most forested areas in the interior West (CWWR, 1996; USFS and USBLM, 1997a). The loss of topsoil is irreversible within human timescales; associated reductions in soil productivity are essentially permanent (Beschta et al., 2004; Karr et al., 2004).

Topsoil loss contributes to reductions in the capacity of watersheds to absorb, store, and

slowly release water to streams. For instance, the loss of only one inch of topsoil over one square mile of watershed translates into the loss of over one million cubic feet of water storage capacity in watershed soils. Topsoil loss can also reduce infiltration rates, since surface soils typically have the highest infiltration rates (Rawls et al., 1993). Both impacts typically translate into increased surface runoff and contribute to reductions in low flows (Hancock, 2002).

Many aspects of MFT and associated activities increase topsoil erosion. SFNF (2004a) estimated that 8,800 acres of fuel treatments in a municipal watershed would increase rates of soil erosion more than four-fold. Notably, SFNF (2004a) ignored accelerated erosion caused by broadcast burning, piling and burning, and elevated road use, all of which significantly increase soil erosion (Foltz, 1996; Megahan et al., 1995; Kauffman, 2004). A more than four-fold increase in rates of surface erosion would have significant and persistent negative effects on soil productivity, watershed hydrologic processes, water quality, and stream conditions (Rhodes et al., 1994).

Intensive thinning, which is a likely component of MFT to reduce fuels, can involve the cutting and yarding of more trees per unit area than conventional logging. This increases the area of soil disturbance from yarding and felling per unit area affected. Therefore, soil damage from intensive thinning is likely to be as great as or greater than that from conventional logging. Based on similar logistical considerations, Geppert et al. (1984) concluded that intensive thinning with ground-based machinery likely causes greater soil damage per unit treatment area than the conventional clearcutting of large trees.

Compaction, topsoil loss, accelerated erosion, and loss of organic matter sources are especially severe with the construction of roads and landings, because vegetation and groundcover are completely removed, erosion is dramatically and persistently increased, and compaction is severe (Geppert et al., 1984; Beschta et al., 2004). MFT often involves the construction of roads and/or landings (e.g., USFS, 1999; BNF, 2001; SNF, 2001; UNF, 2003; CNF, 2002; RSNF, 2004; ASNF, 2004; ENF, 2004a; b; c).

Roads are typically the single largest source of elevated erosion in forested watersheds. Landing construction and use involves impacts to soils and vegetation that are as severe and persistent as those from roads, resulting in similar effects on watershed hydrology, erosion and sediment delivery (Geppert et al., 1984, Ketcheson and Megahan, 1996). In their study in Idaho forests, Megahan and Ketcheson (1996) found that the longest travel distance of sediment from forest disturbances originated from a landing. Cumulative effects methods indicate that landings contribute to adverse watershed cumulative effects as persistently and significantly as roads (Menning et al., 1996).

Erosion on roads is especially high during the first year after construction (Rhodes et al., 1994). However, it remains dramatically elevated as long the roads exist, and even well after abandonment or decommissioning (Potyondy et al., 1991; Rhodes et al., 1994; USFS, 2000b).

Roads and landings essentially zero out soil productivity for some time and reduce it for long periods thereafter (Geppert et al., 1984; Menning et al., 1996). This is the case even with "temporary" roads and landings. Due to the persistence of their impacts, "temporary" landings and roads do not have temporary impacts (Beschta et al, 2004). The negative effects of road and landing construction are large, enduring, and immediate, while recovery is relatively minor and protracted, even with obliteration, all of which belie any

application of the term "temporary" (Beschta et al., 2004). The USFS has conceded that the loss of soil productivity on temporary landings and roads is not reversible, because such areas never completely regain their productivity or function naturally even with remediation or abandonment (BNF, 2001; RSNF, 2003).

The degree of soil compaction on roads and landings retards vegetative recovery and vastly elevates surface erosion for decades after abandonment (Rhodes et al., 1994). It also significantly reduces the ability of affected soils to absorb and store water. Roads reduce infiltration rates by about 97% relative



**Photograph 1.** **An example of an ineffective Best Management Practice (BMP) that failed to significantly reduce major impacts of land use on aquatic systems on the Bitterroot National Forest, MT. High levels of fine sediment from road impacts continue to be funneled directly to this stream via road drainage features, despite the recent addition of rock to the stream crossing in 2005. The stream is in the East Fork of the Bitterroot River watershed, which is designated as having impaired water quality due to sedimentation. This watershed provides habitat for bull trout, listed as threatened under the Endangered Species Act, and imperiled western cutthroat trout. Increases in fine sediment significantly reduce the survival of both these native trout, as discussed in the text.** *Photograph: G. Carnefix.*

Rvsd Plan - 00006506

to undisturbed areas (Luce, 1997), causing surface runoff to be generated by even minor rain and snowmelt events.

The area likely to be affected by landings constructed as part of MFT is far from trivial if MFT are extensively implemented. Assuming landing construction occurs on 2% of treated areas and the levels of fuel reduction recommended by Stephens and Ruth (2005) for USFS lands in the Pacific Northwest and California were conducted mechanically, the likely level of landing construction would be more than 480,000 acres. This affected area is roughly equivalent to building almost 160,000 miles of road with an average width of 25 ft. As noted previously, the area of landings for the proposed magnitude of mechanized fuel treatments on 11 Sierra Nevada national forests (USFS, 2004) would be roughly equivalent to building more than 4,700 miles of road with an average width of 25 ft. Due to the severity and persistence of the impacts of landings, these levels of landing construction would contribute significantly to the degradation of watersheds and aquatic systems.

There is a high degree of certainty that MFT will involve the construction of roads, including "temporary" ones. Examples of projects that proposed road construction as part of MFT include USFS (1999), BNF (2001), SNF (2001), NPNF, (2001); CNF, 2002; ONF (2002), SFNF (2004a); and RSNF (2004). Agee and Skinner (2005) recommended the construction of temporary roads to facilitate MFT in roadless tracts.

The reconstruction of roads and/or landings is a typical aspect of MFT (e.g. BNF, 2001; SNF, 2001; CNF, 2002; NPNF, 2002; SFNF, 2004, RSNF, 2004). There also is a high degree of certainty that road reconstruction significantly increases erosion, especially when the roads have previously undergone

some degree of hydrologic recovery through non-use (Potyondy et al., 1991; Beschta et al., 2004; Karr et al., 2004). Reconstruction of unused landings and roads also effectively reverses recovery of soils and soil processes that have occurred in the absence of use (Beschta et al., 2004; Karr et al., 2004). (See Photographs 2a and 2b on pg. 20.)

Elevated road use is a typical part of MFT that significantly increases surface erosion on unpaved roads (Wald, 1975; Reid et al., 1981; Reid and Dunne, 1984; Foltz, 1996; Luce and Black, 2000; Gucinski et al., 2001; Ziegler, 2001; Luce and Black, 2001). The USFS's summary of scientific information on roads (Gucinski et al., 2001) concluded that "rates of sediment delivery from unpaved roads are…closely correlated to traffic volume." Reid et al. (1981) documented that roads used by more than four logging trucks per day generated more than seven times the sediment generated from roads with less use and more than 100 times the sediment from abandoned roads.

Even with a road surface of crushed rock aggregate, which is often used with the intent of reducing sediment production on road surfaces, Foltz (1996) documented that elevated truck traffic increased sediment production by 2 to 25 times that on unused roads in western Oregon. Foltz (1996) noted that since the processes are the same across regions, a similar range of increases was likely. Primary mechanisms for increased erosion and sediment production from road use are the production of highly mobile fine sediment on road surfaces, road prism damage, disruption of gravel or aggregate surfaces, and rutting.

The effect of road use on surface erosion is magnified by use during wet periods. Wet weather haul causes rutting, documented by USFS research to increase sediment delivery from surface erosion on roads by about 2-5

 

**Photographs 2a & 2b.** An example from Karr et al. (2004) of some of the typical impacts of the reconstruction of unused roads on vegetation, soils, road runoff, and sediment production. The left photo (2a) shows an unused road in 1996 on the Malheur National Forest, OR, which had undergone some recovery of vegetation and soil conditions through non-use, resulting in revegetation and reduced erosion and runoff. The right photo (2b) shows how reconstruction of the same road for MFT had reversed this recovery in 1999, increasing soil erosion and sediment delivery by surface runoff to a tributary of a stream inhabited by steelhead trout (listed as threatened under the Endangered Species Act at the time of photo). Such increases in sediment delivery lower the survival rates of steelhead and other aquatic species and degrade water quality, as discussed in the text. *Photographs: J. Rhodes.*

times that occurring on unrutted roads (Burroughs, 1990; Foltz and Burroughs, 1990). Gucinski et al. (2001) noted, "As storms become larger or soil becomes wetter, more of the road system contributes water directly to streams."

Burroughs (1990) concluded that road closure during wet weather is one of the most important measures to reduce sediment production from roads and damage to roads. However, MFT will very likely include elevated road use during wet weather, as evidenced by the allowances to do so in several projects (USFS, 1999; ENF, 2000a; b; c; RSNF, 2004).

Increased road use typically requires increased road maintenance. Road maintenance to facilitate haul is a common component of

MFT proposals (e.g., USFS, 1999; BNF, 2001; ENF, 2000a; b; c; CNF, 2002; RSNF, 2004). It increases soil loss by removing vegetation and disturbing road prisms and ditches (RSNF, 2004). Black and Luce (1999) found grading of roads elevated sediment production for at least a year. Luce and Black (2001) documented that ditch maintenance also elevated erosion.

The several-fold increases in erosion and sediment delivery caused by road and landing reconstruction and elevated use are significant. Even without these increases in sediment delivery, roads are usually the primary source of management-induced sediment delivery in managed watersheds (Furniss et al., 1991; USFS et al., 1993; CWWR, 1996; Gucinski et al., 2001).

Rvsd Plan - 00006508

There is a high degree of certainty that road impacts from MFT will be extensive and involve significant road mileage. MFT is likely to involve repeated entries for dispersed and extensive treatments. Such activities require the perpetuation, use, and maintenance of an extensive road network. Road impacts increase with increased frequency of entry for MFT. As previously noted, it is extremely likely that MFT will involve repeated entries over relatively short time spans.

MFT typically involves broadcast burning and machine piling and burning in order to reduce activity fuels, commonly referred to as slash, and other surface fuels, such as native shrubs. Projects that have included these practices include SNF (2001); UNF (2002); SFNF, (2004a); RSNF (2004); ENF (2004a; b; c); ASNF (2004).

There is a high degree of certainty that broadcast and pile burning reduces soil productivity. It does so by heating and denuding soils, removing sources of organic matter, increasing erosion, and sometimes causing hydrophobic soils to develop.

In a study area with soils prone to erosion, Megahan et al., (1995) documented that areas broadcast burned after helicopter logging in Idaho had surface erosion rates that were 66 times those on undisturbed slopes. The broadcast burned areas also had copious amounts of bare soils, even 10 years after initial treatment. The helicopter logging and broadcast burning nearly doubled sediment yield from a small watershed for a period of 10 years, indicating that combined impacts significantly elevated soil export from the watershed in an enduring fashion. Megahan et al., (1995) concluded that the broadcast burning "…had potentially serious implications for on-site productivity" due to the magnitude and duration of the impacts. For these reasons, Megahan et al. recommended avoidance of broadcast burning in areas where soil loss was a significant concern.

Although broadcast burning is often assumed to have nominal effects on soil conditions, available information indicates that it involves high severity burns and sometimes causes reduced infiltration rates and the development of hydrophobic soils. Robichaud (2000) documented that broadcast burning in Montana created hydrophobic soils that reduced infiltration rates by about 10-40%. About 28% of the sampled area showed signs of hydrophobicity. High severity burns occurred on 5% of one site and 15% of another. Hydrophobic soils temporarily increased runoff and soil erosion for one to two years (Robichaud, 2000). Debyle (1973) also documented the development of hydrophobic soils from post-logging broadcast burning.

Notably, broadcast burning of materials felled by MFT may result in higher fire severity than occurs from post-logging broadcast burning. This is because MFT may provide even more downed, fine fuels for broadcast burning, if felled material is left in place. These felled materials would ostensibly be comprised of the most flammable fuels, since they were targeted for thinning and, hence, could contribute significantly to elevated fire severity if fire occurs. Further, the burn would occur under a canopy that had been opened up, contributing to increased wind speeds and reduced fuel moisture, both of which are conducive to elevated fire severity. Thinning with untreated surface fuels has been shown to increase wildland fire severity (Raymond and Peterson, 2005). Therefore, broadcast burning as a follow-up to MFT with felled materials in place may result in negative effects on soils and surface erosion that are as great as or greater than those from broadcast burning after conventional logging.

Prescribed fire does not usually increase topsoil loss significantly or persistently because it often burns primarily at lower severity. However, prescribed burns that are often used as part of MFT occasionally burn hotter and over greater areas than expected. The Cerro Grande fire in New Mexico started as a prescribed burn; in parts of the area burned at high severity by the fire, postfire erosion was vastly accelerated (Allen et al., 2002).

Machine piling of slash and other fuel materials generated by MFT has severe impacts on soil productivity via compaction, soil disruption, and removal of vegetation and groundcover. On a per unit area basis, the soil disturbance caused by impacts of machine piling is only rivaled by the construction of roads and landings (Geppert et al., 1984; Menning et al., 1996). Data from a study of the impacts of several logging treatments with significant tree retention in the Pacific



**Photograph 3**.  Machine piled area, Malheur National Forest Oregon, approximately 2.5 years after being burned as part of mechanized fuel treatment. Soil has been severely damaged by prolonged exposure to high temperatures under the pile. Note that piled topsoil ringing the scar was moved there by the machine piling. The only significant revegetation occurring on the burn scar is by invasive weeds at the outer edge of the burn. Compare and contrast this severe soil damage and lack of revegetation approximately 2.5 yrs after pile burning to the rapid revegetation after high-severity wildland fire about one year after fire on the Eldorado and Sequoia National Forests, CA, in Photos 4-6.  *Photograph: J. Rhodes.*

Rvsd Plan - 00006510

Northwest indicate that machine piling treatments had the highest level of disturbed soil of any treatments studied (Halpern and McKenzie, 2001). Machine piling and burning left little ecologically important coarse woody debris onsite and significantly reduced groundcover (Halpern and McKenzie, 2001).

Machine piling also reduces soil productivity by extensively displacing topsoil. Much of this displaced topsoil ends up underneath the piles, where it is exposed to high temperatures when piles are burned. This displacement of topsoil to areas where it is subjected to prolonged burning at high temperatures greatly increases the impact of piling and burning on soil productivity (See Photograph 3 on pg. 22).

Pile burning removes organic matter and nutrients and sterilizing soils beneath the piles (Kauffman 2004; Korb et al., 2004). The soil damage under burned piles is so intense and enduring that burn scars often remain persistently unvegetated or occupied only by exotic, and often invasive, weeds (Korb et al., 2004), as shown in Photograph 3. Slash disposal by any means removes the sources of organic matter critical to soil productivity (Amaranthus and Perry, 1987; USFS et al., 1997a).

Project proposals demonstrate that MFT often includes significant amounts of machine piling and burning (SNF, 2001; UNF, 2002; SFNF, 2004a; RSNF, 2004; ENF, 2004a; b; c; ASNF, 2004). For instance, MFT in the Sierra Nevada have called for about 54% to 100% of the areas treated for fuel reduction to be machine piled and burned.

### Postfire Mechanized Fuel Treatments

Postfire fuel reduction treatments have multiple negative impacts on soils, which are of heightened concern due to the inherent sensitivity of soils after fire (Beschta et al., 2004; Karr et al., 2004: Noss et al., 2006a; b). These treatments reduce large woody debris

recruitment critical to soil productivity. They also directly damage soils via displacement, compaction, groundcover removal, and elevated erosion.

Although it is outside of the scope of this report, it is worth noting that there is a high degree of certainty that postfire fuel reduction treatments have significant negative ecological impacts on a wide variety of non-aquatic processes and resources (Lindenmayer et al., 2004; Beschta et al., 2004; Franklin, 2005; Hutto, 2006). Some imperiled avian species are almost entirely dependent on untreated, burned forests (Hutto, 2005; 2006). Due to their ecological importance, Franklin (2005) concluded that the removal of burned and dead trees often has greater ecological costs than the logging of live trees. A burgeoning body of scientific work has noted that postfire tree removal has negative impacts that undermine the recovery of burned forest ecosystems (Beschta et al., 2004; Karr et al., 2004: Noss et al., 2006a; b; DellaSala et al., 2006).

In aggregate, this information clearly indicates that there is a high degree of certainty that MFT is likely to involve road and landing impacts, anthropogenic burning, and vegetation removal with ground-based machinery. There is also a high degree of certainty that these impacts will cumulatively reduce soil productivity by reducing sources of soil organic matter and soil nutrients, compacting soils, burning soils, and increasing topsoil erosion.

### Mechanized Fuel Treatment Effects on Erosion and Sediment Delivery to Aquatic Systems

There is a high degree of certainty that MFT will increase erosion and sediment delivery to stream systems with consequent negative impacts on water quality. This is due to the activities involved, their likely extent and frequency, and their likely placement within

Rvsd Plan - 00006511

the watershed context. As concluded by Megahan et al. (1992) and USFS and USBLM (1997c) it is not possible to log areas without increasing erosion and sediment delivery, regardless of BMPs involved or care in implementation, especially when roads are involved. MFT involves the same suite of impacts as logging. There is ample evidence that MFT will almost always involve roads and landings.

MFT and associated cumulative impacts will contribute to elevated erosion and sediment delivery via both surface erosion and mass erosion. However, since these mechanisms have differing associated degrees of certainty, they are evaluated separately.

There is a very high degree of certainty that road and landing activities related to MFT will increase surface erosion and sediment delivery, as discussed in the previous section. Landings are extensions of roads and are treated as such in the following discussion.

Much of the erosion from roads is delivered to streams due to direct hydrologic connection via ditches, drainage, and gullies below drainage relief features (Wemple et al., 1996; Rhodes and Huntington, 2000). Both Wemple (1996) and Rhodes and Huntington (2000) found that a sizable proportion of the road network effectively served as extensions of the stream network, effectively increasing drainage density.

The delivery of sediment from roads is particularly acute at stream crossings where road segments drain directly into streams (Kattleman, 1996; Rieman et al., 2003). Road impacts associated with MFT inevitably increase sediment delivery at stream crossings due to their frequency on roads (Rieman et al., 2003). For example, in the forests of the Sierra Nevada, on average, there are about 3.8 stream crossings per mile of road or about one stream crossing per every 0.26 miles of road

(USFS, 2001; ECONorthwest and Pacific Rivers Council, 2002). In Wyoming, Eaglin and Hubert (1993) showed that the amount of fine sediment in trout habitat was correlated to the number of stream crossings by roads in a statistically significant manner. In the same study, the amount of trout per stream area was negatively correlated with the number of stream crossings in a statistically significant fashion.

Much of the road network on public land is relatively proximate to streams. For instance, about 43% of all classified roads on the Clearwater National Forest in Idaho are estimated to be within 300 feet of stream channels (CNF, 2003). Under such conditions, there is usually a high degree of direct hydrologic connectivity between roads and streams, regardless of the region and climate (Wemple et al., 1996; Rhodes and Huntington, 2000; CNF, 2003). For example, Rhodes and Huntington (2000) documented that roads occupying the lower one third of slopes in a watershed in Idaho had about 59% of their length hydrologically connected to streams; while roads in similar slope positions in eastern Washington had about 52% of the road length directly connected to streams. Wemple et al. (1996) also found that a high percentage of valley bottom roads in watersheds in western Oregon were directly connected to streams by relief culverts, gullies, ditches, or stream crossings.

The hydrologic connectivity between roads and streams and consequent high levels of sediment delivery is not restricted to stream crossings, nor to valley-bottom roads. In a watershed in eastern Washington, Rhodes and Huntington (2000) found that about 23% of the ridgetop roads directly connected to streams were connected by downslope gullies rather than stream crossings or ditches leading to stream crossings. In a watershed in Idaho, 10% of the midslope roads directly connected

to streams were connected by downslope gullies rather than stream crossings (Rhodes and Huntington, 2000).

Both Wemple et al. (1996) and Rhodes and Huntington (2000) found a significant amount of connectivity between streams and roads, even when roads were located on ridgetops. Montgomery (1994) also documented a high level of connectivity between road drainage from ridgetop roads and headwater streams in western Washington.

Studies throughout the West corroborate that elevated erosion from roads triggered by MFT-associated road use will increase sediment delivery and subsequent negative effects on aquatic resources. A large number of studies and reviews have repeatedly documented significant increases in sedimentation, sediment yield, turbidity, and suspended sediment in response to the existence, construction, reconstruction, and use of roads (e.g., reviews and results in: Geppert et al., 1984; Eaglin and Hubert, 1993; Meehan, 1991; MacDonald and Ritland, 1989; Rhodes et al., 1994; Kattleman, 1996; Espinosa et al., 1997; USFS et al., 1997a; USFS 2000; McIntosh et al., 2000).

Based on review of available data, MacDonald and Ritland (1989) concluded that roads typically double suspended sediment yield even with state of the art construction and erosion control. MacDonald and Ritland (1989) also concluded that suspended sediment contributions from roads alone, even in the absence of mass failure, are typically in the range of 5 to 20 percent above background and remain at elevated levels for as long as roads are in use. Kattleman (1996) concluded that BMPs could do little to reduce sediment delivery from roads at stream crossings. Therefore, there is a high degree of certainty that MFT effects on roads will translate into increased sediment delivery and consequent

negative effects on fish habitat, water quality, and channel form.

Vegetation removal activities as part of MFT will increase surface erosion, sediment delivery, and resulting negative impacts on aquatic resources. While most studies of the effect of vegetation removal on sediment delivery have focused on traditional logging practices, these findings are relevant because MFT involves largely the same suite of activities, whether as a matter of thinning, creating fuel breaks, or other types of cutting (e.g. partial removal, group selection, etc.). These activities include: felling, ground-based yarding or piling, and, in many circumstances, broadcast burning or piling and burning, as demonstrated by many proposed or implemented MFT projects (e.g., USFS, 1999; SNF, 2001; UNF, 2001; ONF, 2002; SFNF, 2004; ASNF, 2004). Further, logging is often proposed as a primary method of fuel reduction (e.g., USFS, 1999; BNF, 2001; SNF, 2001; UNF, 2001; ONF, 2002; SFNF, 2004; ENF 2004a: b; c; ASNF, 2004).

A multitude of studies across the West have documented that forest removal significantly increases sediment delivery to streams, even when helicopter yarding is used (Megahan et al., 1995). Streams draining watersheds with extensive vegetation removal have higher levels of sedimentation, suspended sediment, and turbidity (Geppert et al., 1984; Eaglin and Hubert, 1993; Meehan, 1991; MacDonald and Ritland, 1989; Rhodes et al., 1994; Kattleman, 1996; Espinosa et al., 1997). In Wyoming, Eaglin and Hubert (1993) found statistically significant evidence that the amount of watershed area logged was correlated to stream sedimentation. Rhodes et al. (1994) found that fish habitat conditions affected by sedimentation were generally poor in watersheds in interior Oregon where more than 15% of the area had been affected by logging.

Empirical evidence indicates that MFT will be proposed in close proximity to streams and in areas with extremely high soil erosion hazards. The hazards posed by these areas are often compounded by several factors, including steep slopes, severely burned soils, *and* erosion-prone soils. Examples of where forest removal for MFT has been proposed on areas with surface erosion hazards include USFS (1999), BNF (2001), SNF (2001), UNF (2002), NPNF (2002), SFNF (2004a), RSNF (2004) and ASNF (2004). The extensive and repeated nature of MFT greatly increases the likelihood that MFT will elevate soil erosion and sediment delivery to aquatic systems.

While vegetation removal does not increase surface erosion and sediment delivery per unit area to the degree that roads do, vegetation removal is typically far more extensive. In many systems, the area affected by vegetation removal is on the order of 30-60 times that affected by roads and landings, significantly contributing to cumulative sediment delivery and resulting aquatic impacts (Rhodes et al., 1994).

Burning piled woody material also contributes to elevated sediment delivery by damaging and baring soils, increasing surface runoff, and severely retarding the recovery of native vegetation (Kauffman, 2004; Korb et al., 2004). The piling itself, when done by ground-based machinery, negatively affects a much larger area than the piles, contributing to persistent increases in surface erosion and sediment delivery due to soil baring, displacement, compaction, and elevated surface runoff.

MFT may also indirectly increase erosion and sediment delivery by aiding in the spread and establishment of noxious weeds. Extensive repeated MFT will likely aid in the spread of these weeds, via effects on road traffic, disturbance of soils and vegetation by machinery, prescribed fire, and pile burning

(CWWR, 1996; USFS, 1999; USFS, 2000b; USFS, 2001; Korb et al., 2004; Dodson and Fiedler, 2006). Weed establishment appears to be most likely when the impacts of mechanical treatments are coupled with prescribed burning (Dodson and Fiedler, 2006). The establishment of noxious weeds can increase erosion, sediment delivery, and runoff (CWWR, 1996; USFS, 2001), which reduces soil productivity and degrade aquatic systems.

In aggregate, there is a high degree of certainty that sediment delivery and consequent negative impacts on aquatic resources will be increased by elevated surface erosion from MFT. This is due to the combined activities involved, their likely extent, frequency of disturbance, and locations involved.

Overall, there is a medium degree of certainty that MFT will increase erosion and sediment delivery from mass wasting in areas susceptible to this type of erosion. However, the level of certainty varies among types of activities involved in MFT.

In areas prone to mass erosion in response to disturbance, there is a medium degree of certainty that MFT will contribute to increased rates of mass wasting from road networks. This is partially based on the high degree of certainty that MFT requires that extensive road networks remain in place.

Roads are a primary cause of elevated rates of mass wasting in forested landscapes. Although the relationship varies with location, mass failures from roads are generally larger, more frequent, travel farther, and transport less wood than mass failures from undisturbed areas (Dunne and Leopold, 1978; Ziemer et al., 1991a; b; MacDonald and Ritland, 1989; Furniss et al., 1991; USFS et al., 1993; Montgomery, 1994; Rhodes et al., 1994;

Rhodes and Huntington, 2002; May, 2002; Montgomery et al., 2004).

Roads have been found to increase mass erosion volumes by about 30 to 350 times the amount generated in undisturbed forested areas on a per unit area basis, depending on the area under investigation. In a study on the Idaho batholith, roads were found to have increased mass erosion by about 188 times the rate found in forested areas (Furniss et al., 1991).

Dunne and Leopold (1978) concluded that road construction in most mountainous terrain contributes to increased mass wasting, regardless of how much care was taken in planning and construction. Geppert et al. (1984) echoed this conclusion, stating, "The association of roads with debris avalanches is not specifically related to the construction phase or road use, but the fact that roads exist…Unlike failures within harvest units, the potential for debris avalanches from roads does not appear to decline with time except as the more susceptible areas fail." Therefore, there is a medium degree of certainty that MFT will increase mass failures by maintaining or increasing the extent of road networks.

There is a low degree of certainty that forest removal activities associated with MFT will increase erosion by mass wasting and subsequent effects on aquatic resources. Forest removal clearly increases the frequency and volume of mass wasting relative to undisturbed areas (Dunne and Leopold, 1978; MacDonald and Ritland, 1989; Ziemer et al., 1991a; b; USFS et al., 1993; Rhodes et al., 1994; Rhodes and Huntington, 2002; May, 2002; Montgomery et al., 2004). The mass erosion volumes originating in clearcuts range from about 1 to about 9 times that found in undisturbed areas in the coastal Northwest (Furniss et al., 1991).

Forest removal increases the propensity for mass failures by decreasing root strength while increasing saturation in soils (Rhodes et al., 1994; Montgomery et al., 2004). Most types of forest removal, including thinning or partial harvest, will decrease root strength for at least a period of time, contributing to mass failure risks during major rain or rain-on-snow events. This is also made more likely by the continued attempt to remove larger trees, as part of MFT, in areas prone to mass failure, as exemplified by CNF (2002).

Because most of the field research on mass failure and forest removal has involved areas where trees were completely cleared, there is some uncertainty in the mass failures response to partial harvests with tree retention or thinning. However, complete clearing is often proposed for the creation of fuel breaks in terrain susceptible to mass failures (USFS, 1999; UNF, 2001; RSNF, 2004). Therefore, in aggregate, there is a low degree of certainty that MFT will increase sediment delivery and erosion from mass failures in susceptible landscapes.

The potential effects of MFT on mass wasting are ecologically significant. Sediment delivery by mass wasting in mountainous terrain can dominate long-term sediment budgets.

MFT may also increase sediment delivery by increasing peakflows. Increases in channel erosion and downstream sediment delivery are inevitable with persistent increases in peakflows (Dunne and Leopold, 1978; Richards, 1982). King (1989) expressly noted that increases in peakflows in headwater systems were likely to increase delivery of sediment downstream.

In most of the West, snowmelt is the primary source of peakflow. In such areas, research across the West has consistently shown that forest removal and roads significantly elevate peakflows, with the greatest increases occurring in the wettest years (Troendle and King, 1985; 1987; King, 1989; MacDonald

and Ritland, 1989; Rhodes et al., 1994; Gottfried, 1991; Burton, 1997; MacDonald and Stednick, 2003). Road construction alone has been shown to increase peakflows generated by snowmelt (King and Tennyson, 1984).

Research on the hydrologic alteration by logging and roads has conclusively demonstrated at the site scale that vegetation removal in the rain-on-snow zone increases snow accumulation, snowmelt, and runoff during rain-on-snow events (MacDonald and Ritland, 1989; Harr and Coffin, 1992; Bowling et al, 2000: La Marche and Lettenmaier, 2001). The effect of forest removal and roads on the largest and most infrequent peakflows in rain-dominated systems is a matter of some contention. However, there is little dispute that all available evidence clearly indicates that the most frequently occurring peakflows (e.g. with a recurrence interval of 1-5 years) are increased in a statistically significant fashion by forest removal and roads (Jones and Grant, 1996; Thomas and Megahan, 1998; Beschta et al., 2000; Bowling et al., 2000).

### The Effects of Elevated Sediment Delivery From Mechanized Fuel Treatments on Aquatic Resources and Populations

There is a high degree of certainty that increased sediment delivery from the cumulative effects of MFT will degrade water quality and aquatic habitats, and reduce the survival and production of sensitive aquatic biota. Elevated sediment delivery to streams increases suspended sediment and turbidity levels, fine sediments in streams, and degrades channel form. Elevated sediment delivery and its impacts are some of the most pervasive aquatic problems in streams draining Western watersheds that have been disturbed by land management (Sublette et al., 1990; Rhodes et al., 1994; CWWR, 1996; USFS and USBLM, 1997a; WDFW, 2000).

Elevated sediment delivery from the cumulative impacts of MFT increases suspended sediment and turbidity. Although there is tremendous variability across the West in the relationship between sediment delivery and suspended sediment or turbidity, at the scale of individual watersheds, turbidity and suspended sediment generally correlate with sediment delivery. Elevated turbidity and suspended sediment levels can impair water uses and increase treatment costs for water supplies (Reid, 1999; ECONorthwest and Pacific Rivers Council, 2002). It also impairs sight feeding by fish and, at higher levels, causes gill damage in fish (Rhodes et al., 1994).

There is a high degree of certainty that the effects of increased sediment delivery from MFT will increase damage to water quality and imperiled aquatic populations. This is due to the strong empirical evidence that MFT has been and will be proposed for implementation in watersheds important to the protection and restoration of aquatic populations. Such proposals have been made across the West (USFS, 1999; BNF, 2001; SNF, 2001; UNF, 2001; 2003; CNF, 2002; NPNF, 2002, and RSNF, 2004). All of these proposed MFT projects, save RSNF (2004), were proposed in areas that had already documented severe problems with sedimentation generated by forest removal and roads that were adversely affecting imperiled salmonids.

There is a high degree of certainty that increased sediment delivery to streams increases levels of fine sediment in streams, as laboratory and field experiments have repeatedly demonstrated, especially when the increased sediment supply primarily consists of fine sediment (Lisle et al., 1993; Rhodes et al., 1994; Hassan and Church, 2000; Kappesser, 2002). Increased surface erosion from MFT-related disturbances is comprised almost solely of fine sediment.

Increases in fine sediments in streams negatively affect salmonids and other aquatic biota (e.g., see reviews in Meehan, 1991; Rhodes et al., 1994; Waters, 1995). Increases in fine sediment in streams sharply reduce the survival and production of all salmonid species. Bull trout and cutthroat trout undergo especially sharp drops in survival with increased levels of fine sediment (Weaver and Fraley, 1991). Increased levels of fine sediment also negatively affect salamanders, which require relatively coarse channel substrate (Jackson et al., 2001).

Streams that have the following characteristics are the most sensitive to increases in fine sediment: snowmelt-dominated hydrology, relatively arid climates, significant mass erosion, granitic geology, low gradient streams, steep terrain, and low frequency of large woody debris (Everest et al., 1987). Notably, many habitats for many inland fish populations, including imperiled trout and salmon, have these characteristics and, therefore, are highly susceptible to increases in fine sediment (Rhodes et al., 1994).

Increases in fine sediment in stream substrate serve to decrease the exchange of water between subsurface near-stream flows and streams, by reducing the permeability of substrates, which strongly influences rates of water movement through soils (Freeze and Cherry, 1979; Hancock, 2002). This is not an esoteric or trivial issue. These exchanges are important for thermal regulation and the provision of baseflows to streams draining forest watersheds (Dunne and Leopold, 1978; Kirkby, 1978; Rhodes et al., 1994).

Thermal regulation and the supply of relatively cool water to streams are critically important to salmonids and amphibians (McCullough, 1999; Jackson et al., 2001). Thermal regulation is important in headwater reaches, because they provide amphibian habitat (Jackson et al., 2001) and are critical in

a systemic fashion to downstream thermal regulation (Rhodes et al., 1994; Allen and Dietrich, 2005).

Elevated sediment delivery reduces the quality and volume of pools and impedes pool development via several mechanisms. Fine sediment tends to be deposited and sequestered in pools during lower flows, reducing pool volume and quality (Kappesser, 2002; Buffington et al., 2002). The loss of pool depth from sedimentation has been shown to be correlated with increased levels of fine sediment in streams caused by increased sediment delivery (Kappesser, 2002). Increased sediment delivery increases stream width and decreases stream depth in depositional reaches (Richards, 1982; Dose and Roper, 1994), which is also associated with reduced pool dimensions (Buffington et al., 2002).

USFS et al. (1993) concluded that increased sediment delivery was one of the primary causes of the extensive pool loss within the NWFP area. The regional analysis of McIntosh et al. (2000) documented the consistent loss of large pools over a 50-year period in streams in Columbia River Basin and noted that elevated sediment delivery from land management activities was a major cause of this loss. Lisle and Hilton (1992) documented that fine sediments occupied a larger proportion of pools in streams subjected to elevated sediment loads than streams with lower levels of sediment supply.

The loss of pool volume and quality negatively affects native salmonids (Meehan, 1991; Rhodes et al., 1994; USFS, 1997a; McIntosh et al., 2000). Pools provide multiple habitat functions and are an essential habitat feature of native salmonids at a variety of lifestages (McIntosh et al., 2000). Studies have repeatedly shown that salmonid production is positively correlated with pool quality, volume, and frequency (Meehan,

1991; USFS and USBLM, 1997a; McIntosh et al., 2000).

Elevated rates of mass wasting from roads and logging significantly degrade aquatic habitats, causing long-term reductions in salmonid survival as both field studies and modeling exercises have shown (Platts et al., 1989; Ziemer et al., 1991a; b; Espinosa et al., 1997; Rhodes and Huntington, 2001). For instance, it is extremely well documented that mass failures from logging and roads in the South Fork of the Salmon River, Idaho decimated salmonid populations (Platts et al., 1989; Rhodes et al., 1994). More than 30 years after the initial degradation, aquatic habitats had not fully recovered and habitat productivity remained significantly depressed (Rhodes et al., 1994).

Dose and Roper (1994) identified increased sedimentation from roads and logging as one of the primary causes of the statistically significant increase in channel width in watersheds subjected to forest removal and roads in southwestern Oregon. Increases in width/depth ratio increase summer water temperatures (Beschta et al., 1987; Rhodes et al., 1994). Bartholow (2000) estimated that the increases in channel width documented by Dose and Roper (1994) significantly increased summer water temperatures, even in the absence of any reduction in stream shading.

Elevated summer water temperature has numerous negative effects on native salmonids and stenothermic amphibians, at scales ranging from a stream reach to regions (Beschta et al., 1987; Meehan, 1991; USFS et al., 1993; McCullough, 1999, USFS and USBLM, 1997a; Jackson et al., 2001; Dunham et al., 2003a). Elevated summer water temperature is a pandemic water quality problem afflicting salmonids and other aquatic stenotherms in streams draining public lands with a history of management disturbance (USFS et al., 1993; Rhodes et al., 1994;

CWWR, 1996; USFS and USBLM, 1997a; USFS, 2001; USFWS, 1998; Dunham et al., 2003a).

Increases in channel width/depth also increase the rate of heat loss from streams during winter periods, rendering streams more susceptible to freezing (Platts, 1991; Rhodes et al., 1994). Anchor ice can cause complete mortality of most aquatic life within the stream substrate (Platts, 1984). In many parts of the interior West, anchor ice can cause of significant levels of overwinter mortality of native trout (Platts, 1984).

### Mechanized Fuel Treatment Effects on Riparian Areas and Functions

Riparian areas provide a variety of functions essential to protecting water quality, channel form, aquatic habitat conditions, and the survival and production of salmonids and other sensitive aquatic biota (USFS et al., 1993; NRC, 1996; 2002). Among the most vital riparian functions are the recruitment of LWD to streams, thermal regulation, bank stability, hydrologic regulation, and sediment detention and storage (Meehan, 1991; USFS et al., 1993; Rhodes et al., 1994; Henjum et al., 1994; CWWR, 1996; NRC, 1996; USFS and USBLM, 1997a; b; NRC, 2002).

There is a high degree of certainty that MFT, if implemented as proposed, will damage riparian area and functions. This level of certainty is due to the plethora of evidence that forest removal damages riparian functions together with the considerable empirical evidence that MFT will be proposed in relatively close proximity to streams and the lack of adequate riparian protections in current public land management plans. It is also partially due to the fact that existing conditions in much of the riparian areas across the West that are outside of roadless areas are already in a damaged condition caused by a variety of cumulative impacts from past and

Rvsd Plan - 00006518

on-going activities including grazing, logging, and roads (Leopold, 1937; USFS et al., 1993; Henjum et al., 1994; CWWR, 1996; Moyle, 1996a; b; Espinosa et al., 1997; NRC, 1996; 2002; WDFW, 2000; Beschta et al., 2004). This degradation has sharply reduced the ability of riparian areas to absorb some incremental damage without it translating into aquatic damage. It has also compromised the ability of riparian areas to buffer the effects of upslope disturbance (Rhodes et al., 1994).

The removal of vegetation within about one tree height or 100 feet of streams reduces stream shading (USFS et al., 1993). The loss of stream shading contributes to increases in summer water temperature that are deleterious to salmonids, amphibians, and other stenothermic aquatic biota (Beschta et al., 1987; USFS et al., 1993; Rhodes et al., 1994; McCullough, 1999).

The removal of vegetation within a few hundred feet of streams reduces microclimate regulation of the near stream environment. This has been shown to be the case in Pacific Northwest riparian zones (USFS et al., 1993) and likely holds for other areas, although the microclimate regulation from vegetation as a function of distance from streams has not been well documented in other forest types and regions. However, it is clear that the removal of vegetation close to streams results in some loss of microclimate regulation within the stream environment (Hewlett and Fortson 1982; Platts, 1984; Rhodes et al., 1994; Brosofske et al., 1997). Vegetation loss near the channel can increase the propensity of streams to freeze during winter periods, increasing the overwinter mortality of fish and other aquatic life (Platts, 1984; Rhodes et al, 1994).

The removal of trees within one tree height of streams reduces the recruitment of large woody debris to streams (USFS et al., 1993; Rhodes et al., 1994). However, retention of all trees within one site potential tree height of streams does not insure that LWD recruitment rates are not reduced. In northwest California, Reid and Hilton (1998) found that about 30% of trees falling from within a tree's height of the channel are triggered by trees falling from upslope of the contributing tree. Since this process also likely holds for other areas, but has not been documented by field studies in other regions, there is a low degree of certainty that maintaining natural rates of LWD recruitment requires retaining trees within more than one tree-height from streams.

The loss of LWD recruitment to streams ultimately depletes LWD levels, contributing to loss of stream cover and pool volume, quality, and frequency (Meehan, 1991; USFS et al., 1993; USFS and USBLM, 1997a; McIntosh et al., 2000; Buffington et al., 2002). These impacts adversely affect salmonid populations and their habitats (Meehan, 1991; USFS et al., 1993; Rhodes et al., 1994; USFS and USBLM, 1997a).

Vegetation removal within several hundred feet of streams increases the probability of sediment delivery in two ways. First, it reduces the ability of vegetation and downed wood to detain and store sediment supplied from upslope sources. Second, it increases the proximity of sediment-generating activities to streams, which generally increases the probability and efficiency of sediment delivery to streams (USFS et al., 1993; Rhodes et al., 1994; USFS and USBLM, 1997a). Vegetation removal within about one half of a tree height reduces bank stability, which can increase bank erosion and sediment delivery (USFS et al., 1993; Rhodes et al., 1994).

MFT in riparian areas increases the propensity for the spread and establishment of noxious weeds in riparian areas, due to the effects of soil and vegetation disturbance, coupled with seed dispersal by equipment. In some parts of the West, riparian areas are especially susceptible

to the establishment of some noxious weeds or already afflicted with significant infestations of non-native noxious weeds (CWWR, 1996; USFS, 2005).

The effects of MFT on existing road networks in riparian zones increase aquatic damage. This is primarily because MFT increases road traffic, especially on main haul roads, which are typically in fairly close proximity to streams (e.g., CNF, 2003). This increase in traffic increases erosion and sediment delivery from the road network, a significant percentage of which acts as extensions of the stream network (Wemple et al., 1996; Rhodes and Huntington, 2000; CNF, 2003).

MFT perpetuates damage from riparian roads in riparian areas by creating a perceived "need" for such roads for repeated treatments. This is extremely significant ecologically, because the existing impacts of the road network are known to be a major cause of damage to soils, water quality, native plants, and aquatic populations throughout the West, especially when roads are in close proximity to streams (e.g., Meehan, 1991; USFS et al., 1993; Henjum et al., 1994; Rhodes et al., 1994; CWWR, 1996; Kattleman, 1996; USFS and USBLM, 1997a; USFS, 2000b; Kessler et al., 2001). As long as roads remain in place, watersheds and aquatic resources are consigned to significant degradation accruing on an annual basis.

Based on the foregoing, there is a high degree of certainty that MFT will cause additional damage to riparian areas resulting in the loss of large wood, channel complexity, thermal regulation, stream substrate quality and water quality. There is a high degree of certainty that such impacts individually, but especially in combination, will further degrade aquatic resources.

## The Potential Effectiveness of Mechanized Fuel Treatments

Proponents of fuel treatments have claimed that if treatments effectively reduce future fire severity, they will yield net benefits to soils, watersheds, and aquatic systems (e.g., Allen et al., 2002; MacDonald and Stednick, 2003; Graham et al., 2004; SFNF, 2004; ASNF, 2004; O'Laughlin, 2005). The primary basis for this view is that severe fire often increases soil erosion and runoff, sometimes dramatically, as will be discussed in greater detail. However, any potential benefits of reduced fire severity by MFT clearly come at an ecological price. Therefore, examining the potential effectiveness of MFT is a crucial step in assessing net impacts to aquatic systems from wildfire versus treatments to alter its behavior. This requires consideration of several key contexts:

- MFT is unlikely to be effective unless it aids in the restoration of the natural fire regime. Therefore, forest type and natural fire regime affected by MFT is critical to determine and consider. Because MFT is aimed at reducing fire severity and size, it is unlikely to help restore fire regimes unless wildfires are burning more severely and extensively than under the natural fire regime.

- In forest types that are experiencing uncharacteristically severe wildfire, MFT, if effective, only addresses symptoms of altered fire regimes. Unless it is part of wider efforts to restore natural fire regimes, MFT alone is unlikely to reduce fire severity and effectively restore natural fire regimes in a self-sustaining manner (Noss, 2006b).

- MFT has only transient effects on fuel conditions. Some MFT practices increase short-term and/or long-term levels of fuels that may contribute to higher-severity fire. MFT can open stands and increase wind

speeds, while reducing moisture levels, which can contribute to higher-severity fire (Martinson and Omi, 2003, Raymond and Peterson 2005).

- MFT cannot reduce fire severity unless fires that would otherwise be high severity affect treated areas during the window when fuels have been reduced. Therefore, the likelihood of this confluence of events *must* be considered in evaluating the potential effectiveness of MFT.

### Forest Types, Natural Fire Regimes, and Mechanized Fuel Treatments

Despite the variability and uncertainty, and for the sake of simplicity, this report follows the route taken by other researchers (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b) of grouping forests and their fire regimes into three very broad types. These are:

1) Forest types with natural fire regimes characterized by relatively infrequent, high-severity fires. These forest types include subalpine forests comprised of spruce, subalpine fir, and lodgepole pine in the northern Rockies, forests in the wetter maritime climates of coastal California and the Pacific Northwest, and pinyon pine-juniper woodlands (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss, 2006b). Hydric riparian and wetland forests in much of the West also likely have such a natural fire regime. Weather is the dominant control on fire frequency, severity, and extent in forests with this natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b).

2) Forests types with a natural fire regime of mixed severity and frequency, where both low-severity fires and high-severity fires occur naturally at varying frequencies. Infrequent high-severity fire and frequent low-severity fire are both characteristic of the natural fire regime in these forest types. These forests are often comprised of mixed conifers, including ponderosa pine, Douglas fir, grand fir, and western larch in the northern Rocky Mountains (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b). Field studies indicate that some drier forests comprised primarily of ponderosa pines at lower to mid-elevations throughout the Rocky Mountain region also have this fire regime (Ehle and Baker, 2003; Romme et al., 2003a; b; Baker et al., 2006), as do many of the mixed ponderosa pine forests in the interior Northwest (Hessburg et al., 2005). Many mixed-conifer forests of the Sierra Nevada and the Pacific Northwest also likely have this natural fire regime (Odion and Hanson, 2006; Noss et al., 2006b).

Although these forest types are among the most prevalent in the West, this fire regime is the least thoroughly understood in terms of the extent, severity, and frequency of wildfire under natural conditions (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b). However, there is general agreement that both weather and fuel conditions influence fire frequency, severity, and extent in forests with this natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b; Baker et al., 2006).

3) Forest types with a fire regime characterized by relatively frequent, low-severity fire. This forest type appears to be relegated mostly to some of the relatively arid ponderosa pine forests of New Mexico and Arizona, although some other ponderosa pine systems may also have this natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b). Notably, in the Rocky Mountain region, most forests with this fire regime occur primarily on private, rather than public lands (Baker et al. 2006). Although fire frequency in these forest types

may have been overestimated due to limitations in current sampling methods (Baker and Ehle, 2001; 2003), there is currently a lack of evidence that frequent high severity crown fires occurred naturally in the forest types with this fire regime (Ehle and Baker, 2003; Schoennagel et al., 2004a). There is general agreement that fuel conditions are a primary influence on fire frequency, severity, and extent in forests with this natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b).

It is worth stressing that not all drier lower-elevation forests with ponderosa pine have fire regimes of high-frequency, low-severity fire, as Ehle and Baker (2003) and Baker et al. (2006) have shown for these forest types in the Rocky Mountain region. Based on analysis of forest structure and fire scars, Hessburg et al. (2005) determined that many drier, mixed ponderosa forests of the interior Northwest have a natural fire regime of mixed-severity fire.

In all forest types, fire size and severity is ultimately influenced by longer-term climatic patterns. There is good evidence that the historic extent and severity of fires increased during periods of protracted drought (Whitlock et al., 2003; Pierce et al., 2004). Historical fires appear to have been most severe and extensive after a multi-annual period of drought preceded by a relatively wet period (Veblen, 2003; Romme et al., 2003a: b). Low-elevation ponderosa pine forests historically experienced extensive natural fires that burned at high severity in response to protracted historic drought (Pierce et al., 2004).

Due to changing climate, the area annually burned by fires may increase (Whitlock et al., 2003; Pierce et al., 2004; Westerling et al., 2006). Westerling et al. (2006) found that increase in the annual area burned by wildfire

since 1980 has been most pronounced in forests with fire regime of low frequency, high-severity fire, where fire behavior is primarily controlled by weather.

While the three general categories of forest types/fire regimes are used for the sake of tractable analysis, the heterogeneity within and among fire regimes and forest types should both be kept in mind during the following discussion. Similarly, uncertainties and biases in fire regime estimation should temper the interpretation of the following evaluation.

The natural fire regimes in forest types are a critical context for interpreting the potential effectiveness of MFT in reducing uncharacteristically high-severity fire and restoring natural fire regimes (Romme et al., 2003a; b; Bebi et al., 2003; Schoennagel et al., 2004a; Noss et al., 2006b). It cannot be overemphasized that if MFT are not tailored to be consistent with natural forest regime restoration, they are unlikely to be successful in altering fire behavior and reducing fire severity (Schoennagel et al., 2004a; Baker et al., 2006; Noss, 2006b). Such efforts likely damage forest ecosystems without yielding any ecological benefits from the restoration of the fire regime (Veblen; 2003; Ehle and Baker, 2003; Schoennagel, 2004a; Kauffman, 2004; Baker et al., 2006).

There are some obstacles to accurately identifying natural fire regimes and potential departures from it (Baker and Ehle, 2001; Veblen, 2003; Baker and Ehle, 2003; Ehle and Baker, 2003; Romme et al., 2003 a; b). Some current methods of assessing natural fire regimes and their alteration are fraught with uncertainty, potential for error and/or inherent bias (Baker and Ehle, 2001; Veblen, 2003; Baker and Ehle, 2003; Ehle and Baker, 2003; Romme et al., 2003 a; b; Baker et al., 2006).

Due to high temporal variability in natural fire behavior from synergies among climate, forests, and fire, accurate identification of natural fire regimes may requires several centuries worth of information on fire behavior, including its extent, severity, and frequency (Baker and Ehle, 2003; Romme et al., 2003a; b; Veblen, 2003; Ehle and Baker, 2003). Even with this information, there is still some uncertainty and potentially significant bias in some common estimation methods, such as those that rely only on fire scars (Baker and Ehle; 2001; 2003; Veblen, 2003; Baker et al., 2006; Baker, 2006).

Baker and Ehle (2003) examined some of the uncertainties of estimating fire occurrence in ponderosa pine ecosystems, and concluded that past studies have overestimated fire occurrence in these forest types. They noted that sources of uncertainty and bias in some estimation methods include a lack of modern calibration, inappropriately targeted sampling, absence of fire severity evidence, and insufficient treatment of variability and uncertainty (Baker and Ehle, 2003). For instance, fire scars are widely used to estimate fire frequency, but not all fires leave scars. Conversely, stand-replacing fires do not leave trees to be scarred.

Veblen (2003) recommended that fire scar evidence should be considered only as an index of past fire occurrence rather than a complete record of past fires. Veblen (2003) noted that "Absence of the evidence (the fire scar) is not necessarily evidence of absence of the event (the fire)." Romme et al. (2003b) came to similar conclusions regarding whether recent large, stand-replacing fires were within the range of natural variation in some forest types in the northern Rocky Mountains.

Hessburg et al. (2005) documented that measurement of fire scars on individual trees tends to underestimate fire severity and overestimate fire frequency. Minnich et al.

(2000) and Lentile et al. (2005) documented similar results. Data on forest structure and age at the broader scale of forest patches in conjunction with fire scar analysis appear to provide far more reliable estimates of fire severity and frequency, and hence, determination of the natural fire regime, than fire scar analysis alone (Minnich et al., 2000; Ehle and Baker, 2003; Hessburg et al., 2005; Lentile et al., 2005; Baker et al., 2006). Notably, these types of data are not typically considered in assessments of natural fire regimes and decisions to implement fuel treatments (e.g., NPNF, 2002; RSNF, 2004; SFNF; 2004a) or, for that matter, in widely used methods aimed at assessing current departures from natural fire regimes, such as the Fire Regime Condition Class approach (Hann and Bunnell, 2001).

The differing results from different methods of estimating the occurrence of fire have significant ramifications. The work of Hessburg et al. (2005) indicates that a majority of the dry forest types sampled on public lands in the interior Columbia basin were typified by a fire regime of mixed severity. However, fire scar analysis alone indicated a fire regime of frequent low-severity fire in these same areas, an assessment that is likely an incorrect artifact of sampling (Hessburg et al., 2005). Lentile et al. (2005), documented similar results in South Dakota.

These differences in the assessment of natural fire regimes have considerable ramifications for assessing the likely effectiveness of fuel treatments. Misidentification of the natural fire regime and its potential alteration can lead to implementing fuel treatments where they are unlikely to be effective and where fire regimes have not been altered. There is not a sound basis for intrusive attempts to restore fire regimes unless multiple lines of site-specific evidence convergently indicate that

Rvsd Plan - 00006523

the fire regime has been altered (Veblen, 2003; Schoennagel et al., 2004a; Baker et al., 2006). Without such information, MFT aimed at fuel reduction and/or alteration of current fire behavior has the potential to cause ecological damage without providing the ecological benefits that can accrue from the restoration of natural fire regimes (Ehle and Baker, 2003; Schoennagel et al., 2004a; Baker et al., 2006; Baker, 2006).

Veblen (2003) noted that there are considerable differences of scientific opinion about the importance of biases and limitations of methods of estimating fire regimes, and how they should be treated or improved upon. Veblen (2003) concluded that improvements in methods of estimating natural fire regimes are important to pursue, but "…are unlikely to completely remove the uncertainties in reconstructions of historic fire regimes and their effects on forest conditions."

For these combined reasons, the degree of certainty associated with the assessment of natural fire regimes varies with the type and amount of evidence used to make the assessments. There is a low degree of certainty that natural fire regimes have been accurately assessed, *unless* there is considerable long-term data on fire frequency and severity, together with data on forest structure and age at the larger scale of forest patches (Baker et al., 2006). In areas with some natural component of high-severity fire data, dating downed wood and growth release on surviving trees in order to assess synchronous tree deaths can help date past high-severity fires (Baker et al., 2006). If all such data have been properly collected and analyzed, there is still only a medium degree of certainty that current and natural fire regimes have been correctly identified due to inherent uncertainties in fire regime reconstruction.

Even where there is convergent evidence that fire regimes have been modified, there is uncertainty as to how to treat these areas to restore natural fire regimes. For instance, although there is convergent evidence that higher-severity fire was a rarity in low elevation ponderosa pine systems in Arizona and New Mexico (Schoennagel et al., 2004a), there is still considerable potential that fire frequency in some of these systems has been overestimated (Baker and Ehle, 2003; Baker, 2006). Attempts to restore these fire regimes through repeated MFT or burnings, based on overestimated fire frequency, may be unsound and inconsistent with ecological restoration (Baker and Ehle, 2003; Baker, 2006).

Assessments of the potential alteration of fire regimes often ignore a critical context regarding fire occurrence. Forests may be within their range of natural variability with respect to fire occurrence if the current fire-free interval is shorter than the longest fire-free period in the historical record, regardless of how many mean estimated fire return intervals have been skipped. Many MFT proposals have only considered the latter while ignoring the former (e.g., NPNF, 2002; RSNF, 2004; SFNF; 2004a). Veblen (2003) cautioned that "Researchers should not overemphasize summary statistics such as mean fire intervals or fire rotation. Mean fire intervals (both composite and individual tree intervals) have *an uncertain ecological meaning*." (Emph. added.)

Several of the biases identified in the foregoing are embodied in the Fire Regime Condition Class (FRCC) approach (Hann and Bunell, 2001), which is widely used to provide an index of the potential for uncharacteristically severe fire and fire regime alteration. The FRCC relies on of estimates of mean fire intervals, but does not require that they be estimated on the basis of site-specific historical data. It emphasizes fire scar data,

but does not require its collection and analysis on a site-specific basis. The FRCC's analysis of departure from natural fire regimes also relies on estimates of how many estimated mean fire intervals may have been skipped. The method does not require identification and consideration of fire-free intervals in site-specific historic record.

Notably, a recent study that examined the correlation of FRCC estimates of likely fire behavior with actual fire behavior in several large fires recently burning the Sierra Nevada in California concluded: "[Fire Regime] Condition Class was not able to predict patterns of high-severity fire. . . . Condition Class identified nearly all forests as being at high risk of burning with a dramatic increase in fire severity compared to past fires. Instead, we found that the forests under investigation were at low risk for burning at high-severity, especially when both spatial and temporal patterns of fire are considered." (Odion and Hanson, 2006.) These results corroborate that FRCC is biased toward overestimating the alteration of fire regimes and the likelihood of areas burning at uncharacteristically high severity if affected by fire. Therefore, in aggregate there is medium degree of certainty that the FRCC is biased toward overestimating departures from natural fire regimes and the propensity of forests to burn at higher severity when affected by fire.

### The Consistency of Mechanized Fuel Treatments With Efforts to Restore Natural Fire Regimes by Changing Fire Behavior and Reducing Fire Severity

#### Forest Types With a Natural Fire Regime Typified by High-Severity, Low-Frequency Fires

There is a high degree of certainty that MFT aimed at reducing fuels and altering fire behavior in forests with a natural fire regime of relatively infrequent, high-severity fire will *not* effectively aid in restoring natural fire regimes or reducing fire severity based on convergent evidence, including:

- There is considerable evidence that fire suppression and other factors have not altered fire behavior or fire regimes in these forest types (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b). Therefore, there is no sound basis for attempting to restore these forests by reducing fire severity via MFT.
- There is also considerable evidence that fire behavior and frequency in these forest types is primarily controlled by weather and *not* by fuel levels (Bessie and Johnson, 1995; Veblen, 2003; Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006b).
- There is a high degree of certainty that if MFT were carried out to a degree that reduced fire severity in these forest types, it would alter, rather than restore, the natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a). Reductions in fire severity and fire regime restoration are not convergent goals in forests with this fire regime (Veblen, 2003). Fire regime restoration in these forests *requires* high-severity fire (Veblen, 2003).
- There is a high degree of certainty that MFT has been proposed in forests with these fire regimes, despite its ineffectiveness and inconsistency with the

restoration of natural fire regimes. Examples of large projects proposed in these forests include BNF (2001) and NPNF (2002).

### Forest Types With a Natural Fire Regime Typified by Mixed-Severity[3]

There is a medium degree of certainty that MFT in forests with this natural fire regime will *not* be effective in most cases, due to some pieces of convergent evidence, coupled with some uncertainties. These include:

- There is a medium degree of certainty that there is no clear and convergent evidence that fire behavior in these forest types is operating outside of historic natural fire regimes (Romme et al., 2003a; b; Schoennagel et al., 2004a; Noss et al., 2006; Baker et al., 2006).

- Conversely, there is convergent evidence that large areas of forests with this fire regime have not had major alterations in the fire regime (Baker et al., 2006). This evidence includes data on downed wood levels, growth release on surviving trees to assess synchronous tree deaths, and forest structure and age at the larger scale of forest patches (Baker et al., 2006).

- Recent large fires with a considerable fraction of the area burning at high severity, such as the 2002 Hayman Fire in Colorado, may be characteristic of the natural fire regime (Romme et al., 2003a; b; Schoennagel et al., 2004a). While some more densely forested sites within these forest types might be experiencing larger and more severe fires than historically, this is highly uncertain (Romme et al., 2003b). Analyses of fire severity in some recent large fires in this forest type indicate a high degree of heterogeneity in fire severity, and belie that these forests are burning

uncharacteristically or primarily at high severity (Odion et al., 2004; Odion and Hanson, 2006).

- Calls for MFT in these forests have not marshaled convergent evidence that fire severity has increased in these forests, such as that from assessment of historic fire behavior from analysis of data on fire scars and downed wood levels, together with data on forest structure and age at the larger scale of forest patches, as needed to reasonably ascertain the natural fire regime and current deviation from it.

- Because it is unclear that fire behavior has been altered in many forests with this fire regime, there is not a sound basis for MFT in these forests (Schoennagel et al., 2004a; Noss et al., 2006b; Baker et al., 2006).

- There is good evidence that fire behavior in these forest types is controlled by both weather and fuel conditions, which, at times, causes weather to trump fuel conditions in affecting fire behavior (Veblen, 2003; Romme et al., 2003a; b; Schoennagel et al., 2004a). For these forest types, Schoennagel et al. (2004a) concluded, "Extreme climate and weather conditions can override the influence of stand structure and fuels on fire behavior."

- There is a medium degree of certainty that fuel treatments in these forests do not significantly reduce fire size or severity during weather conducive to rapidly spreading fire burning at higher severity. This has been documented in recent fires (Martinson et al., 2003; Romme et al., 2003a; b; Schoennagel et al., 2004a; Hanson and Odion, 2006). In the 2002 Hayman fire in Colorado, a wide variety of fuel treatments less than 14 years old did not burn less severely than untreated areas during the extreme fire weather (Romme et al., 2003a), as summarized in Table 2.

---

[3] Baker et al. (2006) suggest the term "variable severity" to describe this fire regime, however this report uses the more widely used term, "mixed-severity."

---

Rvsd Plan - 00006526

Wildfires often burn through or breach most fuel treatments during weather conducive to rapid fire spread (Graham et al., 2003). Available data and the current understanding of fire behavior in mixed-severity fire regimes both indicate that fuel treatments are often ineffective during extreme fire weather, however, there are not plentiful field data from treatments in numerous fires burning under these conditions to corroborate this conclusion, hence, the medium degree of certainty.

- The intertwined effects of weather on treatment effectiveness, fire size, and fire severity, also make it unlikely that MFT can significantly reduce fire severity. Weather that is conducive to rapid fire spread often exerts a stronger control on fire severity than fuel levels (Graham et al., 2004; Schoennagel et al., 2004a). A very few large fires burn the vast majority of area burned annually (Gresswell, 1999; Romme et al., 2003a; b), including that burning at higher severity. These larger fires predominantly occur during more extreme fire weather (Romme et al., 2003a; b), when MFT effectiveness is limited or eliminated. Therefore, the MFT are unlikely to reduce fire severity because the majority of higher-severity fire is caused by the largest fires that burn during weather that reduces or eliminates the ability of MFT to reduce fire severity. This limitation on the ability of MFT to reduce fire severity logically follows from the current understanding of fire behavior and treatment effectiveness in mixed fire regimes, and is bolstered by available data. However, there are not plentiful field data from a large number of fires burning under different weather conditions to corroborate this conclusion. Hence, there is a medium degree of certainty that the effects of weather on fire size and severity and MFT

effectiveness makes it unlikely that MFT will be effective in these forest types.
- There is a medium degree of certainty that some fuel treatments in these forests reduce the extent and severity of smaller fires during relatively moderate fire weather. There is some field evidence that some fuel treatments can decrease fire severity under some fuel moisture and burning conditions (Omi and Martinson, 2002; Martinson et al., 2003, Graham et al. 2004, Raymond, 2005; Agee and Skinner, 2005).
- There is a high degree of certainty that MFT can *increase* fire severity in these forests, exacerbating fire impacts. Raymond (2004) documented that thinning in the absence of surface fuel treatments increased fire severity in a statistically significant fashion in mixed conifer forests in SW Oregon burned by the 2002 Biscuit fire. Hanson and Odion (2006) found that MFT increased fire severity in the majority of treated areas burned by four major fires in forests with a fire regime of mixed severity in the Sierra Nevada, CA.
- Increased fire severity in treated areas may be due to the overriding influence of weather on fire behavior during large fires (Romme et al., 2003a; b; Hanson and Odion, 2006), the rapid regrowth of vegetation after treatment, reduced fuel moisture levels from increased solar heating, increased wind speeds from tree removal, treatment methods, and/or the generation of activity fuels (Hanson and Odion, 2006). Donato et al. (2006) demonstrated that postfire logging increases fine activity fuels that are highly likely to increase fire severity should fire occur. The data of Martinson et al. (2003) and Odion et al. (2004) showed that plantations burned more severely than untreated areas, indicating that MFT that give rise to dense even-aged stands are likely to increase fire severity, if fire

occurs. Based on modeling, Agee (2003) concluded that fuel reduction via group selection does not aid in reducing fire severity, and removal of the largest trees is a "disaster" with respect to fire severity. All of these results are consistent with the body of scientific information on how forest and fuel conditions affect fire severity, conferring a high degree of certainty that some treatments increase fire severity in these forests.

- There is a medium degree of certainty, based on field evidence and modeling, that MFT in these forest types must include surface fuel treatments in order to reduce fire severity (Agee, 2003; Raymond, 2004).
- While MFT may reduce fire severity during weather that is only moderately conducive to fire, there is a low degree of certainty that this will aid in restoring the spatial and temporal complexity of the mixed severity natural fire regime (Veblen, 2003; Baker et al., 2006; Odion and Hansen, 2006).

**Table 2**. Fire severity in areas with unmodified fuels and fuels modified less than 14 years prior, on slopes less than 30% in the 2002 Hayman Fire, during extreme fire weather on June 6 (Martinson et al., 2003). The treatments shown below were in forest types with a natural fire regime of mixed severity (Romme et al., 2003a; Schoennagel et al., 2004a). No associated statistical information (e.g. variance, confidence intervals, sample numbers) was supplied by Martinson et al. (2003). However, it is reasonable to assume that the 90% confidence interval is at least +/- 10% from mean values. Treatment types with less than 100 acres affected are likely too small to be statistically significant. Based on these data, Martinson et al. (2003) and Schoennagel et al. (2004) concluded that these fuel modifications did not reduce fire severity. Martinson et al. (2003) concluded that plantations burned more severely than untreated areas.

| Treatment | Area (ac) | Area Unburned (%) | Area Low-Severity (%) | Area Moderate-Severity (%) | Area High-Severity (%) |
|---|---|---|---|---|---|
| Unmodified | 22,546 | 4 | 18 | 8 | 70 |
| Wildfire | 12 | 0 | 0 | 25 | 75 |
| Prescribed fire | 719 | 8 | 20 | 11 | 63 |
| Improvements + treatments | 395 | 0 | 19 | 7 | 74 |
| Improvements but no treatments | 625 | 3 | 12 | 9 | 76 |
| Harvest + treatments | 1622 | 5 | 14 | 10 | 71 |
| Harvest but no treatments | 583 | 0 | 1 | 22 | 66 |
| Plantation | 136 | 0 | 8 | 5 | 87 |

Rvsd Plan - 00006528

- There is a medium degree of certainty that undisturbed, mature forests with this fire regime are not in need of MFT to restore fire regimes; a proactive approach of allowing wildland fire and other sources of natural tree mortality to operate is likely to be effective at gradually restoring fuels and fire behavior in these forests (Baker et al., 2006).

- There is high degree of certainty that retention and protection of all large trees that pre-date Euro-American settlement is essential to restore old-growth structure (Baker et al., 2006). There is a medium degree of certainty that the wood that might be taken via MFT is generally needed to replenish wood previously lost to logging or burning (Baker et al., 2006).

- In some forests with this fire regime, grazing has likely contributed to alteration of fire regimes (Belsky and Blumental, 1997). In such areas, there is high degree of certainty that eliminating or very significantly curbing such grazing will be needed in order to restore fire regimes (Baker et al., 2006).

- Logging has also altered fire regimes in some of these forests (Veblen, 2003; Romme et al., 2003a; b; Baker et al., 2006). There is a high degree of certainty that natural fire regime restoration in such forests requires ensuring that logging does not continue to alter the fire regime and cause additional degradation (Baker et al., 2006).

- There is a medium degree of certainty that MFT in forests with this fire regime will likely lead to increased tree regeneration, creating a "need" for additional, future thinning. Baker et al. (2006) note that such effects from thinning can initiate "… a potentially endless, costly, and futile cycle that does not restore the forest."

- There is a medium degree of certainty that fire, which would be higher severity in the absence of treatment, will *not* affect treated areas during the 10-20 year time period when fuels are reduced (Rhodes and Baker, in review; see expanded analysis that follows below). Since this is the necessary, but not sufficient, condition for MFT to potentially reduce fire impacts, it confers a medium degree of certainty that MFT in forests with this fire regime cannot reduce fire severity in the majority of areas treated.

### Forest Types With Frequent, Low-Severity Natural Fire Regimes

There is a medium degree of certainty that MFT that reduce fire severity could aid in restoring these natural forest regimes in areas that currently are subject to *uncharacteristically* higher-severity fire. However, it cannot be assumed that most treatments will reduce fire severity in these forest types. Fire must affect treated areas during their window of treatment effectiveness in order to reduce fire severity. In these forest types, there is a low likelihood that fire will affect treated areas during the period when fuels have been reduced (Rhodes and Baker, *in review*). Therefore, there is a medium degree of certainty that the majority of fuel treatments in these forest types will not aid in restoring the natural fire regime, because they will not reduce fire severity. These levels of certainty are based on available evidence, coupled with some key uncertainties.

- There is convergent evidence that high severity or stand-replacing fires did not occur with significant frequency in forests with these fire regimes within relatively recent history and climate regimes (Allen et al., 2002; Veblen, 2003). However, there is some uncertainty in the frequency of fire in these forest types due to the limitations of current fire regime reconstruction methods (Baker and Ehle, 2001; 2003; Veblen,

2003; Hessburg et al, 2005). In aggregate, this confers a medium degree of certainty that natural fire regimes of some lower elevation ponderosa pine forests in the arid Southwest and some other areas are naturally dominated by frequent, low-severity fire.

- There is a low degree of certainty regarding the distribution and extent of forests with this fire regime in the Western U.S. Some ponderosa pine stands do not have this fire regime (Veblen, 2003; Baker and Ehle, 2003). There is a medium degree of certainty that many Western forest types previously believed to have this fire regime, including drier ponderosa pine-Douglas fir forests, instead, have a fire regime of mixed severity (e.g., Veblen, 2003; Hessburg et al., 2005; Baker et al., 2006). In the Rocky Mountain region, the majority of forests with a natural regime of frequent, low-severity fire are not on public lands (Baker et al., 2006).

- There is convergent evidence that fire suppression, grazing (Belsky and Blumenthal, 1997), and other land management activities have contributed to altered fire behavior forests with this natural fire regime. However, fire suppression has probably had limited effects on wildland fire and resulting fuel conditions in larger roadless and wilderness areas (Allen et al., 2002; Noss et al., 2006a). In such areas, MFT to reduce fire severity are not needed to restore fire regimes.

- Where fire regimes have been altered by grazing, logging, post-disturbance planting, and/or fire suppression, it is critical to curb these actions in order to avoid continued degradation and departure from natural fire regimes.

- The combined evidence indicates there is a medium degree of certainty that treatments that reduce fire severity in these forest types can aid in restoring the natural fire regime in areas where it has been altered (Allen et al., 2002; Schoennagel et al., 2002). It is worth stressing that restoration of the fire regime in these systems requires that wildfire frequency be restored. Otherwise, attempts to restore the fire regime by reducing fire severity are may be futile (Allen et al., 2002; Kauffman, 2004).

- There is a high degree of certainty that MFT alone cannot increase fire frequency. This is a key issue, because, as Kauffman (2004) noted: "A basic tenet of ecological restoration is that creation of form without function does not constitute ecological restoration…" MFT alone plainly do little to restore fire as a process.

- As in forests with mixed-severity fire regimes, there is a high degree of certainty that any MFT should retain all larger, older trees as part of efforts to restore fire regimes (Allen et al., 2002; Noss et al., 2006a; b).

- There is a medium degree of certainty that MFT can reduce fire severity in forests with this fire regime, if the treated areas encounter fire while fuels have been transiently reduced (Schoennagel et al., 2004a; Noss et al., 2006a; Cram, 2006). However, reliable, robust, corroborative field evidence of such effectiveness is lacking (Carey and Schumann, 2003; Rhodes and Odion, 2004; Schoennagel et al., 2004b). As Graham et al. (2004) noted, available studies have failed to consistently demonstrate that fuel treatments significantly altered the behavior, spread, or severity of wildfire.

- There is a medium degree of certainty that the majority of MFT in forests with this natural fire regime will *not* reduce fire severity under current management. This is because there is a small probability that higher-severity fire will affect these areas during the 10-20-year period when fuels

have been reduced, based on the analysis of data on more than 40,000 fires that occurred over a 23-year period (Rhodes and Baker, *in review*). This analysis indicates that, on average, about 92-96% of fuel treatments in these forests will not encounter higher-severity fire within 20 years of treatment (Rhodes and Baker, *in review*). Therefore, on average, 92-96% of treated areas will not reduce fire severity and aid in restoring the natural fire regime.

Due to its strong control on the potential effectiveness of fuel treatments in reducing fire, the probability of fire affecting treated areas is discussed in more detail in a subsequent section evaluating the potential effectiveness of MFT in reducing fire severity.

The foregoing overview of the potential for MFT to aid in restoring fire regimes by forest type and natural fire regime is summarized in Table 3.

**Table 3**. **Forest types, natural fire regimes and potential efficacy of MFT in restoring the natural fire regime.**

| Natural Fire Regime | Example Forest Types | Primary Control(s) on Fire Severity | Likely Effectiveness of MFT at Restoring the Natural Fire Regime | Net Impacts of MFT on Watersheds and Aquatic Systems |
|---|---|---|---|---|
| Infrequent, High-Severity | Subalpine, lodgepole, coastal temperate, riparian forests and pinyon pine–juniper woodlands | Weather | Wholly ineffective; reduction of fire severity is not consistent with fire regime restoration. | Negative, without positive benefits from reduced fire severity. |
| Mixed Frequency, Mixed-Severity | Mixed conifer forests, most dry Douglas fir-ponderosa pine forests in the Rocky Mountain region | Weather and fuels | Low, due to limited alteration of natural fire regimes, weather effects on fire size and MFT effectiveness, as well as the low probability of fire affecting treated areas during the window of reduced fuels. | In the vast majority of treated areas effects are negative without compensatory benefits from reduced fire severity; some potential benefits in the rare cases where fire severity is reduced. |
| Frequent, Low-Severity | Low elevation ponderosa pine forests in the Southwest | Fuels | Potentially high, *if* treatments encounter higher-severity fire during window of reduced fuels (10-20 years), but the likelihood of this is low due to low probability of higher-severity fire affecting treated areas within 10-20 years. | In the vast majority of treated areas, effects are negative without benefits from reduced fire severity; some potential benefits in the rare cases where fire severity is reduced. |

Rvsd Plan - 00006531

## Mechanized Fuel Treatments and Fire Regime Restoration Within the Context of Overall Public Land Management

In forests and fire regimes where MFT might be effective in helping to restore natural fire regimes, it must be part of integrated efforts to address the root causes of altered fire behavior in order to restore natural fire regimes. It is well-established that in forests where natural fire regimes have been altered, some of the primary causes of altered fire behavior are changes in fuel conditions caused by the legacy and on-going effects of fire suppression, post-disturbance planting resulting in dense early seral forests, logging, and grazing. These activities continue over large areas. Therefore, unless these activities are sharply curbed or eliminated, there is a medium degree of certainty that MFT will ultimately fail to restore natural fire regimes.

Continued suppression of wildfires impedes, rather than aids, the restoration of fire regimes (Kauffman, 2004). Continuing to implement activities that cause departure from historic natural processes is inconsistent with attempts to restore altered ecosystems, in general (Kauffman et al., 1997; Beschta et al., 2004), and for the specific case of forests with altered fire regimes (Kauffman, 2004; Baker et al., 2006; Odion and Hansen, 2006). Wildland fire helps to restore altered fire regimes (Kauffman, 2004; Baker et al., 2006; Odion and Hansen, 2006; Noss et al., 2006b); in some forests, it may be all that is needed to restore their fire regimes (Baker et al., 2006; Noss et al., 2006b). Therefore, there is a high degree of certainty that continued aggressive fire suppression of all fires undermines efforts to restore altered fire regimes and contributes to further fire regime alteration.

Fuel breaks and other treatments aimed at reducing the extent of wildland fires by providing areas where fire can be more easily suppressed are probably not consistent with efforts to restore altered fire regimes. These approaches and treatments perpetuate fire suppression, which is a key cause of altered fire regimes in some forests. Therefore, fuel breaks and other approaches that abet fire suppression methods are unlikely to help restore natural fire regimes.

### Mechanized Fuel Treatment Effects on Fuels

An important consideration in evaluating the overall potential effectiveness of fuel treatments in reducing fire severity is their effectiveness at reducing fuels. Fundamental issues that affect the effectiveness of MFT in reducing fuels are:

- There is a high degree of certainty that fuel reductions from MFT are relatively fleeting. Vegetation and fuels begin to re-accumulate as soon as fuel reduction treatments are completed (Kauffman, 2004; Graham et al., 2004). Although this varies with site factors that affect vegetative regrowth, it is unlikely that reduced fuel levels persist for longer than 20 years (Martinson et al., 2003; Graham et al., 2004). In some areas, it is considerably more fleeting. In a study of fuel treatments in the Sierra Nevada, van Wagtendonk and Sydoriak (1987) estimated that fuels returned to pre-treatment levels within 11 years. Therefore, there is a high degree of certainty that the effectiveness of fuel reduction by MFT declines over time and becomes non-existent after about 20 years or less (Kauffman, 2004; Graham et al., 2004; Agee and Skinner, 2005; Rhodes and Baker, *in review*).

- There is a high degree of certainty that some types of MFT can increase levels of the most flammable fuels. For example, if treatments are not repeated, clearcut fuel breaks are likely to give rise to highly flammable, even-aged, early seral forests, similar to plantations. Such forests have

Rvsd Plan - 00006532

been repeatedly shown to be prone to burning at high severity (Martinson et al., 2003; Odion et al., 2004). The medium degree of certainty that such treatments increase shrub growth and the likelihood of invasion by fire-prone noxious weeds (Keeley 2001, 2002) increases this likelihood. Thinning and other forms of MFT cause increased tree regeneration, which can create a self-perpetuating cycle of repeated treatments without restoring natural fire regimes (Baker et al., 2006; Noss et al., 2006b).

- There is a high degree of certainty that MFT generates activity fuels (Donato et al., 2006) that are particularly flammable (Brown et al., 2003). These flammable fuels persist for some period of time, unless and until the generated fuels are treated via off-site removal or burning (broadcast or pile) or they decay over time.

- There is a high degree of certainty that MFT for fuel reductions will *increase* fire severity if fire occurs while treatments are in progress, e.g. activity fuels and felled material remain on the ground prior to being treated by off-site removal or burning. Assuming that such a risk persists for only a year, the probability is on the order of 0.4-1.0%.[4] Although this probability is low, the ecological costs are likely to be high, because the negative watershed impacts include those from MFT *and* significantly increased fire severity.

- MFT can facilitate the spread and establishment of noxious weeds (Dodson and Fiedler, 2006), which can alter the trajectory of post-MFT plant succession, potentially increasing fuels and propensity for highseverity fire (Veblen, 2003; Brooks et al., 2004). Due to the activities involved and their effects, MFT greatly increase the likelihood of accelerated spread and establishment of noxious weeds, especially in areas where infestations are already present (USFS, 1999). Increases in noxious weeds appear to be most likely when MFT is employed in tandem with prescribed burns (Dodson and Fiedler, 2006).

- There is a high degree of certainty that the removal of large trees does not appreciably reduce the types of fuels that significantly affect uncharacteristically high fire severity. Evaluations have consistently concluded that MFT which remove the largest trees and/or leave the smallest diameter trees are unlikely to reduce uncharacteristic fire severity or restore natural fire regimes (Allen et al., 2002; Agee, 2003; Carey and Schumann, 2003; Graham et al., 2004; Stephens and Moghaddas, 2005; Noss et al., 2006a; b; Baker et al., 2006).

- There is high degree of certainty that many proposed MFT proposals aim to remove the largest trees and/or propose to leave the smallest trees via lower limits on tree diameters to be removed or treated. Such proposals include USFS (1999); BNF (2001), SRNF (2001), CNF (2001), NPNF (2002), RSNF (2004), and ASNF (2004). Therefore, it is clear that many MFT projects will not be consistent with the aim of retaining the largest trees, reducing fire severity, or restoring fire regimes.

---

[4] Slash/surface fuels treatments frequently lag multiple years behind tree removal, increasing the probability of fire affecting treated areas while such fuels from felling remain elevated. Even when surface fuel treatments are prescribed it is not uncommon for them to run well behind schedule (e.g., USGAO, 2006) or to not be implemented.

Rvsd Plan - 00006533

### Fire Occurrence and the Potential Efficacy of Mechanized Fuel Treatment

An overarching control on the potential effectiveness of MFT to reduce fire severity is whether treated areas are affected by fire that would burn at higher severity in the absence of treatment. If higher-severity fire[5] does not affect treated areas during the time that fuels are reduced, treatments cannot reduce fire severity. In contrast, if fire affects treated areas while fuels are reduced, there is some potential for MFT to reduce fire severity and restore the natural fire regimes in forests with natural fire regimes of mixed-severity fire or infrequent low-severity fire. This might potentially confer benefits to aquatic systems, by reducing the adverse effects of uncharacteristically severe fire. Therefore, more detailed examination of the likely effectiveness of MFT in these forest types is merited.

There are two reasons why only higher-severity fire is of primary interest in this analysis. First, only higher-severity fire has significant impacts on watershed processes. Lower-severity fire has minimal and transient watershed impacts (Minshall et al.?, 1997; Gresswell, 1999), many of which are beneficial. Second, fuel treatments are highly unlikely to entirely reduce the occurrence of low-severity fires, because they do not "fireproof" areas.

Although some low-severity fires can become high-severity, this need not be assumed to uniformly occur in a probabilistic analysis, for several reasons. First, aggressive fire suppression continues as a routine part of fire management (e.g., USFS, 2005). Low-severity fires are easily and often extinguished under current management. Second, the potential for higher-severity fire to occur is captured by its probability based on past records, making consideration of the low-severity fire becoming higher-severity fire unnecessary in a probabilistic analysis of the potential for higher-severity fire to affect treated areas. Last, the future likelihood of lower-severity fire becoming higher severity cannot be estimated deterministically with any precision.

Models cannot accurately predict future fire occurrence or behavior at a given location (Graham et al., 2004). A large array of conditions that interactively control fire behavior and occurrence (e.g. ignitions, weather, fuel moisture, etc.) are not possible to accurately predict spatially or temporally. However, the likelihood of occurrence over larger areas can be estimated from past fire behavior and occurrence (Minnich et al., 2004; Baker, 2006; Rhodes and Baker, *in review*). Such methods are commonly used for natural phenomena that occur episodically at variable frequencies that are not completely predictable (e.g., Dunne and Leopold, 1978).

The probability of higher-severity fire affecting treated areas during the period when fuels have been reduced can be estimated using the standard formula for the probability of an event occurring during a specific time frame, as is often employed in hydrologic analysis of the probability of a flooding event:

$$q = 1 - (1 - p)^n \qquad (1)$$

where $q$ is the probability that a fire that would be high severity in the absence of treatment occurs within $n$ years, $p$ is the annual probability of fire of high severity at the treatment location, and $n$ is the duration, in years, that treatments decrease fuels to a degree that can reduce fire severity. Both $n$ and $p$ can be estimated from available data and information on fire severity and extent.

---

[5] "Higher-severity fire" is used to denote fires that are high to moderate in severity.

The estimated probability of fire occurrence within a given timeframe, $q$, in Equation 1, provides an estimate of the mean fraction of treated areas that can potentially reduce fire severity during the period when fuels have been transiently reduced. It also provides an estimate of the mean fraction of areas that are expected to burn at higher severity over the time period, $n$, in the absence of fuel treatments. Analysis of the probability of these outcomes provides a framework essential to estimating the risks and potential consequences of treatment versus non-treatment of forest fuels, as recommended in risk assessments of action versus non-action (NRC, 1996).

Equation 1 can also be used to estimate the number of repeated treatments, on average, that are needed to achieve a specified value of $q$. This abets the estimation of cumulative effects on ecosystems from repeated treatments (Ziemer, 1991; Ziemer et al. 1991; Abbruzzese and Leibowitz 1997).

Rhodes and Baker (*in review*), estimated the annual probability of higher-severity fire, $p$, based on the analysis of fire data for Western USFS lands at three scales: 1) for all vegetation types from 1960 to 2003; 2) in more-frequently burning ponderosa pine forests by USFS administrative region from 1980-2003; and, 3) for all ponderosa pine forests from 1980-2003. For the latter two scales, GIS data from more than 40,000 fires were analyzed (Rhodes and Baker, *in review*). To estimate, $p$, in Equation 1, data on fire area were used in conjunction with assessments of the spatial extent of fire severity in USFS burned area emergency rehabilitation (BAER) reports conducted for 470 fires in the 11 Western states from 1973-1998 in six Western USFS regions (Robichaud et al. 2000), as in the following equation:

$$p = (F/(A*D))*r \qquad (2)$$

where $p$ is the annual probability of fire of a specific severity, $F$ is total area burned at any severity within the analysis area over the duration of the data record, $A$ is the total area of the analysis area, $D$ is the total duration of the data record in years, and $r$ is the estimated fraction of the total fire area that burned at the specified severity over the analysis area, as estimated from the extensive fire severity assessments in Robichaud et al. (2000).

Rhodes and Baker (*in review*) used post-1960 fire data rather than estimates of natural fire return intervals for three primary reasons. First, evidence indicates that natural fire regimes no longer operate in some forests. Fire behavior has been altered by a number of factors, including the changes in fuel character caused by livestock grazing (Belsky and Blumenthal, 1997), logging and fire suppression (Veblen, 2003). These activities remain in operation over large areas. Data for recent fires ostensibly integrate this alteration, providing some reflection of how fires are likely to burn in the near future under current conditions and management. Natural fire return intervals do not capture this alteration. Second, there is considerable uncertainty regarding the accuracy of estimated natural fire intervals (Baker and Ehle, 2001; Veblen, 2003).

Third, the amount of area burned by fire may be increasing due to climatic warming. Westerling et al. (2006) found that annual fire area in the Western U.S. increased during the mid-1980s, relative to the annual area burned from 1970-1986. By using data from all fires from 1980-2003 in ponderosa pine forests on Western USFS lands, the analysis of Rhodes and Baker (*in review*) incorporates the recent increases in fire area found by Westerling et al. (2006) and its effects on the annual probability of fire in the Western U.S.

Table 4 summarizes the estimated annual probability of fire of various severities at the

three scales analyzed by Rhodes and Baker (*in review*). Using Equation 1, these results were used to estimate the probability that fire of various severities affects treated areas at the three scales analyzed (Table 4). At all scales analyzed, the duration of treatment effectiveness, $n$, was assumed to be 20 years in order to estimate the upper bound of potential treatment effectiveness.

At the scale of all vegetation types, Rhodes and Baker (*in review*) estimated that a mean of about 0.35% of USFS Western lands burn annually at any severity. Despite the approximations involved, this estimate compares reasonably with other independent estimates. It falls between the approximately 0.14% mean estimated annual fire probability on Deschutes National Forest in Oregon, based on data from 1910-2001 (Finney 2003; 2005), and the 0.46% estimated for 11 national forests in the Sierra Nevada, California, based on data from 1970-2003 (USFS, 2004).

Based on these results, at the scale of all vegetation types, on average, it is expected that about 3.9% of fuel treatments would encounter high-to-moderate-severity fire, and about 1.9% would encounter high-severity fire within 20 years of treatment (Rhodes and Baker, *in review*). Substituting space for time, this indicates that if treatments were randomly placed on the landscape, on average, they only have the potential to reduce fire severity about 2-4% of the time. In the remaining area (96-98%), treatments have negative effects on watershed and aquatic resources that are not counterbalanced by reduced fire severity.

The results of this analysis at the scale of all vegetation types includes forest types that burn infrequently. These results are unlikely to be applicable to more-frequently burning forest types, such as some ponderosa pine forests.

In ponderosa pine types, it is still likely that the majority of treatments will not be affected by higher-severity fire, based on the results in Table 4. The probability, $q$, of treated areas being affected within their window of effectiveness varies regionally from 2.0 to 4.0% for high-severity fires and from 4.2 to 7.9% for high-to-moderate-severity fires (Table 4). As expected, $q$ in these forests is higher than for the West-wide analysis of all vegetation types. Substituting space for time, the analysis indicates that of 92-98% of fuel treatments in ponderosa pine forest types would have negative effects on watershed processes and aquatic systems without any compensatory reduction in fire severity.

As mentioned, $q$ is also an estimate of the mean fraction of the analysis area affected by higher-severity fire in the absence of treatment. The results in Table 4 indicate that high-severity fire is likely to affect about a mean of 2.0 to 4.0% of the ponderosa pine forest area across these regions over a 20-year period, if fuel treatments are foregone. Similarly, it is expected that high-to-moderate-severity fire would affect about 4.2% to 7.9% of forest area across these regions in the absence of fuel treatments.

These results and the analytical framework indicate that watersheds and aquatic ecosystems in these treatments would have to be repeated many times over long time spans or extensive areas before a majority of treated areas are expected to be affected by higher-severity fire. Across the six regions analyzed, treatments in ponderosa pine would have to be repeated every 20 years for 340 to 700 years (17 to 35 times), depending on the region, before it is expected that high-severity fire affects more than 50% of treated areas during periods when fuels have been reduced. Treatments would have to be repeated for 180 to 340 years (9 to 17 times) before more than 50% of treated areas are expected to be

Rvsd Plan - 00006536

**Figure 1.** Relationship between *q*, the probability of higher-severity fire affecting treatments, and *n*, the duration of reduced fuels after treatment, in Equation 1 at *p* = 0.3%.



affected by higher-severity fire. On average, these repeated treatments would cumulatively impact watersheds and aquatic systems without providing any reduction in fire severity on almost 50% of the treated areas. Although repeat treatments may involve prescribed burns, rather than MFT, the former still contributes to cumulative watershed impacts, sometimes severely.

The probability that higher-severity fire affects treated areas in forest types with a fire regime of mixed severity was not estimated by Rhodes and Baker (*in review*). However, these forests generally burn less frequently than ponderosa pine systems. Hence, it is likely that *q* in forests with fire regimes of mixed severity ranges between that estimated for all vegetation types and ponderosa pine forests (Table 4).

For several reasons, the analysis summarized in Table 4 likely provides an estimate of the upper bound of potential fuel treatment effectiveness. First, the duration of fuel treatment effectiveness, *n*, is typically less than the 20 years assumed by Rhodes and Baker (*in review*). In Equation 1, *q* decreases

with decreasing values of *n* (Figure 1). In the range of values of *p* summarized in Table 1, reducing *n* from 20 to 11 years in Equation 1 reduces the probability that higher-severity fire affects treatments by about 40%. In other words, as the duration of post-treatment fuel reduction decreases, so, too, does the likelihood that treated areas will encounter higher-severity fire while fuels are reduced by the treatments.

Second, fuel levels steadily rebound after treatment, eventually negating potential treatment effectiveness. This makes it likely that ability of treatments to reduce fire severity also declines over time. This is not factored into the results in Table 4. If the reduction in effectiveness over time is such that mean effectiveness over the duration, n, is half the initial value, then the probability that fuel treatments reduce higher-severity fire is approximately half the value of *q* for any value of *p* and *n* calculated using Equation 1.

Finally, fuel treatments do not always reduce fire severity when they encounter higher-severity fire while fuels are reduced (Schoennagel et al., 2004a; Agee and Skinner

Rvsd Plan - 00006537

2005; Hanson and Odion, 2006; Table 2). For these combined reasons, the results in Table 4 likely provide an upper bound of the potential effectiveness of fuel treatments in reducing fire impacts on aquatic systems and native fish.

**Table 4.** Estimated *p* and *q* for three classes of fire severity in ponderosa pine (PIPO) forests and all vegetation types on Western USFS lands, based on the analysis of Rhodes and Baker (*in review*).

| USFS Administrative Region | Forest Type | Fire of All Severity | | High-to-Moderate-Severity Fire | | High-Severity Fire | |
|---|---|---|---|---|---|---|---|
| | | $p^a$ | $q^b$ | $p$ | $q$ | $P$ | $q$ |
| 1 No. Rockies | PIPO | 0.0070 | 0.1311 | 0.0036 | 0.0693 | 0.0020 | 0.0402 |
| 2 Cen. & So. Rockies | PIPO | 0.0059 | 0.1116 | 0.0041 | 0.0786 | 0.0014 | 0.0269 |
| 3 Southwest | PIPO | 0.0053 | 0.1008 | 0.0025 | 0.0487 | 0.0016 | 0.0307 |
| 4 Gt. Basin | PIPO | 0.0090 | 0.1654 | 0.0037 | 0.0715 | 0.0013 | 0.0257 |
| 5 Calif. | PIPO | 0.0046 | 0.0881 | 0.0031 | 0.0603 | 0.0017 | 0.0338 |
| 6 Northwest | PIPO | 0.0037 | 0.0715 | 0.0022 | 0.0421 | 0.0010 | 0.0198 |
| West-Wide | PIPO | 0.0054 | 0.1026 | 0.0031 | 0.0602 | 0.0015 | 0.0295 |
| West-Wide | All Vegetation Types | 0.0035 | 0.0677 | 0.0020 | 0.0394 | 0.0010 | 0.0192 |

[a] *p*, mean annual fire probability, for ponderosa pine forests, is derived from GIS analysis of historical fire occurrence data (National Interagency Fire Center 2004) and fire severity data (Robichaud et al. 2000).

[b] *q*, probability that a fire occurs within a 20-year window of treatment effectiveness, based on Equation 1.

---

Rvsd Plan - 00006538

The results of Rhodes and Baker (*in review*) are based on extensive data from more than 40,000 fires over more than two decades. The results for ponderosa pine forests in Table 4 are based on fire data from 1980-2003 and, thus, incorporate relatively recent increases in the area annually burned by fire as found by Westerling et al. (2006) for fires from 1987-2003. Hence, the results in Table 4 provide a fairly reliable indication that a majority of treatments in forest types with relatively frequent fire will not reduce fire severity. However, they may not be completely applicable to specific areas that might burn at a frequency and severity that is different than the mean. Climatic warming may increase the amount of area burned annually in the future.[6] Therefore, the results in Table 4, together with key uncertainties, confer a medium degree of certainty that most MFT in these forest types will not encounter higher-severity fire while fuels are reduced, and, hence, will not be effective at reducing fire severity.

These results do not mean that MFT might not sometimes reduce fire severity considerably in some areas. However, they do indicate that, on average, most treatments will not affect fire severity, even when they are properly implemented in forest types where they are most likely to be effective.

## The Combined Effects of Mechanized Fuel Treatments and Fire on Watersheds and Aquatic Systems

The foregoing provides a framework for assessing five discrete possibilities regarding fire occurrence, MFT, its effects on fire, and consequent watershed impacts. These are summarized in Table 5, together with some estimates of their likelihood.

The first discrete possibility is that fire does not affect treated areas during the time when fuels have been reduced. Because fire severity cannot be reduced if fire does not occur, with this outcome MFT has negative impacts on watersheds that are not counterbalanced by any reduction in fire severity and consequent fire effects. Rhodes and Baker (*in review*) found that this outcome is by far the most likely (> 92%), even in systems that burn the most frequently and are often cited as most in need of MFT to reduce fire severity (Table 4).

The second discrete outcome is that fire affects treated areas during their window of effectiveness, but does not reduce fire severity, due to weather, fire regime, or implementation practices. This outcome will almost always be the case in subalpine systems, and likely the most widespread case in mixed-conifer systems, due to the influence of weather on fire size, fire severity, and MFT effectiveness. Under this outcome, MFT has negative impacts on watersheds, which are not counterbalanced by fire severity reduction. In this outcome, the net effects on watersheds are the negative aquatic effects of MFT plus those from fire.

A third discrete outcome is that fire occurs in treated areas, but treatment increases fire severity. Such an outcome is possible where implementation practices are not consistent with the reduction of fire severity. For instance, MFT that remove large wood and generate large amounts of untreated activity fuels, while increasing wind speed and reducing fuel moisture through canopy removal, can increase fire severity (Raymond, 2004). Even with ideal implementation, MFT may also increase fire severity if fire occurs while treatments are in progress, with

---

[6] Equation 1 can easily be used to analyze areas with different annual probabilities of fire, allowing more spatially refined estimates of the likelihood of higher-severity fire affecting treated areas. This flexibility also allows consideration of potential increases in the annual probability of fire due to climatic warming.

Rvsd Plan - 00006539

**Table 5.** Five discrete outcomes of MFT with respect to fire and net effects on watershed and aquatic systems; the estimated likelihood is based on the probability of occurrence during a 20 year time period.

| Discrete Outcome: Fire Occurrence and Fuel Treatments | Effect of MFT on Fire Severity | Likelihood of Outcome (Per Unit Area Basis) | Forest Type/Natural Fire Regimes Where Outcome Is Most Likely | Net Impacts of MFT on Watersheds and Aquatics |
|---|---|---|---|---|
| Fire Does Not Affect Treated Areas Within Window of Reduced Fuels | No potential effect | > 92% | Subalpine and maritime forests/infrequent, high-severity fire | All of the negative impacts of MFT without any compensatory benefits from reduced fire severity |
| Fire Affects Treated Areas Within Window of Reduced Fuels | None | < 8% | Subalpine and maritime forests/infrequent, high-severity fire; and mixed-conifer/mixed severity during extreme fire weather | All of the negative impacts of MFT, plus fire impacts without any compensatory benefits from reduced fire severity |
| Fire Affects Treated Areas | Fire severity increased | Variable, depending on persistence of increased fuels after MFT | Mixed conifer/mixed-severity fire; ponderosa pine/frequent low-severity fire, if activity fuels remain present and untreated | All of the negative impacts of MFT, plus increased fire impacts from increased severity |
| Fire Occurs During Window of Reduced Fuels, but Does Not Affect Treated Areas or Fire Affects Treated Areas After Fuel Levels Have Rebounded | No potential effect | Variable; on a per unit area basis, <8% | Ponderosa pine/frequent, low-severity fire (for fire affecting untreated areas) | All of the negative impacts of MFT, plus fire impacts without any compensatory benefits from reduced fire severity |
| Higher-Severity Fire Affects Treated Areas During Window of Reduced Fuels | Reduced | < 8% | Ponderosa pine/frequent, low-severity fire | All of the negative impacts of MFT, plus the benefits from reductions in fire severity |

Rvsd Plan - 00006540

abundant downed, untreated activity fuels present. Although the chance of this occurring is relatively small – on the order 0.4 – 1.0% over the first year after treatment, based on the results in Table 4 – is still about a sixth as likely as higher-severity fire affecting completed fuel treatments within the window of effective fuel reduction. Therefore, this outcome should be explicitly considered, via the analysis in Equation 1. Under this outcome, MFT have negative watershed impacts from the combined collateral treatment effects *plus* those from *increased* fire severity.

A fourth discrete outcome is that fire affects a treated watershed, but not treated areas, or affects treated areas after fuels have returned to pre-treatment levels, resulting in no reduction in fire severity. This outcome is possible in any forest type and forest regime, but fire affecting untreated areas is probably most likely in forests with frequent fire, such as ponderosa pine in the Southwest. The likelihood of this potential outcome can also be estimated via Equation 1, coupled with consideration of treated and non-treated areas at the watershed scale. Within a given analysis area (e.g., watershed) and timeframe, the probability of high-severity fire affecting 1,000 untreated acres in a specific watershed is the same as the probability of it affecting 1,000 treated acres in the same watershed, other factors remaining equal. Under this outcome, MFT have negative effects on watersheds without any compensatory benefit from reductions in fire severity. The net watershed impacts are those from MFT plus fire.

A fifth, and the most ecologically desirable, discrete outcome is that fire affects treatments during the period that fuels are reduced and effectively reduces fire severity. This outcome is most likely in forests with frequent, low-severity fire regimes, such as some ponderosa

pine forests in the Southwest. However, even in these forests, there is a low probability of higher severity affecting treated areas while fuels have been reduced (Rhodes and Baker, *in review*). This outcome is even less likely in mixed conifer systems due to lower fire frequency and the effect of weather on treatment effectiveness. Under this outcome, the net effects of MFT on watersheds are the benefits from reduced fire severity ?minus the aquatic and watershed costs incurred by treatment.

The likelihood associated with these discrete outcomes indicates that in most cases, MFT impacts will *not* be counterbalanced by reductions in the aquatic effects of higher-severity fire within treated areas. The most likely outcome of MFT for aquatic systems is that treatment impacts are added to impacts from fires that have not been reduced in severity by MFT.

The results in Tables 4 and 5 also provide some perspective on the assessment of the risks and effects of treatment of forest fuels versus those from non-treatment. Some previous assessments of these risks have inherently assumed that a single cycle of fuel treatment always reduces fire impacts in a treated watershed, subsequently reducing consequent watershed impacts from fire (Elliot and Miller, 2002; O'Laughlin, 2005). For instance, Elliot and Miller (2002) compared the erosional effects of fuel treatments with those from high-severity fire under the explicit assumption that high-severity fire was inevitable in the absence of treatment and the implicit assumption that treatments always reduce or eliminate the potential for high-severity fire.

These assumptions employed by Elliot and Miller (2002) and O'Laughlin (2005) mischaracterize likely treatment outcomes and associated impacts by greatly overestimating the potential effectiveness of treatments and

Rvsd Plan - 00006541

the likelihood of higher-severity fire in the absence of treatments. There is general agreement that a single cycle of fuel treatments does not persistently reduce fuels. It is also unlikely that higher-severity fire affects treated areas while fuels are reduced. Even in ponderosa pine forests that burn relatively frequently, the results of Rhodes and Baker (*in review*) indicate that even after 17 cycles of treatments that contribute to cumulative watershed and aquatic impacts, only a scant majority of treated areas could potentially have fire severity reduced, on average. The results in Table 4 also indicate that high-severity fire is far from inevitable in areas left untreated. For instance, in forest types and regions where it is most likely to occur, high-severity fire is expected to affect a small fraction (<4%) of untreated areas, on average, over a 20-year period (Table 4).

Finally, available evidence indicates that when MFT are effective, they do not eliminate higher-severity fire, but rather incrementally reduce its occurrence (Schoennagel et al., 2004a). If risks of MFT versus non-treatment are to be credibly assessed, they must factor in the probability of divergent outcomes of treatments together with reasonable assessment of treatment effectiveness, as well as the effects of non-treatment (NRC, 1996). For these reasons, there is a high degree of certainty that binary comparison of the impacts of MFT versus high-severity fire greatly mischaracterize the risks posed to native fish and aquatic systems by treating or not treating forest fuels.

### The Effects of Wildland Fire on Watersheds and Aquatic Systems

Fire has numerous negative and positive effects on aquatic systems. Wildfire impacts on aquatic resources often vary with the extent and severity of fire, although many other factors influence these impacts, including topography, soils, and climate. Fires that burn

a relatively small portion of a watershed have relatively minor impacts on watershed functions and aquatic conditions (Minshall et al., 1989; Minshall et al., 1997; Gresswell, 1999; Beschta et al., 2004). Other factors remaining equal, the higher the burn severity, the greater the impacts on aquatic systems (Gresswell, 1999; Beschta et al., 2004).

In the following discussion of fire impacts, a few considerations should be kept in mind. First, the pattern of burn severity is typically patchy and discontinuous in many fires (e.g., Odion and Hanson, 2006), limiting their negative impacts, especially those from high-severity burns, on watershed and aquatic resources (Beschta et al., 2004). The impacts of fire on watershed conditions and processes are also transient. This temporal and spatial heterogeneity and discontinuity also causes high variability in watershed and aquatic system response to fire, complicating accurate prediction of the impacts of moderate- and high-severity fire on soils, runoff, erosion, and sediment delivery (Shakesby et al., 2000; Letey, 2001; Beschta et al., 2004).

Although burn patterns exhibit high variability, there are some general patterns in fire severity that also limit the negative effect of fire on aquatic systems. Riparian zones tend to burn at lower severity than uplands, as documented by USFS research (Fisk et al., 2004). This reduced level of fire severity in riparian zones is entirely consistent with their topography, moisture levels, and microclimate and the well-known effects of these attributes on the fuel moisture conditions and site-level weather conditions, and fire behavior.

Second, much available information on watershed response to fire is from burned watersheds that have also been affected by roads, logging, and grazing. All of these land uses can significantly affect postfire runoff and erosion, as well as postfire recovery of soils, vegetation, watershed processes, and

aquatic systems (Rhodes et al., 1994; Kattleman, 1996; Beschta et al., 2004). The effects of these land uses on postfire watershed responses confound the identification the effects of fire alone on watershed and aquatic systems (Wondzell and King, 2003).

Third, much of the scientific literature on the effects of fire on watershed processes has focused on dramatic, episodic postfire hydrologic events triggered by large extreme storms on areas burned extensively at higher severity (Wondzell and King, 2003). Such events may not be representative of general watershed responses to fire. It also appears that there has been limited study of fires that produced muted watershed responses (Wondzell and King, 2003). Wondzell and King (2003) note that for these reasons, available scientific information may not provide a balanced perspective of the effects of fire on watersheds and aquatic systems.

Methods of assessing fire severity may also introduce some inaccuracy and bias in assessment of potential effects on watershed and aquatic resources. Watershed functions are most influenced by burn severity at the soil surface (USFS and USBLM, 1997a; Beschta et al., 2004). However, in many fires, fire severity assessments, including USFS Burned Area Emergency Recovery (BAER) inventories, are based on canopy conditions (e.g., Martinson et al., 2003; RSNF, 2004; Robichaud et al., 2003). Fire severity based on canopy conditions may not accurately reflect fire severity at the soil surface, because fire that burns a forest canopy at high severity can be low severity at the soil surface, due to differential burning (Romme et al., 2003a). Although the reverse situation is possible, it is rare (Romme et al., 2003a).

BAER assessments also tend to be confined to larger fires that burn at higher severity. Fire severity sampling is also typically limited spatially and based on remote sensing methods that are often not ground-truthed, which may limit their accuracy. For these reasons, it is likely that fire severity assessments tend to overestimate the extent of soils affected by higher-severity fire and underestimate the extent of soils affected by low-severity fire.

These potential sources of inaccuracy should be kept in mind because the following discussion of the extent of fire severity relies on assessments that are often based on canopy conditions, while the watershed impacts of fire are discussed in terms of burn severity at the soil surface. Table 6 describes some of the different aspects of fire by severity class in the forest canopy versus that at the soil surface, as summarized by Romme et al. (2003a).

### Watershed Effects of Low-Severity Fire

Low-severity fire has minimal impacts on watershed and aquatic systems that usually persist for less than a year (e.g., Minshall et al., 1989; Minshall et al., 1997; Gresswell, 1999; Benavides-Solorio and MacDonald, 2001; Kershner et al., 2003; Rieman et al., 2003; Beschta et al., 2004). These impacts include nominal and transient increases in soil erosion and sediment delivery, mainly from some loss of soil cover. Low-severity fire has little effect on soil properties and conditions, resulting in little change in runoff. Vegetation usually recovers rapidly after low-severity fire, muting postfire erosional effects.

Low-severity fires consume some of the most flammable fuels, reducing fuel loads that can contribute to larger and more extensive fires. Therefore, low-severity fire reduces the potential for higher-severity fire until fuel loads rebound. It also aids in creating and maintaining an open low-density forest structure (Romme et al., 2003a; b).

Low-severity fire accounts for a significant amount of the area burned annually on public

**Table 6.**  Aspects of fire severity in the forest canopy and at the soil surface (after Romme et al., 2003a).

| Focus of Description | Term(s) | Definition |
|---|---|---|
| Effects On Forest Canopy And Understory Vegetation | High-Severity = Lethal = Stand-Replacing | Fire kills all or most canopy and understory canopy and understory trees and initiates a succession process that involves recruitment of a new cohort of canopy trees. |
| | Mixed-Severity = Intermediate Severity | Used in two different ways, depending on scale: <br> Within-stand – fire kills an intermediate number of canopy trees (less than high-severity but more than low-severity), and may or may not lead to recruitment of a new canopy cohort; <br> Among-stand – fire burns at high severity in some stands but at low or intermediate severity in others, creating a mosaic of heterogeneous fire severity across the landscape. |
| | Low-Severity = Non-Lethal = Non-Stand-Replacing | Fire kills only a few or none of the canopy trees but may kill many of the understory trees and does not result in recruitment of a new canopy cohort but creates or maintains an open, low-density forest structure. |
| Effects On Soil And Soil Organisms | High-Severity | Fire consumes all or nearly all organic matter on the soil surface, as well as soil organic matter in the upper soil layer, and kills all or nearly of the plant structures (for example, roots and rhizomes) in the upper soil layer; results in possible water repellency and slow vegetative recovery. |
| | Low-severity | Fire consumes little or no organic matter on the soil surface or in the upper soil layer, and kills few or no belowground plant parts; results in limited or no water repellency, and rapid vegetative recovery via re-sprouting. |
| BAER Definitions | High-Severity | Fire consumes areas of crown (i.e., leaves and small twigs); always stand-replacing. |
| | Moderate-Severity | Fire burns areas where the forest canopy was scorched by an intense surface fire but the leaves and twigs were not consumed by the fire; may be stand-replacing or not, depending on how many canopy trees survive the scorching. |
| | Low-Severity | Fire burns areas on the surface at such low intensity that little or no crown scorching occurred (may include small areas that did not burn at all); never or rarely stand-replacing. |

Rvsd Plan - 00006544

lands over the past few decades (Table 7). Low-severity fire is estimated to have comprised slightly more than 40% of the area burned on national forests in the West from 1973-1998, based on the data of Robichaud et al. (2000). This likely varies considerably among fires, forest types, regions and years.

Low-severity fire typically accounts for almost half or more of the area burned, even in large fires burning under weather conditions extremely conducive to rapidly spreading fire burning at high severity fire (Table 7). For instance, in the 2002 Hayman Fire in Colorado, much of which burned during extreme fire weather, about half the area burned at low severity (Robichaud et al., 2003). The 2002 Rodeo-Chediski in Arizona burned during extreme fire weather in 2002 after a period of significant drought; about 45% burned at low severity or not at all (ASNF).

Although much of the 2002 Biscuit Fire in Oregon burned during extreme fire weather, about 45% of the area within the fire perimeter burned at low severity or not at all, based on the analysis of Harma and Morrison (2003). Based on surveyed fires, about 70% of the area burned in 2002 on USFS lands in the Pacific Northwest burned at low severity (Associated Press, 2002). In the two largest fires since 1999 on USFS lands in the Sierra Nevada, California, about 59-66% of the area within the fire perimeters was unburned or burned at low severity (Odion and Hansen, 2006).

Based on these data, there is a high degree of certainty that low-severity fire comprises a significant portion of most fires, including some large fires that burn during extreme fire weather in areas where altered fuel conditions may have increased fire severity. There is also a high degree of certainty that low-severity fire has minimal negative impacts on watersheds and aquatic systems.

*Watershed Effects of Moderate-Severity Fire*

Moderate-severity fires have impacts on watersheds and aquatic resources that are more pronounced and less fleeting than low-severity fire (Minshall et al., 1997; Robichaud et al., 2000; Benavides-Solorio and MacDonald, 2001; Beschta et al., 2004). However, this has a low degree of certainty due to the relative paucity of data on the effects of moderate-severity fire (Wondzell and King, 2003). The effects of moderate fire severity on watersheds appear to be less well studied than low- or high-severity fire with relatively few studies, such as Benavides-Solorio and MacDonald (2001) that discretely assessed effects of moderate-severity fire.

Moderate-severity fire increases erosion through loss of groundcover. It may also increase runoff and erosion through the loss of the evapotranspiration caused by tree mortality and the development of hydrophobic soils. However, hydrophobic soils do not always develop in response to fires of moderate, or even high, severity (Benavides-Solorio and MacDonald, 2001). When hydrophobic soils develop in response to fire, they typically persist for less than three years. During the period that they exist, hydrophobic soils do not have uniformly low infiltration rates, because the level of hydrophobicity decreases over time and is also reduced as soils are wetted (Shakesby et al., 2000; Letey, 2001; Huffman et al., 2001; Wondzell and King, 2003). Wetting sometimes completely eliminates hydrophobicity in soils, at least temporarily, while soils are wet (Letey, 2001; Shakesby et al., 2000; Huffman et al., 2001; Benavides-Solorio and MacDonald, 2001).

Elevated erosion of topsoil from moderate-severity fire reduces soil productivity. However, moderate-severity fire also provides benefits to soil productivity. Moderate-severity fire increases the recruitment of woody debris, needles and leaves that provide

sources of organic matter vital to soil productivity. It plays an important role in providing soil nutrients in a form readily usable by plants (Brown et al., 2003).

Moderate-severity fire does not typically consume all leaves and twigs on trees. Postfire needlecast and recruitment of dead limbs and twigs from scorched trees helps to provide postfire soil cover, effectively reducing postfire soil erosion (Pannkuk and Robichaud, 2003).

Moderate-severity fire in riparian areas is likely to have both positive and negative effects on stream conditions. Tree mortality is likely to increase LWD recruitment to streams, which is beneficial to aquatic systems (Burton, 2003; Beschta et al., 2004; Karr et al., 2004). LWD is essential to the development of pools (Buffington et al. 2003) and habitat complexity that are vital to the production and survival of native salmonids (Meehan, 1991). However, depending on the degree of the loss of stream shade, moderate-severity fire in riparian areas likely contributes to elevated water temperatures that adversely affect native salmonids.

Although riparian areas tend to burn at lower severities than uplands, there is currently limited information on the extent and frequency of moderate-severity fire in riparian areas, because burn severity in these areas is not typically assessed discretely. However, based on the innate characteristics of riparian areas (e.g. topography, microclimate, etc.), and what is known about their effect on fire severity, there is a medium degree of certainty that riparian areas burn with a lower frequency and extent of moderate severity burns than occurs in uplands.

Moderate-severity fire is estimated to have comprised roughly 30% of the area burned on national forests in the West from 1973-1998, based on the data of Robichaud et al. (2000).

This clearly varies among fires, regions, forests and years (Table 7). Based on surveyed fires, about 19% of the area burned on USFS in the Pacific Northwest in 2002 burned at moderate severity (Associated Press, 2002). Moderate-severity fire was estimated to have affected about 16-30% of the areas burned in five large fires in different forest types from 2000 to 2004 in California, Colorado, Arizona, and Oregon (Table 7).

There is a high degree of certainty that a sizable fraction of moderate-severity fire occurring in many forests is characteristic of those forests and their natural fire regimes, and, hence not a restoration concern. However, there is a low degree of certainty regarding how much of it is characteristic. This is due to the lack of comprehensive data on the burn severity in various forest types and the uncertainty regarding what is characteristic for the forests affected by the fires.

*Watershed Effects of High-Severity Fire*

High-severity fire can have pronounced impacts on watersheds, especially with respect to soils, runoff and sediment delivery (Minshall et al., 1997; Gresswell, 1999; Robichaud et al. 2000; 2003; Beschta et al., 2004; Burton, 2005). High-severity fire increases erosion through several mechanisms. It severely reduces soil cover, thus greatly increasing surface erosion. This can be further exacerbated by the development of hydrophobic soils that increase surface runoff, sometimes dramatically (Martin and Moody, 2001; Moody and Martin, 2001; Robichaud et al., 2003).

Increased runoff from areas extensively burned at high severity can greatly increase fluvial erosion in stream channels (Moody and Martin, 2001; Robichaud et al., 2003). The tree mortality caused by high-severity fire can trigger mass failures due to the loss of root

Rvsd Plan - 00006546

**Table 7. Estimated fire severity on public lands at various temporal and geographic scales; the data may overestimate the amount of higher-severity fire at the soil surface, as discussed in the text.**

| Geographic and Temporal Scale | Fire Weather and Fire Size | Affected Forest Types | Unburned and Low Severity (% fire area) | Moderate Severity (% fire area) | High Severity (% fire area) | Data Source |
|---|---|---|---|---|---|---|
| Western USFS lands, 1973-1998 | Unknown, but likely highly variable | Many | 42% | 30% | 28% | Robichaud et al., 2000 |
| USFS Region 6 (OR and WA), 2002 | Unknown, but likely highly variable | Many | 69% | 19% | 12% | AP, 2002 |
| Hayman Fire, CO, 2002 | Extreme, large | Ponderosa pine, mixed conifer, and subalpine | 49% | 16% | 35% | Robichaud et al., 2003 |
| Rodeo-Chediski, AZ, 2002[a] | Extreme, large | Ponderosa pine, chaparral, mixed conifer, and subalpine | 45% | 26% | 27% | ASNF, 2003 |
| Biscuit Fire, OR, 2002 | Extreme, large | Ponderosa pine, mixed conifer, maritime, and subalpine | 45% | 25% | 31% | Harma and Morrison, 2003 |
| McNally Fire, CA, 2002 | Variable, large | Jeffrey pine, ponderosa pine, mixed conifer, and subalpine | 59% | 30% | 11% | Odion and Hanson, 2006 |
| Storrie Fire, CA, 2000 | Variable, large | Jeffrey pine, ponderosa pine, mixed conifer, and lodgepole | 66% | 19% | 15% | Odion and Hanson, 2006 |

[a] Approximately 2% of the fire area did not have burn severity determined (ASNF, 2003).

Jonathan J. Rhodes — 59

Rvsd Plan - 00006547

strength combined with increased soil saturation (Burton, 2005).

In some cases, the postfire erosion from areas burned extensively at high severity can approach that from roads on a per unit basis (Robichaud et al., 2003; Moody and Martin, 2001), although these results may be extreme cases that are broadly representative because they occurred on soils highly prone to erosion. However, unlike erosion from roads, increased erosion in response to fire is relatively transient.

Erosion triggered by high-severity fire declines over time (Moody and Martin, 2001; Wondzell and King, 2003). This is likely due to several mechanisms, including postfire revegetation, the recovery of soil properties and infiltration rates (Shakesby et al., 2000; Huffman et al., 2001; Wondzell and King, 2003), and the recruitment of needles, branches, and other woody material from dead trees to the soil surface (Pannkuk and Robichaud, 2003). Elevated surface erosion from high-severity fire typically persists for about three years in most systems (Robichaud, 2000; Moody and Martin, 2001; Robichaud et al., 2003). Mass failures in response to fire may lag several years after fire (Istanbulluoglu et al., 2004).

Natural rates of postfire recovery of groundcover are sometimes rapid, triggering rapid reductions in surface erosion rates after fire. Rhodes (2003) documented that groundcover was >80% in unlogged areas a little more than one year after burning at high severity in the 2002 McNally fire in the Sierra Nevada, California (See Photograph 4 on pg. 62). In the areas burned at high severity in the 2004 Power fire in the Sierra Nevada, groundcover was as high as 91% approximately one year after fire (Rhodes, 2005) (See Photographs 5 and 6 on pg. 63).

High-severity fire can sometimes dramatically increase runoff. Postfire increases in runoff generally decline with time and appear to persist for less than three years, even in areas that have been extensively burned at high severity (Moody and Martin, 2001; Robichaud et al., 2003). Similar to postfire erosional responses, this is likely due to revegetation and the recovery of soil properties.

There is a high degree of certainty that high-severity fire increases erosion and runoff. However, there is a low degree of certainty regarding the frequency of severe increases in response to fire. Some fires that have burned large areas at high severity have not triggered extreme levels of postfire erosion and runoff at the watershed scale, including the 1988 Yellowstone fire (Minshall et al., 1989; 1997) and the Biscuit fire (RSNF, 2004). Wondzell and King (2003) noted that major runoff and erosion events in response to high severity burns are relatively rare in the Pacific Northwest. This indicates that extreme increases in erosion, sediment delivery, and runoff in response to high-severity fire are not a certainty. Documented examples of severe elevated erosion and runoff from severely burned areas (Moody and Martin, 2001; Allen et al., 2002; Robichaud et al., 2003; Burton, 2005), appear to be largely relegated to the Southwest and Intermountain West.

The apparent regional variation in postfire response is probably due to the interaction of climate with postfire conditions. Major runoff and erosion events in response to higher-severity fire appear to be contingent on the extensive development of hydrophobic soils in conjunction with the occurrence of higher-intensity storms, during a time when soils are relatively dry, within 1-2 years after fire (Wondzell and King, 2003). Although this confluence of postfire conditions and events is not a certainty in any region, it is most likely in the climates of Southwest and

Rvsd Plan - 00006548

Intermountain West and is least likely in the Pacific Northwest, which has few intense rain events during drier periods (Wondzell and King, 2003).

In the Pacific Northwest, frequent low intensity rains probably reduce hydrophobicity in soils through progressive wetting (Wondzell and King, 2003). Rapid postfire revegetation is another potential contributing factor that limits the propensity for elevated surface erosion after fire. Soils in the Pacific Northwest may also have relatively high moisture content that limits the development of hydrophobic soils in response to higher-severity fire.

There is a high degree of certainty that higher-severity fire can cause hydrophobic soils to develop. However, there is low degree of certainty regarding the frequency and extent at which this occurs. With some notable exceptions (e.g., Martin and Moody, 2001), the existence and extent of hydrophobic soils in burned areas are often not verified via direct measurement (Beschta et al., 2004). It can be difficult to ascertain the cause of hydrophobic soils where they exist, because such soils can occur naturally on unburned areas (Benavides-Solorio and MacDonald, 2001; Beschta et al., 2004). High-severity fire does not always cause hydrophobic soils (Benavides-Solorio and MacDonald, 2001) or increase the hydrophobicity of soils that are already hydrophobic prior to fire (Shakesby et al., 2000).

The development of hydrophobic soils in response to fire is dependent on a number of factors besides fire severity, including vegetation, soil texture, and soil moisture conditions during fire (Robichaud, 2000; Letey, 2001), all of which can vary considerably in burned terrain. All of these factors, together with a lack of extensive and complete inventory data on soil conditions after fires, contribute to the low degree of certainty regarding the frequency and extent of the development of hydrophobic soils in response to higher-severity fire.

Hydrophobic soils reduce infiltration rates in forest soils, but not to a degree that causes elevated surface runoff from *all* snowmelt and rainfall events. Undisturbed forest soils typically have relatively high infiltration rates, and, hydrophobicity transiently reduces these by about 50%, on average, based on the data in Wondzell and King (2003). Because these infiltration rates tend to increase over time and as soils are wetted (Letey, 2001), the intensity of rainfall or snowmelt needed to exceed infiltration rates in hydrophobic soils is lower during times when soils are dry and/or soon after fire. These effects also likely explain why such events are not triggered by snowmelt, because it usually wets soils progressively and is of relatively low intensity (Wondzell and King, 2003).

High-severity fire can also lead to increased rates of erosion by mass failure in susceptible terrain. The occurrence of mass failures depends on the magnitude of snowmelt, rain, or rain-on-snow events, but high-severity fire has several effects that increase the likelihood of mass failures (Wondzell and King, 2003). These include increases in soil moisture due to the loss of evapotranspiration from tree mortality, loss of root strength as the roots of dead trees decay, and increased input of precipitation and snowmelt due to the loss of the forest canopy (Wondzell and King, 2003). Burned areas tend to be most susceptible to mass wasting during a window of about 5-10 years after fire, which is likely due to the time needed for roots to decay and for the roots of trees regenerating after fire to begin to stabilize burned areas.

Rvsd Plan - 00006549



**Photograph 4.** Approximately 1.3 years after this area burned at high severity in the 2002 McNally Fire on the Sequoia National Forest, CA, measured groundcover was more than 85%, with more than half of supplied by live vegetation. If undisturbed, groundcover will continue to increase via re-growth of vegetation and recruitment of wood and needles from trees. Compare and contrast this rapid revegetation after high-severity wildland fire to the severe soil damage and lack of revegetation about 2.5 years after pile burning in Photo 3. *Photograph: J. Rhodes.*

Rvsd Plan - 00006550





**Photographs 5 & 6.** These photos were taken in two different areas several miles apart approximately one year after they burned at high severity in the 2004 Power Fire on the Eldorado National Forest, CA. Photo 5 shows an area where measured groundcover was about 87% approximately one year after burning at high severity. Photo 6 shows a broader-scale view of an area where measured groundcover was over 90% approximately one year after burning at high severity. Groundcover in both areas will continue to increase due to vegetative regrowth and recruitment of needles and wood from burned trees. Compare and contrast this rapid revegetation approximately one year after wildland fire burned the two areas at high severity to the severe soil damage and lack of revegetation about 2.5 years after pile burning in Photo 3 (pg. 22). *Photographs: J. Rhodes.*

Rvsd Plan - 00006551

Based on the foregoing, there is a high degree of certainty that high-severity fire sometimes generates dramatic increases in runoff and erosion. Conversely, there is high degree of certainty that high-severity fire does not always result in extreme increases in postfire erosion and runoff. This is because fire severity is often patchy, with transient impacts, and the degree of impacts are partially dependent on postfire climatic events (Wondzell and King, 2003), as well as the severity, contiguity, and persistence of soil impacts (Shakesby et al., 2000). For these reasons, there is a low degree of certainty regarding the predictability and frequency of the occurrence of severe postfire hydrologic events triggered by higher-severity fire. Other factors contribute to the low degree of certainty regarding the magnitude and frequency of postfire erosion and runoff responses to high-severity fire:

- limited information about the frequency, contiguity, extent of hydrophobic soils that develop in response to high-severity fire;
- the lack of systematic data on postfire erosion and runoff responses from a large number of high-severity wildfires across several regions.

There is a high degree of certainty that high-severity fire reduces soil productivity by increasing erosion and consuming soil organic matter that is essential to soil productivity. However, high-severity fire also has effects that improve soil productivity over time. High-severity fire typically consumes less than 10-15% of the total organic matter in a forest stand (Franklin and Agee, 2003). After high-severity fire, much of this material (whole trees, limbs, needles) ultimately falls to the forest floor, providing sources of organic matter critical to soil productivity. While high-severity fire can volatilize nutrients, it also makes nutrients available in a form that is more readily usable by vegetation.

Therefore, there is a high degree of certainty that high-severity fire also provides benefits to soil productivity.

There is a high degree of certainty that pulsed erosion from higher-severity fire increases turbidity and sedimentation. There is also a high degree of certainty that high-severity fire in riparian areas contributes to elevated summer water temperatures via the loss of shade. However, there is medium degree of certainty that riparian areas tend to burn at a lower severity and more infrequently than uplands, due to their topographic attributes, moisture levels, and microclimate.

High-severity fire often comprises the smallest fraction of burned area by severity class, even in large fires burning during extreme fire weather (Table 7). Based on Robichaud et al. (2000), about 27% of areas burned on USFS land in the West from 1973-1998 burned at high severity. In the 2002 Hayman Fire in Colorado, much of which burned during extreme fire weather, about 35% the area burned at high severity (Robichaud et al., 2003). Despite initial characterizations of the severity of the 2002 Rodeo-Chediski Fire in Arizona, about 27% of the area burned at high severity (ASNF, 2004).

In the 2002 Biscuit Fire, much of which burned during extreme fire weather, about 31% of the area burned at high-severity (Harma and Morrison, 2003). About 12% of the area burned on USFS lands in the Pacific Northwest in 2002 burned at high severity, based on surveyed fires (Associated Press, 2002). In the two largest fires in the Sierra Nevada since 1999, areas burned by high-severity fire comprised about 11-15% of the fire area (Odion and Hansen, 2006). Therefore, there is a high degree of certainty that high-severity fire affects the minority of area burned by wildfire, as evidenced by several large fires that have recently burned during extreme fire weather in areas estimated

to have elevated fuel levels that increase the propensity for high-severity fire.

There is a high degree of certainty that a sizable fraction of the high-severity fire occurring in many forests is characteristic of those forests and their fire regimes. For instance, all of the high-severity fire in the Hayman Fire may have been within the bounds of the natural fire regime of the affected forest types, although the homogeneity and scale of mortality from fire in some large patches may have been unprecedented in the available historical record (Romme et al., 2003a; b). In the Sierra Nevada, Odion and Hansen (2006) found that area burned at higher severity in several larger, recent fires was within the bounds of the range of natural variation.

However, there is a low degree of certainty regarding how much of the areas burned at high severity in recent fires is characteristic of affected fire regimes. This is due to the lack of comprehensive data on the burn severity by forest types and the uncertainty regarding the fire regimes of some of the affected forests.

### Effects of Higher-Severity Fire on Native Salmonids and Aquatic Ecosystems

Higher-severity fires are important agents of disturbance that have positive and negative effects on aquatic systems in both the short and long terms (Gresswell, 1999; Rieman et al., 2003; Burton, 2003; Lindenmayer et al., 2003; Beschta et al., 2003; Karr et al., 2004; Burton, 2005; Rieman et al., 2005; DellaSala et al., 2006). Much of the following discussion focuses on the effects of fire on native salmonid populations, due to the level of information available. Native fish also provide an indication of aquatic ecosystem conditions because they integrate a wide variety of biophysical stream conditions.

Increases in fine sediments and channel width are typical responses to higher-magnitude

postfire runoff and erosion events (Gresswell, 1999; Burton, 2005). Increased postfire erosion also likely contributes to the loss of pool volume. Based on available information, the magnitude of these habitat changes in response to postfire sediment delivery and runoff is expected to increase with increased levels of postfire erosion and runoff, other factors remaining equal (Rhodes et al., 1994).

These impacts of postfire sedimentation and runoff are typically transitory (Gresswell, 1999). Burton (2005) suggested sedimentation from higher-severity fire affects fine sediment levels in streams for less than 5-10 years on the Boise National Forest. In some cases, fine sediment levels after postfire runoff and erosion events were ultimately lower than before fire, a condition Burton (2005) ascribed to winnowing of fine sediment by postfire runoff concurrent with gravel recruitment from postfire erosion. The transient nature of postfire impacts on erosion likely provides an explanation of why postfire channel responses are also transient.

The transitory effects of fire on aquatic habitat conditions are in strong contrast to anthropogenic impacts, such as roads and grazing, which persistently elevate erosion and sediment delivery, resulting in consistently degraded habitat conditions in many areas (Rhodes et al., 1994; Espinosa et al., 1997). In a regional assessment of changes in large pools in streams in the Columbia River basin, McIntosh et al. (2000) found that some streams in roadless areas subjected to fairly recent wildland fire did not lose large pools over a period of approximately 50 years, while, over the same time period, comparable streams with roads and grazing, but no fire, lost a large amount of pools in a statistically significant fashion. Persistently elevated sediment delivery from management activities was identified as the prime cause of pool loss

in streams with roads and grazing (McIntosh et al., 2000).

Changes in aquatic habitat conditions affected by runoff and sedimentation do not always occur in response to fire. Spina and Tormey (2000) documented that a fire in Southern California had little effect on aquatic habitat features relative to pre-fire conditions; there were no statistically significant differences between pre- and postfire conditions. The large 2002 Biscuit Fire in Oregon appeared to have negligible effects on an array of aquatic habitat conditions affected by runoff and sedimentation, according to RSNF (2004).

The pulsed sediment recruitment from higher-severity fire rejuvenates aquatic habitats (Minshall et al., 1997; Rieman et al., 2003; Karr et al., 2004; Burton, 2005; Rieman et al., 2005). Higher-severity fire also increases LWD recruitment, which increases habitat complexity and fulfills a number of roles vital to productive aquatic habitats (Meehan, 1991). These combined positive impacts likely contribute to the transience of postfire degradation of aquatic habitat.

For these reasons, there is a high degree of certainty that postfire watershed response often transiently degrades fine sediment and channel conditions. However, there is a low degree of certainty regarding the frequency and magnitude of this habitat degradation, due to limited data. There is also a low degree of certainty regarding the frequency and magnitude of postfire runoff and erosion events. There is a medium degree of certainty that higher-severity fire also has positive impacts on aquatic habitat conditions via increased LWD recruitment and habitat rejuvenation.

The impact of higher-severity fire on native fish populations is strongly influenced by habitat and population connectivity. Fish populations with habitat connectivity have access to distributed habitats in stream networks that can serve as refugia from short-term, severe events, limiting the impacts on affected populations (e.g., Gresswell, 1999; Rieman et al., 2003; Dunham et al., 2003a; Beschta et al., 2004; Burton, 2005).

High population connectivity also allows fish populations to recolonize habitats after severe postfire events (Gresswell, 1999; Burton, 2005). However, many populations of native salmonids are now isolated in fragmented habitats with limited habitat connectivity due to habitat degradation and/or impassable barriers, such as road culverts (USFS and USBLM, 1997a; USFWS, 1998; Kessler et al., 2001; Dunham et al., 2003; Burton, 2005).

Higher-severity fire sometimes triggers flow events with high turbidity and low levels of dissolved oxygen that can cause direct mortality of native fish in affected streams (Gresswell, 1999; Burton, 2005). Severe postfire erosion events have been documented to eliminate native trout in affected streams. However, this is a transient condition in areas with habitat or population connectivity (Gresswell, 1999; Rieman et al., 2003; Burton, 2005). Even where fire impacts cause significant levels of fish mortality, it is not always complete or uniform, with some native fish surviving, possibly due to refugia within affected streams (Gresswell, 1999; Burton, 2005).

Studies have documented that native fish populations with habitat connectivity often rapidly recolonize streams after native fish have been temporarily eliminated by postfire impacts (Gresswell, 1999; Rieman et al., 2003; Burton, 2005). Burton (2005) found that native fish populations in burned streams rebounded within a year after fire. The recolonization of fish habitats sometimes results in greater abundance of native fish after fire than before fire (Gresswell, 1999; Rieman et al., 2003; Burton, 2005). Rieman et

al. (1997) documented that native redband trout and bull trout recolonized habitats in tributaries of the Boise River in Idaho in less than three years after being extirpated by fire impacts; the density of both species was greater than in areas unaffected by fire. Burton (2005) documented that five years after extirpation, redband trout numbers in recolonized habitats were higher than before apparent extirpation by postfire flood and erosion events in two streams in Idaho.

Several factors probably contribute to the transience of fire impacts on native fish. The first is the pulsed nature of fire impacts and the transience of fire's impacts on habitat conditions. The second is the positive effects of fire on habitat conditions. The third is the mobility of native fish, which are able to find refugia in areas with high habitat connectivity. The fourth is that chronic, widespread and persistent habitat degradation appears to have greater negative effects on fish populations than acute, patchy, transient impacts produced by fire (Gresswell, 1999; Rieman et al., 2003; Dunham et al., 2003b).

Based on available information, there is a medium degree of certainty that high-severity fire has no persistent negative impacts on fish populations that have population and habitat connectivity (Gresswell, 1999; Rieman et al., 2003; Burton, 2005). In such situations, the reduction of high-severity fire and consequent impacts may not significantly benefit such aquatic populations (Rieman et al., 2003; Burton, 2005), although this has a low degree of certainty.

There is a medium degree of certainty that, when they occur, major adverse impacts of fires are deleterious to isolated fish populations that are incapable of finding refugia from postfire hydrologic events and/or recolonizing habitats after fire impacts abate. However, this appears to be a relatively rare occurrence. In a review of studies on the effects of fire on aquatic ecosystems, Gresswell (1999) noted that out of the many cases evaluated, permanent extirpation of isolated fish populations by fire has only been documented in one case in response to an extreme postfire runoff and erosion event (Rinne, 1996).

Population and habitat fragmentation are caused by physical barriers, habitat degradation, and population extirpations (USFS and USBLM, 1997a; Dunham et al., 2003b; Rieman et al., 2003). Although isolated and fragmented populations of native fish might benefit from reductions in high-severity fire and its watershed effects, it is unlikely to help restore isolated populations unless the causes of fragmentation are effectively addressed and connectivity is restored (Dunham et al., 2003b; Rieman et al., 2003; Burton, 2005; Rieman et al., 2005). Based on available information, there is a high degree of certainty that reductions in fire severity and its impacts will *not* provide long-term benefits for imperiled fish populations if the major causes of population decline, fragmentation, and habitat degradation continue unabated or are intensified.

### Perspective: A Comparison of the Magnitude and Persistence of the Aquatic Impacts of Wildfire to Those From Land Management Activities

There is a high degree of certainty that livestock grazing and roads have impacts that are more numerous, enduring, intense, and pervasive than fire. Roads and grazing compact soils, alter hydrologic processes, elevate erosion, reduce soil productivity, and spread noxious weeds (Fleischner, 1994; Belsky et al. 1999; Beschta et al., 2004).

Due to their extent and effects, grazing and roads are typically the greatest management-induced sources of sediment delivery over extensive areas of public lands (Rhodes et al., 1994; CWWR, 1996). For the same reasons,

Rvsd Plan - 00006555

roads and grazing are also primary causes of the decline in range and abundance of many aquatic species on public lands, including imperiled amphibians and fish (Sublette et al., 1990; Rhodes, 1994; Henjum et al., 1994; Duff, 1996; CWWR, 1996; USFS and USBLM, 1997a; USFWS, 1998; USFS, 1999).

Road impacts on soil conditions, vegetation, and hydrologic processes are particularly enduring. Grazing impacts on watersheds are also persistent and typically do not undergo significant recovery unless grazing is eliminated or sharply curbed (Belsky et al., 1999). Riparian vegetation may respond quickly to grazing cessation, but recovery of soils and channel form occurs slowly after grazing cessation (Rhodes et al., 1994).

Although higher-severity fire can cause severe soil erosion and topsoil loss, its effects on runoff and soil hydrology are transient, seldom lasting more than three years. The effects of grazing and roads on soil hydrology are more persistent and often more negative than those from fire.

For instance, severe fire can temporarily reduce infiltration rates by about 50% if hydrophobic soils develop, based on the data of Wondzell and King (2003). When it occurs, hydrophobicity declines with time and moisture content, seldom persisting for more than three years. In contrast, grazing and roads persistently reduce infiltration rates by about 85% and 95-99%, respectively (Figure 2). Due to the extremely low infiltration rates on roads, they generate surface erosion and runoff in response to frequent, low-intensity rainfall and snowmelt events, for as long as the road exists, resulting in persistent and chronic degradation of water quality and aquatic habitats. This is not the case when fire causes hydrophobic soils to develop temporarily (Wondzell and King, 2003), and fire does not always cause hydrophobic soils.

There is a high degree of certainty that compaction from grazing and roads always reduce infiltration rates. For instance, Cowley (2002) calculated that the hooves of a 1,000 pound cow exert more than five times the pressure per square inch on soils and streambanks than that from a bulldozer.

Fire does not compact soils and thereby reduce the ability of soils to store water as grazing (Kauffman et al., 2004) and roads do. Full recovery from soil compaction typically requires 50-80 years after the complete cessation of impacts (USFS and USBLM, 1997a; Beschta et al., 2004).

The locations of roads and grazing elevate their impacts. Grazing impacts are commonly most concentrated and intense in riparian areas, causing bank damage, elevated sedimentation, reduced stream shading, increased water temperature, and reduced habitat complexity and quality (Rhodes et al., 1994; Belsky et al., 1999).

Due to historic development patterns, significant portions of road networks are in riparian areas (USFS and USBLM1997a; 1997; USFS, 2001; CNF, 2003), and in some watersheds they are concentrated there (Rhodes et al., 1994). Roads in riparian areas vastly elevate sedimentation and surface runoff and eliminate stream shading and the recruitment of large woody debris (LWD), while interrupting groundwater flow to streams in an enduring fashion.

In contrast to roads and grazing, higher-severity fire does not target riparian areas which likely burn at a lower severity than uplands (Fisk et al., 2004) and likely at a lower frequency. Fire provides important aquatic benefits, including a bonanza of LWD recruitment to streams. Grazing and roads provide no ecological benefits to aquatic systems.



**Figure 2.** Measured mean reductions in infiltration rates due to high-severity fire in CO, NM, OR, and ID (Wondzell and King, 2003); grazing in OR (Kauffman et al., 2004); and roads (Luce, 1997). The losses in infiltration rates caused by grazing and roads are vastly more enduring, less patchy, and less temporally variable than the 1-3 year span of reduced infiltration capacity sometimes caused by higher-severity fire.

Data on conditions in 11 national forests in the Sierra Nevada indicate that grazing and roads affect a much greater area on an annual basis than high-severity fire does (Table 8). In these national forests, higher-severity fire affects an average about 15,500 acres annually, based on data for fire area from 1970-2003 (USFS, 2004) and fire severity from 1973-1998 (Robichaud et al., 2000). Importantly, much of this fire area is characteristic of the natural

fire regimes and, hence, not an ecological aberration.

In contrast, roads occupy almost 106,000 acres in the Sierra Nevada, based on data from USFS (2000a) and an assumed mean road width of 30 feet. Therefore, roads annually affect about seven times the area annually affected by high-severity fire (Table 8). In these same forests, grazing is allowed on active allotments that have a total area of

Rvsd Plan - 00006557

about 7.1 million acres (USFS, 2000a). While grazing impacts are not uniform on active allotments, they are extensive. The area of active allotments on these 11 national forests is more than 460 times the mean area annually affected by high-severity fire (Table 8).

The USFS model for "Equivalent Roaded Area" (ERA) used on Sierra Nevada national forests provides another perspective on the differences in the magnitude of the aquatic impacts conferred by roads, grazing, and high-severity fire. This model uses coefficients to convert areas affected by different activities to a common impact "currency" based on the estimated intensity of the activities' impacts on per unit area basis (Menning et al., 1996). The use of the USFS ERA method together with data on the amount of roads in these forests indicates that the annual impacts of existing roads are more than *38 times* those from high-severity fire (Table 8). Using the ERA factor for grazing suggested by Menning et al. (1996), annual grazing impacts are about *34 times* those from high-severity fire on these 11 national forests (Table 8). Based on these data, there is a very high degree of certainty that roads and grazing, both of which cause significant and enduring damage to soils, watersheds, and aquatic resources on an annual basis, annually affect an area that is many times greater than that affected annually by high-severity fire in the Sierra Nevada. Due to the nature of these impacts, there high degree of certainty that roads and grazing negatively affect watersheds within this analysis area to a far greater degree than does high-severity fire.

**Table 8.** Area of annual watershed impacts in the planning area for the Sierra Nevada Forest Planning Amendment (SNFPA), spanning 11 national forests in the Sierra Nevada, CA. ERA acres for roads and high-severity fire were calculated from coefficients from the USFS ERA model as excerpted in Menning et al. (1996). ERA acres for grazing were calculated from coefficients for grazing as suggested by Menning et al. (1996)

| Activity or Impact | Area Annually Affected (acres) | Percent of Total SNFPA Analysis Area Annually Affected | Ratio of Affected Area to Area of High-Severity Fire | ERA (acres) | Ratio of ERA Area to High-Severity Fire ERA Area |
|---|---|---|---|---|---|
| Roads | 105,455 | 0.9 | 7 | 105,455 | 38 |
| Grazing | 7,165,085 | 62.1 | 462 | 95,296 | 34 |
| Mean Annual Estimated High-Severity Fire | 15,500 | 0.1 | -- | 2,790 | -- |

Rvsd Plan - 00006558

This general result likely applies to other regions, where it may even be more pronounced. For instance, road density on many national forests in the interior Northwest is considerably higher than it is on national forests in the Sierra Nevada (Karr et al., 2004). Karr et al. (2004) noted that in 1994, road densities on three national forests in the US Northwest averaged 2.5 miles per square mile and attained 11.9 miles per square mile in some watersheds (Henjum et al. 1994), while the national forests of California's Sierra Nevada have a mean road density of about 1.7 miles per square mile at the regional scale.

Wuerthner (2002) estimated that about 69% of the area of Western national forests is subject to grazing. Several national forests in the Interior Northwest have more than 80% of their area subjected to grazing (J. Rhodes, unpublished data). The mean annual area burned by high-severity fire is lower in many national forests than it is in the Sierra Nevada, based on regional analysis of the occurrence of high-severity fire (Table 4). Therefore, there is a medium degree of certainty that this general pattern holds for many other regions and national forests.

## The Consistency of Mechanized Fuel Treatments With Aquatic Restoration Needs and Priorities

Assessments have noted that reductions in fire severity alone, if realized, are unlikely to help restore native fish and aquatic ecosystems, because other stressors are greater threats to aquatic ecosystems and constrain their improvement. As discussed, there is general agreement that the primary restoration measures needed to improve water quality, channel form, and aquatic habitats include:

- Full protection of roadless and riparian areas from degradation due to anthropogenic disturbances (Henjum et al., 1994; Karr et al., 2004);

- Reductions in the extent and impact of road systems (USFS et al., 1993; Rhodes et al., 1994; ECONorthwest and Pacific Rivers Council, 2002);
- Reduction in impacts from domestic livestock grazing (Rhodes et al., 1994; CWWR, 1996; Duff, 1996);
- Reduction in the impacts of water withdrawals (CWWR, 1996; Rieman et al., 2003);
- Re-establishment of habitat and population connectivity by removing migration barriers caused by habitat degradation or physical obstructions (Rieman et al., 2003; Beschta et al., 2004);
- Reductions in sediment delivery from management activities (Rhodes et al., 1994; CWWR, 1996).

These are primary restoration measures because they address existing impacts that are extensively damaging to aquatic systems.

Even if they effectively reduced fire severity, MFT do not advance most of these protection and restoration needs. MFT do not reduce grazing impacts, water withdrawals, or the causes of the fragmentation of aquatic populations.

MFT have negative impacts on restoration needs related to roads. They increase road impacts by elevating road use and maintenance. Because they are likely to be extensive and repeated, MFT has a chilling effect on efforts to reduce the extent and impacts of roads. These same aspects of MFT, coupled with the current lack of the protection of roadless and riparian areas, increase the propensity for damage to these areas.

There is some limited potential for MFT to aid in reducing the negative effect of sediment delivery on imperiled aquatic biota by reducing fire severity. In some cases, this might significantly reduce sediment delivery that would otherwise be triggered by postfire

Rvsd Plan - 00006559

events. In such situations, the benefits of MFT are likely to greatly outweigh the negative impact of MFT on disturbance levels and sediment delivery. However, these situations are likely rare, even in fire regimes where MFT are most likely to encounter high-severity fire and effectively reduce it (Rhodes and Baker, *in review*; Table 4). In the majority of situations, the effects of MFT are likely to be negative and additive to those impacts of fire, if fire occurs. Higher fire severity does not pose an imminent and extensive threat to aquatic ecosystems, based on its frequency and extent of occurrence (Table 4).

MFT will often conflict with other restoration needs. One of the most effective measures for restoring soil productivity is to leave affected areas undisturbed to prevent additional compaction, erosion, and loss of organic matter sources and coarse woody debris (Kattleman, 1996, USFS and USBLM, 1997; Beschta et al., 2004). MFT conflict with this approach. Ground-based machinery, road use, and maintenance of existing road networks also conflict with efforts to stem the spread of noxious weeds. MFT coupled with repeated treatments likely aids in the establishment of exotic vegetation (Dodson and Fielder, 2006).

As noted by ECONorthwest and Pacific Rivers Council (2002), high priority restoration measures for aquatic systems have the following attributes:

1. They address the root causes of pressing problems;
2. They address impacts that are extensive and imminent;
3. Available data, case histories, and other scientific information indicate the restoration measures will be generally effective at treating the cause of degradation;

4. They do *not* convey a high risk of additional damage that is likely to outweigh potential benefits.

Based on the foregoing, there is a high degree of certainty that efforts to reduce fire severity and its aquatic effects via MFT do not complement aquatic restoration needs and are not among major restoration priorities for aquatic systems. MFT are unlikely to be effective in most cases and do not address the most pressing restoration needs for aquatic ecosystems. It is likely that MFT will commonly and extensively incur ecological costs that are not outweighed by their benefits. They address neither the root causes of aquatic degradation nor the root causes of uncharacteristic fire behavior in forests with altered fire regimes.

Other restoration approaches are highly likely to effectively help restore aquatic systems while incurring negligible or limited ecological costs (ECONorthwest and Pacific Rivers Council, 2002). For instance, the elimination of grazing in damaged riparian areas is known to reliably provide numerous aquatic benefits, without conferring any ecological costs (Meehan, 1991; Rhodes et al., 1994; Belsky et al., 1999; ECONorthwest and Pacific Rivers Council, 2002).

Similarly, reductions in water withdrawals are highly unlikely to confer ecological costs to aquatic systems. Reduction in the extent of road networks and removal of physical barriers associated with roads do confer some temporary ecological costs, though these are highly likely to be outweighed by the benefits (ECONorthwest and Pacific Rivers Council, 2002). These activities also address the root causes of extensive and major threats to aquatic ecosystems.

Rvsd Plan - 00006560

## Potential for Adaptive Management to Limit Aquatic Damage from Mechanized Fuel Treatments

Adaptive management involves attempts to "learn by doing," through iterative monitoring of outcomes with use of the monitoring information to guide future activities. It has been suggested as a means to limit ecological damage from MFT and improve their effectiveness (Allen et al., 2002; Rieman et al., 2003; Graham et al, 2004). However, there are several formidable obstacles to doing so for aquatic resources (Ziemer et al., 1991a; Ziemer, 1994; Rhodes et al., 1994; Rhodes, 1998). As Ziemer (1994) noted, the notion of effective use of adaptive management to fine tune activities, while protecting watersheds and aquatics "…is an attractive, but ecologically naive idea."

Aquatic degradation is often lagged in time, occurring well after on-site causes have been fully implemented. This leaves no possibility for fine-tuning or rapidly reversing on- and off-site impacts within the affected watershed (Ziemer et al., 1991a; Ziemer, 1994; Rhodes et al., 1994). For instance, if cutting and burning in a municipal watershed (e.g., SFNF; 2004) significantly elevate suspended sediment levels in a protracted fashion, little can be done to rapidly reverse the cumulative effects accruing at the watershed scale. The elevated suspended sediment levels in a municipal watershed might require building expensive water treatment facilities, the cost of which cannot be reversed.

Second, adaptive management requires both adequate monitoring and detection of change. Because of the high variability in aquatic systems, only dramatic and persistent changes are typically detectable, even with first-rate monitoring (Rhodes et al., 1994; Ziemer, 1994). Adverse impacts that are not detectable with conventional monitoring can still have considerable ecological and societal impacts. For instance, consider the case of a municipal watershed, where variability in suspended sediment levels is such that only a persistent change of greater than 20% over three years is detectable. If the actual change is only 17% over this time period, it would not be detectable by monitoring, but it would have significantly degraded drinking water, possibly to the point of requiring additional treatment facilities. Notably, adequate monitoring of aquatic impacts is seldom done comprehensively.

Third, aquatic impacts are usually caused by cumulative effects. This makes it difficult to unequivocally link the monitored effects to specific activities (Ziemer, 1994; Rhodes, 1998). Nonetheless, it is fairly common for management entities to insist on a fairly clear cause and effect relationship before considering changes in on-going practices (Rhodes et al., 1994; Hirt, 1996; Rhodes, 1998).

Fourth, activities may have irreversible impacts, such as extirpation of imperiled species or loss of irreplaceable topsoil. This is in direct conflict with one of the prime guidelines for responsible use of adaptive management: the impacts of the activities should be reversible (Ludwig et al., 1993).

There are major institutional barriers to effective adaptive management. Bureaucracies are resistant to change, often more committed to maintaining status quo direction than dealing with information indicating that management corrections are needed (Worster, 1985; Hirt, 1996; Wilkinson, 1998). There is considerable empirical evidence that such information is often suppressed and that those who collect such information often have their careers truncated (Wilkinson, 1998). Since adaptive management requires rapid response to information, these are formidable obstacles to its use.

Rvsd Plan - 00006561

Learning by doing requires learning by what has been done. Public land management has a consistent track record of failing to do so. To provide but one of many possible examples, current levels of riparian protection are inadequate on many national forests with habitats for imperiled native trout (May, 2000). This remains the case despite legions of studies spanning more than 20 years demonstrating the importance of riparian areas to a multitude of critical aquatic processes and conditions, and despite binding legal mandates to protect water quality and aquatic species. This is clear empirical evidence of the failure to learn from what has been done.

For these combined reasons, there is a high degree of certainty that adaptive management cannot be effectively used to prevent or avoid the impacts of MFT on watershed and aquatic resources. There is also a high degree of certainty that it is not an effective substitute for avoiding impacts known to cause enduring and significant damage to watersheds and aquatic resources (Espinosa et al., 1997).

Rvsd Plan - 00006562

## III.  RECOMMENDATIONS TO LIMIT OR REDUCE THE NEGATIVE IMPACTS OF MECHANIZED FUEL TREATMENTS ON PUBLIC LANDS

There are several measures that should be taken to reduce some of the negative impacts to aquatic systems from MFT on public lands. Some of these are likely to improve the effectiveness of MFT, some are likely to have neutral effect, and some may not complement efforts to reduce fire severity via MFT.

### Restrict mechanized fuel treatments to areas of forests where they are most likely to encounter uncharacteristically severe fire and reduce its severity.

Although this is unlikely to reduce the ecological costs of MFT on aquatic systems, it should aid in limiting the *net* costs, by increasing the probability of some benefits accruing from MFT. However, it must still be acknowledged that implementing MFT in such areas will still most often have net negative impacts on aquatic systems without compensatory positive effects from reduced fire severity (See: Tables 4 and 5). This makes it more imperative to reduce MFT impacts.

Focusing on areas where the potential for success is greatest is likely to complement efforts to restore fire regimes. Treatments should only be considered in forests where site-specific evidence convergently indicates the forests have a natural fire regime of high-frequency/low-severity fire that has been altered. Notably, this requires site-specific examination of multiple lines of evidence (Veblen, 2003; Baker et al., 2006). As Baker et al. (2006) note, "It is impossible to determine the correct restoration model for a particular place without some collection of information on the site to be restored…"

The site-specific probability of higher-severity fire based on adequate site-specific data can be used in conjunction with Equation 1 to identify areas in forests with altered fire regimes where the probability of MFT affecting such fires is greatest.

Conversely, fuel treatments should not be implemented in systems with a natural fire regime of low-frequency, high-severity fire, such as subalpine and coastal forests. Where natural fire regimes and departures are unknown, fuel treatments should not be considered until there is ample convergent evidence indicating that fire regimes have been altered. Based on available data (Table 4), this does not incur a high degree of risk with respect to uncharacteristic fire.

Most forests with natural fire regimes of mixed severity are not in need of MFT to restore their natural fire regimes; this appears to be the prevalent case in undisturbed, mature forests with this fire regime (Baker et al., 2006). In these forests, a proactive approach of allowing wildland fire to restore fire regimes, together with efforts to curb fire regime alteration by grazing and logging, is likely to be effective in restoring fire regimes (Baker et al., 2006).

Riparian areas likely burn less frequently and at lower severity than uplands due to the effects of topography, microclimate, fuel moisture, and, in some cases, forest type. Hence, treatments in riparian areas tend to be less likely to encounter higher-severity fire. Prohibiting MFT in riparian areas also prevents damage from tree removal and associated activities to a host of riparian functions and aquatic resources.

### Limit the scale of mechanized fuel treatments.

There are many key uncertainties associated with efforts to reduce fire severity. These include those related to the level of fire regime alteration in many forests and the potential effectiveness of MFT. Benefits from MFT

remain uncertain, while there is a high degree of certainty regarding their costs. Given the uncertainty, MFT should not be aggressively pursued unless and until more robust information is available regarding their effectiveness, their overall costs and benefits, and the overall costs and benefits of fire. Given current knowledge, MFT must be considered experimental. MFT projects should be of limited scope and treated as ecological experiments, and include credible monitoring of their effectiveness and impacts.

Although it has been repeatedly suggested that the threat of uncharacteristically high-severity fire is high, analysis of available data on fire occurrence at several scales (USFS, 2004; Finney, 2005; Rhodes and Baker, *in review*) indicate that it is not. Recent large fires have not burned at uniformly high severity; they may well have burned at severities that are within natural ranges. Therefore, limiting the application of MFT to a conservative scale does not appear to confer a risk of ignoring a pressing and extensive threat to aquatic or terrestrial systems.

**Retain large trees.**

There is general agreement that the removal of large trees does not help reduce fire severity and is not consistent with the restoration of natural fire regimes. Retention of larger trees is vital to restoring forest structure and function (CWWR, 1996; Baker et al., 2006).

Larger trees provide numerous critically important ecological and watershed functions, whether live, dead, or downed (CWWR, 1996; Brown et al., 2003; Karr et al., 2004). Diameter limits on trees removed by MFT should also be adopted in order to ensure that larger trees are retained.

Although it has been argued that placing limits on the diameter of trees that can be removed might stymie efforts to reduce fire severity (Franklin and Agee, 2003; Noss et al., 2006a),

there are two countervailing considerations that indicate that diameter limits are critical in order to protect watersheds and aquatic systems and restore forests. The first is that most efforts to reduce fire severity will not be effective regardless of implementation (Table 4). The removal of larger trees has adverse impacts on watershed functions. Second, the failure to adopt strict standards leads to the irretrievable loss of large trees as recent MFT proposals amply indicate. These large, ecologically important trees are now relatively rare in many forests (Henjum et al., 1994; Baker et al., 2006).

About 90% of trees in Western forests are less than one foot in diameter, based on data from the 2002 USFS Resource Planning Act Assessment Report (Center for Biological Diversity, undated). Smaller trees represent the greatest fuel hazard. Since the logistics of MFT are such that the removal of all of these smaller trees is not possible, nor desirable in many areas, adopting a diameter limit of one foot is highly unlikely to seriously impede MFT in areas where they might aid in fire regime restoration. Therefore, this likely represents a reasonable starting point for a diameter cap for MFT.

**Restrict or eliminate grazing.**

In some forests with altered forest regimes, grazing has contributed to the situation (Belsky and Blumenthal, 1997), thereby contributing to potential increases in fire severity. Restricting or eliminating grazing is likely to aid in restoring natural fire regimes in some forests (Baker et al., 2006). Conversely, continued grazing in such forests is likely to hobble efforts to restore natural fire regimes (Belsky and Blumenthal, 1997) and reduce fire severity.

Grazing clearly has numerous negative impacts on watersheds, soils, riparian areas, water quality, and aquatic systems (Platts,

1991; Fleischner 1994; Belsky et al. 1999; Beschta et al., 2004). Grazing elimination, especially in riparian areas, clearly has numerous positive benefits for aquatic systems (Platts, 1991; Fleischner 1994; Rhodes et al., 1994; Belsky et al. 1999). Although the curtailment of grazing does not reduce the impacts of MFT, it does reduce the cumulative impacts on aquatic systems that may be affected by fire and/or MFT.

**Forego mechanized fuel treatments when proactive re-establishment of forest processes can restore altered fire regimes, and implement mechanized fuel treatments only as part of wider efforts to restore fire regimes, including the use of prescribed and wildland fire.**

No matter how well they are implemented, MFT alone will not restore fire regimes in a self-sustaining manner. The latter requires wider efforts. Taking an integrated approach that addresses the sources of fire regime alteration and restores natural processes will likely increase the effectiveness of efforts to restore fire regimes.

One of the most critical steps in undertaking effective ecological restoration is to forgo those activities and land uses that either cause additional damage or prevent the recovery of degraded systems (Kauffman et al. 1997). This is because the avoidance of degradation is far more effective and tractable than trying to rehabilitate degraded conditions (Beschta et al., 2004). Additionally, restoration approaches that do not address the root sources of degradation are unlikely to effectively restore systems.

Effectively addressing the sources of fire regime alteration can also aid in establishing forests that do not need to be repeatedly treated to reduce fuels in order to restore fire regimes. As Noss et al. (2006b) note, "Although many forests will require continued

management, a common sense conservation goal is to achieve forests that are low maintenance and require minimal repeated treatment." The latter can aid in limiting the aquatic costs of MFT by reducing the need to repeatedly implement MFT, while still restoring natural fire regimes (See Figure 3 next page), because repeated treatments contribute to adverse cumulative effects on watershed and aquatic resources. Sole reliance on MFT, alone, requires repeated cycles of treatments (Baker et al., 2006; Noss et al. 2006b; Figure 3).

In many prevalent forest types, such as those with a fire regime of mixed severity, proactive approaches that curtail the causes of altered forest conditions and fire behavior are likely to be all that is needed to restore natural fire regimes over time (Baker et al., 2006).

Logging, grazing, post-disturbance planting, and/or fire suppression have likely contributed to the alteration of natural fire regimes, fuel characteristics, and fire severity in some forests. Assessments of the potential alteration of fire regimes in forests should specifically examine the causes of fire regime alteration (Veblen et al., 2003). Where ongoing activities have contributed or are likely to contribute to fire regime alteration, measures should be taken to restrict or eliminate these sources of alteration in fire behavior. Such measures likely increase the effectiveness of other efforts to restore fire regimes in a self-sustaining manner that does not require continual repetition of treatments with ecological costs.

The ultimate and primary goal of fire regime restoration should be re-establishment of wildfire frequency and severity that is characteristic of the natural fire regime (Kauffman, 2004). Nature can be an inexpensive and effective agent of restoration. Allowing more wildland fire to burn without suppression is likely to help prevent continued

Rvsd Plan - 00006565



**Figure 3. A conceptual illustration of how the level of need for periodic retreatment varies among fire regime restoration approaches (After Noss et al., 2006b). Addressing the root causes of altered fire regimes by restoring processes may be self-sustaining. In contrast, mechanical fuel treatments, which at best, can only restore forest structure, require relatively frequent repeated treatments.**

alteration of fire regimes. It is also likely to aid considerably in restoring forests with altered fire regimes (Kauffman, 2004; Baker et al., 2006; Odion and Hanson, 2006). As Odion and Hanson (2006) note regarding wildland fire:

> There may be no other effective strategy for restoring and maintaining ecological integrity and for fostering the natural diversity of species dependent on effects specific to fire. The structural modifications of forests cannot mimic the heterogeneous effects of fire. Instituting a policy that allows more fire to burn would require considerable planning and additional efforts to improve human safety, but such efforts are needed under any management scenario.

Both wildland and prescribed fires can have watershed and aquatic impacts that are sometimes significant, but they are typically less persistent than those from MFT, and, therefore, should be favored over MFT as a means to reduce fuels and restore forest structure and natural fire regimes.

The use of prescribed and wildland fire should also complement efforts to restore altered fire regimes by increasing fiscal efficiency. MFT are costly. While prescribed fire has fiscal costs, on a per unit area basis, it is typically far less costly than MFT (Lynch and Mackes, 2003; Rummer et al., 2003). Fire suppression is also costly. Therefore, the use of wildland fire can also help reduce fiscal costs, if zealous and costly fire suppression is reduced in places where it can be foregone at

Rvsd Plan - 00006566

reasonable risk to ecological systems and human infrastructure.

Reductions in fire suppression may also produce the added benefit of reducing damage to watershed and aquatic systems. This is because some fire suppression methods can have significant impacts that persistently contribute to watershed and aquatic degradation (Beschta et al., 2004).

**Avoid mechanized fuel treatments in areas and watersheds where adverse impacts are likely to be significant and enduring.**

Due to limited potential for fuel treatments to benefit aquatic systems, high hazard areas should be avoided consistently. Such areas include those with topographic or soil hazards, roadless and riparian areas, and watersheds with pronounced cumulative effects, high potential for restoration, high biodiversity, or imperiled aquatic populations.

Although higher-severity fire may pose a threat to some isolated populations of fish in some degraded systems, MFT is unlikely to significantly reduce this threat in most cases, while incurring aquatic costs and causing additional degradation. A more effective approach to protecting such fish populations is to focus efforts on effective measures to reduce the causes of fragmentation and habitat degradation, such as water withdrawals, road networks, impassable barriers, and grazing.

MFT should also be avoided in watersheds where sedimentation and/or other MFT impacts are already a concern for fish, amphibians, and other beneficial uses. Due to its extent and associated road impacts, MFT is likely to increase sedimentation, especially in already damaged systems. Although MFT has the potential to reduce sedimentation from higher-severity fire, sometimes quite considerably, this is likely to be a relatively rare occurrence, even in forest types where it

is most likely to be effective. A more reliable approach to reducing sediment delivery is to address current management sources through restoration while foregoing the implementation or continuation of activities that increase sediment delivery.

There is no compelling evidence that riparian areas are a priority for MFT. Available information on fire behavior amply indicates that riparian areas are less prone to higher-severity fire than uplands, making them a very low priority for efforts to reduce fire severity. Treatments in these areas are likely to cause manifold aquatic impacts that are highly unlikely to be outweighed by benefits from MFT, even in the unlikely case that they are effective.

Due to their sensitivity, land disturbance in remaining roadless areas is likely to cause significant degradation (USFS et al., 1993; Rhodes et al., 1994). Roadless areas are limited in extent and critically important for the protection and recovery of aquatic resources (Henjum et al., 1994; Kessler et al., 2001). Additionally, roadless areas typically have the least altered forest structure, fuels, and fire regimes, reducing the need for interventionist approaches, such as MFT (Franklin et al., 2000; DellaSala and Frost, 2001; Baker et al., 2006). For these reasons, the prohibition of MFT in roadless areas will not only help protect these areas, but also ensure that purposeless fuel treatments are not introduced.

**Constrain or prohibit the most damaging activities.**

Avoid practices that consistently cause severe and persistent watershed damage, including machine piling and burning and the construction of roads and landings, including "temporary" ones. The numerous negative effects of roads are one of the primary sources of aquatic and watershed damage on a

continental scale. Additional road construction is inimical to reducing road effects. It also inexorably adds to the currently insurmountable backlog in needed, but deferred, road maintenance on existing roads (USFS et al., 1993; USFS, 2000b; Beschta et al., 2004). Even "temporary" roads and landings that are subsequently obliterated have impacts on forests and soils that last for decades. For these reasons, it is essential to ensure that MFT do not involve road or landing construction.

## Undertake effective watershed restoration.

Effective watershed restoration can help make aquatic systems, aquatic populations, and watersheds more resilient to fire impacts (Beschta et al., 2004). Prime examples include road obliteration or decommissioning, attempting to hydrologically decouple roads from stream networks, removal of impassable barriers in streams, reduction of water withdrawals, and curtailing or eliminating livestock grazing.

In areas where MFT are pursued, they should be always accompanied by effective watershed restoration. Although this will not reduce the aquatic costs or increase the effectiveness of MFT, it should help ameliorate the cumulative negative impacts on aquatic systems at the watershed scale.

## Credibly analyze and disclose likely cumulative effects of treatment versus non-treatment.

Treatments should be carefully analyzed for their cumulative effects, including all related disturbances and impacts. These should be evaluated on the basis of the likely outcomes of treatment and non-treatment on fire, taking into account fire probability and the transience and limited effectiveness of treatments. To be credible, cumulative effects analysis related to MFT must include the following in all assessments:

➤ Critical review of the evidence regarding the alteration of fire regimes. Data gaps and uncertainties and potential biases in methods must be scrutinized, disclosed, and accounted for in analyses, including those inherent in ascertaining the natural fire regime and potential departures from it. Some current methods of estimating the departure from natural fire regimes are likely misleading. For instance, Fire Regime Condition Class approach (FRCC), is likely misleading because: a) it overestimates the occurrence of high-severity fire when fire occurs (Odion and Hanson, 2006); b) it is not based on site-specific data on fire occurrence; and c) it is based on guesswork regarding the number of mean fire intervals that have been skipped without consideration of longest fire-free intervals in the historic record. Mean fire return intervals have questionable meaning. Unless forests have been free of fire for longer than the longest fire-free interval in the historic record, they may not be outside of the historical range of fire frequency. If the historic record is unknown, there is no sound basis for assuming that the natural fire regime has been altered and is in need of restoration.

➤ The likelihood of higher-severity fire affecting untreated areas, which can be estimated via data on the annual probability of such fires in conjunction with Equation 1. This can provide a quantitative estimate of the amount of higher-severity fire that may occur in the absence of treatment. Most fire does not burn at high severity. Typically, even in large fires burning during extreme fire weather in forests with high fuel loads, only about a third or less of the area burns at high severity (Table 7).

➤ The likelihood of higher-severity fire affecting treated areas during the period that fuels have been transiently reduced. This can be estimated from data on the annual probability of such fires in conjunction with Equation 1. This can provide a quantitative estimate of the fraction of treatments that might reduce fire severity.

➤ Congruent analytical timeframes. Both probabilities above should be estimated for congruent timeframes. For instance, if a single treatment cycle is anticipated and the duration of reduced fuels is expected to be 12 years, then the probability of higher-severity fire encountering treated or untreated areas should both be estimated for a 12-year timeframe.

➤ Incremental effects. It is not tenable to assume that all untreated areas burn at high severity in the absence of treatment during a given timeframe or that fuel treatments eliminate higher-severity fire at the scale of an analysis area, even if several cycles of treatment are anticipated. Available evidence does not indicate that treatments that encounter higher-severity fire eliminate it. Instead, when treatments are effective, they incrementally reduce high-severity fire (e.g., Schoennagel et al., 2004a). Some amount of high-severity fire still occurs at the analysis scale. Therefore, it is not valid to compare the effects of higher-severity fire at the scale of the analysis area to those solely from treatment at the scale of the analysis area. Analyses of the impacts of MFT need to consider the likely effects of treatments *combined* with those of fire.

➤ Complete cumulative effects. The analysis should include all impacts from all anticipated treatments over the entire period that they are likely to be applied. For instance, if fuels generated by MFT are expected to be machine piled and burned, with treated stands subsequently reburned every 12 years for 84 years, cumulative effects analysis must consider the impacts of these activities on watersheds and aquatic systems over the entire 84-year period. Similarly, if piecemeal MFT of different areas of the same watersheds are planned over a 50 year period, cumulative effects analysis must consider these impacts.

➤ Duration of effectiveness. Treatment effects on fuels decline with time. Hence, it is likely that the potential effectiveness of treatments in reducing fire severity also declines with time. Absent better information, it is probably reasonable to assume that mean effectiveness of treatments over the time period that fuels are reduced is roughly half the initial effectiveness.

➤ Limits of effectiveness. There are limits to the effectiveness of MFT when they do encounter fire. Some practices have limited effects on fire severity. In some forest types, weather limits the effectiveness of MFT in reducing fire severity.

➤ Associated road impacts. MFT often involve elevated use, reconstruction, and/or construction of roads and landings. Analyses must include the impacts of all such activities on watershed and aquatic systems.

➤ Persistence of impacts. MFT and associated activities have effects on soils, water quality, and watersheds that may be more persistent than those from fire.

➤ The status and connectivity of affected aquatic populations. Fire likely has less enduring impacts on fish populations with a high level of habitat and population connectivity.

Rvsd Plan - 00006569

➤ Not all higher-severity fire causes hydrophobic soils, nor does it always trigger extreme postfire erosion and runoff events.

➤ Fire provides important benefits to aquatic systems (e.g., LWD recruitment). Some impacts of MFT, such as soil compaction and elevated surface erosion on roads, provide no benefits to watersheds and aquatic systems.

➤ Assessments should identify how MFT might affect current impacts that constrain or prevent the restoration of aquatic systems.

The foregoing is not an exhaustive list of issues, because some are likely specific to analysis areas. But it does provide a reasonable framework for assessing likely outcomes of treatment versus non-treatment on aquatic systems.

Assessment alone cannot improve decisions about how to deal with the risks involved in MFT versus non-treatment of fuels. But if done correctly, it can help bring the issues and potential outcomes of treatment versus non-treatment into focus.

Rvsd Plan - 00006570

# Literature Cited

Abbruzzese, B. and Leibowitz, S.G., 1997. A synoptic approach for assessing cumulative impacts to wetlands. Env. Manage., 21: 457-475.

Agee, J.K., 2003. Ecological principles of forest fuel reduction treatments. In: Risk Assessment for Decision-making Related to Uncharacteristic Wildfire Conditions, OSU Forestry Education Outreach Symposium 17-19 Nov 2003, Portland, OR, http://outreach.cof.orst.edu/riskassessment/presentations/ageej_files/v3_document.htm.

Agee, J.K. and Skinner, C.N., 2005. Basic principles of forest fuel reduction treatments. Forest Ecol. and Manage., 211: 83–96.

Allen, C.D., Savage, M., Falk, D.A., Suckling, K.F., Swetnam, T.W., Schulke, T., Stacey, P.B., Morgan, P., Hoffman, M., and Klingel, J.T., 2002. Ecological restoration of southwestern ponderosa pine ecosystems: A broad perspective. Ecological Applications, 12: 1418–1433.

Allen, D.M. and Dietrich, W.E., 2005. Application of a process-based, basin-scale stream temperature model to cumulative watershed effects issues: limitations of Forest Practice Rules. Eos Trans. AGU, 86(52), Fall Meet. Suppl., Abstract H13B-1333, http://www.agu.org/meetings/fm05/fm05-sessions/fm05_H13B.html.

Amaranthus, M.P., and Perry, D.A., 1987. Effect of soil transfer on ectomycorrhiza formation and the survival and growth of conifer seedlings on old, non-reforested clearcuts. Can. J. For. Res., 17: 944-950.

Amaranthus, M.P., Parrish, D.S., and Perry, D.A., 1989. Decaying logs as moisture reservoirs after drought and wildfire. Proceedings: Watershed '89: Conference on the Stewardship of Soil, Air, and Water Resources, pp. 191-194. RIO-MB-77. USFS Alaska Region.

Angermeier, P.L., Wheeler, A.P., and Rosenberger, A.E., 2004. A conceptual framework for assessing impacts of roads on aquatic biota. Fisheries, 29: 19-29.

ASNF (Apache-Sitgreaves National Forest), 2004. DEIS and Record of Decision for the Rodeo-Chediski Fire Salvage Project. ASNF, Springerville, AZ.

Associated Press, 2002. "Biscuit fire didn't overcook." Sept. 2, 2002, Associated Press.

Associated Press, 2004. "Bush administration wants more thinning in national forests." December 10, 2004, Associated Press.

Associated Press, 2006. "Wyoming files roadless forests motion." September 22, 2006 Associated Press.

Baker, W.L., 2006. Fire history in ponderosa pine landscapes of Grand Canyon National Park: is it reliable enough for management and restoration? Inter. J. Wildland Fire, 15: 433–437., doi:10.1071/WF06047.

Baker, W.L. and Ehle, D., 2001. Uncertainty in surface-fire history: the case of ponderosa pine forests in the western United States. Can. J. For. Res., 31: 1205-1226.

Baker, W.L. and Ehle, D.S., 2003. Uncertainty in fire history and restoration of ponderosa pine forests in the western United States. Proceedings: Fire, fuel treatments, and ecological restoration, pp. 319-333. USFS RMRS-P-29. USFS, Rocky Mountain Research Station, Fort Collins, CO.

Baker, W.L., Veblen, T.T., and Sherriff, R.L., 2006. Fire, fuels, and restoration of ponderosa pine-douglas-fir forests in the Rocky Mountains, USA. J. of Biogeogr., doi:10.1111/j.1365-2699.2006.01592.x.

Bartholow, J.M., 2000, Estimating cumulative effects of clearcutting on stream temperatures, Rivers, 7: 284-297.

Bebi, P., Kulakowski, D. and Veblen, T.T., 2003. Interactions between spruce beetles and fire in a Rocky Mountain forest landscape. Ecology, 84: 362-371.

Behnke, R.J., 2002. Trout and salmon of North America. The Free Press, New York.

Belsky, A.J. and Blumenthal D., 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the interior west. Cons. Bio., 11: 315–327.

Belsky, A.J., Matzke, A., and Uselman, S., 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. J. of Soil and Water Cons., 54:419-431.

Benavides-Solorio, J. D., and MacDonald, L. H., 2001. Post-fire runoff and erosion from simulated rainfall on small plots, Colorado Front Range. Hydrological Processes,15: 2931-2952.

Beschta, R.L., Bilby, R.E., Brown, G.W., Holtby, L.B., and Hofstra, T.D., 1987. Stream temperature and aquatic habitat: Fisheries and forestry interactions. Streamside Management: Forestry and Fishery Interactions, pp. 191-231. Univ. of Wash. Inst. of Forest Resources Contribution No. 57, Seattle, Wash.

Beschta, R.L., Rhodes, J.J., Kauffman, J.B., Gresswell, R.E, Minshall, G.W., Karr, J.R, Perry, D.A., Hauer,

Rvsd Plan - 00006571

F.R., and Frissell, C.A., 2004. Postfire Management on Forested Public Lands of the Western USA. Cons. Bio., 18: 957-967.

Beschta, R.L., Pyles, M.R., Skaugset, A.E., Surfleet, C.G., 2000. Peakflow responses to forest practices in the western Cascades of Oregon, USA. J. Hydrol., 233: 102-120.

Bessie, W.C. and Johnson, E.A. 1995. The relative importance of fuels and weather on fire behavior in subalpine forests. Ecology, 76: 747-762.

Black, T. and Luce, C., 1999. Changes in erosion from gravel surface roads through time. Proceedings: International Mountain Logging and Pacific NW Skyline Symposium, Corvallis, OR, March-April, 1999, pp. 204-218.

BNF (Bitterroot National Forest), 2001. FEIS for the Burned Area Recovery Project. BNF, Hamilton, MT.

Bowling, L.C., Storck, P., and Lettenmaier, D.P., 2000. Hydrologic effects of logging in western Washington, United States. Water Resour. Res., 36: 3223-3240.

Bradford, D.F., 2005. Factors implicated in amphibian population declines in the United States. Declining Amphibians: A United States Response to the Global Problem, pp. 915-951. Univ. of CA Press, Berkeley, CA.

Brooks, M.I., D'Antonio, C.M., Richardson, D.M., Grace, J.B., Keeley, J.E., Ditomaso, J.M., Hobbs, R.J., Pellant, M., and Pyke, D., 2004. Effects of invasive alien plants on fire regimes. BioScience, 54: 677-688.

Brosofske, K.D., Chen, J., Naiman, R.J., and Franklin, J.F., 1997. Harvesting effects on microclimatic gradients from small streams to uplands in western Washington. Ecological Applications, 7: 1188-1200.

Brown, J.K., Reinhardt, E.D., and Kramer, K.A., 2003. Coarse woody debris: managing benefits and fire hazard in the recovering forest, USFS RMRS-GTR-105. USFS Rocky Mountain Research Station, Ogden, UT.

Buffington, J.M., Lisle, T.E., Woodsmith, R.D., and Hilton, S., 2002. Controls on the size and occurrence of pools in coarse-grained forest rivers. River Res. Applications, 18: 507-531.

Burroughs, E.R., Jr. 1990. Predicting onsite sediment yield from forest roads. Proceedings of Conference XXI, International Erosion Control Association, Erosion Control: Technology in Transition. Washington, DC, February 14-17, 1990. pp. 223-232.

Burton, T.A. 1997. Effects of basin-scale timber harvest on water yield and peak streamflow. J. Amer. Water Resour. Assoc., 33: 1187-1196.

Burton, T.A., 2003. Principles and Practices for Conserving Imperiled Salmonids. In: Risk Assessment for Decision-making Related to Uncharacteristic Wildfire Conditions, OSU Forestry Education Outreach Symposium 17-19 Nov 2003, Portland, OR. http://outreach.cof.orst.edu/riskassessment/presentations/burtont_files/v3_document.htm.

Burton, T.A., 2005. Fish and stream habitat risks from uncharacteristic wildfire: Observations from 17 years of fire-related disturbances on the Boise National Forest, Idaho. Forest Ecol. and Manage., 211: 140–149.

Busse, M.D., Cochran, P.H., and Barrett, J.W., 1996. Changes in ponderosa pine site productivity following removal of understory vegetation. Soil Sci. Soc. of Am. J., 60: 1614-1621.

Carey, H. and Schumann, M., 2003. Modifying wildfire behavior – The effectiveness of fuel treatments the status of our knowledge. National Community Forestry Center Southwest Region Working Paper #2.

Center for Biological Diversity, undated. Forest structure in the West: 90% of trees 12 inches in diameter or smaller. Center for Biological Diversity, Tucson, AZ.

CNF (Clearwater National Forest), 2002. North Lochsa Face Ecosystem Project Final Supplemental Environmental Impact Statement. CNF, Orofino, ID.

CNF (Clearwater National Forest), 2003. Roads analysis report. CNF, Orofino, ID.

Cowley, E.R., 2002. Monitoring Current Year Streambank Alteration. US Bureau of Land Management, Idaho State Office, Boise, ID.

Cram, D., Baker, T., and Boren, J., 2006. Wildland fire effects in silviculturally treated vs. untreated stands of New Mexico and Arizona, USFS RMRS-RP-55. Rocky Mountain Research Station, Fort Collins, CO.

CWWR (Centers for Water and Wildland Resources), 1996. Sierra Nevada Ecosystem Project Report. Wildland Resources Center Report No. 39, University of California, Davis.

Czech, B., Krausman, P.R., and Devers, P.K., 2000. Economic associations among causes of species endangerment in the United States. BioScience, 50: 593-601.

DeByle, N.V., 1973. Broadcast burning of logging residues and the water repellency of soils. Northwest Sci., 47: 77-87.

DellaSala, D.A. and Frost, E. 2001. An ecologically based strategy for fires and fuels management in national forest roadless areas. Fire Management Today, 61: 12-23.

DellaSala, D.A. and nine others, 2006. Post-fire logging debate ignores many issues. Science: 314: 51-52.

Dodson, E.K. and Fiedler, C.E., 2006. Impacts of restoration treatments on alien plant invasion in Pinus ponderosa forests, Montana. J. of Applied Ecol., 43, 887–897, doi:10.1111/j.1365-2664.2006.01206.

Donato, D.C., Fontaine, J.B., Campbell, J. L., Robinson, W.D., Kauffman, J.B., and Law, B.E., 2006. Post-wildfire logging hinders regeneration and increases fire risk. Science, 311: 352.

Dose, J.J. and Roper, B.E., 1994. Long-term changes in low-flow channel widths within the South Umpqua watershed, Oregon. Water Resour. Bull., 30: 993-1000.

Dunham, J., Rieman, B., Chandler, G., 2003a. Influences of temperature and environmental variables on the distribution of bull trout within streams at the southern margin of its range. N. Amer. J. Fish. Manage., 23: 894-904.

Dunham, J.B., Young, M.K., Gresswell, R.E., and Rieman, B.E., 2003b. Effects of fire on fish populations: landscape perspective on persistence of native fishes and nonnative fish invasions. Forest Ecol. and Manage., 178: 183−196.

Dunne, T. and Leopold, L., 1978. Water in Environmental Planning. W.H. Freeman and Co., NY.

Eaglin, G.S. and Hubert, W.A., 1993. Effects of logging and roads on substrate and trout in streams of the Medicine Bow National Forest, Wyoming. N. Am. J. Fish. Manage., 13: 844-46.

ECONorthwest and Pacific Rivers Council, 2002. Watershed Restoration in the Sierra Nevada. Pacific Rivers Council, Eugene, OR.

Ehle, D.S. and Baker, W.L., 2003. Disturbance and stand dynamics in ponderosa pine forests in Rocky Mountain National Park. Ecological Monographs, 73: 543-566.

Elliot, W. J., and I. S. Miller, I.S., (2002), Estimating erosion impacts from implementing the National Fire Plan, paper 02-5011 presented at the Annual International Meeting, Am. Soc. for Agric. Eng., Chicago, Ill., 28– 31 July.

ENF (Eldorado National Forest), 2004a. Decision Memo and Biological Evaluation and Assessment for the Forest Guard Fuel Reduction Project, ENF, Pollack Pines, CA.

ENF (Eldorado National Forest), 2004b. Decision Memo and Biological Evaluation and Assessment for Grey Eagle Fuel Reduction Project, ENF, Georgetown, CA.

ENF (Eldorado National Forest), 2004c. Decision Memo and Biological Evaluation and Assessment for Rockeye Fuel Reduction Project, ENF, Georgetown, CA.

Erman, D.C., Erman, N.A., Costick, L., and Beckwitt, S. 1996. Appendix 3. Management and land use buffers. Sierra Nevada Ecosystem Project Final Report to Congress, Vol. III, pp. 270-273. Wildland Resources Center Report No. 39, University of California, Davis.

Espinosa, F.A., Rhodes, J.J., and McCullough, D.A.. 1997. The failure of existing plans to protect salmon habitat on the Clearwater National Forest in Idaho. J. Env. Manage., 49: 205-230.

Everest, F.H., Beschta, R.L., Scrivener, J.C., Koski, K.V., Sedell, J.R., and Cederholm, C.J., 1987. Fine sediment and salmonid production: a paradox. Streamside Management: Forestry and Fishery Interactions, pp. 98-142. Univ. of Wash. Inst. of Forest Resources Contribution No. 57, Seattle, WA.

Finney, M.A., 2001. Design of regular landscape fuel treatment patterns for modifying fire growth and behavior. Forest Sci., 47: 219-228.

Finney, M.A., 2003. Calculating fire spread rates across random landscapes. Intl. J. Wildl. Fire.12(2):167-174.

Finney, M.A. 2005. The challenge of quantitative risk analysis for wildland fire. Forest Ecol. and Manage., 211: 97–108.

Fisk. H., Megown, K. and L.M. Decker, 2004. Riparian Area Burn Analysis: Process and Applications. USFS RSAC-0057-TIP 1. USFS Remote Sensing Applications Center, Salt Lake City, UT.

Fleischner, T.L., 1994. Ecological costs of livestock grazing in western North America. Cons Bio., 8:629-644.

Foltz, R.B., 1996. Traffic and no-traffic on an aggregate surfaced road: sediment production differences. Presented at the FAO Seminar on Environmentally Sound Forest Roads, June 1996, Sinaia, Romania.

Foltz, R.B. and Burroughs, E.R., Jr. 1990. Sediment production from forest roads with wheel ruts.

Proceedings: Watershed Planning and Analysis in Action, Watershed Mgt, IR Div, American Society of Civil Engineers, Durango, CO, July 9-11, 1990, pp. 266-275.

Fore, L.A., and Karr, J.R., 1996. Assessing invertebrate responses to human activities: evaluating alternative approaches. J. N. Amer. Benthol. Soc., 15: 212-213.

Franklin, J.F., 2005. Testimony before the House Subcommittee on Forests and Forest Health's Legislative Hearing on HR 4200, November 10, 2005.

Franklin, J.F. and Agee, J.K., 2003. Forging a science-based national forest fire policy. Issues in Science and Technology, Fall: 1-8.

Franklin, J., Perry, D., Noss, R., Montgomery, D., Frissell, C. 2000. Simplified Forest Management to Achieve Watershed and Forest Health: A Critique. National Wildlife Fed., Seattle, WA.

Freeze, R.A., and Cherry, J., 1979. Groundwater. Prentice-Hall, Inc., Englewood Cliffs, N.J.

Frick, B. 2004. "White House aims to abolish logging rule." July 12, 2004, Associated Press.

Frissell, C. A. 1993. Topology of extinction and decline of native fishes in the Pacific Northwest and California (U.S.A.). Cons. Bio., 7: 342-354.

Furniss, M.J., Roelofs, T.D., and Yee, C.S., 1991. Road construction and maintenance. Influences of Forest and Rangeland Management on Salmonid Fishes and Their Habitats, Am. Fish. Soc. Special Publ. 19: 297-323.

Geppert, R.R., Lorenz, C.W., and Larson, A.G., 1984. Cumulative Effects of Forest Practices on the Environment: A State of the Knowledge. Wash. For. Practices Board Proj. No. 0130. WA Dept. of Natural Resources, Olympia, WA.

Gottfried, G.J., 1991. Moderate timber harvesting increases water yields from an Arizona mixed conifer watershed. Water Resour. Res. 27: 537-547.

Graham, R.T. (tech. ed.), 2003. Hayman Fire Case Study, USFS RMRS-GTR-114. USFS Rocky Mountain Research Station, Ogden, UT.

Graham, R.T., Harvey, A.E., Jain, T.B., Tonn, J.R., 1999. The effects of thinning and similar stand treatments on fire behavior in Western forests, USFS PNW-GTR-463. USFS Pacific Northwest Research Station, Portland, OR.

Graham, R.T., McCaffrey, S., Jain, T.B. (tech. eds.), 2004. Science basis for changing forest structure to modify wildfire behavior and severity, USFS RMRS-

GTR-120. USFS Rocky Mountain Research Station, Fort Collins, CO.

Gresswell, R.E., 1999. Fire and aquatic ecosystems in forested biomes of North America. Trans. Amer. Fish. Soc., 128: 193-221.

Gucinski, H., Furniss, M.J, Ziemer, R.R and Brookes, M.H., 2001. Forest roads: a synthesis of scientific information, USFS PNW GTR-509. USFS Pacific Northwest Research Station, Portland, OR.

Halpern, C.B. and McKenzie, D., 2001. Disturbance and post-harvest ground conditions in a structural retention experiment. Forest Ecol. and Manage., 154: 215-225.

Hancock, P.J., 2002. Human impacts on the stream-groundwater exchange zone. Env. Manage. 29: 763-781.

Hann, W.J., and Bunnell, D.L., 2001. Fire and land management planning and implementation across multiple scales. Int. J. Wildl. Fire 10:389–403.

Hanson, C.T. and Odion, D.C., 2006. Fire severity in mechanically thinned versus unthinned forests of the Sierra Nevada, California. Proceedings of the Third International Fire Ecology and Management Congress, Nov. 13-16, 2006, San Diego, California.

Harden, B. and Eilperin, J., 2006. "Bush Dealt Setback On Opening Forests: Judge Overturns Changes in Rules." September 21, 2006, Washington Post.

Harma, K. and Morrison, P. 2003. Analysis of vegetation mortality and prior landscape condition, 2002 Biscuit Fire Complex. Pacific Biodiversity Institute, Winthrop, WA.

Harr, R.D. and Coffin, B.A., 1992. Influence of timber harvest on rain-on-snow runoff: A mechanism for cumulative watershed effects. Interdisciplinary Approaches in Hydrology and Hydrogeology. pp. 455-469. Amer. Institute of Hydrology.

Hassan, M.A. and Church, M., 2000. Experiments on surface structure and partial sediment transport on a gravel bed. Water Resour. Res., 36: 1885-1895.

Henjum, M.G., Karr, J.R., Bottom, D.L., Perry, D.A., Bednarz, J.C., Wright, S.G., Beckwitt, S.A., and Beckwitt, E., 1994. Interim Protection For Late Successional Forests, Fisheries, And Watersheds: National Forests East Of The Cascade Crest, Oregon And Washington. The Wildlife Soc., Bethesda, Md.

Hessburg, P.F., Salter, R.B., and James, K. M., 2005. Evidence for the extent of mixed-severity fires in pre-management era dry forests of the Inland Northwest,

Rvsd Plan - 00006574

USA. Proceedings of the symposium on Mixed-Severity Fire Regimes: Ecology and Management, Spokane, Washington, November 17-19, 2004, pp. 89-104. The Association for Fire Ecology, Miscellaneous Publication 3. Davis, CA.

Hewlett, J. D., and J. C. Fortson., 1982. Stream temperature under an inadequate buffer strip in the southeast piedmont. Water Resour. Bull., 18: 983-988.

Hirt, P.W. 1996. A Conspiracy of Optimism: Management of the National Forests since World War Two. University of Nebraska Press, Lincoln, NE.

Huffman, E. L., L. H. MacDonald, and J. D. Stednick, 2001. Strength and persistence of fire-induced soil hydrophobicity under ponderosa and lodgepole pine, Colorado Front Range. Hydrol. Processes, 15: 2877-2892.

Huntington, C., Nehlsen, W. and Bowers, J., 1996. A survey of healthy native stocks of anadromous salmonids in the Pacific Northwest and California. Fisheries, 21: 6-14.

Hutto, R.L., 2005. "Post-fire logging is bad for forests and wildlife." Seattle Times, December 8, 2005.

Hutto, R.L., 2006. Toward meaningful snag-management guidelines for postfire salvage logging in North American conifer forests. Cons. Bio., 20: 984-993.

ISG (Northwest Power Planning Council Independent Science Group), 1996. Return to the River: Restoration of Salmonid Fishes in the Columbia River Ecosystem, Document 96-6. Northwest Power Planning Council, Portland, OR.

ISG (Northwest Power Planning Council Independent Science Group), 1999. Return to the River: Scientific issues in the restoration of salmonid fishes in the Columbia River. Fisheries, 24:10-19.

Istanbulluoglu, E., Taborton, D.G, Pack, R.T., Luce, C.H., 2004. Modeling of the interactions between forest vegetation, disturbances, and sediment yields. J. of Geophys. Res., 109: 1-22.

Jackson, C.R., Sturm, C.A., and Ward, J.M., 2001. Timber harvest impacts on small headwater stream channels in the coast ranges of Washington. J. Amer. Water Resour. Assoc., 37: 1533-1549.

Johnson, J.E., 1995. Imperiled freshwater fishes. Our living resources: A report to the nation on the distribution, abundance, and health of U.S. plants, animals, and ecosystems, pp.142-144. U.S. Department of the Interior, National Biological Service,

Washington, DC. http://biology.usgs.gov/s+t/pdf/Fishes.pdf.

Jones J.A. and Grant. G.E., 1996. Peak flow responses to clear-cutting and roads in small and large basins, western Cascades, Oregon. Water Resour. Res., 32: 959-974.

Kappesser, G.B., 2002. A riffle stability index to evaluate sediment loading to streams. J. Amer. Water Resour. Assoc., 38: 1069-1080.

Karr, J.R., Rhodes, J.J., Minshall, G.W., Hauer, F.R., Beschta, R.L., Frissell, C.A., and Perry, D.A, 2004. Postfire salvage logging's effects on aquatic ecosystems in the American West. BioScience, 54: 1029-1033.

Kattleman, R., 1996. Hydrology and Water Resources. Sierra Nevada Ecosystem Project: Final report to Congress, vol. II, Assessments and scientific basis for management options, pp. 855-920., Wildland Resources Center Report No. 39, University of California, Davis.

Kauffman, J.B, 2004. Death rides the forest: perceptions of fire, land use, and ecological restoration of western forests. Cons. Bio., 18: 878-882.

Kauffman, J.B., R.L. Beschta, N. Otting, and D. Lytjen, 1997. An ecological perspective of riparian and stream restoration in the western United States. Fisheries 22:12-24.

Kauffman, J.B., Thorpe, A.S., Brookshire, J. and Ellingson, L., 2004. Livestock exclusion and belowground ecosystem responses in riparian meadows of eastern Oregon. Ecological Applications: 1671-1679.

Keeley, J. E. 2001. Fire and invasive species in Mediterranean-climate ecosystems of California.

Proceedings of the Invasive Species Workshop: the Role of Fire in the Control and Spread of Invasive Species, pp. 81-94. Misc. Publication No. 11, Tall Timbers Research Station, Tallahassee, FL.

Keeley, J.E., 2002. Fire management of California shrubland landscapes. Env. Manage., 29: 395-408.

Kessler, J., Bradley, C., Rhodes, J., and Wood, J., 2001. Imperiled Western Trout and the Importance of Roadless Areas. Western Native Trout Campaign, Tucson, AZ and Eugene, OR, http://www.pacrivers.org/article_view.cfm?ArticleID=1139&RandSeed=41939.

Kershner, J.L., MacDonald, L., Decker, L., Winters, D., and Libohova, Z., 2003. Ecological effects of the Hayman Fire, Part 6: Fire-induced changes in aquatic ecosystems. Hayman Fire Case Study, USFS RMRS-

GTR-114, pp. 232-243. USFS Rocky Mountain Research Station, Ogden, UT.

Ketcheson, G. L. and Megahan, W. F., 1996. Sediment production and downslope sediment transport from forest roads in granitic watersheds, USFS INT-RP-486. USFS Intermountain Research Station, Ogden, UT.

King, J.G. and Tennyson, L.C., 1984. Alteration of streamflow following road construction in north central Idaho. Water Resour. Res., 20: 1159-1163.

King, J.G. and Tennyson, L.C., 1984. Alteration of streamflow following road construction in north central Idaho. Water Resour. Res., 20: 1159-1163.

King, J.G., 1989. Streamflow Responses to Road Building and Harvesting: A Comparison With the Equivalent Clearcut Area Procedure, USFS Res. INT-RP-401, USFS Intermountain Research Station, Ogden, UT.

Kirkby, M.J. (ed.), 1978. Hillslope Hydrology. John Wiley & Sons, Inc., New York.

Korb, J.E., Johnson, N.C., and Covington, W.W., 2004. Slash pile burning effects on soil biotic and chemical properties and plant establishment: Recommendations for amelioration. Restoration Ecol., 12: 52-62.

La Marche, J.L. and Lettenmaier, D.P., 2001. Effects of forest roads on flood flows in the Deschutes River, Washington. Earth Surf. Process. Landforms, 26: 115-134.

Leopold, A., 1937. Conservationist in Mexico. American Forests, 43:118-120; 146.

Lentile, L.B., Smith, F.W. and Shepperd, W.D., 2005. Patch structure, fire-scar formation, and tree regeneration in a large mixed-severity fire in the South Dakota Black Hills, USA. Can. J. For. Res. 35: 2875–2885, doi: 10.1139/X05-205.

Letey, J., 2001. Causes and consequences of fire-induced soil water repellency. Hydrological Processes, 15: 2867-2875.

Lindenmayer, D.B., Foster, D.R., Franklin, J.F., Hunter, M.L., Noss, R.F., Schmeigelow, F.A., and Perry, D., 2004. Salvage harvesting policies after natural disturbance. Science, 303: 1303.

Lisle, T. and Hilton, S., 1992. The volume of fine sediment in pools: An index of sediment supply in gravel-bed streams. Water Resour. Bull., 28: 371-383.

Lisle, T.E., Iseya, F. and Ikeda, H., 1993. Response of a channel with alternate bars to a decrease in supply of mixed size bed load: A flume experiment. Water Resour. Res., 29: 3623-3629.

Luce, C.H., 1997. Effectiveness of road ripping in restoring infiltration capacity of forest roads. Restoration Ecology, 5: 265-270

Luce, C.H., and T.A. Black, 2000. Erosion from forest roads, the role of site factors, management, time, and traffic. American Fisheries Soc. Annual Meeting, August 20 - 24, 2000 St. Louis, MO, Abstract #: 951265140-92.

Luce, C.H. and T.A. Black, 2001, Effects of Traffic and Ditch Maintenance on Forest Road Sediment Production. Proceedings: Seventh Federal Interagency Sedimentation Conference, March 25-29, 2001, pp. V67–V74.

Ludwig, D., Hilborn, R., and Walters, C., 1993. Uncertainty, resource exploitation, and conservation: Lessons from history. Science, 260: 17, 36.

Lynch, D.L. and Mackes, K., 2003. Costs for reducing fuels in Colorado forest restoration projects. Proceedings: Fire, fuel treatments, and ecological restoration, April 16-18, 2002, USFS RMRS-P-29, pp. 167-175. USFS Rocky Mountain Research Station, Fort Collins, CO.

MacDonald, A. and Ritland, K.W., 1989. Sediment Dynamics in Type 4 and 5 Waters: A Review and Synthesis. TFW-012-89-002. Wash. Dept. of Natural Resour., Olympia, Wash.

MacDonald, L.H., and J.D. Stednick, 2003. Forests and water: a state-of-the-art review for Colorado. Colorado Water Resources Research Institute, Colorado State University, Fort Collins, CO.

Martin, D.A., and Moody, J.A., 2001. Comparison of soil infiltration rates in burned and unburned mountainous watersheds. Hydrological Processes, 15: 2893-2903.

Martinson, E. J., and P. N. Omi. 2003. Performance of fuel treatments subjected to wildfires. Proceedings: Fire, Fuel Treatments, and Ecological Restoration, April 16-18, 2002, USFS RMRS-P-29, pp. 7-14. USFS Rocky Mountain Research Station, Fort Collins, CO.

Martinson, E., Omi, P.N., and Shepperd W., 2003. Fire behavior, fuel treatments, and fire suppression on the Hayman Fire, Part 3: Effects of fuel treatments on fire severity. Hayman Fire Case Study, USFS RMRS-GTR-114, pp. 96-126. USFS Rocky Mountain Research Station Ogden, UT.

May, B.E., 2000. Forest Service Land and Resource Management and Cutthroat Trout Conservation. A Summary of Current Forest Land and Resource

Management Plan Direction Related to Cutthroat Trout Conservation.

May, C.L., 2002. Debris flows through different forest age classes in the central Oregon Coast Range. J. Amer. Water Resour. Assoc., 38: 1097-1113.

McCullough, D.A., 1999. A review and synthesis of effects of alterations to the water temperature regime on freshwater life stages of salmonids, with special reference to chinook salmon, USEPA Technical Report EPA 910-R-99-010. USEPA, Seattle, WA.

McIntosh, B.A, Sedell, J.R., Thurow, R.F., Clarke, S.E. and Chandler, G.L., 2000. Historical changes in pool habitats in the Columbia River Basin. Ecological Applications, 10: 1478-1496.

Meehan, W.R. (ed.). 1991. Influences of Forest and Rangeland Management on Salmonid Fishes and Their Habitats. Am. Fish. Soc. Special Publication 19.

Megahan, W.F. Seyedbagheri, K.A., and Potyondy, J.P., 1992. Best management practices and cumulative effects in the South Fork Salmon River–A case study. Watershed Management: Balancing Sustainability and Environmental Change, pp. 401-414. Springer Verlag, Inc., New York.

Megahan, W.F., King, J.G., Seyedbagheri, K.A., 1995. Hydrologic and erosional responses of a granitic watershed to helicopter logging and broadcast burning. Forest Sci., 41: 777-795.

Menning, K., Erman, D.C., Johnson, K.N., Sessions, J. 1996. Modeling aquatic and riparian systems, assessing cumulative watershed effects and limiting watershed disturbance. Sierra Nevada Ecosystem Project Final Report to Congress, Addendum, pp. 33-52. Wildland Resources Center Report No. 39, University of California, Davis.

Minnich, R.A., Barbour, M.G., Burk, J.H., and Sosa-Ramirez, J., 2000. Californian conifer forests under unmanaged fire regimes in the Sierra San Pedro Mártir, Baja California, Mexico. J. of Biogeography 27: 105-129.

Minshall, G.W., Brock, J.T,. and Varley, J.D., 1989. Wildfires and Yellowstone's stream ecosystems: A temporal perspective shows that aquatic recovery parallels forest succession. BioScience 39:707-722.

Minshall, G. W., C. T. Robinson, and Lawrence, D.E., 1997. Postfire response of lotic ecosystems in Yellowstone National Park U.S.A. Can. J. of Fish. Aquat. Sci., 54:2509-2525.

Moody, J.A. and Martin, D.A., 2001. Initial hydrologic and geomorphic response following a wildfire in the Colorado Front Range. Earth Surf. Processes and Landforms 26:1049-1070.

Montgomery, D., 1994. Road surface drainage, channel initiation and slope instability. Water Resour. Res., 30: 1925-1932.

Montgomery, D.R., Schmidt, K.M., Greenberg, H.M., and Dietrich, W.E., 2000. Forest clearing and regional landsliding. Geology, 28: 311-314.

Moyle, P.B, Yoshiyama, R.M. and Knapp, R.A., 1996a. Status of Fish and Fisheries. Sierra Nevada Ecosystem Project: Final report to Congress, vol. II, chap. 33. Wildland Resources Center Report No. 39, University of California, Davis.

Moyle, P. B., Zomer, R., Kattelmann, R., and Randall, P., 1996b. Management of riparian areas in the Sierra Nevada. Sierra Nevada Ecosystem Project: Final Report to Congress, vol. III, report 1. Wildland Resources Center Report No. 39, University of California, Davis.

Murphy, M.L., 1995. Forestry Impacts on Freshwater Habitat of Anadromous Salmonids In the Pacific Northwest and Alaska–Requirements for Protection and Restoration. NOAA Coastal Ocean Program Decision Analysis Series No. 7. NOAA Coastal Ocean Office, Silver Spring, MD.

Nehlsen, W., Williams, J.E. and Lichatowich, J.A., 1991. Pacific salmon at the crossroads: stocks at risk from California, Oregon, Idaho and Washington. Fisheries,16: 4-21.

(NIFC) National Interagency Fire Center, 2004. Total Fires and Acres 1960 – 2002, http://www.nifc.gov/stats/wildlandfirestats.html.

Noss, R.F., Beier, P., Covington, W.W., Grumbine, R.E., Lindenmayer, D.B., Prather, J.W., Schmiegelow, F., Sisk, T.D., and Vosick, D.J., 2006a. Recommendations for integrating restoration ecology and conservation biology in ponderosa pine forests of the southwestern United States. Restoration Ecol., 14: 4-10.

Noss, R.F., Franklin, J.F., Baker, W., Schoennagel, T., and Moyle, P.B., 2006b. Managing fire-prone forests in the western United States. Front. Ecol Environ., 4: 481–487.

NPNF (Nez Perce National Forest), 2002. Meadow Face Stewardship Pilot Project FEIS. NPNF, Grangeville, ID.

NPNF (Nez Perce National Forest), 2003. Record of Decision, Meadow Face Stewardship Pilot Program, NPNF, Grangeville, ID.

Rvsd Plan - 00006577

NRC (National Research Council), 1996. Upstream: salmon and society in the Pacific Northwest. National Academy Press, Washington, D.C.

NRC (National Research Council), 2002. Riparian areas: functions and strategies for management. National Academy Press, Washington, D.C.

Odion, D.C., Frost, E.J., Strittholt, J.R., Jiang, H., DellaSala, D.A. and Moritz, M.A., 2004. Patterns of fire severity and forest management in the Klamath Mountains, northwestern California, USA. Cons. Bio., 18: 927-936.

Odion, D.C., and Hanson, C.T., 2006. Fire severity in conifer forests of the Sierra Nevada, California. Ecosystems, 9: 1177–1189.

O'Laughlin, J., 2005. Conceptual model for comparative ecological risk assessment of wildfire effects on fish, with and without hazardous fuel treatment. For. Ecol. Manage. 211, 59-72.

Omi, P.N., and Martinson, E., 2002. Final Report: Effect of Fuels Treatment on Wildfire Severity. Submitted to the Joint Fire Science Program Governing Board, Western Forest Fire Research Center, Colorado State University, Ft. Collins, CO.

ONF (Ochoco National Forest), 2002. Bandit II Environmental Assessment. ONF, Prineville, OR

Pacific Rivers Council, 1996. Healing the watershed: A guide to the restoration of watersheds and native fish in the West. The Pacific Rivers Council, Eugene, OR.

Page-Dumroese, D.S., Harvey, A.E., Jurgensen, M.F., and Amaranthus, M.P., 1998. Impacts of soil compaction and tree stump removal on soil properties and outplanted seedlings in northern Idaho, USA. Can. J. Soil Sci., 78: 29–34.

Pannkuk, C.D. and Robichaud, P.R., 2003. Effectiveness of needle cast at reducing erosion after forest fires. Water Resour. Res., 39: 1333-1343.

Pierce, J.L., Meyer, G.A., and Jull, A.J.T., 2004. Fire-induced erosion and millennial-scale climate change in northern ponderosa pine forests. Nature, 432: 87-90.

Platts, W.S., 1984. Determining and evaluating riparian-stream enhancement needs and fish response. Proceedings: Pacific Northwest Stream Habitat Management Workshop, pp. 181-190. Amer. Fish. Soc., Calif. Coop. Fish. Research Unit, Humboldt State Univ., Arcata, Calif.

Platts, W.S., 1991. Livestock grazing. Influences of Forest and Rangeland Management on Salmonid Fishes and Their Habitats, pp. 389-424. Am. Fish. Soc. Special Publ. 19.

Platts, W.S., Torquemada, R.J., McHenry, M.L., and Graham, C.K., 1989. Changes in salmon spawning and rearing habitat from increased delivery of fine sediment to the South Fork Salmon River, Idaho.  Trans. Am. Fish. Soc., 118: 274-283.

Postel, S., 2005. Liquid Assets: The Critical Need to Safeguard Freshwater Ecosystems. WorldWatch Paper 170. The Worldwatch Institute, http://www.worldwatch.org/node/820.

Potyondy, J.P., Cole, G.F., Megahan, W.F., 1991. A procedure for estimating sediment yields from forested watersheds. Proceedings: Fifth Federal Interagency Sedimentation Conf., pp. 12-46 to 12-54, Federal Energy Regulatory Comm., Washington, D.C.

Propst, D.L. and Stefferud, J.A., 1997. Population dynamics of Gila trout in the Gila River drainage of the southwestern United States. J. Fish Biol. 51: 1137-1154.

Rawls, W.J., Ahuja, L.R., Brakensiek, D.L., and Shirmohammadi, A., 1993. Infiltration and soil water movement. Handbook of Hydrology, pp. 5.1-5.51. McGraw-Hill, New York.

Raymond, C.L., 2004. The Effects of Fuel Treatments on Fire Severity in a Mixed-Evergreen Forest of Southwestern Oregon. M.S. thesis, Univ. of Washington, Seattle, WA.

Raymond, C., and Peterson, D.L., 2005. How did prefire treatments affect the Biscuit fire? Fire Management Today, 65:18-22.

Reid, L.M., 1999. Forest Practice Rules and cumulative watershed impacts in California. Unpublished response to an inquiry from Assemblyman Fred Keeley. USDA Forest Service, Pacific Southwest Research Station, Redwood Sciences Laboratory, Arcata, California.

Reid, L.M., Dunne, T., and Cederholm, C.J., 1981. Application of sediment budget studies to the evaluation of logging road impact. J. Hydrol (NZ), 29: 49-62.

Reid, L.M. and Dunne, T., 1984. Sediment production from forest road surfaces. Water Resour. Res., 20: 1753-1761.

Reid, L.M., and Hilton, S., 1998. Buffering the buffer. Proceedings: Coastal Watersheds: The Caspar Creek Story, USFS PSW-GTR-168, pp. 71-80. USFS Pacific Southwest Research Station, Berkeley, CA.

Rvsd Plan - 00006578

Revenga, C., and G. Mock. 2000. Freshwater Biodiversity in Crisis. World Resources Institute, http://earthtrends.wri.org/pdf_library/features/wat_fea_biodiversity.pdf.

Rhodes, J.J., 1985. A reconnaissance of hydrologic transport of nitrate in an undisturbed forested watershed near Lake Tahoe. M.S. thesis, Univ. of Nev. Reno, Reno, NV.

Rhodes, J.J., 1998. Adaptive management: Is it really adaptive? Abstracts: Oregon AFS Annual Meeting, Feb. 11-13, 1998, p. 31.

Rhodes, J.J., 2002. Bitterroot National Forest Post-fire salvage logging field review: 8/20-22/2002. Unpublished report on file with Ecology Center, Missoula, MT.

Rhodes, J.J., 2003. Expert Declaration in Case No.: CIV-F-03-6386 REC DLB. US District Court for the Eastern District Of California at Fresno.

Rhodes, J.J., 2005. Expert Declaration in Case No.: 05 CV 1608 FCD-JFM. US District Court for the Eastern District Of California at Sacramento.

Rhodes, J.J. and Baker, W.L., In Review. Assessing fuel treatments effectiveness and resulting aquatic impacts in western U.S. public forests.

Rhodes, J.J., McCullough, D.A., and Espinosa Jr., F.A., 1994. A Coarse Screening Process for Evaluation of the Effects of Land Management Activities on Salmon Spawning and Rearing Habitat in ESA Consultations. CRITFC Tech. Rept. 94-4, Portland, OR.

Rhodes, J.J. and Huntington, C., 2000. Watershed and Aquatic Habitat Response to the 95-96 Storm and Flood in the Tucannon Basin, Washington and the Lochsa Basin, Idaho. Annual Report to Bonneville Power Administration, Portland, OR.

Rhodes, J.J. and Odion, D.C., 2004. Comment letter: Evaluation of the efficacy of forest manipulations still needed. BioScience, 54: 980.

Richards, K., 1982. Rivers: Form and Process in Alluvial Channels. Methuen & Co., New York.

Rieman, B. E., Lee, D., Chandler, G., and Myers, D., 1997. Does wildfire threaten extinction for salmonids: responses of redband trout and bull trout following recent large fires on the Boise National Forest. Proceedings: Fire Effects on Rare and Endangered Species and Habitats. Coeur d'Alene ID, 1995, pp. 45-57. Inter. Assoc. of Wildland Fire.

Rieman, B.E., Lee, D., Burns, D., Gresswell, R., Young, M., Stowell, R., Rinne, J. and Howell, P., 2003.

Status of native fishes in the western United States and issues for fire and fuels management. Forest Ecol. and Manage., 178: 197–211.

Rieman, B., Dunham, J., Luce, C. Rosenberger, A., 2005. Implications of changing fire regimes for aquatic ecosystems. Proceedings: Mixed Severity Fire Regimes: Ecology and Management, Spokane, WA, November 15-19, 2004, pp 187-191. Association for Fire Ecology and Washington State University, Pullman, WA.

Rinne, J.N., 1996. Short-term effects of wildfire on fishes and aquatic macroinvertebrates in the southwestern United States. N. Amer. J. of Fish. Manage., 16: 653–658.

Robichaud, P.R., 2000. Fire effects on infiltration rates after prescribed fire in Northern Rocky Mountain forest, USA. J. Hydrol. 231-232: 220-229.

Robichaud, P.R., Beyers, J.L., and Neary, D.G., 2000. Evaluating the effectiveness of postfire rehabilitation treatments, USFS RMRS-GTR-63. USFS Rocky Mountain Research Station, Fort Collins, Colorado.

Robichaud, P., MacDonald, L., Freeouf, J., Neary, D., Martin, D., and Ashmun, L., 2003.

Postfire rehabilitation of the Hayman Fire. Hayman Fire Case Study, USFS RMRS-GTR-114, pp. 293-313. USFS Rocky Mountain Research Station, Ogden, UT.

Romme, W.H., Veblen, T.T., Kaufmann, M.R., Sherriff, R., and Regan, C.M., 2003a. Ecological effects of the Hayman Fire, Part 1: Historical (pre-1860) and current (1860-2002) fire regimes. Hayman Fire Case Study, USFS RMRS-GTR-114, pp. 181-195, USFS Rocky Mountain Research Station, Ogden, UT.

Romme, W.H., Kaufmann, M.R., Veblen, T.T., Sherriff, R., and Regan, C.M., 2003b. Ecological effects of the Hayman Fire, Part 2: Historical (pre-1860) and current (1860-2002) forest and landscape structure. Hayman Fire Case Study, USFS RMRS-GTR-114, pp. 196-203, USFS Rocky Mountain Research Station, Ogden, UT.

RSNF (Rogue River-Siskiyou National Forest), 2003. Biscuit Fire Recovery Project DEIS, RSNF, Medford, OR.

RSNF (Rogue River-Siskiyou National Forest), 2004. Biscuit Fire Recovery Project FEIS, RSNF, Medford, OR.

Rummer, B. and 16 others, 2003. A strategic assessment of forest biomass and fuel reduction treatments in western states, RMRS-GTR-149. USFS Rocky Mountain Research Station, Ft. Collins, CO.

Schoennagel, T., Veblen, T.T., and Romme, W.H., 2004a. The interaction of fire, fuels, and climate across Rocky Mountain forests. BioScience, 54: 661-676.

Schoennagel, T., Veblen, T.T., and Romme, W.H., 2004b. Reply to comment by Rhodes and Odion: Evaluation of the efficacy of forest manipulations still needed. BioScience, 54: 980.

SFNF (Santa Fe National Forest), 2004a. Environmental Assessment for the Gallinas Municipal Watershed Wildland-Urban Interface Project. SFNF, Pecos, NM.

SFNF (Santa Fe National Forest), 2004b. Decision Notice and Finding of No Significant Impact Gallinas Municipal Watershed Wildland-Urban Interface Project. SFNF, Pecos, NM.

Shakesby, R.A., Doerr, S.H., and Walsh, R.P.D., 2000. The erosional impact of soil hydrophobicity: Current problems and future research directions. J. Hydrol., 231–232: 178–191.

Shepard, B.B., Sanborn, B., Ulmer, L., and Lee, D.C., 1997. Status and risk of extinction for westslope cuttroat trout in the upper Missouri River Basin, Montana. N. Amer. J. Fish Manage. 17: 1158-1172.

SNF (Six Rivers National Forest), 2001. Fuels Reduction for the Community Protection Phase I FEIS. SNF, Eureka, CA.

Spina, A.P., and Tormey, D.R., 2000. Postfire sediment deposition in geographically restricted steelhead habitat. N. Amer. J. Fish. Manage., doi: 10.1577/1548-8675(2000)020 <0562:PSDIGR> 2.3.CO;2 20, 562–569.

Stephens, S.L., and Moghaddas, J.J., 2005. Silvicultural and reserve impacts on potential fire behavior and forest conservation: Twenty-five years of experience from Sierra Nevada mixed conifer forests. Biological Cons., 125: 369–379.

Stephens, S.L., and Ruth, L.W., 2005. Federal forest-fire policy in the United States. Ecological Applications 15: 532-542.

Sublette, J.E., Hatch, M.D., Sublette, M., 1990. Fishes of New Mexico. Univ. of NM Press, ABQ, NM.

Thomas R.B. and Megahan, W.F., 1998. Peak flow responses to clear-cutting and roads in small and large basins, western Cascades, Oregon: A second opinion. Water Resour. Res. 34: 3393-3403.

Troendle, C.A. and King, R.M., 1985. The effect of timber harvest on the Fool Creek Watershed, 30 years later. Water Resour. Res. 21:1915-1922.

Troendle, C.A. and King, R.M., 1987. The effect of partial and clearcutting on streamflow at Deadhorse Creek, Colorado. J. Hydrol. 90: 145-157.

Trombulak, S. and Frissell, C., 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Cons. Bio., 14: 18-30.

UNF (Umatilla National Forest), 2001. Tower Fire Recovery Project FEIS. UNF, Pendleton, OR

UNF (Umatilla National Forest), 2003. Tower Fire Recovery Project Record of Decision. UNF, Pendleton, OR

USFS, 1999. Herger-Feinstein Quincy Library Group Forest Recovery Act FEIS, USFS PSW Region, Quincy, Ca.

USFS, 2000a. Sierra Nevada Forest Plan Amendment DEIS, USFS PSW Region, San Francisco, CA.

USFS, 2000b. Roadless Area Conservation Final Environmental Impact Statement. USFS, Washington, D.C.

USFS, 2001. Sierra Nevada Forest Plan Amendment FEIS, USFS PSW Region, San Francisco, CA.

USFS, 2002. Draft Resource Planning Act Assessment Report. USFS, Washington, D.C.

USFS, 2004. Sierra Nevada Forest Plan Amendment FSEIS and Record of Decision. USFS PSW Region, Vallejo, CA.

USFS, 2005. Proposed Land Management Plans for Angeles, Cleveland, Los Padres, and San Bernardino National Forests, Final Environmental Impact Statement (FEIS), and Design Criteria. USFS Pacific Southwest Region.

USFS and USBLM, 1995. "PACFISH" – Decision Notice and Environmental Assessment for Interim Strategies for Managing Anadromous Fish-producing Watersheds in Eastern Oregon and Washington, Idaho, and Portions of California. USFS and USBLM, Wash. D.C.

USFS and USBLM, 1995. "INFISH" – Decision Notice and Environmental Assessment for Inland Native Strategies for Managing Fish-producing Watersheds in Eastern Oregon and Washington, Idaho, Western Montana, and Portions of Nevada. USFS and USBLM, Wash., D.C.

USFS and USBLM, 1997a. The Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins, Volumes I-IV, USFS PNW-GTR-405. USFS Pacific Northwest Research Station, Walla Walla, WA.

Rvsd Plan - 00006580

USFS and USBLM, 1997b. The DEIS for the "Eastside" Planning Area. USFS, Walla Walla, Washington.

USFS and USBLM, 1997c. Evaluation of EIS Alternatives by the Science Integration Team Vol. I-II, PNW-GTR-406. USFS Pacific Northwest Research Station, Walla Walla, WA.

USFS, NMFS, USBLM, USFWS, USNPS, USEPA, 1993. Forest Ecosystem Management: An Ecological, Economic, and Social Assessment. USFS PNW Region, Portland, OR.

USFWS, 1998. Biological Opinion for the Effects to Bull Trout from the Continued Implementation of Land and Resource Management Plans as Amended by the Interim Strategy for Managing Fish-producing Watersheds in Eastern Oregon and Washington, Idaho, Western Montana, and Portions of Nevada (INFISH), and the Interim Strategy for Managing Anadromous Fish-producing Watersheds in Eastern Oregon and Washington, Idaho, and Portions of California (PACFISH). USFWS, Portland, OR.

USGAO, 2001. Letter to L. Craig. and S. McGinnis re: Forest Service: Appeals and Litigation of Fuel Reduction Projects, dated Aug. 31, 2001. USGAO, Wash. DC.

USGAO, 2003. Wildland fire management: Additional actions required to better identify and prioritize lands needing fuels reduction, GAO-03-805. USGAO, Wash., DC.

USGAO, 2006. Biscuit Fire Recovery Project: Analysis of project development, salvage sales, and other activities, GAO-06-967. USGAO, Wash., DC.

Veblen, T.T., 2003. Key issues in fire regime research for fuels management and ecological restoration. Proceedings: Fire, fuel treatments, and ecological restoration, USFS RMRS-P-29, pp. 259-275. USFS Rocky Mountain Research Station, Fort Collins, CO.

van Wagtendonk, J. W. and Sydoriak, C.A., 1987. Fuel accumulation rates after prescribed fires in Yosemite National Park. Conference on Fire & Forest Meteorology 9: 101-105.

Wald, A.R., 1975. Impact of truck traffic and road maintenance on suspend sediment yield from 14' standard forest roads. M.S. thesis, Univ. of WA, Seattle, WA.

Waters, T.F., 1995. Sediment in streams: sources, biological effects and control. American Fisheries Society, Monograph 7, Bethesda, MD

WDFW (Washington Department of Fish and Wildlife), 2000. Washington State Salmonid Stock Inventory of Coastal Cutthroat Trout. Wash. Dept. Fish. Wildlife., Olympia, WA.

Weaver, T., and Fraley, J., 1991. Fisheries habitat and fish populations, Flathead Basin Forest Practices Water Quality and Fisheries Cooperative Program Final Report, pp. 51-68. Flathead Basin Comm., Kalispell, MT.

Wemple, B.C., Jones, J.A., and Grant, G.E., 1996. Channel network extension by logging roads in two basins, Western Cascades, Oregon. Water Resour. Bull., 32: 1195-1679.

Westerling, A.L., Hidalgo, H.G., Cayan, D.R., and Swetnam, T.W., 2006. Warming and earlier spring increases western U.S. forest wildfire activity. Published online 6 July 2006; 10.1126/science.1128834. www.sciencexpress.org. Science:1-5 (+ figures).

Whitlock, C., Shafer, S.L, and Marlon, J., 2003. The role of climate and vegetation change in shaping past and future fire regimes in the northwestern US and the implications for ecosystem management. Forest Ecol. and Manage., 178: 5–21

Wilkinson, T., 1998. Science Under Siege: The Politician's War on Nature and Truth. Johnson Books, Boulder, CO.

Willson, J.D. and Dorcas, M.E., 2002. Effects of habitat disturbance on stream salamanders: Implications for buffer zones and watershed management. Cons. Bio., 17: 763-771.

Wondzell, S.M. and King, J., 2003. Postfire erosional processes in the Pacific Northwest and Rocky Mountain regions. For. Ecol. Manage. 178 (1–2), 75–87.

Worster, D., 1985. Rivers of Empire: Water, Aridity and the Growth of the American West. Oxford Univ. Press, New York.

Wuerthner, G., 2002. Welfare Ranching: The subsidized destruction of the American West, Island Press, Washington, D.C.

Young, M.K., and Harig, A.L., 2001. A critique of the recovery of greenback cutthroat trout. Con. Bio., 15: 1575-1584.

Ziegler, A.D., Sutherland, R.A., and Giambelluca, T.W., 2001. Interstorm surface preparation and sediment detachment by vehicle traffic on unpaved mountain roads. Earth Surf. Proc. Landforms, 26: 235-250.

Rvsd Plan - 00006581

Ziemer, R.R., 1991. An approach to evaluating the long-term effects of land use on landslides, erosion, and stream channels. In: Proceedings, Japan-U.S. Workshop on Snow Avalanche, Landslide, Debris Flow Prediction and Control, pp. 533-542. Organizing Committee of the Japan-U.S. Workshop on Snow Avalanche, Landslide, Debris Flow Prediction and Control, Tsukuba, Japan.

Ziemer, R.R., Lewis, J., Lisle, T.E., and Rice, R.M., 1991. Long-term sedimentation effects of different patterns of timber harvesting. In: Proceedings Symposium on Sediment and Stream Water Quality in a Changing Environment: Trends and Explanation, pp. 143-150. Inter. Assoc. Hydrological Sciences Publication no. 203. Wallingford, UK.

Ziemer, R.R., and Lisle, T.E., 1993. Evaluating sediment production by activities related to forest uses–A Northwest Perspective. Proceedings: Technical Workshop on Sediments, Feb., 1992, Corvallis, Oregon. pp. 71-74. Terrene Inst., Washington, D.C.

Ziemer, R.R., 1994. Cumulative effects assessment impact thresholds: myths and realities. Proceedings: Cumulative Effects Assessments in Canada: From Concept to Practice, pp. 319-326. Alberta Assoc. of Professional Biologists, Edmonton, Alberta, Canada.

Rvsd Plan - 00006582

printed on 100% recycled paper

Rvsd Plan - 00006583

BIOLOGICAL CONSERVATION 134 (2007) 1-13



available at www.sciencedirect.com


ScienceDirect



journal homepage: www.elsevier.com/locate/biocon

# Beaver (*Castor canadensis*) as a surrogate species for conserving anuran amphibians on boreal streams in Alberta, Canada

## Cameron E. Stevens[a,*], Cynthia A. Paszkowski[a], A. Lee Foote[b]

[a]*Department of Biological Sciences, University of Alberta, Edmonton, Alta., Canada T6G 2E9*
[b]*Department of Renewable Resources, University of Alberta, Edmonton, Alta., Canada T6G 2H1*

## ARTICLE INFO

*Article history:*
Received 20 August 2005
Received in revised form
7 July 2006
Accepted 14 July 2006

*Keywords:*
Indicator species
Forest management
Beaver ponds
Boreal landscape
Amphibian conservation

## ABSTRACT

We explored the use of beaver (*Castor canadensis*) as a surrogate species for amphibian conservation on small (1st–4th-order) streams in the Boreal Foothills of west-central Alberta. Anuran call surveys indicated that beaver create breeding habitat for the boreal chorus frog (*Pseudacris maculata*), wood frog (*Rana sylvatica*) and western toad (*Bufo boreas*). No calling males of any species were recorded on unobstructed streams. Wood frog, the most abundant species, exhibited high rates of juvenile recruitment on beaver ponds. Pit-fall traps captured more wood frogs on beaver ponds versus unobstructed streams, and most individuals (84%) were young-of-year. Abundance of young-of-year was strongly correlated with percent landscape occupied by beaver ponds indicating that anurans captured along streams originated in beaver ponds. Based on a novel combination of a digital elevation model and aerial photographs examined with GIS, statistical models showed that the probability of beaver pond occurrence on streams was positively associated with stream order and dependent on the interacting effects of distance to nearest forestry cutblock and availability of beaver foods (*Populus* spp.). We propose that the distribution and abundance of beaver ponds could be determined over large areas quickly and inexpensively by remote sensing and used to identify and monitor amphibian habitat, and possibly, populations. This work establishes the pre-eminence of beaver-created wetlands as amphibian habitat in the Boreal Foothills and that the incorporation of dam-building patterns into forest management strategies could aid amphibian conservation.

© 2006 Elsevier Ltd. All rights reserved.

## 1. Introduction

Amphibian conservation has assumed a degree of urgency since discoveries in the 1980s indicating many species throughout the world were declining (Alford and Richards, 1999; Houlahan et al., 2000; Stuart et al., 2004; Beebee and Griffiths, 2005). Declines have been linked to many factors and the large number of studies concerning threats to amphibians indicates the complexity of causes behind declines (see recent reviews by Collins and Storfer, 2003; Blaustein et al., 2003; Carey and Alexander, 2003). Most specialists agree, however, that local habitat loss, degradation and alteration are major causes of declines (Blaustein et al., 1994; Wake, 1998; Alford and Richards, 1999; Semlitsch, 2002). Protection and restoration of ponds and wetlands are arguably critical steps for conserving pond-breeding amphibians (Pechmann et al., 2001; Stevens et al., 2002; Calhoun et al., 2003); low juvenile recruitment associated with a paucity of ponds or sub-optimal conditions

* *Corresponding author:* Tel.: +1 780 492 5751; fax: +1 780 492 9234.
E-mail addresses: stevens.cam@gmail.com (C.E. Stevens), cindy.paszkowski@ualberta.ca (C.A. Paszkowski).
0006-3207/$ - see front matter © 2006 Elsevier Ltd. All rights reserved.
doi:10.1016/j.biocon.2006.07.017

in remaining ponds on a landscape (i.e., reproductive sinks) can lead to the extirpation of populations (Marsh and Trenham, 2001). For example, Ducks Unlimited has been instrumental in the conservation of amphibians in many parts of North America through its waterfowl habitat programs (Stevens et al., 2002; Tori et al., 2002). Programs specifically designed for conserving amphibians usually include monitoring of population trends and examination of habitat-use patterns. Unfortunately, many amphibian species are cryptic and it is difficult to reliably estimate regional population sizes in the field, particularly in northern climates where breeding periods are brief and highly variable in response to very localized climatic conditions (Alford and Richards, 1999; Paszkowski et al., 2002; Stevens and Paszkowski, 2005). A valuable shortcut for assessing amphibian habitat and probable populations may be the use of surrogate species.

The concept of surrogate species in conservation biology has received growing attention because it offers simple, ecologically-based solutions for the management of communities and ecosystems (Simberloff, 1998; Caro and O'Doherty, 1999; Roberge and Angelstam, 2004). In boreal ecosystems of North American, the beaver (*Castor canadensis*) is a potential candidate for the conservation and management of anuran amphibians because of its profound influences on the physicochemical properties of streams through dam construction (Naiman et al., 1986, 1988; Snodgrass and Meffe, 1998; Schlosser and Kallemyn, 2000). Dams can exceed 16 per km on small streams in boreal landscapes (Naiman et al., 1988; Hillman, 1998), and in forested regions of the United States, beaver dam construction can influence the distribution and abundance of aquatic vertebrates such as fishes (Snodgrass and Meffe, 1998; Schlosser and Kallemyn, 2000), birds (Brown et al., 1996; McCall et al., 1996), and possibly amphibians. Abiotic and biotic changes to streams such as reductions in flow, higher water temperatures and increased rates of primary production may favour pond-breeding amphibians (Naiman et al., 1986, 1988; Snodgrass and Meffe, 1998). Russell et al. (1998) noted a higher abundance of anuran amphibians at beaver ponds versus unobstructed streams in South Carolina, USA. However, the generality of this trend in other ecoregions and whether beaver dams produce an environment that favours high juvenile recruitment to metamorphosis remains unclear. The beaver, whose presence and influence can be easily monitored through delineation of ponds with aerial photography (Slough and Sadleir, 1977; Howard and Larson, 1985; Johnston and Naiman, 1990), could serve as a surrogate for identifying amphibian habitat and locating populations, and be particularly useful in boreal landscapes and remote regions inaccessible by vehicle. If beaver create breeding sites for amphibians, a review and assessment of factors affecting the distribution of beaver ponds is a required step in developing beaver as a surrogate species.

As a potential contributor to landscape heterogeneity and biodiversity in the boreal forest, the beaver has been the subject of surprisingly few studies that examine where colonies are most abundant and where dams are most likely to be built on streams (but see Slough and Sadleir, 1977; Howard and Larson, 1985; Barnes and Mallik, 1997). Some patterns are evident, however. For example, beaver pond establishment is strongly influenced by stream hydrology

and dependent on a reliable water source that can be effectively dammed (Howard and Larson, 1985; Barnes and Mallik, 1997). The structure and composition of vegetation in riparian zones may also influence beaver distributions on streams (Slough and Sadleir, 1977; Howard and Larson, 1985; Barnes and Mallik, 1997) because beaver employs a central-place foraging strategy harvesting trees and shrubs near open water (Schoener, 1979; Jenkins, 1980; McGinley and Whitham, 1985), and are very selective in choosing woody food stems showing strong preference for *Populus* spp. (Johnston and Naiman, 1990; Fryxell and Doucet, 1993; Basey and Jenkins, 1995; Gallant et al., 2004; Martell et al., 2006). Despite the apparent link between riparian zones and beaver, no published study has examined impacts of logging on beaver or the distribution of beaver and beaver ponds in landscapes dominated by forestry.

The first objective of our study was to examine the relationship between beaver and amphibian populations on small streams in the Boreal Foothills of west-central Alberta. We used call surveys and pitfall trapping to compare breeding activity and abundances of three species of amphibians [wood frog (*Rana sylvatica* Le Conte), boreal chorus frog (*Pseudacris maculata* Agassiz), and western toad (*Bufo boreas* Baird and Girard)] in beaver ponds versus unobstructed streams. We predicted that if beaver created breeding habitat for an amphibian species, then indices of population size based on numbers of breeding males and post-metamorphic individuals would be higher on beaver ponds than on unobstructed streams. Our second objective was to use a novel combination of a digital elevation model and vegetation data in GIS (Franklin et al., 2002) to measure patterns of occurrence of beaver ponds relative to 'basin ponds' (i.e., non-beaver ponds and wetlands) and thereafter to characterize beaver pond distributions in a managed landscape with roads and forestry cutblocks. We also discuss the potential effects of beaver and the distribution and abundance of beaver ponds on the ecology and conservation of boreal anurans.

## 2. Methods

### 2.1. Study area

Our study was conducted in the Boreal Foothills in west-central Alberta and within the watersheds of the North Saskatchewan and Pembina Rivers (approximately 53°06′ N–115°19′ W). The area supports a forest dominated by trembling aspen (*Populus tremuloides* Michx.), balsam poplar (*Populus balsamifera* L.), white birch (*Betula papyrifera* Marsh), white spruce (*Picea glauca* Voss), black spruce (*Picea mariana* Mill.) and lodgepole pine (*Pinus contorta* Dougl.) (Strong and Leggat, 1992). The climate in the region is relatively dry (mean total annual precipitation = 464 mm), cold (mean annual temperatures near 0 °C) with a short growing season (growing degree days average 1008) and mean temperature May through August = 12.8 °C (Strong and Leggat, 1992). Soils in the study area are predominately orthic gray luvisols on lacustrine clays or gray luvisols on morainal clay loams. Both types are considered moderately well-drained soil units in the region (Agriculture Canada, 1981).

### 2.2. Amphibian sampling

To assess the role of beaver in providing habitat for breeding amphibians, first we randomly selected 15 beaver-obstructed stream reaches (mean ± SE length = $190 \pm 11.9$ m; stream order = $2.2 \pm 0.24$). Most beaver-obstructed stream reaches (10 of 15) were located >1 km from each other to minimize potential non-independence of ponds; five reaches were separated by 0.5–1.0 km. These distances probably prevent the large number of migrants needed for immigration to play a meaningful role in local recruitment and population dynamics of anurans on ponds (Newman and Squire, 2001; Petranka et al., 2004). Each beaver-obstructed reach consisted of 1–6 consecutive beaver ponds that flooded areas ranging from 0.17–1.84 ha. On 15 beaver-obstructed reaches, we examined a total of 54 ponds in 2001 and 52 ponds in 2002. Two ponds combined during a heavy July rain in 2001, hence, the pond number changed between years. The same storm also resulted in the collapse of a dam on one pond (3rd-order beaver-obstructed reach) that remained partially damaged in spring 2002, creating a flooded area substantially smaller than the previous year (i.e., 0.05 ha in 2002 versus 0.35 ha in 2001).

Of the 15 beaver-obstructed stream reaches mentioned above, we paired nine with a nearby unobstructed stream reach (reach length = 200 m) that had an intact canopy cover, and showed no evidence of beaver activity. Unobstructed stream reaches were within 90–640 m of a beaver-obstructed reach under study. The nine stream pairs (unobstructed and obstructed reaches) were located >1 km from other pairs. For unobstructed streams, the mean ± SE width (i.e., distance between lowest points of embankments) was $1.3 \pm 0.4$ m, and stream order was $2.3 \pm 0.4$. All unobstructed streams had flowing water with an average depth >10 cm in late May; however two 1st-order unobstructed streams were dry by mid-July of both study years.

To estimate the number of breeding wood frogs, boreal chorus frogs and western toads on beaver ponds and streams, we conducted 5 call surveys (Weir, 2001) from May 3–June 9 in 2001 and 6 call surveys from May 11–June 11 in 2002. Surveys began when ice cover receded from all ponds and surveys were completed when relatively few or no calling males were recorded. All surveys were conducted under optimal weather conditions (i.e., light or no rain, Beaufort Wind Scale <4, air temperature >5 °C) at night within a 3 h window starting 0.5 h after sunset. Each survey comprised a 180° point count for 5 min that covered pond and stream habitat extending <100 m from a survey station. Most ponds in our study were relatively small and had one survey station. We established two stations on three ponds because of their large area (>0.5 ha) and elongated shape. All unobstructed streams had two survey stations to provide complete coverage of the 200 m reach. To minimize disruption of reproductive activity, all surveys were conducted 7–10 m from the shoreline. Recording consisted of observers first identifying spatially distinct choruses of calling males for each species present and assigning ranks of aural intensity to choruses: Rank 1 = no overlap in calls and the number of males can be reliably estimated, Rank 2 = some overlap in calls and the number of males can be estimated (but less accurately than for Rank 1),

and Rank 3 = overlap in calls and the number of individuals cannot be estimated (Weir, 2001).

Next, we assigned a species-specific value for each Rank 3 chorus so that we could estimate population sizes of the wood frog and boreal chorus frog (no Rank 3 groups of western toads were recorded during our study). Stevens and Paszkowski (2004) calculated the mean value of Rank 3 choruses as 59 males for the wood frog using counts of egg masses, multiple call surveys, and a conservative 1:1 male to female sex-ratio. However, given the variability of this estimate (SD = 29) in their study we also use Rank 3 chorus size ±1 standard deviation (20–98 males) to estimate population sizes of wood frog. To our knowledge, no study has quantitatively assessed the mean group size for Rank 3 choruses for the boreal chorus frog. We might expect, however, that their aggregations are smaller than those of wood frog choruses because (1) boreal chorus frog may be less abundant than the wood frog in the western boreal forest (Roberts and Lewin, 1979; Paszkowski et al., 2002); (2) calls emitted by the male boreal chorus frog are about twice as long in duration as calls of the wood frog, which may mean that a lower minimum number of individuals is needed to create a Rank 3 chorus; and (3) the boreal chorus frog is less likely than the wood frog to display temporally compressed explosive breeding (C.E. Stevens, personal observation). Thus, we proposed that 30 males represent a Rank 3 group of boreal chorus frogs but use additional values of 10 and 60 given the uncertainty in actual group size so that we could estimate total number of calling males on dammed stream reaches.

In summer 2001 we employed pitfall traps and drift fences on the nine paired stream reaches (unobstructed reach paired with one pond on a nearby beaver-obstructed reach) to measure abundance of post-metamorphic individuals and juvenile recruitment to metamorphosis. Pitfall traps were installed in pairs along drift fences; each fence had one trap placed at each end. The drift fence was a polyethylene sheet 5 or 10 m long, 30 cm high and partly buried in the soil. All fences were installed 3–7 m from water. Drift fences running parallel to the pond edge or unobstructed stream covered 20% of that shoreline. In addition, one 5-meter drift fence running perpendicular to each shoreline was installed to capture moving post-metamorphic anurans associated with that stream reach. The pitfall trap was a 7.6 L plastic bucket with a plastic funnel (Stevens and Paszkowski, 2005). Beaver ponds had 8–20 pitfall traps per site depending on size, whereas each unobstructed stream had 16 pitfall traps. Traps were opened from July 10–August 15, 2001 and checked every 3–5 days.

Captured anurans were marked (i.e., one toe clipped), weighed, measured for snout-vent length (SVL), and identified to age class. Individuals were identified as young-of-year (YOY) if they had remnants of a larval tail or SVL <27 mm for the wood frog, SVL <21 mm for the boreal chorus frog, and SVL <23 mm for the western toad. Classifications of YOY were based on maximum SVL lengths of captured newly metamorphosed juveniles with tail buds. Sub-adults (i.e., sexually immature individuals) and adults were lumped into one category (age-1 + or adult). All anurans were released 5–10 m from their point of capture. Trapping data was converted to catch per unit-effort $[\text{CPUE} = (\text{total captures} \times 100 \ \text{days})/(\text{trap}$

nights × number of pitfall traps)] for presentation of results. To infer patterns of juvenile recruitment for each species, we first examined statistical effects of stream type (unobstructed streams versus beaver ponds) on YOY captures and then compared differences in YOY and adult captures on pairs of sites (data from both site types within a pair were pooled) using ANOVA with error term = stream location.

We also correlated both (Euclidean) distance to nearest beaver pond and density of nearby beaver ponds with CPUE of juvenile wood frog along unobstructed streams using univariate linear regressions to determine whether terrestrial populations were dependent on the density and distribution of nearby beaver ponds through dispersal of individuals from breeding habitats (e.g., Marsh and Trenham, 2001). Density of nearby ponds was measured as % area of landscape within 500 m and 1000 m of an unobstructed reach that was occupied with beaver ponds. We chose these scales because Newman and Squire (2001) reported for wood frogs in North Dakota that genetic differences between frogs from neighbouring ponds began to be detectable at a distance around 1000 m. We did not choose smaller distances (e.g., 250 m) because this resulted in most of the study sites being assigned a zero value for having no ponds in the surrounding landscape. Goodness-of-fit of linear regression models were evaluated with $R^2$ statistics. All analyses were on log10 transformed CPUE values to satisfy assumptions of parametric analyses and executed in SPLUS (Insightful Corporation; Crawley, 2002). Significance levels were set at a 0.10 probability to reduce the chance of committing a Type I error in analysis of low sample sizes for the amphibian component of our study (e.g., $n = 9$ pairs).

### 2.3. GIS analysis

We focused our GIS analyses of beaver pond distributions on 15 contiguous, low-order (2–4) watersheds (total area = 14 548 ha); six drained in a northerly direction into the Pembina River (a tributary of the Athabasca River) and nine adjacent watersheds flowed south-easterly into the North Saskatchewan River (Fig. 1). To examine the distribution of beaver ponds in the study watersheds, we used a combination of a digital elevation model (DEM), ArcGIS spatial analyst tools and digitized landscape metrics based on vegetation inventory data (Franklin et al., 2002) from geo-referenced, spatially-corrected aerial photographs taken in 1997 (at a scale of 1:15 000). Beaver ponds (i.e., pond with dam) and basin ponds (i.e., ponds and wetlands not associated with a dam) were delineated by C.E. Stevens. The DEM (10-m cell size) was created from a Triangulated Irregular Network (TIN) model of the terrain based on topographic information from points plotted at 100 m intervals, peaks, valleys, random locations and breaklines (e.g., shorelines) on 1:60 000 aerial photography. The DEM was first employed to create a network of streams within the study watersheds using ArcGIS. Cells with more than 800 cells flowing into them were categorized as a stream, which was a threshold connecting beaver ponds to low-order streams that were often difficult to identify on aerial photographs. All streams were classified based on the number and size of their tributaries. Stream order increased when streams of the same order intersected. We also created a

slope raster by calculating the maximum rate of change between each cell and its neighbours such that the lower the slope value, the flatter the terrain.

Weyerhaeuser Canada, Ltd. provided digitized GIS layers of anthropogenic disturbance (i.e., roads, cutblocks) and of vegetation inventory data (Franklin et al., 2002) describing forest height, *Populus* stands and deciduous stands (i.e., *P. tremuloides*, *P. balsamifera*, and *B. papyrifera*). Next, GIS layers of stream hydrology, disturbance, and forest structure and composition were converted to a raster output. The focal statistic function (with neighbourhoods of 100 m radii) calculated the mean slope, mean forest height, % deciduous trees, and % *Populus* spp. for each raster cell in the respective output. Calculations for each cell in the forest output rasters were then adjusted to account for non-pond area only. Non-forested areas (e.g., roads) were excluded when calculating the forest height output raster. For each digitized layer of cutblocks and roads, we created Euclidean distance output rasters as correlates of industrial land-use. Finally, we randomly selected points every 400 m on streams in the 15 study watersheds to both maximize stream coverage and minimize autocorrelation (i.e., field observations indicated that beaver lodges were approximately 300–400 m apart on streams). These points were intersected with the focal and distance raster outputs, and a stream order (vector) layer.

To examine the influence of stream hydrology, forest structure and composition, and industrial activity on beaver occupancy of streams we used the binomial family of generalized linear mixed models (GLME), with a random effect, to predict beaver pond occurrence with a suite of habitat variables in SPLUS (Chao, 2003). Random effects can accommodate non-independence within groups, such as individuals within populations, when quantifying habitat selection, and were added to our models because of potential autocorrelation in the measured response among stream locations within a watershed that would otherwise produce incorrect variance estimates (Gillies et al., 2006). We expected observations within a watershed to be non-independent and representative of an independent population unit compared to observations from other watersheds given that dispersal by beaver generally follow stream channels and for distances up to 5 km (Van Deelen and Pletscher, 1996; Sun et al., 2000). Prior to the GLME, potential multicollinearity among the habitat variables was assessed with Pearson correlation tests and one of the two highly correlated variables was eliminated ($r > |0.8|$) (Table 1). We excluded % deciduous forest because it was highly correlated with both mean height and % *Populus* ($r = 0.91$, the latter variable reflecting abundance of a well-documented preferred food plant of beaver.

Our model consisted of correlates of beaver food plants (mean forest height and % *Populus*; see Fryxell and Doucet, 1993; Gallant et al., 2004), hydrological parameters (stream order and slope; see Howard and Larson, 1985; Barnes and Mallik, 1997), distance to nearest cutblock and road because of their influence on forest composition and structure, and stream hydrology (Jones, 2000; Swank et al., 2001). We also added elevation to the model as a correlate of watershed position because preliminary observations suggested that beaver ponds were clustered at higher locations within watersheds (Fig. 1). Two 2-way interactions were added as cor-



**Fig. 1 – Study streams and watersheds examined for the presence of beaver ponds in west-central Alberta. Streams were delineated with a digital elevation model (DEM) in ArcGIS whereas beaver ponds were identified from aerial photography taken in 1997.**

Table 1 – Mean ± SE values (and range) of habitat parameters on unoccupied versus beaver-occupied sites, including coefficients and P values from univariate GLMEs predicting beaver pond occupancy on a network of streams in 15 watersheds of west-central Alberta

|  | Unoccupied stream sites ($n = 459$) | Beaver sites on streams ($n = 114$) | Coefficient | $t_{557}$ | $P^A$ |
|---|---|---|---|---|---|
| Mean elevation (m) | $919 \pm 2.4$ (785–1047) | $933 \pm 3.5$ (800–1012) | $0.608 \pm 0.27^B$ | 2.3 | 0.025 |
| Stream order (1–4) | $1.65 \pm 0.04$ (1–4) | $2.25 \pm 0.09$ (1–4) | $0.561 \pm 0.101$ | 5.5 | <0.001 |
| Stream slope | $3.5 \pm 0.17$ (0.18–19.2) | $2.87 \pm 0.21$ (0.47–14.1) | $-0.0647 \pm 0.0373$ | $-1.7$ | 0.084 |
| *Forest within 100 m* |  |  |  |  |  |
| Mean height (m)[a] | $16.9 \pm 0.29$ (0–33.5) | $15.9 \pm 0.62$ (1.2–34.9) | $-0.0302 \pm 0.0173$ | $-1.7$ | 0.083 |
| % deciduous[a,b] | $55.4 \pm 1.5$ (0–100) | $49.1 \pm 2.6$ (0.3–100) | $-0.725 \pm 0.35^B$ | $-2.1$ | 0.039 |
| % *Populus*[b] | $48.7 \pm 1.5$ (0–100) | $43.4 \pm 2.7$ (0–100) | $-0.669 \pm 0.342^B$ | $-2.0$ | 0.051 |
| *Nearest disturbance* |  |  |  |  |  |
| Cutblock (m) | $627 \pm 30.8$ (0–3416) | $866 \pm 63.2$ (0–2394) | $0.0335 \pm 0.0176^B$ | 1.9 | 0.058 |
| Road (m) | $241 \pm 9.9$ (0–1751) | $224 \pm 21.3$ (10–1424) | $0.000231 \pm 0.058^B$ | 0.0 | 0.997 |

a,b = a pair of parameters with high correlation (>0.8) has the same letter.
A  Statistical significance accepted at alpha = 0.05.
B  Change per 100 units.

Rvsd Plan - 00006588

**6**                    BIOLOGICAL CONSERVATION 134 (2007) 1–13

relates of complex hydrological scenarios: (1) stream order × stream slope; and (2) stream order × distance to nearest road. The first interaction was based on the prediction that a reliable but manageable source or volume of water was essential to the establishment and maintenance of beaver ponds (e.g., fast-moving, narrow streams or slow-moving, wide streams). The second interaction reflected the possibility that road crossings serve as useful 'pinch-points' for intercepting stream flow for beaver damming, particularly on high-order streams that move large volumes of water. Two 'forage' interactions of (1) % nearby *Populus* × mean forest height, and (2) % nearby *Populus* × distance to nearest cutblock, were also included to determine whether beaver modified their surroundings or selected stream locations for a particular height class of *Populus*.

Our final GLME model excluded non-significant interactions (P > 0.10) but retained all individual correlates. This procedure helped control 'confounding' as a source of biased estimation of effects for cases where their influences of multiple correlates on a response were inseparable (Greenland et al., 1999). We also present habitat coefficients and their significance from univariate models predicting beaver pond occurrence on streams. Hypothesis testing through use of Akaike's Information Criterion (Burnham and Anderson, 2002) was not explored because the algorithm in the GLME was a penalized quasi-likelihood (PQL), which may be unreliable in accurately estimating likelihoods (Engel, 1998). However, PQL is an effective method for estimating parameters from clustered binary data (Heo and Leon, 2005). It is also considerably less computationally demanding than other methods (Gillies et al., 2006). The fit of the full GLME model was first assessed through a visual examination of the standardized residuals plotted against the fitted values. We also used receiver operator characteristics (ROC) on withheld subsets of our model data (20%) to assess fit and predictive performance as model verification. ROC-area under the curve estimates ⩾0.7 was considered a model with good accuracy (Swets, 1998). As an additional assessment of the predictive capacity of our GLME model, we used coefficients to estimate the probability of occurrence of beaver ponds for each study site, and obtained a probability cut-off point that maximized both specificity and sensitivity curves simultaneously on a model-training dataset (80% of data) only (Swets, 1998). That cut-off point was used to determine whether or not a beaver pond was predicted for each site in a subset of data (20%) that had been withheld specifically for testing. Using observed and predicted occurrences of beaver ponds and unobstructed streams in this dataset we then estimated the % of sites correctly classified (PCC). Models with a PCC score ⩾70% are considered to have reasonable predictive power (Nielsen et al., 2004).

## 3. Results

### 3.1. Amphibian populations

No calling anurans were recorded on unobstructed streams during repeated call surveys. In contrast, call surveys in 2001 and 2002 on beaver ponds produced total estimates of 1184 boreal chorus frogs (potential range 524–3164), 3809 wood frogs (potential range = 1430–6188), and 69 western toads. Note that values for boreal chorus frog and wood frog reflect, in part, conservative estimates of numbers of calling males in Rank 3 choruses and the inherent variability of these estimates based on methods described earlier. Using the estimated low and high estimates of Rank 3 chorus sizes, the number of breeding anurans per km of dammed stream for the boreal chorus frog were, on average, between 59–179 males/km in 2001 and 116–531 males/km in 2002, and comparable estimates for the wood frog were 221–925 males/km in 2001 and 303–1359 males/km in 2002. Population estimates for the western toad were 14 males/km in 2001 and 10 males/km in 2002 (Fig. 2).

The combined total number of anurans captured using pitfall traps and drift fences was 3264 individuals on both beaver ponds and unobstructed streams, the majority of which were wood frog (3064 individuals) followed by western toad (120 individuals) and boreal chorus frog (80 individuals) (Fig. 3).



Fig. 2 – Mean (±SE) number of calling male western toad, wood frog, and boreal chorus frog per km of 15 beaver-obstructed stream reaches in west-central Alberta surveyed during spring 2001 and 2002. Abundance estimates were derived by counting males in each Rank 1 and 2 chorus, and assigning estimated males to each recorded Rank 3 chorus for the wood frog and boreal chorus frog (see Stevens and Paszkowski, 2005). Note that estimates vary according to the proposed range of number of males calling in a Rank 3 chorus. No Rank 3 choruses were encountered for western toad.

Rvsd Plan - 00006589



Fig. 3 – Pitfall trap data for three anuran species as mean (±SE) catch per-unit effort [CPUE = (total captures × 100 days)/(trap nights × number of pitfall traps)] of post-metamorphic young-of-year (YOY) and adults (age-1+) on nine pairs of unobstructed streams and beaver ponds. Trapping was conducted from July 10 to August 15, 2001 in the Boreal Foothills of Alberta. At P < 0.01, ANOVAs (with site location as a random effect) indicated that CPUE of YOY western toad, chorus frog and wood frog were higher on beaver ponds versus unobstructed stream (a), and that the wood frog was the only species with catches comprised of significantly more YOY than adults (b).

Most wood frogs captured were YOY (i.e., 2648 individuals) representing 81% of total anuran captures. Less than 1% of YOY wood frogs were recaptured within a sampling year. In addition, the majority of YOY captures were adjacent to beaver ponds. For example, beaver ponds had 5.7-times more YOY wood frog than nearby unobstructed streams, and 29- and 24-times more YOY western toad and YOY boreal chorus frog, respectively. Using ANOVA, we found that log-transformed YOY captures were significantly higher on beaver ponds versus unobstructed streams for all 3 species (wood frog $F_{1,8} = 5.1$, P = 0.054; western toad $F_{1,8} = 5.1$, P = 0.055; boreal chorus frog $F_{1,8} = 4.6$, P = 0.064) (Fig. 3). However, only wood frog captures were characterized by significantly more YOY than adults ($F_{1,8} = 8.6$, P = 0.019). YOY outnumbered adults approximately 5.7:1. YOY boreal chorus frog similarly outnumbered adult boreal chorus frogs (4.6:1), however, log-transformed CPUE did not differ significantly ($F_{1,8} = 2.1$, P = 0.182), possibly because of low power to detect differences if they existed. For example, our statistical power (at an alpha = 0.10) to detect 2-times more YOY than adults was only 0.28 for boreal chorus frog compared to 0.95 for wood frog. In contrast to both the wood frog and boreal chorus frog, we recorded fewer YOY western toad than adult western toad. The difference in log-transformed CPUE between age classes was statistically similar ($F_{1,8} = 1.8$, P = 0.134).

On unobstructed stream reaches (n = 9) we observed a total of 412 YOY wood frogs. Capture rates were highly variable among sites: 0.2–24.4 CPUE. Varying CPUE among stream reaches may be due to the fact that some sites were far (e.g., 636 m) from a potential source of anurans whereas others were close (e.g., 90 m) to a beaver pond (overall mean ± SE = 253 ± 57.8 m). Unobstructed streams also varied in % area of surrounding landscape occupied by beaver ponds: 0–5% at 500-m scale (mean ± SE = 2.0 ± 0.67%) and 0.04–5.76% at a 1000-m scale (mean ± SE = 2.1 ± 0.64%). Based on univariate linear regression, Euclidean distance to nearest beaver pond ($t_7 = -1.4$, P = 0.21) was negatively related to CPUE of juvenile wood; however this relationship was not significant. In con-

trast, % landscape occupied by beaver ponds at both the 500-m scale ($t_7 = 4.3$, P = 0.004; Fig. 4) and 1000-m scale ($t_7 = 2.73$, P = 0.029) significantly predicted CPUE of juvenile wood frogs on unobstructed streams. More juveniles were captured in landscapes with higher densities of beaver ponds (Fig. 4). The slope coefficient in the 500-m scale model (b = 0.203) was slightly (14%) higher than that in the 1000-m scale model (b = 0.178), and the goodness-of-fit was considerably better for the smaller spatial scale model: $R^2 = 0.72$ versus 0.52.

### 3.2.  Beaver pond distributions

The total length of study-stream habitat (estimated with a digital elevation model) that was available for occupation by



Fig. 4 – Scatterplot with a linear least square smoother of % landscape occupied by beaver ponds (within 500 m) versus log 10 transformed catch per unit-effort [CPUE = (total captures)/(trap nights × number of pitfall traps)] of young-of-year wood frog on nine unobstructed streams in west-central Alberta (y = 0.304 + 0.203x).

Rvsd Plan - 00006590

beaver in our study landscape (145 480 500 m²) was 325 596 m (1st-order = 167 148 m, 2nd-order = 87 552 m, 3rd-order = 45 383 m, and 4th-order = 25 513 m). Aerial photographs (1:15 000) from 1997 indicated that of the total length of stream habitat estimated with a digital elevation model, approximately 10% was flooded by beaver dams creating 590 beaver ponds (total area = 1 233 792 m²). Only 24 basin (non-beaver) ponds or wetlands (total area = 78 934 m²) were detected in the study watersheds. Fifty-eight percent of beaver ponds were on 1st and 2nd-order streams, whereas the remaining 42% were on 3rd- and 4th-order streams. On average (mean ± SE), the area of beaver ponds was 2091 ± 148 m² (range 50–46 269 m²). Based on Weyerhaeuser Canada, Ltd. vegetation inventory data, forestry and petroleum sectors were active in the region and had built over 240 km of roads to drill 446 oil and gas wells, and to harvest trees from approximately 10% of the study area. Cutblocks were of varying age since logging

(1–60 years); however most had been cut within 20 years (75% of total area harvested) and were occupied by trees under 5 m in height (72% of total area harvested). Some of the logging in our study area was immediately adjacent to stream reaches: 12 648 m along 1st-order streams, 3580 m along 2nd-order streams, 443 m along 3rd-order streams, and 156 m along 4th-order streams.

Of the 573 stream locations randomly chosen in the 15 study watersheds, 114 points were on beaver-obstructed stream reaches (Table 1). Of the eight habitat features examined with univariate GLMEs, stream order, elevation and % deciduous were correlated with beaver pond occurrence ($P < 0.05$; Table 1). There were also non-significant correlations involving stream slope, mean forest height, % *Populus*, and distance to nearest cutblock ($P < 0.10$). Based on univariate models, beaver ponds were more likely to occur on larger but lower-gradient streams, and in regions with lower levels

**Table 2 – Coefficients (±SE) associated with habitat correlates in the full GLME model predicting beaver pond occupancy on low-order (1–4) streams grouped on 15 adjoining watershed in west-central Alberta**

|  | Coefficient ± SE | $t_{549}$ | $P^a$ |
|---|---|---|---|
| Intercept | $-15.46 \pm 3.34$ | $-4.63$ | <0.0001 |
| Mean elevation (m) | $1.29 \pm 0.348^b$ | 3.73 | 0.0002 |
| Stream order (1–4) | $1.482 \pm 0.209$ | 7.09 | <0.0001 |
| Stream slope | $0.228 \pm 0.129$ | 1.77 | 0.0770 |
| % *Populus* (within 100 m) | $-0.93 \pm 0.632^b$ | $-1.47$ | 0.1421 |
| Mean forest height (m; within 100 m) | $-0.0152 \pm 0.0242$ | $-0.63$ | 0.5303 |
| Distance to nearest cutblock (m) | $-0.045 \pm 0.035^b$ | $-1.29$ | 0.1965 |
| Distance to nearest road (m) | $-0.095 \pm 0.063^b$ | $-1.52$ | 0.1292 |
| Stream order × mean slope | $-0.143 \pm 0.0468$ | $-3.05$ | 0.0024 |
| % *Populus* × nearest cutblock | $0.016 \pm 0.0058^b$ | 2.7 | 0.0072 |

Note: ROC = 0.78 and PCC = 70% for GLME model testing data.
a Statistical significance accepted at alpha = 0.05.
b Change per 100 units.



**Fig. 5 – The interacting effects of % nearby *Populus* × distance to nearest cutblock (a), and stream order × slope (b) on the presence of beaver ponds on small streams in the Boreal Foothills that were assessed in a generalized linear model. % *Populus* was determined from a 100 m radius of stream location and for non-flooded area only. Cutblocks were of varying age since logging (1–60 years post-harvest); however most were cut within 20 years (75% of total area harvested) and comprised of *Populus* trees <5 m in height (72% of total area harvested). Stream order and slope were calculated using a digital elevation model.**

Rvsd Plan - 00006591

of beaver food resources. Interestingly, beaver ponds were more likely to occur further from cutblocks, and the effect of cutblocks may extend over long distances and beyond the riparian zone given that, on average, occupied streams were 627 m from a cutblock (Table 1).

Our full GLME model, which had adequate predictive power and accuracy (ROC = 0.78 and PCC = 70% for model testing data), suggested that beaver pond occurrence was positively related to elevation and stream order, as was noted for the univariate models (Table 2). We also noted significant interaction between stream slope and stream order (Table 2; Fig. 5). Beaver ponds were more likely to occur either on high gradient streams of low-order (1–2) or on low gradient streams of high-order (3–4) (Fig. 5). The relation between distance to cutblock and beaver pond occurrence in the full GLME was significantly dependent on available levels of *Populus* within 100 m of the stream location (Table 2; Fig. 5). Stream locations in close proximity to a cutblock were less likely to be occupied by a beaver pond regardless of the level of nearby *Populus* (Fig. 5).

## 4. Discussion

The present study supports the use of beaver as a surrogate species indicative of the occurrence of amphibian habitat and populations on boreal streams. In our study area, calling wood frog, boreal chorus frog and western toad were recorded only in association with beaver dams. Thus, we infer that beaver create breeding habitat for anuran amphibians as suggested in a similar study by Russell et al. (1998) that found more post-metamorphic anurans in riparian zones on beaver ponds versus unobstructed streams in North Carolina, USA. Beaver may have a particularly large role in maintaining amphibian populations in the Boreal Foothills of Alberta also because the majority of standing water on the landscape (94%) was created by beaver impoundment of small streams. However, distribution of beaver ponds was not random, with stream order and proximity to cutblocks being important environmental factors influencing their occurrence. These relationships are discussed in detail below and may have implications for industry in the boreal forest if the conservation of amphibians is a goal of resource managers.

### 4.1. Amphibians in beaver ponds

Critical to understanding the value of beaver ponds as amphibian habitat is an assessment of whether beaver ponds are potential population sources (Gill, 1978) characterized by relatively high rates of juvenile recruitment to metamorphosis. Based on our pitfall trapping results it appears that the wood frog, and possibly the boreal chorus frog, experienced high rates of juvenile recruitment in beaver ponds. For both species, the number of juveniles, as reflected by CPUE, was statistically higher on beaver ponds than on unobstructed streams, and approximately 2-times higher than the number of adults captured on both habitat types combined. However, patterns of juvenile recruitment and age distributions observed for boreal chorus frog were possibly affected by the ability of adult boreal chorus frogs to escape from pitfall traps (Stevens and Paszkowski, 2005). In addition, although more

western toads were trapped more frequently adjacent to beaver ponds than near unobstructed streams, the number of juveniles and adults were similar. This pattern may reflect the fact that beaver ponds are poor larval environments for toads (e.g., too cold, inadequate food) leading to low juvenile recruitment, or it could be an artefact of sampling biases (Stevens and Paszkowski, 2005). For example, partial fencing of riparian zones around ponds could have missed either instream movements of juvenile toads (Adams et al., 2005) or emerging aggregations of juvenile toads from particular shoreline locations where the water was warmer or the overhead canopy was open (Black and Black, 1969; Noland and Ultsch, 1981). During 3 years of pitfall trapping in our study area, however, no visual observations of western toads in ponds or streams were made outside of the breeding season, and only one observation of a large group of newly metamorphosed toads was made adjacent to a pond (by C.E. Stevens). With respect to our assessment of beaver ponds as breeding habitat, we acknowledge that amphibian abundance fluctuates widely from year to year, and that our inferences concerning recruitment are limited, as they are based on a single year of pitfall trapping. Some species, such as the western toad, may undergo "boom years" of high reproductive output that maintain the long-term persistence of populations (Eaton et al., 2005; Green, 2003; Stevens et al., 2006b).

Despite lack of strong evidence provided by our pitfall trapping for high recruitment of western toads from beaver ponds, the strong correlation between % landscape occupied with beaver ponds and abundance of juvenile wood frogs on unobstructed streams suggests that the anurans recorded on these sites originated from beaver ponds. Natal ponds were likely within distances of 500 m or slightly further given that there was a stronger relationship between CPUE of juvenile wood frogs on unobstructed streams in relationship to the density of beaver ponds at the smaller (500-m) than the larger (1000-m) spatial scale (also see Newman and Squire, 2001). The fact that numerous anurans were recorded in an eco-region where beaver ponds are the primary source of breeding habitat indicates that some ponds in the region must act as sources within a larger metapopulation. For example, older beaver ponds provide suitable breeding habitats because these sites offer warm and well-oxygenated environments to anuran larvae thereby enhancing development and growth rates (Stevens et al., 2006a). The seasonal hydroperiod of beaver ponds is also relatively stable (Gill, 1978; Schlosser and Kallemyn, 2000). Only one pond (of 54) surveyed for calling anurans disappeared due to dam collapse during the 2 years of our study. In addition, beaver ponds in boreal regions may support lower abundance and diversity of predatory fishes because of winterkill triggered by anoxic conditions (Tonn and Magnuson, 1982) and the restriction of fish movements by dams (Schlosser and Kallemyn, 2000). Beaver ponds on 1st–3rd-order streams in the Boreal Foothills seldom contained fish (i.e., 15 of 54 ponds surveyed), and the only fish present was the small-bodied brook stickleback (*Culaea inconstans*; Stevens et al., 2006a) even though cyprinids (e.g., *Pimephales promelas*) and larger fishes such as bull trout (*Salvelinus confluentus*) and northern pike (*Esox lucious*) occur in local watersheds (Nelson and Paetz, 1992).

## 4.2.   Beaver pond distributions: implications for amphibians

Although there has been extensive research on beaver food habits (e.g., Schoener, 1979; Jenkins, 1980; McGinley and Whitham, 1985; Johnston and Naiman, 1990; Fryxell and Doucet, 1993; Basey and Jenkins, 1995; Gallant et al., 2004; Martell et al., 2006), relatively few studies have examined factors associated with colony distributions at a landscape scale (but see Slough and Sadleir, 1977; Howard and Larson, 1985; Barnes and Mallik, 1997). Our model identified important variables correlated with the occurrence of beaver ponds and associated amphibian populations in the Boreal Foothills. The clustering of beaver ponds at higher elevations in a watershed may reflect both selection for particular streams and a tendency of beaver to disperse to nearby stream locations (Sun et al., 2000). Preferred locations for dam-building beaver in our study included higher-order streams. These streams may provide increased reliability of the water necessary for creating and maintaining deep ponds throughout the year, particularly during drought years (Howard and Larson, 1985; Barnes and Mallik, 1997). Deep ponds provide escape from terrestrial predators, safe under-ice travel during winter, and a medium for transporting construction materials and food stores (Hill, 1982). However, too much flow on a stream can result in the blow-out of dams, particularly during spring run-off (Stock and Schlosser, 1991; Hillman, 1998). Consistent with our findings that beaver select streams with an intermediate level of flow, a New England study identified wide, slow-moving streams as beaver habitat (Howard and Larson, 1985), whereas a study on the boreal shield characterized beaver habitat as small, fast-moving streams (Barnes and Mallik, 1997). Implications of beaver site selection for amphibian populations depend on whether abundance and diversity of predatory fishes occur on beaver ponds associated with higher-order streams (Snodgrass and Meffe, 1998). For example, fish can have a significant impact on larval survival, and can even slow growth and development of anuran larvae through behavioural changes and reduction in feeding (Werner and McPeek, 1994; Baber and Babbitt, 2003).

## 4.3.   Forest management, beaver ponds and amphibians

Much to the annoyance of road maintenance personnel, beaver often build dams in culverts and occupy streams near roads (Payne and Peterson, 1986; McKinstry and Anderson, 1999). Thus, we were surprised that beaver pond occurrence was unrelated to distance to nearest road in our study and propose that trapping and shooting of beaver in roadside ponds (Loker et al., 1999) or the lack of woody vegetation adjacent to roads offset hydrological benefits of pond creation (Curtis and Jensen, 2004). The negative but moderate-to-weak relationships of deciduous trees and forest height with beaver pond occurrence on streams suggested that beaver had affected the overstory and overall structure of riparian zones and had depleted stands of deciduous trees by the time aerial photographs were taken (also see Johnston and Naiman, 1990; Donkor and Fryxell, 1999; Barnes and Mallik, 2001). We did find that stream reaches

nearer to cutblocks were less likely to be occupied by a beaver pond regardless of the level of nearby *Populus*. Cutblocks, which were typically new (<20 years) and regenerating with *Populus* in our study landscape, may be avoided because of the paucity of large, standing trees that are generally preferred by foraging beaver (McGinley and Whitham, 1985; Fryxell and Doucet, 1993; Gallant et al., 2004). However, other mechanisms may underlie beaver pond distributions given that their mean distance to the nearest cutblock was substantial at 627 m. Thus, cutblocks did not affect food availability of beaver, as they employ a central-place foraging strategy focused on areas within 20–30 m of ponds (Johnston and Naiman, 1990; Donkor and Fryxell, 1999; Barnes and Mallik, 2001). Increased competition for food with elevated populations of ungulates (e.g., *Odocoileus hemionus*) from nearby cutblocks may have resulted in beaver avoiding habitat in regions that were recently harvested (Hebblewhite et al., 2005).

To further amphibian conservation, forestry planning and energy development in boreal ecosystems could incorporate landscape-use patterns of dam-building beaver such as described by our study. Beneficial models specific to an eco-region can also be generated through interpretation of aerial photography and application of a digital elevation model in GIS. We found that likelihood of beaver pond occurrence decreased with the presence of nearby cutblocks, and propose that forestry activities that alter stand composition and age may impact beaver foraging and habitat-use, and ultimately, the associated amphibian populations on boreal streams. The protection of older growth deciduous forest near high-gradient streams of low-order, for example, may promote the creation and longevity of ponds for beaver colonies and high-quality larval habitat for breeding amphibians. Such stands are the least protected on the landscape at present (Lee et al., 2004). Further research identifying underlying mechanisms and scale of effects of forestry activities on beaver populations and ponds are needed to aid the persistence of boreal amphibian populations. Maintaining summer foraging habitat and the connectivity of ponds for amphibians along stream networks should also be a part of management plans, particularly on unobstructed streams in regions of high densities of beaver ponds (i.e., >5% of landscape occupied by ponds; this study).

Our documentation that almost all beaver ponds supported breeding anurans whereas unobstructed streams had essentially none validates the application of a surrogate species approach and supports its use at broader scales by linking it to remote sensing. Anuran habitat could be evaluated and monitored over large areas very efficiently. Local inferences on the occurrence and size of amphibian populations may also be possible, particularly in landscapes where beaver ponds are the most commonly available breeding habitat. We recommend that local "on-the-ground" sampling of amphibians, such as egg censuses or call surveys, be used to validate the approach and rule out unforeseen factors limiting amphibian distribution or depressing abundance, such as pathogens, introduced predators, or poor water quality. In summary, we have established that beaver activities can dictate the extent and distribution of anuran aquatic habitat in a forested landscape. In the Boreal Foothills of Alberta, the sur-

Rvsd Plan - 00006593

rogate species concept is supported and promises a means of efficient habitat evaluation and for establishing amphibian conservation strategies. The beaver may prove a useful surrogate species for conserving pond-breeding amphibians in other parts of the boreal forest of Canada and in other montane regions in western North America.

## Acknowledgements

We thank the following organizations for their financial support: Alberta Sport, Recreation, Parks, and Wildlife Foundation, Mountain Equipment Co-op, Natural Sciences and Engineering Research Council of Canada, and Weyerhaeuser Canada, Ltd. We are also very grateful for our field staff (L. Dunn, E. Feddes, K. Field, K. Norris, R. Stevens, D. Stringer, and J. Voytilla), discussions with 'Gillies et al.' on statistical analyses and the assistance of C. Nielson with using ArcGIS. Garry Scrimgeour, Susan Hannon, Luigi Morgantini, and two anonymous reviewers provided excellent suggestions for improving our manuscript. The field component of this study benefited by the logistical support of Drayton Valley division of Weyerhaeuser Canada Ltd., and Randall Lynch with Camp Brazeau, AB.

REFERENCES

Adams, S.B., Schmetterling, D.A., Young, M.K., 2005. Instream movements by boreal toads (Bufo boreas boreas). Herpetological Review 36, 27–33.
Agriculture Canada, 1981. Reconnaissance soil survey of the Brazeau Dam area. Alberta Soil Survey Report No. 40. Agriculture Canada, Ottawa, Ontario, Canada.
Alford, R.A., Richards, S.J., 1999. Global amphibian declines: a problem in applied ecology. Annual Review in Ecology and Systematics 30, 133–165.
Baber, M.J., Babbitt, K.J., 2003. The relative impacts of native and introduced predatory fish on a temporary wetland tadpole assemblage. Oecologia 136, 289–295.
Barnes, D.M., Mallik, A.U., 1997. Habitat factors influencing beaver dam establishment in a northern Ontario watershed. Journal of Wildlife Management 61, 1371–1377.
Barnes, D.M., Mallik, A.U., 2001. Effects of beaver, Castor canadensis, herbivory on streamside vegetation in a northern Ontario watershed. Canadian Field-Naturalist 115, 9–21.
Basey, J.M., Jenkins, S.H., 1995. Influences of predation risk and energy maximization on food selection by beavers (Castor canadensis). Canadian Journal of Zoology 73, 2197–2208.
Beebee, T.J.C., Griffiths, R.A., 2005. The amphibian decline crisis: a watershed for conservation biology? Biological Conservation 125, 271–285.
Black, E.L., Black, J.N., 1969. Postmetamorphic basking aggregations of the Boreal toad, Bufo boreas boreas. Canadian Field-Naturalist 83, 155–156.
Blaustein, A.R., Wake, D.B., Sousa, W.P., 1994. Amphibian declines: judging stability, persistence, and susceptibility of populations to local and global extinctions. Conservation Biology 8, 60–71.
Blaustein, A.R., Romansic, J.M., Kiesecker, J.M., Hatch, A.C., 2003. Ultraviolet radiation, toxic chemicals and amphibian population declines. Diversity and Distributions 9, 123–140.
Brown, D.J., Hubert, W.A., Anderson, S.H., 1996. Beaver ponds create wetland habitat for birds in mountains of Southeastern Wyoming. Wetlands 16, 127–133.

Burnham, K.P., Anderson, D.R., 2002. Model Selection and Multimodel Inference: A Practical Information – Theoretic Approach, second ed. Springer-Verlag, New York, USA.
Calhoun, A.J.K., Walls, T.E., Stockwell, S.S., McCollough, M., 2003. Evaluating vernal pools as a basis for conservation strategies: a Maine case study. Wetlands 23, 70–81.
Carey, C., Alexander, M.A., 2003. Climate change and amphibian declines: is there a link? Diversity and Distributions 9, 111–121.
Caro, T.M., O'Doherty, G., 1999. On the use of surrogate species in conservation biology. Conservation Biology 13, 805–814.
Chao, E.C., 2003. S-PLUS Correlated Data Library. Insightful Corporation, Seattle, Washington, USA.
Collins, J.P., Storfer, A., 2003. Global amphibian declines: sorting the hypotheses. Diversity and Distributions 9, 89–98.
Crawley, M.J., 2002. Statistical Computing: An Introduction to Data Analysis using S-PLUS. John Wiley and Sons, Ltd., Rexdale, Ontario, Canada.
Curtis, P.D., Jensen, P.G., 2004. Habitat features affecting beaver occupancy along roadsides in New York state. Journal of Wildlife Management 68, 278–287.
Donkor, N.T., Fryxell, J.M., 1999. Impact of beaver foraging on structure of lowland boreal forests of Algonquin Provincial Park, Ontario. Forest Ecology and Management 118, 83–92.
Eaton, B.R., Tonn, W.M., Paszkowski, C.A., Danylchuk, A.J., Boss, S.M., 2005. Indirect effects of fish winterkills on amphibian populations in boreal lakes. Canadian Journal of Zoology 83, 1532–1539.
Engel, B., 1998. A simple illustration of the failure of PQL, IRREML, and APHL as approximated ML methods for mixed models for binary data. Biometrical Journal 40, 141–145.
Franklin, S.E., Hansen, M.J., Stenhouse, G.B., 2002. Quantifying landscape structure with vegetation inventory maps and remote sensing. Forestry Chronicle 78, 866–875.
Fryxell, J.M., Doucet, C.M., 1993. Diet choice and the functional response of beavers. Ecology 74, 1297–1306.
Gallant, D., Berube, C.H., Tremblay, E., Vasseur, L., 2004. An extensive study of the foraging ecology of beavers (Castor canadensis) in relation to habitat quality. Canadian Journal of Zoology 82, 922–933.
Gill, D.E., 1978. The metapopulation ecology of the red-spotted newt, Notophthalmus viridescens (Rafinesque). Ecological Monographs 48, 145–166.
Gillies, C.S., Krawchuk, M.A., Aldridge, C.L., Hebblewhite, M., Frair, J.L., Saher, D.J., Stevens, C.E., Jerde, C.L., Nielsen, S.E., 2006. Application of random effects to the study of resource selection by animals. Journal of Animal Ecology 75, 887–898.
Green, D.M., 2003. The ecology of extinction: population fluctuation and decline in amphibians. Biological Conservation 111, 331–343.
Greenland, S., Pearl, J., Robins, J.M., 1999. Confounding and collapsibility in causal inference. Statistical Science 14, 29–46.
Hebblewhite, M., White, C.A., Nietvelt, C.G., McKenzie, J.A., Hurd, T.E., Fryxell, J.M., Bayley, S.E., Paquet, P.C., 2005. Human activity mediates a trophic cascade caused by wolves. Ecology 86, 2135–2144.
Heo, M., Leon, A.C., 2005. Comparison of statistical method for analysis of clustered binary observations. Statistics in Medicine 24, 911–923.
Hill, E.P., 1982. Beaver. In: Chapman, J.A., Feldhammer, G.A. (Eds.), Wild Mammals of North America. John Hopkins University Press, Baltimore, Maryland, USA, pp. 256–281.
Hillman, G.R., 1998. Flood wave attenuation by a wetland following a beaver dam failure on a second order boreal stream. Wetlands 18, 21–34.
Houlahan, J.E., Findley, C.S., Schmidt, B.R., Meyer, A.H., Kuzmin, S.L., 2000. Quantitative evidence for global amphibian declines. Nature 404, 752–755.

Howard, R.J., Larson, J.S., 1985. A stream habitat classification system for beaver. Journal of Wildlife Management 49, 19–25.

Jenkins, S.H., 1980. A size-distance relation in food selection by beavers. Ecology 61, 740–746.

Johnston, C.A., Naiman, R.J., 1990. Browse selection by beaver: effects on riparian forest composition. Canadian Journal of Forest Research 20, 1036–1043.

Jones, J.A., 2000. Hydrological processes and peak discharge response to forest removal, regrowth, and roads in 10 small experimental basins, western Cascades, Oregon. Water Resources Research 36, 2621–2642.

Lee, P., Smyth, C., Boutin, S., 2004. Quantitative review of riparian buffer width guidelines from Canada and the United States. Journal of Environmental Management 70, 165–180.

Loker, C.A., Decker, D.J., Schwager, S.J., 1999. Social acceptability of wildlife management actions in suburban areas: 3 cases from New York. Wildlife Society Bulletin 27, 152–159.

Marsh, D.M., Trenham, P.C., 2001. Metapopulation dynamics and amphibian conservation. Conservation Biology 15, 40–49.

Martell, K.A., Foote, A.L., Cumming, S.G., 2006. Riparian disturbance due to beavers (*Castor canadensis*) in Alberta's Boreal Mixed-wood Forests: implications for forest management. Ecoscience 13, 164–171.

McCall, T.C., Hodgman, T.P., Diefenbach, D.R., Owen Jr., R.B., 1996. Beaver populations and their relation to wetland habitat and breeding waterfowl in Maine. Wetlands 16, 163–172.

McGinley, M.A., Whitham, T.G., 1985. Central place foraging by beavers (*Castor canadensis*): a test of foraging predictions and the impact of selective feeding on the growth of cottonwoods (*Populus fremontii*). Oecologia 66, 558–562.

McKinstry, M.C., Anderson, S.H., 1999. Attitudes of private- and public-land managers in Wyoming, USA, toward beaver. Environmental Management 23, 95–101.

Naiman, R.J., Melillo, M., Hobbie, J.E., 1986. Ecosystem alteration of Boreal forest streams by beaver (*Castor canadensis*). Ecology 67, 1254–1269.

Naiman, R.J., Johnston, C.A., Kelley, J.C., 1988. Alteration of North American streams by beaver. Bioscience 38, 753–762.

Nelson, J.S., Paetz, M.J., 1992. The Fishes of Alberta. University of Alberta Press, Edmonton, AB, Canada.

Newman, R.A., Squire, T., 2001. Microsatellite variation and fine-scale population structure in the wood frog (*Rana sylvatica*). Molecular Ecology 10, 1087–1100.

Nielsen, S.E., Munro, R.H.M., Bainbridge, E.L., Stenhouse, G.B., Boyce, M.S., 2004. Grizzly bears and forestry II. Distribution of grizzly bear foods in clearcuts of west-central Alberta. Forest Ecology and Management 199, 67–82.

Noland, R., Ultsch, G.R., 1981. The roles of temperature and dissolved oxygen in microhabitat selection by the tadpoles of a frog (*Rana pipiens*) and toad (*Bufo terrestris*). Copeia, 645–652.

Paszkowski, C.A., Scrimgeour, G., Gingras, B.A., Kendall, S., 2002. A comparison of techniques for assessing amphibian assemblages on streams in the western boreal forest. Canadian Field Naturalist 116, 1–4.

Payne, N.F., Peterson, R.P., 1986. Trends in complaints of beaver damage in Wisconsin. Wildlife Society Bulletin 14, 303–307.

Pechmann, J.H.K., Estes, R.A., Scott, D.E., Gibbons, J.W., 2001. Amphibian colonization and use of ponds created for trial mitigation of wetland loss. Wetlands 21, 93–111.

Petranka, J.W., Smith, C.K., Scott, A.F., 2004. Identifying the minimal demographic unit for monitoring pond-breeding amphibians. Ecological Applications 14, 1065–1078.

Roberge, J., Angelstam, P., 2004. Usefulness of the umbrella species concept as a conservation tool. Conservation Biology 18, 76–85.

Roberts, W., Lewin, V., 1979. Habitat utilization and population densities of the amphibians of north-eastern Alberta. Canadian Field Naturalist, 144–154.

Russell, K.R., Moorman, C.E., Edwards, J.K., Metts, B.S., Guynn Jr., D.C., 1998. Amphibian and reptile communities associated with beaver ponds and unimpounded stream in the Piedmont of S. Carolina. Journal of Freshwater Ecology 14, 149–158.

Schlosser, I.J., Kallemeyn, L.W., 2000. Spatial variation in fish assemblages across a beaver-influenced successional landscape. Ecology 81, 1371–1382.

Schoener, T.W., 1979. Generality of the size-distance relation in models of optimal foraging. American Naturalist 114, 902–914.

Semlitsch, R.D., 2002. Critical elements for biologically based recovery plans of aquatic-breeding amphibians. Conservation Biology 16, 619–629.

Simberloff, D., 1998. Flagships, umbrellas, and keystones: is single-species management passé in the landscape era? Biological Conservation 83, 247–257.

Slough, B.G., Sadleir, R.M.F.S., 1977. A land capability classification system for beaver (*Castor canadensis*). Canadian Journal of Zoology 55, 1324–1335.

Snodgrass, J.W., Meffe, C.K., 1998. Influence of beavers on stream fish assemblages; effects of pond age and watershed position. Ecology 79, 928–942.

Stevens, C.E., Paszkowski, C.A., 2004. Using chorus-size ranks from call surveys to estimate reproductive activity of the wood frog (*Rana sylvatica*). Journal of Herpetology 38, 404–410.

Stevens, C.E., Paszkowski, C.A., 2005. A comparison of two pitfall trap designs in sampling boreal anurans. Herpetological Review 36, 147–149.

Stevens, C.E., Diamond, A.W., Gabor, T.S., 2002. Anuran call surveys on small wetlands in Prince Edward Island, Canada restored by dredging of sediments. Wetlands 22, 90–99.

Stevens, C.E., Paszkowski, C.A, Scrimgeour, G., 2006a. Older is better: beaver ponds on boreal streams as breeding habitat for the wood frog. Journal of Wildlife Management 70(5), in press.

Stevens, C.E., Paszkowski, C.A., Stringer, D., 2006b. Status of western toads and their use of borrow pits in the foothills of west-central Alberta. Northwestern Naturalist 87, 107–117.

Stock, J.D., Schlosser, I.J., 1991. Short-term effect of a catastrophic beaver dam collapse on a stream fish community. Environmental Biology of Fishes 31, 123–129.

Strong, W.L., Leggat, K.R., 1992. Ecoregions of Alberta. Alberta Forestry, Lands and Wildlife, Edmonton, Alberta, Canada.

Stuart, S.N., Chanson, J.S., Cox, N.A., Young, B.E., Rodrigues, A.S.L., Fischman, D.L., Waller, R.W., 2004. Status and trends of amphibian declines and extinctions worldwide. Science 306, 1783–1786.

Sun, L., Muller-Schwarze, D., Schulte, B.A., 2000. Dispersal pattern and effective population size of the beaver. Canadian Journal of Zoology 78, 393–398.

Swank, W.T., Vose, J.M., Elliott, K.J., 2001. Long-term hydrologic and water quality responses following commercial clearcutting of mixed hardwoods on a southern Appalachian catchment. Forest Ecology and Management 143, 163–178.

Swets, J.A., 1998. Measuring the accuracy of diagnostic systems. Science 240, 1285–1293.

Tonn, W.M., Magnuson, J.J., 1982. Patterns in the fish composition and richness of fish assemblages in northern Wisconsin lakes. Ecology 63, 1149–1166.

Rvsd Plan - 00006595

Tori, G.M., McLeod, S., McKnight, K., Moorman, T., Reid, F.A., 2002. Wetland conservation and Ducks Unlimited: real world approaches to multi-species management. Waterbirds 25, 115–121.

Van Deelen, T.R., Pletscher, D.H., 1996. Dispersal characteristics of two-year-old beavers, *Castor canadensis*, in western Montana. Canadian Field Naturalist 110, 318–321.

Wake, D.B., 1998. Action on amphibians. Trends in Ecology and Evolution 13, 379–380.

Weir, L., 2001. NAAMP Unified Protocol: Call Surveys. North American Amphibian Monitoring Program. Patuxtent Wildlife Research Center, Patuxtent, Maryland, USA.

Werner, E.E., McPeek, M.A., 1994. Direct and indirect effects of predators on two anuran species along an environmental gradient. Ecology 75, 1368–1382.

Rvsd Plan - 00006596

# Rio Grande Basin

# Watershed Health

# &

# Forest Biomass Opportunities Evaluation

Prepared for Rio Grande Watershed Emergency Action Coordination Team (RWEACT) by Forest Stewardship Concepts, Ltd. James Webb and Molly Pitts, December, 2014

**Copyright**

*© 2014 FSC & RWEACT:  To the extent permitted by law, all rights are reserved and no part of this publication covered by copyright may be reproduced or copied in any form or by any means except with the written permission of both Forest Stewardship Concepts, Ltd. (FSC) and Rio Grande Watershed Emergency Action Coordination Team (RWEACT).*

1

# Contents

Introduction ................................................................................................................................... 3

Executive Summary ........................................................................................................................ 4

   Definition of Biomass: ................................................................................................................. 5

Goal .............................................................................................................................................. 5

Objectives ..................................................................................................................................... 5

Assumptions ................................................................................................................................. 6

Approach ...................................................................................................................................... 6

Current Demand & Residues ......................................................................................................... 6

Estimating Sustainable Supply ...................................................................................................... 7

   Private lands: .............................................................................................................................. 7

   Public Lands: .............................................................................................................................. 8

   Methodology .............................................................................................................................. 8

   Supply Summary: ...................................................................................................................... 13

Treatment Costs .......................................................................................................................... 13

   Stewardship Contracting Costs: ................................................................................................ 14

Delivered Cost vs Expected Value ............................................................................................... 15

Ecological Implications ................................................................................................................ 15

   Forest Health & Resilience: ....................................................................................................... 15

   Watershed Condition: ............................................................................................................... 16

   Wildfire Impacts on Watershed Condition: ............................................................................... 17

   Fire Regime & Condition Class: ................................................................................................. 17

   Wildfire Fire Suppression Considerations: ................................................................................ 19

   Travel Corridor Safety: ............................................................................................................. 20

   Natural Processes: .................................................................................................................... 20

Existing Capacity/ Current Utilization .......................................................................................... 20

Proven Technology ...................................................................................................................... 21

   Cutting Edge Technology .......................................................................................................... 22

Conclusions ................................................................................................................................. 25

   Recommendations ................................................................................................................... 25

MAPS ........................................................................................................................................... 25

Rvsd Plan - 00006598

## INTRODUCTION

RWEACT (Rio Grande Watershed Emergency Action Coordination Team) was established in July 2013 in response to the West Fork Fire Complex.  RWEACT brings together local, state and federal agencies, organizations, and individuals to develop an effective, coordinated approach to address fire-caused hazards resulting in the protection of human life, property, and the natural health of the Rio Grande watershed and its environment.

 While the immediate mission of RWEACT has focused on emergency actions in the interest of public safety, a partnership has been developed between RWEACT and the US Forest Service, Rio Grande National Forest (RGNF), with the shared vision to improve forest health and protect the Rio Grande watershed through management activities.  This cutting-edge partnership is focused on utilizing active forest management in a way that may reduce the threat of future landscape scale wildfires and at the same time improve community economic resilience in the face of such events. This public/private collaborative recognizes that the 88,000 acre West Fork Fire Complex burn scar combined with nearly 485,000 acres of spruce beetle infested forests creates a forest/watershed health challenge of significant magnitude and urgency.  For example, watershed health and protection can be achieved through the reduction of wildfire size and intensity by removing dead woody material from the forest as directed by the RGNF Forest Plan.  The partnership/collaborative will enable this work to be contracted through USFS Stewardship Agreements, which can be implemented by RWEACT and engage contractors at both the local and regional scale.

This on-going discussion has led to the question of how much biomass would need to be removed from the forest to reduce wildfire hazard and improve watershed/forest health, and whether it could be done economically without significant external financial subsidies.  RWEACT requested Forest Stewardship Concepts, Ltd. complete an evaluation of the opportunities to improve watershed health and community, economic viability through the utilization of biomass. As the evaluation progressed, it became evident that removal of the material was going to cost more than the anticipated value of the biomass delivered to processors.  RWEACT then asked for a "white paper" describing findings to date and refocused FSC's efforts on collaborative avenues toward active forest management and watershed protection.

This paper describes FSC's findings relative to the question of forest biomass markets as a means to accomplish watershed protection activities. This draft contains some points to consider that go beyond mere forest metrics and economic analysis.  Additionally, these points highlight philosophical and policy stumbling hazards that have confounded previous attempts to sustain a forest biomass industry that is realistic and transparent for the USFS and economically feasible for the private forest industries. They are included here to ensure the field of play is understood.

Rvsd Plan - 00006599

## EXECUTIVE SUMMARY

An evaluation of the opportunities to improve watershed health and community viability in the Rio Grande Basin through the utilization of public land forest biomass has been completed. Eighty five percent of the spruce fir forests on the RGNF have been infested with spruce beetles since 2005 (RGNF 2013 Forest Health Aerial Survey Fact Sheet). These dead trees create safety hazards and change wildfire behavior across a wide swath of the landscape. Removing some of these trees and thinning non-spruce stands will improve forest health and watershed condition.

As one travels the back roads of the Rio Grande National Forest and sees dead spruce trees everywhere, it is easy to assume that there is considerable opportunity to improve watershed health and salvage the dead trees.  In a "waste not ~ want not" world, it is logical to want to make use of such an abundant resource. When the harsh reality of economically viable physical accessibility is considered, opportunities to make use of bark beetle carnage become much more problematic. Much of the available biomass is currently well suited to saw log or house log purposes. As the dead trees continue to deteriorate they will eventually lose much of their commercial value.  At that point they will still have utility as "biomass" for an undetermined period.

The vast majority of available biomass is located on National Forest system lands.  Of the 1,856,757 acres of the Rio Grande National Forest, only 175,167 acres (roughly 9% of the total forest) are eligible for management to improve watershed health based on the present Forest Management plan and economic considerations.  Consequently, approximately 2,998,395 tons of wood are potentially available. Currently, 2,698,556 tons are scheduled to be removed via timber sales. The remaining 299,839 tons is made up of small diameter material that, to date has not been commercially viable.

Saw timber salvage sales presently make up the lion's share of wood harvest activities to remove dead trees from the forest to improve watershed and forest health. Smaller dead trees are not being removed during present logging operations, due to cost and the lack of businesses that can efficiently utilize the material. Most cellulosic biomass utilization is related to sawmill waste or firewood. Future opportunities to conduct watershed health improvement projects are dependent upon how long the larger dead trees retain their utility as saw or house logs. A significant volume of low value material is likely to be available within the next ten years.

Once the trees are no longer suitable for those end purposes, it may be difficult to find a market for lower quality woody biomass.  The primary impediment to financially viable biomass utilization in the Rio Grande Basin is the $75/ton cost to get the material out of the woods and delivered to processors.  Financial subsidies support current biomass removal programs in other parts of Colorado. It is unlikely subsidies will be available for the Rio Grande Basin any time soon.

4

Recommendations:

1. Continue to make every effort to expediently remove as much of the dead spruce through timber sales as possible while its commercial value will pay for its removal.
2. Explore options to develop markets for firewood and chips for heating large complexes.
3. Develop a plan to utilize dead woody material that has lost its value as saw or house logs.
4. Utilize the Colorado State University Agricultural Experimentation Station located in the San Luis Valley to research the use of biochar as a soil amendment.

## Definition of Biomass:

The Dictionary of Forestry (Helms 1998) defines biomass as the living or dead weight of organic matter in a tree, stand, or forest in units such as living or dead weight, wet or dry weight. For the purposes of this discussion we will use tons (2,000 pounds) and cubic feet as quantifying metrics.

For the purposes of this assessment, biomass is defined as cellulosic materials >3"diameter, dead or alive, that will be removed from the forest or agricultural byproducts that are used in some process that converts them into boards, house logs, firewood, biofuels, bio char, electrical energy, pellets, animal bedding, erosion waddles, and compost or yet to be developed end products. Materials ≤ 3"diameter will remain on site for soil enhancement.

## GOAL

Assess opportunities to improve forest/watershed/community health and resilience through expanded utilization of forest biomass in the Rio Grande Basin.

## OBJECTIVES

☐ Identify likely long term reliable forest biomass supply within the San Luis Valley region of the Rio Grande Basin.
☐ Identify reasonable harvest and haul costs for delivery of forest biomass to a processing site within a fifty- mile haul distance.
☐ List current facilities utilizing forest biomass in the San Luis Valley
☐ Identify likely new markets for forest biomass in the region.
☐ Explore the pros and cons of USFS Stewardship Contracts vs Agreements for getting forest management done on the ground.
☐ Identify synergistic opportunities to use biomass in cost effective ways.
☐ Establish a public outreach strategy to identify and assess the potentially affected interest groups, public opinion and acceptance of an expanded focus on biomass harvest to improve watershed and community health and resilience.

5

Rvsd Plan - 00006601

☐ Identify locations well suited to expanded biomass operations.
☐ Explore potential funding sources to facilitate biomass harvest and utilization.
☐ Describe county, state and federal permitting requirements associated with biomass harvest activities and facilities.

## ASSUMPTIONS

✓ All operations will have to pay their way. No subsidies will be available from federal, state or NGOs for long term stewardship activities.
✓ The vast majority of biomass will originate on Rio Grande National Forest lands. Large private ranches on the east side of the Valley have not been included in this assessment for various reasons specific to each property.
✓ All forest stewardship activities will comply with the standards and guidelines found in the Forest Management Plan for the Rio Grande National Forest.
✓ Current saw log and firewood programs will be maintained or enhanced.
✓ By-products from forest stewardship activities will be used for their highest and best purposes.
✓ Costs will be based on current, market driven wages for all biomass workers.
✓ Integrated operations will likely be the most cost effective.

## APPROACH

Conclusions in this paper are based upon several independent studies conducted in the area, and fresh information gleaned from numerous interviews of subject matter specialists in the San Luis Valley and across the nation.  An in-depth analysis of biomass supply and harvest/haul costs was conducted based upon local forest and labor conditions.

Existing studies include: Biomass Resource Supply Study, prepared for S.E.E.D. Park International, by Craig Jones & Joe Hamilton, April 2013 and the Chama Healthy Forest and Wood Utilization Study, prepared for Western Environmental Law Center by Ecosphere Environmental Services, June 2013

## CURRENT DEMAND & RESIDUES

Current demand for sawlog material (sound material to a 6" top) exceeds 30,000 CCF currently offered.  A CCF is 100 cubic feet of wood. All Rio Grande National Forest commercial sawtimber sells for more than the $5/CCF for material >8" dbh (diameter at 4.5 feet) base advertised rate. Demand for personal and commercial firewood sales is high. Demand for house log quality material dropped during the recent recession, which started in 2007 and has not completely

6

Rvsd Plan - 00006602

rebounded.  It is reasonable to assume that house log material will be sought after as the economy improves.

Sawmill residue is one important source of woody biomass that is yet to be utilized to the fullest. Most sawmills have markets for animal bedding, compost, or incidental chips for landscaping but demand does not match accumulated supply.  In terms of economic development, this residue could be an opportunity for the start of a new business, or expansion of an existing business. Refer to the "Existing Capacity/Current Utilization" section of this paper for an in depth discussion on the topic.

## ESTIMATING SUSTAINABLE SUPPLY

Quantifying a reasonably sustainable supply of biomass material is a multi-faceted exercise with wide ranging variables. Unknowns include: annual Forest Service budgeting, litigation of proposed projects, natural processes such as wildfire, and the anticipated long-term viability of insect and fire damaged trees.

In an ideal world, Forest Service budgets will allow the Rio Grande National Forest to offer 30,000 to 35,000 CCF of commercial quality sawlogs and firewood annually.  All of the proposed watershed restoration and forest health projects would have wide ranging support so litigation would be a thing of the past. Natural processes would stabilize and the current dead trees would maintain their utility as sawlogs and house logs for a very long time. If only these things were certain.

A more reasonable scenario finds annual Forest Service budgets fluctuating for various reasons that are not in the control of the RGNF. Likewise, Mother Nature will continue to provide environmental stochastic events. Broad based consensus on ethical land management will continue to be a challenge and diseased trees will optimistically retain high grade commercial value for perhaps eight to ten years.

## Private lands:

Forest biomass originating on private lands is not included in this assessment. Much of the private forest land is not actively managed for watershed health and resilience. The one major exception to this norm is the Trinchera Ranch. It is actively managed and they currently have outlets for all the material they produce during forest restoration projects.  As their forest stewardship program evolves they may have surplus woody biomass to add to the Valley supply.  At this time, however, the Trinchera Ranch does not want to speculate on future program levels.

Approximately 45,500 ft³ of wildfire hazard mitigation slash is produced by individuals enhancing defensible space around their structures in forested environments (Colorado State Forest Service personnel 2014).

Barley straw is another agricultural biomass by- product in the Valley.  Markets exist for all the barley straw produced today.

7

## Public Lands:

Rio Grande National Forest will provide the majority of forest related biomass. Bureau of Land Management lands may be a source of minor amounts of Piñon pine, Ponderosa pine, and Douglas-fir at some point in the future.  A quick review of the Rio Grande Forest Plan land allocations shows the following:

Rio Grande National Forest Acreage as Allocated in Forest Plan

| Land Category | Acres | Percent of total |
|---|---|---|
| Total Forest Area | 1,856,757 | 100 |
| Non-Forested | 689,334 | 37 |
| Forested | 1,167,423 | 63 |
| Wilderness (forested) | 227,046 | 12 |
| Nonindustrial (species/soil concerns) | 195,127 | 11 |
| Tentatively Suitable for Harvest | 745,252 | 40 |
| Suitable* in Forest Plan | 298,100 | 16 |

*In this context "Suitable" means ground determined to be appropriate for silvicultural management which includes forested areas where the terrain, soils, tree species, and accessibility lend themselves to management of forests and woodlands to meet the diverse needs and values of society on a sustainable basis.

## Methodology

Biomass quantity estimates for the RGNF are based on GIS data layers and Forest Management Plan (FMP) Management Unit prescriptions. To get a realistic impression of material that may be available, FSC and Integrated Land Services conducted the following analysis:

1. For the purposes of this section of the assessment, biomass is defined as cellulosic materials, dead or alive, that will be removed from the forest or agricultural byproducts that are used in some process that converts them into boards, house logs, firewood, biofuels, bio char, electrical energy, pellets, animal bedding, erosion waddles, and compost or yet to be developed end products.

2. We started by showing all FMP units that allowed silvicultural activities in their management prescriptions.  These units include: 4.21 – Scenic Byways or Railroads, 4.3 – Dispersed Recreation, 5.11 – General Forest & Rangelands, Forest Vegetation Emphasis, 5.13 – Forest Productions, and 5.41 – Deer & Elk Winter Range.

8

Rvsd Plan - 00006604

3. Assuming that significant new road construction was unlikely , due to economic and environmental concerns, we removed all areas that were more than 0.25 miles from an existing road.

4. We then removed a 100 foot buffer from each side of riparian areas.

5. Then we excluded all terrain >30% slope.

6. The final screen consisted of removing all areas that had previous silvicultural activities that created young, small diameter seedling/sapling stands.  These regeneration cut activities included clear cuts, patch clear cuts and over-story removal cuts.

7. We then sorted the remaining forested areas by dominant tree species and wildlife habitat structure stage (HSS).  Since the vast majority of habitat structure stages and tree size classes are closely correlated, we did not further refine the sorts with size class categories.  See the table below to interpret habitat structure stage and tree size classes. Tree species codes are found in item 9 below.

8. Wildlife Structural Stage and Tree Size Class*

| Habitat Structural Stage | % Canopy Cover | Tree Size Class |
|---|---|---|
| 2T | na | E = Established seedlings (0.0-0.9" dbh/drc) |
| 3A | <40 | Medium = (5-8.9" dbh) |
| 3B | 40-70 | Medium = (5-8.9" dbh) |
| 3C | >70 | Medium = (5-8.9" dbh) |
| 4A | <40 | Large = (9-15.9" dbh) to Very Large (16"+) |
| 4B | 40-70 | Large = (9-15.9" dbh) to Very Large (16"+) |
| 4C | >70 | Large = (9-15.9" dbh) to Very Large (16"+) |

*NOTE: This information allows us to approximate stand stocking levels which in turn allows us to predict amount of biomass in any given stand.

9. Tree species codes: ABCO = Abies concolor (White fir), ABLA = Abies lasiocarpa (Subalpine fir), PIAR = Pinus aristada (Bristlecone pine), PICO = Pinus contorta, (Lodgepole pine), PIED = Pinus edulis ( Piñon pine), PIEN = Picea engelmannii (Engelemann spruce), PIFL = Pinus flexilis (Limber

9

pine), PIPO = Pinus ponderosa (Ponderosa pine), POAN = Populous angustifolia (Narrowleaf cottonwood), POTR = Populace tremuloides (Aspen), PSME = Pseudotsuga menziesii ( Douglas fir). These codes allow us to predict the amount of biomass based upon tree species.

Tree Species Distribution



10. Tree species and habitat structural stage were sorted and displayed by individual ranger district to provide an initial spatial distribution of biomass originating on the RGNF.

11. Biomass yields were determined based on stand exam information and likely silvicultural prescriptions focused on improving stand and watershed health. This provides a close approximation of anticipated biomass removal by tree species and habitat structural stages.

Acres Available for Watershed Health Management Activities Following GIS Sort:

| Conejos Peak RD | Divide RD | Saguache RD | Total |
|---|---|---|---|
| 21,734 | 76,756 | 76,677 | 175,167 |

**Only 9%** of the Rio Grande National Forest is eligible for watershed health improvement activities that involve silvicultural treatments based on the current Forest Plan.

10

Rvsd Plan - 00006606

Estimated Available Biomass by Ranger District

| Ranger District | 100 Cubic Feet (CCF) | Tons (15% mc) |
|---|---|---|
| Conejos Peak | 506,210 | 627,700 |
| Divide | 1,275,333 | 1,581,413 |
| Saguache | 636,518 | 789,282 |
| Forest Total | 2,418,061 | 2,998,395 |

**2,998,395** tons of commercial sawlogs and firewood are likely to meet sawlog criteria **IF** bug killed trees retain their commercial integrity for a long period of time.

**Only 299,839** tons are non-sawlog material that is likely to be used for biomass purposes. Approximately 573 tons of timber sale slash is piled and burned each year and 1,148 tons of thinning slash is hand piled and burned.

**IF** bug killed trees deteriorate within the next 10 years there may be as much as **2.6 million** tons of cellulosic material available for biomass type uses.

**Supply Caveat:** Estimates of available biomass are based on forest inventory plots designed to determine commercial timber quantities.  These plots normally do not provide an accurate indication of smaller, non-commercial, cellulosic material.  As the RGNF prepares to revise its Forest Plan, field crews are conducting current forest inventories that will provide more accurate information on overall forest metrics.  Refined knowledge of smaller (<8" diameter) tree size class distribution will provide a clearer understanding of the material available, it's possible uses and the challenges related to getting it to processing facilities.

Haul Distance and Supply to Various Logical Processing Sites:

Determining how much biomass is available to logical processing sites is one component in identifying the optimum locations for such infrastructure. Five locations were selected as likely sites for biomass processing in the Rio Grande Basin. Several sites are associated with existing sawmill operations while others were selected based on inquiries by various interested parties.

11

The central haul locations include: Creede, La Jara, Saguache, South Fork and the SEED Park east of Alamosa.

Generally, a fifty-mile radius is referenced as the economic working circle for biomass raw material. This works well for relatively flat country but becomes problematic in highly dissected terrain. Rio Grande Basin topography and road systems do not lend themselves to an arbitrary fifty-mile radius.  The Continental Divide and many deep drainages that route roads around large land masses often dramatically increase the miles driven to get to a facility within a fifty-mile circle. We used a flexible haul distance that ranged from twenty two to fifty miles that responded to terrain and haul difficulty.

Biomass Proximity to Potential Processing Sites:

| Site | Haul Distance Miles | Total Acres | Total CCF | Total Tons |
|---|---|---|---|---|
| Creede | 35 | 17,203 | 1,263,220 | 1,566,392 |
| La Jara | 35 | 11,950 | 437,856 | 542,941 |
| Saguache | 35 | 43,446 | 803,227 | 996,002 |
| South Fork | 25 | 39,972 | 1,838,156 | 2,279,313 |
| SEED Park | 50 | 31,665 | 855,366 | 1,060,653 |

12



## Supply Summary:

As one travels the back roads of the Rio Grande National Forest and sees dead spruce trees everywhere, it is easy to assume that there is considerable opportunity to improve watershed health and salvage the dead trees. In a "waste not ~ want not" world it is logical to want to make use of such an abundant resource. When the harsh reality of economic accessibility is considered, opportunities to make use of bark beetle carnage become much more problematic. Much of the available biomass is currently well suited to sawlog or house log purposes. As the dead trees continue to deteriorate they will eventually lose much of their commercial value. At that point they will still have utility as "biomass" for an undetermined period.

## TREATMENT COSTS

Harvest and Haul: Evaluating what it may cost to remove small diameter trees from stands is an elusive endeavor primarily because it has not been done in this area on an operational level. We interviewed several logging contractors in the San Luis Valley and compared their best estimates to other operations across the central Rockies. We also referred to recent biomass studies to develop an informed harvest and haul cost for this report.

13

**$75/ton** appears to be the point at which a prudent logger can deliver biomass material 3-8" in diameter within a fifty-mile haul. This figure assumes a livable wage and reasonable profit and loss.

Present logging operations use mechanical feller bunchers, skidders, log processors, and log trucks to remove designated trees from the woods and deliver them to a sawmill. The equipment is sized to handle trees normally harvested.  It is expensive to purchase and maintain, and requires skilled operators to maximize efficiency. Present equipment is not designed to economically remove significantly smaller sized trees from the woods or haul it to a processing plant off site. Considerable ingenuity will be required to reconfigure equipment and operations to maximize efficient removal of small diameter biomass material.

Biomass Harvest & Haul Daily Costs

| Equipment | Daily Cost ($s) |
|---|---|
| Tracked Feller/Buncher | 2,200✓ |
| Tracked FB w/ Processor Head | 2,200✓ |
| Rubber Tire Skidder | 1,300✓ |
| Forwarder | 1,200 |
| Short Self Loading Log Truck | 800 |
| 5710 Horizontal Grinder | 5,500✓ |
| 2710 Horizontal Grinder | 3,500 |
| Total Daily Cost one Operation✓ | 11,200 |
| + Haul costs | |

Items marked with a ✓ are included in total daily cost calculation.

To _break even_ on daily costs, an operation will have to produce 149 tons a day, at $75/ton. This requires treating at least nine acres per day and will produce six log trucks of material.  To make a profit, more area will have to be treated.  In most instances the initial equipment purchase will be financed requiring monthly payments whether the equipment works or not.  Heavy snow, wet summers, and spring breakup are periods when equipment is idle and unable to generate income.

## Stewardship Contracting Costs:

Rocky Mtn. Region of the USFS has entered into several stewardship contracts that provide for thinning and salvage of biomass materials to improve forest health and reduce wildfire hazard. These contracts have a variety of conditions and stipulations that must be met and cost from $400

14

to $1,700 per acre. Treatments on private lands within the Black Forest fire burn scar near Colorado Springs, are running from $1,800 to $2,500 per acre depending upon salvage rights. According to CSU Professor Kurt Mackes, most forest restoration work in Colorado costs between $900 to $1,500 per acre.  Contract specifics can vary dramatically depending upon expected work and contractor salvage rights.

## DELIVERED COST VS EXPECTED VALUE

We have reached the crux of the biomass utilization question.  Is there a market for $75/ ton biomass when most biomass processors can make a profit with raw material cost around $30-$40/ ton? Probably not.

Discussions between the electrical generation plant in Gypsum and biomass interests in Chama have revealed that it may be feasible to build a plant in the Chama area if they can get raw materials for $30/ ton and sell their electricity for $0.12/kwh.  The San Luis Valley Rural Electric cannot afford to pay more than $0.08/kwh.

The company, BioChar Now, is interested in establishing a plant in the Creede area if they can get 75,000 tons/year at around $38/ton.

The reality is that current biomass operations in Colorado rely on significant subsidies to break even or make a marginal profit.

## ECOLOGICAL IMPLICATIONS

### Forest Health & Resilience:

Helms (1998) defines forest health as the perceived condition of a forest derived from concerns about such factors as forest age, structure, composition, function, vigor, and presence of unusual levels of insects or disease and resilience to disturbance. Perception and interpretation of forest health are influenced by individual and cultural viewpoints, land management objectives, spatial and temporal scales, the relative health of stands that compromise the forest, and the appearance of the forest at a point in time. Helms further defines ecological resilience as the capacity of a plant community or ecosystem to regain normal function and development following disturbance.

US Forest Service Manual defines Resilience and restorations as follows:

Resilience.  The ability of a social or ecological system to absorb disturbances while retaining the same basic structure and ways of functioning, the capacity for self-organization, and the capacity to adapt to stress and change.

Restoration.  The process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed.  Ecological restoration focuses on establishing the composition, structure, pattern, and ecological processes necessary to facilitate

15

terrestrial and aquatic ecosystem sustainability, resilience, and health under current and future conditions.

The forests surrounding the San Luis Valley have experienced significant insect mortality. They appear to be well beyond their normal range of "natural" variability. The concept of range of natural variability is used to describe the fluctuation of natural processes in terms of timing, intensity, and scope of an event.  While periods of increased insect activity are normal, the scale of the present activity may be beyond historic epidemics. Spruce forests normally have long (300 – 400 year) periods between disturbances such as fire or insect mortality. Most old growth stands have been killed. Fortunately, spruce seedlings and saplings are present in the understory of many stands. Their presence assures continuing spruce forests following the recent insect activity.

## Watershed Condition:

The following discussion is extracted from *Factors that influence watershed condition are described in the Watershed Condition Classification Technical Guide, USDA Forest Service FS-978, July 2011.*

Watershed condition is the state of the physical and biological characteristics and processes within a watershed that affect the hydrologic and soil functions supporting aquatic ecosystems.

Watershed condition reflects a range of variability from natural pristine (functioning properly) to degraded (severely altered state or impaired). Watersheds that are functioning properly have terrestrial, riparian, and aquatic ecosystems that capture, store, and release water, sediment, wood, and nutrients within their range of natural variability for these processes. In general, the greater the departure from the natural pristine state, the more impaired the watershed condition is likely to be. Watersheds that are functioning properly are commonly referred to as healthy watersheds. Watersheds that are functioning properly have five important characteristics (Williams et al. 1997):

1. They provide for high biotic integrity, which includes habitats that support adaptive animal and plant communities that reflect natural processes.

2. They are resilient and recover rapidly from natural and human disturbances.

3. They exhibit a high degree of connectivity longitudinally along the stream, laterally across the floodplain and valley bottom, and vertically between surface and subsurface flows.

4. They provide important ecosystem services, such as high quality water, the recharge of streams and aquifers, the maintenance of riparian communities, and the moderation of climate variability and change.

16

Rvsd Plan - 00006612

5. They maintain long-term soil productivity.

## Wildfire Impacts on Watershed Condition:

As the bug killed trees fall to the ground, tons of material will accumulate. When a wildfire does occur, fire residence time will increase dramatically with more heat produced in close proximity to the ground. Litter and duff are likely to be burned with very little organic material left on site. At the same time the unusual density of downed logs will seriously constrain fireline building efforts. With dead woody fuel loading substantially beyond normal accumulations, one can anticipate more impacts on soils and larger fires due to resistance to control.

## Fire Regime & Condition Class:

A natural fire regime is a general classification of the role fire would play across a landscape in the absence of modern human intervention, but includes the influence of aboriginal burning. The five natural fire frequency regimes are classified based on average number years between fires combined with the severity of the fire on the dominant overstory vegetation. These five regimes include:

| Fire Regime Group | frequency (fire return interval) | severity |
|---|---|---|
| I | 0 – 35 years | Low severity |
| II | 0 – 35 years | Stand replacement severity |
| III | 35 – 100 + years | Mixed severity |
| IV | 35 – 100 + years | Stand replacement severity |
| V | >200 years | Stand replacement severity |

A fire regime condition class (FRCC) is a classification of the amount of departure from the natural regime. The classification is based on a relative measure describing the degree of departure from the historical natural fire regime. This departure results in changes to one (or more) of the following ecological components: vegetation characteristics (species composition, structural stages, stand age, canopy closure, and mosaic pattern); fuel composition; fire frequency, severity, and pattern; and other associated disturbances (e.g. insect and disease mortality, grazing and

17

drought).  There are no wildland vegetation and fuel conditions or wildland fire situations that do not fit within one of the three classes.

The three condition classes are based on low (FRCC 1), moderate (FRCC 2), and high (FRCC 3) departure from the central tendency of the natural (historical) regime.  Low departure is considered to be within the natural range of variability, while moderate and high departures are outside.  Features of each condition class are defined through a qualitative description of the current state of five key ecosystem attributes:  (1) disturbance regime; (2) effects of disturbance regime; (3) potential production of smoke emissions; (4) hydrologic function; and (5) vegetative composition, structure and resilience.

Condition Class 1

The historic disturbance regime is largely intact and functioning as defined by the historic natural fire regime. The effects of insects and disease as well as the potential intensity and severity of the fire are within historic ranges, but are increasing with the length of current fire return interval. Smoke production is relatively frequent, but is low in volume and short in duration. The hydrologic functions are within normal historic range. Vegetative composition and structures are resilient to disturbances from wind, insects, disease, or fire and do not predispose the stand or its key components to a high risk of loss.

Condition Class 2

Moderate alterations to the historic disturbance are clearly evident, such as one or more missed fire return intervals. The effects of insects and disease as well as the potential intensity and severity of fire pose an increased threat to key components that define the ecosystem. Smoke production has increased both in volume and in duration and has increased potential to affect health and visibility values. Riparian areas and their associated hydrologic functions show measurable signs of adverse departure from historic conditions. Both the composition and structure of vegetation has shifted towards conditions that are less resilient and are therefore more at risk to loss from wind, insects, disease, or fire.

Condition Class 3

The disturbance regime has been significantly altered and historic disturbance processes and effects may be precluded. The effects of insects, disease, or fire may cause significant or complete loss of one or more defining ecosystem components. Episodic smoke production is unpredictable and of high volume and long duration, posing significant impacts to human health, safety and societal values. Hydrologic functions may be adversely altered, with significant increases in sedimentation potential and measurable reductions in stream flows.

The highly altered composition and structure of the vegetation predispose the stand or ecosystem to disturbance events well outside the range of historic variability, potentially producing changed environments never before measured.

18

As described above, fire frequency or intervals between fires on a landscape play an important role in determining what vegetation will be in place and what condition it will be in. The Rio Grande Basin exhibits a significant range in elevation, aspect and hence a wide variety of fire regimes and condition classes. Ponderosa pine forests have experienced the most alteration of fire regime and condition class, and are most prone to burn intensely. Many mixed conifer stands are similarly out of ecological balance. Spruce stands have been less impacted due primarily to the less frequent fire occurrence at higher elevations.

Wildfires were less prevalent during the 1900s due in part to a wetter climate and to rapid initial attack of small fires. The recent increase in wildfire numbers and intensity is attributable to a prolonged drought, wide spread insect mortality, and forest stands that are much denser and hence; more prone to hot crown fires.

Examples include:

The Million Fire of 2002 burned over 11,000 acres in Rio Grande County and destroyed 33% of the structures in Willow Park subdivision. The Missionary Ridge fire burned 70,480 acres and destroyed 83 structures. The Sand Dunes Fire of 2000 burned over 8,500 acres in one burning period and destroyed one structure in Great Sand Dunes National Park & Preserve. The Medano wildfire in the Great Sand Dunes National Park & Preserve burned over 6,000 acres. Last but certainly not least, the West Fork Fire Complex burned over 107,000 acres, much of it in high elevation spruce forests that seldom experience wildfires of any kind.

The vast majority of the forests covered by this biomass assessment would normally fall in Fire Regime V (>200 year fire return interval) and Condition Class 1 (Very little impacts from fires). It could be argued that the widespread insect mortality causes hot enough fires to exceed the range of natural variability and therefore raise condition class to a 2 or 3 level.

## Wildfire Fire Suppression Considerations:

Fire behavior during the West Fork Fire Complex of 2013 demonstrated the new norm for wildfires in bug killed spruce forests. Individual dead trees torched and threw burning embers into the convection column to ignite new fires as much as a half mile ahead of the flaming front. With the probability of ignition as high as ninety percent, most embers that landed on receptive fuel beds became new fires. Containment of fires of this nature requires robust, pre-existing, fire control features on the ground with many safety zones scattered along the control features for firefighters to migrate to when it is no longer safe to make a stand along firelines.

One reason the West Fork Fire Complex got so large was the scarcity of safe places to make a stand against it. One way to provide opportunities to catch future wildfires in the spruce type is to create fuelbreaks by removing dead standing trees and cleaning up dead woody debris on the ground. When this cleaned up area coincides with roads that provide access for fire apparatus and escape

19

routes for firefighters, there is a much more likely chance fire suppression activities will prevail. These fuelbreaks will provide a much safer place to engage future fires (Jenkins et. al. 2012)

## Travel Corridor Safety:

Fuelbreaks along existing roads also significantly reduce the probability that hazardous trees will blow down on people in these corridors be they forest workers or visitors. It is currently almost impossible to find a place to camp in the spruce type on the Rio Grande forest without being at least a tree length away from the forest edge and well into an open meadow. Many historical, dispersed recreation sites are extremely hazardous at the present time.

## Natural Processes:

Fully functioning ecosystems are dependent upon natural processes. One could develop a philosophy that watershed and or forest health is just fine when "natural processes" prevail. In fact, no human intervention is warranted when natural events occur.  So was watershed health intact following the Mount Saint Helens eruption?  Is it possible that some natural events are of such scale and impact on human activities that restoration or mitigation activities are warranted? In fact it can be argued that humans are natural. At birth we are as natural as a grizzly cub or a hummingbird.

Has the current bark beetle epidemic created an unusually large scale impact on the landscape? We know it has killed the vast majority of old growth spruce forests on the San Juan and Rio Grande forests and is working its way north with impunity. Are 100,000 acre wildfires really within the past range of natural variability?  Fire scar and vegetative evidence does not support such a conclusion. Has watershed condition been enhanced by the natural insect epidemic? These are points to ponder as we attempt to improve watershed and forest health in the Rio Grande Basin. Additionally, while large-scale insect outbreaks by themselves are not necessarily unnatural, the situation does get complicated when these outbreaks occur in areas that are routinely used by forest visitors or are the foundations for community economic vitality.

## EXISTING CAPACITY/ CURRENT UTILIZATION

Currently, most wood removed from the Rio Grande National Forest is typically processed within the San Luis Valley by the following businesses:

- Mountain Valley Lumber – located in Saguache.  This mill can utilize all species and produces tongue and groove (T&G) round house logs, dimensional lumber, T&G flooring and paneling, log siding, rustic slab siding, beams, rough sawn material, planed lumber and grade stamped material.
- Allpine Lumber Company – located in La Jara and has a milling capacity of 1 to 1.5 million board feet (MMBF) /year.  This mill can utilize all species and produces log homes, logs, log

20

siding, wood paneling, beams, furniture, decking, wood flooring, rough dimensional lumber and molding.  Waste from the sawmill is utilized as compost, animal bedding and landscape material.

- Rocky Mountain Timber Products – located in Del Norte.  This mill has an annual milling capacity of 3-4 MMBF/year and can utilize all species.  Primary products include surfaced and rough cut timber, logs, paneling, siding, beams, mulch and firewood.  Sawmill waste is utilized as mulch, animal bedding and landscape material.
- Pleasant Western Lumber, Inc. – located in Monte Vista.  Following a recent sawmill fire they have converted to a firewood operation that is on track to cut about 3,000 cords of firewood a year.  Trinchera Ranch presently supplies their raw material. Pleasant Western Lumber may be interested in purchasing firewood from the Rio Grande National Forest dependent upon species available and price.

Outside of the San Luis Valley, the primary business that is removing wood from the Rio Grande National Forest is Montrose Forest Products, which is owned by Neiman Enterprises, LLC.  and located in Montrose, Colorado. It has a milling capacity of 110 MMBF/year.  The Montrose mill is primarily a stud mill and can utilize all species.

## PROVEN TECHNOLOGY

Although there is a lot of on-going research on new and exciting ways to utilize woody biomass, most wood is still being utilized through traditional methods such as sawmills and firewood as highlighted above.  Other products include: House logs – Since the recession, the house log market has been very slow and has not yet recovered to pre-recession level.  There has been some preliminary discussion that a large log home manufacturer may be setting up a plant in the Chama, New Mexico area.  Overall, volume utilized will still be low.

- Wood pellets – Currently, there are two primary wood pellet manufacturers in Colorado. Overall production of pellets is relatively low compared to operations in other states. Wood pellets could be a great way to utilize the dead material that is planned to be removed.  The most economical and efficient set-up for a pellet plant is to co-locate it with another wood processing facility such as a sawmill, especially one that is utilizing dry material or operates a kiln.  The most significant barrier to another pellet plant being built is long-term, reliable supply of raw material.   Existing businesses are very hesitant to expand their current operations to include pellet manufacturing due to the uncertainty of supply.
- Wood chips – Wood chips can be used for many different products including landscape material and playground cover.  Chips can also be used to produce heat and electric power through the use of direct combustion.  Several projects throughout Colorado showcase the opportunities of using wood chips to heat buildings.  This type of utilization could be very beneficial in those areas throughout the San Luis Valley that currently utilize propane or electricity for heat.  Similar to the situation with wood pellets, uncertainty regarding long-

21

term supply makes it difficult for institutions such as counties, schools, and hospitals to switch from their current heating method to wood heat, even though the savings could be tremendous.  In the same regard, local logging companies are hesitant to purchase the necessary equipment to produce quality chips since the market does not currently exist.

- Biochar – Biochar, which is similar to charcoal, is produced using slow pyrolysis (heating biomass in an oxygen-deprived environment).  Biochar can be produced at various scales depending on the type of production, and through the process, can produce by-products such as syngas and bio-oil.  Biochar can be used as a soil amendment, for reclamation, oil and gas, odor control, and bio-filler.  "Biochar Now", a company located in Loveland, Colorado, has given a presentation in Creede and is interested in potentially building a plant within the San Luis Valley.  Initial discussion call for 75,000 tons of raw material per year delivered in the Creede area.
- Posts and poles
- Shavings/ animal bedding
- Mulch/ topsoil

## Cutting Edge Technology

There isn't any shortage of innovative ideas on how to turn biomass into valuable products.  There is a gap however, between ideas and commercial viability.  It bodes well for future uses of what is currently considered a waste product. As prototypes evolve, we can expect some valuable break-throughs.  Until then, it is not prudent to base biomass operations in the Rio Grande Basin on processes and technology that are unproven, unreliable, and that may be many years in development.

Procurement Options

Since most of the wood that needs to be removed to improve watershed condition and forest health within the upper Rio Grande Basin is located on the Rio Grande National Forest, procurement of wood will be through Federal contracting.  Procurement options include the following:

- ✓ Timber Sales – Historically and even currently, most wood is removed through the use of a timber sale.  Timber sales can vary in size and are usually awarded based on highest bid.  Timber sales do not typically include service work, with the exception of road work, and a portion of receipts generated must be returned to the US Treasury.  The remaining funds can be used to support salvage and thinning projects.  Timber sales can be limiting to industry in that they are usually not long term and the amount of wood available from year to year can vary.

Rvsd Plan - 00006618

✓ Thinning Contracts – Thinning contracts are typically used to complete projects in which the value of goods removed is less than the value of service being provided and therefore the contractor is typically paid to complete a specific project.

✓ Stewardship Contracts – Stewardship contracts are used when a project will include both forest product removal and service work items.  Stewardship contracts can be awarded for multiple years (up to 10) and can be awarded on a "best-value" basis.  Currently, there are several Stewardship Contracts within Rocky Mountain Region of the Forest Service, and at this time the Region is not very interested in another long-term contract.

✓ Stewardship Agreements – New stewardship agreements are typically tied to an existing Master Agreement within the Region and historically have been through large non-profit organizations such as the Wild Turkey Federation and the Rocky Mountain Elk Foundation.  Stewardship agreements require that partners provide at minimum, a 20% project match in the form of cash, non-cash, or in-kind contributions.  The 20% is based on the total project less the value of timber.  An agreement does not have to be with a non-profit, but those involved are not allowed to make a profit and if a profit is realized, the funds are either used for additional service work or paid back to the Forest Service as excess receipts.  In reality, for a new stewardship agreement to work, the partner organization will need to bring 100% of the funding to the table since funding for a new project within the Region is not feasible at this time.

**FINANCING OPTIONS** Colorado, and specifically the San Luis Valley, there are several

- Tax Incentives
  - o There is currently a sales tax exemption on beetle wood products, including lumber, furniture, wood chips, and wood pellets generated from salvaged trees. This is especially important since most of the wood that will be removed in the future is related to spruce beetle mortality.
  - o The San Luis Valley, including six counties and 18 communities, is within an established Enterprise Zone.  Businesses that operate with this Zone may qualify for up to nine different tax credits.  Mike Wisdom, Executive Director for the San Luis Valley Development Resources Group, is an excellent resource that can work with new and/or existing businesses to determine their eligibility.
  - o The Biomass Crop Assistance Program provides financial assistance to biomass facilities with the cost of biomass delivery.  There is an application process and only $25 million per year is authorized nationally and competition is very stiff.

23

Currently, the only facility in Colorado to be receiving payments is Evergreen Clean Energy in Gypsum.

- Loans
  - The San Luis Valley Development Resources Group administers the San Luis Valley Revolving Loan Fund.  This fund has several different types of loans available, depending on specific needs and qualifications.
    - The San Luis Valley Revolving Loan Fund has a minimum loan fund of $10,000 and a maximum of $250,000.  In order to qualify, the business must be located within one of the 6 counties in the valley and create at least one full-time job for every $20,000 borrowed.  The loan can be used for land, buildings, equipment, working capital and inventory and has a maximum loan term of 10 years.
    - The San Luis Valley Micro Enterprise Loan Fund has a minimum loan of $2,500 and a maximum of $100,000.  To qualify, the business must be located within one of the six counties in the valley, have 5 or fewer employees, including the owners, and meet the low to moderate family income criteria.  This loan requires at least 10% equity and for an existing business, current sales can't be more than $1,000,000 or personal net worth more than $250,000.  This loan can be used for land, buildings, equipment, working capital, inventory and/or refinancing of up to 30% of an existing debt.
  - Shade Fund, administered with help by the Colorado State Forest Service, provides loans to entrepreneurs who are involved with forest restoration and wood utilization. Loans are capped at $50,000, although most average around $25,000 or less.
- Grants
  - Colorado State University recently received $250,000 to start a Colorado Wood Energy Team.  This team has been tasked with promoting the development of wood-to-energy projects within the state and will be a great resource for any potential wood energy projects within the San Luis Valley.
  - The Forest Products Lab (USDA) typically has a Wood to Energy grant cycle every year that helps to fund engineering services necessary for final design and cost analysis on wood energy projects.  The maximum grant amount is $250,000, and could be a good resource for a wood energy project within the San Luis Valley. These grants are highly competitive and require good financials.

24

Rvsd Plan - 00006620

## CONCLUSIONS

Sawtimber salvage sales presently make up the lion's share of activities to remove dead trees from the forest to improve watershed and forest health. Smaller dead trees are not being removed during present logging operations. Most cellulosic biomass utilization is related to sawmill waste or fire wood. Future opportunities to conduct watershed health improvement projects are dependent upon how long the larger dead trees retain their utility as saw or house logs. A significant volume of low value material is likely to be available in the next ten years.

Once the trees are no longer suitable for those end purposes it may be difficult to find a market for lower quality woody biomass. The primary impediment to financially viable biomass utilization in the Rio Grande Basin is the $75/ton cost to get the material out of the woods and delivered to processors. Financial subsidies support current biomass removal programs in other parts of Colorado. It is unlikely subsidies will be available for the Rio Grande Basin any time soon.

## Recommendations

1. Continue to make every effort to remove as much of the dead spruce through timber sales as expediently as possible while its commercial value will pay for its removal.

2. Explore options to develop markets for firewood and chips for heating large complexes.

3. Develop a plan to utilize dead woody material that has lost its value as saw or house logs.

4. Utilize the Colorado State University Agricultural Experimentation Station located in the San Luis Valley to research the use of biochar as a soil amendment to improve soil water holding capacity and reduce overall agricultural water use in the San Luis Valley.

## MAPS

Maps Final Maps will be 11" x 17

Rvsd Plan - 00006621



RGNF - Biomass Assessment:
Conejos Peak Ranger District



27



28

# Beaver and Climate Change Adaptation in North America
## A Simple, Cost-Effective Strategy

**WILDEARTH GUARDIANS** | **Grand Canyon Trust** | **The Lands Council**







**A Report from**

WILDEARTH
GUARDIANS
A FORCE FOR NATURE

**SEPTEMBER 2011**

Rvsd Plan - 00006625



**MISSION STATEMENT**
WildEarth Guardians protects and restores the
wildlife, wild places and wild rivers of the American West.

Report Authors:
Bryan Bird, WildEarth Guardians[1]
Mary O'Brien, Grand Canyon Trust[2]
Mike Petersen, The Lands Council[3]

Cover Photos: beaver, Hargreaves Photography; all others, WildEarth Guardians.

©WildEarth Guardians. All rights reserved.

---

[1] www.wildearthguardians.org

[2] www.grancanyontrust.org

[3] www.landscouncil.org

TABLE OF CONTENTS

1   EXECUTIVE SUMMARY ..................................................................................... 4
2   FOREST PLANNING AND BEAVER REESTABLISHMENT IN THE NATIONAL
FORESTS ................................................................................................................... 4
    2.1   Require the incorporation of beaver reestablishment in national forest
    planning .............................................................................................................. 3
    2.2   Inventory historic, occupied, and potential beaver habitat on each national
    forest .................................................................................................................. 4
    2.3   Assess threats to and opportunities for support and reestablishment of
    beaver on each national forest ........................................................................... 5
    2.4   Implement beaver reestablishment pilot projects on at least one
    subwatershed in each national forest in which 1/3 or less of historic beaver
    habitat is currently occupied. ............................................................................ 5
3   CLIMATE CHANGE SCENARIOS REQUIRE CLIMATE CHANGE ADAPTATION ........ 5
4   CLIMATE CHANGE ADAPTATION IMPERATIVE OF BEAVERS ..................................... 8
5   ECOSYSTEM SERVICES OF DAM-BUILDING BEAVERS .................................. 12
    5.1   Abiotic Impacts ....................................................................................... 13
        5.1.1   Hydrology ....................................................................................... 13
        5.1.2   Geomorphology ............................................................................. 15
        5.1.3   Biogeochemical processes .............................................................. 16
    5.2   Biotic Impacts ......................................................................................... 19
        5.2.1   Plants .............................................................................................. 19
        5.2.2   Animals ........................................................................................... 23
6   SOCIO-ECONOMIC BENEFITS ........................................................................ 27
    6.1   Beaver Ecosystem Service Values ......................................................... 27
        6.1.1   Water Quality ................................................................................. 29
        6.1.2   Habitat ............................................................................................ 30
        6.1.3   Recreation ...................................................................................... 31
7   EXISTING STATUS OF SPECIES ...................................................................... 32
    7.1   Status Under State and Federal Policy, Law ......................................... 32
    7.2   Comprehensive Wildlife Conservation Strategy Plans .......................... 33
    7.3   APHIS: Lethal Beaver Removal ............................................................. 33
    7.4   NFMA and Management Indicator Species ........................................... 37
    7.5   NEPA and Climate Change Adaptation ................................................. 37
8   CONCLUSION .................................................................................................. 38
9   GENERAL REFERENCES ................................................................................. 39
10   APPENDIX A: FRAMEWORK FOR ECOSYSTEM SERVICES .......................... 51
    10.1   Ecosystem Services ............................................................................... 52
    10.2   Natural Capital ...................................................................................... 53
    10.3   Ecosystem Processes ............................................................................. 53
    10.4   Socioeconomic Demand ......................................................................... 54
11   APPENDIX B: BEAVER PROJECT REVIEW ................................................... 55
    11.1   Government Assessments ....................................................................... 55
    11.2   Inventory ................................................................................................ 55

Rvsd Plan - 00006627

11.3   Federal Lands Reintroduction Efforts ......................................................................... 56

Rvsd Plan - 00006628

# 1   EXECUTIVE SUMMARY

The reestablishment of American beaver (*Castor canadensis*; beaver) and its habitat on the National Forest System is a viable and cost-effective climate change adaptation strategy[4].  Statutory and regulatory support for climate change adaptation and beaver reestablishment on national forest lands can be found in the National Forest Management Act (NFMA), the Resource Planning Act (RPA), and the climate change policy of the United States Forest Service (USFS), including the *Strategic Framework for Responding to Climate Change* (USDA 2008) and the *National Roadmap for Responding to Climate Change* (USDA 2010).

Due to the unique hydrological engineering accomplished by dam-building beaver, support and reestablishment of beaver constitute an important climate change adaptation tool for the national forests in the United States. The information presented here demonstrates the critical roles beaver play in ecosystem structure and function and how those roles contribute significantly to the climate change adaptation strategy and goals of the USFS.

There are three components essential for beaver reestablishment and planning on the national forest system:

1. Inventory historic, occupied, and potential beaver habitat on each national forest.
2. Assess threats and challenges to, as well as opportunities for support of beaver reestablishment in suitable habitat.
3. Implement beaver reestablishment pilot projects on at least one subwatershed in each national forest in which 1/3 or less of historic beaver habitat is currently occupied.

# 2   FOREST PLANNING AND BEAVER REESTABLISHMENT IN THE NATIONAL FORESTS

The USFS should promulgate planning directives instructing each national forest to incorporate beaver reestablishment as a climate adaptation strategy in forest plans and projects.  The forests would include three beaver reestablishment actions: an inventory of historic, occupied and potential beaver habitat; an assessment of threats to and opportunities for beaver reestablishment on the forest; and a pilot project for reestablishment of beaver and their habitat in at least one subwatershed

---

[4] We define *climate adaptation* as it is defined in the USDA Forest Service 2010 *National Roadmap for Responding to Climate Change*: Enhance the capacity of forests and grasslands to adapt to the environmental stresses of climate change and maintain ecosystem services.

Rvsd Plan - 00006629

on each national forest with one-third or less of historic beaver habitat currently occupied.

A statutory foundation for beaver reestablishment is in the National Forest Management Act (NFMA) and Forest and Rangeland Renewable Resources Planning Act (RPA).[5] The policy foundation is in the *Strategic Framework for Responding to Climate Change* (USDA 2008; *Framework*) and the *National Roadmap for Responding to Climate Change* (USDA 2010; *Roadmap*).

The NFMA requires the Forest Service to develop a land and resource management plan ("forest plan") for each forest that it manages.[6] The forest plan must provide for multiple uses of the forest, including recreation, range, timber, wildlife and fish, and wilderness.[7] The NFMA is a law under which the USFS has a duty to "develop, maintain, and, as appropriate, revise land and resource management plans for units of the National Forest System."[8] In providing for multiple uses, the forest plan must comply with substantive requirements of the NFMA designed to ensure continued diversity of plant and animal communities and the continued viability of wildlife in the forest, including the requirement that wildlife habitat shall be managed to maintain viable populations of existing native and desired nonnative vertebrate species in the planning area.[9]

The RPA, amended by the NFMA, requires the Secretary of Agriculture to prepare a Renewable Resource Assessment every tenth year that includes an "analysis of the potential effects of global climate change on the condition of renewable resources on the forests and rangelands of the United States;" and "an analysis of the rural and urban forestry opportunities to mitigate the buildup of atmospheric carbon dioxide and reduce the risk of global climate change."[10]

The Secretary of Agriculture is also required to prepare and transmit to the President a recommended Renewable Resource Program every five years. The Program includes recommendations, which "account for the effects of global climate change on forest and rangeland conditions, including potential effects on the geographic ranges of species, and on forest and rangeland products." [11]
The *Roadmap* (USDA 2010) clearly creates the impetus for beaver reestablishment directives.  The *Roadmap* names three actions: assessing risks, vulnerabilities, policies and knowledge gaps; engaging employees and external partners; and

---

[5] 16 U.S.C. §§ 1600 – 1687.
[6] 16 U.S.C. § 1604.
[7] 16 U.S.C. §1604(e)(1).
[8] 16 U.S.C. §1604(a).
[9] 16 U.S.C. §1604(g)(3)(B).
[10] 16 U.S.C. §1601 (a) (5) & (6).
[11] 16 U.S.C. §1602(5)(f).

Rvsd Plan - 00006630

management actions that include adaptation and mitigation - in a continuous cycle of adaptive management informed by monitoring and evaluation (*Roadmap* at 4).

The *Roadmap* states: "The Forest Service will identify shortcomings in its policies, procedures, and program guidance, reformulating them where necessary to align resources with an effective climate change response and to more effectively collaborate with other Federal agencies, States, tribes, and other stakeholders for landscape-scale conservation."

It also suggests:

- Align Forest Service policy and direction with the Forest Service's strategic response to climate change.
- Review manuals and other policy documents to assess their support for the agency's strategic climate change direction. Evaluate current policy direction for its ability to provide the flexibility and integration needed to deal with climate change.
- Develop proposals for addressing critical policy gaps" (*Roadmap* at 12).

The *Roadmap* articulates a 3-part adaptation strategy including, "facilitating large-scale ecological transitions in response to changing environmental conditions" (*Roadmap* at 19).

Finally, the Forest Service Organic Administration Act of 1897 established the National Forest System to improve and protect the forests, furnish a continuous supply of timber, and <u>secure favorable conditions of water flows</u> (emphasis added). Dam-building beaver, more than any other wildlife species, significantly contribute to the third of these responsibilities of national forests.

2.1   Require the incorporation of beaver reestablishment in national forest planning

The Forest Service should insure attention to beaver throughout the National Forest System by providing specific service-wide direction in the *Forest Service Handbook* and *Forest Service Manual* for addressing beaver reestablishment as an adaptation strategy in all national forests where beaver are known to have historically been present (Fig. 1). The intent would be to support and reestablish dam-building beaver and their associated ecosystem services as an effective climate adaptation strategy. Each forest plan would include an inventory of the forest's historic, occupied, and potential beaver habitats; threats to and opportunities for reestablishment of beaver; and actions for support and reestablishment of beaver. The outcome would be an increase in functional beaver populations on national

Rvsd Plan - 00006631

forests, with their unique ecosystem services that effectively and profoundly contribute to climate change adaptation.

2.2   Inventory historic, occupied, and potential beaver habitat on each national forest

Each national forest can inventory historic, occupied, and potential beaver habitat. Occupied habitats should be assessed for features that are allowing for beaver occupation.

Much of North America's stream systems historically supported functional populations of beaver and the USFS should inventory historic, occupied, and potential beaver habitat. The gross features of typical beaver habitat are easily identified and inventoried, as are the signs of both presence and absence of beaver in historically occupied habitat, rendering a forest inventory feasible and inexpensive compared to the economic benefits of functional beaver populations (see Section 6, "Socio-Economic Benefits of Dam-Building Beaver").



FIGURE 1. Estimated North American historic beaver distribution.

4

2.3    Assess threats to and opportunities for support and reestablishment of beaver on each national forest

Ongoing and potential threats to establishment, support, and increase of functional populations of dam-building beaver can be assessed in the forest plans so that elimination or mitigation of such threats will be included in forest and grassland management and projects as a climate adaptation strategy.

2.4    Implement beaver reestablishment pilot projects on at least one subwatershed in each national forest in which 1/3 or less of historic beaver habitat is currently occupied.

Beaver reestablishment pilot projects can be initiated in cooperation with state game and fish or wildlife agencies as well as tribal, non-governmental and private partners where appropriate in at least one subwatershed in each national forest in which significant portions of historic beaver habitat are currently unoccupied.

The pilot projects will serve as building blocks for reestablishing functional populations of beaver throughout national forest lands. The pilot projects can serve as valuable public education tools, demonstrating cost-effectiveness as well as new technologies for mitigating beaver conflicts with human infrastructure.  Pilot projects can be an opportunity to engage and develop strong alliances and partnerships with federal agencies, state and local governments, tribes, private landowners, non-governmental organizations, and international partners, as is a stated goal of the *Framework* (at 7).

## 3    CLIMATE CHANGE SCENARIOS REQUIRE CLIMATE CHANGE ADAPTATION

Climate change is certain and caused predominantly by heat-trapping gases produced from the burning of fossil fuels, aided in part by the clearing of forests and agricultural activities. It is evident that increases in greenhouse gases very likely account for most of the earth's warming over the past 50 years. The atmospheric concentration of carbon dioxide, the greenhouse gas produced in the largest quantities, has risen about 35 percent since 1750 to about 390 parts per million by volume, the highest level in at least 800,000 years (NRC 2010 at 1).

Although efforts are underway to reduce global emissions of greenhouse gases, it is fairly inevitable that humans will need to undertake measures to adapt to climate change and the resulting effects on natural systems, including changes in streamflow, wildfires, crop productivity, temperature, and sea level.

Rvsd Plan - 00006633

The following climate change discussion focuses on change in the western U.S, but both similar and different challenges are being faced throughout North America.

The western United States is already experiencing climate change impacts (USGCRP 2009 at 135). In the Northwest, the regionally averaged temperature has risen about 1.5°F over the past century (with some areas experiencing increases up to 4°F) and is projected to increase another 3 to 10°F during this century (USGCRP 2009 at 135). The U.S. Global Change Research Program ("USGCRP," which includes the Departments of Interior and Agriculture) has identified the effects of this increasing temperature in the Northwest to include:

- Declining springtime snowpack leading to reduced summer streamflows, straining agricultural and municipal water supplies;
- Increased insect outbreaks and wildfires, and species composition changes in forests, posing challenges for ecosystems and the forest products industry;
- Salmon and other coldwater species experiencing additional stresses as a result of rising water temperatures and declining summer streamflows; and
- Sea-level rise along vulnerable coastlines, resulting in increased erosion and the loss of land (USGCRP 2009 at 135).

The southwest U.S. is already experiencing climate change impacts, and effects are commonly accepted in the literature. Warming trends in the Southwest are considered to be swifter than other regions of the country and may be significantly greater than the global average (USGCRP 2009 at 129). The rapid increase in temperatures in this region, particularly summertime temperature, will have drastic effects on hydrology, which in turn may result in severe water supply challenges in the near future (USGCRP 2009 at 129). The U.S. Global Change Research Program has identified effects of this increasing temperature in the Southwest to include:

- Water supplies becoming increasingly scarce, calling for trade-offs among competing uses, and potentially leading to conflict;
- Increasing temperature, drought, wildfire, and invasive species, accelerating transformation of the landscape;
- Increased frequency and altered timing of flooding, increasing risks to people, ecosystems, and infrastructure;
- Unique tourism and recreation opportunities likely suffering; and
- Cities and agriculture facing increasing risks (USGCRP 2009 at 129).

Changes in snowpack and timing of runoff are certain in much of the western U.S. but are especially grave for the southwestern and interior western U.S. river basins. The National Research Council ("NRC") has concluded that runoff in the Rio Grande Basin will decrease by 12% for every one degree of temperature rise, the greatest reduction projected for any stream basin in the U.S. (NRC 2010 at 24). Both the upper and lower Colorado River basin will experience decreases in runoff of more than 6% for every one degree in temperature rise (NRC 2010 at 141). The Great

Rvsd Plan - 00006634

Basin will experience a decrease in runoff of 5%, California a decrease of 3% and the Pacific Northwest could see an increase of 1%" (NRC 2010 at 141).

Adapting to these changes will require a herculean effort on the part of modern society, and coordination across large landscapes will be critical. An advantage in the West is vast, relatively well-connected holdings of federal lands that can buffer and mitigate impacts of climate change. The Secretaries of Interior and Agriculture have acknowledged these unique opportunities and directed their respective departments to address climate change.

The USFS manages 193 million acres of forests and grasslands in the United States; 142 million acres in the eleven western states. In July 2010, the USFS released a *National Roadmap for Adapting to Climate Change* (USDA 2010). The Department of Interior ("DOI") has also specified unequivocal actions towards science-based adaptation strategies to protect vital ecosystem services, including water quantity and quality, biological diversity, and fish and wildlife habitat (USDI 2009a).

Adaptation to the effects of climate change is an objective that fits with the mission of the USFS. In fact, the federal forestlands were originally reserved at the end of the 19th century in part to protect watersheds and secure favorable flows of water. Approximately one out of five Americans depends on a national forest for drinking water (USFS 2010). In an era of climate change, forests and grasslands will play an increasingly vital role in protecting the nation's watersheds and, as succinctly stated by the USFS: "a successful response to climate change will entail sound stewardship of America's watersheds" (USDA 2010).

Forest Service Chief Tom Tidwell has noted the importance of climate change and water in management of the National Forest System. Specifically, in a November 20, 2009 memo to staff entitled "Responding to Climate Change: Developing Integrated Plans for Landscape Conservation," the Chief stated:

> "Responding to the challenges of climate change in providing water and water-related ecosystem services is one of the most urgent tasks facing us as an agency."

The Chief requested area-specific action plans by March 1, 2010 based partly on the *Framework*. The *Framework* provides the vision, guiding principles, goals, and recommended actions for pursuing the Agency's mission in a rapidly changing climate. The *Framework* guides the integration of climate change into the programs, policies, processes, and partnerships of the Agency.

Rvsd Plan - 00006635

## 4   CLIMATE CHANGE ADAPTATION IMPERATIVE OF BEAVERS

Beaver promote dynamic and resilient systems that can better tolerate variation induced by climate change (Appendix A). The current absence of beaver from significant portions of their historical habitat significantly undermines the resilience of riparian/aquatic ecosystems and therefore limits adaptation to climate change.

Because of the hydrological and ecological effects of beaver engineering (specifically, dam-building), functional populations of beaver rapidly and significantly contribute to climate change adaptation.  In summary:

- Beaver dams slow snowmelt runoff, which
    - Extends summertime stream flow
    - Restores perennial flow to some streams
- Beaver dams create ponds, which
    - Maintain and create wetlands
    - Provide nurseries for salmonids and other native fish
    - Provide critically-needed amphibian habitat
    - Increase habitat for small mammals, cavity-nesting birds (using drowned trees)
    - Contribute to establishment of deep-rooted sedges, rushes, native hydric grasses, and woody riparian vegetation
    - Improve downstream water quality by trapping and storing sediment
    - Create mesic meadows in sediment behind abandoned dams
- Water enters groundwater upstream of, beside, and downstream of dams which
    - Sub-irrigates the valley
    - Allows water to re-enter creeks/streams downstream as cooler seeps, which
        - is critically important to cold-water fish, e.g., salmonids
        - reduces evaporative loss
    - Expands and restores riparian vegetation, which
        - Shades creeks/streams, which
            - Reduces water temperature
            - Provides hiding cover for fish
        - Buffers banks against erosion during high flows
        - Provides critical fish and wildlife habitat
    - Restores and expands deep-rooted riparian vegetation, which
        - Increases bank integrity during high flows
        - Increases critical wildlife habitat
- A series of beaver dams can function as "speed bumps" during high water flows, which

Rvsd Plan - 00006636

- o Spreads water outward on the floodplain
- o Recharges groundwater near stream
- o Locally reduces flood force and gouging
- o Increases stream complexity, including creation of backwater and pools
- o Expands the presence of water for riparian plant communities
- o Prevents or reduces headcutting
- Beaver dams capture sediment, which
  - o Raises incised streambeds, reconnecting them with their
  - o Provides soil for mesic meadows
  - o Reduces losses of sediment from the forest and into water facilities
  - o Reduces the conversion of complex stream and riparian habitat to straightened ditches
  - o Heals headcuts
- Beaver increase large woody debris in creeks, due to
  - o Tree-cutting
  - o Dam-building
  - o Existing dams and their remnants which
    - Increase complexity of streams
    - Increase bank integrity during high-flow
    - Increase habitat for fish, otter, amphibians, and other aquatic species
    - Reduce expense of human construction/maintenance/repair of instream structures or placement of large, woody debris in streams

Research increasingly demonstrates the adverse consequences of the loss of beaver and the ecosystem services provided by dam-building beaver (Naiman et al. 1994, Gurnell 1998, Wright et al. 2002, Butler and Malanson 2005, Westbrook et al. 2006, Stevens et al. 2007, Bartel et al. 2010, Westbrook et al. 2010). Concomitantly, there has been a call for the proactive restoration and management of beaver throughout historically occupied watersheds (Fouty 2003, Stevens et al. 2006, Cunningham et al. 2007, Pollock et al. 2007, Stevens et al. 2007, Bonner et al. 2009, Chandler et al. 2009). Beaver restoration can be an effective solution for many types of problems in aquatic and riparian ecosystems, and it is generally far less expensive than alternatives (Scheffer 1938, Leidholt-Bruner et al. 1992, Fouty 2003, Müller-Schwarze and Sun 2003).

Restoration of riparian ecosystems has been deemed more important than ever in the wake of anticipated climate change (Seavy et al. 2009).  This is because healthy riparian zones can promote ecological adaptation to changing climate through natural ecological resiliency, connectivity across habitats, linkages between aquatic and terrestrial ecosystems, and expanded thermal refugia (Seavy et al. 2009).

Rvsd Plan - 00006637

Ecosystem benefits commence immediately when dams are built in suitable habitat (Figs. 2 and 3) and often continue long after dams are abandoned, in the form of retained ponds, wetlands, and/or meadows, and expanded riparian habitat, with the associated climate-adapting ecosystem services these provide.



FIGURE 2. Strawberry River, August 2002. Eroding banks occur on 60-70% of stream length. Bank heights locally exceed 5 feet. The present active floodplain is at an elevation 3 or more feet lower than the high banks (USDA 2004).

10



FIGURE 3. Strawberry River Reach 30, October 2003. Beaver dam has raised water level to within 6-12 inches of 1938 water level. Wetted width has been expanded from 88 to 300 feet. Potential riparian area is expanded by 3-5 acres adjacent to the pond (USDA 2004).

Since at least the 1930s when beaver were translocated to degraded areas, it has been recognized that beavers can help control soil and water loss (Scheffer 1938). Beaver reintroduction is a form of active restoration and this may be necessary to insure a return to a natural dynamic system (Kauffman et al. 1997). Beaver can dramatically accelerate restoration processes, and this may be maximized where suitable beaver habitat exists (Kauffman et al. 1997).

Severely degraded systems may not have existing suitable habitat for beaver. In situations with marginal habitat, beaver releases can be augmented by supplying the beaver with suitable trees they can use for food and building material (Apple 1985). Further, until systems stabilize, beaver dams can be reinforced with net wire, truck tires, and other materials to prevent blowout during runoff events (Apple 1985). Such methods have been used successfully on severely degraded, gully-cut streams with only remnant willows in Wyoming (Apple 1983, 1985, Apple et al. 1995). Beavers established dams on these streams and the systems became self-supporting within three years (Apple et al. 1995).

At no point will all historic habitats be occupied simultaneously, as beaver move within and between watersheds in response to fire, floods, depletion of food supply, predation or trapping (Burchsted et al. 2010). However, beaver populations are currently depressed from historic levels, and populations are often so small and/or ephemeral that their potential for beneficial hydrological engineering is unrealized.

Rvsd Plan - 00006639

Explicit efforts to support and restore beaver populations will greatly increase their contribution to climate change adaptation.

## 5   ECOSYSTEM SERVICES OF DAM-BUILDING BEAVERS

The North American beaver is a highly interactive species capable of creating and maintaining profoundly beneficial changes to stream and riparian ecosystems and is therefore an ideal means of climate adaptation. Stream and riparian systems are rare on the landscape, and yet they are vitally important to the well being of humans and a vast array of plants and animals. However, most riparian areas in the western U.S. have been severely degraded by human actions and loss of functional riparian zones has approached 99% in some areas of the arid West (Briggs 1996, Goodwin et al. 1997, Kauffman et al. 1997). One important cause for this deterioration is the historical near extermination of beaver across most of its former range (Fouty 1996, Fouty 2003, Wohl 2005).

Besides humans, the North American beaver (*Castor canadensis*; beaver) is one of few species that can significantly alter physical and biological aspects of a landscape (Rosell et al. 2005). This ecosystem engineering is primarily a result of dam-building activities that create ponds, although other behaviors, such as felling trees, selective foraging, and constructing burrows and canals, can contribute (Jones et al. 1994, Rosell et al. 2005). Beaver are semi-aquatic and use deep water as protection from predators; water must be deep enough ($\geq$ ca 1 m) to cover the entrance to living quarters (Collen and Gibson 2001). Thus, in large rivers and lakes beaver do not need to build dams because deep water habitats already exist and dams built on larger streams (i.e., > 4th order) may be more prone to failure during high water flows (Rutherford 1953, Naiman et al. 1986, Hillman 1998). Consequently, beaver dams primarily occur on small (i.e., first to fifth order) streams (Naiman et al. 1986, Beier and Barrett 1987).

Beavers (including the Eurasian beaver, *Castor fiber*) are unique among animals in their ability to cut down trees. They use trees both as a source of food and as structural material for building dams (Müller-Schwarze and Sun 2003). In the western U.S. the most important woody species used are aspen, cottonwoods, and willows (Rutherford 1964, Slough and Sadleir 1977). However, beaver are choosy generalists in diet and other types of plants can be used for food, as well as for dam building material (Jenkins and Busher 1979, Müller-Schwarze and Sun 2003). Herbaceous plants are important in the summer diet, while cached tree parts are important in the winter diet (Jenkins and Busher 1979). Despite a need for adequate food resources, most studies in the western U.S. have found that while beaver can occupy a wide range of conditions, preferred habitat is in valleys with relatively low gradients and wide floors; rocky substrates are less favored (Retzer et al. 1956, Beier and Barrett 1987, McComb et al. 1990, Gurnell 1998, Suzuki and McComb 1998, Pollock et al. 2003, Beck et al. 2010).

Rvsd Plan - 00006640

Beaver live in family groups called colonies that usually consist of an adult pair along with the young of the current and previous years (Olson and Hubert 1994, Longcore et al. 2007). In situations where beaver are not exploited, densities may average one or two colonies per mile on stream reaches with suitable habitat and some studies have estimated that their activities can influence up to 40% of the total length of 2nd-5th order streams (Naiman et al. 1986, Olson and Hubert 1994, Müller-Schwarze and Sun 2003). Each colony may create several ponds, which may range in size from small pools up to several hectares (Collen and Gibson 2001). In the western U.S., reported dam densities in pristine, remote, and protected areas have varied from ca 10 to 74 per kilometer (Pollock et. al. 2003). In ideal situations, beaver ponds can essentially fill valley bottoms in stair-stepped patterns along narrow reaches or form complex networks in broader reaches (Yeager and Rutherford 1957).

Once built, a beaver pond may be actively maintained for years or decades, and sometimes even several centuries (Lawrence 1952, Howard and Larson 1985, Gurnell 1998). Abandonment of sites is often attributed to floods on larger streams or depletion of food resources on smaller streams (Warren 1932, Lawrence 1952, Rutherford 1953). Although sites may only be intermittently occupied, habitat alterations caused by beaver can exist as part of the landscape for centuries (Naiman et al. 1988). Beaver dams create ponds that trap sediments and accumulate organic matter and nutrients (Naiman et al. 1986, Butler and Malanson 1995). When a beaver dam is abandoned, the pond drains and a meadow generally grows on the exposed soil. In forested regions, complex biotic interactions inhibit conifer invasion such that beaver meadows may persist for decades (Terwilliger and Pastor 1999). Eventually, the site reverts back to an unaltered stream channel if no beaver reoccupy the area (Naiman et al. 1988, Fouty 2003). Thus, temporal and spatial variation in the physical characteristics of landscapes, food resources, and beaver pond age and succession, result in a shifting mosaic of habitats throughout a drainage network (Naiman et al. 1988, Fouty 2003).

## 5.1   Abiotic Impacts

### 5.1.1   Hydrology

Beaver can dramatically alter the hydrology of a stream because dams function to control both surface water and groundwater flow patterns. At its most basic, beaver dams retain water in ponds, which increases the stream width and the area of slow, deep water, thereby increasing the volume and surface area of water. By slowing the velocity of water and widening the stream, beaver ponds increase retention time and dissipate stream energy (Pollock et al. 2003). Transient storage (i.e., short term water retention) is considered a key aspect of the hydrological cycle that influences stream ecosystems because it allows for more time for biogeochemical processes to occur (Jin et al. 2009). For example, a catchment with a beaver pond was capable of

Rvsd Plan - 00006641

retaining all runoff resulting from a rainfall event, whereas a catchment without beaver runoff was a significant contributor to peak flow (Burns and McDonnell 1998). One study found that stream reaches with dams of coarse woody debris retained water at least 50% longer than stream reaches without debris dams (Ehrman and Lamberti 1992). Transient storage in a stream increases with both increasing numbers of beaver dams and pond volume (Jin et al. 2009).

Reduction in stream energy due to the slowing of water velocity by beaver dams is important in moderating the effects of high stream flows. Beaver dams are resistant to floods, particularly when preferred building materials are available (Smith 2007). Thus, during floods, stream energy is dissipated as water becomes impounded in ponds and as water flows through beaver dams and riparian vegetation (Pollock et al. 2003). Beaver dams cause a relatively greater reduction in stream energy on streams with steeper gradient (Hammerson 1994). Willow growth that is stimulated by beaver dams can be particularly effective in causing flow resistance (Smith 2007). Willow carrs protect watersheds by both spreading flood waters across shrubby floodplains and by retaining debris that can otherwise destabilize downstream areas (Smith 2007). As a consequence, during flooding, water will rise more slowly and the flood peak will be dampened on beaver-influenced streams (Beedle 1991, Gurnell 1998). A series of beaver dams will have a more profound impact on attenuating flood waters (Gurnell 1998, Smith 2007). For example, simulation models showed that while a single beaver pond would reduce peak flows of a 2-year flood event by 5%, a series of five ponds would dampen the peak flow by 14% (Beedle 1991). One example described the attenuation of a flood wave by 94% when it passed through a beaver wetland complex (Hillman 1998). Thus, well-maintained beaver dams can dramatically reduce loss of water to runoff (Woo and Waddington 1990).

Beaver dams can influence groundwater hydrology by increasing groundwater recharge and retention (Lowry 1993, Pollock et al. 2003). Beaver activity has been shown to enhance the water table over large areas during the summer months (Westbrook et al. 2006). One consequence of this is that stream flow can increase during the warm-season low-flow period. Structures built in stream channels promote perennial stream flow by trapping sediments which store storm water and then slowly release it (Debano and Schmidt 1990). Although different types of beaver dams influence hydrology differently, some beaver dams can sustain a more uniform downstream flow (Woo and Waddington 1990). A number of studies have reported higher flows on streams influenced by beaver dams as compared to streams without beaver, and some studies have reported that small streams became perennial when beaver activity was present (Stabler 1985, Pollock et al. 2003).

Beaver activities can create complex drainage patterns. For example, water spilled from dams can cause diversion channels that may flow hundreds of yards downstream before merging with the original channel (Woo and Waddington 1990). On broad floodplains, beaver often dig canals to access food resources (Müller-

Rvsd Plan - 00006642

Schwarze and Sun 2003). The result can be a complex network of channels and ponds with multiple surface flow paths that can spread water across a valley (Westbrook et al. 2006).

Finally, the water in the ponds reduces the available channel capacity by substituting water for sediment as the space filler.  The result is that streams become hydrologically reconnected to their valley floors even in the absence of sediment.  This additional contribution of beavers is critical because the magnitude of stream channel erosion that has occurred in the West is such that the stream-valley floor hydrologic reconnection can not occur solely through the fluvial processes of sediment aggradation and accretion (Fouty 2003).   For example, Bryan (1928) estimates that the Rio Puerco in New Mexico lost 487,144,150 cubic meters of sediment over a 42-year period as a result of channel incision and widening.

### 5.1.2   Geomorphology

A key effect of beaver dams is to slow the flow of water, particularly at the pond. This slowing causes sediments that were suspended in flowing water to sink to the pond floor. The deposition of sediments (i.e., aggradation) caused by beaver activities can be extensive and has profound impacts on watersheds both in the short-term and long-term (Naiman et al. 1986, Butler and Malanson 1995, McCullough et al. 2004, Pollock et al. 2007). In the western US, erosional downcutting of streams and destabilization of stream banks have been attributed in part to the removal of beaver (Parker et al. 1985, Fouty 1996, Fouty 2003). Beaver control erosion both through trapping sediments above dams and through decreased water velocity which otherwise would scour banks (Parker et al. 1985). On one Wyoming creek, silt load was reduced 90% by beaver activity (Brayton 1984). In another case, six years after beaver had colonized a steam, aggradation had raised the streambed high enough to connect it to formerly abandoned terraces (Pollock et al. 2007). As ponds fill with sediments, the growth of emergent plants is promoted, which further accelerates the trapping of sediments. Through these processes, channel gradients can achieve a stair-stepped profile (Naiman et al. 1988). Beaver dams can also promote overbank flooding, which is recognized as a driver of key hydrological and ecosystem processes in floodplain riparian zones (Westbrook et al. 2006, 2010).

Over the short-term, aggradation of sediments in a beaver pond can contribute to the conversion of the pond to a "beaver meadow" (Pollock et al. 2003). This occurs when the pond is abandoned by the beaver, either due to complete filling of the pond with sediment, resource depletion in the immediate pond area, or other factors (Ives 1942). Wetland plants such as sedges and willows quickly colonize the exposed sediments forming the beaver meadow, which can continue to trap additional sediments (Johnston and R.J. Naiman 1987, Pollock et al. 1998, Westbrook et al. 2010). However, the degree to which aggradation can occur varies as a function of the amount of sediment available to enter the stream system and be

Rvsd Plan - 00006643

trapped and the number and spacing of the beaver dams.  In one study in Montana, a cross-section within 6.5 meters of a beaver dam had 1.75 meters of sediment deposited over a three-year period while cross-sections in the same study area but more distant from a beaver dam showed little aggradation over the same time period (Fouty 2003).   As sediment is a limiting factor in many systems and the volume eroded is great, the ability of beaver ponds to reconnect streams to their valley floor via the water-for-sediment substitution and set in motion the desired ecological recovery becomes more apparent (Fouty 2003).

Modern beavers have been present in North America for many thousands of years (perhaps as long as 24,000 years (Ward et al. 1991), and they are known to have occupied areas soon after the retreat of the Wisconsin glacial ice ca 13,000 years ago (Garrison 1967). Beaver were ubiquitous and common throughout most of temperate western North America prior to intensive human exploitation from the 1790s to the early 1900s (Hill 1982). Several lines of evidence indicate that many of the fertile alluvial level valley floors found throughout deglaciated regions of North America were a product of the accumulation of thousands of years of sediments in beaver ponds (Ruedemann and Schoonmaker 1938, Ives 1942, Westbrook et al. 2010). Recently, the first empirical test of this hypothesis based on stratigraphic and geochronologic data found that net aggradation over the last 4,000 years was not large (Persico and Meyer 2009). However, that study focused on small headwater streams that probably had water flows too low to support beaver during at least several hundred years of drought and where aggradation was limited by stream power (Persico and Meyer 2009). In contrast, another study found that beaver dams on larger streams caused overbank flooding which resulted in significant aggradation and formation of expansive beaver meadows on floodplains and terraces (Westbrook et al. 2010). It was concluded that this process, in addition to the formation of in-channel beaver meadows, provides a more powerful explanation for how beaver can help form alluvial valleys (Westbrook et al. 2010). One potential consequence of beaver creating and maintaining low-gradient valley floors, is that the elimination of beaver contributed to rapid channel incision, dewatering of riparian zones, loss of perennial flow, and increased water temperatures that are often observed on streams in the western US (Parker et al. 1985 Fouty 1996, Fouty 2003, Pollock et al. 2003, Butler and Malanson 2005, Pollock et al. 2007, Persico and Meyer 2009).

### 5.1.3   Biogeochemical processes

#### 5.1.3.1   Suspended sediments

The influence of beaver dams on sediments is linked to the role beaver play in enhancing water quality and nutrient cycling. Water pollution derived from nonpoint sources is recognized as a major water quality issue in the western US and it is more difficult to control than point sources of pollution (Maret et al. 1987). Sediments are a type of nonpoint water pollution that enter water through erosion

16

processes. Suspended sediments cause turbidity which can cause a number of direct negative impacts to plants and animals, such as inhibiting plant growth, clogging gills of aquatic animals, and inhibiting feeding by fish (USEPA 2010). As previously discussed, beaver dams are remarkably efficient at sequestering sediments through aggradation processes. On incised streams in the western US, beaver dams improve water quality both through trapping particles and by reducing water speed, which in turn decreases erosive input of pollutants (Maret et al. 1987).

### 5.1.3.2   Temperature

Reduction in water turbidity caused by beaver dams could help reduce water temperature because suspended particles absorb heat (USEPA 2010). Most studies have shown that beaver ponds increase water temperature in summer and decrease water temperature in winter (Shetter and Whalls 1955, Collen and Gibson 2001, Rosell et al. 2005). In contrast, some studies have shown that upwelling below beaver dams can result in cooler water downstream of ponds (Pollock et al. 2007). Studies have also shown that beaver ponds stabilize water temperature because ponds are less influenced by air temperature than the stream (Gard 1961). However, stream water temperature is influenced by many factors that vary by time and reach, and its effect on an ecosystem will be influenced by geographic location (McRae and Edwards 1994). Studies in the eastern US where habitat may be more marginal for cold-water fish, have reported negative impacts of beaver on water temperature (Hill 1982, Collen and Gibson 2001). In contrast, in montane regions of the western US, water temperature change due to beaver activity is usually not regarded as a problem and studies have found that warmer waters associated with beaver ponds are a benefit to salmonid production (Collen and Gibson 2001).

### 5.1.3.3   Oxygen

Another potential consequence of the reduction in turbidity caused by beaver dams is to increase dissolved oxygen in the water. One mechanism by which this can happen is through reduction in water temperature, because cooler water can hold more dissolved oxygen. In addition, by clarifying the water, aquatic plants are able to more efficiently photosynthesize, which releases oxygen as a by-product into the water. Dissolved oxygen can be reduced in beaver ponds under some circumstances, such as sites with high bacterial decomposition and under ice (Naiman et al. 1986, Collen and Gibson 2001). However, most values are much higher than required for fish and complete reoxygenation of the stream occurs a short distance below the dam. Stretches of low oxygen would not be expected in streams with clean water (Smith et al. 1991).

### 5.1.3.4   Energy flow

Energy flows through ecosystems in the form of organic molecules (i.e., carbon-based molecules). Beaver dams dramatically alter energy flow patterns in a stream by trapping and accumulating organic sediments in the pond. Input to beaver ponds

Rvsd Plan - 00006645

of organic molecules occurs via beaver feeding activities, plant litter fall, bank vegetation, drift in the stream, runoff, and photosynthesis, while output of organic molecules from ponds occurs by drift and respiration that release carbon dioxide (Hodkinson 1975b, Naiman et al. 1986). In beaver ponds, energy inputs are primarily from drift, rather than production in situ via photosynthesis. One study showed that inputs were more than twice the energy outputs and hence organic matter was rapidly accumulating in the sediments where it breaks down at a slow rate (Hodkinson 1975b). A beaver pond may exhibit more than 15 times the aerobic respiration and anaerobic methane production as found in the stream (Naiman et al. 1986). Thus, beaver ponds function to hold and process energy that would otherwise be lost downstream (Naiman et al. 1986).


### 5.1.3.5   Nutrient cycling

Beaver ponds are focal points of nutrient cycling processes in watersheds. For example, nitrogen availability determines the rate of key ecosystem processes such as primary production and decomposition. Although nitrogen is the most common element in Earth's atmosphere, plants and animals primarily use nitrogen in the form of nitrates. Nitrogen is converted to nitrates through a complex series of steps beginning with atmospheric nitrogen, to ammonium, to nitrite, and finally to nitrate. Special kinds of bacteria in soil and sediments cause these conversions. Because beaver dams accumulate sediments, the nitrogen cycle is radically altered in the beaver pond (Naiman and Melillo 1984). For example, one study showed that a beaver pond stored 1,000 times more nitrogen than an equivalent reach of stream (Naiman and Melillo 1984). The primary input of nitrogen into a beaver pond occurs through bacterial-mediated fixation in the sediment. In contrast, the primary input of nitrogen in the stream is leaf litter. Consequently, beaver ponds serve as long-term storage areas for nitrogen, whereas streams lacking beaver rapidly lose nitrogen downstream (Naiman and Melillo 1984). The stored nitrogen in beaver pond sediments that is released after a dam is abandoned and the pond converts to a beaver meadow used by plants and ultimately the animals that eat those plants. Similar processes occur with other nutrients, explaining why beaver meadows are such fertile and productive habitats.


### 5.1.3.6   Water purification

Beaver ponds can help clean water of pollutants and toxic compounds from agriculture, human sewage, and livestock, including excess nutrients such as nitrates and phosphates (Collen and Gibson 2001). It has been estimated that the purification capacity of a stream with beaver dams was ten times higher than a similar stream without beaver dams (Collen and Gibson 2001). Pollutants such as nutrients and heavy metals can attach to sediment particles. Beaver dams purify water by trapping and accumulating these sediments. One study found that beaver ponds were more effective in improving water quality during periods of runoff, when more particles are being eroded and contributing to the sediment load (Maret et al. 1987). Another study found that a stream with more beaver ponds had

Rvsd Plan - 00006646

significantly lower numbers of harmful bacteria, including fecal coliform and streptococci (Skinner et al. 1984).

### 5.1.3.7   Acid neutralization

Beaver ponds might be capable of neutralizing some effects of acid precipitation in streams (Müller-Schwarze and Sun 2003). Acid forms when sulfur dioxide and nitrous oxide exhaust from automobiles and power plants combine with water. Processes in lakes can increase alkalinity to counteract the acid by either diffusing cations (calcium and potassium) from the sediment or removing anions (sulfate and nitrate) from the water. These processes take place in the bacteria-laden top layer of sediments that accumulate at the bottom of bodies of water. Sediments and anoxic zones of beaver ponds are important producers of acid neutralizing capacity, which reduces the sensitivity of water to inputs of acid (Smith et al. 1991, Cirmo and Driscoll 1993). A solution becomes more acidic as the concentration of hydrogen ions gets higher. Thus, headwater stream are made less acidic after passing through beaver ponds primarily due to retention of sulfate in the sediments, which consumes hydrogen ions (Driscoll et al. 1987, Naiman et al. 1988, Smith et al. 1991).

## 5.2   Biotic Impacts

As a highly interactive species, beaver profoundly affect the plants and animals with which they occur (Soule et al. 2003, Soule et al. 2005). For aquatic species, these impacts are primarily a consequence of the changes to hydrology and geomorphology caused by beaver dams. On the other hand, terrestrial riparian plant communities are impacted not only by beaver activities that cause changes to hydrology and geomorphology, but also as a consequence of altered biogeochemical processes and direct effects of beaver foraging behavior. Terrestrial animals primarily respond to changes in riparian vegetation as an indirect consequence of beaver activities.

### 5.2.1   Plants

#### 5.2.1.1   Altered forest composition and succession

Beaver dams can cause long-term changes in an ecosystem. When beavers build dams in forested areas, trees are killed by the impounded water. In addition, beavers are unique among non-human mammals in their ability to cut mature trees and hence they can affect forest overstory (Donkor and Fryxell 2000). Beavers are central place foragers that search for food only a short distance (usually < 60 m) from the safety of water where their lodge or den is located (McGinley and Whitham 1985, Naiman et al. 1988, Rosell et al. 2005). Studies have estimated that in northern regions beaver can cut a metric ton of wood within 100 m of the pond (Naiman et al. 1988) and in Minnesota each beaver felled 1.3 kg/ha/year resulting

Rvsd Plan - 00006647

in a 40% decrease in biomass after 6 years (Johnston and Naiman 1990). Beaver first use small trees located nearest the water, but as these are used they eventually seek both larger and more distant trees (Jenkins 1980, Donkor and Fryxell 2000). Together, these factors can increase the area of open canopy and allow for the growth of different kinds of plants, particularly those intolerant of shade (Naiman et al. 1986, Johnston and Naiman 1990, Pastor and Naiman 1992). In addition, since beaver primarily select certain types of hardwoods such as aspen, foraging activity can shift the forest composition and structure (Naiman et al. 1988, Rosell et al. 2005). In the riparian zone, beaver can promote early successional species such as willow and alder by creating light gaps and by increasing nutrients in moist soil (Donkor and Fryxell 2000). In contrast, further from water beaver foraging can accelerate succession by releasing conifers from understory competition (Johnston and Naiman 1990, Rosell et al. 2005). Beaver can influence ecosystems in different ways from other herbivores because most of the biomass cut is mature trees (Donkor 2007). Further, beaver were found to facilitate regeneration of both preferred (e.g., aspen and willow) and non-preferred (e.g., conifers) foods resulting in a peak in plant diversity at intermediate distances from the pond (Donkor and Fryxell 2000).

### 5.2.1.2    Pond succession

Following abandonment of a beaver dam, the pond drains and a succession of riparian plant communities develop on the former pond site, which is then known as a "beaver meadow". The details of pond succession vary by geographic location but in general the process is started through the accumulation of a seed bank in the beaver pond that leads to new plant growth when soils are exposed (Le Page and Keddy 1998). Usually, newly exposed soils are rapidly colonized by sedges and other herbaceous wetland plants (Wilde et al. 1950, Bonner et al. 2009). In some cases abandoned ponds develop into shrubby swamps dominated by alder (Wright et al. 2002). Usually, the pond gradually drains, first exposing soil at upstream and lateral locations while the area near the dam may continue to hold water. Thus, the recently abandoned pond will exhibit a mosaic of habitat zones (McMaster and McMaster 2000). The emergent wetland stage may last for years or several decades depending on soil type (Wilde et al. 1950). Riparian shrubs, such as willows and alders, are next to colonize the beaver meadow (Wilde et al. 1950). Inundated pond soils destroy mycorrhizal fungi, which are essential for tree growth. Consequently, succession of the beaver meadow to forest requires the gradual reinoculation of the soil with mycorrhizal fungi (Wilde et al. 1950, Terwilliger and Pastor 1999).

### 5.2.1.3    Increased riparian area

Dam building by beavers dramatically increases the area of wetted habitat by both expanding the width of the stream and increasing the water table (Naiman et al. 1986, Hammerson 1994). For example, a study in Wyoming found that average stream width was three times wider on streams with beaver as compared to streams without beaver (McKinstry et al. 2001). In Minnesota, beaver impounded

Rvsd Plan - 00006648

13% of a large peninsula (Naiman et al. 1986). In Acadia National Park, there was an 89% increase in ponded wetlands since beaver recolonized the area (Cunningham et al. 2006). The hydrological changes associated with beaver activity serve to enhance the growth of riparian vegetation (Olson and Hubert 1994). In arid regions, degraded streams have woody vegetation only at water's edge, while with beaver, the band of woody vegetation may be expanded outward 30-40 feet from water's edge (Müller-Schwarze and Sun 2003). On a stream in Oregon the sub-irrigated grassy meadows used for pasturage declined from 15,000 tons to a few hundred tons after beaver were removed (Finley 1937). Another study found that productivity was reduced from 5,000 pounds/acre on beaver streams to 200 pounds/acre on degraded streams without beaver (Müller-Schwarze and Sun 2003).

### 5.2.1.4   Willow mutualism

The relationship between beaver and willow has been described as a mutualism wherein both species benefit from the interaction (Baker et al. 2005). Although herbaceous plants are the preferred food of beaver in summer, willows serve as the primary riparian zone source of food because the leaves and twigs are eaten in summer and the limbs and trunks are cut for food during winter (Hall 1960, Müller-Schwarze and Sun 2003). However, beaver also benefit the willows. Beaver dams create situations that are favorable for the growth of willow, which occurs through a number of mechanisms. First, willows are more tolerant of flooding than most other trees. Consequently, when a beaver pond is flooded, many willows survive while other trees are killed. In forested areas, the cutting of trees and the creation of beaver ponds opens the canopy which allows light to penetrate. Light fosters growth of willows but inhibits growth of most conifers (Donkor and Fryxell 2000). Beaver dams cause an expansion of the area of wetted soils and a rise of the ground water table, which facilitates growth of willows (Apple 1983). Moist soil is needed for seed germination and seedling survival (Baker et al. 2005). Sediments trapped by beaver dams enhance nutrient levels which further facilitate growth of willows (Donkor and Fryxell 2000). In addition, willows respond to beaver cutting with a burst of growth that increases stem production both in terms of numbers of stems per plant and rate of elongation (Kindschy 1985, 1989). In an area with no competing browsing by livestock, prolonged heavy use of willows by beaver did not cause a reduction or deterioration of willows (Kindschy 1985). Under natural conditions beaver and willow are capable of coexisting on a stream reach indefinitely because beaver shift centers of foraging which allows willows to recover in a continuing cycle (Hall 1960, Baker et al. 2005, Smith 2007).

The decline of riparian habitats, particularly the loss of willow, has been recognized as an important problem in the western U.S. Ungulate browsing can disrupt the mutualistic relationship between beavers and willows, which can reduce or eliminate willows in riparian zones (Smith 1980, Baker et al. 2005, Smith 2007). Beavers primarily cut willows in fall when they are dormant, while ungulate use often occurs during the summer growing season which inhibits subsequent growth

Rvsd Plan - 00006649

(Kindschy 1989). One example of a disruption of the willow-beaver mutualism is the ecological extinction of beaver on the Yellowstone northern range, which was due to ungulate browsing that destroyed willow and aspen communities (Kay 1994, Kay 1997). Willow browsing by ungulates can cause beaver populations to decline which causes a feedback mechanism that further reduces beaver and willow populations (Kay 1997, Baker et al. 2005). Thus, beaver-willow communities have declined or failed to recover in many regions due to unnaturally high competition for willow by livestock and elk (Baker et al. 2005). The beaver-willow mutualism likely evolved with limited competition for forage due to a more predator-rich environment and lower ungulate densities and use of riparian zones (Kay 1994, Baker et al. 2005, Beschta and Ripple 2010).

### 5.2.1.5   Plant Diversity

Beaver wetlands can be important in maintaining populations of rare plants. Wetlands are among the most endangered ecosystems because they represent a fraction of terrestrial habitat area, these areas are often isolated, and unique species have evolved to occupy these habitats. For example, in Pennsylvania more than 50% of all plant species of concern are considered wetland species (Davis 1993). A study of the impact of beaver ponds on rare plants found that young ponds ≤ 6 years had higher species richness[12] than older ponds (Bonner 2005, Bonner et al. 2009). However, the oldest ponds (> 56 years) had twice as many rare plants as young ponds (Bonner 2005, Bonner et al. 2009). On a large river floodplain, beaver impoundments had higher plant species richness compared to either riverine wetlands that were freely connected to the river and hence exhibited high levels of disturbance from flooding or to railway-impounded wetlands that were fully disconnected from the river (Bayley and Guimond 2008). Studies have reported that beaver have a negative impact on invasive salt cedar (Baker 1995, Albert and Trimble 2000, Longcore et al. 2007).

The impacts of beaver on diversity are most profound at the landscape scale. Under natural conditions of beaver occupation, a watershed will form a shifting mosaic of different habitat conditions, including unoccupied stream reaches, active beaver ponds of various size and age, and beaver meadows of various stages of succession (Naiman et al. 1988). These conditions will vary through time as beaver occupy and abandon local sites, and these time scales may range from years to centuries. It is this exceptional spatio-temporal complexity that can drive high biodiversity, high productivity, and ecosystem resilience. For example, studies have found that beaver wetlands supported some plant species that could not survive elsewhere and that these plant communities were unique (Wright et al. 2002, Bartel et al. 2010). One study found that only 17% of plants occurred in both beaver wetlands and unmodified areas (Wright et al. 2002). Thus, while beaver wetlands only occupied a small proportion of the riparian zone, they increased the number of plant species by

---

[12] Richness is sometimes used as an interchangeable term with diversity.

Rvsd Plan - 00006650

33% at the landscape scale (Wright et al. 2002). These responses are most easily observed for plants, but the impacts affect animals as well (Wright et al. 2002, Bartel et al. 2010).

### 5.2.2    Animals

#### 5.2.2.1   Aquatic animals

5.2.2.1.1   Aquatic invertebrates
The vast majority of research concerning the impacts of beaver on animals has been aimed at aquatic organisms, especially invertebrates and fishes. Beaver dams increase the amount of still, deep-water habitats on a stream. Substrate type is the main factor that controls distribution of benthic insects (Hodkinson 1975a). Thus, as a response to both the slowed water and silt accumulation, aquatic invertebrate communities living in the substrate shift from flowing-water species to pond species (Naiman et al. 1988). One study found that the invertebrate communities shifted trophic functional groups from shredders and scrapers to collectors and predators, which reflected increases in finer particulate matter and potential prey types in the pond (McDowell and Naiman 1986). Beaver ponds have higher density, biomass, and diversity of invertebrates than stream sites (McDowell and Naiman 1986, Longcore et al. 2006). Overall, the invertebrate communities in beaver ponds resemble those that occur in slow water habitats in larger (i.e., higher order) rivers. Thus, while species are not unique to beaver ponds, the stark differences in invertebrate communities between beaver ponds and unaltered stream channels can result in higher overall diversity at the landscape scale.

5.2.2.1.2   Fish
A number of studies have evaluated the relationships between beaver activity and fish, particularly in the eastern U.S. (Grasse and Putnam 1950, Collen and Gibson 2001, Müller-Schwarze and Sun 2003, Pollock et al. 2003, Rosell et al. 2005). To a large extent, results of these studies are dependent on the geographic location where the study occurred. For example, many studies conducted in the eastern US have concluded that beaver activity is detrimental to cold water fish because beaver actions can warm these already marginal waters (Hill 1982, McRae and Edwards 1994). In contrast, most studies conducted in the western U.S. have found a positive effect of beaver on fisheries (Grasse and Putnam 1950, Rutherford 1964, Collen and Gibson 2001).

Importantly, beaver can modify the hydrology and geomorphology of streams to create habitat for fish where no suitable habitat previously existed (Apple et al. 1995). For example, beaver restoration in a stream reach in Wyoming resulted in the colonization of the area by trout and several species of suckers (Apple 1983).

Rvsd Plan - 00006651

Beaver-induced changes on small streams that either increase low flows or make intermittent streams perennial have obvious implications for fish (Finley 1937). Beaver ponds can serve as refugia that maintain fish during drought or allow fish to overwinter (Jakober et al. 1998, Collen and Gibson 2001).

On cold-water streams in the western U.S., beaver ponds enhance fish production due to increased water temperature and increased abundance of aquatic insects (Huey 1956, Neff 1957, Gard 1961, Rutherford 1964, Hodkinson 1975a). For example, in New Mexico streams with beaver had four times more trout and the trout averaged larger size (Huey 1956). In Colorado, brook trout were larger in beaver ponds than in streams and new beaver ponds produced greater numbers and volume of brook trout as compared to older ponds (Rutherford 1955). In California, a local trout population fell from 103 to 19 trout after a beaver dam was removed (Gard 1961). Beaver ponds can benefit coho and sockeye salmon as habitat for juveniles and during low flow condition (Collen and Gibson 2001). For example, in Oregon the number of coho fry in beaver ponds was three times the number in other types of pools (Leidholt-Bruner et al. 1992).

Beaver dams can hinder spawning by non-native trout (i.e., brown trout, brook trout) in the western U.S. because these trout spawn in fall when water flow is low and beaver dams are in best condition (Collen and Gibson 2001). In contrast, although how a particular dam will affect fish varies, beaver dams do little to obstruct native cutthroat and non-native rainbow trout spawning because these fish spawn in spring during snowmelt runoff (Collen and Gibson 2001). In high gradient streams, beaver activities can create sediment beds used for spawning while streams with high silt loads might benefit from sedimentation in beaver ponds (Collen and Gibson 2001). Beaver contribute to the conservation of the severely imperiled razorback sucker and bonytail chub in a unique way: hatchery-raised imperiled fish are released into beaver ponds to protect them from larger fish downstream of the beaver dam (Cohn 2001).

As with other organisms, the influence of beaver activity on fish diversity is most apparent at a landscape scale because many species may prefer either pool or riffle habitats (Snodgrass and Meffe 1999, Collen and Gibson 2001). For example, in Wyoming, trout tended to use beaver-created habitat that provided deep water near the bank and close to cover (Young 1995). An exceptionally large population of the imperiled Salish sucker occurred at an aging beaver pond where it was associated with deep pool habitats (Pearson and Healey 2003).

5.2.2.1.3  Amphibians and reptiles
Beaver create vital habitat for many species of frogs and toads. For example, in Alberta, frogs and toads only bred in streams with beaver activity (Stevens et al. 2007). Based on this relationship it was proposed that beavers could be used as a surrogate for amphibian conservation (Stevens et al. 2007). Juvenile production of

Rvsd Plan - 00006652

wood frogs was ten times higher in beaver ponds than other kinds of pools (Karraker and Gibbs 2009). Older beaver ponds supported more breeding wood frogs (Stevens et al. 2006). Occurrence of mink frogs was strongly associated with presence of beaver and pond size (Popescu and Gibbs 2009). In Maine, presence of beaver wetlands was a key predictor of a high diversity of frogs and salamanders (Cunningham et al. 2007). In South Carolina, beaver ponds had more frogs, toads, lizards, and turtles and higher diversity of reptiles than unimpounded streams (Metts et al. 2001).

### 5.2.2.2   Terrestrial animals

#### 5.2.2.2.1   Terrestrial invertebrates

The endangered Saint Francis satyr butterfly primarily occurs in beaver wetlands and decline of the endangered Mitchell's satyr butterfly is possibly linked to suppression of beaver activity that can maintain fens, which is its sole habitat (Barton and Bach 2005, Kuefler et al. 2008). Beaver-created wetlands were able to maintain populations of Saint Francis satyr butterfly by creating new habitat patches and increasing the abundance of sedges, which are its presumed host plant (Bartel et al. 2010). Leaf beetles that fed on cottonwood that had resprouted following beaver cutting had faster growth (Martinsen et al. 1998).

#### 5.2.2.2.2   Birds

A number of studies have documented higher bird abundance and diversity associated with beaver activity in comparison with sites without beavers (Medin 1990, Grover and Baldassarre 1995, McKinstry et al. 2001, Bulluck and Rowe 2006, Longcore et al. 2006, Aznar and Desrochers 2008, Cooke and Zack 2008, Chandler et al. 2009). For example, a study in Wyoming found that species richness and abundance of riparian birds were associated with beaver dam density (Cooke and Zack 2008). One study showed that beaver meadows had more species of birds than active ponds (Aznar and Desrochers 2008). Woodpeckers used beaver ponds more frequently than river bottom habitat, perhaps due to the snags created by flooded trees (Lochmiller 1979). The area of the beaver wetland was most important in predicting woodpecker abundance (Edwards and Otis 1999). Beaver activity was associated with greater diversity and abundance of neotropical migratory birds (Bulluck and Rowe 2006).

Disturbance-dependent birds, such as those that depend on scrub-shrub habitats, have been in decline and are of conservation concern (Hunter et al. 2001, Chandler et al. 2009). Beavers create these scrub-shrub habitats and scrub-shrub bird abundance was shown to increase with both increasing complexity and area of these beaver habitats (Chandler et al. 2009). In a study in Idaho, beaver pond habitat dominated by willows had three times the density and richness of birds in comparison with an unmodified stream reach that lacked willows (Medin 1990).

Rvsd Plan - 00006653

Because beaver promote the growth of willows, they can create habitat suitable for endangered birds such as the southwestern willow flycatcher and least Bell's vireo (Longcore et al. 2007).

In the western U.S., beaver ponds are especially important habitat for waterfowl (McKinstry et al. 2001). In the high country of Colorado, ducks used only beaver ponds, including for nesting, to the exclusion of all other water types (Rutherford 1955). In Wyoming, there were 7.5 ducks/km on streams with beaver ponds compared to 0.1 ducks/km on streams without beaver (McKinstry et al. 2001). One study found that the vast majority of brood production by water birds was in beaver-created wetlands, likely due to greater macroinvertebrate abundance (Longcore et al. 2006).

### 5.2.2.2.3  Mammals

Not surprisingly, beaver enhance habitat for other semi-aquatic mammals including muskrat, mink, and river otter (Leighton 1933, Rutherford 1955, Neff 1957, Dubuc et al. 1990, McKinstry et al. 1997, Rosell et al. 2005). For example, river otters select watersheds with high proportions of beaver wetlands because these provide key habitat factors such as stable water levels, cover, and abundant food (Dubuc et al. 1990). Otters are considered commensal with beaver and beaver activities are thought to play a major role in allowing expansion of otter into smaller streams and preventing extirpation of otter in Arkansas (Tumlison et al. 1982). In Idaho, beaver benefitted otters by providing the primary sites for denning and resting, which were primarily in beaver bank dens and lodges (Melquist and Hornocker 1983).

There are few quantitative data on the impact of beaver activities on small mammals, although it is expected that beaver would enhance habitat for species associated with riparian habitats. Studies have found higher densities of shrews, voles, and jumping mice at beaver-modified areas as compared to unmodified stream reaches (Medin and Clary 1991, Suzuki and McComb 2004). In one study, the number of small mammals captured at a beaver pond was three times higher than at the unmodified stream, primarily due to exceptional response of montane voles, which were 80% more abundant at the pond (Medin and Clary 1991). Long-tailed voles and western jumping mice were found only at beaver ponds (Medin and Clary 1991). The water shrew and meadow jumping mouse were found to be closely associated with beaver dams in Manitoba (Wrigley et al. 1979) and water shrews have been found as commensals in a beaver lodge (Siegler 1956). In the American Southwest, a dramatic decline in the distribution of the meadow jumping mouse was attributed, in part, to the loss of beaver (Frey and Malaney 2009). Beaver improve habitat for bats by creating still pools used for drinking, snags used for roosting, and openings used for hunting (Menzel et al. 2001, Brooks and Ford 2005).

Beaver create food for large mammals including raccoon, bears, deer, elk, and moose (Rosell et al. 2005). In forested areas, beaver meadows are important

Rvsd Plan - 00006654

sources of succulent plants used by ungulates and bears (Kay 1994). Beaver ponds and meadows are important sources of aquatic plants for moose (Müller-Schwarze and Sun 2003). The beaver-willow mutualism results in abundant riparian willows, which are used as browse by ungulates (Coady , Kay 1994, Kay 1997, Baker et al. 2005). Moose may be more likely to not harm willows than other ungulates because they have lower population densities and they feed high up in the shrubs rather than lower on new shoots (Smith 2007). During fall and winter ungulates make use of bark and branches from trees that have been felled by beaver (Rosell et al. 2005). Beaver ponds can provide a source of drinking water for wildlife during drought. Several species of carnivores have been reported using beaver lodges as dens and utilizing beaver for prey (Rosell et al. 2005). The high diversity and density of small mammals at beaver ponds would provide abundant prey for carnivores.

# 6    SOCIO-ECONOMIC BENEFITS

Beavers' impacts on the goods and services society derives from healthy ecosystems provide a useful perspective for understanding the socioeconomic importance of protecting and restoring beaver populations on western national forests (Appendix A: Framework for Economic Evaluation of Ecosystem Services).

## 6.1    Beaver Ecosystem Service Values

In general, beavers interact with the surrounding ecosystem by felling trees, eating tree and shrub material, and often building dams with the felled trees, shrubs, and other debris. These activities either directly or indirectly impact the ecosystem around them. The impacts can be separated into four categories: water quality, water quantity, ecosystems, and habitat. Figure 4 describes the various ecosystem impacts beaver activities have upstream and downstream of their dams. Table 1 (ECONorthwest 2011) illustrates economic values for some of the types of ecosystem service that can be generated by beaversThe dams beavers build directly and indirectly impact the water quantity both upstream and downstream of the dam. Beaver dams impede the flow of water and create pools of very slow-moving water directly upstream. At times of low base flows, beaver dams can hold 30 to 60 percent of available water (Kay 1994). In systems with seasonal water shortages, this storage and subsequent slow release can be crucial to maintaining minimum baseflows for downstream habitat, and valuable late season flows for irrigators and other water consumers. Furthermore, decreased water velocity and more consistent water volume result in decreased severity of flooding events and increased groundwater recharge in downstream waterways (Gurnell 1998). Healthy beaver populations can reach densities sufficient to have significant effects on the landscape for water storage and flow. Observed landscape densities achieve one colony per square kilometer, increasing the area of land inundation by 1 to 13

Rvsd Plan - 00006655

**FIGURE 4. Beavers' Potential Impacts on Streams and Related Ecosystems**



Source: ECONorthwest (2011) with data from: Gurnell 1998; Naiman, Melillo and Hobbie 2006; Naiman, Johnston and Kelley 1988; Rosell, Bozser, Collen and Parker 2005.

percent in Minnesota and up to 50 dams per stream mile in Idaho (Johnston and Naiman 1990).

The value of water quantity is well documented. One review of water-rights acquisitions, for example, found that purchasers of water in areas receiving streamflow from national forests have paid $96 per acre-foot, on average (Brown 2004.) Communities across the United States are evaluating and implementing costly new water supply options, such as water reuse and desalination, with prices from $300 to $1300 per acre-foot for water reuse, and from $2000 to $3000 per acre-foot for desalination (Fryer 2010). Beavers offer alternatives for increasing water supply at much lower costs. The potential density of beaver and the potential extent of inundation identified above demonstrate that beaver can have a substantial impact on the amount of water available in water-scarce watersheds, particularly those with dry seasons. When small communities spend well into the

Rvsd Plan - 00006656

millions to expand their water supply, the potential avoided costs provided by beaver are substantial.

### 6.1.1 Water Quality

Beaver dams have several impacts on water quality, both upstream and

**TABLE 1. Illustrative List of the Value Derived from Water-Related Ecosystem Services**

| Ecosystem Service | Unit of Change | Economic Importance | Method of Valuation | Value |
|---|---|---|---|---|
| Stormwater Retention | Cubic foot of stormwater flow | Avoided cost of increasing stormwater retention capacity | Avoided Cost | $2.50 / cubic foot[1] |
| Water Quality | Change in value of water quality index | Change in economic well-being | Contingent Valuation | $30 - $150 / household[2] |
| Regulation of Disturbances | Change in acres of wetland habitat | Avoided cost of increasing floodwater storage | Avoided Cost | $500 - $2,700 / acre / year[3] |
| Water Clarity | Change in water clarity | Change in lakefront housing prices | Hedonic Analysis | $1,700 - $14,700 / meter of clarity[4] |
| Recreational Opportunities | Change in water quality | Change in economic well-being derived from recreating and change in number of trips | Contingent Valuation and Revealed Preference | $73 - $102 / trip[5] |
| Groundwater Quality | Risk of groundwater contamination | Change in economic well-being derived from decreased risk of groundwater contamination | Contingent Valuation | $240 - $2,000 / household[6] |
| Fish Habitat | Change in quality of habitat and population | Change in consumer surplus from fisheries | Bioeconomic Model | $0.30 - $0.80 / acre of drainage basin[7] |

[1] American Forests. 1998.
[2] Carson and Mitchell. 1993.
[3] Leschine, Wellman, and Green. 1997.
[4] Gibbs, Halstead, Boyle, and Huang. 2002.
[5] Whitehead 2000.
[6] Sun, Begstrom and Dorfman. 1992.
[7] Knowler, MacGregor, Bradford and Peterman. 2003

downstream of the dam. A beaver dam's impacts on water quality stem primarily from sediment capture in pools of very slow-moving water upstream of the dam. As water slows, sediment sinks to the bottom of the pool. The sediment is typically a mix of organic and inorganic components. Once the sediment has settled, a number of biogeochemical processes occur, changing the nutrient composition of the pond floor. Many of these nutrients remain on the bottom of the pond and are not released into downstream waterways. Downstream, the increased sediment retention results in decreases in the concentration of certain harmful nutrients. Furthermore, the delayed water flow the dam causes decreases the water temperature of downstream waterways. With a more consistent quantity of water flowing at a lower velocity for a longer period of time, the numbers of high-temperature days downstream of the dam decrease as mentioned in the previous section.

Rvsd Plan - 00006657

As beaver dams capture sediment and other material, they can generate multiple economic benefits. Communities downstream, for example, can realize cost savings of not having to filter the material from water supplies, fish managers can see improvements in fish habitat, and the owners of human-built dams can realize extensions in the life of reservoirs and water storage facilities. Beaver ponds have observed siltation rates from 1 to 40 cm per year across the area of the pond (Butler and Malanson 2005). Beaver ponds in one study averaged 225 $m^3$ of captured sediment per pond, and as much as 5000 $m^3$ (Butler and Malanson 2005). By capturing sediment, beaver dams also can lower dredging costs in downstream waterways and reservoirs.

Examples of values for improving water quality through avoided costs via ecosystem services abound. Clean Water Services, a water-resource management utility in northwestern Oregon, avoided investing in a chiller for a water treatment plant on the Tualatin River by planting riparian vegetation to shade and cool the river, for a savings of $50 million (Niemi, Lee and Raterman 2007). Portland, Oregon avoided purchasing a $200 million filtration treatment system for its water supply by protecting 102 square miles of its watershed. This avoided cost constitutes an economic benefit of $3,000 per acre for water filtration services (ECONorthwest, and Krieger 2001). The cities of Portland and Auburn, Maine are each saving over $20 million in a similar fashion, while New York City saves over $4 billion in water treatment costs through watershed function protection and restoration (Postel and Thompson. 2005.) Clearly, if beaver activity can contribute significantly to improvement of a watershed's water quality, the cost savings can rise well into the millions of dollars.

### 6.1.2   Habitat

Beaver activity can play important roles in maintaining valuable habitat, as described in the previous section. Wetlands are a particularly valuable ecosystem and habitat type because of the range of valuable services they provide, and the significance of the plant and animal species they support. Table 2 (ECONorthwest 2011) illustrates some of the values reported in the literature for ecosystem services associated with wetland habitat, showing average values and the range of values across 39 wetland studies. Efforts to protect and restore wetlands range across the country with limited success, and high-demonstrated costs, such as through wetland mitigation banks. The cost-savings and success-rate improvements offered by beavers under the proper conditions are again significant avoided costs and benefits.

Beaver dams can prevent and reverse stream incision, which separates rivers from the floodplain, lowers water tables, and carries sediment downstream. All these effects have significant, detrimental effects on downstream water quality, available

Rvsd Plan - 00006658

water quantity (both instream and groundwater) and habitat viability. One U.S. Forest Service review of costs to restore streams with incision found restoration costs exceeding $60,000 per stream mile, with costs potentially exceeding $100,000 per mile (Bair 2004).

### 6.1.3   Recreation

Improvements to water quality, water quantity, habitat, and wildlife populations all contribute to substantial improvements in the quality and quantity of recreation

**TABLE 2. Value of Ecosystem Services Associated with Wetland Habitat ($/Acre/Year)**

| Single Service Wetland Type | Mean Value | Range of Values |
|---|---|---|
| Flood Attenuation | $645 | $146–$2,865 |
| Water Quality | $684 | $207–$2,260 |
| Water Quantity | $208 | $10–$4,216 |
| Recreational Fishing | $585 | $156–$2,201 |
| Commercial Fishing | $1,276 | $177–$9,214 |
| Bird Hunting | $115 | $41–$323 |
| Bird Watching | $1,988 | $866–$4,562 |
| Amenity | $5 | $2–$23 |
| Habitat | $502 | $156–$1,609 |
| Storm | $389 | $18–$8,433 |
| Base Value of Net Primary Productivity | | $2,400–$4,800 |

Source: Woodward and Wui 2001.

opportunities, and thus the resulting level of demand for recreation activities in beaver-influenced areas. Economists frequently estimate outdoor recreation values, looking at recreationists' expenditures and travel costs, to demonstrate the economic value of natural resources. Considering the wide range of their impacts on water and on related vegetation and wildlife, beavers can have broad and significant effects on recreation values. Table 3 (ECONorthwest 2011) illustrates some of the values associated with different types of outdoor recreation that might be affected by beavers. The economic value represents the net economic benefit of outdoor recreation, i.e., the difference between what a recreationist is willing to pay and what he or she actually pays. Data in Table 3 represent the mean value for one person participating in a recreational activity for a portion of one day.

## 7    EXISTING STATUS OF SPECIES

### TABLE 3. Value of Recreation ($/recreation-day)

| Activity | Pacific Coast Mean | National Mean | National Range |
|---|---|---|---|
| Biking | – | $61.74 | $24.08–$85.98 |
| Fishing | $50.55 | $49.07 | $2.37–$288.43 |
| Hiking | $36.52 | $50.09 | $2.13–$298.59 |
| Nonmotorized boating | – | $84.19 | $20.56–$360.54 |
| Sightseeing | $69.24 | $49.06 | $0.74–$239.03 |
| Swimming | $31.09 | $28.82 | $2.50–$67.11 |
| Wildlife viewing | $40.66 | $41.94 | $3.23–$220.95 |

Source: Rosenberger and Loomis 2001.

The protection and management status of beaver vary dramatically by state and federal agency as well as across states. This varied status presents a challenge for federal land managers and state wildlife agencies, but also an opportunity for USFS to engage federal and state wildlife agencies in cooperative management and restoration of beaver as an adaptation to the effects of climate change.

7.1    Status Under State and Federal Policy, Law

Beaver are managed under a variety of protective status and trapping regulations. Only two western states, Utah and Oregon, have developed species-specific management plans for beaver. The *Utah Beaver Management Plan,* approved by the Utah Division of Wildlife Resources Wildlife Board in 2010, states as its goal, "Maintain healthy, functional beaver populations in ecological balance with available habitat, human needs, and associated species" (UDWR 2010).

Most states label beaver as a furbearer and regulate trapping through the state's wildlife agency. Beaver are managed to provide recreational and commercial fur harvest, and take for damage control is regulated (Table 4; ECONorthwest 2011). Killing or relocation of animals considered a nuisance on private property is allowed, but in some states a permit is required. Each state has slightly different trapping regulations applicable to beaver, but most restrict trapping seasonally and geographically, and some have bag limits (Table 5). Arizona, New Mexico and Oregon ban trapping of beaver on most national forests and several other states have closed particular streams and rivers on federal lands.

Food and habitat availability may be the major limiting factor in present day

distribution of beaver rather than trapping or management to mitigate damage to human developments. However, beaver continue to be lethally removed by the federal government in all western states (See Section 8.3).

Colorado is unique in that voters passed Amendment 14 (CRS 33-6-203) to the state Constitution in 1997, banning lethal methods of trapping beaver and effectively halting sport and commercial harvest of beaver (Boyle and Owens 2007).

## 7.2    Comprehensive Wildlife Conservation Strategy Plans

Each state has a Comprehensive Wildlife Conservation Strategy (CWCS). Table 5 identifies the three states that have designated beaver a Species of Greatest Conservation Need (SGCN) or similar status. In Oregon, Washington and Vermont beaver is discussed frequently in the CWCS with regard to its keystone role in ecosystem structure and function, but is not designated any special status.

## 7.3    APHIS: Lethal Beaver Removal

The USDA Animal and Plant Health Inspection Service (APHIS) Wildlife Services conducts animal damage control in response to requests for assistance across the nation. Wildlife Services Annual Program Data Reports provide information about its wildlife damage management activities, including the number of beaver lethally removed, typically by trapping or firearms. In 2009, the latest year numbers were published on the web, 26,104 beavers were lethally removed in the U.S.[13] In the states we examined in the year 2009, 19,077 beaver were lethally removed by APHIS Wildlife Services. Wildlife Services killed the greatest number of beaver (4,568) in North Carolina, while none were killed in Arizona (Table 6). Over the last decade the total number of beaver lethally removed by APHIS Wildlife Services across the United States was greater than 230,000.

---

[13] http://www.aphis.usda.gov/wildlife_damage/prog_data/prog_data_report_FY2008.shtml

Rvsd Plan - 00006661

**TABLE 4. Beavers Trapped Commercially or for Sport by State in the Last Year Reported[a]**

| State | Beavers[b] |
|---|---|
| AK | 2,146 |
| AR | 4,686 |
| AZ | 10 |
| CA | 160 |
| ID | 2,803 |
| IN | 3,744 |
| MI | 12,819 |
| MN | 49,000 |
| MS | 10,544 |
| MT | 7,420 |
| NC | 8,370 |
| NH | 2,709 |
| NM | 83 |
| NV | 684 |
| OH | 2,859 |
| UT | 500 |
| WI | 31,049 |
| WV | 783 |
| WY | 3,329 |

[a]States listed are a sample of those with National Forest System lands.
[b]Numbers are as reported by state and some are estimates.

34

**TABLE 5. Status Under State Comprehensive Wildlife Conservation Strategy (CWCS) and Trapping Regulations[a]**

| State | CWCS Status | Hunting and Trapping Regulations |
|---|---|---|
| AK | Admiralty Island beaver only | Some areas closed, no bag limit |
| AL | None | Year-round, no bag limit |
| AR | None | Seasonal, no bag limit |
| AZ | Species of Greatest Conservation Need (SGCN) | Seasonal, leg-hold and instant kill traps banned on public lands including national forests |
| CA | None | Seasonal, no bag limit, closed areas, "no body-gripping traps for recreational trapping or commerce in fur" |
| CO | None | Seasonal, no bag limit, leg-hold traps must be padded |
| GA | None | Year-round, no bag limit |
| IN | None | Year-round, no bag limit |
| ID | None | Seasonal, bag limits, trapping units |
| KY | None | Year-round, no bag limit |
| LA | | Seasonal, no bag limit |
| MI | None | Year-round, no bag limit |
| MN | None | Year-round, no bag limit |
| MS | None | Seasonal, no bag limit |
| MT | "Species of Concern" | Seasonal, bag limits, trapping units/districts |
| NC | None | Year-round, no bag limit |
| NH | None | Year-round, bag limit of 10 |
| NM | SGCN | Seasonal, closed areas including the Gila, Cibola, Lincoln and Apache-Sitgreaves national forests |
| NV | None | Seasonal, open statewide |
| OR | None | Seasonal, national forests closed, mandatory trapper education course |
| OH | None | Seasonal, no bag limit |
| SC | None | Year-round, no bag limit |
| TX | None | Seasonal, no bag limit |
| UT | None | Seasonal, no bag limit, some closed areas, device restrictions |
| VA | None | Seasonal, no bag limit |
| VT | SGCN | Seasonal, no bag limit |
| WA | None | Seasonal, leg-hold and body-gripping traps banned for recreational trapping or commerce in fur |
| WI | None | Seasonal, no bag limit |
| WV | None | Seasonal, no bag limit |
| WY | None | Seasonal, some closed areas, bag limits |

[a] States listed are a sample of those with National Forest System lands.

Rvsd Plan - 00006663

**TABLE 6. Beavers Killed by USDA APHIS Wildlife Services in 2008 and 2009.[a]**

| State | Beavers Killed 2008 | Beavers Killed 2009 |
|-------|---------------------|---------------------|
| AK | 5 | None Reported (NR) |
| AL | 1,408 | 1,453 |
| AR | NR | NR |
| AZ | NR | 5 |
| CA | 1,210 | 1,288 |
| CO | 124 | 189 |
| GA | 338 | 205 |
| ID | 75 | 65 |
| IN | NR | NR |
| KY | 282 | 175 |
| LA | 1,196 | 1,001 |
| MI | NR | NR |
| MN | 558 | 308 |
| MS | 3,390 | 3,721 |
| MT | 10 | NR |
| NC | 4,697 | 4,568 |
| NH | NR | NR |
| NM | 37 | 14 |
| NV | 5 | 5 |
| OR | 434 | 668 |
| SC | 1,344 | 1,561 |
| TX | 2,070 | 2,739 |
| UT | 15 | 10 |
| VA | 567 | 405 |
| VT | NR | NR |
| WA | 461 | 301 |
| WI | 1,125 | 1,149 |
| WV | NR | NR |
| WY | 27 | 56 |
| **Total** | **19,447** | **19,077** |

[a]States listed are a sample of those with National Forest System lands.

Rvsd Plan - 00006664

## 7.4   NFMA and Management Indicator Species

The National Forest Management Act (NFMA) of 1976 is the primary statute governing the administration of national forests.[14] The NFMA requires the USFS to "provide for diversity of plant and animal communities."[15] The Department of Agriculture (USDA) Forest Service rules for planning (planning rule) were first promulgated in 1982. Considered to be out of date, a revision of these rules commenced in 2000. The USFS is currently operating under the transition provisions of the 2000 Planning Rule that allows forests to develop, revise and amend land and resource management plans ("forest plans"), as required by NFMA, using the procedures of the 1982 Rule. All existing forest plans have been developed using the 1982 Planning Rule procedures. Subsequent rules promulgated in 2005 and 2008 were enjoined in legal actions.

The 1982 NFMA planning regulations require the identification and monitoring of management indicator species (MIS).[16] Unique MIS are identified in the forest plans of each national forest and are generally identified because they were thought to be sensitive to management activities and indicate changes in forest conditions.

In  the western states, thirteen percent (6 of 76) of national forest units name beaver as an MIS in their forest plans. National forests could effectively and efficiently contribute to their NFMA obligation to provide for diversity of plant and animal communities, particularly for freshwater aquatic and riparian systems, with the identification of beaver as an MIS and the support and re-establishment of functional beaver populations.

## 7.5   NEPA and Climate Change Adaptation

The National Environmental Policy Act (NEPA) of 1970 establishes national environmental policy and goals for the protection, maintenance, and enhancement of the environment and provides a process for implementing these goals within the federal agencies.[17]  The NEPA also established the Council on Environmental Quality (CEQ). The CEQ promulgated regulations implementing NEPA in 1978.[18] The NEPA regulations are binding on all federal agencies and address the procedural provisions of NEPA and the administration of the NEPA process, including preparation of Environmental Impact Statements and Environmental Assessments.

---

[14] 16 U.S.C. §§ 1600-1614.
[15] 16 U.S.C. § 1604(g)(3)(B).
[16] 36 C.F.R. § 219.19, 1982.
[17] 42 U.S.C. 4321 et seq.
[18] 40 CFR Parts 1500-15081.

Rvsd Plan - 00006665

On February 18, 2010, CEQ issued "Draft NEPA Guidance on Consideration of the Effects of Climate Change and Greenhouse Gas Emissions."  The draft guidance notes that in the process of analyzing the environmental impacts of a proposed action, a federal agency such as the USFS, "...may assess the extent that the effects of the proposal for agency action or its alternatives will add to, modify, or mitigate [climate change] effects. Such effects may include, but are not limited to, effects on the environment . . . and on vulnerable populations who are more likely to be adversely affected by climate change."

A proposal to support, increase, or reintroduce beaver (or not) on a national forest should be assessed in forest plan and project NEPA documents for its consequences for adaptation to climate change in light of relevant beaver ecosystem services such as summarized and referenced in this report.

The USFS has issued guidance documents for incorporating climate change into land management planning and projects.[19] The guidance documents, entitled "Climate Change Considerations in Project Level NEPA Analysis" and "Climate Change Considerations in Land Management Plan Revisions," provide the USFS with the support needed to integrate climate change into land management planning and project-level NEPA documentation.

This USFS guidance notes, "the Agency may propose projects to increase the adaptive capacity of ecosystems it manages. Also, proposals may include adaptation proposals and adaptive management strategies to allow for uncertainties in environmental conditions resulting from climate change."

As demonstrated in the extensive literature on the ecological and abiotic effects of dam-building beaver summarized and referenced in this report, the support and restoration of functional beaver throughout the National Forest System would provide a significant measure of adaptation to predicted and observed climate change in the form of increased native biodiversity, restoration of riparian resilience, and hydrological benefits.

# 8   CONCLUSION

Based on the scientific information presented here, it is clear that the USFS has a highly efficacious adaptation strategy readily available in the form of inventory and reestablishment of historic, range-wide beaver populations on national forests.

The information provided in this report demonstrates the critical functional roles beavers play in adaptation of aquatic and forested ecosystems to climate change as

---

[19] http://www.fs.fed.us/emc/nepa/climate_change/index.htm

Rvsd Plan - 00006666

well as socio-economic benefits associated with inventory and reestablishment of this wildlife species.

# 9   GENERAL REFERENCES

Albert, S. 1999. The beaver and the flycatcher. *Endangered Species Bulletin* 24:16-17.

Albert, S. and T. Trimble. 2000. Beavers are partners in riparian restoration on the Zuni Indian Reservation. *Ecological Restoration* 18:87-92.

American Forests. 1998. *Regional Ecosystem Analysis Puget Sound Metropolitan Area.* http://www.americanforests.org/resources/urbanforests/analysis.php. Accessed October 20, 2010.

Apple, L. L. 1983. The use of beavers in riparian/aquatic habitat restoration in a cold desert, gully-cut stream system: a case history. Pp. 29-35 in *Proceedings of the Annual Meeting of the American Fisheries Society. American Fisheries Society.*

Apple, L. L. 1985. Riparian habitat restoration and beavers. Pages 489-490 *in* R.R. Johnson et al. (Eds.) *Riparian Ecosystems and Their Management: Reconciling Conflicting Uses.* First North American Riparian Conference.

Apple, L. L., B. H. Smith, J. D. Dunder, and B. W. Baker. 1995. The use of beavers for riparian/aquatic habitat restoration of cold desert, gully-cut stream systems in southwestern Wyoming. Pages 123-130 *in* G. Pilleri, editor. Investigations on beaver, volume 4. Brain Anatomy Institute, Berne, Switzerland.

Aznar, J. C. and A. Desrochers. 2008. Building for the future: Abandoned beaver ponds promote bird diversity. *Ecoscience* 15:250-257.

Bair, B. 2004. Stream restoration cost estimates. In *In:  Salmon Habitat Restoration Cost Workshop.* Gladstone, OR: Pacific States Marine Fisheries Commission.

Baker, B. W. 1995. Restoring healthy riparian ecosystems on western rangelands: beaver as a keystone species. *Bulletin of the Ecological Society of America* 2, Supplement:10.

Baker, B. W., H. C. Ducharme, D. C. S. Mitchell, T. R. Stanley, and H. R. Peinetti. 2005. Interaction of beaver and elk herbivory reduces standing crop of willow. *Ecological Applications* 15:110-118.

Bartel, R. A., N. M. Haddad, and J. P. Wright. 2010. Ecosystem engineers maintain a rare species of butterfly and increase plant diversity. *Oikos* 119:883-890.

Barton, B. J. and C. E. Bach. 2005. Habitat use by the federally endangered Mitchell's satyr butterfly (*Neonympha mitchellii mitchellii*) in a Michigan prairie fen. *American Midland Naturalist* 153:41-51.

Bayley, S. E. and J. K. Guimond. 2008. Effects of river connectivity on marsh vegetation community structure and species richness in montane floodplain wetlands in Jasper National Park, Alberta, Canada. *Ecoscience* 15:377-388.

Beck, J. L., D. C. Dauwalter, K. G. Gerow, and G. D. Hayward. 2010. Design to monitor trend in abundance and presence of American beaver (*Castor canadensis*) at the national forest scale. *Environmental Monitoring and Assessment* 164:463-479.

Rvsd Plan - 00006667

Beedle, D. 1991. Physical dimensions and hydrologic effects of beaver ponds on Kuiu Island in southeast Alaska. Master's thesis. Oregon State University, Corvallis.

Beier, P. and R. H. Barrett. 1987a. Beaver habitat use and impact in Truckee River basin, California. *Journal of Wildlife Management* 51:794-799.

Beschta, R. L. and W. J. Ripple. 2010. Recovering Riparian Plant Communities with Wolves in Northern Yellowstone, USA. *Restoration Ecology* 18:380-389.

Bonner, J. L. 2005. *An Examination of the Influence of Beaver Impoundments on Vegetative Composition and Modeling Habitat Suitability As a Tool For Wildlife Management and Conservation.* Thesis submitted to the Davis College of Agriculture, Forestry, and Consumer Sciences at West Virginia University.

Bonner, J. L., J. T. Anderson, J. S. Rentch, and W. N. Grafton. 2009. Vegetative composition and community structure associated with beaver ponds in Canaan valley, West Virginia, USA. *Wetlands Ecology and Management* 17:543-554.

Boyle, S. and S. Owens. 2007. North American Beaver (*Castor canadensis*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. http://www.fs.fed.us/r2/projects/scp/assessments/northamericanbeaver.pdf. Accessed October 4, 2010.

Brayton, D. S. 1984. The beaver and the stream. *Journal of Soil and Water Conservation* 39:108-109.

Briggs, M. K. 1996. *Riparian Ecosystem Recovery in Arid Lands: Strategies and References.* Tucson, AZ: The University of Arizona Press.

Brooks, R. T. and W. M. Ford. 2005. Bat activity in a forest landscape of central Massachusetts. *Northeastern Naturalist* 12:147-462.

Brown, T. 2004. The marginal economic value of streamflow from national forests. Disc. Pap. DP-04-1, RMRS-4851. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station.

Bryan, K. 1928. Historic evidence on changes in the channel of Rio Puerco, a tributary of the Rio Grande in New Mexio. Journal of Geology 36:265-282.

Bulluck, J. F. and M. P. Rowe. 2006. The use of southern Appalachian wetlands by breeding birds, with a focus on Neotropical migratory species. *Wilson Journal of Ornithology* 118:399-410.

Burchsted, D., M. Daniels, R. Thorson and J. Vokoun. 2010. The River Discontinuum: Applying Beaver Modifications to Baseline Conditions for Restoration of Forested Headwaters. *BioScience* 60(11):908-922. 2010.

Burns, D. A. and J. J. McDonnell. 1998. Effects of a beaver pond on runoff processes: comparison of two headwater catchments. *Journal of Hydrology* 205:248-264.

Butler, D. R. and G. P. Malanson. 1995. Sedimentation rates and patterns in beaver ponds in a mountain environment. *Geomorphology* 13:255-269.

Butler, D. R. and G. P. Malanson. 2005. The geomorphic influences of beaver dams and failures of beaver dams. *Geomorphology* 71:48-60.

Carson, R. and R. Mitchell. 1993. The value of clean water: the public's willingness to pay for boatable, fishable, and swimmable quality water. *Water Resources Research* 29(7): 2445-2454.

Rvsd Plan - 00006668

Chandler, R. B., D. I. King, and S. DeStefano. 2009. Scrub-shrub bird habitat associations at multiple spatial scales in beaver meadows in Massachusetts. *Auk* 126:186-197.

Cirmo, C. P. and C. T. Driscoll. 1993. Beaver pond biogeochemistry: acid neutralizing capacity geneation in a headwater wetland. *Wetlands* 13:277-292.

Coady, J. W. Moose (*Alces alces*). Pages 902-922 *in* Chapman. J.A., and G. A. Feldamer, editors. *Wild Mammals of North America: Biology, Management, Economics*. The Johns Hopkins University Press, Baltimore.

Cohn, J. P. 2001. Resurrecting the dammed: A look at Colorado River restoration. *Bioscience* 51:998-1003.

Collen, P. and R. J. Gibson. 2001. The general ecology of beavers (*Castor* spp.), as related to their influence on stream ecosystems and riparian habitats, and the subsequent effects on fish - a review. *Reviews in Fish Biology and Fisheries* 10:439-461.

Cooke, H. A. and S. Zack. 2008. Influence of beaver dam density on riparian areas and riparian birds in shrubsteppe of Wyoming. *Western North American Naturalist* 68:365-373.

Cunningham, J. M., A. J. K. Calhoun, and W. E. Glanz. 2006. Patterns of beaver colonization and wetland change in Acadia National Park. *Northeastern Naturalist* 13:583-596.

Cunningham, J. M., A. J. K. Calhoun, and W. E. Glanz. 2007. Pond-breeding amphibian species richness and habitat selection in a beaver-modified landscape. *Journal of Wildlife Management* 71:2517-2526.

Davis, A. F. 1993. Rare wetland plants and their habitats  in Pennsylvania. *Proceedings of the Academy of Natural Sciences of Philadelphia* 114:254-262.

Debano, L. F. and L. J. Schmidt. 1990. Potential for enhancing riparian habitats in the southwestern United States with watershed practices. *Forest Ecology and Management* 33-4:385-403.

De Groot, R., M. Wilson, and R. Boumans. 2002. A typology for the classification, description and valuation of ecsosystem functions, goods and services. *Ecological Economics* 41: 393-408.

Donkor, N. T. 2007. Impact of beaver (*Castor canadensis kuhl*) foraging on species composition of boreal forests. Pages 579-602 *in* Edward, A.J., and M. Kiyoko, editors. *Plant Disturbance Ecology*. Burlington, VT Elsevier Academic Press.

Donkor, N. T. and J. M. Fryxell. 2000. Lowland boreal forests characterization in Algonquin Provincial Park relative to beaver (*Castor canadensis*) foraging and edaphic factors. *Plant Ecology* 148:1-12.

Driscoll, C. T., B. J. Wyskowski, C. C. Cosentini, and M. E. Smith. 1987. Processes regulating temporal and longitudinal variations in the chemistry of a low-order woodland stream in the Adirondack region of New York. *Biogeochemistry* 3:225-241.

Dubuc, L. J., W. B. Krohn, and R. B. Owen. 1990. Predicting occurence of river otters by habitat on Mount Desert Island, Maine. *Journal of Wildlife Management* 54:594-599.

Rvsd Plan - 00006669

ECONorthwest 2011. With data from the Portland Water Bureau, http://www.portlandonline.com/water/index.cfm?c=29784. Accessed February 3, 2011.

Edwards, N. T. and D. L. Otis. 1999. Avian communities and habitat relationships in South Carolina Piedmont beaver ponds. *American Midland Naturalist* 141:158-171.

Ehrman, T. P. and G. A. Lamberti. 1992. Hydraulic and particulate matter retention in a 3rd-order Indiana stream. Journal of the *North American Benthological Society* 11:341-349.

Finley, W. L. 1937. The beaver--conserver of soil and water. *Transactions of the American Wildlife Conference* 2:295-297.

Fouty, S. C. 1996. Beaver trapping in the Southwest in the early 1800s as a cause of arroyo formation in the late 1800s and early 1900s (abs). Geological Society of American – Cordilleran Section, Protland, OR, GSA.

Fouty, S. C. 2003. Current and Historic Stream Channel Response to Changes in Cattle and Elk Grazing Pressure and Beaver Activity. Ph.D. Dissertation. University of Oregon, Department of Geography.

Frey, J. K. and J. L. Malaney. 2009. Decline of the meadow jumping mouse (*Zapus hudsonius luteus*) in two mountain ranges in New Mexico. *Southwestern Naturalist* 54:31-44.

Fryer, J. 2010. An Investigation of the Marginal Cost of Seawater Desalination in California: Produced for Residents for Responsible Desalination. Residents for Responsible Desalination. *r4rd.org/wp-content/.../Cost_of_Seawater_Desalination__Final_3-18-09.pdf. Accessed February 3, 2011.*

Gard, R. 1961. Effects of beaver on trout in Sagehen Creek, California. *Journal of Wildlife Management* 25:221-242.

Garrison, G. C. 1967. Pollen stratigraphy and age of an early postglacial beaver site near Columbus, Ohio. *The Ohio Journal of Science* 67:96-105.

Gibbs, J., J. Halstead, K. Boyle, and J. Huang. 2002. "An hedonic analysis of the effects of lake water clarity on New Hampshire lakefront properties." *Agricultural and Resource Economics Review* 31(1): 39-46.

Goodwin, C. N., C. P. Hawkins, and J. L. Kershner. 1997. Riparian restoration in the western United States: Overview and perspective. *Restoration Ecology* 5:4-14.

Grasse, J. E. and E. F. Putnam. 1950. Beaver management and ecology in Wyoming. Wyoming Game and Fish Commission Bulletin 6:1-52.

Grover, A. M. and G. A. Baldassarre. 1995. Bird species richness within beaver ponds in south-central New York. *Wetlands* 15:108-118.

Gurnell, A. M. 1998. The hydrogeomorphological effects of beaver dam-building activity. Progress in Physical Geography 22:167-189.

Hall, J. G. 1960. Willow and aspen in the ecology of beaver on Sagehen Creek, California. *Ecology* 41:484-494.

Hammerson, G. A. 1994. Beaver (*Castor canadensis*): Ecosystem alterations, management, and monitoring. *Natural Areas Journal* 14:44-57.

Rvsd Plan - 00006670

Hill, E. P. 1982. Beaver (*Castor canadensis*). Pages 256-281 *in* J. A. Chapman and G. A. Feldhamer, editors. *Wild Mammals of North America: biology, management, and economics.* Baltimore, MD: The Johns Hopkins University Press,

Hillman, G. R. 1998. Flood wave attenuation by a wetland following a beaver dam failure on a second order boreal stream. *Wetlands* 18:21-34.

Hodkinson, I. D. 1975a. A community analysis of the benthic insect fauna of an abandoned beaver pond. *Journal of Animal Ecology* 44:533-551.

Hodkinson, I. D. 1975b. Energy flow and organic matter decomposition in an abandoned beaver pond ecosystem. *Oecologia* 21:131-139.

Howard, R. J. and J. S. Larson. 1985. A stream habitat classification system for beaver. *Journal of Wildlife Management* 49:19-25.

Huey, W.S. 1956. *New Mexico beaver management.* New Mexico Department of Game and Fish. Bulletin No. 4:1-49. Santa Fe, NM.

Hunter, W. C., D. A. Buehler, R. A. Canterbury, J. L. Confer, and P. B. Hamel. 2001. Conservation of disturbance-dependent birds in eastern North America. *Wildlife Society Bulletin* 29:440-455.

Ingraham, M. and S. Foster. 2008. "The value of ecosystem services provided by the U.S. National Wildlife Refuge System in the contiguous U.S." *Ecological Economics* 67(4):608-618.

Ives, R. L. 1942. The beaver-meadow complex. *Journal of Geomorphology* 5:191-203.

Jakober, M. J., T. E. McMahon, R. F. Thurow, and C. G. Clancy. 1998. Role of stream ice on fall and winter movements and habitat use by bull trout and cutthroat trout in Montana headwater streams. *Transactions of the American Fisheries Society* 127:223-235.

Jenkins, S. H. 1980. A size-distance relation in food selection by beavers. *Ecology* 61:740-746.

Jenkins, S. H. and P. E. Busher. 1979. *Castor canadensis. Mammalian Species* 120:1-8.

Jin, L., D. I. Siegel, L. K. Lautz, and M. H. Otz. 2009. Transient storage and downstream solute transport in nested stream reaches affected by beaver dams. *Hydrological Processes* 23:2438-2449.

Johnston, C. A. and R. J. Naiman. 1990. Browse selection by beaver: effects on riparian forest composition. *Canadian Journal of Forest Research* 20:1036-1043.

Johnston, C. A. and R. J. R.J. Naiman. 1987. Boundary dynamics at the aquatic-terrestrial interface: The influence of beaver and geomorphology. *Landscape Ecology* 1:47-57.

Jones, C. G., J. H. Lawton, and M. Shachak. 1994. Organisms as ecosystem engineers. *Oikos* 69:373-386.

Karraker, N. E. and J. P. Gibbs. 2009. Amphibian production in forested landscapes in relation to wetland hydroperiod: A case study of vernal pools and beaver ponds. *Biological Conservation* 142:2293-2302.

Kauffman, J. B., R. L. Beschta, N. Otting, and D. Lytjen. 1997. An ecological perspective of riparian and stream restoration in the western United States. *Fisheries* 22:12-24.

Rvsd Plan - 00006671

Kay, C. E. 1994. The impact of native ungulates and beaver on riparian communities in the Intermountain West. *Natural Resources and Environmental Issues* 1:23-44.

Kay, C. E. 1997. Viewpoint: Ungulate herbivory, willows, and political ecology in Yellowstone. *Journal of Range Management* 50:139-145.

Kindschy, R. R. 1985. Response of red willow to beaver use in southeastern Oregon. *Journal of Wildlife Management* 49:26-28.

Kindschy, R. R. 1989. Regrowth of willow following simulated beaver cutting. *Wildlife Society Bulletin* 17:290-294.

Knowler, D., B. MacGregor, M. Bradford, and R. Peterman. 2003. "Valuing Freshwater Salmon on the West Coast of Canada." *Journal of Environmental Management* 69(3):261-273

Krieger, D. 2001. *Economic Value of Forest Ecosystem Services: A Review.* Washington, DC: The Wilderness Society.

Kuefler, D., N. M. Haddad, S. Hall, B. Hudgens, B. Bartel, and E. Hoffman. 2008. Distribution, population structure and habitat use of the endangered Saint Francis Satyr butterfly, *Neonympha mitchellii francisci. American Midland Naturalist* 159:298-320.

Kusler, J. 2003. *Assessing Functions and Values.* Institute for Wetland Science and Public Policy and the Association of Wetland Managers, Inc.

Lawrence, W. H. 1952. Evidence of the age of beaver ponds. *Journal of Wildlife Management* 16:69-79.

Le Page, C. and P. A. Keddy. 1998. Reserves of buried seeds in beaver ponds. *Wetlands* 18:242-248.

Leidholt-Bruner, K., D. E. Hibbs, and W. C. McComb. 1992. Beaver dam locations and their effects on distribution and abundance of coho salmon fry in two coastal Oregon streams. *Northwest Science* 66:218-223.

Leighton, A. H. 1933. Notes on the relations of beavers to one another and to the muskrat. *Journal of Mammalogy* 14:27-35.

Leschine, T., K. Wellman, and T. Green. 1997. The Economic Value of Wetlands: Wetlands' Role in Flood Protection in Western Washington. Washington State Department of Ecology. October.

Lochmiller, R. L. 1979. Use of beaver ponds by southeastern woodpeckers in winter. *Journal of Wildlife Management* 43:263-266.

Longcore, J. R., D. G. McAuley, G. W. Pendelton, C. R. Bennatti, T. M. Mingo, and K. L. Stromborg. 2006. Macroinvertebrate abundance, water chemistry, and wetland characteristics affect use of wetlands by avian species in Maine. *Hydrobiologia* 567:143-167.

Longcore, T., C. Rich, and D. Muller-Schwarze. 2007. Management by assertion: Beavers and songbirds at Lake Skinner (Riverside County, California). *Environmental Management* 39:460-471.

Lowry, M. M. 1993. *Groundwater Elevations and Temperature Adjacent to a Beaver Pond in Central Oregon.* M. S. Thesis. Corvallis, OR: Oregon State University.

Rvsd Plan - 00006672

Maret, T. J., M. Parker, and T. E. Fannin. 1987. The effect of beaver ponds on the nonpoint source water quality of a steam in southwestern Wyoming. *Water Research* 21:263-268.

Martinsen, G. D., E. M. Driebe, and T. G. Whitham. 1998. Indirect interactions mediated by changing plant chemistry: Beaver browsing benefits beetles. *Ecology* 79:192-200.

McComb, W. c., J. R. Sedell, and T. D. Buchholz. 1990. Dam-site selection by beavers in an eastern Oregon basin. *The Great Basin Naturalist* 50:273-281.

McCullough, M. C., J. L. Harper, D. E. Eisenhauer, and M. G. Dosskey. 2004. Channel aggradation by beaver dams on a small agriculural stream in eastern Nebraska. Pp. 364-369 *in* Ed. J. L. D'Ambrosio. Self-Sustaining Solutions for Streams, Wetlands, and Watersheds, Proceedings of the 12-15 September 2004 Conference. St. Paul, Minnesota USA. ASAE Publication Number 701P0904.

McDowell, D. M. and R. J. Naiman. 1986. Structure and function of a benthic invertebrate stream community as influence by beaver (*Castor canadensis*). *Oecologia* 68:481-489.

McGinley, M. A. and T. G. Whitham. 1985. Central place foraging by beavers (*Castor canadensis*): a test of foraging predictions and the impact of selective feeding on the growth form of cottonwoods (*Populus fremontii*). *Oecologia* 66:558-562.

McKinstry, M. C., P. Caffrey, and S. H. Anderson. 2001. The importance of beaver to wetland habitats and waterfowl in Wyoming. *Journal of the American Water Resources Association* 37:1571-1577.

McKinstry, M. C., R. R. Karhu, and S. H. Anderson. 1997. Use of active beaver, *Castor canadensis*, lodges by muskrats, *Ondatra zibethicus*, in Wyoming. *Canadian Field-Naturalist* 111:310-311.

McMaster, R. T. and N. D. McMaster. 2000. Vascular flora of beaver wetlands in western Massachusetts. *Rhodora* 102:175-197.

McRae, G. and C. J. Edwards. 1994. Thermal characteristics of Wisconsin headwater streams occupied by beaver: implications for brook trout habitat. *Transactions of the American Fisheries Society* 123:641-656.

Medin, D. E. 1990. Bird populations in and adjacent to a beaver pond ecosystem in Idaho. USDA Forest Service Intermountain Research Station Research Paper:U1-U6.

Medin, D. E. and W. P. Clary. 1991. Small mammals of a beaver pond ecosystem and adjacent riparian habitat in Idaho. Usda Forest Service Intermountain Research Station Research Paper:1-5.

Melquist, W. E. and M. G. Hornocker. 1983. Ecology of river otters in west central Idaho. *Wildlife Monographs* 1-60.

Menzel, M. A., T. C. Carter, W. M. Ford, and B. R. Chapman. 2001. Tree-roost characteristics of subadult and female adult evening bats (*Nycticeius humeralis*) in the Upper Coastal Plain of South Carolina. *American Midland Naturalist* 145:112-119.

Rvsd Plan - 00006673

Metts, B. S., J. D. Lanham, and K. R. Russell. 2001. Evaluation of herpetofaunal communities on upland streams and beaver-impounded streams in the upper Piedmont of South Carolina. *American Midland Naturalist* 145:54-65.

Müller-Schwarze, D. and L. Sun. 2003. *The Beaver: Natural History of a Wetlands Engineer*. Ithaca, NY: Cornell University Press.

Naiman, R. J. and J. M. Melillo. 1984. Nitrogen Budget of a Subarctic Stream Altered by Beaver (*Castor canadensis*). *Oecologia* 62:150-155.

Naiman, R., J. Melillo, and J. Hobbie. 2006. "Ecosystem Alteration of Boreal Forest Streams by Beaver." *Ecology* 67(5):1254-1269.

Naiman, R., C. Johnston, and J. Kelley. 1988. "Alteration of North American Streams by Beaver." *Bioscience* 38(11):753-762.

Naiman, R. J., G. Pinay, C. A. Johnston, and J. Pastor. 1994. Beaver influences on the long-term biogeochemical characteristics of boreal forest drainage networks. *Ecology* 75:905-921.

[NRC ]National Research Council 2010. *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia Committee on Stabilization Targets for Atmospheric Greenhouse Gas Concentrations*. Washington DC: National Research Council. ISBN: 0-309-15177-5, 190 http://www.nap.edu/catalog/12877.html. Accessed August 13, 2010.

Niemi, E., K. Lee and T. Raterman. 2007. *Net Economic Benefits of Using Ecosystem Restoration to Meet Stream Temperature Requirements.* Portland OR: ECONorthwest.

Neff, D. J. 1957. Ecological effects of beaver habitat abandonment in the Colorado Rockies. *Journal of Wildlife Management* 21:80-84.

Olson, R. and W. A. Hubert. 1994. Beaver: water resources and riparian habitat manager. Laramie, WY: University of Wyoming. 48 pp.

Parker, M., F. J. Wood, B. H. Smith, and R.G. Elder. 1985. Erosional downcutting in lower order riparian ecosystems: have historical changes been caused by removal of beaver? In R. R. Johnson, C.D. Ziebell, D. R. Patton, P. F. Ffolliott, and R. H. Hamre, (editors). *Riparian Ecosystems and Their Management: Reconciling Conflicting Uses*. U.S. Forest Service General Technical Report RM-120, 35-38.

Pastor, J. and R. J. Naiman. 1992. Selective foraging and ecosystem processes in boreal forests. *American Naturalist* 139:690-705.

Pearson, M. P. and M. C. Healey. 2003. Life-history characteristics of the endangered Salish Sucker (*Catostomus* sp.) and their implications for management. *Copeia*759-768.

Persico, L. and G. Meyer. 2009. Holocene beaver damming, fluvial geomorphology, and climate in Yellowstone National Park, Wyoming. *Quaternary Research* 71:340-353.

Pollock, M. M., T. J. Beechie, and C. E. Jordan. 2007. Geomorphic changes upstream of beaver dams in Bridge Creek, an incised stream channel in the interior Columbia River basin, eastern Oregon. *Earth Surface Processes and Landforms* 32:1174-1185.

Rvsd Plan - 00006674

Pollock, M.M., Heim, M. & Werner, D. 2003. Hydrologic and geomorphic effects of beaver dams and their influence on fishes. Pp. 213-233 *in* S.V. Gregory, K.L. Boyer & A.M. Gurnell, eds. *The Ecology and Management of Wood in World Rivers - Proceedings of the International Conference on Wood in World Rivers - Volume 37*. Corvallis, OR: American Fisheries Society. 431 pp.

Pollock, M. M., R. J. Naiman, and T. A. Hanley. 1998. Plant species richness in riparian wetlands - A test of biodiversity theory. *Ecology* 79:94-105.

Postel, S. and S. Carpenter. 1997. "Freshwater Ecosystem Services." *In:* G.C. Daily*, ed. Nature's Services: Societal Dependence on Natural Ecosystems*. Washington, D.C.: Island Press, pp.. 195-214.

Postel, S.L. and B.H. Thompson. 2005. "Watershed protection: Capturing the benefits of nature's water supply services." *Natural Resources Forum* 29: 98-108.

Popescu, V. D. and J. P. Gibbs. 2009. Interactions between climate, beaver activity, and pond occupancy by the cold-adapted mink frog in New York State, USA. *Biological Conservation* 142:2059-2068.

Retzer, J. L., H. M. Swope, J. D. Remington, and W. H. Rutherford. 1956. Suitability of physical factors for beaver management in the Rocky Mountains of Colorado. State of Colorado, Department of Game and Fish.

Rosell, F., O. Bozser, P. Collen, and H. Parker. 2005. Ecological impact of beavers *Castor fiber and Castor canadensis* and their ability to modify ecosystems. *Mammal Review*. 35(3):248-276.

Rosenberger, R.S. and J.B. Loomis.  2001.  Benefit transfer of outdoor recreation use studies: A technical document supporting the Forest Service Strategic Plan (2000 revision).  General Technical Report RMRS-GTR-72.  Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. http://www.fs.fed.us/rm/pubs/rmrs_gtr72.pdf. Accessed February 3, 2011.

Ruedemann, R. and W. J. Schoonmaker. 1938. Beaver-dams as geologic agents. *Science* 88:523-525.

Rutherford, W. H. 1953. Effects of a summer flash flood upon a beaver population. *Journal of Mammalogy* 34:261-262.

Rutherford, W. H. 1955. Wildlife and environmental relationships of beavers in Colorado forests. *Journal of Forestry* 53:803-806.

Rutherford, W. H. 1964. The beaver in Colorado: its biology, ecology, management and economics. Colorado Game, Fish and Parks Department.

Schafer, Edward. 2008. Secretary's Memorandum 1056-001. http://www.ocio.usda.gov/ directives/doc/SM1056-001.htm

Scheffer, P. M. 1938. The beaver as an upstream engineer. *Soil Conservation* 3:178-181.

Seavy, N. E., T. Gardali, G. H. Golet, F. T. Griggs, C. A. Howell, R. Kelsey, S. L. Small, J. H. Viers, and J. F. Weigand. 2009. Why climate change makes riparian restoration more important than ever: recommendations for practice and research. *Ecological Restoration* 27:330-338.

Shetter, D. S. and M. J. Whalls. 1955. Effect of impoundment on water temperatures of Fuller Creek, Montmorency County, Michigan. *Journal of Wildlife Management* 19:47-54.

Rvsd Plan - 00006675

Siegler, H. R. 1956. Immature water shrews found in a beaver lodge. *Journal of Mammalogy* 37:277-278.

Skinner, Q. D., J. E. Speck, M. Smith, and J. C. Adams. 1984. Stream water quality as influenced by beaver within grazing systems in Wyoming. *Journal of Range Management* 37:142-146.

Slough, B. G. and R. Sadleir. 1977. Land capability classification system for beaver (*Castor canadensis kuhl*). *Canadian Journal of Zoology* 55:1324-1335.

Smith, B. H. 1980. Riparian willow management: Its problems and potentials, within the scope of multiple use on public lands. Pages 15-20 *in* Ninth Wyoming Shrub Ecology Workshop. Wyoming Shrub Ecology Workshop, Lander, Wyoming.

Smith, J.D., 2007, Beaver, willow shrubs and floods, *in* Johnson, E.A. and Miyanishi, K., eds., Plant Disturbance Ecology: The Process and the Response, Elsevier Academic Press, p. 603-672.

Smith, M. E., C. T. Driscoll, B. J. Wyskowski, C. M. Brooks, and C. C. Cosentini. 1991. Modification of stream ecosystem structure and function by beaver (*Castor canadnesis*) in the Adirondack Mountains, New York. *Canadian Journal of Zoology* 69:55-61.

Snodgrass, J. W. and G. K. Meffe. 1999. Habitat use and temporal dynamics of blackwater stream fishes in and adjacent to beaver ponds. *Copeia* 628-639.

Soule, M. E., J. A. Estes, J. Berger, and C. M. Del Rio. 2003. Ecological effectiveness: Conservation goals for interactive species. *Conservation Biology* 17:1238-1250.

Soule, M. E., J. A. Estes, B. Miller, and D. L. Honnold. 2005. Strongly interacting species: conservation policy, management, and ethics. *Bioscience* 55:168-176.

Stabler D. F. 1985. Increasing Summer Flows in Small Streams Through Management of Riparian Areas and Adjacent Vegetation: A Synthesis in Riparian Ecosystems And Their Management: Reconciling Conflicting Uses - First North American Riparian Conference, April 16 - 18, 1985, Tucson, Arizona, GTR RM-120, pages 206 - 210 (R. R. Johnson, C. D. Patton, and R. H. Hamre, as Tech. Coords.), USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, 1985, Fort Collins, Colorado, 523 pages.

Stevens, C. E., C. A. Paszkowski, and A. L. Foote. 2007. Beaver (*Castor canadensis*) as a surrogate species for conserving anuran amphibians on boreal streams in Alberta, Canada. *Biological Conservation* 134:1-13.

Stevens, C. E., C. A. Paszkowski, and G. J. Scrimgeour. 2006. Older is better: Beaver ponds on boreal streams as breeding habitat for the wood frog. *Journal of Wildlfe Management* 70:1360-1371..

Sun, H., J. Begstrom, and J. Dorfman. 1992. "Estimating the Benefits of Groundwater Contamination Control." *Southern Journal of Agricultural Economics*. December.

Suzuki, N. and B. C. McComb. 2004. Associations of small mammals and amphibians with beaver-occupied streams in the Oregon coast range. *Northwest Science* 78:286-293.

Rvsd Plan - 00006676

Suzuki, N. and W. C. McComb. 1998. Habitat classification models for beaver (*Castor canadensis*) in the streams of the central Oregon coast range. *Northwest Science* 72:102-110.

Terwilliger, J. and J. Pastor. 1999. Small mammals, ectomycorrhizae, and conifer succession in beaver meadows. *Oikos* 85:83-94.

Tumlison, R., M. Karnes, and A. W. King. 1982. The river otter in Arkansas. II. Indications of a beaver-facilitated commensal relationship. *Arkansas Acadmey of Science Proceedings* 36:73-75.

[UDWR]. Utah Division of Wildlife Resources 2010. *Utah Beaver Management Plan 2010 – 2020.* DWR Publication 09-29. http://wildlife.utah.gov/dwr/hunting/hunting-information/furbearer.html. Accessed October 4, 2010.

(USDA) U.S. Department of Agriculture, U.S. Forest Service 2008. *Strategic Framework for Responding to Climate Change.* http://www.fs.fed.us/climatechange/message.shtml. Accessed August 24, 2010.

(USDA) U.S. Department of Agriculture, U.S. Forest Service 2010. *National Roadmap for Responding to Climate Change.* http://www.fs.fed.us/climatechange/climate-update.shtml. Accessed August 24, 2010.

[USDA] U.S. Department of Agriculture, U.S. Forest Service Uinta national forest, Heber Ranger District.  2004. *Strawberry Watershed Restoration Report.*

[USDI] U.S. Department of Interior 2009a. *Empowering Natural Resource Managers to Adapt to Climate Change.* U.S. Department of the Interior COP-15 Copenhagen, Dec. 7-18, 2009. http://www.doi.gov/archive/climatechange/. Accessed August 24, 2010.

[USDI] U.S. Department of the Interior 2009b. *Interior's Plan for a Coordinated, Science-Based Response to Climate Change Impacts on Our Land, Water, and Wildlife Resources.* http://www.doi.gov/whatwedo/climate/strategy/index.cfm  Accessed August 24, 2010.

[USGCRP] U.S. Global Change Research Program 2009. Karl, Thomas, Jerry M. Melillo, and Thomas C. Peterson, (eds.).  *Global Climate Change Impacts in the United States.* Cambridge University Press, 2009.

[USEPA]. U.S.  Environmental Protection Agency 2009. *Valuing the Protection of Ecological Systems and Services.* EPA-SAB-09-012.

[USEPA]. U.S. Environmental Protection Agency. 2010. Turbidity: what is turbidity and why is it important. Water monitoring and assessment. http://water.epa.gov/type/rsl/monitoring/vms55.cfm . Accessed February 3, 2011.

Ward, O. G., A. S. Graphodatsky, D. H. Wursterhill, V. R. Eremina, J. P. Park, and Q. Yu. 1991. Cytogenetics of beavers: a case of speciation by monobranchial centric fusions. *Genome* 34:324-328.

Warren, E. R. 1932. The abandonment and reoccupation of pond sites by beavers. *Journal of Mammalogy* 13:343-346.

Rvsd Plan - 00006677

Westbrook, C. J., D. J. Cooper, and B. W. Baker. 2006. Beaver dams and overbank floods influence groundwater-surface water interactions of a Rocky Mountain riparian area. *Water Resources Research* 42.

Westbrook, C. J., Cooper, D. J. and Baker, B. W. (2011), Beaver assisted river valley formation. *River Research and Applications* 27: 247–256. doi: 10.1002/rra.1359.

Whitehead, J. 2000.  Measuring recreation benefits of quality improvements with revealed and stated behavior data. *Resource and Energy Economics.* 24(4):339-354.

Wilde, S. A., c. T. Youngberg, and J. H. Hovind. 1950. Changes in composition of ground water, soil fertility, and forest growth produced by the construction and removal of beaver dams. *Journal cf Wildlfe Management* 14:123-128.

Woodward, R., and Y. Wui. 2001. The economic value of wetland services: a meta-analysis. *Ecological Economics* 37(2): 257-270

Wohl, E. 2005. Compromised rivers: Understanding historical human impacts on rivers in the context of restoration. *Ecology and Society* 10(2): 2.

Woo, M. K. and J. M. Waddington. 1990. Effects of beaver dams on sub-arctic wetland hydrology. *Arctic* 43:223-230.

Wright, J. P., C. G. Jones, and A. S. Flecker. 2002. An ecosystem engineer, the beaver, increases species richness at the landscape scale. *Oecologia* 132:96-101.

Wrigley, R. E., J. E. Dubois, and H. W. R. Copland. 1979. Habitat, abundance, and distribution of six species of shrews in Manitoba. *Journal cf Mammalogy* 60:505-520.

Yeager, L. E., and W. H. Rutherford. 1957. An ecological basis for beaver management in the Rocky Mountain Region. *Trans. N. Am. Wildl. Conf.* 22: 269-300.

Young, M. K. 1995. Telemetry-determined diurnal positions of brown trout (*Salmo trutta*) in two south-central Wyoming streams. *American Midland Naturalist* 133:264-273.

Rvsd Plan - 00006678

## 10   APPENDIX A: FRAMEWORK FOR ECOSYSTEM SERVICES

Ecosystem services and market-based approaches to their development are currently gaining increased focus by the federal government. In 2008 the Secretary of Agriculture established the Office of Ecosystem Services and Markets. The office is intended to help the Secretary meet requirements "to establish technical guidelines that outline science-based methods to measure the environmental services benefits from conservation and land management activities in order to facilitate the participation of farmers, ranchers, and forest landowners in emerging environmental services markets" (Schafer 2008). Similarly, in 2008 Congress also recognized the importance of ecosystem goods and services by chartering of the Conservation and Land Management Environmental Services Board, chaired by the Secretary of Agriculture and including the Secretaries of Interior, Energy, Commerce, Transportation and Defense, the Chair of the Council of Economic Advisors, the Director of the White House Office of Science and Technology; the Administrator of the Environmental Protection Agency; and, the Commander of the Army Corps of Engineers. These actions, along with multiple task forces and interagency efforts focused on ecosystem services demonstrate the new concerted use of ecosystem services to identify and value natural areas, and prioritize actions that protect, improve, and incentivize provision.

**FIGURE 1. Ecosystem Services as Described by the USEPA**

"Ecosystem services are the direct or indirect contributions that ecosystems make to the well-being of human populations. Ecosystem processes and functions contribute to the provision of ecosystem services, but they are not synonymous with ecosystem services. Ecosystem processes and functions describe biophysical relationships that exist whether or not humans benefit from them. These relationships generate ecosystem services only if they contribute to human well-being, defined broadly to include both physical well-being and psychological gratification. Thus, ecosystem services cannot be defined independently of human values."

- USEPA. 2009. *Valuing the Protection of Ecological Systems and Services*. p. 12

Beavers, as described in Section 5 above and Appendix A, are unique in the magnitude and range of their impacts on structures and processes within ecosystems. In this section, we connect these impacts with the benefits they provide to society, and provide a sample of the values corresponding to these benefits. Together, they demonstrate the potential leverage provided by beavers as a focal point for maintaining and improving the function of natural systems in service to society and wildlife.

Rvsd Plan - 00006679

10.1  Ecosystem Services

The term, ecosystem services, describes the set of goods and services produced by ecosystems. Figure 1 provides the U.S. Environmental Protection Agency's (USEPA) definition of ecosystem services. Like any good or service, ecosystem services require human demand to be considered valuable. Identifying the value of ecosystem services provided by beavers requires aligning the changes in ecological structures and processes resulting from beavers' presence in a landscape with the socioeconomic demands.

Beavers provide a large portfolio of services without payment, but their doing so does not decrease their socioeconomic importance relative to comparable human impacts that involve payment. Markets capture some of the socioeconomic importance and, consequently, there exist price-related data for estimating the value of beavers' impacts on specific services. This is the case, for example, when

beavers provide a service, such as increasing the water supply, that enables a community to avoid expenditures to purchase an equivalent service. Some services provided by beavers do not meet the criteria for well-functioning markets, however, and, therefore, there exist no price-related data for estimating the value of these services.[20] In these cases, economists have developed means to estimate willingness-to-pay for goods and services based on evidence about how ecosystems affect consumers' behavior, such as the

**FIGURE 2. Approach to Ecosystem Services**



Source: Adapted from: De Groot, Wilson and Boumans. 2002; Kusler 2003; Postel and Carpenter 1997; USEPA 2009.

prices they pay for homes with natural amenities or their travel expenditures to enjoy recreational opportunities associated with natural amenities. These research techniques provide tangible and recognizable benefit estimates that can be as accurate and defensible as those linked to market prices. Employing non-market valuation techniques is essential to capture the full socioeconomic value of beavers' impacts on land and water resources. Beavers provide these types of services without payment, but that does not decrease the value of the benefit.

---

[20] Beaver-sourced ecosystem services typically do not have excludability and rivalry of benefits, or accessible information about the value of benefits, and consequently, markets fail to properly value them.

Rvsd Plan - 00006680

The supply of and demand for ecosystem services have four basic components: natural capital, ecosystem processes, socioeconomic demand, and ecosystem services (Figure 2). A thorough description of the socioeconomic value of beavers' impacts on ecosystem services must address all four.

## 10.2  Natural Capital

This term describes the inventory of nature's basic building blocks and includes vegetation, water, minerals, wildlife, and other physical structure. Beavers' activities change the quality, quantity, and location of natural capital. Introducing large woody debris into waterways, capturing and storing water and sediment, increasing surface water area, and preventing/reversing stream incision and water table decline are some of the more direct and substantial physical effects beavers have on natural capital. These components of natural capital have direct benefits to society, particularly by increasing water storage during wet seasons and, hence, downstream water availability and quality during subsequent dry periods. In addition, these structural effects contribute to impacts on ecosystem processes. While relevant literature does not directly address the value of beaver activities, *per se*, there exists a substantial literature on the economic value of the natural capital, particularly for water resources, affected by beavers.

## 10.3  Ecosystem Processes

While some forms of natural capital have value as stand alone goods, their value increases when linked together through ecosystem processes. Ecosystem processes "are the characteristic physical, chemical, and biological activities that influence the flows, storage, and transformation of materials and energy within and through ecosystems" (USEPA 2009). Nutrient cycles, biogeochemical cycles, water cycles, population cycles for other species, etc. all contribute to the maintenance and accumulation of natural capital and help shape what we view as nature. The relationships between natural capital and ecosystem processes allow for the accumulation and appreciation of natural capital over time. Natural capital and ecosystem processes are difficult to consider in isolation. Both are necessary to produce and maintain a viable ecosystem. Therefore beavers' activities generate indirect benefits via maintaining and improving the quantity, quality, and regularity of valuable processes. These functions include aquatic and riparian habitat provision, nutrient cycling, and water filtration and water temperature regulation.

Rvsd Plan - 00006681

10.4  Socioeconomic Demand

Demand exists when humans are willing to pay some positive amount of money to acquire a good or service. If there is demand for specific goods and services provided by natural capital and ecosystem processes, then those goods and services have value and benefit society. Oftentimes in the case of beavers, the willingness-to-pay relates to the capital or consequence of a process rather than the beaver or their actions themselves. Much of this is based on the fact that beavers are not the only source of these services, and the lack of information concerning beavers' impact on them. When beaver populations and activity are nonexistent or below potential, the lack of or limited awareness of the potential benefits beavers can provide can hinder willingness-to-pay to restore or expand beaver populations.

As populations and consumption grow, and natural resources become more scarce or susceptible to climate change, the demand for ecosystem goods and services will grow. In some cases, technological replacements, such as water treatment plants, water reuse and desalination, are available, although costly. Other, more direct effects, such as habitat provision, can be very difficult or impossible to replace, particularly in a self-sustaining manner. The costs of these replacements and existing efforts to provide these goods and services through other means reveal society's willingness to pay, and are discussed below.

Scarcity is a primary driver for the value of a service. It determines the price of services traded in markets. It similarly influences the value of non-market services. If a particular service is readily available or inexpensively replaced, it will be less valuable to society than one that is scarce and not easily replaced. In many situations, beavers can enable an ecosystem to provide services for which low-cost substitutes are no longer technically, financially, legally, or politically available. For example, they can provide water storage and flood protection that otherwise would require construction of human-built dams in locations where they are not feasible. Hence, without beavers, society must forgo these services, even as growing human populations make the services ever more valuable. The combination of increasing demand and decreasing substitute options make opportunities for ecosystem service provision such as via beaver conservation more attractive than historically.

Rvsd Plan - 00006682

## 11   APPENDIX B: BEAVER PROJECT REVIEW

Below is a small sample of beaver assessment, inventory and reintroduction projects from the field. The USFS and BLM as well as many state wildlife agencies and Native American tribes are involved in these projects.

### 11.1   Government Assessments

- **US Forest Service Region 2 beaver conservation assessment from 2007.**

This assessment addresses the biology of the beaver throughout its range and in Region 2.

Boyle, S. and S. Owens. (2007, February 6). North American Beaver (*Castor canadensis*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/northamericanbeaver.pdf

### 11.2   Inventory

- **Bridge Creek beaver multi-year inventory (BLM),  Oregon**

BLM, Prineville, Oregon inventory of beaver after cattle pressure was reduced and trapping eliminated on Bridge Creek in central Oregon.

Demmer, R. and R.L. Beschta. 2008. Recent History (1988-2004) of Beaver Dams along Bridge Creek in Central Oregon. Northwest Science, Vol. 82, No. 4.

- **Bighorn National Forest beaver cache survey, Wyoming**

"The Wyoming Game and Fish Department conducted six beaver cache surveys on the Bighorn National Forest of Wyoming between 1986 and 2002. A seventh beaver cache survey was conducted in 2003 with funding provided by the Bighorn National Forest. In response to declining populations and the absence of this keystone species in some drainages, the agencies are collaborating with the Rocky Mountain Elk Foundation, Wyoming Governor's Big Game License Coalition and Bow Hunters of Wyoming to transplant beaver to previously occupied habitats. We prioritized release sites by considering model outputs such as patch size and connectivity. We also considered historic activity, watershed activity and suitable habitat conditions. Based on our analysis, we recommend that beaver be transplanted to at least fourteen sites."

Rvsd Plan - 00006683

Emme, T.J. and B.A. Jellison. 2004.  Managing for Beaver on the Bighorn National Forest. Wyoming Game and Fish Department Habitat September 2, 2004. Gf.state.wy.us/downloads/pdf/habitat/**Beaver**Plan_final.pdf

11.3  Federal Lands Reintroduction Efforts

- **Beaver reintroduction on BLM lands in New Mexico**

In 2005 the BLM Rio Puerco Field Office announced a beaver reintroduction effort in Cebolla Creek, New Mexico. Wetland restoration at Cebolla Springs began in 1995 with great success.

- **Beaver relocation on national forests in Washington**

Colville and Okanogan-Wenatchee National Forest, The Lands Council

"Our experience on the Colville National Forest (CNF) in eastern Washington has been very good.  One of their biologists has created a database of all active and inactive (i.e. previously active) beaver areas in the CNF and has shared the data with The Lands Council.  Based on that information the biologist suggested two priority locations for beaver re-introduction.  In 2010, The Lands Council moved a family of seven beavers to a meadow along Wilson Creek.  The beaver family is currently maintaining an abandoned dam upstream of the release site.  We are monitoring that site and have installed groundwater-monitoring equipment that will track changes in groundwater levels as the beaver build more dams in the creek.  We are also monitoring vegetation changes near the beaver activity to try to capture the rate at which the degraded riparian area changes to a healthy wetland ecosystem. In 2011, we have selected Pierre Creek as an additional site for beaver re-introduction and will apply the same vegetation-monitoring scheme.  We believe our relationship with the Colville National Forest is excellent and will continue into the future."

"We are also starting to work with the Entiat District of the Okanogan-Wenatchee National Forest.  The Entiat watershed contains Spring Chinook and Steelhead runs, and is a priority system for restoration.  The area has a restoration plan that lists beaver restoration as one of the steps that could benefit the diminished salmon runs.  Okanogan-Wenatchee National Forest biologists are eager to work with us and The Lands Council has identified several tributaries in the Entiat watershed that are likely candidates for beaver re-population and has that as a goal for 2011. Locations for re-introduction will be decided following a visit to Entiat District by Lands Council staff in the spring of this year."

- **Methow Valley reintroduction effort (USFS and other agencies), Washington State.**

Rvsd Plan - 00006684

Ninty-five beaver have been relocated to 27 locations in the Methow Valley. Partners: Methow Conservancy, Winthrop National Fish Hatchery, US Forest Service, Washington Department of Fish & Wildlife, Yakama Nation, Washington Department of Ecology, Audubon Washington, Wenatchee Forestry Sciences Lab.

- **Beaver reintroduction on Custer National Forest in Montana for post fire sediment control.**

"The Stag Wildfire of 2000 resulted in the stand-replacement of about 70,000 acres of ponderosa pine forest. As part of post-fire restoration, beaver were relocated to establish dams for sediment control and to improve wildlife habitat. Beaver were relocated from the Tongue River to small streams on the Ashland Ranger District from 2003 to present resulting in the establishment of several colonies, numerous dams, and an elevated water table."

- **Radio transmittered beaver reintroduction Umpqua National Forest in Oregon**

The ability to successfully reintroduce beavers in Oregon is widely governed by land ownership. In July 2009, 40 transmittered beavers were released throughout the Umpqua River basin of southwestern Oregon. The project goal is to scientifically document  rates of population expansion, dispersal distances of relocation beavers, and the effects of reintroduced beavers on aquatic and riparian ecosystems.

The project proved successful and served as the framework for western Oregon's new beaver relocation guidelines. In compliance with the new Oregon Dept of Fish and Wildlife guidelines the below listed partners will continue beaver relocation and beaver habitat restoration projects throughout the Umpqua Watershed.

Project partners include the Oregon Department of Fish and Wildlife, United States Forest Service Umpqua National Forest, South Umpqua Rural Community Partnership's Beaver Advocacy Committee and The Cow Creek Band of the Umpqua Indian Tribe.

- **Wallowa-Whitman National Forest Watershed Restoration Project**

A riparian habitat restoration project has been initiated on Camp and Gimlet Creeks, two headwater tributaries of the North Fork of the Burnt River to establish abundant willow, cottonwood, and aspen stands capable of supporting beavers.  The objective is to establish a core zone of stable beaver dam complexes such that beaver can expand their water storage and habitat modification influence outwards into other tributaries.  The project goals are to increase the amount of surface and groundwater stored in the watershed, trap sediment, stabilize eroding stream banks, decrease stream temperatures, expand the width and complexity of the riparian habitat, improve fish and wildlife habitat, restore perennial flow to

Rvsd Plan - 00006685

intermittent streams, and create increased habitat diversity and complexity in the watershed.  These changes in the condition and function of the stream/riparian corridor will increase the watershed's stability and resilience to climate change.  Currently the streams are over-wide, incised, and straightened as a result of past land use activities, riparian vegetation is confined to narrow zones along the streams, and many streams exceed the State's water quality standards.

The project involves removal of encroaching conifers on the active floodplains and point bars, willow plantings, removing encroaching conifers around three and possibly four riparian aspen stands, fencing the aspen, and removing some conifers from around old cottonwood trees.  Elk utilized the two tributaries and livestock utilized portions of the tributaries via active grazing allotments.  Beaver are present in the watershed having been reintroduced in the 1990s.

Work done to date includes willow plantings on Camp and Gimlet Creeks, conifer thinning on Gimlet Creek on the active floodplains and point bars, and some removal of conifers around old cottonwoods.  Scheduled for this summer/early fall is the removal of the conifers from the aspen stands by a contractor.  Depending on when the conifers are removed, fencing will occur either Fall 2011 or Summer 2012,

Project partners include Oregon Department of Fish and Wildlife, Powder Basin Watershed Council, Whitman College, Oregon Watershed Enhancement Board.

Rvsd Plan - 00006686



# Beaver Restoration Toolbox

*A collection of insights, resources, and expert contacts to guide riparian restoration projects that capitalize on the engineering capacity of the North American beaver*

Rvsd Plan - 00006687

## Table of Contents

Introducing "The Beaver Toolbox" ............................................................................................................. 3

Goal: Enhanced Aquatic / Riparian Habitat Condition and Resilience .......................................................... 4

Anticipatory Habitat Improvement ............................................................................................................. 4

   Grazing ................................................................................................................................................... 4

   Minimizing Human Disturbance ............................................................................................................ 5

   Fencing and Planting New Vegetation ................................................................................................... 5

Considerations for Beaver Restoration in Designated Wilderness ............................................................... 6

   Wilderness management resources - Wilderness.net ............................................................................ 6

   Minimum Requirements Analysis Webinars ........................................................................................... 8

   Basic Considerations for Wildlife Management in Wilderness ................................................................ 8

Considerations for Beaver Restoration in Urban Landscapes ...................................................................... 8

Evaluating Tolerance and Coping with Human-Beaver Conflict .................................................................... 9

Evaluating Current Presence / Absence of Beaver ..................................................................................... 12

Evaluating Habitat Suitability for Beaver ................................................................................................... 13

Fisheries .................................................................................................................................................... 23

   Benefits of beaver activity to fisheries ................................................................................................ 26

   Case Study: Bridge Creek, Oregon ....................................................................................................... 26

   Costs of beaver activity to fisheries ..................................................................................................... 26

   More on Impedance of Fish Movement by Beaver Dams ...................................................................... 27

Historical Distribution of Beaver ............................................................................................................... 28

Hydrology .................................................................................................................................................. 30

Live Trapping Beaver for Translocation ..................................................................................................... 33

Miscellaneous Considerations for Beaver Reintroduction Projects ........................................................... 37

National Environmental Policy Act (NEPA) and Beaver Restoration ........................................................... 39

Range / Grazing / Beaver-Livestock / Wild Ungulate Interactions ............................................................. 41

Ecosystem Resilience to Climate Change ................................................................................................... 43

Riparian Habitat Condition ........................................................................................................................ 52

   Benefits to Riparian Wildlife ............................................................................................................... 53

Sources of Beaver for Reintroduction Projects .......................................................................................... 56

Success Stories and Points of Contact ....................................................................................................... 57

Transmission of Whirling Disease / Non-Native / Invasive Species ............................................................ 67

Trapping and Potential Impacts on Stream and Riparian Ecosystems ....................................................... 68

Bibliography Sorted by Topic Area ............................................................................................................. 70

Rvsd Plan - 00006688



The topic map above illustrates relationships among all included content pages. Each topic area is linked through the Table of Contents to respective content within this document version of the guide. Orange boxes correspond to categories of related topics (no content) while blue boxes represent actual content pages.

**Introducing "The Beaver Toolbox"**

Welcome to the Beaver Toolbox – a web-based guide to assist in the development and implementation of aquatic, water storage / hydrologic function, and riparian habitat restoration projects by promoting robust populations of dam-building beaver.

This guide was developed in response to the growing body of science that increasingly underscores the extensive benefits that beavers yield to the ecosystems they occupy and alter. Technical expertise related to beaver restoration is scattered throughout the United States Forest Service, its partner organizations, universities, and members of the general public. This guide aims to provide an easy-to-use clearinghouse of relevant information that captures and disseminates the collective knowledge of those with firsthand experience in restoring beaver populations and associated wetlands. The ultimate goal of this guide is to help Forest Service staff and our partners implement successful projects that get more beavers *and water* on the landscapes we manage. This work is of particular value in regions where water is limited and the climate is warming and drying.

While the potential benefits of restoring beaver populations are numerous, so too are the pitfalls and logistical hurdles that must be considered and overcome. Field biologists with years of experience working with and studying beavers are quick to acknowledge that the success of any given restoration effort is not guaranteed and many important lessons remain to be learned. By reviewing the topic areas covered in this guide, resource managers can approach beaver restoration projects from a more informed perspective, and thoughtfully evaluate and augment their chances of success by setting realistic expectations in terms of time required, identifying factors that could prevent successes, and identifying potential conflicts such that adaptive management is employed from the outset.

Another service available through this site is the ability to connect directly with subject matter experts who can provide additional consultation beyond the scope of the guide. See the Expert Contacts section for details.

Note that many of the images and documents included and referenced in this guide are hyperlinked to related sites and full documents. Click on those images while holding down the ctrl button to reach linked resources.

We seek to continue improving the utility of this guide and value your input in doing so. Please contact Karl Malcolm with any feedback, recommended additions, or other suggestions.



Rvsd Plan - 00006690

**Goal: Enhanced Aquatic / Riparian Habitat Condition and Resilience**



The relationship between humans and beaver has and continues to vary greatly in time and space.  Depending on the date and location of interest, the predominate attitudes of people towards beaver range from viewing them as a prized source of fur (and, in some cases, food) to seeing the species as a relentless nuisance, to understanding and appreciating the contributions to water-rich landscapes.  Regardless of prevailing opinion, the capacity of beaver to modify habitat has remained inarguable; putting them on a short list of species (along with humans) recognized as "ecosystem engineers".

In recent decades, the capacity of beaver to change their environments for the better has led many to view the species in a new light.  A growing body of research indicates that the habitat modifications induced by beaver create a boon for a broad spectrum of fish and wildlife beyond the beavers themselves.  Furthermore, the list of beneficiaries clearly includes people and our domestic stock in some settings.  The crucial role of the beaver as an ecosystem engineer is particularly apparent in landscapes where water is a limiting factor and climates are becoming more arid and warm.  Previously occupied patches of suitable beaver habitat in these settings are optimal places to consider beaver restoration projects.

**Anticipatory Habitat Improvement**

The habitat requirements to support beaver are fairly intuitive and basic, including adequate water flows, vegetation for food and building, a modest gradient (or lack thereof), less porous soils, and protection from various threats (trapping, overgrazing, major flooding, depredation, etc.).



There are management actions that can be taken to improve habitat quality, thereby promoting occupation by beaver.  These measures can encourage incoming dispersal and can help support current or future reintroductions.

**Grazing**

Proper management of grazing is particularly

4

important in riparian areas, where the availability of vegetation, for building, cover, and food, is essential to beaver survival. Riparian rehabilitation and protection can be accomplished by resting some or all of the cattle allotment(s) that include streamside habitats or altering the season of use and the length of time spent in the pasture and/or adding riders to keep cattle moving through pastures. Cessation of grazing should be considered leading up to and during the acclimation of new beaver to an otherwise grazed area. Livestock and wild grazers can be physically excluded from riparian areas with recovering beaver populations by constructing simple exclosures.



**Minimizing Human Disturbance**
Managers should consider implementing road closures, trapping closures, and selecting release and restoration sites that are relatively inaccessible, when possible. By minimizing disturbance following the release of relocated beaver, managers can reduce the likelihood of beaver deserting release sites.

**Fencing and Planting New Vegetation**
Protecting and expanding the availability of vegetation in anticipation of new beaver colonization or release can improve chances for long-term success. Aspen and willow are excellent sources of food and building materials for beaver. The photos shown in this section were taken during a habitat improvement project implemented by WildEarth Guardians in northern New Mexico (Valles Caldera National Preserve). Note the general lack of riparian vegetation other than that being provided. More details on that particular project are available here:

http://www.flickr.com/photos/wildearth_guardians/sets/72157628078011530/

5

Rvsd Plan - 00006692



## Considerations for Beaver Restoration in Designated Wilderness

Management activities that have the potential to compromise any aspect of the wilderness character of lands congressionally designated as part of the Wilderness Preservation System are subject to the Minimum Requirements Analysis (MRA) process. Minimum Requirements Analysis is typically addressed through the completion and approval (by various levels of line



officers, depending on the proposed actions) of a Minimum Requirements Decision Guide (MRDG).  By completing the steps in a MRDG, managers and decision-makers document that they have carefully considered potential impacts to specific characteristics that the federal land management agencies are mandated to maintain in these specially designated lands.  Goals of wilderness designation include maintaining lands that are untrammeled, undeveloped, and natural, provide outstanding opportunities for solitude or a primitive and unconfined type of recreation, and / or contain significant cultural resources.

## Wilderness management resources - Wilderness.net

A useful website was developed to serve public and government needs related to the preservation, management, understanding, and appreciation of wilderness.  Some basic training can be obtained, at no cost, through the web-based resources on this site:

<div align="center">www.wilderness.net</div>

In addition to training opportunities, Wilderness.net provides resources that can provide guidance for managers working on a beaver restoration project that may include reintroduction in wilderness areas.  Some of the most valuable tools are completed

6

MRDGs that have addressed similar projects.  For example, there is a completed MRDG dealing with restoration of a native fish species in wilderness.  That document can be found here, while other example MRDGs can be found here.



Another useful example of documentation supporting native wildlife restoration in wilderness stems from efforts to restore **Mexican wolves in the Gila Wilderness** of New Mexico.  The Mexican wolf Blue Range reintroduction project documentation (including a discussion of MRDG procedures) is linked here:



Arizona Game and Fish Department. 2005. Mexican wolf Blue Range reintroduction project adaptive management oversight committee, standard operating procedure. 44 pp.

7

**Minimum Requirements Analysis Webinars**

The following webinar recordings are from the 2013 offering of MRA Live, an instructor-led online training course consisting of four webinars, weekly online discussions and an evaluation exercise.

These relevant trainings available on Wilderness.net:

<div align="center">

Minimum Requirements Analysis and the Wilderness Act

The Minimum Requirements Analysis Process

Common Minimum Requirements Analysis Problems

</div>

One or more of these courses should be completed before managers attempt to complete the MRDG analysis for beaver restoration in wilderness.

**Basic Considerations for Wildlife Management in Wilderness**

Generally speaking, efforts to actively manage fish and wildlife are discouraged within designated wilderness. However, because beaver were historically an important part of many healthy, functioning wilderness ecosystems (prior to their extirpation), restoration of beaver can be highly desirable and justifiable in some wilderness settings.

Working in wilderness presents a unique set of challenges however, stemming from a prohibition of motorized transport, discouragement from any habitat modifications (including, for example, construction of livestock exclosures), etc. Through the MRDG process the specific management action(s) being considered are thoughtfully scrutinized. Managers are required to consider less disruptive actions (e.g., transporting beaver for reintroduction via pack stock rather than using any motorized transport) when developing their reintroduction plans. An understanding of these issues is imperative to a thorough, sound, and defensible minimum decisions analysis.

**Considerations for Beaver Restoration in Urban Landscapes**

When conflicts with people can be averted beavers stand to make considerable ecological contributions in urban settings. A case study is the urban beaver population in Martinez, California, which has been highlighted for its role in improving habitat for native species of fish, birds, and mammals. The beavers have served as a valuable tool for community environmental education. More about the Martinez beaver project can be found by clicking the logo to the right:



8

Rvsd Plan - 00006695

### Evaluating Tolerance and Coping with Human-Beaver Conflict

Encouraging work from researchers at Oregon State University (linked right) suggests that many members of the general public are highly supportive of expanding populations of beaver and that tools are available to managers to expand that tolerance further. Despite these encouraging findings and the benefits beaver can provide to the systems they occupy, they are still regarded as pests by many. In some cases negative attitudes towards beaver are rooted in specific, negative personal experience(s). Their potential to cause nuisance problems to people should be considered when sites are being evaluated for beaver restoration or reintroduction.



Some states require that landowners within a radius of multiple miles of a proposed relocation site be consulted prior to a sanctioned release of beaver. Consult with the state wildlife management authority to determine these requirements. Regardless of state mandate, discussing the benefits and nuisance management options while engaging landowners is strongly advised.





Many states, conservation organizations, and interested citizens have invested tremendous time developing a wide array of tools and written guidance to address nuisance beaver problems (examples from Wisconsin and Vermont are linked through the adjacent images). Some nuisance management programs depend heavily on non-lethal management techniques, which allow newly expanding or established beaver populations to remain in place. Familiarity with available and practical management tools could be crucial for obtaining buy-in from people who may be impacted by recovering beaver populations. Knowing that there are non-lethal methods that facilitate coexistence with beaver encourages landowners to view beaver restoration more favorably and discourages reactionary beaver removal.

**Note:** The installation of any beaver / flow management device on National Forest System lands will require NEPA analysis.

9

Rvsd Plan - 00006696

Guidance on the applicability of some non-lethal beaver damage mitigation techniques was contributed to this guide by Joe Cannon, a Plant Ecologist working on beaver restoration projects with the Lands Council. Joe's suggestions follow:

"The Lands Council is continuing to experiment with ways to restrict beavers from causing tree damage. Fencing around each tree is very reliable, and effective in most instances. The younger trees are more of a challenge, when beavers can easily bend the tree over and remove the caging. So we've been experimenting with herbivory deterrents such as neem oil, cayenne, and sand paint- all advised by other sources. Each substance works to some degree, and sometimes with good success. Effectiveness of these applications seems to depend on the season and specific beaver activity. All substances need to be reapplied seasonally as trees expand and as are exposed to weathering."

The additional resources linked below provide information about tools and management practices that can promote successful coexistence of beaver and humans.



Rvsd Plan - 00006697





Rvsd Plan - 00006698



## Evaluating Current Presence / Absence of Beaver

Accurately determining the presence or absence of beaver in a site being considered for a management action (e.g., beaver reintroduction, habitat manipulation, etc.) is of obvious importance.  Familiarity with beaver sign, behavior, and life history will also make efforts to capture beaver more productive.  In some areas beaver overlap with other aquatic rodents (e.g., muskrat and nutria), and evidence of these cohabitants has the potential to be confused with that of beaver.  Many resources are available that can provide guidance on identifying the signs of beaver and other aquatic rodent activity.  A selection is linked here:





12

Rvsd Plan - 00006699

Identification



Fig. 1 Beaver tracks

**Evaluating Habitat Suitability for Beaver**
The fact that beaver were historically found over much of the North American continent is a testament to their adaptability and capacity to alter aquatic systems to meet their needs.  Despite these traits, a basic understanding of the habitat characteristics that support beaver occupancy is needed to make appropriate management decisions for a given site.

For beaver to induce many of the key habitat changes and benefits discussed in this guide they must not only survive in a given location.  They must also succeed in the construction of functional dams.  Therefore it is important, from the standpoint of promoting riparian restoration, to evaluate habitat in terms of supporting functional (i.e. dam-building) beaver.

Prior to initiating a riparian restoration project involving beaver translocation, candidate sites should be evaluated thoughtfully based on habitat characteristics discussed in the citations provided below.  The same process can allow managers to identify restoration needs that could promote natural colonization by beaver from surrounding populations.

Through these evaluations sites can be categorized as:

- **Suitable for reintroduction of beaver (proceed with project implementation)**

- **Potentially suitable but in need of improvement prior to beaver release**
  - **Anticipatory Habitat Restoration**

- **Not suitable habitat for beaver (no further action taken)**

Several habitat suitability models have been developed and tested for beaver in different regions of North America.  While reviewing all available literature on the subject is informative, managers should pay particular attention to the findings

13

reported from habitats similar to their management sites and focus specifically on the habitat characteristics that support beaver *and their dams*. Some of the models listed below were developed for potential application species range-wide (e.g., Allen 1983), however the variation in vegetation, climate, topography, soils, etc. across beaver range underscores the value of region-specific information (e.g., Suzuki and McComb 1998 in the Pacific Northwest). Also, most of the models focus simply on beaver survival and occupancy rather than their needs for dam building. One important exception is the Beaver Restoration Assessment Tool (BRAT), which was created specifically to evaluate habitats based on their capacity to support dam building by beaver. More information is available here:



Although there is some variation in the key parameters identified among beaver habitat and occupancy models, some general and intuitive patterns emerge consistently. The following variables are of the utmost importance in evaluating suitability of aquatic habitat for beaver and have been shown to affect beaver positively or negatively as indicated by the adjacent symbols.

- Availability of hardwood vegetation    **+**
- Availability of aspen (food and building)    **+**
- Consistent and adequate water availability    **+**
- Increasing stream gradient    **-**
- Progressively well-drained soils    **-**
- Trapping pressure    **-**
- Grazing by ungulates    **-**
- Proximity to human conflicts    **-**
- Conservation / management objectives (fish, dam removal) **-**

A similar list of variables was considered in the Beaver Management Strategy drafted by the Malheur National Forest and the Keystone Project, dated September 2007 (shown below).

14

Rvsd Plan - 00006701

**Identification of Watersheds and Subwatersheds with Potential for Beaver Recovery**

**Key habitat components:**

- A channel gradient of less than six percent

- Channels with suitable soils/sediment for dam construction

- Water flows stable and sufficient to make a pond

- Deciduous trees, shrubs, sedges for adequate food supply

- Winter conditions which will not freeze ponds

- Sufficient valley floor area to allow for flooding

- Shelter (riparian shrubs) for safety and building materials

- Protection from trapping and recreational killing until colonies are well established

The full Strategy is available here:



15

**The following citations provide an introduction to habitat suitability / occupancy research efforts in North America:**

Allen, A.W. 1983. Habitat suitability index models: beaver. U.S. Department of Interior Fish and Wildlife Service. FWS/OBS-82/10.30 Revised. 20p.

Beier, P. and R.H. Barrett. 1987. Beaver habitat use and impact in the Truckee River Basin, California. Journal of Wildlife Management 51(4) 794-799.

Curtis, P.D. and P.G. Jensen. 2004. Habitat features affecting beaver occupancy along roadsides in New York State. Journal of Wildlife Management 68(2) 278-287.

Howard, R.J. and J.S. Larson. 1985. A stream habitat classification system for beaver. Journal of Wildlife Management 41(1) 19-25.

Macfarlane W.W. and J.M. Wheaton. 2013. Modeling the capacity of riverscapes to support dam-building beaver-case study: Escalante River watershed. Ecogeomorphology and Topographic Analysis Lab, Utah State University, Prepared for Walton Family Foundation, Logan, Utah, 78 pp.

Slough, B.G. and R.M.F.S. Sadleir. 1976. A land capability classification system for beaver (Castor Canadensis Kuhl). Canadian Journal of Zoology 55(8) 1324-1335.

Suzuki, N. and W.W. McComb. 1998. Habitat classification models for beaver (Castor Canadensis) in the streams of the Central Oregon Coast Range. Northwest Science 72(2) 102- 110.

16



Allen, A.W. 1983. Habitat suitability index models: beaver. U.S. Department of Interior Fish and Wildlife Service.  FWS/OBS–82/10.30 Revised. 20p.

Rvsd Plan - 00006704

# BEAVER HABITAT USE AND IMPACT IN TRUCKEE RIVER BASIN, CALIFORNIA

PAUL BEIER, Department of Forestry and Resource Management, University of California, Berkeley, CA 94720
REGINALD H. BARRETT, Department of Forestry and Resource Management, University of California, Berkeley, CA 94720

*Abstract:* Stepwise logistic regression was used to identify factors important for habitat use by beavers (*Castor canadensis*) on streams. Increasing stream width and depth and decreasing gradient had the strongest positive effects on habitat use; food availability variables added little explanatory power. Some abandoned colony sites appeared to have been located on physically unsuitable habitat, whereas others appeared to be physically suitable sites abandoned due to resource depletion. The fact that few unused or uncolonized reaches were misclassified as suitable habitat suggests that suitable habitat has been saturated. Impact of beaver on woody plants was assessed for 8 forage species. Local extinction of quaking aspen (*Populus tremuloides*) and black cottonwood (*P. trichocarpa*) occurred on 4–5% of stream reaches. Willow (*Salix* spp.) showed good vigor despite heavy use in most reaches.

**J. WILDL. MANAGE. 51(4):794–799**

Beier, P. and R.H. Barrett. 1987. Beaver habitat use and impact in the Truckee River Basin, California. Journal of Wildlife Management 51(4) 794-799.

18

# HABITAT FEATURES AFFECTING BEAVER OCCUPANCY ALONG ROADSIDES IN NEW YORK STATE

PAUL D. CURTIS,[1] Department of Natural Resources, Fernow Hall, Cornell University, Ithaca, NY 14853, USA
PAUL G. JENSEN,[2] New York Cooperative Fish and Wildlife Research Unit, Fernow Hall, Cornell University, Ithaca, NY 14853, USA

*Abstract:* Characterizing habitat features that influence beaver (*Castor canadensis*) occupancy along roadsides may have important implications for managing damage to roads caused by beaver activity. We initiated this study to develop proactive and long-term approaches to deal with nuisance beaver along roadsides. From June to October 1997 and 1998, we sampled 316 roadside sites in New York state, USA—216 sites where beaver occupied the roadside area and 100 unoccupied sites. We used stepwise logistic regression to identify habitat variables associated with beaver occupancy along roadsides. We evaluated regression models through measures of sensitivity and specificity. The logistic function retained the percentage of roadside area devoid of woody vegetation, stream gradient, the interaction between these 2 variables, and stream width in the final model. Precluding beaver occupancy along highways would necessarily involve large-scale removal of woody vegetation that would be impractical in all but the most intensive management scenarios. However, beaver habitat assessment adjacent to roads may be a useful tool for designing new highways, prioritizing culvert replacements, and developing proactive plans for beaver damage management.

*JOURNAL OF WILDLIFE MANAGEMENT 68(2):278–287*

*Key words:* beaver, *Castor canadensis*, habitat, highways, logistic regression, New York, vegetation, wildlife damage.

When beaver occupy roadside areas, they can seriously damage the highway by plugging culverts or constructing dams nearby that flood the road or cause water to impound against the road base. This can result in the formation of potholes and general destabilization of the road. Beaver damage to roads is a widespread problem for highway departments throughout much of North America. Historically, many highways and smaller roads have allocate between 5 and 25 man-days of effort and $543–4,900 in total repair costs at each beaver-obstructed culvert annually (Purdy and Decker 1985; Enck et al. 1988, 1992). In a recent survey of New York highway departments, half of the respondents reporting beaver damage to their roads indicated that they spent over $1,000 at each problem site in 1999, and nearly 20% of respondents spent over $2,500 at each problem

Curtis, P.D. and P.G. Jensen. 2004. Habitat features affecting beaver occupancy along roadsides in New York State.  Journal of Wildlife Management 68(2) 278-287.

# A STREAM HABITAT CLASSIFICATION SYSTEM FOR BEAVER

REBECCA J. HOWARD,[1] Department of Forestry and Wildlife Management, University of Massachusetts, Amherst, MA 01003
JOSEPH S. LARSON, Department of Forestry and Wildlife Management, University of Massachusetts, Amherst, MA 01003

*Abstract:* Documentation over a 28-year period of beaver (*Castor canadensis*) habitat use permitted development and testing of two models to predict maximum density of active beaver colonies on streams. Principal components regression, a technique that reduced the confounding effects of closely correlated ecological variables found in earlier studies of this type, and discriminant analysis were used for model development. In mixed coniferous–deciduous forest habitat, the percentage of hardwood vegetation, watershed size, and stream width had significant positive effects on active colony density. Increasing stream gradient and progressively well-drained soils had negative effects. In field-tests, the models were 80% and 75% reliable in predicting active colony density.

*J. WILDL. MANAGE. 49(1):19–25*

Evaluation and classification of North American beaver habitat have progressed from early qualitative descriptions (Atwater 1940, Packard 1947, Northcott 1964) and systems based solely on woody food requirements (Buckley 1950,

MacDonald 1956) to more recent quantitative studies. Retzer et al. (1956) quantified the relationship of habitat variables to habitat suitability in the Rocky Mountain region. Boyce (1974) used linear regression analysis to relate stream distances between colonies to major plant associations and physical properties of streams in Alaska. In British Columbia, Slough and Sadleir (1977) described the relation of colony site

---

[1] Present address: National Coastal Ecosystems Team, U.S. Fish and Wildlife Service, 1010 Gause Blvd., Slidell, LA 70458.

Howard, R.J. and J.S. Larson. 1985. A stream habitat classification system for beaver. Journal of Wildlife Management 41(1) 19-25.

Rvsd Plan - 00006707

# MODELING THE CAPACITY OF RIVERSCAPES
# TO SUPPORT DAM-BUILDING BEAVER

## CASE STUDY: ESCALANTE RIVER WATERSHED

FINAL REPORT TO THE GRAND CANYON TRUST & WALTON FAMILY FOUNDATION



Prepared by:

WILLIAM W. MACFARLANE, *Research Associate*

JOSEPH M. WHEATON, *Assistant Professor*



JANUARY, 2013

Macfarlane W.W. and J.M. Wheaton. 2013. Modeling the capacity of riverscapes to support dam-building beaver-case study: Escalante River watershed. Ecogeomorphology and Topographic Analysis Lab, Utah State University, Prepared for Walton Family Foundation, Logan, Utah, 78 pp.

21

1324

# A land capability classification system for beaver (*Castor canadensis* Kuhl)

BRIAN G. SLOUGH AND R. M. F. S. SADLEIR

*Department of Biological Sciences, Simon Fraser University, Burnaby, B.C., Canada V5A 1S6*

Received October 26, 1976

SLOUGH, B. G., and R. M. F. S. SADLEIR. 1977. A land capability classification system for beaver (*Castor canadensis* Kuhl). Can. J. Zool. **55**: 1324–1335.

Beaver colony site density was sampled on 136 lakes (about 1830 shoreline km) and 45 stream sections (145 stream km) in the northern interior of British Columbia. Beaver habitat factors were quantified and then related to beaver colony site density by multiple regression analysis. On the basis of separate analysis for lakes and streams, a land capability classification system was developed for beaver. The regression equations are also useful as models of beaver–habitat relationships and can be used for beaver inventory by prediction of beaver colony site density.

Conservation of existing aspen (*Populus tremuloides*) stands, common throughout the beaver's range, is considered the most powerful management tool for maintaining or enhancing present beaver land capability.

SLOUGH, B. G., et R. M. F. S. SADLEIR. 1977. A land capability classification system for beaver (*Castor canadensis* Kuhl). Can. J. Zool. **55**: 1324–1335.

On a mesuré la densité des colonies de castors à divers sites dans 136 lacs (environ 1830 km de

Slough, B.G. and R.M.F.S. Sadleir. 1976. A land capability classification system for beaver (Castor Canadensis Kuhl). Canadian Journal of Zoology 55(8) 1324-1335.

Iservice on 07/10/13

Rvsd Plan - 00006709

Case 1:21-cv-02994-REB   Document 24-21   Filed 06/21/22   USDC Colorado   Page 351 of 386

**Nobuya Suzuki,** Department of Forest Science, Oregon State University, 020 Forestry Sciences Laboratory, Corvallis, Oregon 97331

**William C. McComb,** Department of Forestry and Wildlife Management, University of Massachusetts, Amherst, Massachusetts 01003

# Habitat Classification Models for Beaver (*Castor canadensis*) in the Streams of the Central Oregon Coast Range

## Abstract

During 1988-1989, 22 stream habitat attributes were measured and compared between 40 beaver-dam sites and 72 unoccupied stream sites to identify attributes associated with dam-site selection by beaver (*Castor canadensis*) in streams of the Drift Creek Basin, Lincoln County, Oregon. Beaver built dams in areas with wide valley-floors; narrow, low gradient streams; high grass/ sedge cover; and low red alder (*Alnus rubra*) and shrub cover. Unoccupied sites lacked these characteristics. A discriminant function model correctly classified 83% of beaver-dam sites and 88% of unoccupied-stream sites with a chance-corrected classification rate of 69% (Cohen's *Kappa* statistic). We used 3 geomorphic attributes (stream width, gradient, and valley floor width) and developed a new Habitat Suitability Index (HSI) model for the basin. Land managers can use the discriminant function model or the HSI model to inventory potential beaver-dam sites along streams of the Oregon Coast Range. Information obtained from our habitat classification models can be incorporated into plans to preserve unique riparian habitats maintained by beaver.

## Introduction

Over 60 million beaver (*Castor canadensis*) are distribution of suitable beaver habitats in the modern drainage systems, have become quite dif-

Suzuki, N. and W.W. McComb. 1998. Habitat classification models for beaver (Castor Canadensis) in the streams of the Central Oregon Coast Range. Northwest Science 72(2) 102- 110.

### Fisheries

Extensive research has focused on the effects (both positive and negative) on stream fisheries of the aquatic and riparian habitat changes induced by beaver. The purpose of this section is to provide an overview of the benefits and costs associated with beaver restoration, with supporting documentation to be referenced for more detailed reading. Kemp et al. (2012) completed a thorough review of primary literature (which predominately focuses on North America) and a subsequent meta-analysis of this topic, the results of which significantly informed this portion of the guide.

Fish species dealt with specifically (in descending order) in the literature reviewed by Kemp et al. (2012) included:

- Brook trout (*Salvelinus fontinalis*), 22 records
- Coho salmon (*Oncorhynchus kisutch*), 15 records (also see recent coho recovery language included in the recovery plan that pertains to the crucial role of beaver for this species)

23

- Rainbow trout (*O. mykiss*, including the anadromous steelhead trout, and the golden trout sub-species), 14 records
- Cutthroat trout (*O. clarki*, composed of several sub-species) 14 records
- Atlantic salmon (*Salmo salar*), 13 records
- Brown trout (*Salmo trutta*), 12 records

Species-specific findings and methodologies are presented in Table 4 below.

**Table 4** The impacts of beaver dams on fish and the methods used to assess the impact.

| Species | Effect of beaver dams | Method of assessment | Reference |
|---|---|---|---|
| Atlantic salmon | Limit spawning distribution | Electrofishing and seine netting | Mitchell and Cunjak 2007 |
| Atlantic salmon | Some beaver dams pose serious obstacles to migrating salmon, especially when discharge is low | Redd counts | Taylor *et al.* 2010 |
| Atlantic salmon, brook trout | Partial to complete blockage | Anecdotal evidence | Scruton *et al.* 1998 |
| Atlantic salmon, brook trout, alewife | Prevent both upstream migrants from reaching spawning grounds also impacts seaward movements for some species | Observed/speculative | Guignion 2009 |
| Atlantic salmon, sea trout | Obstruct upstream and downstream migration | Quantified amount of habitat behind dams/speculative | Parker and Ronning 2007 |
| Bull trout | Blocked or delayed downstream movements | Radio telemetry | Dupont *et al.* 2007 |
| Brook trout | Dam removal leads to range expansion but not abundance increase | Dam removal and electrofishing | Avery 1991 |
| Brook trout | Fall spawners blocked from reaching spawning grounds | Discursive/observation | Grasse 1951; Doucett *et al.* 1999; |
| Brook trout | Dam impede upstream and downstream migration, but not totally impassable | Fish trapping | Rupp 1954 |
| Brown trout | Block downstream movement | No data | Tambets *et al.* 2005 |
| Brown trout, minnow, bullhead, burbot, pike | Barriers to colonization and migration, especially for slow dispersing species | Discursive | Hägglund and Sjöberg 1999 |
| Coho salmon | Dams (one = 2 m height) did not block migration. Movement facilitated by fall freshets | Fish trapping | Bryant 1984 |
| Coho salmon, steelhead trout | Impact ability to colonize new areas | Seine netting | Murphy *et al.* 1989 |
| Cutthroat trout, rainbow trout | Fish usually pass because of high spring flows | Discursive | Grasse 1951 |
| Lahontan cutthroat trout | Seasonal blockage of at least upstream movement | Anecdotal and observational | Talabere 2002 |
| Lake whitefish (*Coregonus clupeaformis*, Salmonidae), walleye | Reduce access to spawning grounds | Discursive | Bertolo and Magnan 2006 |
| Northern pike, walleye | Block spawning runs | Speculative | Knudsen 1962 |
| Oregon chub | Population isolation | Speculative | Scheerer *et al.* 2004 |
| Roach, sticklebacks, brook lamprey | Total barrier to movement | Methods not stated | Elmeros *et al.* 2003 |
| Salish suckers (*Catostomus* spp., Catostomidae) | Species rarely crossed beaver dams | Radio telemetry | Pearson and Healey 2003 |
| Sea trout | Partially block spawning run | Methods not stated | Elmeros *et al.* 2003 |
| Sockeye salmon | Block access to spawning sites | Observational/speculative | McPhee *et al.* 2009 |
| Steelhead trout | Fish appeared able to cross barriers | Observational | Lowry 1993 |
| Steelhead trout, rainbow trout | Upper extent of distribution fluctuates with occurrence of dams | | Andonaegui 2000 |
| Trout spp. | Adults unable to return downstream after spawning | Methods not stated | Rasmussen 1941 |
| Trout spp. | Block spawning runs or upstream migration | Discursive/speculative | Bradt 1935; Cook 1940; Knudsen 1962; Grasse 1978 |
| Trout spp. | Tagged fish did not pass upstream over dams but were able to move downstream to spawning grounds | Tagging | Salyer 1935 |

24

Rvsd Plan - 00006711

Table 4 *from* Kemp P.S., Worthington T.A., Langford T.E.L., Tree A.R.J. & Gaywood M.J. (2012) Qualitative and quantitative effects of reintroduced beavers on stream fish. Fish and Fisheries, 13, 158–181.

Note: A full bibliography including each of these records is provided at the end of this guide.

Overall, the references cited indicate that beaver have a net positive effect on stream fish in most settings (see Table 5 below and refer to bibliography for more information).

**Table 5** Studies showing positive (+) and/ or negative (−) impacts of beaver on species abundance or productivity.

| Species | Impact | References |
|---|---|---|
| Atlantic salmon | +/− | Scruton *et al*. 1998; Cunjak *et al*. 1998; Cunjak and Therrien 1998; Mitchell and Cunjak 2007; Guignion 2009 |
| Bonneville cutthroat trout | + | White and Rahel 2008 |
| Brook stickleback (*Culaea inconstans*, Gasterosteidae) | + | France 1997 |
| Brook trout | +/− | Hale 1966; Scruton *et al*. 1998; Rabe 1970; Rutherford 1955; Gard 1961; Collins 1993; Balon and Chadwick 1979; Mitchell and Cunjak 2007 |
| Brown trout | + | Hale 1966; Müller-Schwarze and Sun 2003; Gard and Seegrist 1972; Gard 1961; Kukula and Bylak 2010 |
| Bull trout | + | Andonaegui 2000 |
| Chinook salmon | + | Andonaegui 2000 |
| Coho salmon | + | Bustard and Narver 1975; Pollock *et al*. 2004; Lang *et al*. 2006; Leidholt-Bruner *et al*. 1992; Nickelson *et al*. 1992; Bryant 1984; Murphy *et al*. 1989; Riley and Lemieux 1998 in Gottesfeld *et al*. 2002 |
| Colorado River cutthroat trout | + | Horan *et al*. 2000 |
| Creek chub (*Semotilus* spp., Cyprinidae) | + | Schlosser 1998; Rupp 1954 |
| Cutthroat trout | + | Grasse 1951; Harig and Fausch 2002 |
| Dolly Varden | + | Gregory 1988 |
| Eastern brook trout | + | Rupp 1954; Grasse 1951 |
| Fallfish (*S. corporalis*, Cyprinidae) | + | Rupp 1954 |
| Fathead minnow (*Pimephales promelas*, Cyprinidae) | + | France 1997 |
| Finescale dace (*P. neogaeus*, Cyprinidae) | + | France 1997 |
| Golden trout | − | Müller-Schwarze and Sun 2003 |
| Lahontan cutthroat trout | + | Talabere 2002 |
| Lake whitefish | − | Bertolo and Magnan 2006 |
| Minnow (Cyprinidae spp.) | + | Knudsen 1962 |
| Mudminnow (Umbridae spp.) | + | Knudsen 1962 |
| Muskellunge (*E. masquinongy*, Esocidae) | + | Frohnauer *et al*. 2007 |
| Ninespine stickleback | + | Rupp 1954 |
| Northern pike | + | Bertolo and Magnan 2006; Knudsen 1962 |
| Northern redbelly dace (*P. eos*, Cyprinidae) | + | Rupp 1954; France 1997 |
| Pinewoods darter | − | Rohde and Arndt 1991 |
| Puye (*Galaxias maculatus*, Galaxiidae) | + | Moorman *et al*. 2009 |
| Rainbow trout | + | Müller-Schwarze and Sun 2003; Grasse 1951; Andonaegui 2000; Gard 1961 |
| Sandhills chub | − | Rohde and Arndt 1991 |
| Slimy sculpin (*C. cognatus*, Cottidae) | + | Mitchell and Cunjak 2007; France 1997 |
| Sockeye salmon | + | Murphy *et al*. 1989 |
| Steelhead salmon | + | Andonaegui 2000 |
| Walleye | − | Bertolo and Magnan 2006 |
| White sucker (*C. commersonii*, Catostomidae) | + | Rupp 1954; France 1997 |
| Yellow Perch (*Perca flavescens*, Percidae) | + | Balon and Chadwick 1979 |

Table 5 *from* Kemp P.S., Worthington T.A., Langford T.E.L., Tree A.R.J. & Gaywood M.J. (2012) Qualitative and quantitative effects of reintroduced beavers on stream fish. Fish and Fisheries, 13, 158–181.

25

Rvsd Plan - 00006712

**The impacts (positive and negative) most commonly cited were:**

**Benefits of beaver activity to fisheries**
- Increased fish productivity / abundance
- Increased habitat and habitat heterogeneity (which promotes biodiversity [Smith and Mather, 2013])
- Increased rearing and overwintering habitat
- Enhanced growth rates
- Providing flow refuge
- Improved production of invertebrate

**Case Study: Bridge Creek, Oregon**
Some of the most compelling data regarding the relationship between beaver restoration and improved fish production are beginning to emerge from on ongoing project on Bridge Creek, a tributary to the John Day River in eastern Oregon. Preliminary data from monitoring efforts indicate that human-facilitated beaver restoration is increasing production of a population of Endangered Species Act-listed steelhead (*Oncorhynchus mykiss*). The project and findings were presented in a recorded webinar presented by Dr. Joe Wheaton which, along with related PowerPoint slides can be found here:

http://beaver.joewheaton.org/beaver-links/beaver-news-annoucements/webinarcheapcheerfulstreamrestoration-withbeaver?pli=1

(See slides 85-91 for information from Bridge Creek.)

A detailed description of the Bridge Creek Project can also be obtained from the following documents:

Pollock M, Wheaton JM, Bouwes N and Jordan CE. 2011. Working with Beaver to Restore Salmon Habitat in the Bridge Creek Intensively Monitored Watershed: Design Rationale and Hypotheses, Interim Report, NOAA Northwest Fisheries Science Center, Seattle, WA, 108 pp.

Pollock M, Wheaton JM, Bouwes N and Jordan CE. 2012. Working with Beaver to Restore Salmon Habitat in the Bridge Creek Intensively Monitored Watershed: Design Rationale and Hypotheses. NOAA Technical Memorandum, NOAA Northwest Fisheries Science Center, Seattle, WA, 63 pp.

**Costs of beaver activity to fisheries**
- Barriers to fish movement
- Siltation of spawning habitat
- Low oxygen levels in beaver ponds
- Altered temperature regime

26

**Note:** Over half (51.5%) of the *positive* impacts cited were based on data, whereas for *negative* impacts (71.4%) were speculative. The commonly cited negative impact of beaver dams impeding fish movement was supported by data on 21.6% of occasions (Kemp et al., 2012).

### More on Impedance of Fish Movement by Beaver Dams
Recent research focused on the passage of beaver dams by stream fishes further illustrates that these concerns may be largely unfounded and that beaver dams might even provide a competitive advantage to native fish species relative to non-natives.

In a 2013 paper accepted by the Transactions of the American Fisheries Society, titled *"Do beaver dams impede the movement of trout?"* scientists Ryan L. Lokteff [1, 2], Brett B. Roper[1, 2], and Joseph M. Wheaton[2] report that Bonneville cutthroat trout (a native trout species in their study area) pass dams more frequently than both non-native brown trout and brook trout. They determined that timing of spawning affected seasonal changes in dam passage for each species. Physical characteristics of dams such as height and upstream location affected the passage of each species. Movement behaviors of each trout species were also evaluated to help explain dam passage. These data suggest beaver dams are not acting as barriers to movement for cutthroat and brook trout but may be impeding the movements of invasive brown trout.

Author Affiliations:

1. Fish and Aquatic Ecology Unit, US Forest Service, 860 North 1200 East, Logan, Utah, 84321, USA
2. Department of Watershed Sciences, Utah State University, 5210 Old Main Hill, Logan, Utah, 84322, USA

In their paper Lokteff et al. (2013) provide an illustration (below) that depicts the various channels that commonly exist in beaver dams, which facilitate travel of stream fishes around or through these natural obstacles. Side channels (shown in red) often act as particularly effective fish ladders.

27



Side channels often act as fish ladders that allow movement of stream fishes around otherwise impassable obstacles created by beavers.  Recent research has shown that some native species are better able to navigate past beaver dams than their invasive competitors. **Illustration provided by:**

Lokteff, R.L., Roper, B.B., and Wheaton, J.M. (2013) Do beaver dams impede the movement of trout? Transactions of the American Fisheries Society 142:1114-1125

### Historical Distribution of Beaver
One of the most logical criteria for evaluating potential beaver restoration sites is whether or not a given location was historically occupied by beaver.

Prior to the fur rush of the mid-19[th] century, beaver could be found throughout the North American continent, from Alaska to Mexico.  Even in areas from where beaver have long been extirpated, evidence of their historic activity may still exist.

A combination of field reconnaissance and scouring historical trapping records can help identify the locations where beaver could be found centuries ago.  In many cases streams have become incised



North American Distribution of Castor Canadensis

**Note: The range map shown above has recently been shown to be inaccurate.  Nearly the entire contiguous 48 United States were historically occupied by this species.**

28

in the absence of beaver during the subsequent decades or centuries.

An especially compelling case can be made for riparian restoration, including beaver reintroduction, in settings where managers can provide clear evidence of historic occupation by beaver, and demonstrate degradation of stream health following their removal.

In a recent case study, researchers studying a site in California showed, through carbon dating of recently exhumed dam remnants, that beaver were active in the Sierra Nevada, disproving long-held claims that beaver were not extant to that region.  The results of their analysis suggest that beaver activity in the area lasted for over a millennium, and ceased in the mid-1800's coinciding with a concerted trapping effort in the region (James and Lanman, 2012).  In the decades since beaver extirpation, stream

channels have become incised, possibly as a direct result.  Information like this can be a strong foundation upon which managers can build a case for beaver and riparian restoration.

[illegible watermark text]

Novel physical evidence that beaver historically were native to the Sierra Nevada

Charles D. James and Richard B. Lanman*

[illegible journal/affiliation lines]

Rvsd Plan - 00006716



FIGURE 1.—Photograph of a remnant ancient beaver dam with multiple sticks, and a 12 ounce juice bottle for scale. The acute angle cuts on the stick ends are characteristic of beaver. The beaver dam is 1.5 m below the surface of a montane meadow on the wall of an incised channel on Clarks Creek, approximately 8 km southeast of Antelope Lake, Plumas County, California. The elevation of the meadow is 1,707 m (5,600 feet) and located at approximately 40° 08' N, 120° 30'' W. Reprinted with permission of J. Wilcox, Plumas Corporation, 2011.

From: James, C.D. and R.B. Lanman. 2012. Novel physical evidence that beaver historically were native to the Sierra Nevada. California Fish and Game 98(2) 129-132

For additional evidence also see: Lanman, R.B., Perryman, H., Dolman, B., and C.D. James. 2012. The historical range of beaver in the Sierra Nevada: a review of the evidence. California Fish and Game 98(2):65-80.

## Hydrology

Early accounts from trappers and mountain men traveling the land that today is the western United States often referred to the seemingly endless supplies of beaver in many of the watersheds they encountered. Undoubtedly, the landscapes rich with beaver looked and functioned differently before beaver populations plummeted in the face of unsustainable trapping.  One of the



most basic and important changes induced by beavers is that vast quantities of water are stored by beaver dams, which remain available to vegetation, fish, and wildlife.

**Beavers directly impact the hydrology of the watersheds they occupy by:**

- Storing water for more consistent and later season delivery (Gurnell 1998)*
- Raising ground water levels (Westbrook et al., 2006)
- Altering water temperature regimes (Collen and Gibson, 2001)
- Introducing complexity and dynamism to streams (Naiman et al., 1988)
- Increasing nutrient availability in streams (Naiman et al., 1986)
- Improving stream function by reconnecting floodplains (Rosell et al., 2005)
- Decreasing sediment delivery to the stream system (McDowell and Naiman, 1986)

*Each bullet point above is accompanied by a peer-reviewed source that can be referenced for more detailed information. Single references are far from representing an exhaustive literature review, but are included to serve as a starting point for those seeking further reading.

### Selected References

Collen, P., and Gibson, R.J. (2001) The general ecology and beavers (*Castor* spp.), as related to their influence on stream ecosystems and riparian habitats, and the subsequent effects on fish – a review. Reviews in Fish Biology and Fisheries 10, 439-461.

Gurnell, A.M. (1998) The hydrogeomorphological effects of beaver dam-building activity. Progress in Physical Geography 22, 167-189.

McDowell, D.M., and Naiman, R.J. (1986) Structure and Function of a Benthic Invertebrate Stream Community as Influenced by Beaver (*Castor Canadensis*). Oecologia 68, 481-489.

Naiman, R.T., Johnston, C.A., and Kelley, J.C. (1988) Alterations of North American Streams by Beaver. BioScience 38, 753-762.

Naiman, R.J., Melillo, J.M., and Hobbie, J.E. (1986) Ecosystem Alteration of Boreal Forest Streams by Beaver (*Castor Canadensis*). Ecology 67, 1254-1269.

Rossell, F., Bozser, O., Collen, P., and Parker, H. (2005) Ecological impact of beavers *Castor fiber* and *Castor Canadensis* and their ability to modify ecosystems. Mammal Rev. 35, 248-276.

Westbrook, C.J., Cooper, D.J., and Baker, B.W. (2006) Beaver dams and overbank floods influence groundwater – surface water interactions of a Rocky Mountain Riparian area. Water Resources Research 42.

**For further reading, links to a selection of relevant webpages are provided below:**



http://www.livescience.com/10512-impact-beaver-dams-wider-thought.html

32



**Science News** from universities, journals, and other research organizations

### Beaver Dams Create Healthy Downstream Ecosystems

*June 6, 2006 — Beavers, long known for their beneficial effects on the environment near their dams are also critical to maintaining healthy ecosystems downstream. Researchers have found that ponds created by beaver dams raised downstream groundwater levels in the Colorado River valley, keeping soil water levels high and providing moisture to plants in the otherwise dry valley bottom. The results will be published 8 June in Water Resources Research, a journal of the American Geophysical Union.*

Cherie Westbrook of Colorado State University and colleagues there and at the U.S. Geological Survey in Fort Collins, Colorado, conducted a three-year study in Rocky Mountain National Park, examining valley bottom ecosystems downstream in the Colorado River. They noted that water diverted by beaver

Beaver dam. (Photo courtesy of Yellowstone National Park / U.S. National Parks Service)

http://www.sciencedaily.com/releases/2006/06/060605120417.htm

### Live Trapping Beaver for Translocation



When an appropriate source of beaver has been identified for removal and translocation, the task of capturing live beaver becomes a potentially challenging reality. Because there are many "tricks of the trade" when it comes to trapping beaver, the assistance of an experienced trapper can accelerate the learning process (see expert advice provided by Sherri Tippie, left). Selecting trap types, deciding on trap location, selecting bait / lure, and understanding safe handling practices (for trapper and beaver alike) are examples of some steps in the process that can benefit from the guidance of an experienced mentor.



A number of live traps are available for the job as are various sources of written technical advice. The Association of Fish and Wildlife Agencies issued a set of Best Management Practices (BMPs) for capturing beaver using both fatal and live trapping techniques. The full

33

guide is available here:

Association of Fish and Wildlife Agencies. Best management practices for trapping beaver in the United States, 24 pp.

Another oustanding resource for related information is the Beaver Best Management Practices Guide produced by the Grand Canyon Trust, provided below:



One of the most commonly used live traps for capturing beaver is the suitcase style trap (also called the "Hancock" or "Bailey" trap". Many how-to videos are available online that explain the use of this type of trap. A selection is provided here:



The Hancock Live Beaver Trap In Action

Beaver Trapping, Setting the Hancock

34

Another commonly used live trap for capturing beaver is a wire cage type trap.  A
selection of videos is linked here for more information on their use:



Live cage trap for beaver and bobcat, Comstock cage  TWO TRAPS-TWO LIVE BEAVER-Patented

Multiple companies manufacture the various models of live traps appropriate for
beaver.  Several options for online orders are linked here:



Tomahawk Live Trap

http://www.livetrap.com/index.php?dispatch=categories.view&category_id=605

Rvsd Plan - 00006722



Advanced Trap

http://advancedtrap.com/



Comstock Custom Cage LLC

http://www.comstockcustomcage.com/

36

## Miscellaneous Considerations for Beaver Reintroduction Projects

### Seek to Relocate Matched Pairs or Family Groups When Possible

To establish a reproducing population of beaver in an unoccupied site requires, of course, a minimum of one male and one female. Ideally, a live trapping program will lead to the capture of an entire family group. Paired adult beaver that have successfully reared offspring may be more prone to breed successfully again following translocation than two beaver from disparate sources. When family groups cannot be captured and moved together managers should consider acclimating unfamiliar beaver to each other prior to release, and matching them based on opposite sex.

Sex identification of live beaver can be challenging because males and females lack external sex organs. During the Methow Beaver Project, advancements were made in non-invasive and rapid beaver sex identification. The same project report describes outcomes of captive pairing and wild release attempts.

### Sex Determination (Reported by Methow Beaver Project)

One of the significant innovations of this project, beyond developing a strong GIS analysis of the beaver habitat, was the ability to rapidly and reliably tell male and female beavers apart. The need to determine gender is obvious, but is confounded by the confusing physical structure of beavers, with two sets of glands, internal reproductive organs, and genital openings that are difficult to discern – especially on live beavers that could inflict serious injury with their teeth.

Our initial effort was to work with the University of Idaho Genetics Laboratory lead by Lisette Waits. We helped the team there develop DNA markers for beaver males and females. We then collected hair from all beavers we captured and sent it to the lab for gender ID. This proved 100% reliable for sexing beavers and resulted in a 2011 publication (Goldberg et al. 2011). Issues were the 10 – 15 day turnaround time and the expense for the lab analysis.



In May 2011, with the generous help of beaver expert Dr. Lixing Sun at Central Washington University, we learned how to determine gender with secretions from the oil glands of beavers captured. His approach involved expressing oil from oil glands while beavers were anesthetized and examining color, odor, and viscosity. We learned that oil from male and female beavers is distinctly different. Issues were the 1-2 hour processing time for each beaver and the expense for anesthesia.

37

Rvsd Plan - 00006724

The next improvement involved connecting with the local North Cascades Smokejumper base where we asked for help designing a restraint bag that could eliminate the need for anesthesia. After a few trials, our jumper friend, J.T. Sawyer created a sturdy nylon funnel that fit over the Hancock traps and very effectively allowed us to hold a beaver immobile for our entire intake process, including sex determination, with no injury or trauma to crew members or beavers. Now, three to five minutes was the time required to remove beavers from the trap, sex, tag, and release the beavers into the holding facility. For the rest of the season we compared the crew's ability for oil gland sex determination with DNA hair analysis. At the end of the season we learned the process was 100% accurate and reliable.

The ability to quickly and reliably determine the sex of captured beavers greatly improved our competence in making grouping choices in the holding facility. This innovation, along with providing a period of group acclimation at the facility, was perhaps the most substantial benefit to increasing the establishment rate for groups released, because we had strong assurance that compatible males and females were included in release groups.

### Be Cognizant of Overheating Captive Beaver

Beaver are prized for their lush, insulating fur which effectively protects them in nearly frozen water.  As a result of their fur they are prone to overheating in warm temperatures, particularly when they lack access to water.  These conditions may be encountered during relocation and every effort should be made to ensure that captive beaver do not overheat.  One creative technique employed by Dan Tyers during his work in the Greater Yellowstone Area was to pack captive beaver with block ice while traveling via pack stock into backcountry release sites.  By keeping beaver on ice during hot weather he avoided any losses to hyperthermia.

### Late Summer and Early Fall are Preferable Release Times

Movement rates and behavior of beaver change dramatically with season. Beaver released in the early spring are prone to travel great distances from release sites, possibly seeking out their original territories.  Conversely, those that are released during the late summer or early fall are more likely to begin making preparations for winter in their new location.  By releasing beaver too late in the autumn months (or early winter) they may have inadequate time to prepare for cold weather (lodge building, caching food, etc.) and may suffer or perish as a result.

### Road Closures

Temporary road closures might be considered if release sites are at risk of being compromised by traffic or disturbance from people with easy access.

38

Rvsd Plan - 00006725

For a case study example of proposed actions related to beaver reintroduction see the Beaver Management Strategy drafted by the Malheur National Forest and the Keystone Project, dated September 2007:

The full Malheur / Keystone Strategy is linked here:



## National Environmental Policy Act (NEPA) and Beaver Restoration

The United States Forest Service has developed extensive guidance to facilitate appropriate and defensible NEPA analysis and support the decisions made by line officers. Like any other management actions agency personnel might consider, the following example beaver management activities are subject to various levels of NEPA analysis in most circumstances, depending on the location and other considerations (e.g., presence of species of conservation concern):

- Habitat modification
- Construction of exclosures in riparian habitats
- Removal / Translocation / Reintroduction of beaver

39

When NEPA analysis has already been completed for directly related activities in a given jurisdiction, management actions like live trapping, moving, and managing beaver populations may be exempted from further NEPA review.  The U.S. Department of Agriculture Animal and Plant Health Inpsection Service (USDA-APHIS) in particular has completed statewide analyses for aquatic mammal management programs in some select states.  In those cases, the previous work may be adequate to cover (some or all) current beaver restoration actions.  USDA-APHIS posts all NEPA decision documents to the internet, where they are searchable by state.  Managers are advised to familiarize themselves with any past NEPA work related to beaver management done by the Forest Service and other federal agencies.  A collection of pertinent USDA-APHIS NEPA decisions is provided here:

Maine

Minnesota

Nebraska

South Carolina

Washington

Up-to-date information on state-specific NEPA analyses and decisions completed by USDA-APHIS can be searched here.

**Structures built by beaver not subject to NEPA**

One of the great advantages of riparian restoration through ecosystem engineering by beaver is that the structures created by beaver are not subject to NEPA analysis.  When contrasted to the lengthy and demanding process to which any manmade flow-control devices must undergo, natural riparian restoration via beaver construction becomes even more appealing.

Forest Service staff are encouraged to collaborate with their unit-level NEPA specialists on crafting the appropriate level of NEPA documentation to support beaver restoration projects.  A good starting point for other Forest Service NEPA guidance is provided here:

http://www.fs.fed.us/emc/nepa/nepa_procedures/

40

**Range / Grazing / Beaver-Livestock / Wild Ungulate Interactions**



Inadequate water is one of the primary factors limiting the quality of forage for domestic and wild grazers in western rangelands. As droughts become more frequent and intense throughout much of western North America, the ability to increase and retain soil moisture will be a key determinant of the condition of range vegetation. Many farmers and ranchers have historically viewed beavers negatively for their role in flooding agricultural lands. An improved understanding of and appreciation for the capacity of the beaver to increase range health through water retention has prompted some to take an active role in fostering beaver activity on the lands they manage.

This turnabout in opinion has garnered attention in the popular press. For example, the *Wall Street Journal* ran a story on August 30th, 2011 titled "With Trouble on the Range, Ranchers Wish They Could Leave It to Beavers". The article describes efforts in several western states to promote better range conditions through the reintroduction of live-trapped beaver. In some cases beaver are in such high demand that ranchers are put on a waiting list for their ranches to be considered as release sites.

In grazed rangelands, lacking riparian vegetation and competition with livestock can be key limiting factors for beaver (Ott and Johnson, 2005). Minimizing competition by excluding cattle from sensitive riparian habitats can help promote beaver activity, thereby improving range health on adjacent lands (Baker, 1995; Hosten and Whitridge, 2007).

Managers considering beaver restoration should be familiar with the potential benefits beaver can yield for domestic and wild grazers as well as the sensitivity of beaver to riparian habitat degradation stemming from foraging and tramping by domestic and wild ungulates. Highlighting increased water availability for water-limited grasses can be an effective approach for engaging ranchers who might otherwise oppose beaver restoration programs. Gaining support for excluding livestock from riparian areas might

41

be facilitated by clarifying the subsequent benefits anticipated for grazing elsewhere in the watershed.

**Citations:**

Baker, B.W. 1995. Restoring healthy riparian ecosystems on western rangelands: beaver as a keystone species. Supplement to the Bulletin of the Ecological Society of America 76(2):10

Hosten, P. E. and H. Whitridge. 2007. Vegetation changes associated with livestock exclusion from riparian areas on the Dead Indian Plateau of southwest Oregon. U.S. Department of the Interior, Bureau of Land Management, Medford District.

Ott, G.D., and D.W. Johnson. 2005. Beaver Influence on Fisheries Habitat: Livestock Interactions. A research review.

**For further reading, links to a selection of relevant webpages and popular press articles are provided below:**



http://www.americanrivers.org/newsroom/blog/dnylen-2012124-can-beavers-help-us.html

42

Rvsd Plan - 00006729



http://www.grandcanyontrust.org/news/2012/08/the-good-beaver-do/



http://globalrangelands.org/dlio/55374

## Ecosystem Resilience to Climate Change

Beaver promote dynamic and resilient systems that can better tolerate variation induced by climate change.  The current absence of beaver from significant portions of their historical range significantly compromises the resilience of riparian and aquatic ecosystems.

43

The western and southwestern United States are already experiencing climate change impacts that underscore the increasing value of water retention on arid lands. In the Northwest, the regionally averaged temperature has risen about 1.5 degrees F over the past century (with some areas experiencing increases up to 4 degrees F) and is projected to increase another 3 to 10 degrees F during this century.

**The U.S. Global Change Research Program has identified the effects of these increasing temperatures in the Northwest (USFS Region 6) to include:**



- Declining springtime snowpack leading to reduced summer stream flows, straining agricultural and municipal water supplies;
- Increased insect outbreaks and wildfires, and species composition changes in forests, posing challenges for ecosystems and the forest products industry;
- Salmon and other coldwater species experiencing additional stresses as a result of rising water temperatures and declining summer stream flows; and
- Sea-level rise along vulnerable coastlines, resulting in increased erosion and the loss of land.

Warming trends in the Southwest are considered to be swifter than other regions of the country and may be significantly greater than the global average.  The rapid increase in temperatures in this region, particularly during summer, will have drastic effects on hydrology which in turn may result in severe water supply challenges in the near future.

**The U.S. Global Change Research Program has identified the effects of increasing temperatures in the Southwest (USFS Regions 3, 4, 5) to include:**

- Water supplies becoming increasingly scarce, calling for trade-offs among competing uses, and potentially leading to conflct;
- Increasing temperature, drought wildfire, and invasive species, accelerating transformation of the landscape;
- Increased frequency and altered timing of flooding, increasing risks to people, ecosystems, and infrastructure;
- Unique tourism and recreation opportunities likely suffering; and
- Cities and agriculture facing associated risks.

Changes in snowpack and timing of runoff are certain in much of the western U.S. but are especially grave for the southwestern and interior western U.S. river basins. The National Research Council has concluded that runoff in the Rio Grande Basin will decrease by 12% for every one degree of temperature rise, the greatest reduction projected for any stream basin in the U.S.  Both the upper and lower Colorado River basin will experience decreases in runoff of more than 6% for every degree in

44

temperature rise.  The Great Basin will experience a decrease in runoff of 5%, California a decrease of 3%, and the Pacific Northwest could see an increase of 1%.

Adapting to these changes will require a herculean effort on the part of modern society, especially in the western U.S., and coordination across large landscapes will be critical.  An advantage in the West is the presence of vast, relatively well-connected holdings of federal lands that can buffer and mitigate the impacts of climate change. The Secretaries of Interior and Agriculture have acknowledged these unique opportunities and directed their respective departments to address climate change.

Adaptation to the effects of climate change is an objective that fits with the missions of the U.S. Forest Service.  The federal forest lands were originally reserved at the end of the 19th centure to protect watersheds and secure favorable flows of water. Approximately one out of five Americans depends on a national forest for drinking water.  In an area of climate change, forests and grasslands will play an increasingly vital role in protecting the Nation's watersheds.  Successful response to climate change will entail sound stewardship of America's watersheds.

Through the hydrological and ecological effects of ecosystem engineering (i.e., dam-building), functional beaver populations rapidly and significantly contribute to climate change adaptation.

**Beavers significantly contribute to climate change adaptation by:**

- Storing Carbon (Wohl, 2013)
- Slowing snowmelt runoff, which
    - Extends summertime stream flow
    - Restores perennial flow to some streams
- Creating beaver ponds, which
    - Create and maintain wetlands
    - Provide critically needed habitat for amphibians
    - Increase habitat for small mammals and birds
    - Foster the establishment of deep-rooted sedges, rushes, hydric grasses, and woody riparian vegetation
    - Create mesic meadows



- Increasing groundwater upstream and downstream of dams, which
    - Sub-irrigates adjacent habitats
    - Allows water to re-enter flows as cooler seeps
    - Expands riparian vegetation which
        - Buffers banks against erosion during high flows
        - Shades creeks / streams, which
            - Reduces water temperature
            - Provides hiding cover for fish and wildlif e

45

Our gratitude to WildEarth Guardians, Grand Canyon Trust, and The Lands Council for contributions to this section.

### Peer-Reviewed Citations:

Hood, G.A., and S.E. Bayley. 2008. Beaver (Castor Canadensis) mitigate the effects of climate on the area of open water in boreal wetlands in western Canada. Biological Conservation 141: 556-567.

Lawler, J.J. 2009. Climate change adaptation strategies for resource management and conservation planning. The Year in Ecology and Conservation Biology, 2009: Ann. N.Y. Acad. Sci. 1162: 79–98.

Rosemond, A.D., and C.B. Anderson. 2003. Engineering role models: do non-human species have the answers? Ecological Engineering 20, 379-387.

Wohl, E. 2013. Landscape-scale carbon storage associated with beaver dams. Geophysical Research Letters (40) 3631-3636.

**For further reading, links to a selection of relevant webpages are provided below:**

## Climate Change and Beaver Activity
### How Restoring Nature's Engineers can Alleviate Problems

By Suzanne Fouty

Variability is a defining principle of our global climate. Both species and stream/riparian ecosystems evolved with that reality. There have always been years when the rains did not come or years when the rains came too soon or too much. Species responded by developing survival mechanisms, such as wide distributions and variable timing of flight or spawning. These

**Beaver trapping was the first large-scale Euro-American alteration of watersheds.**

mechanisms combined with complex, widely-distributed, highly stable stream/riparian ecosystems, allowed

be pieced together by combining and comparing information found in the journals of early trappers, later military expeditions, post-settlement historical records and recent scientific studies. These documents reveal that watersheds have undergone multiple, large-scale changes such that current conditions bear no resemblance to pre-Euro-American



Figure 1. Price Creek, MT (1993). Beaver-dam controlled reach just upstream of Reach 3 in Table 2.



http://www.beaversww.org/assets/PDFs/ClimateChangeBeaverActivity.pdf

Rvsd Plan - 00006733



http://www.seventh-generation.org/Climate_riparian_beaver.html



http://www.wcs.org/news-and-features-main/grand-canyon-trust-beaver-video.aspx

Rvsd Plan - 00006734



http://www.wildearthguardians.org/site/PageServer?pagename=priorities_wild_places_jemez_mountains_beavers



http://troutunlimitedblog.com/beavers-play-role-in-protecting-trout-from-worst-of-changing-climate/

48



The Atlantic

George W. Bush's Forgotten Gay-Rights History | The Internet Is the Solution to Everything | What Gmail Knows About You | Can Code Be Considered an Art Form?

Politics | Business | Tech | Entertainment | Health | Sexes | National | Global | China | Video | Magazine

Special Reports In Focus Events E-books Newsletters Why it Matters That Osama Bin Laden Was Once Pulled Over For Speeding

RODENTS JUNE 2012

# Leave It to Beavers

Can they help us adapt to climate change?

DAVID FERRY | MAY 21 2012, 2:17 PM ET |

IN THE 1820S, one of the largest corporations on Earth tried to kill every beaver in the Pacific Northwest. Britain's Hudson's Bay Company, threatened by the United States' westward expansion, sent trappers sweeping down the Columbia River watershed to exterminate all the beavers they found and harvest their valuable pelts. Without beavers to hunt, the company's governor reasoned, the United States would have "no inducement to proceed hither." Within 20 years, the beaver was nearly eradicated from an area the size of France.

Now, nearly two centuries later, beavers are valued not just for their pelts, but for the environmental benefits of their gnawing and nesting. A growing community of "beaver believers" is reintroducing the animal to regional water

VIDEO

What Does It Take to Make Real Craft Gin?

Tour the Green Hat Gin distillery

http://www.theatlantic.com/magazine/archive/2012/06/leave-it-to-beavers/308980/

DISCOVER

THE MAGAZINE OF SCIENCE, TECHNOLOGY, AND THE FUTURE

SEARCH

SUBSCRIBE

THE MAGAZINE | BLOGS | HEALTH & MEDICINE | MIND & BRAIN | TECHNOLOGY

TOPICS

ANALYTICS Transform value to vision. sas

CLICK FOR MIT SLOAN MANAGEMENT REVIEW REPORT

FROM THE APRIL 2010 ISSUE

# Beavers Sign up to Fight Effects of Climate Change

Washington officials think the industrious critters could save more of 650 trillion gallons of water each year, blunting the effects of hot and dry summers.

NEW ON DISCOVER

Extroverts are Happier and Healthier Later in Life

Body Horrors Talks Disease & Society on Skeptically Speaking

Is the UK's Mail in Bed with the CMO Devil?

Over the Edge: A Pictorial of One of Earth's Natural

4 Ways to Avoid Running Out of Money During Retirement

If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it!

Click Here to Download Your Guide!

http://discovermagazine.com/2010/apr/19-beavers-sign-up-fight-effects-climate-change



science out of the box

## Beavers Offer Solution to Climate Change

by DAVID MALAKOFF

May 03, 2008   4:06 PM

In the Southwest U.S., biologists are talking about returning beavers to rivers they once inhabited in order to fight droughts — which are expected to get worse as the globe warms. Beaver dams create great sponges that store lots of water.

http://www.npr.org/templates/story/story.php?storyId=90160624

---

THE YEAR IN ECOLOGY AND CONSERVATION BIOLOGY, 2009

# Climate Change Adaptation Strategies for Resource Management and Conservation Planning

### Joshua J. Lawler

*College of Forest Resources, University of Washington, Seattle, Washington*

Recent rapid changes in the Earth's climate have altered ecological systems around the globe. Global warming has been linked to changes in physiology, phenology, species distributions, interspecific interactions, and disturbance regimes. Projected future climate change will undoubtedly result in even more dramatic shifts in the states of many ecosystems. These shifts will provide one of the largest challenges to natural resource managers and conservation planners. Managing natural resources and ecosystems in the face of uncertain climate requires new approaches. Here, the many adaptation strategies that have been proposed for managing natural systems in a changing climate

http://training.fws.gov/csp/resources/climate_change/lcc/june_09/cc-adaptreview.pdf

50



Available online at www.sciencedirect.com





Ecological Engineering 20 (2003) 379–387



ECOLOGICAL
ENGINEERING

www.elsevier.com/locate/ecoleng

# Engineering role models: do non-human species have the answers?

A.D. Rosemond*, C.B. Anderson

Institute of Ecology, University of Georgia, 18 Ecology Building, Athens, GA 30602-2602, USA

Received in revised form 3 December 2002; accepted 4 August 2003

## Abstract

A shift from traditional engineering approaches to ecologically-based techniques will require changing societal values regarding 'how and what' is defined as engineering and design. Non-human species offer many ecological engineering examples that are often beneficial to ecosystem function and other biota. For example, organisms known as 'ecosystem engineers' build, modify,

http://ac.els-cdn.com/S0925857403000612/1-s2.0-S0925857403000612-
main.pdf?_tid=4a503cfa-e8a7-11e2-9362-
00000aab0f6c&acdnat=1373381778_833804e38052f49929d055dca0e05e95

51



http://www.seventh-generation.org/files/Beaver_As_a_Climate_Change_Adaptation_Tool_-_Concepts_and_Priority_Sites_in_New_Mexico2.pdf

**Riparian Habitat Condition**

Riparian habitat condition depends on the consistent availability of water to support hydrophytic vegetation.  Water retention associated with dam construction by functional (i.e., dam-building) beaver populations provides increased supplies of groundwater thereby spurring vigorous vegetative growth in riparian corridors.



52

Rvsd Plan - 00006739

**Benefits to Riparian Wildlife**

The changes in riparian health induced by beaver can also be a boon for diverse species that rely on the unique vegetation communities supported by readily available water (particularly in arid landscapes). By increasing water availability, raising groundwater tables, and promoting consistent flows, beaver dams can play a critical role in increasing the availability of these habitats. In some settings (e.g., Greater Yellowstone Ecosystem, Olechnowski and Debinski 2008) the relative abundance and condition of willow (*Salix* spp.) was a key determinant in songbird richness. Differences in willow availability in the Greater Yellowstone Ecosystem have been attributed to decreased browsing by ungulates following wolf reintroduction (which altered ungulate behavior, Ripple and Beschta 2006), and the fires of 1988 (which, at least in part, prompted a decline in Moose, Dan Tyers, personal communication). Similar relationships among herbivores, beaver, and aspen were reported from that region as well (Runyon 2013). The notion that beaver could play a role in generating habitat for species of conservation interest is a commonly cited motivator for managers considering project initiation.

The benefits to riparian habitats are directly related to many of the hydrologic changes described in the Hydrology section of this guide, however a rich body of literature also exists related specifically to the impacts beaver have on riparian habitat condition. Wright et al. (2002) provide a good introduction to understanding the capacity of the beaver to increase species richness at the landscape scale. These changes are, in large part, attributable to the dramatic improvement and expansion of riparian and wetland habitat caused by damming. For example, a recent Master's thesis (Runyon, 2013, embedded below) documented the impacts of beaver activity in promoting aspen recovery in the Northern Yellowstone Winter Range.

**Citation:**

Runyon, M.J. 2013. Effects of beaver reintroduction and ungulate browsing on aspen recovery in the Eagle Creek Drainage of the Northern Yellowstone Winter Range. Master of Science Thesis in Animal and Range Sciences, Montana State University, Bozeman, Montana.

Olechnowski, B.F. and D.M. Bebinski. 2008. Response of songbirds to riparian willow habitat structure in the Greater Yellowstone Ecosystem. The Wilson Journal of Ornithology 120(4): 830-839.

Ripple, W.J. and R.L. Beschta. 2006. Linking wolves to willows via risk-sensitive foraging by ungulates in the northern Yellowstone ecosystem. Forest Ecology and Management 230 (1-3): 96-106.

Wright, J.P., Jones, C.G., and Flecker, A.S. (2002) An ecosystem engineer, the beaver, increases species richness at the landscape scale. Ecosystems Ecology 132, 96-101.

Rvsd Plan - 00006740

**For further reading, links to a selection of relevant webpages are provided below:**



The bibliography shown above is available at this link:

http://www.landscouncil.org/beaversolution/beavers_in_wetland_restoration.asp

54

Rvsd Plan - 00006741

# The Role of Beaver in Riparian Habitat Management

## Habitat Extension Bulletin

No. 38

*In recent years, resource managers have placed increased emphasis on protecting and managing riparian habitats (those areas next to or influenced by water). Land managers recognize that healthy riparian habitats provide numerous benefits. Proper management of these habitats can improve water quantity and quality, increase livestock forage production and quality, allow wildlife*



http://wgfd.wyo.gov/web2011/Departments/Wildlife/pdfs/BULLETIN_NO380001785.pdf



Forest FEATURES

WALLOWA-WHITMAN NATIONAL FOREST

NOVEMBER 2011

# Beaver Dams Restore Riparian Areas

Many streams and rivers in eastern Oregon have been heavily impacted by activities such as mining, grazing, logging, road building, farming, and urbanization. However, in the southern portion of the Wallowa-Whitman National Forest near Whitney Valley the Whitman Ranger District, in partnership with the Powder Basin Watershed Council, Oregon Department of Fish and Wildlife, Oregon Watershed Enhancement Board (OWEB), and Whitman College in Walla Walla, Washington are working to reverse

http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5339528.pdf

55



National Park Service
U.S. Department of the Interior

**Rocky Mountain National Park**
**Continental Divide Research Learning Center**

# Effects of Beaver Dams on Riparian Areas

### The Question: What is the role of beaver dams on hydrological processes in montane riparian areas?

Understanding the hydrological processes such as inundation and recharge of alluvial aquifers in riparian areas is key to proper management of rivers and watersheds. For example these processes can influence biodiversity by providing wildlife habitat for a disproportionately large number of wildlife species (i.e. birds, butterflies, small mammals, insects, and amphibians). Biologists have long assumed that beaver (*Castor canadensis*) may influence hydrologic processes in riparian areas of rivers through the building

http://www.nps.gov/romo/parkmgmt/upload/beaver_dams.pdf

## Sources of Beaver for Reintroduction Projects

Throughout much of their range beaver are targeted for removal in response to conflicts with humans. Many states allow affected landowners to shoot or trap nuisance beaver to alleviate problems including flooding, damage to trees, and plugged culverts. If nuisance beaver are identified they can be ideal candidates for relocation and reintroduction projects, with live trapping and removal providing an alternative to lethal control. Coordination with the state agency responsible for game and fish management is a must, and state furbearer specialists are key points of contact who stand to be valuable collaborators in the process.



FINAL PROTOCOL FOR THE TRANSPLANT AND REESTABLISHMENT OF BEAVERS INTO SELECTED LOCATIONS IN UTAH DIVISION OF WILDLIFE RESOURCES' SOUTHERN REGION

Utah Division of Wildlife Resources. 2000. Final protocol for the transplant and reestablishment of beavers into selected locations in Utah Division of Wildlife Resources' Southern Region. 27 pp.

56

Rvsd Plan - 00006743

When nuisance beaver are not available for relocation, managers should consider trapping from other proximate wetlands with robust beaver populations. Again, coordination and support from the state is critical for live trapping and relocation.



Many states have developed strategic guidance for managing beaver. Many of these plans address nuisance beaver management. Some plans even deal directly with translocation (e.g., Utah, upper right). The Colorado State Parks Beaver Management Plan is also provided as another example (lower right).

## Success Stories and Points of Contact

The list of successful watershed restoration projects based in part or whole on reintroducing and / or reinvigorating beaver populations is growing steadily. During the course of these efforts, many valuable lessons have been learned and a tremendous amount of experience gained. This section was created to provide motivating and informative examples as well as contact information for experts on the projects. For more information, readers are encouraged to direct follow-up questions to those responsible for these outstanding examples of watershed and beaver restoration.

Rvsd Plan - 00006744



**Points of Contact:**

**Dr. Joe Wheaton** is an Assistant Professor at Utah State University and a fluvial geomorphologist with over a decade of experience in river restoration. Joe runs the Ecogeomorphology & Topographic Analysis Lab in Utah State University's Department of Watershed Science and is a leader in the monitoring and modeling of riverine habitats and watersheds. Joe and his students are among the leading scientists and practitioners in the realm of river restoration through beaver.  Together they have assembled excellent resources, including a website with many examples of success.  Information about his group's Beaver Restoration Assessment Tool (BRAT) is also available online.

Dr. Joe Wheaton
Joe.Wheaton@usu.edu
Watershed Sciences Department
Utah State University
5210 Old Main Hill, NR 360
Logan, Utah 84322-5210
USA
Direct: (435)-554-1247
Main Office: (435)-797-2459
Fax: (435)-797-1871

58