IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-2994-RMR

SAN LUIS VALLEY ECOSYSTEM COUNCIL, SAN JUAN CITIZENS ALLIANCE, THE WILDERNESS SOCIETY, and WILDEARTH GUARDIANS,

    Petitioners,

v.

DAN DALLAS, in his official capacity as Forest Supervisor for the Rio Grande National Forest; and UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture,

    Federal Respondents, and

TRAILS PRESERVATION ALLIANCE, BACKCOUNTRY DISCOVERY ROUTES, COLORADO SNOWMOBILE ASSOCIATION, and THE COLORADO 500,

    Intervenor Respondents.

---

**ORDER DISMISSING
PETITIONERS' WINTER RECREATION CLAIMS WITH PREJUDICE**

---

The Court has reviewed Petitioners' and Federal Respondents' Joint Stipulation and Motion to Dismiss Winter Recreation Claims With Prejudice. The Court has also reviewed the Settlement Agreement Regarding Petitioners' Winter Recreation Claims. The Court APPROVES the Stipulation and enters the following order:

Petitioners' and Federal Respondents' Joint Motion to Dismiss is GRANTED. Petitioners' First Claim, Count III [#14, ¶¶ 169-179] and Second Claim [#14, ¶¶ 180-186] are DISMISSED WITH PREJUDICE. The Court retains jurisdiction to oversee compliance with the terms of Petitioners' and Federal Respondents' Agreement and to

resolve any disputes arising under the Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Finding no just reason for delay, the Court directs the Clerk of Court to enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) on Petitioners' First Claim, Count III [#14, ¶¶ 169-179] and Second Claim [#14, ¶¶ 180-186].

DATED: January 25, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge